IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| CHARLES RAY HICKS, : | |
| : | |
| Petitioner, : | |
| v. : | CIVIL ACTION |
| : | |
| JOHN E. WETZEL, Secretary, : | No. |
| Pennsylvania Department of : | |
| Corrections; ROBERT GILMORE, : | |
| Superintendent of the State : | |
| Correctional Institution at Greene; and : | **THIS IS A CAPITAL CASE** |
| MARK GARMAN, Superintendent of : | |
| the State Correctional Institution at : | |
| Rockview, : | |
| : | |
| Respondents. : | |

_____

# ORDER

AND NOW, this ___ day of _____, 2017, upon consideration of Petitioner's *Motion for Leave to Proceed in Forma Pauperis and Appointment of Federal Habeas Corpus Counsel*, it is hereby **ORDERED** that:

1. Petitioner is **GRANTED** leave to proceed *in forma pauperis*;

2. The Capital Habeas Unit of the Federal Public Defender Office for the Middle District of Pennsylvania is appointed pursuant to 18 U.S.C. § 3599(a)(2) to represent Petitioner in his to-be-filed habeas corpus petition; and

3. Counsel for Petitioner shall file a status report apprising the Court of the progress of the case and any other pertinent matters on or before April 25, 2018.

_____
J.