# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY HICKS, <br>       Petitioner, <br><br> v. <br><br> JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, <br>       Respondents. | No. 1:17-CV-1969 <br><br> (Chief Judge Conner) <br><br> THIS IS A CAPITAL CASE |

## ORDER

AND NOW, this ____ day of _____, 2018, upon consideration of Petitioner's Status Report, it is hereby ORDERED that counsel for Petitioner shall file Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254 on or before October 2, 2018.

 

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania