IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

CHARLES RAY HICKS,
        Petitioner,

    v.

JOHN E. WETZEL, Secretary,
Pennsylvania Department of Corrections;
ROBERT GILMORE, Superintendent of
the State Correctional Institution at Greene;
and MARK GARMAN, Superintendent of
the State Correctional Institution at
Rockview,
        Respondents.
_____

No. 1:17-CV-1969

(Chief Judge Conner)

THIS IS A CAPITAL CASE

## ORDER

AND NOW, this _____ date of September, 2018, upon consideration of Petitioner's *Motion for a 60-Day Extension of Time in Which to File His Habeas Petition and an Order Directing that the Federal Habeas Statute of Limitations is Equitably Tolled Until That Date in Light of the Unique Circumstances*, it is hereby ORDERED and DIRECTED:

1. Petitioner shall have until December 1, 2018 to file his habeas petition.

2. In light of the extraordinary circumstances surrounding the abrupt change in the prison legal mail procedures, the Court finds that the statute of

limitations period pursuant to 28 U.S.C. 2244(d)(1) is tolled from August 29, 2018 until December 1, 2018.

                                                  BY THE COURT

                                                  _____
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania