# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Petitioner, | : | No. 1:17-CV-1969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JOHN E. WETZEL, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; | : | |
| ROBERT GILMORE, Superintendent of | : | |
| the State Correctional Institution at Greene; | : | |
| and MARK GARMAN, Superintendent of | : | |
| the State Correctional Institution at | : | |
| Rockview, | : | |
| Respondents. | : | |

_____

## ORDER

AND NOW, this ____ date of November, 2018, upon consideration of Petitioner's *Motion for a 60-Day Extension of Time in Which to File His Habeas Petition and an Order Directing that the Federal Habeas Statute of Limitations is Equitably Tolled*, it is hereby ORDERED and DIRECTED:

1. Petitioner shall have until February 1, 2019 to file his habeas petition.

2. In light of the extraordinary circumstances surrounding the abrupt change in the prison legal mail procedures, the Court finds that the statute of

limitations period pursuant to 28 U.S.C. 2244(d)(1) is tolled from December 3, 2018 until February 1, 2019.

                                        BY THE COURT

                                        _____
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania