# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____  :
CHARLES RAY HICKS,                :
        Petitioner,      :   No. 1:17-CV-1969
                                :
        v.                 :   (Chief Judge Conner)
                                :
JOHN E. WETZEL, Secretary,        :   THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;  :
ROBERT GILMORE, Superintendent of  :
the State Correctional Institution at Greene;  :
and MARK GARMAN, Superintendent of  :
the State Correctional Institution at  :
Rockview,                         :
        Respondents.    :
_____  :

## ORDER

AND NOW, this _____ date of November, 2018, upon consideration of

Petitioner's *Motion for an Order Directing the Department of Corrections to Allow*

*Counsel to Provide Him a Confidential Legal Document in a Manner that does not*

*Violate Attorney/Client Privilege,* the Department of Corrections is hereby

ORDERED and DIRECTED to allow counsel to mail Mr. Hicks a confidential legal

document using the previous legal mail procedures in which the mail is opened in the inmate's presence and the original is provided to him.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania