IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| CHARLES RAY HICKS, | |
| Petitioner, | No. 1:17-CV-1969 |
| v. | (Chief Judge Conner) |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, | THIS IS A CAPITAL CASE |
| Respondents. | |

_____

## ORDER

AND NOW, this        date of November, 2018, upon consideration of Petitioner's *Motion for an Order Directing the Department of Corrections to Allow Counsel to Provide Him a Confidential Legal Document in a Manner that does not Violate Attorney/Client Privilege,* the Department of Corrections is hereby ORDERED and DIRECTED to allow counsel to give Mr. Hicks the confidential

legal document during a legal visit and allow Mr. Hicks to keep that confidential legal document for review in his cell.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania