## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## **PRAECEIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

Please enter my appearance as counsel of record for John Wetzel, Robert Gilmore, and Mark Garman in the above-captioned action.

Respectfully submitted,

By: /s/ Abby N. Trovinger
Abby N. Trovinger
Assistant Counsel
Attorney I.D. No. PA 308329
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7743
Dated: November 16, 2018       Email: atrovinger@pa.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed and thereby made available to the following counsel of record:

Kelly Miller, Esquire
Asst. Federal Public Defender
**Federal Public Defender for the**
**Middle District of Pennsylvania**

By:  /s/ Abby N. Trovinger
Abby N. Trovinger
Assistant Counsel
Attorney I.D. No. PA 308329
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7743
Dated: November 16, 2018          Email: atrovinger@pa.gov