IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## **PROPOSED ORDER**

AND NOW this _____ day of _____, 2018, upon consideration of the Plaintiff's "Motion For an Order Directing the Department of Corrections to Allow Counsel to Provide Him a Confidential Legal Document in a Manner that Does Not Violate the Attorney/Client Privilege" and Defendants' Motion to Stay Proceedings, the Defendants' Motion is GRANTED. These proceedings are stayed upon further Order of this Court.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## **DEFENDANTS' MOTION TO STAY PROCEEDINGS**

AND NOW, come Defendants Wetzel, Gilmore, and Garman, by and through their attorney, Abby N. Trovinger, and hereby move to stay proceedings in this matter pending potential resolution of the issues raised in Plaintiff's motion.

**WHEREFORE,** Defendants respectfully request that their Motion to Stay Proceedings be granted.

> Respectfully submitted,
> Office of General Counsel
>
> By:   /s/ Abby N. Trovinger
> Abby N. Trovinger, Assistant Counsel
> Attorney I.D. No. PA 308329
> Pennsylvania Department of Corrections
> 1920 Technology Parkway
> Mechanicsburg, PA  17050
> (717) 728-7758

Dated:  November 16, 2018          atrovinger@pa.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed and thereby made available to the following counsel of record:

Kelly Miller, Esquire
Asst. Federal Public Defender
**Federal Public Defender for the**
**Middle District of Pennsylvania**

By: /s/ Abby N. Trovinger
Abby N. Trovinger
Assistant Counsel
Attorney I.D. No. PA 308329
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7743
Dated:  November 16, 2018    Email: atrovinger@pa.gov

3