# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES RAY HICKS,** | : | No. 1:17-CV-1969 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL**, Secretary, Pennsylvania Department of Corrections; **ROBERT GILMORE**, Superintendent of the State Correctional Institution at Greene; and **MARK GARMAN**, Superintendent of the State Correctional Institution at Rockview, | : | THIS IS A CAPITAL CASE |
| Respondents. | : | |

## **ORDER**

AND NOW, this 20th day of November, 2018, upon consideration of respondents' unopposed motion to stay proceedings (Doc. 18) pending resolution of issues related to the DOC's new policy statement and procedures regarding the processing of inmate mail, it is hereby ORDERED that:

1. The order (Doc. 20) issued on November 19, 2018 is VACATED.

2. The motion to stay (Doc. 18) is GRANTED. This case shall be STAYED upon further order of court. FURTHER, the parties shall file a notice informing the court of the status of resolution of the issues related to the DOC mail policy as it pertains to petitioner on or before December 17, 2018, and every ninety (90) days thereafter, if necessary.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania