**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RAY HICKS,** | : | **No. 1:17-CV-1969** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| **v.** | : | |
| **JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview,** | : | **THIS IS A CAPITAL CASE** |
| **Respondents.** | : | |

## ORDER

AND NOW, this 18th day of December, 2018, upon consideration of the notice filed by petitioner informing the Court of the resolution of the issues related to the DOC mail policy as it pertains to petitioner (Doc. 22), it is hereby ORDERED that:

1.  The stay of litigation in these proceedings issued by the Court in the Order dated November 20, 2018 (Doc. 21) is LIFTED.

2.  The motion for an order directing the Department of Corrections to allow counsel to provide petitioner with a confidential legal document in a manner that does not violate attorney/client privilege (Doc. 15) is DISMISSED.

3.  Petitioner shall file his petition for writ of habeas corpus on or before February 1, 2019.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania