IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY HICKS, <br>     Petitioner, <br><br> v. <br><br> JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, <br>     Respondents. | No. 1:17-CV-1969 <br><br> (Chief Judge Conner) <br><br> THIS IS A CAPITAL CASE |

# ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Petitioner's *Motion for Leave to File Petition for Writ of Habeas Corpus in Excess of Page Limit*, it is hereby ORDERED and DIRECTED that the motion is GRANTED.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania