# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

CHARLES HICKS,

           Petitioner,         :    No. 1:17-CV-1969

           v.         :    (Chief Judge Conner)

JOHN E. WETZEL, Secretary,    :    THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;
ROBERT GILMORE, Superintendent of
the State Correctional Institution at Greene;
and MARK GARMAN, Superintendent of
the State Correctional Institution at
Rockview,

           Respondents.

_____

## APPENDIX TO PETITION FOR A WRIT OF HABEAS CORPUS

### VOLUME I  EXHIBITS 1-2

KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
Kelly_miller@fd.org

Dated: February 1, 2019

# INDEX TO EXHIBITS

| | |
|---|---|
| 1. | ████████████████████ (UNDER SEAL) |
| 2. | All Media Coverage from 01/29/2008 – 02/11/2008 |
| 3. | All Media Coverage from 03/07/2008 – 01/15/2015 and Undated Articles |
| 4. | All Media Coverage News Clips (ON DISC) |
| 5. | *Body Parts* (Claim 4 |
| 6. | Nancy Grace, Kareen Wynter, Rupa Mikkilinei, *Britney Hospitalized Again at Psychiatrist's Request/Body Parts Found Along Pennsylvania Highway – CNN Nancy Grace,* CNN - 01/31/2008 |
| 7. | 69 News, WMFZ TV News Clip (ON DISC) |
| 8. | Blue Ridge, Channel 16 News Clip (ON DISC) |
| 9. | Joe McDonald, *Body Scattered Along Highways*, *"There's Quite a Bit Missing," Despite Finds in Open on I-80, I-830*, The Morning Call – 01/30/2008 |
| 10. | WBRE News Clip – 03/14/2008 (ON DISC) |
| 11. | 69 News, WFMZ TV News Clip (ON DISC) |
| 12. | 69 News, WFMZ TV News Clip (ON DISC) |
| 13. | *Drug Conviction for Prison Guard Monroe Death Probe Expands*, The Express-Times – 09/27/2008 |
| 14. | 93.5/WVPO/WPLY Aired News Stories Summaries |
| 15. | 69 News FMZ TV News Clip (ON DISC) |
| 16. | 69 News WFMZ News Clip (ON DISC) |

| | |
|---|---|
| 17. | |
| | • *Suspected State Police Killer Frein Caught Near Abandoned Airpark*, Pocono Record – 10/31/2014<br><br>• *Eric Matthew Frein, 31, Wanted in Blooming Grove Shooting, Police Say*, Pocono Record – 09/16/2014<br><br>• *The Hunt for Eric Frein*, Pocono Record – 09/28/2014 |
| 18. | |
| | • *ISIS Video Show Beheading of American Journalist Steven Sotloff*, CNN – 09/09/2014<br><br>• *New ISIS Video Shows Beheading of American hostage Peter Kassig*, Fox News – 11/16/2014<br><br>• *The Horror Before the Beheadings*, The New York Times – 10/25/2014<br><br>• *French Hostage Herve Gourdel Beheaded in Algeria*, The New York Times – 09/24/2014 |
| 19. | Letter from William Sayer to E. David Christine, Jr. – 01/08/2009 |
| 20. | Monroe County Search Warrant, No. N6-909468 – 03/06/2008 |
| 21. | Homicide Investigation Action Report, No. N6-909468 – 04/01/2008 |
| 22. | Monroe County Search Warrant, No. N6-909468 – 03/07/2008 |
| 23. | NLETS Report – 03/04/2008 |
| 24. | Tobyhanna Army Department Record – 03/07/2008 |
| 25. | OTN – 03/14/2008 |
| 26. | Pennsylvania State Police Report, No. N6-909468 – 04/25/2008 |
| 27. | Report of Isidore Mihalakis, M.D. – 01/08/2009 |

| 28. | Report of John J. Shane, M.D. – 06/01/2011 |
| 29. | Report of Wayne K. Ross, M.D., P.C. – 05/13/2014 |
| 30. | Report of John J. Shane, M.D. – 06/13/2014 |
| 31. | ███████████████████████████ (UNDER SEAL) |
| 32. | ███████████████████████████ (UNDER SEAL) |
| 33. | ████████████████████████ (UNDER SEAL) |
| 34. | ██████████████████████████ (UNDER SEAL) |
| 35. | ███████████████████████████████████████ ████████ (UNDER SEAL) |
| 36. | ████████████████ (UNDER SEAL) |
| 37. | ██████████████████████ (UNDER SEAL) |
| 38. | ██████████████████████████████ (UNDER SEAL) |
| 39. | ██████████████ (UNDER SEAL) |
| 40. | ██████████████████ (UNDER SEAL) |
| 41. | █████████████████████ (UNDER SEAL) |
| 42. | ████████████ (UNDER SEAL) |
| 43. | ███████████████████ (UNDER SEAL) |
| 44. | ████████████ (UNDER SEAL) |
| 45. | █████████████ (UNDER SEAL) |
| 46. | Interview of Fred Fox – 02/11/2008 |
| 47. | Interview of Jeffrey Michael Macaluso – 02/05/2008 |
| 48. | ██████████████████████████ (UNDER SEAL) |

| 49. | Homicide Investigation Action Report, No. N6-909468 – 02/19/2008 and 02/27/2008 |
| 50. | Letter from Denise Minor to Terry Higy – 03/18/2008 |
| 51. | Letter from Thomas C. McAndrew to Terry Higy – 06/24/2008 |
| 52. | Homicide Investigation Action Report, No. N6-909468 – 01/30-31/2008 and 02/06/2008 |
| 53. | Texas Police Report, No. RB200800533, RB200800647, RB200800540  – 03/04/2009 |
| 54. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 55. | Supplemental Investigation Report, No. N6-909468 – 03/17/2008 |
| 56. | ███████████████████████████████████████ (UNDER SEAL) |
| 57. | Philip A. Holmes, *Murdered Woman Linked to '02 Shooting*, Williamsport Sun-Gazette – 02/06/2008 |
| 58. | Interview of Desmond Lionel Cainion – 02/06/2008 |
| 59. | Homicide Investigation Action Report, No. N6-909468 – 02/04/2008 |
| 60. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 61. | Sentencing Verdict Slip – 11/18/2014 |
| 62. | EPA MAPS of Teague, Burleson and Mansfield |
| 63. | Simon Ford and William C. Thomspon, *Some Reasonable doubts About DNA "Fingerprints,"* A Question of Identity |
| 64. | ████████████████████████████ (UNDER SEAL) |
| 65. | Pauline Hicks Obituary – 04/15/1977 |
| 66. | ███████████████████████████████████ (UNDER SEAL) |
| 67. | ███████████████████████████ (UNDER SEAL) |

| 68. | ████████████████████████ (UNDER SEAL) |
| 69. | ████████████████████ (UNDER SEAL) |
| 70. | █████████████████████ (UNDER SEAL) |
| 71. | ███████████████████████████ (UNDER SEAL) |
| 72. | ███████████████ (UNDER SEAL) |
| 73. | █████████████████████ (UNDER SEAL) |
| 74. | ████████████████████ (UNDER SEAL) |
| 75. | ████████████████████████████ ██████ (UNDER SEAL) |
| 76. | ███████████████ (UNDER SEAL) |
| 77. | ███████████ (UNDER SEAL) |
| 78. | █████████████ (UNDER SEAL) |
| 79. | *David Hicks of Teague...Convicted Killer is Executed* – 01/27/2000 |
| 80. | ███████████████████████ ██████████ (UNDER SEAL) |
| 81. | ██████████████████████ (UNDER SEAL) |
| 82. | ███████████████████████ ███████ (UNDER SEAL) |
| 83. | ██████████████████████████████ (UNDER SEAL) |
| 84. | ███████████████████████ (UNDER SEAL) |

| | |
|---|---|
| 85. | ██████████████████████████████ (UNDER SEAL) |
| 86. | ██████████████████████████████ (UNDER SEAL) |
| 87. | ████████████████████████ (UNDER SEAL) |
| 88. | ██████████████████████ (UNDER SEAL) |
| 89. | ██████████████████████ (UNDER SEAL) |
| 90. | ████████████ (UNDER SEAL) |
| 91. | ████████████████████ (UNDER SEAL) |
| 92. | ██████████████████████ (UNDER SEAL) |
| 93. | ██████████████████████ (UNDER SEAL) |
| 94. | ████████████████████ (UNDER SEAL) |
| 95. | ████████████████████ (UNDER SEAL) |
| 96. | ██████████████████ (UNDER SEAL) |
| 97. | ██████████████ (UNDER SEAL) |
| 98. | ██████████████ (UNDER SEAL) |
| 99. | ██████████████ (UNDER SEAL) |
| 100. | ████████████ (UNDER SEAL) |
| 101. | ████████████ (UNDER SEAL) |
| 102. | ██████████████ (UNDER SEAL) |
| 103. | ██████████ (UNDER SEAL) |
| 104. | North Richland Hills Police Report, No. 006431 – 07/11/2000 |
| 105. | ██████████ (UNDER SEAL) |

| 106. | ███████████████████ (UNDER SEAL) |
| 107. | ████████████████████████ (UNDER SEAL) |
| 108. | ███████████████████ (UNDER SEAL) |
| 109. | Fort Worth Police Report, No. 02604169  – 08/13/2002 |
| 110. | Interview of Michael Jones – 09/30/2008 |
| 111. | Fort Worth Police Report, No. 03093388 – 08/16/2003 |
| 112. | █████████████ (UNDER SEAL) |
| 113. | Fort Worth Police Report, No. 04008739 – 01/22/2004 |
| 114. | Fort Worth Police Report, No. 04016070 – 02/09/2004 |
| 115. | ██████████ (UNDER SEAL) |
| 116. | ██████████████ (UNDER SEAL) |
| 117. | ████████████████████████ (UNDER SEAL) |
| 118. | ████████████████ (UNDER SEAL) |
| 119. | ██████████████████ (UNDER SEAL) |
| 120. | █████████████ (UNDER SEAL) |
| 121. | █████████████████ (UNDER SEAL) |
| 122. | ███████████ (UNDER SEAL) |
| 123. | ███████████ (UNDER SEAL) |
| 124. | ████████████████ (UNDER SEAL) |
| 125. | ██████████████ (UNDER SEAL) |
| 126. | █████████████████ (UNDER SEAL) |
| 127. | █████████████ (UNDER SEAL) |

| 128. | North Chicago Police Report, No. 06-034289 – 12/26/2006 |
| 129. | Arlington Police Report, No. 07-44293 – 06/21/2007 |
| 130. | Grand Prairie Police Report, No. 07-00035844 – 11/13/2007 |
| 131. | ███████████████ (UNDER SEAL) |
| 132. | ███████████████ (UNDER SEAL) |
| 133. | ███████████████████ (UNDER SEAL) |
| 134. | Affidavit of Chantell Patterson – 09/19/2018 |
| 135. | Affidavit of Christian Gregory – 09/19/2018 |
| 136. | Autopsy Report by Saraklee Funkee, M.D.  - 01/30/2008 |
| 137. | *Capital Punishment in Pennsylvania: The Report of the Task Force and Advisory Committee*, Joint State Government Commission, General Assembly of the Commonwealth of Pennsylvania,– 06/2018 |

# Exhibit 1 (Under Seal)

# Exhibit 2

# *Body parts found on 2 Pa. interstates*

UPI

January 29, 2008 Tuesday 11:35 PM EST

Copyright 2008 U.P.I. All Rights Reserved



**Length:** 138 words

**Dateline:** STROUDSBURG, Pa., Jan. 29

## Body

Highway crews spreading salt on interstates in eastern Pennsylvania made a grisly discovery Tuesday -- eight trash bags of body parts.

The bags were discovered at eight places along Interstate 80 and Interstate 380 in the Pocono Mountains, the Pocono Record reported. The first was discovered at about 9 a.m.

Lt. Robert Bartal said the bags were found along a five-mile stretch of I-80 and a 15-mile stretch of I-380. I-80 crosses the Poconos on its way from the George Washington Bridge to San Francisco, while I-380 branches off in the Poconos to Scranton, Pa.

Bartal said investigators believe all the parts were from a single body, probably a "light-skinned female." A head was found on I-380.

"We're not positive on the female portion of it at this point," he said.

I-380 was closed for several hours, causing massive traffic jams.

**Load-Date:** January 30, 2008

End of Document

Body parts, head found along Interstates 80, 380 (with videos) - ...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/

Tuesday, December 9, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Body parts, head found along Interstates 80, 380 (with videos) - ...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008..

# Body parts, head found along Interstates 80, 380 (with videos)

Photo 1 of 4 | Zoom Photo +



Police found human remains at the Interstate 80-380 junction in Jackson Township on Tuesday. Someone scattered the remains — including a severed head — in eight trash bags recovered at eight spots along the I-80-380 corridor through Monroe County and into Lackawanna County.

Keith R. Stevenson/Pocono Record



NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com   FIND IT!

DirectBuy  Buy Direct!
Free Insiders
Guide   GO

Text Size: A | A | A

Print this Article          Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

**Share**
del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

January 29, 2008

Someone scattered human remains - including a severed head - in trash bags along the Interstate 80-380 corridor through Monroe County and into Lackawanna County.

Police said bags at eight different locations have been recovered so far. They're not sure they have all of the remains.

The victim is believed to be a light-skinned adult woman, but police are not certain about the gender. An autopsy is scheduled for 9 a.m. Wednesday at Lehigh Valley Hospital Center.

Police don't know when the remains were dumped. PennDOT crews discovered the bags along Interstate 380 as they were out treating roads in preparation for freezing rain this morning.

Bags were found along both north and southbound lanes of 380, as well as east and westbound lanes of 80. Police extended their search along 80 in Carbon and Luzerne counties. Remains have only been found in Monroe and at one spot in Lackawanna County.

A head was recovered along I-380, said Monroe County District Attorney Dave Christine as he entered the Swiftwater state police barracks around 4 p.m.

The search for evidence continued until about 5:30 p.m. along Interstate 380 northbound at the Gouldsboro exit, where the highway leaves Monroe County and enters Lackawanna County.

Police recovered body parts near Stroudsburg at Exit 307 on Interstate 80, at the I-80-380 split and along Interstate 380 near Route 940.

TV crews and reporters converged at the Interstate 80-380 split near Mount Pocono around 1:45 p.m. where police covered something in the median with a yellow disposable blanket.

Interstate 380 was closed between Route 940 and Route 611 for about two hours this morning as police began their investigation.



**RELATED STORIES**

Press conference on body parts found along I-80, 380  VIDEO

Police search for remaining body parts on Interstate 380  VIDEO

Human remains found on Interstate 380  VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

A knife was found at the I-380-Route 940 interchange, but it is not known if that weapon is connected with the human remains.

A truck driver told the Pocono Record that he saw three tarps covering something along I-380 after police were called to the scene this morning.

The road closing caused major traffic backups on routes 611 and 940 in Mount Pocono.

HOME

Be the first to know - Sign up for text alerts   Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

 (secondary)

thepoconos.com
What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Pizza

Body parts, head found along Interstates 80, 380 (with videos) - ...      http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008..



Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

2 of 4



Monroe County District Attorney Dave Christine briefs the press Tuesday evening Jan. 29, 2008, at the state police
barracks in Swiftwater. Police said at least eight bags with human remains at eight different locations along I-80 and
I-380 have been recovered.

*Adam Richins/Pocono Record*

Email A Friend  |  Submit Your Own Photo

3 of 4



Lt. Robert Bartal, Troop N crime scene commander, briefs the press Tuesday evening at the Swiftwater state police barracks. Police said at least eight bags with human remains at eight different locations along I-80 and I-380 have been recovered.

*Adam Richins/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

**4 of 4**



A state police trooper looks for human remains along I-380 in Pocono Summit Tuesday afternoon. Police said at least eight bags with human remains at eight different locations along I-80 and I-380 have been recovered.
*Adam Richins/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=p...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&n...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&n..



I just heard something disturbing too about this incident, probably just Embellishing!

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&n...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&n...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&n...



Friday, December 05, 2008    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
SUNNY 25°

thepoconos.com/jobs
Find a Job

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

Welcome Guest                               Search [        ]
All Message Boards > Pocono Record News Forum > Reader Reactions >            Advanced Search

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS
search PoconoRecord.com      FIND IT!

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

### Discussions                1 2 3 4 5 [6] 7 8 ... 13 14 15        Keep Readin

**51 of 146**

**On Jan 29, 2008 at 04:27 PM, Frightenedmom said:**

Harold it would be very easy for someone from NY or NJ to ride 80 and dump! No matter where the killer(s) are from this is sick and a little too close to home. Time to move?

Frightenedmom
My Comments
Member Since:
1/29/2008

**52 of 146**

**On Jan 29, 2008 at 04:27 PM, Shemeka said:**

all they have to do is do a thorough autopsy. you can't cover up something like this no matter how hard you try. If you know how much stuff comes off our bodies just walking, skin cells, hair strands, clothing lent, etc....even if you use gloves. right after the autopsy they will know who she is, then start from the husband, boyfriend on down the list, phone records...etc. and why didn't anyone report her missing.....typical homocide situation seems like to me.

Shemeka
My Comments
Member Since:
1/24/2007

**53 of 146**

**On Jan 29, 2008 at 04:30 PM, MommaDO said:**

Monroe County and North Warren County used to be dumping grounds for mafia hits years ago...Or as some of us who grew up there would like to say, "good ole mountain justice"!

MommaDO
My Comments
Member Since:
11/30/2007

**54 of 146**

**On Jan 29, 2008 at 04:31 PM, Chadwick said:**

"right after the autopsy they will know who she is..."

It was a women? Did something say that or are you guessing shemeka?

Chadwick
My Comments
Member Since:
2/7/2007

**55 of 146**

**On Jan 29, 2008 at 04:32 PM, Shemeka said:**

oh damn. this may not be some mountain shyt after all. trust me, with all the hunting they do, a local would know exactly where to bury someone. oh well whoever did this is very azz backwards. they should know how yall are about liter on the streets. some plastic bags on 80 would stick out like a sore thumb to a local. hell, a piece of paper would too.

Shemeka
My Comments
Member Since:
1/24/2007

thepoconos.com/homes
Find a Home

TOP JOBS
WORKSHOP / ORIENTATION
Stroudsburg, PA Pocono Record Classified Ad

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

TOP CARS

$17,988
2005 Dodge Ram 1500 Truck
Brown Daub Chrysler Jeep

2006 Buick Lucerne
Brown Daub Buick Pontiac Chevrolet

2008 Ford F-150
Brown Daub Ford Lincoln Mercury

2006 HUMMER H3
Brown Daub Kia

Show All Featured Cars

chad, i thought i READ THAT!!! Don't start no bullshyt about that mess. last thing i need is
someone knocking on my door about some bull!! acutally i thought i read a WOMEN'S HEAD

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&n...



**Friday, December 05, 2008**

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 25°

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                    Search

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com     FIND IT!

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

**Discussions**          1 2 3 … 5 6 7 8 9 … 13 14 15          Keep Read

---

61 of 146

On Jan 29, 2008 at 04:43 PM, blakeman12 said:

I don't think Mountain-men live in PCP...I'm sure it relates to that place somehow...

**blakeman12**
My Comments
Member Since:
6/13/2007

---

62 of 146

On Jan 29, 2008 at 04:44 PM, Shemeka said:

oh damn.....here we go....shemeka's a murderer. she's the only one that knows it's a women's body.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

63 of 146

On Jan 29, 2008 at 04:46 PM, Rebeccadoglover said:

Can you update your site? The headline says updated at 4:08 but the story says updated 3:57!

Thanks

**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

---

64 of 146

On Jan 29, 2008 at 04:46 PM, Shemeka said:

editor1, can you pllllleeeease tell these trouble making chicks that it states women remains found. before they give the police a shemeka lead.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

Yes, woman's head was apparently part of what turned up near the 80/380 split. That's how we understand it right now. More details coming soon. We're now fighting our software on top of everything else.

wjw

thepoconos.com/homes

Find a Home

**TOP JOBS**

**WORKSHOP / ORIENTATION**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

**TOP CARS**



$16,995
2005 Dodge Ram 1500 Truck
Brown Daub Dodge

2007 Hyundai Sonata
Brown Daub Ford Lincoln Mercury



$24,988
2008 Honda Accord
Brown Daub Chrysler Jeep

2003 Dodge Stratus
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&n...



Friday, December 05, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 25°

thepoconos.com
Write a Review

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**                    Search [          ]

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com    [ FIND IT! ]

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

Discussions            1 2 3 … 6 7 **8** 9 10 … 13 14 15            Keep Re

71 of 146

On Jan 29, 2008 at 04:57 PM, editor1 said:

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008012g

Try that link. Sorry for the problems. Yes, eight bags, eight spots, some close together. All the news outlets are feeding off the press conference right now, that's where the information is originating.

wjw

**editor1**
My Comments
Member Since:
12/19/2006

*Edited 1/29/08  by  editor1*

72 of 146

On Jan 29, 2008 at 05:21 PM, SingingBear said:

The details are a lot easier to read...Thanks for the link Editor1... Also heard that the body parts (10 bags, same body) were scattered in several places, as you say, on I-80E & W and 380 too...

This obviously is a display (driving around E&W, N&S,) of violent vengeance... and a message or cry out for help. The perpetrator will now have to be found and apprehended ASAP. Let's keep our eyes and ears open.

**SingingBear**
My Comments
Member Since:
10/26/2007

*Edited 1/29/08  by  SingingBear*

73 of 146

On Jan 29, 2008 at 05:24 PM, PA_native said:

Ed,

Has there been any missing persons reports of a light skinned woman recently in the area?

**PA_native**
My Comments
Member Since:
9/11/2007

Message 4877.74 was deleted

I have tried to resolve not to allow such news to shock or surprise me..... it's not working.....

---

thepoconos.com/homes



Find a Home

TOP JOBS

**WORKSHOP / ORIENTATION**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

TOP CARS


**$19,995**
2008 Dodge Nitro
Brown Daub Dodge


2000 Chevrolet Cavalier
Brown Daub Buick Pontiac Chevrolet


2005 Chevrolet Silverado 1500
Brown Daub Buick Pontiac Chevrolet


**$13,490**
2006 Dodge Ram 1500 Truck
Brown Daub Chevrolet-Volvo

Show All Featured Cars

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&n...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&n...

Friday, December 05, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 25°

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                              Search [        ]
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [        ] FIND IT!

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

**Discussions**        1 2 3 ... 8 9 [10] 11 12 13 14 15        Keep Rea



thepoconos.com

Find a Business

**TOP JOBS**

**WORKSHOP / ORIENTATION**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

---

91 of 146

**Lindwag**
My Comments
Member Since:
12/28/2006

On Jan 29, 2008 at 08:00 PM, Lindwag said:

Oh, yeah I do! Omg!! that was so scary back then....17 or so women...and if it wasn't for the due dilligence of the police that night he would have never been caught.
Rolled them up in a rug to conceal them. That's the scariest part.

That shocked even LI back then. I was about 25 then...I had a new baby! I was absolutely terrified that someone like that was roaming around 4 towns over from where I lived...Where we lived!!

I pray it's nothing like that maginitude...

You know where I'm talking about near JFK right? It was the side road leading from the Airport to Rockaway PKWY...major mob dumping ground!!

---

92 of 146

**Lindwag**
My Comments
Member Since:
12/28/2006

On Jan 29, 2008 at 08:03 PM, Lindwag said:

Oh...K....I'm so sorry! You did the right thing. God Bless you! I hope they can use what you gave them..

NO! do not go into it here. As it could compromise the case...

I'm just glad for people like you that have their eyes open and are willing to come foward..

This was someone's child once...That's the way I look at all these crimes. How could someone have gone so wrong to do this to someone else's child. No matter what they could have done NO ONE deserves that.

**TOP CARS**


$9,900
2004 Mazda Tribute
Mick Motors


$17,988
2005 Dodge Ram 1500 Truck
Brown Daub Chrysler Jeep

---

93 of 146

**Markvg (MVG)**
My Comments
Member Since: 6/5/2007

On Jan 29, 2008 at 08:13 PM, Markvg (MVG) said:

Good job k8eyedid!

With the way things are going around here now, I'm going to carry the video camera around all the time. Any efforts can only help.


$24,490
2007 Volvo XC90
Brown Daub
Chevrolet-Volvo


$14,250
2006 Nissan Altima
Brown Daub
Chevrolet-Volvo

Show All Featured Cars

Lindwag - thank you for your kind words. No one deserves what that poor woman went through. I just pray to God they find this sick person soon!

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&...



Friday, December 05, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 25°

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest                                    Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com [        ]  FIND IT!

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

Discussions          1 2 3 ... 9 10 [11] 12 13 14 15          Keep Readi


thepoconos.com/jobs

Find a Job

TOP JOBS

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified
Ad

**The CROSSINGS Premium**
TANNERSVILLE, PA Pocono Record
Classified Ad

**HOME HEALTH RN Tired**

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

101 of 146



sniggles
My Comments
Member Since:
1/29/2008

On Jan 29, 2008 at 09:52 PM, sniggles said:

To the person who made the comment about,"getting hit by a truck?" Hellooo, read the distance... No truck did that, and besides parts were in bags. I think someone or a gang is sending a message to someone else or to the people of the poconos. They wanted those parts to be found for a reason. They could have just buried them in the woods or dumped them in garbage. They sure sent a message. We were discussing that scenerio today.

---

102 of 146

Douglstes
My Comments
Member Since:
1/30/2008

On Jan 29, 2008 at 09:57 PM, Douglstes said:

"Those tractor trailor drivers are the bullies of the road; they'll hit anything in their way and get away with it."

So truckers just mow down folks and get away with it? What have you been dipping into? I travel the roads on average 40-50K per year from Maine to North Carolina (except when I'm on these forum pages, of course) in my car, and without a doubt truckers are the safest drivers...except Rt 80 from the GW bridge to the Rt 380 split...you know, those beat-up trucks from eastern NJ with the "municipal solid waste" sign on the front of the trailer...

---

103 of 146



sniggles
My Comments
Member Since:
1/29/2008

On Jan 29, 2008 at 09:58 PM, sniggles said:

Bullies? Don't make me laugh. I have been in those trucks and let me tell you something pal, the idiots in cars are more of a danger than any truck driver. Some of the mental midgets driving cars should be run over. Truck did not do that to that body...parts were in bags! Geeze!

TOP CARS



$34,205
2006 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

$13,900
2006 Jeep Liberty
Mick Motors

---

104 of 146



NbsMucso
My Comments
Member Since:
12/9/2007

On Jan 29, 2008 at 10:02 PM, NbsMucso said:

This is so crazy, Cannibal Corpse lyrics much


$13,473
2006 Mercury Grand Marquis
Brown Daub Ford Lincoln
Mercury


$10,995
2003 Ford Mustang
Brown Daub Dodge

Show All Featured Cars

Sniggles you are right, its not like the bags just fell out of the back of a truck, they wanted it to be found there are many places they could have been hid, Someone is making a statement. They are probably reading what we write. Just like the guy who admitted he read the forums after he hit and killed the motor cyclist. Mabey they were marking territory? Like a dog #### on a tree.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&..



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&..



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&..



Friday, December 05, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 25°

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                              Search
All Message Boards > Pocono Record News Forum > Reader Reactions >     Advanced Search

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com   FIND IT!

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG INTERSTATE 80,380**

| Discussions | 1 2 3 … 13 14 [15] | Keep Reading |



Markvg (MVG)
My Comments
Member Since: 6/5/2007

141 of 146

On Jan 31, 2008 at 09:01 PM, Markvg (MVG) said:

"Now the PSP are asking people that may have seen anything suspicious up to 3 weeks ago should call."

Interesting.

The coroner should have had some idea of a time of death. That was not reported at all, I don't think and wonder why.



Cabin
My Comments
Member Since:
4/18/2007

142 of 146

On Feb 1, 2008 at 08:19 AM, Cabin said:

"The coroner should have had some idea of a time of death. That was not reported at all, I don't think and wonder why."

It's winter! I am sure that will make the calculations a little more difficult.

k8eydid
My Comments
Member Since:
1/29/2008

143 of 146

On Feb 1, 2008 at 08:43 AM, k8eydid said:

This is from WNEP story broadcast yesterday - Thursday, January 31, UDPATED: 5:37 p.m.
By Trish Hartman and Ryan Leckey

"Troopers are working on a sketch of the victim which should be released soon. In the meantime, anyone who may have seen anything suspicious in the area, even as far back as two or three weeks, is asked to call state police at Swiftwater at 570-839-7701."

They also mentioned that the parts may have been frozen. Being frozen will slow the rate of decomposition. Here is another theory - if the parts were frozen, was it by nature or by a freezer?

Not only is it winter, but the body was frozen. That has to screw up time of death. Not like they can do a liver temp. Ugh. I need a vacation. This whole thing is hideous.



thepoconos.com

Write a Review

**TOP JOBS**

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**The CROSSINGS Premium**
TANNERSVILLE, PA Pocono Record Classified Ad

**HOME HEALTH RN Tired**

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**



$34,205
2008 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

$13,900
2006 Jeep Liberty
Mick Motors



$24,988
2008 Honda Accord
Brown Daub Chrysler Jeep

$10,995
2003 Ford Mustang
Brown Daub Dodge

Show All Featured Cars

# *Body Parts Found Along Pa. Highways*

Associated Press Online

January 30, 2008 Wednesday 2:37 AM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** DOMESTIC NEWS

**Length:** 115 words

**Dateline:** SWIFTWATER Pa.

## Body

A woman's severed head was found Tuesday in a trash bag along an interstate highway, one of eight bags containing body parts discovered beside expressways in northeastern Pennsylvania, authorities said.

The parts are believed to belong to the same victim, and it was unclear whether all the body parts have been found, investigators said.

The first bag was found Tuesday morning near the Mount Pocono exit of Interstate 380 by a worker salting the highway, investigators said. More remains were found later Tuesday along I-80.

Authorities searched I-80 in four counties, state police Lt. Robert Bartal said.

The woman's identity was not immediately known, and an autopsy was scheduled for Wednesday.

**Load-Date:** January 30, 2008

End of Document

# Pocono Record

**WEDNESDAY**
January 30, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 304     © Copyright 2008     50 CENTS



# Body parts litter Interstate 80/380

## At least eight bags of remains found; police shut highway to search

**By BETH BRELJE**
Pocono Record Writer

Police spent Tuesday in a gruesome search along two Pocono highways collecting at least eight bags of body parts scattered like trash.

"There were no attempts to hide anything," said state police Lt. Robert Bartal, explaining the bags were found close to the road, not hidden in the woods.

The recovery stretched from Stroudsburg to Gouldsboro, spanning five miles of Interstate 80 and 15 miles of Interstate 380.

"There's still quite a bit (of the body) missing," Bartal said.

Police ask anyone who saw trash being dumped along the roads to call (570) 839-7701.

They believe the remains all belong to the same light-skinned victim, possibly a woman. An autopsy is scheduled for 9 a.m. today at Lehigh Valley Hospital in Allentown.

A torso was found in Lackawanna County and a head was recovered along I-380 in Monroe, according to Monroe County District Attorney David Christine. Most of the remains were found in Monroe County.

Police would not disclose what other parts were found, but did say they were all recognizable human remains. They would not say if clothing or other items were found in any of the bags. They did say it is obviously a homicide investigation.

Police were not certain how long it had been since the remains were discarded, and they are not

*See* **REMAINS**, *Page A2*

*A state trooper looks for human remains along Interstate 380 in Pocono Summit on Tuesday.*
ADAM RICHINS/Pocono Record

See the videos for this story online at
**www.poconorecord.com/video**

*State police monitor the scene on Interstate 380 northbound at the site where at least one bag of body parts was found Tuesday.*
KEITH R. STEVENSON/Pocono Record

Map by KEITH R. STEVENSON/Pocono Record

Map labels:
- Mile Marker 14.4 Lackawanna County — Gouldsboro
- 380
- Mile Marker 7.5 on Southbound Ramp — Tobyhanna
- Mile Marker 5.6
- Mile Marker 5.2
- Mile Marker 4.1 First bag found here by PennDOT crew at 9:07 A.M.
- 940 — Pocono Summit — 380
- 80
- Mile Marker .4 Just after on-ramp from 80 West
- I-80 Mile Marker 294.8
- 80
- Mile Marker 306.6 — Stroudsburg
- 33
- Recovered remains

---

## Time to refinance?

### Bad-news economy is good news for some homeowners

**By HOWARD FRANK**
Pocono Record Writer

Can there be a silver lining in the economic downturn? Perhaps. Sharp interest-rate cuts by the Federal Reserve make this a good time for homeowners to consider refinancing their mortgages.

Last week's cut of three quarters of a percentage point — with another cut of as much as a half point expected this week — has put interest rates at a two-year low and close to the lowest point they've been in this decade. Thirty-year mortgage rates are dropping below 5 percent.

But does that mean this a good time to refinance?

"If you have a 6.75, 7 or 7.5 per-cent rate, this could be a good time to refinance," according to John G. Gerlach, president and CEO of Pocono Community Bank.

"Anytime you have a 100 basis point spread, it's a good time to take a look at refinancing," he said. One hundred basis points is equal to one percentage point. The spread is the difference between a borrower's current mortgage rate and the new bank rate.

Gerlach said his bank is seeing an upswing in refinancing. "We are at the beginning of a trend towards refinancing, not just with residential mortgages, but with our commercial products as well," Gerlach said.

Homeowners want to figure out if it's worth refinancing, according to Gerlach, all that's required is a little simple math.

Just add up the total costs for a re-financed loan, including origination

*See* **REFINANCE**, *Page A2*

More online: **www.poconorecord.com**
For more on local mortgage issues, visit poconorecord.com/mortgagemess.

---



ELECTION 2008

McCAIN BEATS ROMNEY IN FLA.

Giuliani ready to quit, endorse McCain
**Page A10**

---

## 3 to plead guilty in Iridium illegals case

**By ANDREW SCOTT**
Pocono Record Writer

SCRANTON — Three people will plead guilty to harboring and transporting the undocumented immigrants arrested in June at Iridium Industries in East Stroudsburg, according to federal authorities. Two other defendants' cases are pending.

Sui Tek Lim, Hew Deng Kong, Sutini Alisaito (also known as "Ling" and "Maid-ah") and Hardy Ko, all undocumented immigrants themselves, and ringleader Jimmy Nguyen (pronounced "Nwin") were indicted by a federal grand jury in November, said Assistant U.S. Attorney Chris Fleanick of the U.S. Middle District Court's

*A federal grand jury indicted five men, themselves undocumented immigrants, on charges of harboring and transporting the illegal workers at the Iridium Industries plant in East Stroudsburg.*

Criminal Division in Scranton. Lim, Kong, Alisaito and Ko are being held in Lackawanna

*See* **IRIDIUM**, *Page A2*

More online: **www.poconorecord.com**
For background on this story, visit poconorecord.com/iridium

---

TODAY'S FORECAST

Windy, chance of rain/snow. High 34/42. Low 14/17.

Weather, C10

poconorecord.com/superbowl



How well do you know the Bowl? Find out on our interactive page with quizzes, strategies.

INSIDE the RECORD

| | | | | |
|---|---|---|---|---|
| ADVICE & BRIDGE | C9 | ENTERTAINMENT | C9 | POCONO LIFE | C1-2 |
| BUSINESS | B5 | HOROSCOPE | C9 | PUBLIC NOTICES | C10 |
| CLASSIFIED | D1-6 | LOCAL & REGION | A3 | SPORTS | B1-4 |
| COMICS, PUZZLES | C8 | LOTTERY | A2 | TV & WEATHER | C10 |
| | | OBITUARIES | A7 | U.S. & WORLD | A9 |
| | | OPINION | A8-9 | YOUR COMMUNITY | C4-5 |



# REFINANCE

From Page A1

fees, attorney's fees and so forth. Then divide that by the difference in the monthly payments to determine how many months it will take before you break even on the new rate.

So, if your closing costs are $2,000 and you would pay $100 a month less with a new rate, it will take you 20 months to break even on a loan. With 10, 20 or 30 years left, that's a relatively short break-even.

**GERLACH EXPLAINED** two reasons for the Fed's reduction in rates that began late last summer. "One was the mortgage meltdown. The other was that banks didn't want to lend funds to each other. They weren't sure what exposure the borrowing bank may have had to bad loans. There was a real liquidity problem," Gerlach said.

"With the Fed's drop in rates, current rates have dropped below 5 percent for a 30-year fixed rate," according to George Hanzimanolis of Tannersville, president of Bankers First Mortgage and National Association of Mortgage Brokers president. Compared to last year, when rates were closer to 6 percent, that's quite a difference, he said.

And that means that someone with a $250,000 home might save between $100 to $125 a month, according to Hanzimanolis.

Although there are typically closing fees with a refinancing, Hanzimanolis said borrowers can finance those too by incorporating them into the loan.

"What customers should do is go into whatever lending firm they use and ask for a good faith estimate of closing costs. That will give them a breakdown of all the costs in the transaction and what their payment will be," he said. And that good faith estimate, by law, will include insurance and taxes. The mortgage provider is required to supply the estimate within 72 hours if the borrower submits a loan application.

Gary Olson, president and CEO of ESSA Bancorp, parent of ESSA Bank & Trust, said his refinancing business is picking up as well. "It could very well be advantageous to refinance, depending on what your current rate is."

According to Olson, early in 2003, rates hit the bottom of the mortgage rate cycle, but they are nearing that level again.

"Most folks are concerned with their monthly cash flows and whether there's an opportunity to improve it. ESSA has mortgage loan specialists who consumers can call to discuss refinancing. It doesn't cost them anything. It's a service we provide," Olson said.

Why would a bank offer to reduce a customer's loan rate? Because it's good business. "Our main business is getting people in their homes. If it means offering better financing, so be it," he said.

# REMAINS

From Page A1

confident all the bags have been found.

The first discovery was made at 9:07 a.m. Tuesday. A Pennsylvania Department of Transportation crew treating roads in preparation for freezing rain discovered the first bag in Coolbaugh Township at mile marker 4.1 on Interstate 380. The bag was in the median. When the PennDOT crew realized they had found human remains, state police at Swiftwater were contacted.

Interstate 380 was closed in both directions and traffic was detoured to routes 940 and 611 for hours while police searched the area.

More than 25 officers were used in the search. Police were seen wearing gloves and going through bags of trash along the



ADAM RICHINS/Pocono Record

District Attorney David Christine Swiftwater state police barracks. briefs the press Tuesday at the

interstate.

Body parts were found in Coolbaugh, Pocono, Tobyhanna and Stroud townships and Stroudsburg Borough in Monroe County and Covington Township in Lackawanna County.

On northbound I-380, bags were found in the median area at mile markers, 0.4, 4.1, 5.2, 5.6, 14.4 and the southbound ramp at mile marker 7.5.

More were found on eastbound I-80 at mile marker 294.8, and westbound I-80 at mile marker 306.4.

Police said "at least one bag" was found at each of the locations.

A truck driver told the Pocono Record he saw three tarps covering something along I-380 Tuesday morning before police closed the interstate. A knife was found at the Interstate 380/Route 940 interchange, but it is not known if that weapon is connected with the human remains.

# IRIDIUM

From Page A1

County Jail without bail or bond while Nguyen is free. Kong, Alisaito and Ko will appear in federal court Feb. 26 to change their "not guilty" pleas to "guilty," Fisanick said. Lim's and Nguyen's cases are still pending.

The five were charged in connection with the June 20 arrests of 81 undocumented immigrants at Iridium, which makes plastic squeeze tubes for L'Oreal, Victoria's Secret and other clients. The immigrants came from Mexico, Ecuador, Indonesia and Malaysia, U.S. Immigration and Customs Enforcement officials said.

Iridium claimed it didn't know the workers were undoc-

umented, but former employees, such as Dorothy Crespo of Stroud Township, said the company knowingly employed the immigrants in sweatshop conditions.

The June raid's focus was H&T Services, also known as H&T Time Services, a Wilkes-Barre temporary employment agency that supplied the workers to Iridium, Fisanick said. Nguyen created H&T in 2002 and entered into a contract with Iridium in January 2003.

On at least three occasions between January and May 2007, Nguyen, Lim, Kong, Alisaito and Ko drove the undocumented immigrants in vans to work at Iridium, Fisanick charged.

Monroe County attorney Ysabel Williams represented some of the 81 people arrested in June, but cannot recall the

# Is waterboarding torture? Atty. Gen. won't tell Congress

WASHINGTON (AP) — Attorney General Michael Mukasey said Tuesday he will refuse to publicly say whether the interrogation tactic known as waterboarding is illegal, digging in against critics who want the Bush administration to define it as torture.

In a letter to Senate Judiciary Chairman Patrick Leahy, Mukasey said he has finished a review of Justice Department memos about the CIA's current methods of interrogating terror suspects and finds them to be lawful. He said waterboarding currently is not used by the spy agency.

Since waterboarding is not part of what Mukasey described as a "limited set of methods" used by interrogators now, the attorney general said he would not rule on whether it is illegal.

"I understand that you and some other members of the (Judiciary) Committee may feel that I should go further in my review, and answer questions concerning the legality of waterboarding under current law," Mukasey wrote in his three-page letter to Leahy, D-Vt. "I understand the strong interest in this question, but I do not think it would be responsible for me, as attorney general, to provide an answer."

The attorney general added: "If this were an easy question, I would not be reluctant to offer my views on this subject. But, with respect, I believe it is not an easy question. There are some circumstances where current law would appear clearly to prohibit the use of waterboarding. Other circumstances would present a far closer question."

The letter does not elaborate on what the other circumstances are.

Mukasey's letter was sent on the eve of his appearance at a Justice Department oversight hearing chaired by Leahy. It is Mukasey's first appearance before the committee since he took office Nov. 9.

In a terse statement released minutes after Mukasey's letter surfaced, Leahy called the attorney general's position a "last minute response" that merely parrots the Bush administration's longtime dodge on whether waterboarding is legal.

"It does not, however, answer the critical questions we have been asking about its legality," Leahy said in the statement. "Attorney General Mukasey knows that this will not end the matter and expects to be asked serious questions at the hearing tomorrow."

• U.S. Immigration and Customs Enforcement doesn't release the names of those it arrests, due to privacy laws.

• It would take too many man-hours to track down each and every one of those 81 cases, man-hours for which the cost to the agency would have to be justified.

"It's a staggering amount of work to follow each person's name through the system to find out the status of each case," said Immigration spokesman Michael Gilhooly of the Vermont office, which covers the Northeastern states. "It just wouldn't be practical."

As of the time of the June raid, Iridium reportedly had not been charged with any wrongdoing and had received more than $9 million in public assistance since it opened in 1999.

exact number of illegals she represented or their names. Williams said some of her clients have been deported while others were released and have applied for or were granted voluntary departure from the country.

"Each case is different," Williams said. "Those arrested are sent to different jails throughout the country to be held, but many of their families living in this area don't know they can hire local attorneys to represent their loved ones.

"Attorneys aren't allowed to approach people to solicit services," she said. "People have to contact attorneys. But, if people don't know there are attorneys here they can contact, it makes it harder."

The cases of the 81 arrested at Iridium are hard to track because:

## LOTTERIES

Numbers drawn
Tuesday, Jan. 30, 2008

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: **9-7-7**
MIDDAY BIG FOUR: **5-8-4-5**
TREASURE HUNT: **5-13-23-26-30**
DAILY: **6-4-9**
BIG FOUR: **2-5-6-0**
CASH FIVE: **2-4-6-32-33**
**Update:** No top prize winner.
Today's jackpot: **$300,000.**
MATCH SIX: **8-19-31-41-44**
**Update:** No top prize winner.
Friday's jackpot: **$700,000.**

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: **5-8-6**
MIDDAY PICK FOUR: **0-5-9-6**
PICK THREE: **7-3-2**
PICK FOUR: **5-1-4-2**
CASH FIVE: **14-17-25-37-38**

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: **2-7-5** Lucky Sum **14**
MIDDAY WIN FOUR: **2-3-5-5** Lucky Sum **15**
DAILY NUMBER: **2-0-3** Lucky Sum **5**
WIN FOUR: **9-4-1-1** Lucky Sum **15**
PICK TEN: **2-3-4-5-11-20-27-30-39-40-41-42-48-51-54-57-65-74-77-78**





















## POCONO RECORD

*Your home. Your neighbors. Your news.*

### How To Reach Us

Body parts strewn along Interstates 80/380 in Poconos - pocono...     http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Body parts strewn along Interstates 80/380 in Poconos - pocono...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Body parts strewn along Interstates 80/380 in Poconos
*At least eight bags of remains found; police shut down highway to search*



Photo 1 of 4 | Zoom Photo +

A state trooper looks for human remains along Interstate 380 in Pocono Summit on Tuesday.

ADAM RICHINS/Pocono Record



NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com   FIND IT!

*Celebrate Christmas in the Country...*

SPRING LEAF FLOWERS
Across from Callie's Candy Kitchen in Mountainhome, PA
(570) 595-6000

Text Size: A | A | **A**

- Print this Article      Email this Article
- Sign up for text alerts
- Sign up for e-mail headlines
- Respond to this Article

**Share**

- del.icio.us          Digg This Story
- reddit              STUMBLEUPON
- MY Yahoo!          Add to Google
- Seed Newsvine

By **Beth Brelje**
Pocono Record Writer
January 30, 2008

Police spent Tuesday in a gruesome search along two Pocono highways collecting at least eight bags of body parts scattered like trash.

"There were no attempts to hide anything," said state police Lt. Robert Bartal, explaining the bags were found close to the road, not hidden in the woods.

The recovery stretched from Stroudsburg to Gouldsboro, spanning five miles of Interstate 80 and 15 miles of Interstate 380.

"There's still quite a bit (of the body) missing," Bartal said.

Police ask anyone who saw trash being dumped along the roads to call (570) 839-7701.

They believe the remains all belong to the same light-skinned victim, possibly a woman. An autopsy is scheduled for 9 a.m. today at Lehigh Valley Hospital in Allentown.

A torso was found in Lackawanna County and a head was recovered along I-380 in Monroe, according to Monroe County District Attorney David Christine. Most of the remains were found in Monroe County.

Police would not disclose what other parts were found, but did say they were all recognizable human remains. They would not say if clothing or other items were found in any of the bags. They did say it is obviously a homicide investigation.

Police were not certain how long it had been since the remains were discarded, and they are not confident all the bags have been found.

The first discovery was made at 9:07 a.m. Tuesday. A Pennsylvania Department of Transportation crew treating roads in preparation for freezing rain discovered the first bag in Coolbaugh Township at mile marker 4.1 on Interstate 380. The bag was in the median. When the PennDOT crew realized they had found human remains, state police at Swiftwater were contacted.

Interstate 380 was closed in both directions and traffic was detoured to routes 940 and 611 for hours while police searched the area.

More than 25 officers were used in the search. Police were seen wearing gloves and going through bags of trash along the interstate.

Body parts were found in Coolbaugh, Pocono, Tobyhanna and Stroud townships and Stroudsburg Borough in Monroe County and Covington Township in Lackawanna County.

On northbound I-380, bags were found in the median area at mile markers, 0.4, 4.1, 5.2, 5.6, 14.4 and the southbound ramp at mile marker 7.5.

More were found on eastbound I-80 at mile marker 294.8, and westbound I-80 at mile marker 306.6.

Police said "at least one bag" was found at each of the locations.

A truck driver told the Pocono Record he saw three tarps covering something along I-380 Tuesday morning before police closed the interstate. A knife was found at the Interstate 380/Route 940 interchange, but it is not known if that weapon is connected with the human remains.

**RELATED STORIES**

Police continue search for human remains

Press conference on body parts found along I-80, 380   ▶ VIDEO

Police search for remaining body parts on Interstate 380   ▶ VIDEO

Human remains found on Interstate 380   ▶ VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

**LINKS**

Map: Sites where human remains were found



thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

Recently Reviewed by Your Neighbors

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice family owned business, great people, great..." more
posted on 1/8/2008                    ★ ★ ★ ★ ☆

VIEW MORE Auto Dealers

Body parts strewn along Interstates 80/380 in Poconos - pocono...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



2 of 4



District Attorney David Christine briefs the press Tuesday at the Swiftwater state police barracks.

*ADAM RICHINS/Pocono Record*

Email A Friend  |  Submit Your Own Photo

3 of 4



Lt. Robert Bartal Troop N Crime Scene Commander briefs the press Tuesday evening (Jan. 29, 2008) at the Swiftwater State Police barracks. Police said atleast eight bags with human remains at eight different locations along I-80 and I-380 have been recovered.

*ADAM RICHINS/Pocono Record*

Email A Friend | Submit Your Own Photo

**4 of 4**



State police monitor the scene on Interstate 380 north-bound at the site where at least one bag of body parts was found Tuesday.

*Keith R. Stevenson/Pocono Record*

Email A Friend  |  Submit Your Own Photo



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MICLOUDY 22°
Forecast/Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >                    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          [1] 2 3 ... 22 23 24              Keep Reading

---

**1 of 231**



pacharlie
My Comments
Member Since:
8/15/2007

On Jan 30, 2008 at 12:36 AM, pacharlie said:

I hope they find all the bags, it would be horrible for anyone other then authorities to find it.

---

**2 of 231**

DOS
(rottenscoundrel)
My Comments
Member Since:
11/7/2007

On Jan 30, 2008 at 12:56 AM, DOS (rottenscoundrel) said:

I'm wondering where would be a good place to move and live out my years.......

---

**3 of 231**



twiytcgowysc
My Comments
Member Since:
1/30/2008

On Jan 30, 2008 at 02:49 AM, twiytcgowysc said:

This area is completely out of hand anymore. I'm 21, born and raised here. I've had enough. There's been more change than my parents and I could have ever fathomed. My father's probably rolling over in his grave. I'm out as soon as I can.

---

**4 of 231**

jeffskidoo
My Comments
Member Since:
1/15/2007

On Jan 30, 2008 at 02:50 AM, jeffskidoo said:

I am moving to the Adirondacks. It is getting too creepy around here.

---

**5 of 231**



Nanax3
My Comments
Member Since: 2/8/2007

On Jan 30, 2008 at 03:04 AM, Nanax3 said:

This is bad real bad!! Why would anyone do this to another person. Where is the regard for other humans life.

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com/cars



Find a Car

**TOP JOBS**

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



**6 of 231**

tinker444
My Comments
Member Since:
1/17/2007

On Jan 30, 2008 at 04:28 AM, tinker444 said:

IT IS NOT BAD HERE IT JUST GOES TO SHOW HOW THEY THINK OUR POLICE ARE STILL LIKE MAYBERRY ITHEY WILL GET THEM AND GOD BLESS WHO IT IS .I FEEL VERY BAD FOR THE FAMILY RIGHT NOW TOO GOD BLESS AND GOD WILL HELP THEY WILL FINDOUT FAST WHO IT IS I HAVE FAITH IN THEM!

TOP CARS


$12,900
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2006 Pontiac G5
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information



**7 of 231**

PoconoVoice
My Comments
Member Since:
6/22/2007

On Jan 30, 2008 at 05:25 AM, PoconoVoice said:

What can you say about this.. Very few times I am speechless. My heart goes out to the family and many thanks to our police. After being a paramedic for 20 years death does not phase you but, something like this has to!

**8 of 231**

kushman
My Comments
Member Since: 6/2/2007

On Jan 30, 2008 at 05:30 AM, kushman said:

Yes it is really bad around here, but believe me it's like this in alot of places. This is what happens when you have an interstate running through your area, Scum from other areas use this like a dumping ground. Chances are this person isn't oven from this area. I pray for her soul. To the individual who did this : May your soul burn in hell!

**9 of 231**

foxgap
My Comments
Member Since:
3/12/2007

On Jan 30, 2008 at 05:38 AM, foxgap said:

I can remember as a kid watching route 80 being built in my back yard ,,,,ahh those were the good old days in the poconos ..now if your a kid and go out and play with your friend you might find body parts along the road!!! Talk about change in this country!! The change we need is to go back!!



**10 of 231**

wawa55
My Comments
Member Since:
1/31/2007

On Jan 30, 2008 at 05:44 AM, wawa55 said:

I agree with you kushman. I commute to the Bronx several times per week to help my sick parent. I probably have driven past the "bags" several times. I even remember seeing something (going up route 380 to get off at 940) thought I was going nuts but re-assured myself things like that (body parts on a median) are a product of my imagination. I saw a large black bag ripped open on top sitting on the yellow line left side of the highway by median too! It was strange because road crews that clean up sometimes leave white bags (smaller) on the right side for pick up. I hope New Jersey police are checking route 80, this is a horrendous crime. My thoughts & prayers are with the victim's family- "God don't make garbage"

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [ ]

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions              1 [2] 3 4 ... 22 23 24              Keep Reading

---



**westendmom**
My Comments
Member Since:
1/16/2008

**11 of 231**

On Jan 30, 2008 at 06:03 AM, westendmom said:

Great idea Jeff!! I still read the paper from Ticonderoga and you never read about #### like this in the Adirondacks. Nothing like the scenery driving up the Northway to Exit 30!!

---



**mikester935**
My Comments
Member Since:
12/27/2006

**12 of 231**

On Jan 30, 2008 at 06:24 AM, mikester935 said:

It's all fun and games 'till someone loses a Head or an arm.

---



**gladys**
My Comments
Member Since: 2/6/2007

**13 of 231**

On Jan 30, 2008 at 06:33 AM, gladys said:

Sorry if this sounds sick-I wonder how much of the remains were dragged into woods by animals?

---



**CatchurDream**
My Comments
Member Since:
12/9/2007

**14 of 231**

On Jan 30, 2008 at 06:41 AM, CatchurDream said:

This is scary ...I myself travel these highways everyday , and I must say myself I always wonder , whats in them ...sad to say but it always crosses my mind. i know it's not as bad as human body parts , but i once was traveling rt80 and saw someone throw what I thought was a bag from a car , as I slowed down I found it to be a puppy ...my heart sank, needless to say I stopped and picked it up , and the dog lived a happy life with me to the ripe old age of 15. makes you wonder whats happening to the world what s**t like this happens ...What is is going to be like when my child gets my age , makes me ill to think about it .

---



**Sniper**
My Comments
Member Since:
12/21/2006

**15 of 231**

On Jan 30, 2008 at 06:46 AM, Sniper said:

When you tell people at work from outside the Poconos what goes on up here, they are shocked because of all the brain washing going on in the TV Media in the cities. Wow, I bet the new head of the Tourist Agency wishes he had stayed out West now. But then again it will never make National News, maybe Scranton or Wilkes-Barre. Did anyone see it on National news or the Men in Black get out in time to cover it up.

---

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]

thepoconos.com/cars



Find a Car

**TOP JOBS**

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

MEDICAL Busy medical
Stroudsburg, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                         http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

TOP CARS


$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo


2008 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep


$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

**16 of 231**



**Cate**
My Comments
Member Since:
1/28/2007

On Jan 30, 2008 at 07:08 AM, Cate said:

I have friends that live in the Adirondacks, and - surprise! - the crime is moving up there too. I spent a lot of time in the Poconos as a kid, and yes, it's changed here. But at the same time, you have to realize that no matter where you go, things will have changed. With our proximity to New York, New Jersey, and Philadelphia, it was bound to happen. And it's probably true the the poor woman may not even be from the area. And the odds are that whoever did this isn't from here, either. The interstates are a convenient place to dump all kinds of things, including body parts. And if you move north, or west, or wherever, it will catch up wth you eventually.

It's horrible, and I pray for the woman and her family.

**17 of 231**



**JohnnyARCA**
My Comments
Member Since:
4/11/2007

On Jan 30, 2008 at 07:27 AM, JohnnyARCA said:

I remember when I first started going to the Poconos to race back in the early 1990's. I thought to myself, "boy this would be a nice place to build an A-frame on a lake and retire". What a difference almost 20 years makes. Now we have body parts being strewn on interstates, illegal aliens transporting drugs to and from NYC, cop killers taking refuge in the woods, hunters being gunned down, people being run over in the middle of Rt. 115, arsonists in Stroudsburg, idiots who kill dogs and cats without thinking twice, and judges who let them walk. Not to mention the ever popular Rainbow! Nice area, but I think I've had a change in plans.

**18 of 231**



**JohnnyARCA**
My Comments
Member Since:
4/11/2007

On Jan 30, 2008 at 07:32 AM, JohnnyARCA said:

CatchurDream - your story about the puppy is terrific, and reenforces my belief that there are good people in the Poconos. It also reenforces my belief that there are #### out there that would do that to a loving animal. Thank you for giving your home to a deserving pup.

**19 of 231**



**g1234**
My Comments
Member Since:
7/11/2007

On Jan 30, 2008 at 07:45 AM, g1234 said:

Listen,

If everyone does their part by sending all these problem stories to other media outlets around the country, particularly, NY and NJ....
We can take the money right out of developers hands. They still tout the area as a tourist, retirement, recreational, QUIET, PEACEFUL, wilderness area. What a joke! The Pocono tourist agency is no better, as they push advertising in all directions. This place sucks anymore and unless we tell our stories, more and more city people with all of their problems, sickos, theives, killer, etccc... will continue to come here.
TELL THE WORLD WHAT HAS HAPPENED IN THE POCONOS!

**20 of 231**

Pocono Record News Forum                                    http://pod5/.mzinga.com/n/prx/forum.aspx:tsn=11&nav=messages...



**joanne**
My Comments
Member Since:

**On Jan 30, 2008 at 07:55 AM, Joanne said:**

Everyone on this forum "g1234" complains consistantly about this area and the "horrible" changes we are enduring. I agree with you; why doesn't someone from this forum start an organization that will fund a campaign to run advertisements in every-single newspaper that hits the Jersey/NY market in OPPOSITION to the "pocono american dream". Build your DREAM here? Build your SCREAM here! This isn't Mayberry anymore!! Before "good" hard working people from "WHEREVER" come here to commute 20 hours a week, they deserve to be well-informed. Friends from NY and NJ "STAY WHERE YOU ARE---THIS IS THE CITY WITH A FEW MORE TREES...THAT'S ALL"!! Friends from the Poconos...get a gun permit.

Discussions                    1 [2] 3 4 ... 22 23 24              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pods1antzinga.com/n/pfx/forum.aspx?at=212&nav=messages...





Tuesday, December 09, 2008    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG
MCLOUDY 22°
Forecast/Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                            Search
All Message Boards > Pocono Record News Forum > Reader Reactions >      Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 **3** 4 5 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!



---

**21 of 231**



**Sniper**
My Comments
Member Since:
12/21/2006

On Jan 30, 2008 at 07:59 AM, Sniper said:

I agree need to email other papers in NYC and New Jersey and send the stories out.

---

**22 of 231**

**fml**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 08:02 AM, fml said:

Let me get this right....we should spread the word of how awful it is here to keep all the city folk, etc. AWAY from the area? Murders, havens for illegals aliens, robbery, rape, child abuse...you name it; it goes on...everywhere. Advertising our adversities is good for public awareness and assistance, but it also sends out a message that this is normal behavior....which by all means this act is not. Birds of a feather, so to speak. The healthiest thing that could happen around this area would be for people to knock down their walls, gather strength in their communities by talking with each other and keeping an eye on what goes on in the neighborhood. Most criminals do not like to be watched.

---

**23 of 231**

**HippyChik**
My Comments
Member Since:
11/27/2007

On Jan 30, 2008 at 08:03 AM, HippyChik said:

This is so normal with a population surge such as we've been experiencing... When so many people are living in a small area, there are bound to be good living alongside bad. It's not a matter of where they're coming from or what ethnic group they belong to. It's human nature. Be thankful that all of you posting are not like that, it shows there are good people left in the world.

But like most folks have said, it's probably not even someone from around here. Seems more like a crime to send a message to someone, maybe even mafia related.

But why run from here? We can use the good people in order to help fix the problem. If someone came into your home, would you flee and let them have it or would you stand your ground and fight? Running is not a solution.

---

**24 of 231**

**Richey**
My Comments
Member Since:
1/18/2007

On Jan 30, 2008 at 08:05 AM, Richey said:

Just another day in the Poconos.

**TOP JOBS**
Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**MEDICAL Buay medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**


$10,900
2007 Dodge Caliber
Mick Motors


Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet


$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep


2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for more information

---

25 of 231

**On Jan 30, 2008 at 08:09 AM, Sniper said:**

I still think a billboard on Route 80 showing the list of crimes and graphic pictures serve a better purpose. If someone can find the thinks to the News papers in Jersey and NY let me know, I love sending out storys and information.


Sniper
My Comments
Member Since:
12/21/2006

---

26 of 231

**On Jan 30, 2008 at 08:09 AM, sixstringsorLesh said:**

this reminds me of an irish tale...need to run to staffing then faciatate a grief (how appropreate) group till 10am..will retrun w/ story....


sixstringsorLesh
My Comments
Member Since:
2/15/2007

---

27 of 231

**On Jan 30, 2008 at 08:13 AM, Sniper said:**

Can't fix the problem because the politicians never speak out about any crime in the area, remember it doesn't exist. If they had recognize there is a problem their employers, the builders and real estate agents would have to fire him or her. Do you ever see any of them come on any TV station that can go National and say we have a serious crime and drug problem in the Poconos?


Sniper
My Comments
Member Since:
12/21/2006

---

28 of 231

**On Jan 30, 2008 at 08:15 AM, FAD said:**

O.K, here is how I see it. There are more good people than bad, but the good choose to sit back and let elected officials


FAD
My Comments
Member Since:
1/22/2007

---

29 of 231

**On Jan 30, 2008 at 08:22 AM, Sniper said:**

Elected officials hide in their offices and they always get voted in with the help of their buddies, and they new officials are put on the payroll as soon as they get into office. There were only a few that would stand up to these Developers,builders, and the good old boy network. Unfortunately some have passed on or got so tired of the #### moved away.


Sniper
My Comments
Member Since:
12/21/2006

---

30 of 231



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

 **On Jan 30, 2008 at 08:24 AM, jj1955 said:**

Many people are running from the city. I doubt they are going to make a stand since they ran from their other neighborhood.

**jj1955**
My Comments
Member Since:
2/23/2007

Discussions                    1 2 3 4 5 ... 22 23 24                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE 🔊

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCLOUDY 22°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                              Search

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

| Discussions | 1 2 3 **4** 5 6 ... 22 23 24 | Keep Reading |

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    FIND IT!


thepoconos.com/homes
Find a Home

**31 of 231**



**Kitten**
My Comments
Member Since:
4/11/2007

**On Jan 30, 2008 at 08:25 AM, Kitten said:**

Now before everyone starts heading for the hills, take a moment. We don't know where the homicide took place, it could have been done anywhere, not necessarily here. Who knows, could have happened in MD and the perp is fleeing north or where ever, and maybe figured they'd dump stuff as they ran.

Don't put your "for sale" signs out until they find out exactly what happened.

Its a horrible thing that's happened. I have family as far noth as the border of Canada and you can be sure, it's all over. It's not just here. You'd be hard pressed to find a place that's not been affected by something similar. We don't see or hear about all of the crime that takes place across the US, remember that.

I hope they're able to find the family of this poor woman and that they're able to find the slime that did this to her.

---

**TOP JOBS**
**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad
More Jobs

**TOP HOMES**


WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**32 of 231**



**rmjp**
My Comments
Member Since:
6/17/2007

**On Jan 30, 2008 at 08:28 AM, rmjp said:**

This news story is already out there in the world, go check out other news web sites. Sending stories out accomplishes what? 15 minutes of fame? Is this what you want to be remembered for? A human being was mutilated and you want to turn this into a NY/NJ bashing event, just like every other story on these forums. GIVE IT A REST already. Focus on the article at hand. A savage event just took place. If you can't help out, then get out of the way.

**33 of 231**

**Sniper**
My Comments
Member Since:
12/21/2006

**On Jan 30, 2008 at 08:29 AM, Sniper said:**

But we want all news to get out to make sure the truth gets out. Like I stated in another forum yesterday if they printed all the photos of suspects or convicted criminals in the area they would have to put out a Sunday edition for a week.

Messages 4883.34 through 4883.35 were deleted

**36 of 231**

**Sniper**
My Comments
Member Since:
12/21/2006

**On Jan 30, 2008 at 08:39 AM, Sniper said:**

Not looking at fame, just want to get the word out to other places where family members could be missing someone or a friend or co-worker. Vinman I thought about that yesterday, crazy huh.

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

TOP CARS



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo



2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep

Show All Featured Cars



Subscribe To The
Pocono Record
Click here for
more information

37 of 231



g1234
My Comments
Member Since:
7/11/2007

On Jan 30, 2008 at 08:42 AM, g1234 said:

The desired effect of pushing the real stories of the Poconos to other media outlets is to
Limit, Stop, etc... the flow of more further development of areas of the Poconos. "You can
only put so much S#\*T in a bucket before it
overflows." To much overcrowding leads to the problems we have here. The
ironic thing is that Tourist agencies, developers, etc... continue to
mega-advertise the area for development. Unless someone pushes back - the
money mongers will take advantage of this area. "Whatever the Market will Stand" is the
motto of these mongers. SO LETS NOT STAND FOR IT ANYMORE!
Tell everyone, send your emails to the Tourist Agencies, Newspapers, TV stations, Radio
Stations, etc... Let them know how the quality of life has deteriorated in the Poconos.

38 of 231



roseeroe
My Comments
Member Since:
1/19/2007

On Jan 30, 2008 at 08:43 AM, roseeroe said:

I thought the bags along the roadside were left by cleanup crews also. Maybe Monroe
County should think about giving the clean up crews clear bags for debris rather than black
ones. Concerned citizens would be able to distinguish what should and shouldn't be on the
roadside. My heart goes out ro this poor woman's family. What a horrible, unspeakable
death.

39 of 231



g1234
My Comments
Member Since:
7/11/2007

On Jan 30, 2008 at 08:54 AM, g1234 said:

This is not about NY/NJ, its about the underlying problems of the area.
They ALL can be tied back to the "Fleecing of the Poconos". It just so
happens that the mass exoduses occured from NY/NJ areas. We can not
just be addressing individual "fires and putting them out one by one", we
have to address the underlying reasons for them. That is overcrowding,
over development, over advertising, leading to more crime, over crowding in schools, more
corruption, deteriorating infrastructure, etc... Everything we
do not want to happen. So either sit back and do nothing OR
See what you can do by using every means possible to STOP the fleecing of the area! I
choose the later!

40 of 231



ConcernedLocal
My Comments
Member Since:
8/15/2007

On Jan 30, 2008 at 09:12 AM, ConcernedLocal said:

This is an unspeakable crime and Kitten is right it could of came from anywhere. Whatever
monster did this just chose to dump her in the Poconos. That stretch of highway is pretty
secluded at dark time meaning not easily seen it is also travelled by many including trucks.
Lets not bash States here and where people come from and focus on an innocent victim who
has lost her life in a horrific way.

Discussions          1 2 3 [4] 5 6 ... 22 23 24          Keep Reading

Pocono Record News Forum                              http://pocorc.inzinga.com/n/pfx/forum.aspx?tsn=4&nav=messages...

Tuesday, December 09, 2008              HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
MCLOUDY 22°
Forecast/Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [        ] 🔍

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 4 **5** 6 7 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    [ FIND IT! ]



Find a Business

**TOP JOBS**
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

41 of 231



**Sniper**
My Comments
Member Since:
12/21/2006

**On Jan 30, 2008 at 09:14 AM, Sniper said:**

The Politicians need to be put on the spot,

The politicians and city leaders are put on the spot in Newark and NYC, people want answers. The leaders up here never have to respond to anything until its election time where they say will look into it. I would be nice for a National TV Network to come in and hound our famous leaders for answers but I am sure they would face the camera's.

People want to feel safe, people want roads to handle the overpopulation and we need a bigger presence of law enforcement.

Plus when a criminal is sentenced and its seems like a slap on the wrist a Judges recorded should be posted and investigated for any special interests.

42 of 231

**hscott**
My Comments
Member Since:
8/12/2007

**On Jan 30, 2008 at 09:17 AM, hscott said:**

g1234: "This is not about NY/NJ, its about the underlying problems of the area." No, I think you disregard this too quickly. Hoards of people can live together well, but when some of those people are obnoxious with a sense of entitlement - they cause a rift.

43 of 231

**goo72**
My Comments
Member Since:
1/30/2008

**On Jan 30, 2008 at 09:20 AM, goo72 said:**

Guess what ? Statistics show a lot of murders happen in PA. And guess what else, most of these murders are not done by people who have come from the city, they are done by the people of PA. Do your research. It is so sad how so many out there try to divide the Poconos people when tragedy hits rather than unite and stand together. This is such a horrible story and so many of you are selfishly trying to turn it into prejudice slander without even knowing the facts...

44 of 231

**HippyChik**
My Comments
Member Since:
11/27/2007

**On Jan 30, 2008 at 09:21 AM, HippyChik said:**

As though only NY/NJ breeds people who are "obnoxious with a sense of entitlement?" LOL! I won't even go there.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

TOP CARS




$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury


$10,900
2007 Dodge Caliber
Mick Motors

$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury

Show All Featured Cars

Subscribe To The
Pocono Record
Click here for
more information

45 of 231



pnp726
My Comments
Member Since:
12/23/2006

On Jan 30, 2008 at 09:26 AM, pnp726 said:

You do not even know that the crime took place in the Poconos. The sick maniac who did this might have done this in Ohio or Pittsburgh. Stop speculating and assuming that it happened here.

46 of 231



pnp726
My Comments
Member Since:
12/23/2006

On Jan 30, 2008 at 09:34 AM, pnp726 said:

Stop speculating as to where this woman was murdered and mutilated and that it was some person from NY/NJ. This crime could have happened anywhere. Ohio, Virginia or right here in the Poconos. This is just where the criminal decided to drop the parts. Grow up, get a life and get over yourselves. Being a "local" does not make you special or excluded. I can only hope that this woman is able to be identified and that they can prosecute the maniac who did this.

47 of 231



NotaMovein
My Comments
Member Since:
6/29/2007

On Jan 30, 2008 at 09:48 AM, NotaMovein said:

There was a time, before the influx of city people that this would have never happened in the Poconos. This is the start of it folks...there may be more.

48 of 231



goo72
My Comments
Member Since:
1/30/2008

On Jan 30, 2008 at 09:50 AM, goo72 said:

Yes it is true, this crime could have been done anywhere. And the fact is that it was done by a sick individual(s). It is so close minded to blame a particular city or tourist attraction for this tragedy when we all know there are sick people from every corner of the world. No matter where you come from and no matter where you choose to live you have to fear for your safety and that is the problem at hand. Much of crime stems from hatred and prejudice and that is the mentality that needs to be changed, rather than who moves into what area.

49 of 231



g1234
My Comments
Member Since:
7/11/2007

On Jan 30, 2008 at 09:55 AM, g1234 said:

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

NO ONE SAID IT WAS SOMEONE FROM NY/NJ!!!!!!!!!!!!

The discussion is associated with to many people (from anywhere, USA) are being lured and crammed into the Poconos! Its obvious this tradjedy could have happened anywhere, and the body ended up here.

Its also obvious that the flow of people (from ANYWHERE, USA) must stop!

Do not take it out of context!

---

50 of 231



**fml**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 09:56 AM, fml said:

"There was a time, before the influx of city people that this would have never happened in the Poconos. This is the start of it folks...there may be more."....

Really????? Wasn't there just a huge feature in the PR about an unsolved murder case from say 40 years ago???? a family homicide I think...anyway, it has always happened and probably always will.

---

Discussions                    1 2 3 4 **5** 6 7 ... 22 23 24                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                                    Search [          ]  🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >         Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

| Discussions | 1 2 3 4 5 **6** 7 8 ... 22 23 24 | Keep Reading |

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    [FIND IT!]



thepoconos.com/homes

Find a Home

**TOP JOBS**

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More x he

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**51 of 231**

On Jan 30, 2008 at 09:59 AM, cali007 said:

**cali007**
My Comments
Member Since:
2/13/2007

" But then again it will never make National News"

It was picked up by the Associated Press and United Press International.

http://ap.google.com/article/ALeqM5hd_dMcRiKDFzZMWyeXvRR2G0tHyAD8UFU7300

http://www.upi.com/NewsTrack/Top_News/2008/01
/20/body_parts_found_on_2_pa_interstates/9553/

The story is out there.

---

**52 of 231**

On Jan 30, 2008 at 10:01 AM, pacharlie said:

**pacharlie**
My Comments
Member Since:
8/15/2007

Sniper, the poor girl does not even have a name, people refer the her as body parts or light skined, they should give her a name intill the identify her, that is someones daughter, mother, or wife.

---

**53 of 231**

On Jan 30, 2008 at 10:05 AM, Sniper said:

**Sniper**
My Comments
Member Since:
12/21/2006

I wasn't bringing up a NY or Jersey issue, just that the local authorities need to come out and respond to issues like these, not hide in the offices. They found a body abandon a few years ago on the exit coming off to the Manor on the side of the road.

---

**54 of 231**

On Jan 30, 2008 at 10:06 AM, g1234 said:

**g1234**
My Comments
Member Since:
7/11/2007

40 YEARS AGO!!!!!!!!!!!!!!!!!!!!!!!!!!

NOT EVERY DAY!

man!

---

Message 4883.55 was deleted

---

Pocono Record News Forum                           http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

TOP CARS


$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln
Mercury


Photo Coming
Soon
1995 Pontiac Sunfire
Brown Daub Dodge


$11,490
2006 Mazda MAZDA3
Brown Daub
Chevrolet-Volvo


$13,988
2005 Chrysler Town &
Country
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

56 of 231



**aMeeRa**
My Comments
Member Since:
9/18/2007

On Jan 30, 2008 at 10:32 AM, aMeeRa said:

Crime can't be blamed on who moves into this area and where they come from it's all around us, people just dont realize it until sumthing big happens there's crimes that go on daily in this town. I was born and raised here and I dont blame anybody that moves here from NY/NJ for the town becoming and unsafe place I blame people that have problems to be able to do such a thing to another human being. The important thing that people should be concerned about is that this person might be right under there nose and they not even know it, also i think what's most important is finding the rest of this lady's body parts so that she can be identified and hopefully finding who murdered her so that her soul can rest and her family can began the healing process. My thoughts and prayers go out to this Jane Doe this is truly a sad thing

     Message 4883.57 was deleted

58 of 231



**eyethere**
My Comments
Member Since:
7/18/2007

On Jan 30, 2008 at 10:34 AM, eyethere said:

Whoever did this is a complete monster with no regard for human life.
Seems to me with the layout of bags found, they could've come from EAST of here, made a U turn near Gouldsboro and just started dumping while driving back EAST. There HAD to be a driver and a helper.

I hope the woman can rest in peace, no matter what happened to her physical self.
And...one comment earlier. You are right, God doesn't make trash.

59 of 231



**lovingpa**
My Comments
Member Since:
7/13/2007

On Jan 30, 2008 at 10:34 AM, lovingpa said:

There was also a time when Christopher Columbus came to this land and killed thousands of Indians so that you could live where you live today. Bet the Indians felt the same way about you. You might not like it but no sense complaining if your NotaMoveIn.

60 of 231



**workin2hard**
My Comments
Member Since:
5/24/2007

On Jan 30, 2008 at 10:37 AM, workin2hard said:

little reminder to all the folks who're leaving: when you get "there" you'll be one of the "people who moved into OUR area". and yeah, I want to be one of them too.

Discussions          1 2 3 4 5 [6] 7 8 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=01&nav=messages...



Tuesday, December 09, 2008                      HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 23°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [                ]
Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 5 6 [7] 8 9 ... 22 23 24          Keep Reading

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com          FIND IT!

---

**61 of 231**



**goo72**
My Comments
Member Since:
1/30/2008

On Jan 30, 2008 at 10:55 AM, goo72 said:

Crime has existed throughout time. Everyone, no matter where they come from can probably say there was less crime years ago. The fact is that the population of cities and countries all around the world is growing, the Poconos is not going to be excluded from that. It is unrealistic to want that. The solution is not to stop population it is to start raising our children in loving households and environments. Most of the time the sick people who commit horrific crimes had terrible abusive childhoods. Many people who come here from cities, I like to think come here for a better life for their families.

---

**62 of 231**

**sixstringsorLesh**
My Comments
Member Since:
2/15/2007

On Jan 30, 2008 at 10:59 AM, sixstringsorLesh said:

ed1 huh!? you saw that as in-appropriate ?

---

**63 of 231**

**Sniper**
My Comments
Member Since:
12/21/2006

On Jan 30, 2008 at 11:01 AM, Sniper said:

Too bad the parents aren't around there working! Some commute to the city or other work places and stay with family and come back at the end of the week to visit their family here. Until the report comes out we will never know why this poor person died or how.

thepoconos.com/homes

Find a Home

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

1 of 3

**TOP CARS**


2005 Chrysler Town & Country
Brown Daub Ford Lincoln
Mercury


$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo


2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet


$13,988
2005 Chrysler Town &
Country
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

---

64 of 231



**Rockabilly**
My Comments
Member Since:
7/20/2007

**On Jan 30, 2008 at 11:02 AM, Rockabilly said:**

My prayers go out to the family of this poor soul that lost her life so violently. As for the person (s) that performed this crime; I would say oops they ran when I went to arrest them. Bang, gone, one less to worry about. Like I said this person should be the example along with Olmeda-Pagan and a few others that thought about taking another persons life and did so without a blink of an eye. I sure don't want to pay for this dirt bag the rest of my life. As far as the Pocono's being no longer the Country, well as for me No it is not and I would love to find another peaceful place to live. Not saying in time that wouldn't change but it would not be as bad as here. I would also find a place that would take 20+ years or more to get this way. Hopefully it will be way past my life expectancy. But to someone that lives in the Bronx or Harlem any big city for that matter; then yes this is country and peaceful. Now with the Casino's popping up imagine what scum will be in the area from ALL OVER, if not already. Think about it, the owner is already under investigation for lying. It will get like Atlantic City where people are #### in the parking lots when they get out of the cars. Take a good smell when you first step out of your car in one of those parking garages. Capital punishment, back in the olden days you stole you were hung, in other countries you take a life yours will be taken. Look at their crime rates. Hummm, consequences, that is non existent in our Country for harsh crime. The victim is no longer so their rights are left for the family and friends to defend. Now for the scum that did it, the law WILL protect them, like always. Where was the law for this poor woman? You can only blame so much on upbringing. There have been many that were from good loving homes that took the wrong path and there have been many that have had an abusive life and turned it around so there children do not live that pain. The bottom line is we all get to an age where we know life vs. death, bad vs. good, right from wrong and know the meaning of both words. It is our destinies that we choose by our choices we make in OUR LIVES AS ADULTS. THERE ARE NO CONSEQUENCES.

---

65 of 231



**despondent**
My Comments
Member Since:
9/15/2007

**On Jan 30, 2008 at 11:04 AM, despondent said:**

Sniper, those "Burma Shave" signs are sounding better and better all the time........... 

---

66 of 231



**Sniper**
My Comments
Member Since:
12/21/2006

**On Jan 30, 2008 at 11:07 AM, Sniper said:**

The state reps would have to respond and the powerless County commissioners would too. The builders and developers would be whinning real load as people would be researching and asking questions about crime, school gangs and racial tension, and other nice things they hide from potential buyers and families. 

---

67 of 231



**despondent**
My Comments
Member Since:
9/15/2007

**On Jan 30, 2008 at 11:08 AM, despondent said:**

The HELL with the developers and builders, this is the Pandora's Box they have opened.

---

68 of 231



**lockard**
My Comments
Member Since:
1/30/2008

**On Jan 30, 2008 at 11:09 AM, lockard said:**

This is just an opinion and a statistic, take it however you want... I lived in east burg for 20yrs. none of the #### that has happened in the past few yrs. happened in those 20yrs that I was there! Most things were fine until 9/11, thats when some people from larger cities moved to PA. That brought a lot of felons, problems with our shools because of there kids being raised diferent than our kids, higher taxes, property prices, less game land, drug problems, and crime of all sorts, including this! Honestly, look in this news papers history at how many out of staters committed crime on locals compared to locals committing crime! No matter how you look at it people from out of state are bringing their problems to our state and town and it just so happens to be mostly from NY! There's your statistic, sad but true!

Pocono Record News Forum                                            http://pod37.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

**69 of 231**



**On Jan 30, 2008 at 11:16 AM, cjnpigs said:**

I really have to put it out there that this is a great big reason why I - when I can safely- go out of my way to avoid hitting bags or boxes or sheets that are laying in the road. In all honesty I just always think their might be an animal in there or glass, but this is a strak reminder it could be something worse.

cjnpigs
My Comments
Member Since:
1/22/2007

**70 of 231**

**On Jan 30, 2008 at 11:20 AM, goo72 said:**

There is no perfect place out there, if there was I am sure all of us on this sight now would be there. We all have one thing in common, that we feel this was a horrible crime. Our speculations may differ, but the fact is that we all care enough that we do not want these things happening. Everyone out there is entitled to their beliefs, but that is not going to change the fact that there was this horrific event here.

goo72
My Comments
Member Since:
1/30/2008

Discussions                    1 2 3 ... 5 6 7 8 9 ... 22 23 24                 Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:52 AM



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG
OVERCAST 23°
Forecast /Radar

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                    Search [        ]

All Message Boards > Pocono Record News Forum > Reader Reactions >         Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions                1 2 3 ... 6 7 [8] 9 10 ... 22 23 24        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com         FIND IT!

---



**NotaMoveIn**
My Comments
Member Since:
6/29/2007

**71 of 231**

On Jan 30, 2008 at 11:28 AM, NotaMoveIn said:

40 years ago the body wasn't cut up and scattered like trash on the highway. 40 years ago people left their front doors unlocked. 40 years ago, there were no developers building half a$$ed houses every place they could. 40 years ago we had this town the way it should have stayed. If you don't like it, pack your stuff and head back to the city, and take the rest of the garbage with you.

---



**NotaMoveIn**
My Comments
Member Since:
6/29/2007

**72 of 231**

On Jan 30, 2008 at 11:32 AM, NotaMoveIn said:

I was born here, raised here, and my family name goes back over two hundred years in the Poconos. I remember the pride in downtown, before the mall, before the developers, and before the city people. My ancestors came here after the Indians were "killed". That was then, this is now. Do you want to start making comparisons of the "Indians" and start blaming me for the slavery that took place in this country before either of us was born?

---

**editor1**
My Comments
Member Since:
12/19/2006

**73 of 231**

On Jan 30, 2008 at 11:35 AM, editor1 said:

Some readers flagged it, yes. Not a big deal.

wjw

---



**1234**
My Comments
Member Since: 1/9/2007

**74 of 231**

On Jan 30, 2008 at 11:38 AM, 1234 said:

40 YEARS AGO!!!!!!!!!!!!!!!!!!!!!!!!!

NOT EVERY DAY!

Please g. This crime is bad and very sad but this doesn't happen every day here. And for what it's worth, we had a local dismemberment killing just 2 or 3 years ago, aCain/Abel situation. I think the murderer was an EMT from Mt. Bethel. So anyone that thinks this could never be the work of a local is just plain crazy.

Whoever did this crime wants to be caught judging from the blatant disposal of the body. I wouldn't be surprised if he/she is reading these forums and loving the attention. I'm done commenting on this crime for that reason.

I hope the victim is identified so her family can properly grieve for her. And may the killer rot in hell, the sooner the better.

---

Find a Car

TOP JOBS
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

TOP HOMES
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

**TOP CARS**


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury


$10,900
2007 Dodge Caliber
Mick Motors

$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury

**Show All Featured Cars**


Subscribe To The
Pocono Record
Click here for
more information

75 of 231



On Jan 30, 2008 at 11:42 AM, sixstringsorLesh said:

i've got the crayons..they draw the pictures thnaks

**sixstringsorLesh**
My Comments
Member Since:
2/15/2007

---

76 of 231



On Jan 30, 2008 at 11:46 AM, LIM said:

We can thank Gene Percudani for more than the mortgage foreclosure problems in the Pocono's. Percudani made it easy for the criminals to make camp in PCP /etc. The communities with private roads such as PCP make it difficult for law enforcement to go after the drug peddlers

**LIM**
My Comments
Member Since:
11/29/2007

---

77 of 231

On Jan 30, 2008 at 11:46 AM, editor1 said:

**editor1**
My Comments
Member Since:
12/19/2008

""No matter how you look at it people from out of state are bringing their problems to our state and town and it just so happens to be mostly from NY! There's your statistic, sad but true!""

Sure. But let's look at the other statistic, the one that drives this one: Most of the people in the Poconos now aren't from the Poconos, so logically speaking the number of people committing crimes in the Poconos would have a higher proportion of move-ins than 40 years ago. 40 years ago most of the crime in the Poconos was committed by locals; does that in itself make a condemning statement about locals?

The real value-laden statistic is whether Monroe County has a higher crime rate than any other county of 165,000 people. Our preliminary research says it does not, that you need to go no farther than Scranton, for instance, to find a higher crime rate. HOWEVER the state statistics on this depend on accurate and timely record-keeping by police in every jurisdiction. If the information doesn't get sent to the central record-keeping location, it might as well not exist.

Trying to nail all this down -- not just finding the statistics, but attempting to determine their real validity -- is making us nuts, but we're chipping away at it.

You must also consider that we put more resources into crime stories now than we did, say, five years ago, because of reader surveys showing it to be of tremendous interest to our viewers and subscribers. Daily feedback on numbers on our Web site confirms the interest: The smallest story about the most inane crime gets more viewers, for instance, than a story about kids winning awards, fundraisers for sick widows, sports stories or editorials about local issues. So we can say conclusively we are reporting more crime than five years ago. It may not be for sure because there is a huge amount of new crime.

The increasing interest in crime stories makes a lot of sense: A lot of new arrivals moved here to get away from crime. They are somewhat anxious, intrigued or at least interested when it turns out you can't avoid it. The tone of disappointment is quite apparent even on these forums, if you can dive below the transplant vs local noise.

wjw

---

**78 of 231**



On Jan 30, 2008 at 11:56 AM, Shemeka said:

It's so funny to hear the locals whine about "this area use to be nice" when? before or after the lynchings of the Indians? This is WORST than the city because everyone lives by a code of silence. don't blame yall secrets on us city folk. the only difference was years ago yall secrets and crime went unnoticed and unpunished.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**79 of 231**



On Jan 30, 2008 at 12:07 PM, wataga said:

"This is WORST than the city because everyone lives by a code of silence."

I'll pay for your ticket back ok?

**wataga**
My Comments
Member Since: 1/6/2008

---

**80 of 231**



On Jan 30, 2008 at 12:08 PM, Arthur1970 said:

"This is WORST than the city because everyone lives by a code of silence."

Then y'all can move back to the city where folk be finna chat with ya.

"don't blame yall secrets on us city folk."

Secrets? The fact that the majority of violent crimes are perpetrated by "city folk" is no secret.

**Arthur1970**
My Comments
Member Since:
9/14/2007

---

Discussions                    1 2 3 ... 6 7 [8] 9 10 ... 22 23 24          Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                                    Search
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 7 8 9 10 11 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com/cars

Find a Car

**TOP JOBS**
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad
More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**81 of 231**

On Jan 30, 2008 at 12:10 PM, Shemeka said:

who said i didn't like it? who said i was moving back? and i got news for you, yall are getting pushed up Westward.

Shemeka
My Comments
Member Since:
1/24/2007

---

**82 of 231**

On Jan 30, 2008 at 12:11 PM, STONEHEAD said:

NEWS A FEW MONTHS AGO ABOUT ANIMALS BEING MULIATED. I THINK THERE A CONNECTION AND BAD PEOPLE CAN BE FOUND ANYWHERE!!!

STONEHEAD
My Comments
Member Since:
12/28/2007

---

**83 of 231**

On Jan 30, 2008 at 12:14 PM, Shemeka said:

aruther, or yall can just silently kill your wives and have friends hid you in the attic?

Shemeka
My Comments
Member Since:
1/24/2007

---

**84 of 231**

On Jan 30, 2008 at 12:18 PM, NotaMoveIn said:

Lynching of the Indians???? OK, when you get back to 1754, or whenever this happened, get out of your time machine and make it stop. Give me a break, are you going to start crying for reparations next?

NotaMoveIn
My Comments
Member Since:
6/29/2007

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...

TOP CARS


$16,900
2006 Dodge Dakota
Mick Motors


2003 Kia Rio
Brown Daub Kia


2001 Ford Escape
Brown Daub Kia


2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

85 of 231



**DOS (rottenscoundrel)**
My Comments
Member Since:
11/7/2007

On Jan 30, 2008 at 12:19 PM, DOS (rottenscoundrel) said:

Editor1 - all well said and it makes sense....

The real problem though is the lack of planning by our elected officials. They weren't ready for this population explosion. Was it a surprise that hit like a bomb - or was it like a bathtub with running water and our officials were busy frying bacon on the stove, and forgot all about the bathwater until it started coming through the kitchen ceiling. The greater problem now is that if we don't get up to speed and plan for the future with united officials, we are really going to be screwed 5 or 10 years down the road. I sort of doubt our local officials have the vision or wherewithal to turn it around. Have you met Suzanne McCool? Nice Lady and all, but lacking the backbone to get the job done. She is just one example.

86 of 231



**Arthur1970**
My Comments
Member Since:
9/14/2007

On Jan 30, 2008 at 12:19 PM, Arthur1970 said:

"aruther, or yall can just silently kill your wives and have friends hid you in the attic?"

You sound so sharp when you post.

87 of 231



**gladys**
My Comments
Member Since: 2/6/2007

On Jan 30, 2008 at 12:22 PM, gladys said:

WNEP is showing crime in the poconos on TH in the 7PM newscast. I think they are focusing on the gated communities.

88 of 231



**despondent**
My Comments
Member Since:
9/15/2007

On Jan 30, 2008 at 12:24 PM, despondent said:

Just saw the add on the news, they are going to PCP, how much you want to bet they won't be shown the worst areas?? Any takers??

89 of 231



**editor1**
My Comments
Member Since:
12/19/2008

On Jan 30, 2008 at 12:29 PM, editor1 said:

"real problem though is the lack of planning by our elected officials. They weren't ready for this population explosion. Was it a surprise that hit like a bomb - or was it like a bathtub with running water and our officials were busy frying bacon on the stove, and forgot all about the bathwater until it started coming through the kitchen ceiling."

I sometimes have a thought that local officials figured that so long as all this development was taking place behind gated private communities, it was "whatever," with no realization of the impact. Remember, a great many were launched as places for second homes and have now converted over to permanent residences. It's easy to covet second home development if you're a municipality: Adds to the ratable base without much demand on services. Like Jersey shore towns that are empty in December, 80 percent of the buildings unoccupied for nine months of the year but generating property taxes all 12 months.

Now fill those homes up for all 12 months and see what happens. That's at least part of what happened here. The aggravation and traffic that was ok for two months of the year, and acceptable, is now 12 months and unacceptable.

wjw

90 of 231



**Shemeka**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 12:31 PM, Shemeka said:

bet they leave out the crack infested trailer parks.

Discussions          1 2 3 ... 7 8 [9] 10 11 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast/Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                                    Search
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions                1 2 3 ... 8 9 [10] 11 12 ... 22 23 24        Keep Reading

---



3am
My Comments
Member Since:
2/27/2007

**91 of 231**

On Jan 30, 2008 at 12:32 PM, 3am said:

with the amount of foreclose homes there is no need to throw body parts alway on the highway, there are plenty of abandom septic systems :)
all the locals know that this is done by and out of stater...

*Edited 1/30/08  by 3am*

---

Shemeka
My Comments
Member Since:
1/24/2007

**92 of 231**

On Jan 30, 2008 at 12:33 PM, Shemeka said:

wait a minute, that may be a good thing. least i won't have to worry about more traffic on 80 while i'm trying to get to work. and actually traffic has been light lately coming home. good going WNEP. keep up the great work.

---



Sniper
My Comments
Member Since:
12/21/2008

**93 of 231**

On Jan 30, 2008 at 12:35 PM, Sniper said:

Plus Catfish in the Delaware,

Somebody wanted people to find this display of hell, they wanted to send a message to someone. This is sad horrific crime.

---



Shemeka
My Comments
Member Since:
1/24/2007

**94 of 231**

On Jan 30, 2008 at 12:37 PM, Shemeka said:

Arthur, i don't mean to sound sharp. it's just sometimes when i'm reading these ridiculous comments it surprises me that some people got nerve calling the kettle black. lolol it amazes me. but look how many people are tuned in to television at 12 in the afternoon. that's the problem right there. too much of the tube, need to go walking around and get out more. then maybe they will see more. 8-)

---



Shemeka
My Comments
Member Since:
1/24/2007

**95 of 231**

On Jan 30, 2008 at 12:42 PM, Shemeka said:

3, look at that. you guys are good. well.....i may have to look one of you farmer/hunters up one day. i may have an exwife situation. 8-)

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

PET PHOTOS

Click here to submit yours!

TOP JOBS
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...

**96 of 231**



**unique**
My Comments
Member Since:
1/11/2007

On Jan 30, 2008 at 12:53 PM, unique said:

"Whoever did this a complete monster with no regard for human life.
Seems to me with the layout of bags found, they could've come from EAST of here, made a U turn near Gouldsboro and just started dumping while driving back EAST. There HAD to be a driver and a helper."

I agree with you eyethere. If there were bags on both sides of the highways, someone made a u-turn and went back in the same direction they came from. And yes, there had to be at least 2 people.

TOP CARS




2004 Ford Focus
Brown Daub Ford Lincoln
Mercury

2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo


2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

2005 Jeep Grand Cherokee
Brown Daub Chrysler
Jeep

Show All Featured Cars

Subscribe To The
Pocono Record
Click here for
more information

**97 of 231**



**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

On Jan 30, 2008 at 12:54 PM, Rebeccadoglover said:

Sniper,

I agree. This was not a random act of violence, I think this victim was picked out very specifically and killed in this way to send a very clear threat. Not only was this crime not hidden, it was purposely flaunted. Disgusting and horrifying...

**98 of 231**



**Sniper**
My Comments
Member Since:
12/21/2006

On Jan 30, 2008 at 01:05 PM, Sniper said:

Since you bring that up, sounds like an organized message from a powerful orgainization, hope they bring in the Feds to do a good investigation.

**99 of 231**



**cali007**
My Comments
Member Since:
2/13/2007

On Jan 30, 2008 at 01:14 PM, cali007 said:

"I think this victim was picked out very specifically and killed in this way to send a very clear threat."

Possibly. That is kind of going off the deep end with it. Crazy, disturbing murders happen all the time. Most have root causes not associated with someone trying to send a "very clear threat" to the community.

This seems a little like the "Beth Doe" case that resurfaced recently. Though that person was actually trying to dispose of the body in a place it wouldn't be found, rather then leave it along a highway.

**100 of 231**



**lovingpa**
My Comments
Member Since:
7/13/2007

On Jan 30, 2008 at 01:14 PM, lovingpa said:

No matter how many years your family dates back in the Poconos...YOU ARE NOT NATIVE AND YOU DON'T OWN IT! YOU ARE AN IMMIGRANT JUST LIKE EVERY OTHER AMERICAN AS MUCH AS YOU HATE TO HEAR IT. Bit hypocritical of you to want people not to come here when your ancestors came here against the will of others. YOU SHOULD NOT BE HERE! It is the guns that your ancestors brought to the Poconos that has killed so many. The innocence was gone years ago. Your pride in the Poconos is for something you are a part of, not own. You are allowed to participate AS IS EVERYONE.

Discussions              1 2 3 ... 8 9 | 10 | 11 12 ... 22 23 24        Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.



Tuesday, December 09, 2008                  HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

**WEATHER FOR STROUDSBURG:**
OVERCAST 23°
Forecast /Radar


thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                                         Search

All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 9 10 |11| 12 13 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/homes

Find a Home

---

**101 of 231**

**On Jan 30, 2008 at 01:27 PM, IH8TNY said:**

Just a comment on previous posts. By getting the information out as to how bad the poconos has become, you will only be discouraging good people from coming here . The s--t bags will flock here even more.

IH8TNY
My Comments
Member Since: 2/9/2007

---

**102 of 231**

**On Jan 30, 2008 at 01:28 PM, Rebeccadoglover said:**

I don't think it is going off the deep end too much... I didn't mean that someone is trying to send a threat to the community. I suspect this was intended to send a message or to hurt just one person or a very small group, not the community at large.

Crazy disturbing murders do happen all the time, and the vast majority of the perpetrators at least attempt to hide the evidence, or worse keep it for dinner. It's pretty rare that someone actually advertises it and throws evidence where it can't possibly be missed, which is why I think it was done on purpose. Seems like a whole lot of trouble to place it out in the open in multiple places... like whoever it was wanted to be sure it wasn't missed. Seems like a pretty clear form of communication to me.

Rebeccadoglover
My Comments
Member Since: 1/27/2007

---

**103 of 231**

**On Jan 30, 2008 at 01:31 PM, cali007 said:**

"YOU ARE AN IMMIGRANT JUST LIKE EVERY OTHER AMERICAN..."

I understand your point but your statement is false. An immigrant is a person who migrates from one country to reside in another. Anyone born in the US is not an immigrant.

cali007
My Comments
Member Since: 2/13/2007

**TOP JOBS**
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**104 of 231**

**On Jan 30, 2008 at 01:31 PM, PA_native said:**

I've been waiting for more information before I postsed.

If it were the mafia, fingers and heads are usually missing so the body is difficult to ID.
If it was a gang, tatoos will ID the victim and it will easily be traced to a gang affiliation.
Crimes of passion usually don't involve dismemberment. Unless the perp is truly deranged.

Clearly it was someone who is familiar enough with the area to know a time and place to dump the bags.

A local would probably have a much more secretive place to dump the body.

So, I'm banking on an out-of-towner who at least visits the area.

PA_native
My Comments
Member Since: 9/11/2007

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...

**TOP CARS**

105 of 231



**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

On Jan 30, 2008 at 01:42 PM, Rebeccadoglover said:

PA native, you are right about the fingers, but the head does not necessarily have to be missing, just the teeth. Tattoos can also be removed.

I am reluctant to theorize too much, but I sure hope it's not someone who is truly deranged, because if that turns out to be the case, it may lead to other victims, both past and future.

106 of 231

**cali007**
My Comments
Member Since:
2/13/2007

On Jan 30, 2008 at 01:43 PM, cali007 said:

" I suspect this was intended to send a message or to hurt just one person or a very small group, not the community at large."

If someone wanted to send a message to one person or a small group with a murder they could have done it more effectively 101 other ways. Why send a message to a single person by dumping body parts all over an interstate? Why not leave the body parts on a small road near the persons house. It just seems to me if it was directed at a person/persons it could have been done numerous other, more effective ways.

107 of 231

**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

On Jan 30, 2008 at 01:49 PM, Rebeccadoglover said:

Because having it make national news and shutting down interstates has a bigger impact and is more likely to scare the target a lot more, as well as anyone they might have considered going for help.

Anyway, all speculation at this point, no point in guessing on it.

108 of 231

**milo1031**
My Comments
Member Since:
1/30/2008

On Jan 30, 2008 at 01:52 PM, milo1031 said:

Easy there CSI PA_Native--- I am pretty sure police have an idea on who they are looking for

109 of 231

**cali007**
My Comments
Member Since:
2/13/2007

On Jan 30, 2008 at 01:55 PM, cali007 said:

" I am pretty sure police have an idea on who they are looking for"

Why do you say that?

110 of 231

**Shemeka**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 01:58 PM, Shemeka said:

lovingpa, I'm loving your comment. Amen.


**$12,900**
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet


2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for more information

Discussions          1 2 3 ... 9 10 11 12 13 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18380. All Rights Reserved.

12/9/2008 8:52 AM

Pocono Record News Forum                                http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 23°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                          Search ▢

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 10 11 **12** 13 14 ... 22 23 24          Keep Reading

---



**PA_native**
My Comments
Member Since:
9/11/2007

**On Jan 30, 2008 at 01:59 PM, PA_native said:**                          111 of 231

Pure speculation!!

I'm sure the Delaware water gap are looking at the tapes of pick-ups,vans or anything else suspicious coming from NJ.

I'm sure PA's finest already have the situation under control. They are the best!!!!

---



**milo1031**
My Comments
Member Since:
1/30/2008

**On Jan 30, 2008 at 02:01 PM, milo1031 said:**                          112 of 231

I just find it a little humorous that just because people watch these fictitious TV shows they automatically think or believe they know what they are talking about——Let the REAL detectives do the detecting.

---



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Jan 30, 2008 at 02:11 PM, Shemeka said:**                          113 of 231

milo, oh my goodness i was thinking the same thing. see what happens when too much estrogen is released in one place. lololololol i'm surprised none of them had suggest calling a psychic. 8-)

---

**PA_native**
My Comments
Member Since:
9/11/2007

**On Jan 30, 2008 at 02:18 PM, PA_native said:**                          114 of 231

milo,

I hardly watch any TV. The "real" detectives are great people doing a difficult job. I'm speculating that's all, like most people on the PR forums.

It doesn't get deeper then that.

Its a little presumptuous of you to tell me I'm doing something wrong, yet everyone else on this forum is speculating just like me.

Don't you think?

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/jobs
Find a Job

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...

TOP CARS


2007 Kia Optima
Brown Daub Kia


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

---

**115 of 231**



On Jan 30, 2008 at 02:27 PM, cali007 said:

Right on PA_Native. It it wasn't for speculation, what's the point of discussing it on here?

cali007
My Comments
Member Since:
2/13/2007

---

**116 of 231**

On Jan 30, 2008 at 02:31 PM, g1234 said:

IH8TNY said,

"Just a comment on previous posts. By getting the information out as to how bad the poconos has become, you will only be discouraging good people from coming here . The s--t bags will flock here even more."

g1234
My Comments
Member Since:
7/11/2007

IH8TNY,

No, thats the idea. STOP everyone (the good, bad & ugly) from continuing to come here. It is just toooooooo crowded. Just like the bucket, "You can only put so much s##t in before it overflows."

---

**117 of 231**



On Jan 30, 2008 at 02:35 PM, milo1031 said:

I never said you were doing anything wrong. I merely stated I found it humorous. And anyone that says they hardly watch TV and is commenting to things on internet is full of BS--- I'll put money down on the fact that you didn't miss American Idol last night...

milo1031
My Comments
Member Since:
1/30/2008

---

**118 of 231**

On Jan 30, 2008 at 02:42 PM, PA_native said:

milo,

Wrong again.

Were you a contestant?

Please, notice I'm not being critical of your "speculation".

PA_native
My Comments
Member Since:
9/11/2007

---

**119 of 231**

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



**fml**
My Comments
Member Since:
1/24/2007

**On Jan 30, 2008 at 02:43 PM, fml said:**

The idea may be to stop the flow of scum by advertising how bad the crime is....but that is not necessarily the way its gonna WORK!!!! is the point. By touting off on the downfall of our community we are simply attracting more of the same. They feel safer among their own kind.

120 of 231



**Molly**
My Comments
Member Since:
3/24/2007

**On Jan 30, 2008 at 02:44 PM, Molly said:**

It's all just speculation right now. Right now, the only FACTS are that there were 8 bags found and that it is a light skinned women.

Where it came from we don't know, and who can say? I have lived here for five years now, moved from the shore area of NJ. Sometimes I do feel there is more crime here than there was there, but then again there's less POLICE here, than was there. It's really everywhere, no matter where you go, but this one I AGREE IS GRISSLY.

It's happening everywhere....the pregnant marine, the girl snatched off her friends couch in CA, a baby in a car seat tossed out in Galveston....everywhere you look there's crime. There's crime and then there's CRIME. Cutting someone to pieces is CRIME. It's disgusting, and it does make me think that the Pocono's might not be as safe as we'd all like to think. We need to remember too...80 and 380 are interstate hwys....same as 78, Garden State Parkway, Turnpike and others....and there have been times when things were found on those as well BECAUSE they were interstate...easy access for anyone-no matter where they were from, to travel them. How do we know this woman wasn't trucked in here by some trucker who cut her up in utah for instance and waited till he got far enough East? We don't know.

As for the PA staties.....well, they aren't CSI as one of them told my friend while she was in tears when her home was burglarized, but the are adequate. Besides.....because it's an interstate highway and if and when they determine the person came from another state...the Feds will be called in. No worry.

THE WORLD HAS GONE TO HELL IN A HAND BUCKET.

Discussions          1 2 3 ... 10 11 12 13 14 ... 22 23 24      Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...

Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [        ] 🔍
    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 11 12 [13] 14 15 ... 22 23 24       Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/jobs
Find a Job

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media
Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**


Photo Coming
Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

121 of 231

On Jan 30, 2008 at 02:46 PM, livinpa said:

this is just sick.... how about the poor person that was chopped up by some sicko in OUR
AREA!geez- the world is full of psychos



**livinpa**
My Comments
Member Since: 7/6/2007

---

122 of 231

On Jan 30, 2008 at 02:48 PM, Sniper said:

The police ? having an idea? around here? thats why I hope the Feds took over the case
from the start.



**Sniper**
My Comments
Member Since:
12/21/2006

---

123 of 231

On Jan 30, 2008 at 02:51 PM, call007 said:

"The police ? having an idea? around here? thats why I hope the Feds took over the case
from the start."

I hate to admit it, but ain't that the truth.

**call007**
My Comments
Member Since:
2/13/2007

---

124 of 231

On Jan 30, 2008 at 02:54 PM, fml said:

You do realize that it is your good attitude and support that makes the local police get their
job done in such a fine fashion....oh and because there are about 3 cops to every 50 people
around here is of no consequence either I suppose....

Stop being so bitter and try to come up with something supportive when it comes to the guys
who at least make an attempt to save your sorry ass when you need it.

**fml**
My Comments
Member Since:
1/24/2007

---

125 of 231

On Jan 30, 2008 at 02:59 PM, Sniper said:

Hmmm the cops, not body guards, the PR reporters and News Stations get to the scene
before they do. Ever go into the Pocono Record and hear how many scanners their running.
The cops here can't handle this kind of case, the Feds can and should. Cops save people, I
can see a fireman or EMT. If this killing was done by a 19 year old I bet you will claim it was
a teenager that was troubled too.



*Edited 1/30/08  by Sniper*

**Sniper**
My Comments
Member Since:
12/21/2006

Pocono Record News Forum     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...

TOP CARS

126 of 231



**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

On Jan 30, 2008 at 03:02 PM, Rebeccadoglover said:

Technically, so far we only know that it was dumped here, we have no idea how long she has been dead or any clue as to where the murder and dismemberment occurred, or what time frame they occurred in.


$15,900
2006 Dodge Dakota
Mick Motors


2003 Kia Rio
Brown Daub Kia

127 of 231

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

On Jan 30, 2008 at 03:06 PM, CallMeRonnie said:

Sick. Whoever did this wanted those parts to be found. I wonder what happened that would provoke such a gruesome act? Scary.


2001 Ford Escape
Brown Daub Kia


Brown Daub Kia

Show All Featured Cars

128 of 231

**PA_native**
My Comments
Member Since:
9/11/2007

On Jan 30, 2008 at 03:11 PM, PA_native said:

The local State police officers I personally know are good men, husbands, fathers who perform a thankless job and deal with human garbage day in and day out. These guys are the bravest of the brave. Just like the Firemen and EMTs.

Policing is reactionary in nature. Bound by many laws, policies and protocals and priorities. Just because a trooper didn't make it to your house because of a vandal, don't assume he is at the coffee shop getting donuts.


Subscribe To The
Pocono Record
Click here for
more information

129 of 231

**pacharlie**
My Comments
Member Since:
8/15/2007

On Jan 30, 2008 at 03:12 PM, pacharlie said:

Look it made Fox News:http://www.foxnews.com/story/0,2933,326507,00.html

130 of 231

**fml**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 03:13 PM, fml said:

yeh.....most people wake up for strewn human remains. How endearing!!

Discussions          1 2 3 ... 11 12 [13] 14 15 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                      http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                                    Search ☐ 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 12 13 [14] 15 16 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          [FIND IT!]

131 of 231

**On Jan 30, 2008 at 03:18 PM, Molly said:**

I agree Sniper, but...this handywork was no teenager. This is some cold calculated SOB with a hate for women on his mind. Profilers will be brought in...I too don't think this will be left to PSP.....the fact that it's an Interstate Highway leads me to believe that the Feds have already been called in.

As for PSP and what people say about them...we all need to remember that everyone is entitled to their opinion and police protection because we are taxpayers....we have the first amendment and the constitution, B) some who have lived here have had bad experiences with SOME of them, not all of them. Some that I have met have been very good men...then some others have left alot to be desired even in the people skills area. I also agree that "some of them" don't represent the Mass of them, but it's not a good feeling sometimes dealing with them. Then there are other times when you do feel like they have your interest at heart, so I can see both sides of the issue. The real problem is that there aren't enough of them, and the ones we do have are tired, stretched and worn thin. In the West End I have been told by the Lehighton Barracks that there's one squad car to patrol 60 miles at night. God forbid there are more than two emergencies at one time. Of course...this opens up a whole new can of worms because people don't want to pay higher taxes for more police coverage and Rendell doesn't want to address the issue (this was said to me by a State Trooper here)...so it's a catch 22-but I'll tell you it doesn't make me feel any safer. There have been some pretty big cases up this way-double murder, woman who killed her children by setting the house on fire, and other bad crimes.....at time's it isn't very safe. Politicians (Mike Carrol) promised better....yeah...nothing happened. It's the same old again and again. Then when something happens and you need to deal with one of the Troopers...they have a nasty attitude because theya re overworked and tired.

I've also been told that they were initially hired to do Highway Patrol only but because of the population explosion in these parts they have to do it all. It's not fair on both sides of the isle. I say let the Feds handle this one because that's less our Troopers have to do. Just my opinion of course, which again we are all entitled to under the first amendment.

IT STILL creeps me out that this has happened here.

*Edited 1/30/08  by Molly*

Molly
My Comments
Member Since:
3/24/2007



Find a Job

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad
More Jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

132 of 231

**On Jan 30, 2008 at 03:29 PM, soundman said:**

God what a tragedy. I'm sure all angles are being looked at. Just a guessing game at this point. Gang related?



soundman
My Comments
Member Since:
1/31/2007

133 of 231



unique
My Comments
Member Since:
1/11/2007

**On Jan 30, 2008 at 03:30 PM, unique said:**

"Policing is reactionary in nature. Bound by many laws, policies and protocalls and priorities. Just because a trooper didn't make it to your house because of a vandal, don't assume he is at the coffee shop getting donuts."

3 or 4 Friday nights ago, at approximately 9:30 pm, I stopped at the Pennmart on Rte 196 and I think all of PMRPD was there drinking coffee. Maybe not donuts, but they were drinking coffee. There were 4 or 5 officers all together. Isn't that the whole shift????? And right outside, when I was getting in my car, someone illegally dumped garbage. So yeah, sometimes cops do hang out and eat donuts/drink coffee. All at the SAME TIME.

TOP CARS



$15,495
2006 Jeep Liberty
Brown Daub Dodge



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars




134 of 231



wolverine
My Comments
Member Since:
8/10/2007

**On Jan 30, 2008 at 03:33 PM, wolverine said:**

Just call the NYPD and start with their recently reported missing persons.

135 of 231



ztv2
My Comments
Member Since:
1/30/2008

**On Jan 30, 2008 at 03:34 PM, ztv2 said:**

Dear Folks, We all hear you load and clear. Lets just recap your thoughts- not enough police, they are no CSI, did not respond in time, to much crime, less crime in NJ

136 of 231



Sniper
My Comments
Member Since:
12/21/2006

**On Jan 30, 2008 at 03:34 PM, Sniper said:**

thats why countries in europe use radar cameras to catch speeders instead of wasting there Police officer time chasing speeders. They pay the fines or have their licenses automatically suspended. That would help are troopers here.

137 of 231



DOS (rottenscoundrel)
My Comments
Member Since:
11/7/2007

**On Jan 30, 2008 at 03:52 PM, DOS (rottenscoundrel) said:**

The person responsible is likely getting a huge kick out of this and is probably out there driving back and forth watching police search. This person would be easy to spot from the air. Someone asked if gang related? No. They would have just shot the person. My gut says a white male, 50s, local, obvious issues with women, hunter, has his own hunting cabin. The victim: Prostitute from an area east or south of here.

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...

138 of 231



**On Jan 30, 2008 at 04:01 PM, cali007 said:**

"Someone asked if gang related? No."

Agreed. It's just not a stereotypical gang related kind of crime. I did see something recently about how MS-13 has killed in gruesome fashion with machetes. Aside from that I know very little about MS-13 and don't think they have much of a presence around here.

cali007
My Comments
Member Since:
2/13/2007

---

139 of 231



**On Jan 30, 2008 at 04:07 PM, Rebeccadoglover said:**

This was awfully violent and personal, I disagree on the victim part. Seems like a lot more hatred was involved, I bet she knew her killer. Ugh gives me the chills either way.

Rebeccadoglover
My Comments
Member Since:
1/27/2007

---

140 of 231

**On Jan 30, 2008 at 04:13 PM, Chadwick said:**

" My gut says a white male, 50s, local, obvious issues with women, hunter, has his own hunting cabin. The victim: Prostitute from an area east or south of here."

Now that is some speculation. Do you have a height, weight, hair color, and blood type, and mothers maiden name too? :-)

Chadwick
My Comments
Member Since: 2/7/2007

---

Discussions                    1 2 3 ... 12 13 [14] 15 16 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE   

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod5/.mzinga.com/n/ptx/forum.aspx?tsn=141&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG
OVERCAST 23°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                    Search

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 13 14 **15** 16 17 ... 22 23 24          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



**141 of 231**



On Jan 30, 2008 at 04:15 PM, DOS (rottenscoundrel) said:

Chadwick - I'll get back to you on that... :)

DOS
(rottenscoundrel)
My Comments
Member Since:
11/7/2007

thepoconos.com/cars
**Find a Car**

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**142 of 231**



On Jan 30, 2008 at 04:16 PM, LoveMyBoys (ChrisVan) said:

"My gut says a white male, 50s, local, obvious issues with women, hunter, has his own hunting cabin."

I agree, somewhat. Instead of "local" I would say he lives within a certain radius. Divorce gone bad? Maybe. But is probably a wackjob serial killer.

LoveMyBoys
(ChrisVan)
My Comments
Member Since: 6/6/2007

**143 of 231**

On Jan 30, 2008 at 04:17 PM, PA_native said:

unique,

Was it a shift change? How many PMRPD are on duty at that time? Is it the whole shift?

Since obviously you care about your fellow man why not join up and serve the community asd a police officer?

The great thing about this post is everyone has the "low" percentage argument they use too make a 100% of their case.

On 1 friday evening, at 9:30pm???

What about the other 10,079 in the rest of that week? What we're they doing during those times?

PA_native
My Comments
Member Since:
9/11/2007

**144 of 231**

On Jan 30, 2008 at 04:20 PM, PA_native said:

I don't think it was a local. Anyone from the area who didn't want to get caught knows many more secretive locations then the side of a road.

It was someone familiar with the areabut not too familiar.

PA_native
My Comments
Member Since:
9/11/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

TOP CARS

145 of 231



On Jan 30, 2008 at 04:22 PM, Rebeccadoglover said:

...except most serial killers are very particular with their victims in the way they kill, maim, or whatever. Serial killers are rare, but a serial killer who throws pieces of his victims along the highway in trash bags? The odds have to be against that one I would guess.

Rebeccadoglover
My Comments
Member Since:
1/27/2007



$6,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury

2000 Chevrolet Blazer
Brown Daub Chevrolet-Volvo



$9,950
2003 Mazda MPV
Brown Daub Chevrolet-Volvo

$15,9..
2005 Jeep Grand Cherokee Jeep
Brown Daub Chrysler Jeep

Show All Featured Cars

Subscribe To The
Pocono Record
Click here for more information

146 of 231



On Jan 30, 2008 at 04:25 PM, DOS (rottenscoundrel) said:

This person knows that Monroe county goes along the roads and picks up garbage bags left by litter control volunteers... the bags were placed in plain site... This person wanted the bags to be found.

DOS
(rottenscoundrel)
My Comments
Member Since:
11/7/2007

147 of 231

On Jan 30, 2008 at 04:37 PM, PA_native said:

rebecca,
Hold the serial killer thought we haven't seen any other killings such as this yet in the area.

rotten,
I agree.

I think it was an out-of-towner for the same reason. A local would have had that knowledge.

An over the road trucker wouldn't care, dump and leave you'll be out of town before the bags were found.

I go to resident gang guy..

call- Is this an MO of any gangs you know of? Kill and cut up, leave to be found in order to send a message to others?

PA_native
My Comments
Member Since:
9/11/2007

148 of 231



On Jan 30, 2008 at 04:40 PM, LoveMyBoys (ChrisVan) said:

LoveMyBoys
(ChrisVan)
My Comments
Member Since: 6/6/2007

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

"...except most serial killers are very particular with their victims in the way they kill, maim, or whatever. Serial killers are rare, but a serial killer who throws pieces of his victims along the highway in trash bags? The odds have to be against that one I would guess."

The thing is...most of these types of crimes are serial killers. Spouses, lovers, etc may cut off a head or something but they usually want to hide the body to cover their azz...serial killers want to show off their work....hense chopping her up and putting her out for all to see....from what I am reading..

I dont know. The only thing I'll put money on is that it's a white male.

149 of 231



**On Jan 30, 2008 at 04:45 PM, Rebeccadoglover said:**

Chris, good points. I guess we will just to be patient and wait for some news... I sure hope they find this guy though. It would just be awful if it went unsolved. I guess there's no word on the autopsy or identity of the victim yet, but I kinda figured it wouldn't be that easy.

Rebeccadoglover
My Comments
Member Since:
1/27/2007

150 of 231



**On Jan 30, 2008 at 04:47 PM, DOS (rottenscoundrel) said:**

White male - heterosexual

DOS
(rottenscoundrel)
My Comments
Member Since:
11/7/2007

Discussions          1 2 3 ... 13 14 **15** 16 17 ... 22 23 24        Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News forum                                    http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=151&nav=messag...

Tuesday, December 09, 2008        HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast/Radar


thepoconos.com/homes
Find a Home

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

**Welcome  Guest**                                              Search

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions                1 2 3 ... 14 15 16 17 18 ... 22 23 24        Keep Reading

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com        FIND IT!


thepoconos.com/homes

Find a Home

TOP JOBS
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media
Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad
More Jobs

TOP HOMES

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



**LoveMyBoys
(ChrisVan)**
My Comments
Member Since: 6/6/2007

151 of 231

**On Jan 30, 2008 at 04:52 PM, LoveMyBoys (ChrisVan) said:**

Rebecca - I hope they find him as well. To think he could be scouting out another woman right now (for whatever reason).

Another thing that is weighing on my mind is the fact that she could be someone I know. Someone any of us know. I'm sure she has friends and family. I feel so bad for her family because they don't even know she's dead yet.

FYI - Don't remember who posted it but.....us "volunteer litter control" folks are not 'allowed' on the highway.



**LoveMyBoys
(ChrisVan)**
My Comments
Member Since: 6/6/2007

152 of 231

**On Jan 30, 2008 at 04:54 PM, LoveMyBoys (ChrisVan) said:**

"White male - heterosexual"

I agree.



**DOS
(rottenscoundrel)**
My Comments
Member Since:
11/7/2007

153 of 231

**On Jan 30, 2008 at 04:57 PM, DOS (rottenscoundrel) said:**

Someone was making fun of my profile Wanted to know if I had a mother's maiden name too..... Yes, yes I do.......... CUNNERMAN...LOL



**Local21**
My Comments
Member Since:
3/11/2007

154 of 231

**On Jan 30, 2008 at 05:04 PM, Local21 said:**

Well I read alot of the posts all day. Lets not go with the local verses out of towners. We have a body. This crime scene is probably ALOT bigger than the eye meets. So everyone that are putting down PSP,PMRPD, or any other police, try putting their boots on and try it. Everyone praised ALL police involved when they caught the 2 cop killers from NY back a few months. I know Alot of the guys in blue and they work very hard doing what they do, don't complain if you see them having a coffee. Sometimes they don't get the hour breaks that you 9-5 people get. Plus you think you have paper work, try again, theirs HAS to be done by shifts end, not I will do it in the morning. So while everyone is sitting there watching CSI, it does not happen in an hour! I know some people that take 2 hours to watch 60 minutes!

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

---

**155 of 231**



LoveMyBoys
(ChrisVan)
My Comments
Member Since: 6/6/2007

On Jan 30, 2008 at 05:09 PM, LoveMyBoys (ChrisVan) said:

"I know some people that take 2 hours to watch 60 minutes!"

They need Tivo...you can watch it in under 40!!

Don't fret over what people say about Police. Most people are Monday morning quarterbacks. Talk is cheap. Until you step a mile in their shoes....

---

**TOP CARS**





$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln
Mercury

1995 Pontiac Sunfire
Brown Daub Dodge





$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo

$13,988
2005 Chrysler Town &
Country
Brown Daub Chrysler
Jeep

Show All Featured Cars



---

**156 of 231**



CatchurDream
My Comments
Member Since:
12/9/2007

On Jan 30, 2008 at 05:12 PM, CatchurDream said:

And how do we know its a guy , it could have been several people , gangs, cults , mob who the hell knows anymore , As far as murders in the Poconos , doesnt mean it happened here, but the Poconos have had its share of murders, lived here all my life ...yes it has gotten worse, but we cant say we never had murders, I can also remember Princess Doe , found in Blairstown , just over thr bridge still to this day has never been solved ..Makes you wonder what kind of life they had that no one ever reports them missing . Hopefully this one will be solved , and the people or person will pay dearly!!!!

---

**157 of 231**



Local21
My Comments
Member Since:
3/11/2007

On Jan 30, 2008 at 05:14 PM, Local21 said:

Van- you are right, maybe they could put them on once and really see what goes on  Call a PD and set a ride along. and make it a weekend nite, and then walk the walk!



---

**158 of 231**



LoveMyBoys
(ChrisVan)
My Comments
Member Since: 6/6/2007

On Jan 30, 2008 at 05:14 PM, LoveMyBoys (ChrisVan) said:

"And how do we know its a guy"

We don't. It's the stats that say white male. We'll have to wait and see.

---

**159 of 231**

DOS

On Jan 30, 2008 at 05:17 PM, DOS (rottenscoundrel) said:

Cop are like teacher and priests - ya have good ones and you have bad ones. Good ones should be praised - bad ones should be fired. The only problem is the good ones get fired and the bad ones get great pensions. (oh, and all the alter boys they can eat)....OMG THAT'S TERRIBLE!!!! I know, I shouldn't have said it... I take it back...

---

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

(rottenscoundrel)
My Comments
Member Since:
11/7/2007

160 of 231



unique
My Comments
Member Since:
1/11/2007

On Jan 30, 2008 at 05:22 PM, unique said:

"Was it a shift change? How many PMRPD are on duty at that time? Is it the whole shift?

Since obviously you care about your fellow man why not join up and serve the community
asd a police officer?

The great thing about this post is everyone has the "low" percentage argument they use too
make a 100% of their case.

On 1 friday evening, at 9:30pm???

What about the other 10,079 in the rest of that week? What we're they doing during those
times?"

I don't know if it was a shift change. where I used to live, the shifts were 8-4, 4-12, 12-8. So, I
don't know. My point is......with all the garbage that happens on that mountain, all of our local
police shouldn't be taking a coffee break at the same time. That's all I'm saying. But when
you get free coffee........

And from what I understand, that happens at Pennmart alot.

Discussions                      1 2 3 ... 14 15 **16** 17 18 ... 22 23 24        Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:53 AM

Pocono Record News Forum                                http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                 Search [            ]
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD NEWS FORUM

---

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions            1 2 3 ... 15 16 [17] 18 19 ... 22 23 24       **Keep Reading**

| | NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS |

search PoconoRecord.com          FIND IT!



**PET PHOTOS**
Click here to submit yours!



**CatchurDream**
My Comments
Member Since:
12/9/2007

**161 of 231**

On Jan 30, 2008 at 05:31 PM, CatchurDream said:

Like I said lived here all my life I think the Police here to a good job considering the resources they have , compared to the big cities, give credit where credit is due! .. Heavy set female, with brown/ gray hair ...I say the murder took place out of town ...Poconos was the dumping ground !



**DOS
(rottenscoundrel)**
My Comments
Member Since:
11/7/2007

**162 of 231**

On Jan 30, 2008 at 05:39 PM, DOS (rottenscoundrel) said:

Drew Peterson

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs



**PA_native**
My Comments
Member Since:
9/11/2007

**163 of 231**

On Jan 30, 2008 at 05:43 PM, PA_native said:

unique,

I had the oppurtunity to meet a State police friend of mine at a local diner for breakfast. The table in back of us were 10 troopers in different states of "coming, going, working OT" and discussing a tie-in of events for that day. Trouble spots to watch, daily arrests/warrants and such. All were eating breakfast. Some on duty, some off, some pulling OT, some taking a car home because they were working rolling 12 hour days to minimize coverage gaps.

Policing is NOT 9-5 with standard breaktimes. These guys bust there A$$e$ dealing with the worst of humanity, all to have the "taxpayer" question why there are a "number of them" gathering and drinking coffee?

I don't know who you are but you certainly don't have any Police or Firemen friends or maybe you would have a clue as to what these fine men and woman do for our community 24/7. If the "S" hits the fan at your house and they save your bacon, maybe you'll offer to buy them a cup of coffee at the pennmart.

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...



**164 of 231**

On Jan 30, 2008 at 05:56 PM, Local21 said:

PA-native good post. I have seen alot of passing an information over a coffee, and even in between depts. If it is hitting the fan, drop what you are doing and go, dinner, coffee or just meeting your spouse and kids you have not seen for a while. When you are the outside, you never see what goes on inside.

**Local21**
My Comments
Member Since:
3/11/2007

**TOP CARS**



$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury



$15,980
2008 Ford Focus
Brown Daub Chevrolet-Volvo



2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet



$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars

Subscribe To The Pocono Record
Click here for more information



**165 of 231**

On Jan 30, 2008 at 06:16 PM, PA_native said:

local,

Thanks, it is the truth too.

Yes,there are some bad apples, but very few.

The taxpaying "complainers" only see what they want to see.

**PA_native**
My Comments
Member Since:
9/11/2007



**166 of 231**

On Jan 30, 2008 at 06:24 PM, Local21 said:

PA native- I know all about it, until one of these people want to walk in my shoes, or any of my brothers shoes. You will always have bad apples no matter what kind of job you have. Complaints? Alright tax payers you like to complain here, maybe ask an officer how things are going, don't shun them, and you will be able to see how their shift is going.

**Local21**
My Comments
Member Since:
3/11/2007



**167 of 231**

On Jan 30, 2008 at 06:54 PM, LoveMyBoys (ChrisVan) said:

Some numbers FYI:

Enlisted and civilian personnel: 244

Total population of Troop area: approximately 600,000

Total area served by Troop: 1,766.4 square miles

**LoveMyBoys
(ChrisVan)**
My Comments
Member Since: 6/8/2007

**168 of 231**

On Jan 30, 2008 at 07:08 PM, Rebeccadoglover said:

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&t&nav=messag...

**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

The only way this situation could be any more awful than it already is, is 1) if they can't ID this poor girl, and 2) if this case is never solved. Let me just quote Dr. Phil "the best predictor of future behavior is PAST behavior". Anyone who is capable of such horrific violence will most likely act again someday, and it's like a lot of other things, gets easier every time.

I can't tell you how many messages I have received the last couple days checking in and how upset people got when I didn't answer right away. I had someone cross my mind as well, and even though I knew my imagination was running wild I was relieved when a description was released that didn't match my fears. Someone knows her though and it won't be easy when they find out. Heartbreaking to be sure...

169 of 231



**mgroner**
My Comments
Member Since:
1/11/2007

On Jan 30, 2008 at 07:32 PM, mgroner said:

Not for nothing but that guy was not a local either! And at the time it was the most horrible crime that had happened in the burgs, and then there was years without something that bad happening, that is until the owner of the bottom of the fox being brutally murdered. We did not have murders in Monroe County when I was a kid.

Just for the heck of it............how many of us out there are 5th generation locals or more?????

Look everyone, this isn't or shouldn't be a local or transplant issue. My bet is yeah, this happened across the bridge somewhere and then the remains was driven here.
This poor person died a horrific death, and that is what this should be about. I can't even begin to imagine the torture she must have gone through. I hope to hell they catch who ever did this terrible thing. I also hope that they can figure out who this poor woman is so that she can be laid in her final resting place as someone other than another Jane Doe. My heart goes out to her and her family. I pray that she now has peace because she obviously left this world in so much pain.

170 of 231



**Local21**
My Comments
Member Since:
3/11/2007

On Jan 30, 2008 at 08:59 PM, Local21 said:

Van- maybe you see how many cops live in Monroe besides PSP. I know my area is very covered! All have police powers 24/7 if needed.

mgroner-I remember the fox murder in DWG also. I also remember when Mr. Green Jeans lived in Shawnee. I've been here for a lil' while!

Discussions           1 2 3 ... 15 16 [17] 18 19 ... 22 23 24           Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 23°
Forecast /Radar



NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

Welcome  Guest                                Search
All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions        1 2 3 ... 16 17 [18] 19 20 ... 22 23 24        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!



TOP JOBS
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

TOP HOMES


WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

171 of 231



rambler1
My Comments
Member Since:
5/25/2007

On Jan 30, 2008 at 09:29 PM, rambler1 said:

I was just visiting Greenjean's widow today--she lives at Saylor's lake. I knew Joubert well, and that was a tragedy of the worst sort. Poor guy never did anything but good.

editor1 wants to know if we have more crime than other counties of 165 thou.....first of all, that number is certainly wrong....I bet a dollar we have busted 180---and maybe more like 200 thou.

I don't know if you need to know about other counties. Violent crime and crimes against property are at their lowest since 1985 or something like that, something like a 50% decrease from 40 to 20 per hundred thou for both.

Even if our population only quarupled in that time (about right, I think) crime should have "only" doubled according to those stats. It's Waaaaaaaaay more than that and it's pretty obvious to me that the exodus from the big sha-itty is at the core of the problem, as it is to any local.

My apologies in advance to all the very nice folks from away that are now my neighbors, but preditory sales techniques by the likes of the scum Percudani and Simon are the proximal cause of much of this trouble.

That and route 80. Maybe twenty dollar tolls would be in order--use the extra money to buy more cops.....

---

172 of 231

lspirit
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 09:36 PM, lspirit said:

wow! reading through this forum, I was thinking the same thing!! Send a message to the Daily News (NY Manhattan paper) which always runs ad from LTS "WHY PAY RENT, WHEN YOU CAN OWN". The Post is another Manhattan newspaper. I bought my house 6 years ago for the quietness and I use to drive there late at night, I don't any more. Take my pit bull and friends. What a shame! How can we contribute to post an ad in these newspapers, take out an ad "Why Pay Rent, When You Can Own?" "Read the little fine lines, how long of a commute from PA to Manhattan? What is monthly cost?" something along these lines...

---

173 of 231

lspirit
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 09:39 PM, lspirit said:

Many people are running from Long Island, not the City. Our taxes are way too high, our commute will be increasing in March, tolls on the bridges...can you blame us for wanting to leave......if only I could retire there!

Pocono Record News Forum                                     http://pod57.mizinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

**TOP CARS**


**$18,495**
2006 Jeep Liberty
Brown Daub Dodge


**$10,900**
2007 Dodge Caliber
Mick Motors


**$7,473**
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury


1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

174 of 231



**rambler1**
My Comments
Member Since:
5/25/2007

On Jan 30, 2008 at 09:42 PM, rambler1 said:

Here's some burma shave-like signs....

a long commute
and crime to go
is all you'll get
"THe Poconos...."

The rent is cheap
the cost is steep
the poconos
will cost you sleep

FOr muggings and killings
and road rage galore
the poconos
will give you more

I couldn't remember the rhyme scheme of the real ones hehe....

---

175 of 231



**lspirit**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 09:43 PM, lspirit said:

I agree... why are 1000 units being built on Rte 423 where the Army barracks were when PCP can't be controlled? It is overcrowding... so now NJ/NY will buy the condo/coop and then what? not pay taxes. Why does it have to be so many units for Chris sake!!! do we need it... I don't think so.. are they then going to put a supermarket near by??

---

176 of 231



**lspirit**
My Comments
Member Since:
1/24/2007

On Jan 30, 2008 at 09:47 PM, lspirit said:

Sniper, I think you may have mentioned this before. If you know someone who leaves their children alone for a week, report it. SEE SOMETHING, SAY SOMETHING!

---

177 of 231



**goo72**
My Comments
Member Since:
1/30/2008

On Jan 30, 2008 at 10:01 PM, goo72 said:

Have to agree with you there. A lack of parenting definitely exists because so many parents have to work. However,I was raised in a household in which both parents worked and I turned out fine. The fact that parents travel to work and choose to stay and sleep in the city or wherever does result in problems. I think many of them choose to leave there children here, not because they can't do the commute everyday, but because they just want to push the role of parenting onto others. My husband commutes daily and still makes time for the family each and every day, unfortunately we cannot say this for everyone. But parental absence is a choice people make, it is not a result of commuting.

Our whole world is changing. I did not run from the city because of crime at all. Where I came from we had 2 incidents in the 35 years I was there. I could walk alone at night, people did not walk around with guns like everyone imagines, and there were no gangs. It was a pleasant place and yes it was in the "city". It was very expensive and our family was growing, and we felt the Poconos was a nice affordable place. Everyone is under the impression that people flee from the city because of crime, and that is not always the case. Even the city has changed over the years since I was a child. It is not what it use to be. Change happens everywhere. The world population is growing and so is economy and business everywhere, and it is just not reality to feel the Poconos should be excluded.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

**178 of 231**



On Jan 30, 2008 at 10:02 PM, lspirit said:

There's cameras on the toll bridges... you don't pay at that time.. they send a snapshot of your car and didn't have enough money in EZ acct!

lspirit
My Comments
Member Since:
1/24/2007

**179 of 231**



On Jan 30, 2008 at 10:04 PM, lspirit said:

there's that many police there? sounds like too many for the area

lspirit
My Comments
Member Since:
1/24/2007

**180 of 231**

On Jan 30, 2008 at 10:14 PM, lspirit said:

Back then we were held responsible for our actions. Parents ruled! and we didn't answer back or there would be more of the same...Are the kids now a day doing the same? I think not. I'm a single parent (widow) and raised my son (Navy for four years and now is NYPD), and he turned out beautifully!

lspirit
My Comments
Member Since:
1/24/2007

Discussions          1 2 3 ... 16 17 18 19 20 ... 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum

http://pod5/.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest

Search [_____] 
Advanced Search

All Message Boards > Pocono Record News Forum > Reader Reactions >

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 17 18 **19** 20 21 22 23 24          Keep Reading

---



goo72
My Comments
Member Since:
1/30/2008

**181 of 231**

On Jan 30, 2008 at 10:36 PM, goo72 said:

I totally agree with you Ispirit. Whether it is one or two parents raising a child, it is up to the parents how that child turns out. But a lot of problems stem from bad parenting or lack there of. I was a single mom for quite a few years and I did a fine job with my children. My point is that many criminals have had bad upbringings, it is statistics. Someone mentioned that so many parents commute and are not around. This is unfortunate,but I do not feel that it is the commute that keeps them away for days at a time, it is their lack of parenting skills. Parents need to make time for their children, whether it be one or both parents.

Chances are the person who committed this evil crime did not come from a loving stable household. Many children are being raised without proper morals and respect and they are going to be our future. It is scary...

---



BigIndian518
My Comments
Member Since:
4/12/2007

**182 of 231**

On Jan 30, 2008 at 10:43 PM, BigIndian518 said:

I know if I was moving to another state I would check out all the factors first. Yes taxes are high, it's mainly because of the increase of population moving here each year in Monroe county. The county has to build more schools,fix roads,more police. yes, if don't have a good paying local job, you must commute to your old jobs in Ny and NJ. I truly beleave, and I know this is my opinion, that this person that did this is from out of state and either lives or has family in Tobyhanna or the surrounding area. I know I'm going to get hammered for that statement. I'll stick to my guns and see how this plays out.

---



BigIndian518
My Comments
Member Since:
4/12/2007

**183 of 231**

On Jan 30, 2008 at 10:52 PM, BigIndian518 said:

There was a Family that lived in PCP about 8 years ago and both parents would commute to NYC everyday. I guess they got tired of driving or sick of taking the bus after a year, and started leaving there two children alone all week and comming home on the weekend. The two girls that were left alone all week were 9 and 6 years old. The 9 year old would take care of the 6 year old like a mother. I dont know how the story came to light, but they were caught after leaving their children for a year. Even if you make it home every night, how much time do you have to spend with your family after woking at least 8 hours and driving 2-5 hours a day?



search PoconoRecord.com    FIND IT!

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

Pocono Record
Reader Photo Galleries   Submit Your Photo

**TOP JOBS**

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



184 of 231

On Jan 30, 2008 at 11:05 PM, goo72 said:

Those PCP parents did not get sick of commuting, they got sick of parenting and used commuting as an excuse. There are so many children from so many places that are abandoned for many different reasons. I am a stay at home mom so I can be there for my children, and being a good parent is not an easy job. Most families have two working parents. It is not just the commuters who have little time with their families, look at all of those who work local and have to do overtime, or evening hours. Prices will always go up everywhere. Show me a place in which the cost of living has gone down constantly over the years and I am there !!!! Prices go up, people have to work, but somewhere along the line people have become too busy for their children. I would rather my husband spend a few quality hours with the children, rather than get home early and just sit and watch television and ignore his children. It does not matter how far you work, it is what you put into parenting.

goo72
My Comments
Member Since:
1/30/2008

TOP CARS



$15,495
2006 Jeep Liberty
Brown Daub Dodge



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information



185 of 231

On Jan 30, 2008 at 11:14 PM, goo72 said:

Regardless of all the political slandering and disagreements between people on this sight, I think we would all have to agree with BigIndian518 somewhat in the fact that we are very hopeful this tragedy was committed by someone from another place....



goo72
My Comments
Member Since:
1/30/2008



186 of 231

On Jan 30, 2008 at 11:47 PM, lspirit said:

thank goodness they were caught but after a year? we need to be more vigilant and call Child Services..

lspirit
My Comments
Member Since:
1/24/2007



187 of 231

On Jan 30, 2008 at 11:52 PM, lspirit said:

Many comments and thoughts made on this forum...but let me say this--may She rest in peace. If she had children, find solace within family member, reach out to someone in this time of need. Let's hope the bast***(s)who did this are caught ASAP, but I would NOT WANT to contribute to life in prison through my taxes. Bring on the death penalty!!!!!!

lspirit
My Comments
Member Since:
1/24/2007



188 of 231

On Jan 30, 2008 at 11:54 PM, poconosproud said:

Very well said!

poconosproud
My Comments
Member Since:
7/22/2007

Pocono Record News Forum                                    http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=181&nav=messag...



**On Jan 30, 2008 at 11:58 PM, poconosproud said:**

This post is for all the law enforcement bashers out there!

They are entitled to breaks just like any other job. I am sure that you get lunch breaks or coffee breaks where you work. Don't pass judgement until you have walked a mile in their shoes. Most people could not do the job that they do. It is a thankless job.

*Edited 1/31/08   by  poconosproud*

poconosproud
My Comments
Member Since:
7/22/2007



**On Jan 31, 2008 at 03:42 AM, Molly said:**

A) Police business doesn't belong in a dinner being discussed with the public in attendance. I don't think Captain Brown would take a liking to that. I've spoken to him,and I know he demands professionalism from his troops. Whatever happened to good old role call?
B) THERE ARE GOOD PSP here. I know a few of them, but as I said before...there aren't enough of them, and the others have "attitudes" and can be very nasty because they are overworked, tired and stretched thin. One or two that I know of were ordered to work on their "people skills".
C) YES, they do bust their a$$'S, and NO.. many of us probably couldn't do their jobs, BUT I DO KNOW VERY WELL what they have to deal with as I am related to five cops...two of whom ARE NJ STATE Troopers, three others work in inner cities-so YES I DO HAVE A GREAT KNOWLEDGE of what they deal with.
D) I DO have a problem when a Trooper reports to a burglary of a home for the fourth time in a matter of 6 weeks and tells the homeowner-who is standing there crying..."what do you think we are CSI"? I PRSONALLY WITNESSED THIS. Needless to say after four break in's the investigation went NO WHERE because of OTHER crimes they had to deal with and they were UNDERSTAFFED because the "Governor won't give us manpower" is what we were told.

Now this is a horendous crime and I don't mean to hijack the thread and take the focus off what is really the IMPORTNT here-but, it's not a one way rosy picture with the PSP here-IT'S GOOD AND BAD and that's all my posts said. The same could probably be said for other places as well, but in all honesty, the police presence lacks here, and more police are definately in order for the area based on the population growth. I think someone else said libefore...poor planning on the part of officials,etc.

I sincerely hope they catch whoever did this very quickly.

My bet is on a white male too...with some serious mommy issues. I think it happened outside of PA, and most likely it was a Trucker using the Interstate because he didn'tcare that the bags were in plain view-he wasn't coming back.

God bless this woman's soul,and God give her family the strength when the time comes to deal with this. IT'S TRULY HORRIBLE.

Molly
My Comments
Member Since:
3/24/2007

---

Discussions                     1 2 3 ... 17 18 **19** 20 21 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...

Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 23°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                                          Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 18 19 [20] 21 22 23 24          Keep Reading

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com          FIND IT!



thepoconos.com/jobs
Find a Job

TOP JOBS

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

TOP HOMES


WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

191 of 231



**Molly**
My Comments
Member Since:
3/24/2007

**On Jan 31, 2008 at 04:20 AM, Molly said:**

You'd be surprised where u can find MS13. Anywhere that illegals exist. Can anyone say Newark NJ? MS13 rape and pillage. They raped those four innocent teens, cut the heads of three,tried to cut the head off the fourth but she survived to tell about it-albeit very injured, but a hero non the less.

This isn't the work of MS13-but I do think they exist here. They wouldn't use garbage bags. When they kill it's to make a statement-they wouldn't conceal body parts and they usually just cut off the head. They are extremely dangerous and began as a rebel group in South America. They do have a pronounced violent streak for women. They come from third world South American countries such as Peru and Equador,but Mexicans have been known to be among the group as well. They also co exist among other groups such as Bloods and Crypts. We learned all about this when they killed those kids in Newark. They are extremely dangerous and blend very well into the illegal alien population and most times go unoticed completely until a crime is committed.

192 of 231



**MKS177**
My Comments
Member Since:
1/31/2008

**On Jan 31, 2008 at 05:09 AM, MKS177 said:**

lol jeff I DO live in the Adirondacks and we don't get this kind of stuff up here! my parents and sisters still live in the area and I can never believe half the stuff that is going on in the news! I just thought it was funny that you mentioned moving to the ADK. I mean don't get me wrong, we do have crimes here too . . . just a few weeks ago for instance two 50 year old men were arrested for stealing 3 disposable camera, 2 blocks of yellow cheese, and a deodorant from a Stewart's gas station. (No I'm not kidding!) There seems to be a little less country in the Pocono's with more and more city influence coming in. I live up here and it is located in the middle of nowhere (my nearest city is in a whole 'nother country - Montreal, haha) but I am not scared to walk alone at night and I guess that living in east jabib is the price I pay for my safety! I hope they catch the freak who did this very soon! My thought is that he is headed into NYC or Newark.

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...

**TOP CARS**


$12,900
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet


2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

193 of 231


MKS177
My Comments
Member Since:
1/31/2008

On Jan 31, 2008 at 05:29 AM, MKS177 said:

It is bad!!! Look in your paper! Mob ties at casino, body parts on the highway,assault at Pine Ridge, hunters murdered. Not to mention NEPA having one of the highest vehicle accident fatality rates!!! Most of which are young people drinking and driving. Take a look at the standard speaker, the times leader, and the Pocono record. . . . there is way more horrifying news than good news. Then take a look at the Adirondack Daily Enterprise, The Lake Placid News, and the Press Republican. I love NEPA it is where I still call home even though I have been in upstate NY for over 4 years, but I simply can not deny the fact that too many horrible things happen in that area. There is way too much inner city riff raff who move to the area because EVERYTHING ( E V E R Y T H I N G ! ! ! ) is way cheaper and they are still close to their little ghetto communities. I do not feel safe anymore when I am in the area, which is unfortunate because there are so many positives to living in the Pocono's. It wasn't this bad 5 years ago before I moved, it's like everything changed overnight. So no - Mt Pocono is not Newark, Brooklyn, or Atlantic City (the streets BEHIND the casinos) . . . but it isn't too far off, and for the safety of yourself you need to realize this instead of denying that there is a problem. The Pocono's is where everyone runs to when they get in trouble in any of the near by cities, because as someone else already mentioned, these crims think that the police are like Mayberry in the Pocono's. They must have missed that part about how Pennsylvania has one of the hardest State Police training programs in the nation. What happened a few months ago? Those two dudes who shot 2 young cops in the city fled to 380 for freedom and got caught because the fat guy was too slow and the skinny dude was afraid to sleep in the woods at night? When I was a kid I used to be afraid of the bears and deer (what? deer can kick - haha) that were in the woods and my dad always used to say that I should be more afraid of people and less afraid of bears. Well I guess he was right. Maybe we can start over breeding the black bear (or deer depending on your level of skittishness!) to scare away the city people! I'm not ragging on you, only trying to let you know that there is indeed a problem in the Pocono's and that some thing's gotta give. Have you lived here your whole life or are you a newbie? Don't even get me started on Wilkes Barre and Hazleton! (Went to HS in WB and college in H-ton and they weren't nearly as bad 7 years ago!)My thoughts are also with the family of the victim at this time. Unfortunately I do think it will take quite some time to figure this one out, but I know that the #### who did this will be brought to justice somehow or another.

194 of 231


MKS177
My Comments
Member Since:
1/31/2008

On Jan 31, 2008 at 05:34 AM, MKS177 said:

No National News. Im in upstate NY and only know because my family lives in the area. Trust me, the Poconos will soon be a dead vacation spot. I live in the Adirondacks and when I tell people I am from the Pocono's I usually get a story about how they traveled there and it was a dumpy place. Then I go into defense mode, because crappy or not - it is my home!

195 of 231


MKS177
My Comments
Member Since:
1/31/2008

On Jan 31, 2008 at 05:35 AM, MKS177 said:

Where in the ADK? It's a pretty big state park.

196 of 231



MKS177
My Comments
Member Since:
1/31/2008

On Jan 31, 2008 at 05:47 AM, MKS177 said:

don't forget Columbus' other defining quality: bringing syphilis to the new world

197 of 231

2 of 3                                                          12/9/2008 8:53 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...



**NotaMoveIn**
My Comments
Member Since:
6/29/2007

On Jan 31, 2008 at 07:00 AM, NotaMoveIn said:

I never said I owned it. Yes, my family are immigrants, that helped build this area and make it great. It sickens me to see what it has become. Turn off your caps lock and close your mouth.

198 of 231



**Sniper**
My Comments
Member Since:
12/21/2006

On Jan 31, 2008 at 07:13 AM, Sniper said:

I agree with goo, its the quality time you spend with your kids that count. Sitting down on a Sunday and wasting a whole day watching sports is crazy that's 52 days that could be spending teaching your kids a sport or taking a small trip to historical site or museum. I used to get caught up in the TV and then I looked at my boys waiting for dad to do something with them, its not a chore its about loving and spending time with your kids before they grow up and do the same thing to their kids as you did to them. I was blessed as a kid and didn't know it, my father coached our little team but every spare moment he had we went fishing together after he came home from work. God rest his soul for being a dad to me.

199 of 231



**ProudSoldier**
My Comments
Member Since:
11/12/2007

On Jan 31, 2008 at 08:21 AM, ProudSoldier said:

"They come from third world South American countries such as Peru and Equador"

They are from El Salvador.

"They also co exist among other groups such as Bloods and Crypts"

They hate the bloods and crips.

"and most times go unoticed completely until a crime is committed."

They are the most visible gang out there. Many of them tattoo there faces with "MS" and devil horns. All members have to let everyone know they are in MS13.

I just watched an episode of Gangland about MS13 on History Channel:)

There is an episode about the Hells Angels On-Demand too. Scary, but interesting.

*Edited 1/31/08   by   ProudSoldier*

200 of 231



**soundman**
My Comments
Member Since:
1/31/2007

On Jan 31, 2008 at 11:07 AM, soundman said:

I raised the gang flag. There was a similar horror that happened in SC that resembled this back some time ago. A man led authorities, yesterday, to the remains of his mother. He cut her up, but buried the remains in different areas.I employ 2 HA members at outdoor shows. Awesome security detail and right nice fellows. Bad enough that drugs are killing many, now they're killing for drugs and over territories. Lock and load.

Discussions          1 2 3 ... 18 19 [20] 21 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                  http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...

Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar

theponos.com/cars
Find a Car

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                          Search [        ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions          1 2 3 ... 19 20 [21] 22 23 24          Keep Reading

| | |
|---|---|
| | **201 of 231** |



**cali007**
My Comments
Member Since:
2/13/2007

On Jan 31, 2008 at 11:32 AM, cali007 said:

" Bad enough that drugs are killing many, now they're killing for drugs and over territories."

No gang fighting over drug territory kills like that. This incident is something else.

---

**202 of 231**



**windgap927**
My Comments
Member Since:
2/16/2007

On Jan 31, 2008 at 11:46 AM, windgap927 said:

I just read some postings, not all. If you read through the police blotter on their website, you can see what type of people are committing what type of crimes in this area. DUIs seem mostly college kids. They come from all over, but their age indicated they probably attend ESU. One homeless guy accounts for like a third of them!!!! I think the minor crimes like disorderly and DUI, when you take the college kids out, goes to the locals or people who reside here at least, they could be from anywhere. The larger crimes are people who don't even live here, or they are recent move-ins from the city. I praise the local police for everything they have done. Look at the blotter to see what these guys deal with! ANd sometime, have a great sense of humor about! I think we waste time when we try to put blame on the people moving in. It isn't how much crime people from the cities commit, it is the violence of it. We did not have the constant violent crimes like we do now before the influx. But, in several years, our youngins will catch on and mimic. So, I think we should jump our thinking to that point. What do we do now? It seems the police know what they are doing. I feel confident with them. It is we who are the idiots. I hate knowing that our quiet community has come to this, but you must lock your car (to avoid someone being in there when you get back to it - that was a LABAR at walmart), your house and not open it to anyone you dont know - I go upstairs to view who is down there and yell down to them - watch when walking to the ATM and dont go at night - use one in a grocery store (but not Mr Zs!!!), and just not have your head up your bum anymore. We need surveillance cameras on Main st stbg (unless they already put some up?) and Walmart needs to provide better parking lot security. Local bars need to enforce not serving to SLIGHTLY intoxicated patrons, but that won't happen until they are sued a few times.

---

**203 of 231**



**unique**
My Comments
Member Since:
1/11/2007

On Jan 31, 2008 at 11:48 AM, unique said:

First off, I never said the police weren't doing their job. I was just wondering how 5 cops could be taking a break at the same time. Sorry for asking! And I was talking about the local police, not the state troopers. I have had MANY acquaintances in the past who were law enforcement officers and I know that MANY of them were crooked, which is why I said acquaintances, not friends. Busting someone for pot and taking the pot for his own use, etc. I'm not saying all, but MANY. I was just making an observation. That's all.

---

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]

**theponos.com/jobs**
Find a Job

**TOP JOBS**
**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad
More Jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

 Pocono Record News Forum                    http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=201&nav=messag...



**204 of 231**

On Jan 31, 2008 at 12:20 PM, papixie said:

Molly, this crime could not have been committed by a trucker. Remains were found on both sides of the highway, meaning that whoever did this traveled in both directions. A trucker would travel in one direction only. And truckers drive solo. This likely required more than one person, one to drive and one to toss the bags from the window.

I sure hope they can quickly identify this woman. It's a little disconcerting to not know if this was a random crime against an innocent stranger, or an isolated incident involving something more. This is sure no longer the Poconos I grew up in. :(

papixie
My Comments
Member Since:
4/27/2007

**TOP CARS**


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


$10,900
2007 Dodge Caliber
Mick Motors


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information



**205 of 231**

On Jan 31, 2008 at 01:03 PM, 3am said:

Running joke in my neck of the woods is if I'm missing look in my septic tank, and my wife did it

3am
My Comments
Member Since:
2/27/2007

**206 of 231**

On Jan 31, 2008 at 01:22 PM, mgroner said:

Oh, yes, Mr. Green Jeans.........wow, can't believe I forgot to mention him! It was such a shame, he was a good man.

I only raised the question as to how many generations everyone goes back because I wanted people to stop and think, what makes someone a local? Since my roots go back to the times of settlements and Indians, does that make me more local than anyone else? And does that make those who had family move in years after my ancestors defended the forts against Indians a transplant? I will be the first to admit that I can be as hard as a lot of others on this forum about the whole local vs. transplant thing, but the reason I am is because of the crime and the crime alone. Yes there was crime, there always has been crime........I believe it started way back when Eve tempted Adam to eat from the tree. But how ever, the frequency and severity of the crimes that now have become a everyday part of the lives of the residents of the area is out of control, it stands to reason that the population explosion has a large role to play in what is happening to the area. That along with TV, Movies, Music.......... moral values have declined drastically over the last 30 years. Now matter where you are from, Cresco, Long Island, Brooklyn, Newark, Miami, Dallas, Detroit or Compton......... having 8 bags of body parts turn up in your neighborhood or on the interstate that runs through the heart of the community is not a everyday occurrence.

Wether this person is local, from NY, NJ, OH, MD, VA.............it is one sick individual, people like this can be rural or lurking in the midst of a crowded city street. I hope they catch this person.

Oh yeah I almost forgot...........it was not a trucker, no trucker is going to chop up a body in his truck or carry bags of body parts either, there are DOT checkpoints they have to go through, there is always a chance of a driver getting a DOT inspection, they check for medicine in the driver area of the cab, they look in the cab of the truck...........nope no one would risk that.

mgroner
My Comments
Member Since:
1/11/2007

**207 of 231**

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Jan 31, 2008 at 01:25 PM, Shemeka said:**

3, lololol damn i bet it is. lololol

---

208 of 231



**unique**
My Comments
Member Since:
1/11/2007

**On Jan 31, 2008 at 01:28 PM, unique said:**

What is it about the Poconos that draw everyone here?? Fugitive cop-killers, a psycho who cuts their victim(s)up, gangs, etc.

what exactly is the draw?

---

209 of 231



**fml**
My Comments
Member Since:
1/24/2007

**On Jan 31, 2008 at 01:34 PM, fml said:**

Alot of it would be attributed simply to location. We had alot of empty space in a short distance from NYC and Philly....

---

210 of 231

**Molly**
My Comments
Member Since:
3/24/2007

**On Jan 31, 2008 at 01:58 PM, Molly said:**

It's the wide open space, and not enough Stallies on the roads as in other states. You can tell the difference when you drive throught he states. Coming from Jersey there's a #### loads of Troopers out trying to catch speeders...they converge. On any road you'll find more than the average two that you find here. Same in NY, Same in Del, and it starts to get even worse when you drive south.

---

Discussions              1 2 3 ... 19 20 [21] 22 23 24          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 23°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions              1 2 3 ... 20 21 **22** 23 24          Keep Reading

---

211 of 231



Molly
My Comments
Member Since:
3/24/2007

**On Jan 31, 2008 at 02:01 PM, Molly said:**

Your right I forgot ElSalvador...I was getting there lol.
THEY DO CO EXIST with other groups! didn't say they liked each other. Check the Newark, NJ area, Brooklyn, and other area's. In fact, in Newark the housing projects that these four were living out of or had lived out of was full of Bloods, Crypts and MS 13.

AS FOR THEM BEING THE MOST NOTICEABLE GROUP-I BEG TO DIFFER. THEY ARE NOT, ESPECIALLY IN THESE PARTS. Take drive through S'Burg one night and see if you find anyone with that description or you find all the rest with their BLING and Red on.

---

212 of 231



Molly
My Comments
Member Since:
3/24/2007

**On Jan 31, 2008 at 02:05 PM, Molly said:**

Your probably right, I didn't realize that. I feel like you do...I want them caught. IT'S SCARY. I know it's not the same Pocono's because I traveled up here every year as a kid to vacation or at least to take a day trip. It is different and that does sadden me.

---

213 of 231



windgap927
My Comments
Member Since:
2/16/2007

**On Jan 31, 2008 at 02:42 PM, windgap927 said:**

I have been begging my husband to move for a few years now, but we are routed due to his job. This is not the Poconos I moved to. And I am a transplant. (not to america. im a 1/4 cherokee) 25 yrs ago when my family moved here we were given #### about having been from NJ - bet all you locals who complained then would be kissing our bums now!!! Haha. I think we need to deal with the fact that we may never know who she is. Look at the missing persons websites. There are bodies that were recovered, that were never identified - even with a face!!! Some people have no one and are never missed. The criminal element comes here for two resons. A. Their parents bring them. B. They aren't tough enough to make it in the city, so they come here to be the alpha dogs. A few of them get a bullet in the #### as they are committing a crime, they may not think that anymore.

---

214 of 231



countryman
My Comments
Member Since:
1/31/2008

**On Jan 31, 2008 at 02:49 PM, countryman said:**

Dont stay there because of your husbands job My wife and I started all over and love where we live No more stress cleaner air and we all speak english I used to live in Mt Pocono—Put your resourses together and just go

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/jobs

Find a Job

**TOP JOBS**

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

**215 of 231**

**On Jan 31, 2008 at 02:52 PM, windgap927 said:**

he has 11 years in towards his pension and couldnt make this money and be happy elsewhere. he likes his job. i hate it. i am in litigation right now, so we are just stuck. wind gap isnt bad. i try not to go north.

windgap927
My Comments
Member Since:
2/16/2007

**TOP CARS**



$8,900
2002 Ford Ranger
Mick Motors

2001 Ford Escape
Brown Daub Kia

2005
Brown Daub Ford Lincoln
Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

**216 of 231**

**On Jan 31, 2008 at 03:06 PM, AnjiSekr07 said:**

as it happened I was surfing the tube night before last and on the bio channel was Joel Rifkin, serial killer from NY... his first victim was a prostitute that he killed and threw along the highway in garbage bags... sound familiar? we're dealing with a serial here!!

AnjiSekr07
My Comments
Member Since:
1/15/2008

**217 of 231**

**On Jan 31, 2008 at 03:11 PM, Molly said:**



Molly
My Comments
Member Since:
3/24/2007

I like your thinking, and that's how I can tell you from Jersey! lol

Seriously though, I can half agree with the locals here too. When I moved here from the Shore area of NJ-I did so because I wanted to live in the country. I didn't come here and expect that the local people here would adapt to MY ways...I expected that there would be things I needed to adapt to. I came here to live in peace and harmony and for the most part have done so. I have made friends with many of the locals-case in point my neighbors behind me. They are Palmerton and Allentown raised, lived up here for years...I love them like family and that's reciprocal. We have tons of fun together, and yes, they will tell you Im a crazy Jersey girl, but the loyalty, comradery, and the caring is all there. They teach me things about these parts (being Dutch and Irish/German)and I willingly have become the student.

I agree that many people come here with an attitude....when there is no need for it. Back in Jersey we sometimes needed to have this attitude to survive in certain parts, and the same can be said for NY, but what transplants need to learn when they get here is that the locals are peace abiding...non confrontation people, and they look at us like we have six heads when we fly off the handle. Bottom line is HERE it is offensive to have an attitude, and most unecessary. As for the other stuff that comes with no morals, family values, no goals in life other than to maim and harm others...I COMPLETELY AGREE...after all that's what we came here to get away from! I personally DO NOT leave my kids to commute, DO NOT teach my kids to hurt others, DO NOT wish to become a burden to the people of these beautiful rolling hills in any way. I came here because I wanted this to become my home. Dont' get me wrong...the attitude pops up when needed, but more times than not, it is not needed. Because of my health problems (need the sun and warmth for these bones) I will leave the area at some point, but I hope to leave it better than I found it :(, and unfortuantely witht hings like this happening, that doesn't look likely.

Your right about them getting the bullet. Human nature being what it is EYE FOR AN EYE. I know the authorities don't like to see people think like that but I have seen that work. I grew up in a little part of a city in Jersey known as Little Italy. Back then, cops were never called, the neighborhood dealt with things their own way. I remember once when the Baptist church down the street had a problem with people stealing the hub caps off the Rev.'s (black minister) car...they (the black community) came to our area mechanic. He soddered razor blades in their spoked rims. Problem solved. It didn't happen anymore. While I realize that's extreme, it was the way things were. Still to today, the neighborhood has not changed. Everybody is still very tolerant of each other, and everyone knows everyone and each other's kids. People looked out for each other and for the most part still do.

I have a little more hope that we will know who she is with Science being as good as it is. Hey, if they can make a bust to catch John List (Westfield, NJ-murdered his entire family) after 18 years, they will find out she is, and we will find out who did this. The truth will always come out!

*Edited 1/31/08 by Molly*

---



On Jan 31, 2008 at 03:21 PM, Molly said:

THAT'S CREEPY. I don't know you, and I hope you don't find me disrespectful when I say I hope HOPE you are wrong.

**Molly**
My Comments
Member Since:
3/24/2007

---



On Jan 31, 2008 at 03:25 PM, cali007 said:

The difference with the List case is the fact that they knew exactly who the victims were and exactly who the killer was from day 1 back in '71. It just took them until '89 to finally track him down.

**cali007**
My Comments
Member Since:
2/13/2007

Foobar Record News Forum                                          http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=211&nav=messag...



220 of 231

On Jan 31, 2008 at 03:27 PM, windgap927 said:

I say, in a time like this, we leave denaples alone. Let his "family" come into town and clean up the crime their way! THEN kick their butts out. We are playing this all wrong.

windgap927
My Comments
Member Since:
2/16/2007

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=221&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 23°
Forecast /Radar

thepoconos.com
Write a Review

**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS**

Welcome  Guest

Search

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380**

Discussions                    1 2 3 ... 21 22 [23] 24          Keep Reading

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/jobs
Find a Job

---

221 of 231

On Jan 31, 2008 at 03:31 PM, Molly said:

Windgap...not a truer word said. LEAVE DE NAPLES ALONE.....focus on bigger things like this. Who prosecutes a Priest? Someone not afraid of going to H$!!! Wouldn't be me.

Your right about the organization, they'd find Bin Laden lol

It's a sad day....no one should have to die the way she did, and we shouldn't all be here debating how her murderer should be dealt with. EYE FOR AN EYE. Check the bible...that's the way things are done or should be in TIMES LIKE THIS. Do unto other's....

Do you think the Feds have been called in to help by now? I do. Many more resources especially their labs in Quantico.

*Edited 1/31/08  by  Molly*

Molly
My Comments
Member Since:
3/24/2007

---

222 of 231

On Jan 31, 2008 at 03:34 PM, Molly said:

Your right Cali....but im thinking they will know pretty soon here who she was too. If they have a head....(sorry to be this graphic) that's a good starting point. They will have a drawing of her out pretty soon. Remember they are working with the "golden hour"...most of the tips come in then.

Molly
My Comments
Member Since:
3/24/2007

---

Message 4883.223 was deleted

---

224 of 231

On Jan 31, 2008 at 03:40 PM, Molly said:

What happened...the message was deleted? I got a message in my email saying you responded to me Cali, but then the message was deleted. Something wrong?

Molly
My Comments
Member Since:
3/24/2007

---

225 of 231

On Jan 31, 2008 at 04:10 PM, cali007 said:

The post was a bit off topic and belonged in another thread. No worries:-)

cali007
My Comments
Member Since:
2/13/2007

TOP JOBS
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

TOP HOMES

More Jobs

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                          http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=221&nav=messag...

TOP CARS


$5,973
2004 Ford Focus
Brown Daub Ford Lincoln
Mercury


2005 GMC Sierra 1500
Brown Daub Kia


2000 Chevrolet Blazer
Brown Daub Chevrolet-Volvo


$15,988
2005 Jeep Grand
Cherokee
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

226 of 231



On Jan 31, 2008 at 09:21 PM, lovingpa said:

Well obviously not great enough 'cause here we comes another wave of immigrants making it EVEN BETTER. I understand no one likes to be shown off. WELL GET OVER IT! There you go again acting like people care what you say. You can tell me what to write, when to talk, where to move...doesn't mean I have to listen, Miss NotMoveIn, or is your wave of immigrants the only one with those "inalienable rights"

lovingpa
My Comments
Member Since:
7/13/2007

227 of 231



On Jan 31, 2008 at 09:46 PM, gringo said:

"couldn't remember the rhyme scheme of the real ones hehe...."

Your talent's are unappreciated here Rambler. Confused at first, thought it might be the lackawanna/Phoebe Snow ad's. And no, I don't personally remember those!!!!!

gringo
My Comments
Member Since:
2/24/2007

228 of 231



On Jan 31, 2008 at 11:40 PM, 3am said:

do you really believe its someone from here, this is a Jersey, York or somewhere else crime, this road is a very dark and far out road to a Jersey, York killer, this is a message to someone
don't worry it does nothing for you, I love the Poconos good and bad
and if someone ends up killing me, Hey I live and Living the best I know and can and I have no worries, besides you are more likely to be kill if you are kill by a love one, so its usably not a boggy man, is most likely you wife/husband. and to all the native talk ... shut up all your families come from somewhere else. So cut it out, I'm Navajo and my family relocated 40 years ago from west so technically I'm a transplant too. the originals Indian of this area last one die in the 80's, i believe,
anyway keep it cool, keep your eyes on the road and report of any suspicious activity to the police.
ok

3am
My Comments
Member Since:
2/27/2007

229 of 231



On Feb 3, 2008 at 11:08 AM, grizz45 said:

are you kidding me,,most every one who lives in the poconos is from new jersey and new york,,very few people who live there are born and raised there

grizz45
My Comments
Member Since:
1/19/2008

230 of 231

Pocono Record News Forum                              http://pod57.mzinga.com/n/ptx/forum.aspx?tsn=221&nav=messag...



**Molly**
My Comments
Member Since:
3/24/2007

**On Feb 5, 2008 at 12:30 AM, Molly said:**

I hadn't left my home in days because I haven't been feeling well. Early this evening I left to go to my sister's in Wayne NJ to babysit my niece and nephew.As I was driving I80 EAST I spotted a garbage bag with something red laying ontop of it. It was no more than 1/4 before the tolls. At first I told myself it's probably just garbage, but then as I drove more, it just didn't sit well with me.I tried to call the PSP from my cell phone 570-839-7701, but I got a busy signal for ten minutes. I decided to call Lehighton because I couldn't get through to Swiftwater. WOULD YOU BELIEVE THAT LEHIGHTON ACTUALLY WOULD NOT TAKE THE REPORT, and made me continue to try to contact swiftwater??????? Absolutely rediculous. I thought about forgetting about it...letting it go thinking, maybe it's just garbage..who knows, but it JUST didn't sit right with me. So I tried Swiftwater again and finally got through. The female trooper was wonderful, she took the entire report, my name, my cell number even the number where I was going to be staying in NJ. She called me back 20 mins later to get a better handle on where I saw the bag, and I explained that I saw it about 2 mins before the tolls...it was sitting right along side the road. We determined that it was after exit 310 and before the toll plaza. It was a lawn/leaf bag-black or green but a dark color. I haven't heard back from them. IF IT BODY PARTS (WHICH I SINCERELY HOPE IT IS NOT) then I hope it's the remainder of what they were looking for, and not something new. If it's a bag of garbage, then I feel better. I have to admit I got creeped out by it. Im still in NJ, will return

Discussions                    1 2 3 ... 21 22 **23** 24              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

http://pod37.intzinga.com/n/ptx/forum.aspx?tsn=251&nav=messag...



Tuesday, December 09, 2008      HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG
OVERCAST 23°
Forecast/Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

## BODY PARTS STREWN ALONG POCONO INTERSTATES 80/380

| Discussions | 1 2 3 ... 22 23 **24** | Keep Reading |

231 of 231

**On Feb 5, 2008 at 02:04 PM, countryman said:**

I understand, I loved my job also but just couldn't stand the poconos any more. I want to enjoy it up here in the north country while I'm still young enough

countryman
My Comments
Member Since:
1/31/2008

| Discussions | 1 2 3 ... 22 23 **24** | Keep Reading |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!



thepoconos.com/homes

Find a Home

**TOP JOBS**

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=231&nav=messag...



**TOP CARS**

$16,900
2006 Dodge Dakota
Mick Motors

2003 Kia Rio
Brown Daub Kia

2001 Ford Escape
Brown Daub Kia

2009
Brown Daub Ford Lincoln
Mercury

Show All Featured Cars

Subscribe To The
Pocono Record
Click here for
more information

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:54 AM

The Express-Times: Story                                    http://search.starledger.com/texis/search/+rcezGfLeCDbnmerxJbe-...

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/01/30 Wednesday Page: B1 Section: NEWS Edition: Bethlehem Size: 194 words

## Body parts found on road EIGHT BAGS, INCLUDING ONE WITH A WOMAN'S HEAD, found along Interstates 380, 80.

SWIFTWATER, Pa. | A woman's head was found Tuesday in a trash bag along Interstate 380. It was one of eight bags found with body parts.

It was unclear if all of the body was found, investigators said.

"At this point, no, we are not comfortable we have found all the pieces. We have certainly done a search of Interstate 80 in Monroe, Carbon, Luzerne and Columbia counties. Again, could something be dumped down the side, certainly," state police Lt. Robert Bartal said.

The first bag was found Tuesday morning near the Mount Pocono exit of Interstate 380 by a state road worker salting the highway. More remains were found later Tuesday along Interstate 80.

Monroe County District Attorney Dave Christine told reporters that a head was recovered, according to The Pocono Record.

The newspaper also reported a knife was found at an Interstate 380 interchange, but it is not known if that weapon is connected with the human remains.

The woman's identity was not immediately determined. An autopsy was scheduled for today.

Interstate 380 was closed from 10 a.m. to noon Tuesday between Interstate 80 and Exit 8.

URL: <a href="/texis/search/story.html?table=et2008&id=47a0c2df4c">Body parts found on road EIGHT BAGS, INCLUDING ONE WITH A WOMAN'S HEAD, found along Interstates 380, 80.</a>

1 of 1                                                                              11/19/2008 1:44 PM



**Home   Blog   Radio   Missing Persons**

CLINTON BUSH HAITI FUND   LEARN MORE
Support the Earthquake Recovery Efforts in Haiti

May 10, 2010, 02:2

Welcome, **Guest**. Please login or register.

Forever  | Login |

Login with username, password and session length

News: Click here to order your Scared Monkeys Logo Items!

HOME   HELP   SEARCH   LOGIN   REGISTER

Scared Monkeys Discussion Forum > Missing, Exploited and True Crime > Unsolved Crimes > Topic: **Body Parts on** Identified as Deanna Null/Charles Ray Hicks arrested

« prev

Pages: **1   Go Down**

| | Author | Topic: Body Parts on Pa. Highways Identified as Deanna Null/Charles Ray Hicks arres 3491 times) |

0 Members and 1 Guest are viewing this topic.

**klaasend**
Administrator
Monkey Mega Star
★
☐ Offline

Posts: 57717



The tyrannnical
ruler ;-)



◈ **Body Parts on Pa. Highways Identified as Deanna Null/Charles Ra arrested**
« **on:** January 30, 2008, 03:20:26 PM »

http://www.wnep.com/Global/story.asp?S=7796353

**Investigators Search for Answers in Woman's Death**



*The woman's remains were found scattered along Interstate 380 and 80 in M*
*Lackawanna counties.*

Wednesday, January 30, 11:44 a.m.
By Ryan Leckey

An autopsy is being done on the remains of a woman which were found dism
and scattered along the interstate in the Poconos. The remains were found T
morning in parts of Monroe and Lackawanna County.

The Monroe County coroner's office said the autopsy began just after 11 a.m
expected to take several hours. A forensic pathologist has to go over each bc
closely to identify the victim and how she died.

The autopsy will be difficult since the woman's remains were found in garbag
eight locations along Interstates 380 and 80 in Monroe and Lackawanna cour

Police consider their search for answers a homicide investigation.

Anyone with information is asked to call state police at 570-839-7701.

*« Last Edit: July 12, 2008, 07:59:46 PM by Nut44x4 »*

---

~did i do something wrong again zoo geeper?~
"Always be a first-rate version of yourself, instead of a second-rate version of somebody else." - Judy
"I come here for the children, not to stroke someone's ego" - Darla

---

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star

☐ Offline

Posts: 13526

◈ **Re: Investigators Search for Answers in Woman's Death - PA -
dismembered body**
    *« Reply #1 on: January 30, 2008, 05:11:56 PM »*

---

OMG KLAAS...I was reading about this earlier today!! ACKKKKKKKKKKKKKKK!
HORRIBLE!!!!!!!!



 

and Justice for all...



**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star
★
☐ Offline

Posts: 13526



◈ **Re: Investigators Search for Answers in Woman's Death - PA - dismembered body**
« **Reply #2 on:** January 31, 2008, 06:42:29 AM »





Dumped body parts still unidentified
Authorities say victim was white with dark hair and heavy-set.

January 31, 2008

A woman whose dismembered body was found in garbage bags along two hi
the Poconos suffered "multiple violent injuries," any of which caused her deat
authorities said Wednesday after an autopsy.

They said it's a homicide case but wouldn't be more specific about how the w

Though her identity is still a mystery, more has come to light about her phys
characteristics since her remains were found Tuesday. Police said she was wl
had dark hair with some gray mixed in. She was also described as heavy-set
5 feet 7 inches tall.

State police said Wednesday they were getting tips and missing persons repc
rate of three to four an hour and from as far away as Nevada. Parts of the wo
found along Interstates 80 and 380.

"We've been receiving a ton of leads from both in-state and out-of-state," sa
police Sgt. Gregg Mrochko, supervisor of the criminal investigation unit at the
Swiftwater barracks in Pocono Township.

Troopers were among those attending the autopsy Wednesday at Lehigh Vall
Hospital-Cedar Crest. Police will couple the findings with other information to
down leads. People are still being encouraged to call with information, no ma
insignificant it might seem, Mrochko said.

The woman's remains were found at eight locations along a 15-mile stretch c
interstates, primarily in Monroe County. A piece of her torso was found in a b
380 in Covington Township, Lackawanna County.

The first bag was discovered by a state highway crew along I-380. Authoritie
Tuesday that a severed head was among the remains, but did not disclose ac
information about other body parts recovered.

Mrochko said police will conduct a more comprehensive search of the areas v
body parts turned up. It will probably involve state police aircraft and possibl
dogs, he said. There was no organized search Wednesday.

State police investigators hope to develop a sketch of the victim to show the
lot of that depends on the autopsy and what they come up with," Mrochko sa

Monroe County Coroner David Thomas wouldn't elaborate on the "multiple vi
injuries" statement about the autopsy findings. Trooper Robert Sebastinelli s
authorities aren't saying more because they want "to protect the integrity of
investigation."

Figuring out the cause of death will prove challenging, according to one local
Isidore Mihalakis, a forensic pathologist for more than 30 years in the Lehigh
New Jersey, said it's difficult to determine how someone died when the rema

 

and Justice for all...

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star

☐ Offline

Posts: 13526

 **Re: Investigators Search for Answers in Woman's Death - PA -
dismembered body**
« Reply #3 on: February 05, 2008, 11:40:06 AM »

Body Parts on Pa. Highways Identified
20 hours ago





SWIFTWATER, Pa. (AP) — A severed head and other dismembered remains f
stuffed in trashed bags and scattered along Pocono Mountain highways have
identified as those of a missing woman, state police said Monday.

Deanna Maria Null, 36, was reported missing by her family after authorities
description of the victim. She was identified using dental records.

No arrests have been made.

The remains were found scattered along Interstates 380 and 80 in northeast
Pennsylvania, state police said. The first bag was found Jan. 29 by a worker
roads.

Null's family called state police on Thursday to report her missing.

"They had seen media coverage on it and knew they had not talked to her in
weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Ba

Null lived in the Scranton and Williamsport areas but was "relatively transien
The last time she was seen alive was in mid-January.
http://ap.google.com/article/ALeqM5hd_dMcRiKDFzZMWyeXVRR2G0tHyAD8l

 

and Justice for all...

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star

☐ Offline

Posts: 13526

**Re: Investigators Search for Answers in Woman's Death - PA -
dismembered body**
« Reply #4 on: February 06, 2008, 01:55:13 PM »

Body Parts on Pa. Highways Identified as Deanna Null/Charles Ray Hicks arrested          Page 6 of 16





http://www.mcall.com/news/local/all-b1_3body-1r.6260922feb06,0,414361⁵

Dismembered woman took risks for drugs
Scranton ex-boyfriend says he tried to pull her from perilous lifestyle

In the weeks before she was slain and dismembered, Deanna Marie Null brok
her boyfriend, Russell Cummings, over her drug use.

"I tried to get her out of it," Cummings said Tuesday, standing outside the S
of Assisi soup kitchen. "But I couldn't."

He had known her about a year, he said, and although she didn't usually take
front of him, Cummings said he had seen her smoke crack cocaine occasiona

Sometimes, he said, she'd arrange to buy drugs for people, pocket the mone
deliver the drugs.

"A couple times she robbed a couple guys. That I know. ... She knew it was d
Cummings said.

Police have described Null, 36, as a transient, but she did make some friends

"She was a sweetheart. She wasn't mean," recalled Sharon Nemeth, 48, whc
from a neighborhood bar called The Melba.

Null's head and some body parts were found Jan. 29 in eight locations along
380 and 80 in Monroe and Lackawanna counties. At the time, no one knew w
was. The mystery ended Monday when state police released her name.

Also Monday, police said they were looking for a car that might have figured
death. They described it as a blue or black Cadillac or Buick, from the late 19
early '80s, with a four- or five-strip chrome luggage rack on the trunk lid. It
license plate from an unknown state.

The car was last seen about two weeks ago at Olive and Capouse streets in S
troopers said. The driver was described as black, 5 feet 9 inches to 6 feet tall
short, military-style haircut and a stocky build.

Anyone with information about the case is asked to contact state police at Sv
570-839-7701 or 1-866-403-2946.

Null had a criminal record. In 2003, a state grand jury found she sold cocaine
cocaine to an undercover agent in 2001 and 2002 in Williamsport, where stat
said she also had lived. The next year, she pleaded guilty to delivery of a cor
substance and conspiracy, according to Lycoming County Court records.

In 2004, she was sentenced to jail, and early the next year placed on work re
had to pay a $1,340 fine, and paid the county intermittently from July 2005 t
April 2007, court records show. But with no payments five months after that,
on Sept. 21, 2007, issued a warrant for her arrest.

 

and Justice for all...

**MuffyBee**
Global Moderator
Monkey Mega Star
★
☐ Offline

Posts: 15461





### Re: Investigators Search for Answers in Woman's Death – PA – dismembered body
« **Reply #5 on:** March 08, 2008, 09:38:02 PM »

**Man charged with killing dismembered woman in Pa.**
STROUDSBURG, Pa. (AP) — State police say a man has been charged with ki
woman whose dismembered remains were found dumped along highways in
Poconos more than a month ago.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-yea
Deanna Null. He has told reporters at his arraignment Saturday that authorit
wrong man.

Police have not explained the relation between Null and Hicks.

Her remains were found Jan. 29 in trash bags strewn along Interstates 80 an

Hicks was charged with homicide, aggravated assault, tampering with eviden
abuse of corpse. He is being held without bail in Monroe County Correctional

http://www.usatoday.com/news/nation/2008-03-08-human-remains_N.htm



**AUTISM AWARENESS**
http://www.autism-society.org

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star
★
☐ Offline

Posts: 13526

### Re: Investigators Search for Answers in Woman's Death – PA – dismembered body
« **Reply #6 on:** April 07, 2008, 02:48:56 PM »



Deanna marie null dismemberment case

April 6
A chilling profile
Crime fits pattern, expert says

There is a very detailed map at the site. Interesting.

http://www.timesleader.com/news/17333919.html
In the back of a prisoner transport on the way to the Monroe County jail, acc
homicide suspect Charles Ray Hicks told state police troopers he knew why th
hands of Deanna Marie Null were inside his bathroom.

But, he never said anything more.

That left investigators without an explanation of the murder and dismembern
36-year-old woman, and why – if Hicks is guilty – he would discard all body μ
keep her hands.

Criminal personality expert Judith M. Sgarzi doesn't know but has a theory.

"He kept the hands, about all my guess would be, to use to please himself or
his fantasy of what he had her do before he actually murdered her," said Sga
professor of criminal justice at Mount Ida College in Newton Centre, Mass.

Sgarzi, an expert on criminal personality development and domestic violence
dismembering killer fits the psychological profile of a serial killer – a sexual s
has no remorse and commits crimes for pleasure.

She also suspects the body of a previous victim is somewhere out there.

While there have been no updates in the Null case since Hicks was arrested,
believes a nationwide search for similarities into other unsolved dismemberm
may be under way. To search for patterns, Sgarzi said investigators will have
similar unsolved crimes prior to the Null case.

If police investigating the case know more, they're not saying.

That leaves the public still wondering about the circumstances surrounding th
slaying of the former Williamsport woman.

What they do know is that the woman's body parts were found in January – ε
across highways in the Pocono region.

Null's hands were found inside Hicks' Coolbaugh Township home in early Mar
after his arrest for the homicide.

The hands were wrapped in the Feb. 4 issue of the Scranton Times-Tribune.

Null's body parts were found Jan. 29 along interstates 80 and 380 in Monroe
and 14 miles northbound along I-380 into Lackawanna County.

 

and Justice for all...

**Peaches**
Scared Monkey
☆
☐ Offline

Posts: 3539



~WE LOVE YOU
PEACHES~





### Re: Investigators Search for Answers in Woman's Death – PA – dismembered body
« Reply #7 on: April 23, 2008, 08:32:01 PM »

Well this is certainly a disgusting little story, isn't it?  Good grief.  What a sicl
wonder how many other bodies will eventually be connected to this one perp
will be a story to watch.

"I bring my better angels to every fight".
Expect a miracle.

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star
☆
☐ Offline

Posts: 13526



### Re: Investigators Search for Answers in Woman's Death – PA – dismembered body
« Reply #8 on: July 12, 2008, 07:56:16 PM »

Man who allegedly killed, dismembered woman had long history of domestic

03/28/2008

The man that police say murdered Deanna Marie Null and scattered her dism
body along area interstates had a history of arrests for domestic violence, ac
court records obtained by Times-Shamrock Newspapers.

Charles Ray Hicks Jr.was arrested and charged with assault and battery of hi
Sheinina Mona Hicks in Hampton, Va., twice in the summer of 2006.

The first charge was dismissed in exchange for a guilty plea to the second, s;
C. Bane, the assistant commonwealth attorney who handled the case.

Although Hicks pleaded guilty, the charge was suspended until March 10, 20(
as Hicks stayed out of trouble, Bane said. The deal came about partially beca
Sheinina Hicks was in Chicago when the trial date arrived, making it difficult
prosecute, and because he was a first-time offender, Bane said.

The case may never have proceeded to trial, but Virginia has a "no-drop poli(
meaning that when an assault is reported, the state is required to pursue the
Bane said.

Hicks went to trial on a charge of possession of a controlled substance in Apr
Bane said, but he could not recall the details.

Hicks was found not guilty, Bane said.

Hicks was also charged with the assault of Blanca Huertas in Burleson, Texas
The charges were dropped.

Efforts to reach Sheinina Hicks and Huertas were unsuccessful.
http://www.citizensvoice.com/site/index.cfm?
BRD=2259&PAG=461&dept_id=455154&newsid=19432353&rfi=8

---

 

and Justice for all...

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star
⭐
☐ Offline

Posts: 13526

◇◇  **Re: Body Parts on Pa. Highways Identified as Deanna Null/Charle
Hicks arrested**
« Reply #9 on: January 15, 2009, 09:53:55 AM »

---



September 26, 2008
Texas link to local murder investigated
DA reveals new angle in dismemberment case

STROUDSBURG — Police plan to visit Texas to see if there is any connection
death there and a Monroe County murder case awaiting trial, the District Att
Office said during a Thursday court proceeding.

Charles Hicks, 34, is awaiting trial on charges of killing Deanna Marie Null, 3€
dismembering Null's body, putting the body parts in trash bags and scatterin
along interstates 380 and 80 in Monroe County. The District Attorney's Office
seek the death penalty against Hicks on the grounds that Hicks tortured Null,
her death.

Defense attorney Bill Sayer had requested the court have the prosecution dis
evidence it has of Null's torture, since this alleged torture is the basis for see
death penalty.

It was during a Thursday court proceeding on Sayer's request that District At
David Christine said troopers plan to visit Texas to see if a death there has ai
connection to the Hicks case. Police have been checking for any connections
the Hicks case and cases in jurisdictions outside of Monroe County, Christine
declining afterward to comment further.

Hicks lived in Texas before coming to Pennsylvania to work at Tobyhanna Arr
in January.

As for Sayer's request, Monroe County President Judge Ronald Vican gave Sa
days to review the prosecution's information to see what evidence points to t
the Null case and file any appropriate motions in response to that information
proceeding on the matter likely will be scheduled at a future date.

Null, a mother who lived at various addresses including Williamsport, was las
alive in Scranton in mid-January, getting into a car that matches the descript
Hicks' vehicle, according to a police affidavit. The scattered trash bags contai
body parts were found in late January.

Hicks told police he met Null in Scranton, when he went there looking for "gii
out with," according to the affidavit. He said he smoked crack cocaine with hi
gave her money in exchange for sex on more than one occasion, but didn't k

He said he was scared to come forward after learning she had been murdere
he figured she had been killed over drugs and that he himself might be in da
also told police he had been prescribed psychiatric medication in the past, ac
the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks'
early March and found evidence including Null's severed hands, plastic trash
saw.
http://www.poconorecord.com/apps/pbcs.dll/article?
AID=/20080926/NEWS/809260350/-1/NEWS0947



and Justice for all...

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star

☐ Offline

Posts: 13526





◇ **Re: Body Parts on Pa. Highways Identified as Deanna Null/Charle
Hicks arrested**
« **Reply #10 on:** January 15, 2009, 09:54:39 AM »

DA's office: Hicks should be executed if convicted of Poconos murder
Toby man accused of killing Deanna Null, then spreading her remains along i

January 14, 2009
A Tobyhanna man accused of murdering and dismembering a Williamsport w
scattering her remains along interstates 80 and 380 should be executed if co
the District Attorney's Office said Tuesday.

Monroe County Court will decide if the death penalty will be the alternative t(
prison for Charles Hicks, 34, if Hicks is convicted of killing Deanna Null, 36. I
rules in favor of the death penalty and a jury convicts Hicks, the jury would t
whether Hicks deserves life in prison or an execution.

Null, a mother of two, was last seen in January 2008 in Scranton, getting int(
matching the description of Hicks' vehicle, according to police. Null's body pa
were found in trash bags dumped alongside the interstates in Monroe County

Police said they found similar trash bags, Null's severed hands wrapped in olc
newspaper pages and a saw in Hicks' home, as well as a blood-stained work
car's trunk.

The district attorney contends that Null was tortured before death, and cites
reason to seek the death penalty. Defense attorney William Sayer in Septem
the court to have the prosecution disclose evidence of Null's torture.

An omnibus hearing on the evidence was held Tuesday before President Judg
Vican.

At Sayer's request, county Coroner Dave Thomas and Deputy Coroner Cindy
were present. Sayer had planned for a forensic pathologist also to be present
not.

During the hearing, District Attorney David Christine and First Assistant Distr
Attorney Michael Mancuso submitted a report from New Jersey pathologist Is
Mihalakis supporting the torture claim.

Sayer said the court should dismiss the report as hearsay since the prosecuti
have Mihalakis present in court to offer live testimony. Christine said a trial, I
omnibus hearing, is the proper venue for live witness testimony to be heard ;
credible or not.

"I'm not asking the court to rule on credibility," Sayer said. "I'm merely askir
commonwealth to give as detailed an explanation as possible on what eviden
testimony they have so that Your Honor can make an informed decision on w
they have established prima facie (sufficient evidence)."

Vican said, "Those issues are not for us to decide at an omnibus hearing."

Prima facie is determined during a preliminary hearing at the district court le
to a case going to county court.

With that said, Vican granted the prosecution's request to quash Sayer's subj

 

and Justice for all...

**Nut44x4**
Maine - USA
Global Moderator
Monkey All Star



☐ Offline

Posts: 13526



◆ **Re: Body Parts on Pa. Highways Identified as Deanna Null/Charle**
**Hicks arrested**
« Reply #11 on: January 15, 2009, 10:00:55 AM »

For those interested in this case, this link has a mound of info and sequence
and a great highway map.
http://www.poconorecord.com/apps/pbcs.dll/section?category=NEWS0947

  

and Justice for all...

Pages: **1**   Go Up

Scared Monkeys Discussion Forum > **Missing, Exploited and True Crime** > Unsolved Crimes > Topic: **Body Parts**
**on Pa. Highways Identified as Deanna Null/Charles Ray Hicks arrested**

Jump to:  => Unsolved Crimes

  

• Hair Loss • Joint Pains • Very Tired
**Could I have Lupus?**
ARTRANESE AGE 29   Get the whole story.

Use of this web site in any manner signifies unconditional acceptance, without exception, of our terms of use.
Powered by SMF 1.1.8 | SMF © 2006-2008, Simple Machines LLC

Page created in 0.715 seconds with 19 queries.

butchered woman's death ruled homicide, ...

# POCONO RECORD

News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG
OVERCAST 29°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

## Butchered woman's death ruled homicide; identity unknown

January 30, 2008

The death of a female victim whose remains were discovered on
Interstates 80 and 380 throughout Monroe and Lackawanna counties on
Tuesday has been ruled a homicide.

The victim suffered multiple violent injuries, any of which caused her
death, according to state police at Swiftwater.

The victim is described as a heavyset white female, approximately 5 feet
7 inches tall, with dark colored hair, with some gray hair mixed in.

Further details about the victim will be released at a future time.

Anyone with information concerning the case is asked to call state police
at (570) 839-7701.

Text Size: A | A | A

🖶 Print this Article
✉ Email this Article
📶 Sign up for text alerts
📶 Sign up for e-mail headlines
📶 Respond to this Article

Share

del.icio.us        Digg This Story
reddit             STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

STROUDSBURG
EYE SPECIALIST

Dr. Thomas P. Kislan O.D.
MEDICAL DIRECTOR

Presents

EYE CARE TODAY
A Nationally Syndicated Show
Offering information on the latest
advances in eye care featured
different shows each month

CLICK TO SEE MORE NOW!

HOME

📶 Be the first to know – Sign up for text alerts   📶 Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments
and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove
any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

Browse All Forums | View All Comments | Login | Register

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

Recently Reviewed by Your Neighbors

Exclusive Builders, Inc.      ★★★★☆
"Lilian at Exclusive Builders worked really
hard to make our dream home a reality.
Took a bit longer but the Craftsmanship and quality are all
well..." more
posted on 8/21/2008

Exclusive Builders, Inc.      ★★★★★
"We would highly recommend Exclusive
builders to anyone considering building a
custom home. Lilian and Adrian made the homebuilding
experience easy..." more
posted on 8/15/2008

VIEW MORE Real Estate

Ads by Google

Pocono retirement
Active adult retirement community Low cost of living, low
maintenance
www.poconohighlands.com

E. Stroudsburg New Homes
Search new homes in E Stroudsburg. Browse photos, tours
& floor plans.
www.Lennar.com/East_Stroudsburg

Hartmann Electrical
Residential / Commercial / Repairs New Construction /
Additions
www.hartmannelectrical.com

Local Job Listings
Found: 823 jobs in your area. Make $15 -$100 / hour with
bonuses!
LocalJobFind.com/East-Stroudsburg

Ads by Google

🖶 Print this Article   ✉ Email this Article

Share

del.icio.us        Digg This Story
reddit             STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine

Help Find The Missing > Missing > Missing Person's Located - Foul Play Suspected > Deanna Marie Null [Body Found/[UPDATE]Suspect Facing DP

PDA

## View Full Version : Deanna Marie Null [Body Found/[UPDATE]Suspect Facing DP

**KittyMom**                                                    01-30-2008, 02:53 PM

http://www.foxnews.com/story/0,2933,326507,00.html
SWIFTWATER, Pa. — Parts of a woman's body were found in eight trash bags scattered over a wide area in northeastern Pennsylvania, authorities said Tuesday.

The first bag was found Tuesday morning near the Mount Pocono exit of Interstate 380 by a state road worker salting the highway. More remains were found later Tuesday along Interstate 80. Authorities said at an afternoon news conference that they were not sure if all of the body was recovered.

A head was recovered along I-380, Monroe County District Attorney Dave Christine said.


This is the link to a case here in GA.
http://helpfindthemissing.org/forum/showthread.php?p=79280#post79280
Could they be related?

**KittyMom**                                                    01-30-2008, 03:14 PM

http://www.topix.com/city/orlando-fl/2007/12/garbage-bags-stuffed-with-body-parts-found-near-ormond-beach

ORMOND BEACH - Police opened a homicide investigation Thursday morning after they discovered several bags of human body parts in a canal near Tomoka State Park.

Officials could not say whether the black plastic bags contained the remains of several people or just one. They could not give any other details either, except to say that the remains, which included a foot and part of a leg, seemed to be "Caucasian."

A fisherman spotted the first bag -- a standard garbage bag -- shortly after 9 a.m. in a canal that runs parallel to a remote part of Beach Street, near the Tomoka River bridge.

**CatToy**                                                      02-02-2008, 12:03 AM

:1187603408.CR.Mothei heard it was all the same person. Part of me wondered if DP had dumped Stacy's body. I honestly did think that; I think he's a monster, I'd like him to prove hes not.
Who's missing in PA anyway? We have a dilemma here as NY DL NJ VA MD WV are all near this area......who's missing in those states?
People are not garbage. When did we become a throw away society; have we always been? Even the ice man was murdered, so I guess that answers that question. Like the kid in T2 said to Arnold:
"we're not going to make it are we"...........

Prolific

**Roamer**                                                      02-02-2008, 07:23 AM

My goodness. I grew up in Ormond Beach. People in this world are going crazy! :mad:

**SaberGal**                                                    02-02-2008, 08:22 AM

My goodness. I grew up in Ormond Beach. People in this world are going crazy! :mad:

I spent my teen years in Palm Coast....scary stuff.

**Firehead**

02-04-2008, 12:36 PM

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080130/NEWS/801300333

As of right now, as far as I know, they have not released any drawing of the victim. The police won't even say if all the body parts have been found but they do say it was a woman, heavyset with dark hair with Grey strands of hair and was about 5'7" tall. There has been no timeline released. The body was found in 8 garbage bags.

**wheezer**                                                          02-05-2008, 03:22 AM

Police ID woman whose dismembered body found along interstates

The Associated Press

SWIFTWATER, Pa. - Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday. The first bag was found last Tuesday by a road worker salting I-380.

Null was last seen getting into an older-model sedan in Scranton two weeks ago, but police said they have no suspects and no arrest has been made.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim. She was identified using dental records.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

"There's a two-week gap we're trying to close," Bartal said.

A man who answered the phone at a listing for Null in Williamsport identified himself as Null's brother-in-law, but said the family did not want to comment.

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

Court records indicate that Null pleaded guilty in Lycoming County to drug and conspiracy charges in 2003. Null violated her parole in 2005 and a warrant was issued for her arrest last September for failure to pay court costs and fines, records show.

February 5, 2008 1:20 AM


http://www.phillyburbs.com/pb-dyn/news/103-02052008-1482419.html


**Firehead**                                                        02-05-2008, 03:45 AM

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080205/NEWS/802050332

The body has been identified as Deanna Marie Null.

Nobody reported her missing. She was last seen alive in mid-January, said state police Lt. Robert Bartal at the Swiftwater barracks.


**KittyMom**                                                        02-05-2008, 01:00 PM

No one should be treated in such a manner. Hopefully, her killer will be found soon.

:1222423:

---

**wheezer**                                                    02-05-2008, 04:12 PM

CORONER IDENTIFIES MURDER VICTIM FOUND ON I-380

wfmz.com — The Monroe County Coroner's Office has identified the victim whose body parts were found scattered along Interstate 380 late last month as 36-year-old Deanna Marie Null. Null, originally from Williamsport, was staying with friends in the Scranton area. Police are still investigating the case.

http://digg.com/world_news/CORONER_IDENTIFIES_MURDER_VICTIM_FOUND_ON_I_380

---

**wheezer**                                                    02-05-2008, 04:13 PM

Police continue to investigate dismembered woman's last whereabouts
Posted by Associated Press February 05, 2008 09:00AM
Categories: Breaking News, Pennsylvania, Police

Police are looking for the driver of the car in which Deanna Marie Null was last seen before her body parts were found inside trash bags scattered along Interstates 380 and 80. Here's the description of the man and vehicle:

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

http://blog.pennlive.com/lvbreakingnews/2008/02/police_continue_to_investigate.html

---

**wheezer**                                                    02-05-2008, 06:17 PM

http://i104.photobucket.com/albums/m196/wheezer5695/p.jpg
Deanna Marie Null

---

**wheezer**                                                    02-19-2008, 01:54 PM

Police are looking for the driver of the car in which Deanna Marie Null was last seen before her body parts were found inside trash bags scattered along Interstates 380 and 80. Here's the description of the man and vehicle:

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

http://comment-blog.advance.net/cgi-bin/mte/mt-search.cgi?tag=Deanna%20Marie%20Null&IncludeBlogs=794

---

**Pauli**                                                      02-19-2008, 02:52 PM

Press conference on body parts found along I-80, 380

http://www.youtube.com/watch?v=Eaje15enZWc

---

**Pauli**                                                      02-19-2008, 02:53 PM

Did Deanna Null's Hard Life Catch Up With Her?
According to police and friends, Deanna Marie Null had a long history of drug abuse. She was known to go missing for long periods of time, often as a result of a drug binge.

In the days before she went missing friends reported seeing Null with a man none of her friends recognized. And days after her body parts were discovered along two Pennsylvania highways police have confirmed that Null was going to testify in a robbery trial.

But as police investigate her murder friends and family are still stunned that Deanna Null was gruesomely killed and her severed head and body parts were scattered along a 15-mile stretch of Interstates 80 and 380 in Monroe and Lackawanna counties.

Police are trying to identify the last person who may have seen Null alive. Witnesses say Null was last seen with an unidentified man in a dark-colored, late 70's or 80's sedan. The car may have had a soft top.
Null was also scheduled to appear at the trial of Robert Kendricks on January 24. Kendricks claimed he was with Null on October 31, 2006, when a robbery occurred at Variety Brews in Scranton.

When Kendricks took the stand at his trial last week and said did not commit the robbery because he was with Deanna Null at the time. But Null could not refute his claim because she was already missing.

However, a jury convicted Kendricks other other robberies. Kendricks has been in prison since he was arrested on November 3, 2006.

http://www.amw.com/fugitives/case.cfm?id=52768

---

**KittyMom**                                                                02-19-2008, 03:02 PM

http://wfmz.com/view/?id=220203

We're learning more tonight about the life of the woman whose body parts were discovered last week in the Poconos. Police are painting a picture of a person who sometimes found trouble. But at least on one occasion, trouble came looking for her. WFMZ's Mike Lowe has the latest. >>She was spotted on the streets. >>This intersection in Scranton was the last place Deanna Null was seen alive. Last week, parts of her dismembered body, including her severed head, were discovered in black trash bags scattered along Interstates 380 and 80 in the Poconos. >>Elliott: It's very sick individual that can do something like this. Discard body parts throughout the highway. >> The monster and his motive remain a mystery. But investigators are exploring a possible link between her killing and a drive-by shooting in Williamsport almost six years ago. >>Hi Tianna. >>It was back in 2002 that a group of men fired shots at the home where Deanna was living with her boyfriend and their two young children. Her boyfriend Robert Kendricks is black. The shooting was called a hate crime. This is how Deanna reacted at the time. >>Deanna Null: It was disturbing. How could people be so ignorant, you know, to other people? >>Aside from that incident, Deanna had a troubled past. She reportedly spent time in prison for selling cocaine in Williamsport. >> Elliott: She did have a drug history. >> According to police here last known address was here, in the 1200 block of Capouse Avenue in Scranton. It was not a permanent home, though. Police say she bounced around quite a bit between Scranton and Williamsport. >> Chief David Elliot: The investigation's leading back to where she frequented our area, set up residences here temporarily. She's pretty much homeless in the area, but she was staying at a few residences in the city's hill section. >> In another twist, Deanna was scheduled to testify in court as an alibi witness in a robbery case just a few days before her body was found. Police say it's not likely that case is related to her death.

---

**KittyMom**                                                                02-19-2008, 03:06 PM

http://www.thetimes-tribune.com/site/news.cfm?
newsid=19266975&BRD=2185&PAG=461&dept_id=415898&rfi=6

SWIFTWATER — Deanna Marie Null spent Jan. 18 riding around Scranton in a soft-top sedan with a man none of her friends recognized.

Six days later, police went to her last known address in the city. She was slated to testify as an alibi witness in a robbery trial last week, but officials had been unable to locate her for months. This trip was no different.

Five days later, Ms. Null was found gruesomely murdered, her severed head and dismembered body bagged and strewn along Interstates 80 and 380 in Monroe and Lackawanna counties.

The investigation aimed at filling in the blanks between the time she was last seen with the man and when her remains were found reached into the city this week. Police interviewed acquaintances of the murdered 36-year-old who spent the past few years living between Scranton and Williamsport.

"She was seen throughout the day with this man," state police Lt. Robert Bartal said of the man described as a black male, 5 feet 9 inches tall, with a short military-style haircut and stocky build. "We don't know who he is. I can say we've hit a lot of dead ends."

Ms. Null and the unidentified man were spotted driving in a dark-colored, late 1970s or 1980s Cadillac or Buick model sedan, with a soft top. Witnesses who saw the two together could only identify the license plate as white — not much help, as Pennsylvania and neighboring states New York and Maryland all have white license plates, Lt. Bartal said.

Another complication is that some witnesses have offered conflicting information, Lt. Bartal said. For example, some gave different dates when asked when they saw Ms. Null with the man.

In many cases, witnesses have refused to talk to authorities, Lt. Bartal said.
"We're running into a lot of that, for whatever reason," he said, speculating that some may have criminal records, while others are scared silent because of the brutality of the murder. "We tell people we just want to know about her, that's all."

Described as a transient with a history of convictions on drug-related charges, Ms. Null was known to go missing from time to time, investigators say.

Robert Kendricks, 47, claimed he was with Ms. Null on Oct. 31, 2006, at the time when Variety Brews, 514 Ash St., was robbed, Deputy District Attorney Margie Bisignani said Tuesday. Mr. Kendricks was suspected in the robbery and planned to use Ms. Null, with whom he had been romantically involved, as an alibi witness, Ms. Bisignani said.

Investigators for prosecutors and the defense could not locate Ms. Null at the Vine Street address Mr. Kendricks listed for her, and she did not appear to testify at his trial last week, Ms. Bisignani said.

Scranton police went looking for Ms. Null as late as Jan. 24, but were unable to find her, Ms. Bisignani said.

Mr. Kendricks took the stand at his trial last week and said he could not have committed the robbery because he was with Ms. Null.

A jury convicted him of robbery and related charges. He has also been charged in two other robberies — in the 1100 block of Vine Street on Oct. 30, 2006, and at Stafford Avenue and River Street on Nov. 1, 2006. He also listed Ms. Null as an alibi in those cases, which are still pending.

He has been in prison since his arrest Nov. 3, 2006, Ms. Bisignani said.

Attorney George Gretz, who represents Mr. Kendricks, said he did not know whether Mr. Kendricks has been questioned in Ms. Null's death.

"There is no motive for him to want her dead," he said. "She would have supported his alibi."

ERIN L. NISSLEY, staff writer, contributed to this report.

---

**Pauli**                                                                   02-19-2008, 03:06 PM

BY CHARLES SCHILLINGER AND KIMM R. MONTONE
STAFF WRITERS

02/06/2008

http://images.zwire.com/local/z/zwire2185/zwire/images/82633623713764x1_20080206news_L882.jpghttp://imag
A railroad overpass at Penn Avenue and Olive Street is the last place where Deanna Marie Null was seen.
MICHAEL J. MULLEN / STAFF PHOTOGRAPHER http://images.zwire.com/images/spacer.gif

---

**Texas53**                                                                 02-19-2008, 07:14 PM

They need to catch this guy before he kills someone else. Remember the guy that killed all the prostitutes in Washington state? It took years to find that guy. Some people prey on women like this girl and I would be willing to bet he will kill again and may have killed a few people before this girl.

For the victim and her family :1222423:

---

**wheezer**                                                                 03-07-2008, 10:42 AM

Arsonist burned down apartment building shortly after woman's dismembered body discovered.

SCRANTON – The murdered 36-year-old woman in the photo had a face that Nasser Mohammadzad immediately recognized.

Just a month before her dismembered body was found along interstate highways on Jan. 29, Deanna Marie Null was living in one of Mohammadzad's apartments at 1844 N. Main Ave. in Scranton, above the former Buckingham Oriental Rugs.

The 5-foot, 7-inch, light-skinned woman moved into Providence Square Apartments in November and was living with a Stroudsburg man whom Mohammadzad identified to authorities as James Mack. Null and Mack claimed to be married.

The landlord last saw her on Dec. 6, when Null paid her $400 monthly rent on the one-bedroom apartment. Null likely moved out on or before Jan. 6.

In mid-February, less than two weeks after Null's remains were found, the North Main Avenue apartment building where she had lived burned to the ground – a fire that investigators ruled arson. Someone apparently had set a propane tank in the hallway in an attempt to blow up the building on Feb. 16 while 18 residents were inside.

The fire was set within days after state police interviewed one of the tenants regarding the Null case.

This was not the first place Null frequented in Scranton that has burned since her body was discovered. A fire at the former Jukebox Pub and Eatery on Capouse Avenue was ruled arson after flames engulfed the one-story building on March 2.

It is not known if the two fires are linked to Null's murder investigation.

Several attempts were made to reach Scranton Fire Marshal Marty Monahan, but he did not return calls.

State police at Hazleton, who are investigating the Null homicide, would not say if the death and the arsons are linked.

Null was last seen less than two weeks before the gruesome discovery. Friends told police they saw her climbing into the front seat of a late 1970s or early 1980s dark model sedan on the corner of Olive Street and Capouse Avenue in Scranton. They said she often frequented that area near the train tracks. A four- or five-strip chrome luggage rack was on the vehicle's trunk lid.

Behind the wheel of the Cadillac or Buick was a man described as black, 5 feet, 9 inches to 6 feet tall, with a military-style haircut and a stocky build.

Mohammadzad said he does not recall seeing a vehicle or person matching the description.

On Jan. 28, the woman's body parts were found along interstates 80 and 380 in Monroe and Lackawanna counties.

A positive identification was made on Feb. 4 through Null's dental records after family members contacted police.

Authorities have been tight-lipped about the investigation.

"We've hit a lot of dead ends," said Lt. Robert Bartal of the state police at Hazleton. "We do continue to get leads and follow them up."

Null's family in Williamsport has learned few details about the case, according to Craig Kimble, Null's brother-in-law. He said the family is not ready to talk about their daughter's death.

When Mohammadzad last saw Null on Dec. 6, she was accompanied by a different man. Null claimed he was Mack's brother, the landlord said.

Null paid the rent in cash. Her messy brown hair had not been brushed. She told the landlord that Mack was in jail and she had money to pay for rent, Mohammadzad recalled.

"She looked like she was on drugs," Mohammadzad said.

When the owner checked the apartment on Jan. 6, the only items he found were a mattress and radio in the bedroom.

Police asked him about Mack, who had told the landlord when he moved in on Nov. 6 that he relied on a friend to give him a ride to and from his factory job in Stroudsburg.

"He (Mack) told me he was working there but wanted to get an apartment over here," said Mohammadzad, who owns several other businesses in the 1800 block of Providence Square.

And, the man with Null who claimed his work was in Stroudsburg never had a vehicle even though his job was an hour drive away. Mohammadzad went through tenant records he had on file at 1844 N. Main Ave., which verified Mack never registered a vehicle.

A month later, Mack would tell his landlord he had a change of plans. He wanted to move back to Stroudsburg because he wanted to be "close by the highways."

Those words now give Mohammadzad chills.

Bartal refused to comment about Mack.

Null, who is from Williamsport, had no permanent address in Scranton during her two years there. She often was homeless and lived on the streets or in various apartments with strangers.

But, relatives have fond memories of the former Deanna Marie Bryan who graduated from Williamsport High School in 1990.

"She is really a nice girl," said Kimble, who is married to Null's sister Angela Bryan. "She liked to go out. She had a lot of friends that cared about her."

Anyone with information is asked to contact state police at Swiftwater at 570-839-7701.

http://www.timesleader.com/news/20080307_07_Null_1A_ART.html

**wheezer**                                                        03-08-2008, 05:43 PM

Charles Hicks, 33, of Tobyhanna, has been charged with murder and dismemberment in the Deanna Marie Null body parts case. Null's dismembered remains were found along interstates in Monroe and Lackawanna Counties in January.

Hicks was arrested Saturday morning and arraigned by District Judge Thomas Shiffer in Stroud Township around 1:30 p.m.. He denied involvement in the murder. "These guys are telling me I did something I didn't do," he told reporters Saturday.

But police say they have plenty of evidence against Hicks including the discovery of her severed head near his house. They also found two severed human hands, wrapped in newspaper, and hidden in Hicks' bathroom.

Hicks told cops he smoked crack and had sex with Null a couple of times but denies killing her. Hicks began working at Tobyhanna Army Depot in January. He told police he moved to Tobyhanna around the beginning of February. Hicks can't remember the last time he saw Null. Police say he was the last person seen with Null.

On Tuesday, Kimberly Lombardo , who lives near Hicks, told police a car matching the description of the suspect's car had been parked at Hicks' house for about six weeks.

On Thursday, police searched Hick's car, a Mercury Grand Marquis, and found work boots in the trunk. One boot had red stains that later was tested and proven to be blood. Hicks confirmed the boots were his and when asked about the blood said, "I can't explain that."

Friday night Pennsylvania State Troopers swarmed Hicks' house in Tobyhanna. a day after a judge signed a search warrant for the residence. They are still on the scene at this time scouring the house for more body parts and evidence.

In addition to the head and hands they discovered, cops also found new black trash bags and a hack saw in Hick's attic. Police describe the trash bags as identical to those found filled with Null's body parts along the interstate back in January.

Null, 36, was supposed to be an alibi witness at a robbery trial. She spent time living in both Williamsport and Scranton. On Saturday, police described her as being homeless.

Police looked for Null at her last known address in Scranton on Jan. 24 but were unable to locate her. Five days later, her remains were found in trash bags strewn along Interstates 80 and 380.

Hicks had several run ins with police when he lived in Texas. He was charged with assault in 2002, sexual assault in 2003, and robbery in 2007, In 2006, police in Virginia charged him with assault and drug possession.

Hicks was taken to the Monroe County Correctional Facility where is is being held without bail.

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080308/NEWS/80308008

**wheezer**                                                           03-08-2008, 05:45 PM

Police have made an arrest in the murder of Deanna Marie Null, whose dismembered remains were discovered along two Interstate highways late in January.

Charles Ray Hicks, 33, was charged earlier today and arraigned before Magisterial District Judge Thomas Schiffer before being committed to the Monroe County Correctional Facility, police said. A preliminary hearing is scheduled for Friday before Magisterial District Judge Anthony Fluegel.

According to The Associated Press, Mr. Hicks, a former Texas resident now living in Coolbaugh Township, was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse. He told reporters at his arraignment Saturday afternoon that authorities had the wrong man, the AP reported.

http://www.thetimes-tribune.com/site/news.cfm?
newsid=19373526&BRD=2185&PAG=461&dept_id=614635&rfi=6

**Roamer**                                                           03-08-2008, 06:35 PM

Thank you for the update, wheezer. Sounds like they got the right man.

**wheezer**                                                           03-10-2008, 04:04 AM

STROUDSBURG – State police are investigating whether the man charged with killing Deanna Marie Null was solely responsible for dismembering her body, which was strewn along Pocono interstate highways in January, Monroe County District Attorney David Christine said Sunday.

Christine said state police have not determined yet if Ray Hicks, 33, of 131 Prospect St., Tobyhanna, acted alone or had accomplices. The evidence collected to date points only to Hicks, he said.

The cutting tools – a hacksaw and circular saw – found inside Hicks' home Saturday link him to Null's dismemberment, but there is no forensic proof yet whether the blade matches marks on the victim, Christine said.

The hacksaw was found inside a bag in the closet at Hicks' home, and the circular saw was in the basement, Christine said. They will be tested at the state police crime lab in Wyoming.

"They'll investigate the tooth marks to see if it was consistent to the hacksaw and straight blade," Christine said.

Hicks, according to police, was the last person seen with Null, 36, who was killed within several days of Jan. 19. She was last spotted getting into an older model sedan in Scranton.

According to the arrest papers, Hicks told police he gave Null money and drugs for sex, but he denied killing her. Null, a Williamsport native, had been living in Scranton for the past two years and at times had been homeless.

Null's body parts were found in eight black garbage bags with blue tie strings that were found Jan. 29 on interstates 380 and 80 in Monroe and Lackawanna counties, and her severed head was found 200 yards from Hicks' home.

State police said Null's hands were the only body parts found inside Hicks' house as they searched the residence on Saturday.

Hicks, who was previously living in Texas, was charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse, according to the state police at Swiftwater. He is being held at the county correctional facility without bail.

While it is not known where the circular blade found in Hicks' basement came from, investigators will look into if there is a connection between the cutting tool and his work, Christine said. Hicks was working as a sub-

contractor to help with repairs on electronics for the Tobyhanna Army Depot since Jan. 2.

There were no further developments in the Null case as of Sunday night, state police said.

A wound analysis of Null's remains conducted by forensic anthropologist Conrad B. Quintyn, an assistant professor of anthropology at Bloomsburg University, suggested two sharp-edged tools were used in the dismemberment, according to the affidavit.

The Feb. 6 report revealed the deep incisions on Null's corpse were made with a sharp knife, but a mechanically powered straight blade, without saw teeth on the tip, was used for making accurate cuts through bone.

Hicks faces abuse of a corpse, a misdemeanor of a second degree, even though the cutting tools have not proved they were used in dismembering the remains, Christine said. The human hands found in Hicks' bathroom were enough to charge him under Pennsylvania law, Christine said.

The severed hands would indicate to state police that Hicks did cut Null up, Christine added.

The police investigation is still ongoing.

http://www.timesleader.com/news/20080309_10_Hicks_ART.html

**wheezer**                                                          03-10-2008, 04:09 AM

Sister says Charles Hicks did not kill, dismember woman

The sister of the man accused of murdering a homeless woman and dismembering her body in January says he would never do what he stands accused of.

"It's not my brother," said Charlotte Hicks, from Fort Worth, Texas. "He's one of the nicest people in the world. I'm reading all these things about him and it's just awful what they say."

State police arrested Charles Ray Hicks on Saturday and charged him with murdering and dismembering Deanna Marie Null and scattering her body parts in trash bags along interstates 80 and 380.

Charles Hicks, formerly of Texas, moved to Tobyhanna in January to work as an electronics technician at the Tobyhanna Army Depot.

In a call to the Pocono Record on Sunday, Charlotte Hicks said she learned of the charges against her younger brother through Internet reports on Saturday afternoon.

"It's just a big shock to see this on the Internet," Charlotte Hicks said. "From what I'm seeing there's a lot of different stuff and conflicting stories."

Hicks says that the original search for the suspect in the case focused on a black man between 5 feet 9 inches and 6 feet tall. She says her brother is shorter at 5 feet 5 inches tall.

But police say they have plenty of evidence against her brother, including a bloody boot found in the trunk of his car, a saw in a bag in a closet of his house and two human hands found in a plumbing compartment in his house.

Null's hands were the only part of her body not recovered by police.

"That's just not my brother," Hicks said. "He's done a lot of stuff in the past but if you look at his charges, those things were all dismissed."

In court papers filed on Saturday, police say Charles Hicks had previously been arrested for assaults in Texas in 2002 and 2003 and aggravated robbery in 2007.

"How could he get a job at an Army base with a record?" Charlotte Hicks asked. "All those charges were dismissed."

The Pocono Record was not able to verify Hicks' conviction history on Sunday.

Charlotte Hicks said she last talked to her brother over the weekend of March 1-2, a week before his arrest. She said nothing seemed out of the ordinary and he didn't sound unusual or nervous.

"We were having a conversation about my son visiting him up there," Hicks said. "He was talking about how cold it was and how different it was from Texas."

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse on Saturday. He now sits without bail in the Monroe County Correctional Facility.

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080310/NEWS/803100312

**wheezer**                                                                03-11-2008, 10:58 AM

In a small city 12 miles south of Fort Worth, Tex. and 45 miles west of Dallas, Emma Hicks waited to hear from her son, Charles Ray Hicks Jr., who was charged with the gruesome murder of Deanna Marie Null.

She was expecting him to return home to Burleson soon. He started a job as an electronics technician at Tobyhanna Army Depot on Jan. 2, but it was supposed to be temporary, she said.

"I need to talk to him," she said in a phone interview Monday. "This is my son and it is very disturbing to hear something like this — and him being so far away from home."

Hicks, 33, rented a single-level, beige ranch-style home in Monroe County and it was inside that single dwelling, within walking distance of Interstate 380, that state police recovered the hands of Null, which, among other things, led to Hicks' arrest Saturday.

He is accused of murdering Null, dismembering her body and discarding it in garbage bags along two highways.

Hicks enlisted in the United States Navy in January 2005 for an 8-year stint — 4 years of active duty and 4 years of reserve. But after almost 15 months of active duty and schooling, he was discharged, said Navy spokesman Mike McLellan. He could not comment on the reason for the discharge.

During his time there, however, Hicks attended Recruit Training Command and the Center for Naval Engineering in Great Lakes, Ill. He spent some time as a student at the Center for Surface Combat Systems in Dam Neck, Va. before being discharged April 14, 2006.

Then, much like many former military people, the skills he gained from his training, allowed him to find a job at the Tobyhanna Army Depot through a contractor, Defense Support Services.

He has been fired since the arrest, said Rob Gross, a spokesman for the company.

"He was hired with us after a background check that revealed no prior convictions and after he passed a drug screening," Gross said.

The background check included felonies and misdemeanors.

However, police said Hicks had been arrested for assault in 2002, sexual assault in 2003 and aggravated robbery in 2007. Hicks had also been arrested in Virginia in 2006 for assault and possession of controlled substances.

Court records in Texas and Virginia were not immediately available Monday.

Friends of Null in Scranton's community of homeless and transient people did not recognize Hicks.

Dennis "Irish" Ingle, who was one of the last people to see Null get into a dark sedan that eventually led to the arrest, said he had never seen Hicks.

He only saw a man, who he described as having a military style haircut, from behind as he got into a car with Null that night in January. But that was not very strange he said, because people from more rural areas often come to Scranton in search of prostitutes and drugs.

"There's not a lot of tricks going on in the Poconos and if you're looking for that kind of stuff, you have to come to Scranton," he said.

Edmund Pisano, owner of Pisano's Smoke Shop on Olive Street said he used to see Null in his store almost every day. He did not recall seeing Hicks.

"I didn't pay attention to him individually," he said.

People across the region pontificated the murder Monday, and many talked about the death penalty.

In Monroe County, Aaron Lopez, 18, one of Hicks' neighbors watched the police and media activity from his home Monday.

"It was crazy that this person was so close. It's like the stuff you see on TV but it's in front of you," he said.

Lopez did not recall anything suspicious about the property or even recall Hicks.

Meanwhile, state police at Swiftwater and the Monroe County District Attorney's Office continued to gather evidence Monday from the house.

"Our main focus right now is tracking down the leads and focusing on the preliminary hearing," said Cpl. Lynn Courtright. "We have a lot of work to do yet."

Monroe County District Attorney David Christine said Null's family had been notified and he expected them to watch the progress of the case closely.

"We will do all we can do to convince the jury that he is guilty beyond a reasonable doubt of killing and chopping up this poor victim," he said.

In the meantime, Emma Hicks said she has started looking for lawyers for her son and has considered a trip up north.

"Someone has falsely accused my son and I know that's the truth," she said.


http://www.thedailyreview.com/site/news.cfm?
newsid=19378847&BRD=2276&PAG=461&dept_id=465049&rfi=6


**KittyMom**                                                                                   03-11-2008, 01:46 PM

hmmm...hey mom, how do you suppose her hands got in his house?


**wheezer**                                                                                    03-12-2008, 11:22 AM

TOBYHANNA – A suspected killer's toolbox with his name written on the handle inside Tobyhanna Army Depot is believed to be large enough to contain cutting tools used to dismember the corpse of Deanna Marie Null, according to federal court papers released Tuesday.

A search warrant was served Saturday at the site, where FBI agents seized the locked red and black Craftsman toolbox belonging to Charles Ray Hicks, 33, who is accused of killing Null, 36, and dismembering her body, parts of which were found scattered on interstate highways in the Poconos.

Two of Hicks' desk drawers containing various paperwork, binders and folders were also taken by authorities who picked up the items at the depot.

Hicks worked at Tobyhanna as a contract employee since Jan. 2, according to U.S. Middle District Court records.

On Saturday, security officers at Tobyhanna went to the first-floor workspace in building 72 assigned to Hicks after they learned he was a suspect in the homicide investigation, according to the affidavit.

Investigators will search the contents of the toolbox and drawers for evidence of Hicks' contacts with Null or for tools used to cut up her body, and capable of producing blunt-force and sharp-force trauma. A wound analysis of Null's remains was conducted by forensic anthropologist Conrad B. Quintyn, an assistant professor of anthropology at Bloomsburg University. He suggested two sharp-edged tools were used in the dismemberment.

Quintyn said the flesh and bone cuts were neat and clean.

"Consequently, this would suggest a mechanically powered saw," he said in an e-mail in response to a reporter's questions. "However, a hand-held saw could give one the same result if the body was cut while frozen."

State police found cutting tools, a hacksaw and a circular blade inside Hicks' home at 131 Prospect St. in Tobyhanna on Saturday.

Null's body was probably frozen when it was cut, Quintyn said, adding that there is a 50 percent chance that a mechanically powered saw was used in the dismemberment of the victim.

http://www.timesleader.com/news/20080312_12_Toolbox_ART.html

---

**wheezer**                                                          03-13-2008, 10:55 AM

While a pair of human hands was the most gruesome find in a house rented by Charles Ray Hicks Jr., state police removed more than 130 pieces of evidence from 131 Prospect St. in Coolbaugh Township.

Bed sheets and pillowcases with a multi-colored comforter, white tube socks and a brochure that read "Hell fire: Is it part of Divine Justice," were among 132 items state police took from the home March 7, according to police documents.

Hicks was arrested on murder and related charges for allegedly killing and dismembering Deanna Marie Null, a drifter from Williamsport who stayed in Scranton near the abrupt end of her life.

Her remains were first found Jan. 29 by a state Department of Transportation employee. An expanded search led to the discovery of eight bags with Null's body parts along interstates 80 and 380, seven of which were within 10 miles of the home of the accused. The eighth bag was found in Stroudsburg, about 22 miles away.

Several items normally associated with a woman were also found in Hicks' home. A pair of woman's blue jeans were taken from the basement. Eyeliner was found under a pallet along two walls.

Hicks is being held in Monroe County Correctional Facility without bail, pending a preliminary hearing Friday.

Kimm Montone, staff writer, contributed to this report.

http://www.zwire.com/site/news.cfm?newsid=19387411&BRD=2259&PAG=461&dept_id=571464&rfi=6

---

**wheezer**                                                          03-13-2008, 10:57 AM

Charles Hicks, suspected of killing and dismembering Deanna Marie Null, passed a security check with an employment agency that serves the Tobyhanna Army Depot. The check apparently did not investigate deeply enough.

Hicks has a long criminal record stemming from incidents in Texas and Virginia. The Texas Intelligence Center turned up arrests for assault causing bodily injury in 2002, aggravated sexual assault in 2003 and aggravated robbery in 2007. Similar arrests occurred in Virginia.

A spokesman for Tobyhanna said the installation will review the way its vendors do background checks. A review is definitely in order.

http://www.zwire.com/site/news.cfm?newsid=19387356&BRD=2259&PAG=461&dept_id=456222&rfi=6

---

**wheezer**                                                          03-13-2008, 11:01 AM

TOBYHANNA — State police continued to comb the home and life of a Coolbaugh Township man Sunday who they arrested for the gory death of Deanna Marie Null.
Despite the insistence of his innocence by Charles Ray Hicks, 33, of 131 Prospect St., to police during their investigation, and to media after his arraignment Saturday in Monroe County, state police are sure they got the right man.
"We're 100 percent confident," said Trooper Craig Vanlouvender on Sunday afternoon.
Hicks has been charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse in the death of 36-year-old Null, a drifter who lived in Williamsport and Scranton. He is being held without bail in Monroe County Correctional Facility, pending a preliminary hearing Friday.
Along with a boot stained with blood state police found in his car, a search of Hicks' home found garbage bags similar to those used to dump Null's body parts, a hacksaw in a bag and two human hands wrapped in the Feb. 4 edition of The Times-Tribune, and coated in what police believe to be cleaning detergent, according to a criminal complaint.
Details of the gruesome killing emerged after police announced the arrest of Hicks on Saturday.
An autopsy, performed by forensic Pathologist Dr. Sarahlee Funke, determined Null had been dead at least four or five days before her body parts were discovered at eight locations along Interstates 380 and 80 in Lackawanna and Monroe counties, according to an affidavit.
The affidavit also details which body parts were found at each location. According to the affidavit:
The lower half of Null's torso was found in the median of I-380 northbound in Clifton Township, Lackawanna

County near mile marker 14.5 — the northern-most discovery.

About 10 miles south — at three separate locations in the median within a mile and half stretch of I-380 northbound in Coolbaugh Township, Monroe County — state police recovered a leg, an arm and both feet.

The upper torso was found on I-380 northbound, less than a half-mile from the I-80 interchange in Jackson Township, Monroe County.

The head was discovered off to the right of the entrance ramp to I-380 southbound (Exit 8) in Coolbaugh Township.

An arm was found on I-80 westbound near Stroudsburg, and a leg was found on I-80 eastbound in Pocono Township.

All of the boady parts were collected by state police at Swiftwater Forensic Unit and turned over to the Monroe County Coroner's Office. There was no clothing discovered with any of the body parts.

Now, investigators still want to know more about Hicks.

Trooper Vanlouvender said they believe Hicks relocated to Tobyhanna from Texas in January for a job with Defense Support Services at the Tobyhanna Army Depot. But they don't know if he lived with anyone else, what kept him occupied in his free time, who he might have dated and where he might have frequented.

"We want to know more about him. If anyone knew him or saw him, we want to talk to them," he said.

Hicks told police he had picked up Null on two separate occasions in his Mercury Grand Marquis while in Scranton, and on both occasions, the two had sex, according to court documents. Null also provided Hicks with crack cocaine, which they smoked together, according to an affidavit.

State police believe the last time anyone saw Null alive was with Hicks in Scranton driving in his Grand Mercury between Jan. 18 and Jan. 20.

Her remains were first found Jan. 29 by a Department of Transportation employee. A search lead to the discovery of eight bags with Null's body parts along Interstates 80 and 380, seven of which were within 10 miles of the home of the accused. The eighth bag was found in Stroudsburg, about 22 miles away.

The only parts of her body not recovered that day were her hands, investigators said.

Trooper Vanlouvender could not discuss many details, including whether authorities believe Hicks acted alone or with an accomplice and whether the murder scene had been identified.

"There is a lot in this investigation we just can't talk about," he said. "But we're still looking at everything."

Without a doubt, the help of the public made the difference in finding Hicks, said Trooper Vanlouvender. After seeing media reports, it was a Scranton man who called Null's family, which lead to an identification of the body Feb. 1, the trooper said.

"That can take years," said Trooper Vanlouvender about the identification. "And we got it in a short amount of time — before people had a chance to move around and before memories began to fade."

After identifying Null, several witnesses on Feb. 3 placed her with an unknown black male driving an older model blue car with a soft top and white license plate. A good enough description of the vehicle was given that a neighbor of Hicks linked it together and called police.

"Without the help of the public, we'd still be floundering," Trooper Vanlouvender said.

While state police continued their investigation within Hicks' home early Sunday morning, neighbor Bonnie Woehrle was feeding another neighbor's cat.

"This is a very quiet area; I couldn't believe it when I heard what had happened," said the 40-year resident of the area. "It's shocking for somewhere like here."

People can reach state police in Swiftwater at 839-7701.

http://www.standardspeaker.com/index.php?option=com_content&task=view&id=6995&Itemid=2

**wheezer**                                                                      03-14-2008, 10:46 AM

Charles Ray Hicks, 33, is accused of killing, cutting up Deanna Marie Null in January.

TOBYHANNA — A district judge will decide today whether the case will proceed against a Tobyhanna man who state police allege butchered 36-year-old Deanna Marie Null before tossing her remains along Pocono region interstate highways in late January.

Charles Ray Hicks, 33, formerly of Texas, is scheduled to appear for a preliminary hearing before District Judge Anthony Fluegel in Tobyhanna, according to court records. He is being held at the Monroe County Correctional Facility without bail. Hicks' public defender, William Sayer, was not available for comment.

State police believe Hicks is solely responsible for the killing and dismemberment of Null, whose body parts were found strewn along Interstates 380 and 80 in Monroe and Lackawanna counties on Jan. 29. He was arrested last week at his residence.

Hicks will have the opportunity to testify at today's hearing, First Assistant District Attorney Michael Mancuso and District Attorney David Christine said in a phone interview on Thursday.

Hicks denied the criminal charges filed against him at his arraignment March 8.

While it is not known if Null's alleged killer acted alone or had accomplices, Mancuso said the evidence so far in the state police investigation points to Hicks.

"We have no evidence to suggest that there was anyone else involved," Mancuso said. "As far as I know, he's not trying to say anything. He's not providing any other information."

A pair of hands believed to be Null's found wrapped in the Scranton newspaper, along with two saws and plastic bags with blue ties similar to those found on the highways, were enough to charge Hicks after state police searched his house last week.

Investigators found apparent blood dabbed on Hicks' boots in the trunk of his older-model sedan, which resembles the vehicle Null was last seen getting into around Jan. 19 in Scranton.

There is no motive or reason for Null's murder, said Christine. Police have interviewed Hicks' family, friends and co-workers at Tobyhanna Army Depot and have no evidence he confessed to anyone.

Authorities spoke with Hicks in jail this week, Mancuso said, adding that Hicks did not offer any knowledge of how the body parts ended up in the house.

http://www.timesleader.com/news/20080314_14_Hicks_ART.html

---

**wheezer**                                                                03-17-2008, 06:50 PM

COOLBAUGH TOWNSHIP -- Charles Ray Hicks, Jr. will go to trial in Monroe County Court for the murder of Deanna Marie Null, a woman whose severed head and dismembered body were found along the highway on Jan. 29.

Stoic family members of Hicks and Null packed into a small courtroom as forensic experts and investigators took the stand this morning at a preliminary hearing for Hicks in front of Magisterial District Judge Anthony Fluegel.

Witnesses recounted evidence that was recovered from Hicks' home. Investigators described Hicks as calm and polite throughout questioning. Trooper Robert Sebastianelli added that Hicks questioned state police as they transported him from the Swiftwater barracks to Monroe County Correctional Facility.

"(Mr. Hicks) said, 'So what did you find in my house?'" Sebastianelli recalled. "I told him, 'We found Deanna's hands.'"

Sebastianelli said Hicks then promised to tell him why he found her hands in his house once he had an attorney. Hicks remains in prison without bail.

http://www.zwire.com/site/news.cfm?newsid=19393153&BRD=2259&PAG=461&dept_id=618523&rfi=6

---

**Nut44x4**                                                                04-03-2008, 12:34 PM

Could we get this marked as identified?? I assume an administrator needs to do that. I have not tried to do it myself. Thank you to anyone who can help.

---

**StickyBeak**                                                             04-03-2008, 01:21 PM

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080308/NEWS/80308008

Deannas Picturehttp://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080207/NEWS/802070329

---

**Roamer**                                                                 04-03-2008, 01:25 PM

According to the above link, the suspect has been arrested and charged.

---

**Nut44x4**                                                                04-07-2008, 03:47 PM

Deanna marie null dismemberment case

April 6
A chilling profile

---

Crime fits pattern, expert says

There is a very detailed map at the site. Interesting.

http://www.timesleader.com/news/17333919.html
In the back of a prisoner transport on the way to the Monroe County jail, accused homicide suspect Charles Ray Hicks told state police troopers he knew why the severed hands of Deanna Marie Null were inside his bathroom.

But, he never said anything more.

That left investigators without an explanation of the murder and dismemberment of the 36-year-old woman, and why – if Hicks is guilty – he would discard all body parts but keep her hands.

Criminal personality expert Judith M. Sgarzi doesn't know but has a theory.

"He kept the hands, about all my guess would be, to use to please himself or to relive his fantasy of what he had her do before he actually murdered her," said Sgarzi, a professor of criminal justice at Mount Ida College in Newton Centre, Mass.

Sgarzi, an expert on criminal personality development and domestic violence, said a dismembering killer fits the psychological profile of a serial killer – a sexual sadist who has no remorse and commits crimes for pleasure.

She also suspects the body of a previous victim is somewhere out there.

While there have been no updates in the Null case since Hicks was arrested, Sgarzi believes a nationwide search for similarities into other unsolved dismemberment crimes may be under way. To search for patterns, Sgarzi said investigators will have to look at similar unsolved crimes prior to the Null case.

If police investigating the case know more, they're not saying.

That leaves the public still wondering about the circumstances surrounding the brutal slaying of the former Williamsport woman.

What they do know is that the woman's body parts were found in January – strewn across highways in the Pocono region.

Null's hands were found inside Hicks' Coolbaugh Township home in early March shortly after his arrest for the homicide.

The hands were wrapped in the Feb. 4 issue of the Scranton Times-Tribune.

Null's body parts were found Jan. 29 along interstates 80 and 380 in Monroe County and 14 miles northbound along I-380 into Lackawanna County.

Both hands were then wrapped in four more layers – a bag placed inside a sock, an outer bag with detergent and another sock.

Hicks asked questions as he was being taken to jail following the arraignment on March 8, according to a trooper who testified at the preliminary hearing. He asked investigators what they found inside his home – and said they didn't find a lot of blood, the trooper said.

Sgarzi, who reviewed the master affidavit on the case, said she thinks the person responsible for Null's death and dismemberment is a disorganized killer who put the body parts out so they would be found.

Some of the body parts were found miles away from where Hicks lived, but some were found close his home. Null's severed head was located about 200 yards from Hicks' house.

"From the description I saw on the affidavit, it appears whoever did it, the body parts were found close to home to where he lived," Sgarzi said. "If this is true (that he did it), it is a sign of the profile of a disorganized serial killer."

Sgarzi said it is possible whoever killed Null led a double life as a serial killer who is a sexual sadist. The profile of a serial killer, she said, shows these individuals are loners who are pleasant enough to talk with people, but are leading a secret life that took root in childhood fantasies.

But, in time, the sexual sadist will play out his or her fantasies in reality.

Behaviors escalate over time, said Sgarzi,

"All of the research shows that whatever the crime, no matter how vicious, the fantasy is far worse," she said.

The Null crime, she said, "is definitely the work of one person."

State police have said Hicks' demeanor has been calm, polite and relaxed, which Sgarzi said is not unusual for someone who might fit the profile of a dismembering killer. Hicks continues to deny any involvement in Null's murder and dismemberment.

"If you watch interviews with the most famous serial killers, they are all calm and show little emotion, because they have no guilt – they have never developed it. That is what allows them to do this kind of crime."

Hicks, 33, formerly of Burleson, Texas, was employed as a subcontractor at Tobyhanna Army Depot.

At the time of his arrest, according to a trooper, Hicks said he was not on any medications but was prescribed psychiatric medications about five months prior while dealing with a "rocky" divorce.

According to court papers, Hicks' trouble with the law goes back at least six years:

• In 2002, he was arrested in Texas for assaulting a woman and causing bodily injury. The misdemeanor charge filed in Tarrant County was dismissed.

• In 2003, Hicks was charged with aggravated sexual assault, also in Texas.

• In 2006, he was arrested in Virginia for assault and battery and possession of cocaine. The assault and battery occurred in Hampton, where Hicks pleaded guilty. The cocaine charge was dropped.

• In 2007, he was charged with aggravated robbery in Tarrant County, Texas. The felony charge was dismissed in August 2007.

Sgarzi believes this shows a pattern of violence and anger.

"All assault cases are about anger," Sgarzi said, "but more important, about displaying power over a victim."

According to Hicks, he only met Null twice – and each time for sex.

Hicks told police he drove to Scranton in search of a prostitute. He said he had sex with Null on two separate occasions, and the two smoked crack cocaine, police said. He would give her drugs and money for sex and they would drive around in his Mercury Grand Marquis.

Null was last seen driving off with a man on Jan. 18 in Scranton, friends told police.

Null, a Williamsport native, had been living in Scranton for nearly two years, and investigators said she would work as a prostitute to support her drug habit.

His family members are steadfast in their belief that Hicks is innocent. They maintain he was set up and that he does not fit the profile of a dismembering murderer.

"No one fits this description until they are caught, and they are the least likely to stand out," Sgarzi said.

Sgarzi believes the information presented in the affidavit and the evidence gathered by police would stand up in trial.

The evidence: A pair of human hands, the bloody shoes found in Hicks' trunk and hacksaws found inside his home.

TIMELINE:
Jan. 18: Friends of Deanna Marie Null say they last saw her when she got into a car in Scranton

Jan. 29: Parts of a woman's body are found in several trash bags along interstate highways in the Pocono region and Lackawanna County

Feb. 4: Police identify Null as the victim in the human remains case

March 8: Charles Ray Hicks of Tobyhanna, Coolbaugh Township, is charged with criminal homicide, aggravated

assault, tampering with physical evidence and abuse of corpse in the death of Null

March 14: Hicks is ordered to stand trial in the murder of Null

"...(I)t appears some of the body parts were found close to home to where he lived.

If this is true, it is a sign of the profile of a disorganized serial killer."

**Nut44x4**                                                                04-07-2008, 03:48 PM

Deanna marie null dismemberment case

There is a very detailed map at the site. Interesting.

April 6
A chilling profile
Crime fits pattern, expert says

In the back of a prisoner transport on the way to the Monroe County jail, accused homicide suspect Charles Ray Hicks told state police troopers he knew why the severed hands of Deanna Marie Null were inside his bathroom.

But, he never said anything more.

That left investigators without an explanation of the murder and dismemberment of the 36-year-old woman, and why – if Hicks is guilty – he would discard all body parts but keep her hands.

Criminal personality expert Judith M. Sgarzi doesn't know but has a theory.

"He kept the hands, about all my guess would be, to use to please himself or to relive his fantasy of what he had her do before he actually murdered her," said Sgarzi, a professor of criminal justice at Mount Ida College in Newton Centre, Mass.

Sgarzi, an expert on criminal personality development and domestic violence, said a dismembering killer fits the psychological profile of a serial killer – a sexual sadist who has no remorse and commits crimes for pleasure.

She also suspects the body of a previous victim is somewhere out there.

While there have been no updates in the Null case since Hicks was arrested, Sgarzi believes a nationwide search for similarities into other unsolved dismemberment crimes may be under way. To search for patterns, Sgarzi said investigators will have to look at similar unsolved crimes prior to the Null case.

If police investigating the case know more, they're not saying.

That leaves the public still wondering about the circumstances surrounding the brutal slaying of the former Williamsport woman.

What they do know is that the woman's body parts were found in January – strewn across highways in the Pocono region.

Null's hands were found inside Hicks' Coolbaugh Township home in early March shortly after his arrest for the homicide.

The hands were wrapped in the Feb. 4 issue of the Scranton Times-Tribune.

Null's body parts were found Jan. 29 along interstates 80 and 380 in Monroe County and 14 miles northbound along I-380 into Lackawanna County.

Both hands were then wrapped in four more layers – a bag placed inside a sock, an outer bag with detergent and another sock.

Hicks asked questions as he was being taken to jail following the arraignment on March 8, according to a trooper who testified at the preliminary hearing. He asked investigators what they found inside his home – and said they didn't find a lot of blood, the trooper said.

Sgarzi, who reviewed the master affidavit on the case, said she thinks the person responsible for Null's death and dismemberment is a disorganized killer who put the body parts out so they would be found.

Some of the body parts were found miles away from where Hicks lived, but some were found close his home. Null's severed head was located about 200 yards from Hicks' house.

"From the description I saw on the affidavit, it appears some of the body parts were found close to home to where he lived," Sgarzi said. "If this is true (that he did it), it is a sign of the profile of a disorganized serial killer."

Sgarzi said it is possible whoever killed Null led a double life as a serial killer who is a sexual sadist. The profile of a serial killer, she said, shows these individuals are loners who are pleasant enough to talk with people, but are leading a secret life that took root in childhood fantasies.

But, in time, the sexual sadist will play out his or her fantasies in reality.

Behaviors escalate over time, said Sgarzi,

"All of the research shows that whatever the crime, no matter how vicious, the fantasy is far worse," she said.

The Null crime, she said, "is definitely the work of one person."

State police have said Hicks' demeanor has been calm, polite and relaxed, which Sgarzi said is not unusual for someone who might fit the profile of a dismembering killer. Hicks continues to deny any involvement in Null's murder and dismemberment.

"If you watch interviews with the most famous serial killers, they are all calm and show little emotion, because they have no guilt – they have never developed it. That is what allows them to do this kind of crime."

Hicks, 33, formerly of Burleson, Texas, was employed as a subcontractor at Tobyhanna Army Depot.

At the time of his arrest, according to a trooper, Hicks said he was not on any medications but was prescribed psychiatric medications about five months prior while dealing with a "rocky" divorce.

According to court papers, Hicks' trouble with the law goes back at least six years:

• In 2002, he was arrested in Texas for assaulting a woman and causing bodily injury. The misdemeanor charge filed in Tarrant County was dismissed.

• In 2003, Hicks was charged with aggravated sexual assault, also in Texas.

• In 2006, he was arrested in Virginia for assault and battery and possession of cocaine. The assault and battery occurred in Hampton, where Hicks pleaded guilty. The cocaine charge was dropped.

• In 2007, he was charged with aggravated robbery in Tarrant County, Texas. The felony charge was dismissed in August 2007.

Sgarzi believes this shows a pattern of violence and anger.

"All assault cases are about anger," Sgarzi said, "but more important, about displaying power over a victim."

According to Hicks, he only met Null twice – and each time for sex.

Hicks told police he drove to Scranton in search of a prostitute. He said he had sex with Null on two separate occasions, and the two smoked crack cocaine, police said. He would give her drugs and money for sex and they would drive around in his Mercury Grand Marquis.

Null was last seen driving off with a man on Jan. 18 in Scranton, friends told police.

Null, a Williamsport native, had been living in Scranton for nearly two years, and investigators said she would work as a prostitute to support her drug habit.

His family members are steadfast in their belief that Hicks is innocent. They maintain he was set up and that he does not fit the profile of a dismembering murderer.

"No one fits this description until they are caught, and they are the least likely to stand out," Sgarzi said.

Sgarzi believes the information presented in the affidavit and the evidence gathered by police would stand up in trial.

The evidence: A pair of human hands, the bloody shoes found in Hicks' trunk and hacksaws found inside his home.

TIMELINE:
Jan. 18: Friends of Deanna Marie Null say they last saw her when she got into a car in Scranton

Jan. 29: Parts of a woman's body are found in several trash bags along interstate highways in the Pocono region and Lackawanna County

Feb. 4: Police identify Null as the victim in the human remains case

March 8: Charles Ray Hicks of Tobyhanna, Coolbaugh Township, is charged with criminal homicide, aggravated assault, tampering with physical evidence and abuse of corpse in the death of Null

March 14: Hicks is ordered to stand trial in the murder of Null

"...(I)t appears some of the body parts were found close to home to where he lived.

If this is true, it is a sign of the profile of a disorganized serial killer."

http://www.timesleader.com/news/17333919.html

---

**wheezer**                                                             05-28-2008, 10:15 AM

STROUDSBURG, Pa. (Map, News) - Monroe County prosecutors are seeking the death penalty for a man accused of killing a woman, dismembering her body and scattering the parts along highways.

District Attorney David Christine says 34-year-old Charles Ray Hicks Jr. tortured 36-year-old Deanna Marie Null in January. He says that aggravating circumstance justifies capital punishment.

Hicks pleaded not guilty at his arraignment on Tuesday afternoon.

http://www.examiner.com/a-1411332~Death_penalty_sought_in_Pa__dismemberment_case.html?cid=rss-Pennsylvania_Headlines

---

**wheezer**                                                             05-28-2008, 10:19 AM

STROUDSBURG — The dismemberment and scattering of Deanna Marie Null constitute aggravating circumstances in her January murder on which the District Attorney's Office is seeking the death penalty against Charles Hicks, who is charged with killing Null.

Hicks, 34, of Tobyhanna, was formally arraigned Tuesday in Monroe County Court, during which he entered a not-guilty plea and was placed on the September trial term.

Assistant District Attorney Michael Mancuso told the court that the DA's Office cites the murder, dismemberment and scattering of Null's body parts in trash bags along interstates 380 and 80 as aggravating circumstances. Mancuso said this is the reason the office last week filed a notice of intention to seek the death penalty.

Null, 36, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080528/NEWS/805280335/-1/rss01

**Roamer**                                                                05-28-2008, 10:33 AM

This one certainly cries out for the DP. :mad:

---

**wheezer**                                                               08-17-2008, 10:31 AM

The case against a Tobyhanna man accused of murdering a local drifter and scattering pieces of her body along area highways will take its next step toward trial on Wednesday.

In May, prosecutors announced plans to seek the death penalty against 33-year-old Charles Ray Hicks Jr.. He faces charges of murder and related offenses for allegedly killing and dismembering Deanna Marie Null, a Williamsport native who was living in Scranton before she was killed.

A pretrial conference in the case is scheduled for Wednesday in the chambers of Monroe County President Judge Ronald E. Vican.

A PennDOT employee discovered a plastic garbage bag containing body parts along Interstate 380 Jan. 29, touching off a police sweep that located seven more bags containing body parts elsewhere on that highway and Interstate 80. All but one of the bags were found less than 10 miles from 131 Prospect St., Tobyhanna, a residence Mr. Hicks was renting while working at the Tobyhanna Army Depot through a contractor, Defense Support Services.

State troopers went to Mr. Hicks' home after receiving a tip about Mr. Hicks' Mercury Grand Marquis. Friends of Ms. Null told police they saw her and an unidentified man driving around in a dark-colored, late 1970s or 1980s sedan just before she disappeared.

On March 4, a neighbor of Mr. Hicks called police and said he drove a car fitting that description. After obtaining a search warrant, investigators searched his car two days later and found a blood-stained work boot in the trunk.

On March 7, troopers searched Mr. Hicks' home and found Ms. Null's hands wrapped in newspaper and socks soaked in detergent. They also found garbage bags and twist ties that were "visually identical" to the ones used to scatter Ms. Null's body parts, according to court papers.

Monroe County Public Defender William Sayer, who represents Mr. Hicks, said he doesn't discuss pending cases.

"Nothing has been determined," Mr. Sayer said in response to a question about whether he'll take the case to trial, adding that he's met with Mr. Hicks and is preparing a defense.

Monroe County District Attorney David Christine did not return phone calls seeking comment.

Since his arrest March 8, Mr. Hicks has maintained his innocence. He remains in Monroe County Correctional Facility without bail.

http://www.thetimes-
tribune.com/articles/2008/08/17/news/sc_times_trib.20080817.a.pg3.tt17hicks_s1.1884589_ top3.txt

---

**Nut44x4**                                                               01-15-2009, 10:46 AM

September 26, 2008
Texas link to local murder investigated
DA reveals new angle in dismemberment case

STROUDSBURG — Police plan to visit Texas to see if there is any connection between a death there and a Monroe County murder case awaiting trial, the District Attorney's Office said during a Thursday court proceeding.

Charles Hicks, 34, is awaiting trial on charges of killing Deanna Marie Null, 36, dismembering Null's body, putting the body parts in trash bags and scattering the bags along interstates 380 and 80 in Monroe County. The District Attorney's Office intends to seek the death penalty against Hicks on the grounds that Hicks tortured Null, causing her death.

Defense attorney Bill Sayer had requested the court have the prosecution disclose what evidence it has of Null's torture, since this alleged torture is the basis for seeking the death penalty.

It was during a Thursday court proceeding on Sayer's request that District Attorney David Christine said troopers plan to visit Texas to see if a death there has any connection to the Hicks case. Police have been checking for any connections between the Hicks case and cases in jurisdictions outside of Monroe County, Christine said, declining afterward to comment further.

Hicks lived in Texas before coming to Pennsylvania to work at Tobyhanna Army Depot in January.

As for Sayer's request, Monroe County President Judge Ronald Vican gave Sayer 30 days to review the prosecution's information to see what evidence points to torture in the Null case and file any appropriate motions in response to that information. Another proceeding on the matter likely will be scheduled at a future date.

Null, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit. The scattered trash bags containing her body parts were found in late January.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080926/NEWS/809260350/-1/NEWS0947

**Nut44x4**                                                                                          01-15-2009, 10:49 AM

DA's office: Hicks should be executed if convicted of Poconos murder
Toby man accused of killing Deanna Null, then spreading her remains along interstates

January 14, 2009
A Tobyhanna man accused of murdering and dismembering a Williamsport woman and scattering her remains along interstates 80 and 380 should be executed if convicted, the District Attorney's Office said Tuesday.

Monroe County Court will decide if the death penalty will be the alternative to life in prison for Charles Hicks, 34, if Hicks is convicted of killing Deanna Null, 36. If the court rules in favor of the death penalty and a jury convicts Hicks, the jury would then decide whether Hicks deserves life in prison or an execution.

Null, a mother of two, was last seen in January 2008 in Scranton, getting into a car matching the description of Hicks' vehicle, according to police. Null's body parts later were found in trash bags dumped alongside the interstates in Monroe County.

Police said they found similar trash bags, Null's severed hands wrapped in old newspaper pages and a saw in Hicks' home, as well as a blood-stained work boot in his car's trunk.

The district attorney contends that Null was tortured before death, and cites that as a reason to seek the death penalty. Defense attorney William Sayer in September asked the court to have the prosecution disclose evidence of Null's torture.

An omnibus hearing on the evidence was held Tuesday before President Judge Ronald Vican.

At Sayer's request, county Coroner Dave Thomas and Deputy Coroner Cindy Skrzypek were present. Sayer had planned for a forensic pathologist also to be present, but was not.

During the hearing, District Attorney David Christine and First Assistant District Attorney Michael Mancuso submitted a report from New Jersey pathologist Isidore Mihalakis supporting the torture claim.

Sayer said the court should dismiss the report as hearsay since the prosecution did not have Mihalakis present in court to offer live testimony. Christine said a trial, not an omnibus hearing, is the proper venue for live witness testimony to be heard and found credible or not.

"I'm not asking the court to rule on credibility," Sayer said. "I'm merely asking for the commonwealth to give as detailed an explanation as possible on what evidence and testimony they have so that Your Honor can make an

informed decision on whether they have established prima facie (sufficient evidence)."

Vican said, "Those issues are not for us to decide at an omnibus hearing."

Prima facie is determined during a preliminary hearing at the district court level, prior to a case going to county court.

With that said, Vican granted the prosecution's request to quash Sayer's subpoena motion to have the coroner's witnesses testify at an omnibus hearing. Vican released those witnesses.

Sayer presented also a change-of-venue request for the trial to be held outside Monroe County, due to the news coverage the case has received here so far and the possibility of that coverage tainting potential jurors. Sayer submitted various local newspaper articles and TV and radio news tapes.

The prosecution said it doesn't object to the news reports being submitted, but disagrees with the reasoning behind the change-of-venue request. Mancuso said that's an issue that should be determined during "voir dire," when potential jurors are questioned about their ability to be fair and impartial.

The prosecution said it likewise doesn't object to Sayer's request for an initial amount of $10,000 to pay for a mitigation specialist. This is an expert who investigates and testifies on mitigating circumstances that support not having the death-penalty option.

Vican gave attorneys on both sides a certain amount of time to file briefs on their respective arguments. The judge will review those briefs and issue a ruling in the future.

Hicks said he met Null in Scranton and gave her drugs in exchange for sex, but didn't hurt or kill her. He said he heard about her being murdered, but didn't come forward because he feared his own life might be in danger.

No information has been released on how the evidence police said they found in his home came to be there.

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20090114/NEWS/901140337/-1/rss01

vBulletin® v3.8.2, Copyright ©2000-2010, Jelsoft Enterprises Ltd.

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 150 of 488

Police continue search for human remains - poconorecord.com -...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008..

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

Traffic | Weather
Breaking News
Text Alerts   Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS



# Police continue search for human remains

January 30, 2008

State police continue to comb the sides of Interstates 80 and 380 for human remains on Wednesday, January 30.

Eight bags of parts from a butchered body were recovered Tuesday. Police hoped to use a helicopter for an aerial search today, but high winds make that impossible. An intensive search with 20 officers is planned to start at 9 a.m. tomorrow.

Anyone with information is asked to call (570) 839-7701.

The remains of the light-skinned victim, possibly a woman, were scheduled for an autopsy in Allentown this morning. Body parts including a head and torso were dumped along a five-mile stretch of I-80 and 15 miles of I-380 from I-80 to the Lackawanna County line at Gouldsboro.

The remains were frozen, which may make it easier for investigators to identify the victim. But the parts were too badly chopped up for the victim's gender to be readily determined.

"It is a more challenging investigation because there are eight crime scenes. Having various scenes makes it challenging and time consuming," said state police Lt. Robert Bartal.

HOME

**RELATED STORIES**

Body parts strewn along Interstates 80/380 in Poconos

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On January 30, 2008 at 8:55 PM , fistv said:

Great, now I'm going to be wondering every time I see some plastic trash bag some local or weekender threw alongside the road instead of taking it to be property disposed of. Full Message

fistv
Member since: 05/11/2007

Browse All Forums | View All Comments | Login | Register

Ads by Google

Great Pocono Homes
Sara Cramer Sells The Nicest Homes Virtual Tours & Great Photos
www.saracramer.com

Camp Saginaw
For the Summers of Your Life Coed Residential Camp in PA
www.campsaginaw.com

Key States Dodge Dealer
Learn About New Deals at Your Local Key States Dodge Dealer
www.dodgedealer.com

Duquette Sports Academy
Baseball, Softball, Basketball Camp Berkshire Mts.
Lakeside Campus
www.duquettesports.com

Ads by Google

# *Police resuming search for body parts found along Pa. highways*

The York Dispatch (Pennsylvania)

January 30, 2008 Wednesday

Copyright 2008 York Newspapers, Inc. All Rights Reserved

**Section:** STATE

**Length:** 228 words

**Byline:** THE ASSOCIATED PRESS

## Body

SWIFTWATER, Pa. (AP) -- Police are taking to the air to search for more body parts after a severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

A helicopter will be used to assist about 20 troopers on the ground as they search along Interstates 80 and 380, although the aerial search was called off Wednesday due to high winds, said state police Lt. Robert Bartal.

"We will be continuing (to search) for the next couple of days," he said. "We have a pretty large area."

A state road worker salting I-380 discovered a bag containing a woman's severed head about 9 a.m. Tuesday in the median in Coolbaugh Township, Monroe County.

The highway was closed and traffic was diverted as troopers combed the road shoulders and medians. They found at least eight bags containing body parts along five miles of Interstate 80 and 15 miles of I-380, stretching from Stroudsburg to Gouldsboro.

Officials have said it is possible there are more body parts.

The victim's identity has not been determined. The remains were taken to Lehigh Valley Hospital, where an autopsy was scheduled for Wednesday afternoon.

Police were uncertain how long the remains had been along the highway. Bartal said Wednesday that troopers are reviewing missing persons reports for possible clues to the woman's identity, and are pursuing a number of leads.

**Load-Date:** January 31, 2008

End of Document

## *Remains found off highways: Eight bags with human parts, including a head, were found scattered on I-380 and I-80.*

The Times Leader (Wilkes-Barre, Pennsylvania)

January 30, 2008 Wednesday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 371 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Jan. 30--SWIFTWATER -- Police are trying to identify parts of a woman's body found in several trash bags along highways in the Pocono region and Lackawanna County on Tuesday morning.

The remains, including a head, were found in eight bags scattered 14 miles north and south on Interstate 380, near the Mount Pocono exit, and east and west near the exchange along Interstate 80, according to state police at Swiftwater.

"Each of the bags had various body parts in it," Lt. Robert Bartal of state police at Hazleton said. "We believe it to be all one person."

Police continued searching Interstate 80 in Luzerne, Monroe, Carbon and Columbia counties, police said. The remains were mostly found along Interstate 380 in Monroe County, in Coolbaugh, Pocono, Tobyhanna, Stroud and Covington Townships and Stroudsburg.

A state road worker first discovered one of the bags while salting Interstate 380 in Coolbaugh Township, Monroe County. It was reported to police around 9 a.m.

"When they stopped and checked it, they saw it contained human body parts," Bartal said. "We won't comment on what we've found so far, but they are definitely human body parts."

Investigators have not positively identified the woman described as light-skinned, Bartal said. Missing person files will continue to be examined for matches, Bartal said. He would not disclose if any of the remains contained identifiable marks or contained jewelry, like a ring or bracelet that would be unique to those who may know the woman.

"If somebody comes forward with some information we want to be able to verify any accuracy they might have. We'll see what the autopsy brings (today)."

An autopsy is scheduled to be held 9 a.m. today at Lehigh Valley Medical Center.

Anyone with information is urged to contact the state police at Swiftwater at 839-7701.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints,

Remains found off highways: Eight bags with human parts, including a head, were found scattered on I-380 and I-80.

email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** January 30, 2008

---

3body 3BODY



3BODY - SWIFTWATER - JANUARY 29, 2008 - Robert Bartal, crime section commander for Troop M, Pennsylvania State Police, Swiftwater, talks about the body parts found along I-380 on Tuesday morning. (Betty E. Cauler/TMC) \for McDonald story. ORG XMIT: NGM_0JVFLGSR

**Published Caption:**
State Police Lt. Robert  Bartal ... 'there's quite a bit missing'

---

| | | | |
|---|---|---|---|
| **Headline:** | | **Credit:** | TMC |
| **Object:** | 3body 3BODY | **Source:** | Staff Photo Digital |
| **Byline:** | BETTY E. CAULER | **Section:** | National |
| **Byline Title:** | STAFF PHOTOGRAPHER | **Edition:** | FIFTH |
| **Date Created:** | 1/29/2008 | **Page:** | A2 |
| **Date Input:** | 1/30/2008  1:54:33 AM | **Zone:** | |
| **City:** | SWIFTWATER | **Size:** | 1114 X 1157 (uncropped) |
| **State:** | PA | **Merlin ID:** | 3973201 |
| **Country:** | | **Published:** | 1/30/2008 |
| **Keywords:** | | | |
| **Subjects:** | | | |
| **Instructions:** | x | | |
| **Object Type:** | | | |
| **Story Slug:** | | | |

TX00093.SGM

# The Morning Call Merlin Archive

**Merlin ID:**       3973311
**Publication**     1/30/2008
**Page:**           A1
**Edition:**        FIFTH
**Section:**        National
**Type:**           Local
**Length:**         medium
**Dateline:**
**Day:**            Wednesday
**Column:**
**Series:**

**Caption:**
\*\*1. State Police Lt. Robert Bartal...'there's quite a bit missing' \*\*2. Map shows the location of where the body parts were found along the highway.

**Correction:**

**Memo:**
Due to newsroom front-end system production difficulties the entire text could not be electronically captured for the online archive, please see microfilm or pdf for the complete map.

**Keywords:**

**Byline:**     By Joe McDonald Of The Morning Call

**Headline:**   **Body scattered along highways \*\* "There's quite a bit missing' despite finds in open on I-80, I-380.**

The first body parts turned up Tuesday morning in a trash bag a state highway crew found while spreading salt on Interstate 380 as an ice storm loomed in the Poconos.
In the hours that followed, state troopers found a woman's neatly severed head along the same road -- and bags of body parts at six other sites along I-380 and Interstate 80. They were scattered over 15 miles in Monroe and Lackawanna counties.
"There's quite a bit missing," said state police Lt. Robert Bartal of the Hazleton barracks. "We believe it's all the remains of one person," a light-skinned woman.

TX00093.SGM

**(Merlin ID 3973311 - Text continued)**

Whoever dumped the bags of parts didn't seem to care that people would see them, Bartal said. Some bags lay just 20 feet from the roadway or in the grassy median. "There was no attempt to hide anything," he said.

It appeared the dumper drove up one highway and doubled back to the other, Bartal said. The person was on I-380 heading toward Scranton when he or she dropped most of the bags, and on eastbound I-80 near Stroudsburg when the other bags hit the roadside.

Who the dismembered woman was, and how and when she died, remained a mystery.

Troopers will review missing persons reports to see if they can identify her, Bartal said. An anthropologist will be brought in to examine the remains, and an autopsy is scheduled for today at Lehigh Valley Hospital-Cedar Crest.

At least one bag was found at each of the eight sites, and some bags contained more than one body part, Bartal said at a news conference at the Swiftwater barracks.

All but one of the body parts were found along I-380 and I-80 in Pocono, Tobyhanna, Stroud and Coolbaugh townships and Stroudsburg. A piece of the woman's torso was found along I-380 in Covington Township, Lackawanna County, said Bartal, commander of the criminal investigation section in Hazleton.

Both lanes of I-380 were closed after the state Department of Transportation crew found the first bag in the median in Coolbaugh about 9 a.m. Traffic was diverted onto Route 940 to Route 611 while state police searched for the rest of the body.

On his way to meet with troopers at the Swiftwater barracks, Monroe County District Attorney E. David Christine Jr. stopped at the undisclosed site along I-380 where troopers picked up the severed head.

"It was very disgusting," Christine said. "When they retrieved the head in my presence, it was gruesome. It appeared that the head had been cleanly sawed from the rest of the body."

About two dozen troopers from the Swiftwater, Dunmore, Fern Ridge and Hazleton barracks joined the homicide investigation, Bartal said. As part of the search, they checked I-80 in Carbon and Luzerne counties. They were still looking for body parts into the evening.

State police are asking anyone who might have seen someone dumping items along the highways to call the Swiftwater barracks. Bartal said Trooper Robert K. Sebastinelli is leading the investigation and can be reached at 570-839-7701.

joe.mcdonald@mcall.com

610-559-2152

6250188



380
209
Covington
Coolbaugh
Pocono
**Published Caption:**
Tobyhanna

| | | |
|---|---|---|
| **Headline:** Body parts found along highway | | |
| **Object:** 6250188 | **Credit:** TMC | |
| **Byline:** Jessica Shaw | **Source:** Graphic | |
| **Byline Title:** | **Section:** National | |
| **Date Created:** 1/30/2008 | **Edition:** Fifth | |
| **Date Input:** 1/30/2008  9:24:46 AM | **Page:** A1 | |
| **City:** | **Zone:** | |
| **State:** | **Size:** | |
| **Country:** | **Merlin ID:** 3974241 | |
| **Keywords:** MAP | **Published:** 1/30/2008 | |
| **Subjects:** | | |
| **Instructions:** | | |
| **Object Type:** | | |
| **Story Slug:** | | |

6250188

**(Merlin ID 3974241 - Caption continued)**

Stroudsburg
Gouldsboro
State Park
Saylorsburg
Gouldsboro
State Park
N
Body parts found
along highway
Jessica Shaw The Morning Call

Autopsy fills in a few blanks on body parts found on highway - p...         http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Autopsy fills in a few blanks on body parts found on highway - p...    http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Autopsy fills in a few blanks on body parts found on highway

**By Beth Brelje**
Pocono Record Writer
January 31, 2008

An autopsy on the remains found Tuesday along Interstates 80 and 380 has shed more light on the woman whose body was butchered and scattered in trash bags along the highway shoulder and median.

Monroe County Deputy Coroner Cindy Skrzypek on Wednesday officially labeled the cause of death homicidal violence. The manner of death is listed simply as homicide.

The woman, who has not been identified, suffered multiple violent injuries, any of which caused her death, according to state police.

While at least eight bags of body parts were found along the two interstates in Monroe and Lackawanna counties, quite a bit of her body is still missing. However, a vague description of the victim is forming.

Skrzypek said it was hard to tell how old the victim was. She was white with dark hair with some gray mixed in. She was about 5-foot-7 and heavyset.

Police say more details about the woman, including a likeness of her face, will be available at a later date.

"It will probably be pretty hard to make an ID," Skrzypek said.

Identifying the victim is a starting point for solving the crime, but in cases like this, it becomes the first stumbling block. For example, in 2002, a man's dismembered body was found in two burn barrels in Jackson Township. Skrzypek said it took nearly a year to identify that victim.

Skrzypek traveled along the interstate with police Tuesday identifying the body parts as they were found at eight locations.

When asked how first responders dealt with the grisly scenes, she said, "We treat the body with just as much respect as if it was a full body. We really try to do this with respect. It was a mentally challenging day."

The search for more bagged body parts continued Wednesday. "We will be continuing (to search) for the next couple of days," state police Lt. Robert Bartal said. "We have a pretty large area."

High winds prevented state police from using a helicopter, but weather permitting, police will fly over today for a better view of the interstate.

A state road worker salting I-380 discovered a bag containing the woman's head at about 9 a.m. Tuesday in the median in Coolbaugh Township.

The highway was closed and traffic was diverted as troopers combed the road shoulders and medians. They found at least eight bags containing body parts along Interstates 80 and 380 from Stroudsburg to Gouldsboro.

HOME

Be the first to know - Sign up for text alerts    Sign up for e-mail newsletters

Text Size: A | A | A

Print this Article    Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share
del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

**RELATED STORIES**
Texas link to local murder investigated
Defendant awaits trial date in body-parts case



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!

Celebrate Christmas in the Country...

SPRING LEAF FLOWERS    Across from Callie's Candy Kitchen in Mountainhome, PA
(570) 595-6000

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Autopsy fills in a few blanks on body parts found on highway - p...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



Pocono Record News Forum                                    Page 1 of 5

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU |

Welcome  Guest

Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >         Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**AUTOPSY FILLS IN A FEW BLANKS ON BODY PARTS FOUND ON HIGHWAY**

Discussions                    [1] 2 3 4 5                    Keep Reading

---



**patricia**
My Comments
Member Since:
12/31/2006

**On Jan 31, 2008 at 05:59 AM, patricia said:**                    1 of 50

Pat [Effort] God Bless this poor soul. Let's just pray she is in a better place.
How horrendous I can not fanthom anyone being this outraged to do
something like this. I sure hope they get an ID so she can be put to rest.

---



**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007

**On Jan 31, 2008 at 06:06 AM, JackRubyBaby (JRBaby) said:**          2 of 50

People always abuse PennDOT, but if not for one of their workers, who
knows when these body parts would have been found. This salt truck driver
could have just kept driving, but decided to get involved.

---



**wawa55**
My Comments
Member Since:
1/31/2007

**On Jan 31, 2008 at 06:39 AM, wawa55 said:**                    3 of 50

I agree patricia, God rest her soul. Our police are over taxed. The State
Troopers are on call for Swiftwater and the local area. They can't do more
then what they are doing. State Representative Mario Scavello is right- "We
Need More Police!"
I feel had we had the Troopers patrolling Routes 80/380 maybe things
would be a lot different. I still say I saw a "leg" with a jogging shoe up on Rt
380 about a month ago- The next time I drove past it -it looked like rubbish

on the median, right before the Penn Dot construction site. I have a vision
problem & wear glasses. My 19 yr old said I was having an anxiety attach,
he wears glasses also! I laughed & so did he when I said it was a killing
field. We need more police, we need regular troopers stationed on the
interstates.

---

**4 of 50**



**1234**
My Comments
Member Since:
1/9/2007

**On Jan 31, 2008 at 07:02 AM, 1234 said:**

We certainly need more police but stationing them on the highway would not
have prevented this crime. What we may also need is a PSP major crimes
unit in the area. I think the closest is located in Dunmore. We need highly
trained officers here involved in investigations.

---

**5 of 50**



**Sniper**
My Comments
Member Since:
12/21/2006

**On Jan 31, 2008 at 07:28 AM, Sniper said:**

I hope they continue to do a great job working on this case. Someone out
there is missing a family memeber or friend, this is a sad world.

---

**6 of 50**



**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007

**On Jan 31, 2008 at 07:32 AM, JackRubyBaby (JRBaby) said:**

"Someone out there is missing a family memeber or friend, this is a sad
world.....Sniper"

Not to mention that someone out there is missing their legs, arms, and
head.

---

**7 of 50**

**PWDRHound**
My Comments
Member Since:
12/13/2007

**On Jan 31, 2008 at 07:48 AM, PWDRHound said:**

Hey Jack,

Thanks for the pics from your new neighborhood in Iraq. Maybe when you
get back to the states you can get into landscaping in the gated
communities around the Poconos. Looks like those pretty green sandbags
with the reinforced concrete behind them will come in handy. Might want to
upgrade your company vehicle though...
ph

**8 of 50**



**FAD**
My Comments
Member Since:
1/22/2007

**On Jan 31, 2008 at 07:50 AM, FAD said:**

"We Need More Police!"I feel had we had the Troopers patrolling Routes 80/380 maybe things would be a lot different." Yeah, lets have a police car every 50 feet on every road. This will certainly cut down on crime, and drive all of us to the poor house. Stop trying to spend more money, solve the problems on the lowest levels, take care of the little problems and the big ones will go away.

**9 of 50**



**DebJ**
My Comments
Member Since:
1/31/2008

**On Jan 31, 2008 at 07:54 AM, DebJ said:**

It's a very sick society we live in and it makes you think twice about your family and there well being. If I could help, I would certainly be out there helping those officers. I would brave the cold and search with them for answers. God only knows how long they have been laying there, and with the cold air like it is up around here, it's very hard to determine that aspect. All I know is whoever was gruesome enough to do this, should have the same thing done to them.

**10 of 50**



**unique**
My Comments
Member Since:
1/11/2007

**On Jan 31, 2008 at 08:05 AM, unique said:**

I just drove 380 N from Rte 940 to the 81 split, I counted what looked like 5 black garbage bags at different areas on the right side of the highway. And they weren't tires. I was only driving 60, so I know what I saw. If bags didn't contain what the police were looking for, would they have just left them there or do people really litter that much that those bags were thrown out since the initial search or were they missed?

**Discussions**              [1] 2 3 4 5              **Keep Reading**

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**

Search [_____] 

All Message Boards >  Pocono Record News Forum  >  Reader Reactions >                    Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### AUTOPSY FILLS IN A FEW BLANKS ON BODY PARTS FOUND ON HIGHWAY

Discussions                        1  2  3  4  5                    **Keep Reading**

---

11 of 50



**wawa55**
My Comments
Member Since:
1/31/2007

**On Jan 31, 2008 at 08:05 AM, wawa55 said:**

FAD: If you are referring to what I posted- let my clarify things- In New
Jersey there are adequate State Police on the interstate 80- Here where
they have 8 different crime scenes along rt 80/380 these State Troopers are
expected to do everything from inspect School Buses to solve murders! It is
a ridiculous system, all because the general public believes we are in the
sticks.
I am sure Mario was asking for FUNDING for the additional police & not
looking to dump the added expense on his voting public. Our area is
considered rural with a HIGH CRIME RATE-we can not expect The State
Troopers to continue to do two jobs and get one paycheck.

---

12 of 50



**DKBJR**
My Comments
Member Since:
12/23/2006

**On Jan 31, 2008 at 08:19 AM, DKBJR said:**

The coroner labels the cause of death "homicidal violence". What a surprise
- I would never have considered that. (I guess suicide was ruled out)

---

13 of 50

**On Jan 31, 2008 at 08:33 AM, VinMan said:**

This ones a rocket scientist and a comedian as well. Umm, Monroe County
Deputy Coroner Cindy Skrzypek officially labeled the cause of death
homicidal violence.Really? Is that what you think Cindy? WOW, you're



brilliant!

**VinMan**
My Comments
Member Since:
12/27/2006

---



On Jan 31, 2008 at 09:00 AM, jtab4994 said:

Hey VinMan WTF? Why couldn't a woman have died of natural causes and then be chopped up by a sicko? Ever hear of Norman Bates? Yeah, that's the movies but this real case is close to fiction for most people. VinMan, think a little next time you post!

**jtab4994**
My Comments
Member Since:
12/21/2006

---



On Jan 31, 2008 at 09:11 AM, Sniper said:

There was a worst case involving an airman from Texas one time.

**Sniper**
My Comments
Member Since:
12/21/2006

---



On Jan 31, 2008 at 11:02 AM, Shemeka said:

let's bring in some more experience coroners from NY or Jersey to rap this case up.

**Shemeka**
My Comments
Member Since:
1/24/2007

---



On Jan 31, 2008 at 11:23 AM, CallMeRonnie said:

Why? Do they possess some magical powers that can help them identify the body sooner? Of course, they do have more experience with more crime?

Pocono Record News Forum                                         Page 3 of 5



**CallMeRonnie**
My Comments
Member Since:
12/27/2006

---

18 of 50



On Jan 31, 2008 at 11:25 AM, Shemeka said:

Ronnie, correctamundo.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

19 of 50



On Jan 31, 2008 at 11:32 AM, barracuda310 said:

I bet Cindy Skrzypek made a deal with NBC to become yet another Star for a TV program coming this summer.......CSI Pocono!!!! (Because she soooooo smart!)

**barracuda310**
My Comments
Member Since:
1/30/2008

---

20 of 50

On Jan 31, 2008 at 11:40 AM, GrandmaG said:

Hey, ease up on Cindy. She's doing her job. Someone wanted an "official cause" of death so she had to give them one.

**GrandmaG**
My Comments
Member Since:
5/15/2007

---

Discussions                    1 [2] 3 4 5                  Keep Reading

Pocono Record News Forum                                       Page 1 of 5

Tuesday, December 09, 2008                      HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

**NEWS**    **FEATURES**    **SPORTS**    **ENTERTAINMENT**    **OUTDOORS**    **OUR SCHOOLS**    **PHOTOS & VIDEOS**    **LIVING HERE**    **VISITOR'S GU**

**Welcome  Guest**                              Search [        ] 

All Message Boards > Pocono Record News Forum  >  Reader Reactions  >              Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**AUTOPSY FILLS IN A FEW BLANKS ON BODY PARTS FOUND ON HIGHWAY**

**Discussions**                    1  2  3  4  5                    **Keep Reading**

---



**21 of 50**

On Jan 31, 2008 at 11:55 AM, unique said:

I agree. Let off. That's what a coroner does. Worry about the sick
b*a*s*t*a*r*d who chopped someone up that's still running loose.

**unique**
**My Comments**
**Member Since:**
1/11/2007

---



**22 of 50**

On Jan 31, 2008 at 11:58 AM, LoveMyBoys (ChrisVan) said:

First, you are all way out of line. I happen to know Cindy and I know she is
in no way an idiot. She cares very much about people and is very
professional. I guess it was never possible for someone to die naturally and
then get chopped up? Who knows. Just lay off of her. This isn't easy for
anyone directly related to this case.

Second, Jack, I am feeling a bit unloved...where's my pics of your
landscaping?? : )

**LoveMyBoys
(ChrisVan)**
**My Comments**
**Member Since:**
6/6/2007

---



**23 of 50**

On Jan 31, 2008 at 12:21 PM, kitten31 said:

I agree, let them do their job - you want fast results, but unless you can give
up the person who threw the bags out and the identity of the woman - hush
up and let them work.

**kitten31**

My Comments
Member Since:
12/21/2007



**windgap927**
My Comments
Member Since:
2/16/2007

On Jan 31, 2008 at 02:25 PM, windgap927 said:

editor - what color bags do the road crews leave on the side of the road? someone said yellow. About a month or two ago, there were about ten black bags alongside 80 and 33. I thought it was too cold to be doing roadside cleanup and I hadn't seen any crews in the past few days. Obviously, they were nothing, but shouldn't they be using marked bags of a certain color special ordered so we know. Especially after this?



**lspirit**
My Comments
Member Since:
1/24/2007

On Jan 31, 2008 at 11:31 PM, lspirit said:

this is sad...has a missing person report been filed? but where? I was just driving thru 380 to 940 Sat. My thoughts are with this family; whoever they are. Driving from NY to PA, I have seen an increase of troopers on the highway (I-80 West), which is good.



**lspirit**
My Comments
Member Since:
1/24/2007

On Jan 31, 2008 at 11:35 PM, lspirit said:

"An autopsy on the remains found Tuesday along Interstates 80 and 380 has shed more light on the woman whose body was butchered and scattered in trash bags along the highway shoulder and median.Monroe County Deputy Coroner Cindy Skrzypek on Wednesday officially labeled the cause of death homicidal violence. The manner of death is listed simply as homicide." Not "brutal homicide" but "homicide". Wow, this is more light being shed??? we know it was brutal. Are they trying to identify her through dental records?



**lspirit**
My Comments
Member Since:

On Jan 31, 2008 at 11:37 PM, lspirit said:

"Police say more details about the woman, including a likeness of her face, will be available at a later date."It will probably be pretty hard to make an ID," Skrzypek said." when will the likeness be available, will it be posted, maybe someone knows and can identify her .. doesn't have to be a picture of her as she is, can't a sketch drawing be made of what she may have looked like in life be posted??

1/24/2007



**On Jan 31, 2008 at 11:39 PM, JackRubyBaby (JRBaby) said:**

ChrisVan...Landscaping??? LOL! Besides my lovely sandbags, my place looks like one of those new McMansions back home that sit in the field with not one tree in the yard. Pretty pathetic, eh?

**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007



**On Jan 31, 2008 at 11:42 PM, JackRubyBaby (JRBaby) said:**

"Are they trying to identify her through dental records?....Ispirit"

HEY!!! Great idea! Call the coroner's office, maybe they haven't thought of that one.

**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007



**On Feb 1, 2008 at 12:00 AM, 3am said:**

believe me this is a message to someone out there and with the recent Mob talk with our local casinos, who knows, any one out there hunt bear, well if you have you know where I'm going with this but, when you hunt bear, it big 250, 400 pounds and when skinned, and headless, and paws and feet are removed, it looks like a human real hard for the common man to figure out its not, throw that body in the woods, 3 days its gone, with the coyotes, other bears, birds, mice, big cats it s just gone not one bit of trace. how I know, I got a 350 pounder and a 275 pounder, and 235 pounder all there bodies where gone with in 3 days, or in one case 2 weeks because he was a big boy, 3am

**3am**
My Comments
Member Since:
2/27/2007

**Discussions**                    1  2  [3]  4  5                    **Keep Reading**

Pocono Record News Forum                                        Page 1 of 5

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

Welcome  Guest                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## AUTOPSY FILLS IN A FEW BLANKS ON BODY PARTS FOUND ON HIGHWAY

**Discussions**                    1  2  3  [4]  5                    **Keep Reading**

---

**31 of 50**



**On Feb 1, 2008 at 12:00 AM, windgap927 said:**

at least they didnt use stroudsburg's trusty coroner - he probably would
have just smacked the poor dead girl around.

**windgap927**
My Comments
Member Since:
2/16/2007

---

**32 of 50**



**On Feb 1, 2008 at 12:04 AM, 3am said:**

VinMan,

some one could have die by nature cause, and this was the way some
(reject) thought to get rid of the body and keep the disability state check to
keep coming ? its happen before, so give the cops a break they have to
make sure this is not the case

**3am**
My Comments
Member Since:
2/27/2007

---

**33 of 50**

**On Feb 1, 2008 at 12:22 AM, VinMan said:**

Ok you're right-I've had time to think about it. It was the big Bad Wolf, there
wasn't any crime. He just got tired of messing with Little red Ridding hood! I
know two of you out there are about as brilliant as Cindy!

**VinMan**

My Comments
Member Since:
12/27/2006

---

**34 of 50**



**On Feb 1, 2008 at 12:24 AM, 3am said:**

Bark bark!!

**3am**
My Comments
Member Since:
2/27/2007

---

**35 of 50**



**On Feb 1, 2008 at 06:51 AM, patricia said:**

Pat [Effort] My husband and I drove 380 to Scranton yesterday and also saw bags on the side of the road. It could possibly be garbage. I belong to a group in our township and we pick up liter on the side of the road you would not believe the amount of trash. Just on one road going off a highway into our development [ no houses in that strip or lites, perfect dumping area for PIGS] Twice Dec. & Jan appox. 20 bags of garbage were dumped in this area. So when you say could it possible be garbage, yes it can. In ref. to the body found: God Bless her soul, I do pray she is identified and her body can be put to rest.

**patricia**
My Comments
Member Since:
12/31/2006

---

**36 of 50**



**On Feb 1, 2008 at 08:06 AM, jtab4994 said:**

OK Vinnie. Why not volunteer to help out instead of the childish name calling?

**jtab4994**
My Comments
Member Since:
12/21/2006

---

**37 of 50**

**On Feb 1, 2008 at 08:19 AM, VinMan said:**

Want me to help out? If were up to me I would clean up the entire area of politicians and get some people in office who will really do something for the area. right now, they don't need me, they have cindy.

Why don't you do something to help out?

**VinMan**
My Comments

---



**Member Since:**
12/27/2006



**despondent**
My Comments
Member Since:
9/15/2007

**38 of 50**

**On Feb 1, 2008 at 08:22 AM, despondent said:**

Some of you folks are amazing, there has been a violent crimes comitted, few clues, very little concrete evidence to deal with, and all you do is take jabs at those involved. If your forensic skills are so sharp, go volunteer. I think the forensic psych from the FBI will give more hints than the evidence will, some of these guys are amazing.



**fistv**
My Comments
Member Since:
5/11/2007

**39 of 50**

**On Feb 1, 2008 at 08:29 AM, fistv said:**

What amazes me is that the state police, county sheriff and the local police depts have not put together a bunch of volunteers who would go out and do search and rescue. Other states have them to supplement law enforcement. I'm just a very big advocate of trained volunteers vs large paid bureaucratic organizations who just continue to grow and inhale tax dollars. It also might deter those from outside the area once word gets around that the people who live up here will get personally involved and in your face as needed.



**despondent**
My Comments
Member Since:
9/15/2007

**40 of 50**

**On Feb 1, 2008 at 08:32 AM, despondent said:**

Good point fist, trained volunteers are an invaluable resource. Can find folks of all different training and backgrounds..........

**Discussions**                     1  2  3  [4]  5                  **Keep Reading**

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 175 of 488

Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GU

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### AUTOPSY FILLS IN A FEW BLANKS ON BODY PARTS FOUND ON HIGHWAY

**Discussions**                    1 2 3 4 [5]                    **Keep Reading**

---

41 of 50



**On Feb 1, 2008 at 08:47 AM, VinMan said:**

What forensic qualifications does one need to have to understand that body parts left on the side of a road, in plastic garbage bags is NOT normal?

**VinMan**
My Comments
Member Since:
12/27/2006

---

42 of 50



**On Feb 1, 2008 at 08:50 AM, fistv said:**

Yea, but volunteers are very unpopular with bureaucrats and politicians, not enough money involved or status for that matter. The town I lived in in NJ tried every few years to take over the rescue and fire depts, every time the council swung to the democrats they tried so they could turn it into a full blown dept with budgets and tax increases with paid employees. Thirty years later they still have not succeeded. Volunteer organizations are part of what keeps the power out of politicians hands and pockets which is why they don't like them, you can't threaten a volunteer, they tend to laugh in your face and generally do a better job because they care and are not in for the money and graft.

Create a county sheriffs deputy organization with volunteers with the same 'perks' as fire and rescue like life insurance, disability, etc, train them and use them for run of the mill stuff to free up the paid LEO's. You get a 100+ or so volunteers and the academy would bring the course HERE to teach. There are enough retired military here in this area to form a brigade at least.

**fistv**
My Comments
Member Since:
5/11/2007

---



**windgap927**
My Comments
Member Since:
2/16/2007

**43 of 50**

On Feb 1, 2008 at 09:30 AM, windgap927 said:

If I were the police I wouldn't want volunteers anywhere near a possible crime scene. You know you aren't looking for a live person, so the priority is to preserve the scene. Chances are, if this is some sick ---- that lives around here, he would be the first to volunteer, to get a kick out of watching everyone. Maybe I do need to stop watching television. Oh, and yes, it isn't normal to have body parts in bags on the side of the road, but it isn't an isolated incident. Just google dismembered body, you get about 1000 search results. The worst thing this whole thing did to me is make me realize people do this type of thing to eachother quite frequently.

*Edited 2/1/08  by  windgap927*



**flstv**
My Comments
Member Since:
5/11/2007

**44 of 50**

On Feb 1, 2008 at 10:28 AM, flstv said:

You'll notice I said 'trained' people, most city and high population police depts use academy students to search large areas, so what separates a 2 week academy student from a trained volunteer. It does not take being a rocket scientist to be trained in the basics of not contaminating a scene. Taking your point of view then the thousands of members of SAR teams get people intentionally lost so they can go look for them. Part of my EMT training in NJ when I lived and was stationed there were a few blocks of instruction on exactly that, try not to damage the scene unless it puts the patient in more danger.
Go south and west of here and there are volunteer SAR teams all over the place, equipped with ATV's, horses, 4 wheel drives and they get used quite a bit, mostly to retrieve lost hunters and hikers but for other things as well. People seem to think that because you graduated a police academy you are something magical, they are just people like you and me that work in the field of law enforcement, no different than most other people other than a sense of duty which 80% of the population lacks. Pa state police though, they have it tough, they are more alone than say NJ where a dozen troopers pop out of the woodwork and can respond within a few minutes, my hats off to our state police.



**VinMan**
My Comments
Member Since:
12/27/2006

**45 of 50**

On Feb 1, 2008 at 10:35 AM, VinMan said:

got more good news; It happened right in your own back yard in the 80's and even made unsolved mysteries with Robert Stack. Long Pond Road past the emerald Lakes main entrance coming from 940. A little ways past the main entrance there is a small community on the right hand side of the road just before you get to the Emerald Lakes Estates. A Trailer in th e back. They were digging up the Guys yard and Basement. I cannot seem to remember this guys name but I can tell you I talked with him about this one time and he got really ticked. I figured I needed to drop it, (s). He was

accused of killing someone and dismembering the body and burying it. they never did find it and if guilty, he got a way with it.

**46 of 50**



On Feb 1, 2008 at 01:02 PM, windgap927 said:

I know you said trained, little penguin guy, but there aren't many trained people who could volunteer. Firemen were out there. And how can you trust EMT's, the one where I lived hired an "alleged" rapist.

**windgap927**
My Comments
Member Since:
2/16/2007

**47 of 50**



On Feb 1, 2008 at 01:04 PM, windgap927 said:

I am too young to remember that event, but I did see it on unsolved! Man, in the 80s, Long Pond seemed like it was hours away from Stroudsburg!!!
*Edited 2/1/08  by  windgap927*

**windgap927**
My Comments
Member Since:
2/16/2007

**48 of 50**



On Feb 1, 2008 at 01:21 PM, Douglsles said:

How can you trust EMTs? That's got to be one of the most outrageous things I've ever heard. You'd change your tune if your heart stopped and some un-trustworthy EMT shocked life back into your ars!

**Douglsles**
My Comments
Member Since:
1/30/2007

**49 of 50**



On Feb 1, 2008 at 01:24 PM, windgap927 said:

You would change your tune if this particular EMT came to your house to help your daughter who was alone and raped her. He was all in the news, he was a bus driver when he "allegedly" raped a 15 year old. So, they hired him as an EMT. Good thinking! I used to trust EMT's. I think 99.9 percent of them do an amazing job. But what I was saying is, you just cannot trust anyone. To have non-police walking around a crime scene, could be the killer. Not that a cop couldn't have done it, but you just gotta hope on that one.

**windgap927**
My Comments
Member Since:
2/16/2007

**50 of 50**



**On Feb 1, 2008 at 01:42 PM, Dougisles said:**

Alright, fair enough, especially when you mentioned 99.9% of the time.

**Dougisles**
My Comments
Member Since:
1/30/2007

**Discussions**            1 2 3 4 ⑤            **Keep Reading**

Mountie wrestlers beat Cavs to win
Grappler's Pride Trophy • Page C1

Hazleton's Barletta explores run for
Congress against Kanjorski • Page A3

# Pocono Record

THURSDAY
January 31, 2008

**Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com**

Volume 114, No. 305         © Copyright 2008         50 CENTS

# DeNaples indicted

## Mt. Airy owner accused of lying about connections to mobsters

**By MARC LEVY**
Associated Press Writer

HARRISBURG — Louis A. DeNaples, the owner of Mount Airy Casino Resort in Swiftwater, was charged with perjury Wednesday for allegedly lying about his relationships with organized crime figures to win a lucrative gambling license, and state regulators quickly barred him from the business.

DeNaples, who opened Mount Airy in October, was charged with four counts of perjury after a seven-month investigation by a Dauphin County grand jury into what he told state gambling regulators during a pre-license background investigation. His company, Mount Airy No. 1 LLC, also was charged.

Contrary to DeNaples' statements to the Pennsylvania Gaming Control Board, the grand jury found that the 67-year-old businessman had close relationships with William D'Elia, the reputed head of a Scranton-area organized crime family, and the late Pennsylvania organized crime boss Russell Bufalino.

The grand jury's 23-page presentment said the family relationship between D'Elia and DeNaples ran so deep that, after DeNaples' father died, DeNaples gave his father's rosary beads to D'Elia. Bufalino once gave DeNaples the ring he was



Dauphin County District Attorney Ed Marsico fields questions during a Wednesday press conference announcing the indictment.

wearing after DeNaples complimented it, the grand jury said.

Prosecutors said DeNaples also lied during the background investigation

See **INDICTED**, Page A2

More online: **www.poconorecord.com**
For more on the DeNaples story, including a PDF of the grand jury presentment and background on Mount Airy Casino Resort, visit **www.poconorecord.com/mtairy**

Louis DeNaples

## DeNaples' rags-to-riches story marred by 1978 guilty plea, rumors of mob ties

**By MICHAEL RUBINKAM**
Associated Press Writer

Few insiders bet against Scranton-area businessman Louis DeNaples when he bought the shuttered and decaying Mount Airy Lodge resort for $25 million and declared his intention to enter Pennsylvania's budding slot-machine casino industry.

DeNaples, 67, had just about every-

thing going for him: He was powerful, wealthy and well-known in northeastern Pennsylvania. He had given lavishly to politicians of all stripes. And his main competitor for a highly coveted slots license was an interloper from New Jersey.

So it was hardly unexpected when

See **DENAPLES**, Page A2



Anne Neeb
Pennsylvania Gaming Control
Board executive director

## Gambling license suspended; Mt. Airy to continue operation

**By HOWARD FRANK**
Pocono Record Writer

The indictment of Mount Airy Casino Resort owner Louis DeNaples and suspension of his Pennsylvania gaming license will not close the doors at the casino resort, not now or any time soon.

DeNaples was indicted Wednesday by a Dauphin County grand

jury for perjury — allegedly lying to the state gaming officials about his ties to organized crime.

The Pennsylvania Gaming Control Board immediately suspended his license to operate a casino. Mount Airy will continue to operate under the direct supervision of

See **MT. AIRY**, Page A2

ASSOCIATED PRESS

# Autopsy fills in a few blanks on body parts found on highway

**By BETH BRELJE**
Pocono Record Writer

An autopsy on the remains found Tuesday along Interstates 80 and 380 has shed more light on the woman whose body was butchered and scattered in trash bags along the highway shoulder and median.

Monroe County Deputy Coroner Cindy Skrzypek on Wednesday officially labeled the cause of death homicidal violence. The manner of death is listed simply as homicide.

The woman, who has not been identified, suffered multiple violent injuries,

**COMING FRIDAY**
■ On the road as police hunt for evidence.
■ Criminal profiler gives his view of the case.

any of which caused her death, according to state police.

While at least eight bags of body parts were found along the two interstates in Monroe and Lackawanna counties, quite a bit of her body is still missing. However, a vague description of the victim is forming.

Skrzypek said it was hard to tell how old the victim was. She was white with

dark hair with some gray mixed in. She was about 5-foot-7 and heavyset.

Police say more details about the woman, including a likeness of her face, will be available at a later date.

"It will probably be pretty hard to make an ID," Skrzypek said.

Identifying the victim is a starting point for solving the crime, but in cases like this, it becomes the first stumbling block. For example, in 2002, a man's dismembered body was found in two burn barrels in Jackson Township. Skrzypek said it took nearly a year to identify that victim.

Skrzypek traveled along the interstate with police Tuesday identifying the body parts as they were found at eight locations.

When asked how first responders deal with the grisly scenes, she said, "We treat the body with just as much respect as if it was a full body. We really try to do this with respect. It was a mentally challenging day."

The search for more bagged body parts continued Wednesday. "We will be continuing (to search) for the next couple of days," state police Lt. Robert Bartal said. "We have a pretty large

area."

High winds prevented state police from using a helicopter, but weather permitting, police will fly over today for a better view of the interstate.

A state road worker salting I-380 discovered a bag containing the woman's head at about 9 a.m. Tuesday in the median in Coolbaugh Township.

The highway was closed and traffic was diverted as troopers combed the road shoulders and medians. They found at least eight bags containing body parts along Interstates 80 and 380 from Stroudsburg to Gouldsboro.


TODAY'S FORECAST
Mostly sunny.
High 32/36. Low
25/27.
Weather, B6


poconorecord.com/superbowl
How well do you know the Bowl? Find out on our interactive page with quizzes, strategies & more.

**INSIDE the RECORD**

| | | | |
|---|---|---|---|
| ADVICE & BRIDGE | B5 | ENTERTAINMENT | B5 |
| BUSINESS | B5 | HOROSCOPE | B5 |
| CLASSIFIED | D14 | LOCAL & REGION | A3 |
| COMICS, PUZZLES | B4 | LOTTERY | A2 |
| | | OBITUARIES | D14 |
| | | OPINION | A4 |

| | |
|---|---|
| POCONO LIFE | B1-2 |
| PUBLIC NOTICES | D1 |
| SPORTS | C1-4 |
| TV & WEATHER | B6 |
| U.S. & WORLD | A5 |
| YOUR COMMUNITY | A3 |

## INDICTED

From Page A1

about his dealings with two figures in Philadelphia's recent municipal corruption scandal — Ron White and Shamsud-din Ali.

"I'm confident that the questions were clear, and that there could be no misunderstanding as to whether or not Mr. DeNaples understood those and he answered falsely," Dauphin County District Attorney Ed Marsico said during a press conference. "There are serious ramifications, and there should be."

Each perjury count carries a maximum penalty of seven years in prison plus stiff fines, Marsico said.

### 'This fight has only just begun'

Mount Airy Casino Resort spokesperson Kevin Feeley made no effort to hide his contempt for both the charges against DeNaples and the process leading them.

"I think it's outrageous but not surprising that this DA

(Marsico) would share his findings with reporters throughout the state, without bothering to give Mr. DeNaples the simple courtesy of notifying him of what was happening.

"To us it's just another example of prosecution by press headline, which has been going on in this case from the beginning," he said.

Feeley complained that leaks to the press put DeNaples at a disadvantage. "In reality we haven't had the same chance as many reporters have had across the state — not seeing the evidence to even comment on it," he said.

But Feeley said DeNaples was, in a way, relieved. "This is clearly not the best day of his life, but in some sense he's actually relieved this is out in the open and he will have a chance to fight the charges.

"Mr. DeNaples is glad we're finally moving from the rumor mill to the courtroom. He will prove that he is innocent of these charges," Feely said.

And he added, "This is a fight that has only just begun. We intend to win."

DeNaples is expected to turn

himself in within a few days, prosecutors said.

This is the second indictment handed down by the Dauphin County grand jury. The grand jury previously charged the Rev. Joseph F. Sica, a Roman Catholic priest and DeNaples' friend, with perjury. Prosecutors said Sica lied to the grand jury about his relationship with Bufalino.

### Mount Airy to keep running

The emergency suspension of DeNaples' license allows Mount Airy to continue operating, but prohibits him from exerting control over it, profiting from it or even stepping inside it. The gaming board will decide next week whether to let Executive Director Anne Neeb's order stand, and Mount Airy's management, which includes DeNaples' daughter, for the time being will report to the agency.

DeNaples, whose interests stretch from banking to landfills to real estate, cuts a large figure in northeastern Pennsylvania, giving generously to schools, charities and political campaigns. For years, he also had drawn the attention of law-enforcement

agents investigating the once-powerful Scranton-area mob.

The gaming board wired unanimously to license the casino in December 2006. Its exhaustive background investigation into DeNaples found nothing to prevent him from being licensed, the gaming board said.

He won the license despite pleading no contest in 1978 in a scheme to defraud the federal government and the appearance of his name in various state and federal intelligence reports on organized crime over the years.

### Dozens of witnesses testified

Dauphin County prosecutors brought the case to the grand jury last year after reviewing information given to them by state police investigators, according to court documents.

Dozens of witnesses, including DNRs and former Philadelphia Mayor John F. Street, appeared before, or gave testimony to, the grand jury. D'Elia is in federal prison awaiting trial on charges of money laundering and conspiring to kill a prosecution witness in a separate case. DeNaples did not testify be-

fore the grand jury.

In its presentment, the grand jury cited testimony from other witnesses to challenge DeNaples' statements.

For example, DeNaples told the gaming board he knew D'Elia only as a customer of his bank who occasionally patronized his auto-parts store. The grand jury said DeNaples had a "close relationship with D'Elia spanning many years," that DeNaples was a guest at D'Elia's daughter's 1999 wedding and that DeNaples' unlisted home telephone number was found in an address book that police seized from D'Elia's car in 2006.

DeNaples told the gaming board he knew Bufalino "only by name." In the 1970s, the panel said, Bufalino gave DeNaples three suits to wear to meetings after his home was struck by fire. DeNaples also gave Bufalino, a mechanic, two junked Fiats to work on, the grand jury said.

Bufalino served lengthy prison terms in the 1970s and '80s and died in 1994.

DeNaples told gaming board investigators that he could not

clearly remember ever meeting Ali and that he had no interest in Ali's proposal to ship waste from Philadelphia to DeNaples' landfills. The grand jury, however, cited a telephone conversation the FBI recorded in 2002 in which DeNaples told Ali, "it would be business for us and we'd be very appreciative if we got it."

DeNaples also denied knowing or doing business with White. Other witnesses invalid a meeting in DeNaples' office in which he "ranted" about not being able to reach White by telephone after he gave him $50,000, according to the presentment.

White, a key fundraiser for Street, died of cancer in 2004 before he was to be tried as the central figure in a separate federal investigation of Philadelphia's "pay-to-play" culture. Ali, a prominent Muslim cleric in Philadelphia, is serving a seven-year prison term that stemmed from the probe.

*Pocono Record Writer Howard and Frank contributed to this report.*

## DENAPLES

From Page A1

the Pennsylvania Gaming Control Board gave its unanimous approval to DeNaples in December 2006, awarding him a license after what it called an "extensive investigation" into his background.

But now that a grand jury has accused DeNaples of lying to the board about his relationship with a pair of reputed mobsters, the owner of the $412 million Mount Airy Casino Resort is under fresh scrutiny — as is the process by which Pennsylvania was supposed to shield its newest industry, slots, from organized crime.

"This particular license has been fraught with problems from the very beginning," said Rep. Doug Reichley, R-Lehigh, a slots critic. "It has raised a lot of concerns about the manner in which the license was awarded."

The gaming board has said that its background investigation of DeNaples turned up

nothing to indicate he was of "unsuitable character" to own a casino.

Indeed, he came with a sparkling resume.

### FROM HUMBLE beginnings

(his family couldn't afford to send him to college), DeNaples built an empire that includes two landfills, an auto parts store, and interests in banking, real estate, garbage disposal, heavy equipment and scores of other businesses.

He has said he owns and operates nearly 100 businesses. His land holdings are vast. He's held seats on a number of boards, including Blue Cross of Northeastern Pennsylvania.

DeNaples is also a philanthropist, donating large sums to Scranton Preparatory School — where he sent his seven children — the University of Scranton, the Roman Catholic Diocese of Scranton, the United Way and many other charitable and nonprofit institutions.

The lone blemish on his record, a felony conviction from 1978, did not disqualify him from getting a casino license

leged underbosses of the Bufalino crime family of northeastern Pennsylvania, bribed the bold-out juror's husband with $1,000, a set of tires and a pocket watch to influence his wife's vote.

Osticco was convicted and sentenced to eight years in prison. DeNaples himself was never accused of wrongdoing and he denied having any knowledge of jury tampering.

### DENAPLES' SUPPORTERS say

he has long since redeemed himself for a 30-year-old mistake.

Sal Cognetti Jr., the former assistant U.S. attorney who prosecuted DeNaples, recently acted as a character witness on his slots application.

"You judge a man by his whole life, not something that happened 30 years ago and I think when you judge Mr. DeNaples by his whole life, he is an honorable person," Cognetti told the gaming board in October.

But while DeNaples has been able to put his Agnes woes behind him, he has been less suc-

cessful at shaking persistent rumors about the mob.

Some of the information connecting DeNaples to the Mafia is contained in old reports by the Pennsylvania Crime Commission. The state agency investigated organized crime and public corruption, but wielded no prosecutorial power and was disbanded in 1994 amid criticism that it treated rumor and hearsay as fact.

Commission reports from the 1980s said that William D'Elia, a reputed member of the Bufalino crime family of northeastern Pennsylvania, sold space at DeNaples' Keystone Sanitary Landfill. Informants later alleged that DeNaples paid "protection money" to D'Elia.

According to a 2001 federal affidavit, one informant claimed that DeNaples and D'Elia met weekly for many years and that "DeNaples has become a rich man through D'Elia's contacts in New York and New Jersey."

While under law enforcement surveillance, D'Elia was twice

spotted visiting DeNaples Auto Parts in Dunmore, according to the affidavit, which was filed in support of a search warrant for D'Elia's car and home. DeNaples was not charged, nor were his properties targeted for searches.

Prosecutors said DeNaples also lied to the gaming board when he denied any connection to the late Russell Bufalino, a notorious mob boss from Scranton who died in 1994 at age 91.

Bufalino was said to have helped organize the infamous 1957 summit of Mafia bosses in Apalachin, N.Y., which was broken up by police. A Senate subcommittee once called him "one the most ruthless and powerful leaders of the Mafia in the United States." D'Elia, who once served as Bufalino's driver, allegedly took control of the remnants of Bufalino's organization in the early 1990s.

Rep. Paul Clymer, R-Bucks, an outspoken gambling critic, says DeNaples political connections were the No. 1 factor in getting a gambling license.

Campaign finance reports show that DeNaples has given heavily to Republicans and Democrats alike, pouring more than $500,000 into Pennsylvania politicians' coffers in 2004 and 2005 alone. Among the recipients of his largesse was Senate Democratic Leader Robert J. Mellow of Lackawanna County, who twice appointed people to the gaming board with at least indirect ties to DeNaples.

## MT. AIRY

From Page A1

Anne Neeb, gaming control board executive director. The board said it was unlikely to revoke the license until DeNaples' due process is served regarding the criminal matter.

But whatever eventually happens to DeNaples and the casino is up to the gaming board, the agency that issued the slots license to DeNaples in 2006.

Pennsylvania's slots law says the gaming board can revoke DeNaples' license if it finds he has furnished false or misleading information to the board, but if he has broken any laws. But here's the catch. Gaming law says that

termination of the license must be in the public interest. With almost 1,000 employees working at Mount Airy and millions in tax revenue pouring into the state treasury, closing the doors is a hard argument to make.

If a slots license is revoked, it cannot be transferred to another owner without going through the same application process that led to the original awarding of the license. The licensee's authorization to conduct slots operations is immediately terminated, and all fees paid are forfeited. That includes the $50 million DeNaples plunked down for the license.

Neeb, an attorney with an extensive background in gaming enforcement, served in the same capacity with the Louisi-

ana Gaming Control Board.

The board's executive director can, as she did in DeNaples' case, issue an emergency order to suspend a license. But DeNaples has the right to request a hearing on the matter within 72 hours with either the executive director or the Bureau of Hearing and Appeals. And he also has the right to have a hearing with the full board.

If an event occurred affecting an applicant's suitability for a license, the gaming board's Bureau of Investigations and Enforcement would be asked to conduct an investigation. The findings would then be turned over to the board's Office of Enforcement Counsel, which would review the facts to determine if they are significant enough to warrant revoking the license.

If such a determination is made, the board would have discretion to hear the evidence or have the Office of Hearing and Appeals review it and make a recommendation to the board. A hearing would be held, and the board would render its decision. Once the board renders a decision, a licensee can pursue an appeal with the state Supreme Court.

Back and Neck Pain
All Orthopedic injuries
Sports, Work, & Auto Injuries
Health and Fitness
Performance Enhancement Specialist

**Summit**
Physical Therapy

Most Insurances Accepted
Early, Late, and Saturday Appointments

Jeffery J. Sukenick, MSPT, Cert. PES
Rt. 940 • Pocono Summit • **(570) 839-8818**

**Free Custom Fit Orthotic Evaluation With Ad**

FLIPPED OUT OVER HIGH
INSURANCE RATES?
GIVE US A CALL - WE'LL GET
YOU STRAIGHTENED OUT

**ROBERT A. LAUBSCHER
INSURANCE AGENCY**

Great Low Rates on
Auto & Life Policies

432 Sterling Rd.
Rt. 196 Mt. Pocono      **(570) 839-2600**

THURSDAY'S DEAL
OF THE WEEK!

Two Plain Slices
One Medium Drink
for **$2.95**

**Luigi's**
Pizza Palace

Eagle Valley Mall, Route 447
Pocono Plaza Mall


**FREE!**
**1st Month's Rent***
**Use Of Move In Truck***

**Chestnuthill Self Storage**
Route 209, Sciota, PA
**570-992-3545** • www.chestnuthillselfstorage.com


**DONATE CARS!**
TRUCKS
BOATS / RVs
Help Fight **CHILDREN'S CANCER**
Running or Not - No Restrictions
All receipts & IRS Forms given On The Spot
***Gift* TAX DEDUCTIBLE**
**RECEIVE FAIR MARKET VALUE!!!**
Same Day Free Pick Up
American Children's Society, Inc.
Manalapan, NJ
**1-800-694-9335**

### LOTTERIES

Numbers drawn
Wednesday, Jan. 30, 2008

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: 3-2-1
MIDDAY BIG Four: 3-0-5-0
TREASURE HUNT: 2-9-25-29-30
DAILY: 7-2-5
BIG FOUR: 5-9-5-4
CASH FIVE: 2-17-18-28-29
Updates: Two players matched five numbers to win $158,467 each.
POWERBALL: 2-27-41-54-55
Power ball: 17
Multiplier: 2

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: 7-3-4
MIDDAY PICK FOUR: 4-0-9-1
PICK THREE: 1-3-7
PICK FOUR: 2-0-7-2
CASH FIVE: 2-17-21-31-34

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: 1-7-1 Lucky Sum 9
MIDDAY WIN FOUR: 4-5-6-4-1 Lucky Sum 19
DAILY NUMBER: 7-3-2 Lucky Sum 12
WIN FOUR: 4-5-7-0 Lucky Sum 16
PICK TEN: 4-12-13-15-20-24-33-35-37-43-53-55-58-61-64-65-74-75-78-79

**POCONO RECORD**
Your home. Your neighbors. Your news.

How To Reach Us
News / Advertising / Subscription Services / Customer Service

First match | New search | More Like This | Printer Friendly Version | Log Out

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/01/31 Thursday Page: B8 Section: NEWS Edition: Bethlehem Size: 280 words

# Body parts search goes on

## AUTOPSY SHOWS DEATH A HOMICIDE. Eight bags of remains found.

ALLENTOWN | The death of a woman whose head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains was ruled a homicide Wednesday.

Autopsy results show that the victim, whose identity has not been determined, suffered "multiple violent injuries, any of which caused her death," state police said in a statement.

Police planned to release more details about the victim, including a likeness of her face.

A state road worker salting Interstate 380 discovered a bag containing the woman's head about 9 a.m. Tuesday in the median in Coolbaugh Township, Monroe County.

The highway was closed and traffic was diverted as troopers combed the road shoulders and medians. They found at least eight bags containing body parts along 5 miles of Interstate 80 and 15 miles of I-380 stretching from Stroudsburg to Gouldsboro.

Officials said it is possible there are more body parts and plan to use a helicopter to assist about 20 troopers on the ground searching for additional remains. An aerial search was called off Wednesday due to high winds, state police Lt. Robert Bartal said.

"We will be continuing (to search) for the next couple of days," he said. "We have a pretty large area."

Police said the victim was white and heavyset, about 5-foot-7, and had dark hair with some gray mixed in. Her remains were taken to Lehigh Valley Hospital, where an autopsy was done Wednesday afternoon.

Police said they are not sure how long the remains had been along the highway. Troopers are reviewing missing persons reports from three states and are also pursuing other leads, Bartal said Wednesday.

**PHOTO CAPTION:** Pennsylvania state troopers wait Tuesday for the Monroe County coroner at the interchange of Interstates 80 and 380 near Tannersville, Pa., where body parts of a woman were found near the road. **CREDIT:** By AP PHOTO

**TAG:** et2008-47a214818e

**URL:** <a href="/texis/search/story.html?table=et2008&id=47a214818e">Body parts search goes on</a>

## *Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway*

CNN NANCY GRACE 8:00 PM EST

January 31, 2008 Thursday

Copyright 2008 Cable News Network All Rights Reserved.

**Section:** NEWS; Domestic

**Length:** 7141 words

**Byline:** Nancy Grace, Kareen Wynter, Rupa Mikkilineni

**Guests:** Ian Drew, Bethany Marshall, Susan Moss, Randy Zelin, Joe Jackson, Dr. Daniel Spitz

**Highlight:** Escorted by more than a dozen police officers and two helicopters, pop star Britney Spears is taken from her home to the hospital by ambulance for a psychiatric evaluation, this time reportedly at the behest of her own psychiatrist. Eight trash bags containing the body parts of a single woman are found strewn along the side of a Pennsylvania highway.

## Body

NANCY GRACE, HOST: Tonight, breaking news. Music superstar Britney Spears`s alleged string of wild and erratic behavior -- has it cost her custody, and now even visitation with her two toddler boys? A police convoy the length of a football field escorts the 26-year-old mom, once again strapped to a gurney, to UCLA`s Medical Center, where tonight she`s on a medical evaluation hold. Well, just weeks ago, Spears rushed to the ER after a custody stand-off at her own LA home. That late night drama and an emergency court hearing ended in Spears losing all and any visitation rights for her two little boys.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Breaking news. Troubled pop star Britney Spears is back in the hospital. Los Angeles police tell CNN they responded to Spears`s home and transported her to a local hospital. She was apparently physically removed and taken by ambulance. You can see the video there. "The Los Angeles Times" is reporting Spears is being held on a 72-hour mental health evaluation at UCLA Medical Center. The paper is also reporting all of this was prompted by a call from her psychiatrist. This is the second time Spears has been taken from her home and hospitalized on a mental health hold in just a month.

UNIDENTIFIED FEMALE: Does it hurt you in a child custody case if you had to be treated for a diagnosed mental illness? Does that affect whether or not you`ll ever be able to be with your kids?

(END VIDEO CLIP)

GRACE: And tonight, live to the luxury resort destination, the Poconos. The police discover a real-life Dexter (ph) at work, dismembered body parts found in eight separate garbage bags, still unidentified.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Investigators say bags of body parts were found at seven other sites along Interstates 380 and 80. They believe the body parts belong to one light-skinned female.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Also tonight: Is there a break in the case of missing American teenage beauty Natalee Holloway? The 19-year-old vanished on her class trip to Aruba. A Dutch reporter claims months of high-tech secret surveillance will crack the case and prove what happened the night Natalee Holloway disappeared.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Prosecutors in Aruba say they`re investigating new clues in the disappearance of Natalee Holloway. I know we`ve heard this before, but listen to this. They say they have new evidence from a Dutch crime reporter, and the information may help resolve what happened to the Alabama teen, which was one of the biggest mysteries in this whole thing. The prosecutor`s office in Aruba says it is now intensifying its probe. Holloway disappeared while on a trip to Aruba back in May of 2005. A Dutch teen and two others were arrested and released a number of times. Prosecutors dismissed their case, though, against all three last month. They say there wasn`t enough evidence to charge them.

(END VIDEO CLIP)

GRACE: Also tonight: Galveston, Texas, the manhunt for a 21-year-old father intensifies after his tiny 3-month-old baby boy wearing nothing but a diaper is found dead by the side of an isolated boulevard, a carseat not far from the baby`s body. Was the little baby thrown out of a car? Tonight, police tracking Travis Mullis, the baby`s own father.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: You can see the outline, the scene of the crime. It`s an area on Galveston Island where someone discarded a child`s body. He was wearing only a diaper.

UNIDENTIFIED MALE: I`ve never seen nothing like this! Oh, my God, it`s a baby! God!

UNIDENTIFIED FEMALE: The baby was found lying face down on Galveston`s east end. Autopsy results show the child died of massive head trauma. Authorities tell Eyewitness News the baby did not from the impact of hitting the ground. Father, 21-year-old Travis Mullis, lived in this trailer in Alvin. The man who says he lives in the trailer says the couple was homeless, jobless and had no money. He says Mullis took off with the baby about 6:30. Mullis has not been seen since.

(END VIDEO CLIP)

GRACE: Good evening. I`m Nancy Grace. I want to thank you for being with us. Tonight: Britney Spears reportedly back in a mental ward. What does that mean for custody of her two toddler boys?

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Right around 1:00, more than a dozen officers, most of them on motorcycles, several cruisers and the rescue ambulance came in through the front gate. They were in there for about 10 minutes before on the radio, you could hear, The package is on the way out, and then, Go, go, go and secure (ph) the gate.

UNIDENTIFIED FEMALE: What is happening is she`s been put in for a 72- hour evaluation hold. There are several rights that she has. She can have visitors. She can refuse medication, which is an important thing. She can wear her own clothes. She can write to people. She can refuse to have her picture ID taken. But right now, she`s being evaluated. It`s (INAUDIBLE) thorough evaluation. It`s a complete psychiatric evaluation. There`s a full interview. There`s lab work. And after that, the next thing that`s going to happen is they`re going to determine whether or not the legal criteria is met to have her held for another 14 days. It is possible that she will be held, that a judge will determine she`s a danger to herself or to others, or a medical professional will determine that, and we may see her get the help that she needs, which I think, in my view, could be helpful to having her get some sort of visitation or limited custody of her children.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Or does it mean the end of any custody or even visitation for Britney Spears, reportedly once again in a mental ward. And what does it mean, "durable power of attorney," "power of attorney"? Not only are her custody rights in question, but her entire estate, amassed over years since she was a teen star in the hands of someone else?

Out to Kareen Wynter, CNN correspondent. What happened?

KAREEN WYNTER, CNN CORRESPONDENT: Well, Nancy, it was deja vu all over again. In fact, when I got the call this morning at 1:00 o`clock that this was breaking and that we needed to head out to UCLA Medical Center, I had to check the calendar. It felt like January 3 all over again, when Spears was initially hospitalized earlier this month.

Well, what we`ve been able to learn -- and we`ve just gotten so little information all day long. Lynne Spears, by the way, told some of the paparazzi that her daughter was resting at the medical center. Nothing from hospital officials, but TMZ has been reporting that it was her psychiatrist who staged this dramatic intervention, that things had gotten so bad that something had to be done, and that he even went as far as working with local law enforcement officials to orchestrate getting them in there. We saw the chaos that happened the last time, and the paparazzi right on her heels, following her on the gurney, following her as she was transported to the hospital, and that they did not want this the second time around.

And so they worked with police, and you saw what happened. It was a smoother transition to the hospital, where we believe she`s getting the help that she needs in the form of mental evaluation, Nancy.

GRACE: Also with us, Ian Drew, editor-at-large with "US Weekly." Ian, the paparazzi are constantly camped out right there in her driveway, right outside her home. In fact, police have been there on numerous occasions over the last few weeks just to make them go away. That`s enough to put anybody in the nut ward!

IAN DREW, "US WEEKLY": Exactly. And it`s gone on for years. This is the thing. I mean, this is, like, over 10 years of this. And not only that, she`s invited them in. It was a Pandora`s box. She worked with them in the beginning. She sold photos of herself continually, all through her marriages and her children, and up until most recently was dating one. So she`s let these people into her life, into her home, and it just gets worse and worse and worse. But we now see this is not the action of someone who`s mentally sound.

GRACE: You`re watching video from TMZ that broke the story today.

Back out to Kareen Wynter. Tell me where she is exactly. Is the family supporting her or being cooperative? What are the circumstances surrounding her going back into, reportedly, a mental ward today? Was her family supporting her? Were they against it? What happened?

WYNTER: To be honest with you, Nancy, we`re not inside Britney`s world, her camp. But it`s this Sam Lufti, this manager/friend that`s been by her side constantly in the last several months. He`s really the closest thing to Britney. He`s calling the shots. We see him accompanying her to court when she has her hearings. And so we believe that he`s the one who actually worked, perhaps, with her psychiatrist to get things going here.

We`ve seen Britney Spears with the paparazzo who is allegedly her boyfriend. And he hasn`t been happy about that relationship. But regarding the mom, Lynne Spears, she came back into the picture. Interestingly enough, earlier this week, we saw her come in. And you know, Britney Spears and her mom, they`ve had a very strange relationship. You know, one report will say it`s back on, another report that it`s struggling (ph). But anyways, they have reportedly been battling it out, Nancy. That`s why Sam and Lynne Spears -- but we`re told that Sam is the one that really, really worked to get Britney Spears back to the hospital.

GRACE: I wonder what`s going to happen to her estate while she is in, reportedly, a mental ward, talk of a power of attorney or a durable power of attorney given to someone else while she is in the hospital. What does that mean to all those millions she has amassed?

Out to the lines. Leeann in Wisconsin. Hi, Leeann.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED FEMALE: Hi, Nancy. My question is, why have they let this poor girl go into this downward spiral for so long? And can they possibly ticket the paparazzi for harassment? I mean, it just seems like this poor girl can`t get away from them, and she`s going into this downward spiral.

GRACE: Well, that`s an interesting thing, Leeann, because -- to Ian Drew with "US Weekly" -- Ian, I understand that several paparazzi were ticketed for reckless driving just recently.

DREW: Yes. I mean, the cops can only do so much, especially with the laws. But again, I need to stress Britney`s someone who`s let these people in. She used to tip them off...

GRACE: Ian, that is...

DREW: ... where she was going...

GRACE: ... no excuse for them following her so closely at dangerous speeds and switching lanes, to the point where police actually pulled the paparazzi over and gave them tickets. Do I have to say Princess Diana, Ian, for you to sit up and pay attention to what is happening to Spears? Yes, she`s dating a paparazzi. So what? Does that mean she should be tracked down like a dog everywhere she goes? I don`t think so.

To Bethany Marshall, psychoanalyst and author. What`s happening, Bethany?

BETHANY MARSHALL, PSYCHOANALYST: I`ve got to stick up for Ian here because I think it`s easy to find villains in this story -- the mother, Sam Lufti or the paparazzi. But for all we know, if she has a dual diagnosis condition, which is bipolar with substance abuse, the paparazzi may have become her support system because you think of bipolar -- there`s hypersexuality, impulsivity, racing thoughts, mania, difficulty sleeping. And my understanding is she leaves the house at all hours, goes and drives, comes back home. There`s no true errands being run, so there`s kind of a restlessness that you see even with a -- either with a speed-based drug use or the hypomanic portion of a bipolar illness. But I think she may be using the paparazzi as, like, a false support structure, and that has to be replaced by the support structure of the hospital, like an inpatient psychiatric setting where she can get a full evaluation.

GRACE: Bethany, you mentioned bipolar and you mentioned various -- the possibility she`s using various drugs. PS, everyone. You are watching the video from Hollywood.TV.

Bethany, she`s under a 5150 hold. Explain.

MARSHALL: Well, what that is is an involuntary 72-hour hold. A police officer, a psychiatrist, anyone can call 911, have the police come over, evaluate her. She`s held involuntarily until she`s deemed that she`s no longer a danger to herself or others. She can be released prior to the ending of the 72 hours if she demonstrates good mental health.

GRACE: Wait. I don`t understand something, Bethany. If this had been planned for at least a day, this was not -- her going to the hospital today is not the result of some emergency. This was a planned trip to the hospital. So how can that be involuntary?

MARSHALL: Well, this is interesting because you mentioned staged intervention. I would imagine that her psychiatrist knew that he was going to have to call 911 or the police, and he put some careful planning in place so that it wouldn`t so chaotic and so she wouldn`t be compromised. But nonetheless, once she gets to the hospital, the treating psychiatrist or M.D. can place her on an involuntary hold if she is deemed a danger to herself or others. And at that point, there is nothing she can do, or the family or anyone else.

GRACE: Out to the lines. Ryan in North Carolina. Hi, Ryan.

UNIDENTIFIED MALE: Hi, Nancy. I got a question. I`m on a cell phone.

GRACE: OK.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED MALE: My name`s Ryan O`Donovan. And I want to ask you a question. Who pays? Do taxpayers pay for all this? I mean...

GRACE: Excellent question. Bethany Marshall, psychoanalyst, do taxpayers have to pay for this?

MARSHALL: Well, no. I mean, let`s say if you have insurance -- taxpayers could ultimately pay for it if you`re destitute and you have no resources. But then you get shipped off to County or someplace where they have those kind of county beds available. If you have resources or a good insurance policy, they are going to take that insurance and you are going be billed after the stay.

GRACE: The only thing, at this point, I can see the taxpayers being stuck with regarding the bill is the police entourage the length of a football field. That`s more than the president gets when he comes to New York. Britney Spears had police protection the length of a football field.

Let`s unleash the lawyers -- Susan Moss, New York, Joey Jackson, New York, Randy Zelin also joining us from New York. Susan Moss, weigh in.

SUSAN MOSS, FAMILY LAW ATTORNEY: For Brit, this is the best thing since the creation of the wig. This is just what she needs. She needs to go in and get the help. If she is bipolar, then she needs to be put on medication and she needs to be carefully monitored. That`s the only chance she has of getting back access to see her children. This judge has been put in the position that for the best interests of the children, he cannot let her have access to these kids.

GRACE: To Joey Jackson. Address the issue of power of attorney.

JOEY JACKSON, DEFENSE ATTORNEY: Sure, Nancy. Well, initially, we have to say this. The power of attorney is simply a document which a principal, in this case Britney Spears, can give to an agent. Now, what happens, Nancy, is this. When you give somebody power of attorney, they act as your agent for all purposes.

Now, before you mentioned the distinction between durable and non- durable power of attorney. What a durable power of attorney means is that it survives any disability or mental illness you have. As long as you`re competent at the time that you execute that document, as long as Britney Spears is competent at the time she executes it, the person who`s her agent can, in fact, have influence over all of her financial transactions and everything else. Now, a non-durable power of attorney, Nancy, I don`t think would be applicable here because that simply applies usually for things that are specific transactions -- a limited real estate transaction. Once that`s done, it`s over. So finally, you know, that`s pretty much what it is.

GRACE: Right. To Randy Zelin. Let`s follow up on something Joey Jackson just stated: You have to be competent to sign a power of attorney. If she`s being put in the hospital, reportedly the mental ward on an involuntary hold, a 5150, then how can you say the power of attorney is written when she`s competent?

RANDY ZELIN, DEFENSE ATTORNEY: Well, what happens is, if it was written before she`s now been put into the hospital, if it`s durable, it`s going to survive any decision that she`s no longer competent.

GRACE: Well put. Randy Zelin, Joey Jackson, Susan Moss.

Right now, we want to break in very quickly and go out to Pennsylvania, seemingly, real-life Dexter (ph) at work, body parts found in eight separate trash bags in the luxury resort area of the Poconos.

Let`s go straight out to Rupa Mikkilineni. Rupa, what`s happening?

RUPA MIKKILINENI, NANCY GRACE PRODUCER: Well, Nancy, I am standing out here in front of I-80 in the luxury resort area of the Pocono Mountains. And essentially, we`re talking about eight trash bags found, a woman`s body parts found in these eight separate trash bags. Actually, we`re standing in the area where one of these trash bags was found.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

Now, the identity of the woman is still a mystery, but here`s what we do know. She stands approximately -- she stood approximately 5-foot, 7- inches tall, a heavyset woman, approximately in her late 20s or early 30s, and had dark hair with a little bit of gray streaks.

Now, the other thing that we know is that an autopsy was done yesterday, and according to the autopsy results, we know that she had been dead at least for four days prior to this autopsy.

GRACE: Rupa Mikkilineni joining us there in the Poconos, a luxury resort area. Rupa, where exactly were the bags found? Were they in plain sight, just thrown by the road, or were they hidden?

MIKKILINENI: They were not hidden. And in fact, this is a point that the police were making. They were in plain sight, strewn along the side of the highway. And we`re talking about a 10 to 20-mile stretch of highway, Nancy.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: This is an involuntary commitment. One of three things can happen after the 72-hour hold. One is that she can be released, determined that she`s not a danger to herself or others. I don`t think that`s going to happen. The second thing is another hold, another 14-day hold. Or lastly, the status changes from involuntary to voluntary. That`s the best case scenario, that Britney decides, I need help. I need help. And that`s going to bode well, if she makes that decision, for her child custody case.

(END VIDEO CLIP)

GRACE: It`s going to be a tough sell to any judge to give custody or visitation back to a mom who has been admitted to, reportedly, a mental ward twice.

To Dr. Daniel Spitz, medical examiner, joining us out of Michigan. Dr. Spitz, she told police that she was on Adderal. What is that?

DR. DANIEL SPITZ, MEDICAL EXAMINER: Adderal is a stimulant. It`s an amphetamine. Generally, it`s part of medications that are used for weight loss. And it raises the question, along with laxative use, which I`m aware that she was doing, that she`s doing...

GRACE: Ten laxatives a day.

SPITZ: ... some extreme measures.

GRACE: Ten laxatives a day.

SPITZ: Certainly raises the question that she`s having some serious issues with trying to get her weight under control and taking some extreme measures.

GRACE: What does it mean, Bethany?

MARSHALL: ... wondering if she has been put on bipolar meds, they weren`t successful in treating her symptoms, she wasn`t complying with treatment, so she has been abusing her own bipolar meds because sometimes with bipolar, you have attentional difficulties, which Adderal is designed to address. But sometimes people actually abuse that drug instead of using it how it`s supposed to be used.

GRACE: To Sandra in Maryland. Hi, Sandra.

UNIDENTIFIED FEMALE: Hi, there. How are you?

GRACE: I`m good, dear. What`s your question?

UNIDENTIFIED FEMALE: My question is, this seems to be a horrible tragedy in the making. And why is this woman and other celebrities not protected by stalking laws, the way the rest of us are?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: You know, interesting. Out to Randy Zelin. When we say she`s not protected by stalking laws, explain how that would relate to the paparazzi.

ZELIN: Well, I think the primary different is the intent of the following. When you think of stalking, you think of someone who`s got evil intent to hurt somebody. The paparazzi, whether you agree with them or you don`t, they`re doing a job. You could almost argue they have a legitimate purpose.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Britney Spears is back into the hospital. We`ve been down this road before. And what we`re hearing from law enforcement officials is that this was something that was actually in the works for the better part of the day yesterday, that this was reportedly an intervention staged by none other than her psychiatrist, that things had gotten so bad with Britney Spears that they just had to intervene to get her the help that she needs.

(END VIDEO CLIP)

GRACE: Straight out to Ian Drew with "US Weekly." Ian, what is your understanding of what went down today?

DREW: Well, basically, all the reports are right. I mean, this was a staged thing. This was something that was meant to happen. And Lynne actually left the hospital today. Britney actually spent time sleeping because she`d been up three days, had not gotten any sleep, which exacerbated the whole problem. And the family showed up. They had been planning this since the last time she was in the hospital, and they finally were able to do this. And it`s something they`ve been wanting to do for a very long time, and they`re hoping that this isn`t the end and that this doesn`t result in a tragedy.

GRACE: To Matthew in Florida. Hi, Matthew. What`s your question?

UNIDENTIFIED MALE: Hi. I just wanted to say it seems like she`s surrounded by parasites, and you would think that there would be one person, a family or friend that cares enough about her to try to straighten her out.

GRACE: Bethany, what about it, the people that are surrounding her?

MARSHALL: You know, it`s very hard to tell. Probably some people are parasites and some aren`t. Some are villains, some aren`t. But when someone has a severe psychiatric syndrome and it`s compounded by drug use, if that is what it is, sometimes it`s very hard to get them to see that they need treatment It`s not like the typical addict, where you say they hit bottom. They just need to see they need help.

GRACE: When we come back: Is there a break in the Natalee Holloway case? The Aruban government once again ramps up the investigation.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Investigators say bags of body parts were found at seven other sites along Interstates-380 and 80 forming what appeared to be a loop. Right now, investigators say they believe the body parts belong to one light-skinned female. Monroe County`s district attorney David Christine says he watched as officers recovered a head from the side of Interstate 380.

The body parts have been taken to Lehigh Valley for an autopsy to confirm the sex of the victim, when the victim died, and to see if any forensic evidence was left behind by the killer. Police aren`t saying if anything else was found inside the trash bags. A homicide investigation is being conducted by the Pennsylvania state police Swift Water. Investigators are asking for the public`s help on this one saying if anyone saw a motorist throwing trash bags from a vehicle recently to give them a call.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Before we take you to Aruba and what could be a crack in the case of Natalee Holloway, the missing teenage girl from Alabama, let`s go straight out to the Rupa Mikkilineni, standing by the luxury resort area, the Poconos. A real-life Dexter seemingly at work in the Poconos. Eight different trash bags of body parts found strung along the highway.

Rupa, question, what were the body parts?

RUPA MIKKILINENI, NANCY GRACE PRODUCER: Well, Nancy, the police won`t get into details about the actual body parts that they are still missing, that they are searching for, which, of course, they spent most of today and yesterday searching extensively. Approximately 45 square miles aground they covered actually in the last two days. That being said, the body parts already discovered in these eight trash bags. One is the head and the torso.

GRACE: Rupa, I understand an autopsy has been conducted? What did it reveal?

MIKKILINENI: It reveals several things, Nancy. First of all, the manner of death is being characterized as a homicide, while the cause of death is being characterized as multiple violent injuries. Now the police won`t get into the details or specifics exactly what caused those injuries or what those injuries are. They said they have told something back in their investigation.

GRACE: How large is the search effort?

MIKKILINENI: Now we also know that the body -- approximately 50 (INAUDIBLE) are involved. We`re talking about state troopers here, Pennsylvania state troopers, volunteer firefighters in the area. That`s who`s out today.

GRACE: I understand that.

MIKKILINENI: Now we`re also talking about a search that included.

GRACE: I understand that they are including police, fire, canine units, helicopters and ATVs to crack the case. Body parts found near a luxury resort. Eight separate trash bags, Rupa. Is that true, canine units as well?

MIKKILINENI: That is true. Canine units and cadaver dogs were used today.

GRACE: Rupa Mikkilineni standing by.

MIKKILINENI: Now they didn`t find any body part.

GRACE: Sorry, guys, I keep losing Rupa. Rupa`s standing by there in the latest regarding eight separate trash bags of body parts. As soon as we hear more, we`ll bring you up to date.

Right now to Aruba. Take a listen.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Could we soon know what really happened to Natalee Holloway? A judge crime reporter has given prosecutors brand new evidence. New info coming from Dutch crime reporter Peter de Vries, the same reporter who had Joran Van der Sloot threw a glass of wine in his face after a recent interview.

Van der Sloot`s attorneys says the Aruban prosecutors have gone down this road before and found nothing, while Aruban prosecutors say they have intensified the investigation to finally determined what happened to Natalee Holloway.

(END VIDEO CLIP)

GRACE: Is there finally a -- crack in the case of missing Alabama girl, Natalee Holloway?

Straight out to "America`s Most Wanted" Jon Leiberman.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

Jon, what`s happening?

JON LEIBERMAN, CORRESPONDENT, AMERICA`S MOST WANTED: Well, Nancy, this journalist says that he has the case solved. He says he used undercover methods, undercover cameras, and that he knows the mode of how Natalee Holloway was killed and how her body was disposed of.

But look, we`ve been down this road before. We were actually with the Holloways down in Aruba searching for Natalee. There`ve been a lot of ups and downs. On its surface, this looks like a major development if it is indeed true that this is solved.

GRACE: Well, what do you believe it is, Jon?

LEIBERMAN: Well, you know, what leads me to believe that there is something significant here. Two things. One, Natalee Holloway`s mother did indeed go and meet with this journalist and she seems to be condoning what he`s doing. And number two, the prosecutors issued a statement today saying that there is major progress in this investigation and that it will be revealed Sunday night on Dutch television.

GRACE: Let`s go out to the managing director of "Diario" magazine there in Aruba, Jossy Mansur is joining us.

Jossy, it`s great to talk to you again. What can you tell us about these developments?

JOSSY MANSUR, MANAGING DIR., DIARIO: Well, you know, we`re very interested, very excited about this news. This is unexpected. Now De Vries claims that he has videos obtained with an undercover camera operation that he conducted over a month and a half or two months and that he showed this to the prosecution in Aruba last week, probably gave them a copy also. And the prosecution is very upbeat with this.

GRACE: Out to Jon Leiberman with "America`s Most Wanted," how long do you believe this secret surveillance lasted and who was being surveilled?

LEIBERMAN: We`re being told that this was several months of undercover tape, hours and hours of tape. It`s unclear exactly who was under surveillance. But what`s interesting here is the surveillance, it appears, only took place within about the past year, which was two years since Natalee actually went missing. It will be very interesting to see what the smoking gun is here.

GRACE: So you`re saying the surveillance took place during the last year, this past year?

LEIBERMAN: That`s what it appears at this point, yes. And that`s what makes it a little less intriguing is that it didn`t start right around the time that Natalee went missing from what we`re hearing.

GRACE: Tell us what some type of conversations that may have been conducted between the three prime suspects.

Out to the lines Barbara in New Hampshire. Hi, Barbara.

BARBARA, FROM NEW HAMPSHIRE: Hi, Nancy. Congratulations.

GRACE: Thank you.

BARBARA: You look beautiful.

GRACE: Thank you.

BARBARA: I just want to say I feel bad for the parents to have this all brought up again after last month.

GRACE: You know, to Bethany Marshall, it is, it`s such a roller coaster for Natalee`s parents. But of course, if there`s a chance to crack the case, what do you think?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

BETHANY MARSHALL, PSYCHOANALYST, AUTHOR, "DEALBREAKERS": I think they`re motivated to crack this case and to see justice served. But I think probably they`re maintaining their sanity by getting a certain amount of distance from all the breaking stories and so instead of being so close to it, they have to be a little bit more distant.

GRACE: Joining us is Detective Lieutenant Steve Rogers, former member of the FBI. Detective Rogers, question, what can a reporter do that the police can`t do?

DET. LT. STEVE ROGERS, NUTLEY NJ POLICE DEPT., FMR. MEMBER OF FBI JOINT TERRORISM TASK FORCE: I`ll tell you, Nancy, I`m puzzled over this whole situation with the Aruba police down there. Here you have a reporter conducting an investigation without the police working with them. Then you have the police coming out saying that they`ve got new evidence before seeing if it`s credible, before seeing if there`s any connection to their investigation. So I think they`ve got to, you know, connect some more dots and see where they`re going to go from here.

GRACE: Let`s unleash the lawyers. Joining us tonight, Susan Moss, Joey Jackson and Randy Zellin.

Susan, the reality is, the constitution protects you from the police, from the state, from prosecutors, from agents of the state. But it doesn`t protect you from blabbing to reporters even if they`re undercover.

SUSAN MOSS, CHILD ADVOCATE, FAMILY LAW ATTORNEY: Absolutely. The question is, when these conversations were recorded, did this guy have an expectation of privacy? Was he speaking to a clergy member? Was he speaking to his lawyer or something of that sort?

If he did not, then this stuff is probably going to go in because these reporters are not agents of the law enforcement.

GRACE: Agree or disagree, Zellin?

RANDY ZELLIN, DEFENSE ATTORNEY: Well, the big issue is that it`s a brilliant tactic on the police law enforcement part because these guys is ostensibly, if they are the same targets, they have lawyers. So law enforcement can`t deal directly with them because they`re lawyered up. So use private people.

GRACE: But there is no indication, Joey Jackson, that police asked.

JOEY JACKSON, DEFENSE ATTORNEY: Right.

GRACE: .the journalist to do this, therefore, the journalist is not a state agent and therefore.

JACKSON: Yes.

GRACE: .no constitutional limits would apply.

JACKSON: Well, you know what? In a limited sense, Nancy, and here`s why, because we all have expectations of privacy. The issues are going to be, where was this surveillance taken? Was it taken at a location where we don`t have expectations of privacy? There have been some reports that indicate that they actually went into the home and they did surveillance there. That certainly is something that would cause pause for the admissibility of any type of surveillance.

GRACE: Everyone, when we come back, a 3-month-old baby boy found dead, thrown to the side of the road. Why?

Also tonight, APB, all points bulletin for special moms and dads. If you know one who`s an inspiration to others, get your camcorder and go to CNN.com/Nancygrace, click on "i-Report" and enter that mom or dad in the "Extraordinary Parent Contest."

(NEWSBREAK)

(BEGIN AUDIO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED CALLER: I can`t believe this. Somebody would do something like this.

UNIDENTIFIED 911 DISPATCHER: OK.

UNIDENTIFIED CALLER: Oh my god. It`s a baby.

UNIDENTIFIED 911 DISPATCHER: Can you get next to the baby? Or is it down there?

UNIDENTIFIED CALLER: I`m going to it now. (INAUDIBLE) because I have never seen nothing like this before. Oh my god. It`s a baby. God.

UNIDENTIFIED 911 DISPATCHER: It`s OK.

UNIDENTIFIED CALLER: Someone (INAUDIBLE) here. Why would somebody do this?

UNIDENTIFIED 911 DISPATCHER: Headquarters station two. Need en route to Cherry Hill, first and (INAUDIBLE) Cherry Hill, first responder on a possible DOA.

(END AUDIO CLIP)

GRACE: The police on high alert looking for 21-year-old Travis Mullis, T.J.Mullis, the father of the little boy. But tonight we learn there`s a felony arrest warrant for him that has nothing to do with the death of his baby. Also why is mom lawyered up.

Let`s go straight out to Jon Leiberman with "America`s Most Wanted." What`s the latest?

LEIBERMAN: Nancy, in the past hour and half, police have issued an arrest warrant unrelated to this case. In the process of investigating the death of this little baby, police found something in Travis`s home, excuse me, home, that made them issue an arrest warrant for him for a third-degree felony of enticing a child. We`re unclear about the details of that case except it was clearly a different child than his son.

GRACE: To Susan Moss, in a nutshell, what is enticing a child?

MOSS: Well, unfortunately, what it could mean is doing some sort of activity to get the child to do something either of a sexual nature or other inappropriate nature. It just isn`t good.

GRACE: And we also know that this is a result of the search on the home following the discovery of the baby boy.

Straight back out to Michael Board with WOAI Newsradio. Weigh in, Michael. What more can you tell us?

MICHAEL BOARD, REPORTER, WOAI NEWSRADIO: Well, we`ve learned a lot, Nancy, by reading the page on one of these Internet dating sites that she and T.J. were part of. You know, a lot of details we`re learning about this as you searched through this. One of this -- it was a post that she made on this Web site. This was the 29th of December last year, talking about apparently there`s some sort of argument between her and T.J. saying that she didn`t like the way he was acting. He was apparently not friendly towards the baby, just hints, little things we`re finding out that there may have been past problems in this relationship.

GRACE: So Bethany, how can you not be friendly to a little baby? I mean, what, the baby is having an argument with you? How can you not be friendly with a baby?

MARSHALL: As hard as it is for us to understand, parents who abuse their children often think that the child is unconditionally bad. Even if it`s just that the baby is crying. And when the child is murdered at the hands of a parent, usually with the man, it`s physical abuse and with the mom, it is neglect. And it follows an argument sometimes the man does to the child what he feels the wife is doing to him as sick and perverted that is. You stabbed me in the heart, I`m going to stab the baby in the heart. You are taking away everything that`s precious from here, I`m going to take away your child. You`re throwing me out like trash, I`m going to throw the baby out like trash.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

So in a case like this, the symbolism of how the child is treated is very important.

GRACE: Out to the lines, Rosemary in Indiana. Hi, Rosemary.

ROSEMARY: Hi, Nancy. I`m so excited. Love you, love your show.

GRACE: Thank you. What`s your question, dear?

ROSEMARY: I`d like to know why haven`t they shown any pictures of the mother or focus more on whether she could be in on this or not?

GRACE: Jon Leiberman, why?

LEIBERMAN: Well, that`s a great question. Police today told us that now she is being uncooperative with police and as you mentioned, Nancy, she has now lawyered up as well. She left out some key facts when she first talked to police, including the fact that her boyfriend, the father of this little boy, had dyed his hair blond recently which is a major clue in our business for tracking down fugitives.

GRACE: We are waiting to confirm the I.D. of the baby first before that is announced.

I want to go to Lieutenant Jorje Trevino, public information officer with the Galveston Police Department.

Lieutenant, thank you for being with us. Since the baby`s face and head were so hurt in its death, how can you identify a baby?

LT. JORGE TREVINO, PIO, GALVESTON POLICE DEPT: Yes, the size -- there were serious injuries to the baby`s head, but there was -- one side of the face was not damaged or not damaged so badly that we couldn`t make -- that we didn`t recognize that as the same baby.

GRACE: To Daniel Spitz, Dr. Daniel Spitz, are footprints used for babies like fingerprints are used for adults?

DR. DANIEL SPITZ, MEDICAL EXAMINER AND FORENSIC PATHOLOGIST: Yes. Obviously, you can`t use fingerprints for a child. But everybody knows, when you have a baby in the hospital, they do a footprint. And if you have an idea who the baby is, you can take a footprint from the child and make a comparison using the hospital record.

GRACE: So Detective Lieutenant Steve Rogers, with the Nutley New Jersey Police Department, former fed with the FBI, Detective, how can you go back and create the timeline to determine who was with the baby at the time of death if the mom has lawyered up and is no longer cooperating?

ROGERS: Well, what they`re going to do is interview family members, they`re going to interview neighbors, they`re going to interview friends. So that`s how they`re going to focus in on the timeline. And of course, having an attorney now is going to be a big problem for the police to overcome.

GRACE: To Brenda in Alabama. Hi, Brenda.

BRENDA, FROM ALABAMA: Hi, Nancy. Welcome to the wonderful world of motherhood and the ability and opportunity to love like you never have before.

GRACE: Man, you can say that again, Brenda. I`ve never seen anything like it.

BRENDA: I know.

GRACE: Thank you. What`s your question, dear?

BRENDA: I wanted to know if anyone has noticed in the photograph of this baby, the right eye has an injury.

GRACE: Take a look at this, Doctor, Doctor Spitz. What do you see?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

SPITZ: You know, I can`t. I don`t have the ability to see that. But I know the child had severe head injuries. And the question is whether his head injuries were from, you know, inflicted trauma at a different location or whether the baby may have been thrown from a moving vehicle, I think. Looking at the injuries, the medical examiner shouldn`t have much trouble in making a determination as to how the injuries were inflicted.

GRACE: Dr. Spitz, we`ll get the photo for you to see and take a careful look at it like Brenda in Alabama has.

To Christy in Indiana. Hi, Christy. Christy, are you with me?

CHRISTY, FROM INDIANA: Hi, Nancy.

GRACE: Hi, dear. What`s your question?

CHRISTY: I was wondering how could somebody just throw a baby on the road? I mean did they not care for this baby or was there something that the baby was sick or something?

GRACE: To Bethany Marshall, there is something very symbolic and tragic about just tossing the baby out like it`s trash.

MARSHALL: I agree. And when I read the report, it`s almost like he took the car seat and went, (makes sound), and just sort of jammed it down on the ground and the baby went flying out. What I can say for sure is he didn`t do it because he had killed the baby and he wanted to then conceal the crime. This wasn`t sort of a sleazy act of self-protection. There was a true rage attack and perhaps on some perverse level, even some enjoyment at inflicting further harm upon this poor innocent little baby.

(BEGIN AUDIO CLIP)

UNIDENTIFIED CALLER: No. The baby looks dead. I`m walking uphill and I can see a baby face down here and it`s got a blue diaper on. I ain`t never seen nothing like this before. Oh it`s horrible. God it`s horrible. Oh holy God lady.

(END AUDIO CLIP)

GRACE: A 3-month-old baby boy found thrown to the side of the road wearing nothing but a Blues` Clues diaper, thrown out with his car seat.

To Susan in Canada. Hi, Susan.

SUSAN, FROM CANADA: Hi, Nancy. I`m calling from Canada and I`m by far your biggest fan. My comment is there is no way one person could have done this by themselves. You know how heavy these car seats are, plus the baby inside. So it`s just a comment and I`m wanting to know what you think about that.

GRACE: What about it, Jon Leiberman?

LEIBERMAN: I don`t know. It`s quite possible one person could have done it. The blunt force trauma to the baby`s head and then, you know, you throw the car set out the window. It is pretty possible that one person could have done it and right now police believe that person is the baby`s father.

GRACE: To Lieutenant Trevino, Lieutenant, where are you searching for this guy?

TREVINO: We are -- we have police officers, ma`am, all over the state of Texas and surrounding states, and we`re hoping now nationwide on the lookout for this car, for this person. And now with the warrant of arrest, you know, they have all the power in the world to place him under arrest and contact us. So all over.

GRACE: Very quickly, Michael Board, WOAI Newsradio, isn`t his hair now dyed blond?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

BOARD: That`s what we learned and it`s something we learned late in the investigation. When the investigators initially talked to the mother of this child, she gave him.

GRACE: Right.

BOARD: She gave investigators some information. But then later she said, oh yes, by the way, he may have dyed his hair blonde, which is something kind of odd. You know, you would think you`d tell that right away so you kind of wonder why, you know, she waited around a while to actually release the information.

GRACE: Everyone, let`s stop to remember Army Private Adam Muller, 21, Vermont, killed in Iraq. Gone up with the 10th Mountain Division, arrived in Iraq just after Labor Day. He leaves behind a wonderful family. He`s survived by parents and wife of 11 months.

Adam Muller, American hero.

Thank you to all of our guests, but especially to you for inviting us into your home. A special birthday wish to a Miami friend of the show. Happy birthday, Dolores, and many more.

See you tomorrow night 8:00 sharp Eastern, and until then, good night, friend.


**Load-Date:** February 2, 2008

---

End of Document

Dumped body parts still unidentified
Authorities say victim was white with dark hair and heavy-set.

January 31, 2008

A woman whose dismembered body was found in garbage bags along two
highways in the Poconos suffered "multiple violent injuries, any of which
caused her death," authorities said Wednesday after an autopsy.

They said it's a homicide case but wouldn't be more specific about how the
woman died.

Though her identity is still a mystery, more has come to light about her
physical characteristics since her remains were found Tuesday. Police said
she was white and had dark hair with some gray mixed in. She was also
described as heavy-set and about 5 feet 7 inches tall.

State police said Wednesday they were getting tips and missing persons
reports at the rate of three to four an hour and from as far away as Nevada.
Parts of the woman were found along Interstates 80 and 380.

"We've been receiving a ton of leads from both in-state and out-of-state,"
said state police Sgt. Gregg Mrochko, supervisor of the criminal investigation
unit at the Swiftwater barracks in Pocono Township.

Troopers were among those attending the autopsy Wednesday at Lehigh
Valley Hospital-Cedar Crest. Police will couple the findings with other
information to narrow down leads. People are still being encouraged to call
with information, no matter how insignificant it might seem, Mrochko said.

The woman's remains were found at eight locations along a 15-mile stretch
of the two interstates, primarily in Monroe County. A piece of her torso was
found in a bag along I-380 in Covington Township, Lackawanna County.

The first bag was discovered by a state highway crew along I-380.
Authorities revealed Tuesday that a severed head was among the remains,
but did not disclose additional information about other body parts recovered.

Mrochko said police will conduct a more comprehensive search of the areas
where the body parts turned up. It will probably involve state police aircraft

and possibly cadaver dogs, he said. There was no organized search Wednesday.

State police investigators hope to develop a sketch of the victim to show the public. "A lot of that depends on the autopsy and what they come up with," Mrochko said.

Monroe County Coroner David Thomas wouldn't elaborate on the "multiple violent injuries" statement about the autopsy findings. Trooper Robert Sebastinelli said authorities aren't saying more because they want "to protect the integrity of the investigation."

Figuring out the cause of death will prove challenging, according to one local expert. Dr. Isidore Mihalakis, a forensic pathologist for more than 30 years in the Lehigh Valley and New Jersey, said it's difficult to determine how someone died when the remains are a head and severed body parts.

If the neck is there, he said, specialists can look for evidence of strangulation, such as bruises or a crushed windpipe. They also can look for inflammation, active bleeding, signs of the head having been hit. And doctors can X-ray the parts for fragments of metal that might have come from a knife or bullet, he added.

Mihalakis, now medical examiner for Warren County, N.J., is not involved in the Monroe County case but said he's performed autopsies on several similar cases.

One involved unidentified body parts buried in 1975 that had to be exhumed a few months ago. All that could be done in that case, he said, was to send blood samples from the various parts to a laboratory to be sure they all contained the same DNA, meaning they came from the same person. Police are still working on the case, he said, declining to say more.

http://www.mcall.com/news/

## *Homicide ruling in body-parts case*

The York Dispatch (Pennsylvania)

January 31, 2008 Thursday

Copyright 2008 York Newspapers, Inc. All Rights Reserved

**Section:** STATE

**Length:** 270 words

**Byline:** MICHAEL RUBINKAM The Associated Press

# Body

ALLENTOWN -- The death of a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains was ruled a homicide on Wednesday.

Autopsy results show that the victim, whose identity has not been determined, suffered "multiple violent injuries, any of which caused her death," state police said in a statement.

Police planned to release more details about the victim, including a likeness of her face.

A state road worker salting I-380 discovered a bag containing the woman's head at about 9 a.m. Tuesday in the median in Coolbaugh Township, Monroe County.

The highway was closed and traffic was diverted as troopers combed the road shoulders and medians. They found at least eight bags containing body parts along five miles of Interstate 80 and 15 miles of I-380 stretching from Stroudsburg to Gouldsboro.

Officials said it is possible there are more body parts and plan to use a helicopter to assist about 20 troopers on the ground searching for additional remains. An aerial search was called off Wednesday due to high winds, state police Lt. Robert Bartal said.

"We will be continuing (to search) for the next couple of days," he said. "We have a pretty large area."

Police said the victim was white and heavyset, about 5-foot-7, and had dark hair with some gray mixed in. Her remains were taken to Lehigh Valley Hospital, where an autopsy was done Wednesday afternoon.

Police said they are not sure how long the remains had been along the highway. Troopers are reviewing missing persons reports from three states and are also pursuing other leads, Bartal said Wednesday.

**Load-Date:** January 31, 2008

---

## *No Headline In Original*

Global Broadcast Database - English  8:30 PM CNNHLN

January 31, 2008 Thursday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 433 words

## Body

STATION: CNNHLN

USA

>>> INVESTIGATORS SAY BAGS OF BODY PARTS WERE FOUND AT SEVEN OTHER SITES ALONG INTERSTATES 380 AND 80, FORMING WHAT APPEARS TO BE A LOOP. THEY SAY THE PARTS BELONG TO ONE, LIGHT-SKINNED FEMALE. THE DISTRICT ATTORNEY SAYS HE WATCHED AS INVESTIGATORS DISCOVERED A HEAD AT THE SIDE OF THE ROAD. THE BODY PARTS HAVE BEEN TAKEN TO LEHIGH TO SEE IF ANY EVIDENCE WAS LEFT BEHIND BY THE KILLER. POLICE AREN'T SAY IF ANYTHING ELSE WAS FOUND INSIDE THE TRASH BAGS. INVESTIGATORS ARE ASKING FOR THE PUBLIC'S HELP ON THIS ONE. IF ANYONE SAW A MOTORIST DUMPING TRASH BAGS LATELY, GIVE THEM A CALL. >>> BEFORE WE TAKE YOU TO ARUBA AND A POSSIBLE CRACK IN THE CASE OF NATALEE HOLLOWAY,LET GO OUT TO THE POCONOS. EIGHT DIFFERENT TRASH BAGS OF BODY PARTS FOUND ALONG THE HIGHWAY. RUPA, QUESTION, WHAT WERE THE BODY PARTS? >> Reporter: WELL, NANCY, THE POLICE WON'T GET INTO DETAILS ABOUT THE ACTUAL BODY PARTS THAT ARE MISSING, THEY THEY ARE SEARCHING FOR. THEY SPENT MOST OF YESTERDAY AND TODAY SEARCHING FOR THEM. THEY COVERED 45 MAILS SO FAR. ONE OF THE BODY PARTS THEY FOUND, ONE IS THE HEAD, AND THE TORSO. >> I UNDERSTAND AN AUTOPSY WAS PERFORMED. WHAT DID IT REVEAL? >> SEVERAL THINGS. THE MANNER OF DEATH IS BEING CHARACTERIZED AS A HOMICIDE AND THE CAUSE IS MULTIPLE VIOLENT INJURIES. POLICE WON'T GIVE SPECIFICS ON WHAT THE INJURIES ARE. >> HOW LARGE IS THE SEARCH EFFORT? >> WE ALSO KNOW THAT THE BODY -- APPROXIMATELY 50 -- STATE TROOPERS, PENNSYLVANIA STATE TROOPERS, VOLUNTEER FIREFIGHTERS IN THE AREA. >> I UNDERSTAND THAT -- >> WE'RE TALKING ABOUT A SEARCH THAT INCLUDED -- >> I UNDERSTAND THEY'RE INCLUDE LG POLICE, FIRE, CANINE UNITS, HELICOPTERS AND ATVs TO CRACK THE CASE. BODY PARTS FOUND NEAR A LUXURY REPORT. EIGHT SEPARATE TRASH BAGS. SIT TRUE CANINE UNITS AS WELL? >> CANINE UNITS AND CADAVER DOGS. >> SORRY, I KEEP LOSING HER. STANDING BY IN THE LATEST REGARDING EIGHT SEPARATE TRASH BAGS OF BODY PARTS. WHEN WE HEAR MORE, WE'LL BRING YOU UP TO DATE. >>> TO ARUBA. TAKE A LISTEN. >> COULD WE SOON KNOW WHAT REALLY HAPPENED TO NATALEE HOLLOWAY? NEW INFORMATION COMES FROM PETER de VRIES. VAN DER SLOOT'S ATTORNEYS SAY THE PROSECUTORS WENT DOWN THIS ROAD BEFORE AND GOT NOTHING. THE AUTHORITIES SAY THEY HAVE INTENSE FIED THE INVESTIGATION. >> IS THERE FINALLY A CRACK IN THE CASE OF MISSING ALABAMA GIRL, NATALEE HOLLOWAY. STRAIGHT OUT TO JOHN LIEBERMAN. >> THE JOURNALIST SAYS HE HAS THE CASE SOLVED. HE SAYS HE USED UNDERCOVER METHODS, AND KNOWS THE MODE OF HOW SHE WAS KILLED AND HOW THE BODY WAS DISPOSED OF. WE'VE BEEN DOWN THIS ROAD BEFORE. WE WERE WITH THE HOLLOWAYS SEARCHING FOR HER.

No Headline In Original

**Load-Date:** February 2, 2008

End of Document

## *Pa. highways scoured for more body parts*

UPI

January 31, 2008 Thursday 6:36 PM EST

Copyright 2008 U.P.I. All Rights Reserved



**Length:** 172 words

**Dateline:** STROUDSBURG, Pa., Jan. 31

# Body

Pennsylvania state troopers used dogs Thursday to search highways in the Pocono Mountains for any missing pieces of a body found earlier in the week.

By late afternoon, some items that might be evidence had been cataloged, the Pocono Record reported, but no body parts.

An autopsy was performed Wednesday, confirming that the body is a woman's. A medical examiner said she died violently and had suffered a number of injuries that could have been fatal.

On Tuesday, workers for the Pennsylvania Department of Transportation spreading salt found a head in a trash bag on Interstate 380 near Stroudsburg. By the end of the day, eight bags of body parts had been discovered along several miles of I-380 and I-80.

Thursday's search involved 52 state troopers and volunteer firefighters in three-person teams, aided by K-9 units and a helicopter. Some teams used all-terrain vehicles to scour highway margins.

The unidentified victim was described as about 5-foot, 7-inches tall and heavy. She was white with dark hair that had begun turning gray.

**Load-Date:** February 1, 2008

End of Document

<u>First match</u> | <u>New search</u> | <u>More Like This</u> | <u>Printer Friendly Version</u> | <u>Log Out</u>

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/02/01 Friday Page: A1 Section: NEWS Edition: Bethlehem Size: 66 words

## <u>BODY</u>-<u>PARTS</u> SEARCH CONTINUES

### By POCONO RECORD PHOTOS TIMES-LEADER PHOTO

Pennsylvania State Police trooper Joel Rutter, above and right, searches for <u>body</u> <u>parts</u> Thursday along I-<u>80</u> near Stroudsburg. Human remains were found along the highway earlier this week.

State police also search for human remains along an <u>Interstate</u> <u>380</u> bridge in the Pocono Mountains region. Eight bags of <u>body</u> <u>parts</u> were discovered along <u>Interstates</u> <u>80</u> and <u>380</u> earlier in the week.

URL: <a href="/texis/search/story.html?table=et2008&id=47a357d52e">BODY-PARTS SEARCH CONTINUES</a>

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008020...



http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008020...

# Cadaver dogs sniff for evidence as small as a few drops of blood

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

Photo 1 of 2 | Zoom Photo +

Text Size: A | A | A



📄 Print this Article    ✉ Email this Article
🔔 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

New York State Trooper Mike Boburka follows Wheeler, a veteran of the World Trade Center search. Sharp-nosed cadaver dogs — two from New York and one from Harrisburg — came to the Poconos to search for human remains.

David Kidwell/Pocono Record



That's Right—
FREE!
Rt. 611, Mt.Pocono
(570) 839-9678

thepoconos.com

What are you looking for?
Select Category
Business Name:
Location:
FIND IT!

Recently Reviewed by Your Neighbors

Exclusive Builders, Inc.
★★★★☆
"Lillan at Exclusive Builders worked really hard to make our dream home a reality. Took a bit longer but the Craftsmanship and quality are all well..." more
posted on 8/21/2008

Exclusive Builders, Inc.
★★★★★
"We would highly recommend Exclusive builders to anyone considering building a custom home. Lillan and Adrian made the homebuilding experience easy..." more
posted on 8/15/2008

VIEW MORE Real Estate

By **SUSAN KOOMAR**
Record Senior Managing Editor
February 01, 2008

Sleek German shepherds running along Interstate 80 are a rare sight, but these K-9 detectives had a special job to do Thursday.

Sharp-nosed cadaver dogs — two from New York and one from Harrisburg — came to the Poconos to search for human remains.

They spent an hour scouring a scrubby triangle of land along Interstate 80 just west of Stroudsburg. The patch was bordered by an on-ramp from Route 611. A bag containing body parts of a murdered woman was found there Tuesday.

Handlers were handicapped by the need to keep dogs leashed as traffic sped by.

"The dogs work better (off-leash) and can cover a lot more area. When they're leashed, we're holding them back. We have to duck and go around stuff," said Trooper Matt Johnstone of New York State Police.

His dog, JT, is 7 and is trained to scratch at the ground when he finds something.

"It doesn't even have to be a piece of tissue. It can be fluid," Johnstone said.

His partner, Mike Boburka, and 5-year-old Wheeler helped search for remains at the World Trade Center.

The high-energy dogs are driven by a powerful sense of play. After a search, Johnstone rewards JT with his favorite toy — a chunky piece of rope with duct tape covering the ends.

Gerry Miller, a deputy with the Dauphin County Sheriff's Department, brought Diesel to help search.

"Many times in a homicide case, until you have a body you don't have a homicide case. It's just a missing person. Finding a body is very important to getting a conviction," he said.

Cadaver dogs endure rigorous training so they can find as little as a few drops of a blood at a crime scene. In their certification test, they sniff five graves: three empty, one with animal remains and one with human remains obtained from a coroner's office or donated to a hospital for research, Miller said.

For training, Miller works with rolled up terry towels placed in a morgue to absorb scent.

The dogs go home with their handlers at night and revert to beloved family pets.

"I just love working with dogs," Miller said. "You can trust a dog 100 percent."

## RELATED STORIES

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## TRAFFIC CHALLENGE

One challenge facing investigators in the highway body parts case is the sheer volume of traffic that speeds across Interstates 80 and 380 through the Poconos every day.

The person who dumped human remains was one among thousands who travels these roads. But that also means thousands of other drivers might have seen suspicious activity that can help police find the culprit.

Sensors placed along the highways count vehicles.

The Pennsylvania Department of Transportation uses those traffic counts to estimate ADT (Average Daily Traffic).

ADT on Interstate 380 from Exits 1 through 13

2002 19,465

2003 20,878

2004 21,546

2005 22,236

2006 22,841

ADT on Interstate 80 from Exits 293 through 298 (Scotrun to 380)

2002 41,345

2003 42,585

2004 43,990

2005 45,398

2006 47760

12/9/2008 10:50 AM



# HOME

Be the first to know - Sign up for text alerts | Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at anytime for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On February 01, 2008 at 1:53 PM , crimjusmaj said:

They are just trying to keep us posted.  Full Message

crimjusmaj
Member since: 02/01/2008

Browse All Forums | View All Comments | Login | Register

### Ads by Google

**E. Stroudsburg New Homes**
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

**Police Dog Training**
Cobra Canine Specializing in bomb, police & protection dogs
cobracanine.com

**Hartmann Electrical**
Residential / Commercial / Repairs New Construction / Additions
www.hartmannelectrical.com

**Local Job Listings**
Found: 823 jobs in your area. Make $15 -$100 / hour with bonuses!
LocalJobFind.com/East-Stroudsburg

Ads by Google

Print this Article | Email this Article

### Share

del.icio.us | Digg This Story
reddit | STUMBLEUPON
MY YAHOO! | Add to Google
Seed Newsvine

### TOP JOBS

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

### TOP HOMES

Photo Coming Soon

**WHITE HAVEN, PA**
Pocono Liner Ads
Read more...

View All Featured Ads

### TOP CARS

**$12,900**
2006 Jeep Liberty
Mick Motors

**2007 Kia Optima**
Brown Daub Kia

**$11,473**
2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury

**2005 Buick LaCrosse**
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars

### TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | NCIS HD | | The Mentalist HD | | Without a Trace HD | |
| WOLF | House HD, New | | Fringe HD | | FOX 56 News at Ten New | Seinfeld |
| WPVI | America's Funniest Home Videos New | | Accordin to Jim HD, New | Accordin to Jim HD, New | Eli Stone HD, New | |
| WBRE | The Biggest Loser: Families New, Video | | | | Law & Order: Special Victims Unit HD, New | |
| WWOR | Olive, the Other Reindeer | | Santa's Funniest Moments | | My 9 News New | |
| WSWB | 90210 HD | | Privileged HD | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The
Pocono Record
Click here for more information

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

12/9/2008 10:50 AM

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 206 of 488

**2 of 2**



Deputy Gerry Miller, with the Dauphin County Sheriff's Dept., on Thursday. Sharp-nosed cadaver dogs — two from New York and one from Harrisburg — came to the Poconos to search for human remains.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo



# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
SUNNY 26°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____]
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**CADAVER DOGS SNIFF FOR EVIDENCE AS SMALL AS A FEW DROPS OF BLOOD**

Discussions                                      Keep Reading

1 of 2

On Feb 1, 2008 at 12:44 PM, Oakland said:

OK enough is a enough, an important story but come on...talk about milking blood and guts journalism!

Oakland
My Comments
Member Since:
1/29/2007

2 of 2

On Feb 1, 2008 at 01:53 PM, crimjusmaj said:

They are just trying to keep us posted.

crimjusmaj
My Comments
Member Since: 2/1/2008

Discussions                                      Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [_____]   FIND IT!

thepoconos.com/homes

Find a Home

**TOP JOBS**
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

EXPERIENCED TRANSPORT
Stroudsburg, PA Pocono Record Classified Ad

Hotel - COMFORT INN
MOUNT POCONO, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads



**TOP CARS**

$10,900
2007 Dodge Caliber
Mick Motors

Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac
Chevrolet

$45,090
2008 Chrysler Aspen
Brown Daub Chrysler
Jeep

2000
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars

Subscribe To The
Pocono Record
Click here for
more information

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 10:50 AM

# STATE TAKES CONTROL AT MOUNT AIRY

Gambling officials begin overseeing operations while owner DeNaples is under indictment • **Page A3**





**sharp**

I LOVE FOOTBALL BUT
**I HATE THE SUPER BOWL**
Inside

# POCONO RECORD

FRIDAY
February 1, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 306          © Copyright 2008          75 CENTS

---

## BODY PARTS SEARCH ON INTERSTATES 80/380

# Cops, dogs scour road for clues

**By SUSAN KOOMAR**
Record Senior Managing Editor
**and BETH BRELJE**
Pocono Record Writer

Authorities raced against time trying to gather evidence Thursday as cars raced along the Poconos' busiest highways.

The gritty roadside gave up few clues as 52 police officers and volunteer firefighters combed more than 30 miles of Interstates 80 and 380 seeking remains of a dismembered mystery woman whose remains were found Tuesday in bags at eight locations along the highway.

No body parts were found. A pair of gloves discovered along the northbound exit ramp off I-380 at Tobyhanna were photographed, then placed in an envelope for later examination. Police don't know yet if the gloves are connected to the case.

A clump of hair, possibly an artificial hair extension, was found at the Sunoco gas station on Route 611 in Bartonsville. Police will analyze that, too.

The remains found Tuesday include a head and torso, and police hoped to recover more remains for a complete analysis of the victim. Cadaver dogs, all-terrain vehicles and a helicopter were deployed. The wide-scale search stretched from Delaware Water

*See SEARCH, Page A2*



**THE SEARCH**



Pocono Exits
Bartonsville 2
Tannersville 6
Scotrun 7

DAVID KIDWELL/Pocono Record
One of the 52 police officers and firefighters searching along Interstates 80 and 380 for evidence.



*"I'll be surprised if it was the first time he killed. It takes time to get comfortable around a body. This is not an entry-level sort of crime."*

**GREGG McCRARY**
Criminal profiler

## Profiler: Killer probably is enjoying the infamy

**By BETH BRELJE**
Pocono Record Writer

What kind of person would murder, dismember and discard another human being's body on the highway?

"Someone with a need to shock and offend people," according to criminal profiler Gregg McCrary. "The suspect could have disposed of the body in rural areas and really delayed recovery or prevented it all together."

By leaving it on the side of the road, "somebody wanted it discovered," McCrary said. "This is someone who is not afraid to have the victim discovered."

The suspect is likely watching news coverage of the case and thrives on the notoriety.

"He might enjoy the infamy while at the same time trying to avoid taking responsibility. Maybe he wanted to display the body where it would get public attention," McCrary said.

McCrary, a retired FBI agent, has 35 years of experience analyzing crimes and crime scenes and constructing behavioral profiles of unknown offenders. Today, he works as a consultant

*See PROFILER, Page A2*

## Cadaver dogs sniff for evidence as small as a few drops of blood

**By SUSAN KOOMAR**
Record Senior Managing Editor

Sleek German shepherds running along Interstate 80 are a rare sight, but these K-9 detectives had a special job to do Thursday.

Sharp-nosed cadaver dogs — two from New York and one from Harrisburg — came to the Poconos to search for human remains.

They spent an hour scouring a scrubby triangle of land along Interstate 80 just west of Stroudsburg. The patch was bordered by an on-ramp from Route 611 by



Trooper Matt Edmondson's dog, TJ, is trained to scratch at the ground when he finds something.

need to keep dogs leashed as traffic sped by.

"The dogs work better (off-leash) and

*See DOGS, Page A2*



DAVID KIDWELL/Pocono Record



**More online:**
**www.poconorecord.com**
For more on this story, including video, photo galleries and a map, visit www.poconorecord.com/bodyparts

---

# Mountain Laurel is in trouble

## Arts center loses its CEO, $1M in funding from tourism bureau

**By DAN BERRETT and PAULA HEESCHEN**
Pocono Record Writers

The future of a financially troubled arts center in Bushkill is in doubt after the departure of its CEO and the loss of a major source of funding.

Richard Bryant, president and CEO of the Mountain Laurel Center for the Performing Arts, told the arts center board in December that he would leave when his contract expired. Bryant's contract began in June 2004 and finished Thursday, but he said he would "remain available as needed to advise the transition."

Bryant would not comment on whether the center's 2008 season is in place, but said he expects the venture to "continue to grow."

"I'm actually encouraged by the prospects," Bryant said. "There needs to be a consensus by the stakeholders on continuing funding."

Davis Chant, a member of the center's board, echoed that Mountain Laurel is at a crossroads, though he remained optimistic. "We're sort of in a restructuring stage right now and feel very positive that Mountain Laurel will continue with great vigor," he said.

Bryant's decision followed, but was not definitively connected to, the Pocono Mountain Visitors Bureau's choice to let its nearly $1 million in

*See CENTER, Page A4*



**Richard Bryant**
Mountain Laurel Center's outgoing president and CEO

**ONLINE**

**PICTURE THIS:**
A week in photos

Picture certainly does tell a story, and the Pocono Record has started a new Web feature to prove it. Late this morning we'll be posting the latest edition of our weekly photo gallery, "The Week in Pocono Photos." The gallery will highlight the best shots and behind-the-scenes as well as features in one place. Check
**www.poconorecord.com/photos**

**COMING UP**

Winter is a prime time for nature lovers: Most Pocono mammals are naturally secretive and nocturnal, but even the elusive can't help leaving behind footprints. Coming in **Sunday's Out & About.**

---

**INSIDE the RECORD**

| | | | |
|---|---|---|---|
| ADVICE & BRIDGE | B9 | HOROSCOPE | B9 | PUBLIC NOTICES | D1 |
| BUSINESS | B10 | LOCAL & REGION | A3 | SHARP & TV Week | Inside |
| CLASSIFIED | D1-10 | LOTTERY | A2 | SPORTS | C1-6 |
| COMICS, PUZZLES | B8 | OBITUARIES | A3 | U.S. & WORLD | A5 |
| | | OPINION | A8-9 | WEATHER | B12 |
| | | POCONO WEEKEND | B1-2 | YOUR COMMUNITY | B4-5 |

**TODAY'S FORECAST**



Wintry mix likely. High 36/59. Low 28/50.

**Weather, B12**

**poconorecord.com/superbowl**



How well do you know the Bowl? Find out on our interactive page with quizzes, strategies & more.



A 2   Friday, February 1, 2008                                                                                                                     Pocono Record

# SEARCH

From Page A1

Gap to Interstate 84 near Scranton.

With sleet and rain expected today, troopers pressed to uncover evidence before it gets blown away by wind or carried away by animals.

"Time has transpired since the body was discarded," said Capt. James Murtin, commander of Pennsylvania State Police Troop N in Hazleton. "If past precedent takes hold, it's going to be difficult to solve."

Police have received dozens of tips and will pursue them all, no matter how far-fetched, Murtin said. He urged anyone who saw suspicious activity — especially during the early morning hours of Tuesday — to call police at (570) 839-7701.

Investigators are examining missing-persons records to try to identify the victim.

"Somebody is missing a

daughter or wife or sister," Murtin said.

An autopsy Wednesday showed the victim is a white woman, 5-foot-7, about 160 pounds with dark hair mixed with gray. Police will publicize a sketch of the woman within a week or so, Murtin said.

A helicopter flew low and slow over the highways because bare trees and sunny skies provided good conditions for an aerial search.

"You'd be surprised on a clear day like this how easy it is to catch certain items on the ground," Murtin said.

The case will hinge on evidence collection and analysis.

"Forensics will have a lot to do with it. Everything will go to labs to be analyzed," Murtin said.

State troopers will not give up easily, he added. Murtin noted the recently reopened cold case of "Beth Doe." Authorities in October exhumed the body of the victim, a pregnant woman whose dismembered remains were tossed off a bridge in Carbon County more than 30 years ago. They hope DNA and other

new techniques will help identify her.

The woman, who was in her late teens or early 20s, was strangled, shot and dismembered, her remains stuffed into three suitcases that were flung off a bridge along Interstate 80 near White Haven in December 1976.

But before modern technology can unravel clues, it's up to boots on the ground to find them.

"Just using the good old-fashioned shoe leather express," said Sgt. Jamie Schultz of the Pennsylvania State Police.

At the Crescent Lake Rest Area on Thursday, travelers wondered why there were so many police around.

Ken Brochu, a Connecticut-based trucker was hauling drywall to Newark.

"I heard on the CB police were looking on the side of the road. When I asked what for, they (other truckers) said, you'll find out," said Brochu.

Two women from Syracuse, N.Y., said it was obvious something significant was going on.

"There are police everywhere," one said.



David Kidwell/Pocono Record

Trooper Joel Rutter with the Pennsylvania State Police searches a trash bag along Interstate 80 near Stroudsburg on Thursday morning.

# DOGS

From Page A1

can cover a lot more area. When they're leashed, we're holding them back. We have to duck and go around stuff," said Trooper Matt Johnstone of New York State Police.

His dog, JT, is 7 and is trained to scratch at the ground when he finds something.

"It doesn't even have to be a piece of tissue. It can be fluid," Johnstone said.

His partner, Mike Boburka,

and 5-year-old Wheeler helped search for remains at the World Trade Center.

The high-energy dogs are driven by a powerful sense of play. After a search, Johnstone rewards JT with his favorite toy — a chunky piece of rope with duct tape covering the ends.

Gerry Miller, a deputy with the Dauphin County Sheriff's Department, brought Diesel to help search.

"Many times in a homicide case, until you have a body you don't have a homicide case. It's just a missing person. Finding a body is very important to get-

ting a conviction," he said.

Cadaver dogs endure rigorous training so they can find as little as a few drops of blood at a crime scene. In their certification test, they sniff five graves: three empty, one with animal remains and one with human remains obtained from a coroner's office or donated to a hospital for research, Miller said.

For training, Miller works with rolled up terry towels placed in a morgue to absorb scent.

The dogs go home with their handlers at night and revert to beloved family pets.

"I just love working with dogs," Miller said. "You can trust a dog 100 percent."

Back and Neck Pain
All Orthopedic Injuries
Sports, Work, & Auto Injuries
Health and Fitness
Performance Enhancement Specialist

Summit Physical Therapy

Jeffery J. Sukenick, MSPT, Cert. PES
Rt. 940 / Fern Ridge Plaza – Pocono Summit – (570) 839-8818

Free Custom Fit Orthotic Evaluation With Ad

Most Insurances Accepted
Early, Late, and Saturday Appointments



LOG BEDS and Rustic Furniture    E-Z REST

• Waterbeds
• Tempur-pedic
• Futons
• Airbeds

A Bed for Every... Body!

Rt. 715 & 611 Tannersville, PA • 629-0166    www.ezlogbeds.com

TROY-BUILT HOME REMODELING, INC.

DECKS

610-871-8274

troybuilt.homestead.com

1-80 / 380 TRAFFIC

## LOTTERIES

Numbers drawn
Thursday, Jan. 31, 2008
**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: **7-0-4**
MIDDAY BIG FOUR: **9-2-0-0**
TREASURE HUNT: **2-4-9-20-26**
DAILY: **3-0-6**
BIG FOUR: **1-4-7-7**
CASH FIVE: **8-11-26-31-39**
**Update:** No top prize winner.
Today's jackpot: $200,000.
MIX & MATCH: **3-8-5-17-10**
**Update:** No top prize winner.
Monday's jackpot: $150,000.
**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: **0-6-7**
MIDDAY PICK FOUR: **2-3-9-0**
PICK THREE: **7-9-0**
PICK FOUR: **5-3-7-3**
CASH FIVE: **4-6-9-11-16**
PICK SIX: **3-6-14-35-38-45**
**NEW YORK**
www.nylottery.org
MIDDAY WIN FOUR: **5-3-8-9** Lucky Sum **17**
MIDDAY DAILY: **3-4-5** Lucky Sum **9**
DAILY NUMBER: **8-1-5** Lucky Sum **14**
WIN FOUR: **5-3-2-5** Lucky Sum **15**
PICK TEN: **3-5-15-17-18-21-25-30-31-39-42-46-48-51-52-64-66-67-75-78**

DO YOU HAVE PROBLEMS BREATHING?

Do you have asthma? Do you have emphysema? Call the office of Medical Associates of Monroe County at 570-421-3872 to make an appointment to have your lungs checked. Dr. Alkhuja is Board Certified in lung diseases and critical care. Pulmonary function testing and lung scans can be done conveniently in the office.

Samer Alkhuja, M.D.
Medical Associates
of Monroe County

CASH
FOR SCRAP GOLD
HIGHEST PRICES PAID

The Gallery
611 Main St. • Stroudsburg
570-421-7588



FRIDAY'S DEAL OF THE WEEK!

FREE 2-OZ. COFFEE

Limit one coupon per customer per visit. Not valid with any other offer. Coupon expires 2/7/08.

Look here every Friday for money-saving deal of the week from Starner's Quik Shoppes!

Starner's Quik Shoppes

Route 390
Mountainhome    Routes 715 and 611
Tannersville

SAVE 50-95% OFF MSRP!!!

HUGE $10 SALE

CALVIN KLEIN
RALPH LAUREN
GEOFFREY BEENE
IZOD
CLAIBORNE
PERRY ELLIS
DOCKERS
... AND OTHERS
WE CAN'T MENTION

PHONE 570.421.1214



DONATE CARS!    TRUCKS / BOATS / RVs

Help Fight CHILDREN'S CANCER

Running or Not – NO Restrictions
All Receipts & IRS Forms given On The Spot

**Self** TAX DEDUCTIBLE*
RECEIVE FAIR MARKET VALUE!!!
Same Day Free Pick Up

American Children's Society, Inc.
Manalapan, NJ

1-800-694-9335

BARRY SOMMERS TRANSMISSION

Free Transmission Diagnosis
Automatic-Standard-Imports
Domestics-Heavy Duty 4WD
Clutches, Differentials

570-595-7400
Rt. 390 Mountainhome

"We need to know more about the victim. Was she a prostitute or a housewife? Did some guy get angry at his wife?"

GREGG McCRARY
Criminal profiler

# PROFILER

From Page A1

in offender profiling, victimology, classification by motive, crime reconstruction, and analysis across the country.

While with the FBI, McCrary, of Fredericksburg, Va., worked on many bizarre crimes, including a number of dismemberment cases like the one discovered Tuesday, in which a woman's body parts were found in trash bags dropped at eight locations along Interstates 80 and 380 in Monroe and Lackawanna counties.

McCrary has seen it both ways in his career: Body parts found together and scattered around.

"It is a statistical probability that it will be a male offender," he said, but cautions not to get tunnel vision when it comes to theories for any crime. Investigators must keep an open mind because there are so many possible scenarios, he said.

"We need to know more about the victim. Was she a prostitute or a housewife? Did some guy get angry at his wife?" McCrary said.

He said identity is key because it can lead to where she was from and who she associated with.

It's hard to say if he knew the victim until she is identified, McCrary said.

It is chilling to think this may not be the killer's first victim, but it probably isn't, McCrary said.

"I'd be surprised if it was the first time he killed. It takes time to get comfortable around a body. This is not an entry-level sort of crime," McCrary said.

If it is his first, McCrary said, the killer is deeply disturbed.

"People tend to think it must be some crazy guy, some wild-eyed monster that drools," McCrary said. He also said sometimes it is someone who seems like a nice guy.

The fact that the victim's body was treated like trash, bagged and thrown on the road, may or may not be significant.

"You don't want to over interpret it too much," McCrary said. "To drive along and drop off body parts, at the very least, he didn't care. Perhaps he considers the victim to be nothing but trash and he wanted to show the world what a piece of trash this person was."

McCrary said the suspect may have felt wronged by the victim.

"Sometimes we see caring for the victim," he said, noting a suspect will place a pillow under the head and cover the body with a blanket. "It's called coddling. They feel remorse, they feel bad. In this case, that is totally absent. I'd be surprised if he were guilt-ridden about this. It takes some effort to dismember a body."

McCrary said investigators will likely look for where the dismemberment occurred.

"It will be some place under his control," McCrary said. "It is going to be quite a mess, and rich in evidence."

POCONO RECORD

Your home. Your neighbors. Your news.

Established April 2, 1894
Division of Ottaway Newspapers of Pennsylvania, LP
511 Lenox Street, Stroudsburg, PA 18362
(570) 421-3000 • 800-258-4337

poconorecord.com
Your online source for Pocono news and information.

poconorecord.com/cage
Monthly magazine for readers over 50: (570) 420-4344

poconorecord.com/epch
Eastern Poconos Community News

Weekly newspaper serving eastern Monroe and lower Pike counties. (570) 420-4334

How To Reach Us

| News | | Advertising | | Subscription Services | |
| --- | --- | --- | --- | --- | --- |
| News | 570-420-4484 | Classified | 570-421-3000 | | |
| Sports | 570-420-4389 | Fax | 570-424-2625 | | |
| Lifestyles | 570-420-4390 | | | | |
| Editorial Page | 570-420-4346 | Retail | 570-421-3000 | | |
| Fax | 570-421-6284 | Fax | 570-424-2056 | | |
| Toll Free | 800-756-4237 | | | | |

1-800-694-9335

Office Pay

Cops, dogs scour road for clues, body parts in case of dismemb...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast/Radar

Traffic  Weather
Breaking News
Text Alerts   Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Cops, dogs scour road for clues, body parts in case of dismemb...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com    FIND IT!

# Cops, dogs scour road for clues, body parts in case of dismembered woman

Photo 1 of 3 | Zoom Photo +



Police search along Interstates 80 and 380 on Thursday for evidence in the case of a dismembered woman whose remains were found on Tuesday along the highways.

David Kidwell/Pocono Record

Text Size: A | A | A

Print this Article    Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine


Your Unique Style! Our Unique Price!

DirectBuy    Free Insider's Guide!    GO

February 01, 2008

Authorities raced against time trying to gather evidence Thursday as cars raced along the Poconos' busiest highways.

The gritty roadside gave up few clues as 52 police officers and volunteer firefighters combed more than 30 miles of Interstates 80 and 380 seeking remains of a dismembered mystery woman whose remains were found Tuesday in bags at eight locations along the highway.

No body parts were found. A pair of gloves discovered along the northbound exit ramp off I-380 at Tobyhanna were photographed, then placed in an envelope for later examination. Police don't know yet if the gloves are connected to the case.

A clump of hair, possibly an artificial hair extension, was found at the Sunoco gas station on Route 611 in Bartonsville. Police will analyze that, too.

The remains found Tuesday include a head and torso, and police hoped to recover more remains for a complete analysis of the victim. Cadaver dogs, all-terrain vehicles and a helicopter were deployed. The wide-scale search stretched from Delaware Water Gap to Interstate 84 near Scranton.

With sleet and rain expected today, troopers pressed to uncover evidence before it gets blown away by wind or carried away by animals.

"Time has transpired since the body was discarded. The more time that passes, evidence can be contaminated or disappear," said Capt. James Murtin, commander of Pennsylvania State Police Troop N in Hazleton. "If past precedent takes hold, it's going to be difficult to solve."

"Time has transpired since the body was discarded. The more time that passes, evidence can be contaminated or disappear," said Capt. James Murtin, commander of Pennsylvania State Police Troop N in Hazleton. "If past precedent takes hold, it's going to be difficult to solve."

HOME

thepoconos.com

What are you looking for?

Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

## RELATED STORIES

Police continue search for body parts   VIDEO

Press conference on body parts along I-80, 380   VIDEO

Police search for remaining body parts on Interstate 380   VIDEO

Human remains found on Interstate 380   VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## THE SEARCH

What: Search for additional remains of unidentified murdered woman. Eight bags of body parts were found along Interstates 80 and 380 from Stroudsburg to Gouldsboro on Tuesday.

When: Started 9:30 a.m. Thursday.

Where: Delaware Water Gap to Interstate 84 near Scranton.

Who: Pennsylvania State Police, Troop N and Troop R assisted by New York State Police K-9 Unit, Dauphin County Sheriff's K-9 unit, Scranton city police department detectives, firefighters from Springbrook Volunteer Fire Company, Elmhurst/Roaring Brook Volunteer Fire Company, Moscow Volunteer Fire Company, Gouldsboro Borough Volunteer Fire Company.

How many: 52 working in three-person teams.

Equipment: Helicopter, ATVs.

Results: Found several pieces of possible evidence including pair of gloves.

Be the first to know - Sign up for text alerts    Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove

Cops, dogs scour road for clues, body parts in case of dismemb...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 214 of 488

**2 of 3**



One of the 52 police officers and firefighters searching along Interstates 80 and 380 for evidence in the case of a dismembered woman whose remains were found on Tuesday along the highways.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 215 of 488

**3 of 3**



PoconoRecord.com

New York State Police Trooper Matt Johnstone, right, walks along I-80 westbound exit Thursday morning. Police searched the area for evidence in the case of a dismembered woman whose remains were found on Tuesday along Interstates 80 and 380.

*David Kidwell/Pocono Record*

Email A Friend | Submit Your Own Photo

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                    Search [            ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >           Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### COPS, DOGS SCOUR ROAD FOR CLUES

Discussions                    [1] 2                    Keep Reading

**1 of 19**
On Feb 1, 2008 at 01:44 AM, windgap927 said:
I am never sleeping again. And I think I just joined the NRA.

windgap927
My Comments
Member Since:
2/16/2007

**2 of 19**
On Feb 1, 2008 at 08:04 AM, hometownboy said:
this is very sad ...What has this world come too? This Son-of-a-B—– needs to be caught and strung up and that would be to good for who ever did this .

hometownboy
My Comments
Member Since: 3/6/2007

**3 of 19**
On Feb 1, 2008 at 08:34 AM, sniggles said:
The world is full of demented sickos. You never know who they are either. Been hearing rumour that it's a serial killer, another head was found on Dreher ave.,more than one body, authorities are not releasing information, yet, so as not to panick the public. You know how peoples opinions start stories flying around. Anyone hear this

sniggles
My Comments
Member Since:
1/29/2008

**4 of 19**
On Feb 1, 2008 at 08:55 AM, CatchurDream said:
This is very scary . I do hope they find the sicko who did this, I also think when they do they should as fare punishment be-head them, but NO they will live in prison and we will pay for them . I pray that they find out who the women was so that her family may put her to rest. As far as the rumor ...I think that if they would have found another head , some how the public would have heard.

CatchurDream
My Comments
Member Since:
12/9/2007

**5 of 19**
On Feb 1, 2008 at 09:01 AM, WhizzKid said:
Well let's just hope that is a rumor and if it is the person that started it is as sick if not worse then the one that actually did it. Stay safe everyone.
**Freedom of speech means the freedom to disagree. www.ronpaul2008.com**

WhizzKid
My Comments
Member Since: 8/4/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS
search PoconoRecord.com        FIND IT!


thepoconos.com/cars

Find a Car

**TOP JOBS**
**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

**TOP CARS**





$5,973
2004 Ford Focus
**Brown Daub Ford Lincoln Mercury**

2005 GMC Sierra 1500
**Brown Daub Kia**



2007 Kia Optima
**Brown Daub Kia**

2005 Buick LaCrosse
**Brown Daub Buick Pontiac Chevrolet**

Show All Featured Cars





**6 of 19**

On Feb 1, 2008 at 09:06 AM, namwen (newman) said:

this is wat occurs wen there is no DEATH PENALTY

namwen
(newman)
My Comments
Member Since:
1/31/2008

---



**7 of 19**

On Feb 1, 2008 at 09:11 AM, fistv said:

I don't see why everybody is getting so riled up, geeze, do any you have any recollection of how many bodies were dumped in NJ along Rt80 ? that was a weekly thing and thats not even counting how many are probably buried UNDER the old concrete. Thats not even counting the ones they didn't find.
When they were building Rt22 in front of Newark Airport in the 50's the mob would dump a body right at the edge where the last road was poured, cover it in gravel and the next day it would be entombed in roadbed. No doubt in my mind that it happened on 80.
What I'm thinking about now is whats in all those plastic garbage bags I see every Monday morning around here that get dumped on the roadside, that makes my hair stand up a bit.
I think maybe we need a major clean up effort NOW to look this over. It would be a massive job for sure and I think that if you see someone dumping you need to take license numbers and descriptions, camera pic if possible.

fistv
My Comments
Member Since:
5/11/2007

---



**8 of 19**

On Feb 1, 2008 at 09:48 AM, Logic19 said:

@fistvYou seem to know a lot about dumping bodies alongside the highway. You act like it's a common occurance for dismembered bodies to be found alongside the highway. I'm sorry but even in here in Jersey that would be a big deal. Talk about desensitization.... jeeze.And if you know these intricate details on how, where, and when the mob dumped bodies near Newark Airport, how come you never alerted the police? You are either 1) part of the mob and stupid enough to explain these details in a public forum or 2) full of BS. I'd bet the latter.

Logic19
My Comments
Member Since: 2/1/2008

---



**9 of 19**

On Feb 1, 2008 at 09:54 AM, beardog said:

we have a simalar case here in daytona but these are all woman and were shot to death but we did have a torsa and head and body parts found in plastic bags along tomoka river. possible connection? maybe

beardog
My Comments
Member Since:
1/23/2007

---

**10 of 19**

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



**On Feb 1, 2008 at 10:00 AM, sniggles said:**

"fistv" is entitled to his/her opinions just as you and everyone else in here is. That information can be gotten anyhere. I don't know the poster and neither do you. Why the name calling? You can disagree with out the name calling. That's the "Logical" approach. That's why this is a "Discussion" baord.

sniggles
My Comments
Member Since:
1/29/2008

Discussions                          1  2                          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M'CLOUDY 22°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search _____ 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**COPS, DOGS SCOUR ROAD FOR CLUES**

| Discussions | 1 2 | Keep Reading |



---

**11 of 19**



**On Feb 1, 2008 at 10:07 AM, sniggles said:**

Maybe. Long shot though. There are many of these types of human misfits, all across this country, living near us. Heck the world for that matter. Unfortunately it's a sick part of life on this planet. And the world keeps spinning.

**sniggles**
My Comments
Member Since:
1/29/2008

---

**12 of 19**



**On Feb 1, 2008 at 11:26 AM, Shemeka said:**

Editor1...is it me, or i thought you can identify a person with dental records? if a head was found, then what's up.... they cut the teeth out or something? well, i think it's safe to say whoever did this knew exactly what they were doing, knew exactly which parts to put in the bag so the person couldn't be identified. sounds like some freak playing a game with the authorities if you ask me.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**13 of 19**

**On Feb 1, 2008 at 11:55 AM, crimjusmaj said:**

Alright so, someone thinks that CSI the tv series has come to the Poconos and that in 45 minutes you can find dental records, put prints in afis, figure out who the victim is, and even find the killer. Wrong, yeah they found a head but its going to take more than a few commercials to find out what happend.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

**14 of 19**

**On Feb 1, 2008 at 12:00 PM, crimjusmaj said:**

Oh and one thing for Logic. . .fistv is possibly right an few people I know, are aware of the bodies dumped in the 50's. Are you aware that was 50 years ago and that in those days the Mob owned the police, the police were rogue. Did you ever think that the media knew about the bodies, and the cops never did anything about it? Use your name and think logically.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    FIND IT!


thepoconos.com/cars
Find a Car

**TOP JOBS**
**INSURANCE AGENT** Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

TOP CARS


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury


$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo


2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep

Show All Featured Cars



**15 of 19**



Nette321
My Comments
Member Since: 2/1/2008

**On Feb 1, 2008 at 12:19 PM, Nette321 said:**

This whole thing is just sick! I moved from long Island out to the poconos thinking I would get away from all the sicko's out there but I guess no matter where you live there's always got to be someone crazy enough to do something like this. A few people have talked about the death penalty. Honestly even if there were a death penalty this stuff would still happen. I don't think a person that does something as horrific as this actually thinks about the consequences or even the fact that they could get caught for it. If they were caught, killing them would actually cost more out of our pocket then letting them rot in prison for the rest of their life. I've done a little research on the death penalty. But anyway, I pray for the family and friends who lost this poor woman and I hope they find the psycho who did this to her! OH and for "crimjusmaj"... you mean to tell me that all crimes aren't solved in an hour??? well that just ruins the show for me! lol

*Edited 2/1/08   by   Nette321*

**16 of 19**



Logic19
My Comments
Member Since: 2/1/2008

**On Feb 1, 2008 at 12:50 PM, Logic19 said:**

@sniggles... There wasn't much name calling going on in my reply... but in any case there also wasn't much of an opinion in fistv's post. Instead he decided to inform us all of how, where, and when the mob has disposed of bodies in NJ. Now I'm sorry, but that's either one of two things... Complete BS, or some real inside info on the mob. The latter of which should have been reported to police and led to arrests. Since it did not, I diduce, through LOGIC, that it was the former. I apologize to all for getting off topic... I will not respond on this subject again.

**17 of 19**



windgap927
My Comments
Member Since:
2/16/2007

**On Feb 1, 2008 at 01:16 PM, windgap927 said:**

shemeka. i responded to you in another forum, but didn't realize you were the person i had seen who asked why they didn't have an id, that the teeth must be missing. consider this, you have teeth. then what? unless you have some people who this body might be, you cant go and access a data base of dental records, same with dna. I am sure all the families of missing persons who have called them up have supplied needed materials and they will check. But teeth and dna do not tell you a name unless you can compare it.

**18 of 19**



fistv
My Comments
Member Since:
5/11/2007

**On Feb 1, 2008 at 09:30 PM, fistv said:**

Fortunately or unfortunately depending on your point of view not all of us were brought up in a sheltered environment. I was born and raised in Newark, in an irish Italian neighborhood where you were either cop/fireman or on the other side of the street. Part of the Palumbo family lived across the street from us, all us kids called him uncle Joe. One of the upsides was we NEVER had any problems in our neighborhood. Cause a problem and you got a trip to the airport :-)))) We moved out of there when I was 12 but that education is the type you can't buy.

**19 of 19**



curiouseyes
My Comments

**On Feb 1, 2008 at 10:11 PM, curiouseyes said:**

I have been searching info on the missing persons sites and there are two in vir that are old cases but catch my eye for some reason. I just cant pin point it

# Cops, dogs scour road for clues, body parts in case of dismembered woman

February 01, 2008 6:00 AM

Authorities raced against time trying to gather evidence Thursday as cars raced along the Poconos' busiest highways.

The gritty roadside gave up few clues as 52 police officers and volunteer firefighters combed more than 30 miles of Interstates 80 and 380 seeking remains of a dismembered mystery woman whose remains were found Tuesday in bags at eight locations along the highway.

No body parts were found. A pair of gloves discovered along the northbound exit ramp off I-380 at Tobyhanna were photographed, then placed in an envelope for later examination. Police don't know yet if the gloves are connected to the case.

A clump of hair, possibly an artificial hair extension, was found at the Sunoco gas station on Route 611 in Bartonsville. Police will analyze that, too.

The remains found Tuesday include a head and torso, and police hoped to recover more remains for a complete analysis of the victim. Cadaver dogs, all-terrain vehicles and a helicopter were deployed. The wide-scale search stretched from Delaware Water Gap to Interstate 84 near Scranton.

With sleet and rain expected today, troopers pressed to uncover evidence before it gets blown away by wind or carried away by animals.

"Time has transpired since the body was discarded. The more time that passes, evidence can be contaminated or disappear," said Capt. James Murtin, commander of Pennsylvania State Police Troop N in Hazleton. "If past precedent takes hold, it's going to be difficult to solve."

---

"Time has transpired since the body was discarded. The more time that passes, evidence can be contaminated or disappear," said Capt. James Murtin, commander of Pennsylvania State Police Troop N in Hazleton. "If past precedent takes hold, it's going to be difficult to solve."

# THE SEARCH

What: Search for additional remains of unidentified murdered woman. Eight bags of body parts were found along Interstates 80 and 380 from Stroudsburg to Gouldsboro on Tuesday.

When: Started 9:30 a.m. Thursday.

Where: Delaware Water Gap to Interstate 84 near Scranton.

Who: Pennsylvania State Police, Troop N and Troop R assisted by New York State Police K-9 Unit, Dauphin County Sheriff's K-9 unit, Scranton city police department detectives, firefighters from

Springbrook Volunteer Fire Company, Elmhurst/Roaring Brook Volunteer Fire Company, Moscow Volunteer Fire Company, Gouldsboro Borough Volunteer Fire Company.

How many: 52 working in three-person teams.

Equipment: Helicopter, ATVs.

Results: Found several pieces of possible evidence including pair of gloves.

Cops, dogs scour road for clues

**Feb-1**                                                                      **1 of 19**

From:
**windgap927**    I am never sleeping again. And I think I just joined the NRA.
Total posts: 207

| Back to Article | Options | Reply |

**Feb-1**                                                                      **2 of 19**

From:
**hometownboy**    this is very sad ...What has this world come too? This Son-of-a-B---- needs to be caught and
Total posts: 45      strung up and that would be to good for who ever did this .

| Back to Article | Options | Reply |

**Feb-1**                                                                      **3 of 19**

From: **sniggles**    The world is full of demented sickos. You never know who they are either. Been hearing
Total posts: 93      rumour that it's a serial killer, another head was found on Dreher ave.,more than one body,
                     authorities are not releasing information, yet, so as not to panick the public. You know how
                     peoples opinions start stories flying around. Anyone hear this



| Back to Article | Options | Reply |

**Feb-1**                                                                      **4 of 19**

From:
**CatchurDream**    This is very scary . I do hope they find the sicko who did this, I also think when they do they
Total posts: 91      should as fare punishment be-head them, but NO they will live in prison and we will pay for
                     them . I pray that they find out who the women was so that her family may put her to rest. As
                     far as the rumor ...I think that if they would have found another head , some how the public
                     would have heard.



| Back to Article | Options | Reply |

**Feb-1**                                                                      **5 of 19**

From: **WhizzKid**    Well let's just hope that is a rumor and if it is the person that started it is as sick if not worse
Total posts: 270     then the one that actually did it. Stay safe everyone.

**Freedom of speech means the freedom to disagree.**
www.ronpaul2008.com

| Back to Article | Options | Reply |

**Feb-1**                                                                      **6 of 19**

From: **namwen**    this is wat occurs wen there is NO DEATH PENALTY
**(newman)**
Total posts: 15

Pocono Record News Forum                                              Page 1 of 1

**Feb-1**                                                                    **7 of 19**

From: **fistv**
Total posts: 1449



I don't see why everybody is getting so riled up, geeze, do any you have any recollection of how many bodies were dumped in NJ along Rt80 ? that was a weekly thing and thats not even counting how many are probably buried UNDER the old concrete. Thats not even counting the ones they didn't find.
When they were building Rt22 in front of Newark Airport in the 50's the mob would dump a body right at the edge where the last road was poured, cover it in gravel and the next day it would be entombed in roadbed. No doubt in my mind that it happened on 80.
What I'm thinking about now is whats in all those plastic garbage bags I see every Monday morning around here that get dumped on the roadside, that makes my hair stand up a bit.
I think maybe we need a major clean up effort NOW to look this over. It would be a massive job for sure and I think that if you see someone dumping you need to take license numbers and descriptions, camera pic if possible.

| Back to Article | Options | Reply |
|---|---|---|

**Feb-1**                                                                    **8 of 19**

From: **Logic19**
Total posts: 2

@fistvYou seem to know a lot about dumping bodies alongside the highway. You act like it's a common occurance for dismembered bodies to be found alongside the highway. I'm sorry but even in here in Jersey that would be a big deal. Talk about desensitization.... jeeze.And if you know these intricate details on how, where, and when the mob dumped bodies near Newark Airport, how come you never alerted the police? You are either 1) part of the mob and stupid enough to explain these details in a public forum or 2) full of BS. I'd bet the latter.

| Back to Article | Options | Reply |
|---|---|---|

**Feb-1**                                                                    **9 of 19**

From: **beardog**
Total posts: 70

we have a simalar case here in daytona but these are all woman and were shot to death but we did have a torsa and head and body parts found in plastic bags along tomoka river. possible connection? maybe

| Back to Article | Options | Reply |
|---|---|---|

**Feb-1**                                                                    **10 of 19**

From: **sniggles**
Total posts: 93



"fistv" is entitled to his/her opinions just as you and everyone else in here is. That information can be gotten anyhere. I don't know the poster and neither do you. Why the name calling?
You can disagree with out the name calling. That's the "Logical" approach. That's why this is a "Discussion" baord.

| Back to Article | Options | Reply |
|---|---|---|

Pocono Record News Forum                                    Page 2 of 4

| Discussions | 1 2 | Keep Reading |

Reader Reactions

### Cops, dogs scour road for clues

**Feb-1**                                                      **11 of 19**
From: sniggles          Maybe. Long shot though. There are many of these types of human misfits, all across this
Total posts: 93         country, living near us. Heck the world for that matter. Unfortunatly it's a sick part of life on
                        this planet. And the world keeps spinning.


                                          [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-1**                                                      **12 of 19**
From: Shemeka           Editor1...is it me, or i thought you can identify a person with dental records? if a head was
Total posts: 1449       found, then what's up.... they cut the teeth out or something? well, i think it's safe to say
                        whoever did this knew exactly what they were doing, knew exactly which parts to put in the
                        bag so the person couldn't be identified. sounds like some freak playing a game with the
                        authorities if you ask me.

                                          [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-1**                                                      **13 of 19**
From:                   Alright so, someone thinks that CSI the tv series has come to the Poconos and that in 45
crimjusmaj              minutes you can find dental records, put prints in afis, figure out who the victim is, and even
Total posts: 39         find the killer. Wrong, yeah they found a head but its going to take more than a few
                        commercials to find out what happend.

                                          [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-1**                                                      **14 of 19**
From:                   Oh and one thing for Logic. . .fistv is possibly right an few people I know, are aware of the
crimjusmaj              bodies dumped in the 50's. Are you aware that was 50 years ago and that in those days the
Total posts: 39         Mob owned the police, the police were rogue. Did you ever think that the media knew about
                        the bodies, and the cops never did anything about it? Use your name and think logically.

                                          [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-1**                                                      **15 of 19**
From: Nette321          This whole thing is just sick! I moved from long island out to the poconos thinking I would get
Total posts: 1          away from all the sicko's out there but I guess no matter where you live there's always got to
                        be someone crazy enough to do something like this. A few people have talked about the
                        death penalty. Honestly even if there were a death penalty this stuff would still happen. I
                        don't think a person that does something as horrific as this actually thinks about the
                        consequences or even the fact that they could get caught for it. If they were caught, killing
                        them would actually cost more out of our pocket then letting them rot in prison for the rest
                        of their life. I've done a little research on the death penalty. But anyway, I pray for the family
                        and friends who lost this poor woman and I hope they find the psycho who did this to her! OH
                        and for "crimjusmaj"... you mean to tell me that all crimes aren't solved in an hour??? well
                        that just ruins the show for me! lol

                        *Edited Feb-1  by  Nette321*

**Feb-1**                                                                    **16 of 19**

From: **Logic19**
Total posts: 2

@sniggles... There wasn't much name calling going on in my reply... but in any case there also wasn't much of an opinion in fistv's post. Instead he decided to inform us all of how, where, and when the mob has disposed of bodies in NJ. Now I'm sorry, but that's either one of two things... Complete BS, or some real inside info on the mob. The latter of which should have been reported to police and led to arrests. Since it did not, I duduce, through LOGIC, that it was the former. I apologize to all for getting off topic... I will not respond on this subject again.

| Back to Article | Options | Reply |

**Feb-1**                                                                    **17 of 19**

From: **windgap927**
Total posts: 207

shemeka. i responded to you in another forum, but didn't realize you were the person i had seen who asked why they didn't have an id, that the teeth must be missing. consider this, you have teeth. then what? unless you have some people who this body might be, you cant go and access a data base of dental records, same with dna. I am sure all the families of missing persons who have called them up have supplied needed materials and they will check. But teeth and dna do not tell you a name unless you can compare it.

| Back to Article | Options | Reply |

**Feb-1**                                                                    **18 of 19**

From: **fistv**
Total posts: 1449



Fortunately or unfortunately depending on your point of view not all of us were brought up in a sheltered environment. I was born and raised in Newark, in an Irish Italian neighborhood where you were either cop/fireman or on the other side of the street. Part of the Palumbo family lived across the street from us, all us kids called him uncle Joe. One of the upsides was we NEVER had any problems in our neighborhood. Cause a problem and you got a trip to the airport :-)))) We moved out of there when I was 12 but that education is the type you can't buy.

| Back to Article | Options | Reply |

**Feb-1**                                                                    **19 of 19**

From: **curiouseyes**
Total posts: 10

I have been searching info on the missing persons sites and there are two in vir that are old cases but catch my eye for some reason. I just cant pin point it

| Back to Article | Options | Reply |

| Discussions | 1  2 | Keep Reading |

# Profiler: Killer probably likes infamy

By Beth Brelje
Pocono Record Writer
February 01, 2008 6:00 AM

What kind of person would murder, dismember and discard another human being's body on the highway?

"Someone with a need to shock and offend people," according to criminal profiler Gregg McCrary. "The suspect could have disposed of the body in rural areas and really delayed recovery or prevented it all together."

By leaving it on the side of the road, "somebody wanted it discovered," McCrary said. "This is someone who is not afraid to have the victim discovered."

The suspect is likely watching news coverage of a woman's body parts found in garbage bags along Interstates 80 and 380 on Tuesday. Police are still searching for more clues and have not yet identified the dismembered victim.

"He might enjoy the infamy while at the same time trying to avoid taking responsibility. Maybe he wanted to display the body where it would get public attention," McCrary said.

McCrary, a retired FBI agent, has 35 years of experience analyzing crimes and crime scenes and constructing behavioral profiles of unknown offenders. Today, he works as a consultant in offender profiling, victimology, classification by motive, crime reconstruction, and analysis across the country.

While with the FBI, McCrary, of Fredericksburg, Va., worked on many bizarre crimes, including a number of dismemberment cases like the one discovered Tuesday, in which a woman's body parts were found in trash bags dropped at eight locations along Interstates 80 and 380 in Monroe and Lackawanna counties.

McCrary has seen it both ways in his career: Body parts found together and scattered around.

"It is a statistical probability that it will be a male offender," he said, but cautions not to get tunnel vision when it comes to theories for any crime. Investigators must keep an open mind because there are so many possible scenarios, he said.

"We need to know more about the victim. Was she a prostitute or a housewife? Did some guy get angry at his wife?" McCrary said.

He said identity is key because it can lead to where she was from and who she associated with.

It's hard to say if he knew the victim until she is identified, McCrary said.

It is chilling to think this may not be the killer's first victim, but it probably isn't, McCrary said.

"I'd be surprised if it was the first time he killed. It takes time to get comfortable around a body. This

is not an entry-level sort of crime," McCrary said.

If it is his first, McCrary said, the killer is deeply disturbed.

"People tend to think it must be some crazy guy, some wild-eyed monster that drools," McCrary said. He also said sometimes it is someone who seems like a nice guy.

The fact that the victim's body was treated like trash, bagged and thrown on the road, may or may not be significant.

"You don't want to over interpret it too much," McCrary said. "To drive along and drop off body parts, at the very least, he didn't care. Perhaps he considers the victim to be nothing but trash and he wanted to show the world what a piece of trash this person was."

McCrary said the suspect may have felt wronged by the victim.

"Sometimes we see caring for the victim," he said, noting a suspect will place a pillow under the head and cover the body with a blanket. "It's called undoing. They feel remorse, they feel bad. In this case, that is totally absent. I'd be surprised if he were guilt-ridden about this. It takes some effort to dismember a body."

McCrary said investigators will likely look for where the dismemberment occurred.

"It will be some place under his control," McCrary said. "It is going to be quite a mess, and rich in evidence."

Pocono Record News Forum                                                    Page 1 of 1

**Profiler Killer probably is enjoying the infamy**

**Feb-1**                                                                    1 of 267
From:
**despondent**        This will be interesting now. The "pros" are here, good luck to them in this horrible case.
Total posts: 1171

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    2 of 267
From: **elle**
**(ellegil)**         I suppose we should watch for strange new posters...and not just strange old posters. ;)
Total posts: 707

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    3 of 267
From:
**despondent**        Elle, that is a good possibility too, if what the forensics guy was saying, he might be watching
Total posts: 1171     all of this chuckling his little heart out. Sick folks here these days.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    4 of 267
From: **1234**        You don't need to post to read these forums. You don't even need to be a registered poster.
Total posts: 916      That's why I have pretty much stopped commenting in threads about this crime.



[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    5 of 267
From: **VinMan**      You got it Elle!
Total posts: 470



[ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                              Page 1 of 1

From: namwen
(newman)
Total posts: 15                 some drunk pennsy highlander

[ Back to Article ]   [ Options ]   [ Reply ]

From: elle
(ellegil)                       Hey newman.....
Total posts: 707                Welcome.

[ Back to Article ]   [ Options ]   [ Reply ]

From:
rottenscoundrel                 A quote in the story from the profiler: "If it is his first, McCrary said, the killer is deeply
Total posts: 196                disturbed."LMAO as opposed to a guy that has killed numerous times before? There is nothing
                                funny about this story but I couldn't help but laugh when I read that. I hope the catch this
            person soon.

[ Back to Article ]   [ Options ]   [ Reply ]

From: sniggles                  Whoever it is I hope they catch them/him/her, and soon. It's just unsettleing to think there's
Total posts: 93                 a person with severe issues like this amounsgt us. That is quite a dangerous and demented
                                individual that can do this type of crime. They should do the same to him when he is caught
            and convicted, the ####.

[ Back to Article ]   [ Options ]   [ Reply ]

From:
windgap927                      I really feel bad for the families of missing persons right now. All over the country. Because
Total posts: 207                they reported the body was frozen, who knows how long this sick freak had her. All these
                                families are feeling that pain all over again and wondering if this poor woman is their loved
                                one. My husband works right near dreher, so as for the sick rumor, if that is what it is you
                                people need some serious help, I should know by this afternoon.

[ Back to Article ]   [ Options ]   [ Reply ]

| Discussions | 1 2 3 ... 25 26 27 | Keep Reading |

Pocono Record News Forum                                                Page 1 of 1

**Feb-1**                                                                  11 of 267
From: **sniggles**        Time will tell if some of this is rumor. They may never find out who she is, just like the
Total posts: 93           Princess Doe killing in Blairstown. That was profiles on Americas Most Wanted, I think that
                          was the show. Sick world.



| Back to Article | Options | Reply |

**Feb-1**                                                                  12 of 267
From: **MillieMae**       I find it interesting that there were so many bags, rather than the person trying to fit most of
Total posts: 257          the parts into one or 2 bags. It's almost as if he changed his/her mind about dumping the body
                          in one spot or several further away. I'm also wondering if this is a type of warning that the
                          criminal is planning to strike again? It is very disturbing.

| Back to Article | Options | Reply |

**Feb-1**                                                                  13 of 267
From: **cali007**         " I'm also wondering if this is a type of warning that the criminal is planning to strike again?"
Total posts: 559
                          Why would it be?

| Back to Article | Options | Reply |

**Feb-1**                                                                  14 of 267
From: **Molly**           I KNEW THEY'D CALL IN A PROFILER.You might be right Cali...they might betraying to warn us
Total posts: 112          all. My hope is that they make a bust of te woman and put it on AMW for this upcoming
                          episode-that might help. By this time I don't think they are going to find anymore body parts
                          with all the animals here in the woods-especially the deer.This is starting to get scarier, and I
                          think the profiler is right...the murder is watching it all and enjoying every bit of it. I have
                          always been against having a gun, but its time for us all to get guns.Im also making sure my
                          kids go no where walking until this is solved. My city instinct is starting to kick in. God forbid
                          he is among us.We all need to start praying!

| Back to Article | Options | Reply |

**Feb-1**                                                                  15 of 267
From: **Molly**           JUST A THOUGHT...has anyone given any thought to the fact tht this could be STACEY
Total posts: 112          PETERSON? I know its far fetched but Drew is such a creep you just never know.

                          *Edited Feb-1  by Molly*

| Back to Article | Options | Reply |

Pocono Record News Forum                                                    Page 1 of 1

**Feb-1**                                                                    **16 of 267**
From: gladys
Total posts: 834



Molly, deer are not carnivores, exceptions are some in Scotland that have taken to eating legs of small birds to increase their calcium levels or some other diet deficiency. This killer is probably a cowardly wimp with a limp little member that killed a woman and want some fame or infamy. Sick and twisted.

| Back to Article | Options | Reply |

**Feb-1**                                                                    **17 of 267**
From: papixie
Total posts: 81



Hey Moll, you said this:

"By this time I don't think they are going to find anymore body parts with all the animals here in the woods-especially the deer."

I am just curious about the deer comment. What would deer have to do with body parts being dragged and possibly eaten? We have raccoons, skunks, domestic dogs and cats, bobcats and any number of other animals roaming at will that would be apt to claw open a bag and dig in, but the deer sure would not give a hoot about it. They are vegans.

I am not trying to be smart. I was just wondering if you had a point that I am missing. I woke up late and am still on my first cup of coffee, so I am a bit groggy yet.

*Edited Feb-1  by papixie*

| Back to Article | Options | Reply |

**Feb-1**                                                                    **18 of 267**
From: pacharlie
Total posts: 567



That is fuunt this is being discussed I said it in the first news article that he was probally reding everything we write, just like the hit and run motor cycle guy did 6 months before turing himself in. It is creepy.

| Back to Article | Options | Reply |

**Feb-1**                                                                    **19 of 267**
From: Molly
Total posts: 112

SEE GLADYS! Told ya I was a city kid! My dh laughs at me cause I don't watch enough National Geographic lol Thanks for educating me! But I know there's some animals out there that will eat remains...don't ask me to tell ya which ones though lol

PIXIE: No coffee at all in the house! Im really having a rough morning! Thanks for listing the ones that do eat cause I wouldn't know them lol

*Edited Feb-1  by Molly*

| Back to Article | Options | Reply |

**Feb-1**                                                                    **20 of 267**
From: gladys
Total posts: 834



Thanks for laughing Molly. I didn't mean to criticize ya. There are plenty of other critters that will eat nearly anything.
As far as this cretin reading these posts, you are assuming that he can read.

| Back to Article | Options | Reply |

http://forums.poconorecord.com/n/pfx/forum.aspx?tsn=11&nav=messages&webtag=pr-ne...    3/11/2008

Pocono Record News Forum                                                  Page 1 of 1

**Feb-1**                                                                 **21 of 267**
From: **pacharlie**       Where can I find this article on what the profiler reported this thoughts on the killer that
Total posts: 567          everyone is talking about?



<div style="text-align:right">Back to Article   Options   Reply</div>

**Feb-1**                                                                 **22 of 267**
From: **elle**            "This killer is probably a cowardly wimp with a limp little member..."
(ellegil)
Total posts: 707          I was thinking the same thing...

He also had an overbearing mother, alcoholic or absent father. He has a job that requires
little to no contact with people. People probably don't notice him, though he can be polite
and pleasant when the need arises...

Have I missed anything?

;)

<div style="text-align:right">Back to Article   Options   Reply</div>

**Feb-1**                                                                 **23 of 267**
From: **gladys**          Nooorrmaaaan.
Total posts: 834



<div style="text-align:right">Back to Article   Options   Reply</div>

**Feb-1**                                                                 **24 of 267**
From: **rambler1**        I was channel surfing last night and came across a documentary on MS-13. The pix they
Total posts: 1150         showed reminded me big-time of this case. The point about this probably not beng a first-
time crime is that for most people, desensitizing themselves about what normal people
consider abhorrant is necessary; that's why even most serial killers begin by torturing small
animals and work their way up to increasingly violent crimes.
TO break that pattern would be a sign of a sicko that would prolly make even other sickos
sick.

<div style="text-align:right">Back to Article   Options   Reply</div>

**Feb-1**                                                                 **25 of 267**
From: **papixie**         pacharlie, there is a button on every post that says "Back to Article". Clicking it will take you
Total posts: 81           to the article the entire thread is referring to. In any case, here is the link:
http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080201/NEWS/802010361

Pocono Record News Forum                                        Page 1 of 1

**Feb-1**                                                       26 of 267

From: **Molly**   I know you didn't...Im still laughing at myself lol
Total posts: 112   That's what happens when you take a Jersey City girl and put her in the country lol I've been here 5 years and still can't tell the difference in animals lol

[Back to Article] [Options] [Reply]

**Feb-1**                                                       27 of 267

From: **windgap927**   There was a case in the 70s and 80s in the west. The guy killed three women and when
Total posts: 207   someone discovered the first, in pieces, in an abandoned house, he decided to have fun with it I guess. Sick. He dismembered two more and left their parts all over town. They never found them all. They didn't find any of the genital areas. I am getting chills. When the police found the body parts, the guy went back and left more in the same place! Just to mess with them. If he was 20 in 76, he could still be able to do this. How creepy. He had a specific way of cutting, so it would be obvious if it was the same MO. If his last kill was in 86ish and he went away for a different murder, he would be getting out about now. But, it is probably just some hick mad at his wife and wanting to life insurance, so the body needed to be found. The sick thing is people cut up people quite frequently, which is why this isn't hitting big time news to a large degree. It is only news now if there are multiples. What does that say about our society. Most people though, try to bury or hide the body if it is someone they know. That is what scares me about this. You know people will suspect you first if your wife shows up cut up on the side of the road. ANd you have to have some fearlessness to do this on a highway. It is obviously not a local woman that has other family or friends, besides the killer, or else we would know she was missing by now. It could be someone from out of town or just someone no one cared about, someone on the fringe of society, picked up at the truck stop, killed somewhere, and eventually dropped off here. It would be interesting to find out if she was pregnant. Someone has an affair or just knocks up a gfriend - number one reason women are murdered. Maybe the body was cut up so they couldnt find the evidence of a baby with DNA. Soooooooo many reasons for this, we won't know till all the facts are in.

[Back to Article] [Options] [Reply]

**Feb-1**                                                       28 of 267

From: **CatchurDream**   I dont mean any disrespect for the profiler BUT...the body parts were in 8 different places
Total posts: 91   and im sure many more that we will never know of , possible this is more then 1 person ...I mean someone dumping the bags and someone driving? Something to think about huh??? Living here all my life I remember the Princess Doe story, to this day , no one ever claimed her, thank god for the people in Blairstown, gave the women a proper resting place ...still makes me wonder what kind of life they lead, that no one reports them missing ...tis a shame :(



[Back to Article] [Options] [Reply]

**Feb-1**                                                       29 of 267

From: **Shemeka**   ok brainiacs, farmers and farmetts. we can do this. let's solve this mess. now....1) there were
Total posts: 1450   8 bags found. someone brought up a valid point, why waste bags and not stuff the parts in fewer bags. so obviously 8 must relate in some kind of way. 2) from the location the first bag was found to the last bag found, what area is that? i'm not too familiar with anything outside of East Stroudsburg, so is that only the Poconos the killer chose? this obviously means something. 3) maybe the fact that they can't identify the body is because he didn't want them to get too caught up on the person as oppose to the message behind whatever he is trying to make. so....were there teeth on the head they found?

[Back to Article] [Options] [Reply]

**Feb-1**                                                       30 of 267

From: **cali007**   "JUST A THOUGHT   has anyone given any thought to the fact tht this could be STACEY

Pocono Record News Forum                                                          Page 1 of 1

**Feb-1**                                                                    **31 of 267**
From:
CatchurDream          DAMN ! Guess I should go back and play on the farm ...since Shemeka knows all ..Yikes! But
Total posts: 91       yet doesnt know much out of East Stroudsburg...now lets see who is the farmette ??



[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    **32 of 267**
From: **cali007**    " possible this is more then 1 person ..."
Total posts: 559
                     A simple DNA test from samples taken from each piece would solve that.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    **33 of 267**
From: **Molly**      Yeah your right again..didn't think about that.
Total posts: 112
                     More than 1 person?????????????????????? HOW CREEPY!!!!!!

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    **34 of 267**
From:                No, not more than one person dead. I think she meant more than one person involved. Like I
windgap927           said many posts before. It would be hard to toss a chunky girl's torso out the passenger
Total posts: 207     window as you are driving.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    **35 of 267**
From:                Molly - please do not be offended, but this is a HUGE pet peeve of mine. You're right, not
windgap927           your right. Just something that drives me nutty!!!!!
Total posts: 207

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                                    **36 of 267**
From:                Oh, and this profiler has all this experience and yet said everything that has already been said
windgap927           in this forum. I think he waited till Friday to get enough material from us.
Total posts: 207

Pocono Record News Forum                                                Page 1 of 1

**Feb-1**                                                                **37 of 267**
From: **pacharlie**
Total posts: 567        What I find weird is on the body part map he dropped one bag on exit 207 the rest were miles
                        away by 380 close in proximity, why the Gap? Look at the map you will see.



| Back to Article | Options | Reply |

**Feb-1**                                                                **38 of 267**
From: **cali007**      "why the Gap?"
Total posts: 559
   Maybe there was suddenly traffic around him/them and they had to wait to start tossing parts
                        again.

| Back to Article | Options | Reply |

**Feb-1**                                                                **39 of 267**
From: **cali007**      "why waste bags"
Total posts: 559
   I'm guessing when you kill someone, chop up the body, and dump it along a highway, saving a
                        few cents by using fewer bags probably isn't going through the persons mind. Plus, it would be
                        easier to throw a bunch of small packages rather then one or two large ones.

| Back to Article | Options | Reply |

**Feb-1**                                                                **40 of 267**
From: **Shemeka**      true that. i hate retarded killers. you can't really figure their azzes out. well....has anyone
Total posts: 1450      thought that maybe he had another victim in the car or truck or whatever and he didn't know
                        that victim was in the back throwing out bags. then he realized, went and collected some,
                        then had to turn around, that explains why the one bag found on the other side, and then it
                        was just too many cars to pick up the rest of the bags. cause they said it is more parts of the
                        body missing. so where is the rest. or is this far out and i watch too much CSI?

| Back to Article | Options | Reply |

Pocono Record News Forum                                                    Page 1 of 1

**Feb-1**                                                                    41 of 267
From: Shemeka          another thing, what is up with all the secrecy. were their teeth in the head found or
Total posts: 1450      not????????????????????

| Back to Article | Options | Reply |

**Feb-1**                                                                    42 of 267
From:                  shemeka, yes too much csi! I highly doubt a second victim is throwing human body parts out a
windgap927             guy's car and he doesn't know it for a while, then picks some of it up, but leaves the head.
Total posts: 207       They may never tell us details about all the ways the body was cut etc. That way they can
                       verify when they find someone of interest. Only the cops and killer would know. Plus, if
                       another body is found and they have released all the details, no way to know if it is a
                       copycat. Now I have been watching too much CSI! They do that occasionally and while I
                       understand it, it always annoys me! I am curious by nature. Dental records are only good if
                       you have a comparison. If you have an idea who it is. I am sure they are comparing records, if
                       there are teeth, to the missing persons that possibly match her description. But you cannot
                       exactly go around checking the dental records of every person who may or may not be missing
                       in the country. I know you didn't say that Shemeka, someone else asked if they were
                       identifying her by dental records.

| Back to Article | Options | Reply |

**Feb-1**                                                                    43 of 267
From: cali007          " were their teeth in the head found or not???????????????????"
Total posts: 559

'GANG
BUSTERS'               What does it matter? You don't need teeth to ID a body anymore. DNA works just fine.

| Back to Article | Options | Reply |

**Feb-1**                                                                    44 of 267
From: Shemeka          no honestly, i thought so too. i thought the dental records was kind of like fingerprints, you
Total posts: 1450      take like an impression and run a scan or something. damn, wtf is up with technology? they
                       will never identify this person. shyt. lolololol

| Back to Article | Options | Reply |

**Feb-1**                                                                    45 of 267
From: Shemeka          cali, so then what's up with the id then? and forget about the dental records thing, i thought
Total posts: 1450      it was something like fingerprints where they can run a mass scan. lololol i'm all tv'd up today
                       right?

| Back to Article | Options | Reply |

Pocono Record News Forum                                      Page 1 of 1

**Feb-1**                                                                46 of 267
From:
crimjusmaj          Lets just all agree that this isnt CSI. It is going to take them more then 45 minutes (previously
Total posts: 39     stated) to find out who the woman is, where shes from, what tool chopped her up, and what
                    seemingly normal guy/girl did this to her. Lets sit back, lock our doors and wait. Thats all we
                    can do is wait, it isnt going to help anyone by sitting here as a bunch of amatuers trying to
                    figure out what happend. if were going to do that, we should go buy the CSI game for play
                    station, very good game, keeps you occupied.

                                         | Back to Article | Options | Reply |

**Feb-1**                                                                47 of 267
From:
windgap927          but dna will not give you a name either. unless they are in codis. the dna computer system
Total posts: 207    like afis. it is very unlikely she is. they can only dna compare in order to identify, so unless
                    someone comes forward with missing persons, no id. teeth and dna aren't like microchipping!

                                         | Back to Article | Options | Reply |

**Feb-1**                                                                48 of 267
From: Shemeka        oh well damn. wow. you learn something new everyday. here i was thinking it's as simple as
Total posts: 1450    running a search in some major database.

                                         | Back to Article | Options | Reply |

**Feb-1**                                                                49 of 267
From: pacharlie      Why waste money and buy a game when you have this for free....LOL
Total posts: 567     Pocono Record on line is more entertaining then any game I know ;)

                                         | Back to Article | Options | Reply |

**Feb-1**                                                                50 of 267
From:
crimjusmaj          Finally someone who knows a little about this stuff haha. Really, you have to have something
Total posts: 39     to compare it to? Everyones DNA isnt in a computer data base? haha

                                         | Back to Article | Options | Reply |

| Discussions |        1  2  3  4  5  6  7  ...  25  26  27        | Keep Reading |

Pocono Record News Forum                                                Page 1 of 1

**Feb-1**                                                                **51 of 267**

From:
**windgap927**
Total posts: 207

than any game you know. Sorry, I guess I should have been an English teacher! Typos are fine, but I insist on ridding the world of using the wrong than, there, and your!

| Back to Article | Options | Reply |

**Feb-1**                                                                **52 of 267**

From:
**crimjusmaj**
Total posts: 39

Alright Ill give you that much this seems to be much interesting then the game, the show for the matter hah

| Back to Article | Options | Reply |

**Feb-1**                                                                **53 of 267**

From:
**windgap927**
Total posts: 207

I thought it was common sense crim! I know no one has ever come and taken my dental impressions and DNA for a database. As far as fingerprints are concerned, I plead the fifth!

| Back to Article | Options | Reply |

**Feb-1**                                                                **54 of 267**

From: **cali007**
Total posts: 559

" i thought it was something like fingerprints where they can run a mass scan."



They can use dental records to ID a person, but there is no data base containing dental records of everyone they can "mass scan". Dental records are useful to confirm identity, not to figure out the ID of someone when you have no idea of who they are.

| Back to Article | Options | Reply |

**Feb-1**                                                                **55 of 267**

From:
**windgap927**
Total posts: 207  *Edited Feb-1  by  windgap927*

crim, i am getting out my ruler! THAN. than compares two things!

| Back to Article | Options |

Pocono Record News Forum                                                      Page 1 of 1

Feb-1                                                                         56 of 267
From:
**crimjusmaj**          It is common sense. . .Someone just doesnt realize that.
Total posts: 39

| Back to Article | Options | Reply |

Feb-1                                                                         57 of 267
From:
**windgap927**          hahahaha. crim. i had to edit, i put the wrong to, too, two!!!! typo though, i swear!
Total posts: 207

| Back to Article | Options | Reply |

Feb-1                                                                         58 of 267
From:
**crimjusmaj**          Alright alright, so my grammar isnt all that great, but atleast I know that the crime isnt going
Total posts: 39        to be solved in a matter of 45 minutes ha.

| Back to Article | Options | Reply |

Feb-1                                                                         59 of 267
From: **cali007**       "but dna will not give you a name either."
Total posts: 559
    There is nothing that will "give you a name" except a thorough investigation. And even that
                        doesn't always work.

| Back to Article | Options | Reply |

Feb-1                                                                         60 of 267
From: **cali007**       "I know no one has ever come and taken my dental impressions and DNA for a database."
Total posts: 559
    They don't need impressions they only need an x-ray. Have you ever been to a dentist?

| Back to Article | Options | Reply |

| Discussions | 1 2 3 4 5 6 7 8 ... 25 26 27 | Keep Reading |

Pocono Record News Forum                                           Page 1 of 1

**Feb-1**                                                          **61 of 267**
From: **pacharlie**
Total posts: 567        Your a "Richard", I have a learning disability, why are you even picking on me, I said nothing
                        nasty to you. If your going to br rude to people go away.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                          **62 of 267**
From:
**windgap927**          cali - I know how it all works, I was dumbing it down for the forum. I was saying, no one ever
Total posts: 207        requested dental records, xray or otherwise, for a national database and the fact the no one
                        ever requested theirs might ring a bell that there is no database. I know what gives a name
                        and what doesn't, but you really need to simplify things sometimes for people.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                          **63 of 267**
From:
**crimjusmaj**          We can just hope that they will find the hands or fingers (pardon my morbidness), and when
Total posts: 39         they do, she is in the system. Without having her prints taken for a previous crime or security
                        clearance type job (teacher, police etc.) theres not luck. Lets just hope for the best, huh?

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                          **64 of 267**
From:
**windgap927**          pacharlie. I am not picking on you. I corrected three people. And grammar doesn't show
Total posts: 207        whether a person is intelligent or not, it is a learned skill. So, the more people correct others
                        and practice, the better it will get. It is something I stunk at as a kid, we never studied
                        grammar until I was in 7th grade, so it frustrates me when others are screwing it up too! I
                        know I was grateful when someone finally started to teach me all the differences and without
                        reminders, I would have forgotten by now. My brother has a learning disability, but that kid is
                        WAY smarter than I am. It is a pet peeve. Kids nowadays, just look at some of the obituary
                        posts for that COCO girl have no idea how to spell anything and no one seems to care. Even
                        though it doesn't mean you're dumb, it makes us look it to the rest of the world. Sorry if I
                        offended. I am not one to usually care if I offend people, but I am sorry.

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                          **65 of 267**
From: **pacharlie**
Total posts: 567        Windgap, It's ok.
                        It is just something I have struggled with for my whole life and I just can not get it I can not
                        memorize certain times tables as well, and often confuse left and right. I am also smart like
                        your brother, just not in those areas, you make up for what you lack, I won't take offence to
                        your corrections, maybe it will help :) Spell check does not correct it at all.

[ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                                          Page 1 of 1

**Feb-1**                                                                          **66 of 267**

From: cali007          " And grammar doesn't show whether a person is intelligent or not, it is a learned skill."
Total posts: 559

          No offense, but repeatedly correcting posters grammar is kind of a message board "faux pas"
                              that doesn't generally win you many friends. That applies here as well as other message
                              boards.

                              Just a little advice;-)

                                                                    | Back to Article | Options | Reply |

**Feb-1**                                                                          **67 of 267**

From:                  I have certain things that no matter how many times I do them, I cannot remember how to do
windgap927             it the next time. We all have memory impairments. I hope. Hope it isn't just me! I did have a
Total posts: 207       head trauma! I could never memorize them either and then one day it clicked. Than
                       compares, then refers to time.I remember that now because there is no a in time. So than
                       cannot be related to the time. I went downstairs then got a bite to eat. Time relationship.
                       Just how I remember it. This clown is scarier than that one. Has nothing to do with time, so it
                       is the one with the "a". Just a tip. Maybe that will help.

                                                                    | Back to Article | Options | Reply |

**Feb-1**                                                                          **68 of 267**

From:                  I have plenty of friends, not looking for any here. I just wish people would put more effort
windgap927             into it. You are really one to give me advice, you tend to jump on people and tell them they
Total posts: 207       are wrong. How is grammar any different? That was rhetorical.

                                                                    | Back to Article | Options | Reply |

**Feb-1**                                                                          **69 of 267**

From: pacharlie        Ok so
Total posts: 567       I went outside then she came.(No a in time)
                       I rather have cheese than cake? (Has nothing to do with time just choice)
                       Right?

                                                                    | Back to Article | Options | Reply |

**Feb-1**                                                                          **70 of 267**

From:                  See, you caught on a hell of a lot quicker than I ever did!
windgap927
Total posts: 207

                                                                    | Back to Article | Options |

Pocono Record News Forum                                    Page 1 of 1

**Feb-1**                                                    **71 of 267**
From: pacharlie     Yea, it's a good trick, I need funny riddles like that help, like the 9 times tables I do this thing
Total posts: 567    with my fingers..Thanks.



[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                    **72 of 267**
From:               i know exactly the nines thing you speak of, I did that too! Now, I dont even bother with the
windgap927           times table. My phone has a calculator!
Total posts: 207

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                    **73 of 267**
From: gladys        pacharlie,now that you two have kissed and made up, do you retract that 'richard'
Total posts: 834    comment? ;]}}}



[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                    **74 of 267**
From:               haha no! I deserved it! I have this thing where I am not good at being sensitive to others. I
windgap927           need a good kick in the pants once in a while!
Total posts: 207

[ Back to Article ]   [ Options ]   [ Reply ]

**Feb-1**                                                    **75 of 267**
From: cali007       "you tend to jump on people and tell them they are wrong."
Total posts: 559
                    I debate topics. That's what goes on here.

                    Nitpicking grammar is petty.

[ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                    Page 1 of 1

**Feb-1**                                                        **76 of 267**

From: **windgap927**
Total posts: 207

I am not doing it to make them seem stupid or unintelligent, I was doing it to help this forum be a better place to discuss topics. Just like it is distracting when the PR makes mistakes, and everyone points them out, it is distracting here as well. Why is it ok to make fun of the PR for spelling and grammar errors but not okay to correct people in the PR's forum? There is discussing and just nitpicking what people say even though you know exactly what they mean. I know, I have done both.

| Back to Article | Options | Reply |

**Feb-1**                                                        **77 of 267**

From: **pacharlie**
Total posts: 567

gladys yes I, I retract the "richard" comment. LOL
So lets get back on discussion, any up dates?

| Back to Article | Options | Reply |

**Feb-1**                                                        **78 of 267**

From: **1234**
Total posts: 917

I look at it this way windgap- forums function more like normal oral conversation than say, a book or college paper. Would you correct someone because they had a speech impediment or spoke with an accent when speaking to you? Don't sweat the small stuff. Responses here are often hurried and we are all human. If you understand the intent of the poster, that's all that's needed.

| Back to Article | Options | Reply |

**Feb-1**                                                        **79 of 267**

From: **windgap927**
Total posts: 207

1234 - That is how I always work, but there were 6 mistakes in a minute by 3 different people, all the same thing, and I felt it needed addressing. I make typos all the time. Some of them very amusing. And I did have a speech impediment (severe head trauma), and yes, people corrected me and I was happy they did. Kept me motivated.

As far as I know, no head was found on Dreher Ave.

| Back to Article | Options | Reply |

**Feb-1**                                                        **80 of 267**

From: **crimjusmaj**
Total posts: 39

My father is LT. fire dept. and we have a scanner here, usually important stuff goesv over it. I havent heard anything about a head on dreher

| Back to Article | Options | Reply |

Pocono Record News Forum                                      Page 1 of 1

**Feb-1**                                                        **81 of 267**
From: **WhizzKid**       Well if the killer is reading this forum I'm sure we have him all confused now. We've gone so
Total posts: 270         far off topic that he/she/it doesn't even come into the conversation anymore, his 5 minutes
                         of fame are up I guess.

     Oh and wind, someone said yesterday that they saw a hand sticking out of one of the bags,
                         whether that's true or not I don't know.

### Freedom of speech means the freedom to disagree.
### www.ronpaul2008.com

| Back to Article | Options | Reply |

**Feb-1**                                                        **82 of 267**
From: **Shemeka**        pacharlie, it's "updates" not up dates.
Total posts: 1453

| Back to Article | Options | Reply |

**Feb-1**                                                        **83 of 267**
From:                    Shemeka or whatever your name is. . .How old are you? You seem VERY immature.
**crimjusmaj**
Total posts: 39

| Back to Article | Options | Reply |

**Feb-1**                                                        **84 of 267**
From: **pacharlie**      LOL Thanks Shemeka....I gotta love ya.
Total posts: 567

| Back to Article | Options | Reply |

**Feb-1**                                                        **85 of 267**
From: **Shemeka**        let me ask a question, so how do they report the traffic conditions out here? don't they have
Total posts: 1453        some kind of camera to record the highways?

Pocono Record News Forum                                    Page 1 of 2

**Feb-1**                                                   **86 of 267**
From: **pacharlie**        Some do have cameras I don't know where, and people call in and report I belive. Why?
Total posts: 567

[Back to Article]  [Options]  [Reply]

**Feb-1**                                                   **87 of 267**
From: **Shemeka**          pacharlie, well....don't feel bad. looks like i'm the only one that thought there was some kind
Total posts: 1453          of mass dental record database to identify bodies. i always hear the news reports say he/she
                           was identified by dental records, so i figured the dental records work like fingerprints. since
                           we ALL have been to the dentist at one point in our lives, that it's all in the computer. lololol
                           i'm still baffled about that. and i still believe there is such a database. i'm so confused. lololol

[Back to Article]  [Options]  [Reply]

**Feb-1**                                                   **88 of 267**
From:                      As of yet, I do not believe we, in the poconos are that technologically advanced.
**crimjusmaj**
Total posts: 39

[Back to Article]  [Options]  [Reply]

**Feb-1**                                                   **89 of 267**
From: **knightbear**       I just started reading forum. . .what does dreher have to do with this story ? And what exit is
Total posts: 10            203 ?

[Back to Article]  [Options]  [Reply]

**Feb-1**                                                   **90 of 267**
From: **Shemeka**          pacharlie, i just figured wouldn't that be recorded on camera... he or she dumping the bags
Total posts: 1453          on the highway?

[Back to Article]  [Options]  [Reply]

Pocono Record News Forum                                          Page 2 of 4

| Discussions | 1 2 3 ... 8 9 10 11 12 ... 25 26 27 | Keep Reading |

Reader Reactions

**Profiler Killer probably is enjoying the infamy**

Feb-1                                                                    91 of 267

From:
crimjusmaj         Alright Shemeka this may help you. Say there are 10 woman 50-60 years of age in missing
Total posts: 39    persons that match our vic. Authorities will find out those missing persons dentists, and
                   compare the teeth they have from the vic, to those of the 10 missing persons. Do you get it
                   now?

[ Back to Article ]  [ Options ]  [ Reply ]

Feb-1                                                                    92 of 267

From: Shemeka      i don't want to freak anyone out, but i bet an Ouija board would give us all the answers we
Total posts: 1454  wont. it's dead people connecting with the humans. too bad i don't dibble and dabble in that
                   mess.

[ Back to Article ]  [ Options ]  [ Reply ]

Feb-1                                                                    93 of 267

From: elle         "I just started reading forum. . ."
(ellegil)          Welcome, knightbear.
Total posts: 707

[ Back to Article ]  [ Options ]  [ Reply ]

Feb-1                                                                    94 of 267

From: knightbear   thanks elle ! Go easy on me. . .:)
Total posts: 10

[ Back to Article ]  [ Options ]  [ Reply ]

Feb-1                                                                    95 of 267

From: pacharlie    Welcome, Knightbear to the PR addiction....It always GREAT to get a new member. Tell us
Total posts: 567   about yourself you don't need to get to detailed for privacy reasons
                   MorF?
                   Age Group 20, 30, 40, 50 +
                   Are in which you live? in the Burgs, West end.
                   local or transplant?
                   Any kids?

    *Edited Feb-1  by pacharlie*

[ Back to Article ]  [ Options ]  [ Reply ]

Pocono Record News Forum                                        Page 1 of 1

**Feb-1**                                                          96 of 267
From: **gladys**          Hi Knightbear, just watch out for the spelling/grammar police:}}}}. Now I can't type because
Total posts: 834          I'm afraid to make a mistake...:(((



                                    | Back to Article | | Options | | Reply |

**Feb-1**                                                          97 of 267
From: **knightbear**      Thanks, ok that two welcomes. . .:) It is alittle addicting. . .I came in to read the post and
Total posts: 10           ended up joining :) ooops

                          No one answered my question though. . .what does dreher have to do with story and which is
                          exit 203. . .I'm sure I could look it up as poster suggested but . . .easier to ask

                                    | Back to Article | | Options | | Reply |

**Feb-1**                                                          98 of 267
From:                     knightbear, i will agree not to correct your grammar if shemeka agrees not to say you harass
**windgap927**            her because you are a female. I think we can agree on this!
Total posts: 207
                          Dreher ave was some idiot's rumor they started here earlier. They said a head was found. My
                          husband is the delivery driver for that area and drives up and down it, and no head, talk of a
                          head, or yellow tape where a head may have been!

                          If you have time, and with my injury, I have nothing but, just google "dismembered body". If
                          it is the spouse, they are found either in a fridge and the person fled, or the body is found
                          buried, dropped in woods, or in a lake/river. Serial killers leave bodies to be found. Unless
                          you are a japanese kid, then you just bring your mom's head to show and tell!

                                    | Back to Article | | Options | | Reply |

**Feb-1**                                                          99 of 267
From: **pacharlie**       Gladys your to funny, I know what you mean I feel like I am going to get graded on my
Total posts: 567          essay...LOL



                                    | Back to Article | | Options | | Reply |

**Feb-1**                                                          100 of 267
From: **gladys**          ahem... that would be 'too' funny,SORRY, sorry, sorrry, couldn't help myself...
Total posts: 834




                                    | Back to Article | | Options | | Reply |

Pocono Record News Forum                                              Page 1 of 1

**Feb-1**                                                              **107 of 267**
From: MKS177        But weren't most of the remains found in the grassy median area? That would be quite
Total posts: 6      possible for one person to do. I remember one time, here in NY, I got pulled over for throwing
                    a cigarette butt out the window . . .too bad that guy wasn't in PA for some reason that night.

[Back to Article]   [Options]   [Reply]

**Feb-1**                                                              **108 of 267**
From: knightbear    E ? where is E ? I said W.E. when asked. . .I'm confused
Total posts: 10

[Back to Article]   [Options]   [Reply]

**Feb-1**                                                              **109 of 267**
From: knightbear    You can actually correct my grammmar but that is alittle pet peeve of mine as well. . .you're,
Total posts: 10     your, two, to, too how does that effect/affect you :)

                    Thanks for clarifying the Dreher thing,what is exit 203 ?
                    I think I agree serial killer and I do watch ALL those crime shows. . .but I guess we wait and
                    see.
                    New topic. . .what ever did happen in the stacey petterson case ?

[Back to Article]   [Options]   [Reply]

Pocono Record News Forum                                    Page 1 of 1

**Reader Reactions**

**Profiler Killer probably is enjoying the infamy**

**Feb-1**

From:
wind**gap927**
Total posts: 207

That would be interesting to know. About the median. I know something w.
median, but I thought most of it was on the shoulder. I say it and I feel so I
her was on the shoulder. That doesn't make me feel any better! I know abc
saw black bags, same thing, most on the one shoulder, one in the median,
shoulder. But, don't we see that all the time, trash pick up? I thought some
about it, but my husband made fun of me. I was raised to be paranoid! My
to think I was small and easily kidnapped! That thought has never left and
few situations!

Print    Close Window

Pocono Record News Forum

**Reader Reactions**

**Profiler Killer probably is enjoying the infamy**

Feb-1

From: **cali007**
Total posts: 559

'GANG
BUSTERS'

" It creeps me out to think that the person that did this horrible crime coul
reading what everyone is saying."

Welcome aboard!

It is kind of creepy thinking that nut may be reading this.

But screw it, post what you like. I doubt he'll find you:-)

Print    Close Window

Pocono Record News Forum                                                    Page 1 of 1

**Feb-1**                                                                   **217 of 267**

From: **kushman**        It would be nice to know the identity of this poor woman. There is a freak out here that
Total posts: 74          doesn't belong to live. Find this freak and put this victim to rest. I hope you have alot of
                         officers working #### this case.

                                          | Back to Article | | Options | | Reply |

**Feb-1**                                                                   **218 of 267**

From: **bluejewel**      Cali007- Thank you for the welcome and what you said helped me a little with the post
Total posts: 14          anxiety. It is a shame to be scared to post opinions. I was thinking about the situation with
                         the craigslist and I hope that it was just a coincidental maybe wrong number or something.

                                          | Back to Article | | Options | | Reply |

**Feb-1**                                                                   **219 of 267**

From: **bluejewel**      Yes I think that they have a lot of people working on this case, and when they find her
Total posts: 14          identity hopefully it will open many doors for them. The body was frozen before it was cut up
                         so it may have happened many weeks ago. I think if someone was missing in this proximity she
                         would have been noticed, right?

                                          | Back to Article | | Options | | Reply |

**Feb-1**                                                                   **220 of**

Pocono Record News Forum                                                    Page 1 of 1

**Feb-1**                                                                    221 of 267

From: pacharlie
Total posts: 567

Cali, I usually respect you insight on issues, you are educated in that department, what is your intake on this? Random, serial, spouse, what?
Do you think he is watching? reading?

Back to Article | Options | Reply

**Feb-1**                                                                    222 of 267

From: curiouseyes
Total posts: 10

I agee with you that there is a point that this suspect is trying to make. There is word that the body was frozen, whether is was due to the temps out side or prior freezing. Maybe this person waited till a certain time to discard of victom. If you ever watch cases on tv a lot of vics left to be found on roads r vics that have been missing a while. I gree with profiler. I also believe this suspect will not discard of weapon used. I think there will be clues left again but else where. If the susp is reading these he knows that there focus is on identifying vic not as much as searching for the simple clues in the oddest places. What about those rest areas. Im sure the foresic team has people comparing the garb bags for manufacturer and poss places where they were sold. I will be following this case.

*Edited Feb-1  by  curiouseyes*

Back to Article | Options | Reply

**Feb-1**                                                                    223 of 267

From: curiouseyes
Total posts: 10

Like another person wrote, there could be two people -- one to drive and one to discard. Maybe they/ one person pulled over? Alot depends on what side of the road the bags were found. there is also a poss of it being two different bodies. Somethings I heard outside of the paper makes me think that is a good poss.

Back to Article | Options | Reply

**Feb-1**                                                                    224 of 267

From: crimjusmaj
Total posts: 39

It isnt so much that the authorities dont care as much about finding the evidence as they do finding out who the vic is, They are both vital parts of the investigation. The media and this forum (im guilty of it) are what is making it seem like finding out her identity is what everyone is more focused on.

Back to Article | Options | Reply

**Feb-1**                                                                    225 of 267

From: curiouseyes
Total posts: 10

Sick as this may sound, maybe he is keeping parts as souviners. It has happened before. I feel the same way about watching too much csi. Also if you look where that last bag was dropped off, Thet may have pulled off road to make sure all was out of car and noticed they forgot one. That area is a great place to turn back around. Poss for so many bags is to make it a lil less noticable or like profilr said to make a point of hatred toward vic. Aother poss is a very small car w/ lil trunk space.

Back to Article | Options

Pocono Record News Forum

Page 1 of 1

**Feb-1**

From: **crimjusmaj**
Total posts: 39

No one said anything about watching too much of it. Shoot I watch it religiously, along with every other crime show, reality or not. But, there does come a time when some people should lay of the tube because they think that what goes on, on CSI is exactly how it works here in the real world.

| Back to Article | Options | Reply |

**Feb-1**

From: **My3dawgs**
Total posts: 503

Curious, it isnt that sick-sounding. Jeffrey Dahmer kept parts....



| Back to Article | Options | Reply |

**Feb-1**

From: **curiouseyes**
Total posts: 10

"killer is probably enjoying the infamy"?? Well maybe that person/s should think about how the gap in drop off sights make things look. Maybe the person/ s screwed up. This could show signs of weak ness or disorganization. If they are this disorganized with the drop off, how about the initial crime. I bet there is atleast two locations crawling with evidence! Just a matter of finding it.

| Back to Article | Options | Reply |

**Feb-1**

From: **My3dawgs**
Total posts: 503

I don't necessarily think they were disorganized. I think the dropoff spacing was due to passing vehicles. 80/380 in that stretch is a virtual ghost town in the wee hours of the morning. It would appear to me that perhaps they were dropping bags at points that there were no vehicles coming either way. It would be my opinion that they were not alone in doing so either - it would seem to me that perhaps one person was driving, while at least one other was tossing bags so they did not need to fully stop in case a vehicle came up behind them or the other way.

| Back to Article | Options | Reply |

**Feb-1**

From: **crimjusmaj**
Total posts: 39

We dont know how long the bags were there. . .They could have been there for a week or longer.

| Back to Article | Options | Reply |

Pocono Record News Forum                                          Page 1 of 1

**Feb-1**                                                         **231 of 267**
From: **pacharlie**        They might have froze the bodies so when cutting them it would not make a mess.
Total posts: 567



                                        Back to Article | Options | Reply

**Feb-1**                                                         **232 of 267**
From:                I know someone that drives that section everyday during the wee hrs of morn and says they
**curiouseyes**      seen atleast two of the bags for about two weeks. If you r familiar with that area it is pretty
Total posts: 10      open. I agree with poss of someone in pass seat.

                                        Back to Article | Options | Reply

**Feb-1**                                                         **233 of 267**
From:                The reason that person took notice to something like this is because a few yrs bk that person
**curiouseyes**      saw a lrg bag off to the side on rt. 314 near Pocono Manor and made a comment about you
Total posts: 10      never know what could be in a bag like that- maybe even a body. The nxt day it was reported
                     that the bag did indeed hold the remains of a human being. EEry to me.

                                        Back to Article | Options | Reply

**Feb-1**                                                         **234 of 267**
From:                Thats all it is, possibilities. . .anything is possible, its possible this lady has been dead for 10
**crimjusmaj**       years. . .but lets leave the guess work up to the professionals
Total posts: 39

                                        Back to Article | Options | Reply

**Feb-1**                                                         **235 of 267**
From: **My3dawgs**        What fun would that be? ;)
Total posts: 503

Pocono Record News Forum                                    Page 1 of 1

**Feb-1**                                                    **236 of 267**
From:
**gotkingsback**          everyone is saying its a he that did it. maybe it was a female, a women scorned by her
Total posts: 15          cheating husband and his disgusting slutty girlfriend. Who knows maybe he'll turn up next.
                         You just never know who you can trust.

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                    **237 of 267**
From:
**curiouseyes**          if you go on youtube.com there is a similar case that accured 1 month ago. 7 plastic bags with
Total posts: 10          human remains were found. Caucasin adult is how vic is identified. Possibly related? in
                         Ormond Beach, I belv it was Fl.

                         *Edited Feb-2  by curiouseyes*

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                    **238 of 267**
From: Synister1          pacharlie, why do you think that "they" would have to freeze the bodies in order to avoid a
Total posts: 2           mess? The article doesnt say anything about the lack of a mess.

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                    **239 of 267**
From: Synister1          pacharlie, why do you think that "they" would have to freeze the bodies in order to avoid a
Total posts: 2           mess? The article doesnt state anything about whether there was a mess or not.

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                    **240 of 267**
From: AntieEm2           Doesn't anyone else watch Forensic Files?
Total posts: 1272

[ Back to Article ]  [ Options ]  [ Repl ]

Pocono Record News Forum                                           Page 1 of 1

**Feb-2**                                                              241 of 267
From: t36namp          yeah, that's it newman. or maybe one of our recent transplants from the city high on crack
Total posts: 20

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                              242 of 267
From: schmear          been almost a week and you guys still havent solved this yet?Keep up the good work.Hey
Total posts: 81        crimjusmag csi on tv isnt anything like the real world.I suppose COPS is also like the real
                       world?Its all played up for the morons who are pinned to the tube like its a reality show.Stay
                       in school counseler and leave the details to the pros.

                       *Edited Feb-2   by  schmear*

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                              243 of 267
From:                  I am in full agreement with the CP about this mentally disturbed person most likely feeding
Auntwinnie             off of the media and possibly these threads and using it as a disturbing feed need. I can only
Total posts: 552       ask that people be very careful what they print on here. I will air on the side of caution and
                       believe that this person IS reading these forums and I will not be apart of this persons feed by
                       getting involved with my opinions, guesses etc.
                       I am here to ask those to be very careful what you put on these threads or better yet, Please
                       don't reply at all!!!!!
                       It makes no sense to give this very disturbed person any more feed.
                       Thank you.

                       *Edited Feb-2   by  Auntwinnie*

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                              244 of 267
From: bluejewel        The more I think about it the more I think why would the person read these comments?
Total posts: 14

[ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                              245 of 267
From: bluejewel        Maybe there were so many bags in order to keep them light so that one person would be able
Total posts: 14        to just toss them easily? They thought that there was more than one body because the body
                       was of a heavyset person.

[ Back to Article ]  [ Options ]  [ Reply ]

Pocono Record News Forum                                          Page 1 of 1

**Feb-2**                                                          **246 of 267**
From: **1234**
Total posts: 918        blue- I agree 100% with AuntWinnie and have written to the same effect in several of my
                        comments. Read the title of this topic and go back and read the article on which you're
                        commenting.

    *Edited Feb-2   by   1234*

                                        [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                          **247 of 267**
From: **bluejewel**
Total posts: 14         I can understand why you would agree with AuntieEm. I didn't really mean to sound like I was
                        not agreeing with her. It may not be a serial killer, we don't know. It could be someone that
                        just panicked. Most criminals are not very intelligent. The person that did this crime may not
                        even live in this area. Let's hope. I understand that we do not know either way so it is
                        probably better to be safe, be cautious, and keep our eyes open.

                                        [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-2**                                                          **248 of 267**
From: **bluejewel**
Total posts: 14         oops AuntieWinnie..sorry..

                                        [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-3**                                                          **249 of 267**
From: **GrassRoots**
Total posts: 49         The killer could just as easily have committed the crime in a very far away place,
                        drivenacross many states, disposed of the body in the general locale ( keeping moving so as to
                        remain unnoticed......someone could id a stopped car) and turned around and driven back
                        where they came from. For MY sake I hope he's far away, but I pray for the women around
                        him, where ever he is......let's face it, 99.9 percent this is some bizarre predatory male,
                        unless its some cult sacrifice thing. Anyway, God rest her soul, and may her journey wherever
                        she is now be more peaceful than the one she experienced in life.

                                        [ Back to Article ]  [ Options ]  [ Reply ]

**Feb-3**                                                          **250 of 267**
From:
**crimjusmaj**          SCHMEAR, just thought I would let you know that I am well aware that CSI is not anything like
Total posts: 39         the real world, you would have to be an idiot to think that. I was just pointing out the fact
                        that there ARE (and I am not one of them), people on this forum who think that the crime can
                        be solved in 45 minutes, oh and ofcourse that everyones DNA,FINGERPRINTS AND DENTAL
                        RECORDS are in one giant data base, so sir, before you point fingers at who you think may be
                        an idiot maybe, perhaps, you should read the ENTIRE forum and get the whole story.

                                        [ Back to Article ]  [ Options ]  [ Reply ]

Pocono Record News Forum                                                      Page 1 of 1

**Feb-3**                                                                    252 of 267

From:
curiouseyes
Total posts: 10

Geeee, I wonder why they havent released a sketch of the victom yet? Maybe they are onto something and they wanna see if the people the are questioning slip up on info about something they may have seen or something they did.

| Back to Article | Options | Reply |

**Feb-4**                                                                    253 of 267

From: **Shemeka**
Total posts: 1458

yep. and whatever is going on with these bodies, this killer is obviously playing a game. everything always means something in their game playing. that why i suggested before that maybe the amount of bags means something. or maybe the first drop off point to the last drop off point means something. we just never know. or maybe it can means nothing. but i hope they are laying everything out on the table for this one and not overlooking anything. cause overlooking something means the next victim.

| Back to Article | Options | Reply |

**Feb-4**                                                                    254 of 267

From: **SBgurl35**
Total posts: 2

As to the idea that criminals not being intelligent, that's not necessarily true. Many times a killer that is this organized and so disturbed as to cut up a body and place it in seperate trash bags and dump them along the road and not be noticed, turns out to have an average to sometimes even an above average IQ and certainly not be percieved as being a killer. They can completely slip under the radar as a normal person rather than being a homicidal maniac.

| Back to Article | Options | Reply |

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast/Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS



## Profiler: Killer probably likes infamy

Photo 1 of 1 | Zoom Photo +



Cops search for clues along Interstate 80 near Stroudsburg on Thursday as part of the body parts case.

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!





What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Text Size: A | A | A

Print this Article    Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share
del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

By **Beth Brelje**
Pocono Record Writer
February 01, 2008

What kind of person would murder, dismember and discard another human being's body on the highway?

"Someone with a need to shock and offend people," according to criminal profiler Gregg McCrary. "The suspect could have disposed of the body in rural areas and really delayed recovery or prevented it all together."

By leaving it on the side of the road, "somebody wanted it discovered," McCrary said. "This is someone who is not afraid to have the victim discovered."

The suspect is likely watching news coverage of a woman's body parts found in garbage bags along Interstates 80 and 380 on Tuesday. Police are still searching for more clues and have not yet identified the dismembered victim.



RELATED STORIES

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

"He might enjoy the infamy while at the same time trying to avoid taking responsibility. Maybe he wanted to display the body where it would get public attention," McCrary said.

McCrary, a retired FBI agent, has 35 years of experience analyzing crimes and crime scenes and constructing behavioral profiles of unknown offenders. Today, he works as a consultant in offender profiling, victimology, classification by motive, crime reconstruction, and analysis across the country.

While with the FBI, McCrary, of Fredericksburg, Va., worked on many bizarre crimes, including a number of dismemberment cases like the one discovered Tuesday, in which a woman's body parts were found in trash bags dropped at eight locations along Interstates 80 and 380 in Monroe and Lackawanna counties.

McCrary has seen it both ways in his career: Body parts found together and scattered around.

"It is a statistical probability that it will be a male offender," he said, but cautions not to get tunnel vision when it comes to theories for any crime. Investigators must keep an open mind because there are so many possible scenarios, he said.

"We need to know more about the victim. Was she a prostitute or a housewife? Did some guy get angry at his wife?" McCrary said.

He said identity is key because it can lead to where she was from and who she associated with.

It's hard to say if he knew the victim until she is identified, McCrary said.

It is chilling to think this may not be the killer's first victim, but it probably isn't, McCrary said.

"I'd be surprised if it was the first time he killed. It takes time to get comfortable around a body. This is not an entry-level sort of crime," McCrary said.

If it is his first, McCrary said, the killer is deeply disturbed.

"People tend to think it must be some crazy guy, some wild-eyed monster that drools," McCrary said. He also said sometimes it is someone who seems like a nice guy.

The fact that the victim's body was treated like trash, bagged and thrown on the road, may or may not be significant.

"You don't want to over interpret it too much," McCrary said. "To drive along and drop off body parts, at the very least, he didn't care. Perhaps he considers the victim to be nothing but trash and he wanted to show the world what a piece of trash this person was."

McCrary said the suspect may have felt wronged by the victim.

"Sometimes we see caring for the victim," he said, noting a suspect will place a pillow under the head and cover the body with a blanket. "It's called undoing. They feel remorse, they feel bad. In this case, that is totally absent. I'd be surprised if he were guilt-ridden about this. It takes some effort to dismember a body."

Profiler: Killer probably likes infamy - poconorecord.com - The P...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

McCrary said investigators will likely look for where the dismemberment occurred.

"It will be some place under his control," McCrary said. "It is going to be quite a mess, and rich in evidence."

HOME

📱 Be the first to know - Sign up for text alerts    ✉ Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On February 05, 2008 at 8:32 AM , 1234 said:

You can turn off the private email from board posters. Go into your preferences ("My Stuff"---> "Preferences"). Toward the bottom is an option box "Member to Member Email". Make sure it is unchecked.  Full Message

1234
Member since: 01/09/2007

Browse All Forums | View All Comments | Login | Register

🖨 Print this Article    ✉ Email this Article

**Share**

del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

**Ads by Google**

Police Schools
Request free Information from Police Training Schools Near You!
www.collegebound.net

Degrees in Legal Studies
Mercy College offers degrees in Legal Studies, Criminal Justice,
www.mercy.edu

Police Officer Degree
Transfer 80 Police Training Credits Toward Your BS in Criminal Justice!
criminal-justice.mountainstate.edu

Local Law Enforcement
Looking for law enforcement jobs? Find your listing at Local.com.
LawEnforcementJobs.Local.com

Ads by Google

**TOP JOBS**

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

**TOP CARS**

$16,995
2005 Dodge Ram 1500 Truck
Brown Daub Dodge

2007 Hyundai Sonata
Brown Daub Ford Lincoln Mercury

$24,988
2008 Honda Accord
Brown Daub Chrysler Jeep

$10,995
2003 Ford Mustang
Brown Daub Dodge

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The
Pocono Record

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


Traffic | Weather
Breaking News
Text Alerts
Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [          ] 🔍
Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions                    [1] 2  3  ...  25  26  27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        **FIND IT!**



**despondent**
My Comments
Member Since:
9/15/2007

**1 of 267**

On Feb 1, 2008 at 08:04 AM, despondent said:

This will be interesting now. The "pros" are here, good luck to them in this horrible case.

---



**elle (ellegil)**
My Comments
Member Since:
8/29/2007

**2 of 267**

On Feb 1, 2008 at 08:09 AM, elle (ellegil) said:

I suppose we should watch for strange new posters...and not just strange old posters. ;)

---

**despondent**
My Comments
Member Since:
9/15/2007

**3 of 267**

On Feb 1, 2008 at 08:13 AM, despondent said:

Elle, that is a good possibility too, if what the forensics guy was saying, he might be watching all of this chuckling his little heart out. Sick folks here these days.

---

**1234**
My Comments
Member Since: 1/9/2007

**4 of 267**

On Feb 1, 2008 at 08:15 AM, 1234 said:

You don't need to post to read these forums. You don't even need to be a registered poster. That's why I have pretty much stopped commenting in threads about this crime.

---

**VinMan**
My Comments
Member Since:
12/27/2006

**5 of 267**

On Feb 1, 2008 at 08:42 AM, VinMan said:

You got it Elle!

thepoconos.com/cars

Find a Car

**TOP JOBS**
**MEDICAL** Busy medical
Stroudsburg, PA Pocono Record Classified Ad

**Social Work** THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



**namwen (newman)**
My Comments
Member Since:
1/31/2008

6 of 267

On Feb 1, 2008 at 08:54 AM, namwen (newman) said:

some drunk pennsy highlander

**TOP CARS**



**$13,900**
2007 Chrysler Pacifica
Mick Motors



**$6,950**
2003 Mazda MPV
Brown Daub Chevrolet-Volvo



**$45,090**
2008 Chrysler Aspen
Brown Daub Chrysler Jeep

2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars





**elle (ellegil)**
My Comments
Member Since:
8/29/2007

7 of 267

On Feb 1, 2008 at 09:00 AM, elle (ellegil) said:

Hey newman.....
Welcome.



**DOS (rottenscoundrel)**
My Comments
Member Since:
11/7/2007

8 of 267

On Feb 1, 2008 at 09:06 AM, DOS (rottenscoundrel) said:

A quote in the story from the profiler: "If it is his first, McCrary said, the killer is deeply disturbed."LMAO as opposed to a guy that has killed numerous times before? There is nothing funny about this story but I couldn't help but laugh when I read that. I hope the catch this person soon.





**sniggles**
My Comments
Member Since:
1/29/2008

9 of 267

On Feb 1, 2008 at 09:10 AM, sniggles said:

Whoever it is I hope they catch them/him/her, and soon. It's just unsettleing to think there's a person with severe issues like this amoungst us. That is quite a dangerous and demented individual that can do this type of crime. They should do the same to him when he is caught and convicted, the ####.



**windgap927**
My Comments
Member Since:
2/16/2007

10 of 267

On Feb 1, 2008 at 09:14 AM, windgap927 said:

I really feel bad for the families of missing persons right now. All over the country. Because they reported the body was frozen, who knows how long this sick freak had her. All these families are feeling that pain all over again and wondering if this poor woman is their loved one. My husband works right near dreher, so as for the sick rumor, if that is what it is you people need some serious help, I should know by this afternoon.



Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                          Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 [2] 3 4 ... 25 26 27          Keep Reading

---



**sniggles**
My Comments
Member Since:
1/29/2008

11 of 267

On Feb 1, 2008 at 09:46 AM, sniggles said:

Time will tell if some of this is rumor. They may never find out who she is, just like the Princess Doe killing in Blairstown. That was profiles on Americas Most Wanted, I think that was the show. Sick world.

---

**MillieMae**
My Comments
Member Since:
1/31/2007

12 of 267

On Feb 1, 2008 at 10:13 AM, MillieMae said:

I find it interesting that there were so many bags, rather than the person trying to fit most of the parts into one or 2 bags. It's almost as if he changed his/her mind about dumping the body in one spot or several further away. I'm also wondering if this is a type of warning that the criminal is planning to strike again? It is very disturbing.

---

**cali007**
My Comments
Member Since:
2/13/2007

13 of 267

On Feb 1, 2008 at 10:21 AM, cali007 said:

" I'm also wondering if this is a type of warning that the criminal is planning to strike again?"

Why would it be?

---

**Molly**
My Comments
Member Since:
3/24/2007

14 of 267

On Feb 1, 2008 at 11:15 AM, Molly said:

I KNEW THEY'D CALL IN A PROFILER. You might be right Cali...they might betrying to warn us all. My hope is that they make a bust of the woman and put it on AMW for this upcoming episode-that might help. By this time I don't think they are going to find anymore body parts with all the animals here in the woods-especially the deer. This is starting to get scarier, and I think the profiler is right...the murder is watching it all and enjoying every bit of it. I have always been against having a gun, but its time for us all to get guns. Im also making sure my kids go no where walking until this is solved. My city instinct is starting to kick in. God forbid he is among us. We all need to start praying!

---

**Molly**
My Comments
Member Since:
3/24/2007

15 of 267

On Feb 1, 2008 at 11:23 AM, Molly said:

JUST A THOUGHT...has anyone given any thought to the fact tht this could be STACEY PETERSON? I know its far fetched but Drew is such a creep you just never know.

*Edited 2/1/08  by Molly*

---

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/homes
Find a Home

**TOP JOBS**

**MEDICAL** Busy medical
Stroudsburg, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                                   http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

**TOP CARS**


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountainer
Brown Daub Ford Lincoln
Mercury


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click Here For
www.pocono.com

---

16 of 267


gladys
My Comments
Member Since: 2/6/2007

On Feb 1, 2008 at 11:28 AM, gladys said:

Molly, deer are not carnivores, exceptions are some in Scotland that have taken to eating legs of small birds to increase their calcium levels or some other diet deficiency. This killer is probably a cowardly wimp with a limp little member that killed a woman and want some fame or infamy. Sick and twisted.

---

17 of 267


papixie
My Comments
Member Since:
4/27/2007

On Feb 1, 2008 at 11:31 AM, papixie said:

Hey Moll, you said this:

"By this time I don't think they are going to find anymore body parts with all the animals here in the woods-especially the deer."

I am just curious about the deer comment. What would deer have to do with body parts being dragged and possibly eaten? We have raccoons, skunks, domestic dogs and cats, bobcats and any number of other animals roaming at will that would be apt to claw open a bag and dig in, but the deer sure would not give a hoot about it. They are vegans.

I am not trying to be smart. I was just wondering if you had a point that I am missing. I woke up late and am still on my first cup of coffee, so I am a bit groggy yet.

*Edited 2/1/08  by  papixie*

---

18 of 267


pacharlie
My Comments
Member Since:
8/15/2007

On Feb 1, 2008 at 11:32 AM, pacharlie said:

That is fuunt this is being discussed I said it in the first news article that he was probably reding everything we write, just like the hit and run motor cycle guy did 6 months before turing himself in. It is creepy.

---

19 of 267


Molly
My Comments
Member Since:
3/24/2007

On Feb 1, 2008 at 11:32 AM, Molly said:

SEE GLADYS! Told ya I was a city kid! My dh laughs at me cause I don't watch enough National Geographic lol Thanks for educating me! But I know there's some animals out there that will eat remains...don't ask me to tell ya which ones though lol

PIXIE: No coffee at all in the house! Im really having a rough morning! Thanks for listing the ones that do eat cause I wouldn't know them lol

*Edited 2/1/08  by  Molly*

---

20 of 267


gladys
My Comments
Member Since: 2/6/2007

On Feb 1, 2008 at 11:36 AM, gladys said:

Thanks for laughing Molly. I didn't mean to criticize ya. There are plenty of other critters that will eat nearly anything.
As far as this cretin reading these posts, you are assuming that he can read.

---

Discussions                    1 [2] 3 4 ... 25 26 27              Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



**POCONO RECORD NEWS FORUM**

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 [3] 4 5 ... 25 26 27          Keep Reading

---



**pacharlie**
My Comments
Member Since:
8/15/2007

21 of 267

On Feb 1, 2008 at 11:38 AM, pacharlie said:

Where can I find this article on what the profiler reported his thoughts on the killer that everyone is talking about?

---

**elle (ellegii)**
My Comments
Member Since:
8/29/2007

22 of 267

On Feb 1, 2008 at 11:40 AM, elle (ellegii) said:

"This killer is probably a cowardly wimp with a limp little member..."

I was thinking the same thing...

He also had an overbearing mother, alcoholic or absent father. He has a job that requires little to no contact with people. People probably don't notice him, though he can be polite and pleasant when the need arises...

Have I missed anything?

;)

---

**gladys**
My Comments
Member Since: 2/6/2007

23 of 267

On Feb 1, 2008 at 11:41 AM, gladys said:

Nooorrmaaaan.

---

**rambler1**
My Comments
Member Since:
5/25/2007

24 of 267

On Feb 1, 2008 at 11:50 AM, rambler1 said:

I was channel surfing last night and came across a documentary on MS-13. The pix they showed reminded me big-time of this case. The point about this probably not being a first-time crime is that for most people, desensitizing themselves about what normal people consider abhorrant is necessary; that's why even most serial killers begin by torturing small animals and work their way up to increasingly violent crimes.
TO break that pattern would be a sign of a sicko that would prolly make even other sickos sick.

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com

Find a Business

**TOP JOBS**

**MEDICAL** Busy medical
Stroudsburg, PA Pocono Record Classified Ad

**Social Work** THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME** - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon

Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

**TOP CARS**


$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury


$13,490
2008 Ford Focus
Brown Daub Chevrolet-Volvo


2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet

$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The

---

25 of 267



**On Feb 1, 2008 at 11:58 AM, papixie said:**

pacharlie, there is a button on every post that says "Back to Article". Clicking it will take you to the article the entire thread is referring to. In any case, here is the link:
http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080201/NEWS/802010361

papixie
My Comments
Member Since:
4/27/2007

---

26 of 267



**On Feb 1, 2008 at 11:59 AM, Molly said:**

I know you didn't...Im still laughing at myself lol
That's what happens when you take a Jersey City girl and put her in the country lol I've been here 5 years and still can't tell the difference in animals lol

Molly
My Comments
Member Since:
3/24/2007

---

27 of 267



**On Feb 1, 2008 at 11:59 AM, windgap927 said:**

There was a case in the 70s and 80s in the west. The guy killed three women and when someone discovered the first, in pieces, in an abandoned house, he decided to have fun with it I guess. Sick. He dismembered two more and left their parts all over town. They never found them all. They didn't find any of the genital areas. I am getting chills. When the police found the body parts, the guy went back and left more in the same place! Just to mess with them. If he was 20 in 76, he could still be able to do this. How creepy. He had a specific way of cutting, so it would be obvious if it was the same MO. If his last kill was in 86ish and he went away for a different murder, he would be getting out about now. But, it is probably just some hick mad at his wife and wanting to life insurance, so the body needed to be found. The sick thing is people cut up people quite frequently, which is why this isn't hitting big time news to a large degree. It is only news now if there are multiples. What does that say about our society. Most people though, try to bury or hide the body if it is someone they know. That is what scares me about this. You know people will suspect you first if your wife shows up cut up on the side of the road. ANd you have to have some fearlessness to do this on a highway. It is obviously not a local woman that has other family or friends, besides the killer, or else we would know she was missing by now. It could be someone from out of town or just someone no one cared about, someone on the fringe of society, picked up at the truck stop, killed somewhere, and eventually dropped off here. It would be interesting to find out if she was pregnant. Someone has an affair or just knocks up a gfriend - number one reason women are murdered. Maybe the body was cut up so they couldnt find the evidence of a baby with DNA. Soooooooo many reasons for this, we won't know till all the facts are in.

windgap927
My Comments
Member Since:
2/16/2007

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

**28 of 267**



**CatchurDream**
My Comments
Member Since:
12/9/2007

**On Feb 1, 2008 at 11:59 AM, CatchurDream said:**

I dont mean any disrespect for the profiler BUT...the body parts were in 8 different places and im sure many more that we will never know of , possible this is more then 1 person ...I mean someone dumping the bags and someone driving? Something to think about huh??? Living here all my life I remember the Princess Doe story, to this day , no one ever claimed her, thank god for the people in Blairstown, gave the women a proper resting place ...still makes me wonder what kind of life they lead, that no one reports them missing ...tis a shame :(

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [                ] 🔍
Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions                 1 2 3 **4** 5 6 ... 25 26 27           Keep Reading

---

31 of 267

**On Feb 1, 2008 at 12:14 PM, CatchurDream said:**

DAMN ! Guess I should go back and play on the farm ...since Shemeka knows all ..Yikes!
But yet doesnt know much out of East Stroudsburg...now lets see who is the farmette ??

**CatchurDream**
My Comments
Member Since:
12/9/2007

---

32 of 267

**On Feb 1, 2008 at 12:15 PM, cali007 said:**

" possible this is more then 1 person ..."

A simple DNA test from samples taken from each piece would solve that.

**cali007**
My Comments
Member Since:
2/13/2007

---

33 of 267

**On Feb 1, 2008 at 12:21 PM, Molly said:**

Yeah your right again..didn't think about that.

More than 1 person??????????????????????? HOW CREEPY!!!!!!

**Molly**
My Comments
Member Since:
3/24/2007

---

34 of 267

**On Feb 1, 2008 at 12:39 PM, windgap927 said:**

No, not more than one person dead. I think she meant more than one person involved. Like I
said many posts before. It would be hard to toss a chunky girl's torso out the passenger
window as you are driving.

**windgap927**
My Comments
Member Since:
2/16/2007

---

35 of 267

**On Feb 1, 2008 at 12:40 PM, windgap927 said:**

Molly - please do not be offended, but this is a HUGE pet peeve of mine. You're right, not
your right. Just something that drives me nutty!!!!!

**windgap927**
My Comments
Member Since:
2/16/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   **FIND IT!**



PET PHOTOS

Click here to submit yours!

**TOP JOBS**
**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

**TOP CARS**


**$8,900**
2002 Ford Ranger
Mick Motors


$16,495
2007 Dodge Dakota
Brown Daub Dodge


2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler Jeep

**Show All Featured Cars**



36 of 267



**On Feb 1, 2008 at 12:42 PM, windgap927 said:**

Oh, and this profiler has all this experience and yet said everything that has already been said in this forum. I think he waited till Friday to get enough material from us.

**windgap927**
My Comments
Member Since:
2/16/2007

37 of 267



**On Feb 1, 2008 at 12:48 PM, pacharlie said:**

What I find weird is on the body part map he dropped one bag on exit 207 the rest were miles away by 380 close in proximity, why the Gap? Look at the map you will see.

**pacharlie**
My Comments
Member Since:
8/15/2007

38 of 267



**On Feb 1, 2008 at 12:52 PM, cali007 said:**

"why the Gap?"

Maybe there was suddenly traffic around him/them and they had to wait to start tossing parts again.

**cali007**
My Comments
Member Since:
2/13/2007

39 of 267

**On Feb 1, 2008 at 12:56 PM, cali007 said:**

"why waste bags"

I'm guessing when you kill someone, chop up the body, and dump it along a highway, saving a few cents by using fewer bags probably isn't going through the persons mind. Plus, it would be easier to throw a bunch of small packages rather then one or two large ones.

**cali007**
My Comments
Member Since:
2/13/2007

40 of 267



**On Feb 1, 2008 at 01:01 PM, Shemeka said:**

true that. i hate retarded killers. you can't really figure their azzes out. well....has anyone thought that maybe he had another victim in the car or truck or whatever and he didn't know that victim was in the back throwing out bags. then he realized, went and collected some, then had to turn around, that explains why the one bag found on the other side, and then it was just too many cars to pick up the rest of the bags. cause they said it is more parts of the body missing. so where is the rest. or is this far out and i watch too much CSI?

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions            1 2 3 4 5 6 ... 25 26 27            Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                    Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 4 **5** 6 7 ... 25 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!

---

**41 of 267**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 01:04 PM, Shemeka said:

another thing, what is up with all the secrecy. were their teeth in the head found or not?????????????????

---

**42 of 267**



**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 01:11 PM, windgap927 said:

shemeka, yes too much csi! I highly doubt a second victim is throwing human body parts out a guy's car and he doesn't know it for a while, then picks some of it up, but leaves the head. They may never tell us details about all the ways the body was cut etc. That way they can verify when they find someone of interest. Only the cops and killer would know. Plus, if another body is found and they have released all the details, no way to know if it is a copycat. Now I have been watching too much CSI! They do that occasionally and while I understand it, it always annoys me! I am curious by nature. Dental records are only good if you have a comparison. If you have an idea who it is. I am sure they are comparing records, if there are teeth, to the missing persons that possibly match her description. But you cannot exactly go around checking the dental records of every person who may or may not be missing in the country. I know you didn't say that Shemeka, someone else asked if they were identifying her by dental records.

---

**43 of 267**



**cali007**
My Comments
Member Since:
2/13/2007

On Feb 1, 2008 at 01:12 PM, cali007 said:

" were their teeth in the head found or not?????????????????"

What does it matter? You don't need teeth to ID a body anymore. DNA works just fine.

---

**44 of 267**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 01:16 PM, Shemeka said:

no honestly, I thought so too. i thought the dental records was kind of like fingerprints, you take like an impression and run a scan or something. damn, wtf is up with technology? they will never identify this person. shyt. lololololol

---

**TOP JOBS**

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



**Shemeka**
My Comments
Member Since:
1/24/2007

45 of 267

On Feb 1, 2008 at 01:17 PM, Shemeka said:

call, so then what's up with the id then? and forget about the dental records thing, i thought it was something like fingerprints where they can run a mass scan. lololol i'm all tv'd up today right?

**TOP CARS**


$10,900
2007 Dodge Caliber
Mick Motors


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet

2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars


Subscribe to the Pocono Record



**crimjusmaj**
My Comments
Member Since: 2/1/2008

46 of 267

On Feb 1, 2008 at 01:21 PM, crimjusmaj said:

Lets just all agree that this isnt CSI. It is going to take them more then 45 minutes (previously stated) to find out who the woman is, where shes from, what tool chopped her up, and what seemingly normal guy/girl did this to her. Lets sit back, lock our doors and wait. Thats all we can do is wait, it isnt going to help anyone by sitting here as a bunch of amatuers trying to figure out what happend. If were going to do that, we should go buy the CSI game for play station, very good game, keeps you occupied.



**windgap927**
My Comments
Member Since:
2/16/2007

47 of 267

On Feb 1, 2008 at 01:21 PM, windgap927 said:

but dna will not give you a name either. unless they are in codis. the dna computer system like afis. it is very unlikely she is. they can only dna compare in order to identify, so unless someone comes forward with missing persons, no id, teeth and dna aren't like microchipping!



**Shemeka**
My Comments
Member Since:
1/24/2007

48 of 267

On Feb 1, 2008 at 01:24 PM, Shemeka said:

oh well damn. wow. you learn something new everyday. here i was thinking it's as simple as running a search in some major database.



**pacharlie**
My Comments
Member Since:
8/15/2007

49 of 267

On Feb 1, 2008 at 01:25 PM, pacharlie said:

Why waste money and buy a game when you have this for free....LOL
Pocono Record on line is more entertaining then any game I know ;)

50 of 267

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



**On Feb 1, 2008 at 01:26 PM, crimjusmaj said:**

Finally someone who knows a little about this stuff haha. Really, you have to have
something to compare it to? Everyones DNA isnt in a computer data base? haha

**crimjusmaj**
My Comments
Member Since: 2/1/2008

Discussions                    1 2 3 4 5 6 7 ... 25 26 27                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



Tuesday, December 09, 2008        HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                    Search [            ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions        1 2 3 4 5 [6] 7 8 ... 25 26 27        Keep Reading

| | |
|---|---|
| | 51 of 267 |

**On Feb 1, 2008 at 01:27 PM, windgap927 said:**

than any game you know. Sorry, I guess I should have been an English teacher! Typos are fine, but I insist on ridding the world of using the wrong than, there, and your!

**windgap927**
My Comments
Member Since:
2/16/2007

---

52 of 267

**On Feb 1, 2008 at 01:27 PM, crimjusmaj said:**

Alright Ill give you that much this seems to be much interesting then the game, the show for the matter hah

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

53 of 267

**On Feb 1, 2008 at 01:28 PM, windgap927 said:**

I thought it was common sense crim! I know no one has ever come and taken my dental impressions and DNA for a database. As far as fingerprints are concerned, I plead the fifth!

**windgap927**
My Comments
Member Since:
2/16/2007

---

54 of 267

**On Feb 1, 2008 at 01:28 PM, cali007 said:**

" i thought it was something like fingerprints where they can run a mass scan."

They can use dental records to ID a person, but there is no data base containing dental records of everyone they can "mass scan". Dental records are useful to confirm identity, not to figure out the ID of someone when you have no idea of who they are.

**cali007**
My Comments
Member Since:
2/13/2007

---

55 of 267

**On Feb 1, 2008 at 01:29 PM, windgap927 said:**

crim, i am getting out my ruler! THAN. than compares two things!

*Edited 2/1/08  by windgap927*

**windgap927**
My Comments
Member Since:
2/16/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

thepoconos.com/jobs
Find a Job

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
Photo Coming Soon
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



**crimjusmaj**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 01:29 PM, crimjusmaj said:                    56 of 267

It is common sense. . .Someone just doesnt realize that.

---



**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 01:30 PM, windgap927 said:                    57 of 267

hahahaha. crim. i had to edit, i put the wrong to, too, two!!!! typo though, i swear!

---



**crimjusmaj**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 01:31 PM, crimjusmaj said:                    58 of 267

Alright alright, so my grammar isnt all that great, but atleast i know that the crime isnt going to be solved in a matter of 45 minutes ha.

---



**cali007**
My Comments
Member Since:
2/13/2007

On Feb 1, 2008 at 01:32 PM, cali007 said:                    59 of 267

"but dna will not give you a name either."

There is nothing that will "give you a name" except a thorough investigation. And even that doesn't always work.

---



**cali007**
My Comments
Member Since:
2/13/2007

On Feb 1, 2008 at 01:34 PM, cali007 said:                    60 of 267

"I know no one has ever come and taken my dental impressions and DNA for a database."

They don't need impressions they only need an x-ray. Have you ever been to a dentist?

---

Discussions            1 2 3 4 5 6 7 8 ... 25 26 27            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

**TOP CARS**



$10,900
2007 Dodge Caliber
Mick Motors

$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet

2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars

Subscribe To The Pocono Record
Click Here For more information

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MICLOUDY 22°
Forecast /Radar

thepoconos.com/homes
**Find a Home**

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 5 6 [7] 8 9 ... 25 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          [FIND IT!]

---



**pacharlie**
My Comments
Member Since:
8/15/2007

**61 of 267**

On Feb 1, 2008 at 01:35 PM, pacharlie said:

Your a "Richard", I have a learning disability, why are you even picking on me, I said nothing nasty to you. If your going to br rude to people go away.

---



**windgap927**
My Comments
Member Since:
2/16/2007

**62 of 267**

On Feb 1, 2008 at 01:36 PM, windgap927 said:

cali - I know how it all works, I was dumbing it down for the forum. I was saying, no one ever requested dental records, xray or otherwise, for a national database and the fact the no one ever requested theirs might ring a bell that there is no database. I know what gives a name and what doesn't, but you really need to simplify things sometimes for people.

---



**crimjusmaj**
My Comments
Member Since: 2/1/2008

**63 of 267**

On Feb 1, 2008 at 01:37 PM, crimjusmaj said:

We can just hope that they will find the hands or fingers (pardon my morbidness), and when they do, she is in the system. Without having her prints taken for a previous crime or security clearance type job (teacher, police etc.) theres not luck. Lets just hope for the best, huh?

---

**windgap927**
My Comments
Member Since:
2/16/2007

**64 of 267**

On Feb 1, 2008 at 01:42 PM, windgap927 said:

pacharlie. I am not picking on you. I corrected three people. And grammar doesn't show whether a person is intelligent or not, it is a learned skill. So, the more people correct others and practice, the better it will get. It is something I stunk at as a kid, we never studied grammar until I was in 7th grade, so it frustrates me when others are screwing it up too! I know I was grateful when someone finally started to teach me all the differences and without reminders, I would have forgotten by now. My brother has a learning disability, but that kid is WAY smarter than I am. It is a pet peeve. Kids nowadays, just look at some of the obituary posts for that COCO girl have no idea how to spell anything and no one seems to care. Even though it doesn't mean you're dumb, it makes us look it to the rest of the world. Sorry if I offended. I am not one to usually care if I offend people, but I am sorry.

---

search PoconoRecord.com

thepoconos.com

**Find a Business**

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



**pacharlie**
My Comments
Member Since:
8/15/2007

65 of 267

**On Feb 1, 2008 at 01:48 PM, pacharlie said:**

Windgap, It's ok.

It is just something I have struggled with for my whole life and I just can not get it I can not memorize certain times tables as well, and often confuse left and right. I am also smart like your brother, just not in those areas, you make up for what you lack, I won't take offence to your corrections, maybe it will help :) Spell check does not correct it all.

**TOP CARS**


$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln
Mercury


Photo Coming Soon
1995 Pontiac Sunfire
Brown Daub Dodge


$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo


$13,988
2005 Chrysler Town &
Country
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record



**cali007**
My Comments
Member Since:
2/13/2007

66 of 267

**On Feb 1, 2008 at 01:53 PM, cali007 said:**

" And grammar doesn't show whether a person is intelligent or not, it is a learned skill."

No offense, but repeatedly correcting posters grammar is kind of a message board "faux pas" that doesn't generally win you many friends. That applies here as well as other message boards.

Just a little advice;-)



**windgap927**
My Comments
Member Since:
2/16/2007

67 of 267

**On Feb 1, 2008 at 01:53 PM, windgap927 said:**

I have certain things that no matter how many times I do them, I cannot remember how to do it the next time. We all have memory impairments, I hope. Hope it isn't just me! I did have a head trauma! I could never memorize them either and then one day it clicked. Then compares, then refers to time.I remember that now because there is no a in time. So than cannot be related to the time. I went downstairs then got a bite to eat. Time relationship. Just how I remember it. This clown is scarier than that one. Has nothing to do with time, so it is the one with the "a". Just a tip. Maybe that will help.



**windgap927**
My Comments
Member Since:
2/16/2007

68 of 267

**On Feb 1, 2008 at 01:55 PM, windgap927 said:**

I have plenty of friends, not looking for any here. I just wish people would put more effort in to it. You are really one to give me advice, you tend to jump on people and tell them they are wrong. How is grammar any different? That was rhetorical.



**pacharlie**
My Comments

69 of 267

**On Feb 1, 2008 at 02:02 PM, pacharlie said:**

Ok so
I went outside then she came.(No a in time)
I rather have cheese than cake? (Has nothing to do with time just choice)
Right?

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



Member Since:
8/15/2007

70 of 267

On Feb 1, 2008 at 02:06 PM, windgap927 said:

See, you caught on a hell of a lot quicker than I ever did!

**windgap927**
My Comments
Member Since:
2/16/2007

Discussions          1 2 3 ... 5 6 |7| 8 9 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 1, 2008 at 02:31 PM, windgap927 said:**

I am not doing it to make them seem stupid or unintelligent, I was doing it to help this forum be a better place to discuss topics. Just like it is distracting when the PR makes mistakes, and everyone points them out, it is distracting here as well. Why is it ok to make fun of the PR for spelling and grammar errors but not okay to correct people in the PR's forum? There is discussing and just nitpicking what people say even though you know exactly what they mean. I know, I have done both.

**TOP CARS**



**$6,373**
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury



**$13,490**
2008 Ford Focus
Brown Daub Chevrolet-Volvo



**2005 Cadillac CTS**
Brown Daub Buick Pontiac Chevrolet



**$17,988**
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars



Subscribe To The
Pocono Record
Click here for
more information



**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 1, 2008 at 02:40 PM, pacharlie said:**

gladys yes I, I retract the "richard" comment. LOL
So lets get back on discussion, any up dates?



**1234**
My Comments
Member Since: 1/9/2007

**On Feb 1, 2008 at 02:41 PM, 1234 said:**

I look at it this way windgap- forums function more like normal oral conversation than say, a book or college paper. Would you correct someone because they had a speech impediment or spoke with an accent when speaking to you? Don't sweat the small stuff. Responses here are often hurried and we are all human. If you understand the intent of the poster, that's all that's needed.



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 1, 2008 at 02:46 PM, windgap927 said:**

1234 - That is how I always work, but there were 6 mistakes in a minute by 3 different people, all the same thing, and I felt it needed addressing. I make typos all the time. Some of them very amusing. And I did have a speech impediment (severe head trauma), and yes, people corrected me and I was happy they did. Kept me motivated.

As far as I know, no head was found on Dreher Ave.



**crimjusmaj**
My Comments
Member Since: 2/1/2008

**On Feb 1, 2008 at 02:51 PM, crimjusmaj said:**

My father is LT. fire dept. and we have a scanner here, usually important stuff goesv over it. I havent heard anything about a head on dreher

Discussions                    1 2 3 ... 6 7 [8] 9 10 ... 25 26 27          Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...

**TOP CARS**



2007 Kia Optima
**Brown Daub Kia**

2005 Buick LaCrosse
**Brown Daub Buick Pontiac Chevrolet**

2006 Pontiac G6
**Brown Daub Buick Pontiac Chevrolet**

2008 Dodge Dakota
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars

---

86 of 267



**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 1, 2008 at 03:14 PM, pacharlie said:

Some do have cameras I don't know where, and people call in and report I belive. Why?

---

87 of 267

**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 03:15 PM, Shemeka said:

pacharlie, well....don't feel bad. looks like i'm the only one that thought there was some kind of mass dental record database to identify bodies. i always hear the news reports say he/she was identified by dental records, so i figured the dental records work like fingerprints. since we ALL have been to the dentist at one point in our lives, that it's all in the computer. lololol i'm still baffled about that. and i still believe there is such a database. i'm so confused. lololol

---

88 of 267

**crimjusmaj**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 03:15 PM, crimjusmaj said:

As of yet, I do not believe we, in the poconos are that technologically advanced.

---

89 of 267

**knightbear**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 03:16 PM, knightbear said:

I just started reading forum. . .what does dreher have to do with this story ? And what exit is 203 ?

---

90 of 267

**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 03:18 PM, Shemeka said:

pacharlie, i just figured wouldn't that be recorded on camera... he or she dumping the bags on the highway?

---

Discussions          1 2 3 ... 7 8 9 10 11 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCCLOUDY 22°
Forecast /Radar

Traffic| Weather
Breaking News
Text Alerts
Sign Up Now

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 8 9 [10] 11 12 ... 25 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          **FIND IT!**

**91 of 267**



**crimjusmaj**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 03:20 PM, crimjusmaj said:

Alright Shemeka this may help you. Say there are 10 woman 50-60 years of age in missing persons that match our vic. Authorities will find out those missing persons dentists, and compare the teeth they have from the vic, to those of the 10 missing persons. Do you get it now?

**92 of 267**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 03:20 PM, Shemeka said:

i don't want to freak anyone out, but I bet an Ouija board would give us all the answers we wont. it's dead people connecting with the humans. too bad i don't dibble and dabble in that mess.

**93 of 267**



**elle (ellegil)**
My Comments
Member Since:
8/29/2007

On Feb 1, 2008 at 03:22 PM, elle (ellegil) said:

"I just started reading forum. . ."
Welcome, knightbear.

**94 of 267**

**knightbear**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 03:26 PM, knightbear said:

thanks elle ! Go easy on me. . .:)

**95 of 267**

**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 1, 2008 at 03:28 PM, pacharlie said:

Welcome, Knightbear to the PR addiction....It always GREAT to get a new member. Tell us about yourself you don't need to get to detailed for privacy reasons
MorF?
Age Group 20, 30, 40, 50 +
Are in which you live? in the Burgs, West end.
local or transplant?
Any kids?

*Edited 2/1/08 by pacharlie*

---

Pocono Record
Reader Photo Galleries   Submit Your Photo

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



**96 of 267**

**On Feb 1, 2008 at 03:31 PM, gladys said:**

Hi Knightbear, just watch out for the spelling/grammar police:}}}}. Now I can't type because I'm afraid to make a mistake...:(((

gladys
My Comments
Member Since: 2/6/2007

---

**97 of 267**

**On Feb 1, 2008 at 03:32 PM, knightbear said:**

Thanks, ok that two welcomes. . .:) It is alittle addicting. . .I came in to read the post and ended up joining :) ooops

No one answered my question though. . .what does dreher have to do with story and which is exit 203. . .I'm sure I could look it up as poster suggested but . . .easier to ask

knightbear
My Comments
Member Since: 2/1/2008

---

**98 of 267**

**On Feb 1, 2008 at 03:33 PM, windgap927 said:**

knightbear, i will agree not to correct your grammar if shemeka agrees not to say you harass her because you are a female. I think we can agree on this!

Dreher ave was some idiot's rumor they started here earlier. They said a head was found. My husband is the delivery driver for that area and drives up and down it, and no head, talk of a head, or yellow tape where a head may have been!

If you have time, and with my injury, I have nothing but, just google "dismembered body". If it is the spouse, they are found either in a fridge and the person fled, or the body is found buried, dropped in woods, or in a lake/river. Serial killers leave bodies to be found. Unless you are a japanese kid, then you just bring your mom's head to show and tell!

windgap927
My Comments
Member Since:
2/16/2007

---

**99 of 267**

**On Feb 1, 2008 at 03:34 PM, pacharlie said:**

Gladys your to funny, I know what you mean I feel like I am going to get graded on my essay...LOL

pacharlie
My Comments
Member Since:
8/15/2007

---

**100 of 267**

**On Feb 1, 2008 at 03:36 PM, gladys said:**

ahem... that would be 'too' funny,SORRY, sorry, sorrry, couldn't help myself...

gladys
My Comments
Member Since: 2/6/2007

Discussions          1 2 3 ... 8 9 [10] 11 12 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

**TOP CARS**


$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury

Photo Coming Soon
1995 Pontiac Sunfire
Brown Daub Dodge


2006 Mazda MAZDA6
Brown Daub Kia


$11,490
2006 Mazda MAZDA3
Brown Daub Chevrolet-Volvo

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
MICLOUDY 22°
Forecast /Radar


thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR's GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                    Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions                1 2 3 ... 9 10 [11] 12 13 ... 25 26 27        Keep Reading

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          [FIND IT!]


thepoconos.com/jobs
Find a Job

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**101 of 267**


**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 03:36 PM, windgap927 said:

I have covered all the mistakes that bother me!! Then/than, there/their, your/you're, to/too/two, and its/it's. That is it. Nothing else will be addressed! You can splice commas and do as many run-ons as you want! And I do not yell or arrest people for the mistakes, I acknowledge them and offer advice. I am more like the grammar fairy than the grammar police.

---

**102 of 267**

**knightbear**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 03:36 PM, knightbear said:

ok. . .
F,40's(not admitting to that),W.E.,local,3 kids attend P.V.oops one homeschooled so I BETTER watch grammar ha ha
nice to meet you

---

**103 of 267**

**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 03:37 PM, windgap927 said:

no gladys, that would be you're too funny. hahaha sorry, now I had to! See, you people encourage it! I have been so good about not mentioning it until today. There were just too many in such a short period of time, I snapped!

---

**104 of 267**

**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 03:39 PM, windgap927 said:

knightbear, what does E stand for? (is I was being petty I would have type "Knightbear, for what does E stand?" Oh, I need therapy!

---

**105 of 267**


**gladys**
My Comments
Member Since: 2/6/2007

On Feb 1, 2008 at 03:39 PM, gladys said:

See, I'm so used to not correcting them that I missed 'your'. hahahaha

---



**106 of 267**

On Feb 1, 2008 at 03:41 PM, pacharlie said:

Windgap, you need to control yourself....LOL

pacharlie
My Comments
Member Since:
8/15/2007

**TOP CARS**

 


**$13,900**
2007 Chrysler Pacifica
Mick Motors

2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo



**$6,950**
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

**$45,090**
2008 Chrysler Aspen
Brown Daub Chrysler Jeep

Show All Featured Cars





**107 of 267**

On Feb 1, 2008 at 03:42 PM, MKS177 said:

But weren't most of the remains found in the grassy median area? That would be quite possible for one person to do. I remember one time, here in NY, I got pulled over for throwing a cigarette butt out the window . . .too bad that guy wasn't in PA for some reason that night.

MKS177
My Comments
Member Since:
1/31/2008



**108 of 267**

On Feb 1, 2008 at 03:42 PM, knightbear said:

E ? where is E ? I said W.E. when asked. . .I'm confused



knightbear
My Comments
Member Since: 2/1/2008



**109 of 267**

On Feb 1, 2008 at 03:48 PM, knightbear said:

You can actually correct my grammmar but that is alittle pet peeve of mine as well. . .you're, your, two, to, too how does that effect/affect you :)

Thanks for clarifying the Dreher thing,what is exit 203 ?
I think I agree serial killer and I do watch ALL those crime shows. . .but I guess we wait and see.
New topic. . .what ever did happen in the stacey petterson case ?

knightbear
My Comments
Member Since: 2/1/2008



**110 of 267**

On Feb 1, 2008 at 03:48 PM, windgap927 said:

Oh, west end. See here in wind gap, I forget people live in the west end. Haha pacharlie, I had to do that one because she corrected you and missed it! It was to be funny, no other reason.


Pocono Record News Forum    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE |

**POCONO RECORD**

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast/Radar

GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**                    Search [          ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >                    Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 10 11 **12** 13 14 ... 25 26 27          Keep Reading

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/cars
Find a Car

**111 of 267**

On Feb 1, 2008 at 03:50 PM, knightbear said:

I did both W.E. and W.G. by the way I'm from there to here :)I know W.G well

**knightbear**
My Comments
Member Since: 2/1/2008

---

**112 of 267**

On Feb 1, 2008 at 03:51 PM, windgap927 said:

That would be interesting to know. About the median. I know something was found in the median, but I thought most of it was on the shoulder. I say it and I feel so bad. Her. Most of her was on the shoulder. That doesn't make me feel any better! I know about a month ago I saw black bags, same thing, most on the one shoulder, one in the median, a few on the other shoulder. But, don't we see that all the time, trash pick up? I thought something was funny about it, but my husband made fun of me. I was raised to be paranoid! My parents rasied me to think I was small and easily kidnapped! That thought has never left and has helped out in a few situations!

**windgap927**
My Comments
Member Since:
2/16/2007

---

**TOP JOBS**

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**113 of 267**

On Feb 1, 2008 at 03:51 PM, Shemeka said:

crimjusmaj, my age is mind your damn business. Pacharlie found it funny, now there. why do you want to know my age, looking for another victim eh??????????

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**114 of 267**

On Feb 1, 2008 at 03:53 PM, windgap927 said:

is crim a stalker? what age bracket is he looking for?

**windgap927**
My Comments
Member Since:
2/16/2007

---

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...

TOP CARS



2005 GMC Sierra 1500
**Brown Daub Kia**



2007 Kia Optima
**Brown Daub Kia**

2005 Buick LaCrosse
**Brown Daub Buick Pontiac
Chevrolet**

2008 Dodge Dakota
**Brown Daub
Chevrolet-Volvo**

**Show All Featured Cars**



**115 of 267**



**On Feb 1, 2008 at 03:53 PM, Shemeka said:**

crimjusmaj, i get it now with the dental records. i just never knew that before. and what is the code in your forum name. does the crim part stand for criminal?

Shemeka
My Comments
Member Since:
1/24/2007

**116 of 267**



**On Feb 1, 2008 at 03:55 PM, crimjusmaj said:**

My name means Criminal Justice Major

crimjusmaj
My Comments
Member Since: 2/1/2008

**117 of 267**



**On Feb 1, 2008 at 03:55 PM, Shemeka said:**

wind, nope, no agreement there. lolololol she will eventually be harrassing me. you see how crim....jumped on board. 8-)

Shemeka
My Comments
Member Since:
1/24/2007

**118 of 267**



**On Feb 1, 2008 at 03:57 PM, crimjusmaj said:**

I wanted to know your age because you seem immature

crimjusmaj
My Comments
Member Since: 2/1/2008

**119 of 267**



**On Feb 1, 2008 at 03:58 PM, windgap927 said:**

I think we need a forum shrink. To help me with my grammar obsession and help you with your narcissistic paranoia! WHy is it we have heard nothing today about this case? Well, except for the morning report they put out at like 2 am. What are they doing now? EDITOR - what are they doing now? How are the proceeding and what are the cops thinking?

windgap927
My Comments
Member Since:
2/16/2007

Pocono Record News Forum                        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



**120 of 267**

**On Feb 1, 2008 at 03:58 PM, Shemeka said:**

wind, and i'm jealous, how come i didn't get that kind of welcome like knightbear did? is it
cause i'm black. JUST KIDDING JUST KIDDING JUST KIDDING. But you can be talking to
the perp for all you know..... hey...let's not welcome the newcomers as of yet. lolol everyone
is suspect now. lolol

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions                    1 2 3 ... 10 11 [12] 13 14 ... 25 26 27        Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:28 AM

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [                ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

| Discussions | 1 2 3 ... 11 12 [13] 14 15 ... 25 26 27 | Keep Reading |

| NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS |

search PoconoRecord.com                    FIND IT!


thepoconos.com/cars

Find a Car

**121 of 267**

On Feb 1, 2008 at 03:58 PM, windgap927 said:

way to sugar coat that one crim!

windgap927
My Comments
Member Since:
2/16/2007

**122 of 267**

On Feb 1, 2008 at 03:59 PM, crimjusmaj said:

I will not be harrassing anyone, I was simply helping you understand how things work and that crimes dont get solved in 45 minutes and that everyones dental records arent in a giant "tooth" data-base.

crimjusmaj
My Comments
Member Since: 2/1/2008

**123 of 267**

On Feb 1, 2008 at 03:59 PM, Shemeka said:

and why is she so interested in Dreher Ave????? be on the lookout lol

Shemeka
My Comments
Member Since:
1/24/2007

**124 of 267**

On Feb 1, 2008 at 04:00 PM, Shemeka said:

crim....oh my bad. i'm on the lookout for the perp. lolol eveyrone is a suspect. lolol

Shemeka
My Comments
Member Since:
1/24/2007

**125 of 267**

On Feb 1, 2008 at 04:00 PM, windgap927 said:

we should start one and name it toothbase. cause it sounds like toothpaste (does peter griffin from family guy laugh). Shemeka, I totally didn't welcome you cause you were black. That, and the fact you were here before me! haha.

windgap927
My Comments
Member Since:
2/16/2007

TOP JOBS
EXPERIENCED TRANSPORT
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                               http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



**Lindwag**
My Comments
Member Since:
12/28/2006

**126 of 267**

**On Feb 1, 2008 at 04:03 PM, Lindwag said:**

Most of the time the dental records are requested by the examiner after they have an idea of who that person may have been.

Look at the case of Adam Walsh. They found him, then asked John and his wife down with the dental records.

I don't believe it can done before some sort of Id is made. That would be a lot of work for the examiner to go through. It could take weeks to gather all the information.

As stated before if you haven't committed a crime or arrested your not in any database. It's not like big brother is watching. Unless they've started microchipping us and someone failed to let us all know..

**TOP CARS**


**$15,900**
2006 Dodge Dakota
Mick Motors


2003 Kia Rio
Brown Daub Kia


2001 Ford Escape
Brown Daub Kia


2006 Mazda MAZDA6
Brown Daub Kia

Show All Featured Cars



**Shemeka**
My Comments
Member Since:
1/24/2007

**127 of 267**

**On Feb 1, 2008 at 04:04 PM, Shemeka said:**

wind, I know, i know. i'm just feeling a little neglected today. 8-(





**pacharlie**
My Comments
Member Since:
8/15/2007

**128 of 267**

**On Feb 1, 2008 at 04:05 PM, pacharlie said:**

Crim, I knew what your name meant right when I saw it, I am a smart Cookie :)



**Shemeka**
My Comments
Member Since:
1/24/2007

**129 of 267**

**On Feb 1, 2008 at 04:05 PM, Shemeka said:**

lindwag, i always felt immunizations was so form of microchipping.

**windgap927**
My Comments
Member Since:
2/16/2007

**130 of 267**

**On Feb 1, 2008 at 04:05 PM, windgap927 said:**

Shemeka, you annoy me today, as much as any day - don't feel down :-) Maybe all those times dentist get caught hovering over you when you're drugged up, maybe they aren't molesting you, they are microchipping you!

Discussions          1 2 3 ... 11 12 **13** 14 15 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...






Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

**POCONO RECORD**
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LMNG HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                              Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 12 13 [14] 15 16 ... 25 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/homes
Find a Home

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad
**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad
**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad
**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad
More jobs

**TOP HOMES**


Photo Coming
Soon
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

131 of 267



**On Feb 1, 2008 at 04:07 PM, Shemeka said:**

or feeling me up. ummmmmm all that sweet air.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

132 of 267



**On Feb 1, 2008 at 04:07 PM, knightbear said:**

hey I liked my welcome and how do you know I'm not black ? A knightbear could be. . .Just kidding, just kidding,just kidding That would be freaky if he/she/they were in this discussion board. . .eeewww. It is totally weird though this stuff doesn't happen around here. As I said before I grew up here.We have drugs and murders from drug related stuff but not dismembered bodies ! I I wish ( they probably will ) they would do a bust. . .I hope it doesn't turn out like the Jane Doe from Blairstown I remember that too.

**knightbear**
My Comments
Member Since: 2/1/2008

---

133 of 267



**On Feb 1, 2008 at 04:09 PM, crimjusmaj said:**

You can be in AFIS even if you have not commited a crime. Not dental records, but finger prints atleast.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

134 of 267

**On Feb 1, 2008 at 04:10 PM, knightbear said:**

BTW I asked about DREHER Ave BECAUSE we ARE discussing this case right ? And someone else brought it up for the record

**knightbear**
My Comments
Member Since: 2/1/2008

---

135 of 267

**On Feb 1, 2008 at 04:12 PM, Moncks said:**

It was on Headline News today.Drew Peterson wants a DIVORCE!!Yeah Right!

**Moncks**
My Comments
Member Since: 4/2/2007

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...

**136 of 267**



**On Feb 1, 2008 at 04:13 PM, knightbear said:**

tell him to tell us where the body is so he can officially ask her

knightbear
My Comments
Member Since: 2/1/2008

**TOP CARS**



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo



2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep

Show All Featured Cars



**137 of 267**



**On Feb 1, 2008 at 04:14 PM, windgap927 said:**

I think I want to volunteer to be in codis in case my body ever shows up somewhere. Do I
have to molest a hot guy to get in codis or can you volunteer?

windgap927
My Comments
Member Since:
2/16/2007

**138 of 267**



**On Feb 1, 2008 at 04:15 PM, Lindwag said:**

Unless there is a reason for your fingerprinting, I don't think they are kept on record. Not
everyone has been fingerprinted.

That's why on the crime shows most of the time they come up with "nothing" or a "Hit" in the
systems.

This guy/person/THING is scary.. Most killer are pretty neat with the disposals of the bodies.
This guy couldn't care less, just the mere fact that the body was dismembered means this is
a sick sick crime.

I think they better expand the search near the DWG or NJ side of the Gap too.

and Sheemka....YOU are out of hand today...!! lmbo!!

Lindwag
My Comments
Member Since:
12/28/2006

**139 of 267**



**On Feb 1, 2008 at 04:18 PM, crimjusmaj said:**

They are crime shows. lol. If you were printed as a child, no your prints arent on file, those
prints are for your parents use. . .Say your missing, they find a kid that is similar to you, they
have something to compare. However; government workers, teachers, law enforement etc.;
their prints are all on file somewhere. Maybe not in AFIS persay but they are on file
somewhere and can be found.

crimjusmaj
My Comments
Member Since:
Member Since: 2/1/2008

**140 of 267**

Pocono Record News Forum        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...



**On Feb 1, 2008 at 04:18 PM, windgap927 said:**

Google Oklahoma dismembered cold case. Spooky. Killed three women, dismembered, and played games with cops. I would be curious, but at the same time not want to know, if this woman was cut up like those. Ugh. Gives me chills.

**windgap927**
My Comments
**Member Since:**
2/16/2007

Discussions      1 2 3 ... 12 13 **14** 15 16 ... 25 26 27      Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:29 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...



| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE |

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

**POCONO RECORD**
News & Information from Northeast Pennsylvania

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

**Welcome Guest**                    Search [            ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >      Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions        1 2 3 ... 13 14 **15** 16 17 ... 25 26 27        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        **FIND IT!**



**Lindwag**
My Comments
Member Since:
12/28/2006

141 of 267

On Feb 1, 2008 at 04:25 PM, Lindwag said:

I think there are too many cold cases!! Ohhh Oklahoma...I lived out there for awhile...WEIRD part of the country. Hotter than H***.
I couldn't wait to come back but you had a lot of people coming up from Louisana for work. Let me tell you some of them were pretty scary!!

Look at the BTK killer..Man went to church and looked like the model neighbour/husband etc...You never know what is out there!!



**Shemeka**
My Comments
Member Since:
1/24/2007

142 of 267

On Feb 1, 2008 at 04:25 PM, Shemeka said:

are you the criminal justice mayor?

**windgap927**
My Comments
Member Since:
2/16/2007

143 of 267

On Feb 1, 2008 at 04:26 PM, windgap927 said:

Oh, now that was funny shemeka.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

144 of 267

On Feb 1, 2008 at 04:26 PM, crimjusmaj said:

Criminal Justice Major, yes



thepoconos.com/cars

Find a Car

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...
Photo Coming Soon

View All Featured Ads

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

**TOP CARS**


$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln
Mercury


*Photo Coming Soon*
1995 Pontiac Sunfire
Brown Daub Dodge


2006 Mazda MAZDA6
Brown Daub Kia


$11,490
2006 Mazda MAZDA3
Brown Daub
Chevrolet-Volvo

**Show All Featured Cars**


Subscribe To The
Pocono Record
Click here for
more information

145 of 267



On Feb 1, 2008 at 04:28 PM, Shemeka said:

well thanks for your help justice mayor.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

146 of 267



On Feb 1, 2008 at 04:29 PM, crimjusmaj said:

Look, maybe you think this is a joke, but this kind of stuff is my life and I would greatly appreciate it if you didnt mock me.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

147 of 267



On Feb 1, 2008 at 04:32 PM, ManicCommuter said:

Gotta love the PR Boards!!!!

**ManicCommuter**
My Comments
Member Since: 2/1/2007

---

148 of 267



On Feb 1, 2008 at 04:34 PM, Lindwag said:

So are you still in school? or have you graduated?
I wasn't mocking you at all. I don't think anyone was. I have the utmost respect for anyone that chooses that.
My son for the longest time wanted to become a cop. Still is thinking about it. I wouldn't be more proud of him. (Already am but you know what I mean!)

As I stated in another post. My heart is with ANYONE that is out there searching the crime area. It's not an easy task. I can not say Thank you enough!!

*Edited 2/1/08 by Lindwag*

**Lindwag**
My Comments
Member Since:
12/28/2006

---

149 of 267



On Feb 1, 2008 at 04:36 PM, pacharlie said:

crim, that is what Shemeka likes to do, you will see, even though we all disagree in the end we "Try" to remain friends. You will get use to the different personalities in here, It would be funny to see what a profiler thinks of all of us..

**pacharlie**

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

My Comments
Member Since:
8/15/2007



                                                                    150 of 267

On Feb 1, 2008 at 04:36 PM, Shemeka said:

ok, so your doing your "work" for the justice on a forum for PR? nice. but pleeeeaasse, don't
take these forums too seriously especially if that's your job. cause we are weird folk on here.
as you can see.

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions          1 2 3 ... 13 14  **15**  16 17 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
MCCLOUDY 22°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 14 15 [16] 17 18 ... 25 26 27          Keep Reading

---



151 of 267

On Feb 1, 2008 at 04:37 PM, crimjusmaj said:

Im not in school anymore as I am having a baby. I was referring to Shemeka "Criminal Justice Mayor" I dont know if she is a repeated misspeller or mocking me, but i will just go with mocking.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---



152 of 267

On Feb 1, 2008 at 04:38 PM, Shemeka said:

pa, how do you guys feel about Ouija boards?

**Shemeka**
My Comments
Member Since:
1/24/2007

---



153 of 267

On Feb 1, 2008 at 04:39 PM, crimjusmaj said:

I never said I was doing my work. I said that these types of things are my life I.E. homicides. I like to read up on them and keep myself in tune with whats going on in my home town considering my parents are in the poc's and I am not. Not to mention it is my major.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---



154 of 267

On Feb 1, 2008 at 04:39 PM, Shemeka said:

crim, are you for real with the sensitivity? come on....really.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

155 of 267

On Feb 1, 2008 at 04:41 PM, crimjusmaj said:

Shemka is your stupidity for realz or are you kidding? Come on, after all you think that that everyones DNA, Fingerprints and Dental Records are in one big data-base, did Horatio Caine tell ya that?

**crimjusmaj**
My Comments
Member Since: 2/1/2008

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com

Write a Review

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...



**On Feb 1, 2008 at 04:43 PM, windgap927 said:**

crim - look at her one post. she just uses the same your for every use (i had an aneurism by the way, thanks a lot!), so don't get too worried about it. Plus, if you don't take yourself lightly and have a sense of humor, you will become a PR forum statistic!

windgap927
My Comments
Member Since:
2/16/2007

156 of 267

**TOP CARS**


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars



157 of 267

**On Feb 1, 2008 at 04:43 PM, Lindwag said:**

Crim...As PaCharlie said we all tend to kid each other once and awhile..you know over email and postings everyone becomes 10 ft tall and bulletproof~!!

Congrats on your baby coming!! How exciting!!

Please do not stop your life because you are having children. Take it from someone who knows, I did it. It's VERY hard to go back when the kids are growing. My son kids me that he will finish college before me. He's 18 and headed there in Sept. (we think unless the National Guard has other plans for him...)
While it may be hard now it has to be a priority! Your future will be brighter if you do it now!! You can always look back and said I should have, could have. OR you can I say I did it!!

Ok..I will come off my mommy box now!! lol



Lindwag
My Comments
Member Since:
12/28/2008

158 of 267

**On Feb 1, 2008 at 04:43 PM, windgap927 said:**

Haha, am i the only one that HATES horatio cane. if he turns his head one more time, I am hoping it just falls off.



windgap927
My Comments
Member Since:
2/16/2007

159 of 267

**On Feb 1, 2008 at 04:44 PM, crimjusmaj said:**

Obviously I have a sense of humor, or you wouldnt have had that aneurism.

crimjusmaj
My Comments
Member Since: 2/1/2008

160 of 267

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...



**On Feb 1, 2008 at 04:44 PM, ManicCommuter said:**

CSI gone overload today!!! This is nothing new for PA, just add it to the daily rant we have about the current state of Monroe County.

ManicCommuter
My Comments
Member Since: 2/1/2007

Discussions                 1 2 3 ... 14 15 [16] 17 18 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...



Tuesday, December 09, 2008       HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**      Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >     Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions      1 2 3 ... 15 16 **17** 18 19 ... 25 26 27     Keep Reading

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    **FIND IT!**

thepoconos.com/homes

Find a Home

---



**pacharlie**
My Comments
Member Since:
8/15/2007

161 of 267

On Feb 1, 2008 at 04:44 PM, pacharlie said:

I don't feel anything for them, Its a creepy board game I don't play. If you want to summon the dead woman on it have fun. i won't even allow one in my house.

---



**windgap927**
My Comments
Member Since:
2/16/2007

162 of 267

On Feb 1, 2008 at 04:45 PM, windgap927 said:

I would like to put it on record that babies give me the creeps and if anyone speaks of childbirth related matters I am going to have to report it.

---

**crimjusmaj**
My Comments
Member Since: 2/1/2008

163 of 267

On Feb 1, 2008 at 04:46 PM, crimjusmaj said:

Horatio and those glasses must go haha, but ya gotta love CSI hah

---

**Lindwag**
My Comments
Member Since:
12/28/2006

164 of 267

On Feb 1, 2008 at 04:46 PM, Lindwag said:

BAD BAD BAD...Ouija boards are not to be messed with. It's opening something that not a lot of people realize.
It's funny that it was used as a parlour game.
Seriously not for the amusement of people who do not understand the powers behind it. It borders on Voodoo. Would you mess with it if you didn't understand what is behind it?

---

**pacharlie**
My Comments
Member Since:
8/15/2007

165 of 267

On Feb 1, 2008 at 04:47 PM, pacharlie said:

YOUR too (Am I using the right 2) funny, are you ok now, other then the OCD thing with words..LOL
If my 2 is wrong PLEASE give me a riddle to remember two too to. I know two is a number.

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**




WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...

**TOP CARS**


**$12,900**
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2008 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

**166 of 267**



**On Feb 1, 2008 at 04:47 PM, windgap927 said:**

My father gave me three rules growing up. No boys in the house. No Ouija boards in the house. No Buddha statues in the house.

windgap927
My Comments
Member Since:
2/16/2007

---

**167 of 267**



**On Feb 1, 2008 at 04:48 PM, windgap927 said:**

haha charlie. I guess it could be OCD. I am sure they make a medication for it. Hold on, I gotta look at what you wrote again.

windgap927
My Comments
Member Since:
2/16/2007

---

**168 of 267**



**On Feb 1, 2008 at 04:48 PM, Shemeka said:**

pacharlie, i hear ya. i played when i was younger and have never played since we we asked it some questions and found out it was dead people communicating with us. lololol oh well, just was asking. the Ouija boards never lie. the cops should get one though. or call a psychic or something.

Shemeka
My Comments
Member Since:
1/24/2007

---

**169 of 267**



**On Feb 1, 2008 at 04:49 PM, pacharlie said:**

I would like to put it on record that babies give me the creeps and if anyone speaks of childbirth related matters I am going to have to report it.

What, are you kidding?

pacharlie
My Comments
Member Since:
8/15/2007

---

**170 of 267**



**On Feb 1, 2008 at 04:49 PM, Lindwag said:**

Nope your not...He's horrible...Opie and Anthony did an entire hour on him many months ago. It was hilarious!! They had taken quips from the shows and stopped them and basically were ripping him apart after every one. They were like since when did William Shatner start as his acting coach? I was hysterical on 78 people must have thought I was crazy!!!

Lindwag
My Comments
Member Since:
12/28/2006

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com/cars
Find a Car

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                    Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >            Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 ... 16 17 [18] 19 20 ... 25 26 27          Keep Reading

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com    [FIND IT!]


thepoconos.com/jobs

Find a Job

171 of 267



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 1, 2008 at 04:51 PM, Shemeka said:

wind, yep. exactly. oh well...it was just a suggestion to the ones that REALLY want to find out what's what. I figured since most of them have spirits in their homes anyway, why not go all out. llolololol

---

172 of 267



**amielzbth**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 04:52 PM, amielzbth said:

Um...wow...why no Buddha statues? They aren't evil. Ouija boards are creepy, but you have to know how to use them. I learned that lesson the hard way and never want to use one again. That was years and years ago. I have to ask, though...why Buddha? Buddism is not an evil faith. Its actually very peaceful... But, then, that's what I studied when I was studing differen't faiths... What's your take on it?

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

---

173 of 267



**Lindwag**
My Comments
Member Since:
12/26/2006

On Feb 1, 2008 at 04:52 PM, Lindwag said:

I have to say I'm a little disappointed with CSI NY....There's just something lacking that Las Vegas has. (Maybe William Peterson???) It kinda leaves me disappointed. Like Missing without a trace though....

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

---

174 of 267

**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 1, 2008 at 04:53 PM, pacharlie said:

While you specialize in the English language and proper grammar, I have a thing for psychology. 40 mg of Paxil will help cure that. LOL

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

**TOP CARS**


**$6,373**
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


**$13,490**
2008 Ford Focus
Brown Daub Chevrolet-Volvo


2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet


**$17,988**
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars



175 of 267



**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 1, 2008 at 04:54 PM, windgap927 said:

YOUR too (Am I using the right 2) funny. are you ok now, other then the OCD thing with words..LOL

right too. wrong your!!! hahaha. sorry. you asked!

too means excess or in addition. if you are adding anything to the sentence. like, i am too fat for these jeans. Talking about excess. Or I brought him along too. I am adding him to the group. That is how I remember it. It has an extra o because it refers to you having more of something in a way. Two o's if you are talking about excess or you mean "as well". I am bringing this too. I am bringing this as well.

Whereas one o just means you are moving something. I am going to the store (moving yourself to the store). I am giving the car to my kid. You aren't adding anything, just transferring, so one o. It gets complicated with the infinitives! I have to do something - I need to - I want to -- those are always one o.

your is possessive. it belongs to you. you're is what you meant. when you are saying, you are too funny. You just shorten it to your. So if you said i hate your car. try putting in. i hate you are car. doesn't work, so your is correct.

176 of 267



**crimjusmaj**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 04:55 PM, crimjusmaj said:

Ah Grissom <3. . .Yeah New York is more of a reality, yano, normality I guess

177 of 267



**amielzbth**
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 04:55 PM, amielzbth said:

LOL! I have a thing for psychology as well.

178 of 267



**elle (ellegil)**
My Comments
Member Since:
8/29/2007

On Feb 1, 2008 at 04:56 PM, elle (ellegil) said:

Welcome amielzbth...

179 of 267



**Lindwag**
My Comments
Member Since:
12/28/2006

On Feb 1, 2008 at 04:56 PM, Lindwag said:

PA.... NOW you tell me?
I've had OCD since a child! It's funny cause some of my kids (YES WIND>>>>I HAD 5 BABIES!!! lmbo) have it and some don't. The worst is my oldest son...but I think mostly cause he was watching me when he was tittle and there weren't the others around yet!! He's pretty funny with it though. He yells at me when he finds himself freaking over something stupid...I just laugh cause I know where he's coming from and that is also bothered me!! lol



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

**180 of 267**



**On Feb 1, 2008 at 04:56 PM, Shemeka said:**

pacharlie. lololol well ladies. i must say i had fun today in this forum, considering and respecting the dead and all. but....unfortunately i must go home to be with my family....well if i get tempted, maybe i may logg in from home and really start ripping some azz. lolololol i let a lot of shyt slide today lololol especially with crimjusmayr. well i will brush that off to her pregnacy. so...she gets a pass for that. lolol have a great weekend.

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions              1 2 3 ... 16 17 [18] 19 20 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE 🔊

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...



| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE |

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MICLOUDY 22°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                    Search [        ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions            1 2 3 ... 17 18 **19** 20 21 ... 25 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

**181 of 267**

On Feb 1, 2008 at 04:57 PM, windgap927 said:

I will order that paxil asap! I was good at psychology even though I think much of it is ####! The idea of a baby being born freaks me out! I think it is gross and nasty and I never want to discuss it again. Haha. I guess I have my little quirks. I am also terrified of clowns and freaked out by little pieces of paper!

windgap927
My Comments
Member Since:
2/16/2007

**182 of 267**

On Feb 1, 2008 at 04:58 PM, crimjusmaj said:

You dont have to let things slide, I say things how they are hormonal or not. thanks though

crimjusmaj
My Comments
Member Since: 2/1/2008

**Pocono Record**
Reader Photo Galleries   Submit Your Photo

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**183 of 267**

On Feb 1, 2008 at 04:58 PM, Lindwag said:

Isnt he just all that and more!! He's reserved and you just want to find out what's behind it all! I think he's got a freaky side but they haven't developed that enough for us! kinda of left us high and dry with the dominitrix..

Lindwag
My Comments
Member Since:
12/28/2006

New York isn't normal that's the thing. I've had a few cop friends and I had to tell you what they pull out of the Hudson every once and awhile. Makes this case look like another day in paradise!!

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon

Read more...

View All Featured Ads

**184 of 267**

On Feb 1, 2008 at 04:58 PM, windgap927 said:

buddha - my dad is not a catholic that goes to church and preaches to people, but the whole praying to false gods thing was big for him. i didnt get it, but i respected it.

windgap927
My Comments
Member Since:
2/16/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...

**TOP CARS**



**$12,900**
**2006 Jeep Liberty**
Mick Motors

**2005 Buick LaCrosse**
Brown Daub Buick Pontiac
Chevrolet

**2006 Pontiac G6**
Brown Daub Buick Pontiac
Chevrolet

**2008 Dodge Dakota**
Brown Daub
Chevrolet-Volvo

Show All Featured Cars



**185 of 267**



**On Feb 1, 2008 at 05:00 PM, windgap927 said:**

I love CSI NY, well, they need to get rid of stella. I love danny (boom!) and montana! I used to love vegas, never like miami, and now LOVE ny. I hated ny at first though. Without a trace was good, but bores me now. I love the show bones, cracks me up!

**windgap927**
My Comments
Member Since:
2/16/2007

**186 of 267**

**On Feb 1, 2008 at 05:00 PM, crimjusmaj said:**

Well, the 4 or so episodes ive seen of CSI NY were normal.



**crimjusmaj**

Member Since: 2/1/2008

**187 of 267**

**On Feb 1, 2008 at 05:00 PM, Lindwag said:**

Wind how old are you? It wasn't all that bad otherwise I wouldn't have done it 5 times. I'm not into that kinda pain!! lol



There was a study recently on clowns and they said that it was the #1 fear of children. Ok..So when is the circus coming to town? I know my kids DON'T want to go for that reason. Clowns FREAK them out!!

**Lindwag**
My Comments
Member Since:
12/28/2006

**188 of 267**

**On Feb 1, 2008 at 05:01 PM, Shemeka said:**

lindwag, nooooo way. i know what time it is with Ouija boards. yep i was amazed too that they sell it right in the Toys section in stores. so them spirits can jump out in our kids and we not know what the hell is going on. yep. but i figured since most of these people have spirits already living in their homes that they can go all out, get the board and crack this case wide open so we call all relax. but yes ma'am, i'm totally agaist it. but ladies, i have to run...it has been a pleasure. bye, maybe i will check back in when i get home and torment some people. lolol who knows.



**Shemeka**
My Comments
Member Since:
1/24/2007

**189 of 267**

**On Feb 1, 2008 at 05:02 PM, windgap927 said:**

I am almost 30. I have never liked children and never wanted one. I dont mind some of our friends kids, but after an hour, Im like, shouldnt they be playing outside? But the idea of childbirth, eww ewww ewwwww.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...

**windgap927**
My Comments
Member Since:
2/16/2007

190 of 267



**On Feb 1, 2008 at 05:03 PM, Lindwag said:**

U get home safe!! It's pouring out this way now! Hopefully that will make some of the ice melt!

Only thing is the rain is washing away evidence!!

**Lindwag**
My Comments
Member Since:
12/28/2006

Discussions                1 2 3 ... 17 18 [19] 20 21 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...



Tuesday, December 09, 2008

POCONO RECORD

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [          ] 🔍

Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions      1 2 3 ... 18 19 **20** 21 22 ... 25 26 27      Keep Reading

---

**191 of 267**



On Feb 1, 2008 at 05:03 PM, amielzbth said:

Thanks! I used to live in PA (Mount Effort) and hated every minute of it. I was happy to move back to NYC when I got the chance. But, I do find the body parts situation interesting from a psychological point of view...

Anyway, I'm closing shop. Have a great weekend!

amielzbth
My Comments
Member Since: 2/1/2008

---

**192 of 267**

On Feb 1, 2008 at 05:03 PM, Shemeka said:

crim, awww, you're welcome. i still say you're a suspect though. 8-) watch out for her yall.......keep close watch to her forums. lololol have a great weekend.

Shemeka
My Comments
Member Since: 1/24/2007

---

**193 of 267**

On Feb 1, 2008 at 05:05 PM, windgap927 said:

yes, get home safe, things are terrible here. if he froze her, who knows how much evidence there was. it's grunt police work now. I just wish they would hurry and get us some answers.

windgap927
My Comments
Member Since: 2/16/2007

---

**194 of 267**

On Feb 1, 2008 at 05:05 PM, Lindwag said:

Good for you! I respect that totally. Too many people have kids that really didnt want them! Believe me after a couple of hours, like today!!! I'm like when are they going back to school??? Just kidding!!

Lindwag
My Comments
Member Since: 12/28/2006

---

**195 of 267**

On Feb 1, 2008 at 05:08 PM, crimjusmaj said:

Alright everyone, back to Harrisburg I must go. . ttyl

crimjusmaj
My Comments
Member Since: 2/1/2008

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        **FIND IT!**

thepoconos.com/homes



Find a Home

**TOP JOBS**

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...

**196 of 267**



**On Feb 1, 2008 at 05:10 PM, Lindwag said:**

U be safe out there!! Take Care..

Lindwag
My Comments
Member Since:
12/28/2006

**197 of 267**

**On Feb 1, 2008 at 05:13 PM, pacharlie said:**

Clowns are gross, I hate them. Childbirth I have done 3 times so that does not phase me, I could probally deliver a baby if I had to in a heart beat.
I can not stand Bats as well, or roaches, I will break out with hives all over, over them.

pacharlie
My Comments
Member Since:
8/15/2007

Message 4932.198 was deleted

**199 of 267**

**On Feb 1, 2008 at 05:24 PM, pacharlie said:**

Windgap we are the same age, imagine having 3 kids now. Are you male or female?

Someone I know just told me in Jefferson NJ a few days ago or so a woman was found all chopped up in a closet, True or not I don't know if anyone wants to investagate the accusation, mabey that is why NJ state troopers were assisting in the search. Lets see if it is a fact first before anything.I will search now.

pacharlie
My Comments
Member Since:
8/15/2007

**200 of 267**

**On Feb 1, 2008 at 05:25 PM, windgap927 said:**

I am female and having one kid - the thought of that gives me nightmares. Three would put me into shock!

windgap927
My Comments
Member Since:
2/16/2007

Discussions          1 2 3 ... 18 19 **20** 21 22 ... 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

**TOP CARS**



$13,900
2007 Chrysler Pacifica
Mick Motors



1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet



$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep



2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars



Pocono Record News Forum                           http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...

202 of 267

**TOP CARS**


**$15,900**
2006 Dodge Dakota
**Mick Motors**


**2003 Kia Rio**
**Brown Daub Kia**


2006 Mazda Mazda6
**Brown Daub Kia**


**$11,490**
2006 Mazda MAZDA3
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars

pacharlie
My Comments
Member Since:
8/15/2007

**On Feb 1, 2008 at 05:32 PM, pacharlie said:**

You could always request a c-section :)

Ok here is info on the murder, she was found beat to death, it said nothing about being chopped up, that was probally rumor Mother of 2 killed in Jefferson home

Woman, ex-spouse in custody dispute

BY PEGGY WRIGHT
AND MATT MANOCHIO
DAILY RECORD
Friday, February 1, 2008

A 49-year-old divorced mother of two was beaten to death in her Jefferson apartment, and police on Thursday were asking for the public's help in solving the homicide.

The victim, Elizabeth O'Brien, died of blunt force trauma, according to the Morris County Prosecutor's Office.

Township police responded at 5:27 p.m. Wednesday to a home at 120 Nolan's Point Road in the Lake Hopatcong section and found O'Brien dead inside the apartment she shared with her sons, 14 and 17. The apartment is in a two-story, white home across from the lake and from the Jefferson House restaurant.

O'Brien was due in family court in Morris County today for a hearing on her request to get sole custody of her sons and for increased child support from her ex-husband, Edward J. Petersen of Lyndhurst.

Prosecutor mum

The prosecutor's office released few details of the homicide on Thursday but asked that anyone with information or who may have observed suspicious activity around the victim's home to contact the township's or prosecutor's officers.

Neighbors said the victim lived there with her sons for between 12 and 18 months.

"There never seemed to be any problems over there -- nothing that would be noticed by any of the neighbors," said Cheryl Crinnian, a 38-year-old lifetime resident of Jefferson and neighbor to O'Brien.

Meanwhile, other neighbors said they didn't know the victim, other than to say hello to her when getting the mail. They'd regularly see the boys tossing a football in the yard or taking the bus to school, they said.

While the police presence on Thursday wasn't as noticeable as it was on Wednesday night, Jefferson officers were stationed in front of the taped-off house while members of the sheriff's and prosecutor's offices interviewed neighbors.

Used maiden name

Edward Petersen could not be reached on Thursday. His attorney, Mark Carter, did not return four calls for comment.

The victim had planned to represent herself in court today for the hearing before Superior Court family division Judge Rosemary Ramsay.

Carter notified the court of O'Brien's death on Thursday. The victim resumed using her maiden name -- O'Brien -- when her divorce occurred in 1998, but she is referred to in court papers by her married name of Elizabeth Petersen.

O'Brien, in her court papers, contended that she has been struggling financially to raise her sons, and that her ex-spouse has not helped to pay numerous medical and sports-related expenses incurred by their children. She said in her papers that her ex-husband has turned down her requests to be more actively involved in the children's lives and that he saw them only five times in 2007.

Petersen opposed O'Brien's request for more child support, saying in court papers that she failed to financially document why more support is necessary. The couple's divorce agreement called for joint custody, with the mother retaining physical custody. Petersen wrote that joint custody should continue because there has never been an allegation that he poses any risk of harm to the children.

Police response

The relative calm of Thursday's scene was a far cry from Wednesday.

Crinnian said the first police vehicle at the apartment was an unmarked car, which arrived



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...

203 of 267



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 1, 2008 at 05:37 PM, windgap927 said:**

I grew up in Hopatcong! I wouldn't see how it would be related. Like I have said a million times. Loved ones try to hide the body, serial killers or random killers drop them in public places. If this body was found in the delaware instead of the highway, I would have said boyfriend/spouse. Not only does childbirth freak me out, the raising them doesn't really appeal to me either! I have puppies, I am happy!

204 of 267



**Lindwag**
My Comments
Member Since:
12/28/2006

**On Feb 1, 2008 at 05:45 PM, Lindwag said:**

My husband grew up in Jefferson and we moved here from Denville almost three years ago. Believe me we didn't have stuff like what's happening around here lately happen over there. My ex fought me on Child support too but he didn't beat me to death... I feel badly for the two boys that are left motherless now. I am sure that this is ROCKING that neighbourhood.

As I said in a way earlier post I think this killer is almost mocking the police out this way. Taunting them and then sitting there laughing as they are on a wild goose chase. He's one sick Son of a you know what!!

205 of 267



**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 1, 2008 at 05:58 PM, pacharlie said:**

Windgap, We are the same age and from the same general area....SCARY....

It does not have anything to do, RUMOR had it she was chopped up, so I went and got the facts. Thats all

Well you would not survive my life, 3 kids 2 dogs, dogs are much as a #### as kids :) Oh and a Husband, I get rid of him before the others...LOL

206 of 267



**SBgurl35**
My Comments
Member Since: 2/1/2008

**On Feb 1, 2008 at 06:04 PM, SBgurl35 said:**

There are many different types of killers and I believe we will probably find that this is a serial killer. In this case, because the body was left in a place that is clearly out in the open, the body was supposed to be found. We are probably going to find out when/if this person is caught, that this is not the first time that this person has killed. Most likely this person has been disturbed since childhood, and has not been given the nurturance and care that they needed when they were in their most important development years and in early adolescence. Although in this case, the killer is placing the body in a common place to be found, not all serial killers place bodies in this way, however it all depends on the type of serial killer this may be. There are organized and disorganized killers, this seems to be an organized killer, with how planned out the murder was.

It all remains to be seen... hopefully they find him soon.... before he strikes again, because someone capable to commit such a hideous crime will do it again, it's just a matter of time.

207 of 267



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 1, 2008 at 06:18 PM, windgap927 said:**

haha pa. and most of my family is fron denvile.

208 of 267

Pocono Record News Forum                                   http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...



**Lindwag**
My Comments
Member Since:
12/28/2006

**On Feb 1, 2008 at 06:22 PM, Lindwag said:**

Wind...my post was about Denville.. I'm not sure where Pa was from. My kids miss Denville bad. My son would have graduated MK last June if we had stayed. After 9-11 things started to get bad over there. The housing prices went through the roof.. It was a shame it was a really nice little town. I could have stayed there forever!!

209 of 267



**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 1, 2008 at 06:28 PM, pacharlie said:**

2 of my kids were born at ST. Clairs my husband was too or to. Small world. I sometimes miss NJ, I like it here also. My kids miss NJ at times to, then I remind them there we would not be able to own a home, which means we would have to throw out all there stuff because it would not fit in an apartment and PA still sounds good to them. They both have there pros and cons.

210 of 267

**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 1, 2008 at 06:31 PM, pacharlie said:**

Where would you go for icecream?

Discussions          1 2 3 ... 19 20 **21** 22 23 ... 25 26 27          Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:30 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...



**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

| Discussions | 1 2 3 ... 20 21 **22** 23 24 25 26 27 | Keep Reading |



**211 of 267**

On Feb 1, 2008 at 06:32 PM, Lindwag said:

My little guy was also born at St Clare's Denville. He's 7.
We miss that area but it's so pretty here and same scenario here.
We couldn't afford the home we're in here over there. It would have cost us a fortune!!
It was just hard for my older two. They had gone to school there for 7 years it was tough leaving for them. On the other hand I think my son has more good friends here than he ever had over there! He didn't want to admit it but he knows it!

**Lindwag**
My Comments
Member Since:
12/28/2006



**212 of 267**

On Feb 1, 2008 at 06:33 PM, Lindwag said:

Denville Dairy of course! my husband says Cliff's or Jefferson Dairy...

Now it's HILLTOP! they rock!!

**Lindwag**
My Comments
Member Since:
12/28/2006



**213 of 267**

On Feb 1, 2008 at 06:43 PM, pacharlie said:

My awnser is Cliffs, I still take my kids there, my dad would take us there when we were young kids, he would yell us to get in the car, we are going to see a man about a dead horse and he would take us there, weird right? so now I do it to mine, they are like eww mom thats gross we don't want to see a dead horse...LOL.

**pacharlie**
My Comments
Member Since:
8/15/2007

**214 of 267**

On Feb 1, 2008 at 07:15 PM, bluejewel said:

I am trying to keep up and read most of the posts and I am new to this. I have a slow dial up connection as well so I am not on as much as I would like to be. It creeps me out to think that the person that did this horrible crime could actually be reading what everyone is saying. That kind of makes me afraid to even post. Can people find out who you are on here? A couple of weeks ago I went on Craigslist and made a comment to someone that said something really disgusting and then I got two hangups on my answering machine. I *69 the last call and it gave me a number. I reversed the number on lookup and it said the person was from Bushkill and that is where the person I replied to on Craigslist was from. Does anyone have any info about this? Can someone on Craigslist figure out who you are? hmm..
Thanks for any info.

**bluejewel**
My Comments
Member Since:
1/31/2008

---

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com    **FIND IT!**



**Pocono Record**
Daily Headlines
Breaking News Updates    **Sign Up Now**

**TOP JOBS**

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

**TOP CARS**


**$12,473**
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury


**$13,490**
2008 Ford Focus
Brown Daub Chevrolet-Volvo


**$13,988**
2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet

2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

**Show All Featured Cars**



215 of 267



**On Feb 1, 2008 at 07:24 PM, cali007 said:**

cali007
My Comments
Member Since: 2/13/2007

" It creeps me out to think that the person that did this horrible crime could actually be reading what everyone is saying."

Welcome aboard!

It is kind of creepy thinking that nut may be reading this.

But screw it, post what you like. I doubt he'll find you:-)

216 of 267



**On Feb 1, 2008 at 07:29 PM, cali007 said:**

cali007
My Comments
Member Since: 2/13/2007

"Can people find out who you are on here?"

I don't know much about hacking, but I guess they can find out your IP address. I'd suppose there is an outside shot someone who is VERY computer savvy could maybe physically find you. It is definitely not something to worry about. Post away! We all do:-)

I'd say your previous situation was just a coincidence. No need to worry.

*Edited 2/1/08  by  cali007*

217 of 267



**On Feb 1, 2008 at 07:36 PM, kushman said:**

kushman
My Comments
Member Since: 6/2/2007

It would be nice to know the identity of this poor woman. There is a freak out here that doesn't belong to live. Find this freak and put this victim to rest. I hope you have alot of officers working #### this case.

218 of 267



**On Feb 1, 2008 at 07:37 PM, bluejewel said:**

bluejewel
My Comments
Member Since: 1/31/2008

Cali007- Thank you for the welcome and what you said helped me a little with the post anxiety. It is a shame to be scared to post opinions. I was thinking about the situation with the craigslist and I hope that it was just a coincidental maybe wrong number or something.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...



**219 of 267**

**bluejewel**
My Comments
Member Since:
1/31/2008

**On Feb 1, 2008 at 07:41 PM, bluejewel said:**

Yes I think that they have a lot of people working on this case, and when they find her identity hopefully it will open many doors for them. The body was frozen before it was cut up so it may have happened many weeks ago. I think if someone was missing in this proximity she would have been noticed, right?

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=221&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com.
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LARGO HERE   WRITTEN

GUIDE    INTERACT    CLASSIFIEDS

**Welcome  Guest**                      Search [            ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >               Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions            1 2 3 ... 21 22 **23** 24 25 26 27            Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

thepoconos.com

Find a Business

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming
Soon
Read more...

View All Featured Ads

---



pacharlie
My Comments
Member Since:
8/15/2007

**221 of 267**

On Feb 1, 2008 at 08:07 PM, pacharlie said:
Cali, I usually respect you insight on issues, you are educated in that department, what is your intake on this? Random, serial, spouse, what?
Do you think he is watching? reading?

---

curiouseyes
My Comments
Member Since: 2/1/2008

**222 of 267**

On Feb 1, 2008 at 08:26 PM, curiouseyes said:
I agee with you that there is a point that this suspect is trying to make. There is word that the body was frozen, whether is was due to the temps out side or prior freezing. Maybe this person waited till a certain time to discard of victom. If you ever watch cases on tv a lot of vics left to be found on roads r vics that have been missing a while. I gree with profiler. I also believe this suspect will not discard of weapon used. I think there will be clues left again but else where. If the susp is reading these he knows that there focus is on identifying vic not as much as searching for the simple clues in the oddest places. What about those rest areas. Im sure the foresic team has people comparing the garb bags for manufacturer and poss places where they were sold. I will be following this case.

*Edited 2/1/08  by  curiouseyes*

---

curiouseyes
My Comments
Member Since: 2/1/2008

**223 of 267**

On Feb 1, 2008 at 08:33 PM, curiouseyes said:
Like another person wrote, there could be two people -- one to drive and one to discard. Maybe they/ one person pulled over? Alot depends on what side of the road the bags were found. there is also a poss of it being two different bodies. Somethings I heard outside of the paper makes me think that is a good poss.

---

crimjusmaj
My Comments
Member Since: 2/1/2008

**224 of 267**

On Feb 1, 2008 at 08:36 PM, crimjusmaj said:
It isnt so much that the authorities dont care as much about finding the evidence as they do finding out who the vic is, They are both vital parts of the investigation. The media and this forum (im guilty of it) are what is making it seem like finding out her identity is what everyone is more focused on.

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=221&nav=messag...

TOP CARS


$12,900
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars



**225 of 267**



curiouseyes
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 08:42 PM, curiouseyes said:

Sick as this may sound, maybe he is keeping parts as souviners. It has happened before. I feel the same way about watching too much csi. Also if you look where that last bag was dropped off, That may have pulled off road to make sure all was out of car and noticed they forgot one. That area is a great place to turn back around. Poss for so many bags is to make it a lil less noticable or like profilr said to make a point of hatred toward vic. Aother poss is a very small car w/ lil trunk space.

**226 of 267**



crimjusmaj
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 08:45 PM, crimjusmaj said:

No one said anything about watching too much of it. Shoot I watch it religiously, along with every other crime show, reality or not. But, there does come a time when some people should lay off the tube because they think that what goes on, on CSI is exactly how it works here in the real world.

**227 of 267**



My3dawgs
My Comments
Member Since: 1/7/2007

On Feb 1, 2008 at 08:52 PM, My3dawgs said:

Curious, it isnt that sick-sounding. Jeffrey Dahmer kept parts....

**228 of 267**



curiouseyes
My Comments
Member Since: 2/1/2008

On Feb 1, 2008 at 09:33 PM, curiouseyes said:

"killer is probably enjoying the infamy"?? Well maybe that person/s should think about how the gap in drop off sights make things look. Maybe the person/ s screwed up. This could show signs of weak ness or disorganization. If they are this disorganized with the drop off, how about the initial crime. I bet there is atleast two locations crawling with evidence! Just a matter of finding it.

**229 of 267**



My3dawgs
My Comments
Member Since: 1/7/2007

On Feb 1, 2008 at 09:41 PM, My3dawgs said:

I don't necessarily think they were disorganized. I think the dropoff spacing was due to passing vehicles. 80/380 in that stretch is a virtual ghost town in the wee hours of the morning. It would appear to me that perhaps they were dropping bags at points that there were no vehicles coming either way. It would be my opinion that they were not alone in doing so either - it would seem to me that perhaps one person was driving, while at least one other was tossing bags so they did not need to fully stop in case a vehicle came up behind them or the other way.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=221&nav=messag...

On Feb 1, 2008 at 09:50 PM, crimjusmaj said:

We dont know how long the bags were there. . .They could have been there for a week or longer.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

Discussions          1 2 3 ... 21 22 **23** 24 25 26 27          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                         http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=231&nav=messag...



| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE |

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCLOUDY 22°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

**Welcome  Guest**                              Search [          ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions          1 2 3 … 22 23 **24** 25 26 27          Keep Reading



231 of 267

**On Feb 1, 2008 at 09:57 PM, pacharlie said:**

They might have froze the bodies so when cutting them it would not make a mess.

pacharlie
My Comments
Member Since:
8/15/2007

---

232 of 267

**On Feb 1, 2008 at 09:59 PM, curiouseyes said:**

I know someone that drives that section everyday during the wee hrs of morn and says they seen atleast two of the bags for about two weeks. If you r familiar with that area it is pretty open. I agree with poss of someone in pass seat.

curiouseyes
My Comments
Member Since: 2/1/2008

---



233 of 267

**On Feb 1, 2008 at 10:04 PM, curiouseyes said:**

The reason that person took notice to something like this is because a few yrs bk that person saw a lrg bag off to the side on rt. 314 near Pocono Manor and made a comment about you never know what could be in a bag like that- maybe even a body. The nxt day it was reported that the bag did indeed hold the remains of a human being. EEry to me.

curiouseyes
My Comments
Member Since: 2/1/2008

---

234 of 267

**On Feb 1, 2008 at 10:06 PM, crimjusmaj said:**

Thats all it is, possibilities. . .anything is possible, its possible this lady has been dead for 10 years. . .but lets leave the guess work up to the professionals

crimjusmaj
My Comments
Member Since: 2/1/2008

---



235 of 267

**On Feb 1, 2008 at 10:21 PM, My3dawgs said:**

What fun would that be? ;)

My3dawgs
My Comments
Member Since: 1/7/2007

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com          **FIND IT!**

thepoconos.com/homes
Find a Home

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=231&nav=messag...



**236 of 267**

On Feb 1, 2008 at 10:38 PM, gotkingsback said:

everyone is saying its a he that did it. maybe it was a female, a women scorned by her cheating husband and his disgusting slutty girlfriend. Who knows maybe he'll turn up next. You just never know who you can trust.

gotkingsback
My Comments
Member Since:
1/22/2008

**TOP CARS**



$13,900
2007 Chrysler Pacifica
Mick Motors



2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo



$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars

Subscribe To The
Pocono Record



**237 of 267**

On Feb 2, 2008 at 12:13 AM, curiouseyes said:

if you go on youtube.com there is a similar case that accured 1 month ago. 7 plastic bags with human remains were found. Caucasin adult is how vic is identified. Possibly related? in Ormond Beach, I belv it was Fl.

*Edited 2/2/08  by curiouseyes*

curiouseyes
My Comments
Member Since: 2/1/2008



**238 of 267**

On Feb 2, 2008 at 12:23 AM, Synister1 said:

pacharlie, why do you think that "they" would have to freeze the bodies in order to avoid a mess? The article doesnt say anything about the lack of a mess.

Synister1
My Comments
Member Since: 2/2/2008



**239 of 267**

On Feb 2, 2008 at 12:24 AM, Synister1 said:

pacharlie, why do you think that "they" would have to freeze the bodies in order to avoid a mess? The article doesnt state anything about whether there was a mess or not.

Synister1
My Comments
Member Since: 2/2/2008



**240 of 267**

On Feb 2, 2008 at 06:24 AM, AntieEm2 said:

Doesn't anyone else watch Forensic Files?

AntieEm2
My Comments
Member Since:
12/22/2006

Discussions          1 2 3 ... 22 23 **24** 25 26 27          Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=241&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions                     1 2 3 ... 23 24 **25** 26 27          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

---

**241 of 267**

On Feb 2, 2008 at 07:49 AM, t36namp said:

yeah, that's it newman. or maybe one of our recent transplants from the city high on crack

t36namp
My Comments
Member Since:
1/30/2008

---

**242 of 267**

On Feb 2, 2008 at 08:22 AM, schmear said:

been almost a week and you guys still havent solved this yet?Keep up the good work.Hey crimjusmag csi on tv isnt anything like the real world.I suppose COPS is also like the real world?Its all played up for the morons who are pinned to the tube like its a reality show.Stay in school counseler and leave the details to the pros.

*Edited 2/2/08  by schmear*

schmear
My Comments
Member Since: 1/5/2008



Pocono Record
Daily Headlines
Breaking News Updates
Sign Up Now

**TOP JOBS**

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

---

**243 of 267**

On Feb 2, 2008 at 09:07 AM, Auntwinnie said:

I am in full agreement with the CP about this mentally disturbed person most likely feeding off of the media and possibly these threads and using it as a disturbing feed need. I can only ask that people be very careful what they print on here. I will air on the side of caution and believe that this person IS reading these forums and I will not be apart of this persons feed by getting involved with my opinions, guesses etc.
I am here to ask those to be very careful what you put on these threads or better yet, Please don't reply at all!!!!
It makes no sense to give this very disturbed person any more feed.
Thank you.

*Edited 2/2/08   by Auntwinnie*

Auntwinnie
My Comments
Member Since:
12/23/2005

---

**244 of 267**

On Feb 2, 2008 at 02:42 PM, bluejewel said:

The more I think about it the more I think why would the person read these comments?

bluejewel
My Comments
Member Since:
1/31/2008

---

1 of 3                                                                   12/9/2008 8:30 AM

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=241&nav=messag...

**245 of 267**



**bluejewel**
My Comments
Member Since:
1/31/2008

On Feb 2, 2008 at 02:59 PM, bluejewel said:

Maybe there were so many bags in order to keep them light so that one person would be able to just toss them easily? They thought that there was more than one body because the body was of a heavyset person.

**TOP CARS**


$8,900
2002 Ford Ranger
Mick Motors


$16,495
2007 Dodge Dakota
Brown Daub Dodge

2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The Pocono Record

**246 of 267**



**1234**
My Comments
Member Since: 1/9/2007

On Feb 2, 2008 at 03:06 PM, 1234 said:

blue- I agree 100% with AuntWinnie and have written to the same effect in several of my comments. Read the title of this topic and go back and read the article on which you're commenting.

*Edited 2/2/08   by   1234*

**247 of 267**



**bluejewel**
My Comments
Member Since:
1/31/2008

On Feb 2, 2008 at 03:27 PM, bluejewel said:

I can understand why you would agree with AuntieEm. I didn't really mean to sound like I was not agreeing with her. It may not be a serial killer, we don't know. It could be someone that just panicked. Most criminals are not very intelligent. The person that did this crime may not even live in this area. Let's hope. I understand that we do not know either way so it is probably better to be safe, be cautious, and keep our eyes open.

**248 of 267**



**bluejewel**
My Comments
Member Since:
1/31/2008

On Feb 2, 2008 at 03:31 PM, bluejewel said:

oops AuntieWinnie..sorry..

**249 of 267**



**GrassRoots**
My Comments
Member Since:

On Feb 3, 2008 at 12:52 AM, GrassRoots said:

The killer could just as easily have committed the crime in a very far away place, drivenacross many states, disposed of the body in the general locale ( keeping moving so as to remain unnoticed......someone could id a stopped car) and turned around and driven back where they came from. For MY sake I hope he's far away, but I pray for the women around him, where ever he is......let's face it, 99.9 percent this is some bizarre predatory male, unless its some cult sacrifice thing. Anyway, God rest her soul, and may her journey wherever she is now be more peaceful than the one she experienced in life.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=241&nav=messag...

2/13/2007

**On Feb 3, 2008 at 09:22 AM, crimjusmaj said:**

250 of 267

SCHMEAR, just thought I would let you know that I am well aware that CSI is not anything like the real world, you would have to be an idiot to think that. I was just pointing out the fact that there ARE (and I am not one of them), people on this forum who think that the crime can be solved in 45 minutes, oh and ofcourse that everyones DNA,FINGERPRINTS AND DENTAL RECORDS are in one giant data base, so sir, before you point fingers at who you think may be an idiot maybe, perhaps, you should read the ENTIRE forum and get the whole story.

**crimjusmaj**
My Comments
Member Since: 2/1/2008

Discussions                     1 2 3 ... 23 24 [25] 26 27                 Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:30 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=251&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                              Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**PROFILER KILLER PROBABLY IS ENJOYING THE INFAMY**

Discussions                   1 2 3 ... 24 25 [26] 27              Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com                    FIND IT!


thepoconos.com/homes

Find a Home

**TOP JOBS**
**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads


Photo Coming Soon      Read more...

View All Featured Ads

---

251 of 267



cali007
My Comments
Member Since:
2/13/2007

**On Feb 3, 2008 at 10:28 AM, cali007 said:**

"I suppose COPS is also like the real world?"

For the people getting arrested it is;-)

---

252 of 267

curioseyes
My Comments
Member Since: 2/1/2008

**On Feb 3, 2008 at 12:53 PM, curioseyes said:**

Geeee, I wonder why they havent released a sketch of the victom yet? Maybe they are onto something and they wanna see if the people are questioning slip up on info about something they may have seen or something they did.

---

253 of 267

Shemeka
My Comments
Member Since:
1/24/2007

**On Feb 4, 2008 at 09:26 AM, Shemeka said:**

yep. and whatever is going on with these bodies, this killer is obviously playing a game. everything always means something in their game playing. that why i suggested before that maybe the amount of bags means something. or maybe the first drop off point to the last drop off point means something. we just never know. or maybe it can means nothing. but i hope they are laying everything out on the table for this one and not overlooking anything. cause overlooking something means the next victim.

---

254 of 267



SBgurl35
My Comments
Member Since: 2/1/2008

**On Feb 4, 2008 at 10:29 AM, SBgurl35 said:**

As to the idea that criminals not being intelligent, that's not necessarily true. Many times a killer that is this organized and so disturbed as to cut up a body and place it in seperate trash bags and dump them along the road and not be noticed, turns out to have an average to sometimes even an above average IQ and certainly not be perciced as being a killer. They can completely slip under the radar as a normal person rather than being a homicidal maniac.

---

🗑                Messages 4932.255 through 4932.259 were deleted                🗑

---

260 of 267

Shemeka
My Comments
Member Since:
1/24/2007

**On Feb 4, 2008 at 02:00 PM, Shemeka said:**

elle. exactly. she/he is a suspect in my book. just by the reaction to all the forums, just a little "too sensitive" if you know what i mean. 8-)

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=251&nav=messag...

Discussions                    1 2 3 ... 24 25 26 27          Keep Reading



**TOP CARS**

$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury

*Photo Coming Soon*
1995 Pontiac Sunfire
Brown Daub Dodge

$13,490
2008 Ford Focus
Brown Daub Chevrolet-Volvo

$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars

Subscribe To The Pocono Record

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:30 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=261&nav=messag...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=261&nav=messag...



**TOP CARS**

266 of 267

**On Feb 5, 2008 at 08:24 AM, despondent said:**

I know the response thing gladys, can you explain unsolicited Emails??

**despondent**
My Comments
Member Since:
9/15/2007



$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo



2005 Cadilac CTS
Brown Daub Buick Pontiac
Chevrolet



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep



$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars



267 of 267

**On Feb 5, 2008 at 08:32 AM, 1234 said:**

You can turn off the private email from board posters. Go into your preferences ("My Stuff"---> "Preferences"). Toward the bottom is an option box "Member to Member Email". Make sure it is unchecked.

**1234**
My Comments
Member Since: 1/9/2007

Discussions                    1 2 3 ... 25 26 **27**              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

## *No Headline In Original*

Global Broadcast Database - English  1:30 AM CNNHLN

February 1, 2008 Friday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 682 words

# Body

STATION: CNNHLN

USA

>>> INVESTIGATORS SAY BAGS OF BODY PARTS WERE FOUND AT SEVEN OTHER SITES ALONG INTERSTATES 380 AND 80, FORMING WHAT APPEARS TO BE A LOOP. RIGHT NOW, INVESTIGATORS SAY THEY BELIEVE THE BODY PARTS BELONG TO ONE LIGHT-SKINNED FEMALE. MONROE COUNTY DISTRICT ATTORNEY DAVID CHRISTIE SAYS HE WATCHED AS OFFICERS RECOVERED A HEAD AT THE SIDE OF INTERSTATE 380. THE BODY PARTS HAVE BEEN TAKEN TO LEHIGH VALLEY FOR AUTOPSY TO CONFIRM THE SEX OF THE VICTIM WHEN THE VICTIM DIED, AND TO SEE IF ANY FORENSIC EVIDENCE WAS LEFT BEHIND BY THE KILLER. POLICE AREN'T SAYING WHETHER ANYTHING ELSE WAS FOUND INSIDE THE TRASH BAGS. A HOMICIDE INVESTIGATION IS BEING CONDUCTED BY THE PENNSYLVANIA STATE POLICE SWIFT WATER. INVESTIGATORS ARE ASKING FOR THE PUBLIC'S HELP ON THIS ONE. IF ANYONE SAW A MOTORIST THROWING TRASH BAGS FROM A VEHICLE RECENTLY, TO GIVE THEM A CALL. >>> BEFORE WE TAKE YOU TO ARUBA AND WHAT COULD BE A CRACK IN THE CASE IN NATALEE HOLLOWAY, THE MISSING TEENAGE GIRL FROM ALABAMA, LET'S GO STRAIGHT OUT TO THE LUXURY RESORT AREA OF THE POCONOS. A REAL-LIFE DEXTER SEEMINGLY AT WORK IN THE POCONOS. EIGHT DIFFERENT TRASH BAGS OF BODY PARTS STREWN ALONG THE HIGHWAY. RUPA, QUESTION, WHAT WERE THE BODY PARTS? >> Reporter: WELL, NANCY, THE POLICE WON'T GET INTO DETAILS ABOUT THE ACTUAL BODY PARTS THAT THEY ARE STILL MISSING, THAT THEY ARE SEARCHING FOR. WHICH OF COURSE, THEY SPENT MOST OF TODAY AND YESTERDAY SEARCHING EXTENSIVELY, 45 MILES OF GROUND THEY COVERED THE LAST TWO DAYS. THAT BEING SAID, THE BODY PARTS ALREADY DISCOVERED IN EIGHT TRASH BAGS, ONE IS THE HEAD, AND THE TORSO. >> RUPA, I UNDERSTAND AN AUTOPSY HAS BEEN CONDUCTED. WHAT DID IT REVEAL? >> Reporter: IT REVEALED SEVERAL THINGS, NANCY. FIRST OF ALL, THE MANNER OF DEATH IS BEING CHARACTERIZED AS A HOMICIDE AND THE CAUSE OF DEATH IS BEING CHARACTERIZED AS MULTIPLE VIOLENT INJURIES. POLICE WON'T GET INTO DETAILS AND SPECIFICS EXACTLY WHAT CAUSED THOSE INJURIES OR WHAT THOSE INJURIES ARE. THEY SAY THEY HAVE TO HOLD SOMETHING BACK IN THEIR INVESTIGATION. >> HOW LARGE IS THE SEARCH EFFORT? >> Reporter: WE ALSO KNOW THAT THE BODY -- APPROXIMATELY 50 -- WE'RE TALKING ABOUT STATE TROOPERS, PENNSYLVANIA STATE TROOPERS, VOLUNTEER FIREFIGHTERS IN THE AREA. THAT'S WHO'S OUT TODAY. >> I UNDERSTAND THAT -- >> Reporter: WE'RE TALKING ABOUT A SEARCH THAT INCLUDED -- NOT ONLY -- >> I UNDERSTAND THEY ARE INCLUDING POLICE, FIRE, K-9 UNITS, HELICOPTERS AND ATVs TO CRACK THE CASE. BODY PARTS FOUND NEAR A LUXURY REPORT. EIGHT SEPARATE TRASH BAGS. IS IT TRUE K-9 UNITS AS WELL? >> Reporter: THAT IS TRUE. K-9 UNITS AND CADAVER DOGS WERE USED TODAY. >> RUPA STANDING BY -- >> Reporter: THEY DIDN'T FIND ANY BODY PARTS -- >> SORRY, GUYS, I KEEP LOSING RUPA. RUPA STANDING BY THERE IN THE LATEST

No Headline In Original

REGARDING EIGHT SEPARATE TRASH BAGS OF BODY PARTS. AS SOON AS WE HEAR MORE, WE'LL BRING YOU UP TO DATE. RIGHT NOW, TO ARUBA. TAKE A LISTEN. >> COULD WE SOON KNOW WHAT REALLY HAPPENED TO NATALEE HOLLOWAY? A DUTCH CRIME REPORTER HAS GIVEN PROSECUTORS BRAND NEW EVIDENCE. NEW INFO COMING FROM DUTCH CRIME REPORTER PETER de VRIES. THE SAME REPORTER WHO HAD JORAN VAN DER SLOOT THROW A GLASS OF WINE IN HIS FACE AFTER A RECENT INTERVIEW. VAN DER SLOOT'S ATTORNEYS SAY THE PROSECUTORS WENT DOWN THIS ROAD BEFORE AND FOUND NOTHING. ARUBAN PROSECUTORS SAY THEY HAVE INTENSIFIED THE INVESTIGATION. FINALLY DETERMINE WHAT HAPPENED TO NATALEE HOLLOWAY. >> IS THERE FINALLY A CRACK IN THE CASE OF MISSING ALABAMA GIRL, NATALEE HOLLOWAY? STRAIGHT OUT TO AMERICA'S MOST WANTED JON LIEBERMAN. JON, WHAT'S HAPPENING? >> NANCY, THIS JOURNALIST SAYS HE HAS THIS CASE SOLVED. HE SAYS HE USED UNDERCOVER METHODS, UNDERCOVER CAMERAS, AND THAT HE KNOWS THE MODE OF HOW NATALEE HOLLOWAY WAS KILLED AND HOW HER BODY WAS DISPOSED OF. BUT LOOK. WE'VE BEEN DOWN THIS ROAD BEFORE. WE WERE WITH THE HOLLOWAYS DOWN IN ARUBA SEARCHING FOR NATALEE. THERE HAVE BEEN A LOT OF UPS AND DOWNS. ON THE SURFACE, IT LOOKS LIKE A MAJOR DEVELOPMENT. IF IT IS INDEED TRUE THAT THIS IS SOLVED. >> WHAT DO YOU BELIEVE IT IS? >> WHAT LEADS ME TO BELIEVE THERE IS SOMETHING SIGNIFICANT

**Load-Date:** February 2, 2008

---

End of Document

## *Police mum on search of interstates for body parts with video*

The News-Item (Shamokin, Pennsylvania)

February 1, 2008 Friday

Copyright 2008 The News-Item, Shamokin, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 292 words

**Byline:** BY KIMM R. MONTONE STAFF WRITER

# Body

Investigators are not saying much about evidence gathered Thursday along two Northeastern Pennsylvania highways where a woman's dismembered body was discovered in trash bags at eight sites Tuesday.

"We collected several items and are going through them," said Sgt. Gregg Mrochko of state police at Swiftwater. "We're not going into details and not getting into specifics."

Mrochko said no additional dumping sites were discovered Thursday, but officials also said they had not recovered all of the body.

A glove and a black bag were among an assortment of items plucked by troopers as part of Thursday's search along Interstates 380 and 80 in Lackawanna and Monroe counties.

Cadaver-sniffing dogs, volunteer firefighters, detectives and a state police helicopter were among the resources deployed as more than 50 people set out on the expansive search, which covered about 15 miles and included areas beyond the highways.

"We covered a large area," Mrochko said. "I feel a little more confident (with what we've gathered.)"

At about noon, the glove was discovered along the Tobyhanna exit ramp. It was photographed and placed in a yellow evidence envelope.

On Wednesday, the Monroe County coroner, along with a forensic pathologist, released details about the body, which they described as being that of a heavyset woman with dark-colored hair with gray strands who stood 5-feet 7-inches tall.

The coroner ruled cause of death as homicide by multiple violent injuries.

A composite sketch is being prepared and would be released in the near future, state police said Thursday.

However, the woman's identity and that of her killer remain unknown.

Police ask anyone with information to call state police at Swiftwater at 839-7701.

*kmontone@timesshamrock.com*

**Load-Date:** August 8, 2014

## *Police recover more evidence along roads*

The News-Item (Shamokin, Pennsylvania)

February 1, 2008 Friday

Copyright 2008 The News-Item, Shamokin, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 290 words

**Byline:** BY KIMM MONTONE TIMES SHAMROCK WRITER

# Body

SWIFTWATER - Investigators are not saying much about evidence gathered Thursday along two Northeastern Pennsylvania highways where a woman's dismembered body was discovered in trash bags at eight sites Tuesday. "We collected several items and are going through them," said Sgt. Gregg Mrochko, of state police at Swiftwater. "We're not going into details and not getting into specifics."

Mrochko said no additional dumping sites were discovered Thursday, but officials also said they had not recovered all of the body.

 A glove and a black bag were among an assortment of items plucked by troopers as part of Thursday's search along Interstates 380 and 80 in Lackawanna and Monroe counties.

 Cadaver-sniffing dogs, volunteer firefighters, detectives and a state police helicopter were among the resources deployed as more than 50 people set out on the expansive search, which covered about 15 miles and included areas beyond the highways.

 "We covered a large area," Mrochko said. "I feel a little more confident (with what we've gathered.)"

 At about noon, the glove was discovered along the Tobyhanna exit ramp. It was photographed and placed in a yellow evidence envelope.

 On Wednesday, the Monroe County coroner along with a forensic pathologist released details about the body, which they described as being that of a heavyset woman with dark-colored hair with gray strands, who stood 5 feet 7 inches tall.

 The coroner ruled cause of death as homicide by multiple violent injuries.

 A composite sketch is being prepared and will be released in the near future, state police said Thursday.

 However, the woman's identity, and that of her killer, remains unknown.

 Police ask anyone with information to call state police at Swiftwater at 839-7701.

**Load-Date:** August 8, 2014

## *Police scour Poconos for clues in death;  Search on ground, from the air along highways where woman's body parts were discovered.*

Morning Call (Allentown, Pennsylvania)

February 1, 2008 Friday, FIFTH Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** Local; Pg. B3

**Length:** 297 words

**Byline:** Tom Coombe Of The Morning Call

## Body

Dozens of police officers spent most of Thursday searching the corridor of Interstates 80 and 380 in the Poconos, looking for clues in the mystery of a woman whose body parts turned up along the highways earlier in the week.

By Thursday afternoon, the searchers had collected "items recovered from various locations" which will be "evaluated for their evidentiary value," according to a news release from state police at Swiftwater. Police did not go into more detail about what the items were. They will also release a composite sketch of the woman in the near future.

State highway workers preparing for an ice storm first found some body parts in a trash bag along Interstate 380 Tuesday morning. Over the next few hours, police found a woman's severed head along the highway, as well as bags of body parts at six dump sites in Monroe and Lackawanna counties.

An autopsy on Wednesday found the woman suffered "multiple violent injuries," any one of which could have killed her. Police said the woman was white with dark hair going gray, heavy-set, standing 5 feet 7 inches tall.

This is the second similar case in Monroe County in the last six years. In 2002, the body of Robert Roudbush, 46, of Plymouth Township, Luzerne County, was found in a burn barrel in Jackson Township. According to police, he had been beaten and stabbed to death, and his hands, legs, and head were cut off.

On Thursday, police looked for evidence on the ground and from the air. According to police, various agencies assisted in the search, including K-9 units from the Dauphin County Sheriff's Department and the New York State Police and detectives from Scranton, along with local fire companies.

Anyone with information on this case is asked to call police at 570-839-7701.

*tom.coombe@mcall.com*

610-559-2157

## Graphic

STATE TROOPER Lou Rossi carefully looks over the ground on the berm of Interstate 80 in Pocono Township on Thursday.;Photo by Pete Shaheen The Morning Call

Police scour Poconos for clues in death;  Search on ground, from the air along highways where woman's body parts were discovered.

**Load-Date:** February 2, 2008

---

End of Document

# *MONROE COUNTY;  SEARCH FOR CLUES CONTINUES IN MISSING WOMAN CASE*

Morning Call (Allentown, Pennsylvania)

February 2, 2008 Saturday, SECOND Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** Local; Pg. B3

**Length:** 139 words

**Byline:** The Morning Call

## Body

Police will resume searching the Poconos for clues of a missing woman's body parts this weekend and may release a sketch Sunday.

State Police Trooper Robert Sebastinelli from the Swiftwater barracks said no search was conducted Friday because of inclement weather.

Various agencies are assisting in the search, including New York State police.

The parts were discovered in a plastic bag on Interstate 380 Tuesday by state highway workers, which prompted a wider police search that led to them finding body parts in seven other locations along I-380 and Interstate 80.

Dozens of police officers spent Thursday looking for additional clues around I-80 and I-380.

An autopsy on Wednesday found that the woman suffered "multiple violent injuries" any of which could have killed her.

Anyone with information is asked to call police at 570-839-7701.

**Load-Date:** February 5, 2008

End of Document

## *Poconos body parts case is no 'CSI' episode;  Experts say it will take more than lab work to identify victim found in bags, killer.*

Morning Call (Allentown, Pennsylvania)

February 3, 2008 Sunday, SECOND Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** National; Pg. A1

**Length:** 1240 words

**Byline:** Joe Nixon and Ann Wlazelek Of The Morning Call

# Body

---

When body parts were found in plastic bags in New Jersey's Ocean and Burlington counties in the early 1990s, investigators zeroed in on a small but significant piece that yielded all the information they would need to identify one of the two victims: a fingertip.

On that they found a fingerprint, which turned up a criminal record. And the name of the victim.

A wallet with a driver's license in it identified the other victim.

Investigators in Monroe and Lackawanna counties have more of a mystery on their hands. A female head, a partial torso and other body parts were found in trash bags scattered along highways last week.

So far, authorities have disclosed little about the clues the killer might have left behind to help them figure out who the victim is, how she died and who killed her.

While dismembered remains are a tough place for a homicide investigation to start, forensic experts say the crime is not impossible to solve when they work with police and behavioral experts.

"Dismemberment is not common, but it's not uncommon," said Dr. Louis Schlesinger, a professor of forensic psychology at John Jay College of Criminal Justice in New York City.

In most cases, dismemberment is a way for a killer to get rid of a body and not a sign of a deeper psychological problem, he said. "It's as simple as all that."

 "A greater challenge'

 In the Poconos case, body parts were found in various locations along Interstates 80 and 380. The remains are those of a heavy-set white woman, about 5-foot-7, with dark hair containing some gray.

An autopsy found the woman suffered "multiple violent injuries," any of which could have killed her. The forensic pathologists who performed the autopsy at Lehigh Valley Hospital-Cedar Crest would not discuss how they do their work. But medical examiners who have worked on similar cases said they take the same approach in an autopsy to identify the victim, find a cause of death and clues to the killer, whether they are looking at body parts or a body that's intact.

"It's just a greater challenge if you don't have all the pieces," said Dr. John D. Howard, the chief medical examiner in Spokane, Wash., and vice president of the Atlanta-based National Association of Medical Examiners.

Poconos body parts case is no 'CSI' episode;  Experts say it will take more than lab work to identify victim found in bags, killer.

One challenge is that examiners must determine whether all the severed parts came from the same person. Sometimes, it's a matter of piecing together a tatoo, scar or the diameter of cut bones. The more conclusive test is laboratory matching of DNA from samples of blood, bone or muscle.

"Each part is considered a human remain," Howard said. "So you treat it with dignity but identify as much from that part as you can."

If the head is available -- as with the woman found locally -- a sketch of the face, dental X-rays and dentures engraved with a name or initials can sometimes help identify the victim, experts said.

Likewise, a hand can yield fingerprints for a match if the victim had ever been fingerprinted as a child or as a crime suspect.

The victim's height can be obtained from as little as a leg bone, Howard said. Anthropology studies of various populations over time have produced formulas for determining height from a single femur or tibia. Such studies also help medical examiners approximate age by looking at the fourth rib, collar bone and pelvis.

To determine the victim's cause of death, examiners search the skin for bruises, cuts other than those that severed the body parts, and any other signs of illness or injury. They also X-ray the parts for broken bones, anatomical anomalies and metal fragments that could come from a knife or bullet.

Finding clues about the killer more often involves police work or profiling by mental health experts. However, Dr. Stephen Pustilnik, chief medical examiner in Galveston, recalled one murder case in Alabama about 20 years ago in which the autopsy yielded key evidence. "The killer carved his initials into the victim," he said.

Katherine Ramsland, a DeSales University professor, author and authority on serial killers and forensic psychology, said police accounts of how the woman's body parts were discarded last week in the Poconos might say something about her killer.

"The person who dismembered her didn't just dump the parts but put them into something, as if to hide them, but then dumped them in a way they could be found," she said in an e-mail. "It's an odd behavior.

"If the bags were just for transport, that's one thing. But if for concealment, that's stranger and more interesting."

Since the victim in the Poconos case was female, Schlesinger of the John Jay College said there is a good chance her death was the result of a domestic dispute. In most murder cases, the victim knows their killer, he said.

A smaller number of cases have sexual or psychotic aspects, he added.

Schlesinger, an author and court witness not involved in the Poconos case, said dismemberment is often a spur-of-the-moment thing, although some efforts to get rid of victims become very sophisticated.

"Most of these are very spontaneous, unplanned," he said. "Very often the offender never did anything like this before in his entire life."

 Similar cases

 In a Texas case, a jury in 2003 acquitted Robert Durst of murder although Durst admitted dismembering neighbor Morris Black's body and tossing the parts into Galveston Bay in garbage bags. Durst testified that he panicked after Black died from an accidental gunshot to the head as the two struggled over a pistol in Durst's apartment on Sept. 28, 2001.

"Nothing from that body identified the killer," said Pustilnik, a deputy medical examiner at the time. "It was all forensic police work." Durst's fingerprints were found on the garbage bags that washed ashore.

Poconos body parts case is no 'CSI' episode;  Experts say it will take more than lab work to identify victim found in bags, killer.

In the New Jersey case, former nurse Richard W. Rogers had made little effort to hide his victims' identities from investigators, according to Ocean County Chief Assistant Prosecutor William J. Heisler, who won a double conviction against Rogers in 2006.

The wallet and driver's license of one of the victims, 56-year-old Thomas Mulcahy of Sudbury, Mass., was in one of the bags holding some of his remains. The other victim, 44-year-old Anthony E. Merrero, a male prostitute from Manhattan, was identified because he had a prior criminal record, discovered when his fingerprints were entered into a law enforcement database. A tattoo also helped identify him.

Both men had been stabbed to death, Heisler said. Rogers, suspected but not charged in two other similar body parts cases, including one in Lancaster County, is serving two consecutive life terms for the New Jersey murders.

Heisler said advances in fingerprinting technology eventually allowed law enforcement to establish a case-to-case match, determining the same prints were on bags holding the remains of both victims. Then, in 2001, the prints showed as a match to a case in Maine, where Rogers had been acquitted of murdering his roommate in 1973.

The case was solved through "good old-fashioned police work," said Heisler.

Heisler said missing persons reports are always a good place to start in cases like the one involving the Pocono remains. DNA won't do any good unless family members can provide samples for comparison, he said. Dental record confirmations would require records from a victim's dentist. "You have to have some idea who you think it might be," he said.

"It's not CSI," Heisler said of the popular television series. "That stuff is fantasyland."

*joe.nixon@mcall.com*

610-559-2145

## Graphic

**1. STATE TROOPER LOU ROSSI walks along a section of Interstate 80 in Monroe County on Thursday, searching for body parts. **2. Headshot of Durst;2 Photos by Pete Shaheen, Morning Call file photo and Unknown

**Load-Date:** February 5, 2008

Road hogs trashing the interstate - poconorecord.com - The Po...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Road hogs trashing the interstate - poconorecord.com - The Po...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Road hogs trashing the interstate
### *Body parts not the only disgusting thing on roadside*

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

Photo 1 of 1 | Zoom Photo +



This litter was left in the snow alongside Interstate 80 on Thursday.

David Kidwell/Pocono Record

Text Size: A | A | A



🖶 Print this Article    ✉ Email this Article
📶 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

del.icio.us · Digg This Story · reddit · STUMBLEUPON · MY YAHOO! · Add to Google · Seed Newsvine



Your Unique Style! Our Unique Price!

DirectBuy  Free Insider's Guide!  GO

thepoconos.com

**What are you looking for?**

Select Category

Business Name:

Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

By **SUSAN KOOMAR**
Record Senior Managing Editor
February 03, 2008

Volunteer trash pickers have found it all — bizarre, kinky, disgusting things — along Interstate 80 over the years.

All except body parts. But they're not shocked about that chilling discovery in the Poconos on Tuesday.

"(I'm) not surprised. Just happy that it wasn't us and that it hasn't happened before — or that we didn't know about it if it did," said Jackie Hakim, coordinator of the Monroe County Litter Control and Beautification Program.

Eight bags of body parts, including a head and torso, were found along interstates 80 and 380 on Tuesday. Police searched for more remains and evidence Thursday with little success. An autopsy showed the victim was a woman, and investigators are still trying to identify her.

As diehard trash-busters, Hakim and Judy Cherepko glove their hands and steel their stomachs to clear the highway median between Stroudsburg and Tannersville a few times a year.

They typically fill 15 to 20 garbage bags in about two hours.

There's the usual junk: fast food wrappers, broken glass, auto parts left after wrecks and breakdowns.

"That really burns my butt because (the car owner) is responsible for the cleanup of the site or their insurance company is supposed to pay to have somebody clean it up," Hakim said.

Insulation and building supplies also are a common find. Hakim suspects some of the stuff blows off trucks as they fly down the highway.

Then there was money — coins scattered down an embankment, about $20 in quarters and dimes.

Other memorable items boggle the imagination — like men's and women's undergarments.

"Various pieces of clothing that I find difficult to imagine how it ended up along the highway," Hakim said.

In a similar vein, sex toys, liquor bottles and "strange" magazines, she recalled.

"The closer you get to the (Bartonsville) truck stop, the kinkier the stuff gets," she said.

Hakim has also removed gallon jugs of urine dumped by truckers. She remembers one in particular.

"I wanted to leave the guy a note. He needed to see a doctor," she said.

Hakim has helped remove roadside litter in the Poconos for about 16 years.

"The one thing we were always afraid of was that we were going to stumble on body parts. I'm really amazed that never happened in all these years," she said.

**RELATED STORIES**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## I-80/380 TRAFFIC

One challenge facing investigators in the highway body parts case is the sheer volume of traffic that speeds across interstates 80 and 380 through the Poconos every day.

The person who dumped human remains was one among thousands who travels these roads. But that also means thousands of other drivers might have seen suspicious activity that can help police find the culprit.

Sensors placed along the highways count vehicles. The Pennsylvania Department of Transportation uses those traffic counts to estimate ADT (Average Daily Traffic).

ADT on Interstate 380 from Exits 1 through 13
2002 19,465
2003 20,878
2004 21,546
2005 22,236
2006 22,841

ADT on Interstate 80 from Exits 293 through 298 (Scotrun to 380)
2002 41,345
2003 42,585
2004 43,990
2005 45,398
2006 47760

HOME

Road hogs trashing the interstate - poconorecord.com - The Po...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| |
|---|---|

# POCONO RECORD
News & Information from Northeast Pennsylvania

| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU |
|---|---|---|---|---|---|---|---|---|

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards > Pocono Record News Forum  > Reader Reactions  >

Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## ROAD HOGS TRASHING THE INTERSTATE

| Discussions | [1] 2 3 | Keep Reading |
|---|---|---|

**1 of 30**

**On Feb 3, 2008 at 05:35 AM, mikester935 said:**

It's not just the interstate. These inconsiderate slobs throw it all over the mountain.

**mikester935**
My Comments
Member Since:
12/27/2006

**2 of 30**

**On Feb 3, 2008 at 06:23 AM, patricia said:**

Pat [Effort] You are so right. I have had the pleasure of meeting both Judy

**patricia**
My Comments
Member Since:
12/31/2006

**3 of 30**

**On Feb 3, 2008 at 06:37 AM, JackRubyBaby (JRBaby) said:**

I started to notice all of the trash along the roads about 20 years ago. Ever since the invasion of the Poconos started...about 20 years ago.

**JackRubyBaby
(JRBaby)**
My Comments

Member Since:
7/9/2007

**4 of 30**



**On Feb 3, 2008 at 08:35 AM, AussiesRule said:**

I had always heard that the tow truck driver was paid to clean up the car parts after an accident. I cannot see the injured person asking the ambulance driver to wait...while they clean up the mess. AND - as for the amount of trash...my thought is that they want the landscape to remind them of home.

**AussiesRule**
My Comments
Member Since:
2/3/2008

**5 of 30**



**On Feb 3, 2008 at 08:43 AM, bJS said:**

How true, did you ever see the city!

**bJS**
My Comments
Member Since:
1/5/2007

**6 of 30**



**On Feb 3, 2008 at 08:50 AM, ConcernedLocal said:**

Usually you see most garbage bags or furniture that people dump down secluded roads like at the end of rt 196 in Tobyhanna which sometimes sits there for months before it is picked up. This I do not understand considering we have a bulk site to go to here in Tobyhanna for such things like furniture but the bottom line is PEOPLE DON'T CARE UNTIL THEY ARE CAUGHT. If you see it happenening, get the license plate and report them, that is the only way they will get caught.

**ConcernedLocal**
My Comments
Member Since:
8/15/2007

**7 of 30**



**On Feb 3, 2008 at 08:54 AM, ConcernedLocal said:**

I think it is pretty comical that the article says the closer you get to Bartonsville truck stop the kinker the items found are... Could that have something to do with the adult book store there?? Hmmm let me think... Uhhh Yeahh. People are just nasty and are too lazy to do the right thing. What ever happened to the litter bug commercials. There used to be an old American Indian commercial that used to hit home with people. What ever happened to that??

**ConcernedLocal**
My Comments
Member Since:
8/15/2007



**8 of 30**

**On Feb 3, 2008 at 09:10 AM, tucker said:**

If you want to see just how disgusting truckers are, just pull into the truck stop next to Mc Donalds in Columbia. They just dump their junk right there. There are jugs of "trucker tea" (urine in a gallon milk jug)all over the place. Pigs...

**tucker**
My Comments
Member Since:
1/9/2007



**9 of 30**

**On Feb 3, 2008 at 09:32 AM, WestEndGal said:**

I live on a state road and have a big problem with trash being thrown onto my property on a regular basis. What can I do to prevent this?

**WestEndGal**
My Comments
Member Since:
2/3/2008



**10 of 30**

**On Feb 3, 2008 at 09:39 AM, JackRubyBaby (JRBaby) said:**

Sunday nights is a good time to catch litter bugs. When they dump there trash bags along the road....on their way back to NYC.

**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007

Discussions                  [1] 2 3                  Keep Reading

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 347 of 488

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum  >   Reader Reactions  >         Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## ROAD HOGS TRASHING THE INTERSTATE

Discussions                   1  [2]  3                    Keep Reading

---

**11 of 30**



**Dougisles**
My Comments
Member Since:
1/30/2007

On Feb 3, 2008 at 09:59 AM, Dougisles said:

C'mon Tucker...don't pick on the truckers with a broad brush. As the old saying goes, "a few bad apples sour the bunch". The trash on the Pocono secondary roads is pretty bad. I don't see many truckers on these roads...

---

**12 of 30**



**Dougisles**
My Comments
Member Since:
1/30/2007

On Feb 3, 2008 at 10:02 AM, Dougisles said:

Good question WestEndGal

Is there something such as a "litter hotline"? I would love to be able to report these dirtbags if I see one in action. Does anyone know of one?

---

**13 of 30**

**gladys**
My Comments
Member Since:
2/6/2007

On Feb 3, 2008 at 10:18 AM, gladys said:

Remember when someone dug through the trash bags on Jonas road and made a sign with the name and address of the dumper(that they found in the trash)? It was on brctv13. Don't know if the pig that dumped it got charged.

---

**14 of 30**

On Feb 3, 2008 at 10:19 AM, annoyedlocal said:



**annoyedlocal**
My Comments
Member Since:
9/2/2007

as to your comment on the truckstop in nj
and the trucker tea as you call it
there is not difference between that and all the people in cars you
see pull off on the shoulder of the road and just whip it out and
####.........at least the truckers bottle it so it can be thrown away
or would you rather walk in it and track it in your vehicle???
you must drive a truck then to know what the truck side of the parking lot
looks like
dont act like you never did that or just whipped it out and #### someplace
other then
a restroom.............................

---

**15 of 30**



**gladys**
My Comments
Member Since:
2/6/2007

On Feb 3, 2008 at 10:45 AM, gladys said:

So wait, you think it is the same thing to stop on shoulder and um, er, whip it
out as to throw a gallon jug of p.p. on the ground. Ewww. I, for one, would
rather not see it in a jug on the roadside.

---

**16 of 30**



**WestEndGal**
My Comments
Member Since:
2/3/2008

On Feb 3, 2008 at 10:49 AM, WestEndGal said:

Have you done this? Do you just get a license plate # and report it to the
troopers? Or do you actually confront people? I am concerned about
retaliation, like someone throwing rocks at my house windows or poisoning
my dogs. One person actually throws empty Alpo cans right in front of my
house, like they're feeding their dog in their vehicle on the way to work.
Nice, huh?

---

**17 of 30**



**Dougisles**
My Comments
Member Since:
1/30/2007

On Feb 3, 2008 at 10:53 AM, Dougisles said:

No, I haven't reported anyone yet. I'm a bit skittish about calling 911 if I see
some mouth breather littering. But I would LOVE to, if there is a way without
tying up our 911 dispatchers. Does anyone know?

---

**18 of 30**

On Feb 3, 2008 at 11:09 AM, gladys said:

I seem to remember reading, on these forums, about a group that was trying
to clean up the trash. I think it was around the time that the commuter



**gladys**
My Comments
Member Since:
2/6/2007

parking problems were being discussed. I can't quite remember who was most vocal about it, but I think there was a phone number to call to report litterbugs. Anyone remember this?

---

**19 of 30**



**eyethere**
My Comments
Member Since:
7/18/2007

On Feb 3, 2008 at 11:12 AM, eyethere said:

There was a case about a year ago up in Canadensis area. The people threw garbage down by the creek, some fishermen found it, went through it and the people were charged with littering.
The people left personal papers in the bag...so they were easily found.
All people that litter....are dumb.
LOL!!!
Yes...that's a catagory I just made up! It's true!

---

**20 of 30**



**tucker**
My Comments
Member Since:
1/9/2007

On Feb 3, 2008 at 12:12 PM, tucker said:

Although my name is Tucker doesn't mean that I was a trucker. If someone pulls over and pees in the woods, big deal. I've done it many times. I however have never peed in a gallon jug and threw it on the side of the roar for everyone to see and for someone to pick up. YOU'RE WAY OFF BASE.

---

**Discussions**                    1  2  3                    **Keep Reading**

Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania



NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU

**Welcome  Guest**

Search _____ 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### ROAD HOGS TRASHING THE INTERSTATE

Discussions                              1  2  [3]                      Keep Reading

---

**21 of 30**



**annoyedlocal**
My Comments
Member Since:
9/2/2007

On Feb 3, 2008 at 12:33 PM, annoyedlocal said:

well just to clear things up herei never said it was ok to pee in a bottle and leave it on the ground....i find it gross myself was just making a point that everyone does it....meanning pee someplace other then a restroomi think people should not be so discusting but it was interpreted wrong........

---

**22 of 30**



**gladys**
My Comments
Member Since:
2/6/2007

On Feb 3, 2008 at 12:40 PM, gladys said:

Wildlife always pees on the ground, doesn't hurt anything, rain washes it away.
And sometimes, when you gotta go, ya gotta go. Just no jugs on the ground please.

---

**23 of 30**



**LoveMyBoys
(ChrisVan)**
My Comments

On Feb 3, 2008 at 02:20 PM, LoveMyBoys (ChrisVan) said:

"I seem to remember reading, on these forums, about a group that was trying to clean up the trash. I think it was around the time that the commuter parking problems were being discussed. I can't quite remember who was most vocal about it, but I think there was a phone number to call to report litterbugs. Anyone remember this? "

That was us. Myself and several other people who post here got together

**Member Since:**
6/6/2007

and formed a group to clean up the litter.
www.myspace.com/keepthepoconosclean. However, if you see someone
dumping garbage bags and can get a plate or other ID and want to report it,
you'd have to call Monroe County Vector and Litter (the folks in the article).
One thing they'll tell you is to NOT open the bags, they'll do that. If ID can
be made, they will go forward with getting the person/people fined.

PS - Spring is coming and we're going to be out there cleaning things up.
So, if anyone wants to help, you're more than welcome!

---

**24 of 30**



On Feb 3, 2008 at 02:21 PM, Kincaid said:

Monroe County is full of pigs.

**Kincaid**
My Comments
Member Since:
1/30/2007

---

**25 of 30**



On Feb 3, 2008 at 11:44 PM, tiredofusers said:

Its just all these NY

**tiredofusers**
My Comments
Member Since:
12/2/2007

---

**26 of 30**



On Feb 4, 2008 at 01:02 AM, JackRubyBaby (JRBaby) said:

"There was a case about a year ago up in Canadensis area. The people
threw garbage down by the creek, some fishermen found it, went through it
and the people were charged with littering.
The people left personal papers in the bag...so they were easily found.
All people that litter....are dumb.
LOL!!!
Yes...that's a catagory I just made up! It's true!"

I remember that they were from Brooklyn.

**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007

Pocono Record News Forum                                   Page 3 of 5



**eyethere**
My Comments
Member Since:
7/18/2007

On Feb 4, 2008 at 02:14 PM, eyethere said:

I remember that they were from Brooklyn.

Ah...I remember they were from NOT HERE...but couldn't remember. Too long ago. All I remember is saying Hooo Rah for Judge Whitesell. He didn't let them off the hook.



**barracuda310**
My Comments
Member Since:
1/30/2008

On Feb 6, 2008 at 10:04 AM, barracuda310 said:

Two thumbs up to the men and women who clean up our highways. To the people who litter our roadways......before you chuck something out your windows think about this.....WOULD YOU ENJOY SEEING YOU MOTHER, GRANDMOTHER, SISTER, BROTHER, ETC.. cleaning up the roadways while you zipped by chucking S



**gettinout**
My Comments
Member Since:
9/14/2007

On Feb 6, 2008 at 12:15 PM, gettinout said:

It's not just drivers trashing the area. There is a quaint little church on the corner of Wigwam and Cranberry Roads with a nice new sign in front of it. Guess where the old sign went? It was thrown over the bank and can be seen clearly when driving down Wigwam Road. Maybe the reverend didn't do it but it's his responsibility to have it disposed of....properly! This has been there for months. I'm sure he or one of his church members could have removed it by now...or maybe they don't care either!



**bushkillian**
My Comments
Member Since:
1/25/2007

On Feb 7, 2008 at 01:53 PM, bushkillian said:

Friday's and Monday's are usually busier than normal roadside garbage days. Between the 'turistas' and the cheap b@st@rds that don't want to pay for pickup of garbage, we are well on our way on the road to ruin..

**Discussions**                    1  2  [3]                    **Keep Reading**



**BETRAYED BY THEIR FEET**

Secretive mammals reveal themselves in footprints • Page D1



**SWING MAN**

It's a breakout season for Neil Baskerville • Page C1

**RACE FEVER**

Cub Scouts hold annual Pinewood Derby • Page B1

# *Sunday* POCONO RECORD

February 3, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 308 | © Copyright 2008 | $1.75





## NEW YORK, NEW ENGLAND FANS SUIT UP FOR THE BIG GAME

# Giants in a shootout ...

**By ADAM McNAUGHTON**
Pocono Record Writer

It seems just about everywhere you look in Monroe County there are New York Giants fans.

In the Poconos, Giants fans are loud, proud and optimistic about their team's chances against the 18-0 New England Patriots in today's Super Bowl XLII in Glendale, Ariz.

"I'm actually happy everyone is not giving us a chance," said Analomink resident Hector Gonzalez, who drives around the county with a Giants helmet on top of his van.

"That feeling of being an underdog gets those guys in the locker room fired up and gives us an edge."

Gonzalez and other Giants fans in the area are going to need every edge they can get. The Patriots are 12-point favorites to beat the Giants and become the first team in NFL history to finish a season with a 19-0 record and the first undefeated team since the 1972 Miami Dolphins.

But that's not enough to dampen the spirits of Giants fans.

"It's going to be a shootout," said 26-year-old East Stroudsburg resident Mike Trainor. "It would be foolish to think we're going to limit the highest-scoring team in the league, but if they can score 30 to 35 points they're going to be right there."

Trainor, like many Giants fans, has followed the

See **GIANTS**, Page A3



ADAM EICHINS/Pocono Record

> "If they can score 30 to 35 points they're going to be right there."
>
> **MIKE TRAINOR**
> East Stroudsburg Giants fan



New York Giants super fan Hector Gonzalez of Analomink.

ADAM EICHINS/Pocono Record

> "The Patriots will come out and score about 40-something points and hold the Giants to about 14."
>
> **PAT NOONE**
> Swiftwater Patriots superfan

Pocono Record file photo

# ... or Patriots in a blowout?

**By MATT LANGAN**
Record Sports Writer

Pat Noone of Swiftwater is a huge New England Patriots fan, and he has the hardware to prove it.

Noone was named the 2007 Joseph R. Mastrangelo Patriots Fan of the Year. The award is voted on by Bank of America, the Mastrangelo family and the New England Patriots organization.

Noone headed to Arizona on Friday morning with the hopes that his Patriots will be able to complete a 19-0 season and capture another Super Bowl title.

"For me to be bestowed this honor during a season

See **PATRIOTS**, Page A3

# Road hogs

**Body parts may be the most disgusting thing found along the interstate ... but not by much**

**By SUSAN KOOMAR**
Record Senior Managing Editor

Volunteer trash pickers have found it all — bizarre, kinky, disgusting things — along Interstate 80 over the years.

All except body parts. But they're not shocked about that chilling discovery in the Poconos on Tuesday.

"(I'm) not surprised. Just happy that it wasn't us and that it hasn't happened before — or that we didn't know about it if it did," said Jackie Hakim, coordinator of the Monroe County Litter Control and Beautification Program.

Eight bags of body parts, including a head and torso, were found along interstates 80 and 380 on Tuesday. Police searched for more remains and evidence Thursday with little success. An autopsy showed the victim was a woman, and investigators are still trying to identify her.

As diehard trash-busters, Hakim and Judy Cherepko glove their hands and steel their stomachs to clear the highway median between Stroudsburg and Tannersville a few times a year.

*Trash-buster Jackie Hakim has picked up gallon jugs of urine dumped by truckers. She remembers one in particular.*

> "I wanted to leave the guy a note. He needed to see a doctor."

They typically fill 15 to 20 garbage bags in about two hours.

There's the usual junk: fast food wrappers, broken glass, auto parts left after wrecks and breakdowns.

"That really burns my butt because (the car owner) is responsible for the cleanup of the site or their insurance company is supposed to pay to have somebody clean it up," Hakim said.

Insulation and building supplies also are a common find. Hakim suspects some of the stuff blows off trucks as they fly down the

highway.

Then there was money — coins scattered down an embankment, about $20 in quarters and dimes.

Other memorable items boggle the imagination — like men's and women's undergarments.

"Various pieces of clothing that I find difficult to imagine how it ended up along the highway," Hakim said.

In a similar vein, sex toys, liquor bottles and "strange" magazines, she recalled.

"The closer you get to (the Bartonsville) truck stop, the kinkier the stuff gets," she said.

Hakim has also removed gallon jugs of urine dumped by truckers. She remembers one in particular.

"I wanted to leave the guy a note. He needed to see a doctor," she said.

Hakim has helped remove roadside litter in the Poconos for about 16 years.

"The one thing we were always afraid of was that we were going to stumble on body parts. I'm really amazed that never happened in all these years," she said.



DAVID KIDWELL/Pocono Record

This litter was left in the snow alongside Interstate 80 on Thursday.

**TODAY'S FORECAST**

Partly cloudy and mild. High 40 to 45. Low 24 to 25. **Weather, B10**

poconorecord.com/superbowl



How well do you know the Bowl? Find out on our interactive page with quizzes, strategies & more.

**INSIDE THE RECORD**

| | | | | | |
|---|---|---|---|---|---|
| | | HOROSCOPES | B6 | PUBLIC NOTICES | E1 |
| ADVICE | D3 | LOCAL & REGION | A3, B1 | PUZZLES | D5 |
| BUSINESS | C7-10 | LOTTERY | A2 | SPORTS | C1-6 |
| CLASSIFIED | Section E | OBITUARIES | B3 | US & WORLD NEWS | A5 |
| ENTERTAINMENT | D1 | OPINION | A6-7 | WEATHER & TV | B10 |
| | | OUT & ABOUT | D1 | WEDDINGS | B4-5 |



TX00038.SGM

# The Morning Call Merlin Archive

**Merlin ID:** 3977925
**Publication** 2/3/2008
**Page:** B3
**Edition:** SECOND
**Section:** Local
**Type:** Week in the Valley
**Length:** long
**Dateline:**
**Day:** Sunday
**Column:**
**Series:**

*Please see page 2.*

**Caption:**
THIS BETHLEHEM OFFICE BUILDING is designed to have waterfalls  and possibly a video billboard.

**Correction:**

**Memo:**

**Keywords:**

**Byline:**   The Morning Call

**Headline:   Top Stories ** Jan. 27-Feb. 2, 2008

BETHLEHEM OFFICIALS EYE
$35 MILLION OFFICE COMPLEX
Developers want to construct a seven-story curved glass building they say could redefine Eighth Avenue in west Bethlehem and generate as much as $250,000 a year in property taxes. The building, inspired by designs for a Las Vegas resort, would be part of a $35 million office and commercial project across the street from the vacant Martin Tower, the Lehigh Valley's tallest building.

### (Merlin ID 3977925 - Text continued)

What's next? City officials will work with developers to create a cohesive identity for the neighborhood, which has seen a mini building boom and been a focal point for traffic complaints.

MOUNT AIRY CASINO OWNER CHARGED WITH PERJURY

Mount Airy Casino Resort owner Louis DeNaples was charged Wednesday with four counts of perjury for reportedly lying to gaming regulators about his relationship with reputed mobsters. The Pennsylvania Gaming Control Board temporarily suspended DeNaples' casino license, which bans DeNaples from selling or divesting his license or interest in the Paradise Township casino. What's next? The gaming board will vote Tuesday whether to continue the suspension until the charges against DeNaples are resolved.

ALLENTOWN TO HOST FIRST MAJOR BIKE RACE IN 18 YEARS

Allentown's first major professional bicycle race in 18 years will be contested on a hilly, winding 7.1-mile course that will start and finish at Ninth and Hamilton streets, officials announced Thursday. The Commerce Bank Triple Crown of Cycling, which also will have races in Reading and Philadelphia, is expected to draw more than 400,000 spectators and 400 professional cyclists from 23 countries.

What's next? The opening leg of the series gets under way June 3 in Allentown.

ARCHDIOCESE PLANS TO CLOSE 3 SCHOOLS, OPEN 2 OTHERS

Lansdale Catholic and two other Archdiocese of Philadelphia high schools will close in the next four years, sending their students to new, $65 million schools in Bucks and Montgomery counties, officials said Monday. Students from 59-year-old Lansdale Catholic High School would move to a new school in Hilltown Township in 2012 while students from Kennedy-Kenrick High School in Norristown and St. Pius X High School in Pottstown would move to a new school in Upper Providence Township at the end of 2009-10.

What's next? The archdiocese will begin borrowing money and raising funds to help pay for the new schools.

BUCKS TEACHER ACCUSED

OF MAKING BOMB THREATS

A fourth-grade teacher at a Bucks County public school orchestrated a campaign of violent threats at her school in October 2007 because she was upset she wasn't assigned to teach fifth grade, authorities said Thursday. Susan Romanyszyn, 45, of Warminster is accused of scrawling threats on walls at Longstreth Elementary School in the township, spreading nails in a parking lot and planting a bottle filled with screws and powder in a fifth-grader's desk. She was charged with 17 counts of terroristic threats. What's next? Romanyszyn could face up to 10 years in prison on each count if she is found guilty.

BODY PARTS OF WOMAN SCATTERED ON HIGHWAYS

State troopers found the body parts of a woman, including her neatly severed head, in trash bags scattered along 15 miles of Interstates 380 and 80 in Monroe and Lackawanna counties Tuesday. Who the dismembered woman was, and how and when she died, remain a mystery.

What's next? An anthropologist will examine the remains and troopers will review missing persons reports to see if they can identify her.

MAN FATALLY SHOT AS FBI SERVES CHILD PORN WARRANT

A 39-year-old Hilltown man was shot six times and killed in his Callowhill Road home Monday night as Federal Bureau of Investigations agents attempted to serve a search warrant for child pornography, authorities said. Bucks County Coroner Joseph Campbell said that one of Darius T. Hill's six wounds was self-inflicted, but he has not ruled on the manner of death: whether homicide, suicide, accident or undetermined.

What's next? Hill's family plans to hire an attorney and an independent medical examiner to conduct an autopsy.

1 DEAD, 3 WOUNDED

IN ALLENTOWN SHOOTINGS

Two separate shootings Thursday in Allentown left one man dead and three others wounded. William Spearman, 35, of 313 N. Seventh St. was killed about 12:40 a.m. in Trinkle's Cafe at 533 Turner St. About 15 hours later, police responded to a report of a young man who ran into a bodega for help after being shot -- and two more wounded men arrived in a car, officials said. The shooting took place about 4 p.m. near Plum and Early streets. None of the injuries were life-threatening.

What's next? Police are searching for suspects.

STUDY: BOROUGHS WOULD SAVE WITH REGIONAL POLICE

Summit Hill, Lansford and Coaldale would save money and better protect their citizens by forming a regional police department, a state study concluded. The study suggests a department with a minimum of 12 full-time and four part-time officers.

What's next? The boroughs will form a committee to study the draft report, then take their conclusions back to their municipalities. The borough councils would have the final say.

## *Breaking News: Dismembered woman identified 2:10 p.m.*

The News-Item (Shamokin, Pennsylvania)

February 4, 2008 Monday

Copyright 2008 The News-Item, Shamokin, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 100 words

**Byline:** By:Staff Reports

# Body

A woman whose severed head and body parts were found discarded in trash bags along a pair of area interstates last week lived in the Scranton and Williamsport areas, state police announced today.

Deanna Marie Null, 36, was identified through dental records by a forensic odontologist, state police at Swiftwater said. Her remains were discovered along Interstates 380 and 80 in Monroe and Lackawanna counties. A state police investigation of her death, which has been ruled a homicide, continues. Anyone with information on the case is asked to call state police at 839-7701 or toll-free at 866-403-2946.

**Load-Date:** August 8, 2014

End of Document

# *Dismembered body ID'd as missing Pa. woman*

Home News Tribune (East Brunswick, New Jersey)

February 4, 2008 Monday

Copyright 2008 Home News Tribune (East Brunswick, NJ) All Rights Reserved

**Section:** NEWS

**Length:** 158 words

## Body

SWIFTWATER, Pa. (AP) -- A severed head and other dismembered remains found stuffed in trashed bags and scattered along Pocono Mountain highways have been identified as those of a missing woman, state police said Monday.

Deanna Maria Null, 36, was reported missing by her family after authorities circulated a description of the victim. She was identified using dental records.

No arrests have been made.

The remains were found scattered along Interstates 380 and 80 in northeastern Pennsylvania, state police said. The first bag was found Jan. 29 by a worker salting roads.

Null's family called state police on Thursday to report her missing.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

**Load-Date:** February 6, 2008

End of Document

## *No Headline In Original*

Global Broadcast Database - English  5:05 PM WCAU

February 4, 2008 Monday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 734 words

# Body

STATION: WCAU

USA

IN THE EVENING. IN DELAWARE, THE POLLS OPEN AT 7:00 A.M. AND CLOSE AT 8:00 P.M. >>> TURN TO NBC 10 FOR SUPER TUESDAY COVERAGE AND RESULTS TOMORROW. WE'LL HAVE LIVE ELECTION UPDATES TOMORROW EVENING HERE ON NBC 10. AT 10:00, WE'LL HAVE AN HOUR-LONG SPECIAL. FULL COVERAGE IS ALSO AVAILABLE ANYTIME AN OUR WEBSITE AT NBC10.COM. AND FOR LIVE COVERAGE ALL DAY AND NIGHT, GO TO MSNBC. >>> IF THIS GUY IN CENTER CITY THINKS IT'S WARM ENOUGH FOR SHORT SHEAVES TODAY, HE BETTER DIG OUT THE TANK TOP FOR TOMORROW. HERE WITH THE WARM WEATHER FORECAST IS GLENN HURRICANE SCHWARTZ. UNBELIEVABLE FOR FEBRUARY, GLENN. >> YEAH, DAWN. WE'LL SHOW YOU THE TEMPERATURE FOR TOMORROW. BUT THAT DOESN'T EVEN COMPARE TO THE ONE FOR WEDNESDAY. WE'RE TALKING ABOUT RECORD HIGH TEMPERATURES BEFORE THE WEEK IS OUT. YOU CAN SEE SPRINKLES GOING THROUGH EARLIER TODAY. NOTHING TOO SIGNIFICANT. A FEW SPRINKLES DOWN IN SOUTHERN DELAWARE. MAYBE A PERIOD OF LIGHT RAIN LATER ON. BUT NOT MUCH AROUND ON THE RADAR. IT'S 46 DEGREES IN PHILADELPHIA NOW. LOOK AT ROAN OAK, VIRGINIA. 54. LOOK AT NASHVILLE, 64. ST. LOUIS, 75. COULD THAT BE RIGHT? WELL, YES, IT IS. THE WARM AIR IS GOING TO BE WITH US FOR THE NEXT COUPLE OF DAYS AFTER TODAY. BUT THEN IT WILL TURN COLD. AND THERE MAY ACTUALLY BE SNOW IN THE FORECAST. WE'LL GET TO THAT EVENTUALLY. THAT WILL BE COMING UP LATER. DAWN? >>> ONLY ON SO, AN ARMED ROBBER PICKED THE WRONGSTORY TO HOLD UP. MESE SAY IT'S THE ROBBER WHO WOUND UP GETTING SHOT. DEANNA DURANTE IS LIVE TO FILL US IN ON THIS STORY. >> WELL, LET'S START OFF WITH A WARNING FROM POLICE. THEY ARE SAYING THAT THEY ARE STRESSING THAT USE OF DEADLY FORCE SHOULD ONLY BE USED IN THE MOST EXTREME CIRCUMSTANCES WHEN THERE IS NO WAY OUT. POLICE ARE CREDITING SOME COOPERATIVE WITNESSES, SOME QUICK POLICE WORK AND ALSO A STORE OWNER FOR NABBING THAT SUSPECTED ROBBER. >> HE MADE GIVE ME YOUR MONEY. GIVE IT TO ME. HE SAID, GIVE ME YOUR MONEY. >> Reporter: AN ARMED ROBBER STORMED THE STORE LAST NIGHT, AND HE GOT ONE HECK OF A SURPRISE. >> HE GOT THE GUN, TOO. SO I -- I SHOOT HIM. >> Reporter: HE WAS STANDING IN THE FRONT OF THE STORE WITH THE STORE'S OWNER BEHIND THE BULLET-PROOF GLASS. 19-YEAR-OLD DANTE TURNER POINTED THE GUN AT THE MAN. >> AND THEN THE GUY SHOOTING. AND THE GUY, YOU KNOW, HE RAN, HE FELL DOWN. HE WAS RUNNING. >> HE WAS SHOT IN THE ARM SO HE DROPPED THE GUN AND JUST TOOK OFF? >> YEAH. >> Reporter: IF THE STORY ENDED, THERE, TURNER MAY STILL BE ON THE RUN. BUT POLICE GOT TO TURNER BEFORE THEY KNEW ABOUT THE ATTEMPTED ROBBERY. >> A 19-YEAR-OLD MALE BY THE NAME OF DANTE TURNER SHOWED UP AT THE HOSPITAL WITH A GUN SHOT WOUND TO THE CHECK. HE GAVE RESPONDSING OFFICERS A STORY THAT HE WAS ROBBED ON THE HIGHWAY. >> Reporter: POLICE

No Headline In Original

RECEIVED A SECOND CALL SAYING THE STORE WAS TARGETED BY TWO ROBBERS AND THE OWNER THOUGHT HE'D SHOT ONE OF THEM. >> THERE WAS A TRAIL OF BLOOD AND A HAT FOUND ON THE HIGHWAY AND A HANDGUN. THE BLOOD LED DOWN THE STREET AND ON TO 3rd STREET. >> Reporter: THE BLOOD TRAIL LED THEM FROM THE DOOR TO THE DOORSTEP OF TURNER'S HOUSE. >> THE INDIVIDUAL SHOWED UP AS A VICTIM. LIED TO POLICE. >> Reporter: TODAY, THE MEN ARE BACK TO WORK. HIS FRIEND SAYS THE TWO HAVE NO PROBLEM BEING BACK AT WORK. EVEN THOUGH POLICE SAY THEY'RE STILL LOOKING FOR TURNER'S ALLEGED ACCOMPLICE. >> WERE YOU SCARED? >> NO. >> NOW TONIGHT PHILADELPHIA POLICE SAY THAT TURNER IS STILL IN THE HOSPITAL BEING TREATED FOR A GUNSHOT WOUND TO THE CHEST. HE'S ATTEMPTED WITH ROBBERY, ASSAULT AND GUN CHARGES. INVESTIGATORS ARE STILL INVESTIGATING BOTH SIDES OF THIS CASE. THE STORE OWNER WITH THE GUN AS WELL AS THE ROBBERY. THEY ALSO SAY THAT THEY ARE LOOKING FOR THAT ALLEGED ACCOMPLICE. IF YOU KNOW ANYTHING ABOUT THIS CASE, PHILADELPHIA POLICE WANT TO HEAR FROM YOU. DEANNA DURANTE, NBC 10 NEWS. >> THANKS, DEANNA. >>> WE KNOW THE NAME OF THE MURDER VICTIM WHOSE BODY PARTS WERE FOUND LAST WEEK IN THE POCONOS. POLICE SAY THE VICTIM WAS A SCRANTON WOMAN. THEY RELEASED THIS PHOTO OF DEANNA NULL. AN AUTOPSY DETERMINED THAT NULL DIED FROM A VIOLENT INJURY. A MURDER INVESTIGATION IS UNDER WAY, BUT SO FAR NO ONE HAS BEEN ARRESTED. >>> ED RENDELL RELEASES DETAILS OF HIS 2008/2009 BUDGET A DAY EARLY. TWO HIGHLIGHTS, HE WANTS TO GIVE TAX REBATES TO LOWER INCOME FAMILIES AND HE WANTS TO PUT MORE POLICE OFFICERS ON PHILADELPHIA'S STREETS. KRISTEN WELKER IS LIVE TO TELL US MORE. >> GOVERNOR RENDELL IS CALLIN

**Load-Date:** February 5, 2008

---

## *No Headline In Original*

Global Broadcast Database - English  11:05 PM WPVI

February 4, 2008 Monday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 743 words

# Body

STATION: WPVI

USA

TUESDAY STATES, AND ROD ANDREWS ANCHORED THE SIGH MULL TASTE IN MT. LAUREL AT BURLINGTON COUNTY COLLEGE. BARACK OBAMA FOCUSED ON NEW ENGLAND TODAY AND TONIGHT, AND THAT, OF COURSE, IS KENNEDY COUNTRY UNTIL A SHORT TIME AGO, CLINTON WAS SEEN AS THE RUN AWAY WINNER IN MASSACHUSETTS, BUT THE KENNEDY ENDORSEMENT AND THE GENERAL OBAMA SURGE HAS MADE THIS RACE COMPETITIVE. WE'LL SEE TOMORROW NIGHT. REPUBLICAN JOHN McCAIN TOLD A RALLY AT A FIRE HOUSE IN HAMILTON, NEW JERSEY, THAT HE'S READY TO LEAD THE NATION AND TO MOTIVATE ALL AMERICANS TO SERVE A GREATER CAUSE THAN THEIR OWN SELF-INTEREST. McCAIN WAS ACCOMPANIED BY RUDY GUILIANI AND BY HIS MOTHER WHO IS A SPRY 95. SAID McCAIN THAT OUGHT TO ANSWER THOSE WHO QUESTION MY VIGOR. THE MAN TRYING TO DERAIL McCAIN MITT ROMNEY IS CRISSCROSSING THE COUNTRY PROCLAIMING HIMSELF TO BE THE CANDIDATE TRUE TO REPUBLICAN VALUES. THIS WAS ROMNEY IN ATLANTA WHERE FORMER PENNSYLVANIA SENATOR RICK SANTORUM, YOU CAN SEE HIM OVER ROMNEY'S LEFT SHOULDER SAID IF PEOPLE WANT A CONSERVATIVE AS A G.O.P. NOMINEE, THEY HAVE TO VOTE FOR ROMNEY. MIKE HUCKABEE SPENT THE DAY CAMPAIGNING IN THE SOUTH INCLUDING ARKANSAS WHICH HE IS EXPECTED TO WIN TOMORROW NIGHT. PRESIDENTIAL PRIMARIES ARE BEING HELD IN BOTH NEW JERSEY AND DELAWARE. THE THE POLLS WILL OPEN AT 6:00 A.M. IN NEW JERSEY. THEY WILL BOTH CLOSE AT 8:00 P.M. WE INVITE YOU TO JOIN US FOR LIVE ON AIR REPORTS AFTER THE POLLS CLOSE TOMORROW NIGHT. 6ABC.COM WILL BE YOUR OTHER SUPER TUESDAY ELECTION NIGHT RESOURCE. WE WILL HAVE A LIVE CHAT WITH TERRY MADONNA AND OTHER POLITICAL EXPERTS ANSWERING YOUR QUESTIONS, PLUS UP-TO-THE-MINUTE ELECTION RESULTS FROM EVERY STATE HOLDING A PRIMARY OR CAUCUS TOMORROW, AND WE'LL PROVIDE LIVE COVERAGE OF THE CANDIDATES SPEECHES THROUGHOUT THE NIGHT ON 6ABC.COM. OTHER NEWS TONIGHT, PARENTS GOT A CHANCE TO HEAR FIRSTHAND THE STORY OF THE ARREST OF THE TEACHER FOR ALLEGEDLY MAKING THREATS AGAINST AN ELEMENTARY SCHOOL IN WARMINSTER. JESSICA BORG IS HERE. >> Reporter: THIS WAS CERTAINLY AN UNUSUAL AND ALARMING DAYS HERE AT THE SCHOOL. 200 PARENTS SHOWED UP TO ASK QUESTIONS THEY HAD CONCERNING SCHOOL SAFETY. THIS IS COMING A FEW DAYS AFTER A TEACHER WAS CHARGED WITH 17 COUNTS OF MAKING TERRORISTIC THREATS HERE AT THE SCHOOL. >> THEY SAY THAT WE HAVE A CAMERA, WE KNOW WHAT'S GOING ON, BUT THERE'S BEEN PLENTY OF TIMES WHERE PEOPLE CAN WALK IN AND OUT OF HERE. >> Reporter: SINCE THE ARREST OF SUSAN, SOME PARENTS HAVE HAD THAT VERY CONCERN. AT THIS CLOSED DOOR MEETING THEY HAD THE CHANCE TO ADDRESS SCHOOL OFFICIALS AND POLICE. >> I'M HAPPY THE TEACHERS ARE DOING A GREAT JOB, BUT I STILL THINK THAT THEY DIDN'T DO ENOUGH TO PROTECT

No Headline In Original

OUR KIDS. >> Reporter: POINTING OUT THAT NO ONE WAS HURT, OFFICIALS GOT TO EXPLAIN THE COURSE OF THEIR INVESTIGATION, WHICH INVOLVED LOOKING AT SURVEILLANCE TAPES AND INTERVIEWING TEACHERS AND STUDENTS. >> THEY WERE LIKE DO YOU KNOW ANYTHING ABOUT THIS? DO YOU KNOW ANYTHING ABOUT THE PERSON WHO DID IT? >> Reporter: POLICE CONCLUDED SUSAN ROMEMISSION WAS BEHIND THE SERIES OF INCIDENTS WHERE THESE THREATENING NOTES WERE SCRIBBLED IN THE HALLWAYS, NAILS WERE PLACED IN THE SCHOOL'S PARKING LOT, AND MOST ALARMINGLY A POSABLE EXPLOSIVE DEVICE WAS FOUND IN A YOUNG STUDENT'S DESK. IT ALL HAPPENED BACK IN OCTOBER. INVESTIGATORS WAITED WEEKS BEFORE ARRESTING HER. >> WE WANTED TO MAKE SURE THAT WE WERE ABSOLUTELY POSITIVE THAT THE RIGHT PERSON WAS BROUGHT INTO THE CRIMINAL JUSTICE SYSTEM. >> Reporter: SHE WAS ALLEGEDLY FRUSTRATED ABOUT BEING ASSIGNED THE FOURTH GRADE AFTER REQUESTING TO TEACH THE FIFTH GRADE. HER GOAL WAS TO SCARE OFF A FIFTH GRADE TEACHER SO SHE COULD BECOME A REPLACEMENT. PARENTS REALIZE THIS IS AN ISOLATED PLACE. >> I BELIEVE OUR CHILDREN ARE SAFE IN THIS SCHOOL. >> Reporter: THE TEACHER HAS BEEN ON ADMINISTRATIVE LEAVE SINCE LATE OCTOBER. SHE FACES TEN YEARS IN PRISON IF CONVICTED. WE'RE LIVE TONIGHT IN BUCKS COUNTY, I'M JESSICA BORG, CHANNEL 6 ACTION NEWS. >> THANK YOU, JESSICA. >>> THE WOMAN WHOSE REMAINS WERE FOUND SCATTERED ALONG TWO HIGHWAYS IN THE POCONOS HAS BEEN IDENTIFIED AS 36-YEAR-OLD DENA MA REKNOLL. A ROAD WORKER DISCOVERED HER HEAD INSIDE A PLASTIC BAG ALONG I-380. A POLICE SEARCH TURNED UP SEVEN OTHER BAGS OF HER BODY PARTS. >>> MICHAEL NUTTER'S CRIME FIGHTING PLAN GOT QUITE A BOOST TODAY AND A SURPRISE BOOST FROM PENNSYLVANIA GOVERNOR ED RENDELL. DURING A NEWS CONFERENCE AT CITY HALL GOVERNOR RENDELL ANNOUNCED THAT THE NEW STATE BUDGET WOUL

**Load-Date:** February 6, 2008

---

End of Document

## *Police ID woman whose dismembered body found along interstates*

The Associated Press State & Local Wire

February 4, 2008 Monday 11:47 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 296 words

**Dateline:** SWIFTWATER Pa.

# Body

Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday. The first bag was found last Tuesday by a road worker salting I-380.

Null was last seen getting into an older-model sedan in Scranton two weeks ago, but police said they have no suspects and no arrest has been made.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim. She was identified using dental records.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

"There's a two-week gap we're trying to close," Bartal said.

A man who answered the phone at a listing for Null in Williamsport identified himself as Null's brother-in-law, but said the family did not want to comment.

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

Court records indicate that Null pleaded guilty in Lycoming County to drug and conspiracy charges in 2003. Null violated her parole in 2005 and a warrant was issued for her arrest last September for failure to pay court costs and fines, records show.

**Load-Date:** February 5, 2008

End of Document

Police identify body parts victim (updated 5:30 p.m.) - poconorec...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



## Police identify body parts victim (updated 5:30 p.m.)

Photo 1 of 1 | Zoom Photo +



Deanna Marie Null of Scranton and Williamsport has been identified as the woman whose dismembered remains were found in garbage bags along Interstates 80 and 380 last Tuesday.

February 04, 2008

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

DirectBuy® Buy Direct!

Text Size: A|A|A

Print this Article        Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

SWIFTWATER — The murder victim whose body parts were found along Monroe County highways last week has been identified as Deanna Marie Null, 36, of the Scranton and Williamsport areas.

Null did not have a permanent home and lived at different addresses, State Police Lt. Robert Bartal said Monday at the Swiftwater barracks. Null was not reported missing, but was last seen alive in mid-January, Bartal said.

She was seen getting into an older-model, dark-colored Cadillac or Buick sedan with a cloth or leather top, a four- or five-strip chrome luggage rack on the trunk lid and a white license plate (registration unknown). Police said the driver was described as a black male, between 5 feet 9 and 6 feet tall, with a short, military-style haircut and stocky build.

"We're trying to find out where (Null) was between the time she was last seen and the time her remains were found (as well as the identity of the driver of the vehicle she was seen getting into)," Bartal said. "We're trying to find anyone who saw or heard from her during that time period."

Null's remains, including her severed head, were found Jan. 29 in different trash bags scattered along Interstates 380 and 80, police said.

The first of the bags was found on Interstate 380 in Coolbaugh Township by a Pennsylvania Department of Transportation crew treating roads in preparation for freezing rain. The bag was in the median.

"The victim's family saw the news coverage on the body parts being found, saw the description of who the remains belonged to and contacted police Thursday evening," Bartal said. "We made a positive identification on Friday, but chose not to release that information because of the direction in which we were taking the investigation."

Bartal said police have questioned various people including Null's mother and boyfriend, whose identities have not been released, but have no suspects at this time.

When asked if all of Null's remains have been found, Bartal said, "We're not commenting on that at this time."

When she was last seen, Null was unemployed, but had signed up with a temporary employment agency, Bartal said.

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Authorities aren't commenting on whether this is the same Deanna Null who pleaded guilty to drug possession and conspiracy charges in Lycoming County in 2003 and later violated her parole. The state Attorney General's Office handled that drug case.

Also, Williamsport police said they have no information verifying she was the target of an attempted drive-by shooting in that area in 2002.

Anyone with any information on this case is asked to contact police at (570) 839-7701 or (866) 403-2946.

HOME

Be the first to know - Sign up for text alerts        Sign up for e-mail newsletters

### READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

Police identify body parts victim (updated 5:30 p.m.) - poconorec...    http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



On February 06, 2008 at 11:09 AM , windgap927 said:

windgap927
Member since: 02/16/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

**Sports Tickets**
Buy Sports Tickets Here. Where Fans Buy & Sell Tickets.
www.StubHub.com

**Lose Weight in 3 Months**
I lost 45lbs in 3 Months. You Can Too! Read My Story Here.
www.JennysHealthDiet.com

**Sports Tickets**
Cheap Priced Tickets. Check Our Price last & Save.
www.GoToEventPlanners.com

**Ticket To The Max**
Concerts, Sports, Theater USMC Veteran Owned
www.TicketToTheMax.com

Ads by Google

Print this Article    Email this Article

**Share**

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

**TOP JOBS**

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**



$16,995
2005 Dodge Ram 1500 Truck
Brown Daub Dodge



$13,700
2005 Jeep Liberty
Mick Motors



$13,950
2008 Volkswagen Rabbit
Brown Daub Chevrolet-Volvo



2003 Dodge Stratus
Brown Daub Buick Pontiac Chevrolet

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The Pocono Record



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                    Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >            Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**              [1]  2  3  ...  7  8  9            **Keep Reading**

---

**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 4, 2008 at 02:14 PM, pacharlie said:

A Break in the case, they did not tell us much about her.

1 of 89

---

**Sniper**
My Comments
Member Since:
12/21/2006

On Feb 4, 2008 at 02:17 PM, Sniper said:

Goood work

2 of 89

---

**LoveMyBoys
(ChrisVan)**
My Comments
Member Since:
6/6/2007

On Feb 4, 2008 at 02:18 PM, LoveMyBoys (ChrisVan) said:

So sad for her family (unless, of course, they did it).

3 of 89

**4 of 89**



**On Feb 4, 2008 at 02:20 PM, Lindwag said:**

Ok so how do they know???? Some updates need a little bit more..

**Lindwag**
My Comments
Member Since:
12/28/2006

---

**5 of 89**



**On Feb 4, 2008 at 02:22 PM, elle (ellegil) said:**

Keep up the good work.Prayers to the family.

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

---

**6 of 89**



**On Feb 4, 2008 at 02:22 PM, maddywash said:**

BLESS HER HEART. What a path her life took her on.There but for the
GRACE OF GOD. Hope the investigation gets all the answers to this
horrible crime. Hope whoever did it is punished to the full extent of the law.

**maddywash**
My Comments
Member Since:
8/2/2007

---

**7 of 89**



**On Feb 4, 2008 at 02:24 PM, WhizzKid said:**

I'm glad it was so quick that they where able to discover who she was. The
family can rest now knowing who she is and not wondering if she would
ever be found. Now all they have to do is figure out who did this to her and I
hope they catch them soon. Good work PSP and all who helped.
**Freedom of speech means the freedom to disagree.**
**www.ronpaul2008.com**

**WhizzKid**
My Comments
Member Since:
8/4/2007

---

**8 of 89**

**On Feb 4, 2008 at 02:26 PM, cali007 said:**

Excellent. One step closer to identifying this maniac.

Pocono Record News Forum                                   Page 3 of 5



**cali007**
My Comments
Member Since:
2/13/2007

---

9 of 89



On Feb 4, 2008 at 02:27 PM, Rebeccadoglover said:

I'm sure they will give us the full story as soon as it's written...

**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

---

10 of 89

On Feb 4, 2008 at 02:40 PM, PWDRHound said:

_____of scranton and williamsport...and pocono summit, and stroudsburg,
and tannersville, and ...

**PWDRHound**
My Comments
Member Since:
12/13/2007

---

**Discussions**          [1]  2  3  ...  7  8  9          **Keep Reading**

| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| |
|---|---|

# POCONO RECORD
### News & Information from Northeast Pennsylvania



**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU**

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum  >   Reader Reactions >           Advanced Search

---

## POCONO RECORD NEWS FORUM

**Reader Reactions**

---

### POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**            1 [2] 3  4  ...  7  8  9            **Keep Reading**

---

**11 of 89**



**Rockabilly**
My Comments
Member Since:
7/20/2007

On Feb 4, 2008 at 02:50 PM, Rockabilly said:

"Hope whoever did it is punished to the full extent of the law."

Well we all know how that will be. I didn't know what I was doing , it was a fit of rage I didn't realize what I had done. THe same shyt heard all the time. Then will come the evaluation, maybe insanity,then the sentance 25 years. Regardless they won't get what they deserve. I feel act like an animal live like one; throw him/her/them in the tiger cage. Better yet let's tie their arms, legs to horses and pull. Humm, that would still be to nice.
My prayers go to the family of Ms. Null. May she rest in peace.

---

**12 of 89**



**gladys**
My Comments
Member Since:
2/6/2007

On Feb 4, 2008 at 02:51 PM, gladys said:

"_____of scranton and williamsport...and pocono summit, and stroudsburg, and tannersville, and ..."

That's just wrong.

---

**13 of 89**



**pacharlie**
My Comments
Member Since:

On Feb 4, 2008 at 02:57 PM, pacharlie said:

I don't get it explain...(I am blond)

8/15/2007



**On Feb 4, 2008 at 02:59 PM, CallMeRonnie said:**

Congrats, on the good, quick work. It helps put our minds at rest, but what a gruesome end for this poor woman. I hope the perpertrator is caught soon, too.

**CallMeRonnie**
My Comments
Member Since:
12/27/2008



**On Feb 4, 2008 at 03:02 PM, bluejewel said:**

pwdrHound.. that wasn't very nice...
Thank you to those that worked this case for easing many minds.
My prayers go out to those that were close with this woman.

**bluejewel**
My Comments
Member Since:
1/31/2008



**On Feb 4, 2008 at 03:06 PM, bluejewel said:**

Pacharlie- he is trying to be witty or something...saying that she was from Scranton, but her body was in all those other places. hmm... not too good.

**bluejewel**
My Comments
Member Since:
1/31/2008



**On Feb 4, 2008 at 03:13 PM, pacharlie said:**

oh, thats not very nice or funny at this point.

**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 4, 2008 at 03:14 PM, PWDRHound said:**





dark humor - sure, witty, never.
When you start picking up litter around here, I'll hear your complaint. Article stated "from Scranton and Williamsport"- just filling in the blanks jewel.

**PWDRHound**
My Comments
Member Since:
12/13/2007

---

**19 of 89**



**On Feb 4, 2008 at 03:19 PM, PWDRHound said:**

jewel- R U serious? Your mind is at ease b/c the victim is identified? There's still some sicko out there, but you're at ease?! GL- they still haven't a clue about the burn barrel body found by camelback in 2006- what makes anyone think this story ends any quicker b/c they ID the victim?
While Ms. Null may RIP we still living with the perp at large should not be at ease- As Sniper always says- be vigilant, be ready and practice often.

**PWDRHound**
My Comments
Member Since:
12/13/2007

---

**20 of 89**



**On Feb 4, 2008 at 03:23 PM, bluejewel said:**

Either way it is hard to tell on here what context you are writing in. Sorry that I took it as if you were being witty. I don't think what you said was very nice either way. What does picking up litter have to do with anything?I got my facts from someone on the inside not the article and they did not say anything about Williamsport.

**bluejewel**
My Comments
Member Since:
1/31/2008

---

**Discussions**          1 [2] 3 4 ... 7 8 9          **Keep Reading**

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GU

**Welcome  Guest**                                    Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >              Advanced Search

---

## POCONO RECORD NEWS FORUM

**Reader Reactions**

---

### POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**                    1  2  [3]  4  5  ...  7  8  9              **Keep Reading**

---

**21 of 89**



On Feb 4, 2008 at 03:27 PM, Auntwinnie said:

Can someone please fill me in to the update. I can't find the dog done article! ty!

**Auntwinnie**
My Comments
Member Since:
12/23/2006

---

**22 of 89**



On Feb 4, 2008 at 03:29 PM, gladys said:

"Deanna Marie Null of Scranton and Williamsport has been identified as the woman whose dismembered remains were found in garbage bags along Interstates 80 and 380 last Tuesday.

Null was 36. She was identified by Dr. Dennis Asen, a forensic dentist in Allentown. Her head was among the remains recovered last week.

The investigation is continuing and police are still seeking tips from the public. Call (570) 839-7701 or 866-403-2946.

We're seeking more information on the victim and will have a report in tomorrow's print and online editions."

*Edited 2/4/08   by gladys*

**gladys**
My Comments
Member Since:
2/6/2007

---

**23 of 89**



**Kaws**
My Comments
Member Since:
2/16/2007

On Feb 4, 2008 at 03:31 PM, Kaws said:

Okay, pull your foot out of your mouth.
Your comment wasn't dark humor or witty.

Nothing humorous about all this period.

Condolences to the family, and now comes the hard part, catching the
murderer who is responsible.

**24 of 89**



**Auntwinnie**
My Comments
Member Since:
12/23/2006

On Feb 4, 2008 at 03:35 PM, Auntwinnie said:

Ty Glady's - so so sad. May she rest in peace.

**25 of 89**



On Feb 4, 2008 at 03:36 PM, bluejewel said:

okay okay...by finding the body it puts some ease I should say on my mind
because it puts the police one step closer to finding the person or persons
that did this horrible crime. I understand what you are saying though.

**bluejewel**
My Comments
Member Since:
1/31/2008

**26 of 89**



On Feb 4, 2008 at 03:36 PM, cali007 said:

I have a sinking suspicion if they find this poor women's husband or
boyfriend they probably have their killer. I can't imagine something this
brutal being random.

**cali007**
My Comments
Member Since:
2/13/2007

**27 of 89**




On Feb 4, 2008 at 03:43 PM, bluejewel said:



I agree with you cali.

**bluejewel**
My Comments
Member Since:
1/31/2008

**28 of 89**



On Feb 4, 2008 at 04:00 PM, 1234 said:

cali- a woman by that name and age entered a guilty plea in 2003 for drug
charges in Lycoming county. I don't know the specifics of that arrest or even
if this is the same person, but I have to wonder if drugs didn't have
something to do with her murder, as well.

**1234**
My Comments
Member Since:
1/9/2007

                Messages 4991.29 through 4991.30 were deleted                

**Discussions**                   1  2  3  4  5  ...  7  8  9                **Keep Reading**



Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                                  Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**              1 2 3 **4** 5 6 7 8 9              **Keep Reading**

---

**31 of 89**

**On Feb 4, 2008 at 04:11 PM, crimjusmaj said:**

It took over a week to find out who she was. . .Lets hope it doesnt take too long to find the killer. RIP

**crimjusmaj**
My Comments
Member Since:
2/1/2008

---

**32 of 89**

**On Feb 4, 2008 at 04:12 PM, transplantednyer said:**

Well Editor, Do we have a reporter hot on the trail of this poor souls past, and history ... ?

**transplantednyer**
My Comments
Member Since:
3/9/2007

---

**33 of 89**



**On Feb 4, 2008 at 04:16 PM, PantherProud said:**

It's a week tomorrow since her remains were found!

**PantherProud**
My Comments
Member Since:
10/23/2007

---

**34 of 89**



**cali007**
My Comments
Member Since:
2/13/2007

**On Feb 4, 2008 at 04:22 PM, cali007 said:**

1234,

You never know. Especially if that drug is crystal meth. It can cause something called methamphetamine psychosis in some habitual users. It can turn an ordinary person into a homicidal maniac. Scary stuff:-(

---

**35 of 89**



**Jules**
My Comments
Member Since:
12/22/2006

**On Feb 4, 2008 at 04:24 PM, Jules said:**

panther proud,
Yes but thankfully they know who she is now is a boyfriend etc or was she snatched because of her lifestyle and wouldn't be easily missed? Killers like people that won't be reported missing right away-but yet wanted them found obviously.

Sorry to her family this is a tragedy for anybody to lose someone this way

---

**36 of 89**



**cali007**
My Comments
Member Since:
2/13/2007

**On Feb 4, 2008 at 04:31 PM, cali007 said:**

I just found her criminal docket online. Seems as though she got busted for 4 counts of possession with intent to deliver. She plead guilty to criminal conspiracy, did some jail time, then had a string of parole violations. Looks like she could of had a bit of a drug problem. It doesn't specify what drug (Monroe County always does).

---

**37 of 89**



**editor1**
My Comments
Member Since:
12/19/2006

**On Feb 4, 2008 at 04:36 PM, editor1 said:**

"Well Editor, Do we have a reporter hot on the trail of this poor souls past, and history ... ?"

Yes, we do, and we believe this is not the first time she was the victim of a serious crime (in addition to the drug stuff, in which she was not the victim.)

We're trying to sort it out so it makes sense.

In terms of police action, remember that it often takes longer to build a solid,

---

prosecutable case than it does to "figure it out." Remember how long some
other outcomes took to reach the arrest stage?

wjw

---

**38 of 89**



**Harvey_birdman**
My Comments
Member Since:
1/9/2007

On Feb 4, 2008 at 04:37 PM, Harvey_birdman said:

PWDRHound, I loffed. You see it's funny because I don't know her.

---

**39 of 89**



**PA_native**
My Comments
Member Since:
9/11/2007

On Feb 4, 2008 at 04:45 PM, PA_native said:

Cali,

Criminal conspiricy with intent to sell?

I agree with you cali, either a drug induced maniac or someone thought she
would sell out to avoid more jail time.

This what I consider residual drug crimes.

I'm sure if the Police ID'ed her they already know who their looking for.

I agree with Ed1. Even if you have suspects, gathering enough evidence to
prosicute takes time and methodical effort.

---

**40 of 89**



**BigIndian518**
My Comments
Member Since:
4/12/2007

On Feb 4, 2008 at 04:47 PM, BigIndian518 said:

I'm sorry that she had to die this way but, it's not a recomended lifstyle if you
want to get old. Sounds like she either owed money or was going to give
someone up in her upcomming drug case.

---

**1 2 3 4 5 6 7 8 9**

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum   >   Reader Reactions   >            Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**              1  2  3  4  **5**  6  7  8  9              **Keep Reading**

|  |  |
|---|---|
|  | **41 of 89** |

**On Feb 4, 2008 at 04:48 PM, pacharlie said:**

this is not the first time she was the victim of a serious crime (in addition to the drug stuff, in which she was not the victim.)

Gets interesting......I can not wait for the pieces to come together.

**pacharlie**
My Comments
Member Since:
8/15/2007

**42 of 89**

**On Feb 4, 2008 at 04:54 PM, 1234 said:**

Was that another example of dark humor, Charlie?

**1234**
My Comments
Member Since:
1/9/2007

**43 of 89**

**On Feb 4, 2008 at 04:56 PM, gladys said:**

pacharlie...say it ain't so.

**gladys**
My Comments
Member Since:
2/6/2007

**44 of 89**

**On Feb 4, 2008 at 05:00 PM, pacharlie said:**



**pacharlie**
My Comments
Member Since:
8/15/2007

1234
When I read:Was that another example of dark humor, Charlie?

I was like what is he talking about, then I realized what I wrote, Sorry, no it was not but I guess now it is.



**patricia**
My Comments
Member Since:
12/31/2006

On Feb 4, 2008 at 05:01 PM, patricia said:

Pat [Effort] Just another example of what drugs can do. It does not matter any more her past history. God Bless her and her family what a tragedy.



**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 4, 2008 at 05:08 PM, pacharlie said:

Pat in a way it does matter, I think the story is important to see how it ended this way, If it was over drugs and her life style, mabey someone on drugs will hear it and want to change there ways, even if it saves 1 person it is worth the story.



On Feb 4, 2008 at 05:10 PM, superdad said:

i hope they find the #### that did this and STRING him up for LIFE----who ever did this and your reading this--i hope you DIE and suffer SCUM!!!!!

**superdad**
My Comments
Member Since:
8/20/2007



On Feb 4, 2008 at 05:25 PM, neverendingsaga said:

Nobody deserves to end up dead this way, there is a statement that is being made here, Her criminal record is pretty bad, Drive by shootings, Drugs, Conspiracy, Parole problems, etc ... can't wait to find out how this one will turn out. Gang related?

**neverendingsaga**
My Comments

Member Since:
1/29/2008

**49 of 89**



**On Feb 4, 2008 at 05:26 PM, patricia said:**

Pat [Effort] You are right Pacharlie. I hope & pray it does help one or more people who see this. Drugs are curse of the worst kind. What a sin a young life.

**patricia**
My Comments
Member Since:
12/31/2006

**50 of 89**



**On Feb 4, 2008 at 05:37 PM, Vigilante said:**

Never,

It will all come clear when you see the picture of her "boyfriend"! No surprise why she ended up where she did!

**Vigilante**
My Comments
Member Since:
9/14/2007

**Discussions**              1 2 3 4 [5] 6 7 8 9        **Keep Reading**

Pocono Record News Forum                                                    Page 1 of 5

| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU |

**Welcome  Guest**

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >

Search [                    ] 🔍
                                                                    Advanced Search

## POCONO RECORD NEWS FORUM

   **Reader Reactions**

**POLICE IDENTIFY BODY PARTS VICTIM**

**Discussions**            1 2 3 4 5 6 7 8 9              **Keep Reading**

---

                                                                        **51 of 89**

On Feb 4, 2008 at 05:38 PM, LoveMyBoys (ChrisVan) said:

"Nobody deserves to end up dead this way"

Child rapists do.

**LoveMyBoys
(ChrisVan)**
My Comments
Member Since:
6/6/2007

---

                                                                        **52 of 89**

On Feb 4, 2008 at 05:38 PM, pacharlie said:

Where was the drive by shooting report from, can you give a link?

**pacharlie**
My Comments
Member Since:
8/15/2007

---

                                                                        **53 of 89**

On Feb 4, 2008 at 05:57 PM, pacharlie said:

Never mind it was from a PR update..Re: the drive by, that was 5 years ago
what about recent info, mabey she stayed out of trouble for a while.

**pacharlie**
My Comments
Member Since:
8/15/2007

---

                                                                        **54 of 89**



**nesscapade**
My Comments
Member Since:
1/12/2008

**On Feb 4, 2008 at 06:02 PM, nesscapade said:**

My opinion so far with this case is that we may be dealing with more then just someone who was worried she would snitch on them or a boyfriend. I could be wrong but from what i have seen so far is that this woman is what a killer would think of as a disposable person...generally a homeless person, a prostitute, a drug addict. The killer wanted the body to be found quickly, he was not hiding his victim, he wanted her to be seen and to cause great fear to the public. I think we are in trouble out here in the poconos, there is someone very dangerous among us.



**Cabin**
My Comments
Member Since:
4/18/2007

**On Feb 4, 2008 at 06:03 PM, Cabin said:**

"Authorities aren't commenting on whether this is the same Deanna Null who pleaded guilty to drug possession and conspiracy charges in Lycoming County in 2003 and later violated her parole. The state Attorney General's Office handled that drug case.

Also, Williamsport police said they have no information verifying she was the target of an attempted drive-by shooting in that area in 2002."

But then murder is always wrong.



**PA_native**
My Comments
Member Since:
9/11/2007

**On Feb 4, 2008 at 06:03 PM, PA_native said:**

Troopers also released the description of a car they are looking for in connection with the murder. They said it is an older model, dark colored Cadillac or Buick sedan with a cloth or leather top, a four or five chrome strip luggage rack on the truck lid bearing a white license plate from an unknown state. The car was last seen at Olive and Capouse Streets in Scranton about two weeks ago. It was driven by a tall, stocky black man with short, military-style haircut.

Anyone with information is asked to call state police at Swiftwater can be reached at 570-839-7701.

Excerp from WNEP.com report.

**On Feb 4, 2008 at 06:33 PM, nesscapade said:**

Wbre is reporting the following:Null was also the victim of a drive-by shooting in 2002. A group of young men fired shots at her Williamsport home. Her boyfriend and their two children were outside at the time. No one



**nesscapade**
My Comments
Member Since:
1/12/2008

was hurt.

---

**58 of 89**



**CatchurDream**
My Comments
Member Since:
12/9/2007

On Feb 4, 2008 at 07:10 PM, CatchurDream said:

Doesn't really matter what she did in her past , NO ONE deserves to die that way ..OMG she had children also , I hope they find the #### and hang his azz ...better yet cut his damn head off !

---

**59 of 89**



**LoveMyBoys (ChrisVan)**
My Comments
Member Since:
6/6/2007

On Feb 4, 2008 at 07:15 PM, LoveMyBoys (ChrisVan) said:

"NO ONE deserves to die that way"

Child rapists do.

"I hope they find the #### and hang his azz ...better yet cut his damn head off !"

I 100% agree with you there. Hangings are cheap, quick and effective. Do them in public and they will be a deterrent for the criminal element NOT to move here.

PS - Congrats to your Pats...I hear they made history last night. : p

*Edited 2/4/08   by  LoveMyBoys (ChrisVan)*

---

  Message 4991.60 was deleted

**Discussions**          1 2 3 4 5 [6] 7 8 9          **Keep Reading**

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 384 of 488

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU

**Welcome  Guest**                               Search

All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**            1  2  3  ...  5  6  [7]  8  9            **Keep Reading**

---

**61 of 89**



**rambler1**
My Comments
Member Since:
5/25/2007

**On Feb 4, 2008 at 07:40 PM, rambler1 said:**

So her connection to the Scranton/Willimasport area supports my earlier hypothesis that the killers may have come from north of here, dumped one bag and realized it would constitute a trail, then went south, turned around and began tossing bags going back towards "home" to confuse their point of origin

---

**62 of 89**



**neverendingsaga**
My Comments
Member Since:
1/29/2008

**On Feb 4, 2008 at 07:48 PM, neverendingsaga said:**

SO what your saying is they turned around at the Bartonsville truckstop and then drove back home to Scranton?

---

**63 of 89**



**neverendingsaga**

**On Feb 4, 2008 at 07:50 PM, neverendingsaga said:**

They probably hoped the snowplows would scatter them in the snow banks and hide them till spring.

My Comments
Member Since:
1/29/2008

---

**64 of 89**



**CatchurDream**
My Comments
Member Since:
12/9/2007

On Feb 4, 2008 at 07:50 PM, CatchurDream said:

Rambler: I knew it I told my husband , we would find out they were from either Wilkes-Barre or Scranton. Williamsport isn't such a great place either !

---

**65 of 89**



**rambler1**
My Comments
Member Since:
5/25/2007

On Feb 4, 2008 at 07:54 PM, rambler1 said:

I think they found parts all the way down here by town. I was just struck by the assumption many made that they had come across the river on 80 and went in a northerly direction.

My cantankerous nature made me try flippping it upside down to see if it made any sense the other direction----and it did. I was thinking Tobyhanna, but Wilkes-Barre has some pretty nasty parts to it, too...
and Williamsport has been the ghetto in PA for at least 20 years, ever since the rehabs from Philly moved in....

---

**66 of 89**



**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 4, 2008 at 08:24 PM, pacharlie said:

That would explain the last dump at exit 207, did not want to cross over into NJ so he headed back. So it was the last not the first. I for some reason asssumed he was coming from the gap

---

**67 of 89**



**jazzspurs**
My Comments
Member Since:
1/9/2007

On Feb 4, 2008 at 08:27 PM, jazzspurs said:

How could one person drive and toss bags at the same time. Must have been at least one perp. Didn't want to pay the toll coming back I guess.

---

**68 of 89**



**jazzspurs**
My Comments
Member Since:
1/9/2007

On Feb 4, 2008 at 08:28 PM, jazzspurs said:

One driving the other tossing.

**69 of 89**



**CatchurDream**
My Comments
Member Since:
12/9/2007

On Feb 4, 2008 at 08:38 PM, CatchurDream said:

I have always thought it was 2 people , One driving, one tossing . What I
can't figure out is why those spots, the roads between Scranton/
Williamsport, so many places to dispose the body. I think you will find she
might be from there, but I would put money the perps aren't. But we can all
guess, but until they are caught we will never know only they do. My prayers
go out to her children & family, hopefully they will get caught and she can
rest in peace !

*Edited 2/4/08   by  CatchurDream*

**70 of 89**



**eyethere**
My Comments
Member Since:
7/18/2007

On Feb 4, 2008 at 08:41 PM, eyethere said:

a woman by that name and age entered a guilty plea in 2003 for drug
charges in Lycoming county. I don't know the specifics of that arrest or even
if this is the same person, but I have to wonder if drugs didn't have
something to do with her murder, as well.

1234, I was kind of thinking that in the picture, she didn't look too happy,
maybe a 'mugg shot'. I didn't want to say anything, but now that you found
that out, the picture makes sense. Nontheless, still a waste of human life
and I hope they catch the person that did this unspeakable thing to another
human being. Drugs or no drugs, there's no excuse for that.

**Discussions**                1 2 3 ... 5 6 [7] 8 9                **Keep Reading**



Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                           Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum   >   Reader Reactions >              Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**                    1  2  3  ...  6  7  [8]  9              **Keep Reading**

---

**71 of 89**

On Feb 4, 2008 at 08:46 PM, CatchurDream said:

freaking PR ...always messes up my posts...WTF

**CatchurDream**
My Comments
Member Since:
12/9/2007

---

**72 of 89**

On Feb 4, 2008 at 08:49 PM, eyethere said:

"Nobody deserves to end up dead this way"

Child rapists do.

**eyethere**
My Comments
Member Since:
7/18/2007

You said it, ChrisVan!! Only one thing...first shot from the mother's hands!
(of child rapists)

---

**73 of 89**

On Feb 4, 2008 at 08:54 PM, como said:

denaples comes from scranton???

**como**

---

Pocono Record News Forum                                        Page 2 of 5

My Comments
Member Since:
7/3/2007

---

**74 of 89**



On Feb 4, 2008 at 08:55 PM, eyethere said:

You might be talking about what I had said. I made a comment about, they
probably came from east of here, did a u turn in Gouldsboro and drove back
east to home.
After I wrote it, I thought about it the next day thinking it could've been from
the other way.

Bottom line, drugs. Bad news man!

**eyethere**
My Comments
Member Since:
7/18/2007

---

**75 of 89**



On Feb 4, 2008 at 09:03 PM, CatchurDream said:

Why does everyone get off the subject in these forums ?? Just Remember -
---- This is about a women, someone's mother , someone's daughter who
was cut into pieces and tossed along side the highway like garbage , well no
matter what she did in her past she wasn't garbage , she was a human
being and she didn't deserve to die that way.

**CatchurDream**
My Comments
Member Since:
12/9/2007

---

**76 of 89**



On Feb 4, 2008 at 09:10 PM, eyethere said:

denaples comes from scranton???

YEP!!
BIG FISH IN SMALL POND

**eyethere**
My Comments
Member Since:
7/18/2007

---

Message 4991.77 was deleted

---

**78 of 89**



On Feb 4, 2008 at 11:03 PM, windgap927 said:

EDITOR - can you find out if it was possibly a maroon car she was last seen
in? pealing paint????

**windgap927**
My Comments
Member Since:

Case 1:17-cv-01969-CCC-AP   Document 27-1   Filed 02/01/19   Page 389 of 488

2/16/2007



**tld1964**
My Comments
Member Since:
2/4/2008

**On Feb 4, 2008 at 11:08 PM, tld1964 said:**

This is really very sad...I am originally from the Pocono area and to see this on the Pocono Record website was very disturbing. This is not about past drug charges or being (basically) homeless...it's about a LIFE and a tragic, horrible, senseless death. Remember, this could be your loved one...when you post a comment think of how you'd feel before you give your opinion and wether you'd want to hear that in connection to your own family member! I hope they catch the killer...anyone who could dimemeber a body is outright heartless and has no human feelings...and he's still lurking in your neighborhood...be sympathetic for this girl...someone, somewhere must have loved her...



**Molly**
My Comments
Member Since:
3/24/2007

**On Feb 5, 2008 at 12:45 AM, Molly said:**

I'll be the first to say it....white license Plate-JERSEY. Im from Jersey....lots of white License plates. Delaware is blue, Pensy is yellow/blue.....so where else would you see a white plate? Im starting to think alot of us were right...she was killed here, dumped here, and then he went home. I hate that thought. I hate it that she was killed. My condolences to her family...this is a horrible way to die. This is definately a death penatly case if ever there was one., and Im not a fan of the death penalty, but any human being who could sit down and carve another one up needs to die. That's not human behavior.

On my way to Jersey tonight I spotted a garbage bag right after exit 310 before the tolls, but on the East sie. I reported it, and the trooper was very eager to find it. That tells me they don't have all this woman's parts.

The bag was a green/black garbage bag with something red ontop of it, sitting in plain view on the side of the road. Normally I wouldn't have thought twice about it, but I did call. I HOPE IT WAS GARBAGE IN THAT BAG, and if it wasn't I hope it was the remainder of what they were looking for and not something new.

*Edited 2/5/08  by  Molly*

**Discussions**                    1  2  3  ...  6  7  [8]  9                    **Keep Reading**

Pocono Record News Forum                                    Page 1 of 5

# POCONO RECORD
### News & Information from Northeast Pennsylvania

**NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GU**

**Welcome  Guest**

All Message Boards >   Pocono Record News Forum  >  Reader Reactions  >

Search [                    ] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### POLICE IDENTIFY BODY PARTS VICTIM

**Discussions**            1  2  3  ...  7  8  **9**            **Keep Reading**

81 of 89



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 5, 2008 at 01:50 AM, windgap927 said:**

I saw two bags near the flea market in saylorsburg on Sunday, but I figured it was just garbage, so I did not call police. I see many on my way from Strbg to Wind Gap (usually warm weather though), and I reported the ones I saw just a couple weeks before she was found. One was also on the median. I only reported it because I thought, what if they drove from Goulsboro 2-3 weeks ago (I wasnt positive when I saw them and that was b4 timeline), turned around in Stbrg and then went from Stbg onto 209/33/ and either went to Easton/NJ/etc or turned back around. I would just feel terrible if the family couldn't bury all of her and the poor girl was also at the dump! The Salylorburg ones seemed like a normal place for garbage from the flea market to be put at and I don't want to call the cops and seem like a whackjob, but, I tell you, I will never look at a bag on the road the same way again! No matter what she did in life, how horrible! I just hate knowing how little people value others in today's society.

This doesn't have me paranoid, but I am even more cautious. I had a car (actually fitting the description of the one she got into!) here this weekend and I wouldn't open the door for them. Freaked me out that several people in a crappy car were in my driveway and some get out and come to the door. I know my JehWit that come here and they drive nice vehicles and always leave pamphlets. I am just happy I have dogs that would attack and an armed weapon!!! I think we all need that!

PA's DARE license plate is white and the other one you see all the time is white in middle with yellow and blue borders. Mostly white! Jersey is yellow! CT is white fading to blue I have seen. DC,VI,RI,MD, MASS, NY, ME,MI, FL, GA, IL IND, OK, have a white one. So, we cannot assume where they are from.

I don't care what this girl did in her life, how awful. But I think we need to learn that you have to be cautious! People do not care about others anymore. Don't answer your door, keep an eye out, and lock

EVERYTHING, ALWAYS. I have great neighbors who watch out for me, but I think I would call the cops next time someone pulled into my driveway and got out. My dogs let me know before they even pull in!

 **Message 4991.82 was deleted** 

**83 of 89**



**PWDRHound**
My Comments
Member Since:
12/13/2007

On Feb 5, 2008 at 08:50 AM, PWDRHound said:

ChrisVan- Every time there's a post "no one deserves" blah blah blah- You reply "Child Rapists Do".

I agree there should be some extraordinairy punishment for such scum. That may also explain the BigFatSkankyButt mnumonic.

I think you should confront your attacker or file charges- sounds like you have an unresolved issue. Put it to rest.

**84 of 89**



**Molly**
My Comments
Member Since:
3/24/2007

On Feb 5, 2008 at 09:19 AM, Molly said:

Before I drove down to Jersey there was a car like that parked in the parking lot of WalMart in Lehighton. I only noticed it because it was hard for me to pull out of my handicapped spot, or I never would have thought twice about it. Pulled into your driveway? That would have freaked me. Yes, Dogs are the answer. I have one, and she goes! She'd rip them apart if she didn't know them.

Windgap, Jersey's plates usually get confused with white because they are a very very light yellow-there's only a slight yellow tinge to them. You and I could take bets on this, but my money is still on Jersey plates...just feel it in my gut. Call it intuition.

It sickens me, this whole thing. Im still in Jersey haven't left yet, but when I woke up the number for the State Police was on my cell phone. I will be calling them back to see what they wanted. Im still freaked out about it. My sister and my family can hardly believe that this is happening in PA. Neither can I. When I moved here 5 years ago...this was God's country to me, and in some ways still is (moving here from a small shore town), but it's getting scarier everyday. Part of me hopes I helped in some small way, the other part hopes they found garbage.

*Edited 2/5/08   by  Molly*

 **Message 4991.85 was deleted**

**86 of 89**

On Feb 5, 2008 at 06:08 PM, LoveMyBoys (ChrisVan) said:



**LoveMyBoys
(ChrisVan)**
My Comments
Member Since:
6/6/2007

WTF are you talking about? THANK GOD I was never in that position. But, for you to say "put it to rest" is a slap in the face to everyone that has gone through it. I'll post what I want and when I want (provided it's within the terms). Don't like what I post? Too bad. Block me then.

Here's a couple of more people who deserve to die that way:

Terrorists
Serial Killers

---



**grizz45**
My Comments
Member Since:
1/19/2008

On Feb 5, 2008 at 11:33 PM, grizz45 said:

well i guess it really doesent matter what part of the U S A your in you will have a few sicko's ,,,i really feel for this poor woman who must have been terrifed did not deserve this,,

---



**barracuda310**
My Comments
Member Since:
1/30/2008

On Feb 6, 2008 at 11:01 AM, barracuda310 said:

Hey Molly, I could be wrong, but NY plates are White w/dark blue numbers. PA is White W/ Yellow and LT. Blue and NJ are Yellow. I was not sure if I got your comment right. Are NJ Plates All white? Not sure if they changed.

---



**windgap927**
My Comments
Member Since:
2/16/2007

On Feb 6, 2008 at 11:09 AM, windgap927 said:

Nj is yellow. ABout half the states in the country have white plates. To name a few nearby: MD, VA, DC, CT, Pa has an all white one with the DARE logo on it. White plate tells us nothing.
*Edited 2/6/08   by   windgap927*

---

**Discussions**                    1 2 3 ... 7 8 9          **Keep Reading**

## *Police in Pa. identify woman whose dismembered body found along interstates*

The Associated Press

February 4, 2008 Monday 9:29 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** DOMESTIC NEWS

**Length:** 154 words

**Dateline:** SWIFTWATER Pa.

## Body

---

A severed head and other dismembered remains found stuffed in trashed bags and scattered along Pocono Mountain highways have been identified as those of a missing woman, state police said Monday.

Deanna Maria Null, 36, was reported missing by her family after authorities circulated a description of the victim. She was identified using dental records.

No arrests have been made.

The remains were found scattered along Interstates 380 and 80 in northeastern Pennsylvania, state police said. The first bag was found Jan. 29 by a worker salting roads.

Null's family called state police on Thursday to report her missing.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

**Load-Date:** February 5, 2008

---

End of Document

Tuesday morning update - Dismembered body identified - pocon...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Tuesday morning update - Dismembered body identified - pocon...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



## Tuesday morning update - Dismembered body identified

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

Photo 1 of 1 | Zoom Photo +

U.S. Rep. Paul Kanjorski was in "the epicenter of the subprime crisis" on Monday. That is, the Poconos. He brought news of help for those with mortgage problems.

February 05, 2008

The woman whose body parts were found strewn along two interstates in the Poconos last week has been identified. Police are now examining her life for clues to why she died and who did it.

It's Super Tuesday, more than 20 states are holding primaries. In the Poconos, an online invitation for voters to register their preferences prior to our April primary produced a result the frontrunners won't like.

Good news for Poconos homeowners facing foreclosure: $230 million in federal funding. But it's for counseling and intervention, not to pay off mortgages. U.S. Rep. Paul Kanjorski, D-11, unveiled the program Monday in Monroe County, in what one agency director called "the epicenter of the subprime crisis." We'd agree. Not only did we have as many as 2,000 foreclosures through local and federal-level action in 2007, we've had a problem with home financing scams that's **made headlines since 2001.** Cynics will note that no government action was taken until the stock portfolios of those who bought bad mortgages as securities were threatened.

Are you in love? Tell us about it. It's almost Valentine's Day.

Opinion page editor Paula Heeschen finished a one-month reporting sabbatical and is back pounding out editorials demanding we heed the voices of the angels on our shoulders. Today: **Why even a flawed system of primary elections beats the alternative -- bombs and blood -- hands down.**

We have an athletic crop of high school seniors this year. Some of them are being courted by colleges because of their accomplishments.

HOME

Be the first to know - Sign up for text alerts   Sign up for e-mail newsletters

### READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be required to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

Dougisles
Member since: 01/30/2007

On February 05, 2008 at 4:36 PM , Dougisles said:

"Typical Pocono record idiocy .... if an editor is reading this, how about getting someone to rewrite that headline and change it to something a little more sensitive"Please editor, leave it be. Especially since the photo associated with the update is that of Kanjorski speaking. Funny!  Full Message

Browse All Forums | View All Comments | Login | Register

Ads by Google

Print this Article    Email this Article

Share

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Tuesday morning update - Dismembered body identified - pocon...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

**Poconos retirement**
Active adult retirement community Low cost of living, low maintenance
www.poconohighlands.com

**Monroe County Hospitals**
Local results for hospitals in and near Monroe County
monroe.eztousebigbook.com

**Great Pocono Homes**
Sara Cramer Sells The Nicest Homes Virtual Tours & Great Photos
www.saracramer.com

**E. Stroudsburg New Homes**
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

Ads by Google

**TOP JOBS**

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**



$19,995
2008 Dodge Nitro
Brown Daub Dodge



2000 Chevrolet Cavalier
Brown Daub Buick Pontiac Chevrolet



2005 Chevrolet Silverado 1500
Brown Daub Buick Pontiac Chevrolet



2006 Ford Escape
Brown Daub Kia

Show All Featured Cars

**TONIGHT IN PRIME TIME**

|  | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| **WYOU** | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI Miami HD, New | |
| **WOLF** | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten | Seinfeld |
| **WPVI** | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| **WBRE** | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| **WWOR** | Blizzard HD | | | | My 9 News New | |
| **WSWB** | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**TUESDAY MORNING UPDATE - DISMEMBERED BODY IDENTIFIED**

| Discussions | Keep Reading |
|---|---|

**1 of 4**



On Feb 5, 2008 at 09:09 AM, Kaws said:

What a bizarre sub title for your update, "dismembered body identified, send us your love?Anyone else read this before it gets posted?

Kaws
My Comments
Member Since:
2/16/2007

**2 of 4**

On Feb 5, 2008 at 09:20 AM, Kaws said:

Anyone else having Thunderstorms...:

Kaws
My Comments
Member Since:
2/16/2007

**3 of 4**



On Feb 5, 2008 at 12:30 PM, MtPocono said:

Typical Pocono record idiocy .... if an editor is reading this, how about getting someone to rewrite that headline and change it to something a little more sensitive. I pray that the vistim's family didn't see it.

MtPocono
My Comments
Member Since: 3/8/2007

Clods.

**4 of 4**

On Feb 5, 2008 at 04:36 PM, Dougisles said:

"Typical Pocono record idiocy .... if an editor is reading this, how about getting someone to rewrite that headline and change it to something a little more sensitive"Please editor, leave it be. Especially since the photo associated with the update is that of Kanjorski speaking. Funny!

Dougisles
My Comments
Member Since:
1/30/2007

| Discussions | Keep Reading |
|---|---|

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   **FIND IT!**

thepoconos.com/jobs

Find a Job

**TOP JOBS**
**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Spon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

---



Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

**TOP CARS**

$12,473
2005 Chrysler Town & Country
**Brown Daub Ford Lincoln Mercury**

1995 Pontiac Sunfire
**Brown Daub Dodge**

2006 Mazda MAZDA6
**Brown Daub Kia**

$11,490
2006 Mazda MAZDA3
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:10 AM

## *Highway body is identified;  Police say victim is Deanne M. Null, who was last seen alive in Scranton.*

Morning Call (Allentown, Pennsylvania)

February 5, 2008 Tuesday, FIFTH Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** National; Pg. A1

**Length:** 546 words

**Byline:** Joe McDonald and Daniel Patrick Sheehan Of The Morning Call

# Body

A dismembered body found in garbage bags strewn along Interstates 380 and 80 in the Poconos last week was identified Monday as the remains of a woman who had been staying in Scranton.

Officials said the victim was Deanne Marie Null, 36, who they said has also lived in the Williams-port area. She was identified through dental records.

Troopers at the Swiftwater barracks said they were looking for a car that might have figured in Null's death. It was described as a blue or black Cadillac or Buick, from the late 1970s or early '80s, with a four- or five-strip chrome luggage rack on the trunk lid. It had a white license plate from an unknown state.

The car was last seen about two weeks ago at Olive and Capouse streets in Scranton, troopers said.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim, said state police Lt. Robert Bartal.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," Bartal said.

Bartal said Null was "relatively transient." The last time she was seen alive was in mid-January, he said. "There's a two-week gap we're trying to close."

Monroe County District Attorney E. David Christine Jr. said Null had been "staying with friends in Scranton."

Troopers were developing leads Monday night, Christine said. "Now that they know who the deceased was, they are trying to connect the dots in terms of who did this to her," he said.

According to Internet property records, Null had lived in an apartment in Scranton that was a little more than a mile from the spot where state police said the Cadillac or Buick was last seen.

Anyone with information about the case is asked to contact state police at Swiftwater at 570-839-7701 or 1-866-403-2946.

The dentist who identified Null was from Allentown, state police said.

Dennis Asen, who specializes in forensic dentistry, examined the remains and identified the victim by matching her teeth to dental records provided by state police.

Highway body is identified;  Police say victim is Deanne M. Null, who was last seen alive in Scranton.

Authorities have used Asen's services many times before -- notably after the Sept. 11 terrorist attacks, when he helped identify victims of the hijacked plane that crashed in Somerset County. He also helped identify victims of Hurricane Katrina.

Dental comparison "is almost like DNA comparison," Asen said, likening the 32 teeth of the adult mouth to a 32-digit combination. Old dental work, filling color, missing teeth and many other details can help the examiner make a match.

In a 1996 case, Asen helped Easton police investigators match a piece of discarded chewing gum to a suspect in the murder of a 13-year-old girl, placing the man where the girl's remains were discovered.

Teeth sometimes provide the last hope of identification, said Asen, who has worked in the field for nearly 30 years and, in his spare time, writes mystery novels featuring a crime-solving forensic dentist.

"The position of the teeth in the mouth is what makes them durable," Asen said. "They're protected by the cheeks and lips. In a fire, where the rest of the body may be burned beyond recognition, the teeth and filling won't burn. … They're durable and they're protected."

*joe.mcdonald@mcall.com*

610-559-2152

The Associated Press contributed to this story.

## Graphic

**1. Deanne Marie Null… last seen alive in mid-January **2. STATE POLICE combed the roadside last week searching for additional body parts that were scattered about Interstates 380 and 80. State police have also released information about a car possibly involved in the crime. It was described as a blue or black Cadillac or Buick, from the late 1970s or early '80s.;3 Photos by Unknown and Pete Shahee, Morning Call file photo

**Load-Date:** February 7, 2008

End of Document

<u>First match</u> | <u>New search</u> | <u>More Like This</u> | <u>Printer Friendly Version</u> | <u>Log Out</u>

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/02/05 Tuesday Page: A1 Section: NEWS Edition: Main Size: 147 words

# HOOPS LEGEND KNIGHT JUMPS SHIP TAKEOVER BID PUTS YAHOO IN A BIND

SPORTS

Texas Tech men's basketball head coach Bob Knight abruptly resigned Monday, months after signing a three-year contract extension. Knight has the most wins of any men's coach in major college basketball but was almost equally renowned for his fiery temper.

PAGE C1

MONEY

Microsoft Corp.'s $41 billion takeover bid appears to leave Yahoo Inc. with the unpleasant choice of selling to a detested rival or pursuing other agonizing alternatives likely to require the help of an even fiercer foe: Google.

PAGE C8

REGION

(AP) | Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains. Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday.

**URL:** <a href="/texis/search/story.html?table=et2008&id=47a8d294bf">HOOPS LEGEND KNIGHT JUMPS SHIP TAKEOVER BID PUTS YAHOO IN A BIND</a>

# POCONO RECORD

TUESDAY
February 5, 2008

**Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com**

Volume 114, No. 310 | © Copyright 2008 | 50 CENTS

# I-80 murder victim identified

**NOTE: This story first reported online at 2:04 p.m. Monday**

**By SUSAN KOOMAR and ANDREW SCOTT**
Pocono Record Writers

SWIFTWATER — Mystery surrounds Deanna Marie Null's violent death, but police can now look to her troubled life for answers.

Null was identified Monday as the woman whose dismembered remains were found last Tuesday dumped in garbage bags along Interstates 80 and 380.

Null, 36, had no permanent address, but lived in the Williamsport and Scranton areas, police said. She had a history of drug offenses and served time in state prison.

Nobody reported her missing. She was last seen alive in mid-January, said state police Lt. Robert Bartal at the Swiftwater barracks.

Her family contacted police after hearing a news report with a description of the murder victim.


FILE PHOTO/Pocono Record
State police monitor the scene on Interstate 380 northbound at the site where at least one bag of body parts was found last Tuesday.

based on autopsy results. Null was identified Friday by a forensic dentist.

She was last seen getting into a 1970s or 80s, dark-colored Cadillac or Buick sedan with a cloth or leather top, a four- or five-strip chrome luggage rack on the trunk lid and a white license plate (registration unknown). The driver was a black man, between 5 feet 9 and 6 feet tall, with a short, military-style

haircut and stocky build, police said.

Police want tips from the public. Call (570) 839-7701 or (866) 403-2946.

"We're trying to find out where (Null) was between the time she was last seen and the time her remains were found (as well as the identity of the driver of the vehicle she was seen getting into)," Bartal said. "We're

See **VICTIM**, Page A2


Deanna Null

**SUPER TUESDAY**






ASSOCIATED PRESS
Clockwise from top: Former New York City mayor Rudy Giuliani campaigns with Sen. John McCain; Sen. Hillary Clinton; former Massachusetts Gov. Mitt Romney and Sen. Barack Obama.

# Showdown 2008

## Pocono voters share their candidate choices

**By SUSAN KOOMAR**
Record Senior Managing Editor

Pocono voters have strong opinions on the presidential race even though Pennsylvania's far-off primary is not until April 22.

On Monday, we posted an invitation online asking readers to share their candidate preference.

Ron Paul was by far the favorite.

Reader Matt Ross put it succinctly: "Ron Paul. Why? Because he follows the Constitution. Period. End of story."

Interestingly, Ron Paul, to our knowledge, is the only presidential candidate with a visible presence in the Poconos so far. His supporters have rallied at Seventh and Main Streets in Stroudsburg, waving signs and talking with passersby.

A participant in our online forums went so far as to offer advice to Paul-loving Independents about Pennsylvania's closed primary (Independents aren't permitted to vote).

"To all the ones saying 'I would vote for

**MORE ONLINE:**
Some Pocono political leaders support changes to help Pennsylvania's primary earlier and open it to voters registered as Independent. Read their views at www.poconorecord.com/politics

Dr. Paul but I'm an independent.' You can change your registration to Republican for the primaries and then change back afterward. It's the Independents that will push him over the top if they would vote for him. My husband is registered Democrat and my son is an Independent, they are both changing to Republican so they can vote for Dr. Paul," wrote WhizzKid.

Among other Republicans, Mitt Romney and Mike Huckabee have support, but few spoke up for John McCain.

Ray Hiestand said, "(Romney) is a

See **VOTERS**, Page A2

## Leadership trumps ideology in election

**By GERALD F. SEIB**
Wall Street Journal

Democrats and Republicans have reached the biggest primary day in the nation's history with this much in common: No major candidate on either side has yet offered up ideas or policies that amount to a new ideological course for the country.

As voting unfolds today on this Super Tuesday, the two hottest candidates at the moment — Republican John McCain and Democrat Barack Obama — are most striking for their ability to appeal to independent voters in the middle of the ideological spectrum, and for their willingness to compromise to get there.

In other words, the election of 2008,

See **TUESDAY**, Page A2

# Congress earmarks $230M for people facing foreclosure

**By HOWARD FRANK**
Pocono Record Writer

U.S. Rep. Paul Kanjorski, D-11, on Monday announced $230 million in federal funding to help homeowners facing foreclosure, unveiling the program in Monroe County in what one agency director called "the epicenter of the subprime crisis."

"Many families facing the threat of losing their homes to foreclosure can negotiate changes to the terms of their mortgages if they communicate with their lenders, but the need help is understanding how to do that," Kanjorski said. "The funds will be used for credit counseling and intervention.

Counseling agencies will help homeowners facing financial distress to work with their lender to avoid foreclosure. The funds will make it possible for more families facing foreclosure

to get help in negotiating changes to their mortgages.

The counseling services will be provided through a combination of local, state and federal agencies. Representatives from several agencies accompanied Kanjorski for the announcement. Kanjorski chose Monroe County to announce the program, because, he said, the county was first to experience the devastating effects of predatory lending practices back in 2000.

"Monroe County's experience in predatory lending in 2000 provided insight into the problem the country now faces," Kanjorski said.

The program includes $180 million for NeighborWorks America, which will make grants to credit counseling agencies approved by the Department of Housing and

See **$230M**, Page A2


KEITH R. STEVENSON/Pocono Record
U.S. Rep. Paul Kanjorski, (D-Pa.), speaks to the public at a press conference in the Monroe County Commissioners office on Monday. Kanjorski announced programs to educate homeowners who face foreclosure.

**INSIDE the RECORD**

ADVICE & BRIDGE ... A9
BUSINESS ... B7
CLASSIFIED ... B8-10
COMICS, PUZZLES ... A8

ENTERTAINMENT ... A9
HOROSCOPE ... A9
LOCAL & REGION ... A3
LOTTERY ... A2
OBITUARIES ... A4
OPINION ... A6-7

POCONO LIFE ... B1-2
PUBLIC NOTICES ... B8
SPORTS ... B3-6
TV & WEATHER ... A10
U.S. & WORLD ... A5
YOUR COMMUNITY ... B2


**TODAY'S FORECAST**
Mostly cloudy with showers likely.
High: 48 to 52
Low: 44 to 48
Weather, A10



## VICTIM

*From Page A1*

trying to find anyone who saw or heard from her during that time period."

Null's remains, including her severed head, were found Jan. 29 in bags scattered along highways. The first of the bags was found on Interstate 380 in Coolbaugh Township by a Pennsylvania Department of Transportation crew treating roads in preparation for freezing rain. The bag was in the median.

Police have talked to Null's mother and a man who may have been her boyfriend. They have no suspects in the case yet.

Police would not say if all of Null's remains have been found.

When last seen, Null was unemployed, but had signed up with a temp agency, Bartal said.

A warrant for Null's arrest was issued in Sept. 2007 for non-payment of costs and fines.

In 2003, she was among seven people arrested in a $300,000 cocaine ring in Lycoming and Northumberland counties. Null was sentenced to one year of intermediate punishment — a type of supervised probation — along with 12 months of additional probation. But she violated the probation terms and was re-sentenced to state prison.

*Reporter Phil Holmes of the Williamsport Sun Gazette contributed to this story.*

BUY OR SELL 24/7
www.recordclassifieds.com

YOUR HOME
YOUR NEIGHBORS
YOUR NEWS

VISIT US ONLINE
www.poconorecord.com

## $230M

*From Page A1*

Urban Development, and $50 million through HUD's housing counseling assistance program.

Lenders want to help distressed borrowers — it's in their best interests. "Lenders do not make money on foreclosures. They want to keep people in their homes if they can," he said. The problem, according to Kanjorski, has been that many homeowners aren't aware of the options available to them as they face foreclosure.

"By merely contacting the lender, many of these homes can be taken out of foreclosure, and a new arrangement might be made," Kanjorski said.

Kanjorski estimates that three of every four homeowners facing foreclosure could be benefit

from the program. The counseling services will be offered free of charge.

Kanjorski blamed weakened regulations for the fall of the home mortgage market. "Less stringent rules were put in place to increase private home ownership," he said. Those rules led to irresponsible borrowing practices.

"We lost some of our good sense and honor in the U.S. Greed has taken over for some," he said.

To make the point, Kanjorski said that although about 70 percent of conventional mortgages escrow taxes and insurance, less than 25 percent of subprime loans do. Many homeowners are unaware of their insurance and tax obligations, and, without setting aside monthly funds to pay for it, they could fall into foreclosure.

Fixing the problem won't be

easy, though. Kanjorski said it will take many small solutions to help remedy the current credit crisis. "There is no silver bullet in this," he said.

Kanjorski said the counseling agencies have their own programs to reach out to people in need, and hoped that public service announcements might be used to help publicize the programs.

"This is the epicenter of the subprime mortgage crisis," Mike

Hanley said, referring to Monroe County. He is the executive director of the United Neighborhood Centers of North Eastern Pennsylvania, a non-profit housing counseling agency.

"What began in Monroe County is now affecting the country and is being felt all over the world," Hanley said.

Hanley encouraged those in trouble to contact his agency.

All three Monroe County com-

missioners attended Kanjorski's meeting, along with representatives Sen. Arlen Specter, R-Pa.; state Sen. Lisa M. Boscola, D-18; state Rep. Mario Scavello, R-176; and state Rep. John J. Siptroth, D-189.

Kanjorski said the $230 million appropriation is just for the current year. "We will be appropriating more money for sure," he said.

And he made his motive for the appropriation clear. "These people are Americans, and they are in distress. Let's help them," he said.

But for Sharon Davis, it's too little too late. A local resident who commutes to New York, Davis said she lost her home two years ago.

"People need to feel a sense of justice and to see that the predatory lenders are made accountable. I want people to be held responsible," she said.

## VOTERS

*From Page A1*

on how to resolve our problems before they get worse."

Similarly, cat48 on our forum wrote, "Romney has my vote because he understand economics, health care issues, war issues."

Huckabee is the "best all around candidate with the best moral values," in the opinion of Michael S. Ayers.

businessman and has practical solutions to our current problems ... My priorities are for defense, port, budget and energy. We need someone with fresh ideas

PWDRHound likes Ron Paul best, but will vote for McCain, who seems electable.

Among Democrats, support was pretty evenly split between Hillary Clinton and Barack Obama.

KarenD wrote, "Clinton. No way Obama. He's way too left. And no way would I ever vote

Republican again."

Americana11 hasn't found the ideal candidate: "I will vote Republican (probably Romney but I'm not sure yet.) I just wish there was a Republican in the running as energetic and eloquent as Obama is."

One of our regular forum commentators, fisty, is acutely

dissatisfied with the slate if choices: "Man, it's like picking your method of execution, firing squad, AIDs, cancer, hanging, gas chamber or beheading. The only difference is which takes longer, which is more painless. We need some much better choices. None of them rate over a 5 on my 1-20 scale."

## TUESDAY

*From Page A1*

thus far, is less about ideology and ideas and more about governing style and leadership ability — intangible qualities on which voters are placing a higher priority than on issues. The tenor seems a reflection of the country's mood: Many voters are in revolt against the partisan wars and bouts of gridlock that have gripped Washington in recent years, and are seeking effectiveness above all.

That makes the election debate so far quite different from, say, 1980, when Ronald Reagan settled a debate within the Re-

publican Party by offering a new conservative course of giant tax cuts and big defense spending. It's also different from 1992, when Bill Clinton molded a different Democratic Party by moving to the right on trade, the budget deficit and welfare reform. Those were big policy ideas that also happened to have big political impact.

Yet that doesn't appear to be what voters are seeking this primary season. On the Democratic side, "there is no correlation in the exit polls so far between the issues people think are important and the candidates they vote for," says Andrew Kohut, who conducts polling for the Pew Research Center. "It's about the qualities of the person."

In the South Carolina primary on Jan. 26, exit polls indicated that Democratic voters who said the economy was the most important issue voted for Sen. Hillary Clinton and Sen. Obama in nearly the same proportions

as did those who said the war in Iraq or health care were the most important issues. And in New Hampshire primary, Democrats who said they favored withdrawing all American troops from Iraq as soon as possible — votes who might have been expected to go toward Sen. Obama, the most staunchly antiwar candidate — instead broke for Sen. Clinton, 41 percent to 34 percent.

On the Republican side, a December Wall Street Journal/NBC News poll found that the characteristic on which John McCain ranked lowest among Republicans surveyed was: "Shares your position on issues." He scored higher on such traits as being knowledgeable and experienced enough to handle the presidency, and being honest and straightforward. Nevertheless, Sen. McCain has assumed clear front-runner status and was in a commanding position in national polls going

in today's primaries.

One Republican voter looking past issue positions is Rick Page of Wheaton, Ill., who works in commercial real estate. He says the economy is the top issue for him. He has studied former Massachusetts Gov. Mitt Romney's positions on the economy, he says, but has picked Sen. McCain for his governing style.

"I like the straight talk," Page says. "He just lays it out like it is. Sometimes it doesn't sound great. It's not what you want to hear, but you know what he believes."

Once the primaries are past, of course, there will be big differences on key issues between the Republican and Democratic nominees. In particular, there is likely to be a stark debate over the wisdom of the Iraq war, particularly if the nominees are Sen. McCain, who has turned defense of the war into a cornerstone of his candidacy, and Sen. Obama, who has trumpeted his opposition to the war from the outset.

If Sen. McCain is the Republican nominee, that will bring about a "fundamental debate," says William Galston, an analyst at the Brookings Institution who worked in the Clinton White House. "Sen. McCain sees the future of Iraq through our experience in West Germany and South Korea," which became permanent outposts of Ameri-

can power, Galston says. A young Democratic nominee isn't likely to share that vision, he says.

But that debate will be more about dealing with the residue of a past decision — the Iraq invasion — than about charting a new ideological course for America in the world. Indeed, the debates now under way within the two parties are striking for their lack of new direction.

To some extent, voters seem to be looking for candidates who can transcend the paralyzing policy debates of the past decade, a feature of a national government closely divided between Democrats and Republicans. To many voters, precisely what gets done seems less important than the prospect that something actually will get done.

The growing numbers of voters registered as independents, and the tendency of young voters to respond to Sen. Obama's portrayal of himself as a "post-partisan" politician, show the direction public sentiment is moving.

"Results do matter, and competence matters," says Kansas Gov. Kathleen Sebelius, a supporter of Sen. Obama. "But at

See TUESDAY, Page A3



TUESDAY'S DEAL
OF THE WEEK!

FREE 11 oz. cup of
Top of the Mountain
COFFEE

GAP MINI MART

33% OFF
Any One Regular Priced Item
$19.99 and up*

THE GREEN GOOSE
TOY STORE

Corner of Ninth & Main Streets, Stroudsburg
STROUDSBURG • 570-422-6550
Open Mon.-Sat. 10:00 AM - 6 PM • Sunday Closed

Back and Neck Pain
All Orthopedic Injuries
Sports, Work, & Auto Injuries
Rehab and Fitness
Performance Enhancement Specialist
Most Insurances Accepted
Early, Late, and Saturday Appointments

Summit
Physical Therapy
Jeffery J. Sukenick, MSPT, Cert. PES
Rt. 940 / Pine Brook Plaza • Pocono Summit • (570) 839-5818
Free Custom Fit Orthotic Evaluation With Ad

NO POINTS
• PURCHASE • REFINANCE • CONSTRUCTION

5.75%
5.872% APR*
30 YR. FIXED RATE MORTGAGE
Other rates and terms available.
*Annual Percentage Rate. Rate for 30 years requires a
360 monthly payments of $583.57 per $100,000 borrowed.

Citizens
SAVINGS BANK
Mortgage Specialists Since 1902
45 Pocono Boulevard, Mt. Pocono   839-8891   Deborah Kakareka, Branch Manager

POCONO RECORD
Your home. Your neighbor. Your news.

Established April 2, 1894
Division of Ottaway Newspapers of Ottaway Newspapers, LP
511 Lenox Street, Stroudsburg, PA 18360
570-421-3000 • 800-755-4357

poconorecord.com
Your online source for Pocono news and information.

poconorecord.com/sage
Monthly magazine for readers over 60; (570) 420-4344

poconorecord.com/espn
Eastern Pocono Community News

Weekly newspaper serving eastern Monroe and lower Pike counties. (570) 420-4344

Member of the Audit Bureau of Circulations

### How To Reach Us

News
News         570-420-4484
Sports       570-420-4389
Lifestyles   570-420-4484
Editorial Page 570-420-4348
Fax          570-421-6284
Toll Free    800-756-4237

Advertising
Classified   570-421-3030
Fax          570-424-2625
Retail       570-421-3000
Fax          570-424-2056
advertising@poconorecord.com

Subscription Services
Customer Service Hours
Monday - Friday 8 am - 5 pm
Saturday 8 am - Noon
Sunday 8 am - 11 am

LOTTERIES

Numbers drawn
Monday, Feb. 4, 2008

PENNSYLVANIA
www.palottery.com
MIDDAY DAILY: 8-2-4
MIDDAY BIG FOUR: 9-2-3-9
TREASURE HUNT: 1-12-20-25-26
DAILY: 3-6-6
BIG FOUR: 4-1-0-2
CASH FIVE: 2-11-18-27-33
Update: One player matched all five numbers. Will collect $125,000.
MATCH 6: 9-10-19-16-12
Update: No winner. Thursday's jackpot worth $165,000.

NEW JERSEY
www.state.nj.us/lottery
MIDDAY PICK THREE: 2-7-4
MIDDAY PICK FOUR: 3-4-9-6
PICK THREE: 0-0-1
PICK FOUR: 0-9-0-6
CASH FIVE: 3-4-15-22-31
PICK SIX: 7-10-11-22-46-49

NEW YORK
www.nylottery.org
MIDDAY DAILY: 3-6-9 Lucky Sum: 18
MIDDAY FOUR: 8-8-3-9 Lucky Sum: 28
DAILY NUMBER: 6-1-4 Lucky Sum: 11
MIDDAY FOUR: 3-7-3-6 Lucky Sum: 19
PICK TEN: 1-4-5-9-23-25-26-30-33-40-48-49-50-56-60-66-67-70-75-76

I-80 murder victim identified (with video) - poconorecord.com - T...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



I-80 murder victim identified (with video) - poconorecord.com - T...       http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# I-80 murder victim identified (with video)

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

Photo 1 of 3 | Zoom Photo +



Deanna Marie Null, murder victim.

Text Size: A | A | A

🖶 Print this Article       ✉ Email this Article
📶 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

del.icio.us       Digg This Story
reddit            STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine

search PoconoRecord.com   FIND IT!

DirectBuy®  **Buy Direct!**



By *Andrew Scott*
February 05, 2008

SWIFTWATER — Mystery surrounds Deanna Marie Null's violent death, but police can now look to her troubled life for answers.

Null was identified Monday as the woman whose dismembered remains were found last Tuesday dumped in garbage bags along Interstates 80 and 380.

Null, 36, had no permanent address, but lived in the Williamsport and Scranton areas, police said. She had a history of drug offenses and served time in state prison.

Nobody reported her missing. She was last seen alive in mid-January, said state police Lt. Robert Bartal at the Swiftwater barracks.

Her family contacted police after hearing a news report with a description of the murder victim based on autopsy results. Null was identified Friday by a forensic dentist.

**RELATED STORIES**

State police lieutenant discusses Deanna Null murder  📹 **VIDEO**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

She was last seen getting into a 1970s or 80s, dark-colored Cadillac or Buick sedan with a cloth or leather top, a four- or five-strip chrome luggage rack on the trunk lid and a white license plate (registration unknown). The driver was a black man, between 5 feet 9 and 6 feet tall, with a short, military-style haircut and stocky build, police said.

Police want tips from the public. Call (570) 839-7701 or (866) 403-2946.

"We're trying to find out where (Null) was between the time she was last seen and the time her remains were found (as well as the identity of the driver of the vehicle she was seen getting into)," Bartal said. "We're trying to find anyone who saw or heard from her during that time period."

Null's remains, including her severed head, were found Jan. 29 in bags scattered along highways. The first of the bags was found on Interstate 380 in Coolbaugh Township by a Pennsylvania Department of Transportation crew treating roads in preparation for freezing rain. The bag was in the median.

Police have talked to Null's mother and a man who may have been her boyfriend. They have no suspects in the case yet.

Police would not say if all of Null's remains have been found.

When last seen, Null was unemployed, but had signed up with a temp agency, Bartal said.

A warrant for Null's arrest was issued in Sept. 2007 for non-payment of costs and fines.

In 2003, she was among seven people arrested in a $300,000 cocaine ring in Lycoming and Northumberland counties. Null was sentenced to one year of intermediate punishment — a type of supervised probation — along with 12 months of additional probation. But she violated the probation terms and was re-sentenced to state prison.

Reporter Phil Holmes of the Williamsport Sun Gazette contributed to this story.

HOME

📶 Be the first to know - Sign up for text alerts     ✉ Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

I-80 murder victim identified (with video) - poconorecord.com - T...      http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



**2 of 3**   ◄ ►



PoconoRecord.com

State police monitor the scene on Interstate 380 northbound at the site where at least one bag of body parts was found last Tuesday.

*FILE PHOTO/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

3 of 3



State police Lt. Robert Bartal speaks to reporters at the Swiftwater barracks Monday afternoon.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar



NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____]  [search]
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions          [1] 2 3 ... 12 13 14          Keep Reading

---



1 of 134

On Feb 5, 2008 at 04:52 AM, mikester935 said:

Regardless of her past, nobody deserves this. I hope they catch the #### or bastards responsible. My prayers are with her family.

**mikester935**
My Comments
Member Since:
12/27/2006

---



2 of 134

On Feb 5, 2008 at 05:55 AM, CatchurDream said:

Mike...I agree , I said that last night , no matter what her past held, she was still a mother, daughter , and most of all a human being didn't deserve to die that way. Hopefully they will catch the b\*\*stard who did this, do the same to him/them as they did to her...Prayers go out to the family

**CatchurDream**
My Comments
Member Since:
12/9/2007

---

3 of 134

On Feb 5, 2008 at 06:41 AM, njaypa said:

sounds like she may have caused her own destruction. However, it was still a life worth saving

**njaypa**
My Comments
Member Since:
7/31/2007

---



4 of 134

On Feb 5, 2008 at 06:56 AM, zeeba said:

How tragic and it is so sad that the photograph used had to be her mug shot.

**zeeba**
My Comments
Member Since: 2/2/2008

---

5 of 134

On Feb 5, 2008 at 07:28 AM, PantherProud said:

Rest in peace Deanna. Your life may have been troubled, but you didn't deserve to die like that! I hope that they catch the monster who did this. My prayers go out to your family.

*Edited 2/5/08  by  PantherProud*

**PantherProud**
My Comments
Member Since:
10/23/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]

thepoconos.com/jobs

Find a Job

**TOP JOBS**

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

SALES CLERK CLOTHING
Stroudsburg, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

**6 of 134**



On Feb 5, 2008 at 07:32 AM, Saoirse said:

How sad,,,, 36 yrs old and a mother , last seen in mid January and nobody reported her missing thats just so sad.

**Saoirse**
My Comments
Member Since: 3/1/2007

**7 of 134**



On Feb 5, 2008 at 07:45 AM, despondent said:

At least now we know, she isn't a "Jane Doe" anymore. No one deserves what was given her.

**despondent**
My Comments
Member Since: 9/15/2007

**8 of 134**



On Feb 5, 2008 at 07:48 AM, twg8161 said:

So unbelievably tragic. Sadly, her past involvement with drugs and the scum that so often wallow in that world probably was a major factor in her violent death. All the more reason to do everything we can to impress upon our kids the dangers of getting involved with drugs.

**twg8161**
My Comments
Member Since: 1/26/2007

**9 of 134**



On Feb 5, 2008 at 07:58 AM, Hiya81 said:

How sad and horrible that they cant start off with "in loving memory of..." Instead they have to talk about her 2003 drugs.... give me a f

**Hiya81**
My Comments
Member Since: 1/19/2008

**10 of 134**

On Feb 5, 2008 at 08:42 AM, njreader said:

When you live this type of life style, this is what happens.

**njreader**
My Comments
Member Since: 2/5/2008

Discussions          [1] 2 3 ... 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

**TOP CARS**



2007 Kia Optima
Brown Daub Kia

2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet

2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet

2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

Show All Featured Cars

Subscribe To The
Pocono Record

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                         Search [_____]

All Message Boards > Pocono Record News Forum > Reader Reactions >         Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions                 1 2 3 4 ... 12 13 14                 Keep Reading



**windgap927**
My Comments
Member Since:
2/16/2007

**On Feb 5, 2008 at 09:43 AM, windgap927 said:**                            11 of 134

I think as we post, we should remember this, if this was your child, your sister, or your mother, would you want to read what you are typing? Would you want to hear that this is what happens when you get involved in all this? We all know that hanging out with certain types of people increases your risk of harm, but what about all the people - men, women, children, young, old, weak, strong - who just disappear? Look at the missing persons reports and you will see, people of all cultures and lifestyles just vanish. I am hoping stories start coming out from her friends and families about how much she was cared about and good things she has done.

Message 5002.12 was deleted



**pacharlie**
My Comments
Member Since:
8/15/2007

**On Feb 5, 2008 at 09:58 AM, pacharlie said:**                            13 of 134

I agree with you Windgap and I do hope Good stories also come of this, BOTH stories should be told, if we hide the drug aspect of this how will our children learn what Drugs and crime can do to a person. This story scared the hell out of my kids one a teen, Now I can tell them that drugs probably played a role in it and scare them more. Maybe this story will scare a "user" enough for them to seek help, you never know. People need to hear consequences of actions. I am sure this woman was not a bad person, she was a mother and a daughter who made the wrong choices in life and my heart goes out to her family, I do not want my kids going down that path and education is important. Mabey Deannas story can help others out there.

**On Feb 5, 2008 at 09:58 AM, Momsof2 said:**                            14 of 134

May she rest in peace. No matter what her life style was, no one deserves to die like this. How sad as a society we are to speak such ill of the dead.........

**Momsof2**
My Comments
Member Since: 2/1/2008

**On Feb 5, 2008 at 09:59 AM, ConcernedLocal said:**                      15 of 134

Nobody should be judging on how this women lived her life, lets face it society today has become so messed up that these terrible, horrific acts happen no matter if you are a drug user or just an average jo. She was a person who someone loved out there, and no human being deserves to have there life end like this because of there track record. I had a brother in law who had a similar track record and was beat to death on his birthday and left to die in a steel mill in Claymont Delaware, his murders are still at large and this was 10 years ago, my husbands family faces a terrible feeling in there gut everyday. Think before your criticle!!!

**ConcernedLocal**
My Comments
Member Since:
8/15/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

thepoconos.com/cars
Find a Car

**TOP JOBS**

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...
Photo Coming Soon

View All Featured Ads

**16 of 134**



pacharlie
My Comments
Member Since:
8/15/2007

On Feb 5, 2008 at 10:02 AM, pacharlie said:

Momsof 2,
Pocono Record is not speaking "ill" of the deceased, they are stating facts that may have lead up to the events that happened, it is important. Mabey a family member will come foward and make a statement on the type of good person she was, dispite the addiction, intill then what would you like the PR to write?

TOP CARS


$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury


2005 GMC Sierra 1500
Brown Daub Kia


2007 Kia Optima
Brown Daub Kia


$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The Pocono Record

**17 of 134**



Momsof2
My Comments
Member Since: 2/1/2008

On Feb 5, 2008 at 10:03 AM, Momsof2 said:

I wasn't speaking of the Record. I was speaking about some of the comments.

**18 of 134**



windgap927
My Comments
Member Since:
2/16/2007

On Feb 5, 2008 at 10:05 AM, windgap927 said:

I am glad the details like this came out, but I just wanted people to watch what they say, because family members of victims read this as well. Yes, kids need to be scared! And this is a good story to do it with, in your home, but on forums, it leaves a bad taste in my mouth. Anyone know how to get ahold of the Jehovah's witnesses in Rosetto??

**19 of 134**



pacharlie
My Comments
Member Since:
8/15/2007

On Feb 5, 2008 at 10:07 AM, pacharlie said:

Momsof2,
Ok yes I agree people should watch what they write on the forums, I am sorry I miss understood your comment, sorry.

**20 of 134**



cali007
My Comments
Member Since:
2/13/2007

On Feb 5, 2008 at 10:33 AM, cali007 said:

"How sad as a society we are to speak such ill of the dead..."

I don't see anyone speaking very "ill" of the victim. People are simply stating the facts of the case as we know them thus far. No name calling or wild speculation that I've noticed.

Discussions            1 2 3 4 ... 12 13 14            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                                    Search

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

---

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions          1 2 [3] 4 5 ... 12 13 14          Keep Reading

---



                                                                    21 of 134
On Feb 5, 2008 at 10:54 AM, Momsof2 said:

There was last night and thankfully they have been deleted.

**Momsof2**
My Comments
Member Since: 2/1/2008

---



                                                                    22 of 134
On Feb 5, 2008 at 11:02 AM, NWT said:

Lets all be hopeful that this case will be solved quickly and the family can start the healing process.

**NWT**
My Comments
Member Since:
1/31/2008

---

                                                                    23 of 134
On Feb 5, 2008 at 11:25 AM, hscott said:

This is a terrible thing that happened. Is it any surprise she was getting in a car with white plates i.e. New York?

hscott
My Comments
Member Since:
8/12/2007

---



                                                                    24 of 134
On Feb 5, 2008 at 11:30 AM, windgap927 said:

We had a matching car come into our driveway this weekend. A couple people stayed in it (various races) and two came to our door. The one's face obscured by a hat. We didn't open the door. Freaked us out but then we saw the description in the paper and my husband wanted me to call the cops, but I didn't want to overreact. I was like, sweety, what are the chances THAT car would come to OUR driveway of all places! It wasn't Jeh Witt though. I called them.

**windgap927**
My Comments
Member Since:
2/16/2007

---

                                                                    25 of 134
On Feb 5, 2008 at 11:31 AM, Rubix_Qewb said:

i DIDNT THINK IT WAS A MUGSHOT, I THOUGHT IT WAS A DRIVERS LICENSE PICTURE.

**Rubix_Qewb**
My Comments
Member Since:
4/11/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!





Pocono Record
Daily Headlines
Breaking News Updates
Sign Up Now

**TOP JOBS**
ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

SALES CLERK CLOTHING
Stroudsburg, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                                   http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



**njreader**
My Comments
Member Since: 2/5/2008

26 of 134

On Feb 5, 2008 at 11:35 AM, njreader said:

A type of person that lives this life style does not think about getting in a car with white plates or anything else for that matter. A person involved in drugs or has a jail record, things and acts differently then most people.

Anyone with the life style she had and probably had for years usually winds up in a bad situation.

It is very sad, but this is what happens. To bad the drugs take over and they don't think clearly.

**TOP CARS**



**$15,900**
2006 Dodge Dakota
Mick Motors



2003 Kia Rio
Brown Daub Kia



2001 Ford Escape
Brown Daub Kia



2006 Mazda MAZDA6
Brown Daub Kia

Show All Featured Cars



**Chadwick**
My Comments
Member Since: 2/7/2007

27 of 134

On Feb 5, 2008 at 11:51 AM, Chadwick said:

"A person involved in drugs or has a jail record, things and acts differently then most people."

I'm not completely sold on the idea it was drug related just because she was arrested for drugs in the past. Drugs cannot be deemed the be all end all reason for anything bad that happens to an individual after a drug arrest.

As for people that have been in jail thinking differently, I've counseled many people recently released from prison over the years. Many of them have seen the error in their ways and go on to be upstanding citizens. There is the real world and then there is the world put forth by Hollywood where anyone convicted of a crime or with a previous addiction is some embodiment of evil that can never be trusted again because they are no longer like "us".

In the end it could be drug related, but I think it is a little early to rule out everything else.





**Jeanne62**
My Comments
Member Since: 1/4/2008

28 of 134

On Feb 5, 2008 at 12:04 PM, Jeanne62 said:

having lost my brother on my birthday Nov 7 of this past year after being missing and found two days later floating in lake Monroe I can tell all of you who write the family dose see this and some of your comments are never forgotten.My brothers death is now being investagated.yes my family fought the long drug battle with my brother with witch we failed.30 long hard years.so please dont judge or write things that the family have to bare added pain.



**lovingpa**
My Comments
Member Since:
7/13/2007

29 of 134

On Feb 5, 2008 at 01:17 PM, lovingpa said:

hscott - Deanna Marie Null was a white female from Williamsport and Scranton area. She had a history of drug offenses and served time in state prison. She was arrested in a $300,000 cocaine ring in Lycoming and Northumberland counties. Not cool to speak ill of the dead but what gives you the right to make this a New York person thing? Because the license plate was white? That is pitiful, insecure and needless to say really reaching! You should not strain at a gnat and swallow a camel.



**transplantednyer**
My Comments
Member Since: 3/9/2007

30 of 134

On Feb 5, 2008 at 01:30 PM, transplantednyer said:

Editor1: Do we know if they did any tests on the fluids in the body for illegal substances ? If she was clean maybe all these people would stop trashing her. Its all fun and games till it happens to you... I was raised that if you dont have anything good to say dont say anything..... I'm glad to been raised the right way .

Discussions                    1 2 3 4 5 ... 12 13 14              Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

Tuesday, December 09, 2008             HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar



NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [        ]  🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions        1 2 3 4 5 6 ... 12 13 14        Keep Reading



**On Feb 5, 2008 at 01:37 PM, hscott said:**

longinpa: am I mistaken or ar New York plates not white? - just making a point of it. Yes the VICTIM was from PA, but where Oh where could this murderous butcher be from is our next question to be answered.

*Edited 2/5/08   by hscott*

hscott
My Comments
Member Since:
8/12/2007

---

32 of 134

**On Feb 5, 2008 at 01:43 PM, cali007 said:**

Has there been anything written about drug abuse? I may have just missed it, but I don't recall seeing abuse. From what I've read it seems she was arrested for distribution. People brought down by a DA investigation of a distribution circle are rarely addicts. They are dealers. Also, before they ID'd her it said the victim was "heavy set". Someone who habitually uses cocaine, heroin, meth, etc. is not "heavy set", quite the opposite in fact. Especially after years of abuse, as some of these post insinuate.

I just don't think we know enough yet to even make an educated guess as to what happened.

cali007
My Comments
Member Since:
2/13/2007

---

33 of 134



**On Feb 5, 2008 at 01:44 PM, windgap927 said:**

The facts are there for what they are worth. She had a bad past and she made mistakes that could have put her in harms way. However, I am just upset that is all we have heard about her. What about what she was like as a daughter, friend, mother etc. Getting involved in drugs and with the people who sell them is putting yourself at risk. But like I have said before, it could just have easily been me coming out of the supermarket and taken. Would we assume then that food shopping increases your risk and must have led to my death? I just think I was upset by the sense that a lot of people were saying that she put herself in harms way and we shouldn't be surprised. That you get involved in drugs and look what happens. Drugs are bad! All people should know that and stay away, but some people are killed because of them while others end up becoming president! So, generalizations dont always work. It could have been entirely a domestic dispute or a randorn act. We do not know, so to go and assume it was because of things SHE did is disrespectful to her family. She was the victim of a violent crime. It is the family's place to warn the public that if it turns out drug related, that you should watch who get involved with. For us to say it is cruel.

windgap927
My Comments
Member Since:
2/16/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

**TOP CARS**


**$15,900**
2006 Dodge Dakota
**Mick Motors**


2003 Kia Rio
**Brown Daub Kia**



2001 Ford Escape
**Brown Daub Kia**

2005 Ford Freestyle
**Brown Daub Ford Lincoln Mercury**

*Show All Featured Cars*



---

34 of 134


**cali007**
My Comments
**Member Since:**
2/13/2007

On Feb 5, 2008 at 01:45 PM, cali007 said:

"I'm not completely sold on the idea it was drug related just because she was arrested for drugs in the past."

Well said.

---

35 of 134


**windgap927**
My Comments
**Member Since:**
2/16/2007

On Feb 5, 2008 at 01:46 PM, windgap927 said:

Ny does have some white plates. I posted a message with all the legit colors for neighboring states. CT, VA, DC, PA (white in middle and also the DARE (irony) license plates are white), and many others have white. Too many to assume where it is from. NJ is yellow and most people around here can spot a Jersey plate a mile away!

---

36 of 134


**windgap927**
My Comments
**Member Since:**
2/16/2007

On Feb 5, 2008 at 01:52 PM, windgap927 said:

And because SHE was from Scranton doesn't mean he or they are. If you look at how they drove, they could have picked her up, did what they did, and then came towards Stroudsburg, turned around and hopped on 33 and gone towards Allentown, NJ, anywhere. They could be from ANYWHERE! I am sure they will be checking surveillance cameras from the area to see if a bank's camera got a glimse of it. At least, that is what the CSI's do!!! We will not know until they catch the bastards and there are enough people aware of this crime that someone knows something and will come forward. If it is drug-related, they could always get someone trying to make a deal in the future that comes forward. I think we will know who it is relatively soon. Too many people care about this poor girl now to let it go.

---

37 of 134


**hscott**
My Comments
**Member Since:**
8/12/2007

On Feb 5, 2008 at 02:10 PM, hscott said:

windgap927 AKA CSI: I realise you are trying to be fair until all the facts are in. I just hope they are pouring over the eastbound video on Rt 80 & 84

---

38 of 134



On Feb 5, 2008 at 02:15 PM, windgap927 said:

hahaha. No, I just saw the csi where they checked the videos - never thought about that! I hope so too. I just know thinking they are from NY might give us a false sense of security thinking they aren't from here or allentown, etc. It isn't about being fair assuming where they are from, it's not leaving any option open.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

windgap927
My Comments
Member Since:
2/16/2007

**39 of 134**



On Feb 5, 2008 at 02:27 PM, l39eng said:

I knew this girl growing up and she was a good kid....just got in with the wrong crowd and never made her way back out. She has a wonderful, loving family who must be devastated.

l39eng
My Comments
Member Since: 2/5/2008

**40 of 134**



On Feb 5, 2008 at 03:25 PM, wawa55 said:

l39eng- I am so sorry for your loss.

wawa55
My Comments
Member Since:
1/31/2007

Discussions              1 2 3 [4] 5 6 ... 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast/Radar

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)

Discussions      1 2 3 4 **5** 6 7 ... 12 13 14      Keep Reading

---



**I39eng**
My Comments
Member Since: 2/5/2008

**41 of 134**

On Feb 5, 2008 at 03:28 PM, I39eng said:

Thank you. It has been a lot of years since I have seen her. Her sister and I were very close growing up. I just ask that everyone keep her family in their thoughts and prayers.

---



**CallMeRonnie**
My Comments
Member Since:
12/27/2006

**42 of 134**

On Feb 5, 2008 at 03:34 PM, CallMeRonnie said:

Life on the street is hard and makes one vulnerable, especially women, I think. If this isn't drug related, and it might not be, it's scary to think there is someone so sick running around, who would do this to a stranger.

---



**Shemeka**
My Comments
Member Since:
1/24/2007

**43 of 134**

On Feb 5, 2008 at 04:18 PM, Shemeka said:

too many wholes to speculate. but i'm going to assume she was prostituting, no?

---

**Shemeka**
My Comments
Member Since:
1/24/2007

**44 of 134**

On Feb 5, 2008 at 04:19 PM, Shemeka said:

and i hate to follow stereotypes, but that car description is a pimp mobile. the police need to find other prostitutes in the area and find out who the low-budget pimp is and taa daa.

---

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com [ FIND IT! ]


thepoconos.com/jobs

Find a Job

**TOP JOBS**
**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

45 of 134



**gonzoso**
My Comments
Member Since:
12/8/2007

On Feb 5, 2008 at 04:30 PM, gonzoso said:

IT is not up to us to judge her for how she lived. It is up to us to prevent this from happening again and punish whoever did this. The way the authorities reacted seems to indicate someone that has done this before and will do this again. Someone that would do what they did was seeking attention. They could have just as easily put the parts in a swamp somewhere. If that is the case that means they are most likely reading this. Cool. PA is a shall issue state. Anyone with a clean record, references to vouch they are not crazy dope fiend-drunks, and the will to do so can carry a concealed firearm. I would recommend if you have the knowledge, training, and the will to go do so. Or get mace, anything to not be a victim sheep. Spitfire makes a good, cheap, concealable keychain mace for those people not comfortable with firearms. Do not be a victim, this person(people?) is/are still out there.

TOP CARS


**$15,495**
2006 Jeep Liberty
Brown Daub Dodge


**$6,373**
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


**2005 Cadillac CTS**
Brown Daub Buick Pontiac Chevrolet


**$17,988**
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The Pocono Record

46 of 134



**pacharlie**
My Comments
Member Since:
8/15/2007

On Feb 5, 2008 at 04:32 PM, pacharlie said:

Shemeka, you are to funny. I would miss you if you were not on here :)

47 of 134



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 5, 2008 at 04:40 PM, Shemeka said:

gonzoso, in no way shape or form am i judging this lady. that's not my style. truth be told we all have drug addicts, etc... in our own families - i know i have a few in my own. so.....all i'm doing is following the stereotype and making an analysis. that this car description sounds like a pimp type car. and if this guy spreaded her body all across the highway, maybe it was to send the rest or the prostitutes a message about messing with his money or something, or maybe she robbed him or whatever - but this murder style don't really sound like a pimp type of thing. so on the other hand, maybe this guy was just her pimp and picked her up, got his money, dropped her back off, and she got into another "johns" car and you know you have to be some kind of freak to pick up a prostitute these days with all this disease mess going around anyway. do you ever watch them "life on the street" kind of shows at night? all those prostitutes describe some crazy azz men, and i mean crazy with all kinds of freaky off the wall things they like done. sooo....her being a prostitute would make perfect sense.

48 of 134



**Shemeka**
My Comments
Member Since:
1/24/2007

On Feb 5, 2008 at 04:41 PM, Shemeka said:

pacharlie. hey there, sweet pea. lolololol yeah even though there are a lot of wholes, her being a prostiture would make perfect sense to this story.

**49 of 134**

Jules
My Comments
Member Since:
12/22/2006

**On Feb 5, 2008 at 04:46 PM, Jules said:**

gonzoso
I agree the thing about it is how Obvious they were!! Throwing the body in plain sight you got it there were so many places that it would take a long time to find they wanted it found pretty quickly! The fact of what they did to this poor woman regardless how she lived is sick & to flaunt it like this is disturbing!

The 1st thing I thought of was the person who skinned those dogs & left em for everyone to find then to hear this I said to my husband did they graduate to a person now.

Sorry to this family no one deserves this & my prayers go out to you I hope they catch who ever did it cause they could do it again if they had the guts to do it like that!

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast/Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                         Search [        ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions          1 2 3 4 5 6 7 8 ... 12 13 14          Keep Reading

---

51 of 134



**On Feb 5, 2008 at 04:54 PM, Shemeka said:**

i know Norm, you picked her up one night eh? 80)

Shemeka
My Comments
Member Since:
1/24/2007

---

52 of 134

**On Feb 5, 2008 at 04:57 PM, gonzoso said:**

I wasn't saying you were stereotyping, I was not refering to your post at all, the reply button was just the closest one:) You were thinking and creating a hypothesis which is good. What isn't good is all these other people saying "oh, she was a druggie, she got what she deserved." This is not useful. Her history could be used to find out what happened, but criticizing her lifestyle is insensitive and a waste of time. Personally, I have been teaching my gf more self defense basics and maintaining situational awareness. Police won't protect anyone, they are there to punish, not prevent. People have to realize they are responsible for their own safety.

gonzoso
My Comments
Member Since:
12/8/2007

---

53 of 134



**On Feb 5, 2008 at 04:57 PM, pacharlie said:**

To Funny. Norm I think she does have just a familiar look.

pacharlie
My Comments
Member Since:
8/15/2007

---

54 of 134



**On Feb 5, 2008 at 05:00 PM, Shemeka said:**

gonzo, wow, don't tell me people were posting that she got what she deserved. damn. i didn't read all the posts i just read the article and then jumped right in. but you know what....i am not surprised, some of these people are very heartless and this is a perfect example. damn them.

Shemeka
My Comments
Member Since:
1/24/2007

---

55 of 134

**On Feb 5, 2008 at 05:01 PM, Shemeka said:**

aww, gotta run yall. i'll hollar at ya later.

Shemeka
My Comments
Member Since:
1/24/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/cars

Find a Car

**TOP JOBS**

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon          WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

TOP CARS

**56 of 134**

On Feb 5, 2008 at 05:01 PM, pacharlie said:

ED1,Can you get some nice pics from the family?



pacharlie
My Comments
Member Since:
8/15/2007


 

2005 GMC Sierra 1500    2007 Kia Optima
Brown Daub Kia         Brown Daub Kia

**57 of 134**

On Feb 5, 2008 at 05:04 PM, Nimrod and norm (Norm) said:

Sorry to burst you bubble,I don't swing that way,get your mind out of the gutter,I think I worked with her at a resort,she was a maid,I think,was along time ago.



Nimrod and
norm (Norm)
My Comments
Member Since:
5/11/2007



2005 Buick LaCrosse        2008 Dodge Dakota
Brown Daub Buick Pontiac    Brown Daub
Chevrolet                  Chevrolet-Volvo

Show All Featured Cars

**58 of 134**

On Feb 5, 2008 at 05:08 PM, windgap927 said:

shemeka - you are assuming she was a hooker! that is heartless. Last time I heard, most hookers dont go looking for temp work! lets leave the poor girl and family alone until we know everything.



windgap927
My Comments
Member Since:
2/16/2007



Subscribe to the Pocono Record

**59 of 134**

On Feb 5, 2008 at 05:09 PM, windgap927 said:

at caesars resort????



windgap927
My Comments
Member Since:
2/16/2007

**60 of 134**

On Feb 5, 2008 at 05:11 PM, CatchurDream said:

Most of you are still forgetting that no matter what her past held, she was still a -laughter, sister & mother, have some respect , you have no clue if thefamily is reading this , and if they are how do you think they are feeling . Knowing that everyone thinks that because she had a not so great past that somehow she asked for this. Give me a break no one should die that way .

*Edited 2/5/08  by  CatchurDream*



CatchurDream
My Comments
Member Since:
12/9/2007

Discussions          1 2 3 4 5 6 7 8 ... 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...





Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                              Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions          1 2 3 ... 5 6 **7** 8 9 ... 12 13 14          Keep Reading

---



**pacharlie**
My Comments
Member Since:
8/15/2007

**61 of 134**

On Feb 5, 2008 at 05:20 PM, pacharlie said:

NO ONE in here ever said anyone deserves to die that way, and our hearts do go out to the family, we are just trying to throw pieces of the puzzle together to see how this all became. No one is saying anything bad about her personally. People sometimes get mixed up in things, bad things and can not get out of them that does not make you a bad person, it means you made wrong choices, I am sure she was good hearted, like another forum said she knew her and she went down the wrong path as a younger woman & could not turn back. It happens to people everyday, like I said I wish the family would come forward with some positive stories about her, I am sure there are many.

---



**windgap927**
My Comments
Member Since:
2/16/2007

**62 of 134**

On Feb 5, 2008 at 05:27 PM, windgap927 said:

norm -- did you work at caesars? i worked with a maid who looked similar, but wasnt her -- dif name if i remember correctly, but VERY similar!!!!

---

**1234**
My Comments
Member Since: 1/9/2007

**63 of 134**

On Feb 5, 2008 at 05:33 PM, 1234 said:

I agree with catchurdream. Many of the posts here are just tasteless and unthoughtful. I don't see why we need the family to come forward. We should be going to them with our condolences.

To Deanna's family, I am so sorry for your loss. I cannot imagine losing a child or sister. I will pray the killer is soon caught and brought to justice. Blessings to all of you.

---

**sythdrummer90**
My Comments
Member Since: 2/5/2008

**64 of 134**

On Feb 5, 2008 at 05:35 PM, sythdrummer90 said:

This is the boyfriend of the daughter of this lady. I prefer to remain annonymous. For all you people who have said such terrible thing on here, do the family a favor and go to hell. The family got ahold of this site, and they were distraught to see what other people have said on here. Their family is in ruins right now, and all everyone here is doing is making it worse. But thank you to the people to send their sympathy- im sure the family appreciates it greatly. But remember, the family is seeing what you write.

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

thepoconos.com/jobs



Find a Job

**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon    Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

**TOP CARS**


2005 GMC Sierra 1500
**Brown Daub Kia**


2007 Kia Optima
**Brown Daub Kia**

2005 Buick LaCrosse
**Brown Daub Buick Pontiac Chevrolet**

2008 Dodge Dakota
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars


Subscribe To The
Pocono Record

**65 of 134**


anonymous91
My Comments
Member Since: 2/5/2008

On Feb 5, 2008 at 05:40 PM, anonymous91 said:

I'm sorry you had to go like this mom. I want everyone to know that even though she made some bad choices, she still loved me very much and she did the best that she could to give me a life that was meaningful. I know most people wouldn't want a mother like that, but I accept her anyways and I wouldn't ask for anything more. I hope that the police find the #### who murdered her and he burns when he dies, I hope he gets what is coming to him. My family and I are VERY devastated as to what happened, and for all of you out there who are saying #### about the incident, you need to have some respect for me and my family. You have NO idea how hard of a time we're having and it makes it even worse to get on news sites and see people bashing my own mother. She's not a horrible person, she just got on the wrong path in life and there was nothing to do to stop her and I'm very sorry for that. I do want to thank all of you who are helping us out by feeling badly for us and our situation. I could not thank you enough.-Deanna's Daughter

**66 of 134**


windgap927
My Comments
Member Since:
2/16/2007

On Feb 5, 2008 at 05:47 PM, windgap927 said:

I am SO sorry for your loss. I couldn't imagine it. We all have things in our past and it despises me that that is what is focused on in times like these. I am hoping that we will hear soon all the good stories about her and how much she was loved and loved back. She looked like a sweet girl that got lost a little. I think many of us have been or loved people in that situation and the story ending this way is the worst thing you could imagine. Many people want to know who did this and are trying to wrap their minds around it and I think some people want to blame her past for it because then they can distance themselves and not worry about it happening to them. Most people here just feel horrible for what she went through and what you are going through now. It does sicken me that with little rich girls like the Halloway girl, everyone assumes there is a monster lurking. When you aren't as prominent, they assume you brought that monster into your life and should have known better. I will pray for your family and hope somehow you all get through this. The talk about her being certain things, I will not repeat it - it was in very bad taste and I apologize for those people!!! I cannot believe the things people say after a life is lost. I hope they catch him/them soon, for all of our safety, but also so your healing process can begin.

**67 of 134**


pacharlie
My Comments
Member Since:
8/15/2007

On Feb 5, 2008 at 05:51 PM, pacharlie said:

Deanna daughter,
Our hearts go out to you, everyone is just trying to understand this, your mom, even though we don't personally know her has become a part of all of us on here, I can not, nor would I ever want to go threw what you are going threw, our hearts go out to you and the family. They will catch this ####.
I know everyone makes mistakes, none of us on here are perfect and I would never judge your mom. Our prayers are with you and the family. I have seen what drugs can do to a family and you need to stay strong. Remember all the good things about your mom and the rest will not matter.

**68 of 134**



On Feb 5, 2008 at 06:05 PM, CatchurDream said:

See What Did I Tell You !!!! ..THINK OF THIS POOR WOMENS FAMILY ....BITE YOUR TOUNGE's ....AND USE YOUR FREAKING BRAIN'S.....Dear Slyth: I am sorry for your loss, please know my prayers are with you at this sad time ...And I Do Hope They Find Who Did This So She May Rest In Peace.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



**CatchurDream**
My Comments
Member Since:
12/9/2007

**69 of 134**

On Feb 5, 2008 at 06:05 PM, windgap927 said:

I do not think it is a good idea for her daughter to be on here, but if that really was her and her boyfriend *I am always a cynic*, I hope you can tell all the good stories!

**windgap927**
My Comments
Member Since:
2/16/2007

**70 of 134**

On Feb 5, 2008 at 06:09 PM, pacharlie said:

I agree windgap!!!

**pacharlie**
My Comments
Member Since:
8/15/2007

Discussions          1 2 3 ... 5 6 [7] 8 9 ... 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions                1 2 3 ... 6 7 **8** 9 10 ... 12 13 14          Keep Reading



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

Search PoconoRecord.com   FIND IT!

thepoconos.com/jobs

Find a Job

---

**71 of 134**

On Feb 5, 2008 at 06:09 PM, windgap927 said:

Catchur - you arent a TA for a CB are you?

**windgap927**
My Comments
Member Since:
2/16/2007

---

**72 of 134**

On Feb 5, 2008 at 06:13 PM, anonymous91 said:

For those of you who don't think i am her daughter, think again...I AM. And so you wanna know some good stories?? well i wish with all that i am that i had good stories-but the truth is-she was never around enough to share good times with. Yes, we'd see eachother off and on, but we would never be with eachother enough to have good memories. So sorry i don't have anything for you, but i guess that's life, isn't it??

**anonymous91**
My Comments
Member Since: 2/5/2008

---

**73 of 134**

On Feb 5, 2008 at 06:13 PM, njreader said:

Dear Deanna's Daughter,

I am very sorry for you loss and my heart breaks for you. You must be very young to be without a mother since you mom was young I guess you are.

**njreader**
My Comments
Member Since: 2/5/2008

I hope you have loving aunts, uncles, and grandparents to help you, hold you and love you.

No one deserves to die this way. I hope they catch this person soon and I truly believe they will.

Again, I would just like to say I am sorry

---

**74 of 134**

On Feb 5, 2008 at 06:16 PM, anonymous91 said:

Thank you very much for your condolences. I really appreciate them and it makes me feel better to read all of the nice things ppl have to say. So again, Thank you from the bottom of my heart. All i want is for my mother to rest in peace.

**anonymous91**
My Comments
Member Since: 2/5/2008

---

**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

**75 of 134**



On Feb 5, 2008 at 06:16 PM, windgap927 said:

I am so sorry for your loss. I hope you can find a way through this. You have to realize the creeps that come on these things. I wouldn't put it pass them trying to play like they were family members. Ignore what these idiots may say, the think what they do to make themselves feel safer. I really hope you can make it through all this.

windgap927
My Comments
Member Since:
2/10/2007

TOP CARS



$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury



2005 GMC Sierra 1500
Brown Daub Kia



2000 Chevrolet Blazer
Brown Daub Chevrolet-Volvo



$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



**76 of 134**



On Feb 5, 2008 at 06:16 PM, Local21 said:

To you bunch of idiots posting stuff when you don't even know the victim, stop it and get a life. It could have been one of you family, and do want us to check what they have done? Not!People are not perfect, so go back to your perfect families and stay out of here.To the ones that have been bashing the cops on this case, you too go away. Most people won't ever look a cop into their eyes, and never have been out there, and it seems to me they are doing a pretty good job on this one.

Local21
My Comments
Member Since:
3/11/2007

Message 5002.77 was deleted

**78 of 134**



On Feb 5, 2008 at 06:32 PM, CatchurDream said:

Local21-- AMENI....THE DAUGHTER IS ON HERE DEFENDING HER MOTHER , WOULDN'T YOU ??? I KNOW I WOULD , NO MATTER WHAT , SHE WAS HER MOTHER

CatchurDream
My Comments
Member Since:
12/8/2007

**79 of 134**



On Feb 5, 2008 at 06:34 PM, sythdrummer90 said:

On behalf of the family, and espcially the daughter of whom i love very much, Thank you for standing up the the a-holes that are posting such nonesense. Please, refrain from posting such horrible and hurtfull things.

sythdrummer90
My Comments
Member Since: 2/5/2008

**80 of 134**



On Feb 5, 2008 at 06:36 PM, njreader said:

May she rest in peace, and finally find the peace she could not find here on earth.

njreader
My Comments



Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

Welcome Guest



All Message Boards > Pocono Record News Forum > Reader Reactions >

Search

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)

Discussions          1 2 3 ... 7 8 **9** 10 11 12 13 14          Keep Reading

---

**81 of 134**



On Feb 5, 2008 at 06:37 PM, soundman said:

To the daughter and boyfriend: I would take the advice and just stay away, at least for now. I am very sorry, but I can tell from your posts that you will get through this. Your Mom is just like the rest of us, a unique creation. My alcoholic mother left 5 children when we were all young and she stayed away. Spend time with your family and friends. You can still talk to her sweetheart.

soundman
My Comments
Member Since:
1/31/2007

---

**82 of 134**



On Feb 5, 2008 at 07:33 PM, twinsmom66 said:

About the NY plates, do we forget that PA plates are also white with blue just as are NY plates and North Carolina and alot of other plates out there. Do the research !!!! I am from NY and I have seen just as many sick people from all other states including PA living here in PA.I have also seen more sick stuff here then in NY for 36 years. Just because someone is from NY doesn't make them a butcher, it makes a very #@%& sick individual.The main thing is that they find the SOB that did this and punish them to the full extent of the law. My condolences go out to her family who are the one suffering right now because nobody deserves to die that way NOBODY. I don't care what her past was, she is still a human being. We all have cobwebs in our closets, Deanna just got stuck up in her's. Just remember no matter where these animals are from who did this to this poor woman the fact of the matter is they are still out there. WE ALL HAVE NO IDEA WHO THEY,HE OR SHE IS, THAT IS WHAT SCARES ME MOST. They ,he or she could be standing next to us in a gas station or store and we wouldn't even know it and that is scary.

*Edited 2/5/08  by  twinsmom66*

twinsmom66
My Comments
Member Since: 2/5/2008

---

*Edited 2/5/08  by  twinsmom66*

---

**83 of 134**



On Feb 5, 2008 at 10:20 PM, windgap927 said:

check my posts tmoms. i already covered that.ANd CatchurDreams, Are you a TA for someone with the initial CB?

*Edited 2/5/08  by  windgap927*

windgap927
My Comments
Member Since:
2/16/2007

---

**84 of 134**



On Feb 5, 2008 at 11:05 PM, cwmom said:

Also, everyone here needs to remember that Williamsport has close ties to the drug business in Philadelphia, not NY. Williamsport has lots of transplants from Philly gangs.

cwmom
My Comments
Member Since:
1/17/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



thepoconos.com/jobs

Find a Job

TOP JOBS
MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon          WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



**Molly**
My Comments
Member Since:
3/24/2007

On Feb 6, 2008 at 02:02 AM, Molly said:

Wow...did alot of this get out of hand.

FIRST AND FOREMOST...to the daughter, boyfriend and family of Deanna, my sincerest condolences. I know it has been said a thousand times here, but I must reiiterate, NO ONE deserves to die as she did. To the daughter: I have had a family member murdered in this way 18 yrs ago in NY. He was killed in a hotel by someone who hated gay men. I guess the local bashers would say that it was his own fault too because he was gay. It still doesn't make MURDER RIGHT. I know the shock, disbelief, pain saddness, anger....all the emotions you are faced with.

You need to remember sweetie...people come in all different shapes and ways...some with more heart than not. Don't take anything you read here personally....no one here has ever walked a day in your shoes. No one knew your mother as you did...no one here can see inside your heart. LISTEN TO YOUR HEART. You know your mother cared and loved you, but you know she may have had an ILLNESS called addiction. Remember this too: No one ever just wakes up one day and says to themselves "Gee, I think I'll become a drug addict today"., or I'll just sell drugs, etc.

Surround yourself with the rest of your family now. Stick together, and love each other as much as you can. Forget these forums...people can sometimes be mean, JUST AS MANY HERE HAVE sent warm heart felt feelings. We all just wish there was something we could do. We cannot imagine what you are going through. Stay strong!

FORGET what her past was...ONE HAS NOTHNG TO DO WITH THE OTHER-she did not bring this on herself, she was in the wrong place with the wrong people...THAT'S ALL, and leave it at that. SHE DID NOT ASK FOR THIS NO MATTER WHAT HER HABITS WERE.

To other comments......
About Plates.......pleeeeze!!!!! Im from Jersey and I have already said five times I think they are Jersey plates. God forbid somebody even says "NY" and everybody jumps....why is that????? This garbage about NY/NJ/PA it's all garbage...people need to grow up about it already. There's crime and bad people in EVERY STATE...unfortunately some more than others, but it's everywhere. Teach your children well...It begins at home! The thing to remember folks is that it's already been established that it's an out of state plate...say no more! This may or may not mean that the Feds will be brought in. Hopefully they will to assist our police and get to the killer quickly-this is what we should be hoping for. As for the local debate about police bashers...don't even go there. Why is it that people always need to hijack a thread? THIS IS ABOUT A HUMAN BEING WHO WAS murdered in a most grizzly manner. Why can't we spend our time sending good thoughts to the family and praying for her soul and hoping that justice will be swift?

They will find who did this and the animal will pay. My guess is that she may not be the first victim, BUT HOPEFULLY AND GOD WILLING SHE WILL BE THE LAST.

God rest your soul Deanna.



*Edited 2/6/08  by Molly*

**CatchurDream**
My Comments
Member Since:
12/9/2007

On Feb 6, 2008 at 06:25 AM, CatchurDream said:

Windgap--No I am not. Why don't we just stop speculating and let the police do what they are paid to do . And allow this family to mourn.

**gladys**
My Comments
Member Since: 2/6/2007

On Feb 6, 2008 at 07:11 AM, gladys said:

From the TIMES TRIBUNE .com "Six days later, police went to her last known address in the city. She was slated to testify as an alibi witness in a robbery trial last week, but officials had been unable to locate her for months."

TOP CARS



**$6,373**
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



**$13,490**
2008 Ford Focus
Brown Daub
Chevrolet-Volvo



2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet



**$17,988**
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep

Show All Featured Cars



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



**despondent**
My Comments
**Member Since:**
9/15/2007

**On Feb 6, 2008 at 08:03 AM, despondent said:**

To the daughter and he BF, my prayers and sorrows to you. Some folks go a little overboard, my self included at times. Many times we say things in here , not meaning to be hurtful, but trying to make sense of the craziness to ourselves, exploring theories and such. We try to imagine the worst , sometimes that makes more sense, sometimes the truth is far removed.

It looks like mom had various issues over the years, learn from them, grow.

If you 2 ever have kids, do better by them.

Like most of us here, we also hope the perp in this case is found, this person is an animal, not fit for society.

---

89 of 134



**windgap927**
My Comments
**Member Since:**
2/16/2007

**On Feb 6, 2008 at 09:40 AM, windgap927 said:**

Catchur - I had to read that a couple times. Thought you were yelling at me to stop speculating and let police handle the fact that I thought you worked with a friend of ours. Sorry - no coffee yet so only about an eighth of the brain is working.

We are all curious, because as much as this really devastates friends and loved ones of hers, it does affect us all. We all have thoughts running through are head, we all feel so bad for her and those who knew her, and we all want this figured out asap. Speculation doesn't bother me, it is natural, as long as it is respectful. Lets not assume things about this poor woman or even link her past to the cause. Yes, drugs could be a reason for this, but it could be if I were kidnapped and I have never done or been around them. Many drugdealers will be violent as a means to an end and they will be that way towards anyone they see in their way. Any one of us could have been this poor woman. Often, the rate of chance goes up depending on who you are around, but that is not always the case. Some people may not agree with her lifestyle, but we need to remember - whether she was not a perfect or good one or one that was around much - she was still someone's mom and daughter and speak about her as you would your loved one. We all know someone who has wandered off the beaten path and it crushed us, imagine if this was the end to that story, what would you want to see people write about it?

---

90 of 134



**l39eng**
My Comments
**Member Since:** 2/5/2008

**On Feb 6, 2008 at 02:54 PM, l39eng said:**

Daughter, boyfriend and Family of Deanna,

I knew Deanna as a teen (I was good friends with your aunt at the time) and I remember her bubbly laugh and what a sweet girl she was. I had heard years later of the difficulties she was dealing with and my heart always went out to her. I would sometimes run into your grandmother and she would always tell me what beautiful children you were and that you were what got her through everything. Use this and be there for each other during this unimaginable time. Have faith and know that your Mom is looking down on you and will always be with you. You and your family will remain in my thoughts and prayers. God bless you all and may peace be with you.

---

Discussions            1  2  3  ...  7  8  [9]  10  11  12  13  14            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

| Discussions | 1 2 3 ... 8 9 **10** 11 12 13 14 | Keep Reading |

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com   FIND IT!

thepoconos.com

Find a Business

**91 of 134**



**anonymous91**
My Comments
Member Since: 2/5/2008

On Feb 6, 2008 at 03:56 PM, anonymous91 said:

Dear 139eng,
WOW-i thought that I'd never meet someone who personally knew my mom. Thank you for your condolences, but do you have any stories or anything that you could tell me? I'd like to keep in touch. My e-mail is kcn14@chilitech.net. Thank you.
Deanna's Daughter

**92 of 134**



**QUI**
My Comments
Member Since: 2/6/2008

On Feb 6, 2008 at 07:14 PM, QUI said:

are you serious, a strange person comes to your door and you don't THINK it could be a person who would hurt you. don't you ask before you open your door to anyone. get a grip anything can happen to anybody and don't think in you are an exception . how old are you anyway? you need to get some street smarts kid.

**93 of 134**

On Feb 6, 2008 at 07:24 PM, QUI said:

i agree with you about the car. i'll give you my take. this person has done this before and is going to do it again. this poor girl no matter what her past was doesn't mean it was related to her past problems. i think this guy is going state to state. i just hope the police are checking data bases in all states with this nature of crime. he is injoying all this attention like most serial's do.

**QUI**
My Comments
Member Since: 2/6/2008

**94 of 134**



**QUI**
My Comments
Member Since: 2/6/2008

On Feb 6, 2008 at 07:30 PM, QUI said:

you ask where is he hiding. this guy is smart, calulating and i don't think he's around. i think he has moved on to another state.

**95 of 134**

**QUI**
My Comments
Member Since: 2/6/2008

On Feb 6, 2008 at 07:34 PM, QUI said:

you might think just because the car might be a pimp car. so what the manner in the way he desposed of this poor womans remains is the question. this does not sound like a pimp, they might think they are cool, but doing what he did to this woman takes a very very sick mind

**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**96 of 134**



On Feb 6, 2008 at 07:37 PM, QUI said:

pic's of the family. are you crazy that is such a thoughtless comment.

QUI
My Comments
Member Since: 2/6/2008

TOP CARS



$8,900
2002 Ford Ranger
Mick Motors

$16,495
2007 Dodge Dakota
Brown Daub Dodge




2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler
Jeep

Show All Featured Cars



**97 of 134**



On Feb 6, 2008 at 09:25 PM, pacharlie said:

Please don't jump in the forum days later and pounce on me, I was responding to another posts comment, I am not explaining myself. TY

pacharlie
My Comments
Member Since:
8/15/2007

**98 of 134**



On Feb 7, 2008 at 08:37 AM, despondent said:

As more stories are coming to light, this is sounding more and more like an "example" killing. Anonymous, no offense, I'm just kinda stating the obvious.

despondent
My Comments
Member Since:
9/15/2007

**99 of 134**



On Feb 7, 2008 at 08:55 AM, Shemeka said:

QUI, then i believe you overlooked that part of my forum when i said "this is not pimp style" and maybe after he picked her up and handled business, he dropped her back off.

Shemeka
My Comments
Member Since:
1/24/2007

**100 of 134**



On Feb 7, 2008 at 09:03 AM, Sniper said:

Good morning Shemeka,,

How are you today, thought i say hello, check out my number under my profile lol

Sniper
My Comments
Member Since:
12/21/2006

Discussions                    1 2 3 ... 8 9 **10** 11 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...



**106 of 134**



On Feb 7, 2008 at 10:01 AM, Shemeka said:

sniper, i checked the new articles, are you the guy with that black dog?

Shemeka
My Comments
Member Since:
1/24/2007

TOP CARS



$15,900
2006 Dodge Dakota
Mick Motors



2003 Kia Rio
Brown Daub Kia



2001 Ford Escape
Brown Daub Kia



2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

Show All Featured Cars



**107 of 134**



On Feb 7, 2008 at 10:28 AM, Chadwick said:

I think sniper means his post in the thread "More than simply sad".

Chadwick
My Comments
Member Since: 2/7/2007

**108 of 134**



On Feb 7, 2008 at 10:31 AM, Shemeka said:

ohhh, thanks Chad. that went right over my head. i'll check it out now.

Shemeka
My Comments
Member Since:
1/24/2007

**109 of 134**



On Feb 7, 2008 at 10:11 PM, QUI said:

forgive me if i misunderstood what you were saying but i don't believe a pimp comes anywhere in the picture of this crime.

QUI
My Comments
Member Since: 2/6/2008

**110 of 134**



On Feb 7, 2008 at 10:24 PM, QUI said:

what kind of a remark is SHE may have caused her own destruction. Anybody can be a victim. you are assuming that she made her own fate. you should not assume. anybody could be in the wrong place at the wrong time.

QUI
My Comments
Member Since: 2/6/2008

Discussions                    1 2 3 ... 9 10  11  12 13 14                Keep Reading

Pocono Record News Forum       http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



Tuesday, December 09, 2008      HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCLOUDY 22°
Forecast/Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**       Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >     Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**I-80 MURDER VICTIM IDENTIFIED (WITH VIDEO)**

Discussions      1 2 3 ... 10 11 **12** 13 14      Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    [FIND IT!]


thepoconos.com/homes

**Find a Home**

---

111 of 134



On Feb 7, 2008 at 10:26 PM, QUI said:

thats pretty messed up in itself that nobody even cared to report her missing. i find that a little odd

**QUI**
My Comments
Member Since: 2/6/2008

---

112 of 134

On Feb 7, 2008 at 10:32 PM, QUI said:

yes this is very tragic but i wish everybody would get off this drug kick. this is a murder who cares what drugs she allegedly did. did she deserve to be killed in that manner she had been. who in this life has not tried something or another in their lifetime.

**QUI**
My Comments
Member Since: 2/6/2008

---

113 of 134

On Feb 7, 2008 at 10:35 PM, QUI said:

living that kind of life as you say she did does not mean she deserved to be killed. where is your head at, are you perfect? i'm sure you have a few skeletons in your closet!!!

**QUI**
My Comments
Member Since: 2/6/2008

**TOP JOBS**
**MEDICAL** Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon   WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

114 of 134



On Feb 7, 2008 at 10:41 PM, QUI said:

my exact sentiments. i wish these people would look at their own lives. i'm sure they are not so perfect.

**QUI**
My Comments
Member Since: 2/6/2008

---

115 of 134

On Feb 8, 2008 at 12:46 AM, dontask said:

What you read here and in the papers is not the whole story nor is it accurate. You should be more careful what you say or suggest happened or did not happen. Saying "nobody cared to report her missing" is a big statement from someone who has no clue what happened. I suggest the next time you want to post a message don't base your comments on a newspaper, website or television news report. They are all doing the same thing you are doing. Making comments with very little info. This unfortunately has been happening a lot, and it is sad to see people like you make such narrow minded statements about a family that has suffered so much pain.

**dontask**
My Comments
Member Since: 2/8/2008

---

 Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...

**TOP CARS**



$15,495
2006 Jeep Liberty
Brown Daub Dodge



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury



$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars

---

**116 of 134**

**On Feb 8, 2008 at 02:05 AM, windgap927 said:**

If you were referring to my posts about the car and the people at my house QUI, I NEVER open my door to strangers. EVER. I always assume people are there for no good reason, but I am not paranoid to say I think a serial killer or someone like this shows up at my house of all places. (although a close family member was a patient of Cullen's). I called it in anyway and let them sort it out. I have street smarts, I never trust anyone, but I am not one to get carried away over nothing. I am not going to call the cops on every car that comes into my driveway, but I have known not to answer the door to strangers since I was 3! QUI. I think you need to really read the posts before commenting to get what we are saying, or just jump into a new forum, not one with so many posts.

**windgap927**
My Comments
Member Since:
2/16/2007

---

**117 of 134**

**On Feb 8, 2008 at 08:43 AM, Shemeka said:**

"forgive me if i misunderstood what you were saying but i don't believe a pimp comes anywhere in the picture of this crime."

QUI, why not?

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**118 of 134**

**On Feb 8, 2008 at 08:51 AM, hometownboy said:**

I think everbody on this forum needs to have a little more compassion for her and her family . The remarks I have read on here from some of you are really out of line . You need to put yourself in the shoes of this family and take a good look at what went on. This is not a pretty picture at all. And with the way people act anymore it could have been any of us in this situation . I hope they find the SOB that did this and string him up by his gonads . That is all I have to say because it sickens me to think there is someone out there knowing they did this and can live with there selfs .

**hometownboy**
My Comments
Member Since: 3/8/2007

---

**119 of 134**

**On Feb 8, 2008 at 02:48 PM, reader2008 said:**

I can't help but wonder what it was like for her child I wonder how old her child is and who raised her and how much time she spent with her child. I can not picture a woman like this motherly and what kind of life could she have given her poor child.

I feel so bad for her family and child. I hope family can get on with their life and the pain eases fast.

**reader2008**
My Comments
Member Since: 2/6/2008

---

**120 of 134**

**On Feb 8, 2008 at 07:19 PM, QUI said:**

hometownboy

everybody on this site feels deeply for the family and yes i agree there are some harsh things being said and everybody wants this person, but if you think it is so disgraceful what people are saying why are you on this forum? human nature brings everybody to these kinds of forums because even though they don't want to admit it, they want to know all about it.

**QUI**
My Comments
Member Since: 2/6/2008

---

Discussions          1 2 3 ... 10 11 **12** 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:13 AM

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



 Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...

**126 of 134**



pacharlie
My Comments
Member Since:
8/15/2007

**On Feb 8, 2008 at 08:27 PM, pacharlie said:**

It was another forum message in here, They were talking about the mug shot photo and the "Bad stories of her past" I said we only know about her what the PR tells us, I suggest that the family tell some nice stories or send in a different family photo, she did have a family you know!!! You should not jump in if you don't know what is going on you will only #### people off.

**127 of 134**



QUI
My Comments
Member Since: 2/6/2008

**On Feb 10, 2008 at 12:09 PM, QUI said:**

thank you for your reply, but you must admit that 1st comment about the pic's was misleading. i do not agree with you on any family photo's being shown, i believe the family has enough camera's in their face where ever they go. having nice stories is a good thing and i believe everybody would agree (maybe) i was not trying to #### you off just stating a comment that sounded a little off. please do not be affended, it was not my intention.

**128 of 134**



pacharlie
My Comments
Member Since:
8/15/2007

**On Feb 10, 2008 at 04:47 PM, pacharlie said:**

I know it sounded weird, but it did not nessarily had to have anyone else in the pic but her, People were just saying another photo other then a MUG shot would have been nice, ya know.

**129 of 134**



QUI
My Comments
Member Since: 2/6/2008

**On Feb 12, 2008 at 07:55 AM, QUI said:**

pacharlie

hi, yeah i hear ya. so many things said i guess we just get so wraped up in it. i do follow this story though. i would really like to know the truth.

**130 of 134**

pacharlie
My Comments
Member Since:
8/15/2007

**On Feb 12, 2008 at 11:29 AM, pacharlie said:**

Yea and no new updates lately....

TOP CARS


2007 Kia Optima
Brown Daub Kia


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet


2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

**Show All Featured Cars**


Subscribe To The Pocono Record
Click here for more information

Discussions          1 2 3 ... 11 12 13 14          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 8:13 AM



## *No Headline In Original*

Standard-Speaker (Hazleton, Pennsylvania)

February 5, 2008 Tuesday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 349 words

**Byline:** KIMM R. MONTONE and ROJA HEYDARPOUR

# Body

Staff Writers The woman whose severed head and body parts were discovered along two area interstates last week has been identified as Deanna Marie Null, 36, of the Scranton and Williamsport areas.

State police at Swiftwater said Null was "relatively transient" and they do not have any suspects.

However, they do have a lead.

Null was last seen getting into a late model, dark-colored sedan two weeks ago near Olive Street and Capouse Avenue, Scranton, state police said. The vehicle, possibly a Cadillac or Buick, has a cloth or leather top, a four or five chrome strip luggage rack on the trunk and white license plates. A black male, 5-foot-9 to 6-feet tall with a stocky build and military-style haircut was driving the car, state police said.

"Hopefully, people will come forward who have known her or had any dealings with her," said State Police Cpl. Lynn Courtright.

Null's body was found discarded in trash bags at eight locations Jan. 29 on Interstates 380 and 80 in Lackawanna and Monroe counties.

Her family called state police Thursday to report her missing after authorities circulated a description of the victim.

"They had seen media coverage on it and knew they had not talked to her in a few weeks," state police Lt. Robert Bartal told the Associated Press. "It wasn't uncommon for her to be missing."

She was identified through dental records by forensic odontologist, Dennis Asen.

Described as "relatively transient" by Bartal, court records show Null pleaded guilty in Lycoming County to charges of manufacturing drugs, delivery and possession with intent to manufacture and deliver as well as criminal conspiracy in a Lycoming County in 2003. Two years later she was charged with violating her parole. In September, a warrant for her arrest was issued because she failed to pay court costs and fines. A monthly payment history showed erratic payments ranging from $4.80 one month to $76.46.

Anyone with information on the case is asked to call state police at 839-7701 or toll-free at 866-403-2946.

 

*kmontone@timesshamrock.com*

*rheydarpour@timesshamrock.com*

## No Headline In Original

Global Broadcast Database - English  2:15 AM WPVI

February 5, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 709 words

## Body

STATION: WPVI

USA

EXPECTED TO WIN TOMORROW NIGHT. PRESIDENTIAL PRIMARIES ARE BEING HELD IN BOTH NEW JERSEY AND DELAWARE. THE THE POLLS WILL OPEN AT 6:00 A.M. IN NEW JERSEY. THEY WILL BOTH CLOSE AT 8:00 P.M. WE INVITE YOU TO JOIN US FOR LIVE ON AIR REPORTS AFTER THE POLLS CLOSE TOMORROW NIGHT. 6ABC.COM WILL BE YOUR OTHER SUPER TUESDAY ELECTION NIGHT RESOURCE. WE WILL HAVE A LIVE CHAT WITH TERRY MADONNA AND OTHER POLITICAL EXPERTS ANSWERING YOUR QUESTIONS, PLUS UP-TO-THE-MINUTE ELECTION RESULTS FROM EVERY STATE HOLDING A PRIMARY OR CAUCUS TOMORROW, AND WE'LL PROVIDE LIVE COVERAGE OF THE CANDIDATES SPEECHES THROUGHOUT THE NIGHT ON 6ABC.COM. OTHER NEWS TONIGHT, PARENTS GOT A CHANCE TO HEAR FIRSTHAND THE STORY OF THE ARREST OF THE TEACHER FOR ALLEGEDLY MAKING THREATS AGAINST AN ELEMENTARY SCHOOL IN WARMINSTER. JESSICA BORG IS HERE. >> Reporter: THIS WAS CERTAINLY AN UNUSUAL AND ALARMING DAYS HERE AT THE SCHOOL. 200 PARENTS SHOWED UP TO ASK QUESTIONS THEY HAD CONCERNING SCHOOL SAFETY. THIS IS COMING A FEW DAYS AFTER A TEACHER WAS CHARGED WITH 17 COUNTS OF MAKING TERRORISTIC THREATS HERE AT THE SCHOOL. >> THEY SAY THAT WE HAVE A CAMERA, WE KNOW WHAT'S GOING ON, BUT THERE'S BEEN PLENTY OF TIMES WHERE PEOPLE CAN WALK IN AND OUT OF HERE. >> Reporter: SINCE THE ARREST OF SUSAN, SOME PARENTS HAVE HAD THAT VERY CONCERN. AT THIS CLOSED DOOR MEETING THEY HAD THE CHANCE TO ADDRESS SCHOOL OFFICIALS AND POLICE. >> I'M HAPPY THE TEACHERS ARE DOING A GREAT JOB, BUT I STILL THINK THAT THEY DIDN'T DO ENOUGH TO PROTECT OUR KIDS. >> Reporter: POINTING OUT THAT NO ONE WAS HURT, OFFICIALS GOT TO EXPLAIN THE COURSE OF THEIR INVESTIGATION, WHICH INVOLVED LOOKING AT SURVEILLANCE TAPES AND INTERVIEWING TEACHERS AND STUDENTS. >> THEY WERE LIKE DO YOU KNOW ANYTHING ABOUT THIS? DO YOU KNOW ANYTHING ABOUT THE PERSON WHO DID IT? >> Reporter: POLICE CONCLUDED SUSAN ROMEMISSION WAS BEHIND THE SERIES OF INCIDENTS WHERE THESE THREATENING NOTES WERE SCRIBBLED IN THE HALLWAYS, NAILS WERE PLACED IN THE SCHOOL'S PARKING LOT, AND MOST ALARMINGLY A POSABLE EXPLOSIVE DEVICE WAS FOUND IN A YOUNG STUDENT'S DESK. IT ALL HAPPENED BACK IN OCTOBER. INVESTIGATORS WAITED WEEKS BEFORE ARRESTING HER. >> WE WANTED TO MAKE SURE THAT WE WERE ABSOLUTELY POSITIVE THAT THE RIGHT PERSON WAS BROUGHT INTO THE CRIMINAL JUSTICE SYSTEM. >> Reporter: SHE WAS ALLEGEDLY FRUSTRATED ABOUT BEING ASSIGNED THE FOURTH GRADE AFTER REQUESTING TO TEACH THE FIFTH GRADE. HER GOAL WAS TO SCARE OFF A FIFTH GRADE TEACHER SO SHE COULD BECOME A REPLACEMENT. PARENTS REALIZE THIS IS AN ISOLATED PLACE. >> I BELIEVE OUR CHILDREN ARE SAFE IN THIS SCHOOL. >> Reporter: THE TEACHER HAS BEEN ON ADMINISTRATIVE LEAVE SINCE LATE OCTOBER. SHE

No Headline In Original

FACES TEN YEARS IN PRISON IF CONVICTED. WE'RE LIVE TONIGHT IN BUCKS COUNTY, I'M JESSICA BORG, CHANNEL 6 ACTION NEWS. >> THANK YOU, JESSICA. >>> THE WOMAN WHOSE REMAINS WERE FOUND SCATTERED ALONG TWO HIGHWAYS IN THE POCONOS HAS BEEN IDENTIFIED AS 36-YEAR-OLD DENA MA REKNOLL. A ROAD WORKER DISCOVERED HER HEAD INSIDE A PLASTIC BAG ALONG I-380. A POLICE SEARCH TURNED UP SEVEN OTHER BAGS OF HER BODY PARTS. >>> MICHAEL NUTTER'S CRIME FIGHTING PLAN GOT QUITE A BOOST TODAY AND A SURPRISE BOOST FROM PENNSYLVANIA GOVERNOR ED RENDELL. DURING A NEWS CONFERENCE AT CITY HALL GOVERNOR RENDELL ANNOUNCED THAT THE NEW STATE BUDGET WOULD INCLUDE MONEY FOR 100 NEW PLOOFRS IN THE CITY. THE LEGISLATURE MUST APPROVE THE FUNDING. >>> CHARLES RAMSEY HIT THE AIRWAVES FOR THE FIRST TIME TONIGHT. THE COMMISSIONER ANSWERED QUESTIONS ON WPHT DURING HIS MONTHLY RADIO SHOW. RAMSEY SAYS HE WANTS TO GET BACK TO BASICS PUTTING MORE OFFICERS ON CITY STREETS AND IMPROVING COMMUNITY RELATIONSHIPS. >>> STILL TO COME ON ACTION NEWS TONIGHT, SEPARATING SCIENCE FROM SCIENCE FICTION. A PREVIEW OF THE NEW STAR WARS EXHIBIT OPENING THIS WEEKEND IN PHILADELPHIA. >>> WE MADE IT UP TO 47 DEGREES IN PHILADELPHIA TODAY. TEMPERATURES IN THE 60s AND 70s, AND THAT AIR IS MOVING OUR WAY. >>> WE'RE JOINED BY CONSUMER REPORTER NYDIA HAN. >> A SCAREY INCIDENT INVOLVING A NEW JERSEY TODDLER STARTS A MASSIVE RECALL. THE PARENTS SAY HER INCIDENT MAY HAVE BEEN PREVENTED IF THE GOVERNMENT AND THE IMPORTER ACTED MORE QUICKLY. >>> PLUS THE PLEA NEWEST RESIDENTS OF THE PHILADPHIA ZOO WHEN ACTION NEWS CONTINUES TONIGHT

**Load-Date:** February 6, 2008

---

## *No Headline In Original*

Global Broadcast Database - English  6:05 AM WPVI

February 5, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 599 words

## Body

STATION: WPVI

USA

THE REPUBLICAN FRIENDS HAVE A HARD SHALL TIME. THEY HAVE TO MAIL THE BALLOTS BACK TO THE STATES. >> IT'S YOUR POLITICAL RESOURCE. THE POLLSTER WILL HAVE ALL THE INFO FOR YOU TONIGHT. AND LOOK FOR LIVE COVERAGE OF THE CANDIDATES THROUGH THE NIGHT. WE HAVE YOU COVERED ON 6ABC.COM. WE'LL HAVE EXTENSIVE COVERAGE ON THE AIR AS WELL. STAY WITH US FOR ALL OF YOUR SUPER TUESDAY DETAILS. THAT INCLUDES LIVE REPORTS AFTER THE POLLS CLOSE IN NEW JERSEY AND DELAWARE. >>> 0 6 05 NOW. A MAN CHARGED WITH HAVING SECTION WITH A MINOR PLEADED QUILTY YESTERDAY TO STATUTORY RAPE AND OTHER CHARGES. THE SHORTS SAY THAT HE GAVE THE 15-YEAR-OLD GIRL COCAINE BEFORE THEIR SEXUAL ENKOURCHALT HE FACES SEVEN YEARS IN PRISON. LESHER REMAINS BEHIND BARS IN THE BUCKS COUNTY PRISON. >>> A WOMAN THAT REMAINS WERE FOUND IN THE POCONOS HAS BEEN IDENTIFIED. DANA MARIE NULL WAS DISCOVERED ALONG INTERSTATE 380 LAST WEEK. THE POLICE FOUND SEVEN OTHER BAGS OF HER BODY PARTS ALONG INTERSTATE 80. THE PERSON THAT KILLED HER HAS NOT BEEN CAUGHT. >>> YET ANOTHER TRUCK DRIVER HAS BEEN ROBED IN READING. THIS TIME HE WAS TRANSPORTING FEW. TWO MEN PROBLEM ROBBED THE DRIVER YESTERDAY AFTER AND SPED OFFER IN A CAR. ROBBERS LED THE POLICE ON A CHASE. THEY TOOK OFF ON FOOT. AND THEY HAVE NOT BEEN SEEN SINCE. SEVEN OTHER DELIVERY TRUCK DRIVERS HAVE BEEN ROBBED IN READING SINCE CHRISTMAS. >>> THE PHILADELPHIA POLICE COMMISSIONER CHARLES RAMSEY HIT THE AIRWAVES FOR THE FIRST TIME. CRIME PREVENTION WAS A BIG COLLAR TOPIC. HE WANTS TO GET BACK TO BASICS PUTTING MORE OFFICERS ON THE STREETS AND IMPROVING THE COMMUNITY RELATIONS. >> IT'S FAT TUESDAY AND LENT STARTS TOMORROW. IT ALMOST FEELS LIKE IT STARTS LATER BECAUSE OF THE WEATHER. IT SEEMS LIKE SPRING. >> IT'S MILD OUT THERE. AND STORMTRACKER 6 3D SHOWS YOU WE ARE DRY. THERE IS SPRINKLE STARTING TO WORK ITS WAY IN TOWARDS HARRISBURG. WE HAVE CLOUDY SKIES. LOOKING ACROSS THE AIRPORT YOU SEE FOG IN THE DISTANCE. WE HAVE FOG THICKENING AROUND THE REGION. 42 DEGREES RIGHT NOW. HUMIDITY AT 95%. AND THE BAROMETER IS 30.02. THE OCEAN TEMPERATURES ARE 40. AND SHOWING YOU THERE WAS A LITTLE SPRINKLE AND LIGHT SHOWER TO THE SOUTH OF PHILADELPHIA. THAT IS GONE. HEAVY RAIN TO THE WEST. MOST OF THIS IS GOING TO MISS US. WE'LL WIND UP WITH CLOUDY SKIES TODAY. A WARM FRONT TO THE NORTH AND A COLD FRONT TO THE WEST. WE ARE GOING TO GET UP TO 60 AS THE HIGH. AND LET'S TALK TEMPERATURES. TODAY AND TOMORROW IN THE WARM SECTOR OF THE STORM SYSTEM THE FLOOD GOES UP TO THE SOUTHWEST. AND TOMORROW WE ARE GOING 66 DEGREES WITH THAT FRONT HOLDING OFF INTO THE EVENING HOURS. THAT GIVES US A SHOT AT BREAKING THE EXISTING RECORD OF 65 DEGREES SET BACK IN 1884. AND AS FOR PRECIPITATION DRIZZLE AND A COUPLE OF

No Headline In Original

SHOWERS. AND TOMORROW A BETTER CHANCE OF EVENING PRECIPITATION. LOOK FOR STEADIER SHOWERS AND LATE DAY THUNDERSTORMS TOMORROW. YOU DON'T GET THAT OFTEN IN FEBRUARY. YOU WANT TO GO FOR ELECTION DAY TODAY, IT'S MILD. YES, IT'S CLOUDY AND YES, A COUPLE OF SPRINKLE HE IS AND SHOWERS. THE CLOUD SAYS AT LEAST IT'S MILD OUT THERE. BUT YOU GOT TO LOVE THE TEMPERATURES. THIS AFTERNOON HIGH IS 62 DEGREES. AND TONIGHT ONLY GOING DOWN TO 54 DEGREES. AMAZING, CONSIDERING OUR AVERAGE LOW IS 26 DEGREES. WINDS OUT THE SOUTHWEST TONIGHT. HERE WITH THE ACCUWEATHER FIVE-DAY FORECAST A COUPLE OF SPRINKLE S AND SHOWERS CANNOT BE RULED OUT. A HIGH OF 66 DEGREES TOMORROW. A CHANCE OF SHOWERS AND LATE DAY THUNDERSTORMS. THEN THE BEARD IS OVER. BEYOND THE PASSING COLD FRONT WE ARE GOING TO GET BACK TO SEASONABLE- PARTY IS OVER. BEYOND THE PASSING COLD FRONT WE ARE GOING TO GET BACK TOE

**Load-Date:** February 6, 2008

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English  5:05 AM WPVI

February 5, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 584 words

## Body

STATION: WPVI

USA

NEWS FOR ALL THE REPORTS. >>> 5:04 NOW. CHRISTOPHER LESHER PLEADED GUILTY TO STATUTORY RAPE AND OTHER CHARGES. HE GAVE THE 15-YEAR-OLD GIRL COCAINE BEFORE THE SEXUAL ENCOUNTER. HE FACES UP TO SEVEN YEARS IN PRISON. LESHER REMAINS BEHIND BARS IN A BUCKS COUNTY PRISON. >>> A WOMAN WHOSE REMAINS HAVE BEEN FOUND IN POCONOS HAS BEEN OIVRED. THEY DISCOVERED HER HEAD INSIDE A PLASTIC BAG ALONG INTERSTATE 380 LAST WEEK. THEY FOUND SEVEN OTHER BAGS OF NULLES BODY PARTS. THE PERSON THAT DISPOSED OF HER BODY HAS NOT BEEN CAUGHT. >>> A MAN IN READING WAS TRANSPORTING FUEL. THEY ROBBED THE DRIVER AND SPED OFF IN A CAR. THEY CRASHED INTO A PARKED CAR. ON THE 800 BLOCK OF McKNIGHT STREET. THEY TOOK OFF ON FOOT. THEY HAVE NOT BEEN SEEN SINCE. >>> PHILADELPHIA POLICE COMMISSIONER CHARLES RAMSEY HIT THE AIRWAVES FOR THE FIRST TIME. HE HAS A MONTHLY RADIO SHOW. CRIME PREVENTION WAS A BIG COLOR TOPIC. HE WANTS TO GET BACK TO THE BASIC. HE WANTS TO PUT MORE OFFICERS ON THE STREETS. >>> I GUESS WE CAN CALL THIS A FEBRUARY THAW. IT REALLY HAS NOT BEEN ALL THAT COLD, HAS IT? >> Reporter: WE ARE THAWING WHAT IS NOT A BAD CONDITION. IF IT'S NOT RAINING, GET OUT THERE. WE ARE GOING TO THROW A FRISBYBE OR SOMETHING LIKE THAT. AS WE TAKE A LOOK OUTSIDE THE CLOUDS ARE STILL THICK ABOVE THE BEN FRANKLIN BRIDGE. NOT BAD WITH THE TEMPERATURES. RIGHT NOW IN PHILADELPHIA WE ARE UP OVER THE 40-DEGREE MARK. 92% HUMIDITY. THE WINDS NORTHWEST AT 5 AND THE OCEAN TEMPERATURE IS 40. THEY SHOW YOU THE SATELLITE HOURS WE ARE STILL UNDER THE INFLUENCE TO THE NORTH AND WEST OF US. MOST OF THE RAIN IS TO THE NORTH AND WEST TODAY. WE'LL HAVE CLOUDY SKIES WITH A COUPLE OF SHOWERS AROUND. OVERALL, CLOUDY. WE ARE IN THE WARM SECTOR OF THAT SYSTEM WITH A FLOW OUT TO THE SOUTHWEST TODAY. THAT IS UP TO 60 DEGREES ACROSS MUCH OF REGION. THEN THE MILD AIR STAYS THERE FOR THE NEXT COUPLE OF DAYS. NOT SO MUCH TODAY, WITH THE HIGH THE RECORD AT 69. TOMORROW'S RECORD IS 65. THE WAY THAT THE THINGS ARE LOOKING NOW THE FRONTAL BOUNDARY WE HAVE TIME TO GET UP TO 66 TOMORROW. TOMORROW, WHICH BREAKS THE RECORD. A DRIZZLE AND A SHOWER TODAY. AS WE ROLL IN AND THE COLD FRONT COMES THROUGH WE ARE LOOKING AT SHOWERS THAT ARE MORE PRONOUNCED. YOU WILL SEE IN THE FIVE-DAY AND BEYOND THE FIVE-DAY THINGS WILL GET COOLER. IT'S MILD TODAY. WE'LL GO 62 FOR THE HIGH IN PHILADELPHIA. THAT IS BLOWING AWAY THE NORMAL HIGH OF 39. A NICE BREAK WE ARE GETTING. THE WINDS ARE LIGHT OUT TO THE SOUTHWEST TONIGHT. HOW ABOUT THE OVERNIGHT LOW? 54 DEGREES. NORMALLY DOWN TO THE MID-20s. IT'S AN AMAZING RIDE. NO REASON NOT TO GET OUT AND EXERCISE YOUR RIGHT TO VOTE. MOSTLY CLOUDY SKIES. 62 DEGREES IS YOUR FORECAST HIGH. AND WEDNESDAY IS BREEZY AND WARM WITH A

No Headline In Original

BREAKING TEMPERATURE OF 66. SUNSHINE ON THURSDAY. CLOUDS AND SUN ON FRIDAY. SATURDAY 44. BY NIGHT OFFUL A FRONT COMING THROUGH AND DROPPING TEMPERATURES LOWER FOR SUNDAY. THERE COULD BE A SNOW SHOWER ON SATURDAY NIGHT. AS WE GO BEYOND THE FIVE-DAY FORECAST MORE CHANGES IN STORE ON SUNDAY. PROBABLY TOPPING OUT IN THE 30s. A DAY FOR HEAVY COATS. STILL COLD ON MONDAY WITH FLURRIES. AS HAS BEEN THE CASE THIS WINTER, WE HAVE BEEN SAYING, THE NEXT COLD SNAP IS ONLY A COUPLE DAYS LONG. TUESDAY WE START TO GET MILDER AGAIN. >> THAT'S OKAY. THANK YOU, DAVID. >>> IT'S 5:09. MORE TO COME ON ACTION NEWS. THE NEW RELEASED VIDEO OF THE NATALIE HALLOWAY INVESTIGATION LANDS A SUSPECT BACK IN COURT. >>> THEY TAKE ON THE WILDCATS IN FRONT OF A PACKED CROWD. >>> WE ARE LIVE IN NEW JERSEY RIGHT NOW

**Load-Date:** February 6, 2008

---

End of Document

## *Nation & world*

Charleston Daily Mail (West Virginia)

February 5, 2008, Tuesday

Copyright 2008 Charleston Newspapers

**Section:** NEWS; Pg. P3A

**Length:** 414 words

## Body

Police ID remains

of interstate victim

SWIFTWATER, Pa. - A severed head and other dismembered remains found stuffed in trashed bags and scattered along Pocono Mountain highways have been identified as those of a missing woman, state police said.

Deanna Maria Null, 36, was reported missing by her family after authorities circulated a description of the victim. She was identified using dental records.

No arrests have been made.

The remains were found scattered along Interstates 380 and 80 in northeastern Pennsylvania, state police said. The first bag was found Jan. 29 by a worker salting roads.

Null's family called state police on Thursday to report her missing.

Man called 911 to

report murders

FOUNTAIN, Fla. - A man accused of killing his parents called 911, confessed to a dispatcher and said he was waiting to be arrested, authorities said.

Ricky Morris, 25, was being held on two murder charges at the Bay County jail.

Sheriff Frank McKeithen said Morris called 911 Sunday night, telling a dispatcher he had shot his parents with a hunting rifle and was waiting for a deputy to come arrest him at their home in the Florida Panhandle.

Deputies said he was calm and unemotional.

New law seeks to

trim rooster flocks

RIVERSIDE, Calif. - Rooster owners in this Southern California city may be about to get their feathers ruffled.

Measure A on today's ballot seeks to muffle incessant cock-a-doodle-dooing and crack down on illegal cockfighting by limiting the number of roosters residents can own in rural areas within the city limits.

Nation & world

The current law allows 50 birds, but the measure would only allow seven and require the birds be confined to an "acoustical structure" at least 100 feet from neighbors from sunrise to sunset.

Men charged in fire

at historic home

WORCESTER, Mass. - Two men are accused of burning down the birthplace of the woman made famous by the nursery rhyme "Mary Had a Little Lamb."

John Rousseau and Michael Dreslinski, who also face charges in a series of fires in central and western Massachusetts, have been held without bail since August.

They are scheduled to be arraigned Tuesday in connection with the Aug. 12 fire that destroyed a vacant house in Sterling where town officials say Mary Elizabeth Sawyer was born in 1806.

Sarah Josepha Hale reportedly published a poem in 1830 about Sawyer, as a child, bringing her lamb to school with her. Other accounts, however, claim the original writer was a young man who was inspired by the incident.

COMPILED FROM WIRE REPORTS

**Load-Date:** February 7, 2008

---

**End of Document**

### *Pennsylvania dispatches*

The York Dispatch (Pennsylvania)

February 5, 2008 Tuesday

Copyright 2008 York Newspapers, Inc. All Rights Reserved

**Section:** STATE

**Length:** 437 words

## Body

HARRISBURG

Body found in SUV is identified

HARRISBURG -- Authorities have identified the body found in a stolen sport utility vehicle in Harrisburg.

After an autopsy conducted Monday, it was determined that he was 24-year-old Gregory Streeps of Chambersburg. Police say he wasn't the vehicle's owner.

The vehicle was reported stolen in Chambersburg on Friday. It was found in Harrisburg the next day with the body inside. Streeps died of multiple gunshot wounds.

Police have identified a 24-year-old man as a suspect in the vehicle theft. He's still at large, and police believe he's armed.

BINGO PRIZES

House OKs boost

HARRISBURG -- The House voted 188-10 to double the amount of bingo prizes that licensed associations can award and to loosen rules about who may work at the games.

The daily limit was increased from $4,000 to $8,000, and group members can start working at games after being members for a month instead of having to wait a year. The bill was sent to the Senate.

GRUESOME FIND

Woman's remains

SWIFTWATER -- Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday. The first bag was found last Tuesday by a road worker salting I-380.

Null was last seen getting into an older-model sedan in Scranton two weeks ago, but police said they have no suspects.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim. She was identified using dental records.

Null lived in the Scranton and Williamsport areas but was "relatively transient," state police Lt. Robert Bartal said. The last time she was seen alive was in mid-January.

Pennsylvania dispatches

"There's a two-week gap we're trying to close," Bartal said.

A man who answered the phone at a listing for Null in Williamsport identified himself as Null's brother-in-law but said the family did not want to comment.

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

Court records indicate that Null pleaded guilty in Lycoming County to drug and conspiracy charges in 2003. Null violated her parole in 2005 and a warrant was issued for her arrest last September for failure to pay court costs and fines, records show.

## Graphic

Null

**Load-Date:** February 5, 2008

End of Document

## *PENNSYLVANIA; Police identify woman found along highway*

The Lawton Constitution (Oklahoma)

February 5, 2008 Tuesday

Copyright 2008 The Lawton Constitution
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** AMERICAN DIGEST

**Length:** 156 words

## Body

SWIFTWATER - A severed head and other dismembered remains found stuffed in trashed bags and scattered along Pocono Mountain highways have been identified as those of a missing woman, state police said Monday.

Deanna Maria Null, 36, was reported missing by her family after authorities circulated a description of the victim. She was identified using dental records.

No arrests have been made.

The remains were found scattered along Interstates 380 and 80 in northeastern Pennsylvania, state police said. The first bag was found Jan. 29 by a worker salting roads.

Null's family called state police on Thursday to report her missing.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

**Load-Date:** August 5, 2014

End of Document

## *Police ID woman whose dismembered body found along interstates*

The Associated Press State & Local Wire

February 5, 2008 Tuesday 5:23 AM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 296 words

**Dateline:** SWIFTWATER Pa.

# Body

Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday. The first bag was found last Tuesday by a road worker salting I-380.

Null was last seen getting into an older-model sedan in Scranton two weeks ago, but police said they have no suspects and no arrest has been made.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim. She was identified using dental records.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January.

"There's a two-week gap we're trying to close," Bartal said.

A man who answered the phone at a listing for Null in Williamsport identified himself as Null's brother-in-law, but said the family did not want to comment.

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or leather roof, chrome luggage rack and white license plate. Police described the driver as a black man, 5-feet-9 to 6 feet, with a short military-style haircut and a stocky build.

Court records indicate that Null pleaded guilty in Lycoming County to drug and conspiracy charges in 2003. Null violated her parole in 2005 and a warrant was issued for her arrest last September for failure to pay court costs and fines, records show.

**Load-Date:** February 6, 2008

End of Document

## *Police identify body found along interstates*

Beaver County Times (Pennsylvania)

February 5, 2008 Tuesday

Copyright 2008 Beaver County Times
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS; Pg. A006

**Length:** 203 words

# Body

SWIFTWATER, PA. (AP) - Police have identified a woman whose severed head and dismembered remains were found in trash bags along two interstates in the Pocono Mountains.

Deanna Marie Null, 36, was killed and her remains dismembered, placed in trash bags and scattered along Interstates 380 and 80, state police said Monday. The first bag was found last Tuesday by a road worker salting I-380.

Null was last seen getting into an older-model sedan in Scranton two weeks ago, but police said they have no suspects and no arrest has been made.

Null's family called state police on Thursday to report her missing after authorities circulated a description of the victim. She was identified using dental records.

"They had seen media coverage on it and knew they had not talked to her in a few weeks. It wasn't uncommon for her to be missing," state police Lt. Robert Bartal said.

Null lived in the Scranton and Williamsport areas but was "relatively transient," he said. The last time she was seen alive was in mid-January. "There's a two-week gap we're trying to close."

A man who answered the phone at a listing for Null in Williamsport identified himself as Null's brother-in-law, but said the family did not want to comment.

**Load-Date:** August 8, 2014

---

End of Document

## *Woman ID'd whose body parts were found along highways*

The News-Item (Shamokin, Pennsylvania)

February 5, 2008 Tuesday

Copyright 2008 The News-Item, Shamokin, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 348 words

**Byline:** BY KIMM R. MONTONE AND ROJA HEYDARPOUR TIMES SHAMROCK WRITERS

# Body

The woman whose severed head and body parts were discovered along two area interstates last week has been identified as Deanna Marie Null, 36, of the Scranton and Williamsport areas. State Police at Swiftwater said Ms. Null was "relatively transient" and they do not have any suspects.

However, they do have a lead.

 Ms. Null was last seen getting into a late model, dark-colored sedan two weeks ago near Olive Street and Capouse Avenue, state police said. The vehicle, possibly a Cadillac or Buick, has a cloth or leather top, a four or five chrome strip luggage rack on the trunk and white license plates. A black male, 5-foot-9 to 6-feet tall with a stocky build and military-style haircut was driving the car, state police said.

 "Hopefully people will come forward who have known her or had any dealings with her," said State Police Cpl. Lynn Courtright.

 Ms. Null's body was found discarded in trash bags at eight locations Jan. 29 on Interstates 380 and 80 in Lackawanna and Monroe counties.

Her family called state police Thursday to report her missing after authorities circulated a description of the victim.

 "They had seen media coverage on it and knew they had not talked to her in a few weeks," state police Lt. Robert Bartal told The Associated Press. "It wasn't uncommon for her to be missing."

 She was identified through dental records by forensic odontologist, Dennis Asen.

 Described as "relatively transient" by Lt. Bartal, court records show Ms. Null pleaded guilty in Lycoming County to charges of manufacturing drugs, delivery and possession with intent to manufacture and deliver as well as criminal conspiracy in a Lycoming County in 2003. Two years later she was charged with violating her parole. In September, a warrant for her arrest was issued because she failed to pay court costs and fines. A monthly payment history showed erratic payments ranging from $4.80 one month to $76.46.

 Anyone with information on the case is asked to call state police at 839-7701 or toll-free at 866-403-2946.

 Contact the writers: *kmontone@timesshamrock.com rheydarpour@timesshamrock.com*

**Load-Date:** August 8, 2014

## *Woman's remains identified: Body parts found on interstates were those of Deanna Marie Null, 36, of Williamsport.*

The Times Leader (Wilkes-Barre, Pennsylvania)

February 5, 2008 Tuesday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 706 words

**Byline:** Edward Lewis And Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Feb. 5--The investigation into the human remains case in the Poconos got a huge break with the identification of the victim as Deanna Marie Null, a 36-year-old woman from Williamsport who frequented the Scranton area.

Null's identification makes it possible for investigators to look into the victim's background and into people associated with her, state police Lt. Robert Bartal and Sgt. Gregg Mrochko said.

State police at Swiftwater are investigating the human remains found scattered along interstates 80 and 380 on Jan. 29.

Media coverage of the discovery by a state road worker led Null's family to contact police on Thursday, Bartal said. Her family was notified when the remains were positively identified. The body parts were found in several trash bags along the highways.

Null was last seen getting into an older-model sedan in Scranton two weeks ago at Olive and Capouse streets, Bartal said, but police said they have no suspects and no arrest has been made.

The car that Null was seen getting into was described as an older-model (late 1970s or early 1980s), dark Buick or Cadillac sedan with a cloth or vinyl roof, chrome luggage rack and white license plate. Police described the driver as a black man, with short, close-cut hair.

The information on the vehicle was provided to authorities by people who identified themselves to police as the victim's friends in the Wilkes-Barre/Scranton area.

Police released the woman's identity on Monday, three days after forensic odontologist Dr. Dennis Asen positively identified her through dental records.

"We talked to several people that know her, but we don't know enough about her at this point," Bartal said. "Anyone that may have seen her in mid-January is asked to contact us."

An examination revealed the woman had a dental procedure that involved the removal of teeth, investigators said.

Bartal said this did not indicate evidence of a past drug addiction. There are no suspects, he said, and, at this point, it is believed the case was neither domestic nor drug-related. Police have not found a murder weapon.

Bartal said Null was a witness in a recent attempted homicide case in Williamsport, but he did not release specifics about her involvement.

Woman's remains identified: Body parts found on interstates were those of Deanna Marie Null, 36, of Williamsport.

"We are speaking to people that know her," Mrochko said. "Once we identified her, we can find out who she hung around with."

Bartal said Null had no permanent address in the Scranton area and resided in several apartments for about a year.

According to Lycoming County Court records, Null pleaded guilty in 2003 to two drug offenses in connection with her arrest in 2001 by the state Attorney General. In September, an arrest warrant was issued for Null for failure to pay court costs and fines.

A message left for Null's family in Williamsport on Monday was not returned.

After the body parts were discovered, police immediately determined the remains belonged to a light-skinned, heavyset female with dark and gray hairs, and about 5 feet, 7 inches tall.

Autopsy results revealed she suffered from multiple violent injuries, which caused her death, police said.

The remains were dumped near the Mount Pocono exit and 14 miles northbound along Interstate 380 in Monroe and Lackawanna counties. Two other bags were found 10 miles apart eastbound and westbound on Interstate 80.

A state road worker made the initial discovery while salting I-380 in Coolbaugh Township, Monroe County.

Investigators canvassed the interstates on foot and in the air on Thursday, finding several items of evidence from the Delaware Water Gap to the wooded hills of Gouldsboro in Lackawanna County.

Anyone with information about Null is asked to contact state police at Swiftwater at 839-7701.

Edward Lewis, a Times Leader staff writer, may be reached at 829-7196. Jen Marckini, a Times Leader staff writer, may be reached at 829-7210.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** February 5, 2008

---

End of Document

Body parts victim was to be alibi witness at robbery trial - pocono...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



Body parts victim was to be alibi witness at robbery trial - pocono...    http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



# Body parts victim was to be alibi witness at robbery trial

Photo 1 of 1 | Zoom Photo +

Deanna Null

February 06, 2008

SWIFTWATER (AP) -- Authorities say a woman whose severed head and dismembered remains were dumped along highways in the Poconos was supposed to be an alibi witness at a robbery trial.

Police say officers looked for 36-year-old Deanna Null at her last known address in Scranton on Jan. 24 but were unable to locate her. Five days later, her remains were found in trash bags strewn along Interstates 80 and 380.

Null didn't testify at the trial of a man who said he was with her at the time of a robbery he was accused of committing. A jury has convicted him.

State police Lt. Robert Bartal says police are receiving conflicting information from different witnesses concerning Null. But investigators say she is described as a transient with a history of drug-related convictions, who was known to go missing from time to time.

**RELATED STORIES**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

HOME

Be the first to know - Sign up for text alerts    Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On February 07, 2008 at 8:00 AM , GoAmerica said:

No matter what this women was involved in or whom she was involved with, it is pretty sad that someone would go to these extremes. It is sad that her family has to deal with her horrible death. This could end up that it has nothing to do with anyone she knew. Full Message

GoAmerica
Member since: 06/22/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Body parts victim was to be alibi witness at robbery trial - pocono...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

**Find a Lawyer - Free**
Free, Confidential Lawyer Locator. Save Time - Describe Your Case Now!
www.LegalMatch.com

**E. Stroudsburg New Homes**
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

**Hartmann Electrical**
Residential / Commercial / Repairs New Construction / Additions
www.hartmannelectrical.com

**Monroe County Hospitals**
Local results for hospitals in and near Monroe County
monroe.eztousebigbook.com

Ads by Google

**TOP JOBS**

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**



$34,205
2008 Jeep Grand Cherokee
Brown Daub Chrysler Jeep



$13,900
2006 Jeep Liberty
Mick Motors



$24,988
2008 Honda Accord
Brown Daub Chrysler Jeep



$10,995
2003 Ford Mustang
Brown Daub Dodge

Show All Featured Cars

**TONIGHT IN PRIME TIME**

|  | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe to the Pocono Record
Click here for more information



Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >                    Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**BODY PARTS VICTIM WAS TO BE ALIBI WITNESS AT ROBBERY TRIAL**

**Discussions**                                                        Keep Reading

|  |  | 1 of 9 |
|--|--|--|

On Feb 6, 2008 at 02:17 PM, pacharlie said:

See, there is a story behind every mystery..

**pacharlie**
My Comments
Member Since:
8/15/2007

---

🗑                      Message 5033.2 was deleted                      🗑

---

3 of 9

On Feb 6, 2008 at 02:33 PM, cali007 said:

Hey Charlie:-)

This has nothing to do with the incident. She was going to testify to being with a guy who was accused of a robbery. She was going to help him out and support his alibi. Besides, he has been in jail since '06. I don't understand why anyone would write an article about this as if it had something to do with the latest incident.

BTW There is a much more informative article in the Times Tribune about this.

**cali007**
My Comments
Member Since:
2/13/2007

---

4 of 9

On Feb 6, 2008 at 02:34 PM, cali007 said:

g1234,

That's truly tasteless.

**cali007**
My Comments
Member Since:
2/13/2007



**pacharlie**
My Comments
Member Since:
8/15/2007

**5 of 9**

On Feb 6, 2008 at 02:48 PM, pacharlie said:

Mabey she was not going to testify after all, just because he was locked up does not mean he does not have peps.You know that Cali. Who knows why PR does it for the media attention, they are going to find everything and anything about this woman either it has something to do with the case or not, ya know.



**Sniper**
My Comments
Member Since:
12/21/2006

**6 of 9**

On Feb 6, 2008 at 02:54 PM, Sniper said:

Somebody didn't want someone to testify, what about Police protection, geez.



**elle (ellegil)**
My Comments
Member Since:
8/29/2007

**7 of 9**

On Feb 6, 2008 at 03:02 PM, elle (ellegil) said:

"Well, Well, Well.......
Now we see there is one less drug pusher in our area! "

Tasteless, indeed.



**Shemeka**
My Comments
Member Since:
1/24/2007

**8 of 9**

On Feb 6, 2008 at 03:55 PM, Shemeka said:

let the games begin.

**9 of 9**

On Feb 7, 2008 at 08:00 AM, GoAmerica said:

Poçono Record News Forum



No matter what this women was involved in or whom she was involved with, it is pretty sad that someone would go to these extremes. It is sad that her family has to deal with her horrible death. This could end up that it has nothing to do with anyone she knew.

**GoAmerica**
My Comments
Member Since:
6/22/2007

**Discussions**

**Keep Reading**

Tuesday, December 9, 2008

POCONO RECORD
News & Information from Northeast Pennsylvania

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
OVERCAST 29°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS



# Murdered woman linked to '02 shooting

Photo 1 of 1 | Zoom Photo +

Deanna Marie Null

Text Size: A|A|**A**

🖨 Print this Article    ✉ Email this Article
📄 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!

BROWN-DAUB
Reputation means everything

CHEVROLET   BUICK   PONTIAC   VOLVO
Ford   Mercury   LINCOLN   KIA
CHRYSLER   Jeep   Mazda
DODGE

**By _PHILIP A. HOLMES_**
Williamsport Sun-Gazette Writer
February 06, 2008

Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Poconos interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.

No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.

State police investigators came to city police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.

Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records.

The state Board of Probation and Parole in Harrisburg was unable to provide any information Tuesday on the status of the three men convicted in the shooting case.

"Null was not a victim. She wasn't even a witness in this case, but her boyfriend was a victim," Williamsport Police Patrolman Roy Snyder, the lead investigator in the shooting case, said Tuesday.

"She played no role whatsoever in the conviction of the three men," Snyder said of Null. Lowrie, however, was "a key witness and victim."

Parts of Null's dismembered body were found Jan. 29 in trash bags found at eight locations along Interstates 80 and 380 in Lackawanna and Monroe County. She was 36. Her identity was obtained through a forensic dentist in Allentown.

Both Null and Lowrie, believed now to be in his late 30s, were arrested in early February 2003 as part of a major cocaine-distribution ring that extended from Lycoming to Northumberland County.

Court records, filed by the state Attorney General's Office, alleged Null sold cocaine in Williamsport while Lowrie trafficked cocaine in Shamokin. Both were convicted of various drug crimes.

**RELATED STORIES**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

**Recently Reviewed by Your Neighbors**

Exclusive Builders, Inc.
★ ★ ★ ★ ☆
"Lilian at Exclusive Builders worked really hard to make our dream home a reality. Took a bit longer but the Craftsmanship and quality are all well..." more
posted on 8/21/2008

Exclusive Builders, Inc.
★ ★ ★ ★ ★
"We would highly recommend Exclusive Builders to anyone considering building a custom home. Lilian and Adrian made the homebuilding experience easy..." more
posted on 8/15/2008

VIEW MORE Real Estate

HOME

📄 Be the first to know - Sign up for text alerts    📧 Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

Murdered woman linked to '02 shooting - poconorecord.com - The ...       http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008020...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
SUNNY 26°
Forecast /Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                    Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**MURDERED WOMAN LINKED TO '02 SHOOTING**

| Discussions | Keep Reading |
| --- | --- |

**1 of 8**



On Feb 6, 2008 at 09:45 AM, Rabbit said:

This story , sadly, is now becoming typical of our area. I'm inclined to predict that we are going to see much more of this type of horrific crime.

**Rabbit**
My Comments
Member Since:
10/14/2007

**2 of 8**

On Feb 6, 2008 at 09:52 AM, Sniper said:

Wish people could just get along, looks like payback crime, truly sad.

*Edited 2/6/08  by  Sniper*

**Sniper**
My Comments
Member Since:
12/21/2006

**3 of 8**

On Feb 6, 2008 at 10:03 AM, pacharlie said:

Hey Sniper, off subject but did they ever update the car crash victim that was found in the west end with bullet holes in him? What ever happened to the investigation? Do you remember that? Maybe Ed1 can give us an up date and investagate what the hell happened?

**pacharlie**
My Comments
Member Since:
8/15/2007

**4 of 8**



On Feb 6, 2008 at 10:16 AM, windgap927 said:

We still do not know how drew davis is doing, the runner hit down by dreher. Also, do not know the id of the man ejected from his car recently. Unless I missed the updates somewhere.

**windgap927**
My Comments
Member Since:
2/16/2007

**5 of 8**



On Feb 6, 2008 at 10:42 AM, anon12 said:

drew davis is doing fine, i saw him around christmas time. he had on a neck brace but was doing just fine.

**anon12**
My Comments
Member Since: 1/7/2008

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com/cars

Find a Car

**TOP JOBS**
**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum         http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

**TOP CARS**



$16,495
2008 Jeep Liberty
Brown Daub Dodge



$10,900
2007 Dodge Caliber
Mick Motors



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury



Photo Coming Soon

1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars


Subscribe To The
Pocono Record
click here for
more information

---

**6 of 8**



On Feb 6, 2008 at 10:43 AM, windgap927 said:

SOOOO good to hear - thank you! My husband was his college roommate, but did not want to bother him while he was recovering, but really wanted to know how he was doing.

windgap927
My Comments
Member Since:
2/16/2007

---

**7 of 8**



On Feb 6, 2008 at 10:53 AM, Sniper said:

Yeah you know, I never saw an update yet, wonder if there is an update, sometimes things won't get reported if charges aren't filed or the police haven't made a statement, maybe the Editor would be kind enough to check?

Sniper
My Comments
Member Since:
12/21/2008

---

**8 of 8**

On Feb 6, 2008 at 06:45 PM, Molly said:

Windgap-that guy Travis Kuehner was still in the Trauma unit last we heard (Sat). He's a Senior at PVHS that works at the KFC in Brodheadsville.

Molly
My Comments
Member Since:
3/24/2007

Discussions        Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.



## FOOTBALL SEASON BEGINS AT 7 A.M.

### Today is letter-of-intent day, when ESU coaches discover if their high-stakes recruiting efforts have paid off • Page B1



### NCC graduate, a single mom, has learned the hard way
Page C1

**Eastburg school district announces 5 Hall of Fame inductees • Page B1**

# POCONO RECORD

**WEDNESDAY**
**February 6, 2008**

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 311        © Copyright 2008        50 CENTS

# Corpse found in filthy Tunk home



By ANDREW SCOTT
Pocono Record Writer

TUNKHANNOCK TOWNSHIP — The house where a man was found dead Tuesday morning seems ordinary from the outside, but police say the inside was a hell hole filled with garbage, rotting food, animal feces and what at first appeared to be a basement drug lab.

The 35-year-old man was found lying dead in the basement of his home at Schochs Mill and Crest Wood roads in Brier Crest Woods, a secluded development off Route 903. Pocono Mountain Regional Police aren't releasing his identity until his next of kin have been notified.

He did not appear to have died by violence, but the Monroe County Coroner's Office as of Tuesday night was still trying to determine the cause and manner of death, Detective Sgt. Ken Lenning said.



A state police trooper wears a hazmat suit to inspect a basement lab at the Brier Crest Woods home.

DAVID KIDWELL/Pocono Record
Police string crime scene tape across the driveway at a house in Brier Crest Woods in Tunkhannock Township where a man was found dead inside Tuesday.


See the video for this story online at
www.poconorecord.com/video

The man's wife found him and called 911 shortly before 8:30 a.m. Tuesday, Lenning said. Police aren't commenting on anything the wife told them about how she found the body. She's now staying with family outside Pennsylvania.

Meanwhile, the couple's daughters, both in their early teens, have been removed from the home and taken into protective custody due to what police call "deplorable" living conditions.

"We responded to the call," Lenning said. "When we arrived, there were dogs in

See CORPSE, Page A2



## McCain winning big; Clinton, Obama close


John McCain


Mitt Romney


Mike Huckabee


Barack Obama


Hillary Clinton

John McCain took a commanding lead in the nationwide Super Tuesday contests going into a showdown late Tuesday with Mitt Romney in California. Mike Huckabee trailed close behind Romney. Meanwhile, Hillary Clinton and Barack Obama traded state victories, with Clinton leading in delegates going into California. See story on page A8.



Richard Sprague, left, and John Donnelly, right, attorneys for Louis DeNaples, and Mount Airy CEO Joseph D'Amato confer before appearing before the Pennsylvania Gaming Control Board.

ASSOCIATED PRESS

## DeNaples license suspension OK'd

By HOWARD FRANK
Pocono Record Writer

HARRISBURG — The Pennsylvania Gaming Control Board voted Tuesday to continue the suspension of Mount Airy Casino Resort owner Louis DeNaples' gaming license and appointed a trustee to operate the casino in his place during the suspension.


More online:
www.poconorecord.com
For coverage of Mount Airy Casino Resort and the investigation of owner Louis DeNaples, go to www.poconorecord.com.mtairy.

The board placed a number of conditions on the casino, similar to those contained in a emergency order it issued last week.

All money earned and due DeNaples will be set aside in an escrow account. That includes all non-gaming areas such as the four restaurants, Gypsies nightclub and the recently opened 200-room hotel. DeNaples is prohibited from receiving any compensation or distributions from the resort and cannot exert any control over the business in any capacity.

He is also barred from enter-


*Pocono Manor makes a play for Mt. Airy license*
By HOWARD FRANK

See DENAPLES, Page A2

# Murdered woman linked to '02 shooting

By PHILIP A. HOLMES
Williamsport Sun-Gazette Writer

Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Pocono interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.

No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.

State police investigators came to city


Deanna Marie Null

police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.

Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third


More online:
www.poconorecord.com
For coverage of the Deanna Null murder investigation, go to www.poconorecord.com/null.

man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records.

The state Board of Probation and Parole in Harrisburg was unable to provide any information Tuesday on the status of the three men convicted in the shooting.

See NULL, Page A2

---



**TODAY'S FORECAST**

Rain, heavy at times. High, 55/60. Low 29/34.
Weather, C8



**WEST BEATS EAST TO WIN MVC BOYS BASKETBALL TITLE**
Page B1



| INSIDE the RECORD | | |
|---|---|---|
| ENTERTAINMENT | C7 | POCONO LIFE | C1-2 |
| HOROSCOPE | C7 | PUBLIC NOTICES | D1 |
| ADVICE & BRIDGE | C7 | SPORTS | B1-4 |
| LOCAL & REGION | A3 | TV & WEATHER | C8 |
| BUSINESS | D5 | U.S. & WORLD | A5 |
| LOTTERY | A2 | YOUR COMMUNITY | C4-5 |
| CLASSIFIED | D1-4 | | |
| COMICS, PUZZLES | C6 | | |
| OBITUARIES | C7 | | |
| OPINION | A6-7 | | |

A 2 Wednesday, February 6, 2008

Pocono Record

## LOTTERIES

Numbers drawn
Tuesday, Feb. 5, 2008

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: 9-8-1
MIDDAY BIG FOUR: 1-3-8-1
TREASURE HUNT: 7-8-19-23-26
DAILY: 7-5-4
BIG FOUR: 8-6-8-1
CASH FIVE: 1-12-23-25-40
**Update:** No top prize winner.
Today's jackpot: $225,000.
MATCH SIX: 1-6-24-41-45-49
**Update:** No top prize winner.
Friday's jackpot: $800,000.

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: 4-0-8
MIDDAY PICK FOUR: 1-6-5-9
PICK THREE: 4-8-0
PICK FOUR: 3-3-1-0
CASH FIVE: 4-7-11-24-37

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: 7-7-3 Lucky Sum 17
MIDDAY WIN FOUR: 3-8-8-7 Lucky Sum 26
DAILY NUMBER: 0-1-4 Lucky Sum 5
WIN FOUR: 3-3-2-5 Lucky Sum 13
PICK TEN: 1-7-10-11-14-17-27-31-32-33-35-36-46-50-55-57-63-66-72-75

## DENAPLES

From Page A1

ing any part of the property.

It had to be a bitter disappointment for DeNaples, who's reign over the $400 million casino resort lasted only a little over three months before his suspension.

Anthony F. Ceddia was appointed trustee for Mount Airy. He is a retired president of Shippensburg University and is known to some board members.

"He is well known in the central part of the state, is extremely independent and has experience in complex, important management issues. His integrity is above reproach," gaming board Chairman Mary DiGiacomo Colins said.

The job of the trustee will be to assure the continuation of business at Mount Airy, according to a spokesperson for the board. Colins also said the trustee will be responsible for insuring that the conditions set forth by the gaming board are followed.

The board also appointed Mark M. Gleason, a forensic accountant, to set up and monitor controls to ensure the order is followed.

**THE UNANIMOUS VOTE** by the board followed a hearing in which evidence was presented regarding DeNaples recent perjury indictment by a Dauphin County grand jury and the temporary emergency suspension of his gaming licesnce Jan. 30.

Mount Airy Chief Executive Officer Joseph D'Amato assured the board in his testimony of his and the management's ability to continue running Mount Airy and to follow the terms of the order.

"I've been licensed in four states and four jurisdictions. It's a privilege to work in this industry. It's not a right," said D'Amato. "We follow not only the letter but the spirit of the regulations."

The part of the order that requires all profits to be set aside will probably have little effect on DeNaples personally or the resort, because management can use any profits to pay down the resort's debt.

"Louis DeNaples hasn't taken out any money since I started over a year ago. It is his intention to pay down the debt, not take money out," D'Amato said.

And that could take a while, since the casino owner borrowed close to $400 million to finance the project.

D'Amato also said that although Mount Airy was doing well, it was operating at a net loss due to startup costs. Asked by board members about the morale at the casino since the suspension, D'Amato said it has been business as usual. But he added that the key change at the casino has been the lack of contact with DeNaples, which participation D'Amato characterized as strategic rather than operational.

"We are just moving forward," he said.

"The board is relying on you on your independence and integrity," board member Jeffery Coy said, asking D'Amato if he could pledge that. "Yes, Sir. I pledge that for myself, my employees and my staff," D'Amato said.

D'Amato also told the board that DeNaples' daughter, Lisa, a vice president and key management member at the casino resort, would fully comply with the gaming board's order. DeNaples is not allowed to speak about casino matters with his daughter.

**DeNAPLES' ATTORNEY** John Donnelly opposed the conditions set forth in the PCCB's order.

"This goes well beyond oversight. They've overstepped today. What we will do about it remains to be seen," he said.

DeNaples' attorney Richard Sprague attacked the evidence presented in the grand jury indictment. "I've been dealing with rumors for years. If you're a wealthy Italian, you're connected with the mob," Sprague told reporters sarcastically.

"I once asked him why he applied for the license," Sprague said. His reply was "I'd have a full investigation and have my name cleared," according to Sprague.

Sprague also suggested the charges against DeNaples were an attack on the gaming board's authority.

"The bottom line here is the state police wants to take over the investigative work for the gaming board and they have used DeNaples as a scapegoat to try to say the gaming board's staff did not do a good job," Sprague told reporters after the hearing.

## Tornadoes strike Ark., Tenn., Miss., killing 7

ATKINS, Ark. (AP) — Tornadoes tore across Arkansas, Tennessee and Mississippi on Tuesday, killing at least seven people and injuring dozens in a rare midwinter outbreak of violent weather.

A couple and a child were killed after a tornado touched down near the center of Atkins, a community of 3,000 along the Arkansas River in the central part of the state, the Pope County Sheriff's Office said.

Gov. Mike Beebe's office later said seven people were killed across the state, including in the communities of Clinton and Gassville.

On primary election day, at least one voting site in Atkins continued functioning as a Red Cross shelter after polls closed, Natasha Naragon, a spokeswoman with the secretary of state's office.

The power was knocked out briefly at a Little Rock conven-

tion hall that hosted a watch party for GOP presidential candidate Mike Huckabee, a former Arkansas governor.

"While we hope tonight is a time for us to celebrate election results, we are reminded that nothing is as important as the lives of these fellow Arkansans, and our hearts go out to their families," Huckabee said.

At least six tornadoes touched down between Oxford, Miss., and Jackson, Tenn., said Richard Okulski of the National Weather Service in Memphis. More than 30 people were injured in the two states, hospital officials said.

In Oxford, 11 people ranging in age from infants to senior citizens were taken to Baptist Memorial Hospital with injuries caused by a tornado, Peyton Warrington, the hospital's assistant administrator. They were stable, she said.

## CORPSE

From Page A1

a coop attached to an outside garage. The dogs were matted with feces and appeared neglected."

Police entered the house and found garbage, dog and cat feces and rotting food strewn about the house, including where the children slept upstairs.

"There's so much clutter that you can hardly walk," Lenning told reporters on scene Tuesday evening.

The house has interior structural damage including holes in the floors, he said. In the basement, where the body was found, police also discovered what appeared to be a lab complete with tubes, beakers, syringes and unidentified chemicals.

Police contacted a state police forensic team, which arrived on scene from Harrisburg at about 2:30 p.m. to examine the lab equipment and chemicals removed from the basement. Tunkhannock Township volunteer firefighters also were called to the scene in case there was anything flammable.

"The forensic team doesn't think it was a narcotics lab, but is still making a final determination," Lenning said.

The family's three dogs are now with the SPCA, but the cats are still in the house, Lenning said.

Neighbors interviewed Tuesday described Brier Crest Woods as a peaceful community where police calls are rare and most of the residents keep to themselves, as did the deceased and his family.

Neighbor Ned Ramm, whose home is a few houses away, said the family was already living there when he moved to the development in 2002.

"I didn't know them by name, but they seemed normal enough," Ramm said. "I'd see him working on his motorcycle or truck outside and the girls would be in the yard. They seemed OK.

"My only concern was with their dogs being left outside and barking all night," he said. "Once, about two years ago, I went over there and knocked on the door to ask them to take the dogs in at night. No one answered the door."

John Lambert, who lives nearby on another street, also did not know the family by name, but said they seemed "nice enough."

"I was surprised when I passed by earlier and saw the police and firetrucks here," Lambert said. "You almost never see anything like that here."

## NULL

From Page A1

case.

"Null was not a victim. She wasn't even a witness in this case, but her boyfriend was a victim," Williamsport Police Patrolman Roy Snyder, the lead investigator in the shooting case, said Tuesday.

"She played no role whatsoever in the conviction of the three men," Snyder said of Null. Lowrie, however, was "a key witness and victim."

Parts of Null's dismembered body were found Jan. 29 in trash bags found at eight locations along Interstates 80 and 380 in Lackawanna and Monroe County. She was 36. Her identity was obtained through a forensic dentist in Allentown.

Both Null and Lowrie, believed now to be in his late 30s, were arrested in early February 2003 as part of a major cocaine distribution ring that extended from Lycoming to Northumberland County.

Court records, filed by the state Attorney General's Office, alleged Null sold cocaine in Williamsport while Lowrie trafficked cocaine in Shamokin. Both were convicted of various drug crimes.

## LICENSE

From Page A1

license to build a casino at Pocono Manor. The plan included a controversial 25-story hotel on the historic resort property, located largely in Tobyhanna Township. Residents there opposed construction of a glitzy new hotel complex with slots, shopping and other features.

Pocono Manor and Mount Airy were among 13 applicants that competed for five Category 2 licenses for free-standing slots parlors with up to 5,000 machines. In December 2006, the gaming board awarded a license to Mount Airy but not Pocono Manor.

PMI appealed the gaming board's decision, which was unanimously upheld by the Pennsylvania Supreme Court.

The letter sent last Friday to the gaming board. The gaming board isn't required to respond to the letter, which offers no proposal for taking over the license. Pocono Manor may be laying the groundwork for a formal petition to the board as outlined in the state's gaming laws.

Gaming board Chairman Mary DiGiacomo Colins said that the board wasn't likely to consider PMI for the Mount Airy license.



## IS GUM DISEASE

making you hide your smile?

Are Your Gums Bleeding?
Do You Have Bad Breath?

*Periodontal Gum Disease or Gingivitis Could Be The Problem.*

Now there is

## LASER GUM TREATMENT

with no cutting or stitches.

Call today for your FREE consultation! Our general practice office offers a wide variety of dental treatments for your convenience and comfort.

**M. A. Esposito, DDS**

## 421-0431

890 Wallace Street
Stroudsburg, PA
18360

## PLEASE

recycle this
newspaper

**WEDNESDAY'S DEAL OF THE WEEK!**

**FREE** SHAMROCK DOOR HANGER

Limit 1 Per Family
Redeem at Counter •
Coupon Expires 2/13/08

BARGAIN and CLOSEOUTS
NEW MERCHANDISE DAILY!!
Tannersville, Rt. 611
Exit 299, I-80
620-2000

**Odd-LoT OUTLET**
Marshalls Creek, Route 209
Exit 309, I-80
476-1900

**OPEN HOUSE**
Wednesday, February 6, 2008
3:00 pm - 6:00 pm
Feel free to drop in for a
Guided Tour of our Cottage Homes and our
Independent & Assisted Living Community!
*The Premier Senior Living Community in Stroudsburg!*

**GRACE PARK**
Seniors Living Well
1170 West Main Street
Stroudsburg, PA
(570) 424-8166
www.graceparkseniorliving.com



**YMI?**
SATISFIED.
The coverage you need at a price you can afford.

AUTO
HOME
BUSINESS
LIFE

yurmerkle.com • 570.421.7300

**DO YOU HAVE PROBLEMS BREATHING?**

**Samer Alkhuja, M.D.**
Medical Associates



**LOG BEDS** and Rustic Furniture

EZ REST

• Waterbeds
• Tempur-pedic
• Futons
• Airbeds

A Bed for Every... Body!

RL. 715 & 611 Tannersville, PA • 629-0166   www.ezlogbeds.com



**J.R.'s**
Early Bird Specials
$9.95

## POCONO RECORD

*Your home. Your neighbor. Your news.*

Established April 2, 1894
Division of Ottaway Newspapers of Pennsylvania, LP
511 Lenox Street, Stroudsburg, PA 18360
570-421-3000 • 800-356-4237

poconorecord.com
*Your online source for Pocono news and information.*

poconorecord.com/sage
*Monthly magazine for readers over 60. (570) 420-4344*

poconorecord.com/epcn
Eastern Pocono Community News

*Weekly newspaper serving eastern Monroe and lower Pike counties. (570) 420-4324*

### How To Reach Us

| News | | Advertising | | Subscription Services: | |
|---|---|---|---|---|---|
| News | 570-420-4484 | Classified | 570-421-3030 | Customer Service Hours: | |
| Sports | 570-420-4389 | Fax | 570-424-2625 | Monday – Friday 6 am – 5pm, | |
| Lifestyles | 570-420-4343 | | | Saturday 8 am – 3pm, | |
| Editorial Page | 570-420-4348 | Retail | 570-421-3000 | and Sunday 6 am – 3pm | |
| Fax | 570-421-8284 | Fax | 570-424-2056 | | |
| Toll Free | 800-756-4237 | advertising@poconorecord.com | | | |
| Photo Reprint Orders | 570-420-4340 | | | | |
| Press Release e-mail | newsroom@poconorecord.com | | | | |

Member of the Audit Bureau of Circulations

OFFICE PAY

## *Pennsylvania dispatches*

The York Dispatch (Pennsylvania)

February 6, 2008 Wednesday

Copyright 2008 York Newspapers, Inc. All Rights Reserved

**Section:** STATE

**Length:** 631 words

# Body

---

TEMPLE U.

$5 million -- in the mail

PHILADELPHIA -- The checks to Temple University really were in the mail -- for $5 million.

It was a total surprise for the school to receive the anonymous donations, which arrived in a pair of nondescript envelopes sent via U.S. mail from a bank in Arizona, said Stuart Sullivan, Temple's senior vice president for institutional advancement.

One envelope contained a $1 million bank check for the university to use however it chooses, Sullivan told The Associated Press on Tuesday. The second held a $4 million check to endow a scholarship for women and minorities.

The envelopes were addressed to a development office staff member, who was completely stunned when she opened them on Thursday, Sullivan said. He guessed the donors must have found the staff member's name on a Web site or on a fundraising brochure.

The school contacted the bank to try to find out more, but the donors insisted on remaining anonymous, Sullivan said. They just asked for the school to give them periodic reports on how the money is being used.

The donations come at a serendipitous time, as Temple is the midst of its first-ever comprehensive fundraising campaign. With these gifts, the school has raised about $285 million of its $350 million goal, he said.

Temple enrolls about 35,000 students.

BOY IN A CAGE

Woman faces trial

WASHINGTON, Pa. -- A woman in southwestern Pennsylvania will stand trial on charges she locked a 10-year-old boy in her care in a feces-laden dog crate for about 90 minutes.

Rhonda Lehman, 51, of Washington, Pa., waived her right to a preliminary hearing Tuesday. She is charged with child endangerment and making terroristic threats.

Lehman put the boy in a 3-foot-by-4-foot plastic dog cage on Jan. 26 because he had been spiking his family's drinks with lamp oil and a multipurpose household cleaner, authorities said.

The boy laced the drinks because he was angry he didn't go on a family trip last year, police said.

The boy's 24-year-old brother also waived a preliminary hearing Tuesday and will be tried on simple assault and harassment charges for allegedly punching the youngster in the face after finding out about the tainted drinks.

Pennsylvania dispatches

Both Lehman and the boy's brother pleaded not guilty.

The boy lived with Lehman and his brother, but his exact relationship to Lehman is unclear. Authorities initially said she was his grandmother.

Lehman is represented by the public defender, who couldn't be reached for comment Tuesday evening.

Gary Graminski, the boy's brother's attorney, said the relationship was not relevant.

"If a member of your household is trying to poison you systematically, does it really matter how they are related to you?" Graminski told The Associated Press. "It doesn't affect any of the facts."

The boy is in the custody of the county's child welfare agency.

A district judge on Tuesday reduced bail for Lehman and the boy's brother from $25,000 to $10,000 each. Both were still in the county jail.

TRIAL WITNESS

Dismembered body

SWIFTWATER -- Authorities say a woman whose severed head and dismembered remains were dumped along highways in the Poconos was supposed to be an alibi witness at a robbery trial.

Police say officers looked for 36-year-old Deanna Null at her last known address in Scranton on Jan. 24 but were unable to locate her. Five days later, her remains were found in trash bags strewn along I-80 and I-380.

Null didn't testify at the trial of a man who said he was with her at the time of a robbery he was accused of committing. A jury convicted him.

State police Lt. Robert Bartal says police are receiving conflicting information from different witnesses concerning Null. But investigators say she is described as a transient with a history of drug-related convictions, who was known to go missing from time to time.

**Load-Date:** February 6, 2008

---

**End of Document**

TX00021.SGM

# The Morning Call Merlin Archive

**Merlin ID:**      3980533
**Publication**    2/6/2008
**Page:**          B1
**Edition:**       FIFTH
**Section:**       Local
**Type:**          Local
**Length:**        medium
**Dateline:**      SCRANTON
**Day:**           Wednesday
**Column:**
**Series:**

**Caption:**
No Art

**Correction:**

**Memo:**

**Keywords:**

**Byline:**     By Joe McDonald Of The Morning Call

**Headline:**   **Dismembered woman took risks for drugs ** Scranton ex-boyfriend says he tried to pull her from perilous lifestyle.**

In the weeks before she was slain and dismembered, Deanna Marie Null broke up with her boyfriend, Russell Cummings, over her drug use.

"I tried to get her out of it," Cummings said Tuesday, standing outside the St. Francis of Assisi soup kitchen. "But I couldn't."

He had known her about a year, he said, and although she didn't usually take drugs in front of him, Cummings said he had seen her smoke crack cocaine occasionally.

Sometimes, he said, she'd arrange to buy drugs for people, pocket the money and not deliver the drugs.

TX00021.SGM

**(Merlin ID 3980533 - Text continued)**

"A couple times she robbed a couple guys. That I know. ... She knew it was dangerous," Cummings said.

Police have described Null, 36, as a transient, but she did make some friends.

"She was a sweetheart. She wasn't mean," recalled Sharon Nemeth, 48, who knew her from a neighborhood bar called The Melba.

Null's head and some body parts were found Jan. 29 in eight locations along Interstates 380 and 80 in Monroe and Lackawanna counties. At the time, no one knew who she was. The mystery ended Monday when state police released her name.

Also Monday, police said they were looking for a car that might have figured in Null's death. They described it as a blue or black Cadillac or Buick, from the late 1970s or early '80s, with a four- or five-strip chrome luggage rack on the trunk lid. It had a white license plate from an unknown state.

The car was last seen about two weeks ago at Olive and Capouse streets in Scranton, troopers said. The driver was described as black, 5 feet 9 inches to 6 feet tall with a short, military-style haircut and a stocky build.

Anyone with information about the case is asked to contact state police at Swiftwater at 570-839-7701 or 1-866-403-2946.

Null had a criminal record. In 2003, a state grand jury found she sold cocaine and crack cocaine to an undercover agent in 2001 and 2002 in Williamsport, where state police said she also had lived. The next year, she pleaded guilty to delivery of a controlled substance and conspiracy, according to Lycoming County Court records.

In 2004, she was sentenced to jail, and early the next year placed on work release. She had to pay a $1,340 fine, and paid the county intermittently from July 2005 through April 2007, court records show. But with no payments five months after that, the court on Sept. 21, 2007, issued a warrant for her arrest.

The court docket doesn't list other entries after that, indicating she was never jailed.

By that time, she had been in Scranton, according to Cummings and others who knew her.

Cummings said state troopers from Swiftwater found him Saturday night at N.J.'s, a center city Scranton bar that the regulars call Nellie's, and put him in a hotel room in the Poconos for the night. "They said I was too intoxicated," he said.

The next day, he said, troopers interviewed him for several hours and gave him a lie detector test, which he said he passed.

Police were unavailable Tuesday night to comment on that. Those who knew Null said state police have been in Scranton interviewing people for the last few days.

The investigation led troopers to another bar Monday -- The Melba, a corner hangout in a gritty area of the city's Pinebrook section. Over beers and front-page newspaper stories of Null's fate, customers talked about her Tuesday. Nemeth said she and Null sometimes drank together on the nearby railroad tracks.

It wasn't all good times for Null at the bar, though. She and Cummings were barred from The Melba at one point for stealing money and beer, bartender William Holland. Customers said Null still stopped in when other bartenders were on duty to buy beer for takeout.

At the soup kitchen Tuesday night, Robert Naslanic said Null had a difficult time in the city. He said he met her accidentally one night in an apartment on Prescott Avenue where she had been staying. "She wanted to smoke crack, and I got it for her. We ended up having sex," he said.

Naslanic said Null "had been struggling in Scranton for two years."

Back at The Melba, Mark Carter, 57, who lives next door, said troopers interviewed him about Null. "She was an everyday street girl. I can't put it any better than that," he said.

joe.mcdonald@mcall.com

610-559-2152

## *Woman found dismembered along highways was to be alibi witness*

The Associated Press State & Local Wire

February 6, 2008 Wednesday 10:48 AM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 145 words

**Dateline:** SWIFTWATER Pa.

# Body

Authorities say a woman whose severed head and dismembered remains were dumped along highways in the Poconos was supposed to be an alibi witness at a robbery trial.

Police say officers looked for 36-year-old Deanna Null at her last known address in Scranton on Jan. 24 but were unable to locate her. Five days later, her remains were found in trash bags strewn along Interstates 80 and 380.

Null didn't testify at the trial of a man who said he was with her at the time of a robbery he was accused of committing. A jury has convicted him.

State police Lt. Robert Bartal says police are receiving conflicting information from different witnesses concerning Null. But investigators say she is described as a transient with a history of drug-related convictions, who was known to go missing from time to time.

Information from: The Scranton Times, *http://www.scrantontimes.com*/

**Load-Date:** February 7, 2008

End of Document

Crime Stoppers is offering a reward in body parts case - poconorecor...    http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008020...

Tuesday, December 9, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 29°
Forecast/Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Crime Stoppers is offering a reward in body parts case - poconorecor...       http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008020...

# Crime Stoppers is offering a reward in body parts case

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com       FIND IT!

BROWN-DAUB
Reputation means everything

Photo 1 of 1 | Zoom Photo +



Deanna Null

February 07, 2008

Text Size: A | A | A

Print this Article
Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us      Digg This Story
reddit          STUMBLEUPON
MY YAHOO!       Add to Google

Seed Newsvine

The search for clues in the case of a dismembered woman is getting a boost with a reward offered by Monroe County Crime Stoppers.

The group has named the murder of Deanna Null as its "Crime of the Week."

Pennsylvania State Police at Swiftwater is investigating the homicide where Null's remains were discovered at about 9 a.m. Tuesday, Jan. 29, by Pennsylvania Department of Transportation workers in the median strip of Interstate 380.

After the original discovery, a search of the surrounding area was conducted and seven more bags of body parts were located along Interstates 80 and 380 in Coolbaugh, Pocono, Tobyhanna, Stroud and Covington townships.

Null, 36, lived in both the Scranton and Williamsport areas.

### RELATED STORIES

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Pizza

HOME

Be the first to know - Sign up for text alerts       Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment

Browse All Forums | View All Comments | Login | Register

Ads by Google

E. Stroudsburg New Homes
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

Local Job Listings
Found: 823 jobs in your area. Make $15 -$100 / hour with bonuses!
LocalJobFind.com/East-Stroudsburg

Pangea Restaurant & Bar
South Indian & North Indian Cuisine Visit us in the Poconos
www.poconospangea.com

Great Pocono Homes
Sara Cramer Sells The Nicest Homes Virtual Tours & Great Photos
www.saracramer.com

Ads by Google

Print this Article   Email this Article

Share

del.icio.us      Digg This Story
reddit          STUMBLEUPON
MY YAHOO!       Add to Google

Seed Newsvine



POCONO RECORD
**THURSDAY**
February 7, 2008

# REGIONAL & LOCAL NEWS

A3

Senior Managing Editor Susan Koomar • PHONE (570) 420-4484 • FAX (570) 421-6284 ATTN: NEWS • E-MAIL newsroom@poconorecord.com



**Summit Lanes holds Special Olympics event**

**Above:** Dee Clark helps East Stroudsburg North student Kristina Zimmerman, 16, roll a bowling ball down a ramp at Summit Lanes in Pocono Summit on Wednesday. More than 80 students from seven area schools participated in the Special Olympics Bowling tournament.

**Right:** Justin Lugo, 14, a student at East Stroudsburg South, sends a bowling ball down the alley.

KEITH R. STEVENSON/Pocono Record

# Hampton's rent hike for polling 'annoyed' area voting director

## Pocono Record named new site

**By DAVID PIERCE**
Pocono Record Writer

It's not only costly to run a campaign, it's expensive to hold the election itself.

So expensive that the Monroe County Voter Registration Office decided not to conduct the April 22 primary and November general elections for Stroudsburg's Fifth Ward voters at the Hampton Inn on Eighth Street. This is because the Hampton decided to raise its one-day rent for the polling place from $200 to $750.

Voter Registration Director Sara May-Silfee said she learned of the rent increase after the Hampton returned the county's verification form, with the hotel's new rental fee handwritten on the form.

"I almost fell off my chair," Silfee said.

Silfee contacted the Hampton's Mary McPherson, who confirmed the rent had gone up.

"She just said that's their meeting room charge," Silfee said. "I was very annoyed, to say the least. I don't have that kind of money."

McPherson didn't return a call seeking comment.

But voters in the South Stroudsburg voting district have a new polling site: Pocono Record offices on Lenox Street, just across the Broad Street bridge from the Hampton.

Pocono Record Publisher Jim Maxwell said he offered to host the voting for free after the problem came up during a conversation with Silfee about a get-out-the-vote drive.

"I asked if there's anything wrong with our facility," Maxwell said. "I thought we could help out the county, help out the elections board."

Silfee said the newspaper was an acceptable location.

If you thought free use of municipal buildings, churches and fire halls as temporary voting sites is the norm — perhaps out of some sense of civic duty — you'd be mistaken.

The county pays rent for nearly 40 of its 50 polling districts, Silfee said, at a total cost of $5,090.

"It ranges from $10 all the way up to $200," Silfee said. "The fire companies we tend to pay, but they don't charge a lot either."

One church charges $250 to host voting and a Bartonsville motel charges the county $200.

The rent covers facility usage and the cost of heating and lighting for the day, she said. The county incurs other costs for printing, hiring election workers and maintaining the voting machines.

Silfee would like to consider voting in local school buildings, but she says the county's four districts haven't been receptive to the idea. She said state elections law actually encourages the use of schools for voting.

"Other school districts in the state of Pennsylvania are doing it," Silfee said.

More online:
www.poconorecord.com
For more on local political news, go to www.poconorecord.com/politics.

Pa. primary could be the decider for Democrats

More online:
www.poconorecord.com
For primary and Super Tuesday results, or for coverage of the 2008 presidential primary and Super Tuesday results, go to www.poconorecord.com/primary08.

# Doctor who ID'd body parts victim has been at roots of probes for years

**By BETH BRELJE**
Pocono Record Writer

Dr. Dennis Asen, forensic odontologist, has been taking a bite out of crime for 30 years.

Most recently, Asen used dental records to identify Deanna Marie Null, whose head and other dismembered body parts were found scattered alongside Interstates 80 and 380 in the Poconos.

Null's family contacted state police to report her missing last Thursday after noting the victim's description could match Deanna Null.

Victim identification is a major step in solving a murder.

Asen X-rayed the jaws and matched the film to Null's dental records.

"It's very satisfying. You've just solved a puzzle. Not just me but everyone who brought all the pieces together," Asen said.

X-rays make it easier, but are not necessary to make an identification.

If a dentist has done some charting, Asen can make a match.

"There are 32 teeth and an infinite number of things that can happen to each tooth. It's

almost like a 32-digit combination lock," he said.

A tooth could be rotated, have a filling, gold crown, chip or cap.

"The coincidence of having the same sequence can not be explained away by chance," Asen said.

In Null's case, some of her teeth were missing.

Sometimes forensics workers have no suggested identification on a victim. In those cases, information is compared to dental records of missing persons entered in the FBI's National Crime Information Center computer database.

The computer scans all the missing person cases, then offers the most likely matches. It was a useful tool in many high-profile cases Asen has worked on, including identification of victims from the downed plane in Shanksville on Sept. 11, 2001, and Hurricane Katrina.

A wad of gum is the star in what may be his most amazing story.

In the summer of 1996, police found 13-year-old Richezza Williams' remains stuffed into a box in an Easton Cemetery crypt. The New York runaway

was tortured with a heated coat hanger and bleach before she was killed.

A detective noticed a piece of chewed gum on the ground and thought it could belong to one of the killers.

The gum was frozen to preserve the shape. Asen made impressions of the tooth mark and an impression of a suspect's mouth. "The pattern fit together like a lock and key," Asen said.

Today that suspect, Cory Maeweather, is serving a life sentence for murder.

Forensic odontologists like Asen are among the few who

are invited to suspicious-death autopsies.

Rarely, when there is a bite on a person's body, Asen is called to the scene of the crime. Immediate inspection of the bite pattern is necessary because wounds can change appearance quickly in the living and deceased. Sometimes an attacker will have a defensive bite mark from a victim.

Telling the stories of the dead helps bring answers and closure to the living. The work puts forensic odontologists in on the front line of life's most disturbing scenes. How do they cope?

"It is sad. But you don't think about it until after you do the job. Afterwards, these thoughts seep in. At mass disasters, it doesn't connect in the mind right away. It does about an hour after you leave. You are distracted away from the emotion by your job," Asen said.

When not working on a forensic case, Asen practices dentistry with Professional Dental Associates in Walnutport and Asen and Associates in Allentown. He has written two crime novels, "Deadly Impression" and "Root of Deception."

Dennis Asen

# Mt. Airy's wagers fall; payout rate leads state

Gaming revenues fell sharply last week at Mount Airy Casino Resort, but a Friday ice storm and the prior week's strong performance had a major impact on the numbers.

The casino generated wagers of $37.6 million, off from $41.7 the week before. Mount Airy continues to lead the state in the highest payout rate to guests, widening the gap among the state's five other slots parlors.

In fact, Mount Airy's payout rate rose significantly from the week before. Payout rates are controlled by the individual

casinos. Pennsylvania requires the rate to be at least 85 percent. Mount Airy has said in the past it sets its payout high to build a loyal customer following and compete with Atlantic City casinos.

A massive ice storm Friday made driving in the county difficult, weakening the casino's figures for the day. And the extended Martin Luther King Jr. holiday weekend helped boost the prior week's betting figures, making a comparison with last week difficult.

Despite the weather last Sat-

urday, Mount Airy set a record for its highest single-day performance since opening, with wagers topping $11.7 million. The resort has averaged about $38 million in weekly wagers since it opened in October 2007.

The state's slots operations generated $327.3 million in total wagers for the week, a 4 percent increase. That amounted to $14.3 million in gaming tax revenues for the week. Mount Airy contributed about $1.3 million, with approximately $23,436 going directly to Monroe County.
— Howard Frank

Jan. 29 - Feb. 3

| Casino | Wagers (in millions) | Gross Terminal Revenue (in millions) | Active Slot Machines (in millions) | Payout |
|---|---|---|---|---|
| Philadelphia Park | $90.7 | $6.9 | 2,703 | 91.6% |
| Harrah's Chester Downs | $79.1 | $6.9 | 2,750 | 90.7% |
| The Meadows | $50.7 | $4.2 | 1,816 | 91.7% |
| | | | | |
| Mohegan Sun | $34.5 | $3.1 | 1,202 | 91.3% |
| Presque Isle | $34.7 | $2.7 | 1,997 | 91.4% |
| Total State | $327.3 | $26 | 12,991 | 91.5% |

# Jackson Twp. murder trial begins today

STROUDSBURG — The bench (non-jury) trial starts today for a Jackson Township man charged with fatally shooting his employee who visited him at his home in August 2006.

The trial for Ray Velez, 36, was supposed to start Tuesday, but there was a 24-hour medical delay due to Velez's defense attorney being ill.

Velez says he shot Armando Guardiola, an employee of the New Jersey trucking company he owned at the time, in self-defense when Guardiola threatened him. Guardiola and two other employees were visiting Velez at his Wellington Road home when an argument occurred with Guardiola over workers' compensation, witnesses said. Velez stayed on scene after the shooting until police arrived.
— Andrew Scott

MORE: Local news on Page A4.

A 4   Thursday, February 7, 2008                                LOCAL/STATE                                Pocono Record

## Family can sue dispatchers over love-triangle slaying

PHILADELPHIA (AP) — The family of a man slain by a fired 911 dispatcher can sue the killer's co-workers, who allegedly looked up the victim's records for their colleague shortly before the triple murder, a federal appeals court ruled.

The family of Mark Phillips, of Carnegie, can argue that Allegheny County employees endangered him through their actions, the 3rd U.S. Circuit Court ruled Tuesday, reviving the suit.

Michael A. Michalski is serving life in prison for killing his girlfriend, Gretchen Ferderbar, 18; her sister, Linda Ferderbar, 22; and the 24-year-old Phillips, her new boyfriend, on Oct. 29, 2003.

Michalski had just been fired from the county 911 center after looking up Phillips' vehicle and license-plate records himself.

"Soon afterward, a distraught Michalski called Gretchen, woke up the household, drove to her house, had nothing left to live for," and that Phillips and Gretchen Ferderbar were going to pay for putting him in his present situation," the court opinion said.

## Police arrest woman who baited men to 'hang out'

### When she got victims to show up, they were attacked

By ADAM McNAUGHTON
Pocono Record Writer

A Tobyhanna woman is in jail on charges that she twice lured men to houses where other men would attack and rob them.

Michelle Winfrey, 18, was arrested on Tuesday after Pocono Mountain Regional Police linked her to two attacks dating back to November 2007.

"We interviewed several times after the first incident," said Detective Sgt. Chris Wagner. "Then, come January she's involved in the same kind of incident where she's calling the victims beforehand. That was enough to charge her."

The first attack came on Nov. 13, 2007, when Winfrey called 18-year-old Scranton resident Jonathan Pagan and asked him to come "hang out" at her house at 2468 Highland Terrace in A Pocono County Place in Coolbaugh Township.

When Pagan and Demetrius Janel K. Brown of Scranton got to the house around 2:30 a.m., they were attacked and beaten with a large stick or tree branch by 21-year-old Tobyhanna resident Jason Osby and an unknown man.

Pagan was robbed of money after being knocked out during the attack and had to spend several days in the hospital.

Just more than two months later, police say Winfrey again called two men to come "hang out," this time at a Tunkhannock Township home.

On Jan. 24, she called to invite Ivan Bannister and Derek Dunston, both of Blakeslee, to come to the house of Jamsal Wells, 24, at 4 Mountain Terrace Road in Blakeslee.

When they showed up to the house around 2 p.m., they were robbed at knifepoint by Wells and Blakeslee resident Stanley Firmin, 19.

Detective Wagner said it was unclear if victims knew whose house they were going to and they may have thought they were going to Winfrey's house.

But after both sets of victims identified her as the caller, police decided her involvement was more than a coincidence.

"We questioned her several times after the first incident since it happened at her home," Wagner said. "We were up in the air over whether or not she was a witness or a conspirator.

"Once we had her involved in the same kind of robbery in January, we had a pattern and that was enough to decide to arrest her," he added.

Winfrey was charged with robbery and two counts of criminal conspiracy to commit robbery for her role in the attacks. She remains in the Monroe County Correctional Facility on $25,000 bail.

Two of the four attackers, Jamsal Wells and Jason Osby, have been arrested. Wells was charged with motor vehicle robbery, robbery, criminal conspiracy and other related charges and has been released on $50,000 unsecured bail.

Police have issued warrants for Jan. 24 attacker Stanley Firmin and Karina Whitfield, 18, of Tobyhanna, an accomplice who drove to pick up the attackers after they vandalized and dumped the stolen vehicle.

At the time of the second attack, Winfrey was out on bail on charges of stealing almost $100,000 worth of jewelry from the Kmart in Mount Pocono, where she was employed between September 2007 and last month.

"We've had a few run-ins recently with Miss Winfrey," Wagner said. "These incidents have had us talking to her pretty often lately."

Wagner said police have not interviewed Winfrey or Wells to get their sides of the stories and will not be able to until they have lawyers.



**GIANT** Clearance **Sale**
All Pink Tag Items Already Marked Up To
**60% OFF!**
All Other Lighting
**50% OFF** Manufacturer's List

Ten Days Only!   **Feb. 7th - 16th**   Don't Miss It!

Friedman ELECTRIC
20-26 North 5th St. Stroudsburg, PA
**424-5402**

**The Shepherd's Maternity House**
6th Annual
**VALENTINE'S CHARITY BALL**
**FEBRUARY 9th**
**570-476-1428**
The Ridgecrest at Stroudsmoor Country Inn



Now you can do your employee payroll from anywhere, even home.

Remember home?

**Introducing PNC Online Payroll.**
Another easy, convenient way to manage your business' cash flow.

You can now process payroll in a fraction of the time, more accurately and less expensively, and you can do it anytime, anywhere you have internet access. It's free through 5/31/08! Manage your cash flow from anywhere, and stay focused on what's really important. Your business. To discover a better way to manage your payroll, stop by your local PNC branch, visit us at pnc.com/bizoffers or call 1-877-BUS-BNKG today.

**PNC** LEADING THE WAY

## Crime Stoppers is offering a reward in body parts case

The search for clues in the case of a dismembered woman is getting a boost with a reward offered by Monroe County Crime Stoppers.

The group has named Deanna Null as its "Crime of the Week." Pennsylvania State Police at Swiftwater is investigating the homicide where Null's remains were discovered at about 9 a.m. Tuesday, Jan. 29, by Pennsylvania Department of Transportation workers in the median strip of Interstate 380.

After the original discovery, a search of the surrounding area was conducted and seven more bags of body parts were located along Interstates 80 and 380 in Coolbaugh, Pocono, Tobyhanna, Stroud and Covington townships.

Null, 36, lived in both the Scranton and Williamsport areas.



**CRIME STOPPERS**
CRIME OF THE WEEK

**WHAT YOU CAN DO:** If you have information on this crime or any other crime or wanted person, call Monroe County Crime Stoppers at (866) 370-1538. Callers could be eligible for cash rewards up to $2,000 and may remain anonymous.

Deanna Null



Victim was to be alibi witness at robbery trial

## Toll Brothers' first-quarter revenue dips again

PHILADELPHIA (AP) — Over a year ago, the chief executive of luxury-home builder Toll Brothers Inc. thought the housing slump could be touching close to the bottom.

These days, the normally chipper Robert Toll bears much grimmer news — he still doesn't see "much light at the end of the tunnel" in the housing malaise.

On Wednesday, Toll Brothers said home building revenue fell by 22 percent in the first quarter, its seventh consecutive quarterly decline. Toll said that despite historically low mortgage rates and falling home prices, a slowing economy could be spooking buyers.

"Buyers seem to be hiding," Toll said. "The market's problem is a lack of confidence, not just regarding the direction of home prices, but ... the overall economy."

Home building revenue fell to $842.7 million in the period spanning November to the end of January, compared with $1.1 billion a year earlier, according to the preliminary report.

Revenues in Florida, the Carolinas, Texas and, in 2008, Georgia, saw the biggest decline at 44 percent to $138.9 million. The company began operating in Georgia only in 2008.

The Mid-Atlantic and West states were tied at a 24 percent decline — to $250 million and $227 million, respectively — while the North saw an increase of 7.5 percent to $227 million.

1 PNC Online Payroll service provided by PayCycle, and requires a PNC Business Checking account with Online Banking. PayCycle is a registered mark of PayCycle Inc. PNC does not provide legal, tax or accounting advice. 2 Free PNC payroll offer is effective through May 31, 2008. Beginning June 1, 2008, the standard fee of $39.99 per month for up to five (5) employees or contractors will apply. A $1.99 monthly fee per employee will also apply for each additional employee or contractor over five (5). Sales tax may also be charged where applicable. Monthly payroll service fees will be automatically charged to or deducted from the payment account you specify until you cancel the service. Billing will occur on the same day of the month as the day you enrolled your first payroll. Debits if you approved your first payroll at the 26th, 29th or 31st of month, the next billing day will be the 28th of each month. Additional fees may contact apply time. Other fees may be imposed, restricted or discontinued at any time without notice and may vary by channel. Additional fees for reliable services and activity may apply starting June 1, 2008.
See your PNC representative for product pricing and related fees.
©2008 The PNC Financial Services Group, Inc. All rights reserved. PNC Bank Member FDIC.

Doctor who identified body parts victim has been at roots of probe...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Doctor who identified body parts victim has been at roots of probe...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Doctor who identified body parts victim has been at roots of probes for years





Denis Asen

Text Size: A|A|A

📄 Print this Article        ✉ Email this Article
📄 Sign up for text alerts
📄 Sign up for e-mail headlines
📄 Respond to this Article

Share
del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

**By Beth Brelje**
Pocono Record Writer
February 07, 2008

Dr. Dennis Asen, forensic odontologist, has been taking a bite out of crime for 30 years.

Most recently, Asen used dental records to identify Deanna Marie Null, whose head and other dismembered body parts were found scattered alongside Interstates 80 and 380 in the Poconos.

Null's family contacted state police to report her missing last Thursday after noting the victim's description could match Deanna Null.

Victim identification is a major step in solving a murder.

Asen X-rayed the jaws and matched the film to Null's dental records.

"It's very satisfying. You've just solved a puzzle. Not just me but everyone who brought all the pieces together," Asen said.

X-rays make it easier, but are not necessary to make an identification.

If a dentist has done some charting, Asen can make a match.

"There are 32 teeth and an infinite number of things that can happen to each tooth. It's almost like a 32-digit combination lock," he said.

A tooth could be rotated, have a filling, gold crown, chip or cap.

"The coincidence of having the same sequence can not be explained away by chance," Asen said.

In Null's case, some of her teeth were missing.

Sometimes forensics workers have no suggested identification on a victim. In those cases, information is compared to dental records of missing persons entered in the FBI's National Crime Information Center computer database.

The computer scans all the missing person cases, then offers the most likely matches. It was a useful tool in many high-profile cases Asen has worked on, including identification of victims from the downed plane in Shanksville on Sept. 11, 2001, and Hurricane Katrina.

A wad of gum is the star in what may be his most amazing story.

In the summer of 1996, police found 13-year-old Richezza Williams' remains stuffed into a box in an Easton Cemetery crypt. The New York runaway was tortured with a heated coat hanger and bleach before she was killed.

A detective noticed a piece of chewed gum on the ground and thought it could belong to one of the killers.

The gum was frozen to preserve the shape. Asen made impressions of the tooth mark and an impression of a suspect's mouth. "The pattern fit together like a lock and key," Asen said.

Today that suspect, Cory Maeweather, is serving a life sentence for murder.

Forensic odontologists like Asen are among the few who are invited to suspicious-death autopsies.

Rarely, when there is a bite on a person's body, Asen is called to the scene of the crime. Immediate inspection of the bite pattern is necessary because wounds can change appearance quickly in the living and deceased. Sometimes an attacker will have a defensive bite mark from a victim.

Telling the stories of the dead helps bring answers and closure to the living. The work puts forensic odontologists in on the front line of life's most disturbing scenes. How do they cope?

"It is sad. But you don't think about it until after you do the job. Afterwards, these thoughts seep in. At mass disasters, it doesn't connect in the mind right away. It does about an hour after you leave. You are distracted away from the emotion by your job," Asen said.

When not working on a forensic case, Asen practices dentistry with Professional Dental Associates in Walnutport and Asen and Associates in Allentown. He has written two crime novels, "Deadly Impression" and "Root of Deception."

**RELATED STORIES**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

search PoconoRecord.com          FIND IT!

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

Shop Boldly! Save Brilliantly!

DirectBuy  Free Insider's Guide!  GO

thepoconos.com

**What are you looking for?**
Select Category

Business Name:
Location:
FIND IT!

**Recently Reviewed by Your Neighbors**

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice family owned business, great people, great..." more
posted on 1/8/2008            ★★★★☆

VIEW MORE Auto Dealers

Doctor who identified body parts victim has been at roots of probe...       http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

HOME

📱 Be the first to know – Sign up for text alerts    ✉ Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On February 07, 2008 at 6:07 PM , petersonjuror said:

no pun intended i am sure  Full Message

petersonjuror
Member since: 03/16/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Poconos retirement
Active adult retirement community Low cost of living, low maintenance
www.poconohighlands.com

Go to the 2009 Gator Bowl
Enter for a Chance to Win a Trip to The 2009 Gator Bowl from KMBB!
www.KMBBsports.com

Monroe County Hospitals
Local results for hospitals in and near Monroe County
monroe.eztouseblgbook.com

Identified
Looking for Identified? Find exactly what you want today.
Yahoo.com

Ads by Google

🖨 Print this Article   ✉ Email this Article

**Share**

📷 del.icio.us   📷 Digg This Story
📷 reddit   📷 STUMBLEUPON
📷 MY YAHOO!   📷 Add to Google
📷 Seed Newsvine

TOP JOBS

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

PA - C/CRNP for busy
EAST STROUDSBURG, Pennsylvania Pocono Record Classified Ad

Telemarketing En
Stroudsburg, PA Pocono Record Classified Ad

COSMETOLOGIST / ESTHETICIAN
MT POCONO, PA Pocono Record Classified Ad

More Jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon   Read more...

View All Featured Ads

TOP CARS

$11,900
2006 Jeep Liberty
Mick Motors

$16,998
2008 Dodge Nitro
Brown Daub Dodge

2005 Dodge Grand Caravan
Brown Daub Dodge

2007 Pontiac Grand Prix
Brown Daub Ford Lincoln Mercury

Show All Featured Cars

TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The
Pocono Record
Click here for more information

http://pod97.mzinga.com/tf/pfx/forum.aspx?webtag=pr-news&nav=...



HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG
M/CLOUDY 22°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**DOCTOR WHO IDENTIFIED BODY PARTS VICTIM HAS BEEN AT ROOTS OF PROBES FOR YEARS**

Discussions                                        Keep Reading

---

1 of 2

**On Feb 7, 2008 at 07:58 AM, despondent said:**

This is a very interesting aspect in the forensics. Thanks for the info. I just thought the one line,"Not just me but everyone who brought all the pieces together," Asen said.", was just a little creepy in this case.

despondent
My Comments
Member Since:
9/15/2007

---

2 of 2

**On Feb 7, 2008 at 08:07 PM, petersonjuror said:**

no pun intended i am sure

petersonjuror
My Comments
Member Since:
3/18/2007

Discussions                                        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com                    FIND IT!

P E T   P H O T O S



Click here to submit yours!

**TOP JOBS**

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

## *Dismembered woman had criminal past*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

February 7, 2008 Thursday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 849 words

**Byline:** ROJA HEYDARPOUR AND JEREMY BURTON TIMES SHAMROCK WRITERS

# Body

On a train tressel above the corner where Deanna Marie Null was last seen, there is a ragged community created by the city's largely invisible homeless and transient population.

Empty beer bottles lay strewn among tents made of rags. A handless clock hangs from a tree.

Time is relative here.

The 36-year old who lived between Scranton and Williamsport spent a lot of time on the tracks above Olive Street and Capouse Avenue, friends said recently. Despite the stark risks of a life spent in some of the city's toughest bars, many described her gruesome murder as a shock.

"She came down on the tracks, she would drink with me," said Dennis Ingle, who is known on the street as "Irish."

"I would tell her to go back to Williamsport, she didn't belong out here on the tracks."

The former Deanna Bryan graduated Williamsport Area High School in 1990. Her yearbook - with a photo of her clad in a pink sweater, dark hair coiffed - lists one extra-curricular activity: office aide. By the end of 1991, she had married a classmate, Brad Null, and given birth to a daughter. She and Mr. Null divorced in 1993.

After that, the details of Ms. Null's life in Williamsport are as elusive as the details of her death.

Capt. Raymond Kontz of the Williamsport Police said he recalled encountering her as a patrolman, but nothing about her stood out in his memory. Like Ms. Null, all of her former neighbors have moved on from Timberland Apartments on West Edwin Street. No one is left who knew her.

A woman who identified herself as Ms. Null's sister when answering the door at the Bryan home Tuesday said Ms. Null was kind-hearted, but tended to get involved with the wrong people. She did not elaborate, and declined to give her name.

A manila folder in the Lycoming County Courthouse on Ms. Null contains more than 100 pages of bench warrants, criminal complaints and sentencings. Most of the documents revolve around her arrest for the sale and possession of cocaine. Her swirling signature marks a 2003 guilty plea, after which she served a stint in Lycoming County Prison and was transferred to Clinton County Correctional Facility in February 2004.

The prison address was one of many for Ms. Null, who in court records listed three residences in Williamsport, along with addresses in Harrisburg and West Chester.

Dismembered woman had criminal past

Civil documents show she filed for child support in 1998 from Mr. Null. Within the next five years, she again petitioned for child support, this time for three children listed with the father as Richard Lowrie.

Nothing in the file explains how the former high school office aide and mother from Williamsport ended up living among the homeless, eating in soup kitchens and drinking on a train tressel in Scranton.

Ms. Null shared many 24-ounce cans of Hurricane High Gravity malt liquor with Dennis Ingle, who described himself as "hardcore homeless." He said he often saw her at the St. Francis of Assisi soup kitchen and the bars along a strip of Capouse Avenue - the Melba Bar, the Clubhouse, and the Jukebox, which has closed.

About two weeks ago, Ms. Null disappeared.

Russell Cummings, who said he was her boyfriend, was not surprised. Ms. Null had a habit of dropping out of sight from time to time. Sometimes, she would return to her parents' home in Williamsport, Mr. Cummings said. Other times, he did not know where she went.

"It didn't hit me yet," he said, tears welling in his eyes as he stared at her photograph. The last picture of her he looked at, he said, was presented by investigators seeking his help in identifying her.

"She took care of me, I took care of her," he said. "I would see her everyday, but she would go, she'd leave me."

They met at the Melba Bar in January of last year and were a couple off and on since. Mr. Cummings said the photograph of Ms. Null circulated in the media is outdated. He recently trimmed her bangs for her, he said.

In the past year, Ms. Null worked at Versacold Atlas Logistics Services, a distributor of frozen foods, and Labor Ready, a temporary labor contractor, friends said.

Mark Carter said he got her the job at Versacold last year, and spent enough time with her to know she was living a dangerous life.

"She wanted to be a big city girl, but she was a country girl," he said.

A drug habit led Ms. Null to prostitution when she was desperate, Mr. Cummings and others said. A review of court records turned up no record of Ms. Null being arrested for prostitution.

"She was doing tricks," Mr. Cummings said. "We used to try and get her out of it, but she was still doing it."

Whatever her circumstances, those who knew her said she always had a smile on her face.

"I think she was hiding up here," said Cherie Sakosky, a regular at Melba Bar. "She never stayed anywhere too long. She stayed with me two days. I didn't ask her to leave, she just left."

When she realized the dismembered victim on the news was the same woman who took refuge in her house last summer, Ms. Sakosky said she fell to her knees.

"That's how friendly she was, you would let her into your house," she said. "Her family needs to know we loved her, too."

**Load-Date:** May 14, 2014

End of Document



Page 3 of 4
RECEIVED
NOV 2 6 2008
By_____

general's office a greater role in overseeing investigations into the backgrounds of casino license applicants.

## Man Found Dead in Filthy House was ESU Honors Student

Pocono Mountain Regional Police and a state police forensic team are now investigating the circumstances surrounding the death of a 35-year old man inside his Tunkhannock Township home Tuesday morning. Police say Michael Petrullo's common-law wife found him unresponsive in the basement of their Brier Crest Woods home that was filled with garbage, animal waste, rotting food and some type of a laboratory in the basement. Petrullo was a chemistry honors student at East Stroudsburg University. Monroe County Coroner Dave Thomas says they conducted an autopsy today (Wed.), but the cause of death is pending the outcome of toxicology tests. Police say, two daughters, ages 12 and 14, were taken from the house and placed in protective custody because of the "deplorable living conditions". Detectives said the home was so cluttered inside, you could hardly walk. They also said there was structural damage to the interior, including several holes in the floor. The investigation continues and Petrullo's wife could face child endangerment charges.

## (Sports) E-Burg So. Football Star will play in the Heartland

East Stroudsburg South High School football star Corey Lewis has made a decision on where he will play at the next level. During a signing ceremony this (Wed.) afternoon in the high school library, the all-state lineman announced he will play football for the "Fighting Illini" of Illinois University. Tomorrow (Thurs.) Jackie Terwilliger will announce her college plans, also during a signing ceremony in the school library. During her high school career, Terwilliger excelled in softball and field hockey.



## More Information Released on I-380 Murder Victim 

State police investigators say a woman whose severed head and other body parts were dumped along Interstates 380 and 80 in Monroe County, was supposed to be an alibi witness at a robbery trial. Officers looked for 36-year-old Deanna Null at her last known address in Scranton on Jan. 24th, but they were unable to locate her. Five days later, her remains were found in trash bags along a 15-mile stretch of 380 and 80. Null never ended up testifying at the trial of a man who said he was with her at the time of the robbery, and a jury later convicted him. The "Pocono Record" reports that Null was also indirectly involved in a drive-by shooting outside a house she shared with her boyfriend in Williamsport in 2002. Police said it was racially-motivated and three white males were later arrested and taken to trial. State Police Lieutenant, Robert Bartal says they've received conflicting information from different witnesses concerning Deanna Null, described as a transient with a history of drug-related convictions, who would go missing for long periods of time. However, he wouldn't elaborate as the murder investigation continues. Meanwhile, investigators say Null was last seen two weeks ago in Scranton, getting into a dark-colored, late 70's or early 80's Cadillac or Buick sedan, with a cloth or leather top and a chrome luggage rack on the trunk. The car was in good shape and had a white license plate. Police say the driver was a black male, 5 feet 9 to 6 feet tall, with a military-style haircut and a stocky build. Anyone with information should call 839-7701.

## *No Headline In Original*

Standard-Speaker (Hazleton, Pennsylvania)

February 11, 2008 Monday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 861 words

**Byline:** ROJA HEYDARPOUR and JEREMY BURTON

# Body

Staff Writers On a train trestle above the corner where Deanna Marie Null was last seen, there is a ragged community created by the city's largely invisible homeless and transient population.

Empty beer bottles lay strewn among tents made of rags. A handless clock hangs from a tree.

Time is relative here.

The 36-year old who lived between Scranton and Williamsport spent a lot of time on the tracks above Olive Street and Capouse Avenue, friends said Tuesday. Despite the stark risks of a life spent in some of the city's toughest bars, many described her gruesome murder as a shock.

"She came down on the tracks, she would drink with me," said Dennis Ingle, who is known on the street as "Irish."

"I would tell her to go back to Williamsport, she didn't belong out here on the tracks."

The former Deanna Bryan graduated Williamsport Area High School in 1990. Her yearbook – with a photo of her clad in a pink sweater, dark hair coiffed – lists one extra-curricular activity: office aide. By the end of 1991, she had married a classmate, Brad Null, and given birth to a daughter. She and Mr. Null divorced in 1993.

After that, the details of Deanna Null's life in Williamsport are as elusive as the details of her death.

Capt. Raymond Kontz of the Williamsport Police said he recalled encountering her as a patrolman, but nothing about her stood out in his memory. Like Deanna Null, all of her former neighbors have moved on from Timberland Apartments on West Edwin Street. No one is left who knew her.

A woman who identified herself as Deanna Null's sister when answering the door at the Bryan home Tuesday said Deanna Null was kind-hearted, but tended to get involved with the wrong people. She did not elaborate, and declined to give her name.

A manila folder in the Lycoming County Courthouse on Null contains more than 100 pages of bench warrants, criminal complaints and sentencings. Most of the documents revolve around her arrest for the sale and possession of cocaine. Her swirling signature marks a 2003 guilty plea, after which she served a stint in Lycoming County Prison and was transferred to Clinton County Correctional Facility in February 2004.

The prison address was one of many for Null, who in court records listed three residences in Williamsport, along with addresses in Harrisburg and West Chester.

No Headline In Original

Civil documents show she filed for child support in 1998 from Brad Null. Within the next five years, she again petitioned for child support, this time for three children listed with the father as Richard Lowrie.

Nothing in the file explains how the former high school office aide and mother from Williamsport ended up living among the homeless, eating in soup kitchens and drinking on a train tressel in Scranton.

Deanna Null shared many 24-ounce cans of Hurricane High Gravity malt liquor with Dennis Ingle, who described himself as "hardcore homeless." He said he often saw her at the St. Francis of Assisi soup kitchen and the bars along a strip of Capouse Avenue – the Melba Bar, the Clubhouse and the Jukebox, which has closed.

About two weeks ago, Null disappeared.

Russell Cummings, who said he was her boyfriend, was not surprised. Null had a habit of dropping out of sight from time to time. Sometimes, she would return to her parents' home in Williamsport, Cummings said. Other times, he did not know where she went.

"It didn't hit me yet," he said, tears welling in his eyes as he stared at her photograph. The last picture of her he looked at, he said, was presented by investigators seeking his help in identifying her.

"She took care of me, I took care of her," he said. "I would see her everyday, but she would go, she'd leave me."

They met at the Melba Bar in January of last year and were a couple off and on since. Cummings said the photograph of Null circulated in the media is outdated. He recently trimmed her bangs for her, he said.

In the past year, Null worked at Versacold Atlas Logistics Services, a distributor of frozen foods, and Labor Ready, a temporary labor contractor, friends said.

Mark Carter said he got her the job at Versacold last year, and spent enough time with her to know she was living a dangerous life.

"She wanted to be a big city girl, but she was a country girl," he said.

A drug habit led Null to prostitution when she was desperate, Cummings and others said. A review of court records turned up no record of Null being arrested for prostitution.

"She was doing tricks," Cummings said. "We used to try and get her out of it, but she was still doing it."

Whatever her circumstances, those who knew her said she always had a smile on her face.

"I think she was hiding up here," said Cherie Sakosky, a regular at Melba Bar. "She never stayed anywhere too long. She stayed with me two days. I didn't ask her to leave, she just left."

When she realized the dismembered victim on the news was the same woman who took refuge in her house last summer, Sakosky said she fell to her knees.

"That's how friendly she was, you would let her into your house," she said. "Her family needs to know we loved her, too."

 

*rheydarpour@timesshamrock.com*

*jburton@timesshamrock.com*

**Load-Date:** June 17, 2014