# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

———————————————————————— :

CHARLES HICKS,                                  :
                        Petitioner,            :        No. 1:17-CV-1969
                                                :
            v.                                   :        (Chief Judge Conner)
                                                :
JOHN E. WETZEL, Secretary,                      :        THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;         :
ROBERT GILMORE, Superintendent of               :
the State Correctional Institution at Greene;  :
and MARK GARMAN, Superintendent of              :
the State Correctional Institution at          :
Rockview,                                        :
                        Respondents.            :
———————————————————————— :

## APPENDIX TO PETITION FOR A WRIT OF HABEAS CORPUS

## VOLUME II  EXHIBIT 3

KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
Kelly_miller@fd.org

Dated: February 1, 2019

# INDEX TO EXHIBITS

| | |
|---|---|
| 1. | ███████████████████████ (UNDER SEAL) |
| 2. | All Media Coverage from 01/29/2008 – 02/11/2008 |
| 3. | All Media Coverage from 03/07/2008 – 01/15/2015 and Undated Articles |
| 4. | All Media Coverage News Clips (ON DISC) |
| 5. | *Body Parts* (Claim 4 |
| 6. | Nancy Grace, Kareen Wynter, Rupa Mikkilinei, *Britney Hospitalized Again at Psychiatrist's Request/Body Parts Found Along Pennsylvania Highway – CNN Nancy Grace,* CNN - 01/31/2008 |
| 7. | 69 News, WMFZ TV News Clip (ON DISC) |
| 8. | Blue Ridge, Channel 16 News Clip (ON DISC) |
| 9. | Joe McDonald, *Body Scattered Along Highways*, *"There's Quite a Bit Missing," Despite Finds in Open on I-80, I-830*, The Morning Call – 01/30/2008 |
| 10. | WBRE News Clip – 03/14/2008 (ON DISC) |
| 11. | 69 News, WFMZ TV News Clip (ON DISC) |
| 12. | 69 News, WFMZ TV News Clip (ON DISC) |
| 13. | *Drug Conviction for Prison Guard Monroe Death Probe Expands*, The Express-Times – 09/27/2008 |
| 14. | 93.5/WVPO/WPLY Aired News Stories Summaries |
| 15. | 69 News FMZ TV News Clip (ON DISC) |
| 16. | 69 News WFMZ News Clip (ON DISC) |

| | |
|---|---|
| 17. | |
| | • *Suspected State Police Killer Frein Caught Near Abandoned Airpark*, Pocono Record – 10/31/2014 |
| | • *Eric Matthew Frein, 31, Wanted in Blooming Grove Shooting, Police Say*, Pocono Record – 09/16/2014 |
| | • *The Hunt for Eric Frein*, Pocono Record – 09/28/2014 |
| 18. | |
| | • *ISIS Video Show Beheading of American Journalist Steven Sotloff*, CNN – 09/09/2014 |
| | • *New ISIS Video Shows Beheading of American hostage Peter Kassig*, Fox News – 11/16/2014 |
| | • *The Horror Before the Beheadings*, The New York Times – 10/25/2014 |
| | • *French Hostage Herve Gourdel Beheaded in Algeria*, The New York Times – 09/24/2014 |
| 19. | Letter from William Sayer to E. David Christine, Jr. – 01/08/2009 |
| 20. | Monroe County Search Warrant, No. N6-909468 – 03/06/2008 |
| 21. | Homicide Investigation Action Report, No. N6-909468 – 04/01/2008 |
| 22. | Monroe County Search Warrant, No. N6-909468 – 03/07/2008 |
| 23. | NLETS Report – 03/04/2008 |
| 24. | Tobyhanna Army Department Record – 03/07/2008 |
| 25. | OTN – 03/14/2008 |
| 26. | Pennsylvania State Police Report, No. N6-909468 – 04/25/2008 |
| 27. | Report of Isidore Mihalakis, M.D. – 01/08/2009 |

| 28. | Report of John J. Shane, M.D. – 06/01/2011 |
| 29. | Report of Wayne K. Ross, M.D., P.C. – 05/13/2014 |
| 30. | Report of John J. Shane, M.D. – 06/13/2014 |
| 31. | ███████████████████████████████ (UNDER SEAL) |
| 32. | ███████████████████████████████ (UNDER SEAL) |
| 33. | █████████████████████████ (UNDER SEAL) |
| 34. | ███████████████████████ (UNDER SEAL) |
| 35. | █████████████████████████████████████ ████████ (UNDER SEAL) |
| 36. | ████████████████ (UNDER SEAL) |
| 37. | █████████████████████ (UNDER SEAL) |
| 38. | ████████████████████████████ (UNDER SEAL) |
| 39. | ██████████████████ (UNDER SEAL) |
| 40. | ██████████████████ (UNDER SEAL) |
| 41. | ████████████████████ (UNDER SEAL) |
| 42. | ████████████████ (UNDER SEAL) |
| 43. | █████████████████████ (UNDER SEAL) |
| 44. | ██████████████ (UNDER SEAL) |
| 45. | █████████████████ (UNDER SEAL) |
| 46. | Interview of Fred Fox – 02/11/2008 |
| 47. | Interview of Jeffrey Michael Macaluso – 02/05/2008 |
| 48. | ███████████████████████████ (UNDER SEAL) |

| | |
|---|---|
| 49. | Homicide Investigation Action Report, No. N6-909468 – 02/19/2008 and 02/27/2008 |
| 50. | Letter from Denise Minor to Terry Higy – 03/18/2008 |
| 51. | Letter from Thomas C. McAndrew to Terry Higy – 06/24/2008 |
| 52. | Homicide Investigation Action Report, No. N6-909468 – 01/30-31/2008 and 02/06/2008 |
| 53. | Texas Police Report, No. RB200800533, RB200800647, RB200800540  – 03/04/2009 |
| 54. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 55. | Supplemental Investigation Report, No. N6-909468 – 03/17/2008 |
| 56. | ██████████████████████████████████ (UNDER SEAL) |
| 57. | Philip A. Holmes, *Murdered Woman Linked to '02 Shooting*, Williamsport Sun-Gazatte – 02/06/2008 |
| 58. | Interview of Desmond Lionel Cainion – 02/06/2008 |
| 59. | Homicide Investigation Action Report, No. N6-909468 – 02/04/2008 |
| 60. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 61. | Sentencing Verdict Slip – 11/18/2014 |
| 62. | EPA MAPS of Teague, Burleson and Mansfield |
| 63. | Simon Ford and William C. Thomspon, *Some Reasonable doubts About DNA "Fingerprints,"* A Question of Identity |
| 64. | ███████████████████████████ (UNDER SEAL) |
| 65. | Pauline Hicks Obituary – 04/15/1977 |
| 66. | █████████████████████████████ (UNDER SEAL) |
| 67. | █████████████████████████ (UNDER SEAL) |

| 68. | ██████████████████████████████████ (UNDER SEAL) |
| 69. | ████████████████████████████████ (UNDER SEAL) |
| 70. | ████████████████████████████████ (UNDER SEAL) |
| 71. | ██████████████████████████████████████ <br><br> (UNDER SEAL) |
| 72. | ████████████████████ (UNDER SEAL) |
| 73. | ████████████████████████████████ (UNDER SEAL) |
| 74. | ████████████████████████████████ (UNDER SEAL) |
| 75. | ████████████████████████████████████████ <br><br> ████████ (UNDER SEAL) |
| 76. | ██████████████████████████ (UNDER SEAL) |
| 77. | ████████████████████ (UNDER SEAL) |
| 78. | ██████████████████ (UNDER SEAL) |
| 79. | *David Hicks of Teague...Convicted Killer is Executed* – 01/27/2000 |
| 80. | ████████████████████████████████████ <br><br> ████████████████ (UNDER SEAL) |
| 81. | ████████████████████████████████ (UNDER SEAL) |
| 82. | ████████████████████████████████████ <br><br> ████████████████ (UNDER SEAL) |
| 83. | ██████████████████████████████████████████ (UNDER <br><br> SEAL) |
| 84. | ██████████████████████████████████ <br><br> (UNDER SEAL) |

| 85. | ██████████████████████████████ (UNDER SEAL) |
| 86. | ██████████████████████████████ (UNDER SEAL) |
| 87. | ████████████████████████████ (UNDER SEAL) |
| 88. | ████████████████████ (UNDER SEAL) |
| 89. | ████████████████████ (UNDER SEAL) |
| 90. | ██████████████ (UNDER SEAL) |
| 91. | ██████████████████████ (UNDER SEAL) |
| 92. | ████████████████████████ (UNDER SEAL) |
| 93. | ████████████████████████ (UNDER SEAL) |
| 94. | ██████████████████████ (UNDER SEAL) |
| 95. | ██████████████████████ (UNDER SEAL) |
| 96. | ████████████████████ (UNDER SEAL) |
| 97. | ██████████████ (UNDER SEAL) |
| 98. | ████████████ (UNDER SEAL) |
| 99. | ██████████████ (UNDER SEAL) |
| 100. | ██████████ (UNDER SEAL) |
| 101. | ██████████ (UNDER SEAL) |
| 102. | ████████████ (UNDER SEAL) |
| 103. | ██████████ (UNDER SEAL) |
| 104. | North Richland Hills Police Report, No. 006431 – 07/11/2000 |
| 105. | ██████████ (UNDER SEAL) |

| | |
|---|---|
| 106. | ███████████████████ (UNDER SEAL) |
| 107. | ████████████████████████ (UNDER SEAL) |
| 108. | █████████████████████ (UNDER SEAL) |
| 109. | Fort Worth Police Report, No. 02604169  – 08/13/2002 |
| 110. | Interview of Michael Jones – 09/30/2008 |
| 111. | Fort Worth Police Report, No. 03093388 – 08/16/2003 |
| 112. | ██████████████ (UNDER SEAL) |
| 113. | Fort Worth Police Report, No. 04008739 – 01/22/2004 |
| 114. | Fort Worth Police Report, No. 04016070 – 02/09/2004 |
| 115. | ████████████ (UNDER SEAL) |
| 116. | █████████████████ (UNDER SEAL) |
| 117. | ███████████████████████████ (UNDER SEAL) |
| 118. | ███████████████████ (UNDER SEAL) |
| 119. | ████████████████████ (UNDER SEAL) |
| 120. | ██████████████ (UNDER SEAL) |
| 121. | █████████████████████ (UNDER SEAL) |
| 122. | ████████████████ (UNDER SEAL) |
| 123. | ██████████████ (UNDER SEAL) |
| 124. | █████████████████████ (UNDER SEAL) |
| 125. | ██████████████████ (UNDER SEAL) |
| 126. | ████████████████████ (UNDER SEAL) |
| 127. | ███████████████ (UNDER SEAL) |

| 128. | North Chicago Police Report, No. 06-034289 – 12/26/2006 |
|------|---------------------------------------------------------|
| 129. | Arlington Police Report, No. 07-44293 – 06/21/2007 |
| 130. | Grand Prairie Police Report, No. 07-00035844 – 11/13/2007 |
| 131. | ████████████████████ (UNDER SEAL) |
| 132. | ████████████████ (UNDER SEAL) |
| 133. | ██████████████████████████ (UNDER SEAL) |
| 134. | Affidavit of Chantell Patterson – 09/19/2018 |
| 135. | Affidavit of Christian Gregory – 09/19/2018 |
| 136. | Autopsy Report by Saraklee Funkee, M.D.  - 01/30/2008 |
| 137. | *Capital Punishment in Pennsylvania: The Report of the Task Force and Advisory Committee*, Joint State Government Commission, General Assembly of the Commonwealth of Pennsylvania,– 06/2018 |

# Exhibit 3

### *Murder victim's old residence later burned: Arsonist burned down apartment building shortly after woman's dismembered body discovered.*

The Times Leader (Wilkes-Barre, Pennsylvania)

March 7, 2008 Friday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 877 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Mar. 7--SCRANTON -- The murdered 36-year-old woman in the photo had a face that Nasser Mohammadzad immediately recognized.

Just a month before her dismembered body was found along interstate highways on Jan. 29, Deanna Marie Null was living in one of Mohammadzad's apartments at 1844 N. Main Ave. in Scranton, above the former Buckingham Oriental Rugs.

The 5-foot, 7-inch, light-skinned woman moved into Providence Square Apartments in November and was living with a Stroudsburg man whom Mohammadzad identified to authorities as James Mack. Null and Mack claimed to be married.

The landlord last saw her on Dec. 6, when Null paid her $400 monthly rent on the one-bedroom apartment. Null likely moved out on or before Jan. 6.

In mid-February, less than two weeks after Null's remains were found, the North Main Avenue apartment building where she had lived burned to the ground -- a fire that investigators ruled arson. Someone apparently had set a propane tank in the hallway in an attempt to blow up the building on Feb. 16 while 18 residents were inside.

The fire was set within days after state police interviewed one of the tenants regarding the Null case.

This was not the first place Null frequented in Scranton that has burned since her body was discovered. A fire at the former Jukebox Pub and Eatery on Capouse Avenue was ruled arson after flames engulfed the one-story building on March 2.

It is not known if the two fires are linked to Null's murder investigation.

Several attempts were made to reach Scranton Fire Marshal Marty Monahan, but he did not return calls.

State police at Hazleton, who are investigating the Null homicide, would not say if the death and the arsons are linked.

Null was last seen less than two weeks before the gruesome discovery. Friends told police they saw her climbing into the front seat of a late 1970s or early 1980s dark model sedan on the corner of Olive Street and Capouse Avenue in Scranton. They said she often frequented that area near the train tracks. A four- or five-strip chrome luggage rack was on the vehicle's trunk lid.

Murder victim's old residence later burned: Arsonist burned down apartment building shortly after woman's dismembered body discovered.

Behind the wheel of the Cadillac or Buick was a man described as black, 5 feet, 9 inches to 6 feet tall, with a military-style haircut and a stocky build.

Mohammadzad said he does not recall seeing a vehicle or person matching the description.

On Jan. 28, the woman's body parts were found along interstates 80 and 380 in Monroe and Lackawanna counties.

A positive identification was made on Feb. 4 through Null's dental records after family members contacted police.

Authorities have been tight-lipped about the investigation.

"We've hit a lot of dead ends," said Lt. Robert Bartal of the state police at Hazleton. "We do continue to get leads and follow them up."

Null's family in Williamsport has learned few details about the case, according to Craig Kimble, Null's brother-in-law. He said the family is not ready to talk about their daughter's death.

When Mohammadzad last saw Null on Dec. 6, she was accompanied by a different man. Null claimed he was Mack's brother, the landlord said.

Null paid the rent in cash. Her messy brown hair had not been brushed. She told the landlord that Mack was in jail and she had money to pay for rent, Mohammadzad recalled.

"She looked like she was on drugs," Mohammadzad said.

When the owner checked the apartment on Jan. 6, the only items he found were a mattress and radio in the bedroom.

Police asked him about Mack, who had told the landlord when he moved in on Nov. 6 that he relied on a friend to give him a ride to and from his factory job in Stroudsburg.

"He (Mack) told me he was working there but wanted to get an apartment over here," said Mohammadzad, who owns several other businesses in the 1800 block of Providence Square.

And, the man with Null who claimed his work was in Stroudsburg never had a vehicle even though his job was an hour drive away. Mohammadzad went through tenant records he had on file at 1844 N. Main Ave., which verified Mack never registered a vehicle.

A month later, Mack would tell his landlord he had a change of plans. He wanted to move back to Stroudsburg because he wanted to be "close by the highways."

Those words now give Mohammadzad chills.

Bartal refused to comment about Mack.

Null, who is from Williamsport, had no permanent address in Scranton during her two years there. She often was homeless and lived on the streets or in various apartments with strangers.

But, relatives have fond memories of the former Deanna Marie Bryan who graduated from Williamsport High School in 1990.

"She is really a nice girl," said Kimble, who is married to Null's sister Angela Bryan. "She liked to go out. She had a lot of friends that cared about her."

Anyone with information is asked to contact state police at Swiftwater at 570-839-7701.

Jen Marckini, a Times Leader staff writer, can be reached at 829-7210.

Murder victim's old residence later burned: Arsonist burned down apartment building shortly after woman's dismembered body discovered.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** March 7, 2008

---

**End of Document**

## March 7
## [Murder victim's old residence later burned](#)

**Arsonist burned down apartment building shortly after woman's dismembered body discovered.**

JEN MARCKINI jmarckini@timesleader.com

SCRANTON – The murdered 36-year-old woman in the photo had a face that Nasser Mohammadzad immediately recognized.



Null

[Times Leader Photo Store](#)

Just a month before her dismembered body was found along interstate highways on Jan. 29, Deanna Marie Null was living in one of Mohammadzad's apartments at 1844 N. Main Ave. in Scranton, above the former Buckingham Oriental Rugs.

The 5-foot, 7-inch, light-skinned woman moved into Providence Square Apartments in November and was living with a Stroudsburg man whom Mohammadzad identified to authorities as James Mack. Null and Mack claimed to be married.

The landlord last saw her on Dec. 6, when Null paid her $400 monthly rent on the one-bedroom apartment. Null likely moved out on or before Jan. 6.

In mid-February, less than two weeks after Null's remains were found, the North Main Avenue apartment building where she had lived burned to the ground – a fire that investigators ruled arson. Someone apparently had set a propane tank in the hallway in an attempt to blow up the building on Feb. 16 while 18 residents were inside.

The fire was set within days after state police interviewed one of the tenants regarding the Null case.

This was not the first place Null frequented in Scranton that has burned since her body was discovered. A fire at the former Jukebox Pub and Eatery on Capouse Avenue was ruled arson after flames engulfed the one-story building on March 2.

It is not known if the two fires are linked to Null's murder investigation.

Several attempts were made to reach Scranton Fire Marshal Marty Monahan, but he did not return calls.

State police at Hazleton, who are investigating the Null homicide, would not say if the death and the arsons are linked.

Null was last seen less than two weeks before the gruesome discovery. Friends told police they saw her climbing into the front seat of a late 1970s or early 1980s dark model sedan on the corner of Olive Street and Capouse Avenue in Scranton. They said she often frequented that area near the train tracks. A four- or five-strip chrome luggage rack was on the vehicle's trunk lid.

Behind the wheel of the Cadillac or Buick was a man described as black, 5 feet, 9 inches to 6 feet tall, with a military-style haircut and a stocky build.

Mohammadzad said he does not recall seeing a vehicle or person matching the description.

On Jan. 28, the woman's body parts were found along interstates 80 and 380 in Monroe and Lackawanna counties.

A positive identification was made on Feb. 4 through Null's dental records after family members contacted police.

Authorities have been tight-lipped about the investigation.

"We've hit a lot of dead ends," said Lt. Robert Bartal of the state police at Hazleton. "We do continue to get leads and follow them up."

Null's family in Williamsport has learned few details about the case, according to Craig Kimble, Null's brother-in-law. He said the family is not ready to talk about their daughter's death.

When Mohammadzad last saw Null on Dec. 6, she was accompanied by a different man. Null claimed he was Mack's brother, the landlord said.

Null paid the rent in cash. Her messy brown hair had not been brushed. She told the landlord that Mack was in jail and she had money to pay for rent, Mohammadzad recalled.

"She looked like she was on drugs," Mohammadzad said.

When the owner checked the apartment on Jan. 6, the only items he found were a mattress and radio in the bedroom.

Police asked him about Mack, who had told the landlord when he moved in on Nov. 6 that he relied on a friend to give him a ride to and from his factory job in Stroudsburg.

"He (Mack) told me he was working there but wanted to get an apartment over here," said Mohammadzad, who owns several other businesses in the 1800 block of Providence Square.

And, the man with Null who claimed his work was in Stroudsburg never had a vehicle even though his job was an hour drive away. Mohammadzad went through tenant records he had on file at 1844 N. Main Ave., which verified Mack never registered a vehicle.

A month later, Mack would tell his landlord he had a change of plans. He wanted to move back to Stroudsburg because he wanted to be "close by the highways."

Those words now give Mohammadzad chills.

Bartal refused to comment about Mack.

Null, who is from Williamsport, had no permanent address in Scranton during her two years there. She often was homeless and lived on the streets or in various apartments with strangers.

But, relatives have fond memories of the former Deanna Marie Bryan who graduated from Williamsport High School in 1990.

"She is really a nice girl," said Kimble, who is married to Null's sister Angela Bryan. "She liked to go out. She had a lot of friends that cared about her."

Anyone with information is asked to contact state police at Swiftwater at 570-839-7701.

## Arrest Comes in Body Parts Case  `Watch`

Reported by: *Jill Konopka*
*Saturday, Mar 8, 2008 @06:37pm EST*

TOBYHANNA, MONROE COUNTY- Neighbors tell WBRE News Charles Hicks is the nicest, most polite person who came here recently for a job, from Texas. Hicks' landlord says she got a referral from his friends at the Tobyhanna Army Depot.

Police say Hicks brutally killed Deanna Null and dismembered her body. Authorities say Null's head and what's believed to be her hands were found in and around Hicks' Tobyhanna home. Amy Mercado is the landlord, "Are you kidding me? Honest to god?"

33-year-old Charles Hicks is under arrest for the murder and dismemberment of Deanna Null of Williamsport. In late January, Null's frozen remains were found stuffed in garbage bags and strewn about Interstates 80 and 380 in Monroe and Lackawanna counties.

Investigators say she had been dead for days. State police say Hicks was the last person seen with Null leaving Scranton in his car, days before she was dismembered with a knife and saw. Lt. Robert Bartal with the State Police stated, "Earlier this week, we received tip about a vehicle similar to vehicle looking for and it led us to Mr. Hicks."

Police say they also found a hacksaw and garbage bags similar to the ones Null's body parts were found in when they executed a search warrant at Hicks Tobyhanna Prospect Street home Friday. Amy Mercado is Hick's landlord, "I don't even know where it puts us, don't know what to do."

WBRE broke the news to Hick's landlord Amy Mercado. She says he moved in, in late January from Texas for an electronics job with the Tobyhanna Army Depot. Alberto Martinez said, "Oh my God. Jeez I'm in shock"

We also broke the news to Hicks friend from work, a native Texan. Martinez added, "A heck of a nice guy. Don't understand I'm in shock."

Court papers also show investigators found human female hands wrapped in newspaper stuffed in the piping near Hicks' bathroom. Investigators say they found the victim's head 200 yards from the property. Mercado responded, "Are you kidding me, are you kidding, are you kidding me?"

Hicks told reporters he never met Deanna Null. An arrest affidavit says the two shared drugs and intimate relations on at least two occasions. Mercado added, "Not in a million yeas, don't know what to say."

Other neighbors aren't so sure these allegations are true - after all some say Charles Hicks is just the nicest southern man you could meet. "Guy came from Texas unless he picked her off streets or something like that i don't know," said Harlow Keyes.

When Hicks was asked by investigators if there'd by any evidence Deanna Null would be found in his house or the trunk of his car - which there was - Hicks responded, "There shouldn't be."

Hicks is being held without bail and will appear in court next Friday.

Body parts case ARREST: Tobyhanna man killed, cut up woman...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...





NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com    FIND IT!

# Body parts case ARREST: Tobyhanna man killed, cut up woman, police say

Photo 1 of 1 | Zoom Photo +



Charles Hicks, of Tobyhanna, left, is led into court in Stroud Township Saturday.

Adam Richins/Pocono Record

Text Size: A | A | **A**

🖶 Print this Article      ✉ Email this Article
🔔 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

🔖 del.icio.us ▾        🔖 Digg This Story
🔖 reddit ▾             🔖 STUMBLEUPON
🔖 MY YAHOO!            🔖 Add to Google
🔖 Seed Newsvine



Sprint

Rollover to LEARN MORE ›

*Everything is more fun at 3G speed.*

**By David Kidwell**
*Pocono Record Visual Editor*
March 08, 2008

Charles Hicks, 33, of Tobyhanna, has been charged with murder and dismemberment in the Deanna Marie Null body parts case. Null's dismembered remains were found along interstates in Monroe and Lackawanna Counties in January.

Hicks was arrested Saturday morning and arraigned by District Judge Thomas Shiffer in Stroud Township around 1:30 p.m.. He denied involvement in the murder. "These guys are telling me I did something I didn't do," he told reporters Saturday.

But police say they have plenty of evidence against Hicks. They found two severed human hands, wrapped in newspaper, and hidden in Hicks' bathroom.

Hicks told cops he smoked crack and had sex with Null a couple of times but denies killing her. Hicks began working at Tobyhanna Army Depot in January. He told police he moved to Tobyhanna around the beginning of February. Hicks can't remember the last time he saw Null. Police say he was the last person seen with Null.

On Tuesday, Kimberly Lombardo , who lives near Hicks, told police a car matching the description of the suspect's car had been parked at Hicks' house for about six weeks.

On Thursday, police searched Hick's car, a Mercury Grand Marquis, and found work boots in the trunk. One boot had red stains that later was tested and proven to be blood. Hicks confirmed the boots were his and when asked about the blood said, "I can't explain that."

Friday night Pennsylvania State Troopers swarmed Hicks' house in Tobyhanna, a day after a judge signed a search warrant for the residence. They are still on the scene at this time scouring the house for more body parts and evidence.

In addition to the two hands they discovered, cops also found new black trash bags and a hack saw in Hicks' attic. Police describe the trash bags as identical to those found filled with Null's body parts along the interstate back in January.

Null, 36, was supposed to be an alibi witness at a robbery trial. She spent time living in both Williamsport and Scranton. On Saturday, police described her as being homeless.

Police looked for Null at her last known address in Scranton on Jan. 24 but were unable to locate her. Five days later, her remains were found in trash bags strewn along Interstates 80 and 380. Her head was found about 200 yards from Hick's house.

Hicks had several run ins with police when he lived in Texas. He was charged with assault in 2002, sexual assault in 2003, and robbery in 2007, In 2006, police in Virginia charged him with assault and drug possession.

Hicks was taken to the Monroe County Correctional Facility where is being held without bail.

Watch for updates online today and in print Sunday.

For background on the case, visit **our special report page.**

**RELATED STORIES**

Friends of Hicks stunned by arrest, murder charges

A Friend Arrested For Murder: Body Parts Case   ▶ VIDEO

Arraignment of Charles Hicks   ▶ VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

🌴 the poconos.com

**What are you looking for?**

Select Category ▾

**Business Name:**

**Location:**

FIND IT!

Recently Reviewed by Your Neighbors

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice family owned business, great people, great..." more
posted on 1/8/2008

★ ★ ★ ★ ☆

VIEW MORE Auto Dealers

HOME

🔔 Be the first to know - Sign up for text alerts     📧 Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove



any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

**On March 13, 2008 at 5:34 AM , kushman said:**

Jack,You are right about what you said. These people think that they know everything about TYAD, but they don't have a clue what it is really like. maybe they should do a tour in Iraq! I can't wait to go back, it seems safer over there. By the way your pictures you sent in awhile back looks like ... Full Message

kushman
Member since: 06/02/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

1 Rule of a Flat Stomach:
Cut down 42 lbs of stomach fat in - 1 month by obeying this 1 rule
MonicasDietBlog.com

Free Background Checks
100% Free Background Checks. Instant Database Access.
www.Web-Detective.com

1 rule to a flat stomach:
I cut down 33 pounds of stomach fat every 3 weeks by obeying this rule!
carasdietblog.com

Complete Background Check
Criminal Background-Lawsuits-Assets Current Address & More-Free Summary
Background.Check.Intelius.com

Ads by Google

Print this Article Email this Article

**Share**

del.icio.us | Digg This Story
reddit | STUMBLEUPON
MY YAHOO! | Add to Google
Seed Newsvine

## TOP JOBS

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PA - C/CRNP for busy**
EAST STROUDSBURG, Pennsylvania Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

More jobs

## TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

## TOP CARS

2000 Chevrolet Cavalier
**Brown Daub Buick Pontiac Chevrolet**

2005 Chevrolet Silverado 1500
**Brown Daub Buick Pontiac Chevrolet**

2006 Ford Escape
**Brown Daub Kia**

2007 Ford Focus
**Brown Daub Kia**

Show All Featured Cars

## TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU**

**Welcome  Guest**                                    Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum  >  Reader Reactions  >                Advanced Search

---

### POCONO RECORD NEWS FORUM

---

**Reader Reactions**

---

**ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE**

---

**Discussions**                      [1] 2  3  4  5  6                 **Keep Reading**

---



|  | **1 of 53** |
|---|---|
| | On Mar 8, 2008 at 02:18 PM, tucker said: |
| | His name is Charles Ray Hicks. |

**tucker**
My Comments
Member Since:
1/9/2007

---



|  | **2 of 53** |
|---|---|
| | On Mar 8, 2008 at 02:22 PM, pacharlie said: |
| | Who is he what was the relation? |

**pacharlie**
My Comments
Member Since:
8/15/2007

---



|  | **3 of 53** |
|---|---|
| | On Mar 8, 2008 at 02:25 PM, tucker said: |
| | He's 33 years old. He's from Tobyhanna. |
| | Full story in the MC. |
| | *Edited 3/8/08  by  tucker* |

**tucker**
My Comments
Member Since:
1/9/2007

---

**4 of 53**

On Mar 8, 2008 at 02:28 PM, pacharlie said:

---

Pocono Record News Forum                                    Page 2 of 5



Sorry what is the MC do ya have a link?

**pacharlie**
My Comments
Member Since:
8/15/2007

---

**5 of 53**



On Mar 8, 2008 at 02:33 PM, tucker said:

MC is The Morning Call from Allentown.

**tucker**
My Comments
Member Since:
1/9/2007

---

**6 of 53**



On Mar 8, 2008 at 02:34 PM, jeffwoehrle said:

Good job, good job, good job!

**jeffwoehrle**
My Comments
Member Since:
12/23/2006

---

**7 of 53**



On Mar 8, 2008 at 03:03 PM, elle (ellegil) said:

REALLY, REALLY Good Job....

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

---

**8 of 53**



On Mar 8, 2008 at 03:09 PM, lspirit said:

aren't these stories supposed to be Edited before printing ....Police have
made an arrest has in the Deanna Marie Null murder case."

**lspirit**
My Comments
Member Since:
1/24/2007

**9 of 53**



On Mar 8, 2008 at 03:12 PM, CallMeRonnie said:

The MC doesn't have much more than the PR, but it should be interesting to see why this guy did what he did. Everyone was so worried the police wouldn't be able to solve it. As it turns out, I doubt they needed help from the cops in the city. Ha!

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

**10 of 53**



On Mar 8, 2008 at 03:14 PM, elle (ellegil) said:

"aren't these stories supposed to be Edited before printing ....Police have made an arrest has in the Deanna Marie Null murder case." "

I suppose if this is the worst thing that happens in your day, you are doing pretty well....

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

**Discussions**              [1] 2  3  4  5  6              **Keep Reading**

Pocono Record News Forum                                    Page 1 of 5



POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                     Search 

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE

**Discussions**                    1  2  3 4 5 6                **Keep Reading**

---

11 of 53



On Mar 8, 2008 at 04:05 PM, fraudstoper said:

It's about time they caught this manaic...I hope he rots in jail until for the rest of his life ...SICK SOB

**fraudstoper**
My Comments
Member Since:
3/7/2008

---

12 of 53



On Mar 8, 2008 at 04:06 PM, pacharlie said:

I wonder where in Tobbyhanna this was? What development if any?

**pacharlie**
My Comments
Member Since:
8/15/2007

---

13 of 53



On Mar 8, 2008 at 04:10 PM, BCBC said:

Tobyhanna is quickly becoming the breeding ground for lots of scum lately.

**BCBC**
My Comments
Member Since:
11/19/2007

**14 of 53**



On Mar 8, 2008 at 04:25 PM, fraudstoper said:

100% True to your comment from BCBC in regrds to Tobyhanna and the Scum especially Pocono Country Place

**fraudstoper**
My Comments
Member Since:
3/7/2008

**15 of 53**



On Mar 8, 2008 at 04:37 PM, WhizzKid said:

"Good job, good job, good job!" hear hear.

Great work in finding him so soon...kudos to the ones that got him.

**Timendi causa est nescire.** (*Ignorance is the cause of fear*) ~ Seneca
www.ronpaul2008.com

**WhizzKid**
My Comments
Member Since:
8/4/2007

**16 of 53**



On Mar 8, 2008 at 04:42 PM, Eeyore said:

Great Job PSP! Cut him up while still alive , SOB! He deserves to die!

**Eeyore**
My Comments
Member Since:
3/8/2008

**17 of 53**



On Mar 8, 2008 at 05:32 PM, rambler1 said:

Called it! Tobyhanna, toss out the first part and then realize you are leaving a trail, go down to DWG and get back on heading home again

tossing as he went..

**rambler1**
My Comments
Member Since:
5/25/2007

brrr. I remember where I was on 80 when I thought that....just coming over the 80 bridge over the brodheads heading towards Stbg....

Pocono Record News Forum                                    Page 3 of 5



**18 of 53**

**On Mar 8, 2008 at 05:33 PM, rambler1 said:**

And a great job indeed by Pa's finest...
take that, you scum!

**rambler1**
My Comments
Member Since:
5/25/2007

---



**19 of 53**

**On Mar 8, 2008 at 05:59 PM, educator said:**

It was not PCP it was Prospect Street by 380 and 423.

**educator**
My Comments
Member Since:
3/7/2007

---

**20 of 53**

**On Mar 8, 2008 at 06:21 PM, Markvg (MVG) said:**

WOW! Great job in getting this guy!

I was just thinking the other day to pester Editor1 about any updates on this story. I thought it was going to be unsolved after all this time.

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

GREAT JOB!!!!

---

**Discussions**              1 [2] 3 4 5 6              **Keep Reading**

Pocono Record News Forum                                                    Page 1 of 5

# POCONO RECORD
### News & Information from Northeast Pennsylvania



| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU |

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE

**Discussions**                        1  2  [3]  4  5  6                    **Keep Reading**

---

21 of 53



**localyokelgal**
My Comments
Member Since:
8/2/2007

**On Mar 8, 2008 at 06:26 PM, localyokelgal said:**

How the H*** did he get a job at Tobyhanna Depot??? WNEP just said that he worked for a Defense Contractor who had a contract with the Depot. Well, certainly a Defense Contractor should have done a better background check!! His Landlord should have done a better background check. The article said he was charged with assault in 2002, sexual assault in 2003, robbery in 2007 and 2006 in Virginia assault and drug possession. If that did not show up on a criminal background check, there is something wrong with the company who performed the background check.

Then they find her severed head near his home, her severed hands in his bathroom!!! Matching garbage bags in the attic, a hacksaw, bloody boots........OMG and he "can't explain that". Give me a break!!

Kudos to the PSP and PMRP for a job well done!!!

---

22 of 53



**stone_crest**
My Comments
Member Since:
12/16/2007

**On Mar 8, 2008 at 06:39 PM, stone_crest said:**

AGAIN if he has a prior record how does he get a job at the Army Depot

---

Pocono Record News Forum                                    Page 2 of 5



**23 of 53**

On Mar 8, 2008 at 06:53 PM, Buttercup0215 said:

Jeff, You're GREEN!!!

**Buttercup0215**
My Comments
Member Since:
3/11/2007



**24 of 53**

On Mar 8, 2008 at 06:55 PM, Tkedwn said:

Must be local...

**Tkedwn**
My Comments
Member Since:
12/26/2006



**25 of 53**

On Mar 8, 2008 at 06:58 PM, Pocono2008 said:

Great job!! Another #### behind bars....ahhhhhh

**Pocono2008**
My Comments
Member Since:
10/29/2007



**26 of 53**

On Mar 8, 2008 at 07:14 PM, tiger2 said:

Is MCCF large enough to house all these FREAKS?

**tiger2**
My Comments
Member Since:
5/23/2007

**27 of 53**

On Mar 8, 2008 at 07:19 PM, MainStreetMike said:

another **** piece of #### that we have to pay to warehouse for the next 50
years.

**MainStreetMike**
My Comments

Pocono Record News Forum                                      Page 3 of 5

Member Since:
6/8/2007

28 of 53



**On Mar 8, 2008 at 07:21 PM, MainStreetMike said:**

These guys are telling me I did something I didn't do? Maybe t was your
alter ego that held the saw you freak!

**MainStreetMike**
My Comments
Member Since:
6/8/2007

29 of 53



**On Mar 8, 2008 at 07:22 PM, ecramer said:**

That was my first thought exactly do't they do any background checks at all

**ecramer**
My Comments
Member Since:
1/29/2007

30 of 53

**On Mar 8, 2008 at 07:30 PM, trailersnob said:**

Stone_crest...I don't know the details here but just because she worked AT
the Depot doesn't mean she worked FOR the depot. There are alot of
contractors working there that are hired before background checks are
completed...this I know for a fact. I also know no one is hired as a "Depot
Government Employee" before a background check is complete.

**trailersnob**
My Comments
Member Since:
2/16/2007

**Discussions**                1 2 [3] 4 5 6                **Keep Reading**

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU**

**Welcome  Guest**                        Search [                ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE

**Discussions**                  1  2  3  [4]  5  6          **Keep Reading**

**31 of 53**

On Mar 8, 2008 at 07:31 PM, trailersnob said:

Sorry, I meant to say "he", not "she"

**trailersnob**
My Comments
Member Since:
2/16/2007

**32 of 53**

On Mar 8, 2008 at 07:35 PM, trailersnob said:

Sorry I meant to say "he" not "she"

**trailersnob**
My Comments
Member Since:
2/16/2007

**33 of 53**

On Mar 8, 2008 at 07:50 PM, lspirit said:

i would expect mistakes from members in the forum, not from a newspaper

lspirit
My Comments
Member Since:
1/24/2007



**34 of 53**

**On Mar 8, 2008 at 07:56 PM, wataga said:**

Right now there is about 1/3 of the people there are contractors. Not gonna talk about how they get paid much more than us govt. employees, but from what i heard, most get hired over the phone! That's Lockheed Martin what ever they are called now.

wataga
My Comments
Member Since:
1/8/2008



**35 of 53**

**On Mar 8, 2008 at 08:51 PM, Peepsight said:**

Who cares about his employment screening. Be thankful that no one found out about his bachground, at least he had a job for a little while. Job or not, he wasn't leaving the area. "Job or Rob" in the end, drug money is drug money! Look at his track record, not new to the "can" or court system but now a $ burden on us for life. Let's follow this case through the judicial system. The PSP and PMRP did a great job now it's up to the local judges to follow suit.

Peepsight
My Comments
Member Since:
2/27/2008



**36 of 53**

**On Mar 8, 2008 at 08:54 PM, momof2loves said:**

I got this POS's address from superpages.com

momof2loves
My Comments
Member Since:
8/2/2007



**37 of 53**

**On Mar 8, 2008 at 09:23 PM, tiger2 said:**

From WNEP-TV website:Police said all of the victim's body parts were found except her hands.When officers search Hicks' rental home in Tobyhanna they found what they believe to be Null's severed hands wrapped in newspaper and stuffed inside a wall.The grisly find stunned the suspect's coworker Armando Martinez. He stopped by to pick up Hicks Saturday to hang out and have lunch. Martinez said the accused killer sits across from him at work. "I remember the girl's body parts being found. I seriously can't believe it's Charles," Martinez said.Hicks' landlord, Amy Mercado, is baffled. "This is very scary. This is a tragedy. I mean, how do

tiger2
My Comments
Member Since:
5/23/2007

you put this into words?" Mercado asked.Neighbors said they only saw the suspect in passing since he worked overnight but they added each encounter with him was always pleasant. "Very surprised. Very surprised. He wasn't that type of person," said neighbor Harlem Keyes.

---

**38 of 53**



**On Mar 8, 2008 at 09:26 PM, eyethere said:**

When did they start doing background checks for civilian workers? When I started working there (no longer there), 20 years ago, they didn't do checks.

**eyethere**
My Comments
Member Since:
7/18/2007

---

**39 of 53**



**On Mar 8, 2008 at 10:25 PM, ConcernedLocal said:**

Does anyone know what street in Tobyhanna he lived on because there is a listing for a Charles Hicks on my street and I would like to know if this is the same person..

**ConcernedLocal**
My Comments
Member Since:
8/15/2007

---

**40 of 53**



**On Mar 8, 2008 at 10:34 PM, gladys said:**

'lived on the 100 block of Prospect Street in Coolbaugh Township since going to work for a contractor at the Tobyhanna Army Depot on Jan. 2

taken from m.c.

**gladys**
My Comments
Member Since:
2/6/2007

---

**Discussions**                    1  2  3  [4]  5  6              **Keep Reading**

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
## News & Information from Northeast Pennsylvania

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GU

**Welcome  Guest**                    Search [                    ]  🔍

All Message Boards >   Pocono Record News Forum   >   Reader Reactions  >            Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE**

**Discussions**                    1  2  3  4  [5]  6                    **Keep Reading**

---

**41 of 53**



On Mar 8, 2008 at 10:48 PM, ConcernedLocal said:

thank You Gladys for relieving my mind.. Still a little too close for comfort though..

**ConcernedLocal**
My Comments
**Member Since:**
8/15/2007

---

**42 of 53**



On Mar 8, 2008 at 11:24 PM, Tkedwn said:

Naw....you newcomers don't change the area at all. Now, let's all hug.
Thank you for make the Poconos diverse.

**Tkedwn**
My Comments
**Member Since:**
12/26/2006

---

**43 of 53**



On Mar 8, 2008 at 11:28 PM, Arthur1970 said:

"Thank you for make the Poconos diverse"

Borat, is that you? :-)

**Arthur1970**

My Comments
Member Since:
9/14/2007

---

**44 of 53**



**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007

On Mar 8, 2008 at 11:47 PM, JackRubyBaby (JRBaby) said:

[Right now there is about 1/3 of the people there are contractors. Not gonna talk about how they get paid much more than us govt. employees, but from what i heard, most get hired over the phone! That's Lockheed Martin what ever they are called now.]

wataga...not sure where you got your information, but contractors make up less than 20% of the total workforce at TYAD. Also, the company DS2 does hire heartbeats. The contract that they have with the depot says that they will supply bodies. They don't care what the qualifications are, or if they have any, and background checks most likely are not done. Some of the interviewing is done over the phone. As for pay, yes the DS2 employees do get paid more, but they have absolutely no job security. It's always fun to hear people spout off about things that they know nothing about.

---

**45 of 53**



**wolverine**
My Comments
Member Since:
8/10/2007

On Mar 9, 2008 at 09:40 AM, wolverine said:

He should be dismembered.....while he's still alive! There's no reason for him to remain on this earth.

---

**46 of 53**



**wataga**
My Comments
Member Since:
1/8/2008

On Mar 9, 2008 at 09:48 AM, wataga said:

Guess what jack, i work there. I know for a fact there are over 1000 current ds2 employees there. Get your facts straight and don't lie to the people whom read the forums. The total amount of people is close to 4000. As for pay, yes they get more than us, and for job security, i have been there for 5 years, there are ds2 contractors working right alongside me doing the same job for 5 years, so that is job security! They do the interviews over the telephone so you think they actually care or people get caught lying about criminal records? True government employees get a good background check done and get fingerprinted. Makes you wonder when you see all the out of state plates in the parking lot. Hopefully now ds2 will have to verify the people for criminal records and drugs and whatever else and stop the scum from getting a job. Do you want me to tell you how we were promised that the contractors would be working for 1 year and would be hired if needed? Or shall we talk about how the contractors now have a union

formed within toby? Get your facts straight before spouting off.

**47 of 53**



**SHREK1**
My Comments
Member Since:
3/2/2008

On Mar 9, 2008 at 01:04 PM, SHREK1 said:

ONLY in PA: Now we give jobs to crack coke users, convicted criminals, no less than to work on sensitive electronics for the Army. Nothing but the best for our boys. What ever happened to drug screening?? OH' I forget he stopped taking his medication, sorry won't happen again RIGHT. Poor,poor misguided man. Lets all protest the harsh treatment he is getting from law enforcement. Why can't he hack up another drug user? Or did he donate money to congressman? did said spouse of congressman just forget to report it, oh different article, but good input. Retire and let some one else milk the system.

 **Message 5573.48 was deleted** 

**49 of 53**



**rambler1**
My Comments
Member Since:
5/25/2007

On Mar 9, 2008 at 07:12 PM, rambler1 said:

I just got back from attending a musical event down in the lehigh valley, and a guy that was friends of many of the musicians there was just busted for being an on-line pedophile.....

if you knew this guy, you would never in a million years guess that he had been doing that.

I talked with a man that had been very good friends with him, they played music together and went out for sh**s and giggles on a friday night, just like I do with my buds.
Poor guy was crushed that this was all true. You just don't know who is standing behind the faces you see every day.

Like that billy joel song. It certainly has my attention, if ya know what I mean...

**50 of 53**



**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007

On Mar 9, 2008 at 11:47 PM, JackRubyBaby (JRBaby) said:

wataga...if you work there, then you must know that the total workforce has surpassed 5500 people, not 4000. Also, of the 5500, about 1000 are contracted employees. Do the calculation, it's less than 20%. If a layoff is ever needed, reduction in force (RIF) as it's called, who do you think gets let go first....that's right, the contractors. They don't have the job security that a gov't worker has. THAT'S the reason that they get paid more. Cut your losses now, and stop making yourself look like an idiot. As for DS2 forming a union, there isn't much that a bargaining unit can do when dealing with the

U.S. Gov't. Tobyhanna also has a union...did they get you a pay raise? No, you get a Congressional raise every January. Did they get you better medical benefits? No, you choose from a list of medical providers that Tobyhanna provides. You got a dress policy. Congratulations on being able to wear shorts to work everyday. Big win for the union. But then you've worked there for 5 years, you should know ALL of this already, right???

**Discussions**                    1 2 3 4 [5] 6                    **Keep Reading**

Pocono Record News Forum                                                          Page 1 of 3

| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**

Search _____ 🔍

All Message Boards >   Pocono Record News Forum  >  Reader Reactions  >                    Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### ARREST MADE IN DEANNA MARIE NULL BODY PARTS CASE

**Discussions**                    1  2  3  4  5  [6]                        **Keep Reading**

🗑                       Message 5573.51 was deleted                       🗑

---

52 of 53



**On Mar 12, 2008 at 06:55 AM, papixie said:**

Shrek1, you said:
"Why can't he hack up another drug user? Or did he donate money to congressman? did said spouse of congressman just forget to report it, oh different article, but good input."

**papixie**
My Comments
Member Since:
4/27/2007

I am in NO WAY trying to be disrespectful to the dead, but he DID hack up another drug user. Ms. Null was in fact, a drug user and criminal herself. HOWEVER, she was still a human being with hopes, dreams and feelings like everybody else, and drug user or not, she did not deserve to meet her maker in the manner that she did. Just because someone is a drug user does not mean they are less of a human, so I found your comment a little offensive.

---

53 of 53



**On Mar 13, 2008 at 05:34 AM, kushman said:**

Jack,You are right about what you said. These people think that they know everything about TYAD, but they don't have a clue what it is really like. maybe they should do a tour in Iraq! I can't wait to go back, it seems safer over there. By the way your pictures you sent in awhile back looks like the base I was once at.

**kushman**
My Comments
Member Since:
6/2/2007

---

**Discussions**                    1  2  3  4  5  [6]                        **Keep Reading**

WFMZ-TV Online                                                                    Page 1 of 1

730rx; POSI¦ION: absolupe; TOP: 0px; HEIGXT: p5px; TEXT-ALIEN: cqntdr6<
ëct ¦ MARIN-TOP: 54%:FLOAT: right; LINE-HEIGHT: 100% } .text { FLOAT: left } Š function apvDwd
(pid,ti¦le,pl,t) } &(!pl) {pl=";} öcr w = window.open("`ttp://video.ap.org/vws/search/aspx/ap.aspx?
f="+pid+"&g="+title"+&p="+pl+"&t="+t,"apvDwd","width=788,height=598,status=1,scrollbars=1,resizable=1"); }
8!m- end masthead fox -->
ADVERTISEMENT /DIV>

%
SCRIPT language=ZavaScript1.2 src="WFMZ-TV Online_files/DayPortWFMZPlayer.bs>

POSTED: 03-08-2008 05:27 PM ET  |  MODIFIED: 03-10-2008 01:20 PM ET
Man Charged with Killing, Dismembering Scranton Woman            

 69

Police say they've caught the man who murdered a Scranton woman and
scattered her body parts along two highways in two separate counties.
State Police have charged 33 year old Charles Hicks with murdering
Deanna Marie Null and dismembering her body. Hicks is currently at
Monroe County Correctional Facility where he's being held without
bail.
**WFMZ's Mike Lowe will have the latest on this story tonight on 69
News at 6:00.**

↓   **1/30/08 REPORT: Dismembered Woman's Death Ruled a Homicide |**

↓   **1/29/08 REPORT: Woman's Remains Found on Interstate Highways |**

↓   **2/8/08 Report: Who was Deanna Null? |**   Bags containing Null's remains were found scattered along interstates 380 and
80 in Monroe and Lackawanna Counties two months ago. Hicks has a court hearing scheduled for March 14th.

View article and or watch video clip at this address: **http://www.wfmz.com/view/?id=233885** | article printed: **2008-03-12**
Privacy Statement: wfmz.com/privacy.html | Terms of Service: wfmz.com/terms.html | Copyright Notice: wfmz.com/copyright.html

Due to the fact that some scripts seen here are finished shortly before airtime, there may be misspellings and grammatical errors. They may also contain phonetic spellings of names
and places. Some of the interviews and live segments may not be scripted.  COPYRIGHT NOTICE This information Is for!personal viewing only
and maù noT be retransmitted or used for a.y other0purpose. Associated Ðresc text, photo, graphic, audio ` and/or
video matgrial sháll not be published, broadcast, rewritden for  broadcast or publicatio. or redisdributed directly
or0indirectly in any ( medium. Neitèer these AP materials nor"any portion thesof may be stored in & a computer
except for personal and non-commerciah usen AP will not be hele liable for any delays, ijackuracies, errors or
omissions therefrom orií |he transmisqion or delmrery of all`or any part thereof or for$anù damages arising nrom
any0of the foregoing®

$ 4IMÇ height=61 sra="WFMZ-TV Mnline_files/spacgr.gif"   width=94 border=0>

HOME   NEWS   WEATHER   SPORTS   DATABANK   SKYCAM×   PROGRAMW &nbsq; EMAIL   MAP
©2008 Mara¬atha ` Broadcasting Company, Inc   Allentogn, PA USA ` $nbsp;&n*sp;&Ibrp;&n*sp;
~10&797.4530
http://ww.wfmz.coo/webmaster-comment-form.html        TERMS KF SERVICE‡BP>
< MG height=40  0 ( src="WFMZ-T Online_files/pwr-paetec.gif" width=370
( useMap=#FPMap31 border90>
We'd like to know more0about you:  Please ! (take ouz survey 0 $ 8P?

!

# *Man charged with killing dismembered woman found along highways*

The Associated Press State & Local Wire

March 8, 2008 Saturday 11:21 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 280 words

**Dateline:** STROUDSBURG Pa.

# Body

State police say a man has been charged with killing a woman whose dismembered remains were found dumped along highways in the Poconos more than a month ago.

Charles Ray Hicks, 33, was arrested in the homicide of 36-year-old Deanna Null, 26, police at the Swiftwater barracks said Saturday.

Police said the victim's severed head was found near his house, and they also found two severed human hands, wrapped in newspaper, hidden in his bathroom. Authorities have not said whether the hands belonged to the victim.

Investigators also found work boots in the trunk of his car with bloodstains, which Hicks said he could not explain, police said.

Hicks, a former Texas resident now living in Coolbaugh Township, was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse. He told reporters at his arraignment Saturday afternoon that authorities had the wrong man.

"These guys are telling me I did something I didn't do," he said.

Police said Hicks told investigators that he had smoked crack with and had sex with Null a few times but denied killing her and couldn't remember the last time he saw her. Police said he was the last person seen with Null.

Null, described as homeless, was supposed to be an alibi witness at a man's robbery trial, but did not testify and the man was convicted. Her remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Police said they found a hacksaw in Hicks' attic and new trash bags identical to those containing Null's body parts along the interstates.

Hicks was being held without bail in Monroe County Correctional Facility pending a March 14 court hearing. It was unclear whether he had an attorney.

**Load-Date:** March 9, 2008

## *No Headline In Original*

Global Broadcast Database - English Eyewitness News 11:04 PM CBS

March 8, 2008 Saturday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 337 words

# Body

STATION: 3 KYW_

Philadelphia

>>> RISING WATERS IN UPPER DUBLIN CAUGHT DRIVERS BY SURPRISE. CARS HAD A TOUGH TIME NAVIGATING THROUGH THE HIGH WATER ON VIRGINIA DRIVE NEAR THE TURNPIKE ENTRANCE RAMP. EMERGENCY CREWS HAD TO PULL THE VEHICLES TO SAFETY. >>> FLOODING CONCERNS FOR SEVERAL PEOPLE OUT OF THEIR HOMES TONIGHT 3 APARTMENT COMPLEXES IN PHILADELPHIA'S EAST OAK LANE NEIGHBORHOOD WERE EVACUAD WHEN WATER SEEPED THROUGH THE BASEMENT. RESIDENTS BLAME POOR DRAINAGE SYSTEMS. THE APARTMENTS ARE LOCATED NEAR THE TACONY CREEK. THE RED CROSS IS HOUSING SOME OF THOSE WHO WERE DISPLACED. >>> HERE'S VERY LATEST ON THE STORM POTENTIAL FOR FLOODING AS WE KNOW IT TONIGHT. SEVERE WEATHER FOR THE MOST PART IS OVER. BUT NOT BEFORE LEAVING BEHIND LOTS OF DAMAGE AS WE'VE BEEN SHOWING YOU. TREES ARE TOPPLED, HOMES ARE DAMAGED, ROADS ARE WASHED OUT. THE CONCERN CHANGING THOUGH TOMORROW WHEN THE DELAWARE RIVER IS EXPECTED TO CREST. EVACUATIONS ARE POSSIBLE BUT NONE ARE YET REPORTED. >>> REMEMBER EVEN WHEN WE'RE OFF THE AIR WE'RE ALWAYS ON AT CBS3.COM. LOG ON TO STAY UP TO DATE WITH THE LATEST FORECAST PLUS KEEP AN EYE ON WATCHES AND WARNINGS WHERE YOU LIVE. IT'S ALL ONLINE RIGHT NOW AT CBS3.COM. >>> OTHER NEWS TONIGHT. A CRASH ON THE SCHUYLKILL LEAVES SOME PEOPLE SERIOUSLY HURT. TRAFFIC HAD TO BE DIVERTED AROUND THE SCENE OF THE 6-CAR COLLISION EARLIER THIS EVENING NEAR THE BLUE ROUTE. THE ROAD WAS CLOSED IN BOTH DIRECTIONS AS PATIENCE PATIENT WS AIR LIVED FROM THE SCENE. NO WORD ON EXACTLY HOW MANY PEOPLE WERE HURT IN THAT COLLISION. >>> POCONOS AREA MAN IS CHARGED WITH MURDERING A WOMAN WHO'S REMAINS WERE FOUND SCATTERED ACROSS 2 INTER STATES. DEANNA NULL'S DISMEMBERED BODY WAS DISCOVERED ALONG I80 AND 380 IN JANUARY. 33 YEAR OLD CHARLES RAY HICKS IS CHARGED IN THE CRIME. INVESTIGATORS SAY THEY FOUND MORE BODY PARTS IN AND AROUND HIS HOME AND THEY SAY HE ADMITTED USING DRUGS AND HAVING SEX WITH NULL. >>> PHILADELPHIA POLICE ARE SEARCHING FOR 2 RAPE SUSPECTS, WANTING FOR AS SUBTLING A WOMAN IN SOMERTON. POLICE SAY THE SUSPECTS ATTACKED

**Load-Date:** March 13, 2008

3HANDS



3HANDS . Coolbaugh Township. Saturday, March 8, 2008.   CUTLINE:   Charles Ray Hicks of Coobaugh Township charged in the murder of Deanna Null. Nulls body was cut up and scattered on Rtes. 80 & 380 in the Poconos. CUTLINE: Hicks landlord at 131 Prospect Street, Coolbaugh Township, Amy Mercado, let, speaks about her tenant. In background are her son Adam Sewald and his friend, Samantha McLoughlin. (Pete Shaheen/TMC) *Ford story ORG XMIT: NGM_0JXFMHNR

**Published Caption:**
AMY MERCADO (left), who rented a home to Charles Ray Hicks, talks about Hicks while her son Adam Sewald and his friend Samantha McLoughlin look on.

| | | | |
|---|---|---|---|
| **Headline:** | | | |
| **Object:** 3HANDS | | **Credit:** TMC | |
| **Byline:** PETE SHAHEEN | | **Source:** STAFF PHOTO - DIGITAL | |
| **Byline Title:** STAFF PHOTOGRAPHER | | **Section:** National | |
| **Date Created:** 3/7/2008 | | **Edition:** SECOND | |
| **Date Input:** 3/9/2008  1:55:09 AM | | **Page:** A5 | |
| **City:** COOLBAUGH TOWNSHIP | | **Zone:** | |
| **State:** PA | | **Size:** 3639 X 2274 (uncropped) | |
| **Country:** USA | | **Merlin ID:** 4011709 | |
| **Keywords:** FEMALE, LANDLORD, HOUSING, CRIME, MURDER, INVESTIGATION 3/9/2008 | | | |
| **Subjects:** | | | |
| **Instructions:** | | | |
| **Object Type:** | | | |
| **Story Slug:** | | | |

*Published 3/9/2008*

## *AROUND THE GLOBE:*

The Star-Ledger (Newark, New Jersey)

March 9, 2008 Sunday, FINAL EDITION

Copyright 2008 Newark Morning Ledger Co. All Rights Reserved

**Section:** NEWS; Pg. 8

**Length:** 1450 words

# Body

Kosovo independence spurs collapse in Serbia BELGRADE, Serbia - Serbia's government collapsed yesterday over an impasse between the nationalist prime minister and the pro-Western president on how Kosovo's independence affects the Balkan country's pursuit of EU membership.

"The government, which does not have united policies, cannot function," Prime Minister Vojislav Kostunica said as he announced the fall of his Cabinet. "That's the end of the government."

Kostunica said he will convene a session of the caretaker government tomorrow, which will propose to President Boris Tadic to dissolve the Parliament and call new elections for May 11.

New elections could determine whether Serbia continues toward the EU and Western institutions or takes a more isolationist approach reminiscent of Yugoslavia in the 1990s under the late strongman Slobodan Milosevic.

Kosovo declared independence from Serbia on Feb. 17. The predominantly ethnic Albanian province had been under U.N. control since 1999, when NATO launched an air war to stop a Serb crackdown on ethnic Albanian separatists.

Man charged in death

of dismembered woman

STROUDSBURG, Pa. - Police say a man has been charged with killing a woman whose dismembered remains were found dumped along Pennsylvania highways in January.

Police say Charles Ray Hicks, 33, of the Tobyhanna area, was arrested in the death of 36-year-old Deanna Null. He told reporters at his arraignment yesterday that authorities had the wrong man.

Police say the victim's severed head was found near his house. Two severed human hands were found hidden in his bathroom, but police did not say whether they belonged to Null.

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks is charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse. He is being held without bail. It was unclear whether he had an attorney.

Released convict is

charged with 6 deaths

MEMPHIS, Tenn. - A convicted killer recently released from prison was charged yesterday in the deaths of six people, including his brother and two children, authorities said.

AROUND THE GLOBE:

Jessie L. Dotson, 33, was arrested on Friday - five days after the bodies were discovered in a small rental house in a rough, low-income neighborhood called Binghampton. Three other children were found critically wounded.

Dotson was charged with six counts of first-degree murder and three counts of attempted first-degree murder, police said. Among those killed was Dotson's brother, Cecil, 30, who was the father of all the children, ages 9, 7, 5, 4 and 2 months. Police have not said which children died.

Dotson is accused of shooting his brother during an argument and then killing the others to get rid of witnesses.

"He tried to kill everyone in the house. He thought everyone in the house was dead," said Lt. Joe Scott, a homicide detective.

The surviving children remain under police custody at a children's hospital and authorities refused to give the extent of their injuries. Also killed were Hollis Seals, 33, Shindri Roberson, 25, and Marissa Rene Williams, 26, the mother of four of Cecil Dotson's children.

Cecil Dotson and Seals each had extensive criminal records that include possession of illegal drugs and firearms. Cecil Dotson is identified in jail records as a known gang member.

Virginia targets adults

who tongue-kiss children

RICHMOND, Va. - State legislators passed a law yesterday that would require adults who French kiss a child younger than 13 to register as a sex offender.

Those convicted of tongue-kissing a child would be guilty of a misdemeanor, punishable by up to one year in jail and a $2,500 fine. The House of Delegates passed the legislation 96-1 and the Senate 39-0.

The bill now heads to Gov. Timothy M. Kaine, who said he supports the legislation.

Delegate Riley Ingram (R-Hopewell) introduced the bill on behalf of a woman whose 10-year-old daughter was French-kissed by the 62-year-old husband of her babysitter.

The only crime prosecutors could charge the man with was contributing to the delinquency of a minor, which did not require that he register as a sex offender.

Ingram and other members of the House fought to make the crime a felony, but in the final day of the 2008 General Assembly session gave in to senators who thought that classifying it as a felony was too harsh.

Delegate Phillip Hamilton (R-Newport News) cast the lone nay vote, refusing to back down from his belief that the crime should be a felony.

"I think that type of behavior is so egregious it warrants a felony," Hamilton said.

Ingram said he was satisfied that a conviction would land someone on the sex offender registry.

Spanish politician killed

2 days before election

MONDRAGON, Spain - Weeping and clutching flowers, thousands of people mourned a small-town politician killed by a suspected Basque separatist in an attack Friday that shocked Spain two days before a general election.

For many Spaniards, the timing of the violence was reminiscent of the March 2004 train bombings that killed 191 people in Madrid three days before elections.

AROUND THE GLOBE:

"Just like four years ago, our date with the polls is stained with blood through the vile action of terrorism," Spain's top-selling newspaper, El Pais, said in a front-page editorial.

But it was unclear how today's election would be affected by Isaias Carrasco's killing in the Basque town of Mondragon.

There could be a wave of sympathy benefiting Socialist Prime Minister Jose Luis Rodriguez Zapatero - or a backlash against him for negotiating in vain with the armed separatist group ETA.

Carrasco's death prompted Spain's political parties to call off their rallies on Friday, the last day of campaigning.

Thatcher is released

after night in hospital

LONDON - Former British Prime Minister Margaret Thatcher spent the night in a London hospital for medical checks and returned home yesterday.

Thatcher, her arm held by a hospital staff member, waved to photographers before ducking into a Jaguar car outside St. Thomas' Hospital in south London, where she had been taken after feeling faint. She waved again as she stepped into her London home a few minutes later.

The 82-year-old former Conservative leader had felt unwell during dinner with friends near the House of Lords in central London, according to her private secretary Mark Worthington and her daughter, Carol.

Carol Thatcher said her mother was hospitalized as a precaution.

"Very wisely, at her age and with a history of little strokes, they decided to err on the side of caution," she said. "But it's good news today. She is doing well."

Thatcher - Britain's first female prime minister - cut down on her workload in March 2002 after doctors said she suffered a series of strokes. Thatcher was prime minister from May 1979 until her resignation in November 1990.

Malaysia ruling party

suffers setback at polls

KUALA LUMPUR, Malaysia - Malaysia's ruling coalition yesterday suffered its biggest electoral upset ever, losing control of four state governments and more than one-third of parliament in a show of frustration over racial tensions, crime and corruption.

It was a humiliating outcome for the National Front coalition, which has governed Malaysia since independence from Britain in 1957, and raised questions about the political future of Prime Minister Abdullah Ahmad Badawi.

At the federal level, the coalition failed to win a two-thirds majority in the 222-seat Parliament for the first time since 1969. Instead it had to be satisfied with a simple majority, winning 139 of the 220 seats for which results had been announced by the Election Commission.

For the first time since 1969, the National Front lost control of the assembly in northern Penang, the only state where ethnic Chinese are a majority.

A key issue in the elections was disillusionment among ethnic Chinese and Indians, who have long complained of discrimination, particularly an affirmative action system that gives the Muslim Malays preference in jobs, business and education.

Mom who sprayed child

AROUND THE GLOBE:

at car wash is arrested

ORLANDO, Fla. - Authorities have arrested a mother who was videotaped spraying her young daughter with a high-pressure water hose at a Florida car wash.

Deputies arrested Niurka Ramirez in Orlando on Friday on a child abuse charge.

Ramirez says she was trying to discipline her 2-year-old daughter for throwing a temper tantrum.

She told authorities she did not use the high-pressure feature on the hose when spraying the child.

A nurse reported the girl had no visible injuries 11 days after the incident.

Ramirez was released from jail early yesterday on $1,000 bail. Jail records do not list an attorney.

Star-Ledger wire services

Photo Credit: FREDERIC J. BROWN/AGENCE FRANCE-PRESSE

## Graphic

Displaying get-up-and-go: National People's Congress hostesses, representing the Zhuang minority from China's southwest Guangxi province, run in Tiananmen Square in Beijing yesterday, which was International Women's Day.

**Load-Date:** March 9, 2008

End of Document

TX00020.SGM

# The Morning Call Merlin Archive

**Merlin ID:** 4011795
**Publication** 3/9/2008
**Page:** A1
**Edition:** SECOND
**Section:** National
**Type:** Local
**Length:** medium
**Dateline:**
**Day:** Sunday
**Column:**
**Series:**

**Caption:**
\*\*1. CHARLES RAY HICKS gave Deanna Null money and drugs for sex, state police say. He is charged with killing her.  \*\*2. THIS RENTED HOME of Charles Ray Hicks at 131 Propsect Street in Coolbaugh Township. \*\*3. Deanna Null...had run-ins with police \*\*4. AMY MERCADO (left), who rented a home to Charles Ray Hicks, talks about Hicks while her son Adam Sewald and his friend Samantha McLoughlin look on. \*\*5. STATE TROOPER Lou Rossi searches next to Interstate 80 in Pocono Township for more body parts on Jan. 31. It took investigators a week to identify the body of Deanna Null from dental records.

**Correction:**

**Memo:**

**Keywords:**

**Byline:**   By William J. Ford Of The Morning Call

**Headline:**   **Arrest made in highway body parts case \*\* Police: Hands found in home of Monroe man charged with homicide.**

More than a month after a woman's dismembered body was found in garbage bags along Interstates 380 and 80 in Monroe County, police charged a Coolbaugh Township man Saturday with killing her.

State police said they arrested Charles Ray Hicks, 33, after finding a pair of hands in his house.

Hicks, who has lived in the 100 block of Prospect Street since going to work for a contractor at Tobyhanna Army Depot on Jan. 2, is charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse in the slaying of Deanna Null, 36, according to court documents.

TX00020.SGM

**(Merlin ID 4011795 - Text continued)**

"They got the wrong man," Hicks, formerly of Texas, told reporters after his arraignment Saturday afternoon in Stroud Township. Hicks told police he occasionally gave Null money and drugs in exchange for sex, according to an affidavit filed in court. He told police he last saw her around Jan. 18.

Null, who had no permanent address and had been staying in Scranton, had a history of drug abuse, according to friends and court documents.

Null's body parts turned up in eight locations across 15 miles in Monroe and Lackawanna counties on Jan. 29. It took police a week to identify her, with the help of dental records.

Police would not say then if any parts of Null's body were missing.

Police said Saturday the hands found in Hicks' house appeared to be from a white woman. Police would not say if they have determined the hands belonged to Null, who was white.

According to the police affidavit:

When officers searched Hicks' rented house Saturday morning, they found the hands wrapped in the Feb. 4 edition of The Times-Tribune newspaper of Scranton. They were concealed in a plumbing enclosure connected to the bathroom, with one hand found on the north side of the enclosure and the other on the south side.

Each was wrapped in the newspaper and in socks that appeared to be coated with detergent.

On Thursday, police searched Hicks' car and found a blood-stained boot in the trunk.

Hicks, an electrical technician, was arraigned by District Judge Thomas Shiffer and is being held without bail in Monroe County Prison.

Police said Hicks has a pattern of violence starting in 2002. According to the affidavit, he was charged with three offenses in Texas: assault causing bodily injury in 2002, aggravated assault in 2003 and aggravated robbery in 2007.

Police said Hicks was also charged in Virginia in 2006 with assault and battery and possession of a controlled substance.

It is not clear if he was convicted of any of the charges.

Null also had a criminal record. In 2003, a state grand jury found she sold cocaine and crack cocaine to an undercover agent in 2001 and 2002 in Williamsport, where state police said she also had lived. The next year, she pleaded guilty to delivery of a controlled substance and conspiracy, according to Lycoming County Court records.

In 2004 she was sentenced to jail, and early the next year placed on work release. She had to pay a $1,340 fine, and paid the county intermittently from July 2005 through April 2007, court records show. But with no payments five months after that, the court on Sept. 21, 2007, issued a warrant for her arrest.

The court docket doesn't list other entries after that, indicating she was never jailed.

Lt. Robert R. Bartal of state police at Hazleton said Saturday that Hicks' arrest came after police received a phone tip about a car fitting the description of the one Null was last seen in: a blue Mercury Grand Marquis with a Texas license plate owned by Hicks, according to court documents.

Bartal said police are trying to find out more about the connection between Hicks and Null and a motive for the slaying.

Monroe County District Attorney David Christine applauded the 100 police involved in the case, including state police from New York.

"I lost a lot of sleep thinking about this," Christine said during a news conference in Shiffer's courtroom. "I knew it would be solved. I never thought it would be solved this quickly."

The continuing investigation includes more searching of Hicks' home, which he rented from Amy Mercado of Tobyhanna Township.

While standing next to the home Saturday, Mercado wiped tears from her eyes when told about Hicks being charged with Null's death.

"It is hard to put into words. It freaks you out," she said.

Mercado said Hicks signed a six-month lease Jan. 27 to rent her three-bedroom ranch house for $750 per month in a neighborhood lined with small homes near I-380.

Mercado said that before Hicks moved into her house, he lived in a hotel.

She described Hicks as "pleasant" and a "gentleman."

Armando Martinez of Pittston, Luzerne County, worked with Hicks at Tobyhanna Army Depot and spoke to him about an hour before police arrested Hicks at a hotel around 9 a.m.

"I really can't believe this. He was smiling all the time," Martinez said while holding Mercado's hand. "I am just completely flabbergasted."

william.ford@mcall.com

610-559-2142

Reporter Paul Muschick contributed to this story.



LOCAL-33-year-old Charles Ray Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse in the slaying of Deanna Null, 36, according to court documents. (Pete Shaheen/The Morning Call / March 8, 2008) ORG XMIT: NGM_0JXFHP6R

**Published Caption:**
CHARLES RAY HICKS gave Deanna Null money and drugs for sex, state police say. He is charged with killing her.

---

|  |  |
|---|---|
| **Headline:** | |
| **Object:** Hicks | **Credit:** TMC |
| **Byline:** PETE SHAHEEN | **Source:** STAFF PHOTO - DIGITAL |
| **Byline Title:** | **Section:** National |
| **Date Created:** 3/8/2008 | **Edition:** SECOND |
| **Date Input:** 3/9/2008  1:54:13 AM | **Page:** A1 |
| **City:** EASTON | **Zone:** |
| **State:** PA | **Size:** 2100 X 1405 (uncropped) |
| **Country:** USA | **Merlin ID:** 4011619 |
| **Keywords:** SUSPECT, CRIME, MURDER, ABUSE, CORPSE, AGGRAVATED ASS | 3/9/2008 |
| **Subjects:** | |
| **Instructions:** == | *Published 3/9/2008* |
| **Object Type:** | |
| **Story Slug:** | |

3BODY



3BODY - SWIFTWATER, FEBRUARY 4, 2008 - Dr. Dennis Asen, forensic odontologist, positively identified the victim disposed of in bags of body parts along Monroe County highways as Deanna Marie Null, 36, who resided in both Williamsport and Scranton areas.   (BETTY E. CAULER/TMC) /FOR MCDONALD STORY. ORG XMIT: NGM_0JVQFFXR

**Published Caption:**
Deanna Null … had run-ins with police

---

**Headline:**
    **Object:** 3BODY
    **Byline:** Contributed Photo
**Byline Title:** STAFF
**Date Created:** 2/4/2008
  **Date Input:** 2/5/2008  1:50:36 AM
      **City:** SWIFTWATER
    **State:** PA
  **Country:** USA
  **Keywords:** FEMALE, VICTIM, CRIME, MURDER
  **Subjects:**
**Instructions:**
**Object Type:**
  **Story Slug:**

   **Credit:** TMC
  **Source:** Handout
 **Section:** National
  **Edition:** SECOND
    **Page:** A4
    **Zone:**
    **Size:** 1158 X 1369 (uncropped)
 **Merlin ID:** 3979171
**Published:** 3/9/2008

Also published 2/5/2008
Page A1 Section: National
Edition: FIFTH



Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/SUNNY 15°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Did he cut her up? - poconorecord.com - The Pocono Record        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Did he cut her up?

*Tobyhanna man denies dismembering woman, dumping body parts along highways*

| NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS |

search PoconoRecord.com    [FIND IT!]

Photo 1 of 4 | Zoom Photo +



Charles Ray Hicks of Tobyhanna was arraigned Saturday in the death of Deanna Marie Null, whose body parts were found in plastic bags scattered along interstates 80 and 380.

ADAM RICHINS/Pocono Record

Text Size: A | A | A

- Print this Article
- Email this Article
- Sign up for text alerts
- Sign up for e-mail headlines
- Respond to this Article

**Share**

- del.icio.us
- reddit
- MY YAHOO!
- Digg This Story
- STUMBLEUPON
- Add to Google
- Seed Newsvine



his & hers

at&t

thepoconos.com

**What are you looking for?**

Select Category

Business Name:

Location:

[FIND IT!]

**Recently Reviewed by Your Neighbors**

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice family owned business, great people, great..." more
posted on 1/8/2008                ★★★★★

VIEW MORE Auto Dealers

By **SUSAN KOOMAR**
Pocono Record Writers
March 09, 2008

and DAVID KIDWELL

Deanna Marie Null was homeless, drifting between Williamsport and Scranton, with a rap sheet of drug crimes.

Charles Ray Hicks came from Texas to work at Tobyhanna Army Depot, but police say his baggage includes violent crime and addiction to cocaine and booze.

Their lives intersected in sex and drugs, then horrific violence as, police say, Hicks murdered Null, cut her up with a hacksaw and scattered her body parts in garbage bags along Interstates 80 and 380.

All but her hands, which police say they found in a plumbing compartment in the house rented by Hicks at 131 Prospect St. in Tobyhanna.

State police arrested Hicks on Saturday — just five weeks after PennDOT workers discovered the first of Null's remains in Coolbaugh Township on Jan. 29. The crime seemed as unsolvable as it was tragic. The victim didn't even have a name.

But old-fashioned police work, combined with widespread media coverage and hundreds of tips from the public, led investigators to the victim's identity, then her last known whereabouts, and descriptions of a man she was seen with and his car.

Hicks, 33, was quiet but spoke plainly as reporters swarmed him before his arraignment by District Judge Thomas Shiffer in Stroud Township around 1:30 p.m. Saturday.

"These guys are telling me I did something I didn't do," he said. "They got the wrong guy."

But police say they have plenty of evidence against Hicks, including a blood-stained work boot in the trunk of his car, a saw in a bag in a closet of his house and garbage bags in the attic — bags the same as those found containing Null's remains.

"We came up with items that we felt linked Mr. Hicks to the homicide," said Lt. Robert Bartal. "As far as good hard police work, this is as good as you are going to see."

Hicks picked up Null in Scranton, police said.

Hicks admitted having sex and smoking crack with Null. He told investigators he paid her with drugs and money for sex, according to the police criminal complaint. But he claimed he hadn't seen her in weeks and denied she ever visited his house in Tobyhanna.

Investigators say Hicks spoke three incriminating words when asked if there would be any evidence of Null's presence found in his house or the trunk of his car: "There shouldn't be."

Hicks came to work as an electronics technician at Tobyhanna Army Depot in January. Now he is jailed without bail in Monroe County Correctional Facility, charged with criminal homicide, aggravated assault,

## RELATED STORIES

Friends of Hicks stunned by arrest, murder charges

A Friend Arrested For Murder: Body Parts Case ▶ **VIDEO**

Arraignment of Charles Hicks ▶ **VIDEO**

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## RELATED PHOTO GALLERIES



More

## MULTIMEDIA

Hicks affidavit (PDF File)

## WHAT WAS IN THE BLACK PLASTIC BAGS

Police were silent early in the investigation about what exactly was found in black garbage bags with blue string ties on Jan. 29. The details are included in the criminal complaint against Charles Ray Hicks.

Did he cut her up? - poconorecord.com - The Pocono Record        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

tampering with evidence and abuse of a corpse.

"As horrible as this crime was I knew it would be solved. I didn't think it would be solved so quickly," said David Christine, Monroe County's district attorney.

Christine praised police for their "tireless, painstaking" work. In some places, police would give up on such a challenging, bizarre case and attribute it to out-of-towners, Christine said.

"The state police of Pennsylvania don't treat crime that way. Monroe County's not the boondocks and the Pennsylvania State Police are diligent in trying to solve crimes," he said.

Bartal estimated that 100 people worked on the case, along with cadaver dogs from New York and Harrisburg, and municipal police departments in Scranton and Williamsport.

After the suspect's arraignment, state police forensics experts were still seeking evidence in the house Hicks rented. Bartal said the search could continue into today and that the investigation will go beyond that.

Police interviewed people in Scranton who knew Null and they described a man she was seen with and the car they traveled in. Police publicized a description of the car. On Tuesday, Kimberly Lombardo, who lives near Hicks, told police that her neighbor's car matched the description. Another lead also pointed police to Hicks, said Bartal.

On Thursday, police searched Hicks' car, a Mercury Grand Marquis, and found work boots in the trunk. One boot had red stains that turned out to be blood. Hicks confirmed the boots were his, but said, "I can't explain that" when asked about the blood.

On Friday night, state police began their intensive search of Hicks' house.

Hicks was in trouble before he came to the Poconos. In Texas, he was charged with assault in 2002, sexual assault in 2003 and robbery in 2006. In 2006, police in Virginia charged him with assault and drug possession.

State police here said Hicks had stopped taking several prescription medications for psychological problems.

State police who played key roles in the Null investigation include Sgt. Gregg Mrochko and Troopers Robert Sebastianelli and Craig VanLouvender.

### HOW POLICE SOLVED A GRUESOME MYSTERY

Jan. 29: PennDOT workers discover body parts in bags in the median of Interstate 380 in Coolbaugh Township. State police investigate and find eight bags of remains. The only parts of the victim's body not found were the hands.

Jan. 30: Autopsy conducted. Results show victim suffered multiple violent traumas including a cut on the back of her head and broken ribs; she had been dead four or five days. Police release description of victim.

Jan. 31: Deanna Marie Null's mother, Deanna Bryan, contacts police believing the victim may be her missing daughter. Police obtain Null's dental records.

Feb. 1: Forensic dentist Dr. Dennis Asen of Allentown identifies victim as Deanna Marie Null, 37, of Williamsport and Scranton.

Feb. 3: Police interview three men in Scranton who knew Null. Dennis "Irish" Ingel, a homeless man, describes a black man he saw with Null and the car he saw them get into. He says she told him she had been to Tobyhanna for the weekend.

March 5: Police continue interviews, acting on tips and leads. They show photos of Charles Ray Hicks and his Mercury Grand Marquis to James Frances Pidgeon in Scranton. Pidgeon identifies the car he saw Null in on Jan. 18 with a man who was probably Hicks. Pidgeon says the man asked if he wanted to have a good time with the girls in the car.

March 6-7: State troopers interview Hicks at the Swiftwater barracks. Hicks says he picked up Null twice, they had sex and smoked crack. Hicks says Null had sex in exchange for drugs and money. Hicks says Null was never in his house in Tobyhanna. When police ask if there would be any evidence of Null in the trunk of his car or his house, Hicks says, "There shouldn't be." Police get a search warrant and find a blood-stained boot in the trunk of Hicks' car.

March 7-8: Police search the house at 131 Prospect St., Tobyhanna, rented by Hicks since Jan. 27. They find a hand/hacksaw in a bag in a closet and, in the attic, garbage bags like the ones that contained Null's remains. They find two human hands stuffed in pipes in a plumbing compartment by the bathroom. The hands are coated with what appears to be cleaning detergent and wrapped in socks and a Feb. 4 copy of the Scranton Times Tribune newspaper.

March 8: Police arrest Hicks at about 9 a.m. at a hotel where he went to spend the night. He is arraigned on charges, including criminal homicide, and taken to Monroe County Correctional Facility.

HOME

**Interstate 380**
Coolbaugh Township

1. Northbound, mile marker 4.1, in the median: left and right foot with a calf

2. Northbound, mile marker 5.2, in the median: an arm

3. Northbound, mile marker 5.6: in the median: a leg with a knee

Jackson Township

4. Northbound mile marker 0.4 in the median: intestines and upper part of torso

Clifton Township, Lackawanna County

5. Northbound mile marker 14.5 in the median: lower half of a torso, including buttocks

Coolbaugh Township

6. Southbound mile marker 7.5 off the right side of the entrance ramp: woman's head; about 375 feet south was another bag, which had been torn open

Interstate 80
Stroudsburg

7. Westbound at mile marker 306.6 off the right side: an arm

Pocono Township

8. Eastbound at mile marker 294.8 in the median: a leg

**TOP JOBS**
**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PA - C/CRNP for busy**
EAST STROUDSBURG, Pennsylvania Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**


$10,900
2008 Suzuki Forenza
Mick Motors


$35,988
2007 Chevrolet Corvette
Brown Daub Chrysler Jeep


2006 Buick Lucerne
Brown Daub Buick Pontiac Chevrolet


$13,254
2007 Kia Sportage
Brown Daub Chevrolet-Volvo

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPMI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| cw WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



12/8/2008 1:08 PM

Did he cut her up? - poconorecord.com - The Pocono Record          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Be the first to know - Sign up for text alerts       Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 16, 2008 at 4:26 PM , amylnitrate said:

Dear Cali007Not being one to articulate myself perfectly all the time, I know how someone can respond in a manner quite different than what would be expected as a normal response. But I did not hear about these other statements. I will always give everyone the benefit of the doubt until all the ...   Full Message

amylnitrate
Member since: 03/15/2008

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

**1 Rule of a Flat Stomach:**
Cut down 42 lbs of stomach fat in – 1 month by obeying this 1 rule
MonicasDietBlog.com

**1 rule to a flat stomach:**
I cut down 33 pounds of stomach fat every 3 weeks by obeying this rule!
carasdietblog.com

**Free Background Checks**
100% Free Background Checks. Instant Database Access.
www.Web-Detective.com

**Ladies, Check Him Out**
Never accept a date without running a free background check
Check-Him-Out.com

Ads by Google

Print this Article       Email this Article

**Share**

delicio.us          Digg This Story

reddit             STUMBLEUPON

MY YAHOO!          Add to Google

Seed Newsvine

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1



The house of Charles Hicks at 131 Prospect St. in Tobyhanna.

ADAM RICHINS/Pocono Record

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

3 of 4 ◄ ►



Charles Hicks, of Tobyhanna, is led by state troopers to a police vehicle after being arraigned Saturday by District Judge Thomas Shiffer in Stroud Township.

*ADAM RICHINS/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

4 of 4   ◄ ►



Deanna Marie Null, murder victim whose body parts were scattered along interstates 80 and 380.

Email A Friend | Submit Your Own Photo

| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| |
|---|---|

# POCONO RECORD
News & Information from Northeast Pennsylvania

**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU**

**Welcome  Guest**

Search ⬜ 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >

Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**          [1]  2  3  ...  15  16  17          **Keep Reading**

---

**1 of 170**



**On Mar 9, 2008 at 01:23 AM, kushman said:**

Iam glad they caught this ####. I can't beiplieve he was so stupid. I knew that he had to be a crackhead. I can't believe that he worked at TYAD. I can't believe that he was right there the whole time. Thank God for the lady calling this one in. Now this woman can rest in peace.

**kushman**
My Comments
Member Since:
6/2/2007

---

**2 of 170**



**On Mar 9, 2008 at 01:32 AM, gonzoso said:**

How does a guy with three felonies get a job at the Tobyhanna Army Depot? A multiple felony crackhead murderer electronics technician.

**gonzoso**
My Comments
Member Since:
12/8/2007

---

**3 of 170**



**On Mar 9, 2008 at 01:43 AM, MyOpinion18330 said:**

Gonzoso: I thought the same thing but during one of the tv broadcasts (I forget which station) they said he didn't work directly with the TA Depot. He was hired by a private contractor and outsourced to the depot. It was the private contractors job to do the background/criminal checks.

**MyOpinion18330**
My Comments
Member Since:
7/3/2007



**4 of 170**

**On Mar 9, 2008 at 03:04 AM, fraudstoper said:**

FROM READING THIS ENTIRE ARTICLE THIS GUY IS A MANIAC AND
NEEDS TO BE EXECUTED FORGET ABOUT JAIL TIME JUST HANG
THE SICK ***SOB***

**fraudstoper**
My Comments
Member Since:
3/7/2008



**5 of 170**

**On Mar 9, 2008 at 03:48 AM, JackRubyBaby (JRBaby) said:**

If you haven't done so already, read the affadvit (link under picture). This
gives a chronological order of events during this investigation. Great police
work! You can run, but you can't hide.

**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007



**6 of 170**

**On Mar 9, 2008 at 06:01 AM, wawa55 said:**

I agree fraudstoper- I have had nightmares! I thought I was going nuts after
seeing what looked like a leg it is just so horrible. Thank God the police got
him now we can all rest in peace.

**wawa55**
My Comments
Member Since:
1/31/2007



**7 of 170**

**On Mar 9, 2008 at 06:27 AM, jeffwoehrle said:**

Kudos to the police for this investigation. Damn good job.

It's a shame that being stupid isn't a crime. Perhaps this chap could have
been taken off the streets sooner.

**jeffwoehrle**
My Comments
Member Since:
12/23/2006

**8 of 170**

**On Mar 9, 2008 at 06:47 AM, patricia said:**

Pocono Record News Forum                                    Page 3 of 5



Pat [Effort] Again GOD bless the soul of that poor girl, no matter what her life style no one deserves to die and be disposed of that way. As far as Hicks

**patricia**
My Comments
Member Since:
12/31/2006

---

**9 of 170**



On Mar 9, 2008 at 07:13 AM, scooter721 said:

Sure does make me feel better knowing they caught him.

**scooter721**
My Comments
Member Since:
1/31/2007

---

**10 of 170**

On Mar 9, 2008 at 07:54 AM, CallMeRonnie said:

It's called third-party and temp agencies. Ever since regular businesses got too lazy and pompous to do their own hiring, we've had lots of this type of thing. Employers don't have to be loyal to their workers or pay them benefits or provide job security. The jerks deserve what they get.

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

---



**Discussions**          [1]  2  3  ...  15  16  17          **Keep Reading**

Pocono Record News Forum                                                    Page 1 of 5



Tuesday, December 09, 2008                                     HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                                   Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**                   1 [2] 3 4 ... 15 16 17        **Keep Reading**

---

**11 of 170**



**On Mar 9, 2008 at 08:00 AM, t36namp said:**

finger prints hell, they find her hands in his house and he says they got the wrong guy? smoke em!

**t36namp**
My Comments
Member Since:
1/30/2008

---

**12 of 170**

**On Mar 9, 2008 at 08:07 AM, pokeanose said:**

Lets give the police a hand! No pun intended!

**pokeanose**
My Comments
Member Since:
11/14/2007

---

**13 of 170**



**On Mar 9, 2008 at 08:11 AM, jeffwoehrle said:**

Very nice, pokeanose!

Two thumbs up!

**jeffwoehrle**
My Comments

Oops...

Pocono Record News Forum                                              Page 2 of 5

Member Since:
12/23/2006



**On Mar 9, 2008 at 08:34 AM, Moncks said:**

I cannot believe this guy worked at the depot.Someone should be in deep trouble for this hiring.I worked at the depot for an outside contractor and it took two weeks for a police check.They even found out I had a speeding ticket(only one I ever got in my life) for 65 mph on 81 in 1963.They did everything but fingerprints.

**Moncks**
My Comments
Member Since:
4/2/2007



**On Mar 9, 2008 at 08:49 AM, hscott said:**

Awwww, he looks so sad. Book 'en Danno.

**hscott**
My Comments
Member Since:
8/12/2007



**On Mar 9, 2008 at 09:18 AM, tucker said:**

He'll probably plead insanity. I believe he is. Normal people don't hide body parts in their bathroom. This guy is a loose cannon. He'll probably end up in a rubber room somewhere. At least he's off the streets. Hats off to all the people involved in nabbing him.

**tucker**
My Comments
Member Since:
1/9/2007

**On Mar 9, 2008 at 09:26 AM, Katkat said:**

May God rest Deanna Marie Null's soul. May Charles Ray Hicks Rot in Hell and Kudo's to all who were involved in his capture.

**Katkat**
My Comments
Member Since:
2/2/2008

On Mar 9, 2008 at 09:29 AM, namwen (newman) said:

Pocono Record News Forum                                        Page 3 of 5



remember inocent until provin guilty.cant hang the guy until then.

**namwen
(newman)**
My Comments
Member Since:
1/31/2008

🗑                    **Message 5577.19 was deleted**                    🗑

20 of 170



On Mar 9, 2008 at 09:49 AM, PA_native said:

I am just amazed at how good are PSP are...

I big thanks to them, again!!!

Hopefully after the trial, the woman's family can at least get some closure to
this horrible tragedy.

**PA_native**
My Comments
Member Since:
9/11/2007

**Discussions**            1  2  3  4  ...  15  16  17            **Keep Reading**

Pocono Record News Forum                                    Page 1 of 5



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**              1  2  [3]  4  5  ...  15  16  17          **Keep Reading**

---

21 of 170

**On Mar 9, 2008 at 10:06 AM, anotheruser said:**

Nice work ladies and gentlemen of PSP. Tireless work much appreaciated

**anotheruser**
My Comments
Member Since:
8/15/2007

🗑          Message 5577.22 was deleted          🗑

---

23 of 170

**On Mar 9, 2008 at 10:11 AM, 45acp said:**

Glad they got em. An i thought for sure he was from out of town.

**45acp**
My Comments
Member Since:
2/15/2008

---

24 of 170

**On Mar 9, 2008 at 10:27 AM, Roadking said:**

Sebastianelli has an "S" on his chest, VanLouvender wears a cape, as far as I'm concerned.

Pocono Record News Forum                                                      Page 2 of 5

**Roadking**
My Comments
Member Since:
2/22/2007

Great team effort, coppers. Well done. How about a round of applause for these guys!

ouch.

---



**25 of 170**

On Mar 9, 2008 at 10:46 AM, namwen (newman) said:

hahahaha.thats wat im talking about

**namwen
(newman)**
My Comments
Member Since:
1/31/2008

---

Message 5577.26 was deleted

---



**27 of 170**

On Mar 9, 2008 at 11:38 AM, Gonesouth said:

if he kept the hands (souveneir) he may be a serial killer. Also, how did he get to work at the army depot with a criminal background?

**Gonesouth**
My Comments
Member Since:
1/30/2007

---



**28 of 170**

On Mar 9, 2008 at 12:03 PM, LTLM said:

guess someone didn't like my post

censorship

**LTLM**
My Comments
Member Since:
7/24/2007

---

**29 of 170**

On Mar 9, 2008 at 12:05 PM, mfred said:

Hicks was not a from around here. He just moved into the area in January.

Pocono Record News Forum                                    Page 3 of 5



**mfred**
My Comments
Member Since:
5/28/2007

---

                                        **30 of 170**

**On Mar 9, 2008 at 12:08 PM, foxgap said:**

FECES!!! Dont you just love this area???

**foxgap**
My Comments
Member Since:
3/12/2007

---

**Discussions**          1  2  [3]  4  5  ...  15  16  17          **Keep Reading**

Pocono Record News Forum                                    Page 1 of 5

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**                1  2  3  [4]  5  6  ...  15  16  17          **Keep Reading**

                                                                                    31 of 170



**gladys**
**My Comments**
**Member Since:**
2/6/2007

On Mar 9, 2008 at 12:42 PM, gladys said:

The cops sure did a great job. Thank you to all who worked this case.

Now, maybe the police academies should hire some new instructors. How about some from the York S.P. barracks. Also, a seminar for all D.A.s in the state, hosted by York County District Attorney Stan Rebert.

Report: Suspect shot 12 times died of self-inflicted wound

YORK, Pa. (AP) -- A state police investigation has concluded that a man shot a dozen times by police died of a self-inflicted wound.

The report says Antonio Luis "Puto" Sotomayor shot himself in the head during a January 2007 confrontation with police. Sotomayor ran from police as they tried to take him into custody for selling cocaine to a confidential informant.

Sotomayor narrowly missed shooting Trooper Christopher Keppel, and the other officers saved his life by shooting the suspect, the police report said. Sotomayor was hit 12 times, including in the buttocks, leg, shoulder, chest and hands.

York County District Attorney Stan Rebert says he considers the case closed. He says the only thing unclear is whether Sotomayor shot himself intentionally or accidentally.

But family members have blamed police for Sotomayor's death and criticized Rebert for clearing the officers.

**32 of 170**



**schmear**
My Comments
Member Since:
1/5/2008

On Mar 9, 2008 at 12:52 PM, schmear said:

thats really weird,shot 12 times but died if self inflicted wound?

---

**33 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 12:54 PM, gladys said:

Works for me. Take out the trash.

---

**34 of 170**



**lspirit**
My Comments
Member Since:
1/24/2007

On Mar 9, 2008 at 01:00 PM, lspirit said:

12 times ... and probably not one hit him. Go back to the range!!!

---

**35 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 01:03 PM, gladys said:

No, the article says he was hit 12 times.

---

**36 of 170**

On Mar 9, 2008 at 01:10 PM, lspirit said:

so basically even 12 times was not enough..it didn't hit where he can be
brought down and cuffed. Have you been following the Sean Bell story in
NY? Aim to bring down the person, why all the bullets..and a stray can kill



an innocent victim.

**lspirit**
My Comments
Member Since:
1/24/2007

Messages 5577.37 through 5577.39 were deleted

**40 of 170**

On Mar 9, 2008 at 01:36 PM, gladys said:

Wow jack,
took you 3 tries to say that? It's only going to be deleted anyway.
By the way, your name, uh, now that's stupid.
You sound like you do that alone just fine.

**gladys**
My Comments
Member Since:
2/6/2007

Discussions                1  2  3  [4]  5  6  ...  15  16  17          Keep Reading

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**41 of 170**

**Markvg (MVG)**
**My Comments**
**Member Since:**
6/5/2007

**On Mar 9, 2008 at 01:37 PM, Markvg (MVG) said:**

Buh bye Jack!

**42 of 170**

**gladys**
**My Comments**
**Member Since:**
2/6/2007

**On Mar 9, 2008 at 01:39 PM, gladys said:**

LOL! Buh bye!

:-P

**43 of 170**

**elle (ellegil)**
**My Comments**
**Member Since:**
8/29/2007

**On Mar 9, 2008 at 01:42 PM, elle (ellegil) said:**

Thank you for playing Jack@$$...

**44 of 170**





**LTLM**
My Comments
Member Since:
7/24/2007

On Mar 9, 2008 at 01:45 PM, LTLM said:

anyone else wondering how many other women this guy has killed? considering how he kept her hands with him(either as a reminder or to prevent her i.d.)and how he chopped her up and scattered her remains i'm willing to bet this isn't this guys first victim.i'd start following his travels the past few years and i'll bet you find more similar murders along the way.

---



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 01:48 PM, Markvg (MVG) said:

Does Jack receive any parting gifts?

---



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 01:50 PM, Markvg (MVG) said:

Good points LTLM. He's been in trouble in multiple states and I bet they have, or will be looking into that.

---



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 01:51 PM, gladys said:

Good point. I would think he kept them for souvenirs. He could have (sorry) burnt them or otherwise gotten rid of fingerprints. With all the people who knew him saying how great he was, he must have been conditioned to have no outward signs of nervousness or just has no conscience at all. Real scary stuff. Hope he doesn't get off with insanity. He needs a hot shot.

---



**BrooklynDaughter**
My Comments

On Mar 9, 2008 at 01:52 PM, BrooklynDaughter said:

Jack, you are an idiot. That is absolutely uncalled for. I hope the editors block you for good since you have nothing worthwhile to contribute to the conversation.

Member Since:
3/1/2008



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 01:53 PM, Markvg (MVG) said:

"...he must have been conditioned to have no outward signs of nervousness or just has no conscience at all. Real scary stuff..."

Also a good point on this sicko and what he could possibly have done in the past.



**LTLM**
My Comments
Member Since:
7/24/2007

On Mar 9, 2008 at 01:56 PM, LTLM said:

that's true about his behavior towards other people.how many people have already given the old"he was such a nice guy"line already?it wouldn't suprise me at all if they tie him to more murders.

**Discussions**          1  2  3  4  [5]  6  7  ...  15  16  17          **Keep Reading**

Pocono Record News Forum                                          Page 1 of 5

| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

**NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU**

**Welcome  Guest**                                    Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**          1  2  3  4  5  [6]  7  8  ...  15  16  17          **Keep Reading**

---

**51 of 170**



**sniggles**
My Comments
Member Since:
1/29/2008

**On Mar 9, 2008 at 01:56 PM, sniggles said:**

That's what me and my husband were talking ABOUT. My hubby has 24 yrs. in hvac/truck refrig an honest and hard worker. And he put in a resume', heard N O T H I N G. I told him maybe he should go out and commit some crimes and get a rap sheet, then maybe they and other places would hire him.
Guess his skin is the wrong color and he speaks english.

---

**52 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

**On Mar 9, 2008 at 01:57 PM, gladys said:**

Now Jack,
Have someone tie your shoes and put your helmet back on and go outside for a little walk.

Your parting gifts are a box of kleenex and a bottle of hand sanitizer. Use them wisely.

---

**53 of 170**



**Markvg (MVG)**
My Comments
Member Since:

**On Mar 9, 2008 at 02:02 PM, Markvg (MVG) said:**

LOL Gladys!

Editor1 and friends must be sleeping in today or are still running around changing their clocks.

Pocono Record News Forum                                         Page 2 of 5

6/5/2007

**54 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 02:09 PM, gladys said:

And welcome to ABUSE. Today we are abusing JACK!

**55 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 02:21 PM, Markvg (MVG) said:

Maybe Jack needs his own thread... the "Abuse Jack" thread. Naaa...
hopefully he is gone.

**56 of 170**



**Rebeccadoglover**
My Comments
Member Since:
1/27/2007

On Mar 9, 2008 at 02:38 PM, Rebeccadoglover said:

"he must have been conditioned to have no outward signs of nervousness
or just has no conscience at all."

Or worse, he is a true sociopath and really does not have a conscience at
all, or experience any emotion when it comes to other human beings. Unlike
many other mental disorders, there is no cure or effective treatment for
sociopathy. That might not be what is wrong with this guy, but regardless of
what made him do it, he should never be free another day in his life again.

**57 of 170**



**gringo**
My Comments
Member Since:
2/24/2007

On Mar 9, 2008 at 02:38 PM, gringo said:

Normally the editor informs us when he takes out the trash.

**58 of 170**

On Mar 9, 2008 at 02:45 PM, Markvg (MVG) said:

Pocono Record News Forum                                    Page 3 of 5



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

Yea Gringo, that is true.

The "trash" is still there but we'll cut the editors some slack... hopefully they are out enjoying a nice sunny day.

---

**59 of 170**



**LTLM**
My Comments
Member Since:
7/24/2007

On Mar 9, 2008 at 02:46 PM, LTLM said:

it may be sunny but it's still freezing out

---

**60 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 02:47 PM, Markvg (MVG) said:

"...he should never be free another day in his life again."

Absolutely Rebecca. It will be interesting to see how this plays out.

---

**Discussions**          1 2 3 4 5 [6] 7 8 ... 15 16 17          **Keep Reading**

Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum   >   Reader Reactions  >              Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

---

### DID HE CUT HER UP?

**Discussions**          1  2  3  ...  5  6  [7]  8  9  ...  15  16  17          **Keep Reading**

---

**61 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 02:49 PM, gladys said:

'Or worse, he is a true sociopath and really does not have a conscience at all, or experience any emotion when it comes to other human beings.'

This sounds like it. The police searched his home Friday night and he talked to his good friend Sat. morning and never mentioned it. Empty soul. No soul.

---

**62 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 02:49 PM, Markvg (MVG) said:

"it may be sunny but it's still freezing out "

Boo hoo hoo! LOL

I am just happy to see a bright sunny day after yesterday! :)

---

**63 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 02:53 PM, Markvg (MVG) said:

"...The police searched his home Friday night and he talked to his good friend Sat. morning and never mentioned it. Empty soul. No soul."

Right! That is really screwed up! The "friend" even went over to the house to get him and I guess ran into the police tape. The friggin' idiot was at a motel when they arrested him.

---

**64 of 170**



**On Mar 9, 2008 at 02:57 PM, LTLM said:**

it will be snowing again soon enough.the endless winter continues.

**LTLM**
My Comments
Member Since:
7/24/2007

**65 of 170**



**On Mar 9, 2008 at 03:00 PM, Markvg (MVG) said:**

"it will be snowing again soon enough.the endless winter continues. "

LOL

This is for Gladys....

   Attachments

   Name:  debbie_downerx1x.jpg   Size:  7 K

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

**66 of 170**



**On Mar 9, 2008 at 03:01 PM, gladys said:**

'The friggin' idiot was at a motel when they arrested him.'

Wonder why he was a motel. No law against it, just odd. Was he getting ready to run or did he pick up a new potential victim?

**gladys**
My Comments
Member Since:
2/6/2007

**67 of 170**



**On Mar 9, 2008 at 03:02 PM, gladys said:**

Thanks Mark :) It never gets old!

**gladys**
My Comments
Member Since:

2/6/2007



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 03:07 PM, Markvg (MVG) said:

"Wonder why he was a motel"

I would think it was because they were tearing the house apart. They couldn't just throw him in jail although they probably should have just shot him and get it over with.

I feel bad for the people that own the house but they could have done checks on him before renting to him. I don't want to knock the owners though.



**gringo**
My Comments
Member Since:
2/24/2007

On Mar 9, 2008 at 03:07 PM, gringo said:

"I am just happy to see a bright sunny day after yesterday! :)"

At least now Im an expert. I know all the puddles and low spots on Neola Rd.
I`m selling maps to anyone interested. (need to pay for gas).



**GM1258**
My Comments
Member Since:
9/1/2007

On Mar 9, 2008 at 03:10 PM, GM1258 said:

INTO THE QUICKSAND!!!
Save the taxpayers the expense of housing & trying this scum.
I know a couple of deep treecherous pete bogs near Gouldsboro
that would swallow a horse without leaving a trace.
Take him out there and march him in.
I think it would be rather amusing to watch this punk
struggle, flail about, beg for mercy, etc.
Then watch as his mouth fills up with the deadly ooz
to the fate of a slow agonizing end.
No funeral, no requiem, not even a stone to mark
his place in eternity.
Just the bottom of a slimy, gooey, and dreadfull bog.
HELP ME, PLEEEEZE!!!
HAALP MEEEB!!!
HULB MUB, PLUBB!
(glub, glub, *cough/gasp,
and glub once more)...

1  2  3  ...  5  6  [7]  8  9  ...  15  16  17

Pocono Record News Forum                                                          Page 1 of 6



Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU

**Welcome  Guest**                                    Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions >              Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## DID HE CUT HER UP?

**Discussions**          1  2  3  ...  6  7  [8]  9  10  ...  15  16  17          **Keep Reading**

---

71 of 170

On Mar 9, 2008 at 03:11 PM, LTLM said:

everyone knows we only have 2 seasons up here.july and winter.

**LTLM**
My Comments
Member Since:
7/24/2007

---

72 of 170



On Mar 9, 2008 at 03:17 PM, Markvg (MVG) said:

Good job GM1258! I'll bring my camera.

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

---

73 of 170

On Mar 9, 2008 at 03:19 PM, Markvg (MVG) said:

"everyone knows we only have 2 seasons up here.july and winter."

I hate it how July ruins it all! :)

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

Pocono Record News Forum                                          Page 2 of 6



**gladys**
My Comments
Member Since:
2/6/2007

**On Mar 9, 2008 at 03:21 PM, gladys said:**

GM1258,

That is a good idea. Nothing like saving the taxpayers money.

p.s. please warn me if I ever start to make you mad :)

*Edited 3/9/08   by  gladys*

**GM1258**
My Comments
Member Since:
9/1/2007

**On Mar 9, 2008 at 03:51 PM, GM1258 said:**

Indeed.
I saw a huge buck get swallowed up in that bog late last year.
There are two of them actually.
A few miles n.e. of Gouldsboro State Park in some low lying swamp land.
One is about a half acre in size while the other not even half that big.
They're about 100 yards apart from each other.
No discerning features are visible other than some reeds and tall grass.
One moment you're walking on solid ground the next you're up to your
waist in this gooey ugly mess.
Until recently there were some warning signs and a rope fence.

Only one of the signs remain and the fence has been trampled
by unwary animals that were sucked into the mire.
If a man falls in he would be doomed without help.
You just immediately sink in up to your waist and then slooowly sink
down in until you disappear from view.
A few unfortunate hikers/hunters have fallen victim to this spot
over the years.
Officials are going to put up barriers this spring.
But it's the perfect place to get rid of something - or someone -
without leaving any trace.
And the above mentioned scum would fit the bill just fine...



**Markvg (MVG)**
My Comments

**On Mar 9, 2008 at 04:10 PM, Markvg (MVG) said:**

"...it's the perfect place to get rid of something - or someone -
without leaving any trace..."

Whoo boy! Sounds like a great spot for the miscreants to be marched to!

**Member Since:**
6/5/2007

I'm just wondering when all the bog creatures will be arising from the mire to wreak havoc... a new movie that Paul Sorvino can make!

GM1258... copyright this now!

Seriously... very interesting GM1258.

---

**77 of 170**



On Mar 9, 2008 at 04:42 PM, editor1 said:

Sorry for the delay, folks. Yes, Jack is history.

wjw

**editor1**
My Comments
Member Since:
12/19/2006

---

**78 of 170**



On Mar 9, 2008 at 04:44 PM, elle (ellegil) said:

Theeeeiiirrrr Baaackk...

*Edited 3/9/08   by  elle (ellegil)*

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

---

**79 of 170**



On Mar 9, 2008 at 04:58 PM, 6STRingsorlesh said:

check the glove

**6STRingsorlesh**
My Comments
Member Since:
3/10/2007

---

**80 of 170**



On Mar 9, 2008 at 05:04 PM, IH8TNY said:

doesn`t he look a little like that piece of $hit that was shooting people from the trunk of his car a couple of years ago in Virginia and Wash. DC

**IH8TNY**

Pocono Record News Forum                                         Page 1 of 5

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards  >  Pocono Record News Forum  >  Reader Reactions  >              Advanced Search

## POCONO RECORD NEWS FORUM

### Reader Reactions

### DID HE CUT HER UP?

Discussions              1  2  3  ...  7  8  [9]  10  11  ...  15  16  17              Keep Reading

---

**81 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

**On Mar 9, 2008 at 05:07 PM, Markvg (MVG) said:**

Thanks Editor1. We did have some fun with it though but it was pretty bad.

Hope you are having a great day and got your clocks done. :)

Looking forward if you get some more info about this for tomorrow's paper.
Good job so far!

---

**82 of 170**



**Roadking**
My Comments
Member Since:
2/22/2007

**On Mar 9, 2008 at 07:34 PM, Roadking said:**

Sorry, but I had to work a bit this afternoon, appears I missed the Jack-attack?

Darn. Hey, Editor1, can you repost it with @#$% marks so I can enjoy Jacks wisdom of the ages?

Have someone tie your shoes and put your helmet back on - I'm still laughing at that one.

---

**83 of 170**



**Markvg (MVG)**

**On Mar 9, 2008 at 07:43 PM, Markvg (MVG) said:**

Sorry pal... you're just going have to pay more attention and tie your shoes and get the helmet on!

No biggy Roadking... just a racial slur that needed a beatdown.

Pocono Record News Forum                                    Page 2 of 5

My Comments
Member Since:
6/5/2007

**84 of 170**



On Mar 9, 2008 at 07:46 PM, Roadking said:

Racial slurs make feel Roadking sad inside.

Jack is a #### head.

**Roadking**
My Comments
Member Since:
2/22/2007

**85 of 170**



On Mar 9, 2008 at 07:46 PM, Roadking said:

Look at that! They ####'d out p o o p i e head!

**Roadking**
My Comments
Member Since:
2/22/2007

**86 of 170**



On Mar 9, 2008 at 07:48 PM, gladys said:

Let's try doodoo head.

Hey, it worked :)

*Edited 3/9/08  by  gladys*

**gladys**
My Comments
Member Since:
2/6/2007

**87 of 170**



On Mar 9, 2008 at 07:55 PM, gringo said:

"check the glove"

If it fits we must acquit, if it does'nt fit???????
How does that go again?

**gringo**
My Comments
Member Since:
2/24/2007

**88 of 170**

Pocono Record News Forum



**eyethere**
My Comments
Member Since:
7/18/2007

**On Mar 9, 2008 at 08:13 PM, eyethere said:**

I love Debbie Downer! She's funny!

On the other side, I'm glad they caught this creep!
He needs to be chopped up with a hacksaw.

**Messages 5577.89 through 5577.90 were deleted**

**Discussions**          1  2  3  ...  7  8  [9]  10  11  ...  15  16  17          **Keep Reading**



Tuesday, December 09, 2008                              HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum   >   Reader Reactions   >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### DID HE CUT HER UP?

Discussions            1  2  3  ... 8  9  [10]  11  12  ...  15  16  17         **Keep Reading**

🗑                 Messages 5577.91 through 5577.92 were deleted          🗑

                                                                         93 of 170

**On Mar 9, 2008 at 08:26 PM, eyethere said:**

I like that one "INTO THE QUICKSAND!!!"

But, even better, Steve Martin quote "INTO THE MUD, SCUM QUEEN!!!"

**eyethere**
My Comments      (okay...I may be dating myself!)
Member Since:
7/18/2007

🗑                        Message 5577.94 was deleted                    🗑

                                                                         95 of 170

**On Mar 9, 2008 at 08:33 PM, Markvg (MVG) said:**

Aww geez, here we go again with the poor ignorants.

Sorry Editor1.

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

                                                                         96 of 170

**On Mar 9, 2008 at 08:35 PM, ManicCommuter said:**

droppin superloader, take a hike!!!!!

**ManicCommuter**

Pocono Record News Forum                                          Page 2 of 4

My Comments
Member Since:
2/1/2007

97 of 170



**On Mar 9, 2008 at 08:36 PM, cwmom said:**

I think it is the same poor ignorant

**cwmom**
My Comments
Member Since:
1/17/2007

98 of 170



**On Mar 9, 2008 at 08:36 PM, rambler1 said:**

Hey there manic...how are ya? Long week here in the pokes, eh?

**rambler1**
My Comments
Member Since:
5/25/2007

99 of 170



**On Mar 9, 2008 at 08:40 PM, gladys said:**

Is tonight a full moon?

**gladys**
My Comments
Member Since:
2/6/2007

100 of 170



**On Mar 9, 2008 at 08:42 PM, gladys said:**

Since jack got spanked, superload took over...

**gladys**
My Comments
Member Since:
2/6/2007

**Discussions**          1  2  3  ...  8  9  10  11  12  ...  15  16  17          **Keep Reading**

Pocono Record News Forum                                   Page 1 of 5

| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| |
|---|---|

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >        Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### DID HE CUT HER UP?

| Discussions | 1  2  3  ...  9  10  [11]  12  13  ...  15  16  17 | **Keep Reading** |
|---|---|---|

**101 of 170**

**On Mar 9, 2008 at 08:43 PM, ManicCommuter said:**

Hey rambler, just kicking back watching celeb rehab, Im staying up for the premier of Axman on History. Should be a cool deadly job kind of show. It was long week of sorts, just waiting for spring, trout fishing, you know the traditional pokes sort of thing. Pounded a case of yingyang with bro in law on Friday. I'm still out of sorts,lol

**ManicCommuter**
My Comments
Member Since:
2/1/2007

**102 of 170**

**On Mar 9, 2008 at 08:48 PM, rambler1 said:**

My Lent ended Friday. I have ADD and couldn't wait until the 23rd.
Doctor said so. *L*
I was also overserved. Dang tarbenders....
Great they got this guy. I haven't even read the article yet. brrrrrr.
Freakin' reptile is what he is if he did this....
oh---did you see the Dunkleberger ad for that Judge?

wow.
5 .410's in 2 seconds.
sweet.

**rambler1**
My Comments
Member Since:
5/25/2007

**103 of 170**

**On Mar 9, 2008 at 08:49 PM, eyethere said:**

Since jack got spanked, superload took over...



How do we know they aren't the same person?

**eyethere**
My Comments
Member Since:
7/18/2007

---



**On Mar 9, 2008 at 08:52 PM, gladys said:**

we don't

**gladys**
My Comments
Member Since:
2/6/2007

---



**On Mar 9, 2008 at 08:59 PM, ManicCommuter said:**

The Judge??? nope didn't read the entire paper today. We were celebrating
this morning about this case being potentionally closed.

**ManicCommuter**
My Comments
Member Since:
2/1/2007

---



**On Mar 9, 2008 at 09:05 PM, LTLM said:**

looks more like a lunar eclipse then a full moon tonight

**LTLM**
My Comments
Member Since:
7/24/2007

---

**On Mar 9, 2008 at 09:08 PM, ManicCommuter said:**

Then let the freaks come out, errr, History channel is running late, waiting
for Axmen for
7 minutes already



**ManicCommuter**
My Comments
Member Since:
2/1/2007

---

**108 of 170**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 09:09 PM, gladys said:

schedule says axmen at 10:00

---

**109 of 170**



**ManicCommuter**
My Comments
Member Since:
2/1/2007

On Mar 9, 2008 at 09:13 PM, ManicCommuter said:

It showed it twice in the tv week, then at 9 it had a countdown keep restarting at 1 minute intervals. Looks like they forgot to set the clocks since they are still in 10000BC.

---

**110 of 170**

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 09:15 PM, Markvg (MVG) said:

"axmen at 10:00"

Oh for goodness sakes... now we got friggin' axmen invading at 10PM. Haven't we had enough?? LOL

---

**Discussions**          1  2  3  ...  9  10  11  12  13  ...  15  16  17          **Keep Reading**

Pocono Record News Forum                                                    Page 1 of 5

| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome Guest**                                    Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### DID HE CUT HER UP?

Discussions          1  2  3  ... 10  11  [12]  13  14  15  16  17        Keep Reading

---

**111 of 170**



**ManicCommuter**
My Comments
Member Since:
2/1/2007

On Mar 9, 2008 at 09:16 PM, ManicCommuter said:

I don't think I'll stay up, the morning run will be rough. The sunglare should yield a few fender benders. Damn commuters, LoL.......

---

**112 of 170**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 09:22 PM, Markvg (MVG) said:

Hey Manic... the time change is going to mess a bunch of them up. Good luck in the morning. I'm just going to sleep in and getting home is going to be much better with the sun glare out of picture now. I love the new time change in heading west at night.

---

**113 of 170**



**gringo**
My Comments
Member Since:
2/24/2007

On Mar 9, 2008 at 09:27 PM, gringo said:

"Since jack got spanked, superload took over... "

I think superload got spanked, or at least deleted.

---


**rambler1**
My Comments
Member Since:
5/25/2007

**114 of 170**

On Mar 9, 2008 at 09:31 PM, rambler1 said:

gringo
yep. that makes at least a couple two tree that got tossed before I did..

which ain't happened yet...
;-)


**gladys**
My Comments
Member Since:
2/6/2007

**115 of 170**

On Mar 9, 2008 at 09:33 PM, gladys said:
There's still some of his load left to clean up.
89-91
*Edited 3/9/08  by  gladys*


**gringo**
My Comments
Member Since:
2/24/2007

**116 of 170**

On Mar 9, 2008 at 09:37 PM, gringo said:
Like Elle said, the inmates are running the asylum.



**gringo**
My Comments
Member Since:
2/24/2007

**117 of 170**

On Mar 9, 2008 at 09:39 PM, gringo said:
I'm glad to see you are proudly working on it:)))
So am I.

**118 of 170**

On Mar 9, 2008 at 10:10 PM, JackRubyBaby (JRBaby) said:
Just to set the record straight...we are dealing with another "Jack" that
apparently made some rude comments. Before I start getting beat on.

Pocono Record News Forum                                      Page 3 of 5

**JackRubyBaby
(JRBaby)**
My Comments
Member Since:
7/9/2007

---

119 of 170

On Mar 9, 2008 at 10:19 PM, Markvg (MVG) said:

LOL! Nobody would ever beat on you I don't think. LOL

I hope things are going well over there "Jack". God bless!

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

---

120 of 170



On Mar 9, 2008 at 10:24 PM, rambler1 said:

Jack, Best wishes for a safe and contented evening where you are.

nobody seemed to get killed up here today.

Kinda slow news day except for the ax murderer.

**rambler1**
My Comments
Member Since:
5/25/2007

---

**Discussions**          1  2  3  ...  10  11  [12]  13  14  15  16  17          **Keep Reading**

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU

**Welcome Guest**                                       Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >              Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### DID HE CUT HER UP?

**Discussions**              1  2  3  ...  11  12  [13]  14  15  16  17        **Keep Reading**

🗑                    **Message 5577.121 was deleted**                    🗑

---

**122 of 170**



On Mar 9, 2008 at 10:48 PM, MainStreetMike said:

The nicest guy in the world, he was probably playing music from Sweeney
Todd.

**MainStreetMike**
My Comments
Member Since:
6/8/2007

---

**123 of 170**



On Mar 9, 2008 at 10:52 PM, rambler1 said:

Mike
That's one of my wife's favs.
Should I be worried? *L*

**rambler1**
My Comments
Member Since:
5/25/2007

---

🗑                    **Message 5577.124 was deleted**                    🗑

**125 of 170**



On Mar 10, 2008 at 12:39 AM, JackRubyBaby (JRBaby) said:

[How does a guy with three felonies get a job at the Tobyhanna Army
Depot? A multiple felony crackhead murderer electronics technician.]

**JackRubyBaby
(JRBaby)**
My Comments
Member Since:

Not to stick up for this trash, but where in the article did it say that he was
convicted of three felonies? It said he was charged in the crimes, but it

7/9/2007                    didn't say that he was convicted of them. Being charged wouldn't come up
                            on an employer background check.



**Transplant101**
My Comments
Member Since:
10/13/2007

On Mar 10, 2008 at 04:05 AM, Transplant101 said:

"It's called third-party and temp agencies. Ever since regular businesses got
too lazy and pompous to do their own hiring, we've had lots of this type of
thing. Employers don't have to be loyal to their workers or pay them benefits
or provide job security. The jerks deserve what they get."

We are switching gears.

How many employees are loyal to a company???

It's always the least work for the maximum pay and benefits.

Maybe,if laws changed about liability-temp. agencies would not be needed.

It is not the JOB of an employer to provide benefits or security.

That is a socialist/government/union mentality.



**CallMeRonnie**
My Comments
Member Since:
12/27/2006

On Mar 10, 2008 at 05:13 AM, CallMeRonnie said:

Well, I guess then when my grandfather and father worked, had pensions,
benefits, stayed with the same company for 30 years, we were socialists.
Funny, we also seemed to be a more stable, greater country back then, too.
How many workers are loyal to a company? None, probably anymore. Why
should they be? They get little in return beyond a paycheck, and guess
what? You get what you pay for.



**ruffian**
My Comments
Member Since:
2/16/2008

On Mar 10, 2008 at 05:41 AM, ruffian said:

"How many employees are loyal to a company???

It's always the least work for the maximum pay and benefits."

Oh, please. Employees should be loyal to companies who slash pay and
benefits. Employees should be loyal to companies who expect them to
travel on weekends, on their own time, across country because a meeting
starts at 9 a.m. on Monday. Employees should be loyal because they are
supposed to be greatful that their oh so benevolent employer hasn't sent the

job to INDIA. Now the whining that it's always the least work for the maximum pay and benefit.

I am not a union member. But I would point you to the history of the union movement, which began to provide protection in the workplace for HUMAN BEINGS to have decent working conditions. We haven't quite returned to what work life was back then. The Republican, conservative, Rush Limbaugh types would sure like to take us there, though. I am amazed at how many people buy their schtick, though, despite the fact that they as individuals and the country have been deeply harmed by it.

---

**129 of 170**



**On Mar 10, 2008 at 08:22 AM, despondent said:**

I'm glad to see a suspect caught in this case. Kinda disturbed that it was a co-worker(contractor or not).
Some of the contractor's "background checks" leave a bit to be desired, I'll leave it at that.
Good work PSP. But I still like GM's idea about the bog.............

**despondent**
My Comments
Member Since:
9/15/2007

---

**130 of 170**



**On Mar 10, 2008 at 08:41 AM, MillieMae said:**

"he hadn't seen her in weeks and denied she ever visited his house in Tobyhanna."......"her hands, which police say they found in a plumbing compartment in the house rented by Hicks" Evidently her hands got there by themselves like in one of those old horror flicks....You know the ones with the creepy crawling hands. He was either on drugs when he did it or didn't pay his drug dealer and the evidence was planted on him....What about the boot? Was that her blood? Can't wait to read the book when it comes out.

**MillieMae**
My Comments
Member Since:
1/31/2007

---

**Discussions**            1  2  3  ...  11  12  [13]  14  15  16  17       **Keep Reading**

Pocono Record News Forum                                           Page 1 of 6



Tuesday, December 09, 2008                            HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >         Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### DID HE CUT HER UP?

**Discussions**            1  2  3  ...  12  13  [14]  15  16  17          **Keep Reading**

---

131 of 170

**On Mar 10, 2008 at 09:18 AM, yawllistenup said:**

'The nicest guy in the world, he was probably playing music from Sweeney Todd.'

Oh yeah Mike,

Sweeney Todd was a great show. One of my favorite. Oops! I'm getting off topic.

Make it a great day!
Yawl

**yawllistenup**
My Comments
Member Since:
7/25/2007

---

132 of 170

**On Mar 10, 2008 at 09:29 AM, Shemeka said:**

sniggles, consider your husband lucky. anything having to do with the army, navy, airforce, etc... will evenutually become poison to the mind, body and soul.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

133 of 170

**On Mar 10, 2008 at 09:43 AM, jeffwoehrle said:**

"anything having to do with the army, navy, airforce, etc... will evenutually



become poison to the mind, body and soul. "

Oh-kay...

On a related note, can we just blame George Bush for this murderer right now and get it over with?

**jeffwoehrle**
My Comments
Member Since:
12/23/2006

---

**134 of 170**



On Mar 10, 2008 at 09:48 AM, livinpa said:

Thank you Police Force and Workers!!!! that assisted in getting this maniac off the Streets. may he burn in hell- he was given a chance at life again for his last 3 crimes so i hope this will teach us to stop giving people such a slap on the wrist. i love my pocono police force- as little as out town is they.... GET THE JOB DONE!!! great job!

**livinpa**
My Comments
Member Since:
7/6/2007

---

**135 of 170**



On Mar 10, 2008 at 09:50 AM, cali007 said:

Morning Jeff.

I think it's entirely possible that the suspect was aided by Bush's alter ego, the gang banging GDub:-)

**cali007**
My Comments
Member Since:
2/13/2007

Attachments

                Name:  untitled.bmp  Size:  86 K



---

**136 of 170**

On Mar 10, 2008 at 09:50 AM, Shemeka said:

Hey Jeff. na...no one really to blame. this started looooong before GW. but them dudes in the military or even associated with it are wacked out. but that's neither here no there. but damn--would this sound racist if i say i am one confused chick to find out that this guy is black?

**Shemeka**
My Comments
Member Since:
1/24/2007

---



**On Mar 10, 2008 at 09:59 AM, goddess35 said:**

IT is people like this that move into the area and give it a terrible reputation. Why can't we get back to the quiet town that existed when I was growing up?

**goddess35**
My Comments
Member Since:
3/10/2008



**On Mar 10, 2008 at 10:00 AM, jeffwoehrle said:**

Hey cali!

That pic's a keeper!

Excellent...

**jeffwoehrle**
My Comments
Member Since:
12/23/2006



**On Mar 10, 2008 at 11:06 AM, JusGottaLuvIt said:**

Editor1,

Just started posting on this forum but I've read it for months. JMO but Jack's Baby is no great loss to this forum. Thanks

**JusGottaLuvIt**
My Comments
Member Since:
3/7/2008

ps.....Your works not quite done yet, there are others that need the boot!!!!



**On Mar 10, 2008 at 11:08 AM, davinci said:**

geez, talk about stupid criminals and nut cases. with all the acres of available land in the poconos to bury a body that would never be found?? let me see I will chop up the body, place the pieces in hefty bags and place them alongside route 80 and 380. the only thing he didn't do was leave a trail of body pieces leading to his home. bloody boot in the trunk of his car, blood in the car, tools used to cut up the body with the vic's blood, and the topper, the sawed off hands in his house. this guy worked for the US gov't? this guy has my vote for the most dumb murderer of all time. he's crazy and will claim post traumatic stress syndrome from his time in the military. Route 80/380 must be the bermuda triangle of the poconos commit a crime and head to 80 west or east, must be some type of evil magnet..

**davinci**
My Comments
Member Since:
3/17/2007

Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania



NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU

**Welcome  Guest**

All Message Boards >   Pocono Record News Forum  >  Reader Reactions >

Search [                    ] 🔍

Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### DID HE CUT HER UP?

**Discussions**              1  2  3  ...  13  14  **15**  16  17              **Keep Reading**

---

**141 of 170**



**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007

On Mar 10, 2008 at 11:09 AM, JackRubyBaby (JRBaby) said:

[sniggles, consider your husband lucky. anything having to do with the army, navy, airforce, etc... will evenutually become poison to the mind, body and soul.]

???????????? Obviously, someone who never served their country yet takes all the freedoms for granted.

---

**142 of 170**



**editor1**
My Comments
Member Since:
12/19/2006

On Mar 10, 2008 at 11:10 AM, editor1 said:

Different Jack. :-)

wjw

---

**143 of 170**



**JackRubyBaby (JRBaby)**
My Comments
Member Since:
7/9/2007

On Mar 10, 2008 at 11:11 AM, JackRubyBaby (JRBaby) said:

[Just started posting on this forum but I've read it for months. JMO but Jack's Baby is no great loss to this forum. Thanks]

I hope you're not referring to me.

---

Pocono Record News Forum                                    Page 2 of 5



**On Mar 10, 2008 at 11:13 AM, 1234 said:**

God bless you Jack. Thank you for your service to this country. Stay safe and well.

**1234**
My Comments
Member Since:
1/9/2007



**On Mar 10, 2008 at 11:18 AM, JusGottaLuvIt said:**

Don't they all look alike to most that post here????

**JusGottaLuvIt**
My Comments
Member Since:
3/7/2008



**On Mar 10, 2008 at 11:26 AM, gladys said:**

JRB,

I don't take my freedoms for granted so a big THANK YOU to you!! Stay safe.

**gladys**
My Comments
Member Since:
2/6/2007



**On Mar 10, 2008 at 11:52 AM, Harvey_birdman said:**

Yes Fraudstopper, let's be sure to execute him just because it looks like he's guilty. It's not like there's any reason to go through all the expense of a trial or anything.

**Harvey_birdman**
My Comments
Member Since:
1/9/2007

**On Mar 10, 2008 at 12:09 PM, Shemeka said:**

aren't we suppose to?



**Shemeka**
My Comments
Member Since:
1/24/2007

---

On Mar 10, 2008 at 12:11 PM, cali007 said:

Right on Harvey. The hands could have walked in there like Thing from the Addams Family. And who doesn't have a bloody hacksaw in their possesion? I think we should wait for a verdict before passing any judgement on the poor guy:-)



**cali007**
My Comments
Member Since:
2/13/2007

---

On Mar 10, 2008 at 12:14 PM, gladys said:

Come on cali,

Tell me that's never happened to you before. Minding your own business, cleaning the bathroom one day, you mean to tell me, that you've NEVER found someone's severed hands in the closet? Oh, come on!!!
:-)

**gladys**
My Comments
Member Since:
2/6/2007

---

**Discussions**              1 2 3 ... 13 14 [15] 16 17          **Keep Reading**

Pocono Record News Forum                                      Page 1 of 6

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania 

| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GU |

**Welcome  Guest**                          Search [_____] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

---

### POCONO RECORD NEWS FORUM

---

**Reader Reactions**

**DID HE CUT HER UP?**

**Discussions**            1  2  3  ...  14  15  [16]  17          **Keep Reading**

---

151 of 170



**Rockabilly**
My Comments
**Member Since:**
7/20/2007

**On Mar 10, 2008 at 12:33 PM, Rockabilly said:**

I am very happy that they caught the SOB. I think in the beginning of this case they thought that there would have been more then one person. Maybe his good friend knows more then he leads on to being that a pair of rotting hands would sure smell nice in a heated home. If this friend was always over did he not smell the odor of decaying flesh? It just sounds fishy to me. I say charge him with MURDER not homicide. I sure don't want to pay for this SOB for the rest of his life. Take a life give your life. Nothing could justify what he did to that poor soul, regardless of how she chose to live her life. Oh now what he stopped taking his medication so he was mentally out of his mind. I hope that the law does not let Ms Null's family down. This just goes to show what our world is coming to. I would like to think it will go back to where people cared about others but I can't see that happening anytime soon. ENFORCE CAPITAL PUNISHMENT. Guaranteed that if there were consequences like that maybe our fatal crime rate would drop drastically. After all everyone should know the meaning of DEATH. GOD bless Ms. Nulls soul and may she now rest in peace.

---

152 of 170



**unique**
My Comments
**Member Since:**
1/11/2007

**On Mar 10, 2008 at 12:35 PM, unique said:**

but damn--would this sound racist if i say i am one confused chick to find out that this guy is black?

I agree with you Shemeka. I was surprised he was black. This kind of crime is typically committed by white men. (The cutting up part)

---



**153 of 170**

On Mar 10, 2008 at 12:42 PM, CallMeRonnie said:

Good post, ruffian. Employment is a two-way street. No one who invested time and money for education and training, is going to work for some two-bit company, if they can work for a company who values their expertise and shows it to some extent. My guess is that Transplant 101 is probably a former or current businessman/owner. If not, he probably has made a good buck in his day, but would deny it to the rest of us "peons" under the guise of "socialism." Oh, please. This country and its workers would benefit if we had more practices in place like they used to.
BTW, Transplant, I don't belong to a union, either.

*Edited 3/10/08   by   CallMeRonnie*

**CallMeRonnie**
My Comments
Member Since:
12/27/2006



**154 of 170**

On Mar 10, 2008 at 12:45 PM, Chadwick said:

"Guaranteed that if there were consequences like that maybe our fatal crime rate would drop drastically."

As sick as it sounds, states with very active death penalties all have significantly higher rates of violent crime. Statistically having the cloud of execution over a criminals head makes them act even more daring.

Strange but true.

**Chadwick**
My Comments
Member Since:
2/7/2007



**155 of 170**

On Mar 10, 2008 at 12:50 PM, gladys said:

Yes, but how about the stats. for re-offenders?

**gladys**
My Comments
Member Since:
2/6/2007



**156 of 170**

On Mar 10, 2008 at 01:05 PM, 1234 said:

"...you mean to tell me, that you've NEVER found someone's severed hands in the closet?"

Can't speak for Cali, Gladys, but I once found an elbow under the sink and another one in the toilet :)

**1234**
My Comments
Member Since:
1/9/2007

157 of 170



Chadwick
My Comments
Member Since:
2/7/2007

On Mar 10, 2008 at 01:08 PM, Chadwick said:

"Yes, but how about the stats. for re-offenders?"

Re-offender rates for people convicted of death penalty level crimes in non-death penalty states is very low because most of those people are never released. The number of first offenders in death penalty states far out numbers repeat offenders in non-death penalty states.

And don't get me wrong, I'm all for capital punishment from an eye for an eye perspective. Just don't think that it stops violent crime, because it doesn't.

158 of 170



condor
My Comments
Member Since:
3/10/2008

On Mar 10, 2008 at 06:50 PM, condor said:

A crack head electronics technician with three felonies gets hired by a private contractor and outsourced to the Tobyhanna Army Depot. Security! Someone call Security! We have a major breach in security! Oh! Sorry I didn't realize the government held such low employment standards. That being the case Hilary should fit right in.

159 of 170



shaggy24
(Judy02)
My Comments
Member Since:
2/22/2008

On Mar 10, 2008 at 07:31 PM, shaggy24 (Judy02) said:

Condor,
Nice until you cut Clinton.
Who's president here and now?
He only cares about Iraq.
That is why there is very little security
here at home.

160 of 170



JackRubyBaby
(JRBaby)
My Comments
Member Since:
7/9/2007

On Mar 10, 2008 at 11:32 PM, JackRubyBaby (JRBaby) said:

[Who's president here and now?
He only cares about Iraq.
That is why there is very little security
here at home.]

How many terrorist attacks have taken place on American soil since 9/11? I think Bush is doing just fine.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 104 of 760

Tuesday, December 09, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                                        Search [                    ] 🔍

All Message Boards >  Pocono Record News Forum  >  Reader Reactions  >            Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## DID HE CUT HER UP?

**Discussions**                        1  2  3  ...  15  16  [17]            **Keep Reading**

---

**161 of 170**



On Mar 11, 2008 at 01:43 PM, goddess35 said:

some jerk that moved into the area and managed to get past the lax security
check by the subcontract employer turns this into an Iraq discussion?

**goddess35**
My Comments
Member Since:
3/10/2008

---

**162 of 170**



On Mar 11, 2008 at 02:45 PM, livefree said:

Makes you wonder how hard it would be for a terrorist to get anywhere in
this country if this guy can get a job on an Army base .Also how many times
has he done this without being caught? Seemed to be pretty easy for
him.He's not all shook up. I think I would pass on the raccoon ribs in any
case.

**livefree**
My Comments
Member Since:
4/28/2007

---

**163 of 170**



On Mar 11, 2008 at 07:58 PM, inquwait said:

Well, if the blood matches up with his boots and her hands, then we got a
good connection, dont we now? As for him working at TYAD, all contractors
should be put through a complete navy seal investigation before they all
come in the door, there are more than just this one working at TYAD than
most of you people out there think! Spend a few years there and you'll find
out!! Just goes to show what drugs can do to a person, a few hours high can

Pocono Record News Forum                                    Page 2 of 6

**inquwait**
My Comments
Member Since:
3/11/2008

get you life in hell and burn in it. May her family receive many prayers.

---



**164 of 170**

On Mar 11, 2008 at 08:00 PM, inquwait said:

TYAD only wants the numbers for show. To prove they can obtain a high
number of employees to the public.

**inquwait**
My Comments
Member Since:
3/11/2008

---



**165 of 170**

On Mar 11, 2008 at 08:03 PM, inquwait said:

Would you please send me information to follow up on this commotion that
is going on with the sicko in Tobyhanna.(affadavit) link under picture

Thanks

**inquwait**
My Comments
Member Since:
3/11/2008

---



**166 of 170**

On Mar 13, 2008 at 11:23 AM, moppet said:

I'm really proud of our police department. Also I don't think this is an
appropriate article to be having a political discussion. Do you think you
could move it to a forum or at least an article about politics? Thanks

**moppet**
My Comments
Member Since:
3/13/2008

---



**167 of 170**

On Mar 15, 2008 at 06:18 AM, amylnitrate said:

'Investigators say Hicks spoke three incriminating words when asked if there
would be any evidence of Null's presence found in his house or the trunk of
his car: "There shouldn't be."'How is this statement incriminating

**amylnitrate**
My Comments
Member Since:

3/15/2008



**amylnitrate**
My Comments
Member Since:
3/15/2008

**On Mar 15, 2008 at 06:22 AM, amylnitrate said:**

The statement, "There shouldn't be." is incriminating?HOW? Maybe he didn't do it and then that would be a valid statement. And what are the tips and leads that police had to point them to the accused?The evidence they found in his home could have been planted.How will the prosecution prove this case beyond a shadow of a doubt? Oh, right, the jurors will be easily led.



**cali007**
My Comments
Member Since:
2/13/2007

**On Mar 16, 2008 at 12:00 PM, cali007 said:**

"The statement, "There shouldn't be." is incriminating?HOW?"

He had made the claim that Null was never at his house. If she was never there Hicks would have been positive that there would be no evidence of her. People who are genuinely innocent of a crime they are accused of are usually a bit more sure of their responses to police.

"There shouldn't be" would have sounded a lot better if he had just said no.

The more incriminating statement, in my opinion, was reported in The Morning Call.

""So what did you guys find in my house?" Hicks asked the troopers, Sebastinelli said.

"We found Deanna's hands," Sebastinelli said he replied.

Hicks asked if any blood was found, then said, "You didn't find a lot of blood," Sebastinelli testified."

source:
http://www.mcall.com/news/local/allb1_3hicks.6314193mar15,0,295423.story

You didn't find a lot of blood???

Why on earth would he ask this?

Sounds to me like he was thinking to himself that he thought he did a pretty good job cleaning up.

Just my opinion of course.

170 of 170

On Mar 16, 2008 at 04:26 PM, amylnitrate said:

Dear Cali007

Not being one to articulate myself perfectly all the time, I know how someone can respond in a manner quite different than what would be expected as a normal response. But I did not hear about these other statements. I will always give everyone the benefit of the doubt until all the facts are in. Thank you for enlightening me to more of the facts.

**amylnitrate**
My Comments
Member Since:
3/15/2008

**Discussions**                     1  2  3  ...  15  16  [17]                     **Keep Reading**

# *DIGEST*

Sun-Sentinel (Fort Lauderdale, Florida)

March 9, 2008 Sunday, Broward Metro Edition

Copyright 2008 Sun-Sentinel Company All Rights Reserved

**Section:** NEWS; Pg. 3A

**Length:** 711 words

**Byline:** WIRE REPORTS

## Body

Ohio

Storm dumps 20 inches of snow, closing highways

COLUMBUS

A heavy winter storm walloped Ohio's capital city with more than 20 inches of snow, while blizzard conditions shut down highways and stranded air travelers across the state and parts of Indiana on Saturday.

High winds whipped the snow into 3-foot drifts in some places and cut visibility to less than a quarter mile, the National Weather Service said.

The storm, which rolled in Friday, dumped 20.4 inches of snow on Columbus, breaking the city's previous record of 15.3 inches set in February 1910, the weather service said. Cincinnati and Cleveland also received about a foot of snow.

In Indiana, 14 inches of snow fell in Milan, about 60 miles southeast of Indianapolis.

Roads were impassable, prompting the county to declare a local emergency banning all vehicles except for emergency vehicles from the roads, authorities said.

Alabama

Robbery suspect charged in death of Auburn student

AUBURN

A man arrested after a car and foot chase by police who suspected him in a string of robberies was charged with capital murder in the abduction and shooting death of an Auburn University student, police said Saturday.

Courtney Lockhart was arrested Friday in Phenix City, about 30 miles from the Auburn campus. Lauren Burk, 18, was found shot near an off-campus road Tuesday night, and her car was found burning in a campus parking lot.

Lockhart tried to flee Phenix City police after being pulled over Friday, Auburn Assistant Police Chief Thomas Dawson said.

Lockhart, 23, was charged with three capital counts accusing him of murder along with kidnapping, robbery and attempted rape, Dawson said.

DIGEST

He wouldn't say what led police to charge Lockhart in the student's killing.

North Carolina

Photos of suspect released in killing of student leader

CHAPEL HILL

Detectives are searching for a man photographed using the ATM card of the University of North Carolina student body president found shot to death on a city street, police said Saturday.

Chapel Hill Police Chief Brian Curran released two surveillance photos of the suspect taken at an ATM machine in Chapel Hill, but declined to say when or exactly where the photos were taken. Police also released a photo of a baseball cap the suspect appears to be wearing in both of the surveillance pictures.

"This is our biggest break so far in this case," Curran said.

Eve Carson, 22, of Athens, Ga., was found Wednesday morning lying on a street about a mile from campus. She had been shot several times, including once in the right temple. Her sport utility vehicle was discovered Thursday.

She appears to be the victim of a random crime, Curran said.

Pennsylvania

Man charged in case of dismembered woman

STROUDSBURG State police say a man has been charged with killing a woman whose dismembered remains were found dumped along highways in the Poconos more than a month ago.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-old Deanna Null. He told reporters at his arraignment Saturday that authorities had the wrong man.

Police have not explained the relation between Null and Hicks.

Her remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse. He is being held without bail in Monroe County Correctional Facility.

California

Celebrity attorney takes high-profile Japanese case

LOS ANGELES

Celebrity attorney Mark Geragos said Saturday he is representing a Japanese man accused of killing his wife in Los Angeles in the 1980s and that his first goal will be to get the charges dismissed on grounds of double jeopardy.

Geragos' client, Kazuyoshi Miura, was convicted in Japan in 1994 but the conviction was overturned on appeal. Although that trial was in Japan, Geragos said he believes U.S. law still prevents Miura from being tried again for the same crime.

Miura's arrest last month in the U.S. territory of Saipan has created a sensation in Japan, where his case has been called that country's equivalent to O.J. Simpson's.

The now-60-year-old clothing importer said he and his wife were vacationing in Los Angeles in 1981 when robbers shot him in the leg and her in the head. Kazumi Miura, 28, died the following year in Japan. {ZONE} SB

http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/cars
Find a Car

poconorecord.com ...    http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Friend: 'He's just the nicest guy in the world'

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    FIND IT!

Photo 1 of 2 | Zoom Photo +

Text Size: A | A | A

🖨 Print this Article    ✉ Email this Article

Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google

Seed Newsvine



Amy Mercado, left, of Pocono Pines, her son, A...
Samantha McLoughlin, 17, were stunned to lear...
Hicks, has been charged with the murder of Deanna Marie Null.

ADAM RICHINS/Pocono Record

**By SUSAN KOOMAR**
Record Senior Managing Editor
March 09, 2008

It was the perfect plan for a rainy Saturday afternoon in the Poconos.

Pick up a buddy from work, go to a friend's house, drink a few beers and savor a steak dinner.

But Charles Ray Hicks wasn't home when friend Armando Martinez went to his house around 3:30 p.m. Saturday. Hicks was in jail, arrested that morning for the vicious murder and dismemberment of a woman.

"I'm completely flabbergasted," said Martinez, placing his hand on his chest. "I'm having a hard time believing this. I'm gonna have to have a beer now."

Martinez worked the graveyard shift with Hicks at Tobyhanna Army Depot. Both men are from Texas and served in the military — a recipe for a fast friendship. Hicks, 33, was a Navy veteran and was divorced, said Martinez.

"He's just the nicest guy in the world. He's always smiling," he said.

Martinez said he spoke to Hicks by phone around 8 a.m. Saturday — about an hour before Hicks was arrested. Police had searched his house all night. Hicks didn't say anything about it to Martinez.

In fact, Martinez said they talked about the Deanna Marie Null murder case at work. Her remains were found in garbage bags scattered along Interstates 80 and 380. The bag containing her head was found just 200 yards from the house Hicks rented.

"We talked about it all the time because it was so gruesome," said Martinez.

Police have not said where they think Null was killed. Autopsy results showed she was dead at least four or five days before her frozen remains were found on Jan. 29.

Hicks didn't sign a lease to rent the house at 131 Prospect St. in Tobyhanna until Jan. 27, said Amy Mercado. She and her husband own the rental property. The lease was effective Feb. 1 but Mercado gave Hicks a key on Jan. 27. He was living in a hotel before that, she said.

"He was a very nice man. He was extremely kind, very pleasant," said Mercado.

Hicks was referred to her by a friend who works at Tobyhanna Army Depot.

Mercado's eyes filled with tears as reporters told her that police found a woman's severed hands hidden in a plumbing compartment in the house.

"Oh my God. No. No," she said. "This is unbelievable. I can't even put this together in my head."

Mercado said state police called her husband around 6 p.m. Friday to inform him of the house search and to ask a few questions. They didn't say Hicks was a suspect in the body parts case.

"This is very scary. This is just a tragedy," said Mercado.

## RELATED STORIES

Friends of Hicks stunned by arrest, murder charges

A Friend Arrested For Murder: Body Parts Case 📹 VIDEO

Arraignment of Charles Hicks 📹 VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

## RELATED PHOTO GALLERIES



More

## CHERRY VALLEY MEETINGS

Wednesday, March 26

Monroe County Conservation District, 8050 Running Valley Rd., Bartonsville

2-4 p.m. Open house and information session

6:30-9 p.m. Brief presentations followed by open discussion

Thursday, March 27

Christ Hamilton Church, Bossardsville Road, Saylorsburg

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:

FIND IT!

Recently Reviewed by Your Neighbors

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice
family owned business, great people,
great..." more
posted on 1/8/2008    ★★★★☆

VIEW MORE Auto Dealers

Vonage®

Talk all
you want!

HOME

| | |
|---|---|
| 2-4 p.m. Open house and information session | |
| 6:30-9 p.m. Brief presentations followed by open discussion | |

**TOP JOBS**
**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PA - C/CRNP for busy**
EAST STROUDSBURG, Pennsylvania Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

More jobs

Be the first to know - Sign up for text alerts    Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 11, 2008 at 9:32 AM , gladys said:

I don't get it either, maybe it's who you know or something. I bet it just got a little harder to get hired at the depot though. Someone's gonna take some heat. Question: How long does crack stay in your system for urine test? When employers drug test, do they do urine only or hair samples?  Full Message

gladys
Member since: 02/06/2007

Browse All Forums | View All Comments | Login | Register

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon    Read more...

View All Featured Ads

Ads by Google

**Looking For a Vacation?**
Consider a Cruise With Norwegian Cruise Line- As Low As $99/Person!
www.NCL.com

**Poconos retirement**
Why is the Western Poconos the new hot spot to retire?
Come learn why.
www.poconohighlands.com

**Monroe County Restaurants**
Local results for restaurants in and near Monroe County
monroe.ezlouseblgbook.com

**Poconos Vacation Rentals**
Vacation Rentals By Owner. Property Owners - FREE 60 Day Trial
www.VacationHomeRentals.com

Ads by Google

Print this Article    Email this Article

Share
del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine

**TOP CARS**

**$9,900**
2004 Mazda Tribute
Mick Motors

**$17,988**
2005 Dodge Ram 1500
Truck
Brown Daub Chrysler
Jeep

**$14,990**
2007 Chevrolet TrailBlazer
Brown Daub

**$24,490**
2007 Volvo XC90
Brown Daub
Chevrolet-Volvo

### TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The
Pocono Record
Click here for
more information

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1



2 of 2

The house of Charles Hicks at 131 Prospect St. in Tobyhanna.

*ADAM RICHINS/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Tuesday, December 09, 2008                              HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                                    Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum  >   Reader Reactions  >              Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

### FRIEND 'HE'S JUST THE NICEST GUY IN THE WORLD'

**Discussions**                    [1]  2  3  4  5                    **Keep Reading**

---

**1 of 48**

On Mar 9, 2008 at 07:39 AM, sktboy150 said:

how did they find this guy?

**sktboy150**
My Comments
Member Since:
12/4/2007

---

**2 of 48**

On Mar 9, 2008 at 07:57 AM, hscott said:

Yeh, the nicest guy in the world. I know I want him as a buddy.

**hscott**
My Comments
Member Since:
8/12/2007

---

**3 of 48**

On Mar 9, 2008 at 08:14 AM, CallMeRonnie said:

I used to have a friend who was always suspicious of new people he met. I used to think he was so annoying and paranoid, but lately, I think he was right. This case just goes to show you never know what secrets someone might be harboring.

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

**4 of 48**



**WhizzKid**
My Comments
Member Since:
8/4/2007

On Mar 9, 2008 at 09:00 AM, WhizzKid said:

So true Ronnie..It's a said statement but you really can't trust strangers any more.

They need to take this guy out and draw and quarter him and put his 4 limbs on the corners of the state. No trial needed since they found her hands in his house. OMFG is this guy sick, just kill the SOB now.

**Timendi causa est nescire. (*Ignorance is the cause of fear*) ~ Seneca www.ronpaul2008.com**

**5 of 48**



**tucker**
My Comments
Member Since:
1/9/2007

On Mar 9, 2008 at 09:07 AM, tucker said:

Be vigilant...be safe...peace!!!

**6 of 48**



**Katkat**
My Comments
Member Since:
2/2/2008

On Mar 9, 2008 at 09:31 AM, Katkat said:

sktboy150 - the original news article said witnesses came forward in Scranton seeing the deceased with the suspect and a description of his car.

**7 of 48**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 09:42 AM, gladys said:

Wait a minute. If she was already dead for at least 4 or 5 days before they found her on Jan. 29, and he didn't move in to the house until the 27, this means he moved her hands in and hid them in the plumbing access box. I wonder if there had been others with access to the house just before he moved in that could have put them there. And the saw also. Not saying he DIDN'T do it, just wondering if he had help.

**8 of 48**



**On Mar 9, 2008 at 09:43 AM, VinMan said:**

Not for anything Whizz, you're a stranger to a lot a people. I wonder if that was God's plan when he sent out his people to talk to others about him and his word.

**VinMan**
My Comments
Member Since:
12/27/2006

**9 of 48**



**On Mar 9, 2008 at 09:46 AM, cali007 said:**

"He's just the nicest guy in the world. He's always smiling"

Cocaine will do that to you:-)

**cali007**
My Comments
Member Since:
2/13/2007

**10 of 48**



**On Mar 9, 2008 at 09:53 AM, WhizzKid said:**

Vin, you're right I am a stranger to a lot of people and they are strangers to me. I trust the circle of friends I have and the people I know and don't trust anyone until I know them and their character. Isn't that a self protection instinct? Isn't that what everyone is taught growing up? Remember the old don't take candy from strangers thing.

**WhizzKid**
My Comments
Member Since:
8/4/2007



As far as God and his/her plan, I'm not sure how he/she intended it, but he/she wouldn't have given us this instinct if it was not needed.

**Timendi causa est nescire. (*Ignorance is the cause of fear*) ~ Seneca
www.ronpaul2008.com**

**Discussions**              1 2 3 4 5              **Keep Reading**

Pocono Record News Forum                                      Page 1 of 5



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                     Search [                    ] 

All Message Boards >  Pocono Record News Forum  >  Reader Reactions >        Advanced Search

### POCONO RECORD NEWS FORUM

**Reader Reactions**

**FRIEND 'HE'S JUST THE NICEST GUY IN THE WORLD'**

**Discussions**              1  2  3  4  5                    **Keep Reading**

---

**11 of 48**



On Mar 9, 2008 at 09:56 AM, Roadking said:

Yeah, and the bloody boot in his trunk belonged to the guy he bought it off of.

**Roadking**
My Comments
Member Since:
2/22/2007

---

**12 of 48**



On Mar 9, 2008 at 09:59 AM, Roadking said:

Someday the media will interview somebody that will say "I knew it, I knew he was a killer, I told the cops that!!"

**Roadking**
My Comments
Member Since:
2/22/2007

---

**13 of 48**

On Mar 9, 2008 at 10:11 AM, gladys said:

No, not saying he didn't do it. Just wondering if he had help from someone who also had access to the house, that's all.

**gladys**
My Comments
Member Since:

2/6/2007



**14 of 48**

On Mar 9, 2008 at 10:21 AM, Roadking said:

It would be good to know how many homicidal maniacs with saws we have running loose in the neighborhood!

**Roadking**
My Comments
Member Since:
2/22/2007



**15 of 48**

On Mar 9, 2008 at 10:26 AM, gladys said:

Yes it would. The hands were wrapped in a Times-Tribune newspaper of Scranton. Glad it wasn't the P.R.

I don't know how the depot is set up, but isn't it a little scary that not only no criminal background check, but also he was on some kind of psych. meds too?

**gladys**
My Comments
Member Since:
2/6/2007



**16 of 48**

On Mar 9, 2008 at 10:58 AM, Roadking said:

Didn't we all just have this discussion about temp agencies and their background checks a couple weeks ago!!!!!



Guess what, Sanofi uses a temp agency!!!!!

**Roadking**
My Comments
Member Since:
2/22/2007



**17 of 48**

On Mar 9, 2008 at 11:44 AM, mikeyw said:

The only problem here is there are just too many peoplesaying "He's such a nice guy...", that if he comes up with a believable enough alibi, someone just might believe him.

**mikeyw**
My Comments
Member Since:
3/5/2008

**18 of 48**



**On Mar 9, 2008 at 11:48 AM, mikeyw said:**

The only problem here is everyone is saying "He's just the nicest guy in the world"..., that if he comes up with a somewhat believable alibi-a passive and/or gullible judge/jury just might believe him!

**mikeyw**
My Comments
Member Since:
3/5/2008

**19 of 48**



**On Mar 9, 2008 at 11:57 AM, Justice1781 said:**

Have none of you ever heard of innocent until proven guilty? What happened to this woman is a horrible tragedy but stop passing judgment so quickly and wait for the legal system to play itself out.

**Justice1781**
My Comments
Member Since:
3/9/2008

**20 of 48**



**On Mar 9, 2008 at 12:02 PM, Peepsight said:**

Let's wait for the justice / legal system to run it's course. This approach worked so well in the past it allowed this nicest guy in the world "####" to spread his wealth, burdening society, over and over again. Perhaps rehibilition? How about stir frying?

*Edited 3/9/08   by  Peepsight*

**Peepsight**
My Comments
Member Since:
2/27/2008

**Discussions**                        1  2  3  4  5                        **Keep Reading**

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES |

# POCONO RECORD

News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                          Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >     Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

---

### FRIEND 'HE'S JUST THE NICEST GUY IN THE WORLD'

---

**Discussions**                1 2 [3] 4 5                    **Keep Reading**

---

**21 of 48**



On Mar 9, 2008 at 12:11 PM, foxgap said:

just the nicest guy?? we have plenty of nice guys moving here,,,,,,,,

**foxgap**
My Comments
Member Since:
3/12/2007

---

**22 of 48**

On Mar 9, 2008 at 12:56 PM, gringo said:

And what kind of justice do you want 1781? Maybe have some incriminating evidence tossed, or try the old "black rage" defence? Didnt work with Colin Ferguson but hey, it's worth a shot. Just curious.

**gringo**
My Comments
Member Since:
2/24/2007

---

**23 of 48**

On Mar 9, 2008 at 01:05 PM, Markvg (MVG) said:

Hey Gladys...

When I was reading the stories the time line seemed a bit odd to me too. He must have kept the body for a few days (or just the hands?) somewhere other than the house. I bet the house was vacant since he was able to move in the day he signed the lease... doubt there was an accomplice at the house before he got the key. I'm sure the police checked it out but am wondering about that hotel he was staying at.

**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

---

Freakin' sicko this guy is.

**24 of 48**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 9, 2008 at 01:26 PM, gladys said:

Hi Markvg,

'Freakin' sicko this guy is.'

That's putting it mildly.

Did you see the article in the state section about the York PA police? Check it out.

*Edited 3/9/08  by  gladys*

**25 of 48**



**Markvg (MVG)**
My Comments
Member Since:
6/5/2007

On Mar 9, 2008 at 01:35 PM, Markvg (MVG) said:

I saw that Gladys. Good job in saving us all time and money with that miscreant.

I bet that guy was "the nicest guy in the world" too.

**26 of 48**



**CallMeRonnie**
My Comments
Member Since:
12/27/2006

On Mar 9, 2008 at 01:37 PM, CallMeRonnie said:

I'm suspicious anymore of people who just "show up" from other states, too. Many times they are running from something and their "niceness" is really just watching their p's and q's.

**27 of 48**



**gladys**
My Comments

On Mar 9, 2008 at 01:38 PM, gladys said:

Too many nice guys around anymore. This (York) should be the new protocol to be followed by every law enforcement agency in the country.

Pocono Record News Forum                                                    Page 3 of 5

**Member Since:**
2/6/2007

---

28 of 48



On Mar 9, 2008 at 01:38 PM, CallMeRonnie said:

Yeah, and don't you have to wonder about "God's plan" for this poor girl and
people like her. Hmmmm....

**CallMeRonnie**
My Comments
**Member Since:**
12/27/2006

---

29 of 48



On Mar 9, 2008 at 01:45 PM, Markvg (MVG) said:

Right Gladys. It was 100% sure this guy was guilty... so get it done
immediately and save us the theatrics.

**Markvg (MVG)**
My Comments
**Member Since:**
6/5/2007

---

30 of 48



On Mar 9, 2008 at 02:12 PM, PokeOhNo said:

Yep ... another "He's just the nicest guy in the world" .... that is what they
said about the lot of them: Bundy, Dahmer, Gasey, etc.

Nicest guy in the world? What about the whole dismemberment thing?

**PokeOhNo**
My Comments
**Member Since:**
12/3/2007

---

**Discussions**                       1  2  [3]  4  5                    **Keep Reading**

Pocono Record News Forum                                    Page 1 of 5

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GU

**Welcome  Guest**                                   Search [                    ] 🔍

All Message Boards >   Pocono Record News Forum  >  Reader Reactions  >          Advanced Search

## POCONO RECORD NEWS FORUM

**Reader Reactions**

## FRIEND 'HE'S JUST THE NICEST GUY IN THE WORLD'

**Discussions**                    1 2 3 [4] 5                    **Keep Reading**

                                                                   **31 of 48**



**On Mar 9, 2008 at 04:09 PM, VinMan said:**

If you don't know whether or not God is a he or a she, how could you
possibly know about his plan?

**VinMan**
My Comments
Member Since:
12/27/2006

                                                                   **32 of 48**



**On Mar 9, 2008 at 06:17 PM, nit715 said:**

Unbelievable!!!

**nit715**
My Comments
Member Since:
9/17/2007

                                                                   **33 of 48**



**On Mar 9, 2008 at 07:19 PM, rambler1 said:**

see my comments on the other thread on this one.
I had a premonition coming across 80 right at the bridge over the
broadheads..don't know why, but it was the old hair-standing-up variety of
moment where I saw in my minds eye somebody who lived in the shades of
death tossing a part out the window and thinking better of it...

**rambler1**

My Comments
Member Since:
5/25/2007

that was the first thing. The second is we don't know each other as well as
we think.

Time is out of joint. Oh cursed sprite, that ever I was borne to set it right...

---

**Message 5579.34 was deleted**

---

35 of 48



On Mar 9, 2008 at 09:01 PM, gringo said:
Hey rambler.
Editor1 must be asleep. Check post #34

**gringo**
My Comments
Member Since:
2/24/2007

---

36 of 48



On Mar 9, 2008 at 09:33 PM, rambler1 said:
gringo
I reported it about a half hour ago. Nice job, Bill!
;-)
the man works hard. give him a raise.

**rambler1**
My Comments
Member Since:
5/25/2007

---

37 of 48



On Mar 9, 2008 at 09:35 PM, gladys said:
He does work harder than he should have to, shame.

**gladys**
My Comments
Member Since:
2/6/2007

---

38 of 48

On Mar 9, 2008 at 10:02 PM, rambler1 said:
amen to that, sister! *L*
have a great nite.

**rambler1**
My Comments

Pocono Record News Forum                                          Page 3 of 5

**Member Since:**
5/25/2007



**vgoren**
My Comments
**Member Since:**
7/19/2007

On Mar 10, 2008 at 06:10 AM, vgoren said:

Yeah testify against him and see if you tongue ends up in his walls; really nice guy you MORON; let him watch your kids, nieces, nephews if you trsut him so much!



**WhizzKid**
My Comments
**Member Since:**
8/4/2007

On Mar 10, 2008 at 09:30 AM, WhizzKid said:

Seeing how I don't believe in a "God", I don't think it would really matter to me whether it's a he or a she, would it.

**Timendi causa est nescire.** (*Ignorance is the cause of fear*) ~ Seneca
**www.ronpaul2008.com**

**Discussions**                    1  2  3  [4]  5                 **Keep Reading**

Pocono Record News Forum                                          Page 1 of 5



## POCONO RECORD
News & Information from Northeast Pennsylvania

| NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S G |

**Welcome  Guest**

Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### FRIEND 'HE'S JUST THE NICEST GUY IN THE WORLD'

**Discussions**                          1  2  3  4  [5]                **Keep Reading**

---

**41 of 48**



**On Mar 10, 2008 at 10:12 AM, MillieMae said:**

Remember Ted Bundy and Charles Cullin were nice guys too. In all seriousness, they do need to make sure that there was no relation between in victim and the former tenant also if he moved in to the house with the hands after the crime.

**MillieMae**
My Comments
Member Since:
1/31/2007

---

**42 of 48**



**On Mar 10, 2008 at 10:58 AM, VinMan said:**

That was my point, thank you for making it known, I appreciate it.

**VinMan**
My Comments
Member Since:
12/27/2006

---

**43 of 48**



**On Mar 10, 2008 at 11:32 AM, gladys said:**

'they do need to make sure that there was no relation between in victim and the former tenant also if he moved in to the house with the hands after the crime.'

**gladys**
My Comments
Member Since:

Or the owners/family/friend that hooked him up with the owners.

2/6/2007                          But if he did it, off to the bog.

---

**44 of 48**



**suzjames1**
My Comments
Member Since:
3/10/2008

On Mar 10, 2008 at 07:09 PM, suzjames1 said:

TED BUNDY WAS NICE TOO!!!!!!!!!!!!!!!!!!!!!!!!

---

**45 of 48**



**vewdewtew**
My Comments
Member Since:
1/7/2007

On Mar 11, 2008 at 07:12 AM, vewdewtew said:

you gotta wonder.........rapists,drug dealers,murderers.......do landlords ever
do background checks? Are those kind of resources available to them?
Arent most felonies a matter of public record if you look hard enough??? Or
is the all mighty dollar more important then safety of neighborhoods?

---

**46 of 48**



**gladys**
My Comments
Member Since:
2/6/2007

On Mar 11, 2008 at 07:48 AM, gladys said:

Apparently he didn't have convictions, only an arrest record. That's why the
contractor for the depot didn't find anything on his record, they weren't
looking for arrests, only convictions.

---

**47 of 48**



**1234**
My Comments
Member Since:
1/9/2007

On Mar 11, 2008 at 07:56 AM, 1234 said:

gladys- clearly, that must be the case. Still has me puzzled though. Wasn't
there a recent case of a mom trying to get her kids back from C&Y? As I
remember she needed a job but couldn't get one even at McDonalds
because of a felony arrest with no conviction? Yet this guy was able to get a
job at a military facility involved with national defense???? Jeez Loiuse!
What is wrong with this picture? Mom should have applied at the depot.

---

**48 of 48**

On Mar 11, 2008 at 09:32 AM, gladys said:



I don't get it either, maybe it's who you know or something. I bet it just got a little harder to get hired at the depot though. Someone's gonna take some heat. Question: How long does crack stay in your system for urine test? When employers drug test, do they do urine only or hair samples?

**gladys**
**My Comments**
**Member Since:**
2/6/2007

**Discussions**                           1 2 3 4 [5]                          **Keep Reading**

# Human remains arrest

Last Update: 3/09 8:40 am

<u>Print Story</u> | <u>Email Story</u>



33 year old Charles Hicks is now facing numerous charges including homicide and abuse of a corpse. Police say Hicks killed 36 year old Deanna Null, then cut up her remains and dumped them along Interstates 80 and 380. The garbage bags containing her remains were found in late January. Police believe she had been dead for several days.

Police say when they searched Hick's home, they found additional body parts including null's head and hands.

Hicks told reporters that police 'have the wrong guy'. He's being held in the Monroe County Correctional Facility. Police have not explained the relationship between Null and Hicks.

Copyright 2008 Clear Channel Broadcasting. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## March 9
## Man charged in dismember case

**In January, bags of Deanna Marie Null's remains were found along interstates.**

By JEN MARCKINI jmarckini@timesleader.com

STROUDSBURG – A Tobyhanna man was charged in the death of Deanna Marie Null on Saturday after police found what they believe to be her hands in his Prospect Street home.



Charles Hicks, of Tobyhanna, is handcuffed as he is led by state troopers to a police vehicle after being arraigned Saturday by District Judge Thomas Shiffer, in Stroud Township.

ADAM RICHINS/Pocono Record

Times Leader Photo Store

**Related headlines**

- Murder victim's old residence later burned

- Null homicide case timeline

Charles Ray Hicks, of 131 Prospect St., was arrested Saturday on charges of criminal homicide, aggravated assault, tampering with physical evidence and abuse of a corpse, said state police at Swiftwater.

Null's dismembered remains were found strewn along interstate highways in the Poconos on Jan. 29. Null's hands were the only body parts not found in January, and police discovered them Saturday inside Hicks' bathroom plumbing.

Also, police found garbage bags identical to those in which Null's parts were found in Hicks' attic on Friday.

Hicks, 33, was the last person seen with Null, 36, who apparently was killed within several days of Jan. 19, when she climbed into the seat of an older model sedan on Olive Street and Capouse Avenue in Scranton, according to Dennis Ingle, a homeless man in Scranton. Ingle said he and Null were friends for three months.

Hicks said Saturday he gave Null money and drugs for sex. Hicks would pick up Null in Scranton, the affidavit said. They drove around in his Mercury Grand Marquis. He recalled smoking crack cocaine with her and had sex on two occasions.

The blue vehicle with the white rag top was parked in front of Hicks' home for more than six weeks, according to neighbor Kimberly Lombardo, of 135 Prospect St., who told investigators on March 4 about the vehicle driven by a black man in his 30s, the affidavit said.

She also told police Hicks introduced himself to her as Charlie and had mentioned that he worked at Tobyhanna Army Depot.

"We received a tip of a car that matched the description and we were able to pull together a search warrant of evidence," said Trooper Craig Vanlouvender of the Swiftwater barracks.

Null's severed head was found about 200 yards from Hicks' Prospect Street home in Coolbaugh Township in January. On Saturday, investigators discovered two human hands hidden inside a plumbing chase in Hicks' bathroom, according to the criminal police complaint.

The hands, coated with what appeared to be cleaning detergent, were wrapped up in the Feb. 4 issue of the Scranton Times-Tribune newspaper. The right hand was in the north side of the plumbing tube and, the other, in the south tube.

On March 6, two days after the interview with Lombardo, state police served a search warrant at 131 Prospect St. and on Hicks' vehicle. Investigators found a Die Hard work boot stained in what appeared to be blood in the trunk.

But, Hicks could not explain to authorities the blood on his pair of boots.

In the attic of the residence, police found five black plastic garbage bags with blue ties – the same trash bags identical to bags Null's body parts were found in on interstates 380 and 80.

A manual hand saw also was found inside a bag in a closet during a search of the residence on Friday night, state police said. Hicks has been arrested in Texas for assault causing bodily injury in 2002, aggravated sexual assault in 2003 and aggravated robbery in 2007. He was arrested in Virginia in 2006 for assault and battery and possession of a controlled substance.

Hicks is being held without bail in Monroe County Correctional Facility. A hearing is scheduled for March 14.

# *Man charged with killing dismembered woman found along highways in mountains in eastern Pa.*

The Associated Press

March 9, 2008 Sunday 4:09 AM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** DOMESTIC NEWS

**Length:** 125 words

**Dateline:** STROUDSBURG Pa.

## Body

Police say a man has been charged with killing a woman whose dismembered remains were found dumped along Pennsylvania highways in January.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-old Deanna Null. He told reporters at his arraignment Saturday that authorities had the wrong man.

Police say the victim's severed head was found near his house. Two severed human hands were found hidden in his bathroom, but police did not say whether they belonged to Null.

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks is charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse. He is being held without bail. It was unclear whether he had an attorney.

**Load-Date:** March 9, 2008

End of Document

## *Man charged with Pa. body parts killing*

UPI

March 9, 2008 Sunday 11:22 PM EST

Copyright 2008 U.P.I. All Rights Reserved



**Length:** 160 words

**Dateline:** STROUDSBURG, Pa., March 9

## Body

A Pennsylvania man has been charged with killing a homeless woman, cutting up her body and leaving parts along two interstate highways in the Pocono Mountains.

Investigators said they found a pair of human hands in Charles Ray Hicks' house in Coolbaugh Township, The Allentown Morning Call reported.

Hicks admitted knowing Deanna Null, 36, but claimed he had not seen her since Jan. 18, police said. He said he had sex with her, giving her drugs and money.

''They got the wrong man,'' Hicks said after he was arraigned Saturday on charges that include murder and abuse of a corpse.

Parts of Null's body were found Jan. 29 in trash bags along I-80 and I-380, scattered over a 15-mile area. She remained unidentified for a week.

Null, who had no fixed address, had been staying in Scranton.

Hicks recently moved from Texas to Pennsylvania, where he had a job with a contractor at the Tobyhanna Army Depot. He has a history of arrests for assault in Texas and Virginia.

**Load-Date:** March 10, 2008

End of Document



# *NewsFeed Researcher*

## *more than a news feed*

## Other News Updates

Business    Sci/Tech    U.S.    World    Entertainment    Sports    Home    On-Demand News

Ads by Google

**Taser and Stun Guns**
Free shipping on orders over $100. Full line of self defense products.
www.IndividualSafety.com

**Fear No Man**
Learn To Defend Yourself Today From -The World Leader in Self Defense-
www.CloseCombatTrainin

**Personal Defense**
Find a wide variety of Tools and accessories at Northern Tool
www.NorthernTool.com

**Self Defense Products**
Self Defense Products for Everyone Everyday Family Protection
RKCSelfDefense.com



**Mar-09-2008**

## Man charged in mutilation murde

(topic overview)

### CONTENTS:

- Charles Ray Hicks, 33, was arrested Saturday by state police in th the homicide of 36-year-old Deanna Null, police said. **(More...)**
- Hicks is being held in the Monroe County Correctional Facility with preliminary hearing Friday before Magisterial District Judge Antho and other charges. **(More...)**
- Police said Hicks was also charged in Virginia in 2006 with assault possession of a controlled substance. **(More...)**

***Charles Ray Hicks, 33, was arrested Saturday by state police in the Swiftwater barracks for the homicide of 36-year-old Deanna Null, police said.*** Her remains were found Jan. 29 in eight trash bags strewn along Interstates 80 and 380 in Monroe and Lackawanna counties. Police said the victim's head was found near Hicks' house, and they also found two human hand wrapped in newspaper, hidden in his bathroom. [1] STROUD TOWNSHIP - Poli say they have a lot of evidence linking Charles Hicks of Tobyhanna to the death c Deanna Null, whose chopped up body was found in several trash bags along two interstates. Hicks, 33, was arrested Saturday at his home in Tobyhanna. Police believe he may be the man seen with Null, the last time she was seen alive, befor her body was found in January, in eight trash bags along Interstates 380 and 80 Monroe and Lackawanna counties.[2]

More than a month after a woman's dismembered body was found in garbage ba along Interstates 380 and 80 in Monroe County, police charged a Coolbaugh Township man Saturday with killing her. State police said they arrested Charles Hicks, 33, after finding a pair of hands in his house.[3] More than a month after woman's dismembered body was found in garbage bags along Interstates 380 an 80, police charged a Tobyhanna man today with her homicide. Police arrested Charles Ray Hicks, 33, after allegedly finding disembodied hands in his apartme [4]

Null's dismembered remains were found strewn along interstate highways in the Poconos on Jan. 29. Null's hands were the only body parts not found in January, and police discovered them Saturday inside Hicks' bathroom plumbing. Police found garbage bags identical to those in which Null's parts were found in Hicks' attic on Friday. Hicks, 33, was the last person seen with Null, 36, who apparently was killed within several days of Jan. 19, when she climbed into the seat of an ol model sedan on Olive Street and Capouse Avenue in Scranton, according to Den Ingle, a homeless man in Scranton. Ingle said he and Null were friends for three months. Hicks said Saturday he gave Null money and drugs for sex.[5] Police say Hicks killed 36 year old Deanna Null, then cut up her remains and dumped then along Interstates 80 and 380. The garbage bags containing her remains were fou in late January. Police believe she had been dead for several days. Police say whe they searched Hick's home, they found additional body parts including null's hea and hands.[6] With about 500 employees at the depot, DS2, a joint venture betw Lockheed Martin Corp. and Day & Zimmerman Co. is the largest third-party contractor at depot. Soon afterward, Hicks allegedly told police he met Deanna N a drifter who lived in Williamsport and Scranton. He said he had met with her on two occasions in Scranton to have sexual intercourse and use crack cocaine. In February, he rented 131 Prospect St., a single-level ranch home within walking distance of the depot and just 200 yards from where police say he tossed Null's head, wrapped in a garbage bag, to the side of the road from his passing vehicle. head was discovered with most of her body more than a month ago, when investigators located everything except Null's hands. In addition to the still unidentified hands found in the home, police said they found in Hick's attic garb bags and ties visually identical to those used to dispose of Ms. Null's body. They found a hacksaw in a bag in a closet of his home.[7]

Pennsylvania State Police have charged a 33-year-old man in the death of a wom
whose remains were found dumped along Interstates 80 and 380, back in Janua
Police say they found 26-year-old Deanna Null's severed head near the home of
Charles Hicks and her hands hidden inside his bathroom. Investigators say they
also found work boots stained with blood in the trunk of his car.[8] In January, l
of Deanna Marie Null's remains were found along interstates. STROUDSBURG -
Tobyhanna man was charged in the death of Deanna Marie Null on Saturday aft
police found what they believe to be her hands in his Prospect Street home. Char
Hicks, of Tobyhanna, is handcuffed as he is led by state troopers to a police vehic
after being arraigned Saturday by District Judge Thomas Shiffer, in Stroud
Township.[5]

Investigators are probing whether Charles Ray Hicks, 33, of Coolbaugh Townshi
kept parts of the dead woman closer to home. As investigators tore through the 1
Prospect Street home rented by the man they say killed Deanna Null, they made
grisly discovery Saturday: two hands bundled in pages of the Feb. 4 Times-Tribu
newspaper, ditched in a plumbing chase inside the wall.[7]

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-ol
Deanna Null. He told reporters at his arraignment Saturday that authorities had
wrong man. Police say the victim's severed head was found near his house. Two
severed human hands were found hidden in his bathroom, but police did not say
whether they belonged to Null.[9]

Authorities have not said whether the hands belonged to the victim. Investigator
also found work boots in the trunk of his car with bloodstains, which Hicks said
could not explain, police said. Police said they found a hacksaw in Hicks' attic an
new trash bags identical to those containing Null's body parts along the interstat
Hicks told reporters at his arraignment Saturday afternoon that authorities had
wrong man. "These guys are telling me I did something I didn't do," he said. Poli
said Hicks told investigators that he had smoked crack with and had sex with Nu
few times but denied killing her and couldn't remember the last time he saw her.
Police said he was the last person seen with Null.[1] In the attic of the residence,
police found five black plastic garbage bags with blue ties - the same trash bags
identical to bags Null's body parts were found in on interstates 380 and 80.[5]

MODIFIED: 03-08-2008 11:23 PM ET Man Charged with Killing, Dismemberin
Scranton Woman Police say they've caught the man who murdered a Scranton
woman and scattered her body parts along two highways in two separate countie
State Police have charged 33 year old Charles Hicks with murdering Deanna Mar
Null and dismembering her body. Hicks is currently at Monroe County Correctic
Facility where he's being held without bail.[10] Hicks was charged with homicide
aggravated assault, tampering with evidence and abuse of corpse. He is being he
without bail in the Monroe County Correctional Facility.[1] Hicks, who has lived
the 100 block of Prospect Street in Coolbaugh Township since going to work for
contractor at the Tobyhanna Army Depot on Jan. 2, was charged with homicide,
aggravated assault, tampering with evidence and abuse of corpse in the slaying o
Deanna Null, 36, according to court documents.[4] Charles Ray Hicks, of 131
Prospect St., was arrested Saturday on charges of criminal homicide, aggravated

assault, tampering with physical evidence and abuse of a corpse, said state police
Swiftwater.[5]

Hicks is charged with homicide, aggravated assault, tampering with evidence and
abuse of a corpse. He is being held without bail. It was unclear whether he had a
attorney.[9]

Police said Hicks has a pattern of violence starting in 2002. According to the
affidavit, he was charged with three offenses in Texas: assault causing bodily inju
in 2002, aggravated assault in 2003 and aggravated robbery in 2007.[3]

Police said Saturday the hands found in Hicks' house appeared to be from a whit
woman. Police would not say if they have determined the hands belonged to Nul
who was white. According to the police affidavit: When officers searched Hicks'
rented house Saturday morning, they found the hands wrapped in the Feb. 4 edi
of The Times-Tribune newspaper of Scranton. They were concealed in a plumbin
enclosure connected to the bathroom, with one hand found on the north side of
enclosure and the other on the south side.[3] Hicks would pick up Null in Scrant
the affidavit said. They drove around in his Mercury Grand Marquis. He recalled
smoking crack cocaine with her and had sex on two occasions. The blue vehicle v
the white rag top was parked in front of Hicks' home for more than six weeks,
according to neighbor Kimberly Lombardo, of 135 Prospect St., who told
investigators on March 4 about the vehicle driven by a black man in his 30s, the
affidavit said. She also told police Hicks introduced himself to her as Charlie and
had mentioned that he worked at Tobyhanna Army Depot.[5] "They got the wron
man," Hicks, formerly of Texas, told reporters after his arraignment Saturday
afternoon in Stroud Township. Hicks told police he occasionally gave Null mone
and drugs in exchange for sex, according to an affidavit filed in court. He told po
he last saw her around Jan. 18.[3] Null, who had no permanent address and had
been staying in Scranton, had a history of drug abuse, according to friends and
court documents. Her body parts turned up in eight locations across 15 miles in
Monroe and Lackawanna counties on Jan. 29. It took police a week and dental
records to identify her.[4]

Null also had a criminal record. In 2003, a state grand jury found she sold cocain
and crack cocaine to an undercover agent in 2001 and 2002 in Williamsport, wh
state police said she also had lived. The next year, she pleaded guilty to delivery o
controlled substance and conspiracy, according to Lycoming County Court recor
In 2004 she was sentenced to jail, and early the next year placed on work release
She had to pay a $1,340 fine, and paid the county intermittently from July 2005
through April 2007, court records show. With no payments five months after tha
the court on Sept. 21, 2007, issued a warrant for her arrest. The court docket doe
list other entries after that, indicating she was never jailed.[3] A manual hand sa
also was found inside a bag in a closet during a search of the residence on Friday
night, state police said.[5]

A Coolbaugh Township man has been charged in the killing of a woman whose
dismembered remains were found along highways in the Poconos more than a
month ago, police said.[1] Pennsylvania State Police have charged a man in the

death of a woman whose dismembered remains were found dumped along Interstates.[8] STROUDSBURG, Pa. (AP) — Police say a man has been charged \ killing a woman whose dismembered remains were found dumped along Pennsylvania highways in January.[9]

State police have arrested the man they believe killed a homeless woman and scattered her dismembered remains along area highways in late January.[7]

The search for Null's remains began when a state road worker salting Interstate ; found a bag containing the woman's head in the median in Coolbaugh Township Null's severed head was found about 200 yards from Hicks' Prospect Street hom Coolbaugh Township in January.[5]

The arrest follows several unnerving weeks since the body parts were recovered from alongside Interstates 81 and 380 on January 29. Environmental contractor Andre Palenzuela is relocating his family from Brooklyn to a Coolbaugh Townsh: home he purchased and renovated. I'm leaving the city to raise my daughters in ; place where trees are higher than buildings, he said.[7] A woman's head is amon eight bags with body parts found along Interstates 80 and 380.[8] Police ultimat found eight bags full of body parts along 5 miles of Interstate 80 and 15 miles of 380, stretching from Stroudsburg to Gouldsboro.[1]

The hands are believed to be the only remaining body parts that were not in the trash bags.[2]

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates and 380.[9] Bags containing Null's remains were found scattered along interstat 380 and 80 in Monroe and Lackawanna Counties two months ago.[10]

▲ BACK TO TOP

*Hicks is being held in the Monroe County Correctional Facility with bail, pending a preliminary hearing Friday before Magisterial Distr Judge Anthony Fluegel on homicide and other charges.* According to a police affidavit, Hicks has only been in the area for a few months, having relocate from Texas, where he assembled a criminal record that included assault in 2002 sexual assault in 2003, and aggravated robbery in 2007. [7] Hicks told reporters that police 'have the wrong guy'. He's being held in the Monroe County Correctic Facility.[6]

Hicks, an electrical technician, was arraigned by District Judge Thomas Shiffer a is being held without bail in Monroe County Prison.[3]

▲ BACK TO TOP

*Police said Hicks was also charged in Virginia in 2006 with assault and battery and possession of a controlled substance.* It is not clear if l was convicted of any of the charges. [3] Investigators discovered two human han hidden inside a plumbing chase in Hicks' bathroom, according to the criminal p

complaint.[5] Investigators found a Die Hard work boot stained in what appeare
be blood in the trunk. Hicks could not explain to authorities the blood on his pai
boots.[5]

According to the affidavit, police also found a blood-stained boot in Hicks' trunk
The break in the case came Tuesday when police received a call from someone w
said a car matching the description of the suspect vehicle, had been parked, for
several weeks, at the house Hicks was rending in Tobyhanna.[2] On March 6, tw
days after the interview with Lombardo, state police served a search warrant at 1
Prospect St. and on Hicks' vehicle.[5]

Hicks has been arrested in Texas for assault causing bodily injury in 2002,
aggravated sexual assault in 2003 and aggravated robbery in 2007. He was arres
in Virginia in 2006 for assault and battery and possession of a controlled substar
[5]

 **timesleader.com**
NORTHEASTERN PENNSYLVANIA'S HOMEPAGE

 PRINT THIS

# March 9
# Null homicide case timeline

According to an affidavit:

*Jan. 29* – State police at Swiftwater receive a call around 9:07 a.m. regarding the discovery of body parts in the median of Interstate 380, Coolbaugh Township, Monroe County.

A search of Interstate 380 north and southbound, and Interstate 80 east and west in Monroe and Lackawanna counties led to the discovery of various body parts that appeared to be frozen. Police found:

A left and right foot, along with a calf, was discovered in a black garbage bag with blue tie strings northbound in the median on I-380, mile mark 4.1, in Coolbaugh Township, Monroe County.

An arm was found in a bag in the median on I-380 northbound, mile mark 5.2, in Coolbaugh Township.

A leg with a knee was found in the median northbound on I-380, mile mark 5.6, in Coolbaugh Township.

Intestines and upper part of torso found in the median northbound on I-380, mile mark .4, in Jackson Township.

Lower half of a torso, including buttocks, found in the median northbound on I-380, mile mark 14.5, in Clifton Township, Lackawanna County.

A severed head found southbound on I-380 off to the right side of the entrance ramp, exit 8, in Coolbaugh Township. About 375 feet south of the head, a garbage bag was found torn open.

An arm was found off to the right side of the westbound lanes on I-80, mile mark 306.6, in Stroudsburg, Monroe County.

A leg was found in the median eastbound on I-80, mile mark 294.8, in Pocono Township.

*Jan. 30* – Autopsy revealed the victim suffered several blunt force and sharp force trauma injuries any of which could have caused her death. The manner of death was ruled as homicide and the cause of death as homicidal violence. A forensic odontologist from Allentown revealed the victim had 13 teeth removed as a result of dental procedures.

*Jan. 31* – Police received reports from family members about their missing daughter, Deanna

Bryan (Null). She also was not seen in the past few weeks at the soup kitchen in Scranton, where she would frequent.

*Feb. 1* – A court order was obtained for Null's medical and dental records.

*Feb. 1* – Deanna Marie Null was identified after X-rays of her jaw was compared to that of the autopsy.

*Feb. 3* – Edmund Pisano, owner and proprietor of Pisano's Smoke Shop, on Olive Street, Scranton, told authorities he knew Null from coming into the shop. He worked retail between Jan. 19 and 20, and that he remembered Null coming into the store and buying a beer the last weekend he worked. He never saw Null after this encounter.

*Feb. 3* – Dennis Ingle, a homeless man in Scranton, said he knew Null and he was a friend of hers. He knew her for about three months and remembered Null getting into a dark blue vehicle with a rag/leather type tops. Ingle told police that Null told him that she went to Tobyhanna for the weekend.

*Feb. 6* – A wound analysis of Null's remains was conducted by a forensic anthropologist at Bloomsburg University. Two sharp-edge tools were used in the dismemberment of Null – a knife for the soft tissue and a saw to cut through the bone. Cutting tools: A mechanically powered handheld saw with sharp fine teeth.

*March 4* – Kimberly Lombardo, of 135 Prospect St., told police about the vehicle that has been staying at the house next to her for more that six weeks. The vehicle matched the description of the older model sedan Null was last seen getting into on Olive Street and Capouse Avenue in Scranton.

*March 5* – State police showed a picture of Hicks' Mercury Grand Marquis with Texas registration BPN815 to James Frances Pidgeon at his apartment in Scranton. He said that was the car he saw Null get into on Jan. 18 when he was approached by a black male who asked him if he wanted to have a good time with the girls in the car. One of those girls was Null.

*March 6* – A sealed search warrant was conducted on the Mercury Grand Marquis, owned by Charles Ray Hicks. The state police at Hazleton's Forensic Services Unit executed the search warrant on Hicks' vehicle after the search warrant was served on Hicks. In the trunk of his vehicle, police found a work boot that had blood stains on it.

*March 7* – Hicks was arrested on criminal homicide charges in Null's killing after police executed a search warrant at 131 Prospect St., where a handsaw was found in the closet and human hands hidden in the bathroom of Hicks' residence.

**Find this article at:**
http://www.timesleader.com/news/20080309_09_NullTimeline_ART.html

☐ Check the box to include the list of links referenced in the article.

The Express-Times: Story        http://search.starledger.com/texis/search/+EPezGfLjmBmerV8-rww...

First match | New search | More Like This | Printer Friendly Version | Log Out

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/03/09 Sunday Page: B1 Section: NEWS Edition: New Jersey Size: 354 words

# Poconos murder arrest CHARLES RAY HICKS dismembered woman, scattered body parts, police say.

### By FROM STAFF AND WIRE REPORTS

STROUDSBURG | A Coolbaugh Township man has been charged in the killing of a woman whose dismembered remains were found along highways in the Poconos more than a month ago, police said.

Charles Ray Hicks, 33, was arrested Saturday by state police in the Swiftwater barracks for the homicide of 36-year-old Deanna Null, police said. Her remains were found Jan. 29 in eight trash bags strewn along Interstates 80 and 380 in Monroe and Lackawanna counties.

Police said the victim's head was found near Hicks' house, and they also found two human hands, wrapped in newspaper, hidden in his bathroom. Authorities have not said whether the hands belonged to the victim.

Investigators also found work boots in the trunk of his car with bloodstains, which Hicks said he could not explain, police said. Police said they found a hacksaw in Hicks' attic and new trash bags identical to those containing Null's body parts along the interstates.

Hicks told reporters at his arraignment Saturday afternoon that authorities had the wrong man.

"These guys are telling me I did something I didn't do," he said.

Police said Hicks told investigators that he had smoked crack with and had sex with Null a few times but denied killing her and couldn't remember the last time he saw her. Police said he was the last person seen with Null.

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse. He is being held without bail in the Monroe County Correctional Facility. A preliminary hearing is scheduled for March 14.

Phone numbers listed for Hicks and Null were disconnected Saturday.

The search for Null's remains began when a state road worker salting Interstate 380 found a bag containing the woman's head in the median in Coolbaugh Township. Police ultimately found eight bags full of body parts along 5 miles of Interstate 80 and 15 miles of I-380, stretching from Stroudsburg to Gouldsboro.

Null, described as homeless, was supposed to be an alibi witness at a man's robbery trial but did not testify and the man was convicted.

URL: <a href="/texis/search/story.html?table=et2008&id=47d57f074c">Poconos murder arrest CHARLES RAY HICKS dismembered woman, scattered body parts, police say.</a>

### *Reading Navy SEAL dies in training York death self-inflicted, investigation says Arrest made in grisly killing Hollywood, Pittsburgh-style*

Sunday News (Lancaster, Pennsylvania)

March 9, 2008 Sunday

Copyright 2008 Lancaster Newspapers, Inc.   All Rights Reserved

**Section:** B; Pg. 5

**Length:** 480 words

**Byline:** Sunday News Staff

**Series:** AROUND PENNSYLVANIA

**Dateline:** Lancaster, PA

## Body

Around Pennsylvania

A Navy SEAL who died during parachute training in Arizona was identified Saturday as an 11-year veteran of the special warfare force from Pennsylvania.

Chief Special Warfare Operator Lance M. Vaccaro, 35, of Reading, died Thursday while undergoing training near Marana, Ariz., according to Cmdr. Greg Geisen, spokesman for the Naval Special Warfare Command in San Diego.

He was the second SEAL to die in the past month during parachute training at the base south of Phoenix. The Navy suspended training at the Marana facility and initiated a safety stand-down after Vaccaro's death.

Vaccaro joined the Navy in 1991 and entered SEAL training in Coronado, Calif., in 1996.

A state police investigation has concluded that a man shot a dozen times by police died of a self-inflicted wound.

The report says Antonio Luis "Puto" Sotomayor shot himself in the head during a January 2007 confrontation with police. Sotomayor ran from police as they tried to take him into custody for selling cocaine to a confidential informant.

Sotomayor narrowly missed shooting Trooper Christopher Keppel, and the other officers saved his life by shooting the suspect, the police report said. Sotomayor was hit 12 times, including in the buttocks, leg, shoulder, chest and hands.

York County District Attorney Stan Rebert says he considers the case closed. He says the only thing unclear is whether Sotomayor shot himself intentionally or accidentally.

State police say a man has been charged with killing a woman whose dismembered remains were found dumped along highways in the Poconos more than a month ago.

Charles Ray Hicks, 33, was arrested in the homicide of 36-year-old Deanna Null, police at the Swiftwater barracks said Saturday.

Police said the victim's severed head was found near his house, and they also found two severed human hands, wrapped in newspaper, hidden in his bathroom. Authorities have not said whether the hands belonged to the victim.

Reading Navy SEAL dies in training York death self-inflicted, investigation says Arrest made in grisly killing Hollywood, Pittsburgh-style

Investigators also found work boots in the trunk of his car with bloodstains, which Hicks said he could not explain, police said. Hicks, a former Texas resident now living in Coolbaugh Township, was charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse.

For years, film and TV workers based in Pittsburgh had to leave town to find work. Now, a mini-boom in Pittsburgh's film industry not only is keeping them busy, but also luring out-of-towners to work in the region. Four movies are being filmed or are about to be shot in the Pittsburgh area - the Kevin Smith comedy "Zack and Miri Make a Porno," the supernatural thriller "Shelter," the post-apocalyptic drama "The Road," and the DreamWorks romantic comedy "She's Out of My League."

Local crews used to go elsewhere for work and "now we're a hot spot," said George Jaber, head of the local film workers union. "It's amazing."

From our wire services

**Load-Date:** March 10, 2008

---

**End of Document**

## *Suspect arrested in dismemberment case Charles Hicks charged with killing Deanna Null*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

March 9, 2008 Sunday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 592 words

**Byline:** DAVID FALCHEK TIMES SHAMROCK WRITER

# Body

State police have arrested the man they believe killed a homeless woman and scattered her dismembered remains along area highways in late January. But investigators are probing whether Charles Ray Hicks, 33, of Coolbaugh Township, kept parts of the dead woman closer to home.

As investigators tore through the 131 Prospect Street home rented by the man they say killed Deanna Null, they made a grisly discovery Saturday: two hands bundled in pages of the Feb. 4 Times-Tribune newspaper, ditched in a plumbing chase inside the wall. Investigators say the hands appeared to belong to a white female. They were wrapped in socks soaked in detergent.

Hicks is being held in the Monroe County Correctional Facility without bail, pending a preliminary hearing Friday before Magisterial District Judge Anthony Fluegel on homicide and other charges.

According to a police affidavit, Hicks has only been in the area for a few months, having relocated from Texas, where he assembled a criminal record that included assault in 2002, sexual assault in 2003, and aggravated robbery in 2007. Hicks had also been arrested in Virginia in 2006 for assault and possession of controlled substances.

He obtained a job in January at the Tobyhanna Army Depot through Defense Support Services LLC, or DS2. With about 500 employees at the depot, DS2, a joint venture between Lockheed Martin Corp. and Day & Zimmerman Co. is the largest third-party contractor at depot.

Soon afterward, Hicks allegedly told police he met Deanna Null, a drifter who lived in Williamsport and Scranton. He said he had met with her on two occasions in Scranton to have sexual intercourse and use crack cocaine.

In February, he rented 131 Prospect St., a single-level ranch home within walking distance of the depot and just 200 yards from where police say he tossed Null's head, wrapped in a garbage bag, to the side of the road from his passing vehicle. The head was discovered with most of her body more than a month ago, when investigators located everything except Null's hands.

In addition to the still unidentified hands found in the home, police said they found in Hick's attic garbage bags and ties "visually identical" to those used to dispose of Ms. Null's body. They also found a hacksaw in a bag in a closet of his home. Investigators also found a pair of bloody boots in the truck of Hicks' car.

In addition to criminal homicide, Hicks also is charged with aggravated assault, tampering with evidence, and abuse of corpse.

Suspect arrested in dismemberment case Charles Hicks charged with killing Deanna Null

The arrest follows several unnerving weeks since the body parts were recovered from alongside Interstates 81 and 380 on January 29. Environmental contractor Andre Palenzuela is relocating his family from Brooklyn to a Coolbaugh Township home he purchased and renovated.

"I'm leaving the city to raise my daughters in safe place where trees are higher than buildings," he said. "I'm coming here to leave that behind and now I think that it is following me."

At first, he resisted his wife's request for a shotgun. Now, he said he will reconsider.

Mike Baus has lived in Tobyhanna for six years. Convinced that Tobyhanna is a safe place, the recent arrest for such a henious crime doesn't have him concerned.

"This is one moron, one incident not a group or a trend," he said. "You would have a hard time finding a safer place than Tobyhanna."

According to The Associated Press, Hicks maintained his innocence when being led away in handcuffs Saturday.

"These guys are telling me I did something I didn't do," he said.

The Associated Press contributed to this report.


**Load-Date:** May 14, 2014

---

End of Document

3BODY 3BODY



3BODY. Pocono Township. Thursday, December 31, 2008.  State police resume their search today for additional body parts that were scattered about I-380 and I-80. Parts werte found on Tuesday, but police suspect there are others. CUTLINE: State Troopers; Lou Rossi, left, and Corporal Marstellar, right, search I-80 in Pocono Township.  (Pete Shaheen/TMC) *Coombe story  NOTE: Marstellar would not give his first name.  ORG XMIT: NGM_0JVIV54R///  ** Deanna Marie Null **   ** highway signs **

**Published Caption:**
STATE TROOPER Lou Rossi searches next to Interstate 80 in Pocono Township for more body parts on Jan. 31. It took investigators a week to identify the body of Deanna Null from dental records.

**Headline:**
**Object:** 3BODY 3BODY
**Byline:** PETE SHAHEEN
**Byline Title:** STAFF PHOTOGRAPHER
**Date Created:** 1/30/2008
**Date Input:** 2/5/2008  1:50:52 AM
**City:** POCONO TOWNSHIP
**State:** PA
**Country:** USA
**Keywords:** STATE, POLICE, INVESTIGATION, BODY, PARTS, CRIME, ROAD, SIC3/9/2008
**Subjects:**
**Instructions:** x
**Object Type:**
**Story Slug:**

**Credit:** TMC
**Source:** Staff Photo Digital
**Section:** National
**Edition:** SECOND
**Page:** A5
**Zone:**
**Size:** 3872 X 2592 (uncropped)
**Merlin ID:** 3979207

Published 3/9/2008

# Did he cut her up?

## Tobyhanna man denies dismembering woman, dumping body parts along highways

By SUSAN KOOMAR
Pocono Record Writers
March 09, 2008 6:00 AM

and DAVID KIDWELL


Deanna Marie Null was homeless, drifting between Williamsport and Scranton, with a rap sheet of drug crimes.

Charles Ray Hicks came from Texas to work at Tobyhanna Army Depot, but police say his baggage includes violent crime and addiction to cocaine and booze.

Their lives intersected in sex and drugs, then horrific violence as, police say, Hicks murdered Null, cut her up with a hacksaw and scattered her body parts in garbage bags along Interstates 80 and 380.

All but her hands, which police say they found in a plumbing compartment in the house rented by Hicks at 131 Prospect St. in Tobyhanna.

State police arrested Hicks on Saturday — just five weeks after PennDOT workers discovered the first of Null's remains in Coolbaugh Township on Jan. 29. The crime seemed as unsolvable as it was tragic. The victim didn't even have a name.

But old-fashioned police work, combined with widespread media coverage and hundreds of tips from the public, led investigators to the victim's identity, then her last known whereabouts, and descriptions of a man she was seen with and his car.

Hicks, 33, was quiet but spoke plainly as reporters swarmed him before his arraignment by District Judge Thomas Shiffer in Stroud Township around 1:30 p.m. Saturday.

"These guys are telling me I did something I didn't do," he said. "They got the wrong guy."


But police say they have plenty of evidence against Hicks, including a blood-stained work boot in the trunk of his car, a saw in a bag in a closet of his house and garbage bags in the attic — bags the same as those found containing Null's remains.

"We came up with items that we felt linked Mr. Hicks to the homicide," said Lt. Robert Bartal. "As far as good hard police work, this is as good as you are going to see."

Hicks picked up Null in Scranton, police said.

Hicks admitted having sex and smoking crack with Null. He told investigators he paid her with drugs and money for sex, according to the police criminal complaint. But he claimed he hadn't seen her in weeks and denied she ever visited his house in Tobyhanna.

Investigators say Hicks spoke three incriminating words when asked if there would be any evidence of Null's presence found in his house or the trunk of his car: "There shouldn't be."

Hicks came to work as an electronics technician at Tobyhanna Army Depot in January. Now he is jailed without bail in Monroe County Correctional Facility, charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse.

"As horrible as this crime was I knew it would be solved. I didn't think it would be solved so quickly," said David Christine, Monroe County's district attorney.

Christine praised police for their "tireless, painstaking" work. In some places, police would give up on such a challenging, bizarre case and attribute it to out-of-towners, Christine said.

"The state police of Pennsylvania don't treat crime that way. Monroe County's not the boondocks and the Pennsylvania State Police are diligent in trying to solve crimes," he said.

Bartal estimated that 100 people worked on the case, along with cadaver dogs from New York and Harrisburg, and municipal police departments in Scranton and Williamsport.

After the suspect's arraignment, state police forensics experts were still seeking evidence in the house Hicks rented. Bartal said the search could continue into today and that the investigation will go beyond that.

Police interviewed people in Scranton who knew Null and they described a man she was seen with and the car they traveled in. Police publicized a description of the car. On Tuesday, Kimberly Lombardo, who lives near Hicks, told police that her neighbor's car matched the description. Another lead also pointed police to Hicks, said Bartal.

On Thursday, police searched Hicks' car, a Mercury Grand Marquis, and found work boots in the trunk. One boot had red stains that turned out to be blood. Hicks confirmed the boots were his, but said, "I can't explain that" when asked about the blood.

On Friday night, state police began their intensive search of Hicks' house.

Hicks was in trouble before he came to the Poconos. In Texas, he was charged with assault in 2002, sexual assault in 2003 and robbery in 2006. In 2006, police in Virginia charged him with assault and drug possession.

State police here said Hicks had stopped taking several prescription medications for psychological problems.

State police who played key roles in the Null investigation include Sgt. Gregg Mrochko and Troopers Robert Sebastianelli and Craig VanLouvender.



# What was in the black plastic bags

Police were silent early in the investigation about what exactly was found in black garbage bags with blue string ties on Jan. 29. The details are included in the criminal complaint against Charles Ray Hicks.

Interstate 380

Coolbaugh Township

1. Northbound, mile marker 4.1, in the median: left and right foot with a calf

2. Northbound, mile marker 5.2, in the median: an arm

3. Northbound, mile marker 5.6: in the median: a leg with a knee

Jackson Township

4. Northbound mile marker 0.4 in the median: intestines and upper part of torso

Clifton Township, Lackawanna County

5. Northbound mile marker 14.5 in the median: lower half of a torso, including buttocks

Coolbaugh Township

6. Southbound mile marker 7.5 off the right side of the entrance ramp: woman's head; about 375 feet south was another bag, which had been torn open

Interstate 80

Stroudsburg

7. Westbound at mile marker 306.6 off the right side: an arm

Pocono Township

8. Eastbound at mile marker 294.8 in the median: a leg

Pocono Record News Forum

Did he cut her up?

**Mar-9**                                                                                    **1 of 162**
From: **kushman**
Total posts: 74

Iam glad they caught this ####. I can't beiplieve he was so stupid. I knew that he had to be a crackhead. I can't believe that he worked at TYAD. I can't believe that he was right there the whole time. Thank God for the lady calling this one in. Now this woman can rest in peace.

| Back to Article | Options | Reply |

**Mar-9**                                                                                    **2 of 162**
From: **gonzoso**
Total posts: 86

How does a guy with three felonies get a job at the Tobyhanna Army Depot? A multiple felony crackhead murderer electronics technician.

| Back to Article | Options | Reply |

**Mar-9**                                                                                    **3 of 162**
From:
**MyOpinion18330**
Total posts: 21

Gonzoso: I thought the same thing but during one of the tv broadcasts (I forget which station) they said he didn't work directly with the TA Depot. He was hired by a private contractor and outsourced to the depot. It was the private contractors job to do the background/criminal checks.

| Back to Article | Options | Reply |

**Mar-9**                                                                                    **4 of 162**
From:
**fraudstoper**
Total posts: 13

FROM READING THIS ENTIRE ARTICLE THIS GUY IS A MANIAC AND NEEDS TO BE EXECUTED FORGET ABOUT JAIL TIME JUST HANG THE SICK ***SOB***

| Back to Article | Options | Reply |

**Mar-9**                                                                                    **5 of 162**
From:
**JackRubyBaby
(JRBaby)**
Total posts: 1302

If you haven't done so already, read the affadavit (link under picture). This gives a chronological order of events during this investigation. Great police work! You can run, but you can't hide.



| Back to Article | Options | Reply |

Pocono Record News Forum                                          Page 1 of 1

**Mar-9**                                                        **6 of 162**
From: wawa55
Total posts: 539



I agree fraudstoper- I have had nightmares! I thought I was going nuts after seeing what looked like a leg it is just so horrible. Thank God the police got him now we can all rest in peace.

| Back to Article | Options | Reply |

**Mar-9**                                                        **7 of 162**
From: jeffwoehrle
Total posts: 2584

Kudos to the police for this investigation. Damn good job.

It's a shame that being stupid isn't a crime. Perhaps this chap could have been taken off the streets sooner.

| Back to Article | Options | Reply |

**Mar-9**                                                        **8 of 162**
From: patricia
Total posts: 283

Pat [Effort] Again GOD bless the soul of that poor girl, no matter what her life style no one deserves to die and be disposed of that way. As far as Hicks

| Back to Article | Options | Reply |

**Mar-9**                                                        **9 of 162**
From: scooter721
Total posts: 12

Sure does make me feel better knowing they caught him.

| Back to Article | Options | Reply |

**Mar-9**                                                        **10 of 162**
From: CallMeRonnie
Total posts: 2355

It's called third-party and temp agencies. Ever since regular businesses got too lazy and pompous to do their own hiring, we've had lots of this type of thing. Employers don't have to be loyal to their workers or pay them benefits or provide job security. The jerks deserve what they get.

| Back to Article | Options | Reply |

Pocono Record News Forum

**Mar-9**
From: **t36namp**          finger prints hell, they find her hands in his house and he says they got the wrong guy? smoke
Total posts: 20            em!

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**
From: **pokeanose**        Lets give the police a hand! No pun intended!
Total posts: 11

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**
From:                      Very nice, pokeanose!
**jeffwoehrle**
Total posts: 2584          Two thumbs up!

                           Oops...

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**
From: **Moncks**           I cannot believe this guy worked at the depot.Someone should be in deep trouble for this
Total posts: 49            hiring.I worked at the depot for an outside contractor and it took two weeks for a police
                           check.They even found out I had a speeding ticket(only one I ever got in my life) for 65 mph
                           on 81 in 1963.They did everything but fingerprints.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**
From: **hscott**           Awwww, he looks so sad. Book 'en Danno.
Total posts: 254

[ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                                    Page 1 of 1

**Mar-9**                                                                    **16 of 162**
From: **tucker**          He'll probably plead insanity. I believe he is. Normal people don't hide body parts in their
Total posts: 405          bathroom. This guy is a loose cannon. He'll probably end up in a rubber room somewhere. At
                          least he's off the streets. Hats off to all the people involved in nabbing him.

                                                    | Back to Article | Options | Reply |

**Mar-9**                                                                    **17 of 162**
From: **Katkat**          May God rest Deanna Marie Null's soul. May Charles Ray Hicks Rot in Hell and Kudo's to all who
Total posts: 6            were involved in his capture.

                                                    | Back to Article | Options | Reply |

**Mar-9**                                                                    **18 of 162**
From: **namwen**          remember inocent until provin guilty.cant hang the guy until then.
**(newman)**
Total posts: 15

                                                    | Back to Article | Options | Reply |

                              **Message 5577.19 was deleted**

**Mar-9**                                                                    **20 of 162**
From: **PA_native**       I am just amazed at how good are PSP are...
Total posts: 451
                          I big thanks to them, again!!!

                          Hopefully after the trial, the woman's family can at least get some closure to this horrible
                          tragedy.

                                                    | Back to Article | Options | Reply |

Pocono Record News Forum                                                    Page 1 of 1

**Mar-9**                                                                    **21 of 162**
From:
**anotheruser**          Nice work ladies and gentlemen of PSP. Tireless work much appreaciated
Total posts: 124

| Back to Article | Options | Reply |

🏺                    **Message 5577.22 was deleted**                     🏺

**Mar-9**                                                                    **23 of 162**
From: **45acp**          Glad they got em. An i thought for sure he was from out of town.
Total posts: 30

| Back to Article | Options | Reply |

**Mar-9**                                                                    **24 of 162**
From: **Roadking**       Sebastianelli has an "S" on his chest, VanLouvender wears a cape, as far as I'm concerned.
Total posts: 276
                         Great team effort, coppers. Well done. How about a round of applause for these guys!

                         ouch.

| Back to Article | Options | Reply |

**Mar-9**                                                                    **25 of 162**
From: **namwen**         hahahaha.thats wat im talking about
**(newman)**
Total posts: 15

| Back to Article | Options | Reply |

Pocono Record News Forum                                    Page 1 of 1

**Mar-9**
From: **Gonesouth**
Total posts: 5

if he kept the hands (souveneir) he may be a serial killer. Also, how did he get to work at the army depot with a criminal background?

| Back to Article | Options | Reply |

**Mar-9**
From: **LTLM**
Total posts: 41

guess someone didn't like my post

censorship

| Back to Article | Options | Reply |

**Mar-9**
From: **mfred**
Total posts: 92

Hicks was not a from around here. He just moved into the area in January.

| Back to Article | Options | Reply |

**Mar-9**
From: **foxgap**
Total posts: 238

FECES!!! Dont you just love this area???

| Back to Article | Options | Reply |

Pocono Record News Forum                                                                 Page 1 of 1

.          .

**Mar-9**                                                                    **44 of 162**
From: LTLM          anyone else wondering how many other women this guy has killed?considering how he kept
Total posts: 41     her hands with him(either as a reminder or to prevent her i.d.)and how he chopped her up
                    and scattered her remains i'm willing to bet this isn't this guys first victim.i'd start following
                    his travels the past few years and i'll bet you find more similar murders along the way.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **45 of 162**
From: **Markvg**    Does Jack receive any parting gifts?
(MVG)
Total posts: 375



[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **46 of 162**
From: **Markvg**    Good points LTLM. He's been in trouble in multiple states and I bet they have, or will be
(MVG)               looking into that.
Total posts: 375



[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **47 of 162**
From: gladys        Good point. I would think he kept them for souvenirs. He could have (sorry) burnt them or
Total posts: 835    otherwise gotten rid of fingerprints. With all the people who knew him saying how great he
                    was, he must have been conditioned to have no outward signs of nervousness or just has no
                    conscience at all. Real scary stuff. Hope he doesn't get off with insanity. He needs a hot shot.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **48 of 162**
From:               Jack, you are an idiot. That is absolutely uncalled for. I hope the editors block you for good
**BrooklynDaughter** since you have nothing worthwhile to contribute to the conversation.
Total posts: 6

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **49 of 162**
From: **Markvg**    "...he must have been conditioned to have no outward signs of nervousness or just has no
(MVG)               conscience at all. Real scary stuff..."
Total posts: 375
                    Also a good point on this sicko and what he could possibly have done in the past.



[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **50 of 162**
From: LTLM          that's true about his behavior towards other people.how many people have already given the
Total posts: 41     old"he was such a nice guy"line already?it wouldn't suprise me at all if they tie him to more
                    murders.

Pocono Record News Forum                                      Page 1 of 1

**Mar-9**                                                     **56 of 162**
From:
**Rebeccadoglover**          "he must have been conditioned to have no outward signs of nervousness or just has no
Total posts: 464             conscience at all."

         Or worse, he is a true sociopath and really does not have a conscience at all, or experience
                             any emotion when it comes to other human beings. Unlike many other mental disorders,
                             there is no cure or effective treatment for sociopathy. That might not be what is wrong with
                             this guy, but regardless of what made him do it, he should never be free another day in his
                             life again.

                             [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                     **57 of 162**
From: **gringo**             Normally the editor informs us when he takes out the trash.
Total posts: 849

         [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                     **58 of 162**
From: **Markvg**             Yea Gringo, that is true.
   **(MVG)**
Total posts: 375             The "trash" is still there but we'll cut the editors some slack... hopefully they are out enjoying
                             a nice sunny day.

         [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                     **59 of 162**
From: **LTLM**               it may be sunny but it's still freezing out
Total posts: 41

                             [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                     **60 of 162**
From: **Markvg**             "...he should never be free another day in his life again."
   **(MVG)**
Total posts: 375             Absolutely Rebecca. It will be interesting to see how this plays out.

         [ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                          Page 1 of 1

**Mar-9**                                                              **61 of 162**
From: **gladys**      'Or worse, he is a true sociopath and really does not have a conscience at all, or experience
Total posts: 835      any emotion when it comes to other human beings.'

      This sounds like it. The police searched his home Friday night and he talked to his good friend
                          Sat. morning and never mentioned it. Empty soul. No soul.

| Back to Article | Options | Reply |

**Mar-9**                                                              **62 of 162**
From: **Markvg**      "it may be sunny but it's still freezing out "
(MVG)
Total posts: 375      Boo hoo hoo! LOL

      I am just happy to see a bright sunny day after yesterday! :)

| Back to Article | Options | Reply |

**Mar-9**                                                              **63 of 162**
From: **Markvg**      "...The police searched his home Friday night and he talked to his good friend Sat. morning
(MVG)                 and never mentioned it. Empty soul. No soul."
Total posts: 375
      Right! That is really screwed up! The "friend" even went over to the house to get him and I
                          guess ran into the police tape. The friggin' idiot was at a motel when they arrested him.

| Back to Article | Options | Reply |

**Mar-9**                                                              **64 of 162**
From: **LTLM**
Total posts: 41       it will be snowing again soon enough.the endless winter continues.

| Back to Article | Options | Reply |

**Mar-9**                                                              **65 of 162**
From: **Markvg**      "it will be snowing again soon enough.the endless winter continues. "
(MVG)
Total posts: 375      LOL

      This is for Gladys....

**Attachments**

Name:  debbie_downerx1x.jpg   Size:  7 K

Pocono Record News Forum                                        Page 1 of 1

**Mar-9**
From: gladys
Total posts: 835

'The friggin' idiot was at a motel when they arrested him.'

Wonder why he was a motel. No law against it, just odd. Was he getting ready to run or did he pick up a new potential victim?

66 of 162

| Back to Article | Options | Reply |

**Mar-9**
From: gladys
Total posts: 835

Thanks Mark :) It never gets old!

67 of 162

| Back to Article | Options | Reply |

**Mar-9**
From: Markvg
(MVG)
Total posts: 375

"Wonder why he was a motel"

I would think it was because they were tearing the house apart. They couldn't just throw him in jail although they probably should have just shot him and get it over with.

I feel bad for the people that own the house but they could have done checks on him before renting to him. I don't want to knock the owners though.

68 of 162

| Back to Article | Options | Reply |

**Mar-9**
From: gringo
Total posts: 849

"I am just happy to see a bright sunny day after yesterday! :)"

At least now im an expert. I know all the puddles and low spots on Neola Rd. I`m selling maps to anyone interested. (need to pay for gas).

69 of 162

| Back to Article | Options | Reply |

**Mar-9**
From: GM1258
Total posts: 25

INTO THE QUICKSAND!!!
Save the taxpayers the expense of housing & trying this scum.
I know a couple of deep treecherous pete bogs near Gouldsboro
that would swallow a horse without leaving a trace.
Take him out there and march him in.
I think it would be rather amusing to watch this punk
struggle, flail about, beg for mercy, etc.
Then watch as his mouth fills up with the deadly ooz
to the fate of a slow agonizing end.
No funeral, no requiem, not even a stone to mark
his place in eternity.
Just the bottom of a slimy, gooey, and dreadfull bog.
HELP ME, PLEEEEZE!!!
HAALP MEEEB!!!
HULB MUB, PLUBB!
(glub, glub, *cough/gasp,
and glub once more)...

70 of 162

| Back to Article | Options | Reply |

http://forums.poconorecord.com/n/pfx/forum.aspx?tsn=61&nav=messages&webtag=pr-ne...   3/11/2008

Pocono Record News Forum                                              Page 1 of 1

**Mar-9**                                                                    **75 of 162**
From: **GM1258**          Indeed.
Total posts: 25           I saw a huge buck get swallowed up in that bog late last year.
                          There are two of them actually.
                          A few miles n.e. of Gouldsboro State Park in some low lying swamp land.
                          One is about a half acre in size while the other not even half that big.
                          They're about 100 yards apart from each other.
                          No discerning features are visible other than some reeds and tall grass.
                          One moment you're walking on solid ground the next you're up to your
                          waist in this gooey ugly mess.
                          Until recently there were some warning signs and a rope fence.

                          Only one of the signs remain and the fence has been trampled
                          by unwary animals that were sucked into the mire.
                          If a man falls in he would be doomed without help.
                          You just immediately sink in up to your waist and then slooowly sink
                          down in until you disappear from view.
                          A few unfortunate hikers/hunters have fallen victim to this spot
                          over the years.
                          Officials are going to put up barriers this spring.
                          But it's the perfect place to get rid of something - or someone -
                          without leaving any trace.
                          And the above mentioned scum would fit the bill just fine...

                                              [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **76 of 162**
From: **Markvg**          "...it's the perfect place to get rid of something - or someone -
(MVG)                     without leaving any trace..."
Total posts: 375
                          Whoo boy! Sounds like a great spot for the miscreants to be marched to!

                          I'm just wondering when all the bog creatures will be arising from the mire to wreak havoc...
                          a new movie that Paul Sorvino can make!

                          GM1258... copyright this now!

                          Seriously... very interesting GM1258.

                                              [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **77 of 162**
From: **editor1**         Sorry for the delay, folks. Yes, Jack is history.
Total posts: 1417
                          wjw

                                              [ Back to Article ]   [ Options ]   [ Reply ]

**Mar-9**                                                                    **78 of 162**
From: **elle**            Theeeeiiirrrr Baaackk...
(ellegil)
Total posts: 707          *Edited Mar-9   by  elle (ellegil)*

Pocono Record News Forum                                    Page 1 of 1

**Mar-10**                                                  **125 of 162**
From:
JackRubyBaby          [How does a guy with three felonies get a job at the Tobyhanna Army Depot? A multiple
(JRBaby)              felony crackhead murderer electronics technician.]
Total posts: 1302

                      Not to stick up for this trash, but where in the article did it say that he was convicted of
                      three felonies? It said he was charged in the crimes, but it didn't say that he was convicted of
                      them. Being charged wouldn't come up on an employer background check.

                      [ Back to Article ]    [ Options ]    [ Reply ]

**Mar-10**                                                  **126 of 162**
From:                 "It's called third-party and temp agencies. Ever since regular businesses got too lazy and
Transplant101         pompous to do their own hiring, we've had lots of this type of thing. Employers don't have to
Total posts: 89       be loyal to their workers or pay them benefits or provide job security. The jerks deserve what
                      they get."

                      We are switching gears.

                      How many employees are loyal to a company???

                      It's always the least work for the maximum pay and benefits.

                      Maybe,if laws changed about liability-temp. agencies would not be needed.

                      It is not the JOB of an employer to provide benefits or security.

                      That is a socialist/government/union mentality.

                      [ Back to Article ]    [ Options ]    [ Reply ]

**Mar-10**                                                  **127 of 162**
From:                 Well, I guess then when my grandfather and father worked, had pensions, benefits, stayed
CallMeRonnie          with the same company for 30 years, we were socialists. Funny, we also seemed to be a more
Total posts: 2356     stable, greater country back then, too.
                      How many workers are loyal to a company? None, probably anymore. Why should they be?
                      They get little in return beyond a paycheck, and guess what? You get what you pay for.

                      [ Back to Article ]    [ Options ]    [ Reply ]

**Mar-10**                                                  **128 of 162**
From: ruffian         "How many employees are loyal to a company???
Total posts: 10
                      It's always the least work for the maximum pay and benefits."

                      Oh, please. Employees should be loyal to companies who slash pay and benefits. Employees
                      should be loyal to companies who expect them to travel on weekends, on their own time,
                      across country because a meeting starts at 9 a.m. on Monday. Employees should be loyal
                      because they are supposed to be greatful that their oh so benevolent employer hasn't sent the
                      job to INDIA. Now the whining that it's always the least work for the maximum pay and
                      benefit.

                      I am not a union member. But I would point you to the history of the union movement, which
                      began to provide protection in the workplace for HUMAN BEINGS to have decent working
                      conditions. We haven't quite returned to what work life was back then. The Republican,
                      conservative, Rush Limbaugh types would sure like to take us there, though. I am amazed at

Pocono Record News Forum                                                    Page 1 of 1

**Mar-10**                                                              **137 of 162**
From: **goddess35**        IT is people like that that move into the area and give it a terrible reputation. Why can't we
Total posts: 2            get back to the quiet town that existed when I was growing up?

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-10**                                                              **138 of 162**
From:                     Hey cali!
**jeffwoehrle**
Total posts: 2585         That pic's a keeper!

      Excellent...

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-10**                                                              **139 of 162**
From:                     Editor1,
**JusGottaLuvIt**
Total posts: 5            Just started posting on this forum but I've read it for months. JMO but Jack's Baby is no great
                          loss to this forum. Thanks

                          ps ....Your works not quite done yet, there are others that need the boot!!!!

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-10**                                                              **140 of 162**
From: **davinci**         geez, talk about stupid criminals and nut cases. with all the acres of available land in the
Total posts: 116          poconos to bury a body that would never be found?? let me see I will chop up the body, place
                          the pieces in hefty bags and place them alongside route 80 and 380. the only thing he didn't
                          do was leave a trail of body pieces leading to his home. bloody boot in the trunk of his car,
                          blood in the car, tools used to cut up the body with the vic's blood, and the topper, the
                          sawed off hands in his house. this guy worked for the US gov't? this guy has my vote for the
                          most dumb murderer of all time. he's crazy and will claim post traumatic stress syndrome
                          from his time in the military. Route 80/380 must be the bermuda triangle of the poconos
                          commit a crime and head to 80 west or east, must be some type of evil magnet..

[ Back to Article ]   [ Options ]   [ Reply ]

Pocono Record News Forum                                          Page 1 of 1

**Mar-10**                                                        **147 of 162**
From:
Harvey_birdman    Yes Fraudstopper, let's be sure to execute him just because it looks like he's guilty. It's not
Total posts: 170  like there's any reason to go through all the expense of a trial or anything.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-10**                                                        **148 of 162**
From: Shemeka     aren't we suppose to?
Total posts: 1464

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-10**                                                        **149 of 162**
From: cali007     Right on Harvey. The hands could have walked in there like Thing from the Addams Family.
Total posts: 559  And who doesn't have a bloody hacksaw in their possesion? I think we should wait for a verdict
                  before passing any judgement on the poor guy:-)



[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-10**                                                        **150 of 162**
From: gladys      Come on cali,
Total posts: 835
                  Tell me that's never happened to you before. Minding your own business, cleaning the
   bathroom one day, you mean to tell me, that you've NEVER found someone's severed hands in
                  the closet? Oh, come on!!!
                  :-)

[ Back to Article ]  [ Options ]  [ Reply ]

Pocono Record News Forum                                      Page 1 of 1

**Mar-10**                                                    **151 of 162**
From: Rockabilly
Total posts: 109

I am very happy that they caught the SOB. I think in the beginning of this case they thought that there would have been more then one person. Maybe his good friend knows more then he leads on to being that a pair of rotting hands would sure smell nice in a heated home. If this friend was always over did he not smell the odor of decaying flesh? It just sounds fishy to me. I say charge him with MURDER not homicide. I sure don't want to pay for this SOB for the rest of his life. Take a life give your life. Nothing could justify what he did to that poor soul, regardless of how she chose to live her life. Oh now what he stopped taking his medication so he was mentally out of his mind. I hope that the law does not let Ms Null's family down. This just goes to show what our world is coming to. I would like to think it will go back to where people cared about others but I can't see that happening anytime soon. ENFORCE CAPITAL PUNISHMENT. Guaranteed that if there were consequences like that maybe our fatal crime rate would drop drastically. After all everyone should know the meaning of DEATH. GOD bless Ms. Nulls soul and may she now rest in peace.

| Back to Article | Options | Reply |

**Mar-10**                                                    **152 of 162**
From: unique
Total posts: 528

but damn--would this sound racist if i say i am one confused chick to find out that this guy is black?



I agree with you Shemeka. I was surprised he was black. This kind of crime is typically committed by white men. (The cutting up part)

| Back to Article | Options | Reply |

**Mar-10**                                                    **153 of 162**
From:
CallMeRonnie
Total posts: 2356

Good post, ruffian. Employment is a two-way street. No one who invested time and money for education and training, is going to work for some two-bit company, if they can work for a company who values their expertise and shows it to some extent. My guess is that Transplant 101 is probably a former or current businessman/owner. If not, he probably has made a good buck in his day, but would deny it to the rest of us "peons" under the guise of "socialism." Oh, please. This country and its workers would benefit if we had more practices in place like they used to.
BTW, Transplant, I don't belong to a union, either.

*Edited Mar-10   by   CallMeRonnie*

| Back to Article | Options | Reply |

Pocono Record News Forum                                                    Page 1 of 1

**Mar-10**                                                                  **154 of 162**
From: **Chadwick**     "Guaranteed that if there were consequences like that maybe our fatal crime rate would drop
Total posts: 226        drastically."



As sick as it sounds, states with very active death penalties all have significantly higher rates
of violent crime. Statistically having the cloud of execution over a criminals head makes them
act even more daring.

Strange but true.

| Back to Article | Options | Reply |

**Mar-10**                                                                  **155 of 162**
From: **gladys**     Yes, but how about the stats. for re-offenders?
Total posts: 835

| Back to Article | Options | Reply |

**Mar-10**                                                                  **156 of 162**
From: **1234**     "...you mean to tell me, that you've NEVER found someone's severed hands in the closet?"
Total posts: 919
                   Can't speak for Cali, Gladys, but I once found an elbow under the sink and another one in the
                   toilet :)

| Back to Article | Options | Reply |

**Mar-10**                                                                  **157 of 162**
From: **Chadwick**     "Yes, but how about the stats. for re-offenders?"
Total posts: 226
                   Re-offender rates for people convicted of death penalty level crimes in non-death penalty
                   states is very low because most of those people are never released. The number of first
                   offenders in death penalty states far out numbers repeat offenders in non-death penalty
                   states.

And don't get me wrong, I'm all for capital punishment from an eye for an eye perspective.
Just don't think that it stops violent crime, because it doesn't.

| Back to Article | Options | Reply |

**Mar-10**                                                                  **158 of 162**
From: **condor**     A crack head electronics technician with three felonies gets hired by a private contractor and
Total posts: 5       outsourced to the Tobyhanna Army Depot. Security! Someone call Security! We have a major
                     breach in security! Oh! Sorry I didn't realize the government held such low employment
                     standards. That being the case Hilary should fit right in.

| Back to Article | Options | Reply |

**Mar-10**

Pocono Record News Forum                                        Page 1 of 1

**1:43 PM**                                                    **161 of 162**
From: **goddess35**      some jerk that moved into the area and managed to get past the lax security check by the
Total posts: 2           subcontract employer turns this into an Iraq discussion?

                              [ Back to Article ]   [ Options ]   [ Reply ]

**2:45 PM**                                                    **162 of 162**
From: **livefree**       Makes you wonder how hard it would be for a terrorist to get anywhere in this country if this
Total posts: 51          guy can get a job on an Army base .Also how many times has he done this without being
                         caught? Seemed to be pretty easy for him.He's not all shook up. I think I would pass on the
                         raccoon ribs in any case.

                              [ Back to Article ]   [ Options ]   [ Reply ]



**DRUGS IN OUR WATER**
The nation's drinking water supplies are not as pristine as might be expected — traces of pharmaceuticals are all too common, an Associated Press investigation finds. **Three-part series starts Monday.**

**'HANDPICKED' RECIPES**
Ed Gerhard has spent a lifetime appreciating good recipes. Those recipes are now gathered up so he can share his good fortune. **Monday's Pocono Profile.**

**HELP A BUNNY OUT**

Do you know what you're going to put into those Easter baskets for kid, seniors, pets? We've got some ideas for you in **Tuesday's Curious Consumer.**

**SERVIAN FINISHES 7TH**
PV's Chris Servian notches 100th career win with a pin in PIAA Class AAA wrestling. **SPORTS C1**

# Sunday

# POCONO RECORD

March 9, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 343 • Copyright 2008 • $1.75

# Did he cut her up?

## Tobyhanna man denies dismembering Deanna Marie Null and dumping bags containing body parts along I-80, I-380

### HOW POLICE SOLVED A GRUESOME MYSTERY



**Jan. 29** PennDOT workers find body parts in bags in the median of Interstate 380 in Coolbaugh Township. State police investigate and find eight bags of remains. The only parts of the victim's body not found were the hands.

**Jan. 30** Autopsy concluded. No clothing or other identifying items were found.

**Jan. 31** Deanna Marie Null's mother, Deanna Bryan, contacts police believing the victim may be her missing daughter. Police obtain Null's dental records.

**Feb. 1** Forensic dentist Dr. Karen of Allentown identifies victim as Deanna Marie Null, 32, of Williamsport and Scranton.

**Feb. 2** Police interviews Deanna Null's associates who knew Null.

**March 1** Police continue interviews, acting on tips and leads. They show photos of Charles Ray Hicks and his Mercury Grand Marquis to known Scranton associates.

**March 6-7** State troopers interview Hicks at the Coolbaugh barracks. He is seen with a blood-stained work boot in the trunk of Hicks' car.

**March 7-8** Police get a search warrant for Hicks' house at 131 Prospect St. in Tobyhanna.

**March 8** Police searched the house at 131 Prospect St. in Tobyhanna, seized by state police.



Charles Ray Hicks of Tobyhanna is led by state troopers to a police vehicle after being arraigned Saturday by District Judge Thomas Shiffer in Stroud Township. Hicks denied dismembering Deanna Marie Null and scattering trash bags containing her body parts along interstates 80 and 380. **For a photo gallery of the day's events, go to www.poconorecord.com/photos**

ADAM RICHINS/Pocono Record


See two videos for this story on our Web site at
**www.poconorecord.com/video**

**By SUSAN KOOMAR and DAVID KIDWELL**
Pocono Record Writers

Deanna Marie Null was homeless, drifting between Williamsport and Scranton, with a rap sheet of drug crimes.

Charles Ray Hicks came from Texas to work at Tobyhanna Army Depot, but police say his baggage includes violent crime and addiction to cocaine and booze.

Their lives intersected in sex and drugs, then horrific violence and, police say, Hicks murdered Null, cut her up with a hacksaw and scattered her body parts in garbage bags along Interstates 80 and 380.


Deanna Marie Null

All but her hands, which police say they found in a plumbing compartment in the house rented by Hicks at 131 Prospect St. in Tobyhanna.

State police arrested Hicks on Saturday — just five weeks after PennDOT workers discovered the first of Null's remains in Coolbaugh Township on Jan. 29. The crime seemed an unsolvable as it was tragic. The victim didn't even have a name.

But old-fashioned police work, combined with widespread media coverage and hundreds of tips from the public, led investigators to the victim's identity, then her last known whereabouts, and descriptions of a man she was seen with and his car.

Hicks, 33, was quiet but spoke plainly as reporters swarmed him before his arraignment by District Judge Thomas Shiffer in Stroud Township around 1:30 p.m. Saturday.

"These guys are telling me I did something I didn't do," he said. "They got the wrong guy."

But police say they have plenty of evidence against Hicks, including a blood-stained work boot in the trunk of his car, a saw in a bag in a closet of his house and garbage bags in the attic — bags the same as those found containing Null's remains.

"We came up with items that we felt linked Mr. Hicks to the homicide," said Lt. Robert Bartal. "As far as good hard police work, this is as good as you are go-

See DID HE?, Page A3

## Friend: 'He's just the nicest guy in the world'

**By SUSAN KOOMAR**
Record Senior Managing Editor

It was the perfect plan for a rainy Saturday afternoon in the Poconos.

Pick up a buddy from work, go to a friend's house, drink a few beers and savor a steak dinner.

But Charles Ray Hicks wasn't home when friend Armando Martinez went to his house around 3:30 p.m. Saturday. Hicks was in jail, arrested that morning for the vicious murder and dismemberment of a woman.

"I'm completely flabbergasted," said Martinez, placing his hand on his chest. "I'm having a hard time believing this. I'm gonna have to have a beer now."

Martinez worked the graveyard shift with Hicks at Tobyhanna Army Depot. Both men are from Texas and served in the military — a recipe for a fast friendship. Hicks, 33, was a Navy veteran and was divorced, said Martinez.

"He's just the nicest guy in the world. He's always smiling," he said.

Martinez said he spoke to Hicks by phone around 8 a.m. Saturday — about an hour before Hicks was arrested. Police had searched his house all night. Hicks didn't say anything about it to Martinez.

In fact, Martinez said they talked about


Charles Hicks lived in this house at 131 Prospect St. in Tobyhanna.
ADAM RICHINS/Pocono Record

See NICE GUY, Page A3

---

**TODAY'S FORECAST**

Partly cloudy, windy and cool. High 32 to 35. Low 14 to 19. **Weather, B10**


**SPRING AHEAD**
Daylight Saving Time began at 2 a.m.
Did you remember to set your clocks one hour ahead before you went to bed last night?

**INSIDE THE RECORD**
| | | |
|---|---|---|
| ADVICE | D3 | HOROSCOPES | B5 | PUBLIC NOTICES | D3 |
| BUSINESS | D1 | LOCAL & REGION | A3, B1 | PUZZLES | D3 |
| CLASSIFIED | C7-10 | LOTTERY | A2 | SPORTS | C1-6 |
| | Section E | OBITUARIES | B2 | U.S. & WORLD NEWS | A5-6 |
| ENTERTAINMENT | D8 | OPINION | A6-7 | WEATHER & TV | B10 |
| | | OUT & ABOUT | D1 | WEDDINGS | B4 |



POCONO RECORD
SUNDAY
March 9, 2008

# REGIONAL & LOCAL NEWS

**A3**

Senior Managing Editor Susan Koomar • PHONE (570) 420-4484 • FAX (570) 421-6284 ATTN: NEWS • E-MAIL newsroom@poconorecord.com

# 1830 Swiftwater deed goes to property's current owner

**By KIETRYN ZYCHAL**
Pocono Record Writer

The Swiftwater Inn is gone, but a deed for the property, dated March 22, 1830, may wind up back at the site where the 1778-era building once stood.

The deed was auctioned off Saturday morning by Jack Hamblin's Auction Service at the West End Fire Hall in Brodheadsville.

The winning bidder, Anthony Masula of Tannersville, is the current owner of the 27-acre Swiftwater Inn property. Masula paid $775 for the framed parchment document.

Masula intends to build a small commercial village on the site of the old Inn, with plans for a hotel on the hill in the future, pending approvals.

"We're going to find a special place for the deed to be displayed," he said.

Hamblin, a lifelong Swiftwater resident, was pleased to learn the identity of the "gentleman in the back of the room" who made the final bid. "It's kind of fitting that the deed will be going home," he said.

At exactly 11 a.m. sharp, as promised, Hamblin started the bidding for the "Stanhope deed," so-called because in 1778, when the inn was built, the village of Swiftwater was known as Stanhope.

Hamblin asked for an opening bid of $700, but to no one responded. He quickly dropped the asking price to $500, then $250. At that price, several bidders began to raise their hands. Hamblin raised the bids in $25 increments until he reached the original asking price of $700. There were three more bids, but when Hamblin asked for $800, no one raised a hand.

Masula also received a typewritten transcript of the hand-written deed because the ink is slightly faded, making it difficult to read.

The deed conveyed ownership from Pocono Township residents and innkeepers William Brodhead and his wife, Susan, to John Detrick of Smithfield Township, a wheelwright who made wooden wheels for carriages.

The document's historical significance to Monroe County is increased by several signatures of John Stroud, son of Stroudsburg's founder, Jacob Stroud. The 1830 deed predates Monroe County itself, because this county was part of Northampton County until 1836.

There is an intimate connection between The Swiftwater Inn and the business across Route 611 that is today known as Sanofi-Pasteur. A physician recuperating from cholera in the 1890s was a guest at the inn. After recovering, he purchased land across the road and opened a facility called Pocono Biological Laboratories, which eventually became part of the pharmaceutical giant.

Hamblin was born in 1947 and has spent most his life a mile from the site of the Swiftwater Inn. "This was our family's corner of the world," he said.

As a past president of the Pocono Jackson Historical Society, he is well acquainted with the history of the Swiftwater Inn property.

The inn was owned after World War II by Richard H.D. Bullock, who was one of the founders of Skytop Lodge.

"They really maintained the inn and tried to keep it the way it was," Hamblin said.

The 1955 flood was a major event in the life of the Swiftwater Inn.

"Before the 1955 flood, the


Rudy Vlasak of Saylorsburg, left, and Josh Salinas, 18, of Stroudsburg, hold the deed to the Swiftwater Inn. The deed was being auctioned Saturday at the West End Fire Hall in Brodheadsville by auctioneer Jack Hamblin, right. ADAM RICHINS/Pocono Record

Swiftwater Creek was almost level with Route 611. I used to fish there as a boy and I remember there was a lovely stone footbridge in front of the inn. The flood destroyed the bridge and started cutting the deep channel that is there now. There used to be a concrete shuffleboard and tennis court between the stream and the inn and now the land is gone."

Bullock was succeeded in ownership by Jay Ricker in the 1960s. "He built the covered wooden bridge across the Swiftwater Creek. The bridge became a modern landmark because it was quaint," he said.

The decline of the hotel industry inspired the next owner, John Cooper, to build a bar and restaurant business. According to Hamblin, that is when the building and the land around it began to succumb to the ravages of age and the creek running in front of it.

"In 1972, Hurricane Agnes worsened erosion on the banks of the Swiftwater. And of course, building Interstate 380 in the headwaters of the Swiftwater has sent so much runoff into the creek, it has really eroded the banks. That whole stream, up into Pocono Manor hollow, has changed dramatically," Hamblin said.

Current owner Masula cares about preserving the stream as a recreational amenity.

"I'm a fly fisherman. I'd like to have a fly fishing school at the Swiftwater. By tearing down

the old building and rebuilding it, we will actually send 50 percent less stormwater into the creek," he said. "The new building will not be as close to the stream as the old one was. The regulations are very strict."

Masula wasn't sure where he will display the 1830 deed to the Swiftwater Inn between now and the time his new building is constructed.

"I might loan it to one of the historical societies to display for a while," he said.

---

## DID HE?

From Page A1

ing to see."

Hicks picked up Null in Scranton, police said.

Hicks admitted having sex and smoking crack with Null. He told investigators he paid her with drugs and money for sex, according to the police criminal complaint. But he claimed he hadn't seen her in weeks and denied she ever visited his house in Tobyhanna.

Investigators say Hicks spoke three incriminating words when asked if there would be any evidence of Null's presence found in his house or the trunk of his car: "There shouldn't be."

Hicks came to work as an electronics technician at Tobyhanna Army Depot in January. Now he is jailed without bail in Monroe County Correctional Facility, charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse.

"As horrible as this crime was I knew it would be solved. I didn't think it would be solved so quickly," said David Christine, Monroe County's district attorney.

Christine praised police for their "tireless, painstaking" work. In some places, police would give up on such a challenging, bizarre case and attribute it to out-of-towners, Christine said.

"The state police of Pennsylvania don't treat crime that way. Monroe County's not the boondocks and the Pennsylvania State Police are diligent in trying to solve crimes," he said.

Bartal estimated that 100 people worked on the case, along with cadaver dogs from New York and Harrisburg, and municipal police departments in Scranton and Williamsport.

After the suspect's arraignment, state police forensics experts were still seeking evidence in the house Hicks rented. Bartal said the search could

> "As horrible as this crime was
> I knew it would be solved.
> I didn't think it would be solved
> so quickly. ... Monroe County's
> not the boondocks and the
> Pennsylvania State Police are
> diligent in trying to solve crimes."
>
> DAVID CHRISTINE
> Monroe County district attorney

continue into today and that the investigation will go beyond that.

Police interviewed people in Scranton who knew Null and they described a man she was seen with and the car they traveled in. Police publicized a description of the car. On Tuesday, Kimberly Lombardo, who lives near Hicks, told police that her neighbor's car matched the description. Another lead also pointed police to Hicks, said Bartal.

On Thursday, police searched Hicks' car, a Mercury Grand Marquis, and found work boots in the trunk. One boot had red stains that turned out to be blood. Hicks confirmed the boots were his, but said, "I can't explain that" when asked about the blood.

On Friday night, state police began their intensive search of Hicks' house.

Hicks was in trouble before he came to the Poconos. In Texas, he was charged with assault in 2002, sexual assault in 2003 and robbery in 2006. In 2006, police in Virginia charged him with assault and drug possession.

State police here said Hicks had stopped taking several prescription medications for psychological problems.

State police who played key roles in the Null investigation include Sgt. Gregg Mrochko and Troopers Robert Sebastianelli and Craig VanLouvender.


Amy Mercado, left, of Pocono Pines, her son, Adam Seewald, 16, and his girlfriend, Samantha McLoughlin, 17, were stunned to learn that Mercado's tenant, Charles Hicks, has been charged with the murder of Deanna Marie Null. ADAM RICHINS/Pocono Record

## NICE GUY

From Page A1

the Deanna Marie Null murder case at work. Her remains were found in garbage bags scattered along interstates 80 and 380. The bag containing her head was found just 200 yards from the home Hicks rented.

"We talked about it all the time because it was so gruesome," said Martinez.

Police have not said where they think Null was killed. Autopsy results showed she was dead at least four or five days before her frozen remains were found on Jan. 29.

Hicks didn't sign a lease to rent the house at 131 Prospect St. in Tobyhanna until Jan. 27, said Amy Mercado. She and her husband own the rental property. The

lease was effective Feb. 1 but Mercado gave Hicks a key on Jan. 27. He was living in a hotel before that, she said.

"He was a very nice man. He was extremely kind, very pleasant," said Mercado.

Hicks was referred to her by a friend who works at Tobyhanna Army Depot.

Mercado's eyes filled with tears as reporters told her that police found a woman's severed hands hidden in a plumbing compartment in the house.

"Oh my God. No, No," she said. "This is unbelievable. I can't even put this together in my head."

Mercado said state police called her husband around 6 p.m. Friday to inform him of the house search and to ask a few questions. They didn't say Hicks was a suspect in the body parts case.

"This is very scary. This is just a tragedy," said Mercado.


State police Lt. Robert Bartal, left, and Monroe County District Attorney David Christine brief the media Saturday after Charles Hicks of Tobyhanna was arraigned before District Judge Thomas Shiffer in Stroud Township. ADAM RICHINS/Pocono Record


See two videos for this story online at
**www.poconorecord.com/video**

3HANDS



3HANDS . Coolbaugh Township. Saturday, March 8, 2008.   CUTLINE:   Charles Ray Hicks of Coobaugh Township charged in the murder of Deanna Null. Nulls body was cut up and scattered on Rtes. 80 & 380 in the Poconos. CUTLINE: Hicks residence at 131 Prospect Street, Coolbaugh Township.  (Pete Shaheen/TMC) *Ford story ORG XMIT: NGM_0JXFMGER

**Published Caption:**
THE RENTED HOME of Charles Ray Hicks at 131 Prospect St. in Coolbaugh Township.

Headline:
Object: 3HANDS
Byline: PETE SHAHEEN
Byline Title: STAFF PHOTOGRAPHER
Date Created: 3/7/2008
Date Input: 3/9/2008  1:55:09 AM
City: COOLBAUGH TOWNSHIP
State: PA
Country: USA
Keywords: HOUSING, EXTERIOR, MURDER, CRIME, INVESTIGATION, SUSPEC 3/9/2008
Subjects:
Instructions:
Object Type:
Story Slug:

Credit: TMC
Source: STAFF PHOTO - DIGITAL
Section: National
Edition: SECOND
Page: A4
Zone:
Size: 3167 X 1992 (uncropped)
Merlin ID: 4011707

*Published 3/9/2008*

## *Details come out in Pa. dismembered body case*

The Associated Press State & Local Wire

March 10, 2008 Monday 12:14 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 109 words

**Dateline:** STROUDSBURG Pa.

## Body

More details are coming out about the man accused of killing a woman whose body parts were found scattered along highways in the Poconos.

Court papers say 33-year-old Charles Ray Hicks of Tobyhanna told police that he'd met 36-year-old Deanna Null twice in Scranton, where he gave her drugs and money for sex.

At the time of his arrest on Saturday, Hicks told reporters: "The guys got the wrong guy." But police say they found two severed human hands in Hicks' home. All of Null's body except for her hands were found a month and a half ago in various trash bags scattered along Interstates 80 and 380.

Information from: Ryan Leckey/WNEP-TV, *http://www.wnep.com*

**Load-Date:** March 11, 2008

---

**End of Document**

## *FILM CLIPS SET FOR FACEBOOK*

Pittsburgh Post-Gazette (Pennsylvania)

March 10, 2008 Monday, SOONER EDITION

Copyright 2008 P.G. Publishing Co.

**Section:** NATIONAL; WORLD BRIEFS; Pg. A-6

**Length:** 574 words

# Body

Paramount Pictures will become the first major studio to make clips from thousands of its movies available on the Internet.

The unit of Viacom Inc. is teaming with Los Angeles-based developer FanRocket to launch the VooZoo application today on Facebook.

The clips last from a few seconds to several minutes and cover the gamut from Eddie Murphy's guffaw in "Beverly Hills Cop" to Audrey Hepburn's pleas over her "no-name slob" cat in "Breakfast at Tiffany's."

The studio will market DVDs of the movies through a button that appears after each clip is played.

Baptists eye environment

In a major shift, a group of Southern Baptist leaders said their denomination has been "too timid" on environmental issues and has a biblical duty to stop global warming.

The declaration, signed by the president of the Southern Baptist Convention among others and released today, shows a growing urgency about climate change even within groups that once dismissed claims of an overheating planet as a liberal ruse. The conservative denomination has 16.3 million members and is the largest Protestant group in the United States.

The signers acknowledged that not all Christians accept the science behind global warming. They said they do not expect fellow believers to back any proposed solutions that would violate Scripture, such as advocating population control through abortion.

Hate crimes, groups rise

Anti-immigrant sentiment is fueling nationwide increases in the number of hate groups and the number of hate crimes targeting Latinos, the Southern Poverty Law Center said in a report today, counting 888 hate groups in its latest tally, up from 844 in 2006 and 602 in 2000.

The most prominent of the organizations newly added to the list, the Federation for American Immigration Reform, or FAIR, vehemently rejected the "hate group" label, and questioned the law center's motives. FAIR said the center was using smear tactics to boost donations and stifle legitimate debate on immigration.

The law center's report contends there is a link between anti-immigrant activism and the significant rise in hate crimes against Latinos in recent years. According to the latest FBI statistics, 819 people were victimized by anti-Latino hate crimes in 2006, compared with 595 in 2003.

FILM CLIPS SET FOR FACEBOOK

Critics of the law center, including FAIR, contend that the periodic reports on hate groups exaggerate the threat to public safety and inflate the total by including entities that are little more than Web sites or online chatrooms.

Slain students' rites

ATHENS, Ga. -- Heartbroken mourners struggled yesterday to understand why someone would fatally shoot a popular University of North Carolina student body president and cut short a life with such promise.

Hundreds of people from Eve Carson's hometown of Athens and the Chapel Hill, N.C., university filled Athens First United Methodist Church and fellowship hall.

In Marietta, Ga., the hometown of slain Auburn University freshman Lauren Burk, Rabbi Steven Lebow of Temple Kol Emeth asked hundreds gathered at her funeral to turn their anger into something positive and let the justice system handle her killer.

Also in the nation

A row house fire killed four children and destroyed three homes near the former Bethlehem Steel plant in Bethlehem, Pa., early yesterday ... Pennsylvania State Police have charged Charles Ray Hicks, 33, with killing Deanna Null, 36, whose dismembered remains were found dumped along highways in the Poconos on Jan. 29.

**Load-Date:** March 10, 2008

---

End of Document

## Troopers: Is Murder Suspect Connect to Other Killings?

Posted: March 10, 2008 05:17 PM EDT
Last Updated: March 11, 2008 10:21 AM EDT

By Jon Meyer



Investigators say they are trying to determine if murder suspect Charles Hicks is connected to any other murders across the country.



Deanna Null

There are new details about the arrest of a man accused of killing a woman and scattering her body parts along interstates in the Poconos.

State police are now looking into whether he is connected to any other killings across the country.

Investigators are still trying to learn more about Charles Hicks and his background.  He was arrested Saturday afternoon.

Police do know he moved here recently here from Texas.  He had a record filled with prior arrests and got a job working at the Tobyhanna Army Depot.

It was day four of the state police presence at Hicks' home in Tobyhanna. Investigators found victim Deanna Null's hands there over the weekend, hidden in a bathroom.

Harlem Keyes lives right next door.  He said it was quite a weekend there.

"Then I'm sleeping last night to think wow, it's scary to have someone killed right next door.  Well I don't know where she was murdered, where ever, but the hands were found in the house!" Keyes said.

Police said their latest find was the hands at the home but in court papers it states other body parts were found right around the area of HIcks' home. The head was 200 yards away, right along that on-ramp to I-380.

Certainly something like this is a bizarre case and there may be potentially other cases out there so we're more than willing to share our information," said Lieutenant Robert Bartal of Pennsylvania State Police.

Police found body parts in eight locations along Interstates 80 and 380 in January.  Now they are putting word out to other police departments about the arrest of Charles Hicks, looking for cooperation.

"We're trying to put together a timeline not only of his time in Pennsylvania but back to where he was living in Texas and his route of travel to Pennsylvania," Bartal added.

Hicks got a job working at the highly-secured Tobyhanna Army Depot in January.  Officials there said he was technically employed by sub-contractor Defense Support Services.  It was responsible for background checks.  It is just another part of the story that has so many people puzzled.

A spokesperson for Defense Support Services said late Monday afternoon that the company is appalled at the nature of the crime.

He said Hicks did go through a thorough background check. It looks for convictions only and found none.

State police know of numberous arrests for assaults, robbery and more since 2002.

Troopers continue to look into that past record.

## *Man arrested in dismembered-body case*

The York Dispatch (Pennsylvania)

March 10, 2008 Monday

Copyright 2008 York Newspapers, Inc. All Rights Reserved

**Section:** STATE

**Length:** 102 words

**Byline:** THE ASSOCIATED PRESS

# Body

STROUDSBURG -- More details are coming out about the man accused of killing a woman whose body parts were found scattered along highways in the Poconos.

Court papers say 33-year-old Charles Ray Hicks of Tobyhanna told police that he'd met 36-year-old Deanna Null twice in Scranton, where he gave her drugs and money for sex.

At the time of his arrest on Saturday, Hicks told reporters: "The guys got the wrong guy." But police say they found two severed human hands in Hicks' home.

All of Null's body except for her hands were found a month and a half ago in various trash bags scattered along Interstates 80 and 380.

**Load-Date:** March 10, 2008

End of Document

## *MAN CHARGED IN GRISLY CHOP SLAY*

The New York Post

March 10, 2008 Monday

Copyright 2008 N.Y.P. Holdings, Inc. All Rights Reserved

**Section:** All Editions; Pg. 13

**Length:** 53 words

**Byline:** AP

# Body

STROUDSBURG, Pa. - A man has been charged with killing a woman whose dismembered remains were found dumped along Pennsylvania highways in January.

Charles Ray Hicks, 33, was arrested in the death of 36-year-old Deanna Null and is being held without bail, police said. The victim's severed head was found near his house.

**Load-Date:** March 10, 2008

End of Document

WFMZ-TV Online                                                    Page 1 of 1

ADVERTISEMENT

POSTED: 03-08-2008 05:27 PM ET  |  MODIFIED: 03-10-2008 01:20 PM ET

# Man Charged with Killing, Dismembering Scranton Woman



  

Police say they've caught the m
who murdered a Scranton wom
scattered her body parts along t
highways in two separate counti
State Police have charged 33 ye
Charles Hicks with murdering De
Marie Null and dismembering her body. Hicks is currently at Monroe County Correctional Facility v
he's being held without bail.

**WFMZ's Mike Lowe will have the latest on this story tonight on 69 News at 6:00.**

[ ▶ 1/30/08 REPORT: Dismembered Woman's Death Ruled a Homicide ]
[ ▶ 1/29/08 REPORT: Woman's Remains Found on Interstate Highways ]
[ ▶ 2/8/08 Report: Who was Deanna Null? ]  Bags containing Null's remains were found scattered alon
interstates 380 and 80 in Monroe and Lackawanna Counties two months ago. Hicks has a court he
scheduled for March 14th.

---

View article and or watch video clip at this address: http://www.wfmz.com/view/?id=233885 | article printed: 2008-03-12

**Privacy Statement:** wfmz.com/privacy.html | **Terms of Service:** wfmz.com/terms.html | **Copyright Notice:** wfmz.com/copyright.h

---

Due to the fact that some scripts seen here are finished shortly before airtime, there may be misspellings and grammatical error
may also contain phonetic spellings of names and places. Some of the interviews and live segments may not be scripted.    COI
NOTICE This information is for personal viewing only and may not be retransmitted or used for any other purpose. Associated Pre
photo, graphic, audio and/or video material shall not be published, broadcast, rewritten for broadcast or publication or redistri
directly or indirectly in any medium. Neither these AP materials nor any portion therof may be stored in a computer except for p
and non-commercial use. AP will not be held liable for any delays, inaccuracies, errors or omissions therefrom or in the transmis
delivery of all or any part thereof or for any damages arising from any of the foregoing.

HOME  NEWS  WEATHER  SPORTS  DATABANK  SKYCAMS  PROGRAMS  EMAIL  MAP

©2008 Maranatha Broadcasting Company, Inc  Allentown, PA USA    610.797.4530
webmaster@wfmz.com    PRIVACY STATEMENT    TERMS OF SERVICE

*CREATED BY* **69NEWS** *AND POWERED BY* ◢◢ **PAETEC**

We'd like to know more about you:  Please take our survey

## *No Headline In Original*

Standard-Speaker (Hazleton, Pennsylvania)

March 10, 2008 Monday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 891 words

**Byline:** CHARLES SCHILLINGER; Staff Writer

# Body

TOBYHANNA — State police continued to comb the home and life of a Coolbaugh Township man Sunday who they arrested for the gory death of Deanna Marie Null.

Despite the insistence of his innocence by Charles Ray Hicks, 33, of 131 Prospect St., to police during their investigation, and to media after his arraignment Saturday in Monroe County, state police are sure they got the right man.

"We're 100 percent confident," said Trooper Craig Vanlouvender on Sunday afternoon.

Hicks has been charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse in the death of 36-year-old Null, a drifter who lived in Williamsport and Scranton. He is being held without bail in Monroe County Correctional Facility, pending a preliminary hearing Friday.

Along with a boot stained with blood state police found in his car, a search of Hicks' home found garbage bags similar to those used to dump Null's body parts, a hacksaw in a bag and two human hands wrapped in the Feb. 4 edition of The Times-Tribune, and coated in what police believe to be cleaning detergent, according to a criminal complaint.

Details of the gruesome killing emerged after police announced the arrest of Hicks on Saturday.

An autopsy, performed by forensic Pathologist Dr. Sarahlee Funke, determined Null had been dead at least four or five days before her body parts were discovered at eight locations along Interstates 380 and 80 in Lackawanna and Monroe counties, according to an affidavit.

The affidavit also details which body parts were found at each location. According to the affidavit:

The lower half of Null's torso was found in the median of I-380 northbound in Clifton Township, Lackawanna County near mile marker 14.5 — the northern-most discovery.

About 10 miles south — at three seperate locations in the median within a mile and half stretch of I-380 northbound in Coolbaugh Township, Monroe County — state police recovered a leg, an arm and both feet.

The upper torso was found on I-380 northbound, less than a half-mile from the I-80 interchange in Jackson Township, Monroe County.

The head was discovered off to the right of the entrance ramp to I-380 southbound (Exit 8) in Coolbaugh Township.

No Headline In Original

An arm was found on I-80 westbound near Stroudsburg, and a leg was found on I-80 eastbound in Pocono Township.

All of the boady parts were collected by state police at Swiftwater Forensic Unit and turned over to the Monroe County Coroner's Office. There was no clothing discovered with any of the body parts.

Now, investigators still want to know more about Hicks.

Trooper Vanlouvender said they believe Hicks relocated to Tobyhanna from Texas in January for a job with Defense Support Services at the Tobyhanna Army Depot. But they don't know if he lived with anyone else, what kept him occupied in his free time, who he might have dated and where he might have frequented.

"We want to know more about him. If anyone knew him or saw him, we want to talk to them," he said.

Hicks told police he had picked up Null on two separate occasions in his Mercury Grand Marquis while in Scranton, and on both occasions, the two had sex, according to court documents. Null also provided Hicks with crack cocaine, which they smoked together, according to an affidavit.

State police believe the last time anyone saw Null alive was with Hicks in Scranton driving in his Grand Mercury between Jan. 18 and Jan. 20.

Her remains were first found Jan. 29 by a Department of Transportation employee. A search lead to the discovery of eight bags with Null's body parts along Interstates 80 and 380, seven of which were within 10 miles of the home of the accused. The eighth bag was found in Stroudsburg, about 22 miles away.

The only parts of her body not recovered that day were her hands, investigators said.

Trooper Vanlouvender could not discuss many details, including whether authorities believe Hicks acted alone or with an accomplice and whether the murder scene had been identified.

"There is a lot in this investigation we just can't talk about," he said. "But we're still looking at everything."

Without a doubt, the help of the public made the difference in finding Hicks, said Trooper Vanlouvender.

After seeing media reports, it was a Scranton man who called Null's family, which lead to an identification of the body Feb. 1, the trooper said.

"That can take years," said Trooper Vanlouvender about the identification. "And we got it in a short amount of time — before people had a chance to move around and before memories began to fade."

After identifying Null, several witnesses on Feb. 3 placed her with an unknown black male driving an older model blue car with a soft top and white license plate. A good enough description of the vehicle was given that a neighbor of Hicks linked it together and called police.

"Without the help of the public, we'd still be floundering," Trooper Vanlouvender said.

While state police continued their investigation within Hicks' home early Sunday morning, neighbor Bonnie Woehrle was feeding another neighbor's cat.

"This is a very quiet area; I couldn't believe it when I heard what had happened," said the 40-year resident of the area. "It's shocking for somewhere like here."

People can reach state police in Swiftwater at 839-7701.

 

cschillinger@timesshamrock.com



**TOYOTA WINS FIRST SPRINT CUP RACE**

SPORTS • B3

**SIGH OF RELIEF**

Flooding not nearly as bad as predicted

NEWS • A3

# POCONO RECORD

MONDAY
March 10, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 344 | © Copyright 2008 | 50 CENTS

---

# 'It's not my brother'

## Sister says Charles Hicks did not kill, dismember woman

**By ADAM McNAUGHTON**
Pocono Record Writer



Charles Ray Hicks

The sister of the man accused of murdering a homeless woman and dismembering her body in January says he would never do what he stands accused of.

"It's not my brother," said Charlotte Hicks, from Fort Worth, Texas. "He's one of the nicest people in the world. I'm reading all these things about him and it's just awful what they say."

State police arrested Charles Ray Hicks on Saturday and charged him with murdering and dismembering the body of Deanna Marie Null and scattering her body parts in trash bags along interstates 80 and 380.

Charles Hicks, formerly of Texas, moved to Tobyhanna in January to work as an electronics technician at the Tobyhanna Army Depot.

In a call to the Pocono Record on Sunday, Charlotte Hicks said she learned of the charges against her younger brother through Internet reports on Saturday afternoon.

"It's just a big shock to see this on the Internet," Charlotte Hicks said. "From what I'm seeing there's a lot of different stuff and conflicting stories."

Hicks says that the original search for the suspect in the case focused on a black man between 5 feet 9 inches and 6 feet tall. She says her brother is shorter at 5 feet 5 inches tall.

But police say they have plenty of evidence against her brother, including a bloody boot found in the trunk of his car, a saw in a bag in a

See HICKS, Page A2

---



MELISSA EVANKO/Pocono Record
John Rodriguez Jr. plays drums with the Pocono Mountain West jazz band. Rodriguez has won the title of best percussionist two years in a row at the national Gospel Choir Olympics.

# Drumming his way to the top

**By DAN BERRETT**
Pocono Record Writer

POCONO PINES — One of John Rodriguez Jr.'s first memories of playing the drums came when he was 4 and still living in the Bronx, N.Y.

"I remember being in a church," and running up and banging on the drums."

Rhythm and religion fused that day, and the combination has stayed with him ever since. It promises to figure in the future of the Pocono Mountain West High School senior.

Rodriguez is one of more than 33,000 local children who find an avenue in which to excel. The Pocono Record occasionally profiles these students as a way of giving readers a view of the lives of school-aged people, who account for nearly one-quarter of the area's population, according to 2006 Census figures.



**STUDENT SPOTLIGHT**
Highlighting youth who excel

To suggest a student for this feature, call Dan Berrett at (570) 420-4342 or e-mail dberrett@poconorecord.com.

Last month, Rodriguez was recognized for the second year in a row as the best student percussionist at the Gospel Choir Olympics, a national contest in which the district's gospel choir, Urbane, performed.

Aside from playing with Urbane, and the school's marching band and

jazz bands, Rodriguez hones his craft every Sunday at the Lighthouse World Prayer Center in Orange, and at its young adult and youth services during the week.

Next year, he plans to attend Bible school, and to keep playing music. His immediate goal is to get closer to God. "Life is so temporary," he said. "We have to live on this Earth on the path that God determines."

Rodriguez's path took him and his family from the Bronx to the Poconos six years ago. His father, John Sr., still commutes every day to his job with the New York City Housing Authority, leaving home at 5 a.m. and returning after dinner. His mother, Claribel, works in the Pocono Mountain School District, he said.

"My dad made a lot of sacrifices for the family and I do appreciate it,"

See BEAT, Page A2

---

# Del. River commission says no to sewage plan

**By DAVID PIERCE**
Pocono Record Writer

The Delaware River Basin Commission has rejected Middle Smithfield Township's proposal to double capacity of its Bushkill sewage treatment plant, leaving the township scrambling for alternatives.

Without a sewage plant expansion, development in the fast-growing township could slow to a crawl. There is enough remaining unused capacity to serve 74 new residences, or a fewer number of commercial customers.

DRBC — a four-state agency that manages the river — also put the township on notice that if the current plant ever needs extensive refurbishment, it would have to be shut down.

Technically, the DRBC didn't deny the Middle Smithfield Township Municipal Authority's request. But the DRBC said because the plant, near Fernwood Resort, is so close to National Park Service land, any expansion must meet the agency's highest wastewater discharge standards.

Meeting the "Outstanding Basin Waters" criteria means the treated wastewater would have to be totally distilled — free of all impurities — before that wastewater is discharged into Bushkill Creek, a Delaware tributary. That process would more than double the estimated $20 million plant expansion cost.

"There's no economically viable criteria that can meet those standards," said Frank X. Browne of FX Browne Inc., the authority's consulting engineer. "We cannot discharge. We cannot meet those standards."

Browne and authority officials said they went into a Feb. 27 meeting with the DRBC believing the agency had "grandfathered" in approval for less costly wastewater discharge. Local officials thought they could discharge wastewater from the planned expansion — increasing capacity from 1 million to 2 million gallons per day — so long as the discharges didn't exceed effluent requirements for the current smaller plant.

The stricter pollution standards were

See SEWAGE, Page A2

---

# A pharmacy right from your kitchen tap

**PharmaWater**
An AP Investigation



*EDITOR'S NOTE — The nation's drinking water supplies are not as pristine as might be expected — traces of pharmaceuticals are all too common, an Associated Press investigation finds. This is the first of a three-part series.*

**By JEFF DONN, MARTHA MENDOZA and JUSTIN PRITCHARD**
Associated Press Writers

A vast array of pharmaceuticals — including antibiotics, anti-convulsants, mood stabilizers and sex hormones — have been found in the drinking water

supplies of at least 41 million Americans, an Associated Press investigation shows.

To be sure, the concentrations of these pharmaceuticals are tiny, measured in quantities of parts per billion or trillion, far below the levels of a medical dose. Also, utilities insist their water is safe.

But the presence of so many prescription drugs — and over-the-counter medicines like acetaminophen and ibuprofen — in so much of our drinking water is heightening worries among scientists of long-term consequences to human health.

In the course of a five-month inquiry, the AP discovered that drugs have been detected in the drinking water supplies of 24 major metropolitan areas — from

Southern California to Northern New Jersey, from Detroit to Louisville, Ky.

Water providers rarely disclose results of pharmaceutical screenings, unless pressed, the AP found. For example, the head of a group representing major California suppliers said the public "doesn't know how to interpret the information" and might be unduly alarmed.

How do the drugs get into the water?

People take pills. Their bodies absorb some of the medication, but the rest of it passes through and is flushed down the toilet. The wastewater is treated before it is discharged into reservoirs, rivers or lakes. Then, some of the water is cleansed again at drinking water treatment plants and piped to consumers. But

most treatments do not remove all drug residue.

And while researchers do not yet understand the exact risks from decades of persistent exposure to random combinations of low levels of pharmaceuticals, recent studies — which have gone virtually unnoticed by the general public — have found alarming effects on human cells and wildlife.

See WATER, Page A2

---

TODAY'S FORECAST



Partly to mostly
cloudy, snow late.
High: 35 to 39
Low: 23 to 25
Weather, A10

COMING TUESDAY



HIPPITY HOP
Do you know what you're going to put into Easter baskets for kids, seniors and even pets? We've got ideas for you in Tuesday's Curious Consumer.

INSIDE the RECORD

ADVICE & BRIDGE          A9
CLASSIFIED             B8-10
COMICS, PUZZLES          A8
ENTERTAINMENT            A9

HOROSCOPE               A9
LOCAL & REGION          A3
LOTTERY                 A3
OBITUARIES              A6
OPINION                A6-7
POCONO LIFE           B1-2

PUBLIC NOTICES          B8
SPORTS                B3-6
TV & WEATHER           A10
U.S. & WORLD            A5
YOUR COMMUNITY          B2



# WATER

From Page A1

"We recognize it is a growing concern and we're taking it very seriously," said Benjamin H. Grumbles, assistant administrator for water at the U.S. Environmental Protection Agency.

Members of the AP National Investigative Team reviewed hundreds of scientific reports, analyzed federal drinking water databases, visited environmental study sites and treatment plants and interviewed more than 230 officials, academics and scientists. They also surveyed the nation's 50 largest cities and a dozen other major water providers, as well as smaller community water providers in all 50 states.

Here are some of the key test results obtained by the AP:

• Officials in Philadelphia said testing there discovered 56 pharmaceuticals or byproducts in treated drinking water, including medicines for pain, infection, high cholesterol, asthma, epilepsy, mental illness and heart problems. Sixty-three pharmaceuticals or byproducts were found in the city's watersheds.

• Anti-epileptic and anti-anxiety medications were detected in a portion of the treated drinking water for 18.5 million people in Northern California.

• Researchers at the U.S. Geological Survey analyzed a Passaic Valley Water Commission drinking water treatment plant, which serves 850,000 people in Northern New Jersey, and found a metabolized angina medicine and the mood-stabilizing carbamazepine in drinking water.

• A sex hormone was detected in San Francisco's drinking water.

The drinking water for Washington, D.C., and surrounding areas tested positive for six pharmaceuticals.

• Three medications, including an antibiotic, were found in drinking water supplied to Tucson, Ariz.

The situation is undoubtedly worse than suggested by the positive test results in the major population centers documented by the AP.

The federal government doesn't require any testing and hasn't set safety limits for drugs in water. Of the 62 major water providers contacted, the drinking water for only 28 was tested. Among the 34 that haven't: Houston, Chicago, Miami, Baltimore, Phoenix, Boston and New York City's Department of Environmental Protection, which delivers water to 9 million people.

Some providers screen only for one or two pharmaceuticals, leaving open the possibility that others are present.

The AP's investigation also indicates that watersheds, the natural sources of most of the nation's water supply, also are contaminated. Tests were conducted in the watersheds of 35 of the 62 major providers surveyed by the AP, and pharmaceuticals were detected in 28.

Yet officials in six of those 28 metropolitan areas said they did not go on to test their drinking water — Fairfax, Va.; Montgomery County in Maryland; Omaha, Neb.; Oklahoma City; Santa Clara, Calif., and New York City.

The New York state health department and the USGS tested the source of the city's water, upstate. They found trace concentrations of heart medicine, infection fighters, estrogen, anti-convulsants, a mood stabilizer and a tranquilizer.

City water officials declined repeated requests for an interview. In a statement, they insisted that "New York City's drinking water continues to meet all federal and state regulations regarding drinking water quality in the watershed and the distribution system" — regulations that do not address trace pharmaceuticals.

In several cases, officials at municipal or regional water providers told the AP that pharmaceuticals had not been detected, but the AP obtained the results of tests conducted by independent researchers that showed otherwise. For example, water department officials in New Orleans said their water had not been tested for pharmaceuticals, but a Tulane University researcher and his students have published a study that found the pain reliever naproxen, the

sex hormone estrone and the anti-cholesterol drug byproduct clofibric acid in treated drinking water.

Of the 28 major metropolitan areas where tests were performed on drinking water supplies, only Albuquerque; Austin, Texas; and Virginia Beach, Va.; said tests were negative. The drinking water in Dallas has been tested, but officials are awaiting results. Arlington, Texas, acknowledged that traces of a pharmaceutical were detected in its drinking water but cited post-9/11 security concerns in refusing to identify the drug.

The AP also contacted 52 small water providers — one in each state, and two each in Missouri and Texas — that serve communities with populations around 25,000. All but one said their drinking water had not been screened for pharmaceuticals; officials in Emporia, Kan., refused to answer AP's questions, also citing post-9/11 issues.

Rural consumers who draw water from their own wells aren't in the clear either, experts say.

The Stroud Water Research Center, in Avondale, Pa., has measured water samples from New York City's upstate watershed for caffeine, a common contaminant that scientists often look for as a possible signal for the presence of other pharmaceuticals. Though more caffeine was detected at suburban sites, researcher Anthony Aufdenkampe was struck by the relatively high levels even in less populated areas.

He suspects it escapes from failed septic tanks, maybe with other drugs. "Septic systems are essentially small treatment plants that are essentially unmanaged and therefore tend to fail," Aufdenkampe said.

Even users of bottled water and home filtration systems don't necessarily avoid exposure. Bottlers, some of which simply repackage tap water, do not typically treat or test for pharmaceuticals, according to the industry's main trade group. The same goes for the makers of home filtration systems.

Contamination is not confined to the United States. More

See WATER, Page A3

# BEAT

From Page A1

Rodriguez said.

The teen still feels the pull of the Bronx, where his extended family lives and he visits about twice a month. If you ask him where he's from, he's more likely to answer the Bronx than Long Pond, where he lives.

"I don't know how to explain something like that," he said, with a glittering "NY" hanging from the chain around his neck. "I love the Poconos."

And he appreciates the impact the area has made on his life. "It was moving up here that opened me up to music," he said.

Before he reached high school, he had developed, by his own admission, an outsized view of his abilities.

That view derived from his raw talent and in awards he won for solo playing in middle school more than it did in any training; he still did

not know how to read music. "I was cocky," he said. "I thought I was the best. I'm not going to lie."

But Rodriguez started to realize his potential when he met Jonathan Searfoss, the band director at West High School. "I didn't progress until ninth grade, when Mr. S gave me different note patterns," Rodriguez



BIOGRAPHY

said. "He gave me a lot of constructive criticism that helped me a lot. I actually started to become humble in high school."

Rodriguez would practice his note patterns for hours each night, counting out eight beats per hand on his pillow before he went to bed.

He cites the accomplishments of the school's marching band during his tenure — such as winning the Atlantic Coast Championship two years ago or playing for President George W. Bush at the Tobyhanna Army Depot — as some of the biggest honors in his life. "I just don't want to let music go," he said.

Just the experience of playing with the band was a rush. "You don't realize that you're breathing or know anything that's going on around you," he said. "I just love the focus of knowing what I have to do."

Playing and learning about music still make him look forward to school every day. "I'm a kid. I don't love to come to school. I'm not going to lie. (But) I know I need an education," he said. "Music is my life."

# HICKS

From Page A1

closet of his house and two human hands found in a plumbing compartment in his house.

Null's hands were the only part of her body not recovered by police.

"That's just not my brother," Hicks said. "He's done a lot of stuff in the past but if you look at his charges, those things were all dismissed."

In court papers filed on Saturday, police say Charles Hicks

had previously been arrested for assaults in Texas in 2002 and 2003 and aggravated robbery in 2007.

"How could he get a job at an Army base with a record?" Charlotte Hicks asked. "All those charges were dismissed."

The Pocono Record was not able to verify Hicks' conviction history on Sunday.

Charlotte Hicks said she last talked to her brother over the weekend of March 1-2, a week before his arrest. She said nothing seemed out of the ordinary and he didn't sound unusual or nervous.

"We were having a conversation about my son visiting him up there," Hicks said. "He was talking about how cold it was and how different it was from Texas."

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse on Saturday. He now sits without bail in the Monroe County Correctional Facility.

# SEWAGE

From Page A1

adopted in 1992. The current plant was built in 1991, according to DRBC records.

"When we got there" Browne said of the meeting in Trenton, N.J., "they had a drawing up there and they basically said they made a mistake."

The DRBC agreed Friday that during an earlier meeting with the authority — held in November 2005 — the agency erred by failing to realize any additional wastewater would have to meet the stricter standards.

"They actually should have been held at the 1992 level," said DRBC spokeswoman Kate O'Hara. She said a DRBC official at the meeting "acknowledged it was an unfortunate error on the commission's part."

Any substantive change to the current plant — such as major repairs if the facility develops

operational problems — also could trigger enforcement of the tougher discharge criteria. That would put the municipal authority in the position of spending perhaps millions to upgrade wastewater treatment, or building a new facility elsewhere to serve current customers along the Route 209 corridor.

DRBC officials agree it would be cost prohibitive to meet the tougher discharge standards. They urged the municipal authority to consider other alternatives, such as spray irrigation of the wastewater onto golf courses or other land where it can seep into the ground and recharge acquifers.

But that could be costly too, Browne said. He said spray irrigation couldn't take place during heavy rains or when the ground is frozen in winter.

"You have to have a lagoon to hold five months of treated wastewater," Browne said during a joint meeting Thursday of the municipal authority and

See SEWAGE, Page A3

## LOTTERIES

Numbers drawn
Sunday, March 9, 2008

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: **5-0-9**
MIDDAY BIG FOUR: **1-8-4-4**
TREASURE HUNT: **4-7-15-18-23**
DAILY: **3-7-0**
BIG FOUR: **5-6-4-8**
CASH FIVE: **3-4-15-35-37**
Update: No matches. Today's jackpot worth at least $650,000.
POWERBALL: **17-29-31-34-49**
Powerball: **16**
Powerplay (multiplier): **2**

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: **1-2-9**
MIDDAY PICK FOUR: **9-4-4-6**
PICK THREE: **9-0-5**
PICK FOUR: **6-4-2-4**
CASH FIVE: **6-7-14-22-39**

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: **5-4-8** Lucky Sum: **17**
MIDDAY WIN FOUR: **5-2-3-8** Lucky Sum: **18**
DAILY NUMBER: **8-1-4** Lucky Sum: **10**
WIN FOUR: **6-0-5-9** Lucky Sum: **20**
PICK TEN: **2-9-16-20-26-27-28-29-32-37-41-47-55-59-61-62-66-69-71-79**



MONDAY'S DEAL OF THE WEEK!

SOCIAL SECURITY DISABILITY DENIED?

You can appeal. No fee until your first appointment or discuss your Social Security claim. Contingent Fees.
CALL FOR APPOINTMENT
JOSEPH J. HALSEY RATTMAN
Attorney
19 S. 6th St., Stroudsburg, PA
570-424-6035 or
1-800-457-9791

Live Entertainment Returns
Friday & Saturday Nite
570-476-6900

LOSE WEIGHT NOW
MEDICALLY SUPERVISED

DONATE CARS! TRUCKS BOATS / RVs
CHILDREN'S CANCER
Receive Fair Market Value
TAX DEDUCTIBLE
800-269-9080

NEW POWER WHEELCHAIRS
SCOOTERS and HOSPITAL BEDS
Absolutely no cost to you if qualified.
New lift chairs starting at $699.00.
Call now for free evaluation
Toll free 1-800-470-7562

TAKE CARE OF YOUR NEST!
GREATER POCONO
HOME SHOW
MARCH 15-16
Split Rock Resort | PoconoBuilders.org
Bring this ad and receive $2 off admission.

# POCONO RECORD
Your home. Your neighbors. Your news.



How To Reach Us

'It's not my brother' - poconorecord.com - The Pocono Record          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast / Radar

Traffic   Weather
Breaking News
Text Alerts
Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

'It's not my brother' - poconorecord.com - The Pocono Record          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com    FIND IT!

## 'It's not my brother'
### Sister says Charles Hicks did not kill, dismember woman



Photo 1 of 1 | Zoom Photo +

Charles Ray Hicks

ADAM RICHINS/Pocono Record

Text Size: A | A | A

🖨 Print this Article       ✉ Email this Article
📝 Sign up for text alerts
📝 Sign up for e-mail headlines
💬 Respond to this Article

**Share**

del.icio.us        Digg This Story
reddit             STUMBLEUPON
MY YAHOO            Add to Google
Seed Newsvine



Introducing

HELLO KITTY

Starting at $150
Exclusively at Zales
SHOP NOW ►

**By ADAM McNAUGHTON**
Pocono Record Writer
March 10, 2008

The sister of the man accused of murdering a homeless woman and dismembering her body in January says he would never do what he stands accused of.

"It's not my brother," said Charlotte Hicks, from Fort Worth, Texas. "He's one of the nicest people in the world. I'm reading all these things about him and it's just awful what they say."

State police arrested Charles Ray Hicks on Saturday and charged him with murdering and dismembering Deanna Marie Null and scattering her body parts in trash bags along interstates 80 and 380.

Charles Hicks, formerly of Texas, moved to Tobyhanna in January to work as an electronics technician at the Tobyhanna Army Depot.

In a call to the Pocono Record on Sunday, Charlotte Hicks said she learned of the charges against her younger brother through Internet reports on Saturday afternoon.

"It's just a big shock to see this on the Internet," Charlotte Hicks said. "From what I'm seeing there's a lot of different stuff and conflicting stories."

Hicks says that the original search for the suspect in the case focused on a black man between 5 feet 9 inches and 6 feet tall. She says her brother is shorter at 5 feet 5 inches tall.

But police say they have plenty of evidence against her brother, including a bloody foot found in the trunk of his car, a saw in a bag in a closet of his house and two human hands found in a plumbing compartment in his house.

Null's hands were the only part of her body not recovered by police.

"That's just not my brother," Hicks said. "He's done a lot of stuff in the past but if you look at his charges, those things were all dismissed."

In court papers filed on Saturday, police say Charles Hicks had previously been arrested for assaults in Texas in 2002 and 2003 and aggravated robbery in 2007.

"How could he get a job at an Army base with a record?" Charlotte Hicks asked. "All those charges were dismissed."

The Pocono Record was not able to verify Hicks' conviction history on Sunday.

Charlotte Hicks said she last talked to her brother over the weekend of March 1-2, a week before his arrest. She said nothing seemed out of the ordinary and he didn't sound unusual or nervous.

"We were having a conversation about my son visiting him up there," Hicks said. "He was talking about how cold it was and how different it was from Texas."

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse on Saturday. He now sits without bail in the Monroe County Correctional Facility.

**RELATED STORIES**

Friends of Hicks stunned by arrest, murder charges

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

**RELATED PHOTO GALLERIES**



More

**MULTIMEDIA**

Body Parts Affidavit (PDF File)



thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

Recently Reviewed by Your Neighbors

Sensible Auto Group / Used Cars
"Very helpful, no pressure sales, nice
family owned business, great people,
great..." more
posted on 1/8/2008    ★★★★☆

VIEW MORE Auto Dealers

HOME

📝 Be the first to know - Sign up for text alerts    📧 Sign up for e-mail newsletters

**READER REACTION**

'It's not my brother - poconorecord.com - The Pocono Record          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 11, 2008 at 11:39 AM, Shernoka said:

call, you are real dumb call. honestly. please leave race out of it. I DIDNT TAKE UP FOR CURTAIN EITHER RIGHT???????????? what is he green??  Full Message

Shernoka
Member since: 01/24/2007

Browse All Forums | View All Comments | Login | Register

Print this Article    Email this Article

Ads by Google

# Help those most in need

Eradicate extreme poverty & hunger Support Concern Worldwide

www.concern.net

Public Service Ads by Google

Share

del.icio.us          Digg This Story
reddit                STUMBLEUPON
MY YAHOO!        Add to Google
Seed Newsvine

TOP JOBS
DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

COSMETOLOGIST / ESTHETICIAN
MT POCONO, PA Pocono Record Classified Ad

Telemarketing En
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon
Read more...

View All Featured Ads

TOP CARS

$35,988
2007 Chevrolet Corvette
Brown Daub Chrysler Jeep

2006 Buick Lucerne
Brown Daub Buick Pontiac Chevrolet

$13,254
2007 Kia Sportage
Brown Daub Chevrolet-Volvo

$24,490
2007 Volvo XC90
Brown Daub Chevrolet-Volvo

TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe to The Pocono Record

## POCONO RECORD NEWS FORUM

Reader Reactions

### 'IT'S NOT MY BROTHER'

Discussions 1 2 3 ... 15 16 17 Keep Reading

1 of 166

wawa55
My Comments
Member Since:
1/31/2007

**On Mar 10, 2008 at 06:10 AM, wawa55 said:**

Crack is a terrible drug.

2 of 166

t36namp
My Comments
Member Since:
1/30/2008

**On Mar 10, 2008 at 06:17 AM, t36namp said:**

sorry ms. hicks, but finding the victims hands in your brothers house pretty much says it all.

3 of 166

Roadking
My Comments
Member Since:
2/22/2007

**On Mar 10, 2008 at 06:55 AM, Roadking said:**

Of course, dear sis, his past record of violence, crime and drugs attest to his nice guy persona.

WTF! This guy made sushi out of somebody's mother, somebody's daughter, friend, scattered her pieces around like a roadside buffet, and kept a to go bag!

But, he's still a nice guy. Oh, brother! Somebody slap me.

***Edited 3/10/08 by Roadking***

4 of 166

Sniper
My Comments
Member Since:
12/21/2006

**On Mar 10, 2008 at 07:01 AM, Sniper said:**

God so sick, can even think about it. Well I hope someone doesn't take forever to take this guy to trial. I wonder if it will be a Federal crime?

5 of 166

Pocono2008
My Comments
Member Since:
10/29/2007

**On Mar 10, 2008 at 07:19 AM, Pocono2008 said:**

I hope I get to be a jury member for this...rotten PIG!!!

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



  
Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...

TOP CARS



$13,900
2007 Chrysler Pacifica
Mick Motors

2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo

$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



6 of 166



On Mar 10, 2008 at 07:20 AM, Lake_Naomi_guy said:

19th century London had Jack the Ripper, killer of Victorian prostitutes. 21st century Pocono's now has Charles the Ripper, killer of a Scranton crack ####.

Lake_Naomi_guy
My Comments
Member Since:
3/10/2008

7 of 166



On Mar 10, 2008 at 07:59 AM, jodie612 said:

Question: How did he secure employment in the Army Depot with a police record? That's just almost as scary as the crime.

jodie612
My Comments
Member Since:
3/14/2007

8 of 166



On Mar 10, 2008 at 08:24 AM, despondent said:

You can be hired by the Depot, or one of the contractors, if you have had a felony offense, all you have to do is admit it on the app where they ask about arrests.

"He was such a good boy", my ass.

despondent
My Comments
Member Since:
9/15/2007



9 of 166



On Mar 10, 2008 at 09:41 AM, hscott said:

"It's not my brother, he was just hiding the severed hands for a friend of his, honest officer. I can't tell you how many times his friends leave body parts laying around the house."

hscott
My Comments
Member Since:
8/12/2007

10 of 166

On Mar 10, 2008 at 09:43 AM, PACracker said:

Yeah, I'm sure that a lot of psychopathic lunatics seem like real nice guys. Especially when they hit the crack pipe for a while!- Cracker

*Edited 3/10/08  by  PACracker*

PACracker
My Comments
Member Since: 3/4/2008

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

Tuesday, December 09, 2008                              HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 **2** 3 4 … 15 16 17 | Keep Reading |

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    **FIND IT!**



**11 of 166**

**On Mar 10, 2008 at 09:58 AM, sniggles said:**

What can I say for Tobyhanna. Many good, honest people here desperate for work. But I guess that isn't good enough. Have to have a rap sheet as part of your resume. And I am so sick of the "It was such a NICE GUY" ####. Anyone who could to what he did, has done this before. Choice of disposal was a tad off. Who knows he might have had help. This is one jury I would just LOVE to be on! Please, Please, Pplease!

**sniggles**
My Comments
Member Since:
1/29/2008

---

**12 of 166**

**On Mar 10, 2008 at 10:05 AM, sniggles said:**

His sista is coming with all kinds of excuses. Hey SISTA..explain why he was hiding two hands, bloody hacksaw, bloody work shoe in the car and the same kind of bags found in HIS rental. I bet he will get off with some lame, he was off his meds, routine. It seems alot of s-c-u-m today hide behind the pill bottle.

**sniggles**
My Comments
Member Since:
1/29/2008

**PET PHOTOS**

*Click here to submit yours!*

**TOP JOBS**
MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

---

**13 of 166**

**On Mar 10, 2008 at 10:07 AM, PoconoVoice said:**

So what they found bloody boots in his car, same type of trash bags in his attic and let's not forget about the pair of severed hands in the plumbing of his house and a sister



**PoconoVoice**
My Comments
Member Since:
6/22/2007

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

---

**14 of 166**

**On Mar 10, 2008 at 11:22 AM, CallMeRonnie said:**

Lots of people are nice, but still harbor problems inside. He had a rap sheet, so it's not like he was a choir boy, even if he didn't kill someone before. People on drugs will do things they would never do while sober. Look at the Charles Manson clan or some of these guys in prison, who laugh about how they killed someone while high. How about that Carla woman that they executed a few years ago, who axed a woman to death after partying for days? It's unfortunate, but true.

*Edited 3/10/08   by CallMeRonnie*

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

TOP CARS



$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury

2005 GMC Sierra 1500
Brown Daub Kia



2007 Kia Optima
Brown Daub Kia

2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars



**15 of 166**



fistv
My Comments
Member Since:
5/11/2007

On Mar 10, 2008 at 11:27 AM, fistv said:

I feel for the sister and family, that has to be an unreal shock, family can is usually the last one to see the truth. The sad part it he should have gone to someone well before this to seek help with the drug problem. The hands being there from someone else, maybe, the hack saw from someone else, maybe, HIS boot in the trunk of his car, not likely especially if it matches the blood on the murdered woman. Lets just hope the hands belong to the woman and not someone else or otherwise there will need to be a new search done.

**16 of 166**



davinci
My Comments
Member Since:
3/17/2007

On Mar 10, 2008 at 11:34 AM, davinci said:

he ain't no body chopp'in sicko, he's my brotherrr. he never done nothin like this, except when he was a child and he chopped up the neighbors dog. or maybe the one time he lit that cat on fire. dats all he done. he done lots of things in the past. but he always got away with them. like that time some dude was looking at him and my brother hit him in the head with a hammer. no this ain't my brother. the severed hands, anyone could had hid them there. wait didn't they find gloves belonging to the killer? hey, if the gloves don't fit you can't convict....I gotta call my brothers attorney...

**17 of 166**



Shemeka
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 01:00 PM, Shemeka said:

the guy that said he last saw her with this guy said that this guy asked him if he wanted to have a good time with the girls in the car or something like that right? how many people were in the car? this family better get this guy a kick azz lawyer, and good luck with the justice system out here. i only read a few of the stories and i found about 5 holes alone. ut oh, i guess he must have #### off someone in the area.

**18 of 166**



Rebeccadoglover
My Comments
Member Since:
1/27/2007

On Mar 10, 2008 at 01:04 PM, Rebeccadoglover said:

Not the first and certainly not the last family to live in that nice little town of Denial.

**19 of 166**



kaseyrulz
My Comments
Member Since:
1/31/2007

On Mar 10, 2008 at 01:05 PM, kaseyrulz said:

Let me guess Charlotte your brother didn't smoke crack,pimp out girls or drink either.. Give me a break.Waht does this say about security and quality of work at the Army Depot when crack smokers are on the payroll.How did he even get hired there witha record?? UNREAL

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

20 of 166



**On Mar 10, 2008 at 01:07 PM, fml said:**

Thats right! While the police have done a fantastic job in tracking down leads on this story, the man is still not proven guilty....we do not yet,(and maybe never will) know the whole story.

Shemeka makes a great point about the "people" in the car when the man was approached(?) to see if he wanted to have "a good time" with the girl(s)...who were they and what part may they have played in all this. Once Mr.Hicks has the privilege of an attorney to counsel him, more will come out.

fml
My Comments
Member Since:
1/24/2007

Discussions          1 2 3 4 ... 15 16 17          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [        ] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 2 **3** 4 5 ... 15 16 17 | Keep Reading |



**Shemeka**
My Comments
Member Since:
1/24/2007

21 of 166

On Mar 10, 2008 at 01:10 PM, Shemeka said:

sounds to me like this so called evidence was hidden in the house from "him". stashed in some plumming hole? bags in the attic? he had all that time to stash this and stash that but leave bloody boots in his car? ok. i'm not buying it. and this is not the type of criminal we are looking for here. the person that did this is .....grusome. crackhead? DO YOU KNOW HOW MANY PEOPLE SMOKE CRACK TODAY? drug test your husband, wife and kids and i can gurantee you will find crack traces. damn when did crackhead rather kill someone and be in jail away from crack??????? yall are the simpliest people and fall for any damn thing. like the Curtain rape trail. goodness gracious it's gets better and better.



**Shemeka**
My Comments
Member Since:
1/24/2007

22 of 166

On Mar 10, 2008 at 01:13 PM, Shemeka said:

it's quite obvious whoever spreaded the body parts on I-80 wanted it to be seem immediately so that it could be recovered right away. but why????? this guy is up in Tobyhanna and an army depot and he can't find better woods to stash a body????? whoever did this wanted to highlight it. doesn't add up to me cause i don't fall for just any ole thing.



**cali007**
My Comments
Member Since:
2/13/2007

23 of 166

On Mar 10, 2008 at 01:13 PM, cali007 said:

You're comic relief if nothing else shemeka:-)

24 of 166

On Mar 10, 2008 at 01:16 PM, PACracker said:

I'm sure there are other people that could be implicated in this... and maybe our boy was so jacked up he doesn't even remember doing it? I'm patiently waiting for some of our more liberal posters to log on and explain to me how legalizing drugs would prevent these types of atrocities from happening in the future. Cocaine, it's a wonderful drug that should be legalized don't you think? (not)

- Cracker

**PACracker**
My Comments
Member Since: 3/4/2008

---

### Sidebar

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]


thepoconos.com/homes
Find a Home

**TOP JOBS**
MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

1 of 3                                                                 12/9/2008 7:55 AM

**TOP CARS**


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


$10,900
2007 Dodge Caliber
Mick Motors


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

Show All Featured Cars



**25 of 166**


**cali007**
My Comments
Member Since:
2/13/2007

On Mar 10, 2008 at 01:25 PM, cali007 said:

"damn when did crackhead rather kill someone and be in jail away from crack????"

Back in the day when crack was huge I saw my fair share of irrational, violent crackheads. That's kinda what crack does to a person. You can turn your back on person, never turn your back on a crackhead.

"DO YOU KNOW HOW MANY PEOPLE SMOKE CRACK TODAY? drug test your husband, wife and kids and i can gurantee you will find crack traces."

Uhmm... Probably not.

**26 of 166**


**PACracker**
My Comments
Member Since: 3/4/2008

On Mar 10, 2008 at 01:30 PM, PACracker said:

"DO YOU KNOW HOW MANY PEOPLE SMOKE CRACK TODAY? drug test your husband, wife and kids and i can gurantee you will find crack traces. damn when did crackhead rather kill someone and be in jail away from crack??????? yall are the simpliest people and fall for any damn thing."

Answer to your questions, and a comment;

1. Too many

2. When did you ever meet a crackhead that was capable of rational thought, especially when they've had their head in the bag on a 2 or 3 day binge?

3. We may be simple, but we can use spell check.

- Cracker

**27 of 166**


**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 01:31 PM, Shemeka said:

fml. thanks. yes, we can't overlook these small little details as they are detrimental to the case. he just don't look like the vicious animal that would have did this. he look confused as shyt in the photo. why would he put bags all over 80 for the world to see? no way, it just doesn't make sense to me. since they found the bags i knew whoever put them there was saying "come and get it" and we can't ignore "why" someone would want it to be seen so bad, but then leave bloody boots in the truck? [sigh].

**28 of 166**


**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 01:33 PM, Shemeka said:

Hey cali.....you call it comic relief, i call it analyzing the facts.

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

---

**On Mar 10, 2008 at 01:35 PM, cali007 said:**

"why would he put bags all over 80 for the world to see?"

Good question. Why would anyone?

"...someone would want it to be seen so bad, but then leave bloody boots in the truck?"

Ever heard of just plain stupid?

**cali007**
My Comments
Member Since:
2/13/2007

---

**On Mar 10, 2008 at 01:38 PM, Shemeka said:**

cali, as a crackhead he has the strength to cut up a body? to be precise enough not to leave evidence in the bags? crackhead enough to stash the hands in some plumming area of the house? i don't know this story got holes all over it. my mind is just racing with diffemt things. but yall ARE a simple bunch of people. dollars to donuts all who believe every detail of this story is the ones who believe Curtain a 21 year old molested his peer a 17 year old?

**Shemeka**
My Comments
Member Since:
1/24/2007

---

Discussions                    1 2 3 4 5 ... 15 16 17                    Keep Reading

---

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

**WEATHER FOR STROUDSBURG:**
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search

All Message Boards > Pocono Record News Forum > Reader Reactions >    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions              1 2 3 **4** 5 6 ... 15 16 17          Keep Reading

| | |
|---|---|
| | **31 of 166** |
| | On Mar 10, 2008 at 01:38 PM, fml said:<br><br>Can't go on looks Shemeka, Iam sure you know that. But I agree, too many people ready to just convict this guy. I am sure THAT has nothing to do with how he looks, RIGHT? |
| **fml**<br>My Comments<br>Member Since:<br>1/24/2007 | |

| | |
|---|---|
| | **32 of 166** |
| | On Mar 10, 2008 at 01:39 PM, elle (ellegil) said:<br><br>Maybe this isn't her brother...Has she seen the pic?<br><br>;) |
| **elle (ellegil)**<br>My Comments<br>Member Since:<br>8/29/2007 | |

| | |
|---|---|
| | **33 of 166** |
| | On Mar 10, 2008 at 01:40 PM, Shemeka said:<br><br>PA, exactly. whoever cut up that body was very very precise and knew exactly what they were doing. not a crackhead mind. |
| **Shemeka**<br>My Comments<br>Member Since:<br>1/24/2007 | |

| | |
|---|---|
| | **34 of 166** |
| | On Mar 10, 2008 at 01:42 PM, Shemeka said:<br><br>cali, yep i've heard of plain stupid. but i knew when i read the first article about body parts being found on 80 in different locations in 8 different bags was nothing stupid about it. there is a message here but i see we are all to simple and stupid to crack it. so we rather fall for the 5'5 foot crackhead bit. |
| **Shemeka**<br>My Comments<br>Member Since:<br>1/24/2007 | |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com      FIND IT!


thepoconos.com/cars

Find a Car

**TOP JOBS**
**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon    WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

**TOP CARS**


Photo Coming Soon
1995 Pontiac Sunfire
**Brown Daub Dodge**


2003 Kia Rio
**Brown Daub Kia**


2006 Mazda MAZDA6
**Brown Daub Kia**


$11,490
2006 Mazda MAZDA3
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

**35 of 166**



**cali007**
My Comments
Member Since:
2/13/2007

On Mar 10, 2008 at 01:45 PM, cali007 said:

"cali, as a crackhead he has the strength to cut up a body?"

Without a doubt. He doesn't look that frail to me and crack will pump you up like your superman.

"but yall ARE a simple bunch of people."

Yawn. Your just trying to get a rise out of people. Felt like being a troll today, huh?

---

**36 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 01:46 PM, Shemeka said:

fml, na, not really on looks. i meant the stupid confused look on his face in the photo. but i did joke earlier that i was shocked to see he was a black dude.

---

**37 of 166**



**elle (ellegii)**
My Comments
Member Since:
8/29/2007

On Mar 10, 2008 at 01:47 PM, elle (ellegii) said:

"not a crackhead mind."

Hey Shemeka...
How would a crackhead mind be able to keep a job at the Army Depot?

---

**38 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 01:50 PM, Shemeka said:

cali, actually no. i am in a laid back mood right now. this story just seems so....missing puzzles to me. i'm being serious. but you know honestly, i don't have the patience to argue with yall right now about simple facts not making sense to me. did you not read that the guy that said she was "last seen" with him said this guy asked him if he wanted to come party with them, or have a good time with the girls...I forget the exact words, but it meant there were more people in the car. to me this is a damn hole. i don't know what that means to someone else. when someone's charges are dropped, to me that means they were not "convicted". But that's just me though, my mind, and how i thing.

---

**39 of 166**



**PACracker**
My Comments

On Mar 10, 2008 at 01:51 PM, PACracker said:

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

Member Since: 3/4/2008

"PA, exactly. whoever cut up that body was very very precise and knew exactly what they were doing. not a crackhead mind. "

So you're saying that whoever cut up the body WAS in fact behaving in a rational fashion? I fail to see anything rational about cutting up a person and scattering the remains along two major highways.

HOWEVER, when I first saw the news reports about the discovery of the body parts, my first thought really was "that someone was sending someone else some kind of message". Truth be told, I was always convinced that it would turn out that some MAJOR drug dealer from NYC was making a statement about not screwing around and owing them money or something, and wanted the message to be loud and clear to all the little crack dealers in Monroe County that they supplied.

And the conspiracy theorist in me can reason that this was what happened, and they just framed this poor fool because he happened to be around at the time whacked out of his mind on crack.

OR.... he did it and it just seemed like a good idea at the time because his brain was fried.

- Cracker

---



Lake_Naomi_guy
My Comments
Member Since:
3/10/2008

**40 of 166**

On Mar 10, 2008 at 01:51 PM, Lake_Naomi_guy said:

Maybe it's just me, but I already think that I am hearing some rumblings about the race card being pulled as part of Charles Hicks' defense. These severed hands of the victim being found in Charles Hicks' house is rather compelling evidence, however. Let's also not forget his boot with the victim's blood on it, his hacksaw which could be the one used to cut through the victim's bones, his plastic bags matching the ones found containing all of the victim's other body parts, and the suspicious statements of Charles Hicks himself. Then we have some witness accounts that place Charles Hicks as being the last person seen with the victim while she was alive on top of all that. If O.J. Simpson's old lawyer Johnnie Cochran were still alive, I'm not so sure that even he would want to defend Charles Hicks in this case, even for all the money in this world. All Johnnie Cochran had to do was convince the jury that Detective Mark Fuhrman planted an ill-fitting bloody glove in O.J.'s house, all because Mark Fuhrman was supposedly a racist who was willing to frame a wealthy black celebrity. This case would be a whole other can of worms for any slick defense lawyer to explain away to a judge and/or jury, merely due to the proverbial "mountain of evidence" that the police have already stacked against Charles Hicks.

---

Discussions            1 2 3 4 5 6 ... 15 16 17            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



Tuesday, December 09, 2008          HOME |CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
MCLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest                        Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions              1 2 3 4 [5] 6 7 ... 15 16 17          Keep Reading

| | |
|---|---|
|   Shemeka<br>My Comments<br>Member Since:<br>1/24/2007 | **41 of 166**<br>On Mar 10, 2008 at 01:52 PM, Shemeka said:<br>THAT'S ONE OF THE HOLES I'M REFERRING TO. HE WORKED THERE, SO WE CAN'T really think of him as the normal crackhead. hurray elle, you pointed out one of the holes. |

| | |
|---|---|
| olle (ellegil)<br>My Comments<br>Member Since:<br>8/29/2007 | **42 of 166**<br>On Mar 10, 2008 at 01:55 PM, elle (ellegil) said:<br><br>Shemeka meet Cracker....<br><br>Watch out, he likes to fish, too.<br><br>:) |

| | |
|---|---|
| gladys<br>My Comments<br>Member Since: 2/6/2007 | **43 of 166**<br>On Mar 10, 2008 at 01:56 PM, gladys said:<br>And please, let's not forget, it is doubtful that the police are releasing all the info and evidence in this case. I'm sure there is plenty left to come. The police have prolly found the holes we all have and they are answering those concerns. |

| | |
|---|---|
|   PACracker<br>My Comments<br>Member Since:3/4/2008 | **44 of 166**<br>On Mar 10, 2008 at 01:56 PM, PACracker said:<br>Hey Lake_Naomi_Guy, I know of one lawyer in Monroe County who would take the case. Hell, a couple years ago, he got a guy off scot - free that killed TWO people, in cold blood!<br><br>- Cracker |

| | |
|---|---|
| hscott<br>My Comments<br>Member Since:<br>8/12/2007 | **45 of 166**<br>On Mar 10, 2008 at 01:58 PM, hscott said:<br>I can't wait for dinner tonight. "Tommorrow Honey, I am having you and the boys tested for crack. Please pass the taters." |

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

Search PoconoRecord.com          **FIND IT!**


thepoconos.com/homes

**Find a Home**

**TOP JOBS**
**MEDICAL** Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

TOP CARS


$15,900
2006 Dodge Dakota
Mick Motors


2001 Ford Escape
Brown Daub Kia


2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler
Jeep

**Show All Featured Cars**



46 of 166



On Mar 10, 2008 at 02:02 PM, PACracker said:

Hi Elle! Thanks for the introduction....

Isn't this nuts?

:^)

**PACracker**
My Comments
Member Since: 3/4/2008

---

47 of 166



On Mar 10, 2008 at 02:07 PM, hscott said:

"SO WE CAN't really think of him as the normal crackhead" you're right, he sounds like and extraordinary crackhead - how special.

**hscott**
My Comments
Member Since:
8/12/2007

---

48 of 166



On Mar 10, 2008 at 02:10 PM, PACracker said:

Nice one hscott! I missed that!

:^)

**PACracker**
My Comments
Member Since: 3/4/2008

---

49 of 166



On Mar 10, 2008 at 02:16 PM, Lake_Naomi_guy said:

Hey Cracker, this lawyer you know in Monroe County may have gotten a client out of a double murder charge, but did this same client also hide his victim's body parts in his house?Hypothetically, a guy could off a person or even a whole roomful of people and later beat the potential murder charges if he planned it well enough in advance, disposed of the evidence effectively enough, and kept his mouth shut when the police came along asking questions.Charles Hicks does not seem to be this type of hypothetical guy though, fortunately for us, and unfortunately for him. I foresee Charles Hicks ultimately being convicted of this murder, or possibly even pleading guilty to avoid the death penalty.

**Lake_Naomi_guy**
My Comments
Member Since:
3/10/2008

---

50 of 166



On Mar 10, 2008 at 02:26 PM, Shemeka said:

PAcracker. [sigh]

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

Tuesday, December 09, 2008





HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                   Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >      Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions            1 2 3 4 5 **6** 7 8 ... 15 16 17          Keep Reading

---

**51 of 166**

On Mar 10, 2008 at 02:26 PM, Shemeka said:

elle. he likes to fish too?.....ut oh.

Shemeka
My Comments
Member Since:
1/24/2007

---

**52 of 166**

On Mar 10, 2008 at 02:27 PM, PACracker said:

Heh... I hope you're right Lake_Naomi_guy. And I hope that David Christine's office has their act together on this one more than they did on the case I was referring to. It is amazing how many little rules there are surrounding things such as what the jury is and isn't allowed to hear or see regarding evidence and testimony. And the slick lawyers know all too well how to play those rules to their client's favor, and get evidence or testimony supressed that would have otherwise sent their client to their just reward.

Hate to sound cynical, just speaking from experience....

- Cracker

PACracker
My Comments
Member Since: 3/4/2008

---

**53 of 166**

On Mar 10, 2008 at 02:27 PM, Jenlee said:

He was able to work at the depot b/c he probably worked for a private contractor that did not require a drug test.

Jenlee
My Comments
Member Since:
3/10/2008

---

**54 of 166**

On Mar 10, 2008 at 02:30 PM, cali007 said:

"He was able to work at the depot b/c he probably worked for a private contractor that did not require a drug test."

He did work for a contractor and there are plenty of 100% fool proof ways to beat a drug test.

cali007
My Comments
Member Since:
2/13/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    **FIND IT!**




Find a Home

**TOP JOBS**

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more ...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

55 of 166



On Mar 10, 2008 at 02:31 PM, fraudstoper said:

PLEASE HE IS GULITY AS SIN 100% ..OF COURSE SHE IS GOINT TO DEFEND HER BROTHER AND SAY HE DID NOT DO IT.PLEASE A BUNCH OF HORSE s***!!!HANG THE SOB!!!!

fraudstoper
My Comments
Member Since: 3/7/2008

TOP CARS


$12,900
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet

2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars


Subscribe To The
Pocono Record

56 of 166

 

On Mar 10, 2008 at 02:38 PM, PACracker said:

Wow fraudstoper, don't hold back, tell us how you REALLY feel!

PACracker
My Comments
Member Since: 3/4/2008

57 of 166



On Mar 10, 2008 at 02:40 PM, Nimrod and norm (Norm) said:

After reading everyone else comments,I had to read the story agian.Did the forensics get back yet? You know, the blood test off of all the evidence that was found. I didn't see it mention. Does anybody here think that he might be set up? I was just wondering. It just sounds pretty dumb to hide the hands in the house you live in and leave the other stuff in the trunk of your car after all this time.

Nimrod and
norm (Norm)
My Comments
Member Since:
5/11/2007

58 of 166



On Mar 10, 2008 at 02:43 PM, Rockabilly said:

Now is the time to excercise on "Capitol punishment". Lead by example. The problem is they already stated homicide not murder and there is talk already of Mr Hicks not taking the medication he should have been taking. He'll get life then mine and your tax dollars will pay for this SOB everyday. I pray that Ms. Null will rest in peace now.

Rockabilly
My Comments
Member Since:
7/20/2007

59 of 166



On Mar 10, 2008 at 02:44 PM, Shemeka said:

Shemeka
My Comments
Member Since:
1/24/2007

12/9/2008 7:56 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

Cali, did you read this? "Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Poconos interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.

No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.

State police investigators came to city police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.

Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records."

looks like someone wanted revenge on Null to me.....

---

60 of 166

On Mar 10, 2008 at 02:45 PM, PACracker said:

**PACracker**
My Comments
Member Since: 3/4/2008

Uh-oh, you probably just riled up Shemeka again. But to answer your question, there has been nothing published yet saying who's blood was on the boot that was found in the trunk. Of course it's a fair bet that it belongs to the victim.

And to your point, of course, it's entirely possible the guy is being set up...but then, we only know what's been published so far..I'm pretty sure that there is more to this than the State Police have told us yet. I'm guessing more will come out in the trial eventually. Like I said, I just hope Mr. Christine and his team have their act together this time.

---

Discussions            1 2 3 4 5 6 7 8 ... 15 16 17            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar



# POCONO RECORD
### News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                        Search _____ 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 2 3 … 5 6 **7** 8 9 … 15 16 17 | Keep Reading |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          **FIND IT!**



**61 of 166**

**On Mar 10, 2008 at 02:45 PM, Shemeka said:**

DAMMIT!! Norm to the rescue. HELL YEAH HE WAS SET UP. These people are so simple minded. check this out ....

"Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Poconos interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.
No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.
State police investigators came to city police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.
Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records."

Shemeka
My Comments
Member Since:
1/24/2007



**Find a Home**

**TOP JOBS**
MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**62 of 166**

**On Mar 10, 2008 at 02:47 PM, Shemeka said:**

PACarcker. i sure am riled up. take a crack at this and tell me do you think someone would want revenge on this "Wiggar" as they like to call white sisters that date black men?

"Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Poconos interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.
No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.
State police investigators came to city police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.
Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records."

Shemeka
My Comments
Member Since:
1/24/2007

**TOP HOMES**



Photo Coming
Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



**63 of 166**

**On Mar 10, 2008 at 02:50 PM, Shemeka said:**

That's why yall got spirits haunting yall. TOO MANY DAMN SKELETONS!!! CHECK THIS OUT. "The state Board of Probation and Parole in Harrisburg was unable to provide any information Tuesday on the status of the three men convicted in the shooting case."

Shemeka
My Comments
Member Since:
1/24/2007

**TOP CARS**



$13,900
2007 Chrysler Pacifica
Mick Motors

2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo



$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The Pocono Record

**64 of 166**

**On Mar 10, 2008 at 02:54 PM, PACracker said:**

Easy Shemeka, it sounds like the State Police already followed up on that lead and came up empty, or they wouldn't have arrested our crack head friend here. IF and that's a big if, this would somehow turn out to be a set up, it won't turn out to be those three fools that couldn't pull of a successful drive-by 6 years ago. This was probably just a coincidence, bad things happen to you when you travel in the circles that this poor woman apparently traveled in.

IF and that's a big if this would somehow turn out to be a set up, it will probably be more like the scenario I described earlier, a big time drug dealer from out of the area sending a message to the little pi_sant crack dealers around here not to screw with him.

PACracker
My Comments
Member Since: 3/4/2008



**65 of 166**



**On Mar 10, 2008 at 02:58 PM, tdavey said:**

It would be nice if they stopped referring to this as "the body parts" case and started calling it the "Deanna Null" case. She does have a name!

tdavoy
My Comments
Member Since:
11/26/2007

**66 of 166**



**On Mar 10, 2008 at 02:58 PM, PACracker said:**

Like the one that gunned down the Fothias brothers in downtown Stroudsburg a couple of years ago. As a message that he shouldn't be messed with. And like I mentioned earlier, he got clean away with it. Because of the rules that his slick attorney knows all too well.

- Cracker

Message 5583.67 was deleted

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

**68 of 166**



On Mar 10, 2008 at 03:00 PM, Shemeka said:

PACracker, i'm not familiar with that case. white guy or black guy gunned down by a white guy or black guy shooter?

**Shemeka**
My Comments
Member Since:
1/24/2007

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                              Search

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 2 3 ... 6 7 [8] 9 10 ... 15 16 17 | Keep Reading |



**71 of 166**

On Mar 10, 2008 at 03:03 PM, PACracker said:

Black shooter, two white victims (who were no angels either, but they didn't deserve that).

PACracker
My Comments
Member Since: 3/4/2008

**72 of 166**

On Mar 10, 2008 at 03:04 PM, Nimrod and norm (Norm) said:

Well Shemeka,and Cracker,I can't belive Shemeka and I seem to agree on something,just hope that the DA's office and the state and local police are reading what we are saying here.hope they don't leave any stone unturned! I think theres more here then we realize.

Nimrod and
norm (Norm)
My Comments
Member Since:
5/11/2007

**73 of 166**

On Mar 10, 2008 at 03:04 PM, editor1 said:

Shemeka, badlanguage tends to make some think you don't have faith in the persuasive power of mere facts.

editor1
My Comments
Member Since:
12/19/2006

It is indeed a special person who goes to the trouble of dumping body parts up and down interstates, but keeps the hands in his apartment. See, when you just say it, the inconsistency between dumping most and keeping some really stands out. Perhaps crack explains it, but still: Unless he's a developed serial killer keeping trophies, he's organized enough to get rid of the body but not organized enough to get rid of all of it? Possible, but how plausible? Guess we'll find out.

wjw

Message 5583.74 was deleted



**75 of 166**

On Mar 10, 2008 at 03:06 PM, cali007 said:

Yeah shemeka, I read all about that when the story first broke. I believe they did it and set this Hicks guy even less then you believe Hicks did it.

cali007
My Comments
Member Since:
2/13/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!



thepoconos.com/homes

Find a Home

**TOP JOBS**
**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

TOP CARS

 

**$5,973**
2004 Ford Focus
Brown Daub Ford Lincoln Mercury

**2000 Chevrolet Blazer**
Brown Daub
Chevrolet-Volvo

 

**$6,950**
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

**$15,988**
2005 Jeep Grand Cherokee
Brown Daub Chrysler
Jeep

Show All Featured Cars



---

76 of 166



**On Mar 10, 2008 at 03:06 PM, Shemeka said:**

oh ok. well this is not NY drug dealer mess. this is mountain mess. good ole boy mess.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

77 of 166



**On Mar 10, 2008 at 03:08 PM, Shemeka said:**

Norm, sadly enough the same type of forums here will be the same minds sitting on the jury. then in 25 years he will get out when some new DNA experts analyze it.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

78 of 166



**On Mar 10, 2008 at 03:08 PM, cali007 said:**

"good ole boy mess."

Sure is. A good ole' boy from Texas.

**cali007**
My Comments
Member Since:
2/13/2007

---

79 of 166



**On Mar 10, 2008 at 03:08 PM, Shemeka said:**

editor1, i was exaggerating my point - as i always do. why is today different?

**Shemeka**
My Comments
Member Since:
1/24/2007

---

80 of 166



**On Mar 10, 2008 at 03:10 PM, PACracker said:**

**PACracker**
My Comments
Member Since: 3/4/2008

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

Exactly, the fools that couldn't manage to drive by some people on a corner and fire at them at probably point blank range and manage to hit any of them... somehow since then have grown enough brain cells to mastermind chopping her up, and planting all of the evidence on somebody else? They just don't seem shrewd enough... and like I said, it seems like the police have already followed up on that lead. I know you think everyone in NE PA are simple country bumpkins including the State Police, or they are covering up for a "fellow good ole boy", but that's probably not the case.

- Cracker

Discussions                    1 2 3 ... 6 7 [8] 9 10 ... 15 16 17              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
**News & Information from Northeast Pennsylvania**

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [          ] 🔍
Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions            1 2 3 ... 7 8 **9** 10 11 ... 15 16 17            Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!


thepoconos.com/jobs

Find a Job

**TOP JOBS**
**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

81 of 166

On Mar 10, 2008 at 03:11 PM, Shemeka said:

editor1, it just strike me as odd because all these locals are very territorial about transplants migrating to the area. but THIS landlords WANTS to speak on this guys behalf?????????? with all these things he was arrested for????? sure ok. do you even buy that editor1?

**Shemeka**
My Comments
Member Since:
1/24/2007

82 of 166

On Mar 10, 2008 at 03:12 PM, PACracker said:

Hmmm, everyone involved was on crack, but you have a hard time believing that drugs or drug dealers have anything to do with it? Perhaps, us country bumpkin PA folks aren't the simple ones here Shemeka....

- Cracker

**PACracker**
My Comments
Member Since: 3/4/2008

83 of 166

On Mar 10, 2008 at 03:14 PM, Shemeka said:

PACracker, is it that the couldn't do it, or is it that maybe the guys they were shooting at is familiar with seeing a car slowing up at night might be suspicious and look like a drive by waiting to happen and duck and run? we are talking about people that live that type of lifestyle.

**Shemeka**
My Comments
Member Since:
1/24/2007

84 of 166



On Mar 10, 2008 at 03:16 PM, editor1 said:

Well, Shemeka, I never have to "buy" any of it, but I am frequently called upon to try to understand why people believe the things they believe so I can successfully explain that to people in news stories. All I did was try to boil what you were saying down to its essence to show you didn't need any obscenities in there for your argument to have power. And I think your language today might have been a little stronger than usual, or perhaps I haven't been paying enough attention. :-)

wjw

**editor1**
My Comments
Member Since:
12/19/2006

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...

**TOP CARS**


**$13,900**
2007 Chrysler Pacifica
Mick Motors


2000 Chevrolet Blazer
**Brown Daub
Chevrolet-Volvo**


**$6,950**
2003 Mazda MPV
**Brown Daub
Chevrolet-Volvo**

**$45,090**
2008 Chrysler Aspen
**Brown Daub Chrysler Jeep**

Show All Featured Cars



85 of 166



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 03:18 PM, Shemeka said:

you know why PACracker, cause when a drug dealer wants to make a point, they beat the hell out of you, knock a couple of teeth out, or shoot you and keep it moving. they don't risk the "empire" they built on one crackhead and go through the trouble of cutting up a body, that is some GRUUUUSSOOOME mess right there, and if you can tell me why he would do this after only being in the neighborhood a couple of months????? moved here from TX, got a nice job as an electrician, but wants to cut up a body of someone he can sleep with and party with at any time, THAT SOUNDS LIKE HAVE FUN WITH H TO ME. crackhead love crack, and love to party, and she was obviously prostituting, AND THAT MEANS SHE CAN PROVIDE HIM WITH MONEY IN CASE HE'S RUNNING LOW ON FUNDS FOR MORE CRACK.

86 of 166



**Nimrod and norm (Norm)**
My Comments
Member Since:
5/11/2007

On Mar 10, 2008 at 03:19 PM, Nimrod and norm (Norm) said:

That's right cali,he's from Texas.Why did he leave? Why is he here? There is more to this and we will have to wait. Drugs and dealers,someone bigger then him did this, law enforcement-GO GET THEM! Ok got to go before I say something dumb.

87 of 166



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 03:21 PM, Shemeka said:

yeah, you weren't paying attention. i'm always rattled. lolol but i do apologize if i came off harsh. i just was trying to emphasize that landlord to be full of it. and i will watch my language in the futures as i would not want to be "Jack-ed off this site" lololololololol

88 of 166



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 03:22 PM, Shemeka said:

yeah Norm, you better go for they get on your case about agreeing with me. lololol

89 of 166



**hscott**
My Comments
Member Since:

On Mar 10, 2008 at 03:22 PM, hscott said:

Hey Shemeka, you seem to have an intimate knowledge of the drug culture. Hmm. I wonder.



Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



8/12/2007

90 of 166

**On Mar 10, 2008 at 03:23 PM, Shemeka said:**

hscott, na.... just a little common sense is all.

**Shemeka**
My Comments
**Member Since:**
1/24/2007

Discussions          1 2 3 ... 7 8 9 10 11 ... 15 16 17          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search 
Advanced Search

---

## POCONO RECORD NEWS FORUM

---

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions          1 2 3 ... 8 9  10  11 12 ... 15 16 17        Keep Reading

---

**91 of 166**

On **Mar 10, 2008 at 03:24 PM, hscott** said:

Shemeka and common sense, well there are two things that don't go together - lol

**hscott**
My Comments
Member Since:
8/12/2007

---

**92 of 166**

On **Mar 10, 2008 at 03:24 PM, realpissed** said:

U people r crazy n believe anything u hear, the cops will be forced to tell the real facts n the media has it twisted. talk about facts not media coverage.

**realpissed**
My Comments
Member Since:
3/10/2008

---

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

Search PoconoRecord.com          FIND IT!

thepoconos.com/jobs

Find a Job

**TOP JOBS**
**Advertising** SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media
Group

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**


Photo Coming
Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



**PACracker**
My Comments
Member Since: 3/4/2008

**On Mar 10, 2008 at 03:30 PM, PACracker said:**

'Norm, sadly enough the same type of forums here will be the same minds sitting on the jury. then in 25 years he will get out when some new DNA experts analyze it. "

Editor1, you should be very, very proud of me for not using profanity at this point, and forcing you to delete or edit the post I am about to make.

Shemeka, let me explain something to you. The double murder that happened a couple of years ago that I mentioned, I was on that jury. It was, by the way the absolute worst experience of my life. And I guess in your opinion, with the exception of the one black woman that sat on the jury with me, I was just a band of "good ole boys" (and girls) and we should have sent him straight to his maker, as it was a capital case. The DA's office was seeking the death penalty if we found him guilty. Unfortunately, after us "good ole boys" listened to all of the EVIDENCE that was presented, we deliberated and voted UNANIMOUSLY on a "not guilty" verdict on all charges. It was an absolute horrible experience. As the verdict was read the widow and sister in law of the two brothers became hysterical and had to be removed from the courtroom. We were immediately taken back to the jury room, all of us, extremely upset by what we had been through.

Then, as the courtroom was being cleared, the judge came back to our room, and explained to us why he was guilty and how he knew that we had just let a double murderer walk away scot free. He filled us in on a little bit of evidence that we weren't allowed to hear, because his slick WHITE good ole boy lawyer had it supressed, and that we all agreed had we been in the loop on, would most certainly have sent that piece of #### straight to hell where he belongs.

But I guess you think you're in Hazzard County and Boss Hogg is in charge of the state police, and Enos is just covering up for Roscoe.

How dare you. You don't know anything, you don't know anything at all.



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Mar 10, 2008 at 03:31 PM, Shemeka said:**

so you see no holes in this story? hscott



**Nimrod and
norm (Norm)**
My Comments
Member Since:
5/11/2007

**On Mar 10, 2008 at 03:32 PM, Nimrod and norm (Norm) said:**

Shemeka, This isn't a local thing or a transplant thing this all of our community problem and the our country problem along with the rest of the world's. We all need to ban together and get this type of thing gone, but one can dream can't we?



**hscott**
My Comments
Member Since:
8/12/2007

**On Mar 10, 2008 at 03:35 PM, hscott said:**

Oh course some things seem odd, but 99% of the time if it walks like a duck and quacks like a duck, it's a duck darlin'. What would it take for you to assume he is guilty? His DNA on the hands, boot, saw etc. Would that be enough??

**TOP CARS**


2007 Kia Optima
Brown Daub Kia


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet

2006 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

**Show All Featured Cars**


Subscribe To The
Pocono Record
Click here for
more information

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



**97 of 166**

**On Mar 10, 2008 at 03:36 PM, realpissed said:**

I know shemeka these people are trippin, they see black and loose their damn mind, then n only then do they believe everythang the media prints.

**realpissed**
My Comments
Member Since:
3/10/2008

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...



Welcome  Guest
All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [            ] 🔍
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions          1 2 3 ... 9 10 **11** 12 13 ... 15 16 17          Keep Reading

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   **FIND IT!**

thepoconos.com/cars

Find a Car

**TOP JOBS**
**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More Jobs
**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**101 of 166**



On Mar 10, 2008 at 03:38 PM, Shemeka said:

yep.

Shemeka
My Comments
Member Since:
1/24/2007

---

**102 of 166**

On Mar 10, 2008 at 03:39 PM, Shemeka said:

hell yeah realpissed. hell yeah.

Shemeka
My Comments
Member Since:
1/24/2007

---

**103 of 166**

On Mar 10, 2008 at 03:40 PM, Shemeka said:

cali, damn, what kind of crack are yall getting out here? i never see people on crack acting like that.

Shemeka
My Comments
Member Since:
1/24/2007

---

**104 of 166**



On Mar 10, 2008 at 03:41 PM, hscott said:

OK Shemeka, when that DNA info is proven, then I hope you'll admit that we saw him for the murdering butcher he was and not a white country bumpkin picking on the poor hard working, sad looking, just trying to be a better American black vet. Your the one trying to spin it into a racial deal. If some white dude had severed hands hidden in his water closet, I would think he was guilt as sin too. At least I am consistent.

*Edited 3/10/08   by  hscott*

hscott
My Comments
Member Since:
8/12/2007

---

**105 of 166**

On Mar 10, 2008 at 03:43 PM, cali007 said:

" i never see people on crack acting like that."

I got to call you out then. You have never seen ANYONE on crack.

cali007
My Comments
Member Since:
2/13/2007

---

1 of 2                                                                    12/9/2008 7:57 AM

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...



**106 of 166**

Nimrod and norm (Norm)
My Comments
Member Since:
5/11/2007

On Mar 10, 2008 at 03:45 PM, Nimrod and norm (Norm) said:

Cracker, I know what you mean, and not trying to turn this into them vs.us thing, us so call "good old boys" will always need to sit on the jury because its to much of a hard ship on our commuting neighbors that moved here. but that law keeping evidence from the jury is wrong. Now I have to go.

Message 5583.107 was deleted

**108 of 166**

Shemeka
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 03:48 PM, Shemeka said:

hscott, they cut up a body,,,,they can't put a little slatter of blood anywhere they want??????????????????

**109 of 166**

Shemeka
My Comments
Member Since:
1/24/2007

On Mar 10, 2008 at 03:49 PM, Shemeka said:

on Pocono Crack that is. regular crack, oh yes...all the time. i have family members on crack. and they are funny as hell. wacked out yes, but no where near you descibed. that's Pocono Mountain Crack. yall should get more money for that kind of high.

**110 of 166**

heather_dean
My Comments
Member Since:
5/31/2007

On Mar 10, 2008 at 03:51 PM, heather_dean said:

This conversation is deplorable!

Discussions          1 2 3 ... 9 10 **11** 12 13 ... 15 16 17          Keep Reading

TOP CARS





$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury

2005 GMC Sierra 1500
Brown Daub Kia

2007 Kia Optima
Brown Daub Kia

$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD                               WEATHER FOR
                                            STROUDSBURG:
News & Information from Northeast Pennsylvania   M/CLOUDY 22°
                                            Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                              Search _____ 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search



## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions        1 2 3 ... 10 11 **12** 13 14 15 16 17        Keep Reading



**111 of 166**

On Mar 10, 2008 at 03:52 PM, hscott said:

His DNA Shemeka, his DNA. Don't you ever watch CSI? Or did the new "THEY" sneak in
and draw some of Charles DNA to plant on all the evidence.

hscott
My Comments
Member Since:
8/12/2007



**112 of 166**

On Mar 10, 2008 at 03:52 PM, cali007 said:

I never saw anyone smoke crack around here. I've seen LA crackheads.

source: http://www.ncbi.nlm.nih.gov/pubmed/3407210

"Psychosis was present in 29 percent of cocaine-disordered patients hospitalized in 1985
during an epidemic of freebase cocaine abuse in the Bahamas. Record reviews revealed
that a variety of psychotic phenomenologic patterns were present. Prior major mental
disorders and increased dosage of cocaine were more common among psychotic than
non-psychotic patients. Violent behavior was common among cocaine patients, especially
those with psychosis. We conclude that freebase cocaine psychosis is neither rare nor
benign."

cali007
My Comments
Member Since:
2/13/2007



**113 of 166**

On Mar 10, 2008 at 03:53 PM, realpissed said:

Shekema they wont read that cause then maybe someone else might be guilty n the cops
may have to continue to investigate(work) and then they my have to admit they made a
mistake.

realpissed
My Comments
Member Since:
3/10/2008



**114 of 166**

On Mar 10, 2008 at 03:58 PM, cali007 said:

"...and then they my have to admit they made a mistake."

Maybe they'll give him his severed hands back too.

cali007
My Comments
Member Since:
2/13/2007



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

thepoconos.com/cars
Find a Car

**TOP JOBS**
Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media
Group

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

MEDICAL Busy medical
Stroudsburg, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad
                                More Jobs

**TOP HOMES**
Photo Coming Soon    WHITE HAVEN, PA
                     Pocono Liner Ads
                     Read more...

View All Featured Ads

1 of 3

**115 of 166**



**PACracker**
My Comments
Member Since: 3/4/2008

On Mar 10, 2008 at 04:00 PM, PACracker said:

Ok, I'm sorry for coming on so strong.... just that you brought up some very, very painful memories.

Shemeka, you are so right, I am holding on to that. I may never totally forgive myself for it. Every day I hope I don't read the news and find out that piece of #### murdered someone else. However, I don't hate anyone (racially) as a result of that experience. I personally feel a lot of guilt over it, and, let me tell you, I'm not a real big fan of the lawyer that was involved, but this hasn't turned me into a racist by any stretch of the imagination. It's made me hate drugs and drug dealers even more than I did before that day,(which was already a lot) but that's about it.

I agree, there is something missing from what we've been told so far, but, my guess is that its just because all of the information has not been released yet. All I'm saying is that I seriously doubt that it is as easy as the guys that did the drive-by 6 years ago.... regardless of what some may think, the PA State Police are pretty darn good at what they do, and they would have already followed up on that, being that it was the most obvious.

- Cracker

**TOP CARS**


$13,900
2007 Chrysler Pacifica
Mick Motors


2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo


$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo


$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

**116 of 166**



**cali007**
My Comments
Member Since:
2/13/2007

On Mar 10, 2008 at 04:02 PM, cali007 said:

" Your the one trying to spin it into a racial deal. If some white dude had severed hands hidden in his water closet, I would think he was guilt as sin too. At least I am consistent."

Thats what I'm saying. If they busted a white guy for it we wouldn't even be having this discussion. Shemeka wouldn't have a thing to say about a setup.

**117 of 166**



**PACracker**
My Comments
Member Since: 3/4/2008

On Mar 10, 2008 at 04:05 PM, PACracker said:

#### YALL STOPPED HANGIN YRS AGO, U MISS THE MEETIN????

Oh we were at the meeting, we just had a poor showing and were outvoted that night. We've had another meeting since then, and "hangin" has been reinstated.

We're sorry if you didn't get the memo.

- Cracker

**118 of 166**



**Lake_Naomi_guy**
My Comments
Member Since:
3/10/2008

On Mar 10, 2008 at 04:05 PM, Lake_Naomi_guy said:

I regret not posting this earlier, but since I don't think anyone has yet mentioned this here in this forum, I'll be the first. As to why Charles Hicks would possibly want to hide Deanna Marie Null's severed hands inside his house, considering that he apparently also spent some time scattering the rest of her dismembered corpse along two interstates, my guess is that he likely believed that this would prevent the police from identifying her as the deceased from an analysis of her fingerprints. Perhaps Charles Hicks also failed to consider that Deanna Marie Null could be identified from her severed head and dental records because of her status as a homeless and crack smoking prostitute. It's just speculation, I know, but after all, Charles Hicks is a self-confessed crack smoker and alcohol abuser who has also previously been on prescription psychiatric medication. This alone would make it difficult to understand exactly how an individual thinks and makes decisions.

**119 of 166**

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



**hscott**
My Comments
Member Since:
8/12/2007

**On Mar 10, 2008 at 04:12 PM, hscott said:**

Lake_Naomi: that is the most obvious and plausable explanation and deduction from what evidence we have in front of us. Beyond that, you need to add your own spin. PACraker: that's funny.

120 of 166



**cali007**
My Comments
Member Since:
2/13/2007

**On Mar 10, 2008 at 04:13 PM, cali007 said:**

"This alone would make it difficult to understand exactly how an individual thinks and makes decisions."

That's it right there. It would be hard for anyone of us (I hope)to try to try to figure out the workings of the mind of someone with mental problems, under the influence of crack and alcohol.

Discussions                   1 2 3 ... 10 11 12 13 14 15 16 17           Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...

Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE





WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                          Search [        ] [🔍]

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions          1 2 3 ... 11 12 **13** 14 15 16 17          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          **FIND IT!**



thepoconos.com/jobs

Find a Job

**TOP JOBS**
Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---



**121 of 166**

On Mar 10, 2008 at 04:15 PM, PACracker said:

I agree with you cali007 (really!).

Although this behaviour is bizarre to us, (thank God) it may make perfect sense to someone in that condition.

**PACracker**
My Comments
Member Since: 3/4/2008

---



**122 of 166**

On Mar 10, 2008 at 04:15 PM, EdfromNJ said:

Well, as either Amos or Andy would have said..."Holy Mackerel! Da boy is all deep in dis now". Forget about crack or any other drug, some people are just f'd up in the head. Someone should look in the sister's closet. Frankly, I'm surprised that the agressive journalists at the Pocono Record did not ask the probing question "do you still plan on sending your son to PA to spend time with your Uncle if he were to make bail"

**EdfromNJ**
My Comments
Member Since:
2/21/2008

---

**123 of 166**

On Mar 10, 2008 at 04:17 PM, EdfromNJ said:

Hey Cracker, are you cutting the brother some slack? Should we also look into his "environment" and see if his mommy and daddy gave him enough love and attention? Maybe his teacher yelled at him for not doing all his homework, too.

**EdfromNJ**
My Comments
Member Since:
2/21/2008

---



**124 of 166**

On Mar 10, 2008 at 04:21 PM, PACracker said:

Absolutely not EdfromNJ! Just stating that something that seems unthinkable and off the wall to normal people like you and me (well me), might make perfect sense if you're brain is fried on 3 days of hitting the pipe....

- Cracker

**PACracker**
My Comments
Member Since: 3/4/2008

---

**125 of 166**

On Mar 10, 2008 at 04:27 PM, editor1 said:

Yes, that makes a kind of sense, Lake Naomi Guy.

wjw

**editor1**
My Comments
Member Since:
12/19/2008

---

**TOP CARS**


$10,900
2007 Dodge Caliber
Mick Motors


*Photo Coming Soon*
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet


$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep


2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars



126 of 166



**On Mar 10, 2008 at 05:11 PM, Shemeka said:**

i'm sorry i just got so much work that took up my time till just now. i will have to continue tomorrow. but you are absolutely right.

Shemeka
My Comments
Member Since:
1/24/2007

127 of 166



**On Mar 10, 2008 at 06:45 PM, hscott said:**

Shemeka: "but you are absolutely right." Thank you Shemeka. Your humility inspires me to be a greater person and apology accepted. ;)

*Edited 3/10/08 by hscott*

hscott
My Comments
Member Since:
8/12/2007

128 of 166



**On Mar 10, 2008 at 07:07 PM, suzjames1 said:**

I read this story today and I sympathize with mr. Hicks family. They (a.k.a.) His sister is no doubt in denial! They found the womans severed hands in his house! What more proof do you need

suzjames1
My Comments
Member Since:
3/10/2008

129 of 166



**On Mar 10, 2008 at 07:16 PM, PA_native said:**

Suzy,
I notice only 2 posts. There are some on the forums that are conspiracy theorists. They..Them..The man... There are others who split issues on race. Some who split issues of Local vs T-plants. Its the norm here at the PR. Especially the crime stories. The t-plants can't understand us locals who have never been exposed to this level of crime and violence. Stuff like this simply didn't happen years ago up here.

The bottom line is your right. Severed hands and his interrogation. When asked if there was any evidence at his residence he said "There shouldn't be". DNA, vehicle description, etc. will be factored into his trial. This should be a No brainer for the DA as long as everything procedurally is correct.

*Edited 3/10/08 by PA_native*

PA_native
My Comments
Member Since:
9/11/2007

130 of 166

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



**On Mar 10, 2008 at 07:18 PM, hscott said:**

suzjames1: I pray that you are actually empathizing and not sympathizing, or we need to investigate your family's recent actions.

hscott
My Comments
Member Since:
8/12/2007

Discussions                1 2 3 ... 11 12 [13] 14 15 16 17            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

**Welcome  Guest**                          Search [            ]

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

Discussions          1 2 3 ... 12 13 **14** 15 16 17          Keep Reading

---

131 of 166

On Mar 10, 2008 at 08:15 PM, AntieEm2 said:

Wouldn't the hands be kind of smelly by now without refrigeration?

AntieEm2
My Comments
Member Since:
12/22/2006

---

132 of 166

On Mar 10, 2008 at 08:23 PM, AntieEm2 said:

The place she last lived was also torched by an arsonist. Crime scene?

AntieEm2
My Comments
Member Since:
12/22/2006

---

133 of 166

On Mar 10, 2008 at 08:29 PM, AntieEm2 said:

Should I feel deprived because I have never seen anyone on crack?

AntieEm2
My Comments
Member Since:
12/22/2006

---

134 of 166

On Mar 10, 2008 at 08:30 PM, Markvg (MVG) said:

AntieEm2... I saw that today too in a Philly paper.

"About two weeks after Null's remains were found, someone tried to use a propane tank to
blow up the apartment building in which Null lived, according to the Wilkes-Barre Time
Leader. The resulting fire destroyed the building.

Last week, another arson fire swept through a Scranton pub that Null often visited.

Null went missing shortly before she was scheduled to be an alibi witness at a robbery trial.
When she failed to show, the defendant was convicted"

http://www.philly.com/philly
/news/20080310_Pa__man_charged_in_dismembering_case.html

Markvg (MVG)
My Comments
Member Since: 6/5/2007

---

search PoconoRecord.com          FIND IT!

thepoconos.com/cars

Find a Car

**TOP JOBS**
**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media
Group

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More Jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...

TOP CARS


$15,900
2006 Dodge Dakota
Mick Motors


2001 Ford Escape
Brown Daub Kia


2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler
Jeep

Show All Featured Cars



135 of 166



**On Mar 10, 2008 at 08:48 PM, SHREK1 said:**

Say what? I am sorry but not all us black folk use crack and keep a pair of hands in the house, unless attached to some one.. You could write a fine mystery or sci-fi novel.

SHREK1
My Comments
Member Since: 3/2/2008

---

136 of 166



**On Mar 10, 2008 at 09:35 PM, CallMeRonnie said:**

You need to prove that he, and not someone else, had the time, motive and opportunity to put them there. You need to connect him to that evidence and other evidence. I could be wrong, but the fact that you "find" something, somewhere, doesn't mean squat, though admittedly, this doesn't look good.

CallMeRonnie
My Comments
Member Since:
12/27/2006

---

137 of 166



**On Mar 10, 2008 at 09:45 PM, rambler1 said:**

need to prove that he, and not someone else, had the time, motive and opportunity to put them there  You need to connect him to that evidence and other evidence. I could be wrong, but the fact that you "find" something, somewhere, doesn't mean squat, though admittedly, this doesn't look good.

ummmm.

Hands????

righttttt.....

rambler1
My Comments
Member Since:
5/25/2007

---

138 of 166



**On Mar 10, 2008 at 10:38 PM, superdad said:**

just locked and throw away the key on this sick ####-he should be put through the same thing he did to the girl-drug additt or not -no one in life deserves to die the way she did..hes nothing but scum!!-like the rest of the punks that do this--

superdad
My Comments
Member Since:
8/20/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...



**139 of 166**

**On Mar 11, 2008 at 07:29 AM, patricia said:**

Pat [Effort[ you are absolutely right no one deserves to die that way God Bless her soul. I just wonder how he explains the two hands in her bathroom?? Good job to the State Police and all others connected.

patricia
My Comments
Member Since:
12/31/2006

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...



12/9/2008 7:57 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

TOP CARS


$8,900
2002 Ford Ranger
Mick Motors


$16,495
2007 Dodge Dakota
Brown Daub Dodge


2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury


$10,988
2003 GMC Sonoma
Brown Daub Chrysler Jeep

Show All Featured Cars



145 of 166


Shemeka
My Comments
Member Since: 1/24/2007

**On Mar 11, 2008 at 10:57 AM, Shemeka said:**

oh my goodness, i just realized, THAT'S WHY THEY FROZE THE BODY. they needed more time to plant shyt in places. IT'S STARTING TO MAKE SO MUCH SENSE TO ME NOW. someone is setting this poor guy up, and cops if you're listening, you need to run a fine tooth comb through that bar, the landlord's house - starting with the questions of when was the last time he visisted his tenants house - then check his phone records to confirm. this mess is crazy. i knew i got a funny feeling in my stomach when i saw this guys picture. and sorrowful feeling for him in a sense. and i don't get that feeling all the time.

146 of 166


Chadwick
My Comments
Member Since: 2/7/2007

**On Mar 11, 2008 at 11:02 AM, Chadwick said:**

It's kind of scary you would feel bad for a homicidal maniac like Hicks.

147 of 166


pacharlie
My Comments
Member Since: 8/15/2007

**On Mar 11, 2008 at 11:02 AM, pacharlie said:**

LOL don;t you know they were planted there like OJs glove...LOL

148 of 166


Chadwick
My Comments
Member Since: 2/7/2007

**On Mar 11, 2008 at 11:05 AM, Chadwick said:**

"THAT'S WHY THEY FROZE THE BODY. they needed more time to plant shyt in places."

Or the bags were along the road for a day or two and froze due to the outside temperature.

And who is this "they" you speak of?

149 of 166


1234
My Comments
Member Since: 1/9/2007

**On Mar 11, 2008 at 11:10 AM, 1234 said:**

shemeka- you're letting your imagination run wild- where did you read that the killer froze the body? I have not seen that anywhere, only that the body parts were frozen when found. It was February with freezing temps at the time.



Pocono Record News Forum                         http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...

150 of 166



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Mar 11, 2008 at 11:11 AM, Shemeka said:**

as an American citizen of this country, i am ashamed that so many ignore the law of innocent until proven guilty. i bet you all make the founding fathers proud.

Pocono Record News Forum                               http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
M/CLOUDY 22°
Forcast /Radar


thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**                          Search [          ]  🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >      Advanced Search

---

## POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 2 3 ... 14 15 **16** 17 | Keep Reading |

---

**151 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 11:15 AM, Shemeka said:

chad, are you shyting me? the way yall locals are about even as much as a cigarette butt on the road???? those bags were found rather quickly, shyt, someone dumped some bags in the damn lake and yall dug it out, went through every detail of it to find out who did it. i doubt that 8 bags stay there past 24 hours. i doubt very seriously. and i don't think the temperature was really freezing that day because the coroner said the body might have been frozen. again, i'm discussing what the facts are from the articles.

---

**152 of 166**



**gladys**
My Comments
Member Since: 2/6/2007

On Mar 11, 2008 at 11:16 AM, gladys said:

geeze shemeka,

The police are investigating his path from Texas to PA and checking crimes everywhere in between. Do you really believe they would do that if they didn't have some very damning evidence against him? Don't get mad, I'm going to talk about the elephant in the room. If he was not black, would you still be talking about the frame-up?

---

**153 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 11:17 AM, Shemeka said:

1234, i believe the coroner that examined the body said it might have been frozen before being placed there? no? let's get to the good shyt, who do you think tried to torch the bar? and why? oh let me guess, they are trying to avoid forclosure, yep that's it.

---

**154 of 166**

**Chadwick**
My Comments
Member Since: 2/7/2007

On Mar 11, 2008 at 11:17 AM, Chadwick said:

Shemeka, I just don't let my imagination run wild over crazy theories. Why on earth would someone slaughter this poor women, scatter the parts like something out of a horror movie, then pull off an incredible, intricate setup on this guy, of all people?

That just doesn't make much sense. Sometimes things are what they seem, nothing more.

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com      FIND IT!

thepoconos.com/jobs

Find a Job

**TOP JOBS**
Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

MEDICAL Busy medical
Stroudsburg, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

**TOP CARS**


**$12,900**
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet


2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

Show All Featured Cars



---

**155 of 166**



**PACracker**
My Comments
Member Since: 3/4/2008

**On Mar 11, 2008 at 11:17 AM, PACracker said:**

Shemeka, you are starting to really sound paranoid. While I admit, anything is POSSIBLE, some type of elaborate set up being done here at the expense of Charles Hicks is extremely unlikely. This is real life, not an episode of CSI. More likely is that Hicks did it, either because he was all screwed up on crack, and he just lost it on her for some reason, or maybe he beat her up and didn't mean to kill her, and then chopping her up and scattering her around the county seemed like a good idea when he was a few days into the pipe, or whatever. If it turns out to be anything other than that, then someday, this case probably WILL be an episode of CSI....

- Cracker

---

**156 of 166**



**Chadwick**
My Comments
Member Since: 2/7/2007

**On Mar 11, 2008 at 11:18 AM, Chadwick said:**

"chad, are you shyting me? the way yall locals are"

I'm no more local then you.

---

**157 of 166**



**Chadwick**
My Comments
Member Since: 2/7/2007

**On Mar 11, 2008 at 11:20 AM, Chadwick said:**

"those bags were found rather quickly"

How do you have any idea at all how long the bags were there?

---

**158 of 166**

**Shemeka**
My Comments
Member Since: 1/24/2007

**On Mar 11, 2008 at 11:24 AM, Shemeka said:**

glady, good morning to you too, by the way. this is not a race issue and i am not defending him for my personal feelings for him as a Black man. the reason race came out - again, i am discussing the details from the recent articles, is because that's what the article said before. it said something to the fact of cops was trying to determine if her murder had anything to do with the incident back in 2002, which "was racially motivated" so "i" didn't make it into race. please believe that is usually last on my list when i try to analize. regardless of my reputation of this site for being racist, race sensitive, etc... usually someone will chime in half way through what started the original talk of race and everything, and then throw in their two cents. but....again, i'm just analizing the facts and evidnece. what do you think is up with the pub that someone tried to burn down? and most importantly, do you feel Null's spirit will hunt the kilter for the rest of their lives like the rest of these spirits out here, or do you think she will rest in peace?

---

**159 of 166**



**1234**

**On Mar 11, 2008 at 11:27 AM, 1234 said:**

seriously shemeka. Why do you even care? if Diana Null was a poster on this forum you would tell her not to bother posting to you because she is a woman. To paraphrase your earlier posting, as an American citizen, attitudes like that make me ashamed as well.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

My Comments
Member Since: 1/9/2007

160 of 166



Shemeka
My Comments
Member Since:
1/24/2007

**On Mar 11, 2008 at 11:28 AM, Shemeka said:**

chad, because someone hated her guts for what she did to them, him, her, or it. let me not be so specific for yall start saying i know who the damn killer is. they wanted to highlight this mess real good. they wanted to viciously do this mess and lead the cops right to this guy. and ta da...here we are. and a week before this mess popped off, someone was going to be in jail for a long time because she was going to testify as a alibi. so someone was going to be free of the charges, but someone else was going to take blame for those same charges. i hope the police dig up all that mess. all of it and really lay it out good.

Discussions                    1 2 3 ... 14 15 16 17                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...



# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
M/CLOUDY 22°
Forecast /Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**

Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**'IT'S NOT MY BROTHER'**

| Discussions | 1 2 3 ... 15 16 **17** | Keep Reading |

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [          ] FIND IT!



thepoconos.com/homes

Find a Home

**161 of 166**



**Chadwick**
My Comments
Member Since: 2/7/2007

On Mar 11, 2008 at 11:29 AM, Chadwick said:

"and i don't think the temperature was really freezing that day"

Wrong. The days leading up to finding the body the highs didn't even get above freezing and the lows were in the teens. The cold weather would have easily frozen anything water based left outside.

http://www.almanac.com/weatherhistory/index.php

**162 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 11:31 AM, Shemeka said:

PACracker, how come you are so convinced of that? are you covering for someone? did you tip off the killer and tell them they better retrace their steps because cops are not so convinced this guy did it? all of a sudden someone is trying to burn down the bar. you seem to be the paranoid one Cracker. really.

**163 of 166**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 11:34 AM, Shemeka said:

chad, because i "read" the "articles" in it's "entirety". i read the comments in it's entirety, and a few people said they drive around there everyday and they were able to say which day they were there and which days they were not there. not a Shemeka analysis, facts. plain and simple facts.

**164 of 166**



**cali007**
My Comments
Member Since:
2/13/2007

On Mar 11, 2008 at 11:35 AM, cali007 said:

All these crazy theories, yet, if Hicks was white you wouldn't have a thing to say about his arrest.

**165 of 166**

**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 11:36 AM, Shemeka said:

1234, wow, why do i care if someone is set up for MURDER?????? why do i care if i'm not convince or i see small details that's crystal clear to me that something else is going on???? damn. i refuse to answer that. i'm shocked you would even ask that type of question.

TOP JOBS
**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...

166 of 166



**On Mar 11, 2008 at 11:39 AM, Shemeka said:**

cali, you are real dumb cali. honestly, please leave race out of it. I DIDN'T TAKE UP FOR CURTAIN EITHER RIGHT???????????? what is he green??

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions          1 2 3 ... 15 16 [17]          Keep Reading

**TOP CARS**



$12,473
2005 Chrysler Town & Country
Brown Daub Ford Lincoln Mercury



1995 Pontiac Sunfire
Brown Daub Dodge



$11,490
2006 Mazda MAZDA3
Brown Daub Chevrolet-Volvo



$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

**Show All Featured Cars**



TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 7:58 AM

www.mcall.com/news/local/all-web-refer-a.6305923mar10,0,5301505.story

# themorningcall.com

## Tip led to break in body parts case

**Call brought search of car like one victim was in. Evidence there prompted search of house, arrest of a suspect.**

By Joe McDonald

Of The Morning Call

March 10, 2008

A tip led state police to the car they had been looking for since body parts of a woman were found in January tossed like bags of garbage along two interstates in the Poconos.

The tip came from someone visiting a neighbor of Charles Ray Hicks, who was charged Saturday in the killing of Deanna Null. Her dismembered body was found Jan. 29 strewn along Interstates 380 and 80 in Monroe and Lackawanna counties.

The car, which fit the description of the one Null was last seen entering near a train trestle in <u>Scranton</u>, was searched Thursday. Inside the trunk of the blue Mercury Grand Marquis belonging to Hicks, troopers said they found a work boot splattered with what looked like blood stains, according to court documents.



"I can't explain that," Hicks told troopers when asked about the blood, according to court papers filed Saturday charging Hicks with homicide.

The boot was enough for troopers to get another search warrant for his house on Prospect Street in Coolbaugh Township, which they executed Saturday.

Two hands -- wrapped in socks and coated with what appeared to be detergent -- were found stashed in a plumbing closet, wrapped in a Scranton newspaper published Feb. 4, according to Hicks' arrest papers.

In the attic, troopers said they found five black plastic garbage bags with blue ties, which looked "identical" to the garbage bags in which the body parts were stuffed, troopers said.

The search also turned up a saw tucked inside a bag in a closet, troopers said.

Troopers did not say if they believe that saw was linked to Null's dismemberment, but in court papers they referred to findings by forensic anthropologist Conrad B. Quintyn of Bloomsburg University, who said two sharp-edged tools were probably used, a knife to cut through tissue and possibly a hand-held

power saw to cut through bone.

Hicks, 33, told troopers he began working at Tobyhanna Army Depot in early January and rented a $750-a-month ranch house not far from Interstate 380. Null's head was found about 200 yards from the house by the highway, troopers said.

Hicks is being held without bail in Monroe County Prison.

joe.mcdonald@mcall.com

610-559-2152

Copyright © 2008, The Morning Call

**Classified**
Cars
Jobs
Real Estate
Apartments
Dating
Pets
Place Classified Ads
Items For Sale
Pay Per Click

**Milestones**
Obituaries
Births
Celebrations

**News**
Local News
Police
Opinion
Elections
Special Reports
Pennsylvania
Nation/World
Odd News
Columnists
Video
Traffic
NIE

**Sports**

**Business**

**Entertainment**

**Lifestyle**

**Travel**

**Blogs**
Bethlehem Daily Star
Blogging w/Bill White
Capitol Ideas
Eagles Insiders
Groller's Corner
Master Gardeners
Nittany Lines
Pennsylvania Ave.
Perspectives
Phillies Files
The Press Box
Queen City Daily
Spending Smart
TV Watchers
Two Rivers Daily
Wrestling w/the
Beasts

**Resources**
Weather
Traffic
Purchase Photos

## The Morning Call

> Forum

# Tip led to break in body parts case

MORE ONLINE See Charles Ray Hicks at his arraignment. mcall.com A tip led state police to the car they had been looking for since body parts of a woman were found in January tossed like bags of garbage along ...

🖵 **Read All 18 Comments**

**Full Story:** The Morning Call

**Related Topix**
- Places - Scranton, PA

## 🖵 Read All 18 Comments

Ads by Google

**Coffee Exposed** - A shocking secret coffee co's don't want you to know.
www.coffeefool.com

**Volunteering** - Guide to Volunteering Non-profit web directory.
NonProfitGuidance.net

## Comments

Showing posts 1 - 18 of 18

| **Bro** | *Yesterday* | #1 | Report Abuse | Reply » |
| AOL | | | | |

I know Chuck. He is a nice guy ... cut him some slack

---

| **broken** | *Yesterday* | #2 | Report Abuse | Reply » |
| Center Valley, PA | | | | |

**Bro wrote:**
*I know Chuck. He is a nice guy ... cut him some slack*

YOU ARE A COMPLETE IDIOT!

---

| **Amused** | *Yesterday* | #3 | Report Abuse | Reply » |
| Bethlehem, PA | | | | |

**Bro wrote:**
*I know Chuck. He is a nice guy ... cut him some slack*

Bwahahaha! Ok, troll. Go back to the rock where you belong.

---

| **Capt-M117** | *Yesterday* | #4 | Report Abuse | Reply » |
| Allentown, PA | | | | |

Hey BRO! Nice guys don't kill women and cut them up! Maybe you should be laying on the table beside him when they stick the needle in his arm. You're as sick as he is.

---

| **Rodney** | *Yesterday* | #5 | Report Abuse | Reply » |
| Easton, PA | | | | |

Can't we all just get along !!

| **joe poli**<br>AOL | *Yesterday*          #6 \| Report Abuse \| **Reply »**<br><br>When is the Call going to do a story on the two coeds that were killed by black guys in Alabama and North Carolina? We want to see their pictures. |
| --- | --- |
| **Mary**<br>Germansville, PA | *Yesterday*          #7 \| Report Abuse \| **Reply »**<br><br>He is just trying to get you all wound up. Ignore the idiot!!!! |
| **disgusted**<br>Philadelphia, PA | *Yesterday*          #8 \| Report Abuse \| **Reply »**<br><br>please give him the death penalty now!!!!!!!!!! |
| **laptop mama**<br>Richlandtown, PA | *Yesterday*          #9 \| Report Abuse \| **Reply »**<br><br>I wonder why he kept her hands. A sick souvenir? Forgot about them? Poor lady. |
| **Bill White**<br>Willingboro, NJ | *Yesterday*          #10 \| Report Abuse \| **Reply »**<br><br>*Bro wrote:*<br>*I know Chuck. He is a nice guy ... cut him some slack*<br><br>This "nice" guy has already done enough cutting as it is. |
| **megg**<br>Chester, NJ | *Yesterday*          #11 \| Report Abuse \| **Reply »**<br><br>Now, I am not a murderer, but however....wouldn't you get rid of incriminating evidence...like the workboots...or her HANDS??? |
| **Earl Turner**<br>Willingboro, NJ | *Yesterday*          #12 \| Report Abuse \| **Reply »**<br><br>*laptop mama wrote:*<br>*I wonder why he kept her hands. A sick souvenir? Forgot about them? Poor lady.*<br><br>This savage simian beast likely kept her hands from his dim-witted belief that he could prevent the cops from identifying his victim from her fingerprints. At the same time, he dumped her head only about 200 yards from his own house. |
| ***Kelly7***<br><br>**"Fish Head"**<br>**JOINED:** Feb 28, 2007<br>**COMMENTS:** 313<br>*I'm not sure, I keep moving!*<br>*ISP Location: Hightstown, NJ* | *Yesterday*          #13 \| Report Abuse \| **Reply »**<br><br>Thank God they got the monster! |

| | | |
|---|---|---|
| **emjoy**<br>*Reamstown, PA* | *Yesterday* | #14 | Report Abuse | **Reply »** |
| | He didn't do it. It was his evil twin. | |

| | | |
|---|---|---|
| **gramps**<br>*Northampton, PA* | *Yesterday* | #15 | Report Abuse | **Reply »** |
| | Was it a pointing finger tip that spurred the solving of this case..?? | |

| | | |
|---|---|---|
| **CITIZEN76**<br>*Allentown, PA* | *Yesterday* | #16 | Report Abuse | **Reply »** |

PIMPIN AINT EASY!!!

HANG THAT MONKEY JUST FOR BEING STUPID!!!

HE WAS CLEANING UP THE WHITE TRASH THOUGH!!!

HE JUST NEEDED TO LEARN TO DISPOSE OF IT BETTER!

| | | |
|---|---|---|
| **brian smith**<br>*Wind Gap, PA* | *23 hrs ago* | #17 | Report Abuse | **Reply »** |
| | to the tipster, thank you. to this guy, you should be butchered like you butchered her, hope they fry you | |

| | | |
|---|---|---|
| **oliver**<br>*Lake Ariel, PA* | *19 hrs ago* | #18 | Report Abuse | **Reply »** |
| | The ONLY thing this dude "may"<br>be guilty of is littering<br>the highways. | |

Showing posts 1 - 18 of 18

Type in your comments to post to the forum

**Name**
(appears on your post)

**Comments**

Type the numbers you see in the
image on the right:

[ Post Comment ]

1965 topix

*Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service and the comment you are posting is in compliance with such terms. **Be polite.** Inappropriate posts may be removed by the moderator. Send us your feedback.*

## *Details emerge in slaying*

Patriot News (Harrisburg, Pennsylvania)

March 11, 2008 Tuesday, FINAL EDITION

Copyright 2008 The Patriot News Co. All Rights Reserved

**Section:** LOCAL/STATE; Pg. B12

**Length:** 82 words

# Body

More details are coming out about the man accused of killing a woman whose body parts were scattered along highways in the Poconos.

According to court papers, Charles Ray Hicks, 33, of Tobyhanna, told police that he'd met Deanna Null, 36, twice in Scranton, where he gave her drugs and money for sex.

Police said they found two severed human hands in Hicks' home.

All of Null's body except for her hands were found a month and a half ago in trash bags scattered along Interstates 80 and 380.

-END-

**Load-Date:** March 11, 2008

End of Document

# POCONO RECORD

TUESDAY
March 11, 2008

**Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com**

Volume 114, No. 345     © Copyright 2008     50 CENTS



Hillary Clinton speaks to a crowd of supporters during a rally at the Scranton High School gymnasium on Monday. **For more on the election, visit www.poconorecord.com/primary08.**

# HILL YEAH!

## Clinton visits Scranton

ADAM RICHINS/Pocono Record

## Roads, education and Iraq major points in speech

**By DAVID PIERCE**
Pocono Record Writer

SCRANTON — Sen. Hillary Clinton promoted her northeastern Pennsylvania family connections during a visit here Monday and fired up her supporters with vows to change the priorities of President Bush.

Three Monroe County activists who made the trip to Scranton High School were thrilled to greet the Democratic presidential candidate during a private, 80-person reception in the school cafeteria. That meeting, just prior to Clinton's speech to hundreds of people in the gymnasium, also featured Gov. Ed Rendell and the mayors of Scranton and Wilkes-Barre.

"It's exciting. I just shook Hillary's hand," Monroe County Commissioner Suzanne McCool said moments before Clinton's speech. "She's very charismatic. I thought she looked good on television,

See **CLINTON**, Page A2



Ann Meyers, right, of Scranton, waits her turn as Hillary Clinton signs autographs and mingles with members of a crowd of supporters on Monday in Scranton after a rally at the Scranton High School gymnasium.

ADAM RICHINS/Pocono Record

### PRIMARY CALENDAR

STROUDSBURG — The presidential campaigns of Democrats Hillary Clinton and Barack Obama have scheduled campaign recruitment efforts this week.

The events are tentatively scheduled to take place at Monroe County Democratic Headquarters, 18 S. Ninth St., Stroudsburg. The county committee agreed to open the headquarters, and its database of voter information to both campaigns, though at separate times.

**Tuesday, March 11**

• Signup for Obama volunteers, 7-9 p.m., Monroe County Democratic headquarters. For more information call Jim Lyons at (646) 522-0246, or visit http://my.barackobama.com/

See **PRIMARY**, Page A2



See the video and photo gallery for this story online at
**www.poconorecord.com/photo**

---



New York Gov. Eliot Spitzer is joined by his wife, Silda, as he makes a statement to reporters during a news conference Monday in New York.

ASSOCIATED PRESS

# N.Y. gov. linked to prostitution ring

**By AMY WESTFELDT**
Associated Press Writer

NEW YORK — Gov. Eliot Spitzer's political career teetered on the brink of collapse Monday after the corruption-fighting politician once known as "Mr. Clean" was accused of paying for a romp with a high-priced call girl.

The Democrat faced immediate calls to step down after a news conference in which a glassy-eyed Spitzer, his shellshocked wife at his side, apologized to his family and the people of New York.

"I have disappointed and failed to live up to the standard I expected of myself," said the 48-year-old father of three teenage girls. "I must now dedicate some time to regain the trust of my family."

He did not discuss his political future and ignored shouted questions about

See **RING**, Page A2



---

**WHAT'S INSIDE**

**PHARMAWATER PART II**
Wildlife, fish affected by contaminated waters
**PAGE D6**
**Part III coming Wednesday**

**SMOKED OUT**
Sen. Mellow gets heat from anti-smoking crowd
**PAGE A3**

# Friends of Hicks stunned by arrest, murder charges

**By BETH BRELJE**
Pocono Record Writer

Maybe the blood on his boot was from a raccoon, a friend speculated.

As a treat, Charles Ray Hicks killed a raccoon and brought the grilled ribs with barbecue sauce to work at Tobyhanna Army Depot.

"I had a little piece of it. It was good," said Armando Martinez, 57, of Pittston.

A week later, Hicks was arrested for allegedly killing Deanna Marie Null, a drifter last seen in Scranton, dismembering her and scattering body parts along the highway.

A hacksaw and a pair of hands, presumably Null's, were found in Hicks's rented Tobyhanna home. The hands were coated with some kind of detergent and were wrapped in socks and



**Charles Hicks (left) and Deanna Marie Null**

a Feb. 4 copy of the *Scranton Times Tribune* newspaper. Boots stained with blood were found in the trunk of his car.

Martinez has not slept well since hearing the news about his friend.

"I don't know. I'm so mixed up. The Charles I know wouldn't have done this. Then I'm looking at his background, sexual assault, robbery and drug possession, and that isn't the Charles I know. It makes it scary to think maybe he has

See **FRIENDS**, Page A3

**MORE** online
For more, go to pocono-record.com/bodyparts.

---

### What was in the black plastic bags?

**Interstate 380**
**Coolbaugh Township**
1. Northbound, mile marker 43, in the median; left and right foot with a calf
2. Northbound, mile marker 52.2, in the median; an arm
3. Northbound, mile marker 5.6; in the median; a leg with a knee

**Jackson Township**
4. Northbound mile marker 0.4; in

the median; intestines and upper part of torso.

**Clifton Township, Lackawanna County**
5. Northbound mile marker 14.5, in the median; lower half of a torso, including buttocks.

**Coolbaugh Township**
6. Southbound mile marker 7.5, off the right side of an entrance ramp.

woman's heart, about 375 feet south was another bag, which had been torn open.

**Interstate 80**
**Stroudsburg**
7. Westbound at mile marker 306.6; off the right side; an arm.

**Pocono Township**
8. Eastbound at mile marker 294.8; in the median; a leg.

---

**MORE** online

Should Spitzer resign? Vote online in our poll.

---

**TODAY'S FORECAST**

Becoming partly cloudy.
High: 40 to 44
Low: 25 to 28
**Weather, B6**

**TODAY'S FEATURE**

**EASTER BASKETS FOR ALL**
Do you know what you're going to put into Easter baskets for kids, seniors and even pets? We've got ideas for you in Curious Consumer on page B1.

**INSIDE the RECORD**

ADVICE & BRIDGE ..... B5
BUSINESS ..... D4
CLASSIFIED ..... D1-3
COMICS, PUZZLES ..... B4

ENTERTAINMENT ..... B5
HOROSCOPE ..... B5
LOCAL & REGION ..... A3
LOTTERY ..... A2
OBITUARIES ..... A8
OPINION ..... A4

POCONO LIFE ..... B1-2
PUBLIC NOTICES ..... D3
SPORTS ..... C1-4
TV & WEATHER ..... B6
U.S. & WORLD ..... A5
YOUR COMMUNITY ..... C5





POCONO RECORD
**TUESDAY**
March 11, 2008

# REGIONAL & LOCAL NEWS

**A3**

Senior Managing Editor Susan Koomar • PHONE (570) 420-4484 • FAX (570) 421-6284 ATTN: NEWS • E-MAIL newsroom@poconorecord.com

# Smoking ban proponents turn up the heat on Mellow

**By DAVID PIERCE**
Pocono Record Writer

State Senate Minority Leader Robert Mellow, D-22, is the focus of a high-profile campaign to smoke out his support for a total smoking ban at all workplaces — including restaurants, bars and casinos.

Mellow, whose Lackawanna County-based district includes part of northern Monroe County, is one of six lawmakers trying to work out differences between separate Senate and House bills. The House version generally incorporates the comprehensive workplace smoking ban, while the Senate version provides more exemptions.

A national group called the Tobacco Free Action Fund took out newspaper and radio ads last week calling Mellow an obstacle to a strict workplace smoking ban. It urges smoking ban supporters to call Mellow's office urging passage of the stricter ban.

The American Cancer Society is urging smoking ban supporters to make personal visits this week to Mellow's Mount Pocono and Peckville district offices.

Kevin O'Flaherty of Tobacco Free Action says Mellow supported "a horrible bill full of loopholes" in the Senate.

"More importantly, he voted against Senate concurrence on the House bill," O'Flaherty said. "We want to make sure he understands that 84 percent of the public wants comprehensive smoke-free laws that cover all workers."

State Sen. Robert Mellow

Five of the six states surrounding Pennsylvania already have comprehensive workplace bans, said O'Flaherty. The only other state without one, West Virginia, gives local governments the power to enact local bans. He says Mellow supports legislation that prevents local governments from enacting stricter measures.

Smoking bans are needed in restaurants, bars and casinos to protect those who work there from the health dangers of second-hand smoke, O'Flaherty

said. He said fears that smoking bans will reduce business at those establishments have been largely unfounded.

"The first month there's a hiccup," he said. "After that they go back to what their trend was. The vast majority of people don't smoke. They're going to go out to eat more. They're going to go and stay at a bar with a band longer."

The legislative conference committee negotiating terms of a final bill is expected to hold hearings on it this week. Mellow says he isn't standing in the way of a workplace smoking ban and backs an immediate vote on a compromise bill.

"My position is clear: I support a smoking ban with limited and very reasonable exceptions," Mellow said

in a written statement. "These exemptions include a portion of a casino and a limited number of qualifying private clubs. We also should consider municipal smoking bans that are currently being enforced.

"Even with these limited and reasonable exemptions," Mellow added, "the overwhelming majority of all public places will be smoke free. I believe that a balanced smoking-ban bill would be an historic step towards a healthier Pennsylvania."

The Monroe County unit of The American Cancer Society is urging volunteer supporters of a comprehensive workplace ban to make "drop-in" visits to Mellow's district offices all this week.

---

# FRIENDS

From Page A1

a split personality. He's been at my house several times," said Martinez.

John Pilipovich, 29, of Effort is just as shocked.

"I moved here from Oklahoma. Two weeks later someone is chopped up along the interstate. Then I find out it was someone I worked with. It just shows sometimes you don't know people. It scares the hell out of me," Pilipovich said.

The three men worked in the same laboratory at the Army Depot as high-level electronics technicians, preparing satellite communications gear used by soldiers in Iraq to communicate around the world.

Martinez moved from Texas for the job in May.

In January, Hicks came from Texas and Pilipovich came from Oklahoma.

The three hung out together. The weekend before the arrest, they had dinner and enjoyed the nightlife at Chili's in Bartonsville. Hicks, described as "quite the ladies' man," by Martinez, got the phone number of a woman from New York and even hit it off with the bartender.

Hicks told his friends he had girlfriends in Utah and Tennessee and was going to bring to them here for a visit. He said he also had a girlfriend in the Poconos with eight kids.

"I told him to watch out, she's a walking talking baby factory," Martinez said.

Both friends were surprised Hicks admitted to using crack.

"I don't understand that. In the Navy we took drug counseling classes to spot signs of use and get our sailors help. I would have never thought he was a drug user. He did not have the classic signs. He was always smiling," Martinez said. Hicks's teeth were clean and white, unlike the brown stained teeth of a crack pipe user.

"The crack, that really caught us off guard. He was a lightweight when it came to alcohol. Got drunk after just a few beers," Pilipovich said.

"We've gone and had a couple of beers. He never drank more than three. That would get him woozy. We called him the three-beer drunk," said Martinez.

Hicks told police he was not on medication but had been prescribed Risperdal, Seroquel, Abilify and Zoloft in the past. Any of these drugs could react poorly to alcohol or crack.

These drugs are often prescribed for schizophrenia patients, although, Psychiatrist

Dr. Robert Morrow, chief of psychiatry at Pocono Medical Center says it can't be said that is why Hicks had been prescribed them.

"This is most likely the work of a sociopath. It takes a lot of emotional investment to do something like that," Morrow said.

A sociopath might treat casual acquaintances with great regard but treat the people closest to them badly. They may have hidden personalities. It is a possible explanation for why so many people were charmed by Hicks, a man known as health conscience. He worked out every day.

"I know Charles. Charles is not stupid. You don't get that high in the job by being stupid. Yet he kept the pair of hands in the house. Why? Why would you hold onto the hands? That's why I thought maybe somebody stashed them there. But they were wrapped in a Feb. 4 newspaper so it had to be him," said Martinez.

Null was murdered in January, before Hicks moved into the Tobyhanna house on Prospect Street.

Before that he lived for three weeks at Kuehlers Mountain Hotel in Tobyhanna.

"His room was neat. He worked nights. He didn't smoke. He was very polite and quiet. He was never in the bar here. I really can't believe it. It is not the person I know," said hotel owner Edith Kuehler. Hicks checked in Jan. 9. Martinez said the hotel walls were thin and Hicks had to share a bathroom with other tenants.

Police have not commented on where the crime may have taken place but it seems unlikely it could have happened at the hotel.

Do his friends think he did it?

"The evidence is ugly. I've been in his bathrooms, (where the hands were found) I didn't smell anything. I didn't notice anything out of place. That is what is so chilling," Pilipovich said.

"If I had seen something and questioned him, what would have happened to me? The average person wouldn't be able to live with himself. He came in to work groomed and went about his business. Some of the nights that he may have done it he even came to work. He might have chopped her up and come to work like nothing happened," Pilipovich said.

"It is almost like he has turned into a puzzle. If he did this, I don't know what could have happened to him that night," Martinez said.

---

# Taxpayers group opposes new high school, favors renovation

**By DAN BERRETT**
Pocono Record Writer

A pair of Stroudsburg taxpayers are leading an effort to block the building of a new high school, largely because of its price tag.

"We can't afford it," said Lucy Cohowicz, who lives on Chipperfield Drive, near to where the district's school board is considering buying land for a new school. "It's just not a logical scenario."

She and Barbara Magnano, both whom have or had children in district schools, have been circulating a petition on behalf of their group, Taxpayers United for Stroudsburg High School Renovation."

It states that residents and taxpayers cannot afford a new school and favor renovating and expanding the existing school on West Main Street. In less than a week, the group has collected more than 200 signatures, including those of several past school board members, including Paul Cameron, Jerry Catina, Karl Dickl and Dr. Anthony Diecidue.

The $87 million renovation was approved in November by those past members, and properties neighboring the school have already been bought. In December, four new members joined the board, and plans brewed instead to build elsewhere, on two parcels on Chipperfield in Stroud Township. The price tag for a new building ranges from $107 million to $119 million, according to the most recent estimates from the district's architects.

Some of the most energetic proponents of a new school campaigned as members of a slate called Restore Pride. One of the group's platforms was a commitment to fiscal accountability.

"I think a lot of people are disappointed in this group," Magnano said. "They promised fiscal responsibility. How can this be fiscally responsible?"

Board members who favor building new have said that doing so will bring substantial benefits and that the difference in price, between $20-30 million, will net out to be less than it appears. The program will be better set up in a new building, they have said, and



"I think a lot of people are disappointed in this group. They promised fiscal responsibility. How can this be fiscally responsible?"
— Barbara Magnano

MELISSA EVANKO/Pocono Record

Barbara Magnano, above, and Lucy Cohowicz are organizing a campaign against building a new high school in Stroudsburg. Their effort, called Taxpayers United for Stroudsburg High School Renovation, has collected more than 200 signatures in less than a week.

the current school can be sold to defray the difference in cost; a 2004 study estimated that the current high school would fetch $5 million.

"I'm not against the new school, but it can't be afforded by the district or the taxpayers," Magnano said. "It's to wake the sleeping members of the school board that have this dream."

Cohowicz and Magnano said they also oppose a new school for other reasons, including the loss of a school to which students can walk, and the traffic and environmental impacts of putting another school on Chipperfield, where there are already three.

A final decision by the board looks to be two months away as it seeks an environmental review of the Chipperfield land.

"I feel that at least we have a fighting chance at this point," Magnano said.

"Apathy has created this problem and it's got to stop," Cohowicz said. "We're not political, but we want to take a stand."

Taxpayers United for Stroudsburg High School Renovation is planning to convene more meetings to drum up support. The next is planned for next Tuesday afternoon at the community room of the Eastern Monroe Public Library. For more information, e-mail renovateschool@yahoo.com.

---

## Larksdale man wounded by own gun

PENN FOREST TOWNSHIP — Edward T. Lingle, age not listed, of Larksdale, was taken to the hospital Saturday morning after his small gun discharged and shot him in the left leg, state police at Fern Ridge said.

The 9:10 a.m. incident occurred at a Weiland Circle address in Towamensing Trails. Lingle had the gun in his pocket and bent over from a standing position, at which point the gun fell out of his pocket and discharged, police said.

No further details were released.

---

# Waste Authority bond form left out crucial info

**By HOWARD FRANK**
Pocono Record Writer

The Waste Authority's insurance agent failed to disclose executive director James Lambert's criminal history on a bond application last month, even though it was required by the insurer CNA Surety.

"It's never a good day when a surety company has found out they have bonded a convicted criminal. It's only the second time it's happened in my 20 years in the business," Bill Peterson, a vice president and public affairs officer for CNA said.

The application for the $50,000 bond required the agent's recommendation, along with anything they knew and thought about Lambert. The agent excluded any information regarding Lambert's guilty pleas for bribery and mail fraud in Mercer County, N.J., in 2004.

It is not clear if the MCMWA even even informed the agent of

Lambert's history.

Robert Coleman of Coleman Insurance Agency in Gilbert was the agent who brokered the Authority's bonds. Attempts to reach Coleman for comment were unsuccessful.

Les Weinman, the MCMWA board's chairman, said he had no direct knowledge of what was communicated to the agent. "It was handled by the office," he said.

Peterson said the bond for Lambert was too small to economically justify independent verification of the applicant's information. The premium for the bond was $175.

"We assume the organization has good hiring practices. And we ask if the person has any adverse information. We ask the insurance agent. In this case, we were told no, that the person was very well-qualified

**James Lambert**

for the position. But we expected to be told of his criminal history," Peterson said.

At this point, CNA has few options available to it. "We do not have the legal authority to cancel a bond midterm in Pennsylvania. However, we can non-renew. We are on it for a year, and have red flagged the file," Peterson said.

Lambert was hired as the MCMWA's executive director in 2007. In February 2008, board member Dick VanNoy, an associate of Lambert back in Mercer County, admitted he failed to inform the board about Lambert's criminal record. The board decided to back Lambert.

Appeals by the Monroe County commissioners to terminate Lambert's employment were rejected by the MCMWA. Commissioners then asked District Attorney Dave Chris-

tine to look into whether his office has the authority to terminate Lambert's employment.

Christine said at the time that if he can establish authority to terminate Lambert, he would.

Last week, Christine executed a search warrant at the MCMWA offices and seized several documents relating to Lambert's hiring, including the application for the bond. An affidavit accompanying the search warrant noted that "under commonly accepted business practices, the insurance bond would have been issued only upon the completion of an application attesting, among other things, that the applicant did not have a record of criminal convictions."

Board members insisted the bond application did not require they disclose Lambert's crimes.

Board member Dick VanNoy was an insurance industry executive. He could not be reached Monday for comment.

---



**Teen who died at Camelback was expert skier**

**By KIETRYN ZYCHAL**
Pocono Record Writer

The 16-year-old from Bucks County who died as a result of a skiing accident at Camelback on Friday was a straight A student on his way to becoming an Eagle Scout, according to a news report published on www.phillyburbs.com. Law-rence was a Scout's and expert skier who had tackled double-dia-

mond slopes in Vermont and Colorado.

He survived from three that his oldest daughter to Camelback for a day of skiing. No one witnessed the accident and only a day or two later did the family find out what caused the fatal collision.

Lawrence was found unconscious near the bottom of a run and taken by helicopter to Lehigh Valley Hospital where he was pronounced dead at 1:40 p.m.

An Army precaution of the death investigation stated that the youngster died as the result of the blunt-force trauma and his death. They are expert at Camelback

and not heartfelt sympathies go out to the family in a situation like this," he said.

According to his mother, Lawrence was a Scout in a youth group at Doylestown United Methodist Church, and had done volunteer work at the Trenton City Mission and at a school theater. The teen was interested in becoming an actor or perhaps a teacher.

# Friends of Hicks stunned by arrest, murder charges

By Beth Brelje
Pocono Record Writer
March 11, 2008 6:00 AM

Maybe the blood on his boot was from a raccoon, a friend speculated.

As a treat, Charles Ray Hicks killed a raccoon and brought the grilled ribs with barbecue sauce to work at Tobyhanna Army Depot.

"I had a little piece of it. It was good," said Armando Martinez, 57, of Pittston.

A week later, Hicks was arrested for allegedly killing Deanna Marie Null, a drifter last seen in Scranton, dismembering her and scattering body parts along the highway.

A hacksaw and a pair of hands, presumably Null's, were found in Hicks's rented Tobyhanna home. The hands were coated with some kind of detergent and were wrapped in socks and a Feb. 4 copy of the Scranton Times Tribune newspaper. Boots stained with blood were found in the trunk of his car.

Martinez has not slept well since hearing the news about his friend.

"I don't know. I'm so mixed up. The Charles I know wouldn't have done this. Then I'm looking at his background, sexual assault, robbery and drug possession, and that isn't the Charles I know. It makes it scary to think maybe he has a split personality. He's been at my house several times," said Martinez.

John Pilipovich, 29, of Effort is just as shocked.

"I moved here from Oklahoma. Two weeks later someone is chopped up along the interstate. Then I find out it was someone I worked with. It just shows sometimes you don't know people. It scares the hell out of me," Pilipovich said.

The three men worked in the same laboratory at the Army Depot as high-level electronics technicians, preparing satellite communications gear used by soldiers in Iraq to communicate around the world.

Martinez moved from Texas for the job in May.

In January, Hicks came from Texas and Pilipovich came from Oklahoma.

The three hung out together. The weekend before the arrest, they had dinner and enjoyed the nightlife at Chili's in Bartonsville. Hicks, described as "quite the ladies' man," by Martinez, got the phone number of a woman from New York and even hit it off with the bartender.

Hicks told his friends he had girlfriends in Utah and Tennessee and was going to bring to them here for a visit. He said he also had a girlfriend in the Poconos with eight kids.

"I told him to watch out, she's a walking talking baby factory," Martinez said.

Both friends were surprised Hicks admitted to using crack.

"I don't understand that. In the Navy we took drug counseling classes to spot signs of use and get our sailors help. I would have never thought he was a drug user. He did not have the classic signs. He was always smiling," Martinez said. Hicks's teeth were clean and white, unlike the brown stained teeth of a crack pipe user.

"The crack, that really caught us off guard. He was a lightweight when it came to alcohol. Got drunk after just a few beers," Pilipovich said.

"We've gone and had a couple of beers. He never drank more than three. That would get him woozy. We called him the three- beer drunk," said Martinez.

Hicks told police he was not on medication but had been prescribed Risperdal, Seroquel, Abilify and Zoloft in the past. Any of these drugs could react poorly to alcohol or crack.

These drugs are often prescribed for schizophrenia patients, although, Psychiatrist Dr. Robert Morrow, chief of psychiatry at Pocono Medical Center says it can't be said that is why Hicks had been prescribed them.

"This is most likely the work of a sociopath. It takes a lot of emotional investment to do something like that," Morrow said.

A sociopath might treat casual acquaintances with great regard but treat the people closest to them badly. They may have hidden personalities. It is a possible explanation for why so many people were charmed by Hicks, a man known as health conscience. He worked out every day and was on a diet.

"I know Charles. Charles is not stupid. You don't get that high in the job by being dumb. Yet he kept the pair of hands in the house. Why? Why would you hold onto the hands? That's why I thought maybe somebody stashed them there. But they were wrapped in a Feb. 4 news- paper so it had to be him," said Martinez.

Null was murdered in January, before Hicks moved into the Tobyhanna house on Prospect Street.

Before that he lived for three weeks at Kueblers Mountain Hotel in Tobyhanna.

"His room was neat. He worked nights. He didn't smoke. He was very polite and quiet. He was never in the bar here. I really can't believe it. It is not the person I know," said hotel owner Edith Kuebler. Hicks checked in Jan. 9. Martinez said the hotel walls were thin and Hicks had to share a bathroom with other tenants.

Police have not commented on where the crime may have taken place but it seems unlikely it could have happened at the hotel.

Do his friends think he did it?

"The evidence is ugly. I've been in his bathroom, (where the hands were found) I didn't smell anything. I didn't notice anything out of place. That is what is so chilling," Pilipovich said.

"If I had seen something and questioned him, what would have happened to me? The average person

wouldn't be able to live with himself. He came in to work groomed and went about his business. Some of the nights that he may have done it he even came to work. He might have chopped her up and come to work like nothing happened," Pilipovich said.

"It is almost like he has turned into a puzzle. If he did this, I don't know what could have happened to him that night," Martinez said.

# What was in the black plastic bags?

Interstate 380

Coolbaugh Township

1. Northbound, mile marker 4.1, in the median: left and right foot with a calf

2. Northbound, mile marker 5.2, in the median: an arm

3. Northbound, mile marker 5.6: in the median: a leg with a knee

Jackson Township

4. Northbound mile marker 0.4 in the median: intestines and upper part of torso

Clifton Township, Lackawanna County

5. Northbound mile marker 14.5 in the median: lower half of a torso, including buttocks

Coolbaugh Township

6. Southbound mile marker 7.5 off the right side of the entrance ramp: woman's head; about 375 feet south was another bag, which had been torn open

Interstate 80

Stroudsburg

7. Westbound at mile marker 306.6 off the right side: an arm

Pocono Township

8. Eastbound at mile marker 294.8 in the median: a leg

Pocono Record News Forum                                    Page 1 of 1

**Friends of Hicks stunned by arrest, murder charges**

Mar-11                                                          1 of 168
From:
Lake_Naomi_guy
Total posts: 7

How did Charles Hicks kill this raccoon that he cooked and brought to work? I have yet to read
anything about him owning any sort of weapon that is normally used for hunting. If anything,
this still suggests that he is quite capable of killing. As for where Deanna Marie Null was
murdered, it could have easily happened in an isolated wooded area, being that this is the
Pocono's after all. Charles Hicks certainly appears to possess the type of physique that could
enable him to quickly and easily dispatch a woman of Deanna Marie Null's build and stature.
With all of this in mind, in addition to his transient nature, to me it is now quite plausible
that Charles Hicks has committed homicide in the past, before he even arrived in Tobyhanna.

| Back to Article | Options | Reply |

Mar-11                                                          2 of 168
From: svana
Total posts: 18

I am sure they are doing so, but someone should look into missing persons from the areas he
came from. On another note. Was that really raccoon ribs? or...don't even want to think
about it.

| Back to Article | Options | Reply |

Mar-11                                                          3 of 168
From: t36namp
Total posts: 21

maybe someone should check on the "girlfriends" in tennessee and utah

| Back to Article | Options | Reply |

Mar-11                                                          4 of 168
From:
PoconoVoice
Total posts: 60

How the heck did this guy get his clearance or was he working as a contrator without one.
With his history it would bring up a lot of red flags. Just by having the charges. I am sure they
are checking his background now and where he came from. "Racoon Ribs"??

| Back to Article | Options | Reply |

Mar-11                                                          5 of 168
From: kushman
Total posts: 74

That proubly wasn't racoon that they were eating! This guy is a serial killer I think! The freak
lead two lives. They will proubly be linking more murders to him down in Texas and
whereeever he has been. Plus he was sucking on that crackpipe like it was candy, Thank God
he was caught.

Pocono Record News Forum                                          Page 1 of 1

**Mar-11**                                                        **6 of 168**
From: AntieEm2        I find it hard to believe there are no job seekers here for those jobs.
Total posts: 1275

| Back to Article | Options | Reply |

**Mar-11**                                                        **7 of 168**
From:                Where's all the hunters to defend him? Racoon. When are they in season? Just goes to show
CallMeRonnie         many sociopaths are smart, charming and start out by killing animals.
Total posts: 2359
                     *Edited Mar-11   by  CallMeRonnie*

| Back to Article | Options | Reply |

**Mar-11**                                                        **8 of 168**
From: kushman        There is alot of competition for these jobs and the main office for DS2 is in South Carlonia.
Total posts: 74      Go to the website and apply, don't worry about your criminal record just be truthful about
                     your past and use another name. (ha ha) We do need some more people from our area up
                     here.

| Back to Article | Options | Reply |

**Mar-11**                                                        **9 of 168**
From:                They will tell you there aren't. At least not ones who might work endlessly as independent
CallMeRonnie         contractors and who have records for multiple assaults.
Total posts: 2359    Thanks Tobyhanna. Oh, I know, it was the other agency's job to check. Typical stupid Pocono
                     employer.

| Back to Article | Options | Reply |

**Mar-11**                                                        **10 of 168**
From: Eeyore         To the Friend.....Don't you think the police already checked the blood on his boot ! I agree
Total posts: 2       with so many other's that , he has done this before but this time thanks to good hard police
  work he will not get away this time! but now he will be locked up and we the public get to
                     pay for him ...go US!

Pocono Record News Forum                                           Page 1 of 1

From:
**Harvey_birdman**     Not a "technical standpoint", from a LEGAL standpoint. He was NOT GUILTY if he wasn't
Total posts: 170       convicted, end of story. He's also innocent of this charge unless he is proven guilty beyond a
                       reasonable doubt. Mere accusations by the police and reporting by the Pocono Record does
                       not make one guilty.

<div style="text-align: right">

| Back to Article | Options | Reply |
</div>

From: **WhizzKid**     "Let's do the Time Warp again!" Frankie Nooooooooooooo ;)
Total posts: 270
   "Hicks, described as "quite the ladies' man" I bet those ladies are rethinking what a ladies man
                       really is.

                       As far as everyone saying he was a nice guy, how many serial killers where describe the same
                       way after they where caught? It's the old 'beware of the quite shy people' because they are
                       hiding something.

                       **Timendi causa est nescire.** (*Ignorance is the cause of fear*) ~ Seneca
                       www.ronpaul2008.com

| Back to Article | Options | Reply |

Pocono Record News Forum                                    Page 1 of 1

**Mar-11**                                                      **38 of 168**
From: **fml**          Don't you think it is a little odd that even these few people have come forth so quickly to
Total posts: 601      express their feelings about Charles Hicks? Does this say something about his character....or
                      are they all trying to protect someone or something?



                              Back to Article    Options    Reply

**Mar-11**                                                      **39 of 168**
From: **JLO5**         I prefer not to fight. What I'm saying is that is what someone told me. I'm quiet too, but have
Total posts: 11       never thought of killing anyone. You need to take a chill pill.

Pocono Record News Forum                                                    Page 1 of 1

**Mar-11**                                                                    **43 of 168**
From: **Shemeka**     calling all brainiacs. what kind of haircut is he sporting???????? check out the description given:
Total posts: 1472    "She was last seen getting into a 1970s or 80s, dark-colored Cadillac or Buick sedan with a
                     cloth or leather top, a four- or five-strip chrome luggage rack on the trunk lid and a white
                     license plate (registration unknown). The driver was a black man, between 5 feet 9 and 6 feet
                     tall, with a short, military-style haircut and stocky build, police said." military style
                     haircut???? who calls it that? someone trying to emphasize the military if you ask me.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                                    **44 of 168**
From: **gladys**      How would you describe his hair cut? I think you are giving the crackhead informants much
Total posts: 835      too much credit.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                                    **45 of 168**
From: **Shemeka**     this reminds me of a story. the disciples walked with Jesus, they saw him healing the sick and
Total posts: 1472    raising the dead, including walking on water. they knew first hand he was the real deal. but a
                     few people were able to EASILY convince them otherwise with just the simple words of "he's
                     working on the sabbath", let's kill him. This reminds me to tell my family and friends that if
                     someone trys to tell them some bull about me, they BETTER stand up for what they know.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                                    **46 of 168**
From: **Shemeka**     I was pointing out another piece of weirdom from this case. down to the "so called homeless
Total posts: 1472    man" that claims to be the last person to see her described this man. i have never ever ever
                     ever ever heard a black man's haircut be described as military style. it's the most weirdest
                     way to describe it. i have never heard that in all my life. it amazes me how everyone is
                     holding on to stupid quotes like "it should be" evidence in his trunk. but "a black man 5'9 - 6
                     feet with a military style haircut is not bizzare?????????? what the hell is a military style
                     haircut????? that a white boy cut. it sounds to me like someone wanted to reference
                     something about the military in describing this guy. military style haircut is how you describe
                     a white boy's haircut. only then is the term military style haircut used.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                                    **47 of 168**
From:                 "what the hell is a military style haircut????? that a white boy cut."
**ProudSoldier**
Total posts: 6        Tell that to a black guy in the service. It's just another name for a regulation cut.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                                    **48 of 168**
From: **elle**        Hey Shemeka...
(**ellegil**)
Total posts: 712      Just to be clear, are you saying he is 'not guilty'?

                      Sorry, I didn't read the whole thread...

Pocono Record News Forum                                    Page 1 of 1

**Mar-11**                                                  54 of 168
From: Shemeka
Total posts: 1472

elle, no way am i saying he's inocent. i'm saying i found some holes in just about all of these articles regarding this case. including the "homeless man" that turned the cops on to this guy. with that military style haircut bull. if this chick was killed in January, this homeless guy would remember exactly who she was last seen with when he's on drugs and shyt like that? wasn't the description giving in Feb.? it's just holes elle. BIG WIDE POT HOLES. but no, i'm not saying he's inocent. only one knows that for sure is the victim and killer and the Creator.

| Back to Article | Options | Reply |

**Mar-11**                                                  55 of 168
From: fml
Total posts: 601



A military style haircut is not a "common" way to describe any haircut, aside from in the military...however the point is moot. I believe that Shemeka is more on the money about the description of the mans stature. 5'6" is a big difference from 5'10 to 6', you have to admit. The sources spoken to about this man, (Hicks)and the victim, are all questionable, which reflects on his lifestyle, but not his guilt. Why do most people have this sheep mentality where it is easier to just jump on the bandwagon and assume this guys guilt? If it were your son or brother you would be ####....I want this killer brought to justice because he is guillty not because he is an easy target.

| Back to Article | Options | Reply |

**Mar-11**                                                  56 of 168
From: gladys
Total posts: 835



I tried to ask you on the other thread Shemeka, if this guy is cleared of these charges, would you really go to his cook out, if invited?

| Back to Article | Options | Reply |

**Mar-11**                                                  57 of 168
From: Shemeka
Total posts: 1472

lolol, hey, speak for yourself. Fros are back by popular demand. i'm close to having one myself. lololol

| Back to Article | Options | Reply |

### Message 5605.58 was deleted

**Mar-11**                                                  59 of 168
From: Shemeka
Total posts: 1472

3quarks, jealous?

| Back to Article | Options | Reply |

**Mar-11**                                                  60 of 168
From: oak65
Total posts: 10

Martinez and Pilipovich should keep their mouths shut through all this. Soon they will be in a cell next to Hicks as accomplicies if they keep getting quoted in articles. Try getting your 15 minutes of fame another way.

Pocono Record News Forum

**Mar-11**
From: **PA_native**
Total posts: 456

Eye witness accounts can vary, but he had HER HANDS IN HIS CLOSET??
A hacksaw and other blood stained items in HIS possession.

They will be able to test the dried blood for a match of her blood.
The hacksaw will leave a unique "tooth mark on the skin and bones". One that is unlike a Bow
saw for instance.

Only a anti-cop, conspiracy theorist would conclude something different from the physical
evidence.

Shemeka, your paranoia is getting the better of you.

| Back to Article | Options | Reply |

**Mar-11**
From: **cali007**
Total posts: 559

"I want this killer brought to justice because he is guillty not because he is an easy target."

Finding body parts in your house tends to make you a target. To believe he is in fact
innocent, you would have to believe the elaborate setup theory, which in my opinion is
extremely far fetched.

| Back to Article | Options | Reply |

**Mar-11**
From: **fml**
Total posts: 601

People should just shut it until the "evidence" is tested....thats all.

| Back to Article | Options | Reply |

**Mar-11**
From: **gladys**
Total posts: 835

o.k., but I'm not cooking no racoon!

| Back to Article | Options | Reply |

**Mar-11**
From:
**ProudSoldier**
Total posts: 6

"People should just shut it until the "evidence" is tested....thats all."

Why? Whats it matter?

| Back to Article | Options | Reply |

**Mar-11**
From: **Shemeka**
Total posts: 1472

PA-native. Hey, long time no rip azz. how are you???? anyway i don't fall for any ole thing. i
need to satisfy my brian to the fullest. and i am not satisfied with this case. but can i ask you
somehtng? if someone went threw all the trouble of cutting someone up, stashing body parts,

Pocono Record News Forum                                      Page 1 of 1

**Mar-11**                                                      **81 of 168**
From: 1234
Total posts: 927      "...i want to know why no one is talking about this place that someone tried to set fire to."



shemeka- Why or how do you think it ties into the murder? Per the story I read, the fire occurred almost 6 weeks after Null moved out. What would be the point of someone connected to the murder burning the place down? It's not like there would be any evidence of the murder as Null had not lived there for many weeks.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                      **82 of 168**
From: Shemeka
Total posts: 1472     1234, again, i go by what the article reads. and it read, "the bar that Null frequented" someone tried to burn it down. and i was under the impression this was a recent event. anyway... why would someone be trying to burn the place down. and i believe you said they burned down her apt after she moved out, why would they be trying to burn her last apt down too?

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                      **83 of 168**
From: Shemeka
Total posts: 1472     cali, again, your reading skills suck. the media is not fabricating anything. they are posting the news they get. based on what is being posted, which is based on the police's reports, there is holes all in it.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                      **84 of 168**
From: PA_native
Total posts: 456      Shemeka,
Stashing the body on Rt 80?? Stashing would be digging a grave or trying to hide the body. That wasn't done.

Next question who the "they" in the "you don't think they would leave some blood to sprinkle some more evidence"?

In the USA the justice system is overwhelmingly skewed to the side of innocence. With almost never ending appeals system. Also, a guilty verdict in a capital crime must be unanimous, not partial jury.

The stereotypical "dirty cop" on TV shows that plants evidence is very rare. If then the Officer would almost have to be alone to plant such evidence. It is even less likely that a "team" of police will "plant" evidence. Many more eyes are at the scene making it less likely to plant evidence.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                      **85 of 168**
From: Jane101
Total posts: 18       As sick as it may sound, yeah... I don't think that was a good ol #### they were eating.. I somehow wonder how this guy got a job at the Depot and I didn't. After serving in the military for 5 years I couldn't get an interview and this guy probably lied on his application and got a job... Good old fashioned Affirmative action in effect there. I think this guy is guilty as hell.. Come on now, her hands were found in his plumbing cabinet and blood and a saw were found. Doesn't take too many brain cells to put it all together. Also, when you say "I can't explain that," You just said to everyone "I am GUILTY!" I believe in public execution, I think Monroe County needs to adopt that policy.

Pocono Record News Forum                                                    Page 1 of 1

**Mar-11**                                                           86 of 168
From: **cali007**        "why would someone be trying to burn the place down."
Total posts: 559
    Why are there a million arson fires around here? I don't know, but they happen regularly.

| Back to Article | Options | Reply |

**Mar-11**                                                           87 of 168
From: **1234**           Shemeka- you're talking in circles.
Total posts: 927
    How do you explain the description of the car Null was last seen in? Do you think Hicks was
set up with that too right down to it's white TX license plates? Remember, this was the tip
that finally broke the case.

Guilt or innocence will have to wait for the trial but until then I think you should leave the
CSI stuff to the professionals :)

| Back to Article | Options | Reply |

**Mar-11**                                                           88 of 168
From: **Shemeka**        and yet...you wont consider a setup - as setups just happen to happen as well.
Total posts: 1472

| Back to Article | Options | Reply |

### Message 5605.89 was deleted

**Mar-11**                                                           90 of 168
From: **Cabin**          "Where's all the hunters to defend him? Racoon. When are they in season? Just goes to show
Total posts: 3353        many sociopaths are smart, charming and start out by killing animals. "
     ~~I will assume you were either drunk or ill when you wrote this.~~

Hope you are feeling better now.

| Back to Article | Options | Reply |

Pocono Record News Forum                                                          Page 1 of 1

**Mar-11**                                                                         **91 of 168**
From: **Shemeka**
Total posts: 1472          1234, when was she killed? in January right? are we all clear on the fact that she was a
                           prostitute? so that means she is getting in and out of vehicles all the time then. right? how
                           the hell does another crack head remember and focus on one guy, who by the way asked him
                           if he wanted to come and party with THE GIRLS"SSSSS" (plural) in the car, which meant there
                           were "people" already in the car, to the point where he is giving some far out description of a
                           haircut that would in no way in hell be the term used for that type of guys haircut?????? one of
                           the friends said they discussed this murder a lot. than wouldn't that alerted the suspect to get
                           rid of the evidence if they are looking for your vehicle????????? he's too dumb to remove bloody
                           boots, the murder weapon, and the hands in the pipe????? come on 1234, are you for real with
                           this? this all seems open and shut to you? i thought women thought with both sides of their
                           brain?

                                                        [Back to Article]   [Options]   [Reply]

**Mar-11**                                                                         **92 of 168**
From: **Shemeka**
Total posts: 1472          cali, aww man. i missed your comment before it got the boot. how bad was it?

                                                        [Back to Article]   [Options]   [Reply]

**Mar-11**                                                                         **93 of 168**
From: **Norm**
Total posts: 446           If it didn't taste like chicken or rabbit or both, countryman, then I would be worried.

                                                        [Back to Article]   [Options]   [Reply]

**Mar-11**                                                                         **94 of 168**
From: **PA_native**
Total posts: 457           shemeka,

                           You've convinced me. Hicks fell asleep while under a crack binge. The evil Cops come in, kill
                           the girl, cut her up, stuff her in bags, dress up like Hicks, take her body and put it in a patrol
                           car, dump the bags on rt 80, clean up the scene, clean up the cop car, kill any witnesses, find
                           new witnesses, delete file logs from the patrol car, all so hicks will be blamed for the crime.
                           I have to hand it to you, your brilliant!!!
                           Sorry, I didn't see through it sooner!!

                           disclaimer: This has been a sarcastic monolog in order to show Shemeka how silly and
                           paranoid she is.
                           pa_native

                                                        [Back to Article]   [Options]   [Reply]

**Mar-11**                                                                         **95 of 168**
From: **cali007**
Total posts: 559           I knocked it out myself. I came to the realization that arguing with you on this topic is
                           pointless. So I'll see you in another thread.


Pocono Record News Forum                                          Page 1 of 1

**Mar-11**                                                    **101 of 168**
From: 1234
Total posts: 927



shemeka- you're assuming again. How do you know that the words "military haircut" were used specifically by a witness? The description in the police affadavit was written by the police after interviewing witnesses. It is more likely a term used by the police to summarize the description they had gathered from witnesses so I think you're eating air on that argument.

Did you have the witness you call a "crackhead" drug tested? How do you know s/he's a crachhead? In the police affadavit 2 witnesses id'd the car. Which of the 2 is the crackhead?

I never said this case seems open and shut to me. What I said is your imagination is too active and that CSI work is best left to professionals.

*Edited Mar-11  by  1234*

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                    **102 of 168**
From: **Cabin**
Total posts: 3353

Vets go to the top of the list.

IIRC years of service or combat may also be considered.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                    **103 of 168**
From: **Shemeka**
Total posts: 1472

as usual 1234, you are draining a sister out. the words "military haircut" was a quote from the article. the words "homeless man" was in the article, you are right, it didn't say he was a crackhead. that is my bad for assuming because he was a friend of Null's and was asked if he wanted to party with them, that he does the same things they do. geesh.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                    **104 of 168**
From:
**CallMeRonnie**
Total posts: 2363

The way I see it, the article portrays dysfunctional males, cokeheads, homeless people and 'hos. Sounds like a typical night on Crystal Street.

[ Back to Article ]   [ Options ]   [ Reply ]

**Mar-11**                                                    **105 of 168**
From: **Shemeka**
Total posts: 1472

lolololol you are right about that. but even them kind of people don't cut up no body and stash it on the highway. this is a revengeful animal that wanted to highlight treating her like trash. not even crackheads and hos would do that type of mess there.

Pocono Record News Forum                                    Page 1 of 1

**Mar-11**                                                  **106 of 168**
From: 1234
Total posts: 927



sorry to drain you out shemeka but a quote from an article does not mean that's what a witness or witnessess said specifically in describing the car driver to the police. It was something that appeared in the arrest report from police working on the case and involved in the arraignment/arrest. It does not mean anything more... or less.

Now go home and relax and try to have a pleasant evening, OK? :)

| Back to Article | Options | Reply |

**Mar-11**                                                  **107 of 168**
From: Shemeka
Total posts: 1472

who said the cops planted evidence? damn, can yall read????? all of yall are doing a terrible job at reading my posts.

| Back to Article | Options | Reply |

**Mar-11**                                                  **108 of 168**
From: gladys
Total posts: 835

who said the cops planted evidence? damn, can yall read????? all of yall are doing a terrible job at reading my posts.



Now wonder why that would be?

| Back to Article | Options | Reply |

**Mar-11**                                                  **109 of 168**
From: CallMeRonnie
Total posts: 2363

Too bad. What a waste of life.

| Back to Article | Options | Reply |

**Mar-11**                                                  **110 of 168**
From: Shemeka
Total posts: 1472

1234, funny you know that but don't know that reading in the news that someone was picked up with evidence doesn't make them guilty.

| Back to Article |

Pocono Record News Forum                                              Page 1 of 1

**Mar-11**                                                            **111 of 168**
From: PACracker
Total posts: 59

Ok, couldn't resist jumping back in. Work is boring today anyway!

I have a dollar that says Hicks did it, and another dollar that says they find another body with
his name on it! Any takers?

- Cracker

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                            **112 of 168**
From:
CallMeRonnie
Total posts: 2363

Nope. Sober and well. It's true. Haven't you ever heard that about sociopaths. (OK, it might
have been a strong statement to associate with hunters, but...maybe not.)

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                            **113 of 168**
From: 1234
Total posts: 927

shemeka What have I said specifically about my feelings re Hicks" guilt or innocence that
would make you say that?



That assuming of yours is gonna do ya in someday girl:) And when it does, remember where
you first heard it lol.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                            **114 of 168**
From: Shemeka
Total posts: 1472

1234, oh, and i almost always have wonderful evenings. everyday i get home, cook a
wonderful meal, sit down and watch whatever stand up comic that's recorded on DVR, then
for the remainder of the night, pretend like i don't want to give my boyfriend any bootie, put
up a little fight till he wrestles me to the floor, and ummmm umm ummmmm. damn i can't
wait to get home tonight. and the best part about it is, there is left over barbeque porkchops,
baked macaroni and cheese and rice and beans from last night. so the fight can begin
sooner......oh damn, is tonight American Idol?

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                            **115 of 168**
From: Shemeka
Total posts: 1472

PACracker, i'll put a $10 on that. and i will pay up if i loose.

[ Back to Article ]  [ Options ]  [ Reply ]

Pocono Record News Forum                                                    Page 1 of 1

**Mar-11**                                                                    163 of 168
From: **beardog**
Total posts: 71     I wonder if maybe he cooked this lady and said it was a #### and fed it to you dumb white
                    boys. How could you be so stupid to eat that.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                                    164 of 168
From: **Cabin**
Total posts: 3354   ""I had a little piece of it. It was good," said Armando Martinez, 57, of Pittston."

                    "I wonder if maybe he cooked this lady and said it was a #### and fed it to you dumb white
                    boys. How could you be so stupid to eat that. "

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                                    165 of 168
From: **jillygirl**
Total posts: 1      Please try to have respect for the family and friends of this poor woman. I know I wouldn't
                    want some fool making hurtful jokes if someone in my family was brutally murdered. Use your
                    head.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                                    166 of 168
From: **rambler1**
Total posts: 1163   I challenge all comers with my rainbow venison chili....

                    umm hmmm.
                    In the meantime, I suppose some gallows humor is ot entirely inappropriate. I never heard of
                    eating a raccoon, although they are very fastidious animals, they do eat lots of fish and
                    crayfish, things of that sort, that I would imagine to give them a bit of a strong taste;
                    omnivores don't generally taste all that good to my palette if bear is any indication....

                    We're sorry about the woman, I think. IT's an awful shame, and proof of what drugs will do to
                    some.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                                    167 of 168
From: **twg8161**
Total posts: 108    PA Native.....I'd bet the farm that if the suspect was white, we wouldn't hear "boo" from
                    Shemeka. She's what I like to call a "reverse racist". Racists aren't just white, you know. I'm
                    guessing she watched every minute of the OJ trial and stood and cheered when that murderer
                    went free. Sickening.

[ Back to Article ]  [ Options ]  [ Reply ]

**Mar-11**                                                                    168 of 168
From: **PACracker**
Total posts: 59     Hey, that might be fun, I'd show up for that!

                    - Cracker

Friends of Hicks stunned by arrest, murder charges - poconoreco...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



## Friends of Hicks stunned by arrest, murder charges



Charles Hicks and Deanna Marie Null (inset).

FILE PHOTOS/Pocono Record



Text Size: A | A | A

🖨 Print this Article      ✉ Email this Article
📱 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

Share

 



**By Beth Brelje**
*Pocono Record Writer*
March 11, 2008

Maybe the blood on his boot was from a raccoon, a friend speculated.

As a treat, Charles Ray Hicks killed a raccoon and brought the grilled ribs with barbecue sauce to work at Tobyhanna Army Depot.

"I had a little piece of it. It was good," said Armando Martinez, 57, of Pittston.

A week later, Hicks was arrested for allegedly killing Deanna Marie Null, a drifter last seen in Scranton, dismembering her and scattering body parts along the highway.

A hacksaw and a pair of hands, presumably Null's, were found in Hicks's rented Tobyhanna home. The hands were coated with some kind of detergent and were wrapped in socks and a Feb. 4 copy of the Scranton Times Tribune newspaper. Boots stained with blood were found in the trunk of his car.

Martinez has not slept well since hearing the news about his friend.

. "I don't know. I'm so mixed up. The Charles I know wouldn't have done this. Then I'm looking at his background, sexual assault, robbery and drug possession, and that isn't the Charles I know. It makes it scary to think maybe he has a split personality. He's been at my house several times," said Martinez.

John Pilipovich, 29, of Effort is just as shocked.

"I moved here from Oklahoma. Two weeks later someone is chopped up along the interstate. Then I find out it was someone I worked with. It just shows sometimes you don't know people. It scares the hell out of me," Pilipovich said.

The three men worked in the same laboratory at the Army Depot as high-level electronics technicians, preparing satellite communications gear used by soldiers in Iraq to communicate around the world.

Martinez moved from Texas for the job in May.

In January, Hicks came from Texas and Pilipovich came from Oklahoma.

The three hung out together. The weekend before the arrest, they had dinner and enjoyed the nightlife at Chili's in Bartonsville. Hicks, described as "quite the ladies' man," by Martinez, got the phone number of a woman from New York and even hit it off with the bartender.

Hicks told his friends he had girlfriends in Utah and Tennessee and was going to bring to them here for a visit. He said he also had a girlfriend in the Poconos with eight kids.

"I told him to watch out, she's a walking talking baby factory," Martinez said.

Both friends were surprised Hicks admitted to using crack.

"I don't understand that. In the Navy we took drug counseling classes to spot signs of use and get our sailors help. I would have never thought he was a drug user. He did not have the classic signs. He was always smiling," Martinez said. Hicks's teeth were clean and white, unlike the

### RELATED STORIES

'It's not my brother'

A Friend Arrested For Murder: Body Parts Case 📷 VIDEO

Did he cut her up?

Friend: 'He's just the nicest guy in the world'

Arraignment of Charles Hicks 📷 VIDEO

Body parts case ARREST: Tobyhanna man killed, cut up woman, police say

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

### RELATED PHOTO GALLERIES



More

### WHAT WAS IN THE BLACK PLASTIC BAGS?

Interstate 380

Coolbaugh Township

1. Northbound, mile marker 4.1, in the median: left and right foot with a calf

2. Northbound, mile marker 5.2, in the



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!

Outdoor living,

thepoconos.com

**What are you looking for?**
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Friends of Hicks stunned by arrest, murder charges - poconoreco...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

brown stained teeth of a crack pipe user.

"The crack, that really caught us off guard. He was a lightweight when it came to alcohol. Got drunk after just a few beers," Pilipovich said.

"We've gone and had a couple of beers. He never drank more than three. That would get him woozy. We called him the three- beer drunk," said Martinez.

Hicks told police he was not on medication but had been prescribed Risperdal, Seroquel, Abilify and Zoloft in the past. Any of these drugs could react poorly to alcohol or crack.

These drugs are often prescribed for schizophrenia patients, although, Psychiatrist Dr. Robert Morrow, chief of psychiatry at Pocono Medical Center says it can't be said that is why Hicks had been prescribed them.

"This is most likely the work of a sociopath. It takes a lot of emotional investment to do something like that," Morrow said.

A sociopath might treat casual acquaintances with great regard but treat the people closest to them badly. They may have hidden personalities. It is a possible explanation for why so many people were charmed by Hicks, a man known as health conscience. He worked out every day and was on a diet.

"I know Charles. Charles is not stupid. You don't get that high in the job by being dumb. Yet he kept the pair of hands in the house. Why? Why would you hold onto the hands? That's why I thought maybe somebody stashed them there. But they were wrapped in a Feb. 4 news- paper so it had to be him," said Martinez.

Null was murdered in January, before Hicks moved into the Tobyhanna house on Prospect Street.

Before that he lived for three weeks at Kueblers Mountain Hotel in Tobyhanna.

"His room was neat. He worked nights. He didn't smoke. He was very polite and quiet. He was never in the bar here. I really can't believe it. It is not the person I know," said hotel owner Edith Kuebler. Hicks checked in Jan. 9. Martinez said the hotel walls were thin and Hicks had to share a bathroom with other tenants.

Police have not commented on where the crime may have taken place but it seems unlikely it could have happened at the hotel.

Do his friends think he did it?

"The evidence is ugly. I've been in his bathroom, (where the hands were found) I didn't smell anything. I didn't notice anything out of place. That is what is so chilling," Pilipovich said.

"If I had seen something and questioned him, what would have happened to me? The average person wouldn't be able to live with himself. He came in to work groomed and went about his business. Some of the nights that he may have done it he even came to work. He might have chopped her up and come to work like nothing happened," Pilipovich said.

"It is almost like he has turned into a puzzle. If he did this, I don't know what could have happened to him that night," Martinez said.

HOME

🔔 Be the first to know - Sign up for text alerts   ✉️ Sign up for e-mail newsletters

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.



On April 08, 2008 at 9:10 AM , Shemeka said:

lolololo, illili. although that may not be a bad thing. i believe that means it's burning out all the impurities in your body. 8-)  Full Message

median: an arm

3. Northbound, mile marker 5.6: in the median: a leg with a knee

Jackson Township

4. Northbound mile marker 0.4 in the median: intestines and upper part of torso

Clifton Township, Lackawanna County

5. Northbound mile marker 14.5 in the median: lower half of a torso, including buttocks

Coolbaugh Township

6. Southbound mile marker 7.5 off the right side of the entrance ramp: woman's head; about 375 feet south was another bag, which had been torn open

Interstate 80

Stroudsburg

7. Westbound at mile marker 306.6 off the right side: an arm

Pocono Township

8. Eastbound at mile marker 294.8 in the median: a leg

**TOP JOBS**

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT SEEKING**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**



$10,900
2008 Suzuki Forenza
Mick Motors



$35,988
2007 Chevrolet Corvette
Brown Daub Chrysler Jeep



2006 Buick Lucerne
Brown Daub Buick Pontiac Chevrolet



2005 Jeep Wrangler
Brown Daub Kia

Show All Featured Cars

**TONIGHT IN PRIME TIME**



TV listings powered by Zap2it

Friends of Hicks stunned by arrest, murder charges - poconoreco...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Shameka
Member since: 01/24/2007
Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Police Schools
Request free Information from Police Training Schools
Near You!
www.collegebound.net

Locate Police Academies
Want A Career In Law Enforcement? Here's Everything
You Need For Free
PoliceLink.com/Academies

Be a Police Officer Today
With a criminal justice degree from FMU. Free info on how
to start
www.everestuniversity-degrees.com

Become A Police Officer
SWAT, K9, Narcotics, CSI & More. Online Degrees For
Police Careers
www.Public-Service.US/PoliceCareers

Ads by Google

Print this Article        Email this Article

**Share**

del.icio.us        Digg This Story

reddit        STUMBLEUPON

MY Yahoo!        Add to Google

Seed Newsvine

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

2 of 2



Deanna Marie Null

Email A Friend  |  Submit Your Own Photo

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&nav=messages&...



Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast/Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                                    Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >              Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions                     [1] 2 3 ... 21 22 23          Keep Reading

| | |
|---|---|
| | NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS |

search PoconoRecord.com              **FIND IT!**



**Lake_Naomi_guy**
My Comments
Member Since:
3/10/2008

**1 of 222**

On Mar 11, 2008 at 01:40 AM, Lake_Naomi_guy said:

How did Charles Hicks kill this raccoon that he cooked and brought to work? I have yet to read anything about him owning any sort of weapon that is normally used for hunting. If anything, this still suggests that he is quite capable of killing. As for where Deanna Marie Null was murdered, it could have easily happened in an isolated wooded area, being that this is the Pocono's after all. Charles Hicks certainly appears to possess the type of physique that could enable him to quickly and easily dispatch a woman of Deanna Marie Null's build and stature. With all of this in mind, in addition to his transient nature, to me it is now quite plausible that Charles Hicks has committed homicide in the past, before he even arrived in Tobyhanna.

thepoconos.com/jobs

Find a Job

**TOP JOBS**

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



**WHITE HAVEN, PA**
Pocono Liner Ads
Read more...

View All Featured Ads



**svana**
My Comments
Member Since:
2/15/2007

**2 of 222**

On Mar 11, 2008 at 04:16 AM, svana said:

I am sure they are doing so, but someone should look into missing persons from the areas he came from. On another note. Was that really raccoon ribs? or...don't even want to think about it.



**t36namp**
My Comments
Member Since:
1/30/2008

**3 of 222**

On Mar 11, 2008 at 04:43 AM, t36namp said:

~~maybe someone should check on the "girlfriends" in tennessee and utah~~

**PoconoVoice**
My Comments
Member Since:
6/22/2007

**4 of 222**

On Mar 11, 2008 at 06:00 AM, PoconoVoice said:

How the heck did this guy get his clearance or was he working as a contractor without one. With his history it would bring up a lot of red flags. Just by having the charges. I am sure they are checking his background now and where he came from. "Racoon Ribs"??

1 of 3                                                                                    12/9/2008 7:28 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&nav=messages&...

**5 of 222**



On Mar 11, 2008 at 06:05 AM, kushman said:

That proubly wasn't racoon that they were eating! This guy is a serial killer I think! The freak lead two lives. They will proubly be linking more murders to him down in Texas and whereever he has been. Plus he was sucking on that crackpipe like it was candy, Thank God he was caught.

kushman
My Comments
Member Since: 6/2/2007

**TOP CARS**



$17,988
2005 Dodge Ram 1500 Truck
Brown Daub Chrysler Jeep



$14,990
2007 Chevrolet TrailBlazer
Brown Daub
Chevrolet-Volvo



2008 Ford F-150
Brown Daub Ford Lincoln
Mercury

2006 HUMMER H3
Brown Daub Kia

**Show All Featured Cars**



**6 of 222**



On Mar 11, 2008 at 06:13 AM, AntieEm2 said:

I find it hard to believe there are no job seekers here for those jobs.

AntieEm2
My Comments
Member Since:
12/22/2006

**7 of 222**



On Mar 11, 2008 at 06:25 AM, CallMeRonnie said:

Where's all the hunters to defend him? Racoon. When are they in season? Just goes to show many sociopaths are smart, charming and start out by killing animals.

*Edited 3/11/08  by  CallMeRonnie*

CallMeRonnie
My Comments
Member Since:
12/27/2006

**8 of 222**



On Mar 11, 2008 at 06:28 AM, kushman said:

There is alot of competition for these jobs and the main office for DS2 is in South Carlonia. Go to the website and apply, don't worry about your criminal record just be truthful about your past and use another name. (ha ha) We do need some more people from our area up here.

kushman
My Comments
Member Since: 6/2/2007

**9 of 222**



On Mar 11, 2008 at 06:31 AM, CallMeRonnie said:

They will tell you there aren't. At least not ones who might work endlessly as independent contractors and who have records for multiple assaults.
Thanks Tobyhanna. Oh, I know, it was the other agency's job to check. Typical stupid Pocono employer.

CallMeRonnie
My Comments
Member Since:
12/27/2006

**10 of 222**

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&nav=messages&...



**Eeyore**
My Comments
Member Since: 3/8/2008

**On Mar 11, 2008 at 06:37 AM, Eeyore said:**

To the Friend.....Don't you think the police already checked the blood on his boot ! I agree with so many other's that , he has done this before but this time thanks to good hard police work he will not get away this time! but now he will be locked up and we the public get to pay for him ...go US!

Discussions                    1 2 3 ... 21 22 23                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum         http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



Tuesday, December 09, 2008       HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
*Short & Informative from Northeast Pennsylvania*

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest        Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

| Discussions | 1 **2** 3 4 ... 21 22 23 | Keep Reading |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!


thepoconos.com/cars
Find a Car

---

**Roadking**
My Comments
Member Since:
2/22/2007

**11 of 222**

On Mar 11, 2008 at 06:43 AM, Roadking said:

"I had a little piece of it. It was good," said Armando Martinez

Oh No, not Meatloaf again! .....

.......It's just a jump to the left
And then a step to the right
With your hands on your hips
You bring your knees in tight
But it's the pelvic thrust that really drives you insane,
Let's do the Time Warp again!

*Edited 3/11/08 by Roadking*

---

**whoknew**
My Comments
Member Since:
7/23/2007

**12 of 222**

On Mar 11, 2008 at 07:28 AM, whoknew said:

Ronnie

actually it is DS2 job toscreen all aplicants, and tobyhanna does not set this regulation, Washington does.

a drug testshould have been completed before hiring at least.

typical contractor workingfor the government

**TOP JOBS**
**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad
**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad
**PERSONAL CARE AIDE**
Stroudsburg, PA Pocono Record Classified Ad
**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad
More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...
Photo Coming Soon

View All Featured Ads

---

**momof_3**
My Comments
Member Since: 3/7/2008

**13 of 222**

On Mar 11, 2008 at 07:33 AM, momof_3 said:

I just read on WNEP.com that they are looking into whether or not he is connected to other killings across the country.

http://www.wnep.com/Global/story.asp?S=7993922

---

**hgrammy**
My Comments
Member Since:
1/27/2008

**14 of 222**

On Mar 11, 2008 at 07:50 AM, hgrammy said:

Raccoon blood? Then why hide the boots in the trunk of the car? Hmmmmmmmm maybe he was going to have a tailgate party with that raccoon meat(loaf)?




TOP CARS


$8,900
2002 Ford Ranger
Mick Motors


$16,495
2007 Dodge Dakota
Brown Daub Dodge


2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

$10,988
2003 GMC Sonoma
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record

15 of 222



**On Mar 11, 2008 at 08:06 AM, scooter721 said:**

I know several highly qualified locals who can't get in because the application process is so difficult. But they keep trying.

scooter721
My Comments
Member Since:
1/31/2007

16 of 222



**On Mar 11, 2008 at 08:13 AM, unique said:**

If you haven't been convicted of a crime, it will not show up in your criminal history. He might have been accused and quite probably WAS guilty, but he was obviously acquitted of everything, which is why it won't show up on a background check.

unique
My Comments
Member Since:
1/11/2007

17 of 222



**On Mar 11, 2008 at 08:28 AM, ManicCommuter said:**

Ronnie, I don't hunt racoons so he doesn't have my support...LoL.

ManicCommuter
My Comments
Member Since: 2/1/2007

18 of 222



**On Mar 11, 2008 at 08:50 AM, HOMEBOY said:**

The dude is looking for an easy way out by using the 'Sympathy Ticket'. Stoned or not, when you chop someone apart like a piece of liver, you know what you're doing.

HOMEBOY
My Comments
Member Since: 2/2/2007

Message 5605.19 was deleted

20 of 222



**On Mar 11, 2008 at 09:03 AM, cali007 said:**

" if he was "acquitted of everything" then that means he was NOT GUILTY."

Only from a technical standpoint. That doesn't mean he didn't do it, he just got off.

Have you ever heard of a guy named OJ?

cali007
My Comments
Member Since:
2/13/2007

Discussions                 1 2 3 4 ... 21 22 23                Keep Reading

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                          Search [            ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions                1 2 **3** 4 5 ... 21 22 23              Keep Reading



**21 of 222**

On Mar 11, 2008 at 09:10 AM, Harvey_birdman said:

Not a "technical standpoint", from a LEGAL standpoint. He was NOT GUILTY if he wasn't convicted, end of story. He's also innocent of this charge unless he is proven guilty beyond a reasonable doubt. Mere accusations by the police and reporting by the Pocono Record does not make one guilty.

**Harvey_birdman**
My Comments
Member Since: 1/9/2007

---

**22 of 222**

On Mar 11, 2008 at 09:15 AM, WhizzKid said:

"Let's do the Time Warp again!" Frankie Noooooooooooo ;)

"Hicks, described as "quite the ladies' man" I bet those ladies are rethinking what a ladies man really is.

As far as everyone saying he was a nice guy, how many serial killers where describe the same way after they where caught? It's the old 'beware of the quite shy people' because they are hiding something.

**Timendi causa est nescire.** (*Ignorance is the cause of fear*) ~ Seneca
www.ronpaul2008.com

**WhizzKid**
My Comments
Member Since: 8/4/2007

---

**23 of 222**

On Mar 11, 2008 at 09:16 AM, cali007 said:

"Not a "technical standpoint", from a LEGAL standpoint."

I'd say it's both ;-)

**cali007**
My Comments
Member Since:
2/13/2007

---

**24 of 222**

On Mar 11, 2008 at 09:16 AM, franceska said:

If you are dismissed of a crime in Pennsylvania, there is still proof of the arrest. In this #### state you have to be expunged as well for them to have no proof of there ever being an arrest.

**franceska**
My Comments
Member Since:
2/27/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com           [FIND IT!]


thepoconos.com/jobs
Find a Job

**TOP JOBS**
THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad
DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad
PERSONAL CARE AIDE
Stroudsburg, PA Pocono Record Classified Ad
BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

TOP CARS


$8,900
2002 Ford Ranger
Mick Motors


$16,495
2007 Dodge Dakota
Brown Daub Dodge


2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury


$10,988
2003 GMC Sonoma
Brown Daub Chrysler Jeep

Show All Featured Cars



25 of 222



**On Mar 11, 2008 at 09:18 AM, Harvey_birdman said:**

"beware the quite shy people"? This is really #### stupid. I guarantee you that while you're watching a shy one a loud noisy one will #### kill you. Which one should you really pay attention to? The quiet guy reading his book in the corner of a coffeehouse, or the guy up at the bar pounding a bowie knife on the table screaming "I'm gonna kill the next mother - #### that comes in here!"?

- paraphrased from George Carlin

*Edited 3/11/08  by  Harvey_birdman*

Harvey_birdman
My Comments
Member Since: 1/9/2007

26 of 222



**On Mar 11, 2008 at 09:19 AM, cali007 said:**

"I bet those ladies are rethinking what a ladies man really is."

Attachments

   Name: ladies_man.bmp  Size: 204 K

cali007
My Comments
Member Since: 2/13/2007

27 of 222



**On Mar 11, 2008 at 09:20 AM, turtle68 said:**

What if it wasn't raccoon ribs???

turtle68
My Comments
Member Since: 2/2/2008

28 of 222



**On Mar 11, 2008 at 09:22 AM, kaseyrulz said:**

ronnie- i am a hunter and there is NO defense for anyone takes game illegally if in fact that is what he did.

The state's furtaker hunting season for raccoons and foxes opened Oct. 19 and runs to Feb. 22.

Last year, Pennsylvania's 20,000 furtakers took about 121,000 raccoons

kaseyrulz
My Comments
Member Since: 1/31/2007

29 of 222



**On Mar 11, 2008 at 09:26 AM, cali007 said:**

" i am a hunter and there is NO defense for anyone takes game illegally if in fact that is what he did."

I'd say that is the very least of his worries at this point.

cali007
My Comments

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

**Member Since:**
2/13/2007

30 of 222



**WhizzKid**
My Comments
Member Since: 8/4/2007

**On Mar 11, 2008 at 09:33 AM, WhizzKid said:**
Harvey I didn't say not to watch out for loud noisy ones, that's a given, especially if they are waving a knife around. But, you have to admit that a lot of the serial killers that have been caught have been described as quite and shy by people that knew them. All I'm saying is that you can't believe someone is harmless just because they seem harmless.
**Timendi causa est nescire. (***Ignorance is the cause of fear***) ~ Seneca**
www.ronpaul2008.com

Discussions                      1 2 3 4 5 ... 21 22 23                  Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



Welcome Guest                                Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions                    1 2 3 **4** 5 6 ... 21 22 23          Keep Reading

| | |
|---|---|
|  <br> fml <br> My Comments <br> Member Since: <br> 1/24/2007 | **31 of 222** <br> On Mar 11, 2008 at 09:49 AM, fml said: <br> Yeah ....I can't seem to get past the racoon ribs. Thats like eating seagull...no. |
|  <br> sniggles <br> My Comments <br> Member Since: <br> 1/29/2008 | **32 of 222** <br> On Mar 11, 2008 at 10:10 AM, sniggles said: <br> If it walks on two legs it can kill you. I am always leery of anyone who is constantly smiling. And I would venture to say he has done this before. A serial killer or what ever does not have to be a raving maniac. On the contrary, attention is not what they want. |
|  <br> sniggles <br> My Comments <br> Member Since: <br> 1/29/2008 | **33 of 222** <br> On Mar 11, 2008 at 10:14 AM, sniggles said: <br> It takes a cold blooded cold hearted depraved, indifferent person to cut up a human like that. I hate to think what poor animals fell into his hands earlier and what they went through. |
| gladys <br> My Comments <br> Member Since: 2/8/2007 | **34 of 222** <br> On Mar 11, 2008 at 10:17 AM, gladys said: <br> Poor animals? I hate to think of the humans that he quite possibly has encountered. |
|  <br> sniggles <br> My Comments <br> Member Since: <br> 1/29/2008 | **35 of 222** <br> On Mar 11, 2008 at 10:28 AM, sniggles said: <br> That's how they start, with animals, kittens, cats pups dogs anything that feels pain and bleeds. |

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com            FIND IT!

thepoconos.com/homes

Find a Home

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP** Materials
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



**36 of 222**

On Mar 11, 2008 at 10:30 AM, JLO5 said:

I was always told...watch out for the quiet people. They are the evil doers, always causing mischief.

JLO5
My Comments
Member Since:
2/14/2008

**TOP CARS**



$15,495
2006 Jeep Liberty
Brown Daub Dodge



$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury



$17,988
2008 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars





**37 of 222**

On Mar 11, 2008 at 10:47 AM, cali007 said:

"I was always told...watch out for the quiet people."

Uh-Oh. I must be an "evil doer". I think I'm starting to develop tiny horns right now as I type:-)

cali007
My Comments
Member Since:
2/13/2007



**38 of 222**

On Mar 11, 2008 at 10:50 AM, fml said:

Don't you think it is a little odd that even these few people have come forth so quickly to express their feelings about Charles Hicks? Does this say something about his character....or are they all trying to protect someone or something?

fml
My Comments
Member Since:
1/24/2007



**39 of 222**

On Mar 11, 2008 at 10:51 AM, JLO5 said:

I prefer not to fight. What I'm saying is that is what someone told me. I'm quiet too, but have never thought of killing anyone. You need to take a chill pill.

JLO5
My Comments
Member Since:
2/14/2008

**40 of 222**

On Mar 11, 2008 at 10:53 AM, cali007 said:

Uhmmm... Do you see the smiley face? It was a joke. You should learn message board etiquette.

cali007
My Comments
Member Since:
2/13/2007

Discussions          1 2 3 4 5 6 ... 21 22 23          Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

**Welcome Guest**                              Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions              1 2 3 4 **5** 6 7 ... 21 22 23              Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!



thepoconos.com/homes

Find a Home

---



quiltnut
My Comments
Member Since:
4/20/2007

**41 of 222**

On Mar 11, 2008 at 11:51 AM, quiltnut said:

Are the people at TAD sure the ribs they ate were from a raccoon??? Seems to me that would be a great way to dispose of body parts......ever see the movie Fried Green Tomatoes?

---

gladys
My Comments
Member Since: 2/6/2007

**42 of 222**

On Mar 11, 2008 at 12:02 PM, gladys said:

Hey Editor, did you close the other thread (brother)? No reply buttons displayed any more.

---

Shemeka
My Comments
Member Since:
1/24/2007

**43 of 222**

On Mar 11, 2008 at 12:04 PM, Shemeka said:

calling all brainiacs. what kind of haircut is he sporting???????? check out the description given: "She was last seen getting into a 1970s or 80s, dark-colored Cadillac or Buick sedan with a cloth or leather top, a four- or five-strip chrome luggage rack on the trunk lid and a white license plate (registration unknown). The driver was a black man, between 5 feet 9 and 6 feet tall, with a short, military-style haircut and stocky build, police said." military style haircut???? who calls it that? someone trying to emphasize the military if you ask me.

---

gladys
My Comments
Member Since: 2/6/2007

**44 of 222**

On Mar 11, 2008 at 12:09 PM, gladys said:

How would you describe his hair cut? I think you are giving the crackhead informants much too much credit.

---

Shemeka
My Comments
Member Since:
1/24/2007

**45 of 222**

On Mar 11, 2008 at 12:17 PM, Shemeka said:

this reminds me of a story. the disciples walked with Jesus, they saw him healing the sick and raising the dead, including walking on water. they knew first hand he was the real deal. but a few people were able to EASILY convince them otherwise with just the simple words of "he's working on the sabbath", let's kill him. This reminds me to tell my family and friends that if someone tries to tell them some bull about me, they BETTER stand up for what they know.

---

**TOP JOBS**

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

TOP CARS


$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury


2005 GMC Sierra 1500
Brown Daub Kia


2007 Kia Optima
Brown Daub Kia


$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



---

46 of 222



Shemeka
My Comments
Member Since:
1/24/2007

**On Mar 11, 2008 at 12:21 PM, Shemeka said:**

I was pointing out another piece of weirdom from this case. down to the "so called homeless man" that claims to be the last person to see her described this man. i have never ever ever ever ever heard a black man's haircut be described as military style. it's the most weirdest way to describe it. i have never heard that in all my life. it amazes me how everyone is holding on to stupid quotes like "it should be" evidence in his trunk. but "a black man 5'9 - 6 feet with a military style haircut is not bizzare?????????? what the hell is a military style haircut????? that a white boy cut. it sounds to me like someone wanted to reference something about the military in describing this guy. military style haircut is how you describe a white boy's haircut. only then is the term military style haircut used.

---

47 of 222



ProudSoldier
My Comments
Member Since:
11/12/2007

**On Mar 11, 2008 at 12:26 PM, ProudSoldier said:**

"what the hell is a military style haircut????? that a white boy cut."

Tell that to a black guy in the service. It's just another name for a regulation cut.

---

48 of 222



elle (ellegil)
My Comments
Member Since:
8/29/2007

**On Mar 11, 2008 at 12:26 PM, elle (ellegil) said:**

Hey Shemeka...

Just to be clear, are you saying he is 'not guilty'?

Sorry, I didn't read the whole thread...

:)

---

49 of 222



Homunki
My Comments
Member Since: 2/6/2007

**On Mar 11, 2008 at 12:30 PM, Homunki said:**

Better a "Military Style" than a 1970's Afro :)

---

50 of 222



**On Mar 11, 2008 at 12:32 PM, davinci said:**

yo shemeka, go and visit him in prison get his side of the story, better yet give reverend Al a call. You sound like Tawana Brawley....

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search _____ [🔍]
Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 4 5 **6** 7 8 ... 21 22 23          Keep Reading

| | |
|---|---|
| 

**3quarks**
My Comments
Member Since:
3/14/2007 | **51 of 222**
On Mar 11, 2008 at 12:43 PM, 3quarks said:
Why does anyone bother responding to her? |
| 

**Shemeka**
My Comments
Member Since:
1/24/2007 | **52 of 222**
On Mar 11, 2008 at 12:44 PM, Shemeka said:
exactly. so why not say a low haircut? |
| 

**twg8161**
My Comments
Member Since:
1/28/2007 | **53 of 222**
On Mar 11, 2008 at 12:47 PM, twg8161 said:
Hey.....easy there "whoknew" on the "typical contractor working for the government" remark. My wife worked as a government contractor for 3 years before converting over to a government employee. My wife is one of the brightest, most decent and hardest working people that I've ever known. Not all government contractors are murderers, crack heads, etc. Your statement was just plain ignorant and I didn't appreciate it. Think before you spout off. |
| 

**Shemeka**
My Comments
Member Since:
1/24/2007 | **54 of 222**
On Mar 11, 2008 at 12:48 PM, Shemeka said:
elle, no way am i saying he's inocent. i'm saying i found some holes in just about all of these articles regarding this case. including the "homeless man" that turned the cops on to this guy. with that military style haircut bull. if this chick was killed in January, this homeless guy would remember exactly who she was last seen with when he's on drugs and shyt like that? wasn't the description giving in Feb.? it's just holes elle. BIG WIDE POT HOLES. but no, i'm not saying he's inocent. only one knows that for sure is the victim and killer and the Creator. |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]

thepoconos.com/jobs

Find a Job

**TOP JOBS**

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP** Materials
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

**TOP CARS**


**$10,900**
2007 Dodge Caliber
Mick Motors


**$7,473**
2002 Ford Focus
Brown Daub Ford Lincoln Mercury


1996 Jeep Grand Cherokee
**Brown Daub Buick Pontiac Chevrolet**   2000 Chevrolet Suburban
**Brown Daub Buick Pontiac Chevrolet**

Show All Featured Cars



---

55 of 222


**fml**
My Comments
Member Since: 1/24/2007

On Mar 11, 2008 at 12:49 PM, fml said:

A military style haircut is not a "common" way to describe any haircut, aside from in the military...however the point is moot. I believe that Shemeka is more on the money about the description of the mans stature. 5'6" is a big difference from 5'10 to 6', you have to admit. The sources spoken to about this man,(Hicks)and the victim, are all questionable, which reflects on his lifestyle, but not his guilt. Why do most people have this sheep mentality where it is easier to just jump on the bandwagon and assume this guys guilt? If it were your son or brother you would be ####....I want this killer brought to justice because he is guiltly not because he is an easy target.

---

56 of 222


**gladys**
My Comments
Member Since: 2/6/2007

On Mar 11, 2008 at 12:49 PM, gladys said:

I tried to ask you on the other thread Shemeka, if this guy is cleared of these charges, would you really go to his cook out, if invited?

---

57 of 222


**Shemeka**
My Comments
Member Since: 1/24/2007

On Mar 11, 2008 at 12:49 PM, Shemeka said:

lolol, hey, speak for yourself. Fros are back by popular demand. I'm close to having one myself. lololol

---

 Message 5605.58 was deleted 

---

59 of 222


**Shemeka**
My Comments
Member Since: 1/24/2007

On Mar 11, 2008 at 12:51 PM, Shemeka said:

3quarks, jealous?

---

60 of 222


**oak65**
My Comments
Member Since: 11/7/2007

On Mar 11, 2008 at 12:53 PM, oak65 said:

Martinez and Pilipovich should keep their mouths shut through all this. Soon they will be in a cell next to Hicks as accomplices if they keep getting quoted in articles. Try getting your 15 minutes of fame another way.

Pocono Record News Forum                        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [                ]

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions            1 2 3 ... 5 6 **7** 8 9 ... 21 22 23        Keep Reading

**61 of 222**

On Mar 11, 2008 at 12:53 PM, gladys said:

Thanks for that thought. NOT!!!

gladys
My Comments
Member Since: 2/6/2007

**62 of 222**

On Mar 11, 2008 at 12:55 PM, Shemeka said:

thanks fml. and i want to know why no one is talking about this place that someone tried to set fire to. or where is the PR with the story on that?

Shemeka
My Comments
Member Since:
1/24/2007

**63 of 222**

On Mar 11, 2008 at 12:57 PM, Shemeka said:

gladys, i would go to your house if you invited me for a cook out. and i would bring my favorite sauce with me too.

Shemeka
My Comments
Member Since:
1/24/2007

**64 of 222**

On Mar 11, 2008 at 12:59 PM, PA_native said:

Eye witness accounts can vary, but he had HER HANDS IN HIS CLOSET??
A hacksaw and other blood stained items in HIS possession.

They will be able to test the dried blood for a match of her blood.
The hacksaw will leave a unique "tooth mark on the skin and bones". One that is unlike a Bow saw for instance.

Only a anti-cop, conspiracy theorist would conclude something different from the physical evidence.

Shemeka, your paranoia is getting the better of you.

PA_native
My Comments
Member Since:
9/11/2007

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   **FIND IT!**

thepoconos.com/jobs

Find a Job

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

**TOP CARS**


**$10,900**
2007 Dodge Caliber
Mick Motors


**$7,473**
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury


1996 Jeep Grand Cherokee
**Brown Daub Buick Pontiac
Chevrolet**


2000 Chevrolet Suburban
**Brown Daub Buick Pontiac
Chevrolet**

Show All Featured Cars



---



**65 of 222**

On Mar 11, 2008 at 01:00 PM, cali007 said:

"I want this killer brought to justice because he is guility not because he is an easy target."

Finding body parts in your house tends to make you a target. To believe he is in fact innocent, you would have to believe the elaborate setup theory, which in my opinion is extremely far fetched.

**cali007**
My Comments
Member Since:
2/13/2007

---



**66 of 222**

On Mar 11, 2008 at 01:01 PM, fml said:

People should just shut it until the "evidence" is tested....thats all.

**fml**
My Comments
Member Since:
1/24/2007

---



**67 of 222**

On Mar 11, 2008 at 01:01 PM, gladys said:

o.k., but I'm not cooking no racoon!

**gladys**
My Comments
Member Since: 2/6/2007

---



**68 of 222**

On Mar 11, 2008 at 01:05 PM, ProudSoldier said:

"People should just shut it until the "evidence" is tested....thats all."

Why? Whats it matter?

**ProudSoldier**
My Comments
Member Since:
11/12/2007

---



**69 of 222**

On Mar 11, 2008 at 01:06 PM, Shemeka said:

PA-native. Hey, long time no rip azz. how are you???? anyway i don't fall for any ole thing. i need to satisfy my brian to the fullest. and i am not satisfied with this case. but can i ask you someting? if someone went threw all the trouble of cutting someone up, stashing body parts, etc.... you don't think they would leave some blood to sprinkle some more evidence? what i want to know is if they found any other traces of anything. like if this guy carried bodies to I-80, i think they would see more than just blood on his boots.

**Shemeka**
My Comments
Member Since:
1/24/2007

---



**70 of 222**

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Mar 11, 2008 at 01:10 PM, Shemeka said:**

glady's we will ask the good ole boys up the mountain to give us some parts they would like to get rid of, and we will be able to feed the hole neighborhood. lolololol

Discussions          1 2 3 ... 5 6 7 8 9 ... 21 22 23          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
PCLOUDY 21°
Forecast /Radar

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    WRITE US

GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**                                    Search [            ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

| Discussions | 1 2 3 ... 6 7 **8** 9 10 ... 21 22 23 | Keep Reading |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          **FIND IT!**



thepoconos.com/homes

Find a Home

**71 of 222**



**On Mar 11, 2008 at 01:12 PM, Shemeka said:**

if it doesn't matter, then why the hell are you posting to this forum. it matter to the people that have been sitting here for weeks on end, nervous about this grumsome shyt and want justice. if it doesn't matter to you than be gone. and as a ProudSolider, I'm surprised at your lack of acknowledgment for justice.

Shemeka
My Comments
Member Since:
1/24/2007

**72 of 222**

gladys
My Comments
Member Since: 2/6/2007

**On Mar 11, 2008 at 01:13 PM, gladys said:**

But the real question was, would you eat some 'parts' that Hicks would like to get rid of?

**73 of 222**



**On Mar 11, 2008 at 01:14 PM, ProudSoldier said:**

I said what does not discussing it matter.

Reading comprehension isn't one of your strong points, is it?

ProudSoldier
My Comments
Member Since:
11/12/2007

**74 of 222**

**On Mar 11, 2008 at 01:18 PM, Shemeka said:**

na, he seems to be into road kill type of parts. nope. i hate weird meat. i haven't even tasted deer yet. and don't think i ever will. ooow, speaking of which, i just found out my boyfriend eats turtle meat. ill
but i know you are being a smart azz. lolololol

Shemeka
My Comments
Member Since:
1/24/2007

**75 of 222**

**On Mar 11, 2008 at 01:20 PM, Shemeka said:**

oh. well i guess i need to pull out the hooked on phonics and brush up a bit. lololol but come on man, re read all the articles relating to this case when you get some down time and see if at the end you will be confused as shyt. well....that's if you open up your mind and analize the articles.

Shemeka
My Comments
Member Since:
1/24/2007

TOP JOBS

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon          Read more...

View All Featured Ads

---

Pocono Record News Forum    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

TOP CARS


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

**76 of 222**


Harvey_birdman
My Comments
Member Since: 1/9/2007

On Mar 11, 2008 at 01:28 PM, Harvey_birdman said:

No, to believe he is innocent you have to believe in the American justice system which presumes he is innocent unless he is proven guilty beyond a reasonable doubt. All due respect to the Pocono Record, but if you believe anything any paper reports beyond a reasonable doubt then you might be interested in this bridge I have for sale.

**77 of 222**


countryman
My Comments
Member Since: 1/31/2008

On Mar 11, 2008 at 01:34 PM, countryman said:

I dont think that man was eating raccoon

**78 of 222**


QOMU
My Comments
Member Since: 3/10/2007

On Mar 11, 2008 at 01:43 PM, QOMU said:

"Are the people at TAD sure the ribs they ate were from a raccoon??? Seems to me that would be a great way to dispose of body parts......ever see the movie Fried Green Tomatoes?"Good one quiltnut, ROTFLMAO, "The secret's in the sauce" 

**79 of 222**


fml
My Comments
Member Since: 1/24/2007

On Mar 11, 2008 at 02:05 PM, fml said:

Whats it matter!!!?!?!?!????

It would just be nice to see people have an open mind, instead of assuming everything they read is the total end all be all truth and that is it! No dis to the PR, but they can only report on what they are told as well....

**80 of 222**


cali007
My Comments
Member Since: 2/13/2007

On Mar 11, 2008 at 02:08 PM, cali007 said:

So you feel the media has fabricated the evidence against Mr. Hicks thus far?
And due to our great "War on Drugs" I have very little faith in the American justice system.
Sorry harvey.

*Edited 3/11/08  by cali007*

12/9/2008 7:29 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**

WEATHER FOR
STROUDSBURG
P/CLOUDY 21°
Forecast /Radar

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITING

GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                    Search

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 7 8 [9] 10 11 ... 21 22 23          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!



**81 of 222**



**1234**
My Comments
Member Since: 1/9/2007

On Mar 11, 2008 at 02:21 PM, 1234 said:

"...i want to know why no one is talking about this place that someone tried to set fire to."

shemeka- How or how do you think it ties into the murder? Per the story I read, the fire occurred almost 6 weeks after Null moved out. What would be the point of someone connected to the murder burning the place down? It's not like there would be any evidence of the murder as Null had not lived there for many weeks.

**82 of 222**



**Shemeka**
My Comments
Member Since: 1/24/2007

On Mar 11, 2008 at 02:26 PM, Shemeka said:

1234, again, i go by what the article reads. and it read, "the bar that Null frequented" someone tried to burn it down. and i was under the impression this was a recent event. anyway... why would someone be trying to burn the place down. and i believe you said they burned down her apt after she moved out, why would they be trying to burn her last apt down too?

**83 of 222**

On Mar 11, 2008 at 02:28 PM, Shemeka said:

cali, again, your reading skills suck. the media is not fabricating anything. they are posting the news they get. based on what is being posted, which is based on the police's reports, there is holes all in it.

**Shemeka**
My Comments
Member Since: 1/24/2007

**84 of 222**



**PA_native**
My Comments
Member Since: 9/11/2007

On Mar 11, 2008 at 02:30 PM, PA_native said:

Shemeka,
Stashing the body on Rt 80?? Stashing would be digging a grave or trying to hide the body. That wasn't done.

Next question who the "they" in the "you don't think they would leave some blood to sprinkle some more evidence"?

In the USA the justice system is overwhelmingly skewed to the side of innocence. With almost never ending appeals system. Also, a guilty verdict in a capital crime must be unanimous, not partial jury.

The stereotypical "dirty cop" on TV shows that plants evidence is very rare. If then the Officer would almost have to be alone to plant such evidence. It is even less likely that a "team" of police will "plant" evidence. Many more eyes are at the scene making it less likely to plant evidence.

TOP JOBS
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad
**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad
**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad
**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
View All Featured Ads

1 of 2                    12/9/2008 7:30 AM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...

TOP CARS


$12,900
2006 Jeep Liberty
Mick Motors


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet


2006 Pontiac G6
Brown Daub Buick Pontiac
Chevrolet


2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars

85 of 222


Jane101
My Comments
Member Since:
1/24/2008

On Mar 11, 2008 at 02:37 PM, Jane101 said:

As sick as it may sound, yeah... I don't think that was a good ol #### they were eating.. I somehow wonder how this guy got a job at the Depot and I didn't. After serving in the military for 5 years I couldn't get an interview and this guy probably lied on his application and got a job... Good old fashioned Affirmative action in effect there. I think this guy is guilty as hell.. Come on now, her hands were found in his plumbing cabinet and blood and a saw were found. Doesn't take too many brain cells to put it all together. Also, when you say "I can't explain that," You just said to everyone "I am GUILTY!" I believe in public execution, I think Monroe County needs to adopt that policy.

86 of 222

cali007
My Comments
Member Since:
2/13/2007

On Mar 11, 2008 at 02:38 PM, cali007 said:

"why would someone be trying to burn the place down."

Why are there a million arson fires around here? I don't know, but they happen regularly.

87 of 222

1234
My Comments
Member Since: 1/9/2007

On Mar 11, 2008 at 02:42 PM, 1234 said:

Shemeka- you're talking in circles.

How do you explain the description of the car Null was last seen in? Do you think Hicks was set up with that too right down to it's white TX license plates? Remember, this was the tip that finally broke the case.

Guilt or innocence will have to wait for the trial but until then I think you should leave the CSI stuff to the professionals :)

88 of 222


Shemeka
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 02:43 PM, Shemeka said:

and yet...you wont consider a setup - as setups just happen to happen as well.

Message 5605.89 was deleted

90 of 222

Cabin
My Comments
Member Since:
4/18/2007

On Mar 11, 2008 at 02:48 PM, Cabin said:

"Where's all the hunters to defend him? Racoon. When are they in season? Just goes to show many sociopaths are smart, charming and start out by killing animals. "

I will assume you were either drunk or ill when you wrote this.

Hope you are feeling better now.

Discussions          1 2 3 ... 7 8 9 10 11 ... 21 22 23          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



Tuesday, December 09, 2008



HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                    Search [      ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

## FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions            1 2 3 ... 8 9 [10] 11 12 ... 21 22 23          Keep Reading



**Shemeka**
My Comments
Member Since:
1/24/2007

91 of 222

On Mar 11, 2008 at 02:50 PM, Shemeka said:

1234, when was she killed? in January right? are we all clear on the fact that she was a prostitute? so that means she is getting in and out of vehicles all the time then. right? how the hell does another crack head remember and focus on one guy, who by the way asked him if he wanted to come and party with THE GIRLS"SSSSS" (plural) in the car, which meant there were "people" already in the car, to the point where he is giving some far out description of a haircut that would in no way in hell be the term used for that type of guys haircut?????? one of the friends said they discussed this murder a lot. than wouldn't that alerted the suspect to get rid of the evidence if they are looking for your vehicle????????? he's too dumb to remove bloody boots, the murder weapon, and the hands in the pipe????? come on 1234, are you for real with this? this all seems open and shut to you? i thought women thought with both sides of their brain?



**Shemeka**
My Comments
Member Since:
1/24/2007

92 of 222

On Mar 11, 2008 at 02:52 PM, Shemeka said:

cali, aww man. i missed your comment before it got the boot. how bad was it?

**Nimrod and norm (Norm)**
My Comments
Member Since:
5/11/2007

93 of 222

On Mar 11, 2008 at 02:54 PM, Nimrod and norm (Norm) said:

If it didn't taste like chicken or rabbit or both, countryman, then I would be worried.



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com     FIND IT!

**TOP JOBS**
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad
DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad
THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad
BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad
More jobs

**TOP HOMES**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
View All Featured Ads

Pocono Record News Forum                                   http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...

TOP CARS



PA_native
My Comments
Member Since:
9/11/2007

On Mar 11, 2008 at 02:57 PM, PA_native said:

shemeka,

You've convinced me. Hicks fell asleep while under a crack binge. The evil Cops come in, kill the girl, cut her up, stuff her in bags, dress up like Hicks, take her body and put it in a patrol car, dump the bags on rt 80, clean up the scene, clean up the cop car, kill any witnesses, find new witnesses, delete file logs from the patrol car, all so hicks will be blamed for the crime.
I have to hand it to you, your brilliant!!!
Sorry, I didn't see through it sooner!!

disclaimer: This has been a sarcastic monolog in order to show Shemeka how silly and paranoid she is.
pa_native



**$5,973**
2004 Ford Focus
Brown Daub Ford Lincoln Mercury



2005 GMC Sierra 1500
Brown Daub Kia



2007 Kia Optima
Brown Daub Kia



**$15,988**
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



Subscribe to the Pocono Record



cali007
My Comments
Member Since:
2/13/2007

On Mar 11, 2008 at 03:01 PM, cali007 said:

I knocked it out myself. I came to the realization that arguing with you on this topic is pointless. So I'll see you in another thread.



Shemeka
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 03:05 PM, Shemeka said:

my feelings are hurt cali.





Nimrod and norm (Norm)
My Comments
Member Since:
5/11/2007

On Mar 11, 2008 at 03:05 PM, Nimrod and norm (Norm) said:

Sometimes I think that she afraid to live here,some people shouldn't move here,think she be better in a city.Some people just don't under stand it here.
*Edited 3/11/08  by  Nimrod and norm (Norm)*



PWDRHound
My Comments
Member Since:
12/13/2007

On Mar 11, 2008 at 03:07 PM, PWDRHound said:

Does anyone know where I can get his recipe?
(Just looking for some new evidence! Keep it on the QT would ya?)

12/9/2008 7:30 AM

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



**kaseyrulz**
My Comments
Member Since:
1/31/2007

**On Mar 11, 2008 at 03:08 PM, kaseyrulz said:**

cali007*--I agree 100% i was responding to Ronnies post about no hunters defending this guy

---

100 of 222

**kaseyrulz**
My Comments
Member Since:
1/31/2007

**On Mar 11, 2008 at 03:10 PM, kaseyrulz said:**

just curious can't the Army Depot hire people from around here? Texas Oklahoma etc etc are hhtey taking advantage of some type of Fedeal tax breaks.. And people talk about us locals at least we aren't hopping people up and keeping their hands in our houses

---

Discussions                 1 2 3 ... 8 9 [10] 11 12 ... 21 22 23            Keep Reading

---

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...

Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast/Radar

thepoconos.com/cars
Find a Car

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**                                        Search [_____] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 9 10 [11] 12 13 ... 21 22 23          Keep Reading

| NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS |

search PoconoRecord.com  [ FIND IT! ]



thepoconos.com/homes

Find a Home

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**101 of 222**

On Mar 11, 2008 at 03:11 PM, 1234 said:

**1234**
My Comments
Member Since: 1/9/2007

shemeka- you're assuming again. How do you know that the words "military haircut" were used specifically by a witness? The description in the police affadavit was written by the police after interviewing witnesses. It is more likely a term used by the police to summarize the description they had gathered from witnesses so I think you're eating air on that argument.

Did you have the witness you call a "crackhead" drug tested? How do you know s/he's a crackhead? In the police affadavit 2 witnesses id'd the car. Which of the 2 is the crackhead?

I never said this case seems open and shut to me. What I said is your imagination is too active and that CSI work is best left to professionals.

*Edited 3/11/08  by  1234*

---

**102 of 222**

On Mar 11, 2008 at 03:13 PM, Cabin said:

**Cabin**
My Comments
Member Since:
4/18/2007

Vets go to the top of the list.

IIRC years of service or combat may also be considered.

---

**103 of 222**



On Mar 11, 2008 at 03:16 PM, Shemeka said:

**Shemeka**
My Comments
Member Since:
1/24/2007

as usual 1234, you are draining a sister out. the words "military haircut" was a quote from the article. the words "homeless man" was in the article, you are right, it didn't say he was a crackhead. that is my bad for assuming because he was a friend of Null's and was asked if he wanted to party with them, that he does the same things they do. geesh.

---

**104 of 222**

On Mar 11, 2008 at 03:18 PM, CallMeRonnie said:

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

The way I see it, the article portrays dysfunctional males, cokeheads, homeless people and 'hos. Sounds like a typical night on Crystal Street.

---

Pocono Record News Forum                      http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...

**105 of 222**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 03:24 PM, Shemeka said:

lolololol you are right about that. but even them kind of people don't cut up no body and stash it on the highway. this is a revengeful animal that wanted to highlight treating her like trash. not even crackheads and hos would do that type of mess there.

**TOP CARS**



$15,495
2006 Jeep Liberty
**Brown Daub Dodge**



$6,373
2000 Mercury Mountaineer
**Brown Daub Ford Lincoln Mercury**



$17,988
2006 Chrysler Pacifica
**Brown Daub Chrysler Jeep**

2005 Cadillac CTS
**Brown Daub Buick Pontiac Chevrolet**



Show All Featured Cars



**106 of 222**



**1234**
My Comments
Member Since: 1/9/2007

On Mar 11, 2008 at 03:26 PM, 1234 said:

sorry to drain you out shemeka but a quote from an article does not mean that's what a witness or witnessd said specifically in describing the car driver to the police. It was something that appeared in the arrest report from police working on the case and involved in the arraignment/arrest. It does not mean anything more... or less.

Now go home and relax and try to have a pleasant evening, OK? :)

**107 of 222**



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 03:27 PM, Shemeka said:

who said the cops planted evidence? damn, can yall read????? all of yall are doing a terrible job at reading my posts.

**108 of 222**



**gladys**
My Comments
Member Since: 2/6/2007

On Mar 11, 2008 at 03:28 PM, gladys said:

who said the cops planted evidence? damn, can yall read????? all of yall are doing a terrible job at reading my posts.

Now wonder why that would be?

**109 of 222**



**CallMeRonnie**
My Comments
Member Since:

On Mar 11, 2008 at 03:31 PM, CallMeRonnie said:

Too bad. What a waste of life.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=101&nav=messag...

12/27/2006

110 of 222



**On Mar 11, 2008 at 03:32 PM, Shemeka said:**

1234, funny you know that but don't know that reading in the news that someone was picked up with evidence doesn't make them guilty.

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions            1 2 3 ... 9 10 [11] 12 13 ... 21 22 23            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



Tuesday, December 09, 2008                          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

Welcome Guest

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [                    ]
Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 10 11 12 13 14 ... 21 22 23          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



thepoconos.com/homes

Find a Home

TOP JOBS
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad
**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad
**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad
**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad
More jobs

TOP HOMES

    WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

111 of 222



**PACracker**
My Comments
Member Since: 3/4/2008

On Mar 11, 2008 at 03:34 PM, PACracker said:

Ok, couldn't resist jumping back in. Work is boring today anyway!

I have a dollar that says Hicks did it, and another dollar that says they find another body with his name on it! Any takers?

- Cracker

---

112 of 222



**CallMeRonnie**
My Comments
Member Since:
12/27/2006

On Mar 11, 2008 at 03:34 PM, CallMeRonnie said:

Nope. Sober and well. It's true. Haven't you ever heard that about sociopaths. (OK, it might have been a strong statement to associate with hunters, but...maybe not.)

---

113 of 222

**1234**
My Comments
Member Since: 1/9/2007

On Mar 11, 2008 at 03:36 PM, 1234 said:

shemeka What have I said specifically about my feelings re Hicks" guilt or innocence that would make you say that?

That assuming of yours is gonna do ya in someday girl:) And when it does, remember where you first heard it lol.

---

114 of 222



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 11, 2008 at 03:37 PM, Shemeka said:

1234, oh, and i almost always have wonderful evenings. everyday i get home, cook a wonderful meal, sit down and watch whatever stand up comic that's recorded on DVR, then for the remainder of the night, pretend like i don't want to give my boyfriend any bootie, put up a little fight till he wrestles me to the floor, and ummmm ummm ummmmm. damn i can't wait to get home tonight. and the best part about it is, there is left over barbeque porkchops, baked macaroni and cheese and rice and beans from last night. so the fight can begin sooner......oh damn, is tonight American Idol?

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



**Shemeka**
My Comments
Member Since:
1/24/2007

115 of 222

On Mar 11, 2008 at 03:38 PM, Shemeka said:

PACracker, i'll put a $10 on that. and i will pay up if i loose.

TOP CARS



$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo

 

2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet

$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep

$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

Show All Featured Cars





**PACracker**
My Comments
Member Since: 3/4/2008

116 of 222

On Mar 11, 2008 at 03:39 PM, PACracker said:

I must not have as good a job as you Shemeka that's why I kept it friendly at a dollar!



**Shemeka**
My Comments
Member Since:
1/24/2007

117 of 222

On Mar 11, 2008 at 03:40 PM, Shemeka said:

1234, well because you are defending the cause with the rest of the farmers. lololololol that's why i assumed you thought he was guilty.



**PACracker**
My Comments
Member Since: 3/4/2008

118 of 222

On Mar 11, 2008 at 03:40 PM, PACracker said:

And let's not talk about whether or not you're loose, this is a family forum!

;^)



**Shemeka**
My Comments
Member Since:
1/24/2007

119 of 222

On Mar 11, 2008 at 03:41 PM, Shemeka said:

PACracker, no, i'm broke too. 8-) ok a dollar it is. and if an apeal comes back in 10 years from now, with the truth, i want my dollar back.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=111&nav=messag...



**120 of 222**

**On Mar 11, 2008 at 03:42 PM, PACracker said:**

You're on!

**PACracker**
My Comments
Member Since: 3/4/2008

Discussions               1 2 3 ... 10 11 **12** 13 14 ... 21 22 23      Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=121&nav=messag...



**126 of 222**

On Mar 11, 2008 at 03:49 PM, Shemeka said:

lolollol. but one subject matter. "analysis"

Shemeka
My Comments
Member Since:
1/24/2007

TOP CARS


$15,900
2006 Dodge Dakota
Mick Motors


2003 Kia Rio
Brown Daub Kia


2001 Ford Escape
Brown Daub Kia


2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

Show All Featured Cars



**127 of 222**

On Mar 11, 2008 at 03:52 PM, Shemeka said:

1234, so if you know that he is innocent until proven guilty, which is the point "i" was trying to make, than why are your rebutting my posts? why didn't you chime in on "my" behalf then? instead of trying to fit in with the farmers. lolololol i couldn't help it. ok yall are not farmers. lolololol



Shemeka
My Comments
Member Since:
1/24/2007

**128 of 222**

On Mar 11, 2008 at 04:02 PM, kaseyrulz said:

Shemeka--hey girl can I swing by for leftovers tonite adn before anyone goes crazy I am talking about the BBQ chops and the Mac N Cheese



kaseyrulz
My Comments
Member Since:
1/31/2007

**129 of 222**

On Mar 11, 2008 at 04:02 PM, PACracker said:

Ok, time for Cracker to go now, I'll catch up with you folks when they come out with the next story on this guy. Shemeka, you're WAC you know that?

LQTM



PACracker
My Comments
Member Since: 3/4/2008

**130 of 222**

On Mar 11, 2008 at 04:04 PM, Shemeka said:

kase, lololol, you better be careful for they lynch you for saying that. lolololol

Shemeka
My Comments
Member Since:
1/24/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

## POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**                                         Search [_____] 🔍
All Message Boards > Pocono Record News Forum >  Reader Reactions >              Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

| Discussions | 1 2 3 ... 12 13 **14** 15 16 ... 21 22 23 | Keep Reading |

---

**131 of 222**

On Mar 11, 2008 at 04:05 PM, Shemeka said:

lololol, get home safe Cracker.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**132 of 222**

On Mar 11, 2008 at 04:10 PM, Shemeka said:

kase, and it is good as hell too. the secret is to sprinkle some cinimon on it and use Jack Daniel's barbeque sauce, with crush red pepper and some fresh thyme. your taste buds don't know if it's hot, sweet, sour, tangy or what. it's delicious, and must be cooked in olive oil.

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**133 of 222**

On Mar 11, 2008 at 04:11 PM, PA_native said:

shemeka,
You need to re-read your posts. You site "they" and "them" and cover up.
We all know your alluding to the police planted evidence.

**PA_native**
My Comments
Member Since:
9/11/2007

Then you tell us "WE MISUNDERSTOOD" your conspiracy theory posts???

Are you on meds for schizophrenia? Or Bi-Polar disorder?

---

**134 of 222**

On Mar 11, 2008 at 04:11 PM, 1234 said:

Then you should have just said innocent until proven guilty shemeka and left it at that. There was no way I could support the "facts" as you presented them. There was too much-ass-uming going on with no basis in logic. Besides, it's not up to you or I ,but for a jury to decide. If you ever post something rational that does not attack individuals here or resort to name calling, then I just might surprise you someday.

*Edited 3/11/08  by  1234*

**1234**
My Comments
Member Since: 1/9/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com                    **FIND IT!**

## thepoconos.com/homes

Find a Home

**TOP JOBS**

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...

**135 of 222**



**On Mar 11, 2008 at 04:14 PM, kaseyrulz said:**

Shemeka--the cinnamon part sounds like what I have been missing in my recipe.. Hope you were talkin about the chops too LOL

kaseyrulz
My Comments
Member Since:
1/31/2007

TOP CARS





$15,900
2006 Dodge Dakota
Mick Motors

2003 Kia Rio
Brown Daub Kia

2001 Ford Escape
Brown Daub Kia

2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury

Show All Featured Cars



**136 of 222**



**On Mar 11, 2008 at 04:16 PM, Shemeka said:**

no sweetheart. looks like your thinking skills is in overdrive today as well. the "they" i was referring to was the dudes that was involved in the drive by shooting a few years ago. i love the police. and i think they do everything they can to keep this neighborhood in great shape. i'm confident in them. the police was the ones that made the suggestion that maybe this drive by had something to do with the murder. not me. i just CONSIDERED it as well. like i usually do. consider the facts. the police is the ones that have ALL the facts and they are the ones that have to analyze it before making an arrest, and they too are not so convinced that this is there guy. even with the murder weapon in the closet.

Shemeka
My Comments
Member Since:
1/24/2007

**137 of 222**



**On Mar 11, 2008 at 04:19 PM, Shemeka said:**

well you must have missed many of my post that stated innocent until proven guilty. well that's why i usually take it from the top. no matter how many posts there are and then start commenting on other posts. that way i'm totally in the loop. try it. you may like it. 8-) and remember, you heard it here first too. (i like that comment by the way)

Shemeka
My Comments
Member Since:
1/24/2007

**138 of 222**



**On Mar 11, 2008 at 04:21 PM, Shemeka said:**

kase lololotol are you getting fresh with me? lololol oh, and don't leave out a sprinkle of Adobo seasoning. just a little - as pork chops can be rather salty.

Shemeka
My Comments
Member Since:
1/24/2007

**139 of 222**



**On Mar 11, 2008 at 04:24 PM, 1234 said:**

shemeka- i always take it from the top, too. i read all your posts until your imagination got way too active and i felt the need to comment before you ... well. let's put it this way. i felt the need to protect you from yourself lol.

1234

Pocono Record News Forum                           http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=131&nav=messag...



My Comments
Member Since: 1/9/2007

140 of 222

On Mar 11, 2008 at 04:25 PM, kaseyrulz said:

shemeak--hey now I am married with children

kaseyrulz
My Comments
Member Since:
1/31/2007

Discussions                1 2 3 ... 12 13 **14** 15 16 ... 21 22 23          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 7:30 AM

## POCONO RECORD NEWS FORUM

Reader Reactions

### FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions 1 2 3 ... 13 14 15 16 17 ... 21 22 23 Keep Reading

141 of 222

Nimrod and norm (Norm)
My Comments
Member Since: 5/11/2007

**On Mar 11, 2008 at 04:26 PM, Nimrod and norm (Norm) said:**

Hey Peeps,Raccoon taste like chicken and or rabbit, if those ribs tasted different than that, I'd be worried. I know this because grandma fixed us one of my dads kills when we were kids and we didn't know it, we all bee hive it to the t-bowl when we found out.

142 of 222

Shemeka
My Comments
Member Since: 1/24/2007

**On Mar 11, 2008 at 04:28 PM, Shemeka said:**

1234, that's what i like about you, you alway got a sister's back. thanks.

143 of 222

Chadwick
My Comments
Member Since: 2/7/2007

**On Mar 11, 2008 at 04:28 PM, Chadwick said:**

"Raccoon taste like chicken and or rabbit"

Chicken and rabbit don't taste anything alike.

**Messages 5605.144 through 5605.145 were deleted**

146 of 222

1234
My Comments
Member Since: 1/9/2007

**On Mar 11, 2008 at 04:36 PM, 1234 said:**

Of course shemeka. I'd never be able to show up for dinner at your house otherwise:)

PS- I put cinnamon in my BBQ sauce too sometimes. Real maple syrup is good too instead of sugar or honey if you like your sauce on the sweet side.

147 of 222

Shemeka
My Comments
Member Since: 1/24/2007

**On Mar 11, 2008 at 04:42 PM, Shemeka said:**

1234, of course. i know i was only kidding. lolol. yes, i will try that too.

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=141&nav=messag...



**148 of 222**

**On Mar 11, 2008 at 04:44 PM, Shemeka said:**

i just realized that was you that said you could never come over to my house. why not? is it because i'm Black? JUST KIDDING.

Shemeka
My Comments
Member Since:
1/24/2007

Message 5605.149 was deleted



**150 of 222**

**On Mar 11, 2008 at 04:47 PM, Shemeka said:**

1234, tell you what, when the weather breaks i will throw a nice barbeque and will invite you. how's that?

Shemeka
My Comments
Member Since:
1/24/2007

Discussions          1 2 3 ... 13 14 **15** 16 17 ... 21 22 23          Keep Reading

**TOP CARS**



$5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury



2005 GMC Sierra 1500
Brown Daub Kia



2000 Chevrolet Blazer
Brown Daub Chevrolet-Volvo



$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

### POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast/Radar

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                                     Search [        ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >      Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions        1 2 3 ... 14 15 **16** 17 18 ... 21 22 23        Keep Reading

---



**1234**
My Comments
Member Since: 1/9/2007

**151 of 222**

On Mar 11, 2008 at 04:55 PM, 1234 said:

Shemeka- you misinterpreted that and/or I'll give you the benefit of the doubt that you are kidding. No I meant.- I would expect us to dine as friends. I was not attacking you or hold any prejudices against you because of the color of your skin.

Will you let me in the door if I wear farmer jeans? :)

*Edited 3/11/08 by 1234*

---

**Shemeka**
My Comments
Member Since:
1/24/2007

**152 of 222**

On Mar 11, 2008 at 04:58 PM, Shemeka said:

i know i was only kidding. hell yeah, and i will chew on a straw with ya too. i'm adaptable like that. 8-)

---



**editor1**
My Comments
Member Since:
12/19/2006

**153 of 222**

On Mar 11, 2008 at 05:03 PM, editor1 said:

One supposes a Pocono Record forums barbecue would not be out of order sometime this summer.

wjw

---

**1234**
My Comments
Member Since: 1/9/2007

**154 of 222**

On Mar 11, 2008 at 05:07 PM, 1234 said:

that sounds cool editor1..... as long as raccoon isn't on the BBQ menu lol.

---

**Cabin**
My Comments
Member Since:
4/18/2007

**155 of 222**

On Mar 11, 2008 at 05:08 PM, Cabin said:

"shemeak--hey now I am married with children "

You must not be a politician.

;-))))))))))))))

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]



**Write a Review**

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=151&nav=messag...

156 of 222



**Nimrod and norm (Norm)**
My Comments
Member Since:
5/11/2007

On Mar 11, 2008 at 05:27 PM, Nimrod and norm (Norm) said:

editor1 that sounds great! I would like to know who I been bantering with. I might also be surprised who I was talking to or heckling with.

*Edited 3/11/08   by   Nimrod and norm (Norm)*

---

157 of 222



**editor1**
My Comments
Member Since:
12/19/2006

On Mar 11, 2008 at 05:29 PM, editor1 said:

it is just one of the reasons we try to keep things civil. Not much fun to have a weapons check at a barbecue. :-)

wjw

---

158 of 222

**Cabin**
My Comments
Member Since:
4/18/2007

On Mar 11, 2008 at 05:31 PM, Cabin said:

" Not much fun to have a weapons check at a barbecue. :-)"

Agreed, what good is a barbecue without some target shooting???

German style????????????

:-)))))))))))

---

159 of 222



**Nimrod and norm (Norm)**
My Comments
Member Since:
5/11/2007

On Mar 11, 2008 at 05:32 PM, Nimrod and norm (Norm) said:

That's for sure! I'll use my real name there thou.

---

160 of 222

**Cabin**
My Comments
Member Since:
4/18/2007

On Mar 11, 2008 at 05:34 PM, Cabin said:

"That's for sure! I'll use my real name there thou. "

Then how will we know who to beat up??????????

---

TOP CARS



$15,495
2006 Jeep Liberty
**Brown Daub Dodge**

$10,900
2007 Dodge Caliber
**Mick Motors**

$7,473
2002 Ford Focus
**Brown Daub Ford Lincoln Mercury**

Photo Coming Soon
1996 Jeep Grand Cherokee
**Brown Daub Buick Pontiac Chevrolet**

Show All Featured Cars



---

Discussions          1 2 3 ... 14 15 **16** 17 18 ... 21 22 23          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

## POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS    FEATURED    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITORS GUIDE    INTERACT    CLASSIFIEDS

**Welcome Guest**                              Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD NEWS FORUM

---

Reader Reactions

---

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 15 16 **17** 18 19 ... 21 22 23          Keep Reading

| | |
|---|---|
|  **Nimrod and norm (Norm)** My Comments Member Since: 5/11/2007 | **161 of 222** On Mar 11, 2008 at 05:40 PM, Nimrod and norm (Norm) said: This is true,but I do know that I don't say anything that bad to get me to much trouble. I do know I might say things that are true that others hate because they are wrong,people get mad when they are proven wrong,always. |
|  **elle (ellegil)** My Comments Member Since: 8/29/2007 | **162 of 222** On Mar 11, 2008 at 05:44 PM, elle (ellegil) said: Bar-B-Que! I'll bring my famous pesto pasta salad...always a big hit! P.S. Open Bar? |
| **beardog** My Comments Member Since: 1/23/2007 | **163 of 222** On Mar 11, 2008 at 05:54 PM, beardog said: I wonder if maybe he cooked this lady and said it was a #### and fed it to you dumb white boys. How could you be so stupid to eat that. |
| **Cabin** My Comments Member Since: 4/18/2007 | **164 of 222** On Mar 11, 2008 at 05:57 PM, Cabin said: ""I had a little piece of it. It was good," said Armando Martinez, 57, of Pittston." "I wonder if maybe he cooked this lady and said it was a #### and fed it to you dumb white boys. How could you be so stupid to eat that. " |
| **jillygirl** My Comments Member Since: 3/11/2008 | **165 of 222** On Mar 11, 2008 at 06:56 PM, jillygirl said: Please try to have respect for the family and friends of this poor woman. I know I wouldn't want some fool making hurtful jokes if someone in my family was brutally murdered. Use your head. |

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com          FIND IT!




thepoconos.com/homes

Find a Home

**TOP JOBS**
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=161&nav=messag...

TOP CARS


$8,495
2005 Dodge Neon
Brown Daub Dodge


$13,473
2006 Mercury Grand Marquis
Brown Daub Ford Lincoln Mercury


2007 Mazda MAZDA6
Brown Daub Ford Lincoln Mercury


2005 Jeep Wrangler
Brown Daub Kia

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

166 of 222



**On Mar 11, 2008 at 07:11 PM, rambler1 said:**

I challenge all comers with my rainbow venison chili....

umm hmmm.
In the meantime, I suppose some gallows humor is ot entirely inappropriate. I never heard of eating a raccoon, although they are very fastidious animals, they do eat lots of fish and crayfish, things of that sort, that I would imagine to give them a bit of a strong taste; omnivores don't generally taste all that good to my palette if bear is any indication....

We're sorry about the woman, I think. IT's an awful shame, and proof of what drugs will do to some.

rambler1
My Comments
Member Since:
5/25/2007

---

167 of 222



**On Mar 11, 2008 at 08:01 PM, twg8161 said:**

PA Native.....I'd bet the farm that if the suspect was white, we wouldn't hear "boo" from Shemeka. She's what I like to call a "reverse racist". Racists aren't just white, you know. I'm guessing she watched every minute of the OJ trial and stood and cheered when that murderer went free. Sickening.

twg8161
My Comments
Member Since:
1/26/2007

---

168 of 222



**On Mar 11, 2008 at 08:25 PM, PACracker said:**

Hey, that might be fun, I'd show up for that!

- Cracker

PACracker
My Comments
Member Since: 3/4/2008

---

169 of 222



**On Mar 12, 2008 at 08:49 AM, kaseyrulz said:**

cabin-funny i was thinking about running for Gov of NY

kaseyrulz
My Comments
Member Since:
1/31/2007

---

170 of 222



**On Mar 12, 2008 at 08:50 AM, kaseyrulz said:**

hey where is my invite? only 1234 gets to come to BBQ

kaseyrulz
My Comments
Member Since:
1/31/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                     Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 16 17 **18** 19 20 21 22 23          Keep Reading

171 of 222

**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 08:50 AM, Shemeka said:

editor1. that would be excellent. everyone would have to wear a shirt with their screen names. let's do it.

172 of 222

**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 08:55 AM, Shemeka said:

kase, ok, ok, you can pour olive oil on me and 1234. lololol sounds like the editor wants to pour the barbeque sauce. lolololololol

173 of 222

**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 09:04 AM, Shemeka said:

twg8161, oh beat it with that. you're just mad that you are not invited to the barbeque. the people that know me from these articles should know that i will argue on any of the accused behalf if i see holes. like the Curtain case, etc... to many to list. i'm usually the one to take the side of the accused. NOT BECAUSE I'M BLACK. or because they are black. maybe you think that cause it's usually a black person that's accused, but it's just a coincidence. and just for that comment, you don't get an invite or and update about the barbeque.

174 of 222

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

On Mar 12, 2008 at 09:20 AM, elle (ellegil) said:

"I challenge all comers with my rainbow venison chili...."

Have you tried it with elk? My Dad's elk chili was the BEST!

:)

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

[search PoconoRecord.com]  **FIND IT!**



Pocono Record
Reader Photo Galleries  Submit Your Photo

**TOP JOBS**
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

**175 of 222**



elle (ellegii)
My Comments
Member Since:
8/29/2007

On Mar 12, 2008 at 09:39 AM, elle (ellegii) said:

"editor1. that would be excellent. everyone would have to wear a shirt with their screen names. let's do it."

Shemeka...Cute idea.

HI MY NAME IS:

TOP CARS


$13,490
2008 Ford Focus
Brown Daub
Chevrolet-Volvo


2005 Cadillac CTS
Brown Daub Buick Pontiac
Chevrolet


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler
Jeep


$13,988
2005 Chrysler Town & Country
Brown Daub Chrysler Jeep

**Show All Featured Cars**



**176 of 222**



Shemeka
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 09:42 AM, Shemeka said:

elle. yeah, i would have to come in disguise in case it's a set up. lolololol

**177 of 222**



elle (ellegii)
My Comments
Member Since:
8/29/2007

On Mar 12, 2008 at 09:46 AM, elle (ellegii) said:

lolololol!

**178 of 222**



Harvey_birdman
My Comments
Member Since: 1/9/2007

On Mar 12, 2008 at 12:04 PM, Harvey_birdman said:

The media is just reporting what they've been told by the police. The police, remember, are the ones behind the failure that is the war on drugs.

**179 of 222**



rambler1
My Comments
Member Since:
5/25/2007

On Mar 12, 2008 at 12:11 PM, rambler1 said:

elle—
i've had Elk a couple times---it's very like beef so I am sure it would be delish...
I thought you were bringing pesto pasta????

I'm getting hungry now.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=171&nav=messag...

180 of 222



**On Mar 12, 2008 at 12:13 PM, cali007 said:**

No. Legislators are the ones behind the war on drugs. Police are just the pawns, but that is an argument for another occasion.

**cali007**
My Comments
Member Since:
2/13/2007

Discussions          1 2 3 ... 16 17 [18] 19 20 21 22 23          Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...



Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                Search [        ]
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions          1 2 3 ... 17 18 **19** 20 21 22 23        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/cars
Find a Car

**TOP JOBS**
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



**gladys**
My Comments
Member Since: 2/6/2007

**181 of 222**

On Mar 12, 2008 at 12:31 PM, gladys said:

Speaking of drugs, did you hear that Mary Ann got busted with pot? Guess that's what happens when you're stuck on island with Gilligan too long.
:)



**cali007**
My Comments
Member Since:
2/13/2007

**182 of 222**

On Mar 12, 2008 at 12:53 PM, cali007 said:

I saw that this morning. Her and Gilligan got busted years ago sending pot to each other. She been a stoner for years:-)



**gladys**
My Comments
Member Since: 2/6/2007

**183 of 222**

On Mar 12, 2008 at 12:55 PM, gladys said:

Hope ginger didn't dime out.



**beardog**
My Comments
Member Since:
1/23/2007

**184 of 222**

On Mar 12, 2008 at 01:01 PM, beardog said:

I still believe it was not a raccoon that they tasted. I wonder if the medical examiner found all of her ribs? Medical report should show this.



**cali007**
My Comments
Member Since:
2/13/2007

**185 of 222**

On Mar 12, 2008 at 01:08 PM, cali007 said:

According to articles I've read they found the whole body except the hands, which they found in Hicks house.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=181&nav=messag...

186 of 222



AntieEm2
My Comments
Member Since:
12/22/2006

On Mar 12, 2008 at 01:32 PM, AntieEm2 said:

Funny they didn't mention blood evidence which should have in great supply at the crime scene?

TOP CARS



$10,900
2008 Suzuki Forenza
Mick Motors



$35,988
2007 Chevrolet Corvette
Brown Daub Chrysler
Jeep



2006 Buick Lucerne
Brown Daub Buick Pontiac
Chevrolet



2005 Jeep Wrangler
Brown Daub Kia

Show All Featured Cars



187 of 222



gladys
My Comments
Member Since: 2/8/2007

On Mar 12, 2008 at 01:47 PM, gladys said:

I don't think they named a crime scene yet. Just that they found the hands (coated with soap or something) in his bathroom access closet.

188 of 222



cali007
My Comments
Member Since:
2/13/2007

On Mar 12, 2008 at 03:04 PM, cali007 said:

"Funny they didn't mention blood evidence which should have in great supply at the crime scene?"

Not if he froze the body as I've read. That would make cutting the body up relatively clean and blood free.

189 of 222



Nimrod and
norm (Norm)
My Comments
Member Since:
5/11/2007

On Mar 12, 2008 at 05:11 PM, Nimrod and norm (Norm) said:

editor1,if we do have a outing this summer may suggest Mt. View Park in Tannersville,book it now for it books quickly the closer you get to summer.

190 of 222



SDP208
My Comments
Member Since:
3/12/2008

On Mar 13, 2008 at 12:13 AM, SDP208 said:

What is character, when you can post an opinion on a blog and not reveal who you really are. Maybe you have something to hide???? Are you trying to say that his family members are odd when you don't know them? Have you met his folks? If trouble finds your way bet you'd want some-one in your corner too, whether you did it or not.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...



Tuesday, December 09, 2008        HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                    Search [                ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >       Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES**

Discussions        1 2 3 ... 18 19 **20** 21 22 23        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS
search PoconoRecord.com [          ] FIND IT!

191 of 222



On Mar 13, 2008 at 09:51 AM, fml said:

With the cast of characters that frequent these forums that barbeque would be the party of the season...(the authorities will be on stand by, right?)

fml
My Comments
Member Since:
1/24/2007


Find a Job

192 of 222



On Mar 13, 2008 at 09:55 AM, editor1 said:

We may have to mobilize the militia for the first time since 1861. :-)

wjw

editor1
My Comments
Member Since:
12/19/2006

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

193 of 222

On Mar 13, 2008 at 10:07 AM, PA_native said:

Harvey,

Kind of a silly statement. I guess the drug addicts have no part in the war on drugs??

PA_native
My Comments
Member Since:
9/11/2007

These folks typically have a bunch of residual crimes that are directly related to their addiction.

BTW: YOUR representatives are the ones who legislate what the laws are, Judicial system is the ones who interpret the law after it is legislated.

The Police investigate, collect evidence and hopefully arrest the person who is most likely to have committed the crime.

The DA then prepares the case which will be presented to a judge and a jury of YOUR peers. The jury of YOUR peers find guilt or innocence based on the arguments presented.

When the foaming at the mouth drug addict is breaking into your home, please don't call the Police, apparently they will get in the way or do something wrong.

**-TOP HOMES-**
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
View All Featured Ads

194 of 222

On Mar 14, 2008 at 05:54 PM, jojo1121 said:

i knew charles,went to high school with him,he was polite and pleasasnt,he had also takin DNA testing in a babby's daddy case but he was not the father...it's kinda shocking,but then again it's not..he did use steroid's back then and might still have used them...hand's in your house...and you got the wrong man???? c'mon get real good luck too him anyway...go tigers

jojo1121
My Comments
Member Since:
3/14/2008

Pocono Record News Forum                               http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...

TOP CARS


$13,900
2007 Chrysler Pacifica
Mick Motors


Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet


$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep


2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for more information

195 of 222



**On Mar 14, 2008 at 05:56 PM, gladys said:**

jojo- what state did you go to high school in?

gladys
My Comments
Member Since: 2/6/2007

---

196 of 222



**On Mar 14, 2008 at 10:34 PM, Devin said:**

I have known Charles for about 15 years. He was very close to my whole family. Coming over for holidays and birthdays and hanging out. He was a very nice person and I know the evidence points straight to him but for anyone who really knows him knows that this is completely out of character for him. I am having a very hard time grasping this whole thing. We lost touch with him about 5 years ago and have always wondered and worried about him. I just can't believe that this is happening. And you can't believe everything the media says. I am sick to death at the thought that he is involved in such a horrific thing. He is a very kind and caring person. I remember him giving money to a homeless person on the side of the road one time. If he did do what they are accusing him of doing, I am sure that it was not a malicious killing but another explanation. And if we weren't there then we really don't know what happened. I hope all the best for him and his family and I am just so sickened at this whole thing.

Devin
My Comments
Member Since: 3/14/2008

---

197 of 222



**On Mar 15, 2008 at 09:17 AM, gladys said:**

'If he did do what they are accusing him of doing, I am sure that it was not a malicious killing but another explaination. '

Yeah, another explanation. Not malicious. If he did kill 'by accident', that would be one thing. If he scattered Deanna's mutilated body in garbage bags along the highway, that's quite something else.

'I hope all the best for him and his family'

If he did this crime, I hope the best for his quick dispatch to the Lord.

gladys
My Comments
Member Since: 2/6/2007

---

198 of 222

**On Mar 15, 2008 at 10:30 AM, Devin said:**

And I hope that if this ever happens close to you then I hope that you have the strength to say the same thing. You do not know what went on. You do not know if there was anyone else involved. You were not there. And yes I do wish the best for his family. Imagine how you feel if your brother or son was involved. Charles is a very smart person. Why would even a dumb person keep the evidence so close to home and even in their home for that matter. And how can you even use the Lord's name in the same sentence as you wish for someone to die.......

Devin
My Comments
Member Since: 3/14/2008

---

199 of 222



**On Mar 15, 2008 at 10:40 AM, gladys said:**

You are right, I was not there. I do distance myself from people who smoke crack and trade sex for drugs. Lots of killers are smart, what's that got to do with it? Some killers keep souvenirs. As for using the Lord's name, I said if he did this crime. It's in the Bible. Murderers are to be sent directly to God to punish.

gladys
My Comments
Member Since: 2/6/2007

---

200 of 222

**On Mar 15, 2008 at 10:40 AM, Devin said:**

Devin
My Comments
Member Since:

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=191&nav=messag...

3/14/2008        And another thing, I am not saying that drug use is an excuse, but how do you know that he
                 didn't freak out while on drugs, doing them with her I might add, and she attacked him and
                 things got out of control and it happened? Do you know how the mind of a drug user works?
                 I bet not. I hope that you would not be so ignorant to dismiss the idea that he was in his right
                 mind. But I can understand an outsiders point of view. If I did not know him and the type of
                 person he is then I would probably think the same way as you. And by the way...Jojo went to
                 school in Texas. Along with me and Charles and all the rest of his friends who know him.
                 Nobody knows what happened but Charles. It is very heinous and disturbing and disgusting
                 what happened but until the real story comes out please hold off on judging.

Discussions                        1 2 3 ... 18 19 20 21 22 23              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...




Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

thepoconos.com/cars   Find a Car

POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                              Search [            ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >                Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions                    1 2 3 ... 19 20 **21** 22 23        Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    [FIND IT!]

**201 of 222**



**On Mar 15, 2008 at 02:52 PM, kbrown said:**

I agree with Devin! I don't know this Hick's guy but I can say that to me unless he was mentally crazy I can't see him doing something like this. 1st off if you look at his criminal record nothing compares to this kind of crime and he wasn't running from the law. He seem to have found a good job here in Tobyhanna and got caught up with someone like Null's. Them finding the hands in his house is crazy to me and that's evidence but something just don't sit right with me in this story cause if someone in their right mind murdered someone WHO would keep something like the hands and drive around with a bloody shoe in the trunk of their car.

kbrown
My Comments
Member Since:
3/15/2008

Message 5605.202 was deleted

**203 of 222**



thepoconos.com

Write a Review

TOP JOBS
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES

**On Mar 21, 2008 at 03:42 PM, kaseyrulz said:**

devin-if Charles is so smart why did he do drugs, why did pimp out and pay this girl for "favors". Smart people do not kill other people.

kaseyrulz
My Comments
Member Since:
1/31/2007

**204 of 222**



**On Apr 3, 2008 at 03:18 PM, mistymichele said:**

I knew Charles back in highschool. He dated my best friend off and on for about a year. It is hard for me to imagine that he could have done this! He was ALWAYS incredibly sweet to everyone, always smiling, never said anything bad about anyone. Certainly not the kind of person who would become a murderer and do something so horrible. This is just so crazy, I'm having a hard time grasping it.

mistymichele
My Comments
Member Since: 4/3/2008



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

**205 of 222**

**On Apr 3, 2008 at 03:40 PM, Shemeka said:**

the bottom line is the person that did this HATED Denna to the fullest extent and wanted to highlight the fact that she is trash by putting her in trash bags and scattering her around the highways. they wanted it to be seen and they wanted it to point right to Hicks for whatever reasons. it's very very simple. can you imagine cutting up a body? i can't even cut up a whole chicken let alone a body. the kind of murderer they need to be looking for is one that is a sick freak that has been breaded to hate. this guy doesn't seem like a sick freak to me. obviously if he is working he is not an everyday crackhead. if his teeth are not stained - or knocked out for that matter, than he is not your ordinaly crackhead. come on yall. come on. don't be so gullible. and i pray the jury is not so gullable either.

Shemeka
My Comments
Member Since:
1/24/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=201&nav=messag...

**TOP CARS**




**$5,973**
2004 Ford Focus
Brown Daub Ford Lincoln
Mercury

**2000 Chevrolet Blazer**
Brown Daub
Chevrolet-Volvo




**$6,950**
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

**$15,988**
2005 Jeep Grand Cherokee
Brown Daub Chrysler
Jeep

Show All Featured Cars



---



cali007
My Comments
Member Since:
2/13/2007

**206 of 222**

On Apr 3, 2008 at 03:56 PM, cali007 said:

Ted Bundy seemed like a normal everyday guy. He turned out to be one of the most prolific serial killers the US has ever seen.

Looks can be very, very deceiving.

---




Shemeka
My Comments
Member Since:
1/24/2007

**207 of 222**

On Apr 3, 2008 at 04:02 PM, Shemeka said:

true indeed. true indeed.



---



nynjpa
My Comments
Member Since:
3/25/2008

**208 of 222**

On Apr 3, 2008 at 04:34 PM, nynjpa said:

Well....if nothing else we now have a complete list of the trash bag inventory. Listed piece by piece...I believe everything is there including the full buttocks...so its not a "half #### job". Now that there's funny, I don't care who ya r!!!

---



BornInDaBurg
My Comments
Member Since: 4/3/2008

**209 of 222**

On Apr 4, 2008 at 12:41 AM, BornInDaBurg said:

By hicks, do they mean us locals or that Taylor guy from American Idol?

---

cuca483
My Comments
Member Since: 1/8/2007

**210 of 222**

On Apr 4, 2008 at 02:56 AM, cuca483 said:

Damn Shemeka., your food sounds and smells better than mine., mac & chs beans, pork chops that definatley got me., can I come over???? Oh and by the way., how is the family? How are you.....and yes the story leaves so many holes. That sadly to say alot of crimes are being rushed to get solved., that if you look or fit the role., tag your it., until some lawyer really puts time in and gets you out., now how about them hands? That really un-nerves me...I know he rented., but Shemeka fill me in., Ive been sick.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

Tuesday, December 09, 2008          HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest                          Search [            ] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions          1 2 3 ... 20 21 [22] 23          Keep Reading

| | NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS |

search PoconoRecord.com          [FIND IT!]

                                      211 of 222

On Apr 4, 2008 at 03:01 AM, cuca483 said:

Hey elle: I'll bring rice and gandules, can I come???

cuca483
My Comments
Member Since: 1/8/2007

thepoconos.com

Find a Business

---

                                      212 of 222

On Apr 4, 2008 at 08:03 AM, elle (ellegil) said:

Hey cuca...ALL Welcome.
:)

elle (ellegil)
My Comments
Member Since:
8/29/2007

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

---

                                      213 of 222

On Apr 4, 2008 at 09:27 AM, Shemeka said:

cuca, yes, we are thinking of planning a PR Forum barbeque for the summer. everyone can
come and bring a dish, and wear shirts with our screen names on it. (of course i will be in
disguise as i am not the most popular on this site) lolololol

Shemeka
My Comments
Member Since:
1/24/2007

**TOP HOMES**

   Photo Coming Soon   WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

214 of 222

On Apr 4, 2008 at 09:30 AM, gladys said:

Why would you think that Shreeka? And from your own self descriptions and likes and
dislikes, I think most everyone will know who you are. And if not, then when you talk and
drink beer out of a coffee cup we would know for sure!!
lolololoio!!!!!

gladys
My Comments
Member Since: 2/6/2007

---

215 of 222

On Apr 4, 2008 at 10:45 AM, Shemeka said:

lolololol gladys. i "use" to drink beer out of coffee cups. not anymore. lololol. i am on my way
to maximizing my Christian walk and beer drinking is not allowed. 80)

Shemeka
My Comments
Member Since:
1/24/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

**TOP CARS**


**$12,900**
**2006 Jeep Liberty**
Mick Motors


2005 Buick LaCrosse
**Brown Daub Buick Pontiac
Chevrolet**


2006 Pontiac G6
**Brown Daub Buick Pontiac
Chevrolet**


2008 Dodge Dakota
**Brown Daub
Chevrolet-Volvo**

**Show All Featured Cars**


**Subscribe To The
Pocono Record**
Click here for
more information

---

**216 of 222**



**On Apr 4, 2008 at 07:31 PM, cuca483 said:**

Whos is Shreeka??? Oh hell no., Shemeka got a sister on this forum too???? lol That was too funny. A big BBQ in the park would be a blast! Im game! What you bringing gladys*?

**cuca483**
My Comments
Member Since: 1/8/2007

---

**217 of 222**



**On Apr 4, 2008 at 07:34 PM, cuca483 said:**

Shemeka: SO NOT TRUE! When your not here the forums are not quite the same! Their interesting but somehow the hot sauce is missing from the dish.........

*Edited 4/4/08  by  cuca483*

**cuca483**
My Comments
Member Since: 1/8/2007

---

**218 of 222**



**On Apr 7, 2008 at 09:11 AM, Shemeka said:**

awww, cuca. I'm flattered. just call me the Crushed Red Pepper. lololol

**Shemeka**
My Comments
Member Since:
1/24/2007

---

**219 of 222**



**On Apr 7, 2008 at 09:15 AM, JackRubyBaby (JRBaby) said:**

[.....and yes the story leaves so many holes.]

and missing pieces. OK, I'm sorry. cuca left that one wide open.

**JackRubyBaby
(JRBaby)**
My Comments
Member Since: 7/9/2007

---

**220 of 222**



**On Apr 7, 2008 at 11:14 PM, cuca483 said:**

JRB.JR
YUKI! You are definately......SICK! :p (THATS ME STICKING MY TONGUE OUT AT YOU)

**cuca483**
My Comments
Member Since: 1/8/2007

---

Discussions              1 2 3 ... 20 21 **22** 23              Keep Reading

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

Welcome  Guest                                    Search [                ]
All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

FRIENDS OF HICKS STUNNED BY ARREST, MURDER CHARGES

Discussions              1 2 3 ... 20 21 [22] 23          Keep Reading

NEWS    CALENDAR    HOMES    AUTOS    JOBS    CLASSIFIEDS

search PoconoRecord.com          FIND IT!

thepoconos.com

Find a Business

TOP JOBS
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

211 of 222



On Apr 4, 2008 at 03:01 AM, cuca483 said:

Hey elle. I'll bring rice and gandules., can I come???

cuca483
My Comments
Member Since: 1/8/2007

---

212 of 222



On Apr 4, 2008 at 08:03 AM, elle (ellegil) said:

Hey cuca...ALL Welcome.

:)

elle (ellegil)
My Comments
Member Since:
8/29/2007

---

213 of 222

On Apr 4, 2008 at 09:27 AM, Shemeka said:

cuca, yes, we are thinking of planning a PR Forum barbeque for the summer. everyone can
come and bring a dish, and wear shirts with our screen names on it. (of course i will be in
disguise as i am not the most popular on this site) lolololol

Shemeka
My Comments
Member Since:
1/24/2007

---

214 of 222



On Apr 4, 2008 at 09:30 AM, gladys said:

Why would you think that Shreeka? And from your own self descriptions and likes and
dislikes, I think most everyone will know who you are. And if not, then when you talk and
drink beer out of a coffee cup we would know for sure!!
lolololololol!!!!!

gladys
My Comments
Member Since: 2/6/2007

---

215 of 222



On Apr 4, 2008 at 10:45 AM, Shemeka said:

lolololol gladys. i "use" to drink beer out of coffee cups. not anymore. lolol. i am on my way
to maximizing my Christian walk and beer drinking is not allowed. 80)

Shemeka
My Comments
Member Since:
1/24/2007

---

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=211&nav=messag...

**216 of 222**



On Apr 4, 2008 at 07:31 PM, cuca483 said:

Whos is Shreeka??? Oh hell no., Shemeka got a sister on this forum too???? lol That was too funny. A big BBQ in the park would be a blast! Im game! What you bringing gladys*?

**cuca483**
My Comments
Member Since: 1/8/2007

**TOP CARS**

 

**$12,900**
2006 Jeep Liberty
Mick Motors

2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet

 

2006 Pontiac G6
Brown Daub Buick Pontiac Chevrolet

2008 Dodge Dakota
Brown Daub Chevrolet-Volvo

**Show All Featured Cars**



**217 of 222**



On Apr 4, 2008 at 07:34 PM, cuca483 said:

Shemeka: SO NOT TRUE! When your not here the forums are not quite the same! Their interesting but somehow the hot sauce is missing from the dish..........

*Edited 4/4/08  by  cuca483*

**cuca483**
My Comments
Member Since: 1/8/2007

**218 of 222**



On Apr 7, 2008 at 09:11 AM, Shemeka said:

awww, cuca. i'm flattered. just call me the Crushed Red Pepper. lololol

**Shemeka**
My Comments
Member Since:
1/24/2007

**219 of 222**



On Apr 7, 2008 at 09:15 AM, JackRubyBaby (JRBaby) said:

[.....and yes the story leaves so many holes.]

and missing pieces. OK, I'm sorry. cuca left that one wide open.

**JackRubyBaby (JRBaby)**
My Comments
Member Since: 7/9/2007

**220 of 222**



On Apr 7, 2008 at 11:14 PM, cuca483 said:

JRBJR
YUK! You are definately......SICK! :p (THATS ME STICKING MY TONGUE OUT AT YOU)

**cuca483**
My Comments
Member Since: 1/8/2007

Discussions        1 2 3 ... 20 21 **22** 23        Keep Reading



## *Mom says son did not kill dismembered woman*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

March 11, 2008 Tuesday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 716 words

**Byline:** ROJA HEYDARPOUR AND KIMM R. MONTONE TIMES SHAMROCK WRITERS

# Body

In a small city 12 miles south of Fort Worth, Tex. and 45 miles west of Dallas, Emma Hicks waited to hear from her son, Charles Ray Hicks Jr., who was charged with the gruesome murder of Deanna Marie Null.

She was expecting him to return home to Burleson soon. He started a job as an electronics technician at Tobyhanna Army Depot on Jan. 2, but it was supposed to be temporary, she said.

"I need to talk to him," she said in a phone interview Monday. "This is my son and it is very disturbing to hear something like this - and him being so far away from home."

Hicks, 33, rented a single-level, beige ranch-style home in Monroe County and it was inside that single dwelling, within walking distance of Interstate 380, that state police recovered the hands of Null, which, among other things, led to Hicks' arrest Saturday.

He is accused of murdering Null, dismembering her body and discarding it in garbage bags along two highways.

Hicks enlisted in the United States Navy in January 2005 for an 8-year stint - 4 years of active duty and 4 years of reserve. But after almost 15 months of active duty and schooling, he was discharged, said Navy spokesman Mike McLellan. He could not comment on the reason for the discharge.

During his time there, however, Hicks attended Recruit Training Command and the Center for Naval Engineering in Great Lakes, Ill. He spent some time as a student at the Center for Surface Combat Systems in Dam Neck, Va. before being discharged April 14, 2006.

Then, much like many former military people, the skills he gained from his training, allowed him to find a job at the Tobyhanna Army Depot through a contractor, Defense Support Services.

He has been fired since the arrest, said Rob Gross, a spokesman for the company.

"He was hired with us after a background check that revealed no prior convictions and after he passed a drug screening," Gross said.

The background check included felonies and misdemeanors.

However, police said Hicks had been arrested for assault in 2002, sexual assault in 2003 and aggravated robbery in 2007. Hicks had also been arrested in Virginia in 2006 for assault and possession of controlled substances.

Court records in Texas and Virginia were not immediately available Monday.

Mom says son did not kill dismembered woman

Friends of Null in Scranton's community of homeless and transient people did not recognize Hicks.

Dennis "Irish" Ingle, who was one of the last people to see Null get into a dark sedan that eventually led to the arrest, said he had never seen Hicks.

He only saw a man, who he described as having a military style haircut, from behind as he got into a car with Null that night in January. But that was not very strange he said, because people from more rural areas often come to Scranton in search of prostitutes and drugs.

"There's not a lot of tricks going on in the Poconos and if you're looking for that kind of stuff, you have to come to Scranton," he said.

Edmund Pisano, owner of Pisano's Smoke Shop on Olive Street said he used to see Null in his store almost every day. He did not recall seeing Hicks.

"I didn't pay attention to him individually," he said.

People across the region pontificated the murder Monday, and many talked about the death penalty.

In Monroe County, Aaron Lopez, 18, one of Hicks' neighbors watched the police and media activity from his home Monday.

"It was crazy that this person was so close. It's like the stuff you see on TV but it's in front of you," he said.

Lopez did not recall anything suspicious about the property or even recall Hicks.

Meanwhile, state police at Swiftwater and the Monroe County District Attorney's Office continued to gather evidence Monday from the house.

"Our main focus right now is tracking down the leads and focusing on the preliminary hearing," said Cpl. Lynn Courtright. "We have a lot of work to do yet."

Monroe County District Attorney David Christine said Null's family had been notified and he expected them to watch the progress of the case closely.

"We will do all we can do to convince the jury that he is guilty beyond a reasonable doubt of killing and chopping up this poor victim," he said.

In the meantime, Emma Hicks said she has started looking for lawyers for her son and has considered a trip up north.

"Someone has falsely accused my son and I know that's the truth," she said.

**Load-Date:** May 14, 2014

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Morning News 5:52 AM ABC

March 11, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 568 words

## Body

STATION: 16 WNEP

Wilkes Barre-Scranton, PA

TOLD YOU ABOUT LAST WEEK ABOUT A GIRL IN WAYNE COUNTY WHO NEEDS A LITTLE HELP.. THIS IS 7-YEAR OLD MEADOW QUINN.. BECAUSE OF AN ILLNESS.. SHE HAS TO BE FED WITH A FEEDING TUBE.. A TEACHER AT AT NORTH PRIMARY SCHOOL IN HAWLEY IS TRYING TO RAISE MONEY SO MEADOW CAN TAKE PART IN A SPECIAL PROGRAM THAT WILL HELP HER EAT NORMALLY. SINCE NEWSWATCH 16 AIRED THE STORY LAST WEEK.. ORGANIZERS SAY THEY'VE RAISED ABOUT 31 THOUSAND DOLLARS.. IN WAYNE COUNTY. HERE'S A LOOK AT THE TOP STORIES WE'RE FOLLOWING ON NEWSWATCH 16 THIS MORNING... DEMOCRATIC PRESIDENTIAL CANDIDATE HILLARY CLINTON MADE A BRIEF STOP IN OUR AREA YESTERDAY.. AFTER LANDING AT THE WILKES-BARRE SCRANTON INTERNATIONAL AIRPORT.. 10 SHE MADE HER WAY TO REVIELLO'S IN OLD FORGE FOR SOME PIZZA.. AND TALKED TO SUPPORTERS 15 BEFORE HEADING TO SCRANTON HIGH SCHOOL FOR A CAMPAIGN RALLY.. ABOUT 3-THOUSAND PEOPLE WERE ALLOWED INSIDE.. 21 BUT AS YOU CAN SEE FROM SKYCAM 16.. HUNDREDS MORE LINED UP OUTSIDE WERE TURNED AWAY. HER DAUGHTER CHELSEA WILL BE IN SCRANTON LATER TODAY. STATE POLICE WERE BACK AT THE HOME OF A MAN CHARGED WITH KILLING A WOMAN AND SCATTERING HER BODY PARTS ON INTERSTATES 80 AND 380 IN THE POCONOS.. 08 CHARLES HICKS WAS CUFFED SATURDAY.. ACCUSED OF KILLING DEANNA NULL.. TROOPERS SAY HER HANDS WERE FOUND HIDDEN IN HIS HOME IN TOBYHANNA.. MEANWHILE, THEY'RE TRYING TO FIGURE OUT IF HE'S CONNECTED TO ANY OTHER KILLINGS ACROSS THE COUNTRY. TESTIMONY RESUMES THIS MORNING IN SUSQUEHANNA COUNTY IN THE MURDER RE-TRIAL OF DOCTOR STEPHEN SCHER. 06 HE'S ACCUSED OF GUNNING DOWN HIS CLOSE FRIEND MARTIN DILLON IN 1976.. SCHER CLAIMS THEY WERE STRUGGLING OVER THE GUN WHEN IT WENT OFF.. 14 BUT AN EXPERT ON FIREARMS AND BULLET WOUNDS TESTIFIED THAT'S SCHER'S STORY IS NOT TRUE BASED ON THE VICTIM'S INJURIES.. 21 THE TRIAL IS EXPECTED TO WRAP UP LATER THIS WEEK.. NEW JOBS.. AND A PUSH FOR POWER.. HERE'S A LOOK AT TODAY'S HAPPENINGS.. A NEW CALL CENTER AND WAREHOUSE IS OPENING TODAY IN PITTSTON.. WE'RE TOLD J-P BODEN WILL HIRE 120 PEOPLE.. A RALLY IS BEING HELD TODAY IN HARRISBURG, PUSHING FOR BILL WHICH WOULD ALLOW NEARLY 23- HUNDRED DEPUTY SHERIFFS TO DO POLICE TOWNS.. RIGHT NOW, DEPUTIES ARE LIMITED TO HANDLING PRISONERS AND OTHER COURTHOUSE DUTIES. AND, FIRE COMPANIES IN SCHUYLKILL COUNTY ARE GETTING A TRAFFIC CONTROL TRAILER AND EQUIPMENT TODAY FROM THE STATE.. FLARES, TRAFFIC CONES AND SIGNS WILL BE USED FOR EMERGENCIES AND DETOURS ON INTERSTATE 81.. THAT'S A LOOK AT TODAY'S HAPPENINGS. WE'LL GET ONE LAST LOOK AT JOE'S FORECAST WHEN WE COME RIGHT BACK... BUT FIRST- HERE'S A LOOK AT YOUR WINNING MID-DAY LOTTERY NUMBERS... DAILY: 0-8-5 BIG FOUR: 7-7-2-1 TREASURE HUNT: 6- 12-13-22-30 EVENING DAILY: 0-6-1 BIG FOUR: 7-7-9-5 CASH FIVE: 02-14-15- 34-38

No Headline In Original

THREE WINNERS EACH GET NEARLY 250-THOUSAND DOLLARS. WHO ARE THOSE PEOPLE OUT THERE? I JUST ORDERED VERIZON HIGH SPEED INTERNET. DOES IT COST MORE? IT'S CHEAPER THAN DIAL-UP, AND WAY FASTER-- SO WITH THE VERIZON NETWORK WE CAN DO EVERYTHING A LOT QUICKER. YOU KNOW, FAMILY STUFF. OKAY MAGGOT! WHAT'D YOU CALL ME? (announcer) STEP UP TO VERIZON HIGH SPEED INTERNET THE BEST VALUE IN BROADBAND. CALL THE VERIZON CENTER FOR WITH SPEEDS UP TO 20 TIMES CALL THE VERIZON CENTER FOR FASTER THAN 56K DIAL UP, CUSTOMERS WITH DIABILITIES JUST $12.99 A MONTH FOR AT 800.974.6006 TTY/V THE FIRST SIX MONTHS. AT 800.974.6006 TTY/V VERIZON. AT 800.974.6006 TTY/V YOU KNOW WHAT I LOVE

**Load-Date:** March 13, 2008

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Morning News 5:32 AM ABC

March 11, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 519 words

## Body

STATION: 16 WNEP

Wilkes Barre-Scranton, PA

SENATOR HILLARY CLINTON MADE HER FIRST CAMPAIGN STOP IN OUR AREA YESTERDAY.. TODAY, HER DAUGHTER WILL BE IN TOWN FOR A VISIT.. NEWSWATCH 16'S ANDY PALUMBO IS LIVE IN SCRANTON WITH THE STORY.. ANDY? CHELSEA CLINTON IS FOLLOWING IN HER MOTHER'S FOOTSTEPS. CHELSEA WILL BE HERE ON WYOMING AVENUE, THIS AFTERNOON AT FIVE-THIRTY, TO OPEN A SCRANTON 'HILLARY FOR PRESIDENT' CAMPAIGN HEADQUARTERS. CHELSEA'S VISIT COMES THE DAY AFTER HER MOTHER SPENT THE AFTERNOON IN LACKAWANNA COUNTY. HILLARY'S FIRST STOP WAS REVELLO'S PIZZA IN OLD FORGE. 'JEN ASKS SENATOR CLINTON HOW'S IT FEEL TO BE BACK IN SCRANTON? IT FEELS WONDERFUL YOU KNOW THIS IS LIKE A SECOND HOME FOR ME I'VE SPENT SO MUCH TIME HERE GROWING UP. IT'S WHERE MY GRANDPARENTS WERE WHERE MY DAD WAS BORN AND RAISED. I'VE BEEN TO OLD FORGE BEFORE TO HAVE PIZZA. IT'S LIKE A HOMECOMING.' THE RESTAURANT WAS PACKED FOR MRS. CLINTON'S APPEARANCE. AFTER THAT-- A RALLY AT SCRANTON HIGH SCHOOL. FROM SKYCAM 16, YOU COULD SEE THE LONG LINE OF PEOPLE WAITING TO GET IN. THREE THOUSAND PEOPLE WERE HERE. OTHERS, TURNED AWAY AT THE DOOR BECAUSE THE GYM WAS FULL. MRS. CLINTON TOLD THE CROWD SHE NEEDS THE SUPPORT OF THE PEOPLE HERE IN THE NORTHEAST. 36:02 I THINK NORTHEASTERN PENNSYLVANIA IS KEY TO MY WINNING THE KEYSTONE STATE!!!! HILLARY FANS GAVE HER APPEARANCE GOOD REVIEWS. 'IT WAS AN EXCITING SPEECH. EVERYTHING SHE SAYS YOU BELIEVE YOU BELIEVE IN HER WHEN YOU HEAR HER.' 'IT'S NOT JUST TALK, I BELIEVE SHE'S A WOMAN A MOM THAT TRULY WANTS TO HELP US MY DAUGHTER AND ME AND MY WIFE.' DAUGHTER AND ME AND MY WIFE.' HILLARY CLINTON CONTINUES HER QUEST FOR PENNSYLVANIA VOTES WITH APPEARANCES IN HARRISBURG AND PHILADELPHIA LATER TODAY. ANDY PALUMBO, NEWSWATCH 16, REPORTING LIVE FROM SCRANTON. AFTER SHE STOPPED FOR PIZZA IN OLD FORGE.. AND RALLIED THE CROWD AT SCRANTON HIGH.. SENATOR CLINTON SAT DOWN FOR A ONE ON ONE INTERVIEW WITH NEWSWATCH 16'S SCOTT SCHAFFER.. SHE TOUCHED ON SEVERAL ISSUES.. INCLUDING HER PLAN TO BRING TROOPS HOME WITHIN 60 DAYS OF TAKING OFFICE AS PRESIDENT.. HCLINTON: SEE I BELIEVE WE'LL GET MORE OUT OF THE IRAQIS ONCE THEY SEE US PLANNING TO WITHDRAW, THAN WHAT PRESIDENT BUSH HAS DONE, WHICH IS BASICALLY TO GIVE THEM A BLANK CHECK. WE CAN EXPECT TO SEE SENATOR CLINTON A LOT MORE IN THE DAYS LEADING UP TO THE APRIL 22ND PRIMARY.. AND AS WE MENTIONED EARLIER.. SHE'LL BE AT SCRANTON'S ST. PATRICK'S DAY PARADE ON SATURDAY. NEW THIS MORNING.. STATE POLICE ARE LOOKING FOR THE MAN ACCUSED OF TRYING TO LURE A GIRL INTO HIS VEHICLE IN LYCOMING COUNTY.. THEY TELL US HE STOPPED HIS BROWN PICKUP IN FRONT OF THE 9 YEAR OLD'S HOME NEAR WILLIAMSPORT YESTERDAY.. THE GIRL TOLD TROOPERS THE MAN.. IN HIS 50'S.. TRIED TO COAX HER

No Headline In Original

INTO THE TRUCK.. SHE REFUSED AND THE MAN TOOK OFF.. ANYONE WITH INFORMATION ON THE INCIDENT IN LYCOMING COUNTY IS ASKED TO CALL STATE POLICE AT 368-5700. STATE POLICE WERE BACK AT THE HOME OF A MAN CHARGED WITH KILLING A WOMAN AND SCATTERING HER BODY PARTS ON INTERSTATES 80 AND 380 IN THE POCONOS.. 08 CHARLES HICKS WAS CUFFED SATURDAY.. ACCUSED OF KILLING DEANNA NULL.. TROOPERS SAY HER HANDS WERE FOUND HIDDEN IN HIS

**Load-Date:** March 13, 2008

### *No Headline In Original*

Global Broadcast Database - English M-F Morning News 5:45 AM ABC

March 11, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 107 words

## Body

STATION: 16 WNEP

Wilkes Barre-Scranton, PA

BUT THE VATICAN HAS ADDED SEVEN THINGS TO ITS NOT TO DO LIST. COMING UP ON NEWSWATCH 16 THIS MORNING... WE'LL TELL YOU WHAT THEY ARE. NEW INFORMATION SURFACING ON THE MAN ACCUSED OF KILLING A WOMAN AND DUMPING HER BODY ON INTERSTATES IN THE POCONOS.. THE INVESTIGATION IN MONROE COUNTY IS WHERE WE BEGIN OUR MORNING IN A MINUTE.. STATE POLICE SEARCHED CHARLES HICKS' HOME IN TOBYHANNA ONCE AGAIN YESTERDAY.. LAST WEEK, THEY FOUND DEANNA NULL'S HANDS INSIDE THE HOME.. 08 HICKS' WAS CUFFED SATURDAY.. ACCUSED OF KILLING THE WOMAN.. INVESTIGATORS SAY HICKS' RECENTLY MOVED TO THE AREA FROM TEXAS AND HAS AN EXTENSIVE CRIMINAL RECORD.. THEY'RE ALSO

**Load-Date:** March 13, 2008

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:08 PM ABC

March 11, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 527 words

## Body

STATION: 16 WNEP

Wilkes Barre-Scranton, PA

FIRING DISTANCE. THE PROSECUTION RESTED ITS CASE AGAINST DOCTOR STEPHEN SCHER IN SUSQUEHANNA COUNTY. TWO EXPERT WITNESSES TESTIFIED THAT MARTIN DILLON WAS VICTIM OF HOMICIDE. THEY CLAIMED THE ANGLE OF THE ENTRY WOUND, THE LACK OF GUNPOWDER RESIDUE, AND OTHER EVIDENCE SHOW THAT ANY OTHER SCENARIO WOULD BE IMPOSSIBLE. SCHER IS ACCUSED OF KILLING DILLON WHILE TRAP SHOOTING BACK IN 1976. HE ORIGINALLY TOLD AUTHORITIES THAT DILLON ACCIDENTALLY FELL ON HIS GUN WHILE CHASING A PORCUPINE. THEN HE OFFERED A NEW STORY THAT HE AND DILLON STRUGGLED OVER THE GUN. ISADORE MIHALIKIS TESTIFIED FOR THE PROSECUTION. HE SAYS QUOTE IT WAS NEITHER ACCIDENTAL NOR SELF-INFLICTED.. THE MANNER OF DEATH WAS HOMICIDE. THE DEFENSE BEGAN ITS CASE BY READING ANOTHER TRANSCRIPT .. FROM AN EXPERT WHO HAS PASSED AWAY. THAT TESTIMONY CLAIMS THE EXPERT DISCOVERED PARTICLES IN DILLON'S BODY TISSUE THAT WOULD INDICATE THE SHOTGUN COULD'VE BEEN CLOSER TO DILLON THAN THE PROSECUTION CLAIMS. THE DEFENSE CONTINUES ITS CASE TOMORROW WITH MORE EXPERTS. NO WORD IF DOCTOR SCHER WILL TAKE THE STAND IN HIS OWN DEFENSE. BIANCA BARR NEWSWATCH 16 LIVE IN THE NEWSROOM. AT THE SAME TIME TESTIMONY CONTINUED IN THE CASE OF A BABY DEATH IN LUZERNE COUNTY!!! SAMUEL GOULD OF EDWARDSVILLE.. IS ACCUSED OF INVOLUNTARY MANSLAUGHTER... :04 LAUREN CALLAHAN OF WILKES-BARRE IS CHARGED WITH PUTTING A CHILD IN DANGER... :08 POLICE SAY BACK IN 2005 THE COUPLE'S FOUR MONTH OLD DAUGHTER WAS FOUND DEAD IN THEIR EDWARDSVILLE HOME.... :12 A PATHOLOGIST TESTIFIED TODAY THAT OUT OF FOUR- THOUSAND AUTOPSIES HE HAS DONE... HE HAS NEVER SEEN A CHILD AS DEHYDRATED AS THIS GIRL WAS... THE TRIAL CONTINUES TOMORROW IN WILKES-BARRE. A MASSACHUSETTS MAN.. WAS BROUGHT BACK TO SNYDER COUNTY.. TO FACE CHARGES OF SEXUALLY ASSAULTING A TEENAGE GIRL... STATE POLICE SAY THE ABUSE HAPPENED FOR A YEAR STARTING IN JULY OF 2006.. WHEN THE SUSPECT DENNIS HOOD WAS LIVING IN SNYDER COUNTY... STATE POLICE ARE LOOKING FOR THE MAN ACCUSED OF TRYING TO LURE A GIRL INTO HIS VEHICLE.. ALONG THIS STREET IN LYCOMING COUNTY. THEY TELL US HE STOPPED HIS BROWN PICKUP IN FRONT OF THE 9 YEAR OLD'S HOME NEAR WILLIAMSPORT YESTERDAY.. THE GIRL TOLD TROOPERS THE MAN.. IN HIS 50'S.. TRIED TO COAX HER INTO THE TRUCK.. SHE REFUSED AND THE MAN TOOK OFF IN LYCOMING COUNTY. A STATEMENT TODAY FROM TOBYHANNA ARMY DEPOT... ....ABOUT THE CASE OF AN EMPLOYEE NOW CHARGED WITH KILLING A WOMAN.. ...AND DUMPING HER BODY PARTS ALONG TWO INTERSTATES!!! CHARLES HICKS WAS ARRESTED SATURDAY IN MONROE COUNTY.... HE'S ACCUSED OF... :03 KILLING DEANNA NULL... AND CUTTING UP HER BODY... :06 ...HER BODY PARTS WERE FOUND IN JANUARY ALONG INTERSTATES 80 AND 380... :11 HICKS WORKED AT TOBYHANNA..

No Headline In Original

EVEN THOU HE HAD AN EXTENSIVE CRIMINAL RECORD.... :15 TODAY.. THE DEPOT ISSUED THIS STATEMENT.. SAYING ... IT RELIES ON SUB CONTRACTORS TO PERFORM BACKGROUND CHECKS ON PROSPECTIVE EMPLOYEES.... :22 BUT THAT THESE RECENT DEVELOPMENTS WILL RESULT IN A REVIEW OF THOSE PROCEDURES.... :26 TOBYHANNA ALSO SAYS ABOUT ONE- THOUSAND WORKERS EMPLOYED AT THE DEPOT NOW.. .. WERE HIRED BY THE SAME COMPANY .. THAT HIRED THE MURDER SUSPECT!!! A STATE TROOPER IS ACCUSED OF

**Load-Date:** March 13, 2008

End of Document

## No Headline In Original

Standard-Speaker (Hazleton, Pennsylvania)

March 13, 2008 Thursday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 737 words

**Byline:** ROJA HEYDARPOUR and KIMM R. MONTONE; Staff Writers

# Body

In a small city 12 miles south of Fort Worth, Texas, and 45 miles west of Dallas, Emma Hicks waited to hear from her son, Charles Ray Hicks Jr., who was charged with the murder of Deanna Marie Null.

She was expecting him to return home to Burleson soon. He started a job as an electronics technician at Tobyhanna Army Depot on Jan. 2, but it was supposed to be temporary, she said.

"I need to talk to him," she said in a phone interview Monday. "This is my son and it is very disturbing to hear something like this — and him being so far away from home."

Charles Ray Hicks, 33, rented a single-level, beige ranch-style home in Monroe County and it was inside that single dwelling, within walking distance of Interstate 380, that state police recovered the hands of Null, which, among other things, led to Hicks' arrest Saturday.

He is accused of murdering Null, dismembering her body and discarding it in garbage bags along two highways.

Hicks enlisted in the United States Navy in January 2005 for an eight-year stint — four years of active duty and four years of reserve. But after almost 15 months of active duty and schooling, he was discharged, said Navy spokesman Mike McLellan. He could not comment on the reason for the discharge.

During his time there, however, Hicks attended Recruit Training Command and the Center for Naval Engineering in Great Lakes, Ill. He spent some time as a student at the Center for Surface Combat Systems in Dam Neck, Va. before being discharged April 14, 2006.

Then, much like many former military people, the skills he gained from his training, allowed him to find a job at the Tobyhanna Army Depot through a contractor, Defense Support Services.

He has been fired since the arrest, said Rob Gross, a spokesman for the company.

"He was hired with us after a background check that revealed no prior convictions and after he passed a drug screening," Gross said.

The background check included felonies and misdemeanors.

However, police said Hicks had been arrested for assault in 2002, sexual assault in 2003 and aggravated robbery in 2007. Hicks had also been arrested in Virginia in 2006 for assault and possession of controlled substances.

Court records in Texas and Virginia were not immediately available Monday.

No Headline In Original

Friends of Null in Scranton's community of homeless and transient people did not recognize Hicks.

Dennis "Irish" Ingle, who was one of the last people to see Null get into a dark sedan that eventually led to the arrest, said he had never seen Hicks.

He only saw a man, who he described as having a military style haircut, from behind as he got into a car with Null that night in January. But that was not very strange he said, because people from more rural areas often come to Scranton in search of prostitutes and drugs.

"There's not a lot of tricks going on in the Poconos, and if you're looking for that kind of stuff, you have to come to Scranton," he said.

 

Edmund Pisano, owner of Pisano's Smoke Shop on Olive Street said he used to see Null in his store almost every day. He did not recall seeing Hicks.

"I didn't pay attention to him individually," he said.

People across the region pontificated the murder Monday, and many talked about the death penalty.

In Monroe County, Aaron Lopez, 18, one of Hicks' neighbors watched the police and media activity from his home Monday.

"It was crazy that this person was so close. It's like the stuff you see on TV but it's in front of you," he said.

Lopez did not recall anything suspicious about the property or even recall Hicks.

Meanwhile, state police at Swiftwater and the Monroe County district attorney's office continued to gather evidence Monday from the house.

"Our main focus right now is tracking down the leads and focusing on the preliminary hearing," said Cpl. Lynn Courtright. "We have a lot of work to do yet."

Monroe County District Attorney David Christine said Null's family had been notified and he expected them to watch the progress of the case closely.

"We will do all we can do to convince the jury that he is guilty beyond a reasonable doubt of killing and chopping up this poor victim," he said.

In the meantime, Emma Hicks said she has started looking for lawyers for her son and has considered a trip up north.

"Someone has falsely accused my son and I know that's the truth," she said.

 

*rojah@timesshamrock.com*

 

*kmontone@timesshamrock.com*

**Load-Date:** June 17, 2014

# *Search executed at depot: Items seized at Tobyhanna Army Depot in connection with dismembering, death.*

The Times Leader (Wilkes-Barre, Pennsylvania)

March 12, 2008 Wednesday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 410 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Mar. 12--TOBYHANNA -- A suspected killer's toolbox with his name written on the handle inside Tobyhanna Army Depot is believed to be large enough to contain cutting tools used to dismember the corpse of Deanna Marie Null, according to federal court papers released Tuesday.

A search warrant was served Saturday at the site, where FBI agents seized the locked red and black Craftsman toolbox belonging to Charles Ray Hicks, 33, who is accused of killing Null, 36, and dismembering her body, parts of which were found scattered on interstate highways in the Poconos.

Two of Hicks' desk drawers containing various paperwork, binders and folders were also taken by authorities who picked up the items at the depot.

Hicks worked at Tobyhanna as a contract employee since Jan. 2, according to U.S. Middle District Court records.

On Saturday, security officers at Tobyhanna went to the first-floor workspace in building 72 assigned to Hicks after they learned he was a suspect in the homicide investigation, according to the affidavit.

Investigators will search the contents of the toolbox and drawers for evidence of Hicks' contacts with Null or for tools used to cut up her body, and capable of producing blunt-force and sharp-force trauma. A wound analysis of Null's remains was conducted by forensic anthropologist Conrad B. Quintyn, an assistant professor of anthropology at Bloomsburg University. He suggested two sharp-edged tools were used in the dismemberment.

Quintyn said the flesh and bone cuts were neat and clean.

"Consequently, this would suggest a mechanically powered saw," he said in an e-mail in response to a reporter's questions. "However, a hand-held saw could give one the same result if the body was cut while frozen."

State police found cutting tools, a hacksaw and a circular blade inside Hicks' home at 131 Prospect St. in Tobyhanna on Saturday.

Null's body was probably frozen when it was cut, Quintyn said, adding that there is a 50 percent chance that a mechanically powered saw was used in the dismemberment of the victim.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints,

Search executed at depot: Items seized at Tobyhanna Army Depot in connection with dismembering, death.

email _tmsreprints@permissionsgroup.com_, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** March 12, 2008

---

End of Document



**NEWS RELEASE**

NUMBER: 030–08
DATE:  March 11, 2008

---

PUBLIC AFFAIRS OFFICE
11 HAP ARNOLD BLVD.
TOBYHANNA, PA.  18466-5076

DOCUMENTS AND PHOTOS ARE AVAILABLE VIA ELECTRONIC MAIL

(570) 895-7308
DISN 795-7308

# Statement on arrest of contractor at Tobyhanna Army Depot

TOBYHANNA ARMY DEPOT, Pa. — Tobyhanna Army Depot has cooperated with the Pennsylvania State Police in the investigation and arrest of Charles R. Hicks, an employee of Defense Support Services (DS2) who had worked at Tobyhanna since Jan. 2, 2008.  Depot officials will respond to any additional requests for assistance that law enforcement personnel may need to solve this case.

DS2 hired Mr. Hicks as an electronics technician following a pre-employment background check. He worked on third shift, repairing various electronics parts, at the time of his arrest.  Questions on DS2's hiring process may be directed to DS2's Mr. Rob Gross, 864–422–6435.

DS2 has informed the depot that its background investigation showed no criminal convictions or drug use that would prevent his employment with that company at Tobyhanna or other military installations.  Nothing in his behavior or performance warranted any action to bar him from entering the installation prior to his arrest.  He now is barred from entering the depot.

Tobyhanna Army Depot's security processes and procedures are dynamic and are subject to regular review.  Tobyhanna relies upon DS2 and other contractors to perform background checks on their personnel working at or for the depot.  These recent developments will result in a review of those procedures.

Tobyhanna Army Depot makes every effort to maintain the safety and security of personnel working at or visiting the depot.  Tobyhanna's track record on workplace safety is exemplary, primarily due to the high quality of a well-trained, dedicated and patriotic work force.  Furthermore, Tobyhanna has a layered force protection program, substantially enhanced since the 9/11 terrorist attacks, which, in part, includes enhanced physical security, surveillance cameras, random vehicle searches, checks of vehicle licenses, registration and insurance, and requirements for photo identification for all personnel seeking entry to the installation.

Col. Ron Alberto, the depot commander, issued a statement Sunday for distribution to the work force yesterday, which, in part, stated:

MORE

**AMSEL-TY Form 19, June 2005**                              **Previous editions are obsolete**

Tobyhanna Army Depot News Release No. 030-08
ARREST OF CONTRACTOR/2-2-2-2

"...these incidents are disturbing and may be very upsetting to members of our work force, but they are isolated events.  This is a good time to re-emphasize our commitment to a safe and crime-free work environment for all of our personnel.  We have processes in place to prevent and to detect inappropriate behavior and illegal activity.  We review and revise those procedures regularly. We always will take action to stop such activity here and we fully cooperate with law enforcement agencies, whenever it becomes necessary.  All of us should be aware of the various means to report suspicious activity so that we may address such activity firmly and effectively.  These means include your supervisory chain of command, contacting depot security or the Legal Office, and use of the commander's hotline.  Thank you for maintaining your focus on ensuring that our Warfighters receive the systems and support that they need to keep us all safe and secure."

DS2 has been under contract since 2003 to provide temporary augmentation to Tobyhanna Army Depot's permanent work force to meet increased workload requirements related to ongoing military operations in Iraq and Afghanistan. About 1,000 DS2 personnel currently work at the installation.

—30—

 

Criminal homicide

# March 9
# Man charged in dismember case

**In January, bags of Deanna Marie Null's remains were found along interstates.**

By JEN MARCKINI jmarckini@timesleader.com

STROUDSBURG – A Tobyhanna man was charged in the death of Deanna Marie Null on Saturday after police found what they believe to be her hands in his Prospect Street home.



Charles Hicks, of Tobyhanna, is handcuffed as he is led by state troopers to a police vehicle after being arraigned Saturday by District Judge Thomas Shiffer, in Stroud Township.

ADAM RICHINS/Pocono Record

Times Leader Photo Store

## Related headlines

- <u>Murder victim's old residence later burned</u>
- <u>Null homicide case timeline</u>

Charles Ray Hicks, of 131 Prospect St., was arrested Saturday on charges of criminal homicide, aggravated assault, tampering with physical evidence and abuse of a corpse, said state police at Swiftwater.

Null's dismembered remains were found strewn along interstate highways in the Poconos on Jan. 29. Null's hands were the only body parts not found in January, and police discovered them Saturday inside Hicks' bathroom plumbing.

Also, police found garbage bags identical to those in which Null's parts were found in Hicks' attic on Friday.

Hicks, 33, was the last person seen with Null, 36, who apparently was killed within several days of Jan. 19, when she climbed into the seat of an older model sedan on Olive Street and Capouse Avenue in Scranton, according to Dennis Ingle, a homeless man in Scranton. Ingle said he and Null were friends for three months.

Hicks said Saturday he gave Null money and drugs for sex. Hicks would pick up Null in Scranton, the affidavit said. They drove around in his Mercury Grand Marquis. He recalled smoking crack cocaine with her and had sex on two occasions.

The blue vehicle with the white rag top was parked in front of Hicks' home for more than six weeks, according to neighbor Kimberly Lombardo, of 135 Prospect St., who told investigators on March 4 about the vehicle driven by a black man in his 30s, the affidavit said.

She also told police Hicks introduced himself to her as Charlie and had mentioned that he worked at Tobyhanna Army Depot.

"We received a tip of a car that matched the description and we were able to pull together a search warrant of evidence," said Trooper Craig Vanlouvender of the Swiftwater barracks.

Null's severed head was found about 200 yards from Hicks' Prospect Street home in Coolbaugh Township in January. On Saturday, investigators discovered two human hands hidden inside a plumbing chase in Hicks' bathroom, according to the criminal police complaint.

The hands, coated with what appeared to be cleaning detergent, were wrapped up in the Feb. 4 issue of the Scranton Times-Tribune newspaper. The right hand was in the north side of the plumbing tube and, the other, in the south tube.

On March 6, two days after the interview with Lombardo, state police served a search warrant at 131 Prospect St. and on Hicks' vehicle. Investigators found a Die Hard work boot stained in what appeared to be blood in the trunk.

But, Hicks could not explain to authorities the blood on his pair of boots.

In the attic of the residence, police found five black plastic garbage bags with blue ties – the same trash bags identical to bags Null's body parts were found in on interstates 380 and 80.

A manual hand saw also was found inside a bag in a closet during a search of the residence on Friday night, state police said. Hicks has been arrested in Texas for assault causing bodily injury in 2002, aggravated sexual assault in 2003 and aggravated robbery in 2007. He was arrested in Virginia in 2006 for assault and battery and possession of a controlled substance.

Hicks is being held without bail in Monroe County Correctional Facility. A hearing is scheduled for March 14.

**Find this article at:**
http://www.timesleader.com/news/20080309_09_Nullarrest_ART.html

☐ Check the box to include the list of links referenced in the article.

© 2008. The Times Leader. All Rights Reserved.

 **Associated Press**

---

# Man Charged in Dismembered Woman's Death

**3 days ago**

STROUDSBURG, Pa. (AP) — Police say a man has been charged with killing a woman whose dismembered remains found dumped along Pennsylvania highways in January.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-old Deanna Null. He told reporters at h arraignment Saturday that authorities had the wrong man.

Police say the victim's severed head was found near his house. Two severed human hands were found hidden in his I but police did not say whether they belonged to Null.

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks is charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse. He is being held bail. It was unclear whether he had an attorney.

---

Hosted by           Copyright © 2008 The Associated Press. All rights reserved.

## *More evidence uncovered in Null dismemberment case*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

March 13, 2008 Thursday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 318 words

**Byline:** ROJA HEYDARPOUR TIMES SHAMROCK WRITER

# Body

While a pair of human hands was the most gruesome find in a house rented by Charles Ray Hicks Jr., state police removed more than 130 pieces of evidence from 131 Prospect St. in Coolbaugh Township.

Bed sheets and pillowcases with a multi-colored comforter, white tube socks and a brochure that read "Hell fire: Is it part of Divine Justice," were among 132 items state police took from the home March 7, according to police documents.

Hicks was arrested on murder and related charges for allegedly killing and dismembering Deanna Marie Null, a drifter from Williamsport who stayed in Scranton near the abrupt end of her life.

Her remains were first found Jan. 29 by a state Department of Transportation employee. An expanded search led to the discovery of eight bags with Null's body parts along interstates 80 and 380, seven of which were within 10 miles of the home of the accused. The eighth bag was found in Stroudsburg, about 22 miles away.

The only parts of her body not recovered that day were her hands, investigators said.

Several items normally associated with a woman were also found in Hicks' home. A pair of "Size 16 stretch blue jeans" were taken from the basement. Eyeliner was found under a pallet along two walls.

There were numerous religious materials on Hicks' bedroom dresser, according to police documents.

A search of his work area at Tobyhanna Army Depot on March 8 yielded a tool box with a gold lock, various paperwork, binders and folders, according to police documents.

Hicks is being held in Monroe County Correctional Facility without bail, pending a preliminary hearing Friday.

Efforts to reach Monroe County District Attorney David Christine were unsuccessful Wednesday.

Hicks' attorney, Deputy Chief William Sayer, of the Monroe County public defender's office, declined comment.

KIMM MONTONE, staff writer, contributed to this report.

Contact the writer: *rojah@timesshamrock.com*

**Load-Date:** May 14, 2014



**2008 PENNSYLVANIA PRIMARY**

Keep up with the race at www.ThePennsylvaniaPrimary.com

relish INSIDE TODAY
A monthly magazine to savor

# POCONO RECORD

WEDNESDAY
March 12, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 346          © Copyright 2008          50 CENTS



Gladys Santiago, a resident of Puerto Rico, with her son, Garry Novoa of Pocono Ranchlands in Bushkill. Santiago was initially denied a Players Club card at Mount Airy Casino Resort on Saturday because she only had a Puerto Rican driver's license as an ID. A Mount Airy spokesman says the resort will apologize to Santiago.

ADAM RICHINS/Pocono Record

## Memo to Mt. Airy: Puerto Ricans are American citizens

### And some of them are veterans

**By HOWARD FRANK**
Pocono Record Writer

Pocono Record may want to include a lesson in U.S. history the next time the casino sends its employees for training.

Agents at the casino denied 72-year-old Gladys Santiago a Player's Club card because her driver's license is issued in Puerto Rico.

"I said, 'What? You can't give me a card? I'm an American citizen,'" she said.

Santiago and her son, Garry Novoa, who lives in Pocono Ranchlands in Bushkill, visited the casino on Saturday. Santiago, a resident of Puerto Rico, was in Pennsylvania to visit her son's family.

"I wanted to visit the casino for so long. I was so excited," she said.

Santiago is a bit of a casino junkie. She has been to casinos all over the world, from Atlantic City and Las Vegas to Monte Carlo. She collects the player's club cards as souvenirs. "I wanted a card, I have one from all over," she admitted.

The casino requires a government-issued ID for a Player's Club card, the agent at the desk told her.

But when she handed them her driver's license, she was turned down.

"I'm sorry, we cannot give you a card," Santiago said she was told. Then she was asked an even a stranger question. "You have an alien card? A passport?"

Novoa asked to speak with a manager, who said, "This is the Commonwealth of Pennsylvania, and we don't do those things here," he said, referring to issuing a Players Club card to someone with a Puerto Rican driver's license.

The manager finally relented, and issued Santiago a card registered to her son's Bushkill address. But just as a souvenir, and with one caveat: If she won a jackpot, the casino wouldn't let her have the winnings.

The problem for Mount Airy is, Puerto Rico is a commonwealth of the United States. Puerto Rican residents became full U.S. citizens in 1917. Although self-governed, its chief of state is the president of the United States. Many of its national programs, such as defense, Social

See MT. AIRY, Page A10

# Murder case puts Depot on the spot

## Union leader questions hiring procedures at Tobyhanna after contract worker is arrested

**By BETH BRELJE**
Pocono Record Writer

The hiring of accused murderer Charles Ray Hicks exposes a raw nerve between management and employees at Tobyhanna Army Depot.

Hicks, of Tobyhanna, is being held at Monroe County Correctional Facility without bail, accused of killing Deanna Marie Null, dismembering her body and scattering the parts along Interstate 80/380. Hicks had a police record in Texas and Virginia before he came to work at the Depot.

How did a man with a record get hired at a military facility?

"It is hard to believe he was a part of my work force. Management is responsible for the health and safety of the work force," said Keith Hill, president of Local 1647 of the American Federation of Government Employees, which represents the Depot's government workers. Hicks, a contract employee, was not represented by the union.

Hill wonders what would have happened if, say, Hicks had dated a woman at the Depot and she had become a victim.

"How safe are the people I represent?" Hill said.



Charles Ray Hicks
Worked for a contractor at Tobyhanna Army Depot

Tobyhanna Army Depot said it makes every effort to maintain the safety and security of personnel at the Depot.

Col. Ron Alberto, the Depot commander, issued a statement Monday.

"These incidents are disturbing and may be very upsetting to members of our work force, but they are isolated events," Alberto said. "This is a good time to re-emphasize our commitment to a safe and crime-free work environment for all of our personnel. We have processes in place to prevent and to detect inappropriate behavior and illegal activity. We review and revise those procedures regularly."

Tobyhanna Army Depot officials say they cooperated with the Pennsylvania

See DEPOT, Page A2

## 'N word' means 'no'

### Port Jervis council asked to ban racist epithet

**By STEPHEN SACCO**
Times Herald-Record Writer

PORT JERVIS, N.Y. — Soull Pringle stood before the Common Council on Monday night to ask its help in abolishing the "n-word" in Port Jervis.

"I don't use it," he said of the derogatory term for black people, "and I don't like it when African-Americans use it. I don't believe anybody should use it."

Pringle, 43, a graduate of Port Jervis High School and has been working with young people as an athletic coach since his graduation. He has been making his case against the "n word" to young people with "Humans Against the 'N Word'" T-shirts.

Pringle argues that the word is a provocation — the verbal equivalent of a slap in the face — and that there should be consequences for using it.

He suggested a fine but said he was open to other solutions. Pringle would like to work with the council on the issue.

"When I was younger the 'n word' was

directed at me a lot," Pringle said. At one point he told his family he wished he wasn't black, he said.

Port Jervis resident Peter Grech said he didn't like the idea of criminalizing a word. He said he couldn't support laws "criminalizing freedom of speech."

Lawmakers have passed resolutions against the "n word" in Westchester County, New York City and New Jersey, but none have imposed fines.

Mayor Gary Lopriore said that the council would enter into discussions about it.

Soull Pringle, second from left, leader of the group Humans Against the 'N' Word, with members, from left, Matt Robinson, 14, Tajhee Shearn, 11, and Joe Clark, 11.

DOMINICK FIO/Times Herald-Record

# Drug-tainted drinking water draws a trickle of concern from government

*EDITOR'S NOTE — Despite evidence that traces of pharmaceuticals can be found in much of America's drinking water supplies, government and suppliers are doing little, according to this final part of an Associated Press investigative series.*

**By JEFF DONN, MARTHA MENDOZA**
and JUSTIN PRITCHARD
Associated Press Writers

PHILADELPHIA — Just a century ago, this historic city notched by the Delaware and Schuylkill treated these rivers as public sewers, but few cared until the waters ran black with stinking filth that spread cholera and


Pharma Water
AP/AP investigation

typhoid. Today, municipal drinking water is cleansed of germs — but not drugs.

Traces of 56 human and veterinary pharmaceuticals or their byproducts — like the active ingredients in medicines for pain, infection, high cholesterol, asthma, epilepsy, mental illness and heart problems — have been detected in Philadelphia's drinking water. Starting their windup journey in medicine cabinets and

feed bins, they are what's left of drugs excreted or discarded from homes and washed from farms upriver.

Is Philadelphia worried? Not so far. Tens of millions of Americans here and elsewhere drink water that has tested positive for minute concentrations of pharmaceuticals, and they don't even realize it. The Associated Press learned during a five-month investigation.

Though U.S. waterways coast to coast are contaminated with residues of prescription and over-the-counter drugs, there's no national strategy to

See WATER, Page A2

TODAY'S FORECAST
Chance of AM snow showers. High 40/42. Low 20/25.
Weather, C10

TODAY'S FEATURE

TEACHING HIGH-TECH
A joint effort by local high schools, Northampton Community College and East Stroudsburg University puts students on the fast track to careers in computer security. Page C1

INSIDE THE RECORD
ADVICE & BRIDGE          C9
BUSINESS                        B
CLASSIFIED
COMICS, PUZZLES        C8

ENTERTAINMENT        C9
HOROSCOPE
LOCAL & REGION   A3-4, A6
LOTTERY                        A2
OBITUARIES                 A6
OPINION                   A8-9

POCONO LIFE           C1-2
PUBLIC NOTICES          D3
SPORTS                       B1-6
TV & WEATHER          C10
U.S. & WORLD             A5
YOUR COMMUNITY   C4-5







## DEPOT

From Page A1

State Police in the investigation and arrest of Hicks.

Hicks, who started Jan. 2, was hired by Defense Support Services, (DS2) a Lockheed Martin and Day & Zimmermann company. DS2 and other contractors handle their own hiring. In a statement, Tobyhanna officials said DS2 has informed the Depot that its background investigation on Hicks showed no criminal convictions or drug use that would prevent his employment and that nothing in his behavior or performance warranted any action to bar him from entering the installation prior to his arrest.

"We've had incidents with DS2 here before. One federal employee was assaulted and knocked out by someone DS2 brought in," Hill said. Another contract employee hired at the Depot turned out to have an expired green card, according to Hill.

The concern goes deeper than criminal records. It's also a security issue. The Depot is in charge of the Army's electronics equipment, and contractors work on sensitive communication devices headed to U.S. soldiers in Iraq.

"What kinds of background checks are being done on contractors? Why isn't Tobyhanna privy to the background checks done on contractors?"

Hill said the number of contractor-provided employees has increased tremendously with the prolonged combat in Iraq and Afghanistan.

"They are doing work that should be done by federal employees," Hill said.

deal with them — no effective mandates to test, treat, limit or enforce things like that.

Benjamin H. Grumbles, the U.S. Environmental Protection Agency's assistant administrator for water, told the AP the agency recognizes that this contamination in water supplies is a growing concern and that government has some catching up to do: "Our position is there needs to be more searching, more analysis."

He said the EPA has launched a four-pronged approach: to identify the extent of the problem, to "identify what we don't know and close the gap," to take steps using existing science and regulatory tools, and finally, to increase dialogue and awareness with water providers and state and local agencies.

But none of those goals has any regulatory firepower.

**SOME RESEARCHERS,** environmentalists, health professionals, water managers and bureaucrats say it's time for government to do more.

"The onus has been on the scientific community to provide the research, but at this point the evidence is conclusive," says U.S. Geological Survey scientist Steven Goodbred, who has studied carp in drug-tainted waters. "Now it's up to the public and policy makers to decide what they want to do about it."

Yet water regulators are barely budging:

● The government has set no national standards for how much of any pharmaceutical is too much in waterways or taps. Drugs in the environment are "not currently a priority" of the National Center for Environmental Health, says spokesman Charles L. Green, at its parent U.S. Centers for Disease Control and Prevention.

● Though the Food and Drug Administration can review the environmental impact of new drugs, it has never rejected one on this basis, according to Rasann Bloom, an FDA environmental officer. Most pharmaceuticals are excluded from environmental review on the basis of their presumed low

concentrations in water.

● Even though residues of many types of prescription and over-the-counter drugs have been discovered in scores of watersheds and drinking water systems nationwide, the EPA says it awaits more survey data before considering action. The agency has little information "that goes into whether these substances are occurring in the environment ... and at what level," says Suzanne Rudzinski, a manager at EPA's Office of Water.

But even when the EPA says it's taking action, little is accomplished. The agency analyzed 287 pharmaceuticals for inclusion on a draft list of contaminants to be considered for regulation. Only one, nitroglycerin, which can be used as a drug for heart problems, has been nominated. Asked to explain, an EPA spokesman acknowledged the primary reason for inclusion was its use in making explosives.

● Though pharmaceutical sales are rising, plants that cleanse sewage or drinking water are not required to remove drugs. They aren't even required to monitor for them.

When contacted directly by the AP, many water utilities confirmed whether they had tested for the presence of pharmaceuticals in their water. But federal agencies and industry groups declined to identify the cities and treatment plants where traces of pharmaceuticals had been found during independent studies, citing confidentiality concerns.

**PHILADELPHIA HAS FOUND** more pharmaceuticals in its source and drinking waters than any of the other 61 big water providers surveyed by the AP. It tested for more drugs and byproducts than other utilities — a total of 72 — and it found 56, or three-quarters of those checked, in its drinking water. It found 63 — almost 90 percent of those checked — in its source waters. More study is planned.

However, water managers detected scant concentrations similar to other places, suggesting they found so much largely

*The government has set no national standards for how much of any pharmaceutical is too much in waterways or taps.*

because they tested for a larger list of pharmaceuticals — not necessarily because their watersheds are more contaminated. David A. Katz, a deputy water commissioner for the city, said the water was tested so heavily out of vigilance: "We choose to know; we choose to look."

Under no obligation to tell, Philadelphia keeps it quiet when tests show that drugs have reached its drinking water, the AP found. Philadelphia Water Department spokeswoman Laura Copeland provided the findings for an AP survey but added: "We don't want to create any perception where people would be alarmed."

John Muldowney, who oversees the city's three drinking water treatment plants, said no immediate upgrades are planned to filter out pharmaceuticals. "Based just on the data that's available now ... we would be risking spending a lot of money, a lot of public funds, for very little health benefit," he explained.

Government leaders seem largely to share that attitude. "We're not really doing anything on this right now," says a spokesman for U.S. Sen. Harry Reid, D-Nev., though he has earmarked money in the past to study environmental drugs in his state.

Grumbles, the EPA's top water pollution official, said the agency has embarked on four studies specific to the presence of pharmaceuticals and personal care products in wastewater and fish tissue. One "national study," expected to be completed next year, will look at the inflow and outflow at nine sewage plants; another will study sludge from 74 randomly selected sewage treatment plants.

The fish tissue study will focus on five streams where the flow primarily originates at a sewage treatment plant.

Just two months ago the agency developed three new methods to detect and quantify about 160 different pharmaceuticals and personal care products, including steroids and hormones, in

wastewater and sewage sludge, Grumbles said.

**A YEAR AGO,** the federal government put out its first consumer guidelines for discarding leftover or expired medicines. The goal was to slow the flow of drugs flushed down the toilet. Though Grumbles acknowledged that human excretions are the major factor in spreading pharmaceuticals through the waste stream, he said it is important for all Americans to realize "the toilet is not a trash can."

But the guidelines immediately drew criticism from some environmentalists, water treatment experts and pharmaceutical researchers who say they are contradictory, confusing, and don't solve the problem.

The guidelines say that about a dozen specific drugs should still be flushed down the toilet to keep others from finding and abusing them. The rest should be mixed with something unsavory like coffee grounds and tossed into the trash. That just moves the problem, though: "The drugs end up at landfills, where they can slowly seep into the groundwater."

The EPA is also engaged in a national study — expected to be completed by the end of the summer — to examine how long-term health care facilities and nursing homes dispose of pharmaceuticals.

"We don't really know what to do with waste pharmaceuticals," acknowledges Laura Brannen, executive director of the professional group Hospitals for a Healthy Environment.

And what of the drug waste generated by millions of U.S. households? The EPA says it would be impractical to impose regulations on them, beyond the voluntary guidelines.

**IN FAIRNESS,** even those pressing for action realize that regulators must strike a hard balance between potential benefits and costs. Several recent studies indicate that even very dilute pharmaceuticals can harm human cells, but scientists are still unsure if there's a significant health risk from drinking water with trace drugs.

"This is a complex issue because each and every one of us is a part of this problem. But there's no doubt we need a new standard of wastewater treatment. If the limits were there, believe me when I say it could be done," argues environmental toxicologist Greg Moller, at the

University of Idaho.

As with global warming, some cities and states have tried to forge ahead, even without strong federal direction. Small pilot programs and one-day pickups of unused drugs have popped up in the Northeast, California, Washington state, Florida and elsewhere.

Drug pollution stirs more anxiety in Europe, Canada and Australia, and officials in those places have acted more aggressively to reclaim unused drugs. A French program recaptured about 6,500 tons at drug stores in 2005, managers estimate.

Some researchers and activists want to catch and stop drugs from entering waterways at both types of water treatment plants — those for sewage and for drinking water. Standard techniques allow many to slip through, research shows. It seems possible to remove virtually all detectable pharmaceutical traces with an advanced treatment known as reverse osmosis, and hotter incinerators also could burn more drugs.

But all that is viewed as too expensive and maybe unnecessary, at least until the threat is better understood.

In coming years, public pressure is likely to grow, as more pharmaceuticals find their way into less water. Drug use is expanding in many countries, and more communities will need to recycle treated wastewater for drinking to cope with increased demand, drought, and global warming.

At the same time, today's chemical tests that reveal pollutants in parts per trillion will no doubt be able to detect even finer levels in the future. The added knowledge may not equal bliss, though.

"There isn't such a thing as 100 percent pure water," said EPA scientist Christian Daughton, one of the first to sound warnings over pharmaceutical pollution. "Yet people have a tough time with the idea that water contains all kinds of chemicals."



BARRY SOMMERS TRANSMISSION ... 570-595-7400

## LOTTERIES

Numbers drawn
Tuesday, March 11, 2008

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: 3-4-3
MIDDAY BIG FOUR: 6-7-7-0
TREASURE HUNT: 4-12-20-22-23
DAILY: 3-3-4
BIG FOUR: 3-1-3-4
CASH FIVE: 12-15-28-35-43
Update: No top prize winner.
Today's jackpot: $225,000.
MATCH SIX: 2-10-32-36-37-48
Update: One player matched six numbers to win $750,000.

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: 9-0-1
MIDDAY PICK FOUR: 8-2-4-2
PICK THREE: 3-4-3
PICK THREE DOUBLE DRAW: 4-2-1
PICK FOUR: 4-9-8-8
CASH FIVE: 7-9-18-22-34

**NEW YORK**
www.nylottery.org
MIDDAY PICK THREE: 6-6-2 Lucky Sum 14
MIDDAY WIN FOUR: 0-9-8-6 Lucky Sum 23
WIN FOUR: 9-1-6-4 Lucky Sum 20
PICK TEN: 11-12-18-20-30-32-33-34-35-38-41-42-48-52-53-54-58-61-62-71

# Amazing Color. Digital Quality.
## COLOR COPIES
29¢
109 Prospect Street, East Stroudsburg, PA  570.421.2050
KISTLER PRINTING COMPANY, INC.

EVERY PENNY COUNTS WHEN TIMES GET TOUGH...
NOW IS THE TIME TO REVIEW YOUR AUTO POLICY & SAVE!
ROBERT A. LAUBSCHER INSURANCE AGENCY
432 Sterling Rd., Rt. 196 Mt. Pocono  (570) 839-2600

Live Entertainment features Friday & Saturday Nite  476-0500

Internet SERVING STROUDSBURG
$9.95
LocalNet  570-422-1265

YMP SATISFIED
☑ RATES ☑ COVERAGE ☑ SERVICE ☑ CLAIMS
YUTZMERKLE.COM • 570.421.7300

WEDNESDAY'S DEAL OF THE WEEK!
FREE SMILE MUG
Limit 1 Per Family. Redeem at Counter - Coupon Expires 3/18/08
ODD-LOT OUTLET
Marshalls Creek, Route 209, Exit 309, I-80  570-476-1900
www.oddlotoutlet.com

MARCH madness

CHOOSE YOUR DISCOUNT
JACKSON HEWITT TAX SERVICE

GRACE PARK

# Pocono Record
*Your home. Your neighbors. Your news.*

Established April 2, 1894
Division of Ottaway Newspapers of Dow Jones & Co.
511 Lenox Street, Stroudsburg, PA 18360
570-421-3000 • 800-750-1397

poconorecord.com
poconorecord.com/sage

| How To Reach Us | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **News** | | **Advertising** | | **Subscription Services:** | | |
| News | 570-420-4484 | Classified | 570-421-3000 | | | |
| Sports | 570-420-4389 | Fax | 570-424-2625 | | | |
| Lifestyles | 570-420-4343 | | | | | |
| Editorial Page | 570-420-4348 | Retail | 570-421-3000 | | | |
| Fax | 570-421-6284 | Fax | 570-424-2056 | | | |
| Toll Free | 800-756-4237 | | | | | |

# Murder case puts Depot on the spot

## Union leader questions hiring procedures at Tobyhanna after contract worker is arrested

By Beth Brelje
Pocono Record Writer
March 12, 2008 6:00 AM

The hiring of accused murderer Charles Ray Hicks exposes a raw nerve between management and employees at Tobyhanna Army Depot.

Hicks, of Tobyhanna, is being held at Monroe County Correctional Facility without bail, accused of killing Deanna Marie Null, dismembering her body and scattering the parts along Interstate 80/380. Hicks had a police record in Texas and Virginia before he came to work at the Depot.

How did a man with a record get hired at a military facility?

"It is hard to believe he was a part of my work force. Management is responsible for the health and safety of the work force," said Keith Hill, president of Local 1647 of the American Federation of Government Employees, which represents the Depot's government workers. Hicks, a contract employee, was not represented by the union.

Hill wonders what would have happened if, say, Hicks had dated a woman at the Depot and she had become a victim.

"How safe are the people I represent?" Hill said.

Tobyhanna Army Depot said it makes every effort to maintain the safety and security of personnel at the Depot.

Col. Ron Alberto, the Depot commander, issued a statement Monday.

"These incidents are disturbing and may be very upsetting to members of our work force, but they are isolated events," Alberto said. "This is a good time to re-emphasize our commitment to a safe and crime-free work environment for all of our personnel. We have processes in place to prevent and to detect inappropriate behavior and illegal activity. We review and revise those procedures regularly."

Tobyhanna Army Depot officials say they cooperated with the Pennsylvania State Police in the investigation and arrest of Hicks.

Hicks, who started Jan. 2, was hired by Defense Support Services, (DS2) a Lockheed Martin and Day & Zimmermann company. DS2 and other contractors handle their own hiring. In a statement, Tobyhanna officials said DS2 has informed the Depot that its background investigation on Hicks showed no criminal convictions or drug use that would prevent his employment and that nothing in his behavior or performance warranted any action to bar him from entering the installation prior to his arrest.

"We've had incidents with DS2 here before. One federal employee was assaulted and knocked out by someone DS2 brought in," Hill said. Another contract employee hired at the Depot turned out to have an expired green card, according to Hill.

The concern goes deeper than criminal records. It's also a security issue. The Depot is in charge of the Army's electronics equipment, and contractors work on sensitive communication devices headed to U.S. soldiers in Iraq.

"What kinds of background checks are being done on contractors? Why isn't Tobyhanna privy to the background checks done on contractors?"

Hill said the number of contractor-provided employees has increased tremendously with the prolonged combat in Iraq and Afghanistan.

"They are doing work that should be done by federal employees," Hill said.

Pocono Record News Forum                                          Page 1 of 1

**8:15 AM**                                                              **1 of 6**
From:
**CallMeRonnie**         its background investigation on Hicks showed no criminal convictions or drug use that would
Total posts: 2363        prevent his employment and that nothing in his behavior or performance warranted any
                         action to bar him from entering the installation prior to his arrest.HUH???? Are they saying the
                         charges didn't show up or that assault, sexual assault and drug charges aren't important
                         enough to warrant concern?

| Back to Article | Options | Reply |

**8:25 AM**                                                              **2 of 6**
From: **tucker**         Seems hard to believe. I was arrested, not convicted, for simple assault in 1969. It shows up
Total posts: 408         on background checks. I don't get it.



| Back to Article | Options | Reply |

**8:32 AM**                                                              **3 of 6**
From: **MillieMae**      I wonder if something like this couldn't happen the the local schools as well. Seems like
Total posts: 263         background checks aren't that accurate. I wonder if the background check was just a PA one
                         or for the entire U.S.?

| Back to Article | Options | Reply |

**8:37 AM**                                                              **4 of 6**
From: **kaseyrulz**      millie- now that is a scary thought that people like this could be teaching our kids
Total posts: 975



| Back to Article | Options | Reply |

**8:39 AM**                                                              **5 of 6**
From: **whoknew**        it is scary, DS2 should be dismissed and all contractors should be let go
Total posts: 92

| Back to Article | Options | Reply |

**9:15 AM**                                                              **6 of 6**
From:
**despondent**           Contractors in general, have been a sore topic at TYAD for quite some time.
Total posts: 1174

| Back to Article | Options | Reply |

Murder case puts Depot on the spot - poconorecord.com - The ...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

the poconos.com/homes
Find a Home

NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

# Murder case puts Depot on the spot

*Union leader questions hiring procedures at Tobyhanna after contract worker is arrested*

**By Beth Brelje**
Pocono Record Writer
March 12, 2008

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

Text Size: A|A|A

Print this Article
Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

**Share**
del.icio.us      Digg This Story
reddit      STUMBLEUPON
MY YAHOO!      Add to Google
Seed Newsvine

The hiring of accused murderer Charles Ray Hicks exposes a raw nerve between management and employees at Tobyhanna Army Depot.

Hicks, of Tobyhanna, is being held at Monroe County Correctional Facility without bail, accused of killing Deanna Marie Null, dismembering her body and scattering the parts along Interstate 80/380. Hicks had a police record in Texas and Virginia before he came to work at the Depot.

How did a man with a record get hired at a military facility?

"It is hard to believe he was a part of my work force. Management is responsible for the health and safety of the work force," said Keith Hill, president of Local 1647 of the American Federation of Government Employees, which represents the Depot's government workers. Hicks, a contract employee, was not represented by the union.

Hill wonders what would have happened if, say, Hicks had dated a woman at the Depot and she had become a victim.

"How safe are the people I represent?" Hill said.

Tobyhanna Army Depot said it makes every effort to maintain the safety and security of personnel at the Depot.

Col. Ron Alberto, the Depot commander, issued a statement Monday.

"These incidents are disturbing and may be very upsetting to members of our work force, but they are isolated events," Alberto said. "This is a good time to re-emphasize our commitment to a safe and crime-free work environment for all of our personnel. We have processes in place to prevent and to detect inappropriate behavior and illegal activity. We review and revise those procedures regularly."

Tobyhanna Army Depot officials say they cooperated with the Pennsylvania State Police in the investigation and arrest of Hicks.

Hicks, who started Jan. 2, was hired by Defense Support Services, (DS2) a Lockheed Martin and Day & Zimmermann company. DS2 and other contractors handle their own hiring. In a statement, Tobyhanna officials said DS2 has informed the Depot that its background investigation on Hicks showed no criminal convictions or drug use that would prevent his employment and that nothing in his behavior or performance warranted any action to bar him from entering the installation prior to his arrest.

"We've had incidents with DS2 here before. One federal employee was assaulted and knocked out by someone DS2 brought in," Hill said. Another contract employee hired at the Depot turned out to have an expired green card, according to Hill.

The concern goes deeper than criminal records. It's also a security issue. The Depot is in charge of the Army's electronics equipment, and contractors work on sensitive communication devices headed to U.S. soldiers in Iraq.

"What kinds of background checks are being done on contractors? Why isn't Tobyhanna privy to the background checks done on contractors?"

Hill said the number of contractor-provided employees has increased tremendously with the prolonged combat in Iraq and Afghanistan.

"They are doing work that should be done by federal employees," Hill said.

**RELATED STORIES**
Texas link to local murder investigated
Defendant awaits trial date in body-parts case

**MULTIMEDIA**
Document: Tobyhanna Army Depot Statement on Hicks Arrest (PDF File)

Introducing
HELLO KITTY
Simmons Jewelry Co.
© 1976, 2008 SANRIO CO., LTD.
Starting at $150
Exclusively at Zales
SHOP NOW ►

thepoconos.com
What are you looking for?
Select Category
Business Name:
Location:
FIND IT!
Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

HOME

Be the first to know - Sign up for text alerts    Sign up for e-mail newsletters

**READER REACTION**
These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

**On March 17, 2008 at 3:42 PM , employee2 said:**

I also work for this company , but not in tobyhanna, we do not take jobs of direct employees of the government, our company works on specific contracts that the governmeent outsources. we work on the property in a leased building. we have a contract to workin a specific area on a specific item fo... Full Message

employee2
Member since: 03/17/2008

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Police Schools
Request free Information from Police Training Schools Near You!
www.collegebound.net

Police Officer Degree
Transfer 80 Police Training Credits Toward Your BS in Criminal Justice!
criminal-justice.mountainstate.edu

Law Enforcement Jobs
Find local law enforcement jobs. Search your listings at Local.com.
LawEnforcementJobs.Local.com

Make $4500 Cash Every Mo.
Get paid $25-100/hr to take surveys Free to start, see if you qualify.
SurveyLot.com

Ads by Google

Print this Article Email this Article

**Share**

del.icio.us | Digg This Story
reddit | STUMBLEUPON
MY YAHOO! | Add to Google
Seed Newsvine

**TOP JOBS**

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**

2000 Chevrolet Cavalier
**Brown Daub Buick Pontiac Chevrolet**

2005 Chevrolet Silverado 1500
**Brown Daub Buick Pontiac Chevrolet**

2006 Ford Escape
**Brown Daub Kia**

2007 Ford Focus
**Brown Daub Kia**

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                              Search [            ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >    Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**MURDER CASE PUTS DEPOT ON THE SPOT**

Discussions        [1] 2 3 4 5 6                    Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

**CallMeRonnie**
My Comments
Member Since:
12/27/2006

**On Mar 12, 2008 at 08:15 AM, CallMeRonnie said:**                    1 of 57

its background investigation on Hicks showed no criminal convictions or drug use that would prevent his employment and that nothing in his behavior or performance warranted any action to bar him from entering the installation prior to his arrest.HUH???? Are they saying the charges didn't show up or that assault, sexual assault and drug charges aren't important enough to warrant concern?

**tucker**
My Comments
Member Since: 1/9/2007

**On Mar 12, 2008 at 08:25 AM, tucker said:**                    2 of 57

Seems hard to believe. I was arrested, not convicted, for simple assault in 1969. It shows up on background checks. I don't get it.

**MillieMae**
My Comments
Member Since:
1/31/2007

**On Mar 12, 2008 at 08:32 AM, MillieMae said:**                    3 of 57

I wonder if something like this couldn't happen the local schools as well. Seems like background checks aren't that accurate. I wonder if the background check was just a PA one or for the entire U.S.?

**kaseyrulz**
My Comments
Member Since:
1/31/2007

**On Mar 12, 2008 at 08:37 AM, kaseyrulz said:**                    4 of 57

millie- now that is a scary thought that people like this could be teaching our kids

**whoknew**
My Comments
Member Since:
7/23/2007

**On Mar 12, 2008 at 08:39 AM, whoknew said:**                    5 of 57

it is scary, DS2 should be dismissed and all contractors should be let go

TOP JOBS

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&nav=...



**TOP CARS**


**$13,900**
2006 Jeep Liberty
Mick Motors


**$13,473**
2006 Mercury Grand Marquis
Brown Daub Ford Lincoln Mercury


2005 Chevrolet Cobalt
Brown Daub Kia

**$14,250**
2006 Nissan Altima
Brown Daub Chevrolet-Volvo

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

---

**6 of 57**

On Mar 12, 2008 at 09:15 AM, despondent said:

Contractors in general, have been a sore topic at TYAD for quite some time.


despondent
My Comments
Member Since:
9/15/2007

---

**7 of 57**

On Mar 12, 2008 at 09:44 AM, gwl77 said:

DS2 is a contractor, not a background check company. They use a 3rd Party for background checks. Perhaps that 3rd Party company should be looked into for problems in their methods


gwl77
My Comments
Member Since:
3/12/2008

---

**8 of 57**

On Mar 12, 2008 at 09:50 AM, Shemeka said:

they were arrests, not convictions. big difference.


Shemeka
My Comments
Member Since:
1/24/2007

---

**9 of 57**

On Mar 12, 2008 at 09:58 AM, Chadwick said:

"they were arrests, not convictions. big difference."

They still show up. Like tucker said, he was arrested, not convicted, in 1969 and that shows up.

Chadwick
My Comments
Member Since: 2/7/2007

---

**10 of 57**

On Mar 12, 2008 at 10:02 AM, Shemeka said:

so what's the problem then. the quote says there were no "convictions" which there weren't.


Shemeka
My Comments
Member Since:
1/24/2007

---

12/9/2008 7:08 AM

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

Traffic | Weather
Breaking News
Text Alerts
Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                   Search  [            ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**MURDER CASE PUTS DEPOT ON THE SPOT**

Discussions                    1 [2] 3 4 5 6                     Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



PET PHOTOS
Click here to submit yours!

---

11 of 57



**Chadwick**
My Comments
Member Since: 2/7/2007

On Mar 12, 2008 at 10:35 AM, Chadwick said:

The problem I see and I think others would agree is the fact that a person with a string of arrests in multiple states could get a job at a government facility.

I know if I was hiring and got a dozen applicants and one of them had multiple arrests for assault, robbery, and drug possession, convictions or not that person gets put at the bottom of the list. That many arrests for those kind of crimes raises a red flag. Just because somebody applies for a job doesn't mean they have to be hired. Ask the many people with similar skills and a clean record that have been turned down by the depot.

---

12 of 57



**1234**
My Comments
Member Since: 1/9/2007

On Mar 12, 2008 at 10:38 AM, 1234 said:

Well here's a problem that's easy enough to fix to maintain the highest level of national security. Replace outdated BG checks with waterboarding of all applicants. :)

---

13 of 57



**Shemeka**
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 10:38 AM, Shemeka said:

welcome to America. it's called laws, rules, and regulations.

TOP JOBS

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

---

14 of 57

**whoknew**
My Comments
Member Since:
7/23/2007

On Mar 12, 2008 at 10:40 AM, whoknew said:

i know all to well despondent about contractors being a sore spot

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



**On Mar 12, 2008 at 10:51 AM, heyyu said:**

Mr. Hill should know that DS2 employees are doing work, period. I am sure that as the president of local 1647 of the American Federation of Government Employee's he was in attendance at the MPS Prototype meetings held during November 2, 2006. I am sure Mr. Hill remembers seeing the PowerPoint presentation pointing out at the time the Customer Delivery Performance at Tobyhanna Army Depot was 3%. When it came to material requirement planning only 24% of the orders were released on time. Only 2% of the shops delivery schedules were on time. These numbers were prepared and presented by an outside consultant. Since that time things have improved greatly at the Depot. Why? Because of all the contractors that have been hired since. There is a corporate philosophy in place at the depot that is poison. The years of doing business in a non competitive environment has installed an attitude that does not include accountability, efficiency, or productivity. Contractors were brought in to compliment the federal employees. They quickly moved into new areas that required the innovative thinking that was needed to bring about improvements. Why couldn't federal employees do this work? For one they didn't posses the knowledge or the ambition to acquire it. And it would require them to work.

heyyu
My Comments
Member Since:
3/12/2008

TOP CARS




2000 Chevrolet Cavalier
Brown Daub Buick Pontiac
Chevrolet


2005 Chevrolet Silverado
1500
Brown Daub Buick Pontiac
Chevrolet


2006 Ford Escape
Brown Daub Kia

2007 Ford Focus
Brown Daub Kia

Show All Featured Cars


Subscribe To The
Pocono Record



**On Mar 12, 2008 at 11:44 AM, Chadwick said:**

"welcome to America. it's called laws, rules, and regulations."

As it is in every other country in the world. What exactly do you mean?

Chadwick
My Comments
Member Since: 2/7/2007



**On Mar 12, 2008 at 12:14 PM, despondent said:**

The only reason DS2 is here in the first place is, we didn't have a choice, it was kind of federally shoved down our throats. The biggest riff comes from pay scales, DS2, Northrop/Grumman, etc, get NY/NJ pay scales, whereas gov't. workers get local scale, quite a difference($3 to$5/hr). This is an area where most of the resentment comes from. Nevermind their shoddy background checks.

despondent
My Comments
Member Since:
9/15/2007



**On Mar 12, 2008 at 12:55 PM, Rockabilly said:**

"Welcome to America, it's called laws, rules, and regulations" That is true but they forgot to add "without consequences" If this act of violence was done in another Country this person would be put to DEATH! For contractors, unfortunately in today's society contractors are the "in thing" for ALL COMPANIES! It is the company's way of saving money. The DS2 contractors are getting slammed for the actions of one in human person. There are lots of good people that are contractors just as there are a lot of GOOD AND BAD government workers. One example is the Marine that may have killed another co-worker with an 8 month fetus in her. Her body was found at his home in a burn barrel and he was on the run, last I heard. If he was innocent why is he running? Oh what happened to that story? Lost in the shuffle I guess. He wasn't a contractor he was an enlisted government service man. I feel Mr. Hill was totally out of line on some of his interview. There were false statements made by him because not every individual is like MR. HICKS. I feel his statements made all contractors look like bad apples to the public when all they are doing is working for a living. This was a one sided article and the PR should have interviewed a few people, both contractor and government workers. For the record, there are a lot of benefits that the government workers receive that contractors do not.

Rockabilly
My Comments
Member Since:
7/20/2007

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...





**On Mar 12, 2008 at 01:07 PM, gladys said:**

For the record, there are a lot of benefits that the government workers receive that contractors do not.

That's why they have a union.

gladys
My Comments
Member Since: 2/6/2007

**20 of 57**

**On Mar 12, 2008 at 01:33 PM, Shemeka said:**

what i mean is why the hell is everyone saying the Depot did something wrong when all they did was follow the law. let me give you an example that maybe you can understand. if some women got together to break up your marriage because they were after your husband and deliberately set up a plan to distroy your marriage, so they tell him you are cheating on him. and then they tell him you were a slutt when you were in high school, then they tell him you use to do drugs and be doped up all the time, then they told him you suck at cooking and cleaning, and you have a horrible family. should you're husband divorce you?

Shemeka
My Comments
Member Since:
1/24/2007

Discussions                    1 [2] 3 4 5 6              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

Tuesday, December 09, 2008     HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE





**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

---

### POCONO RECORD NEWS FORUM

Reader Reactions

**MURDER CASE PUTS DEPOT ON THE SPOT**

Discussions      1 2 **3** 4 5 6      Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [FIND IT!]

---



**gladys**
My Comments
Member Since: 2/6/2007

**On Mar 12, 2008 at 01:46 PM, gladys said:**    21 of 57

Shemeka,
How did you know all that about me? I didn't put that in my profile.
:)))))

p.s. please don't tell my husband.lol

---



**Shemeka**
My Comments
Member Since:
1/24/2007

**On Mar 12, 2008 at 01:51 PM, Shemeka said:**    22 of 57

i Googled you. lololololol

---



**Chadwick**
My Comments
Member Since: 2/7/2007

**On Mar 12, 2008 at 01:52 PM, Chadwick said:**    23 of 57

Shemeka,

Your comparing apples and oranges. If Hicks has been arrested that many times, convictions don't matter to me. It's not as if this is a case of a couple of people making things up. It is a representation of his true character. If he had been arrested once and acquitted so be it, but that many times in multiple states?

Is he being framed for all kinds of crimes in every state he lives in?

I sincerely doubt it. His past is who he is and I feel his latest employer used poor judgement in hiring someone with a past like his.

If you owned a business and wanted to hire someone who is a constant target of police no matter were in the country he is, go for it. But many employers, including myself, have much better judgement then that and the contractor that hired him should have too.

---

**Shemeka**
My Comments
Member Since:
1/24/2007

**On Mar 12, 2008 at 01:55 PM, Shemeka said:**    24 of 57

well that's you. as for me and my employers, we stick to the law.

---

TOP JOBS
DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVLLE, PA Pocono Record Classified Ad

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



**25 of 57**



On Mar 12, 2008 at 02:06 PM, Chadwick said:

"well that's you. as for me and my employers, we stick to the law."

As do I. I have no legal obligation to hire everyone who applies.

**Chadwick**
My Comments
Member Since: 2/7/2007

TOP CARS

 

$15,495
2006 Jeep Liberty
Brown Daub Dodge

$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury

 

2005 Cadillac CTS
Brown Daub Buick Pontiac Chevrolet

$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars



**26 of 57**



On Mar 12, 2008 at 02:12 PM, Shemeka said:

and some don't have a legal obligation to discriminate because of someones arrest record either.

**Shemeka**
My Comments
Member Since: 1/24/2007

**27 of 57**

On Mar 12, 2008 at 02:24 PM, Chadwick said:

"...discriminate because of someones arrest record either."

It's called common sense. That person should think about there career before they go out, screw up, and get arrested all over the country. Remember, this isn't one arrest. I could chalk up one arrest to bad luck, but multiple arrests in multiple states?

Please. That's a glaring red flag.

**Chadwick**
My Comments
Member Since: 2/7/2007

**28 of 57**



On Mar 12, 2008 at 02:36 PM, PA_native said:

**PA_native**
My Comments
Member Since: 9/11/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

My two cents:

Apparently Hicks was a sub contractor at the depot.
This means the sub contracting agency is responsible for doing a backround check, not the
Army depot. He works for the sub agency not the Army depot.

This is a conflict of interest because the sub contracting agency gets paid for the amount of
bodies working.

More people working through the agency = more money made by the agency.

The depot should cut ties with this agency immediately.

Most states are "Employment at Will" which means the company reserves the right NOT to
hire or to terminate employees "at will". The company does not have to provide a reason
what so ever as to the termination of that employee.

Shemeka, It has nothing to do with discrimination. If you knowingly hire an ex-killer to work
for you. He kills a fellow employee. You may get sued as the employer for failing to providing
a safe work environment.

---

**29 of 57**

On Mar 12, 2008 at 02:52 PM, cali007 said:

**cali007**
My Comments
Member Since:
2/13/2007

Hey PA_native. I could only imagine what my employer would have said if I applied and had
an arrest record like this guy. They'd nod, smile, thank me for coming in, and tell me they'd
get back to me. Then I'd never hear from them again.

Your absolutely correct. It's not about discrimination, it's about providing a safe work
environment.

---

**30 of 57**

On Mar 12, 2008 at 02:57 PM, cali007 said:

**cali007**
My Comments
Member Since:
2/13/2007

"Is he being framed for all kinds of crimes in every state he lives in?

I sincerely doubt it."

You can say that again. It's kind of like what Katt Williams said, if people call you crackhead
for 20 years, your probably smoking crack.

If cops are busting you all over, your probably doing something wrong. I could care less if a
slick lawyer kept getting you off of the charges.

---

Discussions                      1 2 3 4 5 6                Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



Tuesday, December 09, 2008



HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [          ]
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### MURDER CASE PUTS DEPOT ON THE SPOT

Discussions          1 2 3 **4** 5 6          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

Search PoconoRecord.com   [FIND IT!]



thepoconos.com/jobs

Find a Job

**31 of 57**

On Mar 12, 2008 at 03:00 PM, Shemeka said:

why not yap yap to the judicial system that doesn't see it your way? why do you think the judges keep letting him go?????? we don't know Chad. but the law is the law. and that's why he is working at the Depot.

**Shemeka**
My Comments
Member Since:
1/24/2007

**32 of 57**

On Mar 12, 2008 at 03:01 PM, gladys said:

what law?

**gladys**
My Comments
Member Since: 2/6/2007

TOP JOBS
DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

**33 of 57**

On Mar 12, 2008 at 03:06 PM, cali007 said:

What law are you talking about?

There is no law that makes them have to hire him if thats what your trying to get at.

**cali007**
My Comments
Member Since:
2/13/2007

More jobs

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

**34 of 57**

On Mar 12, 2008 at 03:08 PM, elle (ellegil) said:

So cali, what will you be bringing to the Bar-B-Que...

:)

**elle (ellegil)**
My Comments
Member Since:
8/29/2007

View All Featured Ads

**35 of 57**

On Mar 12, 2008 at 03:10 PM, cali007 said:

" why do you think the judges keep letting him go??????"

Police not following procedure. That results in charges being dropped quite a bit. Slick defender. Lawyers get guilty people off on a regular basis.

Your clutching at straws shemeka.

**cali007**
My Comments
Member Since:
2/13/2007

Pocono Record News Forum
http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



TOP CARS


$15,900
2006 Dodge Dakota
Mick Motors


2001 Ford Escape
Brown Daub Kia


2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury


$10,988
2003 GMC Sonoma
Brown Daub Chrysler Jeep

Show All Featured Cars



**36 of 57**



cali007
My Comments
Member Since:
2/13/2007

On Mar 12, 2008 at 03:12 PM, cali007 said:

"So cali, what will you be bringing to the Bar-B-Que..."

Anyone bringing raccoon? :-)

---

**37 of 57**

PA_native
My Comments
Member Since:
9/11/2007

On Mar 12, 2008 at 03:13 PM, PA_native said:

cali,

Thanks,

You know the deal. You would be cordial during the interview. You wouldn't cut it short, say or do anything inappropriate.

After he leaves, his paperwork goes in the trash with no call back. Pretty standard stuff.

The problem I have is I've seen and dealt with to many occurrences of either incorrect or No back round checks from third party sub contracting agencies.

Shemeka is always looking for the "discrimination" or "racism" angle on every posts. She is consumed by it and I actually feel bad for her that she lives life in the world of conspiracies. In 20 years in the high tech private sector I've NEVER seen a discrimination case with racial overtones. I am at a pretty high level and part of the "boys" club. I would know if it was taking place.

---

**38 of 57**



Shemeka
My Comments
Member Since:
1/24/2007

On Mar 12, 2008 at 03:48 PM, Shemeka said:

what law? wow. i can't reteach high school to you sweetie. let's just drop it. wow, no wonder.

---

**39 of 57**



Shemeka
My Comments

On Mar 12, 2008 at 03:50 PM, Shemeka said:

cali.....oh never mind. dammit. how did you get what i wrote twisted? geesh.



12/9/2008 7:10 AM

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

Member Since:
1/24/2007

40 of 57



**On Mar 12, 2008 at 03:53 PM, Shemeka said:**

cali, you are justifying the judicial system? interesting. all those crimes he got off because
from state to state they didn't follow procedure? intersting as well. my advice for you is to
fight for your tax dollars and tell them to fire the whole police force and hire new procedure
following officers that can at least get a conviction for a repeated felon.

**Shemeka**
My Comments
Member Since:
1/24/2007

Discussions                1 2 3 4 5 6                Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 7:10 AM

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE



WEATHER FOR
STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

### MURDER CASE PUTS DEPOT ON THE SPOT

Discussions                    1 2 3 4 **5** 6                    Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   **FIND IT!**

thepoconos.com/homes

Find a Home

**TOP JOBS**
**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

41 of 57



**On Mar 12, 2008 at 03:55 PM, Shemeka said:**

PA_native, are you for real with that comment?????

Shemeka
My Comments
Member Since:
1/24/2007

---

42 of 57

**On Mar 12, 2008 at 03:59 PM, gladys said:**

You don't need to 'reteach' me anything. There is no law in PA that says anyone has to hire anyone, or that once they are hired that they can't be fired. No wonder what? Wow.

gladys
My Comments
Member Since: 2/6/2007

---

43 of 57

**On Mar 12, 2008 at 04:14 PM, cali007 said:**

There just might be a problem with your comment when nobody understands what your saying but you.

So what is this law you think exists?

cali007
My Comments
Member Since:
2/13/2007

---

44 of 57



**On Mar 12, 2008 at 04:15 PM, PA_native said:**

I'm for real on all my comments.

I don't know Hicks arrest records. I've only seen two charges brought against hicks both were at the same arrest in 2006.

"Police said Hicks was also charged in Virginia in 2006 with assault and battery and possession of a controlled substance". This is from another news source.

In his assault and battery charge if No weapons were involved and the victim had "Non severe" injuries. There is a good chance he would pay a fine, probation, and be charged with a misdemeanor. A & B. (Probably no time to serve)
He was found with controlled sustances while being arrested for the A & B. There again a small quantity first time offense would be a slap on the wrist. Fine, misdemeanor, probation, no time served.

He may never have served time as a "felon". So, you can drop the procedural "set up by the man", non sense.
Cali is correct with his acessment. BTW Please answer what law your refering too. thanks

*Edited 3/12/08   by   PA_native*

PA_native
My Comments
Member Since:
9/11/2007

1 of 4

12/9/2008 7:10 AM

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

**TOP CARS**


$5,373
2000 Mercury Mountaineer
**Brown Daub Ford Lincoln Mercury**


$13,490
2008 Ford Focus
**Brown Daub Chevrolet-Volvo**


2005 Cadillac CTS
**Brown Daub Buick Pontiac Chevrolet**


$17,988
2006 Chrysler Pacifica
**Brown Daub Chrysler Jeep**

Show All Featured Cars



---



**Shemeka**
My Comments
Member Since:
1/24/2007

45 of 57

On Mar 12, 2008 at 04:42 PM, Shemeka said:

cali, no Dear... no one but the Poconos is confused about that law. that's why the job market excludes yall in their relocation plans, that's why this Depot place hired out of town as oppose to all yall that have been waiting for employment. wanna know why????? i can't be that harsh and tell you why. you will have to figure that out for yourself. and don't tell me to go back where i came from if i don't like it because i acutally LOVE IT. keeps my commute the way i want it. thanks locals. i should start calling yall Traffic Control.

---



**Shemeka**
My Comments
Member Since:
1/24/2007

46 of 57

On Mar 12, 2008 at 04:45 PM, Shemeka said:

pa, are you for real? since you think you know so much, Google the words "convicted felons" and educate yourself. i am busy as hell today at work. (boy are they getting their money's worth today.)

---



**Shemeka**
My Comments
Member Since:
1/24/2007

47 of 57

On Mar 12, 2008 at 04:46 PM, Shemeka said:

YOU GUYS are the one that said DEPOT should not have hired him and they didn't follow background check procedures. but they did. as long as you are not a CONVICTED FELON, no body cares. damn. i

---



**cwmom**
My Comments
Member Since:
1/17/2007

48 of 57

On Mar 12, 2008 at 04:51 PM, cwmom said:

I would like to know which law you are referring to here, please provide statutes to this law you speak of. Nowhere in Title VII of the Civil Rights Act does it state you cannot discriminate based on arrest record or criminal history. Here is a direct quote of the Equal Opportunity Law from the federal governments website.

UNLAWFUL EMPLOYMENT PRACTICES

SEC. 2000e-2. [Section 703]

(a) It shall be an unlawful employment practice for an employer -

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

(b) It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race, color, religion, sex, or national origin.

Race has nothing to do with Mr. Hicks being hired, I am sure there were equally qualified African American men with no arrest records who could have been hired in his place.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



**49 of 57**

**On Mar 12, 2008 at 04:52 PM, cali007 said:**

Well shemeka, I'm not local and I work just outside NYC. Typical of you to try to belittle everyone when you know your wrong and have no answer for the questions put forth.

PA_native and myself are gainfully employed, college educated engineers that have in no way been looking for employment, so you can save "I'm better then you blue coller locals" speech for someone else.

If you can't answer a simple question then leave it alone. You don't have to resort to your petty insults all the time.

So what is this law?

*Edited 3/12/08  by  cali007*

cali007
My Comments
Member Since:
2/13/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

 

Tuesday, December 09, 2008    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

thepoconos.com/cars
Find a Car

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest
All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [        ]
Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**MURDER CASE PUTS DEPOT ON THE SPOT**

Discussions          1 2 3 4 5 **6**          Keep Reading

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS
search PoconoRecord.com  [FIND IT!]


thepoconos.com/homes
Find a Home

TOP JOBS
DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad
MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad
PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad
THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad
More jobs

TOP HOMES
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
View All Featured Ads

**51 of 57**

On Mar 12, 2008 at 05:02 PM, PA_native said:

PA_native
My Comments
Member Since:
9/11/2007

shemeka,

He was an employee of the sub contracting agency, which is responsible for his back round check. The Toby Depot hires outside subs to fill employment vacancies. Instead of hiring full timers and laying off after the workload falls off it is easier to hire subs for a 3-6 month term.

What don't you understand about this??

The sub agency makes money by charging a company $50 per hour. They keep $30 per hour while the employee gets $20 per hour.

The more bodies employed through the contracting agency the more money the agency makes.
This is why having the sub contracting agency do the back round check is a conflict of interest.
The agency wants to make money. This means they want bodies working.
I don't think the sub agency did any back round check, that is how he slipped through the cracks.

*Edited 3/12/08   by  PA_native*

**52 of 57**

On Mar 12, 2008 at 05:08 PM, Vigilante said:


Vigilante
My Comments
Member Since:
9/14/2007

Shemeka,

You are actually at work? And spending all this time on-line?? That is called theft of service and your employer has the right to fire you and should!! Where do you work??

**53 of 57**

On Mar 12, 2008 at 05:41 PM, CallMeRonnie said:

CallMeRonnie
My Comments
Member Since:
12/27/2006

Good point those last two sentences. I don't care if it's arrests and/or convictions or not. I'd want to know everything possible about a person's background. Companies today just don't want to keep permanent employees who are well-trained, because they cost too much. That's what this boils down to, and then we have things like this happen. Personally, I'm always suspicious of anyone who comes here from another state alone, without the prospect of steady job, with no family or friends in the area. It might be wrong to think that way, especially since I could be in the same boat someday, but I just think sometimes it's a way to "hide out" or escape from something.

1 of 3                                           12/9/2008 7:10 AM

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



TOP CARS



2005 GMC Sierra 1500
Brown Daub Kia



2007 Kia Optima
Brown Daub Kia

2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet

2008 Dodge Dakota
Brown Daub
Chevrolet-Volvo

Show All Featured Cars



---

**Cabin**
My Comments
Member Since:
4/18/2007

54 of 57

On Mar 12, 2008 at 06:42 PM, Cabin said:

PA is what is called an 'at will' state. Unless there is a contract employment is at the will of either the employer or the employee.

Federal law does NOY prohibit screening employees based on arrest records.

---



**Cabin**
My Comments
Member Since:
4/18/2007

55 of 57

On Mar 12, 2008 at 06:44 PM, Cabin said:

"PA_native and myself are gainfully employed, college educated engineers that have in no way been looking for employment, "

Dilbert is that you?????

;-)))))))

---



**Shemeka**
My Comments
Member Since:
1/24/2007

56 of 57

On Mar 13, 2008 at 09:09 AM, Shemeka said:

Viglante, and shouldn't you be at work too earning some mullah?

---



**employee2**
My Comments
Member Since:
3/17/2008

57 of 57

On Mar 17, 2008 at 03:42 PM, employee2 said:

I also work for this company , but not in tobyhanna, we do not take jobs of direct employees of the government, our company works on specific contracts that the government outsources. we work on the property in a leased building. we have a contract to workin a specific area on a specific item for x amount of dollars. so in no way are we taking a direct employees job away. we are not scabs etc but we pay taxes in whatever state we are in ive there and spend the same as you, although we do not vote in that area. Yes there is a screening process, yes the government has rules about who we hire, which have laxed in the last few years, refer to the smith amendment, which allows certain folonss etc to work for the governmet obtai a security clearance, etc. although his charges seemed violeent to me check out first offender laws in your state and se what they forgive, some aree pretty crazzy but if the first offender law or pleea agreement allowed the charge to be expunged or forgiven you cannot refusee to hire them and they do not have to disclose it on an application.

---

Discussions                    1 2 3 4 5 6                    Keep Reading

 

**timesleader.com**
NORTHEASTERN PENNSYLVANIA'S HOMEPAGE
                                                                        PRINT THIS

# 1:30 AM
# Search executed at depot

**Items seized at Tobyhanna Army Depot in connection with dismembering, death.**

JEN MARCKINI jmarckini@timesleader.com

TOBYHANNA – A suspected killer's toolbox with his name written on the handle inside Tobyhanna Army Depot is believed to be large enough to contain cutting tools used to dismember the corpse of Deanna Marie Null, according to federal court papers released Tuesday.

A search warrant was served Saturday at the site, where FBI agents seized the locked red and black Craftsman toolbox belonging to Charles Ray Hicks, 33, who is accused of killing Null, 36, and dismembering her body, parts of which were found scattered on interstate highways in the Poconos.

Two of Hicks' desk drawers containing various paperwork, binders and folders were also taken by authorities who picked up the items at the depot.

Hicks worked at Tobyhanna as a contract employee since Jan. 2, according to U.S. Middle District Court records.

On Saturday, security officers at Tobyhanna went to the first-floor workspace in building 72 assigned to Hicks after they learned he was a suspect in the homicide investigation, according to the affidavit.

Investigators will search the contents of the toolbox and drawers for evidence of Hicks' contacts with Null or for tools used to cut up her body, and capable of producing blunt-force and sharp-force trauma. A wound analysis of Null's remains was conducted by forensic anthropologist Conrad B. Quintyn, an assistant professor of anthropology at Bloomsburg University. He suggested two sharp-edged tools were used in the dismemberment.

Quintyn said the flesh and bone cuts were neat and clean.

"Consequently, this would suggest a mechanically powered saw," he said in an e-mail in response to a reporter's questions. "However, a hand-held saw could give one the same result if the body was cut while frozen."

State police found cutting tools, a hacksaw and a circular blade inside Hicks' home at 131 Prospect St. in Tobyhanna on Saturday.

Null's body was probably frozen when it was cut, Quintyn said, adding that there is a 50 percent chance that a mechanically powered saw was used in the dismemberment of the victim.

**Find this article at:**
http://www.timesleader.com/news/20080312_12_Toolbox_ART.html

☐ Check the box to include the list of links referenced in the article.

© 2008. The Times Leader. All Rights Reserved.

Tuesday, December 9, 2008

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 29°
Forecast /Radar

thepoconos.com/cars Find a Car

# Tobyhanna Army Depot to review security policies after suspect's arrest

March 12, 2008

TOBYHANNA (AP) — Tobyhanna Army Depot says it will review its security policies after a contract employee was charged with killing a woman whose dismembered remains were found dumped along Interstates 80 and 380 in January.

Police arrested 33-year-old Charles Ray Hicks in the death of 36-year-old Deanna Null after two severed human hands were found hidden in his bathroom.

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks began working as an electronics technician for a Tobyhanna contractor on Jan. 2. The army depot said in a statement Tuesday that Hicks passed a background check prior to beginning work there.

Police searched the depot on Saturday and seized a toolbox with Hicks' name on it. Police believe the toolbox is large enough to contain cutting tools used to dismember Null's corpse.

Text Size: A | A | A

Print this Article Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share
del.icio.us Digg This Story
reddit STUMBLEUPON
MY YAHOO! Add to Google
Seed Newsvine

## RELATED STORIES

Texas link to local murder investigated
Defendant awaits trial date in body-parts case

thepoconos.com
What are you looking for?
Select Category
Business Name:
Location:
FIND IT!
Go to thepoconos.com to be the first to add a review for a business in the following category: Pizza

HOME

Be the first to know - Sign up for text alerts Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 13, 2008 at 10:27 AM, despondent said:

If I remember correctly, DS2's app asks if you have had any CONVICTIONS on your record, whereas TYAD asks about arrests, BIG difference. Full Message

despondent
Member since: 09/15/2007

Browse All Forums | View All Comments | Login | Register

Ads by Google

Fantasy League
The Ultimate Commissioner Product. Free Commissioner League! Join Now.
www.Fantrax.com

Weekly Fantasy Football
Pick a Brand New Team Each Week! Daily Cash Prizes, Live Scoring,
www.gamedaydraft.com

Want to Fight Dragons?
Dragon Fable RPG- Highly Addictive Adventure Game. Play For Free Now!
www.DragonFable.com

Single Mom Makes It Big
Earning? Fig Income Using Simple Turnkey System, See How!
www.wealthmanagement101.com

Ads by Google

Print this Article Email this Article

Share
del.icio.us Digg This Story
reddit STUMBLEUPON
MY YAHOO! Add to Google
Seed Newsvine

## POCONO RECORD NEWS FORUM

Reader Reactions

### TOBYHANNA ARMY DEPOT TO REVIEW SECURITY POLICIES AFTER SUSPECT'S ARREST

Discussions Keep Reading

1 of 7

**On Mar 12, 2008 at 06:15 PM, BCBC said:**

Well if he passed a background test and had no prior arrests or issues, what more can they do?

BCBC
My Comments
Member Since:
11/19/2007

2 of 7

**On Mar 12, 2008 at 06:26 PM, cwmom said:**

He did have prior arrests in both Texas and Virginia. He was also thrown out of the military before serving his full enlistment, that should have been a red flag too. Why hire him over someone who completed their full enlistment?

cwmom
My Comments
Member Since:
1/17/2007

3 of 7

**On Mar 12, 2008 at 06:27 PM, gladys said:**

He had prior arrests, they only looked for convictions. That's the problem.

gladys
My Comments
Member Since: 2/6/2007

4 of 7

**On Mar 12, 2008 at 06:46 PM, Vigilante said:**

cwmom,

I think it is referred to as "Affirmative Action"!! Kinda like paying off old debts your grand daddy had!!

Vigilante
My Comments
Member Since:
9/14/2007

5 of 7

**On Mar 12, 2008 at 07:25 PM, cwmom said:**

Yes, well I am sure there were minorities who did not have criminal records and who served their country honorably who were more qualified that could have been hired.

cwmom
My Comments
Member Since:
1/17/2007

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

SALES CLERK CLOTHING
Stroudsburg, PA Pocono Record Classified Ad

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon
WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads



Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...

TOP CARS



$12,900
2008 Jeep Liberty
Mick Motors

2007 Kia Optima
Brown Daub Kia



$11,473
2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury

2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars



6 of 7



**On Mar 12, 2008 at 11:30 PM, vgoren said:**

Why don't they check on changing and improving their hiring practices? If they had a better system in place he would not of gotten by them? Can anyone say Military Intelligence? Same thing with the county hiring the pervert that molested children? What about them? Someone should check them too.

vgoren
My Comments
Member Since:
7/19/2007

7 of 7

**On Mar 13, 2008 at 10:27 AM, despondent said:**

If I remember correctly, DS's app asks if you have had any CONVICTIONS on your record, whereas TYAD asks about arrests, BIG difference.

despondent
My Comments
Member Since:
9/15/2007

Discussions                                          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

## *No Headline In Original*

McClatchy-Tribune Photo Service

March 13, 2008 Thursday

Copyright 2008 McClatchy-Tribune Business News All Rights Reserved

**Length:** 45 words

**Byline:** PETE SHAHEEN, Allentown Morning Call, TNS

# Body



Charles Ray Hicks was given the death sentence on Tuesday, Nov. 18, 2014, for the murder of Deanna Null in 2008. (Pete Shaheen/Allentown Morning Call/TNS)

IMAGE ID: KRTPHOTOSLIVE2018141

*Subject to copyright. Click here for information regarding redistribution of this image.*

**Load-Date:** November 19, 2014

End of Document

## *Dismember suspect to face hearing: Charles Ray Hicks, 33, is accused of killing, cutting up Deanna Marie Null in January.*

The Times Leader (Wilkes-Barre, Pennsylvania)

March 14, 2008 Friday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 449 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

# Body

Mar. 14--TOBYHANNA -- A district judge will decide today whether the case will proceed against a Tobyhanna man who state police allege butchered 36-year-old Deanna Marie Null before tossing her remains along Pocono region interstate highways in late January.

Charles Ray Hicks, 33, formerly of Texas, is scheduled to appear for a preliminary hearing before District Judge Anthony Fluegel in Tobyhanna, according to court records. He is being held at the Monroe County Correctional Facility without bail. Hicks' public defender, William Sayer, was not available for comment.

State police believe Hicks is solely responsible for the killing and dismemberment of Null, whose body parts were found strewn along Interstates 380 and 80 in Monroe and Lackawanna counties on Jan. 29. He was arrested last week at his residence.

Hicks will have the opportunity to testify at today's hearing, First Assistant District Attorney Michael Mancuso and District Attorney David Christine said in a phone interview on Thursday.

Hicks denied the criminal charges filed against him at his arraignment March 8.

While it is not known if Null's alleged killer acted alone or had accomplices, Mancuso said the evidence so far in the state police investigation points to Hicks.

"We have no evidence to suggest that there was anyone else involved," Mancuso said. "As far as I know, he's not trying to say anything. He's not providing any other information."

A pair of hands believed to be Null's found wrapped in the Scranton newspaper, along with two saws and plastic bags with blue ties similar to those found on the highways, were enough to charge Hicks after state police searched his house last week.

Investigators found apparent blood dabbed on Hicks' boots in the trunk of his older-model sedan, which resembles the vehicle Null was last seen getting into around Jan. 19 in Scranton.

There is no motive or reason for Null's murder, said Christine. Police have interviewed Hicks' family, friends and co-workers at Tobyhanna Army Depot and have no evidence he confessed to anyone.

Authorities spoke with Hicks in jail this week, Mancuso said, adding that Hicks did not offer any knowledge of how the body parts ended up in the house.

Dismember suspect to face hearing: Charles Ray Hicks, 33, is accused of killing, cutting up Deanna Marie Null in January.

Jen Marckini, a Times Leader staff writer, can be reached at 829-7210.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** March 14, 2008

---

End of Document

## *Briefs*

Fort Worth Star-Telegram (Texas)

March 14, 2008 Friday

Copyright 2008 Fort Worth Star-Telegram All Rights Reserved



**Section:** B; Pg. 8

**Length:** 937 words

**Byline:** Staff Reports

# Body

Police sketch

Hicks

**Sketch released of police impersonator**

RICHLAND HILLS -- Richland Hills police released a sketch Thursday of a man they say pretended to be a police officer and robbed a motorist. The 21-year-old motorist pulled over about 4:45 a.m. Wednesday in the 7000 block of Hovenkamp Avenue after what he thought was a police officer came up behind him in a car with flashing red and blue lights, police said. When the motorist opened his walled to get his driver's license, the impostor grabbed at the wallet, which ripped open as they struggled over it. Cash spilled on the ground, and the impostor made off with $50, police said. The fake officer's white Chevrolet Caprice station wagon had flashing lights on the dashboard, but it had no markings, the motorist told police. The car had Texas license plates that had "TW2" in the center of its numbers, police said. The motorist said he didn't see a badge, but the impostor -- described as a tall African-American wearing dark clothing and a dark ball cap -- had a handgun in a holster and a pair of handcuffs on his belt. Anyone with information is asked to call Richland Hills police at 817-299-1880.

*-- Mark Agee*

**Police: Man stole $4,000 in prescription drugs**

FLOWER MOUND -- Police are asking the public to help find a man who stole nearly $4,000 in drugs from a local pharmacy Wednesday morning. A man walked into Flower Mound Pharmacy & Herbal around 10:45 a.m. and handed an employee a note demanding OxyContin, police said. The robber raised his shirt and displayed a handgun, police said. Police say the man made off with 11 bottles of the painkiller, which contained a total of 784 pills. Police estimated the value at $3,778. The robber is described as a white man in his early 20s, about 5 feet, 9 inches tall, 175 pounds with brown hair. During the robbery the man wore a tan camouflage ball cap and jacket, gray or brown Dickies pants, and glasses, and he was cleanshaven. He drove away in a silver two-door Toyota with a spoiler on the back. The license plate, Z75-PWZ, was reported stolen from another vehicle in Lewisville. Anyone with information should call 972-539-0525.

*-- Melissa Vargas*

Briefs

**Colleyville weighs drilling permit fee**

COLLEYVILLE -- Natural gas drilling hasn't begun in Colleyville as in many other Tarrant County cities, but it's only a matter of time before the companies show up, rigs in tow, officials say. To cover administrative and other city costs to accommodate drillers, city staff members have proposed a $5,000 drilling permit fee. The City Council reviewed the proposal Tuesday during the first of two readings. A second reading and a vote are expected at the council's April 1 meeting. The city checked with 14 nearby cities and found 11 that charge permit fees. The highest is in North Richland Hills, which charges $10,000, and the lowest, $1,500, is in Arlington. Fort Worth charges $3,000, Keller, $2,500, and Hurst, $3,000, according to the survey. Bedford, Grapevine and Southlake do not charge, the Colleyville survey found. Some residents are hearing from drillers Chesapeake and XTO about royalties, bonus payments and mineral rights contracts, said Michael Muhm, president of the Ross Downs Homeowners Association. Ross Downs, Highland Meadows, Longwood and possibly a few other adjacent neighborhoods, chiefly in northeastern Colleyville, stand to be affected by drilling, he said. Muhm said neighborhood leaders are trying to get homeowners together to get legal advice and negotiate with the companies as a group.

*-- Bill Teeter*

**Ex-Burleson man jailed in dismemberment**

Almost six weeks after eight garbage bags containing human body parts were found scattered along Pennsylvania interstates, a former Burleson resident is in jail, accused of killing and dismembering a homeless woman. Charles Ray Hicks, 33, was arrested Saturday at his home in Tobyhanna, within walking distance of the Tobyhanna Army Depot, where he worked. On Jan. 29, a Pennsylvania Transportation Department worker found the first body part of a woman later indentified as 36-year-old Deanna Marie Null. *TheScranton Times-Tribune*reported that searchers found more bags along Interstates 80 and 380. A bag containing her head was found within 200 yards of Hicks' house, and six others were within 10 miles of Hicks' home. An eighth bag was found in Stroudsburg, about 22 miles away. On Saturday, authorities searched Hicks' house. They reported finding two hands. Hicks remained in the Monroe County Jail on Thursday night without bail, officials said. *-- Elizabeth Campbell*

**Uptown spending cap won't be on ballot**

FORT WORTH -- A petition drive to limit what Fort Worth spends on the Trinity Uptown project has run aground. Citizens for Taxpayers Rights wanted voters to consider a $143 million cap on the city's contribution to the Trinity River flood control and economic development project. The deadline for putting the issue on the May 10 ballot was Monday. "We just didn't have the people on the streets," said Steve Hollern, an accountant and community activist who led the drive for the group. They needed to collect and verify about 14,000 signatures to put an amendment to the city charter on the ballot. "I'm disappointed that we were not able to deliver them [petitions] for the thousands that signed them," he said. Hollern's group had hoped to have the issue on the May ballot, when voters will select board members for the Tarrant Regional Water District and Tarrant County College. Hal Sparks, vice president of the Tarrant Regional Water District's board, said he was glad to hear that the petition effort had failed. *-- Max B. Baker*

**Load-Date:** March 14, 2008

## *Ex-Burleson resident arrested*

Fort Worth Star-Telegram (Texas)

March 14, 2008 Friday

Copyright 2008 Fort Worth Star-Telegram All Rights Reserved



**Section:** B; Pg. 4

**Length:** 462 words

**Byline:** ELIZABETH CAMPBELL, Star-Telegram staff writer

## Body

Charles Hicks Jr. is led into court by trooper Robert Sebastianelli.

Map: Dismemberment case

Almost six weeks after eight garbage bags containing human body parts were found scattered along Pennsylvania interstates, a former Burleson resident is in jail, accused of killing and dismembering a homeless woman.

Charles Ray Hicks, 33, was arrested Saturday at his home in Tobyhanna, within walking distance of the Tobyhanna Army Depot, where he worked.

On Jan. 29, a Pennsylvania Transportation Department worker found the first body part of a woman later indentified as 36-year-old Deanna Marie Null. *TheScranton Times-Tribune*reported that searchers found more bags along Interstates 80 and 380. A bag containing her head was found within 200 yards of Hicks' house, and six others were within 10 miles of Hicks' home.

An eighth bag was found in Stroudsburg, about 22 miles away.

The only parts of Null's body that were not recovered that day were her hands, investigators said.

Trooper Robert Sebastianelli, who is investigating the case for the Pennsylvania state police, said that after interviewing the owner and an employee of a shop where Null bought beer and a person who recognized Hicks' car, a dark blue Mercury Grand Marquis with Texas license plates, police obtained a search warrant for his home.

When officers first interviewed Hicks, he said that he knew Null, that she supplied him with crack cocaine and that he and she had sex twice, Sebastianelli said.

On Saturday, authorities searched Hicks' house. They reported finding two hands wrapped first in pages of the Scranton newspaper and then in socks soaked in detergent. They also found a hacksaw, trash bags like those found on the interstates, and bloody boots in the trunk of Hicks' car, the newspaper and state police reported.

Investigators removed 132 items from the house, among them numerous religious brochures such as one that read, "Hell fire: Is it part of Divine Justice," the newspaper reported.

Ex-Burleson resident arrested

Hicks remained in the Monroe County Jail on Thursday night without bail, officials said. He faces charges of criminal homicide, aggravated assault, tampering with or fabricating physical evidence, and abusing a corpse.

He got a job at the army depot in early January. Hicks worked the graveyard shift repairing electronic components, along with about 1,000 other employees of Defense Support Services, or DS2, according to the Scranton paper. DS2 is a joint venture between Lockheed Martin and Day & Zimmerman Co.

When contacted this week at their home near Burleson, relatives of Hicks declined to comment but said that Hicks' mother had gone to Pennsylvania.

Neighbors said they did not know Charles Hicks but described his parents as "good Christian people."

*liz@star-telegram.comELIZABETH* CAMPBELL, 817-390-7696

**Load-Date:** March 14, 2008

---

End of Document

Hicks to face trial in Deanna Null dismemberment case - pocono...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD

News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS



# Hicks to face trial in Deanna Null dismemberment case

Photo 1 of 1 | Zoom Photo +

Text Size: A | A | A

🖨 Print this Article
✉ Email this Article
📱 Sign up for text alerts
✉ Sign up for e-mail headlines
💬 Respond to this Article

Share

del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY Yahoo!    Add to Google
Seed Newsvine

Charles Ray Hicks is brought in for a preliminary hearing in district court in Tobyhanna on Friday morning.

DAVID KIDWELL/Pocono Record

March 14, 2008

TOBYHANNA — All charges against Charles Hicks, accused in the murder and dismemberment of Deanna Marie Null, have been held over to county court by Magisterial District Judge Anthony Fluegel following a preliminary hearing in Tobyhanna district court on Friday morning.

Hicks faces four charges — murder, aggravated assault, tampering with physical evidence and abuse of a corpse.

Null's dismembered body was found in eight trash bags along Interstates 80 and 380 at the end of January.

Hicks was escorted by state police into the courtroom at 10 a.m. He was wearing blue, jail-issued clothing and was handcuffed and shackled. A heavy police presence kept the media and family members several feet from Hicks. He did not speak when he was peppered with questions by reporters.

**RELATED STORIES**

Texas link to local murder investigated
Defendant awaits trial date in body-parts case

The hearing was scheduled to begin at 10 a.m. but started around 10:45 a.m. because another hearing was underway in the small courtroom. Everyone entering the building was screened by a portable metal detector.

Among the witnesses who testified was Cindy Skrzypek, deputy coroner for Monroe County. She left the courtroom after testifying for less than 10 minutes.

We'll post updates online today and a full story online and in print Saturday.

**See background on the case.**

HOME

📱 Be the first to know - Sign up for text alerts    ✉ Sign up for e-mail newsletters

READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 14, 2008 at 5:32 PM , Vigilante said:

It is just amazing how many stories are in the news this week regarding cold blooded murders being committed by guys that meet this boy's "profile". I'm sick of it!! Full Message

Vigilante
Member since: 09/14/2007

Browse All Forums | View All Comments | Login | Register

🖨 Print this Article    ✉ Email this Article

Share

del.icio.us

Ads by Google

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com    FIND IT!

CAN ROLLING OVER YOUR 401(K) KEEP YOUR RETIREMENT SECURE? DEPENDS ON WHERE YOU'RE ROLLING IT.

FDIC INSURED

Bank of America
Bank of Opportunity

thepoconos.com

What are you looking for?

Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Hicks to face trial in Deanna Null dismemberment case - pocono...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

**E. Stroudsburg New Homes**
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

**Great Pocono Homes**
Sara Cramer Sells The Nicest Homes Virtual Tours & Great Photos
www.saracramer.com

**Go to the 2009 Gator Bowl**
Win a Trip to the 2009 Gator Bowl. Enter For a Chance to Win from KMBS
www.KMBSports.com

**Deanna**
Huge selection, great deals on Deanna items.
Yahoo.com

Ads by Google




reddit
MY YAHOO!

Digg This Story
STUMBLEUPON
Add to Google

Seed Newsvine

**TOP JOBS**

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT SEEKING**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**



$8,495
2005 Dodge Neon
Brown Daub Dodge



$13,473
2006 Mercury Grand Marquis
Brown Daub Ford Lincoln Mercury



2007 Mazda MAZDA6
Brown Daub Ford Lincoln Mercury



2005 Chevrolet Cobalt
Brown Daub Kia

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe to the Pocono Record

12/8/2008 1:05 PM

Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar

thepoconos.com/jobs Find a Job

NEWS FEATURES SPORTS ENTERTAINMENT OUTDOORS OUR SCHOOLS PHOTOS & VIDEOS LIVING HERE VISITOR'S GUIDE INTERACT CLASSIFIEDS

Welcome Guest

Search
Advanced Search

All Message Boards > Pocono Record News Forum > Reader Reactions >

## POCONO RECORD NEWS FORUM

Reader Reactions

### HICKS TO FACE TRIAL IN DEANNA NULL DISMEMBERMENT CASE

Discussions Keep Reading

1 of 1

**On Mar 14, 2008 at 05:32 PM, Vigilante said:**

It is just amazing how many stories are in the news this week regarding cold blooded murders being committed by guys that meet this boy's "profile". I'm sick of it!!

Vigilante
My Comments
Member Since:
9/14/2007

Discussions Keep Reading

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

DRIVERS - TRACTOR
FLANDERS, NJ Pocono Record Classified Ad

CABLE TV INSTALLERS
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

## *Man in court over Poconos slaying, dismemberment*

The Associated Press State & Local Wire

March 14, 2008 Friday 4:52 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 99 words

**Dateline:** TOBYHANNA Pa.

## Body

A Monroe County man accused of killing a woman, cutting up her body and scattering body parts in trash bags in the Poconos is in court.

Testimony began late Friday morning in the preliminary hearing for 33-year-old Charles Ray Hicks of Tobyhanna.

Hicks is charged in the death of 36-year-old Deanna Marie Null. Parts of her body, except her hands, were found Jan. 29 in various trash bags scattered along Interstates 380 and 80. Hicks was arrested last weekend at his home, where investigators say they found severed human hands inside.

Information from: Trish Hartman/WNEP-TV, *http://www.wnep.com*

**Load-Date:** March 15, 2008

End of Document

## *Man to stand trial in Poconos slaying, dismemberment*

The Associated Press State & Local Wire

March 14, 2008 Friday 7:11 PM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 95 words

**Dateline:** TOBYHANNA Pa.

# Body

A Monroe County man has been ordered to stand trial in the death of a woman whose body parts were found scattered in trash bags in the Poconos.

The preliminary hearing was held Friday for 33-year-old Charles Ray Hicks of Tobyhanna.

Hicks is charged in the death of 36-year-old Deanna Marie Null. Parts of her body, except her hands, were found Jan. 29 in trash bags scattered along Interstates 380 and 80. Hicks was arrested last weekend at his home, where investigators say they found severed human hands inside.

Information from: Trish Hartman/WNEP-TV, *http://www.wnep.com*

**Load-Date:** March 15, 2008

End of Document

## *AROUND PENNSYLVANIA*

Patriot News (Harrisburg, Pennsylvania)

March 15, 2008 Saturday, FINAL EDITION

Copyright 2008 The Patriot News Co. All Rights Reserved

**Section:** LOCAL/STATE; Pg. B08; AROUND PENNSYLVANIA

**Length:** 431 words

## Body

FAYETTE COUNTY UNIONTOWN Inmate convicted of rape A man convicted of raping his cellmate at a state prison in Fayette County has been designated a sexually violent predator.

William Alexander Ross, 42, was convicted and sentenced to 10 to 20 years in prison for raping another man at the State Correctional Institute-Fayette in Luzerne Twp. on Nov. 7, 2006.

Ross was serving time for two convictions -- on a 1988 rape and a 1993 third-degree murder -- in Washington County.

JEFFERSON COUNTY

BROCKWAY

State senator recovering

Pennsylvania's highest-ranking state senator, Joe Scarnati, expects to return to Harrisburg next week after surgery to remove pappilary thyroid cancer.

The surgery has left Scarnati, 46, with a 4-inch incision near his Adam's apple.

Scarnati, who underwent the operation March 5, said doctors told him they removed all of the cancer, which they discovered in December during a routine physical exam.

Scarnati, a Republican, was first elected in 2000 and became the Senate's president pro tempore last year.

LYCOMING COUNTY

TROUT RUN

Route 15 project begins

Midstate drivers who have returned from upstate New York via Route 15 in bad weather know the danger of the curved section at Steam Valley Mountain.

PennDOT broke ground Friday on a three-year, $60 million project to straighten a 5.5-mile segment north of Trout Run where several trucks have overturned.

The project, designed by Gannett Fleming Inc. of Camp Hill, also includes two interchanges, one with Route 184, and reconstruction of three miles of the northbound lanes.

MONROE COUNTY

AROUND PENNSYLVANIA

TOBYHANNA

Man charged in death

A Tobyhanna man was ordered Friday to be tried in the death of a woman whose body parts were found scattered in trash bags.

Charles Ray Hicks, 33, is charged in the death of Deanna Marie Null, 36. Parts of her body, except her hands, were found Jan. 29 in trash bags scattered along interstates 380 and 80.

Hicks was arrested last weekend at his home, where investigators said they found severed human hands.

TIOGA COUNTY

LIBERTY

Man mistimes robbery

A Tioga County man is accused of an attempted bank robbery -- and if poor planning were a crime, he'd probably be charged with that, too.

Police said a man pulled up outside the Citizens and Northern Bank in Liberty on Thursday and waited in his car for about 20 minutes.

Then he tried to enter the bank wearing a ski mask and carrying a rifle, they said.

However, that particular branch closes at noon on Thursdays and he couldn't get in.

The man fled, but bank employees took note of his license plate number.

Correspondent John Beauge and The Associated Press

-END-

**Load-Date:** April 11, 2008

---

End of Document

TX00064.SGM

# The Morning Call Merlin Archive

**Merlin ID:**      4018239
**Publication**     3/15/2008
**Page:**           B1
**Edition:**        SECOND
**Section:**        Local
**Type:**           Local
**Length:**         medium
**Dateline:**
**Day:**            Saturday
**Column:**
**Series:**

**Caption:**
Hicks

**Correction:**

**Memo:**

**Keywords:**

**Byline:**      By Joe McDonald   Of The Morning Call

**Headline:**    **Body parts case is sent   to court   Coolbaugh man says he can explain why woman's hands were found in his home.**

The man accused of killing a woman and scattering her body parts along two interstate highways told a state trooper he could explain why her hands were found tucked behind a wall in his Monroe County home, a trooper testified Friday.

But Charles Ray Hicks didn't provide the explanations, saying he wanted to talk to his lawyer first, Trooper Robert Sebastinelli said at a  preliminary hearing that ended with all charges against Hicks sent to county court.

"You can call and tell us why the hands were in your house," Sebastinelli said a trooper told Hicks, 33, of Coolbaugh Township.

Hicks, who is is charged with homicide in the death of 36-year-old Deanna Null of Scranton, allegedly made the remark while

TX00064.SGM

**(Merlin ID 4018239 - Text continued)**

troopers were driving him to Monroe County Prison after his arrest on March 8, Sebastinelli said.

Null's dismembered body was found Jan. 29 strewn along Interstates 380 and 80 in Monroe and Lackawanna counties.

Outside the Coolbaugh courtroom after the hearing, Hicks' uncle Burks Dixon of Cleveland shook his head in disbelief.

"I don't believe this," Dixon said. "I believe [the troopers] are lying."

Sebastinelli said Hicks began questioning the troopers after he was arraigned March 8 by Stroud Township District Judge Thomas Shiffer Jr., who sent Hicks to jail without bail.

"So what did you guys find in my house?" Hicks asked the troopers, Sebastinelli said.

"We found Deanna's hands," Sebastinelli said he replied.

Hicks asked if any blood was found, then said, "You didn't find a lot of blood," Sebastinelli testified.

Hicks then asked the troopers if they had ever fought for their lives.

"If she fought for her life, I'd be marked up," Hicks told the troopers, Sebastinelli said. One of the troopers told Hicks he would not be marked up if he knocked her down from the back, Sebastinelli said.

State police collected 120 items from Hicks' home when they searched it, said Trooper John Corrigan, who works in the forensic services unit at the state police barracks in Hazleton.

Corrigan described how the hands were wrapped in layers of socks, bags and a Scranton newspaper and hidden near bathroom plumbing inside the house at 131 Prospect St..

Among the items seized were a reciprocating saw blade found under a floor mat, another blade in a fire pit and a third about 10 feet away, as well as a razor knife, Corrigan said.

He said the socks the hands were wrapped in were similar to other socks found in Hicks' master bedroom dresser -- exceptionally large, so large they would come up over Corrigan's knees if he put them on. Poured inside the layers of socks, bags and newspaper was a detergent, he said.

The detergent apparently masked the odor of the flesh. Corrigan said a dog trained to sniff for cadavers didn't find the hands in the house.

Testimony also was presented on Hicks' relationship with Null and how he met her. Trooper Craig Vanlouvender of state police at Swiftwater said Hicks told the troopers he was driving through Scranton and asked a man on the street, "Where are the girls?"

The man took Hicks to an apartment building, and he later came out with Null. Hicks said he had sex with her on two occasions, both in his car, after getting drugs for her. Hicks told the troopers he also smoked crack with Null, Vanlouvender said.

Before he was arrested, Hicks told troopers in an interview at the Swiftwater barracks that he had attempted suicide about five months ago, Vanlouvender said.

"I remember him talking about a divorce being a rocky situation," the trooper said, though he wasn't sure if that was why Hicks apparently tried to kill himself.

Besides homicide, Hicks is charged with aggravated assault, tampering with evidence and abuse of corpse.

## *Body parts case is sent to court Coolbaugh man says he can explain why woman's hands were found in his home.*

Morning Call (Allentown, Pennsylvania)

March 15, 2008 Saturday, SECOND Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** Local; Pg. B1

**Length:** 612 words

**Byline:** Joe McDonald Of The Morning Call

## Body

The man accused of killing a woman and scattering her body parts along two interstate highways told a state trooper he could explain why her hands were found tucked behind a wall in his Monroe County home, a trooper testified Friday.

But Charles Ray Hicks didn't provide the explanations, saying he wanted to talk to his lawyer first, Trooper Robert Sebastinelli said at a  preliminary hearing that ended with all charges against Hicks sent to county court.

"You can call and tell us why the hands were in your house," Sebastinelli said a trooper told Hicks, 33, of Coolbaugh Township.

Hicks, who is is charged with homicide in the death of 36-year-old Deanna Null of Scranton, allegedly made the remark while troopers were driving him to Monroe County Prison after his arrest on March 8, Sebastinelli said.

Null's dismembered body was found Jan. 29 strewn along Interstates 380 and 80 in Monroe and Lackawanna counties.

Outside the Coolbaugh courtroom after the hearing, Hicks' uncle Burks Dixon of Cleveland shook his head in disbelief.

"I don't believe this," Dixon said. "I believe [the troopers] are lying."

Sebastinelli said Hicks began questioning the troopers after he was arraigned March 8 by Stroud Township District Judge Thomas Shiffer Jr., who sent Hicks to jail without bail.

"So what did you guys find in my house?" Hicks asked the troopers, Sebastinelli said.

"We found Deanna's hands," Sebastinelli said he replied.

Hicks asked if any blood was found, then said, "You didn't find a lot of blood," Sebastinelli testified.

Hicks then asked the troopers if they had ever fought for their lives.

"If she fought for her life, I'd be marked up," Hicks told the troopers, Sebastinelli said. One of the troopers told Hicks he would not be marked up if he knocked her down from the back, Sebastinelli said.

State police collected 120 items from Hicks' home when they searched it, said Trooper John Corrigan, who works in the forensic services unit at the state police barracks in Hazleton.

Body parts case is sent to court Coolbaugh man says he can explain why woman's hands were found in his home.

Corrigan described how the hands were wrapped in layers of socks, bags and a Scranton newspaper and hidden near bathroom plumbing inside the house at 131 Prospect St..

Among the items seized were a reciprocating saw blade found under a floor mat, another blade in a fire pit and a third about 10 feet away, as well as a razor knife, Corrigan said.

He said the socks the hands were wrapped in were similar to other socks found in Hicks' master bedroom dresser -- exceptionally large, so large they would come up over Corrigan's knees if he put them on. Poured inside the layers of socks, bags and newspaper was a detergent, he said.

The detergent apparently masked the odor of the flesh. Corrigan said a dog trained to sniff for cadavers didn't find the hands in the house.

Testimony also was presented on Hicks' relationship with Null and how he met her. Trooper Craig Vanlouvender of state police at Swiftwater said Hicks told the troopers he was driving through Scranton and asked a man on the street, "Where are the girls?"

The man took Hicks to an apartment building, and he later came out with Null. Hicks said he had sex with her on two occasions, both in his car, after getting drugs for her. Hicks told the troopers he also smoked crack with Null, Vanlouvender said.

Before he was arrested, Hicks told troopers in an interview at the Swiftwater barracks that he had attempted suicide about five months ago, Vanlouvender said.

"I remember him talking about a divorce being a rocky situation," the trooper said, though he wasn't sure if that was why Hicks apparently tried to kill himself.

Besides homicide, Hicks is charged with aggravated assault, tampering with evidence and abuse of corpse.

## Graphic

Hicks;Photo by Unknown.

**Load-Date:** March 18, 2008

---

## *Homicide suspect ordered to trial: Charles Ray Hicks, formerly of Texas, charged in death of dismembered woman.*

The Times Leader (Wilkes-Barre, Pennsylvania)

March 15, 2008 Saturday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 720 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Mar. 15--TOBYHANNA -- former Texas man will be tried in the death of a 36-year-old woman whose body parts were found in several trash bags along interstate highways in the Poconos.

Charles Ray Hicks, 33, of Tobyhanna appeared emotionless at his preliminary hearing in a crowded courtroom Friday morning as he learned he would stand trial for his alleged involvement in Deanna Marie Null's murder.

District Judge Anthony Fluegel decided after nearly two hours of testimony that there was probable cause to charge Hicks with criminal homicide, in addition to aggravated assault, tampering with evidence and abuse of the Scranton woman's corpse.

Despite a pair of severed hands found in the bathroom of Hicks' home at 131 Prospect St., just a few miles down the road from Fluegel's chambers in Tobyhanna, deputy chief public defender William Sayer disagreed with the abuse of a corpse charge, a misdemeanor of the second degree.

Sayer could not convince the judge that there was no evidence linking Hicks to homicidal violence of Null's body. The hands believed to be Null's were wrapped in the Scranton newspaper dated Feb. 4.

Hicks' mother, Emma Hicks, who rode a Greyhound bus from Burleson, Texas, to Tobyhanna, said her son is innocent. Her sister, Susie, and a relative, Burks Dixon, joined her at Friday's hearing.

"He did not kill her," said Hicks' mother before heading into the courtroom.

Hicks' aunt does not believe her nephew is responsible for Null's death.

"There's just so much stuff they're saying it makes me believe it's a setup because I know he didn't do it. Some of the things they said were lies. And, I know that they were lies," she said. "The police was behind this. They had stuff so mapped out."

Null's dismembered remains were found scattered on Interstate 380 and Interstate 80 on Jan. 29. Her hands were the only body parts missing, according to state police at Swiftwater.

Police found garbage bags identical to those in which Null's parts were found in Hicks' attic. Hicks was the last person seen with Null, who apparently was killed within several days of Jan. 18 or 19, when she climbed into the seat of an older model sedan in Scranton.

Homicide suspect ordered to trial: Charles Ray Hicks, formerly of Texas, charged in death of dismembered woman.

Hicks, who worked as a contractor at Tobyhanna Army Depot, told state police he gave Null money and drugs for sex. They drove around in his Mercury Grand Marquis in Scranton, smoked crack cocaine together and had sex on two occasions.

The blue vehicle with the white rag top was parked in front of Hicks' home for more than six weeks, according to neighbor Kimberly Lombard, of 135 Prospect St., who told investigators on March 4 about the vehicle driven by a black man in his 30s.

Investigators found a Die Hard work boot stained in what appeared to be blood in the trunk. Hicks could not explain to authorities the blood on his pair of boots. In the attic of the residence, police found five black plastic garbage bags with blue ties -- the same trash bags identical to bags Null's body parts were found in along the highways.

On March 8, police searched Hicks' residence, finding several items, from cosmetic eye liner to long hairs in sink drains, according to search warrant papers.

The socks in the drawers matched the socks used on the severed hands found behind a 12-inch-by-12-inch section of wood on the wall of the closet, which lured investigators to the plumbing chase. Paint cans, and a plastic bin with a small amount of paint left was next to the panel

Though both hands were wrapped with layers of detergent, socks and scrap newspaper, the smell of decomposing human flesh had rodents there first before investigators. A fingerprint was lifted near the venting panel.

Police removed a handheld saw and a circular blade from Hicks' home.

Owners of Hicks' residence, Amy and Oswaldo Mercado were working on the residence before Hicks signed his lease Jan. 27.

Jen Marckini, a Times Leader staff writer, can be reached at 829-7210.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** March 15, 2008

3HICKS



3HICKS.  Friday, March 14, 2008.  Charles Ray Hicks at his preliminary hearing in front of District Judge Anthony D. Fluegel on  homicide and related charges in the dismemberment death of Deanna Null.   CUTLINE:   (Pete Shaheen/TMC) *McDonald story. ORG XMIT: NGM_0JXQLQRR

**Published Caption:**
Hicks

**Headline:**
**Object:** 3HICKS
**Byline:** PETE SHAHEEN
**Byline Title:** STAFF PHOTOGRAPHER
**Date Created:** 3/13/2008
**Date Input:** 3/15/2008  1:48:23 AM
**City:** COOLBAUGH TOWNSHIP
**State:** PA
**Country:** USA
**Keywords:** SUSPECT, CRIME, MURDER, ABUSE, CORPSE, AGGRAVATED ASS/3/15/2008
**Subjects:**
**Instructions:**
**Object Type:**
**Story Slug:**

**Credit:** TMC
**Source:** STAFF PHOTO - DIGITAL
**Section:** Local
**Edition:** SECOND
**Page:** B1
**Zone:**
**Size:** 1696 X 2400 (uncropped)
**Merlin ID:** 4018023

*Published 3/15/2008*



Hit the books, then hit the slopes • Page A3

# POCONO RECORD

SATURDAY
March 15, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 114, No. 349 | © Copyright 2008 | 75 CENTS

---

## DEANNA MARIE NULL KILLING-DISMEMBERMENT CASE

# Suspect faces murder trial

**By ANDREW SCOTT**
Pocono Record Writer

TOBYHANNA — Sitting with family members Friday, Deanna Marie Null's mother held a small picture of her and listened as a state trooper testified to finding Null's severed head alongside Interstate 380 on Jan. 29.

Charged with killing and dismembering Null, 36, and scattering trash bags containing her body parts along Interstates 380 and 80, a handcuffed Charles Hicks, 33, sat back in his chair beside defense attorney William Sayer. Looking as though his last good night's sleep was some time ago, Hicks listened to the testimony at Friday's preliminary hearing in Tobyhanna District Court, occasionally leaning his head from one side to the other.

At the end of the hearing, Magisterial District Judge Anthony Fluegel found

sufficient evidence to send all charges, including murder, aggravated assault, tampering with physical evidence and abusing a corpse, to trial in Monroe County Court. The District Attorney's Office declined to comment on criminal cases and investigations involving Hicks in other states.

Police said the investigation of Null's murder continues and there are no other suspects at this time.

Hicks' family told reporters after Friday's hearing that they believe police have the wrong man.

"I know he didn't do this," said his aunt, Susie Scott.

His uncle, Burke Dixon, said, "My nephew is a good man. He works hard. I don't believe he did this."

Police cite the following as evidence against Hicks:

See **MURDER**, Page A2



Charles Hicks sits in the back of a police car after his preliminary hearing in Tobyhanna on Friday afternoon. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.
DAVID KIDWELL/Pocono Record

> "My nephew is a good man. He works hard. I don't believe he did this."
>
> **BURKE DIXON**
> Uncle of suspect Charles Hicks

---

# Missing Bushkill man's body recovered

BUSHKILL — The body of a Lehman Township man missing since Feb. 26 has been found.

John Lester, 54, was found about 50 yards from Creek Road 2.4 miles from his home.

State police said that an autopsy would be conducted to determine the exact cause of his death but that preliminary reports indicated that Lester died from exposure to the elements. There were no signs of foul play, and it appears he had been there for some time.

Patrick Brown of Bushkill found Lester while out for a walk with his daughter Johanna Brown on Thursday.

"There is a spot where I like to sit, rest and let the dog get a drink out of the river," Brown said. In this case, the dog was in the car.



John Lester

See **BODY**, Page A2

---

# Bank bailout stems panic on Wall St.

**By STEPHEN BERNARD and JOE BEL BRUNO**
AP Business Writers

NEW YORK — On the verge of a collapse that could have shaken the very foundations of the U.S. financial system, investment bank Bear Stearns Cos. was bailed out Friday by a rival and the federal government.

The near-miss raised new alarm about the credit crisis — and whether other big firms might be in jeopardy.

The rescue came from JPMorgan Chase & Co. and, in an extraordinary step, the Federal Reserve, both rushing to pump new money into the venerable Wall Street firm after its financial state deteriorated so much in a 24-hour period that it threatened to fail.

Bear Stearns stock lost nearly half its market value, about $5.7 billion, in a matter of minutes, and pulled the broader market down

See **BAILOUT**, Page A2

---



James Gallaway hides his face after his preliminary hearing in Tobyhanna on Friday afternoon.
DAVID KIDWELL/Pocono Record

## Mt. Pocono stabbing goes to court

**By ANDREW SCOTT**
Pocono Record Writer

TOBYHANNA — A Coolbaugh Township man's family wept Friday while watching reporters and TV cameras swarm him as he was led from Tobyhanna District Court back to Monroe County Correctional Facility.

After waiving his right to a preliminary hearing on charges of stabbing his girlfriend's estranged husband at the Mount Pocono Motel, James Gallaway, 47, covered his face with a sheet of paper, hiding from reporters as police led him back through the courthouse parking lot to a squad car.

"Why do they have to be all over him like that?" an unidentified family

member asked, referring to the news media. "He's a good man with a family and a wife of 27 years standing behind him."

Gallaway waived his right to a preliminary hearing at the district court level and will head to county court, where he can go to trial, plead guilty or plead no contest on aggravated assault and other charges. He remains in county jail under a bail amount yet to be determined.

Police said they responded to the Mount Pocono Motel at 9:49 a.m. March 3 and learned the following:

Tammy Lepre-Foster had recently separated from her husband, Kevin Foster, and been having an affair with Gallaway.

Foster and Gallaway both arrived at her motel room at about the same time that morning and got into an argument over her relationships with both of them. The argument escalated into a physical fight, with Gallaway wielding a knife and stabbing Foster in the back of his head and neck, hip, back/armpit area and chest.

Foster was treated at the hospital for a punctured lung and other serious injuries.

Police later arrested Gallaway during a traffic stop as he left the area and found him with a partially smoked marijuana cigar. He had bloodstains on his jacket, boots and pants. He later admitted to stabbing Foster, claiming it was self-defense.

---

## Rising prices: Bread costs more dough

**By BETSY BLANEY**
Associated Press Writer

LUBBOCK, Texas — If you think the cost of gassing up your car is outrageous, wait until you need to restock your pantry.

The price of wheat has more than tripled during the past 10 months, making Americans' daily bread — and bagels and pizza and pasta — feel a little like luxury items. And baked goods aren't the only ones getting more expensive: Experts expect some 80 percent of grocery prices will spike, too, and could remain steep for years because wheat

and other grains are used to feed cattle, poultry and dairy cows.

"It's going to affect everything ... impact on every section of the grocery store," said Michael Bittel, senior vice president of King Arthur Flour Co. in Norwich, Vt.

Consumers such as Maria Cardena feel trapped by the prices. She said the bread she buys has jumped from 69 cents a loaf to $1.09 in recent weeks.

See **DOUGH**, Page A2

### Wheat prices show huge growth

The price of U.S. wheat has more than tripled during the past 10 months increasing the price of the nation's daily bread.

March 13 $18.00

Daily closing price for wheat futures

SOURCE: Minneapolis Grain Exchange | AP

---

TODAY'S FORECAST

Chance of rain and snow. High 43/49. Low 25/30.

Weather, B12



COMING SUNDAY

Joan Fitzgerald and Scott Heiss, owners of the historic Meadowbrook Inn near Tannersville, have added a monthly dinner theater featuring retired Broadway performers who live in the area. Coming in Sunday's Business.

| INSIDE THE RECORD | | | |
|---|---|---|---|
| ADVICE & BRIDGE | B11 | ENTERTAINMENT | B11 |
| HOROSCOPE | B11 | LOCAL & REGION | A3 |
| BUSINESS | C6 | LOTTERY | A2 |
| CLASSIFIED | C7-D12 | OPINION | A6-7 |
| COMICS, PUZZLES | B10 | | |

| POCONO LIFE | B1-2 |
|---|---|
| PUBLIC NOTICES | C7 |
| SPORTS | C1-4 |
| TV & WEATHER | B12 |
| U.S. & WORLD | A5 |
| YOUR COMMUNITY | B4-5 |





A 2   Saturday, March 15, 2008

Pocono Record

# DOUGH
From Page A1

"You have to buy it," said the 29-year-old mother from Lubbock, Texas. "You can't go without it. Everything has gone up."

The wheat market has been pushed higher by a combination of agricultural, financial and energy issues.

Poor wheat harvests in Australia and parts of Europe and the U.S. have caused China and other Asian countries to buy up more American crops, which are especially attractive because of the weak U.S. dollar.

At the same time, the American crop is shrinking because of federal incentives to grow corn for ethanol. And skyrocketing gas prices make it costlier to get any wheat to market. Those same pressures have also made it more expensive to supply feed grains for livestock.

At Bob's Red Mill flour company, wheat flour has typically been subject to retail price adjustments every five years. Now those increases are happening almost monthly.

"You look at the price and you say, 'Oh, my gosh,'" said Dennis Gilliam, executive vice president of sales and marketing for the company in Milwaukie, Ore. "It keeps climbing every day."

Wheat historically trades at $3 to $7 a bushel. But this week, futures of spring wheat — which produces the flour used in hearth breads, rolls, croissants, bagels and pizza crust — were close to $18 a bushel on the Minneapolis Grain Exchange. They climbed as high as $24 in late February.

Consumers pay an additional penny on wheat products for each dollar the price-per-bushel increases. "It's a huge impact," said Steve Mercer, spokesman for U.S. Wheat Associates, an industry group.

**WHITE BREAD COST** an average of 85 cents a pound in 1998 and $1.03 in February 2006. The price rose to $1.32 a pound last month, according to federal data.

And that's on top of overall food price increases of 4 percent last year and an additional 3.5 to 4.5 percent expected this year, according to federal data. Most years see 2.5 percent increases.

During the past few months, the price of cereals and baked goods has risen nearly 6 percent over the same time last year, federal officials reported.

Consumers can try to minimize costs by buying fewer wheat products, but the nation's bakers, pizzerias and other flour-dependent industries don't have that luxury.

Panera Bread Company is paying more than double what it paid for wheat in 2007 — an additional $26.5 million this year, according to its latest earnings report.

At Kraft Foods Inc., producer of Ritz crackers and Chips Ahoy cookies, the cost of commodities including wheat went up 9 percent last year, or about $1.3 billion. Spokeswoman Lisa Gibbons called that unprecedented and said the company doesn't expect prices to ease anytime soon.

The company has offset most of those costs by finding savings elsewhere, such as switching its Miracle Whip sandwich spread from glass to cheaper plastic bottles.

Some experts said wheat prices may be close to topping out. But whether prices come down, and when, is a guessing game.



Monroe County District Attorney David Christine talks to reporters after the preliminary hearing for Charles Hicks in Tobyhanna. Hicks is charged with killing and dismembering Deanna Marie Null.

DAVID KIDWELL/Pocono Record

# MURDER
From Page A1

- His car matches the description of the one Null was seen getting into when she was last seen alive in Scranton in mid-January.
- A boot with blood on it was found in his car trunk.

Also, police in early March searched Hicks' home at 131 Prospect St., Tobyhanna, where he had been living for about a month, and found the following:

- Null's severed hands concealed in a wall chase. Each hand had been wrapped in a bundle that included pages from the Feb. 4 issue of the Scranton Times-Tribune.
- Black plastic garbage bags with blue drawstrings (identical to the ones Null's body parts had been found in) in the unfinished attic. The attic was dusty, but the bags were not.
- A coping saw (apparently new with no signs of wear visible to the naked eye) in a bag of tools on a closet floor.
- Kitchen knives, resting on a towel and covered by a plate that had been left to dry.
- A reciprocating saw blade under a mat and a razor, both in the basement.
- A saw handle about 10 feet from a fire pit.

On his way to Monroe County Correctional Facility after being arrested March 8, Hicks told police he would meet with his attorney and then tell how the severed hands came to be in his home, State Trooper Robert Sebastianelli testified. Sayer after Friday's hearing declined to comment on this.

Others testified to the following:

- State Trooper David Andreuzzi said police examined

the insides of the bags that had contained Null's body parts and found no blood. Some of the bags had holes, made most likely by rodents. The body parts did not appear frozen when found.

- State Trooper Craig Van-Louvender said Hicks was interviewed at the state police barracks in Swiftwater on the day his property was searched. Hicks was told he was not under arrest, that he didn't have to talk to police and that he was free to end the interview and leave at any time.

Hicks told police he met Null when he went to Scranton in January, looking for girls to "hang out and have fun with."

He said he smoked crack cocaine with her and gave her money and drugs in exchange for sex on more than one occasion, but didn't kill her. He said that, after learning she had been murdered, he was scared to come forward, figuring she had been killed over drugs and fearing he himself might be in danger.

Hicks added that he had attempted suicide five months prior to being interviewed and wasn't taking any medication, but had been prescribed psychiatric medication in the past. He also said he had been through a rocky divorce.

VanLouvender noticed no unusual odor on Hicks or anything unusual about his appearance or eyes during the interview.

At the end of the hearing, Sayer said the severed hands being found in Hicks' home isn't enough to prove that Hicks abused Null's corpse, let alone killed her. But the judge disagreed, finding sufficient evidence to uphold the charges and send them to trial.

Hicks will appear in county court at a future date and remains in county jail without bail.

# BODY
From Page A1

Brown noticed a pair of legs beyond the clearing in the woods, and walked over to investigate.

There was cash blowing in the wind and a wallet. At first he thought it was a gag mannequin, but then quickly realized it was a real person.

"I thought, 'God, I've got to go get someone.' I knew someone must be looking for him. I went up to EMS station on Creek Road. They called the park rangers, who brought in state police troopers," Brown said.

Many people had looked for Lester.

He was last seen on Feb. 26 as he sat in his car outside the Winona Lakes home he shared with his girlfriend, Karin Marks.

Marks said that she saw him sitting in his car but when she looked again, he was gone, sparking a search that involved state police, search and rescue teams, search dogs and volunteer firefighters. The search was called off after several days of intense effort found no trace of Lester.

## LOTTERIES

Numbers drawn
Friday, March 14, 2008

### PENNSYLVANIA
www.palottery.com
MIDDAY DAILY: 3-3-7
MIDDAY BIG FOUR: 5-3-6-7
TREASURE HUNT: 8-14-21-22-24
DAILY: 8-4-6
BIG FOUR: 4-4-1-6
CASH FIVE: 1-12-22-26-43
Update: These players matched five numbers to win $276,215.
MATCH SIX: 12-27-34-35-37-46
Update: One player matched six numbers to win $500,000.

### NEW JERSEY
www.state.nj.us/lottery
MIDDAY PICK THREE: 9-3-1
MIDDAY PICK FOUR: 3-6-9-3
PICK THREE: 2-9-3
PICK FOUR: 3-5-7-5
CASH FIVE: 6-10-12-19-35
MEGA MILLIONS: 3-12-18-25-52
Mega Ball: 21

### NEW YORK
www.nylottery.org
MIDDAY DAILY: 9-4-2 Lucky Sum 15
MIDDAY WIN FOUR: 0-1-1-4 Lucky Sum 6
DAILY NUMBER: 1-9-4 Lucky Sum 14
WIN FOUR: 6-8-7-8 Lucky Sum 29
PICK TEN: 1-5-16-18-20-23-25-29-30-33-36-39-40-41-49-50-59-74-76-79

# BAILOUT
From Page A1

with it. The Dow Jones industrial average fell nearly 200 points.

If Bear Stearns were to go under, "it has the potential of bringing down the whole market," said Richard Bove, an analyst at Punk, Ziegel & Co. "This is the crescendo of the crisis."

JPMorgan and the central bank agreed to extend loans for 28 days to Bear Stearns, the nation's fifth-largest investment bank and the one hit hardest by the subprime mortgage mess.

Two hedge funds managed by Bear Stearns failed last summer, setting off a credit crisis that has swept up banks and brokerages around the globe.

In backing up JPMorgan, the Fed dusted off a rarely used, Depression-era provision to provide loans. It also said it was ready to step in to fight an erosion of confidence in the nation's

## Bearish trading

Bear Stearns shares fell $27, or 47 percent, to $30 after a plan was announced to alleviate its liquidity crisis.

Bear Stearns Co. (BSC)
weekly in minutes
$90 per share



SOURCE: Thomson Financial    AP

largest financial institutions.

Officials from the Fed and the Securities and Exchange Commission held conference calls throughout the day Thursday to assess the potential impact on the broader economy, according to a Treasury official, who spoke on condition of anonymity because of the sensitive nature of the discussions.

For Bear, the crisis started when market speculation grew that it might have to seize collateral — mostly mortgage-backed securities worth next to nothing — from the private equity firm Carlyle Group.

Carlyle runs a bond fund and has come under intense pressure during the past week from creditors demanding collateral to back their investments.

As speculation swelled in the market, investors, customers and lenders raced to withdraw their money or rescind their credit lines. By Thursday night, Bear Stearns Chief Executive Alan Schwartz said, the bank realized the withdrawals might outpace the bank's resources — so it reached out to JPMorgan for help.

JPMorgan, the nation's third-largest bank, has been hurt far less by the mortgage mess than other financial institutions. It will provide secured loans to Bear for four weeks — insured, in essence, by the Fed.

Schwartz said it would buy Bear time and allow it to convince customers "that we have the ability to fund ourselves every day, to do business as usual."

No one has disclosed how large the financing offered to Bear Stearns is.

The CEO also confirmed — as many on Wall Street had suspected — that Bear Stearns could be up for sale. He told analysts on a conference call that the bailout is a "bridge to a more permanent solution."



**Live Entertainment Returns**
Friday & Saturday Nites
476-0900

Enjoy traditional St. Paddy's Day food & drink
All Draft Beer, including Guinness and Smithwick $2.00/pint all day!
Free Hot Corned Beef Hoagies in the Lounge during Happy Hour 5-7pm
Try one of our house Irish speciality cocktails!

GUINNESS

Homemade Corned Beef and Cabbage
Gaelic Steak · Authentic Irish Smoked Salmon

Lunch 11:30am - 4pm only $8.95 · Dinner 4pm - ? only $14.95

Haagen-Dazs Pistachio Ice Cream ........ $2.00
Bailey's Irish Cream Pie ........ $2.00

Our Regular Menu is Always Available!

THE ORIGINAL Bailey's BAR & ALEHOUSE

Rt. 611, Mt. Pocono
570/839-9678
Rt. 611, Tannersville
570/629-2277

Sunday, March 16th & Monday, March 17th Only!



PICTURE FRAMES 50% OFF

EASTER GIFTS 50% OFF

ODD-LOT OUTLET

TANNERSVILLE · ROUTE 611
1-80 EXIT 299
570-620-9000
MARSHALLS CREEK · ROUTE 209
1-80 EXIT 309
570-476-1900
www.oddlotoutlet.com

SATURDAY'S DEAL OF THE WEEK!
FREE ONE GREEN DOUBLE SCENTED VOTIVE CANDLE
Limit One · Expires 3/21/08

POCONO CANDLE
Business Route 209, East Stroudsburg, PA 18301
(570) 421-1832



Sun Spa Sauna
Relaxation Center
(Men & Women)
· Dry Sauna
· Steam Sauna
· Shiatsu &
· Swedish Styles

Internet
SERVING STROUDSBURG
Unlimited Hours, No Contracts!
$9.95
LocalNet
570-422-1265



# POCONO RECORD
Your home. Your neighbor. Your news.

Established April 1, 1894
Division of Ottaway Newspapers of Pennsylvania, LP
511 Lenox Street, Stroudsburg, PA 18360
570-421-3000 · 800-756-4237

## How To Reach Us

| News | | Advertising | | Subscription Services |
|---|---|---|---|---|
| News | 570-420-4484 | Classified | 570-421-3000 | |
| Sports | 570-420-4389 | Fax | 570-424-2625 | |
| Lifestyles | 570-420-4380 | | | |
| Editorial Page | 570-420-4348 | Retail | 570-421-3000 | |
| Fax | 570-421-6284 | Fax | 570-424-2056 | |
| Toll Free | 800-756-4237 | advertising@poconorecord.com | | |

poconorecord.com
poconorecord.com/sage
poconorecord.com/epcn

Eastern Poconos Community News

Suspect faces trial in Deanna Null slaying - poconorecord.com -...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/homes
Find a Home

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Suspect faces trial in Deanna Null slaying - poconorecord.com -...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

## Suspect faces trial in Deanna Null slaying

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com   FIND IT!

Photo 1 of 7 | Zoom Photo +



Charles Hicks, 33, of Tobyhanna, will head to trial in Monroe County Court on charges of murdering and dismembering Deanna Marie Null.

David Kidwell/Pocono Record

Text Size: A | A | A

Print this Article
Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us
reddit
MY YAHOO!
Digg This Story
STUMBLEUPON
Add to Google
Seed Newsvine



Sprint

Unlimited nationwide texting

By **Andrew Scott**
Pocono Record Writer
March 15, 2008

TOBYHANNA — Sitting with family members Friday, Deanna Marie Null's mother held a small picture of her and listened as a state trooper testified to finding Null's severed head alongside Interstate 380 on Jan. 29.

Charged with killing and dismembering Null, 36, and scattering trash bags containing her body parts along interstates 380 and 80, a handcuffed Charles Hicks, 33, sat back in his chair beside defense attorney William Sayer. Looking as though his last good night's sleep was some time ago, Hicks listened to the testimony at Friday's preliminary hearing in Tobyhanna District Court.

At the end of the hearing, Magisterial District Judge Anthony Fluegel found sufficient evidence to send all charges, including murder, aggravated assault, tampering with physical evidence and abusing a corpse, to trial in Monroe County Court. The District Attorney's Office declined to comment on criminal cases and investigations involving Hicks in other states.

Police said the investigation of Null's murder continues and there are no other suspects at this time.

Hicks' family told reporters after Friday's hearing that they believe police have the wrong man.

"I know he didn't do this," said his aunt, Susie Scott.

His uncle, Burke Dixon, said, "My nephew is a good man. He works hard. I don't believe he did this."

Police cite the following as evidence against Hicks:

- His car matches the description of the one Null was seen getting into when she was last seen alive in Scranton in mid-January.
- A boot with blood on it was found in his car trunk.

Also, police in early March searched Hicks' home at 131 Prospect St., Tobyhanna, where he had been living for about a month, and found the following:

- Null's severed hands concealed in a wall chase. Each hand had been wrapped in a bundle that included pages from the Feb. 4 issue of the Scranton Times-Tribune.
- Black plastic garbage bags with blue drawstrings (identical to the ones Null's body parts had been found in) in the unfinished attic. The attic was dusty, but the bags were not.
- A coping saw (apparently new with no signs of wear visible to the naked eye) in a bag of tools on a closet floor.
- Kitchen knives, resting on a towel and covered by a plate that had been left to dry.
- A reciprocating saw blade under a mat and a razor, both in the basement.
- A saw handle about 10 feet from a fire pit.

On his way to Monroe County Correctional Facility after being arrested March 8, Hicks told police he would meet with his attorney and then tell how the severed hands came to be in his home, State Trooper Robert Sebastianelli testified. Sayer after Friday's hearing declined to comment on this.

Others testified to the following:

- State Trooper David Andreuzzi said police examined the insides of the bags that had contained Null's body parts and found no blood. Some of the bags had holes, made most likely by rodents. The body parts did not appear frozen when found.
- State Trooper Craig VanLouvender said Hicks was interviewed at the state police barracks in Swiftwater on the

### RELATED STORIES

A Friend Arrested For Murder: Body Parts Case  ▶ VIDEO

Arraignment of Charles Hicks  ▶ VIDEO

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

### RELATED PHOTO GALLERIES



More

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

Suspect faces trial in Deanna Null slaying - poconorecord.com -...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

day his property was searched. Hicks was told he was not under arrest, that he didn't have to talk to police and that he was free to end the interview and leave at any time.

Hicks told police he met Null when he went to Scranton in January, looking for girls to "hang out and have fun with."

He said he smoked crack cocaine with her and gave her money and drugs in exchange for sex on more than one occasion, but didn't kill her. He said that, after learning she had been murdered, he was scared to come forward, figuring she had been killed over drugs and fearing he himself might be in danger.

Hicks added that he had attempted suicide five months prior to being interviewed and wasn't taking any medication, but had been prescribed psychiatric medication in the past. He also said he had been through a rocky divorce.

VanLouvender noticed no unusual odor on Hicks or anything unusual about his appearance or eyes during the interview.

At the end of the hearing, Sayer conceded the prosecution had provided sufficient evidence of Hicks probably being the one who abused Null's corpse, but not of him being the one who caused her death. The judge disagreed, finding sufficient evidence to uphold all charges.

Hicks will appear in county court at a future date and remains in county jail without bail.

HOME

▣ Be the first to know - Sign up for text alerts    ✉ Sign up for e-mail newsletters

READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

|  | You are currently not logged in |
|---|---|
|  | Login to comment. |

|  | On March 17, 2008 at 12:39 PM , Sniper said: |
|---|---|
|  | Have to have a broom gun !  Full Message |
| Sniper |  |
| Member since: 12/21/2006 |  |

Browse All Forums | View All Comments | Login | Register

Ads by Google

Free Police Records?
Lookup Free Police Records On Anyone Right Now.
Official Service®
PoliceRecords.GovPoliceRecords.com

Instant Criminal Records
Nationwide Criminal, Felony & Sex Offender Checks.
Updated Regularly.
www.intelius.com

Coffee Exposed 🌿
A shocking secret coffee co's don't want you to know
www.coffeefool.com

Criminal Court Records
Find All Court Records In Seconds. County Official
Source. Search Now!
www.CourtsDatabase.org

Ads by Google

🖶 Print this Article   ✉ Email this Article

Share
🔖 del.icio.us          Digg This Story
🔴 reddit               STUMBLEUPON
🟣 MY YAHOO!            Add to Google
🟠 Seed Newsvine

TOP JOBS

MEDICAL Busy medical
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Telemarketing En
Stroudsburg, PA Pocono Record Classified Ad

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

TOP CARS

   

$8,495                 $13,473
2005 Dodge Neon        2006 Mercury Grand
Brown Daub Dodge       Marquis
                       Brown Daub Ford Lincoln
                       Mercury

   

2007 Mazda MAZDA6      2005 Chevrolet Cobalt
Brown Daub Ford Lincoln   Brown Daub Kia
Mercury

Show All Featured Cars

TONIGHT IN PRIME TIME

| | | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|---|
| WYOU | | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | | Blizzard HD | | | | My 9 News New | |
| WSWB | | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it


Subscribe to The Pocono Record

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

**2 of 7**   ◀ ▶



Susie Scott, aunt of Charles Hicks, leaves Hick's preliminary hearing in Tobyhanna Friday afternoon. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

3 of 7



Monroe County District Attorney David Christine talks to reporters after the preliminary hearing for Charles Hicks in Tobyhanna. Hicks is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

4 of 7



William Sayer, attorney for Charles Hicks, leaves court in Tobyhanna Friday. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

5 of 7



Charles Hicks sits in the back of a police car after his preliminary hearing in Tobyhanna on Friday afternoon. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 398 of 760

**6 of 7**



Charles Hicks is escorted from his preliminary hearing in Tobyhanna Friday afternoon. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend | Submit Your Own Photo

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

7 of 7   ◀ ▶



Charles Hicks, left, with his attorney, William Sayer, at his side, leaves his preliminary hearing in Tobyhanna Friday afternoon. Hicks, 33, is charged with killing and dismembering Deanna Marie Null.

*David Kidwell/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...



Monday, December 08, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                    Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >    Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**SUSPECT FACES TRIAL IN DEANNA NULL SLAYING**

| Discussions | | 1 2 3 | | Keep Reading |

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [          ] FIND IT!


thepoconos.com

**1 of 28**



On Mar 15, 2008 at 07:11 AM, scooter721 said:

You gotta hand it to them lawyers. "Just because her severed hands were found in his house, doesn't mean he killed her... SHEESH!!!!!!!!!!!!

scooter721
My Comments
Member Since:
1/31/2007

Write a Review

**TOP JOBS**
ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

WAITRESS / WAITER
BLAKESLEE, PA Pocono Record Classified Ad

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**2 of 28**

On Mar 15, 2008 at 08:00 AM, stotricus said:

I hope they fry him.

stotricus
My Comments
Member Since:
6/13/2007

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming Soon

View All Featured Ads

**3 of 28**

On Mar 15, 2008 at 08:07 AM, jennnnn said:

This is where the eye-for-an-eye law should be back in effect, and someone needs to cut up this man and tie him up in bags. God rest Deannas soul, and hope that she was dead before he did these horrible, disturbing things.

jennnnn
My Comments
Member Since:
12/13/2007

**4 of 28**

On Mar 15, 2008 at 08:16 AM, tdavey said:

It's funny that her Mother was there...didn't seem like she cared enough to help her Daughter before she died...another phony...

tdavey
My Comments
Member Since:
11/28/2007

**5 of 28**

On Mar 15, 2008 at 09:06 AM, ConcernedLocal said:

How do you drive around with a bloody boot in your trunk and not know it?? If he is totally innocent why didn't he question who was setting him up. A person who is innocent will fight like a wild dog for his rights and this looney just says "you got the wrong guy"!! That's a bunch of BS.. The monster needs to be locked up in a cage and throw away the key or better yet the death penalty should be sufficient.

ConcernedLocal
My Comments
Member Since:
8/15/2007

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...

TOP CARS


**$13,473**
2006 Mercury Grand Marquis
**Brown Daub Ford Lincoln Mercury**


2007 Mazda MAZDA6
**Brown Daub Ford Lincoln Mercury**


2005 Chevrolet Cobalt
**Brown Daub Kia**


**$14,250**
2006 Nissan Altima
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars

**6 of 28**


**gladys**
My Comments
Member Since: 2/6/2007

**On Mar 15, 2008 at 09:08 AM, gladys said:**

tdavey,

It may have seemed to you her mother didn't care about Deanna before she died, but don't presume to know the dynamics of this family. If you have never had a family member on drugs or otherwise estranged, you might not realize that a parent never stops loving and caring about their child. Sometimes, you have to distance yourself from the behavior though.

**7 of 28**


**Rockabilly**
My Comments
Member Since:
7/20/2007

**On Mar 15, 2008 at 09:47 AM, Rockabilly said:**

Gladys, I agree, we call it tough love. Sometimes it helps and then other times it does not depending on what road the person hooked wants to head on. A lot of times the person deceives those who love them and take advantage of the help. As a parent you always keep the love you have for your child, regardless. Disappointment would be a better word to use which doesn't mean they don't care. There has been nothing definitely stating in any article that the blood on the boot was Deanna's. Forensics I am sure are looking at the cuts on the bones and comparing them to the ones from Deanna's body to see if the marks and cuts are compatible. It seems the only thing they have for sure is that they were her hands. Does anyone have an idea of how long it would take for forensics to be done on the boots or any of the knives/saws found to make it definitely Deanna's blood?

Messages 5706.8 through 5706.9 were deleted

**10 of 28**


**Jane101**
My Comments
Member Since:
1/24/2008

**On Mar 15, 2008 at 11:34 AM, Jane101 said:**

Like I have said before on previous posts for this case, this guy is guilty as hell. I think the Pocono Record should stop posting the articles of this above the fold on the front page. Why give this guy any news coverage, he is truly troubled and messed up. We need to institute public execution again.

Discussions            [1] 2 3            Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messa...



Monday, December 08, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com
Write a Review

# POCONO RECORD
News & Information from Northeast Pennsylvania

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record News Forum > Reader Reactions >

Search [ ] 🔍

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**SUSPECT FACES TRIAL IN DEANNA NULL SLAYING**

Discussions                    1 [2] 3                    Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]

---

**CatchurDream**
My Comments
Member Since:
12/9/2007

11 of 28

On Mar 15, 2008 at 12:03 PM, CatchurDream said:

Shrek1.. Doesn't matter if she chose that life , she didn't deserve to die that way. And if you know anything about addiction, it controls your life , makes you a totally different person , someone that you yourself don't even know. And you would do anything for that next high no matter who you hurt. Do you think that she knew when she went for that high it would be her last ..NO they dont see it that way , they want that high , the feeling like nothing is wrong, no one can hurt them , they are on top of the world and in control . And this scum took advantage of that , hang the ba*t*rd!

---

**transplantednyer**
My Comments
Member Since: 3/9/2007

12 of 28

On Mar 15, 2008 at 02:03 PM, transplantednyer said:

William Sayer is the WOSRT lawyer in the county .. His nic name is "Send them away Sayer" Every Client he gets ends up doing time .. Never did one of his clients ever walk from a charge .. if i was Hicks I'd defend myself rather than have Sayer defend me ,, he is a real estate lawyer, and he does wills .. look him up in the phone book .. what a joke ,.

---

🗑 Message 5706.13 was deleted 🗑

---

**MainStreetMike**
My Comments
Member Since: 6/8/2007

14 of 28

On Mar 15, 2008 at 02:41 PM, MainStreetMike said:

Sayer said the severed hands being found in Hicks' home isn't enough to prove that Hicks abused Null's corpse, let alone killed her... He wuz jus storing dem 4 a friend, right?

---

**eyethere**
My Comments
Member Since:
7/18/2007

15 of 28

On Mar 15, 2008 at 10:46 PM, eyethere said:

It takes a heck of a guy with no scruples to defend such a piece of $$#@@.
I could never be an attorney for a defendant. Never! Not worth a million dollars.
You just don't have a pair of hands from the same person with a boot in your vehicle and be innocent. Hang 'em High!!!

---

**fraudstoper**
My Comments
Member Since: 3/7/2008

16 of 28

On Mar 16, 2008 at 11:58 PM, fraudstoper said:

I agree with 1oo% with eyethere comment..also I want to add the same matching trash bags with the blue ties and the hacksaw..please this guy is guilty as sin

---

Pocono Record
Daily Headlines
Breaking News Updates

Sign Up Now

**TOP JOBS**
**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**WAITRESS / WAITER**
BLAKESLEE, PA Pocono Record Classified Ad

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**PA - C/CRNP for busy**
EAST STROUDSBURG, Pennsylvania Pocono Record Classified Ad

More jobs...

**TOP HOMES**

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messa...



TOP CARS


$10,900
2008 Suzuki Forenza
Mick Motors


$8,495
2005 Dodge Neon
Brown Daub Dodge


2007 Mazda MAZDA6
Brown Daub Ford Lincoln Mercury


2005 Jeep Wrangler
Brown Daub Kia


Show All Featured Cars



**17 of 28**

On Mar 17, 2008 at 11:18 AM, petersonjuror said:

eyethere and fraudstoper, I do not know Attorney Sayer, so I can not really speak about him personally, however I will say that I am glad that EVERYONE who is accused of a crime can get a trial and a defense. If you were accused of a crime, you'd certainly want a defense and you are guaranteed in this country to have one. Though our system is not perfect, I thank God for the people who work to attempt to uphold our rights. Since I only know what I know about this case from reading about it in the Pocono Record, I believe that I will wave judgement and wait and see what a jury thinks. As far as I am concerned this guy is still innocent.

petersonjuror
My Comments
Member Since:
3/16/2007

---

**18 of 28**



On Mar 17, 2008 at 11:28 AM, Arthur1970 said:

"As far as I am concerned this guy is still innocent."

I'm sure there is a perfectly innocent reason he had her hands in his house.

<<<<SARCASM>>>>

Arthur1970
My Comments
Member Since:
9/14/2007

---

**19 of 28**



On Mar 17, 2008 at 11:33 AM, petersonjuror said:

I am pretty sure I did not see her hands in his house and that my only knowledge of her hands being in his house came from a news report from the Pocono Record. That's not exactly a court exhibit. I will wait and presume innocence.

petersonjuror
My Comments
Member Since:
3/16/2007

---

**20 of 28**



On Mar 17, 2008 at 11:37 AM, Sniper said:

When you are on trial you are trying to prove your not guilty anyway so the law is really backward. Guilty until proven innocent, who they trying to kid?

Sniper
My Comments
Member Since:
12/21/2006

---

Discussions                    1 [2] 3                    Keep Reading




TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

The Express-Times: Story                    http://search.starledger.com/texis/search/+CPezGfLjmBmer6DfNww...

<u>First match</u> | <u>New search</u> | <u>More Like This</u> | <u>Printer Friendly Version</u> | <u>Log Out</u>

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/03/15 Saturday Page: B3 Section: NEWS Edition: Lehigh Valley Size: 160 words

## Trial looms in body parts case Pub patron cited for drunkenness

TOBYHANNA, Pa. (AP) | A Monroe County man has been ordered to stand trial in the death of a woman whose body parts were found scattered in trash bags in the Poconos.

The preliminary hearing was held Friday for Charles Ray Hicks, 33, of Tobyhanna.

Hicks is charged in the death of 36-year-old <u>Deanna</u> Marie <u>Null</u>. Parts of her body were found Jan. 29 in trash bags scattered along Interstates 380 and 80. Hicks was arrested last weekend at his home.

NAZARETH | Police cited a New Tripoli man for public drunkenness Friday after seeing him vomit and hold himself up by gripping a light pole.

Griffin Stinner, 21, was with two friends and had been drinking at the Town House tavern when a police officer saw him doubled over and throwing up, according to police. A breath test measured Stinner's blood-alcohol content at 0.08 percent.

Police transported Stinner to a friend's house. Police said he will be charged via summons.

URL: <a href="/texis/search/story.html?table=et2008&id=47de88279e">Trial looms in body parts case Pub patron cited for drunkenness</a>

1 of 1                                                    11/19/2008 1:43 PM

afternoon, but no threat was carried out, so the schools held normal dismissal. Police did question two boys who skipped out of the Junior High, but they weren't involved in any way. They told officers they just wanted a break from class.

## Animal Cruelty Charges on the Mountain

Two Tobyhanna men now face animal cruelty charges, and one of them faces additional charges, after Pocono Mountain Regional Police responded to a call of two abandoned dogs left in the Pocono Farms East development on Monday. Officers said the two well-mannered dogs showed signs of abuse and neglect, and a box truck in which they were riding, was later located, and pulled over along Route 196. Police questioned Shawn Corcas and Curtis Hailey, and found bloody mattresses and dog leashes, and garbage inside the truck. That investigation led police to execute a search warrant on Corcas' home Thursday morning. That's where they say they found 13 dogs in a kennel, a shotgun, seven handguns and nearly a pound of marijuana. Investigators say Corcas has a criminal record and is not permitted to own a gun, but there weren't any signs that the dogs in the home kennel were abused. Hailey reportedly lives with Corcas and officers say he presented a false license when he was pulled over for a traffic violation at the end of February.

## Monroe County Voter Registration Offices Very Busy

Tens of thousands of new Democrats are now on the voting rolls in Pennsylvania, and locally, Sara Mae Silfee of the Monroe County Voter Registration Office says they've been averaging close to 200 new registrations a day recently. Silfee tells Lite 93.5, many residents are also changing parties so they can vote in the Democratic primary race between Hillary Rodham Clinton and Barack Obama. But remember, to be eligible to vote in the April 22nd primary, you must register to vote by Monday, March 24th.

Meanwhile, Silfee says they still need about 40 poll workers on election day. Workers, including Judges of Elections, receive $120 for that day. Machine inspectors will also be paid $20 to take a class.



## Man Arrested for Gruesome Murder in the Poconos 

A former Texas man is jailed in the Monroe County Correctional Facility without bail, charged with killing and dismembering a drifter from Scranton and Williamsport. State police arrested 33-year old Charles Ray Hicks of Tobyhanna on Saturday for the gruesome murder of 36-year old Deanna Marie Null. Investigators say they followed several leads that were generated from news and media reports, and that included eyewitness accounts that identified Hicks and his car, a Mercury Grand Marquis. Court papers also say Hicks told police he met 36-year-old Deanna Null twice in Scranton, where he gave her drugs and money for sex. At the time of his arrest, Hicks told reporters, "These guys are telling me I did something I didn't do. They got the wrong guy". But police say they found a hack saw, garbage bags and two severed human hands in Hicks' rented home. All of Null's body, except for her hands, were found in late January in trash bags scattered along Interstates 80 and 380 in Monroe and Lackawanna counties.

## Break-In at Pharmacy in Mount Pocono

Pocono Record     OPINION     Tuesday, March 18, 2008 **A 7**



ERICALLIE
CNSNEWS.COM

## Monsters, racists and sexists, oh my!



WASHINGTON — Race and gender, once the courted darlings of the Democrats, are becoming party poopers. In the always-quotable words of the Wicked Witch of the West: "These things must be done *dahhhhhh-licately."*

Lately, Democrats — specifically female Democrats — have been cast into the outer darkness for speaking their minds in ways that have been interpreted as racist or sexist. Free speech, it seems, is no longer so free in the political arena.

As the aforementioned woman, whose primary mode of transport is a broom, might sketch in today's mud-slung sky: *Surrogates beware.*

Most recently rapped by the rulers of acceptable speech was Geraldine Ferraro, former vice presidential candidate and, until her resignation Wednesday, fundraiser for Hillary Clinton.

Ferraro committed that most egregious foul in the game of identity politics. She spoke of race and gender — but especially race — in an unapproved way.

"If Obama was a white man, he would not be in this position," she said. "And if he was a woman, he would not be in this position."

Was her comment racist and deserving of denunciation? Or was she partially, if clumsily, right?

Hold that thought while we visit Adelfa Callejo, a revered 84-year-old lawyer/activist and Clinton supporter in Texas, who said last month that Obama would have trouble with Latino voters because he is African-American.

"When blacks had the numbers, they didn't do anything to support us," Callejo said. "They always used our numbers to fulfill their goals and objectives, but they never really supported us, and there's a lot of hard feelings about that."

True or false? Racist or observant?

In fact, Clinton leads among Hispanic voters, winning by a 2-to-1 margin in large states such as New York, California and New Jersey. In Texas, Clinton did the same, winning among Latinos by 66 percent to 32 percent. Callejo wasn't wrong about the end result. And even if some condemned her statement, her reasoning — based on experience and observation — was sound.

In both cases, Clinton was asked to "denounce and reject" these remarks. Clinton said she disagreed with Ferraro, but

at first she gave Callejo more slack. "People get to express their opinions," she said of Callejo, adding that "a lot of folks have said really unpleasant things about me over the course of this campaign."

And more unpleasantness was coming her way. Soon thereafter, Samantha Power, Obama's foreign policy adviser, resigned after telling a Scottish reporter than Clinton was a "monster" who would do anything to get elected.

Sexist or true? Monster isn't really such a bad word. In French, *monstre* is a compliment meaning "raving success." Its meanings in English include: "one that is highly successful." Of course, it can also mean ugly, wicked, cruel or terrifying.

But we quibble. Whatever Power meant, her intemperate word choice shouldn't have been a firing — or a resigning — offense for a Harvard scholar, who is also the Pulitzer Prize-winning author of a book about genocide.

No, Power was sacrificed on the altar of a nice politics that exists only in the rhetoric of the presidential candidates. As for Ferraro, her statement wasn't racist so much as it was racial. It is, in fact, unlikely that anyone else with Obama's experience — just two years in the U.S. Senate before he began running for president

— would get this close to the White House.

There are lots of reasons for Obama's success that have nothing to do with race. But there's also this: You can't separate race from who Obama is. He is the biracial man. Although he self-identifies as African-American, it is precisely his dual race — and his own personal work toward identity integration and transcendence — that allows him to speak effectively of racial reconciliation and national unity in ways that a white male, or another black male for that matter, could not.

So, yes, Ferraro was partly right. If Obama were white, he probably wouldn't be where he is. And Callejo was at least partly right — to the extent she called the election. And, just maybe, Power was a little bit right. The Clintons are well-known for political ruthlessness that some would describe as monstrous.

What's clearly wrong is the convenient labeling — and silencing — of people as racist or sexist for expressing opinions that run counter to acceptable speech codes as determined by the minders of outrage.

Thus distracted, we ignore the real monster, whose name is Identity Politics.

It has two faces — and always bites the hand that feeds it.

*kparker@kparker.com.*

## YOUR OPINION

### Pennsylvania's pols deserve a pay cut

**Editor, the Record:**

People are always complaining that teachers are overpaid because they only work nine months out of the year. I would like to complain about our politicians in Pennsylvania. Our senators and house representatives only work about nine months out of the year and get nothing done except to line their pockets and make corrupt decisions. Our politicians make about three times the amount of money a teacher makes and give themselves a raise every year. Teachers need to make a fair wage and the politicians need a drastic pay cut.

**RICHARD GARRIS**
Bushkill

### Party errors, rules among Democrats

**Editor, the Record:**

If any party can shoot itself in the foot, it is the Democrats who have adopted masochistic campaign rules. Their latest humiliation was to disenfranchise millions of Democratic and Independent voters in Florida and Michigan because they dared defy their Washington bosses by choosing to run early primaries. Talk about throwing out the baby with the bathwater, the Democrats have succeeded in alienating much needed support for the general election by angering their base.

Both Florida and Michigan knew they would not be able to seat their delegates at the national convention if they defied party rules and the Democratic rule makers knew that a significant delegate number would be unaccounted for in the general election. The stupidity of their political thinking defies belief. Now they are frantically searching for a way to repair the damage by either having "do over" primaries or other possible fixes.

The pundits have pointed out that as of this writing, 3/8/08, neither Hillary or Obama can reach the magic 2024 elected delegates needed for nomination even if one or the other sweep all remaining primaries. Then it will be up to the super delegates.

But rules can be challenged and changed. Since the Democrats have unwisely chosen to negate delegate counts in Florida and Michigan, why not consider proportionally lowering the total number of elected delegates needed for the nomination? Then fewer than 2024 delegates will be needed and a nominee before the convention will be more likely.

The Democrats have already demonstrated their ability to lose a national election that they actually won. Have they not learned a lesson? We shall see.

**HERB WEBER**
East Stroudsburg

### Time to halt residential development

**Editor, the Record:**

I came to live here in the Poconos in 1979. Things were very different then. The Pocono Mountain High School wrestling team was always in the running for the title, and just about everyone had been a waiter or waitress at a honeymoon resort.

Jimmy Carter and real-estate speculation had nearly destroyed the country, and anyone who didn't want to work at a honeymoon resort had to "jump river" and commute.

In this era, the base of the Poconos is not short-sighted resort owners, but unchecked residential development. The infrastructure for services, sanitation, travel and communication are easily a decade behind needed capacity. A huge percentage of new residents commute to New Jersey and New York to support the "country" life, simply because one can't make a decent wage here. That's why my father came here, but the powers that be ignored the needs of growth, and many of them still make the rules. It's time for change, let's get influx slowed and infrastructure moved forward.

Kudos to Curtis Sliwa for his efforts to bring the Guardian Angels to the area. The less I see gangs in my town, the less I have to worry about the need to shoot at terrorist threats that manifest on my property. (And gangs are terrorists, make no bones about it. Maybe our kids are involved when we commute, and we don't want to see it.)

New residents and longtime residents alike should call for a halt on residential development until proper infrastructure measures are met, not to mention more emphasis on jobs that compete with other states, and the preservation of what is left of this once beautiful countryside.

**KEN HART**
Mount Pocono

### Who hired man with criminal record?

**Editor, the Record:**

About the arrest of Charles Ray Hicks as a suspect in a horrible homicide. With previous charges of assault, robbery, and possession of drugs, how in the world was he employed at Tobyhanna Army Depot? Don't they do background checks on new employees?

I am annoyed that our tax money is being spent so carelessly. Someone needs to be accountable.

**KATHY SCHAFER**
Brodheadsville

## YOUR OPINION

### Entertainment tab should be for all

**Editor, the Record:**

You made me do it. I did not want to waste my "one letter a month" complaining about the Record, but I have to give my opinion about SHARP. It stinks!

When you did away with the Weekend edition, I was annoyed because it did consolidate the entertainment information for the area. Everyone in the family could use it to get ideas of what to do. Then you replaced it with Sharp, which is basically a huge advertisement for all the bars in the area.

The pictures of all the people sitting at various bars drinking was really informative. Bars and restaurants, of course, have the right to advertise, but to exclude other information was a slap in the face to a lot of families. I know you say the information is in other sections of the paper, but it was so convenient to have it in one place. It would be like putting the television listings throughout the paper instead of in one place.

I also do not use the television listings, but I know a lot of people do.

To add insult to injury, you then raise the price of Friday's paper to cover the cost of Sharp and the television listings! Why did you not lower the price of Monday's and Tuesday's papers? They are usually so

think that you can practically see through them, but their cost was not lowered. Please reconsider your decision and put together an entertainment supplement that is for a diverse group of people, not just drinkers.

**ELAINE KYMER**
East Stroudsburg

### Over-the-top headline was offensive

**Editor, the Record:**

The callous disregard for what is appropriate and the tabloid nature of the front page headline on Sunday, March 9's front page leaves me sick at heart. What would have been wrong with "Suspect in dismemberment case arrested"? That says the same thing but minus the shock value.

A young woman has been brutally murdered and discarded in a horrendous manner. Must she be further desecrated and demeaned by the Pocono Record's flippant headline? She was family to someone. I urge the headline writer to consider how he/she would feel if this headline was written referring to someone he/she knew or cared about? Perhaps some decency and decorum concerning words coming to many family breakfast tables will be employed in the future.

**HESTER R. DEETZ**
Stroud Township

### Stations should post 'full service' gas prices

**Editor, the Record:**

It is very disheartening what is allowed at gas stations. I was very excited when I saw regular gas at $3.15 on the sign at a Stroudsburg gas station. After pulling in at the pump, I was looking for instruction as to using a debit card when a young man approached my car and asked what type of gas I needed. I replied fill her up with regular. He then proceeded to pump the gas. At that time I noticed that the price on the pump read $3.35. Upon questioning the young man regarding why the price had not changed to $3.15, his reply was "You are in the full-service lane and that is the price."

Nowhere did the station indicate such practice. Why was I asked what grade of gas I needed when it seemed that I was going to be charged $3.35?

**VAL PEZZUTI**
Bartonsville

### Candidates need to meet Pa.'s voters

**Editor, the Record:**

Sens. Hillary Clinton and Barack Obama are bringing the Democratic race for president to the last battleground state of Pennsylvania, a month after Super Tuesday's Presidential Slaughterfest. This is Pennsylvania's first "battleground

primary," and this primary will be a new experience for voters. Clinton is running on the experience card, while Obama is running on the change ticket. I believe Mrs. Clinton has more of an advantage over Senator Obama, but he can be motivational. On the Republican side, they have Sen. John McCain, the war hero. Any Democratic candidate could beat McCain, with his 100-year war in Iraq plan, and his hit song "Bomb Iran." I do not see why so many people are declaring Obama the Democratic nominee; he is only about 100 delegates ahead of Clinton. These two candidates really need to meet with the Keystone State, lower middle-class voters, to get the old momentum machine rolling.

**BRONSON M. FORD**
Saylorsburg

### Heartless person shot a poor stray cat

**Editor, the Record:**

Someone shot a sweet, little cat. He was not my cat but a stray I let into my house on cold and rainy nights. Why would someone do that? Sure, stray animals can be a bother. Did they really need to shoot him? They broke my heart, he was just a little guy. To my neighbors on Clubhouse Drive, keep your pets inside. Have some heartache.

**JENNIFER PIERCE**
East Stroudsburg



### Name athletic facilities for beloved teacher

**Editor, the Record:**

It's strange how, despite the fact the Mr. Joseph Bilicic taught high school English, words do little to describe his influence. Yet he has often shown himself to be an individual beyond the simplicity words can express. Joseph Bilicic encouraged students to pursue the fulfillment of their own potential. His commitment to education was proven through his years of tireless time both inside and outside of the classroom. Mr. Bilicic never allowed his students to accept mediocrity when he knew they were capable of brilliance. His dedication to his students' education and his school is evident in the appreciation felt for him at all levels of the community: Students, families, and colleagues alike.

Mr. Bilicic fought hard for the improvement of Pleasant Valley's athletic facilities. His success was marked with joy by the community. At this time of sadness for Mr. Bilicic's unfortunate illness, I suggest, as a minor token of this community's appreciation, that the athletic facilities be strove to improve be named in honor. Though it may represent just a small measure of respect, it will endear to all who see it the power of a man who leads others to excellence by example.

**DANIEL GIARDINA**
Effort





LUCKY LEPRECHAUNGRESSMAN

@WATSON
ROLL CALL
caglecartoons.com

## Why disaster preparedness will not work



*Nature's anger
Knows no cure,
When a neighborhood
Is poor.*

Homeland Security's latest list of cities eligible for antiterrorism disaster funding just came out. In municipal circles, it was like the Oscars, only with more money. To be included, as Norwalk, Conn., mysteriously was, means but one thing to local officials — pork. It's a chance to buy up communications, computer, and transportation equipment that the local finance board would otherwise never swallow.

Ever since 9/11, arm-wrestling over which towns get to share the swag has become a major part of disaster planning. Other than the largest cities, no town really expects to be hit, and they're right. So, they figure, why not just go for the bucks?

Nature's disasters present a different slant. We do know they'll occur; we just don't know where. So how much is worth preparing for? It's plain that tornados will obliterate a certain number of towns and trailer parks each year. But will a state's citizens be game to pony up for a stockpile of trailers, portable classrooms, or mobile kitchens ahead of time, or to pay on-call construction workers afterward to put things quickly back to rights? No way. We'll continue to muddle through just as we always have, thank you.

And what about hurricanes? They're bigger. Well, when one devastates suburbia we figure that neighboring police, fire, and National Guard units can save the necessary lives and the Red Cross can feed and tent the victims. Insurance companies will eventually pay for home repairs.

And builders will swoop in from surrounding states to grab up the work. FEMA, with luck, will pay to repair or replace at least some of the public structures. Sure, it's a hassle if your home is gone, but it all sort of works out. At any rate, the system reinforces the value of staying on good terms with your extended family, especially the ones who live on high ground.

Then there's Katrina. The disaster shouldn't have been that bad, but being poor and

*To be included in disaster funding, as Norwalk, Conn., mysteriously was, means but one thing to local officials — pork.*

black, New Orleans never had a chance. First priority was always a clear shipping channel for Midwestern grain and Gulf oil. Barrier islands were sacrificed, levee protection was sacrificed, and in the end, the whole low-income part of the city was sacrificed. Indeed, in the trade, it's called an "urban sacrifice zone."

But mostly you don't get sacrificed unless you're poor. The hotels and casinos in New Orleans are being rebuilt lickety-split. So are the spiffy residential areas. No need to sacrifice them. But public housing is finished. More than 4,500 units are being torn down as we speak, with no serious plan for replacement.

This means that the Katrina diaspora that scattered displaces to the winds, is now permanent. While the middle class may get trailers to start life anew, the poor are now Texans, Mississippians, Tennesseans, and the like. Great news for the Louisiana Republican Party.

The same rules apply worldwide. Whether tsunamis in Aceh, cyclones in Bangladesh, floods in China, or landslides in Pakistan, there is no will to gather up money ahead of time to prepare.

And since the poor will always be the chief victims, who cares? Aid will pour in from international agencies to feed those they can. God bless them. But "developing" nations themselves have bigger fish to fry than their own disaster victims.

Thus disasters are pretty much the same everywhere. If there's advance money to be had, everybody wants to grab some for their own purposes. If there are limits on cash to rebuild, let's stiff the poor. If preparing properly means raising taxes, forget it. One way or another, the world will survive, but no one wants to pay for it.

*Columnist William A. Collins is a former state representative and a former mayor of Norwalk, Connecticut.
MinutemanMedia.org*

## Obama could almost talk us into it

Barack Obama is a magician.

He could tell me it's raining on a sunny day, and I'd grab an umbrella. He could tell me the moon is the sun, and I'd reach for my shades.

He could even tell me that the Rev. Jeremiah Wright's rants god-damning America and blaming AIDS on a whiteman conspiracy were wrong but essentially justified by a racist past ... and I'd have to slap myself before I saddled up a polka-dotted horse and galloped down the Yellow Brick Road.

Obama's speech Tuesday from Philadelphia — the city of brotherly love — was eloquent, inspiring and will be read in schools for generations. But between the lines of change and reconciliation were a discomfiting hint of buried fury, a sense of racial righteousness and a tacit approval attached to his expressed disapproval of Wright's now-famous raves that will leave many Americans wondering: Is he with us? Or is he against us?

In a flourish of brilliance, Obama framed his Rev. Wright problem in the context of America's unfinished work toward "a more perfect union," as envisioned by the nation's forefathers. It isn't that Wright is off-the-wall, we were to infer. It is that our country is falling short of its promise.



Which isn't completely false, of course, but not completely true, either. America isn't finished with its business of equality — and race does still bedevil us — but our progress since the twin blights of slavery and Jim Crow isn't insignificant.

Ever conscious of his pledge to unity, Obama acknowledged as much, saying that Wright wasn't wrong to talk about racism — even if it was one-sided. He was wrong to speak "as if the society was static: as if no progress has been made."

But what he didn't acknowledge is that Wright *is* completely off the wall, even if the snippets we've seen are only a fraction of his life's work. Give Wright credit for helping the unfortunate and for leading Obama to his faith. But those accomplishments don't quite neutralize the anti-white message of the man Obama selected as his spiritual mentor.

Like the best politicians, Obama senses our restlessness. One of his many gifts is his ability to lull people with flawless logic and uplifting rhetoric.

Of course he disagrees with some of Wright's controversial statements — just as most people disagree with some of what their pastors and rabbis say. We're yum-yumming that idea, thinking "Yeah, that's right," when our inner reality-checker kicks in and kills the buzz.

Then we remember that advancing lies and conspiracy theories that pit black against white is not, in fact, defensible. And that what many find offensive in Wright's statements is not comparable to the minor differences they likely have with their own pastors and rabbis.

The question still remains: Why did Obama, future author of racial harmony, stay with a preacher whose black nationalist leanings were no secret? Obama said he could no more denounce Wright, who is "like family," than he could denounce the black community — or his white grandmother.

Instead, he praised Wright's larger presence and purpose in the black community as outweighing the YouTube replays of a profane man on the verge of paranoiac hysteria.

Moreover, the minister whom Obama first got to know 20 years ago spoke of "our obligations to love one another." But given Wright's racist eruptions, white Americans are justified in wondering whether

those charitable thoughts also apply to them.

Finally, Obama suggested that if Wright is occasionally angry, he has a right to be, as does the community he serves. And if white Americans are startled to witness that anger, they haven't been paying attention.

That was a risky message, but one that counted on a reliable well of white guilt. Then Obama took another preemptive gamble and implored Americans to look at Wright's anger, rather than avert their gaze, and to embrace that anger as a prompt to change.

In other words, he artfully shifted focus from his stillperplexing relationship with Wright to our own dark hearts. The choice is ours, he said:

We can focus on one of crazy uncle who sometimes gets a little carried away — and in so doing, destroy the audacity of hope. Or, we can keep our nation's date with destiny, fulfill the dream imagined 221 years ago to form a more perfect union.

And elect Barack Obama. Anyone who fails to embrace the only appealing option — eschewing cheap spectacle for a dance with destiny to the tune of hope — begins to feel a little woozy and, oddly, un-American.

*Abracadabra!*

*kparker@kparker.com.*

## YOUR OPINION

### Columnist maligned Cong. Paul, candidate

Editor, the Record:

Concerning Mona Charen's article from a while back, titled "Cong. Ron Paul is too close to kooky":

If various supporters of other U.S. presidential candidates were subjected to guilt by association the way she did to Paul, then many supporters of the other candidates would be in dire trouble.

Shall we look for communists, Zionist tools such as the neo-cons (Libby, Rove, etc. and perhaps McCain) or North American Unionists who would give away American sovereignty? Aren't these latter even more kooky? I include in this group McCain, Democrats Clinton and Obama.

Paul threatens the monopoly of special interests that don't want to be bothered with some pipsqueak from Texas.

R. SQUIER BALL
East Stroudsburg

### Offensive headlines put him off paper

Editor, the Record:

Boorish, rude and unprofessional is the way I'd describe the headline used for Mrs. Clinton on March 11's front page. And the information describing the dismembered body parts of Deanna Marie Null below the fold was nothing more than disgusting and absolutely unnecessary.

My stand on Mrs. Clinton's candidacy is irrelevant here. For the paper to choose such a headline, even if it was taken from a campaign poster, demonstrates a continual lack of civility in language and, in your case, a lowering of civility in print. She is running for the highest office of the land. Why distract from that with something none consider demeaning even if it is a double entendre?

And for the life of me, I cannot figure out why the reading public needed to know the location of various body

parts. I'm sure Ms. Null's family and friends were thrilled with this brilliant piece of tabloid journalism. This crime is disgusting enough and totally inhumane. We don't need to add insult to injury nor give the next deranged person suggestive challenges.

Newspapers are struggling to stay afloat. The Internet and TV, not to mention the demand on everyone's time, is making reading a daily more and more difficult. I'm still trying to hang in there, but things like this make me question the investment.

DAN ALLEN
Stroudsburg

### Ron Paul is still in the presidential race

Editor, the Record:

Congressman Ron Paul (Texas) remains in the presidential race. Congressman Paul has vowed to continue campaigning until the Republican Convention. The message

of liberty is still spreading through the Internet, bypassing mainstream media's blatant bias against him and his consistent message of constitutional governance.

Dr. Paul was born near Pittsburgh and graduated from Gettysburg College. He is expected to visit our Commonwealth before the April 22 primary.

Local Ron Paul meetup groups will continue spreading Paul's message of economic security, restoration of the Social Security Trust Fund and bringing our troops home. If he's elected, his detailed plans will save taxpayers trillions of dollars so that we can take care of our own citizens, secure our borders and reduce the national debt, which is strapped onto the future labor of our children and their children. For more details, visit his Web site at www. RonPaul2008.com. To become involved locally, visit http://ron-paul.meetup.com/857.

DANIEL WOLFE
Gouldsboro

### YOUR OPINION

### Aggressive driving has arrived in PA

Editor, the Record:

Last week I drove to Pocono Medical Center for some outpatient tests. I pulled into the parking lot, put on my signals, and started to pull into a handicapped space. An SUV whipped around me, cut me off, and barely missing my front fender slid into my parking space.

I sat with my mouth open and an idiotic look on my face as a middle aged woman hopped out of the car, smirked at me, and trotted unimpeded into the hospital.

Two years ago this would never have happened. I was newly arrived from New York and very familiar with all these nasty little tricks.

When I arrived in Pennsylvania my son advised me to expect courtesy instead of aggression from drivers, and he was right.

I have found Pennsylvania drivers to be patient and kind and I thank you all for your consideration.

I'm sorry I didn't have the presence of mind to check the plates on the SUV, but I'll take bets that they didn't say Pennsylvania.

MIKKI MORGAN
Mount Bethel

### We expect better from pulpit, candidate

Editor, the Record:

It is a sorrowful disgrace when the pulpit is abused by exhorting racist and anti-American hate speech rather than proclaiming God's word on being one accord, one mind, and forgive as we forgive others. Although Obama has recently denounced Jeremiah Wright's divisive revelations, Obama's viewpoints are controversial as well.

If you are a secular progressive can you in good conscience vote for a candidate whose life is purportedly guided by moral evangelical values? On the other hand, if you consider yourself a Christian can you justify voting for a candidate that upholds a woman's right to abortion or the national legalization of gay marriage?

There are two extreme, inconsistent and incompatible faces of integrity at issue.

Obama cannot "yes we can," "believe," or even "hope" to have it both ways.

I think that of all of his catchy campaign slogans "change" is the most appropriate for this placating all-purpose candidate.

LAURA CAICEDO
Bangor

Offensive headlines put him on paper - poconorecord.com - The Po...      http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008032...

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 30°
Forecast/Radar

Traffic | Weather
Breaking News
Text Alerts    Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Offensive headlines put him off paper - poconorecord.com - The Po...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008032...

# Letter to the Editor

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com        FIND IT!

## Offensive headlines put him off paper

March 20, 2008

Editor, the Record:

Boorish, rude and unprofessional is the way I'd describe the headline used for Mrs. Clinton on March 11's front page. And the information describing the dismembered body parts of Deanna Marie Null below the fold was nothing more than disgusting and absolutely unnecessary.

My stand on Mrs. Clinton's candidacy is irrelevant here. For the paper to choose such a headline, even if it was taken from a campaign poster, demonstrates a continual lack of civility in language and, in your case, a lowering of civility in print. She is running for the highest office of the land. Why distract from that with something some consider demeaning even if it is a double entendre?

And for the life of me, I cannot figure out why the reading public needed to know the location of various body parts. I'm sure Ms. Null's family and friends were thrilled with this brilliant piece of tabloid journalism. This crime is disgusting enough and totally inhumane. We don't need to add insult to injury nor give the next deranged person suggestive challenges.

Newspapers are struggling to stay afloat. The Internet and TV, not to mention the demand on everyone's time, is making reading a daily more and more difficult. I'm still trying to hang in there, but things like this make me question the investment.

dan allen

Stroudsburg

Text Size: A | A | A

🖶 Print this Article        ✉ Email this Article
🔔 Sign up for text alerts
📧 Sign up for e-mail headlines
✏ Respond to this Article

### Share

del.icio.us        Digg This Story
reddit             STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine

INVENTORY
REDUCTION
Mattress
Sale!

PA MATTRESS
factory

570-420-1515

thepoconos.com

**What are you looking for?**
Select Category

Business Name:
Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a
business in the following category: Pizza

HOME

🔔 Be the first to know - Sign up for text alerts      📧 Sign up for e-mail newsletters

### READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment

On March 21, 2008 at 10:45 PM , MissB said:
The "reading public" might be interested in the location of body parts, um.... gee wiz... maybe in case somebody SAW SOMETHING as they were being dumped! If you find news so offensive, read Highlights magazine instead. HELL YEAH!  Full Message

MissB
Member since: 12/20/2006

Browse All Forums | View All Comments | Login | Register

Ads by Google

🖶 Print this Article        ✉ Email this Article

### Share

del.icio.us        Digg This Story
reddit             STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine

**Local Job Listings**
Found: 823 jobs in your area. Make $15 -$100 / hour with bonuses!
LocalJobFind.com/East-Stroudsburg

**Key States Dodge Dealer**
Find New Vehicle Deals at Your Local Key States Dodge Dealer
www.dodgedealer.com

**Kids Stickers**
Kids Stickers - Compare prices & find expert reviews!
www.Best-Price.com/Sticker

**Prospect Cemetery**
Effortlessly own cemetery space By Mail, Phone, or In-Person
prospect.prepurchaseonline.com/

Ads by Google

**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**CABLE TV INSTALLERS**
Stroudsburg, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**

 

$10,900
2007 Dodge Caliber
Mick Motors

$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

 

1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet

2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | NCIS HD | | The Mentalist HD | | Without a Trace HD | |
| WOLF | House HD, New | | Fringe HD | | FOX 56 News at Ten New | Seinfeld |
| WPMI | America's Funniest Home Videos New | | Accordin to Jim HD, New | Accordin to Jim HD, New | Eli Stone HD, New | |
| WBRE | The Biggest Loser: Families New, Video | | | | Law & Order: Special Victims Unit HD, New | |
| WWOR | Olive, the Other Reindeer | | Santa's Funniest Moments | | My 9 News New | |
| WSWB | 90210 HD | | Privileged HD | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Pocono Record Opinion Forum                                    http://pocon7.mzinga.com/fr/pfx/forum.aspx?webtag=pr-opinion&n...

Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:

OVERCAST 29°
Forecast /Radar

Traffic · Weather
Breaking News
Text Alerts      Sign Up Now

NEWS  FEATURES  SPORTS  ENTERTAINMENT  OUTDOORS  OUR SCHOOLS  PHOTOS & VIDEOS  LIVING HERE  VISITOR'S GUIDE  INTERACT  CLASSIFIEDS

**Welcome  Guest**                                           Search [      ]

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >        Advanced Search

## POCONO RECORD OPINION FORUM

Reader Reactions

**OFFENSIVE HEADLINES PUT HIM OFF PAPER**

Discussions                    [1] 2                    Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!


thepoconos.com/jobs

Find a Job

**TOP JOBS**
**MEDICAL** Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

**CABLE TV INSTALLERS**
Stroudsburg, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**1 of 11**

**On Mar 20, 2008 at 05:08 AM, hereandnow said:**

It would be easier for the time challenged reading public if people would give us some clue in the way of some keywords, as to what headline they're talking about. Really don't remember what the March 11th headline said. I don't know how you cushion a dismemberment, but you are right. Many of the PR's headlines can be taken both ways or are downright crass.

**hereandnow**
My Comments
Member Since:
3/18/2008

---

**2 of 11**

**On Mar 20, 2008 at 06:48 AM, jeffwoehrle said:**

I cannot recall any offensive headlines in the P. Record. If anything, the paper is guilty of attempting to inject some creativity and wit into its offerings. I view it as a plus.

**jeffwoehrle**
My Comments
Member Since:
1/31/2007

---

**3 of 11**

**On Mar 20, 2008 at 09:43 AM, hgrammy said:**

Just what did the headline say? I don't recall anything offensive, either...unless I am becoming immune to this these days.

**hgrammy**
My Comments
Member Since: 2/3/2008

---

**4 of 11**

**On Mar 20, 2008 at 11:49 AM, editor1 said:**

The March 11 Hillary headline was "Hill, yeah!" reflecting the Scranton crowd's enthusiasm for her. The other headline was "Friends of Hicks stunned by arrest, murder charges" OR "What was in the black plastic bags?" Not sure which one was referenced.

wjw

*Edited 3/20/08  by editor1*

**editor1**
My Comments
Member Since: 1/8/2007

---

**5 of 11**

**On Mar 20, 2008 at 12:00 PM, alocalguy said:**

I really hope the PR doesn't stoop to catering to the NY Post / Daily News crowd with stupid and vulgar headlines. Can we try to prevent EVERYTHING from becoming New York-like here?

**alocalguy**
My Comments
Member Since:
7/28/2007

---

1 of 2                                                              12/9/2008 11:49 AM

Pocono Record Opinion Forum    http://pod57.mzinga.com/n/prx/forum.aspx?webtag=pr-opinion&n...

TOP CARS



$5,973
2004 Ford Focus
Brown Daub Ford Lincoln
Mercury

Chevrolet-Volvo

$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo

$16,950
2005 Jeep Grand Cherokee
Brown Daub Chrysler
Jeep

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

**6 of 11**

On Mar 20, 2008 at 12:45 PM, grampy said:

maybe Dan Allen has too much time on his hands. You have to be prett ythin skinned to find those headlines offensive.

grampy
My Comments
Member Since:
10/12/2007

---

**7 of 11**

On Mar 20, 2008 at 01:04 PM, editor1 said:

It turns out to be quite difficult to write any headline involving body parts strewn along two interstates that isn't vulgar and offensive. By the same yardstick, it is really not necessary to rely on salacious words in a headline when the topic itself is so compelling that it stops most people in their tracks to read about it.

Nobody's trying to beat the NYPost, but we have gradually discovered that we may over the years have been a lot more priggish about our headlines than most of our readers. We try to make them accurate and informative and in plain language; if they are euphemistic to the point where you don't know what the story is about, that's too much in the other direction.

We constantly beat ourselves up around here over what's acceptable and what's over the line. We do not get upset when readers help us identify what is, in truth, a shifting boundary line.

wjw

editor1
My Comments
Member Since: 1/8/2007

---

**8 of 11**

On Mar 20, 2008 at 02:49 PM, fisheye said:

editor1,
After we elect one of these clowns; don't they leave plenty of body parts strewn around?

fisheye
My Comments
Member Since: 1/8/2007

---

**9 of 11**

On Mar 20, 2008 at 06:30 PM, LoveMyBoys (ChrisVan) said:

"Hill, Yeah" with that picture under it screamed Hitler to me. I really thought that's what the PR was going for.....but, I tend to see subliminal things everywhere.........

LoveMyBoys
(ChrisVan)
My Comments
Member Since:
6/28/2007

---

**10 of 11**

On Mar 20, 2008 at 07:21 PM, hereandnow said:

I can. They did a double entendre on a letter to the editor I wrote once and "Hill, Yeah???" I don't know, but it seems like they could have written something with a little more decorum for someone who met such an horrific end.

hereandnow
My Comments
Member Since:
3/16/2008

---

Discussions    [1] 2    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                                    http://pod97.alnznga.com/n/prx/forum.aspx?tsn=11&nav=messages...

Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
### News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 29°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >

Search [_____] 🔍
Advanced Search

---

## POCONO RECORD OPINION FORUM

---

Reader Reactions

---

**OFFENSIVE HEADLINES PUT HIM OFF PAPER**

| Discussions | 1 [2] | Keep Reading |

---

11 of 11



**On Mar 21, 2008 at 10:45 PM, MissB said:**

The "reading public" might be interested in the location of body parts, um.... gee wiz... maybe
in case somebody SAW SOMETHING as they were being dumped! If you find news so
offensive, read Highlights magazine instead. HILL YEAH!

MissB
My Comments
Member Since:
12/20/2008

---

| Discussions | 1 [2] | Keep Reading |

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]



**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**CABLE TV INSTALLERS**
Stroudsburg, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

rape and related charges.

## NY Man Busted after Traffic Stop

A routine traffic stop turns ugly for a Howard Beach, New York man when he decides to flee from police. State police say Frank Pirone was pulled over Saturday afternoon in Pocono Township for a simple speeding violation. When troopers wanted to search the car, Pirone took off...and during the high-speed chase on Interstate 380, police say the 43-year-old threw drugs out of the window. Pirone is charged with Fleeing and Eluding Police, Drug Possession, Tampering with Physical Evidence, Scattering Rubbish and Speeding.

##  Hicks to Trial for Murder & Dismemberment Case

A 33-year old former Texas man remains jailed in Monroe County awaiting trial for the killing and dismemberment of a 36-year old drifter from the Williamsport and Scranton areas. On Friday, a county Judge decided there was enough evidence against Charles Ray Hicks to send murder and related charges to court. Following an extensive investigation, state police charged Hicks two weekends ago with the brutal killing of Deanna Null, whose body parts were found in trash bags along Interstates 80 and 380 (in Monroe & Lackawanna counties) on January 29th. Troopers say they also found Null's hands and 129 other pieces of evidence inside Hicks' rented home in Tobyhanna. Hicks' sister, aunt and other relatives say police got the wrong man and there is "No Way" he would, or could, do something like this. Hicks is being held without bail.

## Purse Snatchings...Latest Local Robbery Trend

Two people face robbery, criminal conspiracy and theft charges for allegedly stealing a woman's purse in the Shoprite on McConnell Street in Stroudsburg late last week. SARP say a 58-year old woman was walking to her car after shopping and an individual ran up behind her, took her wallet from her purse, jumped into a waiting car and sped away. However, witnesses located an officer nearby and provided a description of the vehicle involved and the suspect. State police later spotted the car at a gas station on West Main Street...and arrested the passenger and alleged purse-snatcher, 18-year old Henry D. Koroma of Bushkill, and the driver, 19-year old Robert C. Ali of East Stroudsburg. Two juveniles may also be charged.

Meanwhile, local police are looking for the suspects in another strong arm Robbery of a purse in the parking lot of the Lowe's store last Wed. night. The 36-year old victim told police she was placing her purchases into her vehicle when a male grabbed the purse from her shoulder, and jumped into the passenger seat of a waiting car. As the car backed up, the victim lunged through the car window and grabbed onto her purse, was dragged several feet, but she wouldn't let go of her purse and hit the suspect in the face several times until he released it. The would-be robber was a 20-something white male, who was wearing a dark colored knit cap and a black hooded sweatshirt, and the female driver was also white and in her early 20's. The suspect vehicle is a late '80's, red, two-door Chevy Cavalier, with a partial plate of "GYM" or "GYB" with one of the four numbers being an "8". Anyone with information should call 421-6800.

Out-of-staters face some prejudice here - poconorecord.com - The ...      http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008032...



Out-of-staters face some prejudice here - poconorecord.com - The ...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008032...

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com        FIND IT!

## Letter to the Editor

### Out-of-staters face some prejudice here

March 25, 2008

Editor, the Record:

Good morning. I just read the story on the Deanna Null murder suspect and I have one big gripe with District Attorney E. David Christine and that he made the remark that "this case is attributed to out-of-towners." What kind of remark is that, pray tell?

This area may indeed have a majority of locals who live here, but the remark by Mr. Christine is a direct slap in the face to out-of-staters who moved here for a better life from New Jersey 18 years ago.

We're "out of towners." According to him, did we commit this crime? Did anyone who moved from New York or New Jersey do it? It's bad enough locals don't like us for some reason; this comment only fans the flames even more.

I had long planned to move from the area, but now, it makes me all the happier I did it! Come this fall, I will move to a better place in Lehigh County, because compared to the Lehigh Valley, the Poconos are the boondocks. Mr. Christine, I hate to break it to you, but they are.

If it wasn't for the good, law-abiding out-of-staters like us, the pay in this area would be far worse than what it is now! Prejudice against out-of-staters like us and the rest are an outright slap in the face and I'm glad I'm getting out of here in due time.

EDWARD GURBISZ JR.

Tannersville

Text Size: A | A | A

Print this Article
Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

HOME

Be the first to know - Sign up for text alerts      Sign up for e-mail newsletters

READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On March 29, 2008 at 5:36 PM , canarsiekid said:

Thanks Molly...Were having a riot on this forum...   Full Message

canarsiekid
Member since: 08/28/2007

Browse All Forums | View All Comments | Login | Register

Tired of Paying Retail? Buy Direct!

DirectBuy  Free Insider's Guide!   GO

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
FIND IT!

Recently Reviewed by Your Neighbors
Sensible Auto Group / Used Cars       ★ ★ ★ ★
"Very helpful, no pressure sales, nice
family owned business, great people,
great..." more
posted on 1/8/2008
VIEW MORE Auto Dealers

Ads by Google

Relaxing Cruise Vacation
Freestyle Cruising®: The Freedom To Do What You Want, When You Want.
www.NCL.com

Pa retirement
Why is the Western Poconos the new hot spot to retire? Come learn why.
www.poconohighlands.com

New Jersey Ski & Stay
Ski & Stay at North New Jersey Crystal Springs Resorts in NJ
www.crystalgolfresort.com

E. Stroudsburg New Homes
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

Ads by Google

Print this Article Email this Article

Share

del.icio.us Digg This Story
reddit STUMBLEUPON
MY YAHOO! Add to Google
Seed Newsvine

TOP JOBS

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

TOP CARS

$13,900
2007 Chrysler Pacifica
Mick Motors

2000 Chevrolet Blazer
Brown Daub Chevrolet-Volvo

$6,950
2003 Mazda MPV
Brown Daub Chevrolet-Volvo

$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars

TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | NCIS HD | | The Mentalist HD | | Without a Trace HD | |
| WOLF | House HD, New | | Fringe HD | | FOX 56 News at Ten New | Seinfeld |
| WPVI | America's Funniest Home Videos New | | According to Jim HD, New | According to Jim HD, New | Eli Stone HD, New | |
| NBC WBRE | The Biggest Loser: Families New, Video | | | | Law & Order: Special Victims Unit HD, New | |
| WWOR | Olive, the Other Reindeer | | Santa's Funniest Moments | | My 9 News New | |
| WSWB | 90210 HD | | Privileged HD | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

TERMS OF USE COPYRIGHT PRIVACY POLICY SITE MAP CONTACT US ADVERTISE SUBSCRIBE



Pocono Record Opinion Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-opinion&n...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 29°
Forecast /Radar

Traffic · Weather
Breaking News
Text Alerts    Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest                               Search [          ]
All Message Boards > Pocono Record Opinion Forum > Reader Reactions >          Advanced Search

## POCONO RECORD OPINION FORUM

Reader Reactions

**WHO HIRED MAN WITH CRIMINAL RECORD?**

| Discussions | Keep Reading |
|---|---|

1 of 2



**On Mar 19, 2008 at 06:46 PM, hereandnow said:**

It was a third-party hiring agency or was it the DS whatever it is? One thing's for sure, everyone will pass the buck and not want to be held accountable.

hereandnow
My Comments
Member Since:
3/18/2008

2 of 2

**On Mar 19, 2008 at 10:58 PM, JackRubyBaby (JRBaby) said:**

Kathy....know what you are talking about before sending a letter to the editor and making yourself sound like a fool. #1. It was a contracted agency (DS2) that hired Hicks, not TYAD. #2. TYAD is NOT funded by taxpayer dollars. It survives on profits generated by contracts that it has with various government and department of defense agencies...just like the private sector.

JackRubyBaby
(JRBaby)
My Comments
Member Since: 8/7/2007

*Edited 3/19/08 by JackRubyBaby (JRBaby)*

| Discussions | Keep Reading |
|---|---|

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!


thepoconos.com/cars

Find a Car

**TOP JOBS**

**MEDICAL Family practice**
BRODHEADSVILLE, PA Pocono Record Classified Ad

**CABLE TV INSTALLERS**
Stroudsburg, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

Pocono Record Opinion Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-opinion&n...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

thepoconos.com/homes
Find a Home

GUIDE   INTERACT   CLASSIFIEDS

Welcome Guest

Search [          ] 🔍

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >

Advanced Search

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

| Discussions | 1 2 3 ... 8 9 10 | Keep Reading |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]



thepoconos.com/homes

Find a Home

**TOP JOBS**

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

**1 of 94**

On Mar 25, 2008 at 04:30 AM, RealityCheck (FactsReal) said:

Latter, could you please take the Van Noy's and Lambert's with you. Another example of the good old folk from NJ a conman and a felon.

*Edited 3/25/08   by RealityCheck (FactsReal)*

RealityCheck (FactsReal)
My Comments
Member Since: 10/20/2007

---

**2 of 94**

On Mar 25, 2008 at 04:46 AM, upsrick1958 said:

Don't pat yourself on the back.By you moving to the Pocono's did not change the pay scale. If anything, you made it worse.We pay more for taxes and food because we have become little New York and New Jersey.

upsrick1958
My Comments
Member Since: 7/4/2007

---

**3 of 94**

On Mar 25, 2008 at 05:13 AM, jeffwoehrle said:

Don't let the door hit 'ya, Ed.

jeffwoehrle
My Comments
Member Since: 1/31/2007

---

**4 of 94**

On Mar 25, 2008 at 06:06 AM, canarsiekid said:

Here we go again.

canarsiekid
My Comments
Member Since: 8/28/2007

---

**5 of 94**

On Mar 25, 2008 at 06:29 AM, hereandnow said:

The guy was from Texas. Last time I checked, that was out-of-state and had nothing to do with NY or NJ. I'm not sure why Christine found it necessary to make that statement, but it's the truth. As for pay scale in this area, it hasn't changed much and many negatives came with the NY/NJ crowd, too, but we've been through that story already. The areas you talk about are different from the Poconos in some ways, but I'm sure they have their share of those who don't like the changes from out of staters.

hereandnow
My Comments
Member Since: 3/16/2008

---

Pocono Record Opinion Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-opinion&n...

**TOP CARS**


$12,900
2006 Jeep Liberty
Mick Motors


2007 Kia Optima
Brown Daub Kia


$11,473
2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet

**Show All Featured Cars**


Subscribe To The Pocono Record

---



**On Mar 25, 2008 at 07:03 AM, Marshall said:**                                6 of 94

Don't you just hate prejucide?Marshall

Marshall
My Comments
Member Since:
12/2/2007

---



**On Mar 25, 2008 at 07:12 AM, fistv said:**                                7 of 94

Please keep telling all your friends that the Pocono's is the boondocks, tell em it's at the end of nowhere, no jobs, no safety, everyone carries guns, tell them it's 'dodge city' during it's heyday.

Oh, are you going to have a garage sale, I need a new mower... my old one has cut too many rocks...

*Edited 3/25/08  by  fistv*

fistv
My Comments
Member Since:
5/20/2007

---



**On Mar 25, 2008 at 07:22 AM, patricia said:**                                8 of 94

Pat [Effort] I am so tierd of hearing about out os staters. I think it was a poor remark that Mr. Christine made. I am from NJ that to changed from the way it was when I grew up there,

patricia
My Comments
Member Since:
1/22/2007

---



**On Mar 25, 2008 at 07:32 AM, mountainview said:**                                9 of 94

i really think everyone needs to go to work and dont worry about who lives where ! If we all tried to mind our own business things would be so much better in this world . As for the Van Noy's and Lamberts ( Old news ) try something new .. Why not put your energy into helping someone out there instead of stirring up ####.

mountainview
My Comments
Member Since:
3/25/2008

---



**On Mar 25, 2008 at 07:51 AM, Poconoer said:**                                10 of 94

Poconoer
My Comments

---

Pocono Record Opinion Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-opinion&n...

| | |
|---|---|
| **Member Since:** 2/28/2008 | My, my, my, aren't we touchy. How many out of towners moved here with the idea they would have a better life and helped developers make a ton of money which went south? How many brought their kids and left them to entertain themselves while the parents trekked back and forth to the city because it had better paying jobs. How many realized they brought the crime and drugs with them? MANY but not ALL brought an arrogant attitude and treated the so called locals as they were dirt? How many continue to do so? Many local businesses will tell you (including many owner by former city dwellers) that the worst customer they have is a transplanted city dweller. The list goes on. Why don't you just take a look at yourselves and ask yourself if you want to be treated the same way. Start treating others with respect and you'll be surprised to be treated the same way! Dump the attitude! |

Discussions                             [1] 2 3 ... 8 9 10                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



Tuesday, December 09, 2008    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                    Search [            ]
All Message Boards > Pocono Record Opinion Forum > Reader Reactions >          Advanced Search

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions              1 [2] 3 4 ... 8 9 10              Keep Reading

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com   [FIND IT!]



**11 of 94**



**fistv**
My Comments
Member Since: 5/20/2007

On Mar 25, 2008 at 08:18 AM, fistv said:

I'm pretty laid back, lived all over the world and settled here, originally from NJ but have no particular yearning for it, never lived more than about 5 years at any one place or duty station. I respect everyone till I get an attitude, got no tolerance for tudes, none at all. I get an attitude from someone I just walk away, freaks them out when I turn my back on them when they are in mid rant and walk away. I hear an attitude from someone I ignore them. The classics are from 'non residents :-)' that I've pulled out of snow banks complaining about how the road depts are terrible up here and we need more plows. I just bite my tongue.

**12 of 94**



**mountainview**
My Comments
Member Since: 3/25/2008

On Mar 25, 2008 at 08:22 AM, mountainview said:

there is no attitude on my part ..My family came to the Poconos because we liked it and the people ! We are respectful to all people and feel we deserve the same in return.. I would hope that everyone we meet would treat us as an equal ( nothing better, nothing worse ) Sometimes in a small place people get fixated on a certain matters and just cant move along . There are pros and cons to more and more people moving in but along with the good unfortuately comes some bad , thats life . I am pretty sure there was crime beofre NY and NJ people started moving here . So I wish for you and all the readers a nice day and no hard feelings on our part. But we love it here and plan to stay a long time ( By the way I bring no small children to leave alone all day )to work in NY or NJ . I raised my family and they now live local with there own families and work in the community.

**13 of 94**

**fisheye**
My Comments
Member Since: 1/8/2007

On Mar 25, 2008 at 08:23 AM, fisheye said:

Poconoer,
I agree; prejudice is a double edged sword. I have had out-of-towner's that wanted nothing to do with a good local yokel. Either they feel too good for us or we just are not in their world. Like you said treat everybody with respect (till it is not returned).

TOP JOBS
Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad
Hotel - COMFORT INN
MOUNT POCONO, PA Pocono Record Classified Ad
BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad
More jobs

TOP HOMES
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
View All Featured Ads

1 of 3                                         12/9/2008 11:56 AM

Pocono Record Opinion Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...

TOP CARS


2005 GMC Sierra 1500
Brown Daub Kia


2007 Kia Optima
Brown Daub Kia


$11,473
2005 Ford Freestyle
Brown Daub Ford Lincoln Mercury


2005 Buick LaCrosse
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars



14 of 94


**Cabin**
My Comments
Member Since:
3/23/2007

**On Mar 25, 2008 at 08:28 AM, Cabin said:**

The writer could at least get the facts right.

;-)

"This area may indeed have a majority of locals who live here,"

The locals (of all races) are the minority in Monroe county.

"I had long planned to move from the area, but now, it makes me all the happier I did it! Come this fall, I will move to a better place in Lehigh County, because compared to the Lehigh Valley, the Poconos are the boondocks. Mr. Christine, I hate to break it to you, but they are."

You say 'boondocks' like it is a bad thing????????????

"If it wasn't for the good, law-abiding out-of-staters like us, the pay in this area would be far worse than what it is now!"

Most of the pay is minimum wage!! BY LAW. That fact hasn't changed for the 40 years I have been working around here.

What has changed is the cost of living. Any guesses why that went up faster than wages??

" Prejudice against out-of-staters like us and the rest are an outright slap in the face and I'm glad I'm getting out of here in due time."

Prejudice against any one, including against locals is always bad.

"Here we go again. "
Am I getting the 'rant' right??

;-))))))))))))

15 of 94


**alocalguy**
My Comments
Member Since:
7/26/2008

**On Mar 25, 2008 at 08:51 AM, alocalguy said:**

See ya Mr. Gurbisz! I'm third generation Monroe County, and guess what- we don't want your 'out-of-state' money or crime. And gee, us locals are just so sorry you're weren't treated better. Spread the word please! Dave Christine was 100% accurate. Crime has exploded here thanks to out-of-state gang members, drug runners, and absentee parents who leave their little juvenile delinquents alone. Poconoer was correct as well. So don't act like you are somehow saving the native savages with your fabulous wealth or some other nonsense. All you've done for me is double my taxes for more schools, create traffic jams, and destroy the natural beauty of this place.

16 of 94


**Cabin**
My Comments
Member Since:
3/23/2007

**On Mar 25, 2008 at 08:58 AM, Cabin said:**

"All you've done for me is double my taxes for more schools, create traffic jams, and destroy the natural beauty of this place. "

You forgot 'inflated the price of land and housing'

17 of 94



**mountainview**
My Comments
Member Since:
3/25/2008

**On Mar 25, 2008 at 09:04 AM, mountainview said:**

Life changes and grows : Get over it and enjoy life and get out there and help change things for the better .Dont sit around and complain .

18 of 94

Pocono Record Opinion Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messages...



**1234**
My Comments
Member Since:
1/10/2007

**On Mar 25, 2008 at 09:07 AM, 1234 said:**

Hey Ed- I got news for ya. If you don't like where you live now, you won't like your new home any better, even if it is in Beverly Hills.

---

19 of 94



**hscott**
My Comments
Member Since:
8/28/2007

**On Mar 25, 2008 at 09:21 AM, hscott said:**

Hey Ed, would you mind taking a couple thousand of the NY transplants with you. Thanks

---

20 of 94



**Delfi45**
My Comments
Member Since:
3/25/2008

**On Mar 25, 2008 at 09:34 AM, Delfi45 said:**

I have been in Monroe COunty 10 years now, my grandchild will be the first generation born in the Poconos. It is ridiculous to be called an out of towner because we were not born and raised here. Our communities suffers the same issues that all growing communities do. It is the same as when folks left NYC to move up to Westchester County and then to Rockland County. We have to simply find a way to make it work because at the end of the day most of us transplants are here to stay.

---

Discussions                    1 2 3 4 ... 8 9 10            Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



| Tuesday, December 09, 2008 | HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE |



**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

thepoconos.com
Write a Review

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

Welcome Guest

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >

Search _____  Advanced Search

---

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions                    1 2 **3** 4 5 ... 8 9 10              Keep Reading

| | NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS |

search PoconoRecord.com    **FIND IT!**

---

**womyn (wiccanwryter)**
My Comments
Member Since: 2/20/2007

On Mar 25, 2008 at 09:38 AM, womyn (wiccanwryter) said:

When my husband and I moved to the Poconos from Jersey, we were thrilled by the scenery and the wonderful warmth and hospitality of the locals. We moved here for the country setting and loved the nature and the people. But that changed when too many houses were built and people came in from out of State thinking they could turn this beautiful area to the same way from where they came. I love it here and I love the local people... May they never change.

21 of 94

---

**canarsiekid**
My Comments
Member Since: 8/28/2007

On Mar 25, 2008 at 09:53 AM, canarsiekid said:

Your rant was a little weak for you Cabin, It was almost civil..lol.

22 of 94

---

**Cabin**
My Comments
Member Since: 3/23/2007

On Mar 25, 2008 at 10:03 AM, Cabin said:

;-(((

I will have to try harder!

But then I'm not prejudice, I hate everyone!!!!!!!!!!!

;-)

23 of 94

---

**grampy**
My Comments
Member Since: 10/12/2007

On Mar 25, 2008 at 10:05 AM, grampy said:

we "locals" (AKA "hillbillies" to the new people) do not hate everyone new to the area. It is the garbage staters and yorky-dorks in particular. Why?1. driving habits. we all have nightmarish experiences. 2. that snarling dialect. learn english. 3. rudeness is an art form to you people. (ie.) running grocery carts into my ankles to supposedly speed the line up. 4. Refusal to join volunteer organizations like fire co's and ambulance corps. complaining if it takes 5 minutes to answer a call for a cat in a tree. 'nuff said

24 of 94

---

**hgrammy**
My Comments
Member Since: 2/3/2008

On Mar 25, 2008 at 10:10 AM, hgrammy said:

When I moved to Eldred township in '79 - believe me - we weren't made to feel at home - and we were from Ohio! In any case, I made up my mind I was "invading" someone else's territory and I would have to just fit into it or leave. Adjusting to living in the West End was a pleasure and we were well received before very long. We lived there for 25 years and it was great. If only the "transplants would do the same as we did - everyone would be happy. Oh well.......

25 of 94

---



**Pocono Record**
Reader Photo Galleries   Submit Your Photo

**TOP JOBS**

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...

TOP CARS


**$12,900**
2006 Jeep Liberty
Mick Motors


2007 Kia Optima
Brown Daub Kia


**$11,473**
2005 Ford Freestyle
Brown Daub Ford Lincoln
Mercury


2005 Buick LaCrosse
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars


Subscribe To The
Pocono Record
Click here for
more information

26 of 94



**dkoerner27**
My Comments
Member Since:
3/25/2008

On Mar 25, 2008 at 10:57 AM, dkoerner27 said:

well if you had not moved here, the pay would be less, but so would the cost of living. its great that people are making more money, but the cost of living goes up with the salary rate.

27 of 94



**Rebeccadoglover**
My Comments
Member Since: 2/2/2007

On Mar 25, 2008 at 11:33 AM, Rebeccadoglover said:

"It's bad enough locals don't like us for some reason" Bwahahahaha duh!!!! Some reasons: PCP, traffic, increased crime, higher costs of living, loss of the woods and space that used to make the Poconos beautiful. Your attitude stinks, and transplants have done nothing to raise wages in the area! What a friggin joke, most people around here still work for minimum wage or close to it, so get your noses out of the air and quit telling us we should be thanking you all the time! The only thing that has gone up in this area are the prices! Oops... got distracted... what was the mystery again? >:P

28 of 94

**Molly**
My Comments
Member Since:
1/12/2008

On Mar 25, 2008 at 11:39 AM, Molly said:

Ed, Unfortunately, this is a very old argument that we will never win. There are three sides to this story...ours, theirs and the someplace in between. I too moved from Jersey to the Poconos five years ago for a better life. Im kind to people, I pay my taxes, I keep my home nicely, I teach my children to be kind, respectful and yet the descrimination about us TRANSPLANTS continues.

On the other side of the coin, I have met some wonderful people from Pennsylvania whom I love and adore. They have lived here their whole lives and they too have a legitimate gripe about the expansion and crime explosion. You know truthfully that the same thing happened to us when Staten Islanders moved in on us. We too went through alot of what they are feeling-the nasty people, attitudes, the I WILL STEP ON YOU, YOU MEAN NOTHING TO ME ATTITUDE. Pennsylvanian people are laid back-most non confrontational-they don't know how to deal with it like we did in NJ.

I say to all those who lump the transplants together-WE ARE NOT ALL ALIKE, JUST AS ALL OF YOU NATIVES ARE NOT ALIKE. Take people as you find them. I agree about the noise and the crime, but unfortunately just as GOOD people have moved here SO HAS THE RIFF RAFF, and you will find more came from NY unfortunately than NJ. My apologies ahead of time to those GOOD people from NY-Im not attempting to lump you in with the bad, Im just stating the obvious statistics. Very rarely do you see the criminals addresses listed in NJ. I know it does happen, but it happens less than it does with NY bad apples.

If your a transplant-you can't come here and find fault with everything about the natives-you have to try to adjust-even though it can be hard alot of the time. Any move to another state would place you in a different mind set...you need to adjust. Water is different, garbage pickup is different, schools are different, roads are different, the culture is different, but after all we didn't want what we had, so we chose to make this move.

If you are a Native-you too need to adjust-take people as you find them-you might be pleasantly surprised that many of the transplants that do come here ACTUALLY WANT to be here, and have a better life, and want to be your neighbor.

I often think to myself about what the Pennsylvanians would say if they saw the neighborly way we conducted ourselves back home. Everyone knew everyone, knew each other's kids, got along. We would sit out on our porches after dinner, talking, some playing cards, GETTING ALONG, always there for each other. There's a culture clash here-but it can be overcome.....with some time and patience.

About the criminals, the traffic, the noise, and the UNWANTED'S???? WE ALL NEED TO WORK TOGETHER TO RID THE AREA OF IT-NOW, WE ARE ALL IN THIS TOGETHER-UNITED WE STAND, DIVIDED WE WILL FALL. This is our home now, like it or not.

29 of 94

Pocono Record Opinion Forum                                        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messages...



**On Mar 25, 2008 at 11:51 AM, Rabbit said:**

"This area may indeed have a majority of locals who live here............."- ummmmmmmmm-guess again!!! I was born and raised here and I think you might be wise to check the records as to who is who!!! If you or your family moved here from some other crime ridden, over rated state, then the only local would be any of your children born here.Anybody know the meaning of "derelict"???

**Rabbit**
My Comments
Member Since:
3/25/2008



**On Mar 25, 2008 at 11:51 AM, gladys said:**

Newsflash Edward,The 'locals' of Lehigh valley are not going to like you any better. Check out the Morning Call forums boards. They make this one look like romper-room.

**gladys**
My Comments
Member Since: 2/6/2007

Discussions                    1 2 3 4 5 ... 8 9 10                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

WEATHER FOR
STROUDSBURG:
OVERCAST 30°
Forecast /Radar

GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >         Search [_____]  🔍
                                                                            Advanced Search

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions                    1 2 3 **4** 5 6 ... 8 9 10              Keep Reading

---

**31 of 94**

On Mar 25, 2008 at 11:54 AM, Cabin said:

Don't tell him that!!!!

You might make him want to stay.

Cabin
My Comments
Member Since:
3/23/2007

---

**32 of 94**

On Mar 25, 2008 at 11:59 AM, gladys said:

Edward,

Buh-bye!!

gladys
My Comments
Member Since: 2/6/2007

---

**33 of 94**

On Mar 25, 2008 at 12:06 PM, WayneM said:

We've been here for almost 9 years and never had a problem from a "local". I think a lot has to do with a person's attitude, and the writer of this letter has demonstrated this superior attitude that I'm sure was responsible for any attitude he received. Its the people who come here and stir up trouble by thinking the locals owe us something that contribute to the stereotype. They don't need us here tearing up the trees and turning the Poconos into Long Island and raising taxes through the roofs forcing many of them who have lived in the same home for generations to move away. They don't need us telling them to "do the commute" we were willing to do in order to move out here so they can survive. People are people and the sheer population numbers will bring bad along with the good, and the Poconos will never be what it once was, much like what is happening in many different parts of the country as people move away from the cities. But don't try to convince the locals that these changes are for their own best interest because really, they aren't. We are the ones who have benefitted the most, and the nicest thing you could possibly say to a local at this point is, "I'm sorry."

WayneM
My Comments
Member Since:
8/18/2007

---

**34 of 94**

On Mar 25, 2008 at 01:50 PM, Thekicker said:

People are people no matter where they come from. You can't generalize this. There is a ton of evil in this world, as to the last stand of Satan and his demons. All we can do is fight this evil with all our might. They are in the pulpits, congress, media, and mostly in our academic arenas. Only leadership of high morality can right this ship!

Thekicker
My Comments
Member Since:
11/17/2007



NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com        **FIND IT!**

Pocono Record
Reader Photo Galleries   Submit Your Photo

**TOP JOBS**

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record Opinion Forum      http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

TOP CARS


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury


$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars


Subscribe to The Pocono Record

35 of 94


canarsiekid
My Comments
Member Since:
8/28/2007

**On Mar 25, 2008 at 02:10 PM, canarsiekid said:**

Grampy, your a ####..

bad driving is universal, every state has a few bad ones. If you would get that horse and buggy off the road this would never happen. Garbage staters? And you say our english is bad, by the way we give all our garbage to PA. Thank your politians for that one. Snarling dialect, We don't have the accent, dincha no dat? And lastly, about your ankles getting hit in with grocery carts. If you weren't laying on the floor taking a nap, this would never happen.

36 of 94


Cabin
My Comments
Member Since:
3/23/2007

**On Mar 25, 2008 at 02:14 PM, Cabin said:**

"And lastly, about your ankles getting hit in with grocery carts."

That is the one reason I do not shop in shoprite. Not sure why but that is the only store I have ever been in where some one always seems to be going after my ankles!! I know they are great looking but do people have to get so close??????????????????

37 of 94


canarsiekid
My Comments
Member Since:
8/28/2007

**On Mar 25, 2008 at 02:41 PM, canarsiekid said:**

Maybe they just want to hug you.

38 of 94

Cabin
My Comments
Member Since:
3/23/2007

**On Mar 25, 2008 at 02:45 PM, Cabin said:**

Well they could get out from behind the cart first!!!!!!!!!!!!

And ease up on the perfume!

And the women are almost as bad!

:-(

39 of 94

canarsiekid
My Comments
Member Since:
8/28/2007

**On Mar 25, 2008 at 02:55 PM, canarsiekid said:**

How about one of those motorized shopping carts, your feet are off the floor and you can knock one of perfumed babes into your basket. But watch out for grampy, he's napping in the next isle.

40 of 94

2 of 3      12/9/2008 11:56 AM

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messages...

**On Mar 25, 2008 at 02:59 PM, Cabin said:**

No I want to AVOID the perfume!!!!!

Cabin
My Comments
Member Since:
3/23/2007

Discussions                1 2 3 4 5 6 ... 8 9 10              Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS · FEATURES · SPORTS · ENTERTAINMENT · OUTDOORS · OUR SCHOOLS · PHOTOS & VIDEOS · LIVING HERE · VISITOR'S GUIDE · INTERACT · CLASSIFIEDS

**Welcome Guest**                                Search [                ] 🔍

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >            Advanced Search

## POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUCIDE HERE**

Discussions                     1 2 3 4 **5** 6 7 8 9 10            Keep Reading

|  | 41 of 94 |
|---|---|
| hereandnow<br>My Comments<br>Member Since:<br>3/16/2008 | On Mar 25, 2008 at 03:35 PM, hereandnow said:<br>Well said, Poconoer. This transplant/local situation works both ways. |

|  | 42 of 94 |
|---|---|
| hereandnow<br>My Comments<br>Member Since:<br>3/16/2008 | On Mar 25, 2008 at 07:03 PM, hereandnow said:<br>How is voicing your opinion about something you don't like or see happening in your area, prejudice? |

|  | 43 of 94 |
|---|---|
| hereandnow<br>My Comments<br>Member Since:<br>3/16/2008 | On Mar 25, 2008 at 07:08 PM, hereandnow said:<br>It's a shame you can't hear me clapping at your post. :-) |

|  | 44 of 94 |
|---|---|
| hereandnow<br>My Comments<br>Member Since:<br>3/16/2008 | On Mar 25, 2008 at 07:20 PM, hereandnow said:<br>WayneM, your's is the best comment I've seen on these boards regarding this issue. I can see why you haven't had a problem with locals. |

|  | 45 of 94 |
|---|---|
| hereandnow<br>My Comments<br>Member Since:<br>3/16/2008 | On Mar 25, 2008 at 07:22 PM, hereandnow said:<br>Grampy was exactly right in everything he said. I hate to admit it, but even I get sick listening to those Nuu Yorrkkk accents. Yuck! |

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [        ] FIND IT!


thepoconos.com/cars
Find a Car

**TOP JOBS**
Social Work THERAPIST
Stroudsburg, PA Pocono Record Classified Ad

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

Hotel - COMFORT INN
MOUNT POCONO, PA Pocono Record Classified Ad

BARTENDER PART TIME
LONG POND, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

Photo Coming Soon | WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messages...

TOP CARS


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln
Mercury


$10,900
2007 Dodge Caliber
Mick Motors


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury

Show All Featured Cars



46 of 94



On Mar 25, 2008 at 07:47 PM, nuts2u said:

jeez Ed, take a pill or something !..we have been up here for about twenty plus years and think its still a good area compared to essex or passaic county NJ...good luck in your new congested home area.

nuts2u
My Comments
Member Since: 4/8/2007

47 of 94



On Mar 25, 2008 at 08:07 PM, grampy said:

canarsie, I laffed so hard I pea pea'd in my pants!

grampy
My Comments
Member Since:
10/12/2007

48 of 94



On Mar 25, 2008 at 09:57 PM, canarsiekid said:

lighten up pal, that should be your worst problem, and if it is, you got a great life.

canarsiekid
My Comments
Member Since:
8/28/2007

49 of 94



On Mar 25, 2008 at 10:00 PM, canarsiekid said:

I'm glad you had a good laugh grampy...So if you ever sit in a room with us New Yorkers, remember to bring your depends, you'll be peeing like a race horse. Have a good one grampy...

canarsiekid
My Comments
Member Since:
8/28/2007

50 of 94

On Mar 25, 2008 at 10:05 PM, Pianoman said:

hey all you locals if you look in todays Daily News on page 14 you will see a big advertisement for homes by a builder from Pocono Summit, i wonder if he is a local or a dreaded transplant!

Pianoman
My Comments
Member Since: 6/6/2007

Discussions          1 2 3 4 5 6 7 8 9 10          Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

## POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 30°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                    Search [                ] 🔍

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >          Advanced Search

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions          1 2 3 4 5 **6** 7 8 9 10          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



thepoconos.com/homes

Find a Home

TOP JOBS
**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

More jobs

TOP HOMES



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

51 of 94



kaseyrulz
My Comments
Member Since:
4/23/2007

On Mar 26, 2008 at 08:25 AM, kaseyrulz said:

While Mr Christines comments were off base and not called for, one of the reasons people get upset about out of towners is simple. Rread the letter from Mr Brancatos in yesterdays paper where he says talking about PA and our lottery and I quote

" When it comes to running a CASH5 game, Pennsylvania comes up short. It raised up the top prize but fall short of other prizes being raised. When there is no winner of the top prize, it should just disperse a percentage of the top prize to the second prize like New York and make lots of people happy. The state also refuses to give subscription lottery to POWERBALL games. Why is Pennsylvania so far behind other states? Get with it, Pennsylvania; move into the 21st century. As long as Pennsylvania shows no interest in rasing the CASH5 prizes, I will continue to play in New York like so many other commuters."

This is just one of MANY examples of people coming here and expecting us to change to the way things are in NY, because you don't like them. It is another example our state not measuring up to the almighty way things are done in NY.. SEE ya adn don't come back

*Edited 3/26/08   by kaseyrulz*

52 of 94



fistv
My Comments
Member Since:
5/20/2007

On Mar 26, 2008 at 08:53 AM, fistv said:

I think thats the most annoying part, they move here then complain it's not like where they came from. If you don't like it why stay ? I don't want 'new and improved' social services like paid fire and rescue, expanded police depts, sidewalks, street lights, sewer systems, town and city water. If I wanted those vampire sized taxes I would have stayed in N.J. I remember when my home town in N.J hooked up to the county sewer system, it cost my parents over $15,000 in 1972 dollars, same with city water, another $10,000 in 1974 dollars. The prices were so high because you had to use their 'approved' contractors to dig the trench in your yard and hookup to your pipe that originally hooked to your perfectly working septic system, gotta wonder who grafted money off that. Fifteen THOUSAND dollars for 6 hours work, man, thats a nice hourly rate. Then there was the other 'gotcha' you had to pay seperately to have your old septic tank opened, pumped out and filled with sand, another $2,000.
Boy, the flood gates of memory are opening about why we moved across the river to Pa.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...

TOP CARS


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$10,900
2007 Dodge Caliber
Mick Motors


$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury


Photo Coming Soon
1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars



53 of 94


**WhizzKid**
My Comments
Member Since:
8/21/2007

**On Mar 26, 2008 at 11:32 AM, WhizzKid said:**

mountainview, here's the difference. When we (you and I) moved here we adapted to the area and it's atmosphere. When the new ones come here they bring their attitudes and problems.

example: I have 2 new neighbors, 1 from NY and 1 from NJ. The NYer decided that my side yard and driveway was easier access to the road then them backing out of their driveway. They have no respect for my property at all and to this day they are trying to claim my driveway as theirs. The Jerseyian brought 2 lovely kids with her, one of them keyed my car and tried to brake into my house while I was on vacation (yes, I filed charges). She drives up my driveway (right-of-way) like it's the indy 500. She has been arrested at least twice that I know of in the 2 years she's been here and will hopefully be going to jail for an extended stay (problem 1 solved), 8 foot fence will solve problem #2.

When I moved here the biggest news of the day was who's barn burnt down. A catastrophe was when 2 burnt down in the same week. It was an adjustment when I moved here, but it was one I was willing to make. After all I was the outsider to this area and needed to learn about where I moved to. Problem now is that the ones moving here want us to adapt to them and their ways. I love it here and the people I have known for over 20 years and I am unwilling to learn that Jersey/NY attitude again.

Ed, I know you personally and I am surprised to hear this coming from you. I thought you liked the area and it's people, guess I was wrong.

*Rationality of thought imposes a limit on a person's concept of his relation to the cosmos. - John Forbes Nash*

54 of 94


**kaseyrulz**
My Comments
Member Since:
4/23/2007

**On Mar 26, 2008 at 02:49 PM, kaseyrulz said:**

Molly- funny you should say this as that is EXACTLYy the way it USED to be here before the invasion..I do agree that there are many good people who moved here from NY and NJ, unfortunatly the bad is outweighing the good in our everyday lives

You said "I often think to myself about what the Pennsylvanians would say if they saw the neighborly way we conducted ourselves back home. Everyone knew everyone, knew each other's kids, got along. We would sit out on our porches after dinner, talking, some playing cards, GETTING ALONG, always there for each other. " 

55 of 94


**kaseyrulz**
My Comments
Member Since:
4/23/2007

**On Mar 26, 2008 at 02:56 PM, kaseyrulz said:**

Whizzkid--thank you for being honest with your thoughts and observations. You are a prime example that not all locals hate all transplants. I for one like people such as you..

56 of 94


**WhizzKid**
My Comments
Member Since:
8/21/2007

**On Mar 26, 2008 at 03:49 PM, WhizzKid said:**

Kasey, Thank you.

I have always felt that if you cannot become a part of the community around you then you should live somewhere else. Ya know it's funny, now that I have lived here for so long and have become part of this lovely area I too have a problem excepting newcomers. Not all mind you, but the ones with the attitudes really make my hair stand on end. I no longer go to Mt Pocono for food shopping anymore (I don't like the ambiance), but instead travel just as far to Greentown where people still treat people like humans.

We need to start doing the same thing as Holland. You can move here to live, but after 2 years the town votes on whether you can stay or not. If you have caused any trouble you have 2 months to move out or be fined for every day you are still here.

*Rationality of thought imposes a limit on a person's concept of his relation to the cosmos. - John Forbes Nash*

Pocono Record Opinion Forum                                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=51&nav=messages...



**57 of 94**

**On Mar 26, 2008 at 04:40 PM, canarsiekid said:**

canarsiekid
My Comments
Member Since:
8/28/2007

Hey Whizz,
how long did it take you to become part of this area? the reason I ask is some people live in different places with different attitudes about life, So if a family moves to the Poconos but lived in a big city for some 35 years do you expect them to just stop being the way they were and get Poconoized in a matter of weeks, oh wait, you said two years then vote to throw them out. I was born In NY and proud as heck of that. What Your really talking about is manners, that has to taught at home, if you don't have them, shame on them.



**58 of 94**

**On Mar 26, 2008 at 05:21 PM, WhizzKid said:**

WhizzKid
My Comments
Member Since:
8/21/2007

"how long did it take you to become part of this area?" The minute I moved here. I left NJ and the attitude behind when I crossed the border. Do I expect others to do the same? Yes I do. If they want to live like they did where ever they came from then they should find an area that is the same as they left.

Manners, respect, kooth, whatever you want to call it is definitely lacking in many.

*Rationality of thought imposes a limit on a person's concept of his relation to the cosmos. - John Forbes Nash*



**59 of 94**

**On Mar 26, 2008 at 05:38 PM, canarsiekid said:**

canarsiekid
My Comments
Member Since:
8/28/2007

I guess you really hated Jersey, sorry to hear that. I loved New York and hated to leave but it got real bad real fast but that don't take away from the great times I had there. I don't think I Had an attitude to leave behind.



**60 of 94**

**On Mar 26, 2008 at 06:01 PM, Cabin said:**

Cabin
My Comments
Member Since:
3/23/2007

" I don't think I Had an attitude to leave behind. "

Do we get a vote???

;-))))

Bet yous didn't have an accent either.

;-)

Discussions                    1 2 3 4 5 **6** 7 8 9 10               Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                           http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



Tuesday, December 09, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 30°
Forecast /Radar



NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                               Search

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >       Advanced Search

## POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions                    1 2 3 ... 5 6 **7** 8 9 10              Keep Reading

---



**LoveMyBoys
(ChrisVan)**
My Comments
Member Since:
6/28/2007

                                                                        61 of 94

On Mar 26, 2008 at 06:25 PM, LoveMyBoys (ChrisVan) said:

We moved here from Jersey in Sept 06. The reason? Less people, slower way of life. I found myself getting caught up in the scheduled life of Morris County. The mighty dollar and the kids not being able to just go out and play (playdates are scheduled). I knew of the problems (gangs, etc) but knew if the good people stuck together it can be overcome. I will also almost always side with the locals on most issues. All the clear cutting, tearing down historic buildings and all of that stuff is something I am very against. Have you seen the litter out there? It's making me so disgusted!!! I KNOW it wasn't like that after the snow melt a decade ago.

I also don't agree with "every time you have an influx of people you have more crime". That's just not true. It's the people that are drawn for a ceratin reason. In this case it's the old "cheap housing" gimick. I believe that if a development was built around a temple and advertized to Jewish people the crime would not have risen at all. I used this as an exmple because certain Jewish people can't drive on Sunday and walk to worship, so they live near the temple.

OK, too many jelly beans...I'm on a sugar high and just rambling on.....I'll stop LOI

---



**canarsiekid**
My Comments
Member Since:
8/28/2007

                                                                        62 of 94

On Mar 26, 2008 at 06:26 PM, canarsiekid said:

Do you know me enough to vote, Fact is do you know me at all? And you want to vote. It seems the attitude comes from both sides of the fence. Yous know what I mean?

---

**MainStreetMike**
My Comments
Member Since:
7/10/2007

                                                                        63 of 94

On Mar 26, 2008 at 10:17 PM, MainStreetMike said:

Not out-of-towners... LOW-LIFE out-of-towners!



NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        FIND IT!

thepoconos.com

Find a Business

**TOP JOBS**

**INSURANCE AGENT** Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

Pocono Record Opinion Forum                    http://pod57.mzinga.com/m/pfx/forum.aspx?tsn=61&nav=messages...



rambler1
My Comments
Member Since:
5/21/2007

**On Mar 26, 2008 at 10:28 PM, rambler1 said:**

Well, we could probably shorten many of these posts by about a third if all us locals agreed to stop using the term "transplant" and started using the more appropriate "Cidiot", which is an ignorant and vile city person without culture or manners.

then all the nice or mostly nice people like ChrisVan and canarsie and such wouldn't have to defend anyone.

So here's a top ten list of ways you know you are a cidiot
You may be a cidiot if you:
10. think you need to tell people you are from NY

9. complain about having to walk too far to get to your gym.

8. believe your house moves, as in, "How far is it from here" and your answer is "It depends."

7. Think stop signs are a suggestion and not a law.

6. Wear a hat backwards when you are not on a dirtbike.

5. really think meat comes shrink-wrapped from God.

4. believe that living in a cultural center makes you cultured, when you don't even know who John Coltraine is...

3. buy white stuff every time it snows

2. think 4WD makes you able to stop faster in snow and ice

and the number one reason you might be a cidiot

1. You say "Ewww" when offered scrapple but you'll eat hot dogs from a cart all day long



canarsiekid
My Comments
Member Since:
8/28/2007

**On Mar 27, 2008 at 06:49 AM, canarsiekid said:**

Hey Rambler,
That post made me spit the coffee a little, but please let me respond.

10. Don't to tell anyone I'm from New York, all I have to do is say something and then I get the LOOK.
9. Don't belong to a gym, Walking the dog is enough for me.
8. I'm not getting that one.
7. I have a 1988 full size Bronco, I'm lucky it stop at all. The local mechanic begs me to get rid of it. Calls me a Thick headed New Yorker.
6. Don't have a dirt bike.
5. meat gifted wrapped from God? Yeah right, and next you will tell me that there is no Easter Bunny.
4. Wasn't John Coltraine Born In New York?
3. Don't do coke.
2. see #7
1. Never heard of scrapple until the move, but I still love those Hot Dogs.

Once again Rambler, great post...Now I can finish my coffee...

Cabin
My Comments
Member Since:
3/23/2007

**On Mar 27, 2008 at 07:44 AM, Cabin said:**

Hey if knowing a person was a requirement for voting even fewer people would show up for elections.

Yous know what I mean?

;-)

TOP CARS

 $5,973
2004 Ford Focus
Brown Daub Ford Lincoln Mercury

 2005 GMC Sierra 1500
Brown Daub Kia

 2007 Kia Optima
Brown Daub Kia

 $15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



Pocono Record Opinion Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...



**canarsiekid**
My Comments
Member Since:
8/28/2007

On Mar 27, 2008 at 07:53 AM, canarsiekid said:

Thats it Cabin, me and the fellas are coming over to talk to you. Don't worry, they are good fellas.

68 of 94



**Cabin**
My Comments
Member Since:
3/23/2007

On Mar 27, 2008 at 07:57 AM, Cabin said:

Looks like fun.

"10. Don't tell anyone I'm from New York, all I have to do is say something and then I get the LOOK."

That finger nails on the blackboard look!?

"9. Don't belong to a gym, Walking the dog is enough for me."

Having to go to the gym is natures way they are not working hard enough.

"8. I'm not getting that one."

Neither am I , but i think it is related to the old 'you can't get there from here' line.

"7. I have a 1988 full size Bronco, I'm lucky it stop at all. The local mechanic begs me to get rid of it. Calls me a Thick headed New Yorker."

See even you mechanic knows!

;-))

"6. Don't have a dirt bike."

But do you wear your hat backwards anyway? I think that is what he is geting at.

"5. meat gifted wrapped from God? Yeah right, and next you will tell me that there is no Easter Bunny."

There was but my wife's grandfather claims he shot him years ago, tasted like lamb.

" Wasn't John Coltraine Born In New York?"

I think that was the point.

" Don't do coke."

OH a pepsi man!

:-(

"1. Never heard of scrapple until the move, but I still love those Hot Dogs."

We try to keep it a State secret.

69 of 94



**despondent**
My Comments
Member Since:
10/5/2007

On Mar 27, 2008 at 10:10 AM, despondent said:

Prejucide, sounds serious, I just thought prejudice was a problem.

70 of 94

**fistv**
My Comments
Member Since:
5/20/2007

On Mar 27, 2008 at 12:40 PM, fistv said:

Pocono Record Opinion Forum                        http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=61&nav=messages...

NO, it has to do with a "Jersey" thing, ask any native NJian how far it is from say Roxbury to
willow brook mall, in the morning you will be told 45 minutes, in the after noon you will be told
15 minutes. NewJersians instinctively give you those 'distances' based on time of day and
day of week... when dealing with NJ traffic what does knowing the distance do you when at
7am that 4 miles will take an hour and in the afternoon 4 minutes...
Kinda like where you going this weekend and you say 'the shore' or 'the jersey shore' that
works out here it would mean near williamsport...
I gotta finish this new server, later...

Discussions                1 2 3 ... 5 6 7 8 9 10           Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...



Welcome Guest                                   Search [                    ]

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >        Advanced Search

---

### POCONO RECORD OPINION FORUM

---

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions                    1 2 3 ... 6 7 **8** 9 10        Keep Reading



---

                                                                        71 of 94

On Mar 27, 2008 at 01:34 PM, rambler1 said:

canarsie

hehe
that was petty good! *L*

**rambler1**
My Comments
Member Since:
5/21/2007

the white stuff was toilet paper, milk and eggs..how long do you think you're gonna be
snowed in, anyway?

It is pretty nice to see trannies and locals sharing a laugh, though...

where the heck is pianoman to see how well we work and play togther?

*L*@ cabins bunny line..gonna steal that one!

---

                                                                        72 of 94

On Mar 27, 2008 at 01:59 PM, 1234 said:

rambler- you forgot the white bread :)

**1234**
My Comments
Member Since:
1/10/2007

---

                                                                        73 of 94

On Mar 27, 2008 at 02:03 PM, 1234 said:

and re your top 10 I'd add that a cidiot thinks a fire zone is a special parking space reserved
for out of towners when shopping.

**1234**
My Comments
Member Since:
1/10/2007

---

                                                                        74 of 94

On Mar 27, 2008 at 02:14 PM, Cabin said:

Every one knows it is a rifle range!!!!!!!!!!

**Cabin**
My Comments
Member Since:
3/23/2007

---

                                                                        75 of 94

On Mar 27, 2008 at 02:23 PM, 1234 said:

Now that's funny! Wonder if that had anything to do with the gun stolen from the Mr Z's
shopper?

**1234**
My Comments
Member Since:
1/10/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com        [FIND IT!]



thepoconos.com/jobs

Find a Job

**TOP JOBS**

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---

Pocono Record Opinion Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=71&nav=messages...

TOP CARS



$10,900
2007 Dodge Caliber
Mick Motors

$7,473
2002 Ford Focus
Brown Daub Ford Lincoln
Mercury



Photo Coming Soon

1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac
Chevrolet



2000 Chevrolet Suburban
Brown Daub Buick Pontiac
Chevrolet

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

76 of 94



**On Mar 27, 2008 at 02:57 PM, rambler1 said:**

rambler- you forgot the white bread :)

yes!

if hispanic, add rice.

if irish, add canned potatoes.

If eyetalian, add mozarella...

if a baby, add talcum powder. Just don't let them see you drive in.

;-)

rambler1
My Comments
Member Since:
5/21/2007

---

77 of 94



**On Mar 27, 2008 at 06:07 PM, Heron said:**

Trust me, if you moved here in '06 it was not a "slower way of life." We want the slower way of life of the '60s and '70s.

Heron
My Comments
Member Since: 8/9/2007

---

78 of 94



**On Mar 27, 2008 at 06:08 PM, Heron said:**

Great top 10 list!!!! Add another...the cidiots want to paint the rocks white and put lampposts on every corner and add sidewalks in the woods!

Heron
My Comments
Member Since: 8/9/2007

---

79 of 94



**On Mar 27, 2008 at 06:32 PM, LoveMyBoys (ChrisVan) said:**

Well, I wasn't alive in the 60's and only a baby in the 70's. It is slower, for me. I would love for it to be "slowest" so I can just sit and watch the grass grow...but, sadly, you can't find much of that anywhere in the US.

LoveMyBoys
(ChrisVan)
My Comments
Member Since:
6/28/2007

---

80 of 94



**On Mar 27, 2008 at 06:57 PM, rambler1 said:**

rambler1
My Comments
Member Since:
5/21/2007

heron
I forgot about the white rocks hehe..
ChrisVan
try Jersey Shore, Jerseytown or Millville...
waaaaaaaaay slower there. If you go fast you run over mennonites and it's not terribly far
from here..

Anyplace that is at least an hour from an interstate and three hours from a city of any size
will do the trick...

Luna figured that one out, good for him!

---

Discussions                          1 2 3 ... 6 7 [8] 9 10                    Keep Reading

---

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/9/2008 11:57 AM

Tuesday, December 09, 2008 HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

thepoconos.com Write a Review

NEWS FEATURES SPORTS ENTERTAINMENT OUTDOORS OUR SCHOOLS PHOTOS & VIDEOS LIVING HERE VISITOR'S GUIDE INTERACT CLASSIFIEDS

Welcome Guest

Search

Advanced Search

All Message Boards > Pocono Record Opinion Forum > Reader Reactions >

## POCONO RECORD OPINION FORUM

Reader Reactions

### OUT-OF-STATERS FACE SOME PREJUCIDE HERE

Discussions 1 2 3 ... 7 8 9 10 Keep Reading

81 of 94

gringo
My Comments
Member Since:
3/16/2007

**On Mar 27, 2008 at 07:42 PM, gringo said:**

"try Jersey Shore, Jerseytown or Millville..."

Friend of mine bought a house and property about 15 miles north of Santa Rosa, NM. Talk about peace and quiet. Just make sure you get everything on that list when you go the store. And don't forget the beer!

82 of 94

rambler1
My Comments
Member Since:
5/21/2007

**On Mar 27, 2008 at 07:47 PM, rambler1 said:**

driving north to OSwego to fish we would pass little shacks that were about 20x20 with a woodpile that was 20x200 and a satellite dish

brrrr.

Definitely don't forget the beer!

83 of 94

LoveMyBoys (ChrisVan)
My Comments
Member Since:
6/28/2007

**On Mar 27, 2008 at 07:51 PM, LoveMyBoys (ChrisVan) said:**

I love Oswego.

***Edited 3/27/08 by LoveMyBoys (ChrisVan)***

84 of 94

gringo
My Comments
Member Since:
3/16/2007

**On Mar 27, 2008 at 07:58 PM, gringo said:**

Never been to Oswego, but it`s on my list.

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

MEDICAL Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

PHYSICAL THERAPIST
EFFORT, PA Pocono Record Classified Ad

DAY TIME BARTENDER
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads



Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...

TOP CARS


**$13,900**
2007 Chrysler Pacifica
Mick Motors


2000 Chevrolet Blazer
**Brown Daub
Chevrolet-Volvo**


**$6,950**
2003 Mazda MPV
**Brown Daub
Chevrolet-Volvo**


**$15,988**
2005 Jeep Grand Cherokee
**Brown Daub Chrysler Jeep**

**Show All Featured Cars**



85 of 94



**rambler1**
My Comments
Member Since:
5/21/2007

On Mar 27, 2008 at 08:02 PM, rambler1 said:

gringo
haven't been there since '86...we were coming home after trying for browns and being skunked by the wind..got stuck on 380 for 8 hours with no beer or sammiches because the pokes had gotten 18 inches of snow..april 2o something...

browns used to come in to feed on the alewives..it was like shad fishing but you were catching browns from 3-10 pounds

which you could eat.

But not too much on account of the mercury.

I think that's why I have weight problems to this day hehe

86 of 94



**gringo**
My Comments
Member Since:
3/16/2007

On Mar 27, 2008 at 08:46 PM, gringo said:

Hey Rambler.

Gave up on the fishing kick after getting hooked on golf. When I fished we went up by Equanick, (spelling) by Hancock NY, on the delaware. I was the only bait fisherman of all the fly guys. We had a good campsite right on the river.
8 hours is ok, Can always go behind a tree. But what if!!!!!!!

87 of 94



**canarsiekid**
My Comments
Member Since:
8/28/2007

On Mar 27, 2008 at 08:49 PM, canarsiekid said:

Hey Rambler,

My bad on the white stuff, I remember before a big storm was going to hit me and the wife would go to Kinsleys just watch the stampede. Sometimes I would be talking to my wife and someone would come and ask me what part of the city I was from, I said to wife here we go again, they would ask me where to get good bread and stuff like that and I would say with a straight face and say New York. Then we would all laugh and I would give them the low down on Pocono life...Just for the heck of it, I just watched the movie No Country for Old men. What a great movie. Later Rambler1....

88 of 94



**rambler1**
My Comments
Member Since:
5/21/2007

On Mar 27, 2008 at 08:53 PM, rambler1 said:

later days canarsie

you almost make me wish I was a nooooo yawwwwkaaaaaaa..
*L*
rest well!

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=81&nav=messages...



**Molly**
My Comments
**Member Since:**
1/12/2008

89 of 94

**On Mar 29, 2008 at 02:26 PM, Molly said:**

Wayne: Your right 100%, and the second thing we should say after Im sorry is:

Let's have coffee and Talk to each other, maybe have a barbecue.

We need to get to know the locals. I have now spent time getting to know my neighbors and I was pleasantly surprised to learn alot about the Dutch ways and customs. My neighbors are loving kind kowledgeable, and now they are like the neighbors back home, even becoming like grandparent figures to my daughter. It really is a good feeling and makes this transplant miss Jersey much less.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



| | |
|---|---|
| Tuesday, December 09, 2008 | HOME \| CLASSIFIEDS \| AUTOS \| HOMES \| JOBS \| COUPONS/DEALS \| TEXT ALERTS \| SUBSCRIBE |

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 30°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

**Welcome Guest**                                Search [                ] 🔍
All Message Boards > Pocono Record Opinion Forum > Reader Reactions >         Advanced Search

---

### POCONO RECORD OPINION FORUM

Reader Reactions

**OUT-OF-STATERS FACE SOME PREJUDICE HERE**

Discussions                    1 2 3 ... 8 9 **10**          Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com          FIND IT!



thepoconos.com/jobs
Find a Job

**TOP JOBS**
AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

**MEDICAL** Family practice
BRODHEADSVILLE, PA Pocono Record Classified Ad

**PHYSICAL THERAPIST**
EFFORT, PA Pocono Record Classified Ad

**DAY TIME BARTENDER**
BARTONSVILLE, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**



WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

91 of 94



Molly
My Comments
Member Since:
1/12/2008

**On Mar 29, 2008 at 02:32 PM, Molly said:**

ROFLMAO....Grampy, he's right, we will make u laugh...AT LEAST THAT U KNOW. CARNARSIE, u r TOO FUNNY......

92 of 94



Molly
My Comments
Member Since:
1/12/2008

**On Mar 29, 2008 at 02:41 PM, Molly said:**

WESTFIELD I SUPPOSE??????

Your right in what you are saying but people aren't all the same. I complained in the beggining, only because I was adjusting. That's what the transplants fail to see...they need to adjust. Unfortunately all they see is sprawling beautiful hills, homes lower taxes good schools. They don't have a clue about the fire/police/water, etc. It's a shock to the system of sorts when they realize it, I know it was for me (lol). Then it dawned on me, there's always a catch, always a trade off.

So we are here now, U MAKE THE BEST OF IT...and you might be pleasantly surprised to find that you love your home, you love your neighbors, your kid is doing wonderfully in a play in school, good marks, teachers that care (ok the bus driver lacks and so does the transport), but overall.....she's not in a gang, she's not smoking crack, she's not hanging on a corner...you get my drift. COULD ANY OF US PUT A PRICE TAG ON THAT??? I doubt it. So I for one will put up with PSP (they too have some good guys you know-but show me one precint home that didn't have it's own bad apples), I will put up with a volunteer firehouse that needs a pumper truck, and the water will just have to continue to smell like rotten eggs.

My kid is happy, my life is simpler, I've made good friends, the nature is absolutely beautiful, cheers me up when Im down, but overall life is good. We are a little poorer, and yes my husband does commute, but we spend his money HERE in the Pocono's where we want to.

All I can say to transplants is ADJUST....make lemonaide. YOU WILL BE PLEASANTLY SURPRISED and before u know it, the Bronx, Jersey City, Hoboken and Brooklyn will be a distant memory when you think about your ancestors.

Pocono Record Opinion Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=91&nav=messages...



**rambler1**
My Comments
Member Since:
5/21/2007

**On Mar 29, 2008 at 04:28 PM, rambler1 said:**

Molly
they want you to "Say" that you agree.

It's short for "Say, now, don't you agree?"

In the West End they say "say" or "say now"

which comes out
Saaaaaa nawwwwww.

For fun, look up Heynabonics on youtube...
gives you a little insight into the other major dialect up here---people from "Da Valley." *S*
oh
about the ankles?

I had a woman try to swwwwwwwoooop in front of me in SHorpite today because I put my basket down in the check-out isle and was chatting to someone, and when I said'

"Excuseeeeeeee meeeeeeeee"and slid it 6" further forward to keep her from it, she really gave me the hairy eyeball...
hehe
shouldn've probably just let her go and told her real loud she was welcome to cut in front of me, but I was in sleeepy saturday mode.

What a terrible hurry everyone is in. No wonder they flame out.



**canarsiekid**
My Comments
Member Since:
8/28/2007

**On Mar 29, 2008 at 05:36 PM, canarsiekid said:**

Thanks Molly...Were having a riot on this forum..

Discussions                1 2 3 ... 8 9 10                Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

TOP CARS


$13,900
2007 Chrysler Pacifica
Mick Motors


2000 Chevrolet Blazer
Brown Daub
Chevrolet-Volvo


$6,950
2003 Mazda MPV
Brown Daub
Chevrolet-Volvo


$15,988
2005 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

Show All Featured Cars



### *From staff reports*

Standard-Speaker (Hazleton, Pennsylvania)

March 29, 2008 Saturday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 225 words

# Body

  The man who police say murdered Deanna Marie Null and scattered her dismembered body along area interstates had a history of arrests for domestic violence, according to court records obtained by The Times-Tribune.

Charles Ray Hicks Jr. was arrested and charged with assault and battery of his wife, Sheinina Mona Hicks, in Hampton, Va., twice in the summer of 2006. The first charge was dismissed in exchange for a guilty plea to the second, said Gregory C. Bane, the Assistant Commonwealth Attorney who handled the case.

Although Hicks pleaded guilty, the charge was suspended until March 10, 2009, as long as Hicks stayed out of trouble, Bane said. The deal came about partially because Hicks was in Chicago when the trial date arrived, making it difficult to prosecute, and because he was a first-time offender, Bane said.

The case may never have proceeded to trial, but Virginia has a "no-drop policy," meaning that when an assault is reported, the state is required to pursue the case, Bane said.

Hicks went to trial on a charge of possession of a controlled substance in April 2007, Bane said, but he could not recall the details. Hicks was found not guilty, Bane said.

Hicks was also charged with the assault of Blanca Huertas in Burleson, Texas, in 2002. The charges were dropped.

Efforts to reach Hicks and Huertas were unsuccessful.

**Load-Date:** June 17, 2014

End of Document

## *A chilling profile: Crime fits pattern, expert says*

The Times Leader (Wilkes-Barre, Pennsylvania)

April 6, 2008 Sunday

Copyright 2008 The Times Leader

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 1252 words

**Byline:** Jen Marckini, The Times Leader, Wilkes-Barre, Pa.

## Body

Apr. 6--In the back of a prisoner transport on the way to the Monroe County jail, accused homicide suspect Charles Ray Hicks told state police troopers he knew why the severed hands of Deanna Marie Null were inside his bathroom.

But, he never said anything more.

That left investigators without an explanation of the murder and dismemberment of the 36-year-old woman, and why -- if Hicks is guilty -- he would discard all body parts but keep her hands.

Criminal personality expert Judith M. Sgarzi doesn't know but has a theory.

"He kept the hands, about all my guess would be, to use to please himself or to relive his fantasy of what he had her do before he actually murdered her," said Sgarzi, a professor of criminal justice at Mount Ida College in Newton Centre, Mass.

Sgarzi, an expert on criminal personality development and domestic violence, said a dismembering killer fits the psychological profile of a serial killer -- a sexual sadist who has no remorse and commits crimes for pleasure.

She also suspects the body of a previous victim is somewhere out there.

While there have been no updates in the Null case since Hicks was arrested, Sgarzi believes a nationwide search for similarities into other unsolved dismemberment crimes may be under way. To search for patterns, Sgarzi said investigators will have to look at similar unsolved crimes prior to the Null case.

If police investigating the case know more, they're not saying.

That leaves the public still wondering about the circumstances surrounding the brutal slaying of the former Williamsport woman.

What they do know is that the woman's body parts were found in January -- strewn across highways in the Pocono region.

Null's hands were found inside Hicks' Coolbaugh Township home in early March shortly after his arrest for the homicide.

The hands were wrapped in the Feb. 4 issue of the Scranton Times-Tribune.

A chilling profile: Crime fits pattern, expert says

Null's body parts were found Jan. 29 along interstates 80 and 380 in Monroe County and 14 miles northbound along I-380 into Lackawanna County.

Both hands were then wrapped in four more layers -- a bag placed inside a sock, an outer bag with detergent and another sock.

Hicks asked questions as he was being taken to jail following the arraignment on March 8, according to a trooper who testified at the preliminary hearing. He asked investigators what they found inside his home -- and said they didn't find a lot of blood, the trooper said.

Sgarzi, who reviewed the master affidavit on the case, said she thinks the person responsible for Null's death and dismemberment is a disorganized killer who put the body parts out so they would be found.

Some of the body parts were found miles away from where Hicks lived, but some were found close his home. Null's severed head was located about 200 yards from Hicks' house.

"From the description I saw on the affidavit, it appears some of the body parts were found close to home to where he lived," Sgarzi said. "If this is true (that he did it), it is a sign of the profile of a disorganized serial killer."

Sgarzi said it is possible whoever killed Null led a double life as a serial killer who is a sexual sadist. The profile of a serial killer, she said, shows these individuals are loners who are pleasant enough to talk with people, but are leading a secret life that took root in childhood fantasies.

But, in time, the sexual sadist will play out his or her fantasies in reality.

Behaviors escalate over time, said Sgarzi,

"All of the research shows that whatever the crime, no matter how vicious, the fantasy is far worse," she said.

The Null crime, she said, "is definitely the work of one person."

State police have said Hicks' demeanor has been calm, polite and relaxed, which Sgarzi said is not unusual for someone who might fit the profile of a dismembering killer. Hicks continues to deny any involvement in Null's murder and dismemberment.

"If you watch interviews with the most famous serial killers, they are all calm and show little emotion, because they have no guilt -- they have never developed it. That is what allows them to do this kind of crime."

Hicks, 33, formerly of Burleson, Texas, was employed as a subcontractor at Tobyhanna Army Depot.

At the time of his arrest, according to a trooper, Hicks said he was not on any medications but was prescribed psychiatric medications about five months prior while dealing with a "rocky" divorce.

According to court papers, Hicks' trouble with the law goes back at least six years:

--In 2002, he was arrested in Texas for assaulting a woman and causing bodily injury. The misdemeanor charge filed in Tarrant County was dismissed.

--In 2003, Hicks was charged with aggravated sexual assault, also in Texas.

--In 2006, he was arrested in Virginia for assault and battery and possession of cocaine. The assault and battery occurred in Hampton, where Hicks pleaded guilty. The cocaine charge was dropped.

--In 2007, he was charged with aggravated robbery in Tarrant County, Texas. The felony charge was dismissed in August 2007.

Sgarzi believes this shows a pattern of violence and anger.

A chilling profile: Crime fits pattern, expert says

"All assault cases are about anger," Sgarzi said, "but more important, about displaying power over a victim."

According to Hicks, he only met Null twice -- and each time for sex.

Hicks told police he drove to Scranton in search of a prostitute. He said he had sex with Null on two separate occasions, and the two smoked crack cocaine, police said. He would give her drugs and money for sex and they would drive around in his Mercury Grand Marquis.

Null was last seen driving off with a man on Jan. 18 in Scranton, friends told police.

Null, a Williamsport native, had been living in Scranton for nearly two years, and investigators said she would work as a prostitute to support her drug habit.

His family members are steadfast in their belief that Hicks is innocent. They maintain he was set up and that he does not fit the profile of a dismembering murderer.

"No one fits this description until they are caught, and they are the least likely to stand out," Sgarzi said.

Sgarzi believes the information presented in the affidavit and the evidence gathered by police would stand up in trial.

The evidence: A pair of human hands, the bloody shoes found in Hicks' trunk and hacksaws found inside his home.

TIMELINE:

Jan. 18: Friends of Deanna Marie Null say they last saw her when she got into a car in Scranton

Jan. 29: Parts of a woman's body are found in several trash bags along interstate highways in the Pocono region and Lackawanna County

Feb. 4: Police identify Null as the victim in the human remains case

March 8: Charles Ray Hicks of Tobyhanna, Coolbaugh Township, is charged with criminal homicide, aggravated assault, tampering with physical evidence and abuse of corpse in the death of Null

March 14: Hicks is ordered to stand trial in the murder of Null

"...(I)t appears some of the body parts were found close to home to where he lived.

If this is true, it is a sign of the profile of a disorganized serial killer."

Judith M. Sgarzi

Expert on criminal personality development

Jen Marckini, a Times Leader staff writer, may be reached at 829-7210.

To see more of The Times Leader, or to subscribe to the newspaper, go to *http://www.timesleader.com*. Copyright (c) 2008, The Times Leader, Wilkes-Barre, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** April 6, 2008

## *No Headline In Original*

Standard-Speaker (Hazleton, Pennsylvania)

April 18, 2008 Friday

Copyright 2008 Standard-Speaker
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 620 words

**Byline:** Bob Kalinowski; Staff Writer

# Body

HANOVER TWP. — A man discovered a male's torso Thursday morning in a bag dumped behind Lee Park Elementary School, and investigators later located the victim's remaining body parts in another bag nearby, Luzerne County Coroner John P. Corcoran said.

The bags containing the body parts were found around 9:30 a.m. along an embankment at the end of Loxley Street, an alley behind the school and between South Main Street and Lee Park Avenue.

"It was a gruesome discovery," said Luzerne County District Attorney Jackie Musto Carroll. "We're working hand in hand to identify this individual and find out what happened to him. It's an intensive investigation right now."

Members of the coroner's office and a forensic pathologist were conducting an autopsy Thursday evening. They said the first objective is determining the man's identity. All that was immediately known was the victim was a white male and the body was "there for a while," Corcoran said.

Arthur Ellis, 47, said he found the bag containing the torso around 9:30 a.m. after his dogs were barking at two people who were walking along the embankment, an abandoned railway strip.

"I zipped open the bag and found a torso. It had no arms, no legs, just a torso," Ellis said. "It was bad. This is too close to home."

Investigators from the state police, Hanover police and Luzerne County District Attorney's office soon arrived on the scene. Corcoran confirmed the body was missing its head, arms and legs. Police soon found the remaining body parts about 15 feet away in another bag, he said.

"The body was dismembered. We can tell you that. All the body parts have been accounted for," Corcoran said in a brief press conference outside the morgue at Wilkes-Barre General Hospital.

He said it was not immediately known how the victim died and said investigators plan to use DNA and dental records in an attempt to identify the man.

The case is the second time in less than three months in which police in Northeastern Pennsylvania investigated the discovery of body parts. On Jan. 29, body parts of a woman, later identified as Scranton area drifter Deanna Marie Null, were found scattered along Interstates 80 and 380 in Lackawanna and Monroe counties. Charles Ray Hicks Jr., 33, was charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse in that case.

No Headline In Original

In Thursday's case, the crime scene was about 50 yards from the elementary school and 10 yards from the school's fenced-in playground. Classes were held as usual, but police asked the administration to keep the students inside. Recess was cancelled.

As expected, neighbors were shocked.

"It's scary that it happens in your backyard. You feel safe where you live," said Sandy Trzcinski, who owns Ketler Florist and Greenhouse on South Main Street.

Trzcinski's greenhouses behind her storefront are directly across the embankment from where the body parts were found.

She noted, as other neighbors did, that the embankment is well-known as an illegal dumping ground.

"If you drive by at night, you'll see people throwing stuff over there like garbage and tires," said Hanover Township resident Travis Williams, one of the many people who gathered on South Main Street to watch investigators search for clues. "If you look down there, you will see couches and everything."

Williams said he couldn't believe body parts were found.

"It's the kind of stuff you hear about on TV, but you don't expect that to happen here. It's very strange."

Anyone with information is asked to call state police at 697-2000, the coroner's office at 825-1664, or 911.

 

Denise Allabaugh, staff writer, contributed to this report.

 

bkalinowski@citizensvoice.com


**Load-Date:** June 17, 2014

---

**End of Document**

## *Police investigate new case of body-parts dumping in Luzerne County*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

April 18, 2008 Friday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL NEWS

**Length:** 604 words

**Byline:** BOB KALINOWSKI TIMES SHAMROCK WRITER

# Body

HANOVER TWP. - A man discovered a dismembered male's torso Thursday morning in a bag dumped behind Lee Park Elementary School and investigators later located the victim's remaining body parts in another bag nearby, Luzerne County Coroner John P. Corcoran said.

The bags containing the body parts were found around 9:30 a.m. along an embankment at the end of Loxley Street, a small street behind the school and between South Main Street and Lee Park Avenue.

"It was a gruesome discovery. We're working hand and hand to identify this individual and find out what happened to him. It's an intensive investigation right now," Luzerne County District Attorney Jackie Musto Carroll said.

Members of the coroner's office and a forensic pathologist were conducting an autopsy Thursday evening. They said the first objective is determining the man's identity. All that was immediately known was the victim was a white male and the body was "there for a while," Corcoran said.

Arthur Ellis, 47, said he found the bag containing the torso around 9:30 a.m. after his dogs were barking at two people who were walking along the embankment, an abandoned railway strip.

"I zipped open the bag and found a torso. It had no arms, no legs, just a torso," Ellis said. "It was bad. This is too close to home."

Investigators from the state police, Hanover police and Luzerne County District Attorney's office soon arrived on the scene. Corcoran confirmed the body was missing its head, arms and legs. Police soon found the remaining body parts about 15 feet away in another bag, he said.

"The body was dismembered. We can tell you that. All the body parts have been accounted for," Corcoran said in a brief press conference outside the morgue at Wilkes-Barre General Hospital.

He said it was not immediately known how the victim initially died and said investigators plan to use DNA and dental records in an attempt to identify the man.

The case is the second time in less than three months in which police in Northeastern Pennsylvania investigated the discovery of body parts. On Jan. 29, body parts of a woman, later identified as Scranton area drifter Deanna Marie Null, were found scattered along interstates 80 and 380 in Lackawanna and Monroe counties. Charles Ray Hicks Jr., 33, was charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse in that case.

Police investigate new case of body-parts dumping in Luzerne County

In Thursday's case, the crime scene was about 50 yards from the elementary school and 10 yards from the school's fenced-in playground. Classes were held as usual, but police asked the administration to keep the students inside and recess was canceled.

As expected, neighbors were shocked.

"It's scary that it happens in your backyard. You feel safe where you live," said Sandy Trzcinski, who owns Ketler Florist and Greenhouse on South Main Street.

Trzcinski's greenhouses behind her storefront are directly across the embankment from where the body parts were found.

She noted, as other neighbors did, that the embankment is well known as an illegal dumping ground.

"If you drive by at night, you'll see people throwing stuff over there like garbage and tires," said Hanover Township resident Travis Williams, one of the many people who gathered on South Main Street to watch investigators search for clues. "If you look down there, you will see couches and everything."

Williams said he couldn't believe body parts were found.

"It's the kind of stuff you hear about on TV, but you don't expect that to happen here. It's very strange."

Anyone with information is asked to call state police at 697-2000, the coroner's office at 825-1664, or call 911.

**Load-Date:** May 14, 2014

---

**End of Document**

Monroe prosecutor will seek death penalty in interstate body part...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITORS

GUIDE   INTERACT   CLASSIFIEDS

Monroe prosecutor will seek death penalty in interstate body part...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...



## Monroe prosecutor will seek death penalty in interstate body parts murder

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!

Photo 1 of 2 | Zoom Photo +



Accused murderer Charles Hicks of Tobyhanna is led by state troopers to a police vehicle after being arraigned in March by District Judge Thomas Shiffer in Stroud Township.

FILE PHOTO/Pocono Record

Text Size: A | A | A

Print this Article     Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

**Share**

del.icio.us     Digg This Story
reddit     STUMBLEUPON
MY YAHOO!     Add to Google
Seed Newsvine



Click here to view RED HOT SPECIALS

Gamers
Home Building Centers
Serving the Poconos since 1915



thepoconos.com

What are you looking for?

Select Category

Business Name:

Location:

FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Golf Courses - Public

May 27, 2008

STROUDSBURG — The January murder and dismemberment of Deanna Marie Null constitute aggravating circumstances on which the District Attorney's Office is seeking the death penalty against Charles Hicks, who is charged with killing Null.

Hicks, 34, of Tobyhanna, was formally arraigned Tuesday in Monroe County Court, during which he entered a not-guilty plea and was placed on the September trial term.

Assistant District Attorney Michael Mancuso told the court that the D.A.'s Office cites the dismemberment and scattering of Null's body parts in trash bags along Interstates 380 and 80 as aggravating circumstances. Mancuso said this is the reason the office last week filed a notice of intention to seek the death penalty.

Null, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

### RELATED STORIES

Texas link to local murder investigated

Defendant awaits trial date in body-parts case

### LINKS

Major Crimes: Deanna Null Case

HOME

Be the first to know - Sign up for text alerts     Sign up for e-mail newsletters

## READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On July 20, 2008 at 1:36 PM , betti320 said:

time to cut him up too Full Message

betti320
Member since: 07/02/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Hartmann Electrical
Residential / Commercial / Repairs New Construction / Additions
www.hartmannelectrical.com

Tannersville Restaurants
Hungry? Find a restaurant located in and near Monroe County
monroe.eztousebigbook.com

Death Certificate Search
100% Free, Instant Results for All State Death Certificate Searches.
www.Web-Detective.com/Search

E. Stroudsburg New Homes
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

Ads by Google

Print this Article Email this Article

**Share**

del.icio.us | Digg This Story
reddit | STUMBLEUPON
MY YAHOO! | Add to Google
Seed Newsvine

## TOP JOBS

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

## TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

## TOP CARS

**$9,900**
2004 Mazda Tribute
**Mick Motors**

**$17,988**
2005 Dodge Ram 1500 Truck
**Brown Daub Chrysler Jeep**

**$14,990**
2007 Chevrolet TrailBlazer
**Brown Daub Chevrolet-Volvo**

2008 Ford F-150
**Brown Daub Ford Lincoln Mercury**

Show All Featured Cars

## TONIGHT IN PRIME TIME

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



Monroe prosecutor will seek death penalty in interstate body parts ...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008052...

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On July 20, 2008 at 1:36 PM , betll320 said:

time to cut him up too  Full Message

betll320
Member since: 07/02/2007

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

**Derek J. Verderamo**
Facing the death penalty? Get help Legal problems? I'll take the case
www.derekverderamo.com

**E. Stroudsburg New Homes**
Search new homes in E Stroudsburg. Browse photos, tours & floor plans.
www.Lennar.com/East_Stroudsburg

**Anna Goykhman Law Office**
Experienced criminal defense lawyer Criminal law, DUI, DWI, juvenile
www.goykhmanlaweverett-a.com

**Monroe WA Homes For Sale**
See Latest Monroe WA Home Listings View Maps, Photos & Detailed Info
www.HomeListingsFinder.com/WA

Ads by Google

Print this Article    Email this Article

**Share**
del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY Yahoo!            Add to Google
Seed Newsvine

**TOP JOBS**

**Hotel - COMFORT INN**
MOUNT POCONO, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**THE H & K GROUP Materials**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**TOP CARS**

$13,900
2007 Chrysler Pacifica
Mick Motors

1996 Jeep Grand Cherokee
Brown Daub Buick Pontiac Chevrolet

$45,090
2008 Chrysler Aspen
Brown Daub Chrysler Jeep

2000 Chevrolet Suburban
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | NCIS HD | | The Mentalist HD | | Without a Trace HD | |
| WOLF | House HD, New | | Fringe HD | | FOX 56 News at Ten New | Seinfeld |
| WPVI | America's Funniest Home Videos New | | Accordin to Jim HD, New | Accordin to Jim HD, New | Eli Stone HD, New | |
| NBC WBRE | The Biggest Loser: Families New, Video | | | | Law & Order: Special Victims Unit HD, New | |
| WWOR | Olive, the Other Reindeer | | Santa's Funniest Moments | | My 9 News New | |
| WSWB | 90210 HD | | Privileged HD | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe to the Pocono Record

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Stroudsburg & the Poconos PA news, sports, schools, entertainment, and shop...   Page 1 of 1

**2 of 2**   ◀ ▶



Police search for body parts along Interstates 80 and 380 in January after a trash bag containing part of a woman's body was found. The victim was later identified as Deanna Null (inset).

*FILE PHOTO/Pocono Record*

Email A Friend  |  Submit Your Own Photo

Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&nav=messages&...



Tuesday, December 09, 2008                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
P/CLOUDY 21°
Forecast /Radar


thepoconos.com/homes
Find a Home

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**                    Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >          Advanced Search

### POCONO RECORD NEWS FORUM

Reader Reactions

**MONROE PROSECUTOR WILL SEEK DEATH PENALTY IN INTERSTATE BODY PARTS MURDER**

| Discussions | Keep Reading |
|---|---|

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

[search PoconoRecord.com]   FIND IT!

thepoconos.com/cars
Find a Car

**1 of 10**



On May 27, 2008 at 02:56 PM, CallMeRonnie said:
I'd like to know why he found it necessary to dismember her and throw her on the highway.

CallMeRonnie
My Comments
Member Since:
12/27/2006

**TOP JOBS**
Hotel - COMFORT INN
MOUNT POCONO, PA Pocono Record Classified Ad

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

**2 of 10**



On May 27, 2008 at 02:59 PM, gladys said:
Does this mean that the details are worse than what we've already read about this?

gladys
My Comments
Member Since: 2/6/2007

PART TIME - Afternoon
SWIFTWATER, PA Pocono Record Classified Ad

THE H & K GROUP Materials
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**3 of 10**



On May 27, 2008 at 03:09 PM, Harvey_birdman said:
He found it necessary to dismember her and throw her on the highway because he is seriously mentally ill.

Harvey_birdman
My Comments
Member Since: 1/9/2007

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

**4 of 10**



On May 27, 2008 at 03:09 PM, beardog said:
No. you probably have the go to The morning call to get the full story. Seems like our local paper reads the morning call and then reports it to us.

beardog
My Comments
Member Since:
1/23/2007

**5 of 10**

On May 27, 2008 at 03:11 PM, cali007 said:
Harvey hit the nail on the head. There is no reason other then just plain nuts.

Crack + Crazy = Very bad things.

http://norml.org

cali007
My Comments
Member Since:
2/13/2007

Pocono Record News Forum    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=1&nav=messages&...

**TOP CARS**



6 of 10

On May 27, 2008 at 04:43 PM, whoknew said:

9 times out of 10, a person is put on the side of the road to send a message to someone

whoknew
My Comments
Member Since:
7/23/2007


$15,495
2006 Jeep Liberty
Brown Daub Dodge


$6,373
2000 Mercury Mountaineer
Brown Daub Ford Lincoln Mercury



$7,473
2002 Ford Focus
Brown Daub Ford Lincoln Mercury

$17,988
2006 Chrysler Pacifica
Brown Daub Chrysler Jeep

Show All Featured Cars





7 of 10

On May 27, 2008 at 05:11 PM, alwaysamazed said:

So according to the related articles, this poor woman is connected with past drive-by shootings in which guys got convicted, and in providing robbery alibis, and is homeless, and who knows what else we don't know about her, and the DA is going for the death penalty for a drifter kind of guy who doesn't have any family or roots in the area? And they found her head near his home, and incriminating evidence in his attic and car, and the bodies were spread all along the highway? I must be watching too many TV crime shows, where the viewer would know in the first five minutes that the guy was being framed. But hey, crazier things have happened.

alwaysamazed
My Comments
Member Since: 3/5/2007



8 of 10

On May 27, 2008 at 05:39 PM, AntieEm2 said:

I think it's connected to the case in Luzerne that they were so quick to close when the friend committed suicide. It had all the same markings.

AntieEm2
My Comments
Member Since:
12/22/2006



9 of 10

On May 28, 2008 at 08:23 AM, petersonjuror said:

I do not think this is an Interstate case.

petersonjuror
My Comments
Member Since:
3/16/2007



10 of 10

On Jul 20, 2008 at 01:36 PM, betti320 said:

time to cut him up too

betti320
My Comments
Member Since: 7/2/2007

Discussions                                    Keep Reading



TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE



**READING FOR FUN AT EASTBURG SOUTH**
Page C1



**THE GIRLS ARE BACK IN TOWN FRIDAY**
Page D1

**MORNING MOTORMOUTH GARY SMITH WEBCASTS HIS 100TH SHOW SINCE BIDDING RADIO BYE-BYE**
Page A3

# Pocono Record

WEDNESDAY
May 28, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

Volume 115, No. 57          © Copyright 2008          50 CENTS



Tony Stewart's No. 20 car goes out for a final practice lap as members of Dale Earnhardt Jr.'s crew watch amid ominous clouds blow toward NASCAR Sprint Cup testing on Tuesday at the Pocono Raceway. Testing was suspended for the rest of the day at around 4:30 after a brief but heavy downpour.

ADAM RICHINS/Pocono Record

# Fans' day at raceway

## NUTS FOR NASCAR

### Blakeslee fan bleeds orange for Stewart

By BETH BRELJE
Pocono Record Writer

It wouldn't be fair to single out just one ultimate NASCAR fan. Every fan shows appreciation for their favorite driver in a different way. The Pocono Record is, however, looking for those fans who have taken their admiration to a higher, kookier level. Fans like:

**EDDIE TOMPKINS**
**37, Blakeslee**

**Nickname:** Tony Stewart Ed

**Who is your driver:** This should be obvious by the nickname and the orange Crocs shoes. Eddie is a Tony Stewart guy.

**Level of commitment:** "I only shop Home Depot. I will not step foot in Lowe's."

**How many races have you attended:** At least 13

**Favorite track:** Pocono Raceway. He moved to Blakeslee to be near the track.

**Fan loot:** The list is longer than a rain delay. Eddie claims to have Tony Stewart everything. Tony Stewart boxer shorts, bobble head dolls, a tire, watch, lighters, die-cast cars, lawn ornaments, even his boat is painted orange with the No. 20 motif.

**Now that's quirky:** Eddie wears Tony Stewart gear every day. Usually a hat and T-shirt.

**TMI (too much information):** Eddie's bathroom is painted orange and black with a No. 20 on the wall. While seated at the throne, one may enjoy a picture of, you guessed it, Tony Stewart. "When you are sitting in there, you are looking at Tony," Eddie



said, as if the two are pals on a first-name basis.

**Sweet ride:** A No. 20 golf cart in Tony Stewart orange. Eddie painted it himself. He rode it to the track, about a mile from home, on the shoulder of the road.

**Love at first lap:** "I get goose bumps when the race starts. I have to watch."

*Know anyone who is bonkers for NASCAR? You, perhaps? Maybe you'll get your mug in the paper. Contact Beth Brelje at the Pocono Record, bbrelje@poconorecord.com*

Eddie Tompkins sits in his Tony Stewart golf cart, which he rode to Pocono Raceway for Tuesday's testing session.

ADAM RICHINS/Pocono Record

### NASCAR lovers get special treat at testing session

By ADAM McNAUGHTON
Pocono Record Writer

LONG POND — Fans could spread out, put their feet up on the bleachers in front of them or stand at a fence only feet away from their favorite NASCAR drivers' garage.

There was plenty of elbow room at Pocono Raceway on Tuesday, and that is just how NASCAR fans liked it.

The races there regularly draw more than 100,000 fans — and that can lead to some pretty tight quarters for race fans.

But that wasn't the case during the first day of NASCAR's two-day testing session for the new Sprint Cup Series race car — formerly known as the Car Of Tomorrow. The new car debuted last season in 16 races but was not run at Pocono. A few thousand die-hard

See NASCAR, Page A2

More online: **www.poconorecord.com**
Visit the Pocono Record's NASCAR page for more coverage including video and a photo gallery for Tuesday's testing session, and scenes from some of the worst crashes. Go to **www.poconorecord.com/nascar**

# Redistricting never leaves the station

## Local bus trip to Harrisburg postponed

By DAVID PIERCE
Pocono Record Writer

PHILADELPHIA — There won't be a committee vote Thursday on a state House redistricting bill, and the local bus ride to support it has been postponed.

The House State Government Committee was scheduled to vote on a constitutional amendment that would grant authority for redrawing state House and Senate district boundaries every 10 years to the Legislative Reference Bureau.

Currently, a few key Democratic and Republican state leaders make those decisions. Critics say this results in district boundaries that are designed to protect incumbents and political parties rather than serve the best interests of voters.

Rep. Babette Josephs, the Philadelphia Democrat who chairs the committee, pulled the reform bill off Thursday's agenda. Josephs said she took that action after the director of the Legislative Reference Bureau, Robert Zech Jr., expressed opposition to being involved in redistricting decisions.

"I am in favor of the concept," Josephs said in a phone interview. "I just don't think this bill, the way it is written now, is the way to go."

In a memo Tuesday to members of the State Government Committee, Josephs called the



**Rendell: Reform bill could stand to be 'tweaked'**

By DAVID PIERCE
Pocono Record Writer

POCONO PINES
Gov. Ed Rendell support redistricting reform but has some concerns about a bill in the state House that would change the way state legislative boundaries are redrawn every 10 years...

role of the Legislative Reference Bureau — a non-partisan state agency — in redistricting decisions a fatal flaw. Josephs said she came to that conclusion after seeking Zech's opinion on the proposal.

See BUS, Page A2

More online: **www.poconorecord.com**
For background on Pennsylvania's gerrymandered districts and efforts to reform the process, visit **www.poconorecord.com/redistricting**.



COME SEE THE ALL NEW 2009 VOLKSWAGEN TIGUAN

Haltermans.com

# DA seeks death in body-parts killing

By ANDREW SCOTT
Pocono Record Writer

STROUDSBURG — The dismemberment and scattering of Deanna Marie Null constitute aggravating circumstances in her January murder on which the District Attorney's Office is seeking the death penalty against Charles Hicks, who is charged with killing


Charles Hicks

Null.

Hicks, 34, of Tobyhanna, was formally arraigned Tuesday in Monroe County Court, during which he entered a not-guilty plea and was

placed on the September trial term.

Assistant District Attorney Michael Mancuso told the court that

See MURDER, Page A2


More online: **www.poconorecord.com**
For background on the Null case, visit **www.poconorecord.com/bodyparts**.




**TODAY'S FORECAST**
Becoming mostly sunny. High 63/66. Low 37/40.
Weather, C8


**Stroudsburg baseball's district game postponed; playing today •** Page B1

**INSIDE the RECORD**

| | |
|---|---|
| ADVICE & BRIDGE | C7 |
| BUSINESS | D2 |
| CLASSIFIED | D3-6 |
| COMICS, PUZZLES | C6 |
| ENTERTAINMENT | C7 |
| HOROSCOPE | C7 |
| IN OUR SCHOOLS | C1-2 |
| LOCAL & REGION | A2 |
| LOTTERY | A3 |
| OBITUARIES | A4 |
| OPINION | A6-7 |
| PUBLIC NOTICES | D3 |
| SPORTS | B1-4 |
| TV & WEATHER | C8 |
| U.S. & WORLD | A5 |
| YOUR COMMUNITY | C4-5 |



A 2  Wednesday, May 28, 2008 — Pocono Record

# Shad numbers plunge in eastern rivers

CONOWINGO, Md. (AP) — American shad are in trouble, and on the Susquehanna River, scientists say the fish population has dropped more than 90 percent over the last seven years.

The shad's decline up and down the East Coast has alarmed biologists and led to calls for new fishing limits or moratoriums to protect the silvery, oily fish once so common it was a staple of the Colonial-era American diet.

Researchers in Maryland count shad in April and May as the fish swim through a fish elevator that allows them to pass over a dam in Harford County to go upstream to spawn.

"We've seen decreases in American shad at fish lifts all along the East Coast, suggesting it's not just at the Conowingo Dam," said Erica Robbins, fisheries management plan coordinator at the Atlantic States Marine Fisheries Commission.

Fishing for the species is already banned in Maryland and in some Pennsylvania waters, but not in New Jersey, Delaware, North Carolina and other states. The fisheries commission is planning public hearings to consider whether uniform restrictions are needed.

The shad's decline illustrates the delicacy of underwater ecology. As conservation measures have restored striped bass, biologists have seen a resulting decline in shad, which bass eat.

Around the Conowingo Dam, striped bass seem to be gobbling up the shad, said Dilip Mathur, a fisheries biologist who has run the annual shad count at the dam for decades. Pollution and fishing are also blamed for the fish's decline.

The fish lift at Conowingo Dam was built at a cost of $15 million more than a decade ago, after the U.S. Fish and Wildlife Service sued the dam's owners for blocking the shad's migration upriver.

At first, it worked well. The number of fish lifted over the dam by an elevator-like mechanism rose from 37,516 in 1996 to 193,574 in 2001.

But since then, the shad population has been falling, to 56,000 in 2006, 29,000 last year, and about 16,000 so far this year, according to the federal agency and the dam's operators.

# BUS
*From Page A1*

Josephs quoted from Zech's response letter in her memo to the committee.

"This constitutional amendment will change the Bureau's mission of serving as an impartial drafting and advisory arm of the General Assembly," Zech wrote. "Contrary to our long-standing mission, the duty of legislative reapportionment would directly involve partisan politics; this has the potential to indirectly compromise the neutral and nonpartisan reputation of the Bureau."

Zech said his department would need additional personnel and equipment to perform legislative reapportionment.

Josephs wrote: "The reply that I received convinced me that it was necessary to pull the bill. For while I am doubtful that there is enough support in the General Assembly to pass even the most carefully drafted redistricting legislation, I am certain that the chances of passing flawed legislation — legislation that would forever change the well-respected non-partisan role of the LRB — are, in my opinion, non-existent."

All four members of Monroe County's state House delegation co-sponsored House Bill 2420, as the redistricting legislation is known. Two of them — Rep. Mike Carroll, D-118, and Rep. Mario Scavello, R-176 — had arranged for a free, bipartisan citizen bus trip to Harrisburg on Thursday to support the bill.

They quickly postponed the bus trip, coordinated by the League of Women Voters of Monroe County, after hearing the redistricting bill had been pulled. Scavello said he didn't know why the bill had been taken off the agenda, but said such actions are common.

"It's nothing new," Scavello said. "The timetable is the problem I'm concerned about."

For a state constitutional amendment to be approved in time to take effect by 2011 — the next time legislative districts will be redrawn — the amendment must win initial House and Senate approval before the General Assembly adjourns at the end of June.

Carroll, who serves on the State Government Committee, expressed regrets about the latest turn of events.

"It is frustrating," Carroll said. "That is disappointing from my perspective."

Josephs said she has no idea, at the moment, what agency or group would be best suited to redraw legislative district boundaries in a nonpartisan manner.

"There's got to be some kind of answer of who can do this," Josephs added. "I don't know where to look. We still have time. I know there are a lot of people dissatisfied with the process, and I would like to work with them."

Carroll said the best hope for redistricting reform might be for movement of a similar amendment in the state Senate. State Sen. Lisa Boscola, D-18, whose district includes part of Monroe County, introduced a redistricting bill that was amended similar to House Bill 2420.

Boscola is one of six state senators who represent portions of Monroe County. The county doesn't have a Senate district in which a majority of voters are Monroe County residents.

Scavello and Carroll said they will sponsor another free bus ride to Harrisburg in support of redistricting reform if another House redistricting vote is scheduled. The bus had been booked to capacity and some residents were turned away.

# TWEAK
*From Page A1*

"I'm for anything that would change the system," Rendell said last week after attending a forum at Pocono Mountain West High School on state education funding. "But I'd tweak that bill."

Rendell didn't say what aspect of the bill he wants to tweak.

During the education forum, Rendell expressed surprise when told Monroe County is divided into six Senate and four House districts.

"That is obviously reapportionment at its worst," Rendell said.

It is unclear why the decision was made in 2001 to deny creation of a Senate district based in Monroe County, despite the Census showing Monroe had the second fastest growth rate in the state during 1990s. Monroe's current population is estimated at 165,000.

One official says privately that an incumbent senator who offered the entire county as part of his district, but rejected the idea. Another official contends that state Democratic leaders didn't want to transfer a predominantly Democratic Senate seat based in Allegheny County to Monroe County — where it is considerably more difficult to gauge voters' party allegiances.

Senate and House districts are supposed to have roughly the same populations of other House and Senate seats. Leaders of the major parties usually draw boundaries that maximize incumbents' chances for re-election.

# MURDER
*From Page A1*

the DA's Office cites the murder, dismemberment and scattering of Null's body parts in trash bags along interstates 380 and 80 as aggravating circumstances. Mancuso said this is the reason the office last week filed a notice of intention to seek the death penalty.

Null, 36, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

# NASCAR
*From Page A1*

racing fans came out to watch the tests Tuesday and they had more room and more access to the track than they were used to.

"So far it's been great," said Dave Eisenhower of Sugarloaf, who brought his 7-year-old son to his first NASCAR event on Tuesday.

"I like being able to get this close to the cars," he said from the paddock area near the team garages. "It's much closer than we'd get on race day."

The infield pit and paddock area is usually restricted to fans who purchase passes, but during testing those areas were open to general admission ticket holders.

"I like being down here," Paul Owens of Punxsutawney, said from the paddock area.

The several thousand fans were spread out over the grandstand, mostly around the start-finish line, but never packed-in like during a race.

Most fans at the track stayed through the afternoon but heavy rain around 4:30 chased most of them home. With a sunny weather expected today, fans will have another chance to see their favorite drivers without the huge crowds of a NASCAR race weekend.






BARRY SOMMERS TRANSMISSION — 570-992-5255 / 570-449-0160

Samer Alkhuja, M.D. Medical Associates

Dr. William O'Brien CLINIC OF CHIROPRACTIC — 424-6871

KIDS COUNTRY INC. AGES 6 WEEKS TO 13 YEARS OLD

APS RECYCLING CENTER & SALVAGE — For All Your Recycling Needs

CORPORATE BOND 9.375%

BICYCLE REPAIR — THE LOFT — 629-2627

Internet SERVING STROUDSBURG $9.95

Little Discoveries Day Care — 570-620-1008

ROBERT A. LAUBSCHER INSURANCE AGENCY — 432 Sterling Rd. Rt. 196 Mt. Pocono — (570) 839-2600

LOTTERIES
Numbers drawn Tuesday, May 27, 2008
PENNSYLVANIA
NEW JERSEY
NEW YORK

POCONO RECORD
Your home. Your neighbor. Your news.
poconorecord.com
How To Reach Us
News / Advertising / Subscription Services

DA seeks death in body-parts killing - poconorecord.com - The ...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast / Radar

Traffic | Weather
Breaking News
Text Alerts   Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

## DA seeks death in body-parts killing



Charles Hicks

Pocono Record

Photo 1 of 1 | Zoom Photo +

Text Size: A | A | A

Print this Article    Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share
del.icio.us    Digg This Story
reddit    STUMBLEUPON
MY YAHOO!    Add to Google
Seed Newsvine





By **Andrew Scott**
Pocono Record Writer
May 28, 2008

STROUDSBURG — The dismemberment and scattering of Deanna Marie Null constitute aggravating circumstances in her January murder on which the District Attorney's Office is seeking the death penalty against Charles Hicks, who is charged with killing Null.

Hicks, 34, of Tobyhanna, was formally arraigned Tuesday in Monroe County Court, during which he entered a not-guilty plea and was placed on the September trial term.

Assistant District Attorney Michael Mancuso told the court that the DA's Office cites the murder, dismemberment and scattering of Null's body parts in trash bags along interstates 380 and 80 as aggravating circumstances. Mancuso said this is the reason the office last week filed a notice of intention to seek the death penalty.

Null, 36, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks's vehicle, according to a police affidavit.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks's home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

### RELATED STORIES
Texas link to local murder investigated
Defendant awaits trial date in body-parts case

### LINKS
Major Crimes: Deanna Null Case

HOME

DA sees death in body-parts killing - poconorecord.com - The ...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

**READER REACTION**

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

On May 29, 2008 at 5:37 AM , Dougisles said:

"Most of the country is ready to elect a black president"Really?  Full Message

Dougisles
Member since: 01/30/2007

Browse All Forums | View All Comments | Login | Register

Ads by Google

Ads by Google

**2009 Entertainment Book ®**

Dine Shop Travel & Save. Order Now And Get $10 And Free Shipping!

www.entertainment.com

Print this Article        Email this Article

Share

del.icio.us        Digg This Story
reddit        STUMBLEUPON
MY YAHOO        Add to Google
Seed Newsvine

**TOP JOBS**

MEDICAL Busy medical
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Telemarketing En
Stroudsburg, PA Pocono Record Classified Ad

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Photo Coming Soon

Read more...

View All Featured Ads

**TOP CARS**

$16,995
2005 Dodge Ram 1500 Truck
Brown Daub Dodge

2007 Hyundai Sonata
Brown Daub Ford Lincoln Mercury

$24,988
2008 Honda Accord
Brown Daub Chrysler Jeep

$10,995
2003 Ford Mustang
Brown Daub Dodge

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| TV WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

Subscribe To The
Pocono Record
Click here for
more information

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...



Monday, December 08, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

thepoconos.com/jobs
Find a Job

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome Guest**

Search [          ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >

Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**DA SEEKS DEATH IN BODY-PARTS KILLING**

Discussions                    [1] 2 3 4 5                Keep Reading

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com  [ FIND IT! ]

thepoconos.com/cars

Find a Car

TOP JOBS
ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

Photo Coming
Soon

View All Featured Ads

**1 of 44**



Used2Blocal
(juxtapose)
My Comments
Member Since:
5/27/2008

On May 28, 2008 at 12:46 AM, Used2Blocal (juxtapose) said:

Only thing I can come up with is "WHY"!! What would trigger such an assault? where did this guy come from??? What made him do it?????

**2 of 44**

melissav
My Comments
Member Since:
3/25/2008

On May 28, 2008 at 12:53 AM, melissav said:

This is a sick man. How do you denie something but have the hands at your house??? What do you say to that Oh yeah she forgot them here one day come on now he is guilty. I am not all about capital punishment but when you cut some one in pieces you should fry. It probly wont happpen cause she does not have the cleanest back ground. If it was an important figure in the community they would fry his A**. I guess we will see.

**3 of 44**



Dougisles
My Comments
Member Since:
1/30/2007

On May 28, 2008 at 04:35 AM, Dougisles said:

You'll throw a clot trying to understand why some of these mutants that walk amongst us do what they do. Let's just be happy that he's going to pay for his deed.

**4 of 44**

jeffwoehrle
My Comments
Member Since:
12/23/2006

On May 28, 2008 at 04:41 AM, jeffwoehrle said:

It should be a death penalty case because he is accused of murdering someone. The dismemberment should be an additional charge that would result in death by decapitation.

**5 of 44**



Sniper
My Comments
Member Since:
12/21/2006

On May 28, 2008 at 06:29 AM, Sniper said:

this should be an interesting case for this area for sure.

Message 7244.6 was deleted

 Pocono Record News Forum

http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...

---

7 of 44

**On May 28, 2008 at 07:52 AM, pacharlie said:**

pacharlie
My Comments
Member Since:
8/15/2007

He also told police he had been prescribed psychiatric medication in the past, according to the affidavit. He will try insanity plea, that would save him from death sentence, he already started his motive by telling police about his meds he "once was on"

---

**TOP CARS**


$16,995
2005 Dodge Ram 1500 Truck
**Brown Daub Dodge**


2007 Hyundai Sonata
**Brown Daub Ford Lincoln Mercury**




$13,950
2008 Volkswagen Rabbit
**Brown Daub Chevrolet-Volvo**

2003 Dodge Stratus
**Brown Daub Buick Pontiac Chevrolet**

Show All Featured Cars


Subscribe To The Pocono Record
Click here for more information

---

8 of 44

**On May 28, 2008 at 08:17 AM, petersonjuror said:**

petersonjuror
My Comments
Member Since:
3/16/2007

jeff,

do we need to get you some psychiatric meds as well? heh!

---

9 of 44

**On May 28, 2008 at 08:48 AM, jeffwoehrle said:**

jeffwoehrle
My Comments
Member Since:
12/23/2006

i keep waiting for someone to lend me a hand.

HA!

---

10 of 44

**On May 28, 2008 at 08:54 AM, VinMan said:**



VinMan
My Comments
Member Since:
12/27/2006

Look out for the insanity plea. They have a great argument; No one in their right mind goes around doing things like that.

---

Discussions        1 2 3 4 5        Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messa...



Monday, December 08, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

Traffic | Weather
Breaking News
Text Alerts
Sign Up Now

NEWS | FEATURES | SPORTS | ENTERTAINMENT | OUTDOORS | OUR SCHOOLS | PHOTOS & VIDEOS | LIVING HERE | VISITOR'S GUIDE | INTERACT | CLASSIFIEDS

**Welcome  Guest**                    Search [_____] 🔍
All Message Boards > Pocono Record News Forum > Reader Reactions >              Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**DA SEEKS DEATH IN BODY-PARTS KILLING**

Discussions                    1 [2] 3 4 5                    Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com   FIND IT!



Pocono Record
Daily Headlines
Breaking News Updates
Sign Up Now

**TOP JOBS**
**ENTREPRENEUR FREE**
Stroudsburg, PA Pocono Record Classified Ad

**INSURANCE AGENT Seeking**
MOUNT POCONO, PA Pocono Record Classified Ad

**Advertising SEEKING**
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

**AUTO FORD PARTS MANAGER**
Stroudsburg, PA Pocono Record Classified Ad
More jobs...

**TOP HOMES**


Photo Coming
Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

---



**11 of 44**

On May 28, 2008 at 08:54 AM, fraudstoper said:

This is a sick SOB and is guilty as sin and hope he gets the death penalty..How can a person say he is not guilty when he had the victims hands in a drain pipe hidden plus all the other evidence in his house please give me a break....

**fraudstoper**
My Comments
Member Since: 3/7/2008

---



**12 of 44**

On May 28, 2008 at 08:57 AM, Daniel37 said:

What about the littering charges?

**Daniel37**
My Comments
Member Since:
3/25/2008

---



**13 of 44**

On May 28, 2008 at 09:02 AM, petersonjuror said:

evidently littering in the poconos is only a 30 day sentence. sheesh

**petersonjuror**
My Comments
Member Since:
3/16/2007

---

**14 of 44**

On May 28, 2008 at 09:21 AM, hgrammy said:

The death penalty is probably what he will get. However, I hate to see these guys get off that easy. A shot and it's all over. I would rather see them rot in a cell - with other prisoners "taking care" of them. Now that's just punishment in my eyes.

**hgrammy**
My Comments
Member Since:
1/27/2008

---



**15 of 44**

On May 28, 2008 at 09:33 AM, cali007 said:

"A shot and it's all over. I would rather see them rot in a cell"

He will if he gets the death penalty in PA. He'll spend the rest of his days in a Restricted Housing Unit at SCI Greene or Graterford. The only way he'll be executed is if he waives his appeals. That has happened only three times in PA since they reinstated capital punishment.

http://norml.org

**cali007**
My Comments
Member Since:
2/13/2007

---

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=11&nav=messa...



**TOP CARS**



16 of 44

**On May 28, 2008 at 09:46 AM, sniggles said:**

He's black and the race card has yet to raise it's ugly head. I'm surprized Al Sharpton and his mob are not decending on the Poconos yet. He should go the way she went. That's how way killers be dealt with. You kill by the sword, you die by the sword. One sick SOB. She played a big part in her own demise as well. You live that life style, what do you think will happen? Anything can and will happen.

**sniggles**
My Comments
Member Since:
1/29/2008

$34,205
2008 Jeep Grand Cherokee
Brown Daub Chrysler Jeep

$13,900
2006 Jeep Liberty
Mick Motors

17 of 44

**On May 28, 2008 at 09:46 AM, malynmom said:**

"Look out for the insanity plea. They have a great argument; No one in their right mind goes around doing things like that. "I totally agree - insanity plea -DUH- anyone who would rape, murder or assault anyone is insane by definition in my book. Should they all be let off??

**malynmom**
My Comments
Member Since:
4/16/2008

$xx,xxx
2008 Honda Accord
Brown Daub Chrysler Jeep

$10,995
2003 Ford Mustang
Brown Daub Dodge

**Show All Featured Cars**

18 of 44

**On May 28, 2008 at 09:51 AM, gladys said:**

I think he must be insane if he did what he's accused of, but hiding the hands, wrapped in something in the wall kind of indicates that he was thinking and planning. Doesn't that nullify the insanity cop out?

**gladys**
My Comments
Member Since: 2/5/2007



19 of 44

**On May 28, 2008 at 10:43 AM, wawa55 said:**

cali007:
I am sorry to hear this- I traveled the road- saw everything! I thought I was having a 60's flashback-LOL

**wawa55**
My Comments
Member Since:
1/31/2007

20 of 44

**On May 28, 2008 at 11:17 AM, seeme said:**

I was so suprised he was black.lol

**seeme**
My Comments
Member Since:
4/24/2008

Discussions                1 2 3 4 5                Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE
Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

Pocono Record News Forum                     http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messa...



Monday, December 08, 2008    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

**POCONO RECORD**
News & Information from Northeast Pennsylvania

WEATHER FOR STROUDSBURG:
OVERCAST 17°
Forecast /Radar

Traffic | Weather
Breaking News
Text Alerts
Sign Up Now

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Welcome  Guest                     Search [        ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >        Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**DA SEEKS DEATH IN BODY-PARTS KILLING**

Discussions                1 2 [3] 4 5                Keep Reading

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS
search PoconoRecord.com  [FIND IT!]




**21 of 44**



**cali007**
My Comments
Member Since:
2/13/2007

On May 28, 2008 at 11:23 AM, cali007 said:

I was surprised, along with many others. I'd of put my money on a middle aged, white, serial killer type.
http://norml.org

**22 of 44**



**seeme**
My Comments
Member Since:
4/24/2008

On May 28, 2008 at 11:45 AM, seeme said:

LOL I'M SO HAPPY I DID NOT BET MY $20.00

**23 of 44**



**davinci**
My Comments
Member Since:
3/17/2007

On May 28, 2008 at 12:01 PM, davinci said:

Made for TV movie....

**24 of 44**



**Tao**
My Comments
Member Since:
8/24/2007

On May 28, 2008 at 12:37 PM, Tao said:

I still think this sounds suspiciously like other stories about MS-13. As I posted at an earlier story, the 80/380 intersection marks a major trade route that they are known to use, and they have committed similar crimes. Since there is a known connection to drugs in this case it seems plausible - and if it is so, then this killer might not be the only one.

The racism is shameful. Most of the country is ready to elect a black president, and there are only a few pockets of lingering interracial hostility with extreme differences in imprisonment rates in the greater metropolitan areas of Philadelphia and Chicago. No one would deny that there are problems convincing some black residents to live a peaceful lifestyle, but we shouldn't forget that when a mayor drops a bomb on an ethnic neighborhood and burns down 62 houses, it tends to reduce respect for the law. The ugly legacy of crooks, skinheads, and murder capital status can only end when all people join together to drive this demon out.

TOP JOBS
ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad
More Jobs

TOP HOMES
WHITE HAVEN, PA
Pocono Liner Ads
Read more...
Photo Coming Soon
View All Featured Ads

TOP CARS
 
2000 Chevrolet Cavalier
Brown Daub Buick Pontiac Chevrolet
2005 Chevrolet Silverado 1500
Brown Daub Buick Pontiac Chevrolet
 
2006 Ford Escape
Brown Daub Kia
2007 Ford Focus
Brown Daub Kia
Show All Featured Cars




25 of 44


**FreddyFedora**
My Comments
Member Since: 5/28/2008

On May 28, 2008 at 12:45 PM, FreddyFedora said:

I'm not surprised about it being a drug addict-related murder, race aside. What ticks me off is this guy got hired at the Depot, due to his military background yet civies with a higher education can't get their foot in the door. Sour grapes? Hell yes, I got turned down for YEARS there and I have my MBA. Would have been a nice commute too. But knowing they hire this type of scum, I rather travel where I do now.

26 of 44


**gladys**
My Comments
Member Since: 2/6/2007

On May 28, 2008 at 12:59 PM, gladys said:

'but we shouldn't forget that when a mayor drops a bomb on an ethnic neighborhood and burns down 62 houses, it tends to reduce respect for the law'

Didn't the millions of dollars in lawsuits and rebuilding help raise the respect a little? Thank the Lord that the mayor was an African American community activist or the city may have completely self destructed.

27 of 44


**cali007**
My Comments
Member Since: 2/13/2007

On May 28, 2008 at 01:01 PM, cali007 said:

The problem I have with the MS-13 theory is the fact that they take pride, if you can call it that, in their murders and always lay claim to them in one way or another. They don't kill someone in this fashion, cover their tracks, and set up someone to take the fall. It's just not how they operate. It would completly defeat the purpose of why they kill like that in the first place.

28 of 44


**petersonjuror**
My Comments
Member Since: 3/16/2007

On May 28, 2008 at 03:32 PM, petersonjuror said:

who are the ms-13?

29 of 44


**petersonjuror**
My Comments
Member Since: 3/16/2007

On May 28, 2008 at 03:33 PM, petersonjuror said:

he came from texas and he was smoking crack.

30 of 44



Pocono Record News Forum                          http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=21&nav=messa...



**On May 28, 2008 at 03:34 PM, petersonjuror said:**

really would you vote for death by decap if he killed her prior to the other stuff?

**petersonjuror**
My Comments
Member Since:
3/16/2007

Discussions                    1 2 3 4 5                    Keep Reading

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE    SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/8/2008 1:24 PM

## POCONO RECORD NEWS FORUM

Reader Reactions

### DA SEEKS DEATH IN BODY-PARTS KILLING

Discussions 1 2 3 4 5 Keep Reading

31 of 44

petersonjuror
My Comments
Member Since: 3/16/2007

**On May 28, 2008 at 03:37 PM, petersonjuror said:**

i dont see how hiding wrapped hands in the wall means planning? i could see it meaning insanity but not planning.

32 of 44

petersonjuror
My Comments
Member Since: 3/16/2007

**On May 28, 2008 at 03:42 PM, petersonjuror said:**

i agree that racism is horrendous but i dont see what that has to do with this guy sharing his crack with this gal, killing her, etc...i dont think this is a racial motivated killing and stereotypically when something like this is done to another human being it is not an african american who commits the crime and this particular african american is from texas and not from philly and probably wasnt too terribly affected by the bombing in philly.

33 of 44

cali007
My Comments
Member Since: 2/13/2007

**On May 28, 2008 at 03:43 PM, cali007 said:**

MS-13 is a street gang. They like to kill with machetes and decapitate their victims.

http://en.wikipedia.org/wiki/Mara_Salvatrucha

http://norml.org

34 of 44

gladys
My Comments
Member Since: 2/6/2007

**On May 28, 2008 at 03:44 PM, gladys said:**

Maybe not planning but plotting to hide evidence or perhaps, as someone else thought, trying to get rid of fingerprints... a lot of thought.

35 of 44

petersonjuror
My Comments
Member Since: 3/16/2007

**On May 28, 2008 at 03:49 PM, petersonjuror said:**

maybe he was going to do a jeffrey dahmer. here is my very wild guess...they were smoking crack and she did something that made him angry, woke up earliest and smoked all his crack or something. he got mad and beat her up and she died and he freaked out being a crackhead and all and did not know what to do and did not want to be punished for an accidental killing and being a nutcase from smoking crack just thought the easiest way to not get caught would be to scatter the evidence but being so wack from the crack did not realize that the distance of the scattering was not far and few between, or something...maybe forgot the hands and just freaked out when he sobered up and was too scared to try and move with them?????????? i just hate to believe in EVIL i suppose.

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads






TOP CARS

2000 Chevrolet Cavalier
**Brown Daub Buick Pontiac Chevrolet**

2005 Chevrolet Silverado 1500
**Brown Daub Buick Pontiac Chevrolet**




2006 Ford Escape
**Brown Daub Kia**

2007 Ford Focus
**Brown Daub Kia**

Show All Featured Cars



---

36 of 44



**On May 28, 2008 at 03:55 PM, Daniel37 said:**

still want to know about the littering charges for throwing bags out of a vehicle.

**Daniel37**
My Comments
Member Since:
3/25/2008

---

37 of 44



**On May 28, 2008 at 05:01 PM, pbrown said:**

I cannot believe someone offended me! I think it is terrible to blame her for what happened. The person who posted - what did she think would happen?:

Yes, children need to be taught that certain lifestyles can make your life more dangerous. However, I think it is wrong to blame her in part for this. What if it had been me. I don't do drugs, I am a devoted wife, I volunteer my time. What if he kidnapped me leaving the supermarket. Then it would be ALL his fault? But since she led a different life, it is only 75 percent his fault???? That is rude.

And he is not insane. I am sick of this insanity b.s.. Just because he did something sick and wrong, does not make him insane. In my opinion, and the law has strict views on this, if he could hold down a job and fool his friends into thinking he was normal, he is NOT insane - he is evil and does deserve to die courtesy of the state. Had he not thrown away the evidence - had he worn it to work as a hat, then he would be insane.

**pbrown**
My Comments
Member Since:
4/29/2008

---

38 of 44



**On May 28, 2008 at 08:27 PM, 121stpa said:**

This case doesn't seem to add up. I think it's possible that he may have been framed. Why would anyone chop someone up and create a trail of body parts that leads to their door? And then keep the hands behind a wall? I hope the police are doing a COMPLETE investigation to make sure they got the right guy. The evidence seems very compelling, but the cops should look into his friends, enemies and anyone who knew him, especially since the D.A. will be seeking the death penalty. If it's found that he did do this though, then LYNCH him, put him through a meat grinder, and make dog food out of him!

**121stpa**
My Comments
Member Since:
4/15/2008

---

39 of 44



**On May 28, 2008 at 08:31 PM, pacharlie said:**

Crack is wack

**pacharlie**
My Comments
Member Since:
8/15/2007

---

40 of 44

Pocono Record News Forum                              http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=31&nav=messa...



**On May 28, 2008 at 09:25 PM, gladys said:**

I wouldn't feed that offal to my dog. Could it be that he was so arrogant that he thought he could keep souvenirs and not get caught? Where was that quicksand bog?

**gladys**
My Comments
Member Since: 2/6/2007

Discussions                    1 2 3 4 5                    Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

## POCONO RECORD NEWS FORUM

Reader Reactions

### DA SEEKS DEATH IN BODY-PARTS KILLING

Discussions 1 2 3 4 [5] Keep Reading

41 of 44

**On May 28, 2008 at 09:48 PM, SHREK1 said:**

Daniel37. Always did like a Jar Head. My kind of guy...To the subject. Right, he was not taking his medication, right. Lets make sure it is the injection at the final solution. No loss either way ,two crackheads for the cost of .50 of final solution medication.

SHREK1
My Comments
Member Since: 3/2/2008

42 of 44

**On May 28, 2008 at 10:54 PM, beardog said:**

OK POCONO RECORD, WE GET THE POINT. LETS NOT SHOW THIS LO LIFE PIECE OF CHITS PHOTO ANYMORE THAN YOU HAVE TOO. LET HIM GET WHATS COMING TO HIM. TIRED OF SEEING HIS FACE

beardog
My Comments
Member Since:
1/23/2007

43 of 44

**On May 29, 2008 at 01:03 AM, Tao said:**

Peterson: My comment about racism may have been somewhat premature - two people started mentioning race issues, and based on how the forums about this case had gone previously, I was expecting worse.

Tao
My Comments
Member Since:
8/24/2007

44 of 44

**On May 29, 2008 at 05:37 AM, Dougisles said:**

"Most of the country is ready to elect a black president"

Really?

Dougisles
My Comments
Member Since:
1/30/2007

Discussions 1 2 3 4 [5] Keep Reading

NEWS CALENDAR HOMES AUTOS JOBS CLASSIFIEDS

search PoconoRecord.com FIND IT!

TOP JOBS

ENTREPRENEUR FREE
Stroudsburg, PA Pocono Record Classified Ad

INSURANCE AGENT Seeking
MOUNT POCONO, PA Pocono Record Classified Ad

Advertising SEEKING
STROUDSBURG, Pennsylvania Pocono Mountains Media Group

AUTO FORD PARTS MANAGER
Stroudsburg, PA Pocono Record Classified Ad

More jobs

TOP HOMES

Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?tsn=41&nav=messa...



TOP CARS

$8,495
2005 Dodge Neon
Brown Daub Dodge

$13,473
2006 Mercury Grand Marquis
Brown Daub Ford Lincoln Mercury

2007 Mazda MAZDA6
Brown Daub Ford Lincoln Mercury

2005 Chevrolet Cobalt
Brown Daub Kia

Show All Featured Cars

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

12/8/2008 1:24 PM

TX00051.SGM

# The Morning Call Merlin Archive

**Merlin ID:** 4093909
**Publication:** 5/28/2008
**Page:** B3
**Edition:** FIFTH
**Section:** Local
**Type:** Police
**Length:** short
**Dateline:**
**Day:** Wednesday
**Column:**
**Series:**

**Caption:**
No Art



Published stories

**Correction:**

**Memo:**

**Keywords:**

**Byline:**   The Morning Call

**Headline:**   STROUDSBURG **   DEATH PENALTY SOUGHT IN DISMEMBERMENT CASE

Monroe County prosecutors are seeking the death penalty for a man accused of killing a woman, dismembering her body and scattering the parts along highways.
Monroe District Attorney David Christine says 34-year-old Charles Ray Hicks Jr. tortured 36-year-old Deanna Marie Null in January. He says that aggravating circumstance justifies capital punishment.
Hicks pleaded not guilty at his arraignment Tuesday afternoon in Monroe County Court.

## *STROUDSBURG;  DEATH PENALTY SOUGHT IN DISMEMBERMENT CASE*

Morning Call (Allentown, Pennsylvania)

May 28, 2008 Wednesday, FIFTH Edition

Copyright 2008 The Morning Call, Inc. All Rights Reserved

**Section:** Local; Pg. B3

**Length:** 73 words

**Byline:** The Morning Call

## Body

Monroe County prosecutors are seeking the death penalty for a man accused of killing a woman, dismembering her body and scattering the parts along highways.

Monroe District Attorney David Christine says 34-year-old Charles Ray Hicks Jr. tortured 36-year-old Deanna Marie Null in January. He says that aggravating circumstance justifies capital punishment.

Hicks pleaded not guilty at his arraignment Tuesday afternoon in Monroe County Court.

**Load-Date:** May 29, 2008

End of Document

POCONO RECORD

# Life in the Poconos

**FRIDAY**
May 30, 2008

B

**INSIDE:**
Obituaries • B3
Your Community • B4-5
Business • B11
Comics & Advice • B12-13
Weather and TV • B14

Managing Editor Online Marta Gouger • PHONE (570) 420-4343 • FAX (570) 421-6284 • E-mail mgouger@poconorecord.com

# The king of clubs

## 4-H offers wide variety of clubs for kids this summer

By KAYDA NORMAN
For The Pocono Record

With summer approaching, parents are trying to come up with new and exciting ways to entertain their children.

Seventeen different 4-H clubs in the Monroe County cover everything from animals to gardening to entomology. And if a club does not already exist, citizens are able to create their own 4-H club by calling the Monroe County Cooperative Extension Office.

4-H offers a way for kids, ages 8 to 18, to learn about specific topics. If a child is interested in cooking, a club is dedicated to learning about the art of baking cookies and scrambling eggs. If an animal lover wants to learn how to train and take care of a dog or horse, there is a club to suit them.

"It draws kids to something particular they like to do," said Lorraine Lennon, Top Dog 4-H Club Leader. "They have an interest in it, so I find they thrive better and have a better feeling of confidence."

"It is an opportunity for kids to get together with similar interests from different schools and make new friends," said Sherri Abruzzi, 4-H Youth Development Educator.

See CLUBS, Page B6

Erin Gallagher of Saylorsburg holds Christian, her 2-year-old Dachshund, who she is training in the Top Dog 4-H Club.

ADAM RICHINS/Pocono Record

## New program helps kids who come from military families

The Penn State Cooperative Extension, 4-H Monroe County and the Education and Outreach Services at Tobyhanna Army Depot are sponsoring a new program called Speak Out! Military Kids for those living in the Tobyhanna and East Stroudsburg areas.

Speak Out Military Kids is for children in grades 7 to 12 who have family members in the military or who simply want to know more about military issues. This program teaches kids about the challenges facing families during times of deployment.

"They learn leadership and public speaking skills," said Sherri Abruzzi, 4-H Youth Develop-

ment Educator. "They can go out in the community and talk about these issues that the families face and different things they can do to help."

After being trained, those involved with the program can talk about how deployments affect the entire community, not just military families.

### Other 4-H Clubs in Monroe County

Collection Connection — Entomology, Stamp, Baseball Card Collecting
Picture Perfect — Photography
Insects Are Us— Entomology
Top Dog, care and training
Kitchen Kids — food and nutrition, cooking

Green Thumbs, gardening
Monroe County Livestock Club — sheep and cows
Pocono Guiding Pups — Raise puppies for Seeing Eye Inc.
Ridge Riders, Li'l Bits, Blue Ribbon Riders, Just Horsing Around, Feeling Our Oats, Little Whips &Riders, Mountain View Wranglers, horse clubs
Needs Needles & Busy Hands — quilting, needlework
Sharp Threads — sewing
For information, call the Penn State Cooperative Extension at (570) 421-6430.

HIGHLIGHTS IN THE NEWS

*Editor's note: This column highlights some of the high and low spots in the recent news. Items might not always be tops stories but they are items we think are of interest.*

• **Melvin Cowart, 22,** who is accused of the shocking 2006 baseball bat attack against East Stroudsburg Mayor Armand Martinelli and county conservation official Craig Todd, was arraigned on Wednesday, May 21, in East Stroudsburg district court on charges of criminal conspiracy and assault.

• **On Thursday, May 22,** a Blakeslee teenager, whose name is not being released because of his age, appeared in Monroe County Juvenile Court and gave an admission to involuntary manslaughter in the December vehicular death of Matthew Cuadra, 17. Cuadra was struck and killed by a pickup-up truck as he was walked to school along Long Pond Road. The driver, operating the truck at a high rate of speed, had lost control as he came around a curve.

• **On Friday, May 23,** Gov. Ed Rendell held a panel discussion at Pocono Mountain West High School on his proposed educational funding formula. The panelists included school superintendents, state representatives, students, parents and administrators. If applied, the funding formula would provide a permanent mechanism for distributing basic state aid to Pennsylvania's 501 public school districts. For more on the subject, see www.Pocono-Record.com/schools.

• **The annual Mental Health Awareness Walk** and gathering at Dansbury Park, sponsored by the National Alliance on Mental Illness, was attended by more than 300 people on Friday, May 23.

• **The students of Stroudsburg Junior** High School Technology Students Association raised $464 during a car wash on Saturday, May 24. The money will go toward funding their trip to the TSA National Competition in Orlando, Fla., from June 28 to July 3.

• **Jessica Weishuhn, 20,** of Barrett Township died from injuries as the result of a two-vehicle accident late Sunday afternoon, May 25, as she may a turn from Swiftwater Road onto Route 611. Her passenger, who suffered minor injuries, was treated at Pocono Medical Center and released.

• **William Heller, 39,** of Melody Lane in Canadensis entered his home with a 20-pound propane tank and a torch on Monday, May 26. He told his wife he was going to blow up the house. She left with the children and called police. After police arrived, they tried to contact Heller with bullhorns for about an hour, but he had already left the house. He was later spotted walking along Route 447 and was arrested.

• **Charles Hicks, 34,** of Tobyhanna was formally arraigned Tuesday, May 27, in Monroe County Court, during which he entered a not guilty plea in the January murder of Deanna Marie Null. Her dismemberment remains were found in trash bags scattering along Interstates 380 and 80. The District Attorney's Office is seeking the death penalty against Hicks. For background on the case see www.Pocono-Record.com/Null.

# Finally, she's all dressed up and has someplace to go

As mother of the groom someone told me all I had to do was show up at the wedding and smile.

But what should I wear when I show up?

My 25-year-old stepson David is getting married June 14. For all my friends and co-workers, that isn't soon enough. I've been talking about the wedding for more than two months now.

I've taken a few days off from work to shop for the perfect dress — you know, the one that brings out the color of my eyes and makes me look tall and slim.

This won't be easy.

I'm 5 feet nothing and we won't even discuss weight except to say that no one would ever think of me as "starving."

Yes, I've known about the wedding for 1½ years now.

David called in January to say I really needed to start looking for a dress. If I'd have to order one and get alterations it would take a while.

I told him I was happy the bride's mom got a dress but I wasn't shopping until I lost weight.

Since then I gained five pounds.

In March I started the search and came up empty. All the dresses I tried were not appropriate — they were geared to 20-somethings or 60-somethings.

Most either didn't stay up or didn't zip up. I wanted one that was just right.

I tried again with a friend. I found a blue dress that fit. It wasn't a gown, but since it wasn't petite, the hankerchief hem touched the ground. So it was kind of like a gown – a nightgown.

I bought it.

But I was never happy. I continued the search, ordering four (count 'em four) dresses online and paying to have them shipped to the house. None of those were right either.

I dragged the blue dress everywhere I went,

See PARENT, Page B6

BECAUSE I SAID SO!

MARTA GOUGER
Pocono Record Online Editor



READERS' PHOTO ALBUM
Submit your best shots at www.poconorecord.com/submitaphoto

John Consiglio of Tobyhanna came across this scene from the Susquehanna River while house hunting near Glenwood on Route 92.

JOHN CONSIGLIO

By KEITH R. STEVERSON
Pocono Record Staff Photographer

This week's featured reader photo from John Consiglio of Tobyhanna shows us a view of the Susquehanna River near Glenwood on Route 92. The most remarkable aspect of the photo is how John used great composition to draw the viewer's eye across the frame.

"I am an aspiring photographer, so I take a ridiculous amount of photos, photos of everyone and everything I find interesting," Consiglio said.

He said he was house hunting and when he rounded the curve, the scene appeared.

"I continued along the road until I found a place to pull over and walked about 300 feet away to get the shot. I framed a bunch of them with various compositions including a panorama that I've yet to stitch together, but this one seemed to stand out," he said.

Why did we choose this photo?

The railroad tracks in the foreground form a great arc from the bottom third of the frame all the way around to the horizon and the foreboding clouds. The line of the river bank brings the eye full circle and back to the bottom of the frame.

All of this visual tracking forces the casual viewer to really look at the whole frame, and giving it depth and interest.

Using existing visual elements to draw the viewer's eye to your subject is one of the cornerstones of photography, and John pulls it off nicely here.

We love getting photos from our readers and posting them on our online galleries. To submit yours visit http://www.poconorecord.com/submitaphoto     For your photo to be considered for the Reader Submitted Photo of the Week, it must be print resolution (generally 1.5-3MB), be in sharp focus and include complete caption information.

News Highlights: Week of May 25 - poconorecord.com - The Poco...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008053...

Tuesday, December 9, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
OVERCAST 30°
Forecast/Radar

ESU's NEW Science
and
Technology Center

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

News Highlights: Week of May 25 - poconorecord.com - The Poco...        http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008053...

## News Highlights: Week of May 25

May 30, 2008

Editor's note: This column highlights some of the high and low spots in the recent news. Items might not always be tops stories but they are items we think are of interest.

Text Size: A | A | A

🖨 Print this Article     ✉ Email this Article

🔔 Sign up for text alerts
📧 Sign up for e-mail headlines
💬 Respond to this Article

Share
del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

- Melvin Cowart, 22, who is accused of the shocking 2006 baseball bat attack against East Stroudsburg Mayor Armand Martinelli and county conservation official Craig Todd, was arraigned on Wednesday, May 21, in East Stroudsburg district court on charges of criminal conspiracy and assault.
- On Thursday, May 22, a Blakeslee teenager, whose name is not being released because of his age, appeared in Monroe County Juvenile Court and gave an admission to involuntary manslaughter in the December vehicular death of Matthew Cuadra, 17. Cuadra was struck and killed by a pickup truck as he was walked to school along Long Pond Road. The driver, operating the truck at a high rate of speed, had lost control as he came around a curve.
- On Friday, May 23, Gov. Ed Rendell held a panel discussion at Pocono Mountain West High School on his proposed educational funding formula. The panelists included school superintendents, state representatives, students, parents and administrators. If applied, the funding formula would provide a permanent mechanism for distributing basic state aid to Pennsylvania's 501 public school districts. For more on the subject, see www.PoconoRecord.com/schools.
- The annual Mental Health Awareness Walk and gathering at Dansbury Park, sponsored by the National Alliance on Mental Illness, was attended by more than 300 people on Friday, May 23.
- The students of Stroudsburg Junior High School Technology Students Association raised $464 during a car wash on Saturday, May 24. The money will go toward funding their trip to the TSA National Competition in Orlando, Fla., from June 28 to July 3.
- Jessica Weishuhn, 20, of Barrett Township died from injuries as the result of a two-vehicle accident late Sunday afternoon, May 25, as she may a turn from Swiftwater Road onto Route 611. Her passenger, who suffered minor injuries, was treated at Pocono Medical Center and released.
- William Heller, 39, of Melody Lane in Canadensis entered his home with a 20-pound propane tank and a torch on Monday, May 26. He told his wife he was going to blow up the house. She left with the children and called police. After police arrived, they tried to contact Heller with bullhorns for about an hour, but he had already left the house. He was later spotted walking along Route 447 and was arrested.
- Charles Hicks, 34, of Tobyhanna was formally arraigned Tuesday, May 27, in Monroe County Court, during which he entered a not guilty plea in the January murder of Deanna Marie Null. Her dismemberment remains were found in trash bags scattering along Interstates 380 and 80. The District Attorney's Office is seeking the death penalty against Hicks. For background on the case see www.PoconoRecord.com/Null.

HOME

🔔 Be the first to know - Sign up for text alerts     📧 Sign up for e-mail newsletters

### READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.

Browse All Forums | View All Comments | Login | Register

You are currently not logged in

Login to comment.

VinMan
Member since: 12/27/2006

On May 30, 2008 at 8:43 AM , VinMan said:

As opposed to wasting not only your time, but our time as well but this effort into finding something that is news worthy. while you print and reprint these stories, the real ones are getting away from you in my opinion. how about putting some investigative work into the corruption that went into... Full Message

Browse All Forums | View All Comments | Login | Register

Ads by Google

🖨 Print this Article     ✉ Email this Article

Share
del.icio.us          Digg This Story
reddit               STUMBLEUPON
MY YAHOO!            Add to Google
Seed Newsvine

NEWS  CALENDAR  HOMES  AUTOS  JOBS  CLASSIFIEDS

search PoconoRecord.com          FIND IT!

SCREEN PRINTED & EMBROIDERED
T-SHIRTS HOODIES JACKETS CAPS
SHOW SCHOOL SPIRIT
STOP
@
KEEGAN TEES

thepoconos.com
What are you looking for?
Select Category

Business Name:
Location:
                  FIND IT!

Go to thepoconos.com to be the first to add a review for a business in the following category: Hotels & Lodging

see that much of a difference. Although, he believes the car's performance will be affected differently when there are 42 other cars on the track during green flag racing. Meanwhile, Greg Biffle says that while he is not a huge fan of the new cars, he is warming up to them, although his big beef is not being allowed to shift, especially while racing on a track like Pocono (because of its three turns and very long straightaway). Testing wrapped up late Wednesday afternoon, and now it's onto Dover, Delaware for Sunday's sprint car race.

 ## Death Penalty sought in Poconos' Dismemberment Case 

Monroe County prosecutors are seeking the death penalty for a 34-year old Texas man accused of killing a transient woman, dismembering her body and scattering her body parts along Interstates 80 and 380 (in Monroe and Lackawanna Counties). District Attorney David Christine says Charles Ray Hicks Jr. tortured 36-year-old Deanna Marie Null before he killed her in January. Christine says that aggravating circumstance alone justifies capital punishment. Hicks pleaded not guilty during his arraignment on Tuesday afternoon and is back in the Monroe County Correctional Facility without bail.

## Memorial Day Crash Claims a Young Life

A Mountainhome woman is dead and her loved ones are devastated following a two-vehicle crash in Pocono Township. Township police confirm that 20-year old Jessica Weishuhn was killed after her car was hit by a pick-up truck at the intersection of Route 611 and Swiftwater Road (near the Acorn Market) late Sunday afternoon. However, police have yet to release the name of the other driver, who is reportedly a township volunteer firefighter. They say it doesn't appear alcohol or speeding played a role in the crash, but the investigation continues. Meanwhile, Weishuhn's boyfriend, who stopped by the fatal crash scene yesterday to lay flowers in her memory, says she was the love of his life and loved by everyone who knew her, and the most beautiful person he ever met.

## Controversial Charter School Remains in the Spotlight

The embattled Pocono Mountain Charter School is getting mixed reviews. Last week, Pocono Mountain's School Board voted to review the school's charter during a July 24th hearing, but on Tuesday, parents, staff members and students gathered at the school in Tobyhanna to refute any violations alleged by district administrators, and said this is a money and competition issue, not an education issue. However, one charter school parent told WBRE-TV reporter Laurie Monteforte, "IT IS an education issue" because her daughter was given grades she didn't deserve. Liz Claffey says her child, who has trouble understanding work at her grade level and was removed from special education classes, received a charter school report card with all A's despite completed assignments that only had a few correct answers. Claffey says even though she feels the school is pushing kids through the system, she wants to see it stay open, but with better supervision and direction. The Pocono Mountain Charter School has about 400 students.

## Barrett Man Jailed following Memorial Day Domestic

A Barrett Township man faces terroristic threats and risking a catastrophe charges after police say he told his wife he was going to blow up their house.

### *Tobyhanna man faces trial for murder and dismembering*

The Times-Tribune (Scranton, Pennsylvania)

August 17, 2008 Sunday

Copyright 2008

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 462 words

**Byline:** Erin L. Nissley, The Times-Tribune, Scranton, Pa.

## Body

Aug. 17--The case against a Tobyhanna man accused of murdering a local drifter and scattering pieces of her body along area highways will take its next step toward trial on Wednesday.

In May, prosecutors announced plans to seek the death penalty against 33-year-old Charles Ray Hicks Jr.. He faces charges of murder and related offenses for allegedly killing and dismembering Deanna Marie Null, a Williamsport native who was living in Scranton before she was killed.

A pretrial conference in the case is scheduled for Wednesday in the chambers of Monroe County President Judge Ronald E. Vican.

A PennDOT employee discovered a plastic garbage bag containing body parts along Interstate 380 Jan. 29, touching off a police sweep that located seven more bags containing body parts elsewhere on that highway and Interstate 80. All but one of the bags were found less than 10 miles from 131 Prospect St., Tobyhanna, a residence Mr. Hicks was renting while working at the Tobyhanna Army Depot through a contractor, Defense Support Services.

State troopers went to Mr. Hicks' home after receiving a tip about Mr. Hicks' Mercury Grand Marquis. Friends of Ms. Null told police they saw her and an unidentified man driving around in a dark-colored, late 1970s or 1980s sedan just before she disappeared.

On March 4, a neighbor of Mr. Hicks called police and said he drove a car fitting that description. After obtaining a search warrant, investigators searched his car two days later and found a blood-stained work boot in the trunk.

On March 7, troopers searched Mr. Hicks' home and found Ms. Null's hands wrapped in newspaper and socks soaked in detergent. They also found garbage bags and twist ties that were "visually identical" to the ones used to scatter Ms. Null's body parts, according to court papers.

Monroe County Public Defender William Sayer, who represents Mr. Hicks, said he doesn't discuss pending cases.

"Nothing has been determined," Mr. Sayer said in response to a question about whether he'll take the case to trial, adding that he's met with Mr. Hicks and is preparing a defense.

Monroe County District Attorney David Christine did not return phone calls seeking comment.

Since his arrest March 8, Mr. Hicks has maintained his innocence. He remains in Monroe County Correctional Facility without bail.

Contact the writer: *enissley@timesshamrock.com*

Tobyhanna man faces trial for murder and dismembering

To see more of The Times-Tribune or to subscribe to the newspaper, go to *http://www.thetimes-tribune.com/*. Copyright (c) 2008, The Times-Tribune, Scranton, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** November 21, 2008

End of Document

## *Trial scheduled for man accused of killing, dismembering drifter*

The Daily Review & Sunday Review (Towanda, Pennsylvania)

August 17, 2008 Sunday

Copyright 2008 Daily Review, The & Sunday Review, Towanda, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 376 words

**Byline:** ERIN L. NISSLEY, STAFF WRITER

# Body

The case against a Tobyhanna man accused of killing a local drifter and scattering pieces of her body along area highways will take its next step toward trial on Wednesday.

In May, prosecutors announced plans to seek the death penalty against 33-year-old Charles Ray Hicks Jr.. He faces charges of homicide and related offenses for allegedly killing and dismembering Deanna Marie Null, a Williamsport native who was living in Scranton before she was killed.

 A pretrial conference in the case is scheduled for Wednesday in the chambers of Monroe County President Judge Ronald E. Vican.

 A PennDOT employee discovered a plastic garbage bag containing body parts along Interstate 380 Jan. 29, touching off a police sweep that located seven more bags containing body parts elsewhere on that highway and Interstate 80. All but one of the bags were found less than 10 miles from 131 Prospect St., Tobyhanna, a residence Hicks was renting while working at the Tobyhanna Army Depot through a contractor, Defense Support Services.

 State troopers went to Hicks' home after receiving a tip about Hicks' Mercury Grand Marquis. Friends of Null told police they saw her and an unidentified man driving around in a dark-colored, late 1970s or 1980s sedan just before she disappeared.

 On March 4, a neighbor of Hicks called police and said he drove a car fitting that description. After obtaining a search warrant, investigators searched his car two days later and found a blood-stained work boot in the trunk.

 On March 7, troopers searched Hicks' home and found Null's hands wrapped in newspaper and socks soaked in detergent. They also found garbage bags and twist ties that were "visually identical" to the ones used to scatter Ms. Null's body parts, according to court papers.

 Monroe County Public Defender William Sayer, who represents Hicks, said he doesn't discuss pending cases.

 "Nothing has been determined," Sayer said in response to a question about whether he'll take the case to trial, adding that he's met with Hicks and is preparing a defense.

 Monroe County District Attorney David Christine did not return phone calls seeking comment.

 Since his arrest March 8, Hicks has maintained his innocence. He remains in Monroe County Correctional Facility without bail.

**Load-Date:** May 14, 2014

Pocono Record
**THURSDAY**
August 21, 2008

# REGIONAL & LOCAL NEWS

A3

Senior Managing Editor Susan Koomar • PHONE (570) 420-4484 • FAX (570) 421-6284 ATTN: NEWS • E-MAIL newsroom@poconorecord.com

# Defendant awaits trial date in body-parts case

**By ANDREW SCOTT**
Pocono Record Writer

Charged with killing and dismembering a woman and scattering her body parts in trash bags alongside area highways, a Tobyhanna man is waiting to hear when his case will be scheduled for trial.

Charles Hicks, 34, has been placed on a list of defendants who will appear in Monroe County Court in November, when their trials will be scheduled for subsequent dates. That's unless Hicks decides to plead guilty or no contest prior to that time.

Hicks is charged with murdering Deanna Marie Null, 36, whose body parts were found in plastic trash bags scattered alongside interstates 80 and


Charles Hicks

380 on Jan. 29. Null was last seen alive in mid-January, getting into a car matching the description of the one owned by Hicks, police said.

District Attorney David Christine, Assistant District Attorney Michael Mancuso and defense attorney William Sayer on Wednesday held a confidential pretrial conference, which is standard procedure in felony criminal cases, with Monroe County President Judge Ronald Vican to discuss the status of the case.

The defense is given 30 days from the conference date to file any pretrial motions, such as a motion requesting certain statements be suppressed at trial. After that, the District Attorney's Office is given a certain amount of

time to file responses to those defense motions.

The judge then rules whether to grant or deny those motions. Later, a date is scheduled for the trial, unless the defendant decides to plead guilty or no contest. This pretrial process usually takes months.

The murder investigation led police in early March to Hicks' home, where they found:

• Null's severed hands wrapped in a bundle of old newspaper pages and concealed in a wall chase. Sayer said this isn't enough to prove that Hicks abused Null's corpse, let alone killed her.

• Black, plastic garbage bags with

blue drawstrings (identical to ones Null's body parts had been found in) in the unfinished attic. The attic was dusty, but the bags were not.

• A coping saw (apparently new with no sign of wear visible to the naked eye) in a bag of tools on a closet floor.

• Kitchen knives, resting on a towel and covered by a plate that had been left to dry.

• A reciprocating saw blade under a mat and a razor, both in the basement.

• A saw handle about 10 feet from a fire pit.

When later interviewed, Hicks said he met Null when he went to Scranton

in January, looking for girls to "hang out and have fun with," according to police. He said that he smoked crack cocaine with her and gave her money and drugs in exchange for sex on more than one occasion, but that he didn't kill her.

He said that, after learning she had been murdered, he was scared to come forward, figuring she had been killed over drugs and fearing he himself might be in danger, according to police. Hicks added that he had attempted suicide five months prior to being interviewed and wasn't taking any medication, but that he had been prescribed psychiatric medication in the past, police said.

He remains in Monroe County Correctional Facility without bail.


Rob Howell, general manager of Shawnee Inn, speaks to the crowd at a press conference about the wine and food festival in September at Shawnee Inn on Wednesday.
DAVID KIDWELL/Pocono Record

# Calif.'s Napa Valley coming to NEPA

## Stroudsburg woman organizes festival for people to indulge in good food, wine, beer

**By MICHAEL SADOWSKI**
Sharp Magazine Editor

SHAWNEE-ON-DELAWARE — It wasn't long ago that she took an easygoing bike trek through the Napa Valley wine country region of California.

Alica Tongg Weiler, 32, of Stroudsburg, had her family with her as she admired the sights, then later sampled some exquisite cuisine and sampled some of the best wine on the planet.

Then it hit her — why can't this happen in the Poconos?

That easily, the first Delaware River Food and Wine Festival was born with her Weiler Family Foundation in Cresco serving as one of the sponsors. The new festival will be held Sept. 18-21 at the Shawnee Inn and Golf Resort in Shawnee-on-Delaware.

"I just started wondering, 'How can you do something this world-class and special here in the Poconos,'" Weiler said. "Then when we started asking around, we had some good response and got the ball rolling."

The people involved met the public Wednesday at Shawnee Inn and Golf Resort, putting together some details and a vision of what the festival will look like.

It promises to cater to the "foodie" vacation crowd that plans vacations around such events that include wine tastings and high-end food indulgences.

### Delaware River Food and Wine Festival

Some of the events planned for the Delaware River Food and Wine Festival, Sept. 18-21:

■ **Mushroom Foraging and Edible Hike**

You pick 'em, the chef cooks 'em and make them into a meal. COST: $50

■ **Wine, Dine, and Wine**

Nine holes of golf at Shawnee Inn followed by a menu of food paired with four wines. COST: $150

■ **Stargazing at Camelback**

Take the chairlift up, sample a handmade dessert paired with dessert wines at Camelback Lodge, then take an illuminated walking trail at the Pocono Snow Park for a stargazing session. COST: $110

■ **'Foodie Fare' along the Delaware**

Sample a wide-ranging tasting menu accompanied by suggested wine and microbrew pairings. COST: $125

For a full list of events, visit www.delawareriverfoodandwine.com

### On Sharpmag.com

■ Here's what you can see at Sharp-mag.com every Thursday on Camelback.com this week:

■ Interview, video and photo gallery with burlesque group the Peach Tartes.

■ The most extensive crab and concert coverage in the Poconos.

■ Professional wrestling news from The Rip.

■ A look at what's going on around the local colleges.

together such a high-class event. For an adult to attend all 12 of the four-day weekend's events would cost $1,340, an average of almost $112 per event. There are discounts for designated drivers and children.

The highest price is $200 each for a guided fishing trip.

Pocono Mountain Visitors Bureau executive director Carl Wilgus said it might not seem the best time to open such a tradition, but in reality, it's the perfect time.

He said thanks to high gas prices and the national trend of "staycations," the local tourism industry is "doing very well" this summer.

"This is the right event, and the right time (to have it)," he said.

All proceeds for the event will be donated to Monroe County's Meals on Wheels program. Another sponsor, Swiftwater's Sanofi, pledged Wednesday to match the donation up to $25,000.

For more information, visit www.delawareriverfoodandwine.com

"It's something we want to do, become a destination for celebrating and indulging in good food, wine and beer," Shawnee general manager Rob Howell said.

The festival has 12 events, including dinners, a guided walk along Brodhead Creek, a bike ride through the farms of Cherry Valley, and stargazing at Camelback.

The highlight is a Saturday "Foodie Fare," where more than a dozen local restaurants will sample some of their specialties.

It's a tough time for the Poconos to put

# 3 cases — shooting, fatal car accident and child abuse — are slated for trial

**By ANDREW SCOTT**
Pocono Record Writer

A man charged with fatally shooting his wife.

A woman charged with driving under the influence and causing a fatal accident.

Another man charged with causing his daughter's death and physically abusing his son.

These three cases are scheduled for trial in Monroe County Court in September and December, the District Attorney's Office said.

• The trial of Miguel Gonzalez, 33, of Coolbaugh Township, is scheduled for the week of Sept. 9. Gonzalez is charged with fatally shooting his wife, Jeanette Claudio, 28, in their home on Coco Drive in Stillwater Lake Estates in November 2006.

A neighbor discovered the scene and called 911.

Police said Gonzalez had told his wife, "If I can't have you, nobody can have you," shot her and then shot himself. He survived and police told him he was being charged with murder as he lay in his room at Community Medical Center in Scranton.

Police said that the couple's relationship was troubled and that Gonzalez stalked Claudio, secretly recorded her phone calls and at one point attacked her. Their two children, ages 4 and 8 at the time, were placed in custody of Monroe County Children & Youth.


Miguel Gonzalez

McKinley Warren

Rogan also admitted having snorted a line of cocaine, five or six hours prior to the accident, to help ease the pain, police said.

Defense attorney Jeffrey Velander said the extent to which the pain medication contributed to the accident and whether Rogan had in fact ingested cocaine prior to the accident, even though police allege she admitted doing so, are in question.

• The trial of McKinley Warren, 42, of East Stroudsburg, is scheduled for Dec. 2. Warren faces charges in two separate cases joined into one trial.

He is charged with causing his 2-year-old daughter, Jessica Bock, an injury that led to her death in December 2000. He is charged in the other case with physically abusing his son, Isaiah, then 3, in January 2007.

Warren and his wife, Cindy Warren, had sons McKinley III in 1997 and Brandon in 1998. He also had a daughter, Jessica, by Veronica Bock in 1998.

The Warrens had custody of Jessica in December 2000, when she died as a result of injuries found to be consistent with physical abuse. After Jessica died, Monroe County Children & Youth placed the Warrens' sons with a foster family.

Children & Youth and police interviewed the Warrens, who said Jessica had fallen out of their parked car and hit her head on a curb outside their home. But, the couple gave conflicting details in their story, police said.

Police said McKinley III later indicated to them that his father had caused Jessica's death. But, police had no other witnesses or evidence to charge anyone. The Warrens had their third son, Isaiah, in 2003.

Then, in January 2007, a neighbor reported suspected child abuse of Isaiah. Police responded to the Warren home, discovered a bruised Isaiah and later charged McKinley Warren with aggravated assault.

Finding similar abuse patterns in that case, police also charged him with Jessica Bock's murder.

• The trial of Monica Rogan, 43, of Saylorsburg, is scheduled for Sept. 29. Rogan is charged with driving under the influence and causing a two-vehicle accident that claimed the life of Pocono Mountain West High School valedictorian Michael Lacey, 18.

The accident happened in August 2007 on Route 940, near Stony Hollow Road, in Tobyhanna Township.

Police said traces of Xanax, Oxycodone and other medication were found in Rogan's blood after the accident, but that her urine wasn't tested. She said that the medication was for post-surgery pain and that she knew she wasn't supposed to take it if she knew she was going to be driving, according to police.

# Civil Rights board will meet to discuss housing, taxes, immigration

**By DAVID PIERCE**
Pocono Record Writer

STROUDSBURG — The Pennsylvania advisory board to the U.S. Civil Rights Commission will meet here Sept. 8 and hold panel discussions on housing, taxes and immigration.

"We thought it would be wise to focus on issues that affect all segments of the population," said Anthony Stevens-Arroyo, a Penn Estates resident and only Latino on the 11-member board.

Official announcement of the local meeting, believed to be the first held by the group in Monroe County, will come from the U.S. Civil Rights Commission, Stevens-Arroyo said. The session is expected to be held in the commissioners' meeting room on the second floor of the Monroe County Administrative


FILE PHOTO/Pocono Record

Center in Stroudsburg.

Stevens-Arroyo was at the commissioners' regular meeting Wednesday to receive a certificate in recognition of his appointment to the civil rights group, which addresses allegations of discrimination based

on race, gender, creed, age or other group identification.

"A lot of time people think of the last word in civil rights — rights," Stevens-Arroyo said. "There's also the other word — civility."

The retired Brooklyn College

professor was appointed in June 2007 to a two-year term on the Pennsylvania advisory board.

The Pennsylvania board examines any civil rights issue of interest to Pennsylvanians and forwards recommendations to the Civil Rights Commission for addressing them.

"All this gets on the record and that's the point," said Stevens-Arroyo. "We need to talk about all aspects of civil rights and not just wait for the date to break."

Stevens-Arroyo said it is particularly important for the advisory board to assist rural areas of the state in addressing civil rights issues.

"A lot of local areas have more issues to deal with, with fewer resources" than urban areas, he said.

# Man arrested for growing marijuana — lots of it

Police put an end to a large-scale marijuana growing operation in Mount Pocono on Tuesday, arresting one man and confiscating more than 40 plants.

Mark Riches, 48, of Mount Pocono, was arrested after Pocono Mountain Regional Police raided his condo at Fox Fire

Condos off Oak Street around 2 p.m. on Aug. 19.

An investigation led police to suspect the residence where they found "a large amount of marijuana" and approximately 45 plants, police said.

Riches was charged with drug possession, manufacturing and other related charges.

Defendant awaits trial date in body-parts case - poconorecord.co...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

Monday, December 8, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
P/SUNNY 15°
Forecast / Radar

thepoconos.com
Write a Review

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITOR'S GUIDE   INTERACT   CLASSIFIEDS

Defendant awaits trial date in body-parts case - poconorecord.co...          http://www.poconorecord.com/apps/pbcs.dll/article?AID=/2008...

# Defendant awaits trial date in body-parts case

NEWS | CALENDAR | HOMES | AUTOS | JOBS | CLASSIFIEDS

search PoconoRecord.com [FIND IT!]

Photo 1 of 1 | Zoom Photo +



Charles Hicks

FILE PHOTO/Pocono Record

Text Size: A | A | A

Print this Article          Email this Article
Sign up for text alerts
Sign up for e-mail headlines
Respond to this Article

Share

del.icio.us          Digg This Story
reddit          STUMBLEUPON
MY YAHOO!          Add to Google
Seed Newsvine



FLIPPED OUT OVER HIGH
INSURANCE RATES?
GIVE US A CALL - WE'LL GET
YOU STRAIGHTENED OUT
ROBERT A. LAUBSCHER
INSURANCE AGENCY
Great Low Rates on Auto & Life Policies
Call Today for your free quote.
570-839-2600
Rt. 196 • Mount Pocono

thepoconos.com

What are you looking for?
Select Category

Business Name:
Location:
[FIND IT!]

Recently Reviewed by Your Neighbors

Sensible Auto Group / Used Cars          ★★★★☆
"Very helpful, no pressure sales, nice
family owned business, great people,
great..." more
posted on 1/8/2008

VIEW MORE Auto Dealers

By **Andrew Scott**
Pocono Record Writer
August 21, 2008

Charged with killing and dismembering a woman and scattering her body parts in trash bags alongside area highways, a Tobyhanna man is waiting to hear when his case will be scheduled for trial.

Charles Hicks, 34, has been placed on a list of defendants who will appear in Monroe County Court in November, when their trials will be scheduled for subsequent dates. That's unless Hicks decides to plead guilty or no contest prior to that time.

Hicks is charged with murdering Deanna Marie Null, 36, whose body parts were found in plastic trash bags scattered alongside interstates 80 and 380 on Jan. 29. Null was last seen alive in mid-January, getting into a car matching the description of the one owned by Hicks, police said.

District Attorney David Christine, Assistant District Attorney Michael Mancuso and defense attorney William Sayer on Wednesday held a confidential pretrial conference, which is standard procedure in felony criminal cases, with Monroe County President Judge Ronald Vican to discuss the status of the case.

### RELATED STORIES

Texas link to local murder investigated

### LINKS

Major Crimes: Deanna Null Case

The defense is given 30 days from the conference date to file any pretrial motions, such as a motion requesting certain statements be suppressed at trial. After that, the District Attorney's Office is given a certain amount of time to file responses to those defense motions.

The judge then rules whether to grant or deny those motions. Later, a date is scheduled for the trial, unless the defendant decides to plead guilty or no contest. This pretrial process usually takes months.

The murder investigation led police in early March to Hicks' home, where they found:

- Null's severed hands wrapped in a bundle of old newspaper pages and concealed in a wall chase. At the end of Hicks' March preliminary hearing, Sayer conceded the prosecution had provided sufficient evidence of Hicks probably being the one who abused Null's corpse, but not of him being the one who caused her death.
- Black, plastic garbage bags with blue drawstrings (identical to the ones Null's body parts had been found in) in the unfinished attic. The attic was dusty, but the bags were not.
- A coping saw (apparently new with no signs of wear visible to the naked eye) in a bag of tools on a closet floor.
- Kitchen knives, resting on a towel and covered by a plate that had been left to dry.
- A reciprocating saw blade under a mat and a razor, both in the basement.
- A saw handle about 10 feet from a fire pit.

When later interviewed, Hicks said he met Null when he went to Scranton in January, looking for girls to "hang out and have fun with," according to police. He said that he smoked crack cocaine with her and gave her money and drugs in exchange for sex on more than one occasion, but that he didn't kill her.

He said that, after learning she had been murdered, he was scared to come forward, figuring she had been killed over drugs and fearing he himself might be in danger, according to police. Hicks added that he had attempted suicide five months prior to being interviewed and wasn't taking any medication, but that he had been prescribed psychiatric medication in the past, police said.

He remains in Monroe County Correctional Facility without bail.

HOME

Be the first to know - Sign up for text alerts          Sign up for e-mail newsletters

### READER REACTION

These discussions and our forums are not moderated. We rely on users to police themselves, and flag inappropriate comments and behavior. You need not be registered to report abuse. In accordance with our Terms of Service, we reserve the right to remove any post at any time for any reason, and will restrict access of registered users who repeatedly violate our terms.



You are currently not logged in

Login to comment.

On August 21, 2008 at 5:52 PM , tobyhannatom said:

They will probably send this subhuman to some sort of psychiatric center so he can get his belly rubbed and tell the staff how he hates his mother.
www.ourtownreport.com Full Message

tobyhannatom
Member since: 01/08/2008

Browse All Forums | View All Comments | Login | Register

**Ads by Google**

Ads by Google

## 2009 Entertainment Book ®

Dine Shop Travel & Save. Order Now And Get $10 And Free Shipping!

www.entertainment.com

Print this Article Email this Article

**Share**

del.icio.us | Digg This Story
reddit | STUMBLEUPON
MY YAHOO! | Add to Google
Seed Newsvine

**TOP JOBS**

**Telemarketing En**
Stroudsburg, PA Pocono Record Classified Ad

**SALES CLERK CLOTHING**
Stroudsburg, PA Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

**COSMETOLOGIST / ESTHETICIAN**
MT POCONO, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

WHITE HAVEN, PA
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**

**$8,495**
2005 Dodge Neon
**Brown Daub Dodge**

**$13,473**
2006 Mercury Grand Marquis
**Brown Daub Ford Lincoln Mercury**

2007 Mazda MAZDA6
**Brown Daub Ford Lincoln Mercury**

2005 Jeep Wrangler
**Brown Daub Kia**

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | The Big Bang Theory HD, New | How I Met Your Mother HD, New | Two and a Half Men HD, New | Worst Week HD, New | CSI: Miami HD, New | |
| WOLF | Terminator: The Sarah Connor Chronicles HD, New | | Prison Break HD, New, Video | | FOX 56 News at Ten New | Seinfeld |
| WPVI | A Charlie Brown Christmas | | Boston Legal HD, New | | | |
| NBC WBRE | Chuck HD, New | | Heroes HD, New | | My Own Worst Enemy HD, New | |
| WWOR | Blizzard HD | | | | My 9 News New | |
| WSWB | Gossip Girl HD, New | | Privileged HD, New | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it



Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...

Monday, December 08, 2008                                    HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD

WEATHER FOR
STROUDSBURG:
OVERCAST 17°
Forecast /Radar

NEWS   FEATURES   SPORTS   ENTERTAINMENT   OUTDOORS   OUR SCHOOLS   PHOTOS & VIDEOS   LIVING HERE   VISITORS

GUIDE   INTERACT   CLASSIFIEDS

**Welcome  Guest**                    Search [                    ] 🔍

All Message Boards > Pocono Record News Forum > Reader Reactions >            Advanced Search

## POCONO RECORD NEWS FORUM

Reader Reactions

**DEFENDANT AWAITS TRIAL DATE IN BODY-PARTS CASE**

Discussions                                    Keep Reading

---

**1 of 7**

On Aug 21, 2008 at 06:45 AM, Daniel37 said:

yeah...wasn't me...finding the hand in my wall doesn't prove anything....that must have been planted by the handburgler. Just go away quietly to your fate ####.

Daniel37
My Comments
Member Since:
3/25/2008

---

**2 of 7**

On Aug 21, 2008 at 10:09 AM, Rebeccadoglover said:

Most people have multiple saw blades lying around the house... this could have happened to anyone, a total misunderstanding, I'm sure!

Rebeccadoglover
My Comments
Member Since:
1/27/2007

---

**3 of 7**

On Aug 21, 2008 at 10:17 AM, Daniel37 said:

no doubt the axe slipped out of his hand several times.....

Daniel37
My Comments
Member Since:
3/25/2008

---

**4 of 7**

On Aug 21, 2008 at 02:14 PM, Rebeccadoglover said:

So we still don't even know the motive... don't say "drugs" either, because there is way more to it. This was not a drug hit or even something we can blame on someone being high... people do it all the time, but this type of bizarre and extreme violence is very rare.

What went on in his brain as he cut this poor woman's body into pieces must have been totally just evil. I can't even comprehend how someone could do this.

Rebeccadoglover
My Comments
Member Since:
1/27/2007

---

**5 of 7**

On Aug 21, 2008 at 03:11 PM, gladys said:

Perhaps AFTER he is found guilty, they can take his brain out and check for abnormalities. They still have his axe handy?

gladys
My Comments
Member Since:
2/5/2007

---

NEWS   CALENDAR   HOMES   AUTOS   JOBS   CLASSIFIEDS

search PoconoRecord.com [         ] **FIND IT!**


thepoconos.com/homes

Find a Home

**TOP JOBS**

**DRIVERS - TRACTOR**
FLANDERS, NJ Pocono Record Classified Ad

**BARTENDER PART TIME**
LONG POND, PA Pocono Record Classified Ad

**WAITRESS / WAITER**
BLAKESLEE, PA Pocono Record Classified Ad

**ENTREPRENUER FREE**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**


Photo Coming Soon

WHITE HAVEN, PA
Pocono Liner Ads
Read more...

View All Featured Ads

1 of 2                                                              12/8/2008 1:21 PM

Pocono Record News Forum                    http://pod57.mzinga.com/n/pfx/forum.aspx?webtag=pr-news&n...

6 of 7

On Aug 21, 2008 at 03:18 PM, Jules said:

gladys,

AFTER.. he is guilty sure..maybe use oh a chipper or stump grinder?

Jules
My Comments
Member Since:
12/22/2006

TOP CARS


$16,995
2005 Dodge Ram 1500 Truck
Brown Daub Dodge


$13,700
2005 Jeep Liberty
Mick Motors


$13,950
2008 Volkswagen Rabbit
Brown Daub Chevrolet-Volvo


2003 Dodge Stratus
Brown Daub Buick Pontiac Chevrolet

Show All Featured Cars



7 of 7

On Aug 21, 2008 at 05:52 PM, tobyhannatom said:

They will probably send this subhuman to some sort of psychiatric center so he can get his belly rubbed and tell the staff how he hates his mother. www.ourtownreport.com

tobyhannatom
My Comments
Member Since: 1/8/2008

Discussions                                Keep Reading

TERMS OF USE   COPYRIGHT   PRIVACY POLICY   SITE MAP   CONTACT US   ADVERTISE   SUBSCRIBE

Copyright © 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

## OBITUARIES

Obituaries are written and provided by families and friends, usually through the services of a funeral director. Thoughts and condolences may be shared with the family in an online memorial guestbook. See the Obituary section of www.poconorecord.com.

### Michael T. Robinson
*August 19, 2008*

Michael T. Robinson, 14, of Effort, passed away Tuesday, Aug. 19, at Camp Equinunk in Equinunk, Wayne County.

He was born in East Stroudsburg July 9, 1994, the son of Linda V. (Rodriquez) Smith of New York and the late Reginald Smith.

Michael was a student in the Pleasant Valley School District Brodheadsville. He loved music and was in the school band. He was a wonderful saxophone player and he also wrote music.

He was a member of Our Lady Queen of Peace Catholic Church in Gilbert. In addition to his mother, he is survived by his grandparents, Judith and Conrad Theodore Provosty of Effort, with whom Michael resided; one uncle, Eric Provosty and his wife, Valerie, of Effort; one aunt, Theresa Rosado of West Chester County, N.Y.; a brother, Rahmell Robinson of Effort; and a sister, Jacqueline Smith; a cousin, Eric Provosty Jr. of Effort; and two nephews.

A memorial service will be held at 4 p.m. Sunday, Aug. 24, at the Donald N. Gower Funeral Home, Route 209, Gilbert, with the Rev. Father William J. McCawley officiating.

Visitation will take place from 1 p.m. Sunday until the time of service at the funeral home.

Interment will be private and at the convenience of the family.

Memorial donations may be made to Loving Memory of Michael T. Robinson to Our Lady Queen of Peace Church, P.O. Box 38, Brodheadsville, PA 18322.

*Donald N. Gower Funeral Home*
*Route 209, Gilbert*

### DEATHS

# Lt. Gov. Knoll says she is being treated for cancer


*ASSOCIATED PRESS*

HARRISBURG (AP) — Lt. Gov. Catherine Baker Knoll was diagnosed with cancer in early July and has been undergoing radiation and chemotherapy treatments, a spokesman said Thursday.

Knoll, 77 and a native of the Pittsburgh suburb of McKees Rocks, is Pennsylvania's first female lieutenant governor. She took office in January 2003 alongside Gov. Ed Rendell, and their second terms expire in January 2011.

Knoll told Rendell she was being treated for an illness during the second week of July, while she was receiving radiation therapy, but did not tell him she had cancer until Saturday, said Salvatore M. Sirabella, her chief of staff.

Similarly, she put off any public disclosure of the diagnosis until Wednesday because she wanted to inform the members of her extended family, Sirabella said.

In a letter posted on her official Web site on Wednesday, Knoll said she plans to resume a full work schedule and preside over the state Senate, "gavel in hand," when lawmakers reconvene next month.

Knoll has been diagnosed with neuroendocrine cancer, although her condition and prognosis remained unclear. Sirabella said he did not know whether the cancer has spread and declined to identify the doctors who are treating her at Hershey Medical Center.

"The family wants to keep that private," he said at an impromptu news briefing.

Knoll has not worked at her Capitol office since she was diagnosed and has stayed mainly at the lieutenant governor's residence at Fort Indiantown Gap, about 25 miles northeast of Harrisburg. Sirabella said she

was detected during a routine exam and that she had not felt any symptoms before that.

"Much to the surprise of my family and close friends, I'm being obedient, doing what the doctors tell me to do," the letter said. "Those doctors say I'm responding well. Although the treatments will continue, the outlook is good. I'm optimistic. Most of all, I feel fine and I anticipate resuming a full work schedule."

Knoll has completed her radiation therapy and is currently receiving her second course of chemotherapy, Sirabella said. She was hospitalized during the first round of chemotherapy because her temperature was elevated, but she was released after two days, he said.

Rendell said he and his wife, U.S. Circuit Judge Marjorie O. Rendell, were "deeply saddened" by the news of Knoll's diagnosis.

"Catherine Baker Knoll is about as energetic a fighter as there is, and we have high hopes she can overcome this," the governor told reporters at a news conference at Philadelphia City Hall.

Besides her duties as Senate president and on the Pardons Board, Knoll also serves on the Pennsylvania Emergency Management Council and the Local Government Advisory Committee.

Before she was elected lieutenant governor, Knoll served two four-year terms as state treasurer.

She ran for governor in 1994, but didn't win the Democratic nomination.

Under the state constitution, if Knoll is unable to complete her term, Senate President Pro Tempore Joe Scarnati, R-Jefferson, would become lieutenant governor.

Pennsylvania Lt. Gov. Catherine Baker Knoll said in an open letter posted on her official Web site Wednesday that she was diagnosed earlier this summer with neuroendocrine illness, a form of cancer.

maintains regular contact with her staff and even cast a vote by phone Thursday in her capacity as chairman of the state Pardons Board.

Dr. Mary Simmonds, a Camp Hill oncologist and former president of the American Cancer Society, said neuroendocrine tumors can turn up anywhere in the body. Relatively rare, they are somewhat more common in women than men and the majority of cases involve patients in their 70s, she said.

Simmonds, who is not involved in caring for Knoll, said the tumors are treatable.

"One of the best things about them is they grow slowly," she said.

The biggest concern is the possibility that the cancer will spread to a vital organ, such as the liver, she said. "The liver is a common place for many cancers to metastasize."

Knoll's letter said the cancer

# Woman finishes 325-mile swim of Allegheny River

PITTSBURGH (AP) — An Ohio woman completed her 325-mile swim of the Allegheny River shortly before noon Thursday, a month after beginning her journey. Perhaps the end came too soon.

"I love swimming. I could keep going," said Katie Spotz, 21, a couple minutes after emerging from the river at the base of the fountain at Point State Park, where the Allegheny and Monongahela rivers form the Ohio.

"I've had a blast, I wasn't afraid or anything. I'm so glad I was able to embark on this journey," said Spotz, of Mentor, near Cleveland.

Spotz swam to raise money and awareness for the Blue Planet Run Foundation, a nonprofit whose goal is to bring clean drinking water to the estimated 1 billion people worldwide who lack it.

The swim was "just another way to help them out and just another way for me to follow my passions," said Spotz, who also plans to row solo across the Atlantic Ocean, some 2,500 miles from West Africa to South America, in December for Blue Planet. Spotz has also taken part in a cross-country bike ride and an endurance walk in Australia.

Not that such antics please her mother.

"Each of these adventures, I give her a hard time," said Mary Spotz, who traveled to Pittsburgh with her husband, Dan, to see the last leg of her daughter's journey. "I worry about her. But Katie would rather live life and do whatever she can than live

in fear," her mother said. "She always pushes herself to the limit."

Katie Spotz said she wanted a river that was about 300 miles long; clean and relatively close to home.

"The Allegheny fit that and it's been really beautiful, so we've been really lucky with that," she said.

Her friend James Hendershott, 20, of Covington, Ga., paddled alongside her in a kayak filled with their gear.

Spotz said there were no major problems. The first day, a herd of cows followed them for a time. And they lost the kayak for a while. They also got separated for a couple hours on land in a lightning storm.

They said they began July 22 at the source of the Allegheny which Spotz said was a spring in a farm field near the small north-central Pennsylvania town of Raymond. It was so shallow that they had to walk two days before the water became deep enough to swim, she said.

Spotz said she wore in a wet suit and used flippers, swimming for about six to eight hours a day. On her longest day, she said, she swam about 22 miles. On her last day, she swam about a mile. They mostly camped in tent, but she spent the last night at a friend's house.

Though she swam with the river's current, she faced headwinds. Boat wakes, too, presented ed a challenge.

Growing up, Spotz said she wasn't particularly athletic. She swam one year in high school but said she wasn't very good.

# FOR THE RECORD

Charles Hicks of Tobyhanna is awaiting trial on charges of killing and dismembering Deanna Marie Null, whose body parts were found in trash bags scattered alongside area highways. At Hicks' March preliminary hearing, defense attorney William Sayer conceded the prosecution had provided sufficient evidence of Hicks probably being the one who abused Null's corpse, but not of him being the

one who caused her death.

■ March 15 and Aug. 21 articles gave incorrect information.

*This space is reserved for correcting errors or clarifying statements in news columns. We urge readers to report errors or items needing clarification by calling (570) 420-4340 Monday through Friday or (570) 421-3000 after 4 p.m. on Saturday and Sunday.*


A Reverse Mortgage Can Change Your Life
Call Generation Mortgage Company, Katerina Mavrodis
Toll Free 1.866.738.0915

DO YOU HAVE PROBLEMS BREATHING?
Samer Alkhuja, M.D.
Medical Associates


YOU & IMPROVED!
$100 OFF ZOOMLASER BLEACHING


SEPTIC PROBLEMS?
We're a family owned business for over 50 years.
Faulstick & Son Excavating
Saylorsburg, PA
(570) 992-4725


Geanna's Pocono Florist
431-0140 · 431-ROSE





Beary Best Friends
Teddy Bear Shoppe of the Poconos
Storewide 35% OFF
763 Milford Road, Business Rt. 209
East Stroudsburg, PA 18301
Hours: Friday-Monday 10-5
(570) 421-7050


Make our photo yours . . .
40% OFF OFFER GOOD THRU AUGUST 31, '08
www.PoconoRecord.com/photos
PMMG
Pocono Mountain Media Group

www.poconorecord.com
Your home. Your neighbors. Your news.

Please recycle this newspaper

Pocono Record | OPINION | Friday, September 19, 2008 A 7



JOHN HERBERT McHOOVER

THE FUNDAMENTALS OF THE ECONOMY ARE SOUND! — MY FRIENDS!

WHERE HE GOES AGAIN! THERE'S CLARITY!

## John McCain's Econ 101

WASHINGTON — Sen. John McCain, R-Ariz., says the "fundamentals" of the U.S. economy are strong, which Sen. Barack Obama, D-Ill., seized on as evidence that McCain is out of touch with the economic worries of the American people. McCain amended his statement to say that by fundamentals, he means U.S. workers, who are the best in the world, known for hard work and innovation, and Obama is insulting them by suggesting they are not strong. He wasn't kidding when late last year he told the Boston Globe: "The issue of economics is not something I've understood as well as I should."

This is what passes for campaign rhetoric on a day when workers were seen carrying their belongings out of the fabled brokerage house, Lehman Brothers, and the stock market tumbled 500 points, the biggest single-day drop since the first day of trading after the 9/11 attacks.

Once the presidential debates get under way, the two candidates will be forced to move beyond one-liners to explain what they would do as president to shepherd the country through what is likely to be a long period of economic dislocation.

Herbert Hoover, a president whose name is synonymous with the Great Depression, uttered the same empty reassurance about the fundamentals being strong. The unfortunate phrase carries historical echoes, and it does little to inform those trying to make sense of what is happening on Wall Street. After refusing to put taxpayer money on the line to rescue Lehman Brothers, the Bush administration stepped in late Tuesday and pressured the Federal Reserve to come up with an $85 billion bridge loan for AIG, the American International Group, which had been teetering on the edge of bankruptcy through the weekend.

Insuring 70 million custom-

ers, AIG met the definition of an entity that is too big and too intertwined with the global financial system to fail, a test the much smaller brokerage house, Lehman Brothers, did not pass. The AIG loan carries a high interest rate and gives the government the option to buy 80 percent of the company, which in theory should discourage other institutions from seeking government funds if they can find private financing.

The financial meltdown that we are watching with a mixture of horror and fascination has its roots in the Reagan Revolution and its anti-regulation policies. What's happened is not complicated.

President Reagan's policies stemmed from his belief that government is not part of the solution, that it is part of the problem. With government out of the way, the free markets can work their will. The result was a generation of lax regula-

tion with regulatory agencies under-funded, regulators looking the other way, and members of Congress neglecting their traditional oversight role while Wall Street partied on.

Fueled by money from lobbyists representing various financial institutions, Congress changed banking regulations to allow other institutions to get into banking activities, chiefly writing mortgages. Savings and loans branched out, and the result was a vast over-reaching that cost many people their life savings. That scandal touched McCain personally when he intervened on behalf of a constituent, Charles Keating, seeking relief from regulators. McCain has written about the experience and while he maintains he did nothing wrong, he concedes there was the appearance of a conflict. The shame he felt as one of the so-called Keating Five, four Democrats and himself, spurred him to become a reformer, he says.

Since all the experts are making comparisons to the Great Depression, it is worth noting that the brokerage houses that went under in 1929 collapsed because of securities. Today, the securities business is fine; it's the other aspects of financial life that are failing.

Merrill Lynch got bought out by the Bank of America because it got into the mortgage business and that's where the bottom fell out. AIG is a mammoth insurance company that branched out into the unregulated field of insuring mortgages, and when the loans went bad, AIG didn't have the funds to cover them. And when their shaky financial situation became known, their bond rating was downgraded which meant they had to pay more at a time when they desperately need money. If there's one fundamental that is strong, it's the Bush administration's understanding that things could get worse, and fast, if they didn't step in to stave off further disaster.

*The financial meltdown ... has its roots in the Reagan Revolution and its anti-regulation policies. ...The result was a generation of lax regulation with regulatory agencies under-funded, regulators looking the other way, and ... Congress neglecting its traditional oversight role while Wall Street partied on.*

## YOUR OPINION

### Articles did fine job of explaining problems

Editor, the Record:

I praise the three journalists for laying out the many facts that describe "Us" and "Them."

I had a house built here 21 years ago, and moved here full-time six years ago. At that time, it was quiet and peaceful. People said, "Good morning," and "How are you?" I cold hear the birds singing and the trees waving in the wind. The stories in the Pocono Record told me about vandalism, burglary and accidents. Now, it reports on murder, rape, and severed body parts, convincing me that there is now less respect for human life and property than 20 years ago.

The Record reported that Monroe County's crime rate has grown in proportion to its population, but Pocono residents know a S.W.A.T. team has been organized, an emergency phone number established, and serious crimes, such as murder, forcible rape, robbery, aggravated assault, burglary, larceny, motor vehicle theft and arson, increased 21 percent in 2008,

according to the article.

Meanwhile, there is a violent assault on our quality of life, with loud music booming from cars and homes, parents shouting at children instead of talking, cars racing recklessly up and down roads, trees disappearing faster than smoke, and more litter than ever on the roadsides.

The articles presented the facts, but did not offer solutions, or their implementation and enforcement. David Pierce, on Aug. 22, wrote that it was up to the building industry, elected politicians and concerned citizens to work on some of these problems. I don't see that happening soon; contractors and builders are not going to discourage sales, politicians don't see any political rewards in it and the concerned citizens don't have the support, money or power to do anything significant.

I do see well-deserved journalistic awards for the authors of this great series of articles.

ROBERT BRUNET
Tobyhanna

poconorecord.com

### Schools should open doors to voters

Editor, the Record:

You recently printed a letter from a poll worker concerning problems at some of our county voting sites.

She was absolutely correct in suggesting that our public schools be made available for these sites. Our schools are funded in part by our tax monies, thus should be of use to the electorate if the law allows.

Voting sites could be combined at various schools, providing larger voting areas, more machines, and improved parking conditions and access for the handicapped.

It would also save the county money, which is spent on renting smaller, multiple sites.

I ask that each Monroe County school board put this subject on their agenda. By working with our Board of Elections, the boards could make voting a more positive experience for everyone.

ERIN L. PRESSLEY
East Stroudsburg



meet the new face of Heart Care

POCONO MEDICAL CENTER
ESSA Heart and Vascular Institute

www.pmchealthsystem.org

Meet John Polishan, RN, PMC cardiac catheterization lab, and the new face of heart care.

### *No Headline In Original*

Global Broadcast Database - English M-F Midday News 11:59 AM CBS

September 25, 2008 Thursday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 365 words

## Body

STATION: 22 WYOU

Wilkes Barre-Scranton, PA

A MAN IS ACCUSED OF BETRAYING THE PUBLIC'S TRUST BY STEALING FROM THE TOWN HE SERVES. WHAT INVESTIGATORS SAY HE DID WITH THOUSANDS OF DOLLARS OUR LEAD STORY ON WYOU NEWS AT NOON. GOOD AFTERNOON, I'M MARK HILLER.

A LUZERNE COUNTY MAN FACES CHARGES TODAY HE RAN UP PERSONAL CHARGES AT THE EXPENSE OF TAXPAYERS. BLACK CREEK TOWNSHIP SUPERVISOR RICKIE WHITEBREAD APPEARED BEFORE A DISTRICT COURT JUDGE THIS MORNING. OUR ANDY MEHALSHICK JOINS US LIVE FROM SUGARLOAF TOWNSHIP WITH ALL THE DETAILS. GOOD AFTERNOON, ANDY. ANDY MEHALSHICK REPORTS THAT 56-YEAR-OLD RICKIE WHITEBREAD OF SUGARLOAF SURRENDERED THIS MORNING TO FACE CHARGES. WHITEBREAD IS A BLACK CREEK TOWNSHIP SUPERVISOR WHO ALSO SERVED AS THE TOWNSHIP'S ROADMASTER. INVESTIGATORS SAY WHITEBREAD USED TOWNSHIP CREDIT CARDS TO RUN UP NEARLY 33-HUNDRED DOLLARS IN CHARGES. THEY SAY MUCH OF IT WENT TOWARD HOME IMPROVEMENTS, INCLUDING PAVING HIS DRIVEWAY. WHITEBREAD NOW FACES FELONY CHARGES OF ACCESS DEVICE FRAUD AND THEFT BY DECEPTION A MAN CHARGED WITH A DEADLY LUZERNE COUNTY SHOOTING WILL STAND TRIAL. 27-YEAR-OLD ANDREW WOODHAM OF PLYMOUTH WAS EXPECTED TO PLEAD GUILTY YESTERDAY TO THIRD DEGREE MURDER. HIS LAWYER SAYS WOODHAM CHANGED HIS MIND WHEN HE REALIZED HE COULD POSSIBLY SERVE LIFE IN PRISON WITHOUT PAROLE. WOODHAM IS CHARGED WITH SHOOTING INTO A PARKED VAN OUTSIDE THE GLASS BAR IN EDWARDSVILLE IN FEBRUARY. 23-YEAR-OLD SABRINA CORDY OF WILKES-BARRE WAS KILLED. WOODHAM'S TRIAL IS SCHEDULED TO BEGIN IN LATE JANUARY. INVESTIGATORS ARE CHECKING IF AN ACCUSED MONROE COUNTY KILLER MIGHT BE LINKED TO AN OUT OF STATE DEATH. 34-YEAR OLD CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ALREADY CHARGED WITH THE JANUARY MURDER OF DEANNA NULL OF SCRANTON. HER DISMEMBERED BODY WAS FOUND ALONG HIGHWAYS IN THE POCONOS. POLICE PLAN TO HEAD TO TEXAS TO SEE IF HICKS IS CONNECTED TO A DEATH INVESTIGATION IN THE SOUTHWEST. HICKS IS AWAITING TRIAL IN MONROE COUNTY. A MONTH-OLD STABBING INVESTIGATION IN SCRANTON HAS TURNED INTO A CASE OF MURDER. 79-YEAR-OLD FRANK LOCKS DIED YESTERDAY IN THE HOSPITAL. HE WAS STABBED IN THE NECK NEAR THE GINO MERLI CENTER ON PENN AVENUE. SURVEILLANCE VIDEO IN THE NEIGHBORHOOD SHOWED THE VICTIM WALKING JUST

**Load-Date:** September 30, 2008

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:59 PM CBS

September 26, 2008 Friday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 425 words

## Body

STATION: 22 WYOU

Wilkes Barre-Scranton, PA

GOOD EVENING EVERYONE AND THANKS FOR JOINING US. I'M LYNDALL STOUT.AND I'M ERIC SCHEINER.WELCOME TO WYOU NEWS -- THE AREA'S ONLY INTERACTIVE NEWSCAST. OUR TOPIC TONIGHT -- JUVENILE LIFERS.PENNSYLVANIA LEADS THE NATION IN THE NUMBER OF JUVENILE LIFERS IN PRISON.NOW -- LAWMAKERS AND OTHER OFFICIALS ARE TAKING A LOOK AT THESE SENTENCES.SOME SAY THEY DESERVE A SECOND CHANCE AFTER MAKING A TRAGIC MISTAKE IN THEIR YOUTH.OTHERS SAY -- AGE SHOULDN'T EARN OFFENDERS AN EARLY EXIT FROM JAIL.SO WHAT'S YOUR OPINION ON LIFE- WITHOUT-PAROLE SENTENCES FOR JUVENILES?'

...SHOULDN'T HAVE PAROLE.'TONIGHT WE'LL DISCUSS TONIGHT WE'LL HAVE PAROLE.' TONIGHT WE'LL DISCUSS JUVENILE LIFERS.SHOULD THEY GET A SECOND CHANCE AT FREEDOM?BUT FIRST -- TODAY'S NEWS WITH LYNDALL. TOPPING YOUR NEWS AT SIX.. HE WAS SUPPOSED TO WORK FOR TAXPAYERS.. BUT A LUZERNE COUNTY MAN -- IS CHARGED WITH STEALING FROM THEM. RICKIE WHITEBREAD TURNED HIMSELF INTO POLICE THIS MORNING. WHITEBREAD IS A BLACK CREEK TOWNSHIP SUPERVISOR -- WHO ALSO SERVED AS THE TOWNSHIP'S ROADMASTER. POLICE SAY HE USED TOWNSHIP CREDIT CARDS -- TO RUN UP NEARLY 33 HUNDRED DOLLARS. AND THOSE CHARGES.. WEREN'T FOR THE TOWNSHIP."certain purchases were made on black creek township accounts while mr. whitebread was a supervisor in the township mr. whitebread made these charges the items were purchased were for his personal use at his residence not for township.' WHITEBREAD NOW FACES FELONY CHARGES.. OF FRAUD AND THEFT. A PLYMOUTH MAN ACCUSED OF A DEADLY SHOOTING IN LUZERNE COUNTY -- WILL STAND TRIAL. PROSECUTORS EXPECTED ANDREW WOODHAM TO PLEAD GUILTY TO THIRD DEGREE MURDER THIS WEEK. BUT HIS LAWYER SAYS.. WOODHAM CHANGED HIS MIND.. AFTER REALIZING HE COULD POSSIBLY SERVE LIFE IN PRISON WITHOUT PAROLE. PROSECUTORS SAY WOODHAM SHOT INTO A PARKED VAN OUTSIDE THE GLASS BAR IN EDWARDSVILLE.. IN FEBRUARY. SABRINA CORDY OF WILKES-BARRE WAS KILLED. WOODHAM'S TRIAL IS SET FOR LATE JANUARY. INVESTIGATORS IN MONROE COUNTY WANT TO KNOW IF AN ACCUSED KILLER -- IS LINKED TO A MURDER IN THE SOUTHWEST. CHARLES HICKS OF TOBYHANNA TOWNSHIP IS CHARGED WITH KILLING DEANNA NULL OF SCRANTON. HER DISMEMBERED BODY WAS FOUND ALONG HIGHWAYS IN THE POCONOS IN JANUARY. POLICE ARE NOW PLANNING TO TRAVEL TO TEXAS TO SEE IF THE TWO DEATHS ARE CONNECTED. HICKS -- MEANWHILE -- IS AWAITING TRIAL IN MONROE COUNTY. NOW IT'S TIME TO GET A CHECK ON YOUR STORMCENTER FIRST FORECAST.CHIEF METEOROLOGIST DAVE KUHARCHIK IS LIVE AT THE BLOOMSBURG FAIR WITH AN UPDATE. HI DAVE. Tonight: Cloudy and cool with some scattered rain showers.

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 6:02 PM NBC

September 26, 2008 Friday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 486 words

## Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

LUZERNE COUNTY SHOOTING WILL GO TO TRIAL ON THE CHARGES. 27-YEAR-OLD ANDREW WOODHAM OF PLYMOUTH WAS EXPECTED TO PLEAD GUILTY YESTERDAY TO THIRD DEGREE MURDER. HIS LAWYER SAYS WOODHAM CHANGED HIS MIND WHEN HE REALIZED HE COULD POSSIBLY SERVE LIFE IN PRISON WITHOUT PAROLE.

HE'S CHARGED WITH SHOOTING INTO A PARKED VAN OUTSIDE THE GLASS BAR IN EDWARDSVILLE IN FEBRUARY. 23-YEAR-OLD SABRINA CORDY OF WILKES-BARRE WAS KILLED. WOODHAM'S TRIAL IS SCHEDULED FOR JANUARY. A MONROE COUNTY MURDER INVESTIGATION TAKES POLICE ALL THE WAY TO TEXAS . 34-YEAR OLD CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL OF SCRANTON. POLICE SAY HICKS STUFFED HER REMAINS INTO GARBAGE BAGS AND TOSSED THEM ALONG SEVERAL HIGHWAYS IN THE POCONOS. OFFICERS FOUND HER HANDS INSIDE A WALL AT HICKS' HOME. HICKS LIVED IN TEXAS BEFORE MOVING TO MONROE COUNTY. TROOPERS PLAN TO VISIT TEXAS TO SEE IF A MURDER INVESTIGATION THERE IS CONNECTED TO HICKS. A MONTH-OLD STABBING INVESTIGATION IN SCRANTON HAS TURNED INTO A CASE OF MURDER. 79-YEAR-OLD FRANK LOCKS DIED YESTERDAY IN THE HOSPITAL. HE WAS STABBED IN THE NECK NEAR THE 'GINO MERLI CENTER' ON 'PENN AVENUE'. SURVEILLANCE VIDEO IN THE NEIGHBORHOOD SHOWED THE VICTIM WALKING JUST MINUTES BEFORE THE ATTACK. IT ALSO SHOWED A MAN WHOM POLICE CONSIDER A PERSON OF INTEREST. SO FAR NO ARRESTS HAVE BEEN MADE. THE AUTOPSY MAY BE PREFORMED TOMORROW. IT'S DAY TWO OF OUR I-TEAM == INVESTIGATION CLAIMING A FLORIDA BUSINESS IS TAKING LOCAL RESTAURANTS AND COMPANIES FOR A RIDE.WE FIRST SHOWED THE STORY YESTERDAY ABOUT A PITTSTON TOWNSHIP RESTAURANT OWNER WHO BELIEVES HE WAS SCAMMED.SINCE THEN, OUR PHONES HAVE LIT UP WITH SIMILAR STORIES... ALL OVER NORTHEAST PA. JOE HOLDEN HAS BEEN DOING SOME INVESTIGATING OF HIS OWN AND IS LIVE IN THE NEWSROOM... JOE? AND THE STORY JOGGED A LOT OF PEOPLES' MEMORIES.ALL WERE APPROACHED BY A SALESMAN FROM AN ADVERTISING COMPANY.THEY WERE TOLD ABOUT AN OPPORUNITY TO ADVERTISE IN A FOLDER OR CALENDAR THAT WAS CONNECTED WITH A LOCAL SCHOOL DISTRICT... MOST THOUGHT IT WAS A LEGITIMATE BUSINESS OPPORTUNITY. EYEWITNESS NEWS HAS LEARNED BUSINESS OWNERS FROM FACTORYVILLE TO PITTSTON TO NANTICOKE BELIEVE THEY WERE SCAMMED BY A COMPANY THAT USES TWO DIFFERENT NAMES.Well hopeful with you guys, maybe getting the word out, the company will be investigated and possibly maybe we get our money backMIKE SARNAK OF SARNY'S FITNESS CENTER IN NANTICOKE SAYS A SALESMAN FROM STUDENT RELATIONS INC. VISITED HIM THREE MONTHS AGO.WE'VE LEARNED THE COMPANY ALSO GOES BY THE NAMES STUDENTS OF AMERICA. SARNAK WAS ASKED TO PUT UP 250-DOLLARS TO ADVERTISE IN A FOLDER TO BE

No Headline In Original

PUBLISHED ON BEHALF OF LUZERNE COUNTY COMMUNITY COLLEGE.We purchased the folders and what the gentlemen said was that the folders for the fall semester would be distributed to every incoming freshman.And the folders were'nt even at the college for the opening.IN FACT, SARNAK SAID HE ONLY

**Load-Date:** September 30, 2008

**End of Document**

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:30 PM NBC

September 26, 2008 Friday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 545 words

## Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

the first on Washington Avenue, and the second on Staver Street. In each case, a middle aged man carrying tools approached an elderly woman claiming repair work was needed on her home. But police believe he's just hoping to make a clean getaway with someone else's money. Thankfully, neither woman took the bait.'Anybody comes to our door, I wouldn't hand out money first before they did the job, that's for sure.''As soon as you hear a deal, you better look into it.

Don't hand money out right away thinking you're going to get a deal, because you'll probably get ripped off.' Tony Riggle actually does home repairs for American Dream Vinyl. He says people in his line of work don't go door-to-door soliciting jobs. 'I mean that's why you pay to do advertising and that's why you see all the big names in the newspaper. That's the best way to go. As soon as you hear you're going to get a deal, it's most likely a scam.' Both police officers and repair workers say there are plenty of ways to keep yourself safe from these types of scam artists.'Look into the little things, because that's how you'll spot them out right away, because they won't have no credentials...Ask for credentials and ask for maybe references from other people they've worked for and if they kinda get a weird look on their face or whatever, that's the first indication.' Experts suggest always obtaining a written contract before having any work done. And police advise seniors not to open their homes to uninvited strangers.'I'd say 'I don't need it done, thank you,' that's it, and close the door.' In Jersey Shore, Jeremy Deebel, Eyewitness News. ACCORDING TO EYEWITNESSES, THE SUSPECTED SCAM ARTIST IS DARK SKINNED, IN HIS FIFTIES, WITH WAVY LIGHT BROWN HAIR. ANYONE WITH INFORMATION ON THE MAN SHOULD CALL JERSEY SHORE POLICE. A MONTH-OLD STABBING INVESTIGATION IN SCRANTON HAS TURNED INTO A CASE OF MURDER. 79-YEAR-OLD FRANK LOCKS DIED YESTERDAY IN THE HOSPITAL. HE WAS STABBED IN THE NECK NEAR THE 'GINO MERLI CENTER' ON 'PENN AVENUE'. SURVEILLANCE VIDEO IN THE NEIGHBORHOOD SHOWED THE VICTIM WALKING JUST MINUTES BEFORE THE ATTACK. IT ALSO SHOWED A MAN POLICE CONSIDER A PERSON OF INTEREST. SO FAR NO ARRESTS HAVE BEEN MADE. THE AUTOPSY MAY BE PREFORMED TOMORROW. A MONROE COUNTY MURDER INVESTIGATION TAKES POLICE ALL THE WAY TO TEXAS . 34-YEAR OLD CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL OF SCRANTON. POLICE SAY HICKS STUFFED HER REMAINS INTO GARBAGE BAGS AND TOSSED THEM ALONG SEVERAL HIGHWAYS IN THE POCONOS. OFFICERS FOUND HER HANDS INSIDE A WALL AT HICKS' HOME. HICKS LIVED IN TEXAS BEFORE MOVING TO MONROE COUNTY. TROOPERS PLAN TO VISIT TEXAS TO SEE IF A MURDER INVESTIGATION THERE IS CONNECTED TO HICKS. A MAN CHARGED WITH A DEADLY LUZERNE COUNTY SHOOTING WILL GO TO TRIAL ON THE CHARGES. 27-YEAR-OLD ANDREW WOODHAM OF PLYMOUTH WAS EXPECTED TO PLEAD GUILTY YESTERDAY TO THIRD DEGREE MURDER. HIS LAWYER SAYS WOODHAM CHANGED HIS MIND WHEN HE REALIZED HE COULD POSSIBLY SERVE LIFE IN PRISON WITHOUT PAROLE. WOODHAM IS

No Headline In Original

CHARGED WITH SHOOTING INTO A PARKED VAN OUTSIDE THE GLASS BAR IN EDWARDSVILLE IN FEBRUARY. 23-YEAR-OLD SABRINA CORDY OF WILKES-BARRE WAS KILLED. WOODHAM'S TRIAL IS SCHEDULED FOR JANUARY. A BLACK CREEK TOWNSHIP SUPERVISOR IS IN TROUBLE WITH

**Load-Date:** September 30, 2008

---

*End of Document*

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:05 PM NBC

September 26, 2008 Friday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 437 words

## Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

IS ACCUSED TONIGHT OF USING TAXPAYER MONEY FOR PERSONAL USE. STATE POLICE ARRESTED RICKY WHITEBREAD, A BLACK CREEK TOWNSHIP SUPERVISOR. FIELD ANCHOR ANDY MEHALSHICK IS LIVE IN STUDIO TONIGHT WITH MORE.

DREW, INVESTIGATORS SAY, NOT ONLY DID WHITEBREAD ABUSE HIS POSITION, HE TRIED TO CONCEAL HIS CRIME... BLACK CREEK TOWNSHIP IS LOCATED IN SOUTHERN LUZERNE COUNTY NEAR THE CONYNGHAM AND HAZLETON... MANY PEOPLE SAY, WHITEBREAD NOT ONLY BROKE THE LAW. HE VIOLATED THE PUBLIC TRUST. THIS IS RICKY WHITEBREAD..HE IS A SUPERVIDSOR IN BLACK CREEK TOWNSHIP..HE IS ALSO THE ROADMASTER..HE TAKES CARE OF TOWNSHIP HIGHWAYS......HE SAYS NOTHING AS HE TURNS HIMSELF INTO THE JUDGE O'DONNEL'S OFFICE...INVESTIGATORS SAY HE STOLE SOME $3,300 DOLLARS IN TAXPAYER MONEY..'certain purchases were made on black creek township accounts while mr. whitebread was a supervisor in the township mr. whitebread made these charges the items were purchased were for his personal use at his residence not for township.' THEY INCLUED ASPHALT FOR HIS DRIVEWAY...SUPPLIES FOR A NEW PATIO EVEN COMPUTER SUPPLIES.....THE PROBE BEGAN WHEN CITIZENS GOT INVOLVED... 'some township citizens came to a meeting and raised some questions causing one of the other supervisors to look into township bills and invoices..she brought her concerns to state police..' SEAN MULLIGAN LIVES IN BLACK CREEK TOWNSHIP,IN FACT VERY CLOSE TO THE TOWNSHIP BUILDING..HE IS ANGRY..'he shouldn't be taking care of himself he should be taking care of the kids that are around here you know taking care of potholes instead of his own driveway..I don't deal with that.' COMING UP ON EYEWITNESS NEWS.WE WILL TALK WITH ANOTHER BLACK CREEK TOWNSHIP SUPERVISOR..WHO HELPED IN THIS INVESTIGATION..THAT'S AT 6. A GRUESOME MURDER IN MONROE COUNTY COULD HAVE TIES TO A SIMILAR CASE IN TEXAS. 34-YEAR OLD CHARLES HICKS WAS CHARGED IN JANUARY FOR THE MURDER OF DEANNA NULL OF SCRANTON. INVESTIGATORS SAY HICKS STUFFED NULL'S DISMEMBERED REMAINS INTO GARBAGE BAGS AND THREW THEM ALONG HIGHWAYS IN THE POCONOS. HER HANDS INSIDE A WALL AT HICKS' HOUSE BY OFFICERS. HICKS LIVED IN TEXAS BEFORE MOVING TO TOBYHANNA TOWNSHIP. NOW, TROOPERS PLAN TO VISIT TEXAS TO SEE IF A DEATH THERE HAS ANY CONNECTION TO HICKS. THE LOCAL DISTRICT ATTORNEY WILL SEEK THE DEATH PENALTY IN THE MONROE COUNTY CASE. A SCHUYLKILL HAVEN WOMAN WOMAN IS DEAD AFTER CRASHING HER CAR IN WAYNE TOWNSHIP. POLICE SAY 27-YEAR OLD AMANDA REIFSNYDER LOST CONTROL OF HER TRUCK ON STATE ROUTE 183, JUST NORTH OF SCHUYLKILL MOUNTAIN ROAD. THE ACCIDENT HAPPENED JUST BEFORE 11 THIS MORNING. SHE TRAVELED INTO THE PATH OF AN ONCOMING CAR .

## *Probe of eastern Pa. killing reaches other states*

The Associated Press State & Local Wire

September 26, 2008 Friday 8:11 AM GMT

Copyright 2008 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 148 words

**Dateline:** STROUDSBURG Pa.

## Body

Police are checking whether cases in other jurisdictions resemble the January death of a 36-year-old woman whose body parts were left along two interstate highways in eastern Pennsylvania in trash bags.

Prosecutors are seeking the death penalty for 34-year-old Charles Hicks in the death of 36-year-old Deanna Marie Null. Hicks is accused of torturing and killing Null, dismembering her body and scattering parts in trash bags along Interstates 80 and 380 in the Stroudsburg area 70 miles north of Philadelphia. Hicks has pleaded not guilty.

At a hearing Thursday in the case, Monroe County District Attorney David Christine said police have been checking for possible connections with cases in other jurisdictions. He says state troopers plan to check on a death in Texas, where Hicks lived before moving to Pennsylvania in January.

Information from: Pocono Record, *http://www.poconorecord.com*/

**Load-Date:** September 27, 2008

**End of Document**



CLEAN, GREEN
BABY BOTTOM
Page B1

## Pocono *week***○***end* INSIDE

### COOL CARS, GOOD FOOD, GREAT MUSIC, LOCAL ART IN PORTLAND ON SUNDAY

**More:** 'Jam-bandamonium' at Sherman Theater, Jim Norton at Poconuts, rodeo at Shawnee Mtn.



# POCONO RECORD

**FRIDAY** September 26, 2008

Stroudsburg, Pa. • Know the Poconos • www.poconorecord.com

| Volume 115, No. 178 | © Copyright 2008 | 75 CENTS |

---

# Bailout struggles to stay afloat

## Republicans punch hole in Bush plan to rescue Wall Street

**By JENNIFER LOVEN
and JULIE HIRSCHFELD DAVIS**
Associated Press Writers

WASHINGTON — A Republican revolt stalled marathon efforts to lash together a national economic rescue plan Thursday, a chaotic turnaround on a day that had seemed headed for a success that President Bush, both political parties and their presidential candidates would celebrate at an extraordinary White House meeting.

Weary congressional negotiators worked into the night, joined by Treasury Secretary Henry Paulson in an effort to revive or rework the $700 billion proposal that President Bush said must be quickly approved by Congress to stave off potentially "a long and deep recession."

They gave up after 10 p.m., more than an hour after the lone House Republican involved, Rep. Spencer Bachus of Alabama, left the room. Democrats blamed the House Re-

publicans for the apparent stalemate. Those conservatives have complained that the plan would be too costly for taxpayers and would be an unacceptable federal intrusion into private business.

Talks were to resume this morning on the effort to bail out failing financial institutions and restart the flow of credit that has begun to starve the national economy.

*See* **BAILOUT,** *Page A2*


Tonight's debate is sinking, too

---

# Texas link to local murder investigated

## DA reveals new angle in dismemberment case

**By ANDREW SCOTT**
Pocono Record Writer

STROUDSBURG — Police plan to visit Texas to see if there is any connection between a death there and a Monroe County murder case awaiting trial, the District Attorney's Office said during a Thursday court proceeding.

Charles Hicks, 34, is awaiting trial on charges of killing Deanna Marie Null, 36, dismembering Null's body, putting the body parts in trash bags and scattering the bags along interstates 380 and 80 in Monroe County. The District Attorney's Office intends to seek the death penalty against Hicks on the grounds that Hicks tortured Null, causing her death.



**Charles Hicks**
Accused of killing, chopping up Deanna Null

Defense attorney Bill Sayer had requested the court have the prosecution disclose what evidence it has of Null's torture, since this alleged torture is the basis for seeking the death penalty.

It was during a Thursday court proceeding on Sayer's request that District Attorney David Christine said troopers plan to visit Texas to see if a death there has any connection to the Hicks case. Police have been checking for any connections between the Hicks case and cases in jurisdictions outside of Monroe County, Christine said, declining afterward to comment further.

Hicks lived in Texas before coming to Pennsylvania to work at Tobyhanna Army Depot in January.

As for Sayer's request, Monroe County President Judge Ronald Vican gave Sayer 30 days to

*See* **HICKS,** *Page A2*


COMING UP
Mighty mouse

---



### Top MVC golfer

Jake Hollway of Pocono Mountain East High School hits out of a bunker onto the green at Great Bear Country Club during the Mountain Valley Conference golf tournament Thursday afternoon. Stroudsburg's Kevin Breen shot a 76 to lead the Mounties to their third straight conference title. Hollway led the field with a 75. See story and photos on **Page C1.** View a photo gallery from the tournament at **www.poconorecord.com/photos** and improve your own golf game with a series of video lessons from local pros at **www.poconorecord.com/golf.**

---

# West senior speaks for students in Harrisburg

**By DAN BERRETT**
Pocono Record Writer

POCONO PINES — A Mount Pocono teen is carrying a hefty mandate as the voice of Pennsylvania's 1.8 million public school students.

Elizabeth Williams, 17, a senior at Pocono Mountain West High School, was chosen to be the first student delegate to the state's Board of Education.

She will not have a vote on the board, which adopts policies and establishes standards governing the state's 501 school districts and public post-secondary institutions. But she will be able to share her views on education and, she hopes, help shape policy.

*"I don't have a vote, but I think I can still make a difference."*
**ELIZABETH WILLIAMS**

"I don't have a vote, but I think I

*See* **DELEGATE,** *Page A2*



**KEITH R. STEVENSON/Pocono Record
Elizabeth Williams**
First student delegate on state Board of Education

---

ADVERTISEMENT

## Halterman's

### TOYOTA SUPERSTORE

## GRAND OPENING

### 500+ CARS MUST BE SOLD

RT. 447 EAST STROUDSBURG
*SAME GREAT LOCATION BRAND NEW FACILITY*
(570) 421-6930

---

**TODAY'S FORECAST**



Light rain.
High 57/62.
Low 56/58.
**Weather, B8**

INSIDE

**TV WEEK**


**GOLF INSIDER**
Under-30 stars featured in PGA Tour Championship
**Page C5**

| INSIDE the RECORD | | | |
|---|---|---|---|
| ADVICE & BRIDGE | B5 | HOROSCOPE | B5 | PUBLIC NOTICES | C10 |
| BUSINESS | C7 | LOCAL & REGION | A2 | SPORTS | C1-6 |
| CLASSIFIED | C10-D8 | LOTTERY | A2 | U.S. & WORLD | A5 |
| COMICS, PUZZLES | B4 | OBITUARIES | B3 | WEATHER | B8 |
| | | OPINION | A6-7 | WEEKEND & TV Week Inside |
| | | LIFE IN THE POCONOS | B1-2 | YOUR COMMUNITY | B6 |



A 2 Friday, September 26, 2008

Pocono Record



President Bush, fourth from right, meets with congressional leaders, including the presidential nominees, in the Cabinet Room of the White House on to discuss the financial crisis. Seated from left to right are Bush Chief of Staff Joshua Bolten, Vice President Dick Cheney, Secretary of Treasury Henry Paulson, Rep. Spencer Bachus, R-Ala., Rep. Barney Frank D-Mass., House Majority Leader Steny Hoyer, D-Md., Republican presidential candidate Sen. John McCain, R-Ariz., House Minority Leader Sen. John A. Boehner, R-Ohio, Speaker of the House Rep. Nancy Pelosi, D-Calif., Bush, Senate Majority Leader Sen. Harry Reid, D-Nev., Senate Minority Leader Mitch McConnell, R-Ky., and Democratic presidential candidate Sen. Barack Obama, D-Ill.

ASSOCIATED PRESS

## BAILOUT

From Page A1

plan's centerpiece still is for the government to buy the toxic, mortgage-based assets of shaky financial institutions in a bid to keep them from going under and setting off a cascade of ruinous events, including wiped-out retirement savings, rising home foreclosures, closed businesses and lost jobs.

**THE DAY'S WHITE HOUSE** summit, bringing together Bush, presidential rivals John McCain and Barack Obama, and top congressional leaders, had been aimed at showing unity in resolving a national financial crisis, but it broke up with conflicts in plain view.

Late Thursday, McCain's campaign

issued a statement saying, "the plan that has been put forth by the administration does not enjoy the confidence of the American people as it will not protect the taxpayers and will sacrifice Main Street in favor of Wall Street."

Key Democrats and Republicans had announced they had the outlines of a tentative agreement at midday, just hours before the White House meeting. That accord would have given the Bush administration just a fraction of the money it wanted up front, subjecting half the $700 billion total to a congressional veto.

But conservatives were still in revolt, balking at the astonishing price tag of the proposal and the hand of government that it would place on private markets.

Inside the White House meeting, House Republican leader John Boehner

expressed misgivings about the emerging plan, and McCain would not commit to supporting it, said people from both parties who were briefed on the exchange.

McCain's campaign statement described the meeting as "a contentious shouting match that did not seek to craft a bipartisan solution."

Sen. Richard Shelby of Alabama, the top Republican on the Senate Banking Committee, emerged from the session to say the announcement agreement "is obviously no agreement."

**NEWS OF THE APPARENT** breakthrough helped inspire Wall Street, which recorded a 196-point gain for the Dow Jones industrials. The later breakdown seemed likely to send stocks downward again today.

One group of House GOP lawmak-

ers circulated an alternative that would put much less focus on a government takeover of failing institutions' sour assets. This proposal would have the government provide insurance to companies that agree to hold frozen assets, rather than have the U.S. purchase the assets.

Rep Eric Cantor, R-Va., said the idea would be to remove the burden of the bailout from taxpayers and place it, over time, on Wall Street instead. The price tag of the administration's plan to bail out tottering financial institutions — and the federal intrusion into private business matters — have been major sticking points for many Republican lawmakers.

"I'm feeling somewhat puzzled at this point," said Rep. Barney Frank, D-Mass., the Financial Services Committee chairman who has been leading ne-

gotiations with Paulson. "We're closer to a deal among the House Democrats, Senate Democrats, Senate Republicans and the administration. ... We seem further away with the House Republicans."

There is wide agreement the U.S. economy is in peril, with financial institutions going under or near the edge and recession looming.

Under the accord announced hours earlier among key lawmakers, the Treasury secretary would get $250 billion immediately and could have an additional $100 billion if he certified it was needed, an approach designed to give lawmakers a stronger hand in controlling the unprecedented rescue.

The government would take equity in companies helped by the bailout and put rules in place to limit excessive compensation of their executives.

## DELEGATE

From Page A1

can still make a difference," she said. "I thought I'd be able to impact how students are educated, not just for the area, but statewide."

To be selected from among the 50 students statewide who applied, Williams had to submit her school transcript, three recommendations and her resume, which is packed.

Williams, who plans to be a pre-med major in college, has attended the prestigious Governor's School for the Sciences, participated in camps for state

and local student councils and represented the district at leadership seminars. She also sings in the chorus, has logged 1,000 hours of community service and is ranked sixth in her class of more than 500, she said.

"She doesn't dabble," said Jennifer Paul, her teacher. "She really does it."

Williams also wrote two essays: one on the role of the student representative to the board and how she would manage her responsibility as a student, and the other on the duties of the state board.

**SHE ALSO TRAVELED** to Harrisburg to be interviewed, and left at least one of her questioners,

Sheila Dow Ford, impressed.

"Ms. Williams possesses a unique combination of great intellectual capacity, analytical ability, tenacity, superb organizational skills and deep compassion for others," said Ford, president of a consulting firm that bears her name and a former senior vice president and chief counsel to the Pennsylvania Higher Education Assistance Agency. Dow is also one of the 22 members of the state board, which includes state senators and representatives, business leaders and education officials.

Williams attended her first meeting last week, which was two days of committee sessions and meetings of the whole board.

"I was excited to be there. I was anxious to go to the meetings, see what was going on and jump right into it," she said. "I definitely feel like they're very open to my opinions. They did

treat me like an equal."

The board discussed merging school districts and mulled potential changes to education regulations, a subject with which she has some experience; members of her family have fallen across the full spectrum of educational services.

"I grew up seeing all parts of education — from gifted to special education," she said. "I'm interested in education and where it's going and how it's going to affect other people's lives."

At the same time, she has detached her own opinions from her new role, realizing that she is supposed to be the voice of her peers, who hail from widely disparate parts of the state.

"I have my own view on things, but that's not the point of the position," she said. "The point is to give a well-rounded view of all of Pennsylvania's students."

During an interview, when Williams was queried on policies and decisions the board might face, she repeatedly brought up several perspectives on each issue.

Her main goal is to carve out a path for future student representatives, so that the pieces are in place to solicit their opinions and communicate their perspective as fully as she can.

"If I could accomplish one thing," she said, "it would be to make students' voices heard."

## HICKS

From Page A1

review the prosecution's information to see what evidence points to torture in the Null case and file any appropriate motions in response to that information. Another proceeding on the matter likely will be scheduled at a future date.

Null, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit. The scattered trash bags containing her body parts were found in late January.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March

preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.

## LOTTERIES

Numbers drawn
Thursday, Sept. 25, 2008

www.palottery.com

**PENNSYLVANIA**
MIDDAY DAILY: 1-7-6
MIDDAY BIG FOUR: 7-4-5-0
MIDDAY QUINTO: 4-8-7-2-9
TREASURE HUNT: 8-16-17-22-23
DAILY: 8-1-7
BIG FOUR: 2-5-4-5
QUINTO: 9-0-0-8-6
CASH FIVE: 17-19-24-26-40
**Update:** No top prize winner.
Today's jackpot: $225,000.
MIX & MATCH: 13-17-2-5-14
**Update:** No top prize winner.
Monday's jackpot: $80,000.

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: 1-4-2
MIDDAY PICK FOUR: 2-1-3-5
PICK THREE: 3-2-9
PICK FOUR: 3-7-1-0
CASH FIVE: 3-15-18-25-36
PICK SIX: 7-23-35-36-41-46

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: 2-9-9 Lucky Sum 20
MIDDAY WIN FOUR: 5-8-0-8 Lucky
Sum 21
DAILY NUMBER: 4-0-2 Lucky Sum 6
WIN FOUR: 3-4-6-5 Lucky Sum 18
PICK TEN: 1-7-8-9-10-13-17-20-25-
39-46-47-55-59-62-67-69-70-
75-80

**ATTENTION!!!**
The Former Truckel Junk Yard is now
Monroe County Recycling Center of PA
Located at end of Shafer Road
*We specialize in:* • Auto Salvage • Licensed Tire Recycling
• Mobile Home & Camper Disposal (storage available if needed)
• Building Demolition & Transport
**No Job Too Big or Small**
Licensed by D.E.P. — Call (732) 489-2585

**Dance like everyone's watching**
Ballroom, Latin, Country, Jitterbug, Social Dancing
50% OFF
Get moving & call
476-4300
*Studio West Dance Club*
www.swdanceclub.com

**E-Z REST LOG BEDS** and Rustic Furniture
• Waterbeds
• Tempur-pedic
• Futons
• Mattresses
• Hickory Rockers
A Bed for Every... Body!
Rt. 715 & 611 Tannersville, PA • 629-0166   www.eziogbeds.com


**Remove your Junk** without lifting a finger.
$29⁰⁰ OFF   1-800-GOT-JUNK?
$29⁰⁰ OFF   www.mr.handyman.com   570-307-8787

SONNY HAWKES ARMY/NAVY
PRE-WINTER SALE!
All Leather, M-65,
MA-1, Pea Coat, Jackets
10% OFF!
Foxmoor Village
570-223-9347

**"My expert advice...call a professional. Call Mr. Handyman."**



Mick Motors

7TH ANNUAL YARD SALE
Sept. 27th & 28th • 10am-5
Rain or Shine
Corner of Rt. 611 & Tannersville

| How To Reach Us | | |
| --- | --- | --- |
| **News** | **Advertising** | **Subscription Services** |

poconorecord.com
poconorecord.com/sage
poconorecord.com/epcn



First match | New search | More Like This | Printer Friendly Version | Log Out

**The Express-Times Archive**
COPYRIGHT © The Express-Times 2008

Date: 2008/09/27 Saturday Page: B3 Section: NEWS Edition: New Jersey Size: 256 words

# Drug conviction for prison guard Monroe death probe expands

A corrections officer at Mountainview Youth Correctional Facility in Clinton Township was convicted Friday of possession of a controlled dangerous substance after snorting cocaine in the parking lot of a Bound Brook go-go bar.

Kevin Scott, 41, of Scotch Plains, N.J., was immediately fired from his job. He worked nearly three years as a senior corrections officer.

A Somerset County jury deliberated about nine hours before returning the guilty verdict. Scott faces up to five years in prison.

He was arrested in March 2007 after a plainclothes Bound Brook patrolman saw him snorting cocaine outside Torpedo's go-go bar.

The Star-Ledger

STROUDSBURG. Pa. | Police are checking whether cases in other jurisdictions resemble the January death of a 36-year-old woman whose body parts were left along two interstate highways in eastern Pennsylvania in trash bags.

Prosecutors are seeking the death penalty for 34-year-old Charles Ray Hicks in the death of 36-year-old Deanna Marie Null. Hicks is accused of torturing and killing Null, dismembering her body and scattering parts in garbage bags along Interstates 80 and 380 in the Stroudsburg area. He has pleaded not guilty.

At a hearing Thursday in the case, Monroe County District Attorney David Christine said police have been checking for possible connections with cases in other jurisdictions. He says state troopers plan to check on a death in Texas, where Hicks lived before moving in January to Pennsylvania.

Associated Press

URL: <a href="/texis/search/story.html?table=et2008&id=48e0fc5840">Drug conviction for prison guard Monroe death probe expands</a>



RECEIVED
NOV 2 4 2008
PUBLIC DEFENDER

 **Did local Murder Defendant kill elsewhere ???**

State police are looking to see if cases in other jurisdictions resemble the January death of a 36-year-old woman whose body parts were left in trash bags along two major highways here in the Poconos. Prosecutors are seeking the death penalty for 34-year-old Charles Hicks in the death of 36-year-old Deanna Marie Null. Hicks is accused of torturing and killing Null, dismembering her body and scattering the trash bags along Interstates 80 and 380 in Monroe and Luzerne counties. At a hearing on Thursday, District Attorney David Christine said investigators have been checking out the details of a death in Texas, where Hicks lived before moving to Pennsylvania in January. Hicks has pleaded not guilty to murder and related charges.

## Local man to serve fatal Hit & Run sentence in State Prison

A Long Pond man, facing a 21-month to five-year sentence for a hit-and-run accident that claimed the life of a Blakeslee man two summers ago, will serve his time in state prison. On Thursday, Monroe County Judge Judge Maggie Worthington denied a request from 20-year old Myles Davis to pay his to debt to society in the county correctional facility for the death of 45-year old Robert Monaco. Police determined Davis ran over Monaco after Monaco hit a deer while riding his motorcycle on Route 115 in Tunkhannock Township. Judge Worthington did tell Davis she considers him a candidate for boot camp, although the state Department of Corrections would have to make the final decision regarding his eligibility for that inmate program. Davis now has 30 days to appeal Worthington's decision in state Superior Court.

## Pike County Man says he's innocent of Hire-to-Kill Plot

A Pike County man denies federal charges that he plotted to have his former wife killed to avoid paying child support. Angelos Dedes pleaded not guilty Wednesday in federal court to solicitation to commit murder. His attorney argued for house arrest, but U.S. Magistrate Thomas Blewitt ordered Dedes held in the Lackawanna County Prison. Assistant U.S. Attorney John Gurganus Jr. said he recently attempted suicide. Gurganus said investigators recorded conversations in which the 49-year-old Dedes solicited an undercover FBI agent posing as a hit man to kill his ex-wife, when she went to New York to a wedding. Gurganus said Dedes had been jailed for failing to pay child support, and "estimated he would have to pay a total of $98,000" before his three children turned eighteen.

## Alleged Subway Thief wanted for Armed Robbery in NJ

Turns out an employee accused of stealing money from the Subway Shop in Stroudsburg is a wanted criminal in New Jersey. Stroud Area Regional Police responded to the North 9th Street sub shop Wednesday night to investigate a theft complaint, and that's when 18-year old Eric Dormevil led them on a foot chase along Scott, Thomas and Stone Streets. Officers eventually found Dormevil hiding under a parked car (on Stone Street), and a criminal background check showed he's wanted on armed robbery charges in Trenton New Jersey. He remains jailed at the Monroe County Correctional Facility.

## Mother & Son charged in Sex Assault case on Mountain

Deanna Null Murder, a special report I poconorecord.com - The P...          http://www.poconorecord.com/apps/pbcs.dll/section?category=NE...

Tuesday, December 9, 2008

HOME | CLASSIFIEDS | AUTOS | HOMES | JOBS | COUPONS/DEALS | TEXT ALERTS | SUBSCRIBE

# POCONO RECORD
News & Information from Northeast Pennsylvania

WEATHER FOR
STROUDSBURG:
MCLOUDY 22°
Forecast /Radar



NEWS    FEATURES    SPORTS    ENTERTAINMENT    OUTDOORS    OUR SCHOOLS    PHOTOS & VIDEOS    LIVING HERE    VISITOR'S GUIDE    INTERACT    CLASSIFIEDS

Deanna Null Murder, a special report | poconorecord.com - The P...          http://www.poconorecord.com/apps/pbcs.dll/section?category=NE...





Deanna Null Murder, a special report | poconorecord.com - The P...        http://www.poconorecord.com/apps/pbcs.dll/section?category=NE..

TERMS OF USE    COPYRIGHT    PRIVACY POLICY    SITE MAP    CONTACT US    ADVERTISE
RELATED VIDEO

 **State police lieutenant discusses Deanna Null murder**

 **Police continue search for body parts**

 **Press conference on body parts found along I-80, 380**

 **Police search for remaining body parts on Interstate 380**

 **Human remains found on Interstate 380**

**LATEST GALLERIES**

**Police Search for Body Parts**

 Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday,...

VIEW ALL GALLERIES

**TALK TO US**

Send us a story idea

Visit our forums

Visit our blogs

Contact Us

Write a Letter to the Editor

POST COMMENTS | SUBMIT AN EVENT

**YOUR TOWN**

Looking for community information about your town? Get the latest local news and information here.

Select Your Town

**TOP JOBS**

**MEDICAL Busy medical**
Stroudsburg, PA Pocono Record Classified Ad

**Social Work THERAPIST**
Stroudsburg, PA Pocono Record Classified Ad

**PART TIME - Afternoon**
SWIFTWATER, PA Pocono Record Classified Ad

**EXPERIENCED TRANSPORT**
Stroudsburg, PA Pocono Record Classified Ad

More jobs

**TOP HOMES**

 **WHITE HAVEN, PA**
Pocono Liner Ads

Read more...

View All Featured Ads

**TOP CARS**

 **$12,900**
**2006 Jeep Liberty**
**Mick Motors**

 **2005 Buick LaCrosse**
**Brown Daub Buick Pontiac Chevrolet**

 **2006 Pontiac G6**
**Brown Daub Buick Pontiac Chevrolet**

 **2008 Dodge Dakota**
**Brown Daub Chevrolet-Volvo**

Show All Featured Cars

**TONIGHT IN PRIME TIME**

| | 8:00 PM | 8:30 PM | 9:00 PM | 9:30 PM | 10:00 PM | 10:30 PM |
|---|---|---|---|---|---|---|
| WYOU | NCIS HD | | The Mentalist HD | | Without a Trace HD | |
| WOLF | House HD, New | | Fringe HD | | FOX 56 News at Ten New | Seinfeld |
| WPVI | America's Funniest Home Videos New | | Accordin to Jim HD, New | Accordin to Jim HD, New | Eli Stone HD, New | |
| WBRE | The Biggest Loser: Families New, | | | | Law & Order: Special Victims Unit HD, New | |
| WWOR | Olive, the Other Reindeer | | Santa's Funniest Moments | | My 9 News New | |
| WSWB | 90210 HD | | Privileged HD | | Dr. Phil HD, New | |

View complete TV Listings

TV listings powered by Zap2it

 **Subscribe To The Pocono Record** Click here for more information

Copyright 2008 Pocono Mountains Media Group - (570) 421-3000 - 511 Lenox St., Stroudsburg, PA 18360. All Rights Reserved.

**MORE STORIES**

**Texas link to local murder investigated**
STROUDSBURG — Police plan to visit Texas to see if there is any connection between a death there and a Monroe County murder case awaiting...

**Defendant awaits trial date in body-parts case**
Charged with killing and dismembering a woman and scattering her body parts in trash bags alongside area highways, a Tobyhanna man is waiting to hear...

**DA seeks death in body-parts killing**
STROUDSBURG — The dismemberment and scattering of Deanna Marie Null constitute aggravating circumstances in her January murder on which the...

**Monroe prosecutor will seek death penalty in interstate body parts murder**
Accused murderer Charles Hicks will face the death penalty in his September trial for the murder and dismemberment of Deanna Null.

**Suspect faces trial in Deanna Null slaying** 📷 **PHOTO**
Charles Hicks, 33, of Tobyhanna, will head to trial in Monroe County Court on charges of murdering and dismembering Deanna Marie Null, 36, and...

**Hicks to face trial in Deanna Null dismemberment case**
TOBYHANNA — All charges against Charles Hicks, accused in the murder and dismemberment of Deanna Marie Null, have been held over to county...

**Tobyhanna Army Depot to review security policies after suspect's arrest**
TOBYHANNA (AP) — Tobyhanna Army Depot says it will review its security policies after a contract employee was charged with killing a woman...

**Murder case puts Depot on the spot**
The hiring of accused murderer Charles Ray Hicks exposes a raw nerve between management and employees at Tobyhanna Army Depot.

**Friends of Hicks stunned by arrest, murder charges** 📷 **PHOTO**
Maybe the blood on his boot was from a raccoon, a friend speculated.

**'It's not my brother'** 📷 **PHOTO**
The sister of the man accused of murdering a homeless woman and dismembering her body in January says he would never do what he stands accused of.

**Did he cut her up?** 📷 **PHOTO**
Tobyhanna man denies dismembering woman, dumping bags of body parts along I-80, I-380

**Friend: 'He's just the nicest guy in the world'** 📷 **PHOTO**
It was the perfect plan for a rainy Saturday afternoon in the Poconos.

**Doctor who identified body parts victim has been at roots of probes for years**
Most recently, Dr.

**Crime Stoppers is offering a reward in body parts case**
The search for clues in the case of a dismembered woman is getting a boost with a reward offered by Monroe County Crime Stoppers.

**Body parts victim was to be alibi witness at robbery trial**
SWIFTWATER (AP) — Authorities say a woman whose severed head and dismembered remains were dumped along highways in the Poconos was supposed to be an...

**Murdered woman linked to '02 shooting**
Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Pocono Interstates, might be...

**I-80 murder victim identified (with video)**
The murder victim whose body parts were found along Monroe County highways last week has been identified as Deanna Marie Null, 36, of the Scranton...

**Road hogs trashing the interstate**
Volunteer trash pickers have found it all — bizarre, kinky, disgusting things — along Interstate 80 over the years.

**Cops, dogs scour road for clues, body parts in case of dismembered woman**
The gritty roadside gave up few clues as 52 police officers and volunteer firefighters combed more than 30 miles of Interstates 80 and 380 seeking...

**Cadaver dogs sniff for evidence as small as a few drops of blood**
Sleek German shepherds running along Interstate 80 are a rare sight, but these K-9 detectives had a special job to do Thursday.

Ads by Google

Carpe Diem Education
International Cooperative Education Facilitating Experience & Awareness
www.carpediemeducation.org

Volunteer Mgmt Software
Full featured. Ideal for corporate volunteer programs. Try it free!
www.samaritan.com

Community Service
Help your kids get involved in the community. Make a difference today.
www.MVParents.com

Williams Fund
Want to volunteer in Chicago? Call us today to find out more!
WilliamsFund1.com

Ads by Google

**Profiler: Killer probably likes infamy**
What kind of person would murder, dismember and discard another
human being's body on the highway? By leaving it on the side of the
road, "somebody...

**Autopsy fills in a few blanks on body parts found on highway**
An autopsy on the remains found Tuesday along Interstates 80 and
380 has shed more light on the woman whose body was butchered
and scattered in trash...

**Butchered woman's death ruled homicide; identity unknown**
The death of a female victim whose remains were discovered on
Interstates 80 and 380 throughout Monroe and Lackawanna counties
on Tuesday has been...

**Police continue search for human remains**
State police continue to comb the sides of Interstates 80 and 380 for
human remains on Wednesday, January 30.

**Body parts strewn along Interstates 80/380 in Poconos**
Police spent Tuesday in a gruesome search along two Pocono
highways collecting at least eight bags of body parts scattered like
trash.

**Body parts, head found along Interstate 80, 380 (with videos)**
Someone scattered human remains including a severed head — in
trash bags along the Interstate 80-380 corridor through Monroe
County and into...

## *Grisly slaying case waits*

The Times-Tribune (Scranton, Pennsylvania)

December 15, 2008 Monday

Copyright 2008

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 437 words

**Byline:** Erin L. Nissley, The Times-Tribune, Scranton, Pa.

# Body

Dec. 15--The case against a man accused of killing and dismembering a woman almost a year ago is stalled while the lawyers and judge settle pretrial issues.

Charles Ray Hicks Jr., 34, is facing charges of criminal homicide, tampering with evidence, aggravated assault and abuse of a corpse. He was arrested more than a month after a state Department of Transportation employee discovered a garbage bag containing body parts along Interstate 380 on Jan. 29, touching off a sweep that led to the discovery of seven more garbage bags containing human remains along I-380 and Interstate 80.

The remains were identified as Williamsport native Deanna Null, a 36-year-old drifter who had been living in Scranton. Friends of Ms. Null told police she had been seen with a man who drove a dark-colored, late 1970s or 1980s sedan. One of Mr. Hicks' neighbors called police in early March to report that Mr. Hicks drove a car matching that description.

On March 7, state troopers searched Mr. Hicks' home at 131 Prospect St. in Tobyhanna. All but one of the bags found containing human remains had been dumped less than 10 miles from his home, where police discovered Ms. Null's hands wrapped in newspaper and socks soaked in detergent.

In May, prosecutors announced their intention to seek the death penalty against Mr. Hicks. Since his arrest March 8, Mr. Hicks has maintained his innocence.

The case was originally scheduled to go to trial Sept. 9, but that was postponed, and a new trial date has not been set.

Mr. Hicks' attorney, Monroe County public defender William Sayer, could not be reached for comment, nor could Monroe County District Attorney David Christine.

Court paperwork indicates that Monroe County President Judge Ronald E. Vican has scheduled a hearing for Jan. 13 to discuss several pretrial matters. That hearing was originally scheduled to take place Thursday, but Judge Vican approved a request from Mr. Sayer to push it back.

There was no information available late last week as to what matters may be discussed or why Mr. Sayer needed the hearing to be rescheduled.

While awaiting trial, Mr. Hicks remains in Monroe County Prison without bail.

Contact the writer: *enissley@timesshamrock.com*

Grisly slaying case waits

To see more of The Times-Tribune or to subscribe to the newspaper, go to *http://www.thetimes-tribune.com/*. Copyright (c) 2008, The Times-Tribune, Scranton, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** December 15, 2008

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 6:02 PM NBC

January 13, 2009 Tuesday

Copyright 2009 inewsnetwork Inc. All Rights Reserved



**Length:** 335 words

# Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

A MONROE COUNTY MAN ACCUSED OF KILLING AND DISMEMBERING A WOMAN WAS IN COURT TODAY. CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL OF SCRANTON.NULL'S REMAINS WERE FOUND SCATTERED ON HIGHWAYS IN THE POCONOS LAST JANUARY.HICKS' LAWYER WANTS THE TRIAL MOVED OUT OF MONROE COUNTY BECAUSE OF MEDIA COVERAGE.THE PROSECUTION AND DEFENSE ARE ALSO AT ODDS IF THE CRIME IS CONSIDERED TORTURE.THAT WILL HELP DETERMINE IF THE TRIAL SHOULD BE A DEATH PENALTY CASE. A NORTHUMBERLAND COUNTY MAN IS CHARGED WITH TRYING TO LURE CHILDREN ON THE INTERET FOR SEX.THE STATE ATTORNEY GENERAL'S OFFICE SAY AUTHORITIES ARRESTED 34-YEAR- OLD BRYAN HOFFMAN OF SUNBURY.

INVESTIGATORS SAY HOFFMAN USED INTERNET CHAT ROOMS AND INSTANT MESSAGING TO COMMIT THE CRIME.THEY SAY HE THOUGH HE WAS COMMUNICATING WITH GIRLS AND EVEN SENT THEM SEXUALLY EXPLICIT WEBCAM VIDEOS.BUT HE WAS ACTUALLY COMMUNICATING WITH AN UNDERCOVER AGENT.AUTHORITIES SAY THIS CASE AND OTHERS SHOULD SERVE AS AN ALERT TO PARENTS EVERYWHERE. THE FIRE THAT DESTROYED A WELL KNOWN SCHUYKILL COUNTY RESTAURANT WAS ACCIDENTAL. THERE WAS MORE THAN 300 THOUSAND DOLLARS DAMAGE TO SNYDERS IN ASHLAND YESTERDAY. INVESTIGATORS SAY IT STARTED IN BETWEEN THE CEILIING OF THE FIRST STORY AND THE FLOOR OF THE SECOND STORY.THEY BELIEVE IT STARTED IN A LIGHT FIXTURE. NO ONE WAS INJURED. AS ISRAELI FORCES CONTINUED THEIR ATTACKS IN GAZA PROTESTERS GATHERED A HALF A WORLD AWAY IIN WILKES-BARRE TODAYSEVERAL DOZEN TURNED OUT ON PUBLIC SQUARE TO PROTEST THE THE ISRAELI OFFENSIVE. THE GROUP SAYS ISREAL'S MILITARY IS KILLING INNOCENT WOMEN AND CHILDREN. SO FAR MORE THAN 9-HUNDRED PALESTINIANS HAVE DIED IN THE OFFENSIVE. THOUSANDS MORE HAVE BEEN INJURED. ISRAEL SAYS IT IS TRYING TO STOP 'HAMAS' FROM FIRING ROCKETS AND KILLING RESIDENTS. WE LIVE IN A TIME OF LAYOFFS AND SALARY CAPS.THAT'S WHY THERE'S SO MUCH CONTROVERSY SURROUNDING SCRANTON'S CITY COUNCIL MEETING.THE MAYOR AND COUNCIL ARE IN FOR RAISES.BIG RAISES.JOE HOLDEN IS THERE JOE NEW LIFE FOR A VACANT

**Load-Date:** January 26, 2009

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:02 PM NBC

January 13, 2009 Tuesday

Copyright 2009 inewsnetwork Inc. All Rights Reserved



**Length:** 529 words

## Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

WITH KILLING AND DISMEMBERING A SCRANTON WOMAN WAS IN COURT TODAY.CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL.HER REMAINS WERE FOUND SCATTERED ON HIGHWAYS IN THE POCONOS. HICKS' LAWYER WANTS THE TRIAL MOVED OUT OF MONROE COUNTY BECAUSE OF PRE-TRIAL PUBLICITY. THE PROSECUTION AND DEFENSE ARE ALSO AT ODDS IF THE CRIME IS CONSIDERED TORTURE.THAT WILL HELP DETERMINE IF THE TRIAL SHOULD BE A DEATH PENALTY CASE. BOTH SIDES HAVE 30 DAYS TO SUBMIT ARGUMENTS IN WRITING.

WILLIAMSPORT CITY POLICE SAY THEY TOOK MORE DRUGS OFF THE STREETS IN 2008 THAN IN THE PREVIOUS YEAR. EYEWITNESS NEWS REPORTER JEREMY DEEBEL EXPLORES THE REASONS BEHIND THE DEPARTMENT'S SUCCESS. WILLIAMSPORT POLICE OFFICERS REPORT 103 DRUG ARRESTS IN 2008. THOSE ARRESTS LED TO THE SEIZURE OF 1,300 BAGS OF HEROIN, NEARLY 8 OUNCES OF CRACK COCAINE, A POUND OF POWDERED COCAINE, AND OVER 8 POUNDS OF MARIJUANA. ((GARY LOHMAN - WILLIAMSPORT))'They need to clean it up. There's kids out there that don't need that. They don't need people around like that for a role model either.' THE DRUGS WOULD HAVE A STREET VALUE OF MORE THAN $83,000. OFFICERS ALSO SEIZED SEVERAL CARS AND GUNS. ((JEREMY DEEBEL - EYEWITNESS NEWS)) CITY POLICE BRASS CREDIT THE INCREASED NUMBERS TO THE FORMATION OF A SPECIAL OPERATIONS GROUP. THAT'S A TEAM OF ABOUT HALF A DOZEN OFFICERS FOCUSED ALMOST EXCLUSIVELY ON DRUG ARRESTS. AND THOSE NUMBERS HAVE CITY RESIDENTS FEELING MUCH MORE CONFIDENT IN THEIR NEIGHBORHOODS. ((ROBERT SAM - WILLIAMSPORT))'You can walk down the streets a lot better now than you could in the past. You can sit out on your porch, you don't have people yelling at you like they used to.' PEOPLE WE SPOKE WITH LIKE WHAT THEY SEE, AND HOPE THE POLICE DEPARTMENT WILL KEEP UP THE GOOD WORK.'They just need to keep going, keep cracking down. I mean, it's always going to be there, you know. Just got to try to get ahead of it, and stay ahead of it.' IN WILLIAMSPORT, JEREMY DEEBEL, EYEWITNESS NEWS. CITY POLICE OFFICIALS ALSO CREDIT THE RE-INTRODUCTION OF COMMUNITY POLICING FOR HELPING THEM GATHER IMPORTANT INFORMATION. IN LUZERNE COUNTY, THERE ARE CONERNS ABOUT RESPONSE TIME FOR AMBUALNCE SERVICE IN THE MOUNTAIN TOP AREA.IT COMES AFTER SEVERAL PEOPLE SAY THEY HAD TO WAIT UP TO AN HOUR FOR HELP.A PUBLIC MEETING IS HAPPENING TONIGHT TO DISCUSS THOSE CONCERNS.FIELD ANCHOR ANDY MEHALSHICK IS LIVE IN STUDIO TONIGHT WITH THE STORY. DREW,CANDICE...THOSE CONCERNS CAME TO THE FORFRONT AFTER A WOMAN FELL AND HAD TO WAIT NEARLY 40 MINUTES FOR HELP..I SPOKE TO SUSIE KAMINSKI OF RICE TOWNSHIP..SHE FELL IN HER BACKYARD LAST NOVEMBER AND SHATTERED HER LEG.SHE WAS FOUND BY HER MNEIGHBOR WHO CALLED 9-1-1-...KAMINSKI SAYS IT TOOK MORE THAN A HALF HOUR FOR AN AMBULANCE TO REACH HER...THAT AMBULANCE CAME FROM HANOVER

No Headline In Original

TOWNSHIP...THE CLOSEST AMBULANCE, MT TOP, DID NOT HAVE ENOUGH VOLUNTEERS TO ANSWER THE CALL.. THE RICE TOWNSHIP SUPERVISORS WILL DISCUSS THE SITUATION TONIGHT AT 7..KAMINSKI TOLD ME,SHE DOES NOT WANT THIS TO HAPPEN TO ANYONE ELSE.'I felt the system failed me a little, non one else came to my aid thank god for debbie she's a nurse that helped me out alot.' I SPOKE TO JEAN HERRON '

**Load-Date:** January 26, 2009

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 6:02 PM CBS

January 13, 2009 Tuesday

Copyright 2009 inewsnetwork Inc. All Rights Reserved



**Length:** 542 words

## Body

STATION: 22 WYOU

Wilkes Barre-Scranton, PA

TO SOUND-OFF.TONIGHT WE'LL HEAR FROM TRIPLE-A -- THE CELL PHONE INDUSTRY -- AND OUR VIEWERS.WE'LL GET TO OUR GUESTS AND SOME OF YOUR COMMENTS IN JUST A BIT.BUT FIRST -- TODAY'S NEWS WITH ERIC. LEADING THE NEWS TONIGHT..... DOZENS OF PEOPLE WITH TIES TO THE MIDDLE-EAST -- PALESTINE IN PARTICULAR -- MADE THEIR VOICES HEARD TODAY IN LUZERNE COUNTY.10:00:02THE PEOPLE ARE PROTESTING THE CONFLICT BETWEEN ISRAEL AND THE MILITANT FACTION HAMMAS IN GAZA.MANY CARRIED SIGNS ASKING FOR PEACE AND GIANT PICTURES OF THE WAR-TORN COUNTRY.WYOU NEWS TALKED WITH SEVERAL PEOPLE WHO SAID THEIR ONLY INTENTION IS TO MAKE THE PLIGHT OF THEIR PEOPLE KNOWN TO EVERYONE.'If you can't sit in a place and know if you're gonna live for the next minute, it's very sad and all we're asking for is peace and to end the war in Gaza.' CLOSE TO 50 PEOPLE TOOK PART IN TODAY'S DEMONSTRATION ON PUBLIC SQUARE IN WILKES-BARRE. A MONROE COUNTY MAN ACCUSED OF 'DISMEMEMBERING' A SCRANTON WOMAN == WANTS HIS TRIAL MOVED OUT OF THE POCONOS...'CHARLES HICKS' IS ACCUSED OF KILLING 'DEANNA NULL' == AND TOSSING HER BODY PARTS ALONG 'INTERSTATE 80' AND '380.' TODAY == HIS ATTORNEY ASKED FOR A CHANGE OF VENUE.HE SAYS 'PUBLICITY' SURROUNDING THE CASE WILL MAKE A FAIR TRIAL IMPOSSIBLE.IN OTHER MATTERS == THE PROSECUTION AND DEFENSE ARE AT ODDS ABOUT 'IF' THE CRIME IS CONSIDERED 'TORTURE.'

THAT WILL HELP DETERMINE 'IF' THE PROSECUTION WILL PERSUE THE DEATH PENALTY IN THE CASE. BOTH SIDES NOW HAVE 30-DAYS TO SUBMIT WRITTEN ARGUMENTS. A TEENAGER FACING CHARGES FOR A BRUTAL HOME INVASION IS STILL WAITING TO GET A LAWYER...THAT'S WHY TODAY'S HEARING FOR 19-YEAR OLD 'GIACOMO PISCIOTTA' WAS CONTINUED.INVESTIGATORS SAY 'PISCIOTTA' BROKE INTO 71-YEAR OLD HAROLD FILLER'S HOME ON EAST GREEN STREET IN HAZLETON A WEEK AGO.POLICE SAY PISCIOTTA BEAT FILLER WITH A BASEBALL BAT == WHILE LOOKING FOR MONEY TO STEAL.THE VICTIM IS STILL IN THE HOSPITAL.NO DATE HAS BEEN SET FOR THE NEXT HEARING. THE SECOND DAY OF JURY SELECTION IN A BRADFORD COUNTY TRIPLE MURDER TRIAL == ENDS WITH 3 JURORS BEING SELECTED. THAT BRINGS THE TOTAL TO 5.TWO JURORS WERE SEATED MONDAY.THEY WILL HEAR TESTIMONY IN THE TRIAL OF 32-YEAR OLD STEVEN COLEGROVE.THE DEPOSIT, NEW YORK MAN == IS CHARGED WITH KILLING HIS MOTHER, FATHER AND BROTHER IN THE FAMILY'S TUSCARORA TOWNSHIP HOME IN AUGUST.INVESTIGATORS SAY THE MOTIVE WAS AN INHERITANCE. OPENING STATEMENTS ARE EXPECTED TO BEGIN EARLY NEXT WEEK. A STATE CRACKDOWN ON INTERNET 'SEX PREDATORS' HAS LED TO THE ARREST OF A SUNBURY MAN... 34-YEAR OLD BRYAN HOFFMAN IS CHARGED WITH USING ONLINE CHAT ROOMS TO LURE TEENAGE GIRLS == WHO WERE ACTUALLY POLICE OFFICERS.PROSECUTORS SAY HE DISCUSSED GRAPHIC SEX ACTS AND SENT LUDE WEBCAM

No Headline In Original

VIDEOS TO THEM...STATE OFFICIALS HOPE THIS SERVES AS A WAKE-UP CALL TO PARENTS.(Tom Corbett/PA Attorney General)'Parents should regularly discuss online safety with their children and encourage teens and pre-teens to immediately report anyone who tried to send them sexually explicit messages, photos or videos'IN 1994 HOFFMAN PLEADED GUILTY TO A STATUTORY RAPE OFFENSE. THE VICTIM WAS AN 11-YEAR OLD GIRL. IF CONVICTED OF THE LATEST OFFENSE -- HOFFMAN COULD SPEND UP TO 7-YEARS IN PRISON. RESPONSE TIMES FOR AMBULANCE CALLS IN ONE PART OF LUZERNE

**Load-Date:** January 26, 2009

End of Document

## No Headline In Original

Global Broadcast Database - English M-F Midday News 12:00 PM CBS

January 13, 2009 Tuesday

Copyright 2009 inewsnetwork Inc. All Rights Reserved



**Length:** 549 words

## Body

STATION: 22 WYOU

Wilkes Barre-Scranton, PA

wc WITH A MAJOR FINANCIAL BLOW. THE STATE STOPS GRANTS TO THE CITY OF SCRANTON. WHAT IT'S GOING TO TAKE TO GET MUCH NEEDED FUNDING BACK ON TRACK OUR LEAD STORY ON WYOU NEWS AT NOON. THE STATE HAS CUT OFF GRANT MONEY FOR THE CITY OF SCRANTON.

THE DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT SAYS THE CITY FAILED TO MEET CERTAIN DEADLINES TO RECEIVE THE FUNDING. WYOU'S MIKE TRIM IS LIVE IN OUR SCRANTON NEWSROOM. MIKE, YOU SPOKE WITH THE MAYOR THIS MORNING. WHAT DID YOU FIND OUT? WE'RE TALKING ABOUT A CERTAIN TYPE OF FUNDNIG TOTALLING IN THE HUNDREDS OF THOUSANDS OF DOLLARS. THAT MONEY IS PUT ON HOLD BECAUSE THE D-C-E-D SAYS IT DIDN'T RECIEVE TWO MANDATORY AUDIT REPORTS. ACCORDING TO THE D-C-E-D, THE CITY'S ANNUAL FINANCIAL AUDIT FOR 2007 WAS DUE LAST APRIL. THE STATE SAID IT NEVER RECEIVED THE AUDIT, AND SENT ANOTHER LETTER IN DECEMBER TO REMIND THE CITY. ANOTHER AUDIT FOR A CITY PROJECT FUNDED BY STATE MONEY APPARENTLY DIDN'T MAKE IT TO THE STATE EITHER. THAT AUDIT WAS FOR A UNITED NEIGHBORHOOD CENTERS PROJECT IN SCRANTON, TOTALLING 190 THOUSAND DOLLARS. SCRANTON MAYOR CHRIS DOHERTY SAYS HE'S FRUSTRATED BY THE FREEZE IN FUNDING, AND SAYS THE STATE NEVER NOTIFIED HIM OF THE TARDINESS OF THE REPORTS.(Mayor Chris Doherty/(D) Scranton) 'Everything I've always done in running this city is that we take care of every issue immediately and this will be taken care of immediately.' THIS FUNDING FREEZE ONLY INVOLVES COMMUNITY ECONOMIC AND DEVELOPMENT MONEY. THE D-C-E-D OFFICE SAYS SCRANTON IS STILL ELIGIBLE FOR ALL OTHER STATE FUNDING, JUST NOT THIS CERTAIN TYPE OF GRANT MONEY. A SPOKESWOMAN FOR THAT STATE OFFICE TOLD ME THIS MORNING IT'S WILLING TO WORK WITH THE CITY OF SCRANTON, AND IT WANTS TO SEE THE CITY SUCCEED. IT'S JUST TRYING TO ABIDE BY STATE MANDATES AND MAKE SURE ALL GRANT MONEY IS BEING SPENT WISELY. COMING UP AT FOUR, WE'LL TELL YOU IF THIS PUTS ANY CURRENT SCRANTON PROJECTS IN JEAPORDY. LIVE IN THE SCRANTON NEWSROOM, MIKE TRIM, WYOU NEWS. A NORTHUMBERLAND COUNTY MAN IS CHARGED WITH TRYING TO LURE CHILDREN ON THE INTERET FOR SEX. THE STATE ATTORNEY GENERAL'S OFFICE ANNOUNCED, TODAY, THAT AUTHORITIES ARRESTED 34- YEAR-OLD BRYAN HOFFMAN OF SUNBURY. INVESTIGATORS SAY HOFFMAN USED INTERNET CHAT ROOMS AND INSTANT MESSAGING TO COMMIT THE CRIME. THEY SAY HE THOUGH HE WAS COMMUNICATING WITH GIRLS AND EVEN SENT THEM SEXUALLY EXPLICIT WEBCAM VIDEOS. IT TURNED OUT TO ACTUALLY BE AN UNDERCOVER AGENT ON THE OTHER END. AUTHORITIES SAY THIS CASE AND OTHERS SHOULD SERVE AS AN ALERT TO PARENTS EVERYWHERE. (Tom Corbett/PA Attorney General)'Parents should regularly discuss online safety with their children and encourage teens and pre-teens to immediately report anyone who tried to send them sexually explicit messages, photos or videos' HOFFMAN'S

No Headline In Original

ARREST IS THE 183RD MADE BY THE ATTORNEY GENERAL'S CHILD PREDATOR UNIT. A MONROE COUNTY MAN CHARGED WITH KILLING AND DISMEMBERING A SCRANTON WOMAN IS IN COURT TODAY. 34-YEAR OLD CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL OF SCRANTON. THIS IS VIDEO OF HICKS WHEN HE WAS BOUND OVER FOR TRIAL LAST MARCH. HICKS' LAWYERS ASKED A JUDGE IN STROUDSBURG TO MOVE THE TRIAL OUT OF MONROE COUNTY. HE BELIEVES EXTENSIVE MEDIA COVERAGE WOULD MAKE A FAIR TRIAL IMPOSSIBLE. THE PROSECUTION AND DEFENSE

**Load-Date:** January 26, 2009

---

End of Document

## *No Headline In Original*

Global Broadcast Database - English M-F Evening News 5:32 PM NBC

January 13, 2009 Tuesday

Copyright 2009 inewsnetwork Inc. All Rights Reserved



**Length:** 482 words

## Body

STATION: 28 WBRE

Wilkes Barre-Scranton, PA

PITTSTON CITY LEADERS SAY IT'S LIKELY THAT BILL COLLECTION AGENCY WILL BE FIRED.THIS IS A STORY WE'LL CONTINUE TO FOLLOW. A MONROE COUNTY MAN ACCUSED OF KILLING AND DISMEMBERING A WOMAN WAS IN COURT.CHARLES HICKS OF TOBYHANNA TOWNSHIP IS ACCUSED OF KILLING DEANNA NULL OF SCRANTON.NULL'S REMAINS WERE FOUND SCATTERED ON HIGHWAYS IN THE POCONOS LAST JANUARY.HICKS' LAWYER WANTS THE TRIAL MOVED OUT OF MONROE COUNTY BECAUSE OF MEDIA COVERAGE.THE PROSECUTION AND DEFENSE ARE ALSO AT ODDS IF THE CRIME IS CONSIDERED TORTURE.THAT WILL HELP DETERMINE IF THE TRIAL SHOULD BE A DEATH PENALTY CASE. A NORTHUMBERLAND COUNTY MAN IS CHARGED WITH TRYING TO LURE CHILDREN ON THE INTERET FOR SEX.

THE STATE ATTORNEY GENERAL'S OFFICE ANNOUNCED, TODAY, THAT AUTHORITIES ARRESTED 34-YEAR- OLD BRYAN HOFFMAN OF SUNBURY. INVESTIGATORS SAY HOFFMAN USED INTERNET CHAT ROOMS AND INSTANT MESSAGING TO COMMIT THE CRIME. THEY SAY HE THOUGH HE WAS COMMUNICATING WITH GIRLS AND EVEN SENT THEM SEXUALLY EXPLICIT WEBCAM VIDEOS. BUT HE WAS ACTUALLY COMMUNICATING WITH AN UNDERCOVER AGENT. AUTHORITIES SAY THIS CASE AND OTHERS SHOULD SERVE AS AN ALERT TO PARENTS EVERYWHERE. HOFFMAN'S ARREST IS THE 183RD MADE BY THE ATTORNEY GENERAL'S CHILD PREDATOR UNIT. A PUBLIC MEETING WILL BE HELD TONGIHT TO DISCUSS AMBULANCE RESPONSE CONCERNS IN THE MOUNTAIN TOP AREA..SOME RESIDENTS HAVE EXPRESSED CONERNS ABOUT THE TIME IT TAKES FOR AMBULANCES TO REACH THEM.FIELD ANCHOR ANDY MEHALSHICK JOINS US WITH MORE. DREW,CANDICE..IT ALL COMES DOWN TO VOLUNTEERS.... THE CONCERNS CENTER AROUND A WOMAN FROM RICE TOWNSHIP..SUSIE KAMINSKI FELL IN HER BACKYARD AND BROKE HER LEG...HER NEIGHBOR FOUND HERE AND CALLED 9-1-1-...IT TOOK AN AMBULANCE SOME 40 MINUTES TO REACH HER..THAT AMBULANCE WAS NOT FROM MT TOP,BUT RATHER HANOVER TOWNSHIP... OTHER PEOPLE SAY THEY TOO HAVE HAD LONG WAITS FOR HELP... THE RICE TOWNSHIP SUPERVISORS WILL DISCUSS THOSE CONCERNS TONIGHT AT 7PM AT THE TOWNSHIP BUILDING.. I ALSO SPOKE TO JEAN HERRON, THE PRESIDENT OF THE MT TOP AMBULANCE ASSOCATION, SHE SAYS MORE VOLUNTEERS ARE NEEDED,BUT INISST,WHAT HAPPENED TO MRS KAMINSKI WAS THE EXCEPTION AND NOT THE RULE.. WE WILL HAVE MORE ON EYEWITNESS NEWS AT 6... THE STATE HAS SUSPENDED GRANT MONEY FOR CERTAIN PROJECTS IN THE CITY OF SCRANTON. TWO IMPORTANT REPORTS ARE LATE ACCORDING TO THE DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, OR D-C-E-D. EYEWITNESS NEWS REPORTER MIKE TRIM HAS MORE ON WHETHER THIS WILL AFFECT ANY CURRENT PROJECTS IN SCRANTON. STATE GRANTS FUND SCRANTON PROJECTS LIKE THIS ONE ON LACKAWANNA AVENUE. BUT THE DEPARTMENT OF

No Headline In Original

COMMUNITY AND ECONOMIC DEVELOPMENT OR D-C- E-D HAS SUSPENDED GRANT MONEY FOR THE CITY. MAYOR CHRIS DOHERTY SAYS HE'S WORKING ON LIFTING THE SUSPENSION. 'Everything I've always done in running this city is that we take care of eery issue immediately and this will be taken care of immediately.' THE FUNDING FREEZE CAN BE

**Load-Date:** January 26, 2009

---

End of Document

### *MOUNT POCONO; Body parts found by tree crew along Mount Pocono highway*

Morning Call (Allentown, Pennsylvania)

June 19, 2009 Friday, FIFTH Edition

Copyright 2009 The Morning Call, Inc. All Rights Reserved

**Section:** News; Pg. A11

**Length:** 162 words

**Byline:** The Morning Call

## Body

Human remains were found along Route 940 in Mount Pocono on Thursday, according to authorities.

A tree-cutting crew made the discovery around 10 a.m. on the highway east of Route 611.

The area is only a few miles from where a woman's body parts were found early last year in trash bags along Interstate 80 and Interstate 380.

On Thursday, Pocono Mountain Regional police set up roadblocks while they and state police searched the area between a ShopRite store and Crestwood Drive for evidence until about 7 p.m.

Pocono Mountain Regional police could not be reached for comment Thursday. A Monroe County dispatcher said he was aware human remains had been found, but he had no details on the investigation.

In March 2008, Charles Ray Hicks, now 35, of Tobyhanna was charged with homicide in the death of Deanna Null, 33, of Williamsport, Lycoming County. Police said he killed her, cut up her body and dropped parts along the Poconos highways. His case has not yet gone to trial.

**Load-Date:** June 20, 2009

End of Document

## *Defense to argue no torture in Monroe murder case*

The Times-Tribune (Scranton, Pennsylvania)

June 20, 2009 Saturday

Copyright 2009

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 559 words

**Byline:** Erin L. Nissley, The Times-Tribune, Scranton, Pa.

## Body

Jun. 20--A Monroe County judge has denied a request to bar prosecutors from seeking the death penalty against a man accused of killing and dismembering a Scranton woman in 2008.

Prosecutors are seeking the death penalty against 34-year-old Charles Ray Hicks Jr., formerly of 131 Prospect St., Tobyhanna, for killing and dismembering Deanna Marie Null, claiming she was tortured before or during her death.

Mr. Hicks' attorney, Monroe County public defender William Sayer, said prosecutors have offered no evidence to prove Ms. Null was tortured. Earlier this month, Monroe County President Judge Ronald Vican ruled that prosecutors do not have to do so before trial to proceed with a capital case.

Mr. Hicks was charged with criminal homicide, tampering with evidence, aggravated assault and abuse of a corpse in March 2008, months after garbage bags containing Ms. Null's body parts were found scattered along Interstates 80 and 380. Her hands were found in Mr. Hicks' home, wrapped in newspaper and socks soaked in detergent.

Mr. Sayer said the district attorney's office has thus far provided no information "specifying what evidence, if any, it had regarding the existence of torture in this case."

"The autopsy report makes it clear," Mr. Sayer said Friday. "The dismemberment happened after her death."

That report, which is included as an exhibit in Mr. Hicks' court file, says Ms. Null was cut into 12 pieces, 10 of which were found along the highways. Forensic pathologist Isidore Mihalakis ruled that most of the cuts at the amputation sites appear post-mortem but the cuts that "produced amputation of the head were ambiguous .... Pre-mortem injuries in this area cannot be ruled out."

Dr. Mihalakis also noted bruises and lacerations on Ms. Null's body, specifically a large cut on the back of her head and two hemorrhages inside her scalp.

Officials at the Monroe County district attorney's office did not return phone calls seeking comment for this story.

Monroe County President Judge Ronald Vican rejected Mr. Sayer's arguments that prosecutors should not be allowed to seek the death penalty, ruling that prosecutors are not required to prove the existence of the aggravating circumstance prior to trial. The judge also said trial courts do not have the power to determine whether the district attorney's office can proceed with the prosecution of a capital case.

Mr. Sayer said he plans to focus on what he calls a lack of evidence that Ms. Null was tortured prior to her death, although he acknowledged it will not be easy given the grisly details of the case.

Defense to argue no torture in Monroe murder case

"Emotionally, people may connect one with the other," Mr. Sayer said, referencing Ms. Null's death and dismemberment. "But they are two separate issues."

A trial date in the case has not been set, and Mr. Sayer said he is not finished filing pretrial motions. Mr. Hicks remains in Monroe County Prison without bail.

Contact the writer: *enissley@timesshamrock.com*

To see more of The Times-Tribune or to subscribe to the newspaper, go to *http://www.thetimes-tribune.com/*. Copyright (c) 2009, The Times-Tribune, Scranton, Pa. Distributed by McClatchy-Tribune Information Services. For reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** June 20, 2009

---

**End of Document**

## *Man accused in Deanna Marie Null killing and dismemberment faces death penalty hearing*

The Times-Tribune (Scranton, Pennsylvania)

June 17, 2010 Thursday

Copyright 2010 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 363 words

**Byline:** Borys Krawczeniuk, The Times-Tribune, Scranton, Pa.

# Body

Jun. 17--Accused killer due death-penalty hearing

Prosecutors say victim was tortured

The man accused of killing and dismembering a Scranton woman two years ago will face a Monroe County Court hearing later this month on whether he should face the death penalty.

Prosecutors are claiming Charles Ray Hicks tortured Deanna Marie Null before he killed her, cut up her body, stuffed most of the body parts into eight plastic bags and dumped them along Interstates 80 and 380 in Monroe County. He saved her hands, which he wrapped in newspaper and socks soaked in detergent and kept at home, police say.

The hearing is scheduled for Tuesday, June 29 at 2 p.m. Citing pre-trial publicity, county Public Defender William Sayer, Mr. Hicks' lawyer, is also seeking to have the trial moved out of Monroe or to bring in a jury from another county.

A state Department of Transportation employee touched off the investigation by finding a bag of Ms. Null's body parts off Interstate 380 on Jan. 29, 2008. Mr. Hicks, 36, a Texas native who worked for Defense Support Services, or DS2, at the Tobyhanna Army Depot, was arrested in March 2008.

Prosecutors say evidence that Mr. Hicks tortured Ms. Null before killing her -- evidence they have not publicly revealed -- shows he deserves the death penalty.

Ms. Null, 36, a Williamsport native, was a drifter living in Scranton at the time she died. Friends told police they last saw her in mid-January 2008 getting into a car that one of Mr. Hicks' neighbors later said matched the description of his car.

Mr. Sayer contends Ms. Null was dismembered after her death, and he questions whether she was tortured.

Mr. Hicks remains in Monroe County Correctional Facility without bail.

Contact the writer: bkrawczeniuk @timesshamrock.com

To see more of The Times-Tribune or to subscribe to the newspaper, go to *http://www.thetimes-tribune.com/*. Copyright (c) 2010, The Times-Tribune, Scranton, Pa. Distributed by McClatchy-Tribune Information Services. For

Man accused in Deanna Marie Null killing and dismemberment faces death penalty hearing

reprints, email *tmsreprints@permissionsgroup.com*, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**Load-Date:** June 17, 2010

---

End of Document

The 570 Network: Biz | Calendar | Cars | Classifieds| Homes | Jobs | Varsity | Directory • Subscribe •

**thetimes-tribune.com**

- Searcl
- Web s
- Search local

Enter a search term...

Search

HOME • MY TOWN • NEWS • SPORTS • ARTS & LIVING • OPINION • CLASS

ELECTION 2010 | BUSINESS | NEPA 911 | EDUCATION | OBITUARIES | HEALTH AND SCIENCE | TECI

Toyota National Clearance Event    New 2010 Corolla    $199 mo   36 mos   $199 due at signing    The deals won't last! Get yours today.

# Scranton woman's dismemberment case drags slowly through Monroe Court

BY JOE MCDONALD (STAFF WRITER)
Published: July 2, 2010

Font size: [A] [A] [A]

✉ E-MAIL THIS   ◀ SHARE THIS      YAHOO! BUZZ

## RECENT CRIMES AND EMERGENCIES

**Suspect in Virginia murder nabbed in West Side**
**Man involved in police chase charged with vehicular homicide**
**Motorists invited to take highway safety survey**
**Scranton man accused of machete threat**
**Man charged with stabbing neighbor with grilling fork**
**Men charged with selling fireworks illegally in Luzerne County**
**Factoryville man charged in child rape**

Hicks defense challenges cause of woman's death

At first blush, the case against Charles Ray Hicks, the Tobyhanna Army Depot worker accused of killing a drifter from Scranton, chopping up her body and tossing the parts along Interstate 80 and 380, might seem airtight, especially given the fact the victim's hands were found hidden in a wall at Mr. Hicks' house.

But as the case slowly grinds its way through Monroe County Court, Mr. Hicks' lawyer has argued prosecutors don't know how Deanna Null died and point out a "significant" amount of drugs and alcohol were found in her system, leaving open the possibility she died from an accidental drug overdose, and was later dismembered and disposed of in garbage bags along highways in Lackawanna and Monroe Counties.

E. David Christine Jr., district attorney in Monroe County, admits Ms. Null had a "substantial amount" of drugs in her system but he said Thursday "it would not be fatal," because of her "level of drug abuse." Mr. Christine said the prosecution has a witness, Dr. Isidore Mihalakis, a forensic pathologist in the Lehigh Valley, who will testify that drugs did not kill Ms. Null, a 36-year-old drifter who lived in Williamsport and Scranton.

In court papers that formed the basis of a court hearing Tuesday, Public Defender William K. Sayer said the autopsy report does not list the cause of death other than stating "homicidal violence." Mr. Sayer also faults the report because it "fails to address the role cocaine and alcohol might have had in the death."

Mr. Sayer has tried, unsuccessfully, to have the death penalty thrown out through a number of appeals, including one to the state Supreme Court.

To seek the death penalty, prosecutors have to cite an "aggravating" circumstance, and in the case of Ms. Null they have cited torture.

"We were asking to have the death penalty thrown out because there was no evidence of torture, or even if she died of torture," Mr. Sayer said. "Everyone is just taking this leap. Because the corpse was dismembered, there was torture."

Mr. Christine said the prosecution will present expert testimony at trial that Ms. Null was "beaten and choked."

At Tuesday's hearing before Monroe County Court President Judge Ronald E. Vican, Mr. Sayer argued all evidence troopers seized from Mr. Hicks' car should be suppressed, as well the statements he gave when he was interviewed.

Mr. Christine said the troopers did not violate Mr. Hicks' rights.

"He signed a waiver form during a two-hour interview at the barracks and didn't object to any questions," Mr. Christine said. Mr. Hicks told the troopers he meet Ms. Null twice in Scranton and they smoked crack cocaine and had sex. Mr. Hicks, 36, who had been living in the area for a few months after relocating from Texas, said their relationship consisted of him giving her drugs and money for sex.

Troopers began collecting the garbage bags of body parts Jan. 29, 2008, after receiving a call from the state Department of Transportation that one of its workers had spotted what looked like body parts in the median of Interstate 380. All the dismembered body parts except the hands were found at eight spots along the highway.

On March 8, 2008, troopers searched Mr. Hicks' Coolbaugh Twp. home, where they found both hands behind a wall near the bathroom, wrapped in the Feb. 4, 2008, edition of The Times-Tribune, along with socks and coated with what appeared to be detergent.

Judge Vican is expected to rule later this summer on Mr. Sayer's motions. A trial date has not been scheduled.

Contact the writer: jmcdonald @timesshamrock.com

Sign up for Text Alerts    Sign up for e-mail newsletters

Banks Forced to Forgive Credit Card Debt                    Ads by Yahoo!
Find Out How Much of Your Debt Can Be Erased.
www.LowerMyBills.com/Debt

Pay More Than $44/Mo on Car Insurance?
Car Insurance Top Secret Exposed - We've Done the Work to Help You Save
Auto-Insurance-Experts.com

Online College Degrees
Enjoy Online College Convenience! 100's of Career-Advancing Degrees.
Education.NexTag.com/Online-Degrees

We welcome user discussion on our site, under the following guidelines:

To comment you must first create a profile and sign-in with a verified DISQUS account or social network ID. Sign up here.

Comments in violation of the rules will be denied, and repeat violators will be banned. **Please help police the community by flagging offensive comments for our moderators to review.** By posting a comment, you agree to our full terms and conditions. Click here to read terms and conditions.

Scranton woman's dismemberment case drags slowly through Monroe Court - News - Th...    Page 3 of 3

Required: Please login below to comment.

Comments for this page are closed.

## Showing 0 comments

Sort by  Popular now     ✉ Subscribe by email    ▨ Subscribe by RSS

comments powered by DISQUS

# POCONO RECORD

poconorecord.com   WE KNOW THE POCONOS • STROUDSBURG, PA.

THURSDAY, JUNE 9, 2011 • 75¢

**Death penalty trial**



## CASE OF MURDER, DISMEMBERMENT HEARD BY MONROE JUDGE PAGE A3

---

require a court to publicly state the reason for the disposition of a delinquent child on the record, in open court.

The bills now go to the House.

### Canadensis woman injured in crash

A Canadensis woman was injured in a Bartonsville crash Monday morning.

Stephanie Ann Claridge, 31, was driving south on Route 611 in front of the Giant supermarket when a car traveling north on Route 611 tried to turn into the supermarket parking lot. That car was being driven by Jeanette Hillard, 83, of Mount Bethel.

Hillard's car hit Claridge's in the driver side door, police said. Claridge was taken to Pocono Medical Center with unknown injuries.

---

6/9/11

# Defense motions denied in body parts murder case

## Tobyhanna man accused of killing, dismembering Wilkes-Barre woman in '08

By ANDREW SCOTT
Pocono Record Writer

Monroe County President Judge Ronald Vican denied three pretrial motions presented Wednesday by the attorney for a Tobyhanna man charged with killing and dismembering a woman and then putting her body parts in trash bags scattered alongside Interstates 80 and 380.

The prosecution is seeking the death penalty against Charles Hicks, 37, who is charged with murdering Deanna Null, 36, of Wilkes-Barre in early 2008. District Attorney David Christine and First Assistant District Attorney Michael Mancuso opposed all three motions presented Wednesday by Hicks' attorney, William Sayer of the county Public Defender's Office.

First, Sayer asked Vican to let the defense introduce forensic pathologist Sarah Funke's autopsy report on Null into evidence at trial, since Funke has a medical condition that will prevent her from appearing to testify.



**Charles Hicks**

The autopsy report states Null's body appeared to have been dismembered after she was killed, but that there was no determination on whether the neck dismemberment wound was inflicted before or after her death, Sayer said.

The prosecution said it will object to the autopsy report being introduced into evidence. Vican denied the motion, suggesting Sayer try other ways of producing defense expert testimony on the autopsy for trial.

Second, Sayer asked Vican to have the prosecution supply the defense with Hicks' prior criminal record, or at least state what that record entails, if they intend to introduce this at trial.

The prosecution said it has already supplied the defense with whatever prior criminal history it has on Hicks, though Sayer said the Public Defender's Office investigator was unable to find any of that information. The prosecution said this information would be inadmissible at trial anyway, so Vican denied the motion.

Third, Sayer asked Vican to let him make Hicks' mother a part of the defense team and grant her immunity from testifying as a witness. Vican, agreeing with the prosecution that there is no prior case law to support granting such a request, denied the motion.

## *Unanswered questions remain in man's gruesome ending*

The Times-Tribune (Scranton, Pennsylvania)

December 29, 2011 Thursday

Copyright 2011 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 779 words

**Byline:** Jim Lockwood, The Times-Tribune, Scranton, Pa.

## Body

Dec. 29--A headless, limbless torso of a middle-aged man stuffed in a trash bag found along a rural road in the Poconos poses the obvious questions. Who was the victim? How, when and where was he killed and dismembered? Who did it? Why?

If it were a television whodunit, the crime would be neatly solved in an hour, minus commercials. But in real crimes, such questions often take far longer to answer, if they ever are resolved at all, officials and observers said.

The grisly find was made when a black garbage bag containing the torso was spotted Monday around 2:30 p.m. by a motorist on Route 191 in Paradise Twp., near Mount Pocono in Monroe County, authorities said. An autopsy determined the victim was a man between the ages of 45 and 60, Monroe County Coroner Robert Allen said. But as of Wednesday, there still had been no identification of the victim, no discovery of missing body parts and no announcement of any suspects or arrests, police said.

Was the torso's dismemberment and placement along a busy local road meant as a message from a killer, or just the gruesome results of a psychotic break?

Mr. Allen thinks the perpetrator must have meant for the torso to be discovered because it was clearly visible on the berm side of a guardrail and atop a ravine overlooking a stream.

"You wouldn't place a bag with human remains in it beside a guardrail beside a major highway in the Poconos if you wouldn't expect it to be found," Mr. Allen said. "If it would have been thrown, not placed, a little further, it would have gone down a ravine," where it probably would not have been as readily discovered.

Freda Adler, director of a master's degree program in criminology at the University of Pennsylvania, said it's difficult to make any conclusions with limited information in the early stages of an investigation. The dismemberment and location could have been meant as a message or perhaps the slaying was the result of a psychotic breakdown, she said.

"The head is gon,e and it's just a torso -- that made me think it is either psychotic or somebody with a message: 'Get out of my turf,' " Ms. Adler said.

As for the location, it could have just been a spot to dump a body fast without being seen, she said.

In about 25 percent of all homicides, a motive cannot be established, Ms. Adler said.

State police in Swiftwater on Wednesday said the investigation was ongoing and they returned to the scene to search it further. No further information was released.

Unanswered questions remain in man's gruesome ending

The victim may have been dead for anywhere between two weeks to two months, based on the level of decomposition of the torso, Mr. Allen said. A forensic anthropologist, who specializes in decomposition and bone structure, is expected to examine the remains today, he said.

The manner of death has been ruled a homicide, said Mr. Allen, who would not comment on whether a cause of death had been determined. He also would not comment on how the torso was dismembered.

The Monroe County district attorney's office said it would not comment because the case is still open.

It was the latest example of dismembered bodies found in the region in recent years.

On Jan. 29, 2008, the dismembered body of Deanna Marie Null, 36, a drifter from Scranton and Williamsport, was found discarded in trash bags at eight locations on Interstates 380 and 80 in Monroe and Lackawanna counties. A Tobyhanna Army Depot worker, Charles Ray Hicks, has been charged with killing Null, chopping up her body and tossing the parts along the highways. Mr. Hicks, who has pleaded not guilty and is awaiting trial, claimed he exchanged drugs and money with Ms. Null for sex. A lawyer for Mr. Hicks has argued in court that a significant amount of drugs and alcohol were found in Ms. Null's body, leaving open the possibility she died from an accidental overdose and was later dismembered. Ms. Null's severed hands were found hidden in a wall inside Mr. Hicks' Coolbaugh Twp. home and wrapped in Times-Tribune newspaper, authorities had said.

In April 2008 in Hanover Twp., Luzerne County, the dismembered torso of John O'Brien, 51, of Wilkes-Barre, was found in a zipped bag dumped behind an elementary school, and his remaining body parts were found in another bag nearby, authorities had said. Mr. O'Brien had been missing for nearly four months. Hours after Mr. O'Brien's remains were found, his occasional roommate, John Ryan, 38, of Hanover, committed suicide, police had said. They believed that Mr. Ryan killed and dismembered Mr. O'Brien's body.

Contact the writer: *jlockwood@timesshamrock.com*

___ (c)2011 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** December 30, 2011

---

End of Document

# The case against Charles Ray Hicks remains mired in the courts

*BY STEVE MCCONNELL (STAFF WRITER)*
*Published: April 30, 2012*

Her body, chopped into pieces and strewn along parts of Interstates 80 and 380 in the Poconos.

Her hands, found wrapped in the Feb. 4, 2008, edition of The Times-Tribune inside his home.

Yet four years later, Deanna Null's accused murderer, Charles Ray Hicks, is still waiting for his day in court and remains imprisoned at the Monroe County Correctional Facility.

"It's a very complicated case," said his public defender, William K. Sayer. "It's a death penalty case. What can I say?"

The case remains mired in behind-the-scenes arguments playing out through reams of court documents. Both sides are also waiting for a ruling from the state Superior Court before proceeding to trial.

Ms. Null's sister, Angela Kimble, said she is tiring of the delays and fears Mr. Hicks will be freed.

"They just need to proceed. Let's get on with it. Let's give him what he deserves," Ms. Kimble, 39, of Williamsport, said. "That was my sister and I can never get her back."

The case began when troopers discovered grisly evidence allegedly tying Mr. Hicks to Ms. Null's death.

State police found her severed hands stowed behind a wall in his rented Coolbaugh Twp. home at 131 Prospect St. after executing a search warrant on March 8, 2008.

It came after a state Department of Transportation worker spotted what appeared to be body parts in the median of Interstate 380 on Jan. 29, 2008.

Yet, questions have been raised surrounding the circumstances of Ms. Null's death: Did Mr. Hicks kill her? Or, did she die of a drug overdose and then was dismembered?

Mr. Hicks allegedly admitted having a drug-fueled, sexual relationship with Ms. Null, a 36-year-old drifter who lived in Scranton and Williamsport. The former Tobyhanna Army Depot worker, who had been living in the area for only a few months after moving to the Poconos from Texas, told investigators he gave her drugs and money in exchange for sex.

Mr. Hicks has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not, however, denied dismembering her body, according to court filings.

State police charged Mr. Hicks, 37, with criminal homicide, aggravated assault, abuse of a corpse, and tampering with evidence the same day they searched his home.

In December, Monroe County prosecutors filed an appeal with the state Superior Court after then-county Judge Ronald E. Vican denied the prosecution's request to have four women testify about their encounters with Mr. Hicks, according to the filing.

The appeal is still pending, and a trial date not been set, Mr. Sayer said.

One of the women told investigators he held a knife to her throat; another claimed Mr. Hicks grabbed her neck and threatened her, according to court papers.

The prosecution sought to highlight Mr. Hicks' "history of violence against women" while the judge ruled the court has the right to exclude "repetitive" testimony, according to the appeal.

The appeal asks the higher court to overturn what the prosecution claims is an "abuse of discretion" by the judge by excluding evidence of Mr. Hicks' alleged past behavior toward women, through their testimony in court.

Judge Vican permitted three other women to testify, however.

Of the three, one claimed Mr. Hicks choked her and tried to sexually assault her; another woman related to investigators she lost consciousness after Mr. Hicks choked her.

The prosecution said the ruling would hamper their case when it goes before a jury.

The prosecution and defense are waiting for the Superior Court's ruling before moving forward, Mr. Sayer said.

Efforts to reach Monroe County District Attorney E. David Christine Jr. were unsuccessful.

Meanwhile, Mr. Hicks' public defender is maintaining his client did not kill Ms. Null.

The autopsy report shows she had taken drugs, he said, resulting in a fatal drug overdose rather than at the hands of Mr. Hicks. There was alcohol and cocaine detected in her system.

Prosecutors claim Mr. Hicks tortured Ms. Null before he killed her, cut up her body, stuffed most of the body parts into eight plastic bags and dumped them along the interstates in Monroe County.

Mr. Christine has said while there was a substantial amount of drugs and alcohol in her system, it was not a fatal dose.

"There is no evidence that she was killed," Mr. Sayer counters. "Let alone by my client." He also attempted to appeal the prosecution's intention to seek the death penalty, though the Superior Court declined to hear it.

"We will eventually have a trial," he said.

Ms. Kimble said her family just wants to be able to move on from the odious crime that took away someone very dear to them.

"That way we can go on with our life," Ms. Kimble said. "She was a kind person. She would give you her shirt off her back."

Contact the writer: smcconnell@ timesshamrock.com

Read more: **http://thetimes-tribune.com/news/the-case-against-charles-ray-hicks-remains-mired-in-the-courts-1.1307998#ixzz1tY9O357k**

# Case involving body parts left on Pocono highways still awaits court

By STEVE McCONNELL
The Times-Tribune
May 01, 2012 12:00 AM

Her body, chopped into pieces and strewn along parts of Interstates 80 and 380 in the Poconos.

Her hands, found wrapped in the Feb. 4, 2008, edition of The Times-Tribune inside his home.

Yet four years later, Deanna Null's accused murderer, Charles Ray Hicks, is still waiting for his day in court and remains imprisoned at Monroe County Correctional Facility.

"It's a very complicated case," said his public defender, William K. Sayer. "It's a death penalty case. What can I say?"

The case remains mired in behind-the-scenes arguments playing out through reams of court documents. Both sides are also waiting for a ruling from the state Superior Court before proceeding to trial.

Null's sister, Angela Kimble, said she is tiring of the delays and fears Hicks will be freed.

"They just need to proceed. Let's get on with it. Let's give him what he deserves," said Kimble, of Williamsport. "That was my sister and I can never get her back."

# How did she die?

The case began when troopers discovered evidence allegedly tying Hicks to her death.

State police discovered her severed hands stowed behind a wall inside his rented Coolbaugh Township home at 131 Prospect St. after executing a search warrant on March 8, 2008.

It came after a state Department of Transportation worker spotted what appeared to be body parts in the median of Interstate 380 on Jan. 29, 2008.

Yet, questions have been raised surrounding the circumstances of Null's death: Did Hicks kill her? Or, did she die of a drug overdose and then was dismembered?

Hicks allegedly admitted having a drug-fueled, sexual relationship with Null, a 36-year-old drifter who lived in Scranton and Williamsport. The former Tobyhanna Army Depot worker, who had been living in the area for only a few months after moving to the Poconos from Texas, told investigators he gave her drugs and money so she would have sex with him.

Hicks has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not, however, denied dismembering her body, according to court filings.

State police charged Hicks, 37, with criminal homicide, aggravated assault, abuse of a corpse, and tampering with evidence the same day they searched his home.

## Appeal over women's testimony

In December, Monroe County prosecutors filed an appeal with the state Superior Court after then-county Judge Ronald E. Vican denied the prosecution's request to have four women testify about their encounters with Hicks, according to the filing.

The appeal is still pending, and a trial date not been set, Sayer said.

The prosecution sought to highlight Hicks' "history of violence against women" while the judge ruled the court has the right to exclude "repetitive" testimony, according to the appeal.

The appeal asks the higher court to overturn what the prosecution claims is an "abuse of discretion" by the judge by excluding evidence of Hicks alleged past behavior toward women, through their testimony in court.

Vican permitted three other women to testify, however.

Of the three, one claimed Hicks choked her and tried to sexually assault her; another woman related to investigators she lost consciousness after Hicks choked her.

The prosecution said the ruling would hamper their case when it goes before a jury.

The prosecution and defense are waiting for the Superior Court's ruling before moving forward, Sayer said.

## Defense denies slaying

Meanwhile, Hicks' public defender is maintaining his client did not kill Null.

The autopsy report shows she had taken drugs, he said, resulting in a fatal drug overdose.

Prosecutors claim Hicks tortured Null before he killed her, cut up her body, stuffed most of the body parts into eight plastic bags and dumped them along the interstates in Monroe County.

"There is no evidence that she was killed," Sayer counters. "Let alone by my client."

He also attempted to appeal the prosecution's desire to seek the death penalty, though the Superior Court declined to hear it.

Kimble said her family just wants to be able to move on from the odious crime that took away someone very dear to them.

"That way we can go on with our life," Kimble said.

Distributed by MCT Information Services

## *Murder-dismemberment trial postponed*

The Citizen's Voice & Sunday Voice

October 3, 2013 Thursday

Copyright 2013 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2013 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 481 words

## Body

By Terrie Morgan-Besecker

The long-delayed trial of a Monroe County man charged with killing and dismembering a Scranton woman remains on hold as prosecutors continue to appeal a judge's ruling that precluded them from calling certain witnesses.

Charles Ray Hicks was charged in March 2008, after police found the severed hands of Deanna Null hidden inside a wall in his Coolbaugh Township home. Police were led to the home after other parts of Null's body were found in garbage bags strewn along a median on Interstates 80 and 380 in the Poconos two months earlier.

Prosecutors allege Hicks killed Null, a prostitute, after picking her up in Scranton, then dismembered her body. Hicks has admitted he did drugs and had sex with Null and that he dismembered her body, but claims he did so only after Null died of a drug overdose, according to court filings.

The case was heading for trial in Monroe County Court in July 2011, but was postponed after the district attorney's office appealed a judge's ruling that precluded the state from presenting the testimony of four of seven women they planned to call. The women, who also were prostitutes, alleged Hicks had threatened and assaulted them.

One of the women claimed Hicks choked her and tried to sexually assault her; another said she lost consciousness after Hicks choked her.

Such testimony is permitted under a state law that allows prosecutors to present evidence of a defendant's prior "bad acts" to show a pattern of behavior similar to the crime that is charged. A judge must first determine whether the value of the evidence to the state's case outweighs any prejudice or harm that may be done to the defendant.

In Hicks' case, prosecutors sought to introduce the evidence to support their position that Hicks had a history of violence toward women. Then president Judge Ronald Vican, who is now retired, limited authorities to calling three of the witnesses, saying the testimony of the other four was repetitive and would unduly prejudice the jury against Hicks. The judge later changed his reasoning, saying he did not believe the assaults on the four women were similar enough to the crime against Null.

The state Superior Court upheld Vican's ruling in July 2012, agreeing that the testimony of the three women adequately supported the state's case. Allowing the other four women to testify would be unduly prejudicial to Hicks, the court ruled.

Murder-dismemberment trial postponed

The district attorney's office then filed an appeal with the state Supreme Court. The court in April agreed to hear the case for the limited purpose of deciding the circumstances under which a judge, prior to trial, may limit or specify which witnesses the state can call.

Prosecutors filed a legal brief in support of their argument on May 29, while Hicks' attorney filed a brief on June 27. The court is now considering the arguments and will issue a ruling.

*tbesecker@timesshamrock.com*

## Notes

PUBLISHER: NewsBank Inc.


**Load-Date:** October 4, 2013

---

End of Document

## *Assault testimony sought in 2008 Pa. murder case*

The Associated Press State & Local Wire

October 3, 2013 Thursday 4:31 PM GMT

Copyright 2013 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 233 words

**Dateline:** STROUDSBURG Pa.

# Body

Prosecutors in eastern Pennsylvania are asking the state's highest court to allow them to introduce more testimony from previous assault cases in the trial of a man accused killing and dismembering a woman whose body parts were left along two interstates five years ago.

Monroe County and states Superior courts have ruled that prosecutors can call only three of seven women that 39-year-old Charles Hicks of Tobyhanna was charged with assaulting in the past. Now prosecutors are appealing the rulings to the state Supreme Court.

Prosecutors are seeking the death penalty against Hicks in the 2008 death of 36-year-old Deanna Marie Null, alleging that he tortured and killed the victim, dismembered her body and scattered parts in trash bags along Interstates 80 and 380 in the Stroudsburg area 70 miles north of Philadelphia. Their appeal argues that the manner of the earlier alleged assaults is similar to the injuries inflicted on Null.

"Many of the other victims were prostitutes like Deanna," First Assistant District Attorney Michael Mancuso wrote in the appeal. "Many of the circumstances of the crimes against these women involved the use of illegal narcotics such as crack cocaine. The sexual issues appear to be part of the motive for the assaults on women."

Defense attorney Bill Sayer has asked the courts to exclude such testimony.

Information from: Pocono Record, *http://www.poconorecord.com*/

**Load-Date:** October 4, 2013

End of Document

# Prosecutor seeks key testimony in murder-dismemberment case

## Appeals to high court to allow Tobyhanna man's other victims to testify

By Andrew Scott
Pocono Record Writer
October 03, 2013 12:00 AM

To prove a Tobyhanna man is the one who killed and dismembered a woman and left her body parts in trash bags dumped alongside area interstates, Monroe County prosecutors want seven other women he's been charged with assaulting in the past to testify against him.

But Monroe County and Pennsylvania Superior courts have ruled the prosecution can have only three of the women testify, with the county court contradicting itself as to why.

Now First Assistant District Attorney Michael Mancuso is appealing the lower courts' rulings in Pennsylvania Supreme Court in the case of Charles Hicks, 39, who's awaiting trial on charges of murdering Deanna Null, 36, in 2008.

Mancuso's appeal maintains that the testimony of these seven other women is a factor a jury would consider when determining if Null's death was an accident or if Hicks had a motive or intent to kill her.

The district attorney is seeking the death penalty for Hicks. If Hicks is convicted, the women's testimony could be crucial in the jury's decision between execution or life without parole.

Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man witnesses believed to be Hicks, according to information gathered by police.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 380 and 80.

The body parts were later identified as Null's, and the investigation led police to Hicks as the suspect. Hicks was charged more than a month later after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said Hicks told them he and Null had smoked crack cocaine and had sex, but that he's not the one who killed her. He said he would wait until he has a lawyer prior to explaining how Null's severed hands came to be in his home, but police have not said if he has ever given an explanation.

# Threatened with razor blade

Police looked into Hicks' background and found seven other women he had been charged with assaulting in Texas. One such assault happened in 2001 or 2002 and involved a woman using the name Karen Lovell.

Police give the following account based on information gathered:

Hicks pulled Lovell into a motel room and locked and chained the door. He then grabbed Lovell by the hair and told her "I just want someone to hug me and tell me it's OK."

He then took a razor blade from his pocket and told her "If you scream, I'm going to cut you and kill you."

Hicks then threw a crack pipe and some crack cocaine onto the bed. Holding Lovell's hair with one hand, Hicks had her take her clothes off, removed her shirt and bra with his other hand and then pushed her nude onto the bed.

He then pulled down his pants, made her smoke some of the crack and then tried having sex with her. By this time, Lovell's screams had brought the motel manager knocking on the door.

Hicks grabbed Lovell by the hair, pulled her behind the door and opened it slightly. When he did so, Lovell managed to break free, pushed her way through the door and ran nude into the parking lot, screaming for help.

"The manner of assault (on Lovell and the six other women) consisted primarily of choking and beating with the hands, similar to the blunt force trauma suffered by Deanna Null," Mancuso's appeal states. "Many of the other victims were prostitutes like Deanna. Many of the circumstances of the crimes against these women involved the use of illegal narcotics such as crack cocaine. The sexual issues appear to be part of the motive for the assaults on women."

# Contradictory rulings

Mancuso notified defense attorney Bill Sayer of his intent to present these women's testimony at trial, to which Sayer filed a motion asking the court to exclude that testimony as more prejudicial than probative.

The now-retired Ronald Vican, Monroe County president judge at the time, allowed testimony from Lovell and two other women. Vican barred testimony from the rest, calling it cumulative and therefore unnecessary, Mancuso said.

Mancuso appealed before Vican, saying Vican should have waited until after hearing testimony from all seven women prior to ruling.

Vican responded by reversing his reasoning but not his conclusions on excluding the other four women. He now said the testimony should remain excluded because it differs from that of the other three women, rather than being cumulative, according to Mancuso.

Mancuso next appealed to Superior Court, which upheld Vican's decision despite his contradictory reasoning.

Mancuso has since filed an appeal in state Supreme Court and is awaiting a decision.

## DA's office: Hicks should be executed if convicted of Poconos murder

### Toby man accused of killing Deanna Null, then spreading her remains along interstates

By Andrew Scott
Pocono Record Writer
October 04, 2013

A Tobyhanna man accused of murdering and dismembering a Williamsport woman and scattering her remains along interstates 80 and 380 should be executed if convicted, the District Attorney's Office said Tuesday.

Monroe County Court will decide if the death penalty will be the alternative to life in prison for Charles Hicks, 34, if Hicks is convicted of killing Deanna Null, 36. If the court rules in favor of the death penalty and a jury convicts Hicks, the jury would then decide whether Hicks deserves life in prison or an execution.

Null, a mother of two, was last seen in January 2008 in Scranton, getting into a car matching the description of Hicks' vehicle, according to police. Null's body parts later were found in trash bags dumped alongside the interstates in Monroe County.

Police said they found similar trash bags, Null's severed hands wrapped in old newspaper pages and a saw in Hicks' home, as well as a blood-stained work boot in his car's trunk.

The district attorney contends that Null was tortured before death, and cites that as a reason to seek the death penalty. Defense attorney William Sayer in September asked the court to have the prosecution disclose evidence of Null's torture.

An omnibus hearing on the evidence was held Tuesday before President Judge Ronald Vican.

At Sayer's request, county Coroner Dave Thomas and Deputy Coroner Cindy Skrzypek were present. Sayer had planned for a forensic pathologist also to be present, but was not.

During the hearing, District Attorney David Christine and First Assistant District Attorney Michael Mancuso submitted a report from New Jersey pathologist Isidore Mihalakis supporting the torture claim.

Sayer said the court should dismiss the report as hearsay since the prosecution did not have Mihalakis present in court to offer live testimony. Christine said a trial, not an omnibus hearing, is the proper venue for live witness testimony to be heard and found credible or not.

"I'm not asking the court to rule on credibility," Sayer said. "I'm merely asking for the commonwealth to give as detailed an explanation as possible on what evidence and testimony they have so that Your Honor can make an informed decision on whether they have established prima facie (sufficient evidence)."

Vican said, "Those issues are not for us to decide at an omnibus hearing."

Prima facie is determined during a preliminary hearing at the district court level, prior to a case going to county court.

### *Without prostitute testimony dismemberment trial on hold*

The Times-Tribune (Scranton, Pennsylvania)

October 4, 2013 Friday

Copyright 2013 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 517 words

**Byline:** Terrie Morgan-Besecker, The Times-Tribune, Scranton, Pa.

## Body

Oct. 04--The long-delayed trial of a Monroe County man charged with killing and dismembering a Scranton woman remains on hold as prosecutors continue to appeal a judge's ruling that precluded them from calling certain witnesses.

Charles Ray Hicks was charged in March 2008, after police found the severed hands of Deanna Null hidden inside a wall in his Coolbaugh Twp. home. Police were led to the home after other parts of Ms. Null's body were found in garbage bags strewn along a median on Interstates 80 and 380 in the Poconos two months earlier.

Prosecutors allege Mr. Hicks killed Ms. Null, a prostitute, after picking her up in Scranton, then dismembered her body. Mr. Hicks has admitted he did drugs and had sex with Ms. Null and that he dismembered her body, but claims he did so only after Ms. Null died of a drug overdose, according to court filings.

The case was heading for trial in Monroe County Court in July 2011, but was postponed after the district attorney's office appealed a judge's ruling that precluded the state from presenting the testimony of four of seven women they planned to call. The women, who also were prostitutes, alleged Mr. Hicks had threatened and assaulted them.

One of the women claimed Mr. Hicks choked her and tried to sexually assault her; another said she lost consciousness after Mr. Hicks choked her.

Such testimony is permitted under a state law that allows prosecutors to present evidence of a defendant's prior "bad acts" to show a pattern of behavior similar to the crime that is charged. A judge must first determine whether the value of the evidence to the state's case outweighs any prejudice or harm that may be done to the defendant.

In Mr. Hicks' case, prosecutors sought to introduce the evidence to support their position that Mr. Hicks had a history of violence toward women. Then president Judge Ronald Vican , who is now retired, limited authorities to calling three of the witnesses, saying the testimony of the other four was repetitive and would unduly prejudice the jury against Mr. Hicks. The judge later changed his reasoning, saying he did not believe the assaults on the four women were similar enough to the crime against Ms. Null.

The state Superior Court upheld Judge Vican's ruling in July 2012, agreeing that the testimony of the three women adequately supported the state's case. Allowing the other four women to testify would be unduly prejudicial to Mr. Hicks, the court ruled.

The district attorney's office then filed an appeal with the state Supreme Court. The court in April agreed to hear the case for the limited purpose of deciding the circumstances under which a judge, prior to trial, may limit or specify which witnesses the state can call.

Without prostitute testimony dismemberment trial on hold

Prosecutors filed a legal brief in support of their argument on May 29, while Mr. Hicks' attorney filed a brief on June 27. The court is now considering the arguments and will issue a ruling.

Contact the writer: *tbesecker@timesshamrock.com*

___ (c)2013 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** October 4, 2013

---

End of Document

## *Without Prostitute Testimony Dismemberment Trial On Hold*

The Times-Tribune (Scranton, Pennsylvania)

October 4, 2013 Friday

Copyright 2013 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 492 words

**Byline:** Terrie MorganBesecker, (STAFF WRITER)

## Body

The long-delayed trial of a Monroe County man charged with killing and dismembering a Scranton woman remains on hold as prosecutors continue to appeal a judge's ruling that precluded them from calling certain witnesses.

Charles Ray Hicks was charged in March 2008, after police found the severed hands of Deanna Null hidden inside a wall in his Coolbaugh Twp. home. Police were led to the home after other parts of Ms. Null's body were found in garbage bags strewn along a median on Interstates 80 and 380 in the Poconos two months earlier.

Prosecutors allege Mr. Hicks killed Ms. Null, a prostitute, after picking her up in Scranton, then dismembered her body. Mr. Hicks has admitted he did drugs and had sex with Ms. Null and that he dismembered her body, but claims he did so only after Ms. Null died of a drug overdose, according to court filings.

The case was heading for trial in Monroe County Court in July 2011, but was postponed after the district attorney's office appealed a judge's ruling that precluded the state from presenting the testimony of four of seven women they planned to call. The women, who also were prostitutes, alleged Mr. Hicks had threatened and assaulted them.

One of the women claimed Mr. Hicks choked her and tried to sexually assault her; another said she lost consciousness after Mr. Hicks choked her.

Such testimony is permitted under a state law that allows prosecutors to present evidence of a defendant's prior "bad acts" to show a pattern of behavior similar to the crime that is charged. A judge must first determine whether the value of the evidence to the state's case outweighs any prejudice or harm that may be done to the defendant.

In Mr. Hicks' case, prosecutors sought to introduce the evidence to support their position that Mr. Hicks had a history of violence toward women. Then president Judge Ronald Vican , who is now retired, limited authorities to calling three of the witnesses, saying the testimony of the other four was repetitive and would unduly prejudice the jury against Mr. Hicks. The judge later changed his reasoning, saying he did not believe the assaults on the four women were similar enough to the crime against Ms. Null.

The state Superior Court upheld Judge Vican's ruling in July 2012, agreeing that the testimony of the three women adequately supported the state's case. Allowing the other four women to testify would be unduly prejudicial to Mr. Hicks, the court ruled.

The district attorney's office then filed an appeal with the state Supreme Court. The court in April agreed to hear the case for the limited purpose of deciding the circumstances under which a judge, prior to trial, may limit or specify which witnesses the state can call.

Without Prostitute Testimony Dismemberment Trial On Hold

 Prosecutors filed a legal brief in support of their argument on May 29, while Mr. Hicks' attorney filed a brief on June 27. The court is now considering the arguments and will issue a ruling.

 Contact the writer: *tbesecker@timesshamrock.com*

**Load-Date:** October 4, 2013

---

**End of Document**

Body Parts on Pa. Highways Identified as Deanna Null/Charles Ray Hicks arrested

≤≤ ≤ (2/3) ≥ ≥≥

**MuffyBee**:
Man charged with killing dismembered woman in Pa.
STROUDSBURG, Pa. (AP) — State police say a man has been charged with killing a woman whose dismembered remains were found dumped along highways in the Poconos more than a month ago.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-old Deanna Null. He has told reporters at his arraignment Saturday that authorities had the wrong man.

Police have not explained the relation between Null and Hicks.

Her remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks was charged with homicide, aggravated assault, tampering with evidence and abuse of corpse. He is being held without bail in Monroe County Correctional Facility.

http://www.usatoday.com/news/nation/2008-03-08-human-remains_N.htm

**Nut44x4**:
Deanna marie null dismemberment case

April 6
A chilling profile
Crime fits pattern, expert says

There is a very detailed map at the site. Interesting.


http://www.timesleader.com/news/17333919.html
In the back of a prisoner transport on the way to the Monroe County jail, accused homicide suspect Charles Ray Hicks told state police troopers he knew why the severed hands of Deanna Marie Null were inside his bathroom.

But, he never said anything more.

That left investigators without an explanation of the murder and dismemberment of the 36-year-old woman, and why – if Hicks is guilty – he would discard all body parts but keep her hands.

Criminal personality expert Judith M. Sgarzi doesn't know but has a theory.

"He kept the hands, about all my guess would be, to use to please himself or to relive his fantasy of what he had her do before he actually murdered her," said Sgarzi, a professor of criminal justice at Mount Ida College in

Newton Centre, Mass.

Sgarzi, an expert on criminal personality development and domestic violence, said a dismembering killer fits the psychological profile of a serial killer – a sexual sadist who has no remorse and commits crimes for pleasure.

She also suspects the body of a previous victim is somewhere out there.

While there have been no updates in the Null case since Hicks was arrested, Sgarzi believes a nationwide search for similarities into other unsolved dismemberment crimes may be under way. To search for patterns, Sgarzi said investigators will have to look at similar unsolved crimes prior to the Null case.

If police investigating the case know more, they're not saying.

That leaves the public still wondering about the circumstances surrounding the brutal slaying of the former Williamsport woman.

What they do know is that the woman's body parts were found in January – strewn across highways in the Pocono region.

Null's hands were found inside Hicks' Coolbaugh Township home in early March shortly after his arrest for the homicide.

The hands were wrapped in the Feb. 4 issue of the Scranton Times-Tribune.

Null's body parts were found Jan. 29 along interstates 80 and 380 in Monroe County and 14 miles northbound along I-380 into Lackawanna County.

Both hands were then wrapped in four more layers – a bag placed inside a sock, an outer bag with detergent and another sock.

Hicks asked questions as he was being taken to jail following the arraignment on March 8, according to a trooper who testified at the preliminary hearing. He asked investigators what they found inside his home – and said they didn't find a lot of blood, the trooper said.

Sgarzi, who reviewed the master affidavit on the case, said she thinks the person responsible for Null's death and dismemberment is a disorganized killer who put the body parts out so they would be found.

Some of the body parts were found miles away from where Hicks lived, but some were found close his home. Null's severed head was located about 200 yards from Hicks' house.

"From the description I saw on the affidavit, it appears some of the body parts were found close to home to where he lived," Sgarzi said. "If this is true (that he did it), it is a sign of the profile of a disorganized serial killer."

Sgarzi said it is possible whoever killed Null led a double life as a serial killer who is a sexual sadist. The profile of a serial killer, she said, shows these individuals are loners who are pleasant enough to talk with people, but are

leading a secret life that took root in childhood fantasies.

But, in time, the sexual sadist will play out his or her fantasies in reality.

Behaviors escalate over time, said Sgarzi,

"All of the research shows that whatever the crime, no matter how vicious, the fantasy is far worse," she said.

The Null crime, she said, "is definitely the work of one person."

State police have said Hicks' demeanor has been calm, polite and relaxed, which Sgarzi said is not unusual for someone who might fit the profile of a dismembering killer. Hicks continues to deny any involvement in Null's murder and dismemberment.

"If you watch interviews with the most famous serial killers, they are all calm and show little emotion, because they have no guilt – they have never developed it. That is what allows them to do this kind of crime."

Hicks, 33, formerly of Burleson, Texas, was employed as a subcontractor at Tobyhanna Army Depot.

At the time of his arrest, according to a trooper, Hicks said he was not on any medications but was prescribed psychiatric medications about five months prior while dealing with a "rocky" divorce.

According to court papers, Hicks' trouble with the law goes back at least six years:

• In 2002, he was arrested in Texas for assaulting a woman and causing bodily injury. The misdemeanor charge filed in Tarrant County was dismissed.

• In 2003, Hicks was charged with aggravated sexual assault, also in Texas.

• In 2006, he was arrested in Virginia for assault and battery and possession of cocaine. The assault and battery occurred in Hampton, where Hicks pleaded guilty. The cocaine charge was dropped.

• In 2007, he was charged with aggravated robbery in Tarrant County, Texas. The felony charge was dismissed in August 2007.

Sgarzi believes this shows a pattern of violence and anger.

"All assault cases are about anger," Sgarzi said, "but more important, about displaying power over a victim."

According to Hicks, he only met Null twice – and each time for sex.

Hicks told police he drove to Scranton in search of a prostitute. He said he had sex with Null on two separate occasions, and the two smoked crack cocaine, police said. He would give her drugs and money for sex and they would drive around in his Mercury Grand Marquis.

Null was last seen driving off with a man on Jan. 18 in Scranton, friends told police.

Null, a Williamsport native, had been living in Scranton for nearly two years, and investigators said she would work as a prostitute to support her drug habit.

His family members are steadfast in their belief that Hicks is innocent. They maintain he was set up and that he does not fit the profile of a dismembering murderer.

"No one fits this description until they are caught, and they are the least likely to stand out," Sgarzi said.

Sgarzi believes the information presented in the affidavit and the evidence gathered by police would stand up in trial.

The evidence: A pair of human hands, the bloody shoes found in Hicks' trunk and hacksaws found inside his home.

TIMELINE:
Jan. 18: Friends of Deanna Marie Null say they last saw her when she got into a car in Scranton

Jan. 29: Parts of a woman's body are found in several trash bags along interstate highways in the Pocono region and Lackawanna County

Feb. 4: Police identify Null as the victim in the human remains case

March 8: Charles Ray Hicks of Tobyhanna, Coolbaugh Township, is charged with criminal homicide, aggravated assault, tampering with physical evidence and abuse of corpse in the death of Null

March 14: Hicks is ordered to stand trial in the murder of Null

"...(I)t appears some of the body parts were found close to home to where he lived.

If this is true, it is a sign of the profile of a disorganized serial killer."

**Peaches**:
Well this is certainly a disgusting little story, isn't it? Good grief. What a sick person. I wonder how many other bodies will eventually be connected to this one perpetrator? It will be a story to watch.

**Nut44x4**:
Man who allegedly killed, dismembered woman had long history of domestic violence

03/28/2008

The man that police say murdered Deanna Marie Null and scattered her dismembered body along area interstates had a history of arrests for domestic violence, according to court records obtained by Times-Shamrock Newspapers.

Charles Ray Hicks Jr.was arrested and charged with assault and battery of his wife, Sheinina Mona Hicks in Hampton, Va., twice in the summer of 2006.

The first charge was dismissed in exchange for a guilty plea to the second, said Gregory C. Bane, the assistant commonwealth attorney who handled the case.

Although Hicks pleaded guilty, the charge was suspended until March 10, 2009, as long as Hicks stayed out of trouble, Bane said. The deal came about partially because Sheinina Hicks was in Chicago when the trial date arrived, making it difficult to prosecute, and because he was a first-time offender, Bane said.

The case may never have proceeded to trial, but Virginia has a "no-drop policy," meaning that when an assault is reported, the state is required to pursue the case, Bane said.

Hicks went to trial on a charge of possession of a controlled substance in April 2007, Bane said, but he could not recall the details.

Hicks was found not guilty, Bane said.

Hicks was also charged with the assault of Blanca Huertas in Burleson, Texas, in 2002. The charges were dropped.

Efforts to reach Sheinina Hicks and Huertas were unsuccessful.
http://www.citizensvoice.com/site/index.cfm?
BRD=2259&PAG=461&dept_id=455154&newsid=19432353&rfi=8

**Nut44x4**:
September 26, 2008
Texas link to local murder investigated
DA reveals new angle in dismemberment case

STROUDSBURG — Police plan to visit Texas to see if there is any connection between a death there and a Monroe County murder case awaiting trial, the District Attorney's Office said during a Thursday court proceeding.

Charles Hicks, 34, is awaiting trial on charges of killing Deanna Marie Null, 36, dismembering Null's body, putting the body parts in trash bags and scattering the bags along interstates 380 and 80 in Monroe County. The District Attorney's Office intends to seek the death penalty against Hicks on the grounds that Hicks tortured Null, causing her death.

Defense attorney Bill Sayer had requested the court have the prosecution disclose what evidence it has of Null's torture, since this alleged torture is the basis for seeking the death penalty.

It was during a Thursday court proceeding on Sayer's request that District Attorney David Christine said troopers plan to visit Texas to see if a death there has any connection to the Hicks case. Police have been checking for any connections between the Hicks case and cases in jurisdictions outside of Monroe County, Christine said, declining afterward to comment further.

Hicks lived in Texas before coming to Pennsylvania to work at Tobyhanna Army Depot in January.

As for Sayer's request, Monroe County President Judge Ronald Vican gave Sayer 30 days to review the prosecution's information to see what evidence points to torture in the Null case and file any appropriate motions in response to that information. Another proceeding on the matter likely will be scheduled at a future date.

Null, a mother who lived at various addresses including Williamsport, was last seen alive in Scranton in mid-January, getting into a car that matches the description of Hicks' vehicle, according to a police affidavit. The scattered trash bags containing her body parts were found in late January.

Hicks told police he met Null in Scranton, when he went there looking for "girls to hang out with," according to the affidavit. He said he smoked crack cocaine with her and gave her money in exchange for sex on more than one occasion, but didn't kill her.

He said he was scared to come forward after learning she had been murdered because he figured she had been killed over drugs and that he himself might be in danger. He also told police he had been prescribed psychiatric medication in the past, according to the affidavit.

Police testified at a March preliminary hearing that they had searched Hicks' home in early March and found evidence including Null's severed hands, plastic trash bags and a saw.
http://www.poconorecord.com/apps/pbcs.dll/article?AID=/20080926/NEWS/809260350/-1/NEWS0947

Navigation

[0] Message Index

[#] Next page

[*] Previous page

State Supreme Court sides with Monroe County DA in body dismemberme...   Page 1 of 1

>

Print Page

By ANDREW SCOTT

May 02. 2014 5:44PM

## State Supreme Court sides with Monroe County DA in body dismemberment case

The state Supreme Court has unanimously overturned a Monroe County Court decision that banned prosecutors from calling certain witnesses in the case of a Tobyhanna man charged with murdering and dismembering a woman and leaving her body parts in trash bags dumped along area interstates.

Charles Hicks, 39, remains in Monroe County Correctional Facility without bail, awaiting trial on first-degree murder and other charges in the January 2008 murder of Deanna Null, 36.

To help prove Hicks killed Null, the prosecution requested the right to call women Hicks is accused of assaulting prior to Null's death.

Monroe County Court in October denied the request, saying testimony from those women would be too repetitive, a decision later upheld on appeal by the state Superior Court.

The prosecution appealed in state Supreme Court.

The higher court this week overturned the county court decision, agreeing that the prosecution should be free to choose which witnesses it wants to call and that decisions about whether any of the testimony is repetitive should be made after that testimony is put on trial record.

The prosecution said the women's testimony is a factor the jury could consider in determining if Hicks indeed premeditated and committed Null's murder.

The jury could consider this also in determining whether Hicks, if convicted, should be sentenced to execution or life in prison without parole, since the prosecution is seeking the death penalty upon conviction.

Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man police believe was Hicks.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 80 and 380. The body parts were later identified as Null's.

The investigation led to Hicks as the suspect, who was charged in March 2008 after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said they found Hicks has a history of assault against other women stretching back to 2001.

—Andrew Scott

http://www.poconorecord.com/article/20140502/NEWS/140509951

Print Page

## *Ruling overturned, witnesses allowed in murder-dismemberment trial*

Pocono Record, Stroudsburg, Pa.

May 3, 2014 Saturday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 371 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

# Body

May 03--The state Supreme Court has unanimously overturned a Monroe County Court decision that banned prosecutors from calling certain witnesses in the case of a Tobyhanna man charged with murdering and dismembering a woman and leaving her body parts in trash bags dumped along area interstates.

Charles Hicks, 39, remains in Monroe County Correctional Facility without bail, awaiting trial on first-degree murder and other charges in the January 2008 murder of Deanna Null, 36.

To help prove Hicks killed Null, the prosecution requested the right to call women Hicks is accused of assaulting prior to Null's death.

Monroe County Court in October denied the request, saying testimony from those women would be too repetitive, a decision later upheld on appeal by the state Superior Court.

The prosecution appealed in state Supreme Court.

The higher court this week overturned the county court decision, agreeing that the prosecution should be free to choose which witnesses it wants to call and that decisions about whether any of the testimony is repetitive should be made after that testimony is put on trial record.

The prosecution said the women's testimony is a factor the jury could consider in determining if Hicks indeed premeditated and committed Null's murder.

The jury could consider this also in determining whether Hicks, if convicted, should be sentenced to execution or life in prison without parole, since the prosecution is seeking the death penalty upon conviction.

Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man police believe was Hicks.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 80 and 380. The body parts were later identified as Null's.

The investigation led to Hicks as the suspect, who was charged in March 2008 after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said they found Hicks has a history of assault against other women stretching back to 2001.

Ruling overturned, witnesses allowed in murder-dismemberment trial

____ (c)2014 the Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at *http://www.poconorecord.com/* Distributed by MCT Information Services

**Load-Date:** May 3, 2014

**End of Document**

Ruling overturned, witnesses allowed in murder-dismemberment trial - Gat...   Page 1 of 1

>

Print Page

## Ruling overturned, witnesses allowed in murder-dismemberment trial

The state Supreme Court has unanimously overturned a Monroe County Court decision that banned prosecutors from calling certain witnesses in the case of a Tobyhanna man charged with murdering and dismembering a woman and leaving her body parts in trash bags dumped along area interstates.

The state Supreme Court has unanimously overturned a Monroe County Court decision that banned prosecutors from calling certain witnesses in the case of a Tobyhanna man charged with murdering and dismembering a woman and leaving her body parts in trash bags dumped along area interstates.

Charles Hicks, 39, remains in Monroe County Correctional Facility without bail, awaiting trial on first-degree murder and other charges in the January 2008 murder of Deanna Null, 36.

To help prove Hicks killed Null, the prosecution requested the right to call women Hicks is accused of assaulting prior to Null's death.

Monroe County Court in October denied the request, saying testimony from those women would be too repetitive, a decision later upheld on appeal by the state Superior Court.

PHOTO/ POCONO RECORD FILE PHOTO

Charles Hicks

The prosecution appealed in state Supreme Court.

The higher court this week overturned the county court decision, agreeing that the prosecution should be free to choose which witnesses it wants to call and that decisions about whether any of the testimony is repetitive should be made after that testimony is put on trial record.

The prosecution said the women's testimony is a factor the jury could consider in determining if Hicks indeed premeditated and committed Null's murder.

The jury could consider this also in determining whether Hicks, if convicted, should be sentenced to execution or life in prison without parole, since the prosecution is seeking the death penalty upon conviction.

Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man police believe was Hicks.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 80 and 380. The body parts were later identified as Null's.

The investigation led to Hicks as the suspect, who was charged in March 2008 after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said they found Hicks has a history of assault against other women stretching back to 2001.

http://www.poconorecord.com/article/20140503/NEWS/405030333

Print Page

\>

---

By Staff report

May 28. 2014 4:15PM

Print Page

## Coolbaugh body parts murder trial to start in November

Jury selection is scheduled for Oct. 27 and the trial is scheduled to start Nov. 5 in the murder case of Charles Hicks, 40, of Coolbaugh Township.

Hicks is charged with murdering and dismembering Deanna Null, 36, formerly of Williamsport, and leaving Null's body parts in trash bags scattered alongside interstates 80 and 380 in Monroe County. Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man believed to have been Hicks, police said.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 80 and 380. The body parts were later identified as Null's.

The investigation led to Hicks as the suspect, who was charged in March 2008 after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said they found Hicks has a history of assault against other women stretching back to 2001. Some of those women may or may not testify at trial.

http://www.poconorecord.com/article/20140528/NEWS/140529769

Print Page

# *Fall trial set in woman's killing, dismemberment*

Associated Press State & Local

May 28, 2014 Wednesday 1:53 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 308 words

**Dateline:** STROUDSBURG, Pa.

## Body

STROUDSBURG, Pa. (AP) - An eastern Pennsylvania man accused of killing and dismembering a woman whose remains were left along two interstates six years ago is scheduled for trial this fall.

Jury selection is set to begin Oct. 27 in the trial of Charles Ray Hicks, 40, of Tobyhanna. Opening statements are scheduled for Nov. 5.

Prosecutors say Hicks tortured and killed Deanna Null, 36, then dismembered her and scattered her remains in trash bags along Interstates 80 and 380 in the Stroudsburg area, 70 miles north of Philadelphia. The Monroe County district attorney's office plans to seek the death penalty if Hicks is convicted of first-degree murder.

Authorities say Null, a mother of two, was last seen in Scranton in January 2008 getting into a car matching the description of Hicks' vehicle. After her remains were found in trash bags along the interstates, police found similar trash bags, Null's severed hands wrapped in an old newspaper and a saw in Hicks' home, along with a blood-stained work boot in the trunk of his car, they said.

Hicks told authorities he met Null in Scranton and gave her drugs in exchange for sex but didn't harm her.

Defense attorney William Sayer asked the court Tuesday to hold the trial in another county, citing news coverage of the case. The judge is to rule later on that motion and others.

The trial had been scheduled for 2011 but was delayed after prosecutors twice appealed a judge's ruling barring them from calling several witnesses. They had planned to call seven women who said Hicks threatened or assaulted them, arguing that such testimony would demonstrate a pattern of behavior.

The judge said testimony from four of the witnesses would be repetitive and prejudicial to the defense. The state Supreme Court overturned that ruling last month, saying such a ruling should be made only after trial has begun.

**Load-Date:** May 29, 2014

---

End of Document

## *Trial For Man Charged With Killing Prostitute In 2008 Set*

The Times-Tribune (Scranton, Pennsylvania)

May 28, 2014 Wednesday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 328 words

**Byline:** Terrie MorganBesecker

# Body

The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is scheduled for October in Monroe County Court.

Charles Ray Hicks was charged with killing Deanna Null after parts of her body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police were led to Mr. Hicks after learning Ms. Null, a prostitute, was last seen with him. He was charged in March 2008 after police searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall.

The case was set to go to trial in September 2011, but it was delayed after the district attorney's office twice appealed then President Judge Ronald Vican's ruling that forbade prosecutors from calling several witnesses.

Prosecutors planned to call seven women - all prostitutes - who claimed Mr. Hicks threatened or assaulted them. Such testimony is permitted to show a defendant had a pattern of behavior similar to the crime that is charged. Judge Vican, now a senior judge, precluded authorities from calling four of the women, saying their testimony would be repetitive and would unduly prejudice Mr. Hicks' defense.

District Attorney David Christine appealed the ruling to the state Superior Court, which upheld Judge Vican's ruling in July 2012. Mr. Christine then appealed to the state Supreme Court, which overturned the lower court rulings last month.

In a 13-page opinion, the state's high court said the judge was wrong to issue a pretrial ruling that precluded the women's testimony because no evidence had yet been introduced that would allow him to reasonably conclude whether their testimony would be repetitive. Such rulings can be made only after trial has started, the court said. The ruling cleared the way for the trial.

Jury selection is scheduled to begin Oct. 27 before Judge Margherita Worthington, with testimony starting on Nov. 5, according to the court docket sheet.

Contact the writer:

*tbesecker@timesshamrock.com*

**Load-Date:** May 28, 2014

World +.                                                    Live TV

# ISIS video shows beheading of American journalist Steven Sotloff

**By Chelsea J. Carter and Ashley Fantz, CNN**

Updated 6:32 PM ET, Tue September 9, 2014




**Photos:** Global toll: Journalists killed in 2014

**Global toll: Journalists killed in 2014** – The number of journalists killed worldwide, 1992-2014.

1 of 2

## Story highlights

**NEW:** "Stay tuned" for plans to combat ISIS, a State Department official says

A video has emerged showing the 31-year-old journalist being beheaded

A video that shows the beheading of American Steven Sotloff was delivered as a "second message to America" to halt airstrikes in Iraq, following through on a threat to kill the journalist.

In the video posted Tuesday online, Sotloff says -- in a message surely scripted by his captors -- that he is "paying the price" for U.S. military intervention.

Footage threatens the life of another man

ISIS beheaded journalist James Foley; in that video, the terrorist group threatened to kill Sotloff



**Related Video:** Twitter: Looking into terror threats 02:07



**Related Video:** ISIS claims to behead second American 02:53



The intelligence community in the United States is working to confirm the authenticity of the video, and the journalist's family was waiting for that formal authentication that Sotloff has been killed.

"The family knows of the video and is grieving privately," family spokesman Barak Barfi said.

Who is ISIS?

The killing of Sotloff follows a threat last month by ISIS made during the videotaped beheading of American journalist James Foley. The latest video threatens the life of another man.

A masked ISIS figure in the new video speaks to U.S. President Barack Obama, telling him, "Just as your missiles continue to strike our people, our knife will continue to strike the necks of your people."

The Islamic State has thrived and mutated during the civil war in Syria. It swept into Iraq in June, seizing large swaths of the country's Sunni-dominated northern and western provinces.

Obama ordered targeted airstrikes in Iraq to begin in early August after ISIS fighters began targeting ethnic Yazidis and launching attacks toward the Kurdish regional capital of Irbil.

ISIS appeared to date the execution video of Sotloff, referencing specific U.S. military actions in recent days, including U.S. airstrikes that helped over the weekend to break the siege of Amerli -- a northern Iraqi town home to thousands of minority Shiite Turkmen.

Intelligence officials are analyzing the video, trying to answer some key questions, a senior U.S. administration official said.

Among the questions, the official said: When was it shot? Where was it shot? Is the killer in the Sotloff video the same one in the Foley video?

Until they answer those questions, the official said the administration does not want to speculate.

It's believed ISIS is still holding a "small number" of Americans hostage, said the official, who spoke on condition of anonymity.



**Related Video:** Who is the executioner behind the mask? 02:56



**Related Video:** Analysis of the ISIS beheading videos 02:23



**Related Video:** Troops deployed after ISIS video release 01:54



Beheading of American journalist James Foley recalls past horrors

**ISIS: 'Back off and leave our people alone'**

In the new video, the militant threatens the life of the man, who is shown kneeling with the militant standing behind him.

"We take this opportunity to warn those governments who've entered this evil alliance of America against the Islamic State to back off and leave our people alone," the militant says.

CNN could not immediately confirm when he was taken captive.

But the Washington Post reported he was an aid worker abducted in March 2013. The newspaper, citing unnamed aid workers involved in efforts to gain his release, said he was abducted near a refugee camp in the northern Syrian province of Idlib.

British Prime Minister David Cameron told reporters he was aware of reports about the video and called Sotloff's killing "an absolutely disgusting and despicable act."

**Who was Sotloff?**

Sotloff disappeared while reporting from Syria in August 2013, but his family kept the news secret, fearing harm to him if they went public. Out of public view, the family and government agencies had been trying to gain his release for the past year.

Last week, Sotloff's mother, Shirley Sotloff, released a video pleading with ISIS leader Abu Bakr al-Baghdadi not to kill her son.

"Steven is a journalist who traveled to the Middle East to cover the suffering of Muslims at the hands of tyrants. Steven is a loyal and generous son, brother and grandson," she said. "He is an honorable man and has always tried to help the weak."

Her plea was met with taunting responses on social media by ISIS supporters.



**Related Video:** W.H. working to verify beheading video 02:05



**Photos:** Americans detained abroad



**Related Video:** ISIS blames Obama for Sotloff beheading 00:34



Sotloff, 31, grew up in South Florida with his mother, father and younger sister. He majored in journalism at the University of Central Florida. His personal Facebook page lists musicians including the Dave Matthews Band, Phish, Miles Davis and movies including "Lawrence of Arabia" and "The Big Lebowski" as favorites. On his Twitter page, he playfully identifies himself as a "stand-up philosopher from Miami."

He graduated from another college, began taking Arabic classes and subsequently picked up freelance writing work for a number of publications, including Time, Foreign Policy, World Affairs and The Christian Science Monitor. His travels took him to Yemen, Saudi Arabia, Qatar and Turkey -- among other countries -- and eventually Syria.

Read: Friends of ISIS captive Sotloff speak out admiringly of his talent

Editor Nancy Gibbs said the magazine's staff is "shocked and deeply saddened" by the reports of his death.

"He gave his life so readers would have access to information from some of the most dangerous places in the world," she said. "Our thoughts and prayers are with him and his family."

Sotloff brings the number of journalists killed in Syria to at least 70, according to the Committee to Protect Journalists.

More than 80 have been kidnapped in Syria since the civil war began, with many going unpublicized, the group said.

"We condemn in the strongest terms possible the murder of journalist Steven Sotloff. He, like James Foley, went to Syria to tell a story. They were civilians, not representatives of any government. Their murders are war crimes and those who committed them must be brought to justice swiftly," CPJ said.

Obama on ISIS -- No strategy yet

**Response from the White House**

White House spokesman Josh Earnest said the administration "has obviously been watching very



---

**Related Video:** ISIS captive's mom:
Please release son 01:34



---

American journalist Steven Sotloff, left,
talks to Libyan rebels on the Al Dafniya
front line in Misrata, Libya, in June
2011.

carefully since this threat against Mr. Sotloff's life
was originally made a few weeks ago."

A top U.S. State Department official told CNN's
Christiane Amanpour to "stay tuned" on U.S. plans
to combat the organization.

"We are putting the features in place, developing a
broad regional coalition, a broad international
coalition, working to get a new Iraqi government
stood up, working to get our plans in place. So stay
tuned," said Brett McGurk, the deputy U.S.
assistant secretary of state for Iraq and Iraq.

Obama, who was briefed on the videotaped
execution of Sotloff, came under fire from
Republicans and Democrats who called on the
President to take stronger against ISIS, also known
as ISIL.

The criticism came a week after Obama said, "We
don't have a strategy yet" to deal with ISIS in Syria.
Obama said he has asked America's top defense
officials to prepare "a range of options."

"Mr. President, if you can't come up with a
strategy, at least tell us what the goal is regarding
ISIL," said Sen. Lindsey Graham, R-South Carolina.

Sen. Jeanne Shaheen, D-New Hampshire, said ISIS must be stopped.

"We must use every tool at our disposal, short of introducing ground forces in combat roles, to put an
end to the threat they pose to our national security," she said.

Opinion: Foley is a reminder why freelance reporting is so dangerous

**PAID CONTENT**                                                             |

---

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 571 of 760

## POCONO RECORD

# Eric Matthew Frein, 31, wanted in Blooming Grove shooting, police say

**By Staff reports**

Posted Sep 16, 2014 at 2:05 PM
Updated Sep 16, 2014 at 4:44 PM

Frein is still at large and is considered armed and dangerous, state police commissioner says.

A manhunt is underway for Eric Matthew Frein of Canadensis, accused of shooting two state troopers in Pike County Friday night.

Frein. 31, is still at large and is considered armed and dangerous. He is described as a white male, 6-foot-1, 165 pounds.

"Frein is not in custody, he is at large and is considered armed and extremely dangerous," State Police Commissioner Frank Noonan said at a press conference Tuesday afternoon.

He has been charged with criminal homicide and criminal homicide of a law enforcement officer, among other charges, in connection with the shooting that killed Cpl. Bryon Dickson and injured Tpr. Alex P. Douglas.

Noonan said Frein is still believed to be in possession of two weapons, .308 rifles that have been modified to look like an AK-47, with a scope.

"This fella is extremely dangerous. We have no idea where he is in the community. He is described as a survivalist ... he has made statements about killing law enforcement as well as committing mass acts of murder. He has strong feelings about law enforcement, seems to be very angry with things that go on in our society," Noonan said.

Frein is believed to have been living at his parents' home in Canadensis, about 20 miles from the barracks, at the time of the shooting.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 572 of 760

Frein attended Pocono Mountain high school and was a member of the school's rifle team.

Noonan said the investigation got a big break when a Pike County resident found a Jeep stuck inside a retention pond about two miles from the barracks.

Inside, police found evidence, specifically shell casings, that matched casings found at Blooming Grove. They also found Frein's social security card, camouflage face paint, a black hooded sweatshirt, and two empty cases believed to have held the rifles.

Police then obtained a warrant for Frein's parents' home, and found the same shell casings in his room.

"We've had our experts look at these shell casings - the tool markings have matched up, so they were fired from the same gun," Noonan said.

Anyone seeing anybody matching this description is asked to call state police at 570-226-5718.

| Home | News | Sport | Weather | Shop | Reel | Travel | | |

Home | Video | World | US & Canada | UK | Business | Tech | Science

World | Africa | Asia | Australia | Europe | Latin America | Middle East

AD



The New York Times Cooking          Recipes. Advice. Inspiration.          GET

# French hostage Herve Gourdel beheaded in Algeria

24 September 2014

Media playback is unsupported on your device

Francois Hollande told the UNGA that Herve Gourdel's killing was a "cowardly assassination"

**France has confirmed that an Algerian jihadist group linked to Islamic State (IS) militants has beheaded tourist Herve Gourdel, seized on Sunday.**

Jund al-Khilafa killed Mr Gourdel, 55, after its deadline for France to halt air strikes on IS in Iraq ran out.

French President Francois Hollande condemned the killing as a "cruel and cowardly" act.

He said that French air strikes which began on IS targets in Iraq last week would continue.

Speaking at the UN general assembly, Mr Hollande said that Mr Gourdel's abduction and decapitation was a barbaric act of terrorism which presented a problem not only for the region but also for the world.

He said the fight against terrorism should know no borders and that France was now in mourning.

"It is not weakness that should be the response to terrorism but force," he said.

Jund al-Khilafa posted a video of Mr Gourdel being killed which was entitled "Message of blood for the French government".







AP

IS itself has beheaded three Western hostages since August: US journalists James Foley and Steven Sotloff, and British aid worker David Haines. Their deaths were all filmed and posted online.

The group has also threatened to kill Alan Henning, a taxi driver from the UK, who was seized while on an aid mission to Syria in December.

On Sunday, it warned it would target Americans and other Western citizens, "especially the spiteful and filthy French".

## 'Odious ultimatum'

Mr Gourdel worked as a mountain guide in the Mercantour national park north of Nice, his home town.

He had also been organising treks through the Atlas Mountains of Morocco for some 20 years, AFP news agency reports.

The mayor of Nice, Christian Estrosi, said it was difficult to contain the "deep sadness" he felt.

"Today a war was declared on France," he said. "We've been turning a blind eye to what's happening in our back yards. And this is where it has led us."

The BBC's Lucy Williamson in Paris says news of Mr Gourdel's killing has hit France hard.

Our correspondent says that it is the first time that France has lived through the threat and brutality of this kind of killing.

The fact that Mr Groudel was a tourist in a region popular with French holiday-makers has added to the sense of shock, our correspondent says.

In the video posted by his killers, he is shown on his knees with his hands behind his back in front of four masked, armed militants.

He is allowed briefly to express his love for his family before one of the militants reads out a speech in which he denounces the actions of the "French criminal crusaders" against Muslims in Algeria, Mali and Iraq.

The beheading, the spokesman says, is to "avenge the victims in Algeria... and support the caliphate" proclaimed by IS in Iraq and Syria.

Jund al-Khilafa (Soldiers of the Caliphate) pledged allegiance to IS on 14 September.

Until then it had been known as part of al-Qaeda in the Islamic Maghreb (AQIM), which grew out of an Algerian militant group and is now active across North and parts of West Africa.

## Who are Jund al-Khilafa?

- Previously part of al-Qaeda in the Islamic Maghreb (AQIM), which grew out of Algerian Islamist groups involved in 1990s civil war

- Carried out numerous attacks in Kabylie region - in April, ambushed an army convoy, leaving 11 soldiers dead

- Many residents have fled the region's forests and mountains in recent years because of insecurity

- Group said to be led by Abdelmalek Gouri, known as Khaled Abou Slimane, 37

- On 14 September, pledged allegiance to Islamic State

The group claimed Toulouse gunman Mohamed Merah, a French citizen of Algerian origin, as a member after he killed seven people in south-western France in March 2012, French radio reports.

The militants said that they were responding to the IS call to attack citizens involved in strikes on Iraq and would kill Mr Gourdel unless France ended its military operation.

France's public position is that it does not negotiate with militant groups but there have been reports of French citizens being released in West Africa after ransoms have been paid.

Four Frenchmen kidnapped in Niger were freed in October 2013 amid reports of a 20m-euro (£16m; £25m) ransom being paid. The government in Paris denied that was the case.

## Related Topics

France    Algeria

## Share this story About sharing

## More on this story

**Hollande: Hostage beheading in Algeria 'a cowardly assassination'**
24 September 2014

**Profile: Herve Gourdel**
24 September 2014

**France launches first air strikes on IS in Iraq**
19 September 2014

**French tourist Herve Gourdel abducted by Algeria militants**
23 September 2014

**France blames Turkey for 'jihadi' arrest fiasco**

# POCONO RECORD

## The hunt for Eric Frein

**By Staff reports**

Posted Sep 28, 2014 at 12:01 AM
Updated Sep 29, 2014 at 5:28 AM

It has been the talk of the Poconos, and at times the nation, for the past 16 days: The ambushing of state police officers at a remote barracks in Pike County and the subsequent massive manhunt for Eric Frein after police identified him as the shooter.

It has been the talk of the Poconos, and at times the nation, for the past 16 days: The ambushing of state police officers at a remote barracks in Pike County and the subsequent massive manhunt for Eric Frein after police identified him as the shooter.

As of 10 p.m. Saturday, Frein, 31, of Canadensis, is still on the loose, and the search has not only brought national attention to the Poconos, but disrupted the lives of many, but mostly those living in Price and Barrett townships, where the search has been centered for more than a week.

It also has brought a sea of law enforcement into the area, with a state police official saying that up to 1,000 personnel have been used to find Frein.

After more than two weeks of tips, searches and rumors, here's a day-by-day capsule of the events in the shooting death of Cpl. Bryon Dickson and the wounding of Trooper Alex Douglass, who, as of Friday afternoon, was still in the hospital but recovering, according to state police.

Friday, Sept. 12: Two troopers are ambushed outside Blooming Grove state police barracks during late-night shift change, killing one and seriously wounding another. Dead is Cpl. Bryon Dickson of Dunmore, who was leaving the barracks to go home. Wounded is Trooper Alex Douglass, arriving to begin his shift, who later undergoes emergency surgery.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 579 of 760

Saturday, Sept. 13: "Our troopers were shot without warning and really had no chance to defend themselves," Pennsylvania State Police Commissioner Frank Noonan says. Officers across the region, including New York and New Jersey, come to Poconos to help search heavily wooded area surrounding the barracks, including state game lands. Route 402 is closed between Interstate 84 and Route 6 for search. A $20,000 reward is offered for information leading to capture of the person responsible.

Sunday, Sept. 14: State police stop motorists along roads near the Blooming Grove barracks, asking if anyone had seen anything unusual that night. Hundreds of state troopers work with FBI agents, U.S. Drug Enforcement Administration, Bureau of Alcohol, Tobacco, Firearms and Explosives and several state and local law enforcement agencies. Blooming Grove barracks remains a crime scene, with public access restricted.

Monday, Sept. 15: Police profile the shooter as a local person with ongoing grudge against law enforcement and/or the government, and experience with firearms.

First major break in case: A resident of the Blue Heron development calls police about 8:30 p.m., says he saw partially submerged green Jeep in a retention pond about 2 miles from shooting scene. The vehicle is registered to parents of Eric Frein of Canadensis, but used by the accused shooter. Cartridge casings are found in vehicle that police say match ones recovered from shooting. Frein's Social Security card, driver's license, state Game Commission range gun permit, military gear and information on foreign embassies are also recovered.

Police obtain a second search warrant, this one of the parents' home, where Frein lives. They recover more shell casings for a similar rifle, and a U.S. Army special forces training manual for "Sniper Training and Employment."

Reward for information is raised to $75,000. Blooming Grove barracks is being used as command post solely for investigation of the shooting. Police also use Blooming Grove Baptist Church, just down Route 402 from the barracks, as a staging area. Gov. Tom Corbett tours the barracks, calls the shooting a cowardly act.

Tuesday, Sept. 16: Shooting suspect is identified publicly as Frein, who lives with his parents in Canadensis, about 20 miles from Blooming Grove barracks. Frein is said to be armed with a high-powered rifle, described by family as excellent marksman who "doesn't miss." Police say Frein — who was on the rifle team at Pocono Mountain High School — is an extreme

survivalist who has expressed desire to kill law enforcement and commit mass murder. More than 200 officers search the thickly wooded area around the barracks and his home. "We have no idea where he is," Commissioner Noonan says.

Wednesday, Sept. 17: Around-the-clock manhunt continues for Frein, aided by dogs, helicopters and armored vehicles. Schools, libraries and some businesses in Pike and Monroe counties are closed for public safety. Police say Frein has had grudge against law enforcement and the government since at least 2006, and belongs to a military simulation unit based in eastern Pennsylvania in which participants assume the role of soldiers from eastern European countries.

"... Frein now appears to have assumed that role in real life," a state police spokesman says. The public is warned to stay out of the woods where police are searching, lock doors and inspect garages and outbuildings. False sightings of Frein are reported throughout the region.

Thursday, Sept. 18: Hundreds of law officers pay tribute to slain state police Cpl. Bryon Dickson during his funeral in Scranton.

Many Barrett Township residents are unable to reach their homes until nearly 10 p.m., as the massive search that evening centers near Frein's parents' home off Route 447.

A Pocono Township cruiser crashes in chain-reaction wreck in Paradise Township as police from several jurisdictions rush to the Barrett location.

FBI adds Frein to its Ten Most Wanted list, releasing federal resources to the apprehension effort. FBI offers $100,000 reward, in addition to $75,000 offered by Pennsylvania Crime Stoppers.

Wallenpaupack and Pocono Mountain schools remain closed for the week. Several scholastic sports events moved from evening to daylight hours.

Friday, Sept. 19: Police continue to methodically search tens of thousands of acres of forest — including cabins, campsites and vacation homes — eliminating potential hiding places as they move. Residents are asked to remain vigilant and report anything suspicious, resulting in the arrest of Pike County man on unrelated burglary charges.

A "shelter-in-place" order is put into effect for residents near the search area.

Saturday, Sept. 20: State police lift a shelter-in-place order for Barrett and Price townships. Residents continue to be urged to use extreme caution, lock doors, and not enter the woods. Police continue to try to flush Frein out of the woods. The Monroe manhunt includes an intensive search around Blue Ridge Drive. Family members are separated by road closures. Emergency responders and police set up an evacuation center for residents at the Barrett Township firehouse.

Sunday, Sept. 21: Police announce they have found an AK-47 assault rifle, believed to be Frein's, hanging on a tree in the woods near where they found his abandoned Jeep. Frein had talked for years about killing police or committing mass murder, but no one took the threats seriously, police say. Authorities believe he may have been planning the assault for months, if not years.

Monday, Sept. 22: Unconfirmed sightings of Frein continue as police comb the woods. The search focus narrows near Canadensis along the Pike/Monroe border. "I do believe we are close to him at this point," state police Lt. Col. George Bivens says.

Police scanner transmissions remind officers when lethal force is allowed to bring down a suspect who refuses to surrender. State police tell media they remain committed to a peaceful apprehension.

East Stroudsburg schools reopen while Pocono Mountain schools close for the fourth straight day, out of safety concerns. Monsignor McHugh School is also closed.

A blockade near Snow Hill Road separates family members trying to get back to their homes.

Gov. Corbett makes a second appearance in Blooming Grove since the manhunt began, thanks officers and is briefed on the search status.

Tuesday, Sept. 23: An armored tactical vehicle outfitted with robotic video cameras, able to hoist officers safely to the second story of buildings, is brought to the scene.

NBC Today airs footage from upcoming an documentary about Vietnam War re-enactors featuring a Frein interview. Frein talks about the difficult terrain of one re-enactment site, explains the role of the event in "teaching the public" about the history of the war and the equipment used.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 582 of 760

Pocono Mountain schools reopen after being closed for nearly a week. Still no bus service for Barrett Township residents.

Wednesday, Sept. 24: State police hold a press conference and say they have found items Frein has left behind, including Bosnian cigarettes and soiled diapers. Police say they have spotted Frein, but have not seen him in the last 24 hours.

A group of Barrett Township residents hangs hundreds of blue ribbons in support of police hunting for Frein. Groups, individuals and businesses continue to donate food for law officers and others involved in the search, who are fed at the Barrett firehouse.

Thursday, Sept. 25: Police continue to search for Frein, but the hottest topic of the day is the fact that the suspect uses diapers to remain still as he hides from police. One media outlet dubs him the "Diaper Sniper," and the name quickly sticks, putting a chink in the image of this Rambo-like suspect who magically eludes police.

Friday, Sept. 26: State police Lt. Col. George Bivens, the commander of operations for state police, critizes some media outlets in a press conference for printing rumors.

Bivens, speaking directly about an unfounded report of an affair between Douglass and Frein's sister-in-law, called the reports dead wrong, saying the two don't even know each other.

He called the reports reckless and said they are not helping the investigation.

Bivens said that Frein has not been spotted in more than 72 hours.

Friday morning, state police searched the abandoned and historic Inn at Buck Hill Falls, going room-by-room through the huge building to make sure Frein was not hiding there.

Saturday, Sept. 27: It was pretty quiet in the search. A Record reporter drove in the area and reported seeing state police, but hardly a beehive of activity like there was earlier in the week.

The New York Times                    MIDDLE The New York Times headings

# The Horror Before the Beheadings

**By Rukmini Callimachi**

Oct. 25, 2014

The hostages were taken out of their cell one by one.

In a private room, their captors asked each of them three intimate questions, a standard technique used to obtain proof that a prisoner is still alive in a kidnapping negotiation.

James Foley returned to the cell he shared with nearly two dozen other Western hostages and collapsed in tears of joy. The questions his kidnappers had asked were so personal ("Who cried at your brother's wedding?" "Who was the captain of your high school soccer team?") that he knew they were finally in touch with his family.

It was December 2013, and more than a year had passed since Mr. Foley vanished on a road in northern Syria. Finally, his worried parents would know he was alive, he told his fellow captives. His government, he believed, would soon negotiate his release.

What appeared to be a turning point was in fact the start of a downward spiral for Mr. Foley, a 40-year-old journalist, that ended in August when he was forced to his knees somewhere in the bald hills of Syria and beheaded as a camera rolled.

His videotaped death was a very public end to a hidden ordeal.

The story of what happened in the Islamic State's underground network of prisons in Syria is one of excruciating suffering. Mr. Foley and his fellow hostages were routinely beaten and subjected to waterboarding. For months, they were starved and threatened with execution by one group of fighters, only to be handed off to another group that brought them sweets and contemplated freeing them. The prisoners banded together, playing games to pass the endless hours, but as conditions grew more desperate, they turned on one another. Some, including Mr. Foley, sought comfort in the faith of their captors, embracing Islam and taking Muslim names.

Their captivity coincided with the rise of the group that came to be known as the Islamic State out of the chaos of the Syrian civil war. It did not exist on the day Mr. Foley was abducted, but it slowly grew to become the most powerful and feared rebel movement in the region. By the second year of Mr. Foley's imprisonment, the group had amassed close to two dozen hostages and devised a strategy to trade them for cash.

It was at that point that the hostages' journeys, which had been largely similar up to then, diverged based on actions taken thousands of miles away: in Washington and Paris, in Madrid, Rome and beyond. Mr. Foley was one of at least 23 Western hostages from 12 countries, a majority of them citizens of European nations whose governments have a history of paying ransoms.

Their struggle for survival, which is being told now for the first time, was pieced together through interviews with five former hostages, locals who witnessed their treatment, relatives and colleagues of the captives, and a tight circle of advisers who made trips to the region to try to win their release. Crucial details were confirmed by a former member of the Islamic State, also known as ISIS, who was initially stationed in the prison where Mr. Foley was held, and who provided previously unknown details of his captivity.

The ordeal has remained largely secret because the militants warned the hostages' families not to go to the news media, threatening to kill their loved ones if they did. The New York Times is naming only those already identified publicly by the Islamic State, which began naming them in August.

Officials in the United States say they did everything in their power to save Mr. Foley and the others, including carrying out a failed rescue operation. They argue that the United States' policy of not paying ransoms saves Americans' lives in the long run by making them less attractive targets.

Inside their concrete box, the hostages did not know what their families or governments were doing on their behalf. They slowly pieced it together using the only information they had: their interactions with their guards and with one another. Mostly they suffered, waiting for any sign that they might escape with their lives.

**The Grab**

It was only a 40-minute drive to the Turkish border, but Mr. Foley decided to make one last stop.

In Binesh, Syria, two years ago, Mr. Foley and his traveling companion, the British photojournalist John Cantlie, pulled into an Internet cafe to file their work. The two were no strangers to the perils of reporting in Syria. Only a few months earlier, Mr. Cantlie had been kidnapped a few dozen miles from Binesh. He had tried to escape, barefoot and handcuffed, running for his life as bullets kicked up the dirt, only to be caught again. He was released a week later after moderate rebels intervened.

They were uploading their images when a man walked in.

"He had a big beard," said Mustafa Ali, their Syrian translator, who was with them and recounted their final hours together. "He didn't smile or say anything. And he looked at us with evil eyes."

The man "went to the computer and sat for one minute only, and then left directly," Mr. Ali said. "He wasn't Syrian. He looked like he was from the Gulf."

Mr. Foley, an American freelance journalist filing for GlobalPost and Agence France-Presse, and Mr. Cantlie, a photographer for British newspapers, continued transmitting their footage, according to Mr. Ali, whose account was confirmed by emails the journalists sent from the cafe to a colleague waiting for them in Turkey.

More than an hour later, they flagged a taxi for the 25-mile drive to Turkey. They never reached the border.

The gunmen who sped up behind their taxi did not call themselves the Islamic State because the group did not yet exist on Nov. 22, 2012, the day the two men were grabbed.

But the danger of Islamic extremism was already palpable in Syria's rebel-held territories, and some news organizations were starting to pull back. Among the red flags was the growing number of foreign fighters flooding into Syria, dreaming of establishing a "caliphate." These jihadists, many of them veterans of Al Qaeda's branch in Iraq, looked and behaved differently from the moderate rebels. They wore their beards long. And they spoke with foreign accents, coming from the Persian Gulf, North Africa, Europe and beyond.

A van sped up on the left side of the taxi and cut it off. Masked fighters jumped out. They screamed in foreign-accented Arabic, telling the journalists to lie on the pavement. They handcuffed them and threw them into the van.

They left Mr. Ali on the side of the road. "If you follow us, we'll kill you," they told him.

Over the next 14 months, at least 23 foreigners, most of them freelance journalists and aid workers, would fall into a similar trap. The attackers identified the locals whom journalists hired to help them, like Mr. Ali and Yosef Abobaker, a Syrian translator. It was Mr. Abobaker who drove Steven J. Sotloff, an American freelance journalist, into Syria on Aug. 4, 2013.

"We were driving for only 20 minutes when I saw three cars stopped on the road ahead," he said. "They must have had a spy on the border that saw my car and told them I was coming."

The kidnappings, which were carried out by different groups of fighters jousting for influence and territory in Syria, became more frequent. In June 2013, four French journalists were abducted. In September, the militants grabbed three Spanish journalists.



James Foley edited video from Aleppo, Syria, two weeks before he was kidnapped in November 2012.  Nicole Tung

Checkpoints became human nets, and last October, insurgents waited at one for Peter Kassig, 25, an emergency medical technician from Indianapolis who was delivering medical supplies. In December, Alan Henning, a British taxi driver, disappeared at another. Mr. Henning had cashed in his savings to buy a used ambulance, hoping to join an aid caravan to Syria. He was kidnapped 30 minutes after crossing into the country.

The last to vanish were five aid workers from Doctors Without Borders, who were plucked in January from the field hospital in rural Syria where they had been working.

**The Interrogation**

At gunpoint, Mr. Sotloff and Mr. Abobaker were driven to a textile factory in a village outside Aleppo, Syria, where they were placed in separate cells. Mr. Abobaker, who was freed two weeks later, heard their captors take Mr. Sotloff into an adjoining room. Then he heard the Arabic-speaking interrogator say in English: "Password."

It was a process to be repeated with several other hostages. The kidnappers seized their laptops, cellphones and cameras and demanded the passwords to their accounts. They scanned their Facebook timelines, their Skype chats, their image archives and their emails, looking for evidence of collusion with Western spy agencies and militaries.

"They took me to a building that was specifically for the interrogation," said Marcin Suder, a 37-year-old Polish photojournalist kidnapped in July 2013 in Saraqib, Syria, where the jihadists were known to be operating. He was passed among several groups before managing to escape four months later.

"They checked my camera," Mr. Suder said. "They checked my tablet. Then they undressed me completely. I was naked. They looked to see if there was a GPS chip under my skin or in my clothes. Then they started beating me. They Googled 'Marcin Suder and C.I.A.,' 'Marcin Suder and K.G.B.' They accused me of being a spy."

Mr. Suder — who was never told the name of the group holding him, and who never met the other hostages because he escaped before they were transferred to the same location — remarked on the typically English vocabulary his interrogators had used.

During one session, they kept telling him he had been "naughty" — a word that hostages who were held with Mr. Foley also recalled their guards' using during the most brutal torture.

It was in the course of these interrogations that the jihadists found images of American military personnel on Mr. Foley's laptop, taken during his assignments in Afghanistan and Iraq.

"In the archive of photographs he had personally taken, there were images glorifying the American crusaders," they wrote in an article published after Mr. Foley's death. "Alas for James, this archive was with him at the time of his arrest."

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 586 of 760

A British hostage, David Cawthorne Haines, was forced to acknowledge his military background: It was listed on his LinkedIn profile.

The militants also discovered that Mr. Kassig, the aid worker from Indiana, was a former Army Ranger and a veteran of the Iraq war. Both facts are easy to find online, because CNN featured Mr. Kassig's humanitarian work prominently before his capture.

The punishment for any perceived offense was torture.

"You could see the scars on his ankles," Jejoen Bontinck, 19, of Belgium, a teenage convert to Islam who spent three weeks in the summer of 2013 in the same cell as Mr. Foley, said of him. "He told me how they had chained his feet to a bar and then hung the bar so that he was upside down from the ceiling. Then they left him there."

Mr. Bontinck, who was released late last year, spoke about his experiences for the first time for this article in his hometown, Antwerp, where he is one of 46 Belgian youths on trial on charges of belonging to a terrorist organization.

At first, the abuse did not appear to have a larger purpose. Nor did the jihadists seem to have a plan for their growing number of hostages.

Mr. Bontinck said Mr. Foley and Mr. Cantlie had first been held by the Nusra Front, a Qaeda affiliate. Their guards, an English-speaking trio whom they nicknamed "the Beatles," seemed to take pleasure in brutalizing them.

Later, they were handed over to a group called the Mujahedeen Shura Council, led by French speakers.

Mr. Foley and Mr. Cantlie were moved at least three times before being transferred to a prison underneath the Children's Hospital of Aleppo.

It was in this building that Mr. Bontinck, then only 18, met Mr. Foley. At first, Mr. Bontinck was a fighter, one of thousands of young Europeans drawn to the promise of jihad. He later ran afoul of the group when he received a text message from his worried father back in Belgium and his commander accused him of being a spy.

The militants dragged him into a basement room with pale brown walls. Inside were two very thin, bearded foreigners: Mr. Foley and Mr. Cantlie.

For the next three weeks, when the call to prayer sounded, all three stood.

**An American Named Hamza**

Mr. Foley converted to Islam soon after his capture and adopted the name Abu Hamza, Mr. Bontinck said. (His conversion was confirmed by three other recently released hostages, as well as by his former employer.)

"I recited the Quran with him," Mr. Bontinck said. "Most people would say, 'Let's convert so that we can get better treatment.' But in his case, I think it was sincere."

Former hostages said that a majority of the Western prisoners had converted during their difficult captivity. Among them was Mr. Kassig, who adopted the name Abdul-Rahman, according to his family, who learned of his conversion in a letter smuggled out of the prison.

Only a handful of the hostages stayed true to their own faiths, including Mr. Sotloff, then 30, a practicing Jew. On Yom Kippur, he told his guards he was not feeling well and refused his food so he could secretly observe the traditional fast, a witness said.

A still image from a video, released in August, in which a militant from the group that calls itself the Islamic State beheaded James Foley.

Those recently released said that most of the foreigners had converted under duress, but that Mr. Foley had been captivated by Islam. When the guards brought an English version of the Quran, those who were just pretending to be Muslims paged through it, one former hostage said. Mr. Foley spent hours engrossed in the text.

His first set of guards, from the Nusra Front, viewed his professed Islamic faith with suspicion. But the second group holding him seemed moved by it. For an extended period, the abuse stopped. Unlike the Syrian prisoners, who were chained to radiators, Mr. Foley and Mr. Cantlie were able to move freely inside their cell.

Mr. Bontinck had a chance to ask the prison's emir, a Dutch citizen, whether the militants had asked for a ransom for the foreigners. He said they had not.

"He explained there was a Plan A and a Plan B," Mr. Bontinck said. The journalists would be put under house arrest, or they would be conscripted into a jihadist training camp. Both possibilities suggested that the group was planning to release them.

One day, their guards brought them a gift of chocolates.

When Mr. Bontinck was released, he jotted down the phone number of Mr. Foley's parents and promised to call them. They made plans to meet again.

He left thinking that the journalists, like him, would soon be freed.

**A Terrorist State**

The Syrian civil war, previously dominated by secular rebels and a handful of rival jihadist groups, was shifting decisively, and the new extremist group had taken a dominant position. Sometime last year, the battalion in the Aleppo hospital pledged allegiance to what was then called the Islamic State in Iraq and Syria.

Other factions of fighters joined forces with the group, whose tactics were so extreme that even Al Qaeda expelled it from its terror network. Its ambitions went far beyond toppling Bashar al-Assad, Syria's president.

Late last year, the jihadists began pooling their prisoners, bringing them to the same location underneath the hospital. By January, there were at least 19 men in one 20-square-meter cell (about 215 square feet) and four women in an adjoining one. All but one of them were European or North American. The relative freedom that Mr. Foley and Mr. Cantlie had enjoyed came to an abrupt end. Each prisoner was now handcuffed to another.

More worrying was the fact that their French-speaking guards were replaced by English-speaking ones. Mr. Foley recognized them with dread.

They were the ones who had called him "naughty" during the worst torture. They were the ones the hostages called the Beatles. They instituted a strict security protocol.

When they approached the cell holding Mr. Suder, the Polish photojournalist, they called out "arba'een": Arabic for the number 40.

That was his cue to face the wall so that when the guards entered he would not see their faces. Several hostages were given numbers in Arabic, which appeared to be an effort to catalog them — not unlike the numbers American forces had assigned to prisoners in the detention facilities they ran in Iraq, including Camp Bucca, where Abu Bakr al-Baghdadi, the leader of the Islamic State, was briefly held.

After Mr. Foley, the militants beheaded, from left, Alan Henning, a British taxi driver;
Steven J. Sotloff (in the black helmet), an American journalist; and David Cawthorne
Haines, a British aid worker.
Left, via Associated Press; center, Etienne de Malglaive, via Getty Images; right, Danny Lawson/PA Wire

"When the Beatles took over, they wanted to bring a certain level of order to the hostages," said one recently freed European captive.

The jihadists had gone from obscurity to running what they called a state.

In areas under their control, they established an intricate bureaucracy, including a tribunal, a police force and even a consumer protection office, which forced kebab stands to close for selling low-quality products.

That focus on order extended to the hostages.

After months of holding them without making any demands, the jihadists suddenly devised a plan to ransom them. Starting last November, each prisoner was told to hand over the email address of a relative. Mr. Foley gave the address of his younger brother.

The group sent a blitz of messages to the families of the hostages.

Those who were able to lay the emails side by side could see they had been cut and pasted from the same template.

**Triage**

By December, the militants had exchanged several emails with Mr. Foley's family, as well as with the families of other hostages.

After the first proof-of-life questions, Mr. Foley was hopeful that he would be home soon. As his second Christmas away from home approached, he threw himself into organizing a jailhouse version of Secret Santa, a tradition in the Foley household.

Each prisoner gave another a gift fashioned out of trash. Mr. Foley's Secret Santa gave him a circle made from the wax of a discarded candle to cushion his forehead when he bowed down to pray on the hard floor.

As the weeks passed, Mr. Foley noticed that his European cellmates were invited outside again and again to answer questions. He was not. Nor were the other Americans, or the Britons.

Soon, the prisoners realized that their kidnappers had identified which nations were most likely to pay ransoms, said a former hostage, one of five who spoke about their imprisonment in the Islamic State's network of jails on the condition that their names be withheld.

"The kidnappers knew which countries would be the most amenable to their demands, and they created an order based on the ease with which they thought they could negotiate," one said. "They started with the Spanish."

One day, the guards came in and pointed to the three Spanish captives. They said they knew the Spanish government had paid six million euros for a group of aid workers kidnapped by a Qaeda cell in Mauritania, a figure available online in articles about the episode.

As the negotiations for the Spanish prisoners progressed rapidly — the first was released this March, six months after he had been captured — the militants moved on to the four French journalists.

The militants continue to hold three hostages, including John Cantlie, left, a British photojournalist, and Peter Kassig, right, an emergency medical technician from Indiana. They say they will kill Mr. Kassig next.

The European prisoners went from answering additional personal questions to filming videos to be sent to their families or governments. The videos became more and more charged, eventually including death threats and execution deadlines in an effort to force their nations to pay.

At one point, their jailers arrived with a collection of orange jumpsuits.

In a video, they lined up the French hostages in their brightly colored uniforms, mimicking those worn by prisoners at the United States' facility in Guantánamo Bay, Cuba.

They also began waterboarding a select few, just as C.I.A. interrogators had treated Muslim prisoners at so-called black sites during the George W. Bush administration, former hostages and witnesses said.

With time, the 23 prisoners were divided into two groups. The three American men and the three British hostages were singled out for the worst abuse, both because of the militants' grievances against their countries and because their governments would not negotiate, according to several people with intimate knowledge of the events.

"It's part of the DNA of this group to hate America," one said. "But they also realized that the United States and Britain were the least likely to pay."

Within this subset, the person who suffered the cruelest treatment, the former hostages said, was Mr. Foley. In addition to receiving prolonged beatings, he underwent mock executions and was repeatedly waterboarded.

Meant to simulate drowning, the procedure can cause the victim to pass out. When one of the prisoners was hauled out, the others were relieved if he came back bloodied.

"It was when there was no blood," a former cellmate said, "that we knew he had suffered something even worse."

As the negotiations dragged on, conditions became increasingly grim.

During one extended stretch, the hostages received the equivalent of a teacup of food per day.

They spent weeks in darkness. In one basement, their only illumination was the finger of sunlight that stretched under their locked door. After dusk, they could not see anything, spilling food on themselves until their guards eventually gave them a flashlight.

Most of the locations had no mattresses and few blankets. Some of the prisoners took discarded pants, tied one end and filled the trouser legs with rags to create makeshift pillows.

Case 1:17-cv-01969-CCC-AV    Document 27-2    Filed 02/01/19    Page 590 of 760

The prisoners turned on one another. Fights broke out.

Mr. Foley shared his meager rations. In the cold of the Syrian winter, he offered another prisoner his only blanket.

Nearly two dozen Western hostages held together in a 215-square-foot cell in Syria made a chess set from discarded pieces of paper.  Glenna Gordon for The New York Times

He kept the others entertained, proposing games and activities like Risk, a board game that involves moving imaginary armies across a map: another favorite pastime in the Foley family. The hostages made a chess set out of discarded paper. They re-enacted movies, retelling them scene by scene. And they arranged for members of the group to give lectures on topics they knew well.

**Execution Deadlines**

This spring, the hostages were moved from below the hospital in Aleppo to Raqqa, the capital of the Islamic State's self-declared caliphate. They were incarcerated in a building outside an oil installation, where they were again divided by sex.

By March, the militants had concluded the negotiations for the three Spanish journalists.

When the first deliveries of cash arrived, the guards discovered that some of the bills were damaged. They complained to the remaining hostages that their governments did not even have the decency to send crisp notes.

By April, nearly half of the captives had been freed. There had been no progress, however, on the ransom demands the jihadists had made for their American and British hostages.

During the triage phase, the guards identified the single Russian hostage, a man known to the others as Sergey, as the least marketable commodity.

Identified in the Russian news media as Sergey Gorbunov, he was last seen in a video released in October 2013. Stuttering, he said that if Moscow failed to meet the kidnappers' demands, he would be killed.

Sometime this spring, the masked men came for him.

They dragged the terrified prisoner outside and shot him. They filmed his body. Then they returned to show the footage to the surviving hostages.

"This," they said, "is what will happen to you if your government doesn't pay."

**Goodbyes**

Mr. Foley watched as his cellmates were released in roughly two-week increments.

The New York Times                    MIDDLE EAST The New York Times

As the number of people in the 20-square-meter cell in Raqqa grew smaller, it was hard to stay hopeful. Yet Mr. Foley, who had campaigned for President Obama, continued to believe his government would come to his rescue, said his family, who learned this from recently freed hostages.

On May 27, the few remaining hostages were reminded that different passports spelled different fates.

Those who had been taken together were, in most cases, released together. Not so for the Italian and British aid workers for the Agency for Technical Cooperation and Development, a small French organization, who were grabbed less than a mile from the Turkish border after returning from a refugee camp where they had gone to deliver tents.

In late May, the Italian, Federico Motka, was told he could go, according to a fellow captive, allegedly after Italy paid a ransom. (The Italian government denied the claim.) But his co-worker, Mr. Haines, was left chained inside. Mr. Haines was beheaded in September after being forced to read a script blaming the British government for his death.

Many European hostages were released after their countries paid ransoms. Among them were Javier Espinosa of Spain, left, reunited with his son; and Edouard Elias, Didier François, Nicolas Hénin and Pierre Torres of France, center. Jejoen Bontinck of Belgium, right, joined the Islamic State but later ran afoul of the group.
Left, Paco Campos/Reuters; center, Gonzalo Fuentes/Reuters; right, Virginia Mayo/Associated Press

By June, the cellblock that had once held at least 23 people had been reduced to just seven. Four of them were Americans, and three were British — all citizens of countries whose governments had refused to pay ransoms.

In an article recently published in an official Islamic State magazine, the jihadists described the American-led airstrikes that began in August as the nail in those hostages' coffins.

At the same time, they laid out the role European and American ransom policies had played in their decision to kill Mr. Foley.

"As the American government was dragging its feet, reluctant to save James's life," they wrote in the magazine, Dabiq, "negotiations were made by the governments of a number of European prisoners, which resulted in the release of a dozen of their prisoners after the demands of the Islamic State were met."

Fifteen hostages were freed from March to June for ransoms averaging more than two million euros, the former captives and those close to them said.

Among the last to go was a Danish photojournalist, Daniel Rye Ottosen, 25, released in June after his family cobbled together a multimillion-euro ransom, three people briefed on the negotiation said. He was one of several departing hostages who managed to smuggle out letters from his cellmates.

"I am obviously pretty scared to die," Mr. Kassig wrote in a letter recently published by his family. "The hardest part is not knowing — hoping, and wondering if I should even hope at all."

Mr. Foley seemed to sense the end was near. In his letter, amid expressions of love, he slipped in a sentence instructing his family on how to disburse the money in his bank account.

In August, when the militants came for him, they made him slip on a pair of plastic sandals. They drove him to a bare hill outside

Raqqa. They made him kneel. He looked straight into the camera his expression defiant. Then they slit his throat.

Two weeks later, a similar video surfaced on YouTube showing Mr. Sotloff's death. In September, the militants uploaded Mr. Haines's execution. In October, they killed Mr. Henning. Only three from the original group of 23 remain: two Americans, Mr. Kassig and a woman who has not been identified, as well as a Briton, Mr. Cantlie.

The militants have announced they will kill Mr. Kassig next.

Across Europe, those who had survived gasped when they saw the footage of their cellmate's death: The cheap, beige-colored plastic flip-flops splayed next to Mr. Foley's body were the same pair the prisoners had shared.

They had all worn those sandals to the bathroom.

Those who survived had walked in the same shoes as those who did not.

*Correction: October 25, 2014*
*An earlier version of a picture caption with this article misspelled the given name of a British aid worker who was beheaded. He is David Cawthorne Haines, not Davis.*

Glenna Gordon contributed reporting from Paris, Madrid and Copenhagen; Eric Schmitt from Washington; and Karam Shoumali from Istanbul. Jack Begg, Sheelagh McNeill and Alain Delaquérière contributed research.

A version of this article appears in print on Oct. 26, 2014, on Page A1 of the New York edition with the headline: The Horror Before the Beheadings

READ 999 COMMENTS

## *Jury being picked in murder-dismemberment case*

Associated Press State & Local

October 27, 2014 Monday 6:32 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 132 words

**Dateline:** STROUDSBURG, Pa.

## Body

STROUDSBURG, Pa. (AP) - Jury selection has begun for the trial of an eastern Pennsylvania man accused of having killed and dismembered a woman whose remains were left along two interstates six years ago.

Monroe County prosecutors allege that 40-year-old Charles Ray Hicks of Tobyhanna tortured and killed 36-year-old Deanna Null in January 2008. Her remains were found in trash bags along Interstates 80 and 380 in the Stroudsburg area, 70 miles north of Philadelphia.

Prosecutors said the victim's severed hands were found hidden inside a wall in Hicks' home. They plan to seek the death penalty if he is convicted of first-degree murder.

Authorities say Hicks told investigators that he gave the victim drugs in exchange for sex but didn't harm her, saying she died of an accidental drug overdose.

**Load-Date:** October 28, 2014

**End of Document**

## *Jury selection begins in dismemberment case*

The Citizen's Voice & Sunday Voice

October 27, 2014 Monday

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2014 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 301 words

**Byline:** Terrie Morgan-Besecker

# Body

Jury selection is scheduled to begin today in Monroe County court for the long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008.

Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first degree murder for the death of Deanna Null.

Parts of Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Hicks as a suspect after learning Null, a prostitute, was last seen with him. He was charged in March 2008 after authorities searched his Coolbaugh Township home and found her severed hands hidden inside a wall.

Hicks allegedly admitted having a drug-fueled, sexual relationship with Null, 36.

He has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not denied dismembering her body, according to court filings.

The case was originally set to go to trial in September 2011, but it was delayed after the Monroe County District Attorney's office twice appealed then-President Judge Ronald Vican's ruling that precluded them from calling several witnesses - all prostitutes - who claimed Hicks threatened or assaulted them. Such testimony is permitted to show a defendant had a pattern of behavior similar to the crime that is charged.

Vican precluded authorities from calling four of seven women they planned to call, saying their testimony would be repetitive and would unduly prejudice Hicks' defense. The state Superior Court upheld Vican's ruling. Prosecutors then appealed to the state Supreme Court, which in June overturned the lower court rulings.

Jury selection is expected to last about a week. Opening statements and testimony in the trial are scheduled to begin Nov. 5 before Judge Margherita Worthington.

*tbesecker@timesshamrock.com*

Jury selection begins in dismemberment case

## Notes

PUBLISHER: Times-Shamrock Communications

## Graphic

Hicks Null

**Load-Date:** October 27, 2014

End of Document

## *Jury Selection Begins For Gruesome 2008 Murder*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

October 27, 2014 Monday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 351 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — Jury selection began Monday for a death penalty case in the Poconos.

Charles Hicks of Tobyhanna allegedly murdered Deanna Null in January of 2008 and then scattered parts of her body along two interstates.

It's a case that's been stuck in the court system for more than six years, and now a jury is being selected to finally hear the case prosecutors have against Hicks.

It was January of 2008 when state police first started investigating a gruesome murder. A woman's body parts were found scattered along Interstates 80 and 380 in Monroe County. The highways were shut down while troopers and cadaver dogs gathered evidence.

State police say Charles Hicks is responsible. He allegedly killed Deanna Null, dismembered her body, and left her body parts in garbage bags on Interstates 80 and 380.

The case against Hicks has taken more than six years to get to trial.

In earlier hearings, testimony revealed that Hicks told troopers he was the last person to see Null alive and that he had sex and did drugs with her several times in January, 2008.

Hicks remained quiet as he was escorted to a Monroe County courtroom for the jury selection process.

In 2008, investigators found all of Deanna Null's body parts along the roadside, scattered like trash, except for her hands.

Those were severed and found wrapped in newspaper and stuffed inside a wall at Hick's rental home in Tobyhanna.

Years ago former coworkers of the alleged killer told Newswatch 16 they were in disbelief.

One of them, Armando Martinez, said the accused killer sat across from him at work.

"I remember the girl's body parts being found. I seriously can't believe it's Charles," Martinez said in 2008.

Hicks' landlord Amy Mercado was also distraught when the case originally broke.

"This is very scary and this is just a tragedy and how do you put this into words?"

If convicted of first degree murder, Hicks faces the death penalty, or life in prison without parole.

Jury Selection Begins For Gruesome 2008 Murder

Jury selection is expected to last all week because each potential juror will be sworn in and questioned.

Opening statements are scheduled to begin November 5.

**Load-Date:** October 28, 2014

End of Document

## *Jury selection begins in homicide/dismemberment case*

The Times-Tribune (Scranton, Pennsylvania)

October 27, 2014 Monday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 337 words

**Byline:** Terrie Morgan-Besecker, The Times-Tribune, Scranton, Pa.

## Body

Oct. 27--Jury selection is scheduled to begin today in Monroe County court for the long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008.

Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null.

Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Mr. Hicks as a suspect after learning Ms. Null, a prostitute, was last seen with him. He was charged in March 2008 after authorities searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall.

Mr. Hicks allegedly admitted having a drug-fueled, sexual relationship with Ms. Null, 36.

He has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not denied dismembering her body, according to court filings.

The case was originally set to go to trial in September 2011, but it was delayed after the Monroe County District Attorney's office twice appealed then-President Judge Ronald Vican's ruling that precluded them from calling several witnesses -- all prostitutes -- who claimed Mr. Hicks threatened or assaulted them. Such testimony is permitted to show a defendant had a pattern of behavior similar to the crime that is charged.

Judge Vican precluded authorities from calling four of seven women they planned to call, saying their testimony would be repetitive and would unduly prejudice Mr. Hicks' defense. The state Superior Court upheld Judge Vican's ruling. Prosecutors then appealed to the state Supreme Court, which in June overturned the lower court rulings.

Jury selection is expected to last about a week. Opening statements and testimony in the trial are scheduled to begin Nov. 5 before Judge Margherita Worthington.

Contact the writer: *tbesecker@timesshamrock.com*

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** October 27, 2014

Jury being picked in Coolbaugh murder/dismemberment case - Gate House      Page 1 of 1

>

Print Page

By Andrew Scott
Pocono Record Writer

October 27. 2014 2:41PM

## Jury being picked in Coolbaugh murder/dismemberment case

Jury selection began Monday and the trial is scheduled to start next week in the murder/dismemberment case of Charles Hicks, 40, of Tobyhanna.

Hicks is charged with murdering and dismembering Deanna Null, 36, formerly of Williamsport, and leaving Null's body parts in trash bags scattered along interstates 80 and 380 in Monroe County. The prosecution is seeking the death penalty against Hicks if he's convicted.

Null was last seen in January 2008 in Scranton, getting into a vehicle matching the description of Hicks' vehicle, according to information gathered by police. Hicks told police he gave Null drugs in exchange for sex, but that he didn't kill her, according to preliminary hearing testimony.

On Jan. 29, 2008, a human head, arms, legs and torso, all later identified as Null's, were found in separate trash bags scattered along interstates 80 and 380. The investigation led to Hicks, who was charged in March 2008 after severed hands identified as Null's were found wrapped in old newspaper in his home.

Police said they found Hicks has a history, stretching back to 2001, of assaulting women, some of whom may or may not testify at trial.

Because this is a murder case in which the prosecution is seeking the death penalty upon conviction, the jury selection process takes longer.

A pool of several hundred potential jurors is broken into groups and each potential juror in each group is questioned individually, as opposed to as a group, until one final group of 12 regular and four alternate jurors is chosen. Each person is asked specific questions to determine whether or not he/she can be a fair, impartial juror in this particular case.

A capital murder trial, in which the death penalty is being sought, has two phases. A defendant convicted during the trial phase then goes to the penalty phase, where the jury determines if he/she should be sentenced to execution or life in prison without parole.

Hicks is charged with murder, aggravated assault, tampering with/fabricating physical evidence and abusing a corpse. He may still avoid trial by pleading guilty or "no contest," the latter of which means a defendant decides to no longer fight the charges while not admitting guilt.

Hicks remains in Monroe County Correctional Facility without bail, since murder is a non-bailable offense.

http://www.poconorecord.com/article/20141027/NEWS/141029468

Print Page

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 600 of 760

## POCONO RECORD

# Suspected state police killer Frein caught near abandoned airpark

**By Staff and wire reports**
Posted Oct 30, 2014 at 6:42 PM
Updated Oct 31, 2014 at 12:16 AM

The exhaustive search for suspected cop killer Eric Frein, which shone the world's spotlight on the Poconos, ended peacefully Thursday night.

Frein, 31, of Canadensis, the only suspect in the Sept. 12 ambush of the state police barracks in Blooming Grove, was captured in an abandoned airport hangar in Pocono Township, about nine miles from the primary search area in Canadensis and 23 miles from the Blooming Grove shooting scene.

At a press conference at the Blooming Grove Municipal Building late Thursday night, state police gave some details into the capturing of Frein.

Pike County District Attorney Ray Tonkin said at the press conference that he would seek the death penalty for Frein, who will face several charges, including first degree murder and homicide of a law enforcement official, both of which are capital offenses.

Tonkin said Frein will either be arraigned tonight in Pike County or some time on Friday, saying it would definitely be done by Friday.

Frein is accused of shooting two state troopers outside the barracks in Blooming Grove late on Sept. 12. Cpl. Bryon Dickson was killed, leaving behind a wife and two young children, and Trooper Alex Douglass was seriously wounded. Douglass is still recovering.

Frein is alive and was captured by the U.S. Marshal Service at the Birchwood-Pocono Airpark, near Cherry Lane Road.

State Police Commissioner Frank Noonan said the Marshals were searching near the hangar when they thought they saw someone who looked like Frein. Noonan said the Marshals called out to Frein to lay down on the ground and he did. Noonan said Frein had no chance to get back to the hangar and he did not have a weapon on his person.

Frein is charged with first-degree murder and various other offenses, including two counts of possession of weapons of mass destruction filed after police discovered pipe bombs at a campsite believed to have been used by Frein.

Frein's capture ended weeks of intense searching by a 1,000-strong force of local, state and federal law enforcement. The search area covered wide swaths northern Monroe County and southern Pike County.

Residents of those areas were overjoyed at the news after weeks of living in anxiety.

Barrett Township, which had cancelled trick-or-treat, declared it back on for tonight.

The Mountainhome Diner was a regular dining spot for law enforcement and media during the massive manhunt that lasted 50 days.

Diner owner Jimmy Katsigiannis said Thursday night that he was happy that Frein was taken into custody without any one else getting hurt.

"I'm happy for them," he said. "It's been bad for them, they can't go home to their families."

At the Pourhouse Bar in Mountainhome, workers described a crowded scene. "We're happy it's finally over. Everybody's extremely excited," Kelly Maly, a waitress at the Pourhouse, said.

The Frein search crippled the Barrett area during autumn season, disrupting school, business and tourism. Pocono Mountain School District was closed for a total of five days.

Using dogs, thermal imaging technology and other tools, law enforcement officials combed miles of forest as they hunted for Frein, whom they called an experienced survivalist at home in the woods.

He was named to the FBI's 10 Most Wanted List on Sept. 18.

Case 1:17-cv-01969-CCC-AV    Document 27-2    Filed 02/01/19    Page 602 of 760

Police pursued countless tips and closed in on an area around Frein's parents' home in Canadensis in late September after he used his cellphone to try contacting them, and the signal was traced to a location about three miles away. At times, police ordered nearby residents to stay inside or prevented them from returning home.

As they tracked Frein, police found several items they believed he left in the woods. Two pipe bombs found at a campsite believed to have been used by Frein led police to ban hunting in Price, Barrett and Paradise townships in Monroe County, and Blooming Grove, Porter, Lehman and Greene townships in Pike County on Oct. 1.

On Oct. 8, they revealed that they discovered a journal, allegedly kept by Frein and found in a bag of trash at a hastily abandoned campsite, that offered a chilling account of the ambush and his subsequent escape into the woods. The journal's author described Dickson as falling "still and quiet" after being shot twice.

Police spotted a man they believed to be Frein at several points during the manhunt, but it was always from a distance, with the rugged terrain allowing him to keep them at bay. Police said he appeared to be treating the manhunt as a game.

On Friday, Oct. 17, a possible sighting near the Pocono Mountain East High School touched of a massive search in that area. Because of safety concerns, Pocono Mountain closed schools then on Tuesday, Oct. 20, the last time the district was closed during the search. It had been closed for four days earlier in the search.

According to state police, Frein allegedly held anti-law enforcement views for many years and expressed them both online and to people who knew him. But the source of his alleged vendetta remains unclear. His criminal record appears limited to a decade-old misdemeanor case involving items stolen from a World War II re-enactors event in upstate New York, for which he spent 109 days in jail.

Police found a U.S. Army manual called "Sniper Training and Employment" in the suspect's bedroom at his parents' house, and his father, a retired Army major, told authorities that his son is an excellent marksman who "doesn't miss," according to a police affidavit. Authorities believe he had been planning a confrontation with police for years, citing information they found on a computer used by Frein.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 603 of 760

Frein belonged to a military re-enactor's group, playing the part of a Serbian soldier. He had a small role in a 2007 movie about a concentration camp survivor and helped with props and historical references on a documentary about World War I.

His 18-year-old sister, Tiffany Frein, earlier acknowledged that her brother "did something messed up" but told NBC News that he is "not a psycho."

At his funeral, Dickson was called a devoted husband and father and "impeccable" ex-Marine who took his work seriously but also enjoyed making wooden toys for his young sons and finding humor in everyday situations. Trooper Alex Douglass was shot in the pelvis and critically injured in the ambush, which took place during a late-night shift change.

Douglass remained hospitalized until Oct. 16, when he was discharged to a rehabilitation facility.

The state police barracks at Blooming Grove was reopened on Oct. 10.

"If you attack troopers, and a civilized society, the Pennsylvania State Police will bring you to justice. Eric Frein is a coward," the Pennsylvania State Troopers Association said in a statement. "Cpl. Bryon K. Dickson II and Trooper Alex T. Douglass are true heroes."

## Week In Review, Oct. 26-Nov. 1, 2014

The Times-Tribune (Scranton, Pennsylvania)

November 2, 2014 Sunday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 1258 words

**Byline:** Staff Report

# Body

LOCAL Frein captured, to face death penalty After weeks of scouring a large swath of rough terrain and thickly wooded forest, authorities captured accused cop killer Eric Matthew Frein by surprise Thursday night in an open field not far from an airplane hangar where he had been hiding. U.S. marshals captured Mr. Frein, 31, of 308 Seneca Lane, Canadensis, at the abandoned Birchwood-Pocono Airpark in Pocono Twp., Monroe County. Mr. Frein had been wanted since Sept. 12, when police allege he opened fire on the Blooming Grove state police barracks from the woods across the street, killing Cpl. Bryon K. Dickson II and critically wounding Trooper Alex T. Douglass.

"When they approached it (the hangar), they saw an individual that they thought was Eric Frein, and they ordered him to surrender, to get down on his knees and raise his hands, which is what he did," state police Commissioner Frank Noonan said at a press conference late Thursday night. Massive gas plant planned in Jessup Jessup may soon be home to one of the state's largest natural gas power plants. Chicago-based Invenergy LLC plans to place its Lackawanna Energy Center on 80 acres bounded by Valley View Drive and Sunnyside Road. Construction is set for June and should be finished by 2017, a company spokeswoman said. Body-parts trial gets underway Jury selection was scheduled to begin last week in Monroe County court for the long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008. Charles Ray Hicks, 40, faces a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null. Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Mr. Hicks was charged in March of that year after authorities said they found Ms. Null's severed hands inside the wall of Mr. Hicks' Coolbaugh Twp. home. ATVs may threaten Superfund cleanup State environmental regulators missed two years of required sampling of the Lackawanna Refuse site, a former hazardous waste site in Old Forge and Ransom Twp., though the results they submitted this year show no reason for concern. But trespassers could eventually pose a risk by riding all-terrain vehicles over native grasses planted to keep a protective cap over the site from eroding away. Commuter tax ruling appealed Scranton filed legal notice last week that the city will appeal a county court's rejection of an Act 205 commuter tax. Wednesday was the deadline for an appeal to be filed, and the city did so to preserve its appeal rights, said city solicitor Jason Shrive. However, if Gov. Tom Corbett signs into law revisions to Act 47 that would require the city to impose an Act 205 wage tax on both residents and commuters, the city would withdraw the appeal. The commuter tax, which had been set to take effect Oct. 1, was struck down Sept. 29 by Senior Judge John Braxton of Philadelphia. Scranton had sought the levy to shore up the city's distressed pension system. Officials: Airport right to kill bears When a helicopter pilot spotted a family of black bears on the grounds of the Wilkes-Barre/Scranton International Airport last week, officials said staff had no choice but to remove the potential threat. Airport staff shot dead a 275-pound sow bear and her three 2-year-old cubs on Oct. 20 after the bears burrowed their way under a perimeter fence. When asked if nonlethal ways to handle such an incursion existed, game commission officials said the airport does not have the ability, training or equipment to tranquilize an animal as large as a black bear. Kane recovering after car crash Attorney General Kathleen G. Kane suffered a concussion

Week In Review, Oct. 26-Nov. 1, 2014

in a car crash in Dunmore after a member of her security detail struck a parked car, a spokeswoman said. The crash happened Oct. 21, but The Times-Tribune requested information Friday after learning about the incident. Dunmore Police Chief Sal Marchese said there was "no particular reason" for not issuing a press release regarding the incident. Ms. Kane's driver took his eyes off the road to retrieve an iPad that had fallen to the floor when he sideswiped a parked Jeep. While the initial police report said Ms. Kane was wearing her seat belt, a spokeswoman said she was not and has asked for the report to be corrected. STATE Porn email scandal fells justice A state Supreme Court justice caught up in a government pornographic email scandal stepped down Monday after nearly seven years on the state's highest court. The Judicial Conduct Board said it would drop its investigation of Justice Seamus McCaffery on a number of matters because the most serious sanctions possible were his removal from office and prohibition against him holding future judicial office, which Justice McCaffery has promised not to seek. Justice McCaffery's retirement followed disclosure that he had sent or received 234 emails of sexually explicit content or pornography from late 2008 to May 2012 and an accusation by a fellow justice that Justice McCaffery had tried to coerce him into taking his side against Chief Justice Ronald D. Castille. NATION Twin tragedies in private spaceflight Two tragedies hit the private spaceflight industry last week: An unmanned commercial supply rocket bound for the International Space Station exploded six seconds after launch, and Virgin Galactic's SpaceShipTwo broke up over the Mojave Desert during flight, killing one pilot and seriously injuring a second. The supply rocket, an Orbital Sciences Antares, erupted in a massive fireball above the launchpad on the DelMarVa peninsula Tuesday night. No one was injured. U.S. not ready for Ebola virus The U.S. health care system is so unprepared and short on resources to deal with the deadly Ebola virus that even small clusters of cases could overwhelm parts of the system, according to an Associated Press review of readiness at hospitals and other components of the emergency medical network. Experts agree that a widespread nationwide outbreak is extremely unlikely, but they concur it is impossible to predict with certainty, since previous Ebola epidemics have been confined to remote areas of Africa. Questions to make a sailor blush Shocked and offended by explicit questions, some U.S. servicemen and women are complaining about a new sexual-assault survey that hundreds of thousands have been asked to complete. The survey is conducted every two years. But this year's version, developed by the Rand Corp., is unusually detailed, including graphically personal questions on sexual acts. The Defense Department said it made the survey more explicit this year in order to get more accurate results as the military struggles to reduce its sexual assaults while also encouraging victims to come forward to help. WORLD Burkina Faso changes hands After violent protests that included the torching of Parliament in Ouagadougou, the country's 27-year president, Blaise Compaore, stepped down Friday. The revolt fomented from Mr. Compaore's attempt to change the nation's constitution to allow him to run again in elections next year. Gen. Honore Nabere Traore announced Friday he had taken over until elections can be held. Kidnapped girls married off With a malevolent laugh, Nigeria's Islamic extremist leader told the world that more than 200 kidnapped schoolgirls have converted to Islam and have been married off, dashing hopes for their freedom. Abubakar Shekau denied agreeing to a cease-fire and threatened to kill an unidentified German hostage. — STAFF AND WIRE REPORTS

**Load-Date:** November 4, 2014

# *BRIEF: Murder trial to start Wednesday*

The Times-Tribune (Scranton, Pennsylvania)

November 3, 2014 Monday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 181 words

**Byline:** The Times-Tribune, Scranton, Pa.

## Body

Nov. 03--STROUDSBURG -- The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is scheduled to start Wednesday at 9 a.m. in the Monroe County Courthouse.

Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null.

Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Mr. Hicks as a suspect after learning Ms. Null was last seen with him. He was charged in March 2008, after authorities searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall.

Mr. Hicks allegedly admitted having a drug-fueled, sexual relationship with the 36-year-old woman, but he has maintained his innocence regarding her death, claiming it was caused by a drug overdose. He has not denied dismembering her body, according to court filings.

-- PETER CAMERON

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 4, 2014

End of Document

## *BRIEF: Murder trial to start Wednesday*

The Times-Tribune (Scranton, Pennsylvania)

November 4, 2014 Tuesday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 181 words

**Byline:** The Times-Tribune, Scranton, Pa.

# Body

Nov. 04--STROUDSBURG -- The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is scheduled to start Wednesday at 9 a.m. in the Monroe County Courthouse.

Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null.

Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Mr. Hicks as a suspect after learning Ms. Null was last seen with him. He was charged in March 2008, after authorities searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall.

Mr. Hicks allegedly admitted having a drug-fueled sexual relationship with the 36-year-old woman, but he has maintained his innocence regarding her death, claiming it was caused by a drug overdose. He has not denied dismembering her body, according to court filings.

-- PETER CAMERON

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 4, 2014

End of Document

# *Murder Trial To Start Wednesday*

The Times-Tribune (Scranton, Pennsylvania)

November 4, 2014 Tuesday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 155 words

**Byline:** Staff Report

## Body

STROUDSBURG — The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is scheduled to start Wednesday at 9 a.m. in the Monroe County Courthouse. Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null. Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Mr. Hicks as a suspect after learning Ms. Null was last seen with him. He was charged in March 2008, after authorities searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall. Mr. Hicks allegedly admitted having a drug-fueled sexual relationship with the 36-year-old woman, but he has maintained his innocence regarding her death, claiming it was caused by a drug overdose. He has not denied dismembering her body, according to court filings. — PETER CAMERON

**Load-Date:** November 4, 2014

End of Document

Murder/dismemberment trial to begin Wednesday - Gate House          Page 1 of 1

>

By Peter Cameron
The Times-Tribune
November 04, 2014 1:15PM

Print Page

## Murder/dismemberment trial to begin Wednesday

The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is scheduled to start at 9 a.m. Wednesday in the Monroe County Courthouse.



Charles Ray Hicks, 40, is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null.

Parts of Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Hicks as a suspect after learning Null was last seen with him. He was charged in March 2008, after authorities searched his Coolbaugh Township home and found her severed hands hidden inside a wall.

Hicks allegedly admitted having a drug-fueled sexual relationship with the 36-year-old woman, but he has maintained his innocence regarding her death, claiming it was caused by a drug overdose. He has not denied dismembering her body, according to court filings.

Charles Hicks

http://www.poconorecord.com/article/20141104/NEWS/141109776

Print Page

## *Body Parts Trial Begins In Monroe County*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 5, 2014 Wednesday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 541 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — A gruesome murder trial is now underway in the Poconos.

Prosecutors are trying to prove that a man from Tobyhanna murdered and then dismembered a woman from Scranton more than six years ago.

The woman's body was found in pieces along two interstate highways in the Poconos.

Now Charles Hicks of Tobyhanna is finally in court facing charges for the murder and dismemberment of Deanna Null.

"He threw her body parts out of his car. He did not kill her." – Charles Hicks' defense attorney

Both the prosecution and defense began detailing the gory and gruesome details.

"Mr. Hicks, how do you feel after waiting more than six years for this trial?"

"No comment," Hicks replied.

Alleged murderer Charles Hicks of Tobyhanna walked into court in Monroe County as prosecutors began to build their case against him.

It was January of 2008 when PennDOT workers in the Poconos came upon body parts in a black trash bag along Interstate 380 in the Poconos.

Prosecutors said in their opening, "initially they thought it was some kind of meat. They opened it up and saw two feet in a bag and part of a left calf."

Prosecutors are arguing that Hicks murdered and dismembered Deanna Null of Scranton.

Her remains were found in eight different locations along Interstate 80 and Interstate 380 in the Poconos.

Hicks said Null was a woman he had sex with for drugs and money.

Jurors began looking at photos and evidence of those severed body parts, graphic photos the defendant watched as well, seemingly unfazed.

First assistant district attorney Michael Mancuso said the body parts were, "all frozen, some of the parts looked like they were washed. It was almost if the person who did this didn't mind the parts being found."

Body Parts Trial Begins In Monroe County

Hicks' defense attorney admitted his client did, indeed, dismember Null, but is not responsible for one important detail.

"I'm going to tell you Mr. Hicks put her hands in the wall. He threw her body parts out of his car. He did not kill her."

Hick's attorney alleges Null had overdosed on alcohol and cocaine. Both were found in her system. The defense alleges that's what killed Null.

Prosecutors called a key state police investigator as one of their first witnesses. The trooper described for the jury the first black trash bag found on Interstate 380.

"A piece of the left calf was sticking out. You can see where it was severed. To me it looked like a relatively clean cut," Pennsylvania State Police Corporal Joey Radziewicz testified.

Investigators went through each of the eight locations where body parts were found. They showed images of the severed legs, torso, head, and internal organs that were found scattered like trash.

Animals had begun to eat parts of her flesh.

The only body parts not found on the highway were her hands which were later found in the investigation in the walls of Hicks' rental home in Tobyhanna.

Both the defense and prosecution agree that this is now a case a jury has the extremely difficult task of listening to over the course of the next couple of weeks.

Testimony is expected to last up to two weeks.

The prosecution began calling witnesses and already covered a significant amount of the evidence.

If convicted of murder, Hicks faces possible life in prison or the death penalty.

**Load-Date:** November 6, 2014

---

**End of Document**

## *BRIEF: Opening statements begin for trial of man charged in 2008 dismemberment, murder*

The Times-Tribune (Scranton, Pennsylvania)

November 5, 2014 Wednesday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 210 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

# Body

Nov. 05--STROUDSBURG -- Deanna Null's severed head was left on the side of the road. Most of the rest of her body was found in pieces along the same road, Interstate 380, in or near Coolbaugh Twp in January 2008.

The trial for the man, Charles Ray Hicks, whom prosecutors say killed her, began Monday in the Monroe County.

"The most important part of this case is the cause of death," Monroe County Assistant Public Defender Jason Labar told the jury in his opening arguments.

Mr. Hicks is accused first- and third-degree murder, tampering with evidence and dismembering a corpse. Her hands were found hidden in a wall in his house.

The defendant does not deny that he cut the victim into pieces and dropped those pieces along I-380. But he says he did not kill her, as the prosecution argues. She died of a drug overdose, Mr. Hicks maintains.

Escorted back into the courtroom by sheriff's deputies and wearing a dark suit and tie with a magenta shirt, Mr. Hicks had little to say to reporters.

"No comment," he said with a faint smile on his face while several TV cameras were pointed at him. "No comment at this time."

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 6, 2014

End of Document

Gruesome photos shown on Day 1 of murder/dismemberment trial - Gate ...       Page 1 of 1

By ANDREW SCOTT
Pocono Record Writer
November 05. 2014 8:06PM

Print Page

## Gruesome photos shown on Day 1 of murder/dismemberment trial

Those in the courtroom had been warned in advance about the grisly pictures taken of a Scranton mother's dismembered remains, which were found dumped in drawstring trash bags scattered along interstates 380 and 80 one morning in January 2008.

Yet, despite the warning, the five male and 11 female jurors barely could contain their horror behind neutral facades when viewing a projected slide show of these pictures Wednesday, the first day of trial for Charles Hicks Jr., 40, of Tobyhanna.

Hicks is charged with murdering Deanna Null, 36, and dismembering and dumping her body parts in trash bags along two of Monroe County's major highways.

Defense attorneys say Hicks admits to dismembering and dumping Null's body parts, but not to killing her. The defense suggests Hicks and Null were doing drugs when she fatally overdosed and that Hicks, instead of reporting her death to the authorities, got rid of her body because he feared getting caught with drugs.

Pennsylvania Department of Transportation workers were out on I-380 in Coolbaugh Township on the morning of Jan. 29, 2008, preparing to treat the road in anticipation of icy conditions, when they discovered two of the trash bags containing Null's body parts, according to testimony.

PennDOT employee Harold Empett said he and fellow employees found a crow pecking on part of a human calf sticking out of one bag in the snow-covered median between north- and southbound lanes, near milepost 4.1. A pair of human feet were found with the calf in that bag.

PennDOT employee Carlton Bennett said he spotted what turned out to be a human head, which animals had ripped completely out of another bag, on the snowy berm just south of the Route 423 ramp onto I-380 southbound. Animals had gnawed at one of the eyes.

PennDOT workers contacted state police after making the gruesome discoveries. State police responded and searched I-380 and I-80. More body parts, including an upper torso, legs and arms without hands, were found in other bags in various locations along both highways in Coolbaugh and Pocono townships and Stroudsburg Borough.

On I-380 in Lackawanna County, north of the Monroe County line, a bag containing a lower torso was found.

Like other bags, this one had been ripped open and the intestines from the lower torso had spilled out, police said. The bag appeared to have possibly been run over and dragged along the road by a vehicle, causing pieces of intestine and skin tissue to be spread along a distance.

All of the body parts were found frozen due to the cold and appeared to have been severed with a saw and knife, said police. All, except the head and lower torso, were found with little blood on them and all were found with no clothes or other personal belongings with them in the bags or nearby.

When cross-examined by the defense Wednesday, police did say they likewise found no rope or anything else that would have been used to bind the victim. This supports the defense's view that Null's death was not at Hicks' hands.

Bruises were found on some of the body parts during an autopsy at Lehigh Valley Hospital the next day, according to the pictures shown in court. Forensic testing later done on the remains showed the victim's heart was still beating when she was beaten about the head and when her head was then severed from her body, police said.

As First Assistant District Attorney Mike Mancuso presented the pictures, Null's visibly upset family sat silently in the seats on one side of the courtroom, behind the prosecution.

In front on the other side of the courtroom, Hicks sat just as silently between defense attorneys Jason LaBar and Robin Spishock, occasionally glancing at the pictures. Dressed in a suit, he seemed calm.

After the dismembered remains were discovered, police publicized a physical description of the body through the news media, asking for anyone who knew a missing person fitting that description to contact them.

Two days later, on Jan. 31, Null's mother contacted police, saying she believed it was Null.

Police interviewed Null's family, who told them about the troubled life which at one point had led to her serving state prison time in 2005. That's why Null's children had to live with her mother in Williamsport, the family told police.

Police used Null's prison dental records, along with other forensic and DNA evidence, to identify the dismembered body as hers. The condition of her teeth indicated regular drug use and toxicology tests showed alcohol and cocaine in her system at the time of her death.

The family was notified and then told police about Null's friends and acquaintances. When interviewed, these people told police they last saw Null in Scranton on Jan. 18, 2008, 10 days prior to her remains being found.

They told police she got into a blue car, driven by a male, with a white license plate and front driver-side doughnut. They said she was going to "party" with the male in Coolbaugh Township).

Complications caused the investigation to hit a temporary dead end until a March 4, 2008, phone call from a relative of one of Hicks' neighbors put police on the path to Hicks' home and work addresses. Police found and followed Hicks and his car, took pictures of both and showed those pictures to Null's Scranton friends, who positively identified him as the male with whom they had last seen him driving off.

Police obtained a search warrant, then met with Hicks on March 5, 2008, as he was leaving work and had him go to the state police barracks in Swiftwater to be questioned.

Hicks denied knowing anything about Null's death, but police found work boots with blood on them in his car trunk.

After a search of his home, which took three days, police on March 8 also found severed hands, later identified as Null's, in Hicks' bath tub plumbing area. The hands had been placed in detergent and wrapped in pages from a Scranton Times newspaper edition dated Feb. 4 (six days after Null's remains were found) inside Ziploc baggies and socks.

In addition, trash bags police found in the attic matched those in which Null's remains had been found. Police then arrested Hicks on charges of murder, abusing a corpse and


Charles Hicks is escorted to the courtroom during his trial at the Monroe County Courthouse on Wednesday. (Keith R. Stevenson/Pocono Record)

Trial begins for Tobyhanna man accused of killing, dismembering Scranto...    Page 1 of 1

>

By Andrew Scott
Pocono Record Writer

November 05. 2014 12:51PM

Print Page

## Trial begins for Tobyhanna man accused of killing, dismembering Scranton woman

The trial began this morning for Charles Hicks, 40, of Tobyhanna, who's charged with murdering and dismembering a Scranton mother and leaving her body parts scattered in trash bags dumped along Interstates 80 and 380 in Monroe County in January 2008.

Witnesses in Scranton said they last saw Deanna Null, 36, getting into a car driven by a man later identified as Hicks, according to the prosecution.

The body parts later found by state Department of Transportation workers were identified as Null's.

Forensic testing done on the remains showed alcohol and cocaine in her system at the time of death. Testing also showed her heart was still beating when she was beaten about the head and her head then severed from her body, the prosecution said.

The investigation led to police identifying Hicks as a suspect, at which point his house was searched. Authorities found wrapped, severed hands later identified as Null's.



Anthony Hicks is escorted to the courtroom during his trial at the Monroe County Courthouse on Wednesday. (Keith R. Stevenson/Pocono Record)

Defense attorneys said Hicks did not kill Null, but did use drugs with her. They suggested she fatally overdosed and that he then disposed of her body, instead of reporting her death to the authorities, because he didn't want to get in trouble for drugs.

A jury of five men and 11 women will have to decide after the next two weeks if Hicks is guilty of murder and, if so, whether he should get death or life in prison without parole.

Testifying this morning were two PennDOT workers, who were the first ones to find some of the body parts, and a state police investigator.

Testimony continues this afternoon.

http://www.poconorecord.com/article/20141105/NEWS/141109708

Print Page

## *Trial Begins For Man Charged In 2008 Dismemberment, Murder*

The Times-Tribune (Scranton, Pennsylvania)

November 5, 2014 Wednesday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 152 words

**Byline:** Peter Cameron

# Body

STROUDSBURG — The long-delayed trial of a man charged with killing and dismembering a Scranton woman in 2008 is underway in the Monroe County Courthouse.

The trial of Charles Ray Hicks, 40, who is facing a possible death sentence if he's convicted of first-degree murder for the death of Deanna Null, began at 9 a.m.

 Parts of Ms. Null's body were found inside garbage bags strewn along two highways in the Poconos on Jan. 29, 2008. Police identified Mr. Hicks as a suspect after learning Ms. Null was last seen with him. He was charged in March 2008, after authorities searched his Coolbaugh Twp. home and found her severed hands hidden inside a wall.

 Mr. Hicks allegedly admitted having a drug-fueled sexual relationship with the 36-year-old woman, but he has maintained his innocence regarding her death, claiming it was caused by a drug overdose. He has not denied dismembering her body, according to court filings.

**Load-Date:** November 6, 2014

End of Document

## *Trial opens in 2008 murder-dismemberment case*

Associated Press State & Local

November 5, 2014 Wednesday 8:50 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 138 words

**Dateline:** STROUDSBURG, Pa.

# Body

STROUDSBURG, Pa. (AP) - Trial has begun in eastern Pennsylvania for a man accused of having killed and dismembered a woman whose remains were left along two interstates six years ago.

Monroe County prosecutors allege that 40-year-old Charles Ray Hicks of Tobyhanna tortured and killed 36-year-old Deanna Null in January 2008.

Authorities said her remains were found in trash bags along Interstates 80 and 380 in the Stroudsburg area, 70 miles north of Philadelphia, and her severed hands were hidden in Hicks' home. Jurors were warned Wednesday that they would be shown graphic images.

Prosecutors plan to seek capital punishment if Hicks is convicted of first-degree murder.

Authorities say Hicks told investigators that he gave the victim drugs in exchange for sex but didn't harm her, saying she died of an accidental drug overdose.

**Load-Date:** November 6, 2014

---

**End of Document**

Evidence of murder presented during Day 2 of Tobyhanna man's trial - Gat...   Page 1 of 2

»

By Andrew Scott
Pocono Record Writer
November 06, 2014 1:28PM

[ Print Page ]

## Evidence of murder presented during Day 2 of Tobyhanna man's trial

Did a Tobyhanna man fatally beat and strangle a Scranton woman who was then dismembered and left scattered in separate trash bags along Monroe County highways in early 2008?

Or did she die from something else, such as a drug overdose?

Attorneys representing Charles Hicks Jr., 40, say he admits to dismembering Deanna Null, 36, and dumping her body parts, but that he denies killing Null. The defense suggests Null may have fatally overdosed when doing drugs with Hicks and that Hicks, not wanting authorities to find him with the drugs, disposed of her body instead of reporting her death.



Anthony Hicks is escorted to the courtroom during his trial at the Monroe County Courthouse on Wednesday, October 5, 2014.(Keith R. Stevenson/Pocono Record)

An investigation led to Hicks being charged with Null's murder after Pennsylvania Department of Transportation workers discovered the trash bags containing her body parts on Jan. 29, 2008.

The prosecution on Thursday, the second day of Hicks' trial, presented the findings of an autopsy conducted on Null's remains by forensic pathologist Sarah Funke, who's now retired due to medical issues and unable to testify at this trial. Funke in her report stated the cause of death as "homicidal violence," as evidenced by bruises, abrasions and contusions found on the remains, but said she was open to other causes of death should further testing be done.

Forensic pathologist Wayne Ross testified Thursday to conducting that further testing and concurring with Funke's finding of homicidal violence.

Ross said he found on Null's face and head a total of 17 traumatic injuries (each caused by a separate blow) he believes are "ante-mortem (pre-death)," inflicted on Null while she was still alive. These injuries to her eyes, nose bridge, cheeks, lips and scalp appeared to have been inflicted by a long, cylindrical object such as a pipe or crowbar.

Ross found more of such injuries on Null's upper torso and said most of these appeared to have been caused by kicking or stomping.

Ross believes Null also was strangled. This is evidenced by her face being purple, a sign of oxygen having been cut off to that part of the body.

**Strangulation evidence**

The defense in cross-examination asked if her face being purple could have been caused by her body being stored somewhere in an upside down position, causing the blood to travel downward to her face. Ross said this is unlikely.

Further indication of strangulation is evidence of bleeding in the neck's hyoid bone area, he said. This bleeding occurs when blood vessels become constricted by something squeezing them, such as someone else's hands clamped around the person's throat, forcing the blood to pop out of the vessels into surrounding tissue.

Null was still alive when receiving these injuries and when her head was severed from her body, Ross said.

"Bruises, abrasions and contusions are dark in color because they're a sign of blood being pumped by the heart to clot in those injured areas as part of the healing/repair process," Ross said. "When the person is dead, the heart is no longer pumping blood, which means blood can no longer travel to an injured area to start clotting.

"Ms. Null's bruises and the area around the edge of her severed neck were dark with the presence of blood," he said. "This means her heart was still pumping blood to those areas when they were being impacted, even though the trauma to her severed neck was obviously too great to heal from. In contrast, the areas around the edges of her other severed limbs were not dark with the presence of blood. That's because her heart was no longer pumping blood to those limbs when they were being severed."

The defense cross-examined Ross about what it views as discrepancies between his and Funke's findings.

The defense asked why, for example, Ross used the term, "blunt force trauma," in his report when Funke had not used that term anywhere in hers. Ross said Funke had noted the presence of bruises, abrasions and contusions, which all evidence blunt force trauma.

The defense also asked why the word, "strangulation," appears nowhere in Funke's report. Ross pointed to Funke noting the presence bleeding in the hyoid bone area as one of the signs of strangulation.

Since the defense suggests a history of drug use or a drug overdose as the possible cause of Null's death, Ross stressed that's not evidenced in this case, but said drugs can be a contributing factor of death in other cases where circumstances may differ.

**History of violence**

To show a history of Hicks' violence against women, the prosecution called recovering drug addict Kim Alston of Hampton, Va., to testify.

Alston said it was in 2006 that she met Hicks through a friend in Virginia, where she was living at the time. She said she, her friend and Hicks went to Hicks' home one day and did drugs there.

Alston said her friend then left to go meet someone else, leaving her alone in the house with Hicks. She said she told Hicks he owed her money after she had given him about $200 worth of drugs earlier.

Hicks got angry and told her to shut up, Alston said. When she tried leaving, he told her she wasn't going anywhere and then took a handgun from his closet and placed it on his bed.

Alston said Hicks then grabbed her by the neck and choked her into unconsciousness. He said she regained consciousness and that he then threw her onto the bed and again choked her into unconsciousness.

Alston said she came to the second time to find herself lying nude on her back on Hicks' bed.

She said Hicks was likewise nude on top of her, with a crack pipe stem in his mouth, trying to have sex with her. She said he threatened her, with the pocket knife from her purse, into giving him oral sex.

She said she tried talking to him to calm him down, but that he kept telling her to shut up. When he eventually let her up from the bed and she asked him to let her leave, he refused
to give back her clothes, telling her to leave in the nude, she said.

Bullock said Null, who a fourth witness testified was homeless and prostituting herself to survive at the time, sometimes stayed at his house when she needed a place to stay. He said Null sometimes did cocaine with him when they were together at his house, but that she was really more of a drinker.

Bullock said Null, on the last night he saw her alive, brought Hicks to Bullock's house and introduced Hicks as her friend.

Bullock said the two left after about two hours and that Hicks later returned alone to Bullock's house. He said Hicks didn't tell him where Null was at the time, but that he noticed nothing out of the ordinary about Hicks.

## *Opening Statements Begin For Trial Of Man Charged In 2008 Dismemberment, Murder*

The Times-Tribune (Scranton, Pennsylvania)

November 6, 2014 Thursday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 420 words

**Byline:** Peter Cameron, STAFF WRITER

# Body

STROUDSBURG — Pennsylvania Department of Transportation plow drivers made a grisly discovery on Jan. 29, 2008 — a black garbage bag containing human remains on the side of Interstate 380 in Coolbaugh Twp.

Several miles down the road, plow drivers found more remains, later identified as 36-year-old Deanna Null. Charles Ray Hicks, 40, is charged with killing her, dismembering her body and strewing her remains in eight places along I-380 and Interstate 80.

Details of the gruesome discovery punctuated the start of Mr. Hicks' trial Wednesday at the Monroe County Courthouse. State police troopers later discovered the victim's hands hidden in the walls of Mr. Hicks' Coolbaugh Twp. home, wrapped in a Times-Tribune newspaper, socks and zippered plastic baggies filled with detergent, First Assistant District Attorney Michael Mancuso told the jury in his opening statements.

Mr. Hicks is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse.

"The most important part of this case is the cause of death," Mr. Hicks' lawyer and a Monroe County Assistant Public Defender Jason LaBar fired back in his own opening arguments.

The defendant does not deny that he cut the victim into pieces and chucked them along the side of the highway. But he says he did not kill her, as the prosecution argues. She died of a drug overdose, Mr. Hicks maintains.

He told police he had a drug-fueled sexual relationship with the victim, and twice paid her in drugs and money for sexual acts. Tests after her death detected cocaine and alcohol in her system.

But Mr. Mancuso told the jury they would be hearing from coming expert witnesses how Ms. Null suffered injuries before her death, and perhaps most disturbingly, that she had been alive during her decapitation.

The defendant has been arrested multiple times for violent crimes before this incident, and the trial's delay was due to a long legal fight over whether his past relationships with seven prostitutes would be allowed into the courtroom.

In June, the state Supreme Court finally settled the matter, ruling prosecutors could call all seven women — who claim Mr. Hicks abused them — to testify.

Escorted back into the courtroom by sheriff's deputies after a break Wednesday, Mr. Hicks, wearing a dark jacket and tie with a magenta shirt, had little to say to reporters.

"No comment," he said with several TV cameras pointed at his face. "No comment at this time."

## *Trial opens in 2008 murder-dismemberment case*

Legal Monitor Worldwide

November 6, 2014 Thursday

Copyright 2014 Legal Monitor Worldwide Provided by Syndigate Media Inc. *(Syndigate.info)* All Rights Reserved



**Length:** 139 words

# Body

Trial has begun in eastern Pennsylvania for a man accused of having killed and dismembered a woman whose remains were left along two interstates six years ago.

Monroe County prosecutors allege that 40-year-old Charles Ray Hicks of Tobyhanna tortured and killed 36-year-old Deanna Null in January 2008.

Authorities said her remains were found in trash bags along Interstates 80 and 380 in the Stroudsburg area, 70 miles north of Philadelphia, and her severed hands were hidden in Hicks' home. Jurors were warned Wednesday that they would be shown graphic images.

Prosecutors plan to seek capital punishment if Hicks is convicted of first-degree murder.

Authorities say Hicks told investigators that he gave the victim drugs in exchange for sex but didn't harm her, saying she died of an accidental drug overdose. 2014 Legal Monitor Worldwide.

**Load-Date:** November 6, 2014

End of Document

## *Testimony In Hicks Trial Focuses On Victim's Injuries*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 6, 2014 Thursday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 89 words

**Byline:** Dan Ratchford

# Body

STROUDSBURG — There was more gruesome testimony on Thursday in Monroe County at the trial of a man accused of killing a woman and scattering her body parts along two interstate highways.

A forensic pathologist testified that he believes Deanna Null of Scranton was still alive when Charles Hicks hit her head 17 times and strangled her.

Hicks' attorney argues that an overdose of alcohol and drugs is what killed Null.

Testimony in the trial began on Wednesday.

If convicted of murder, the man from Tobyhanna could face the death penalty.

**Load-Date:** November 7, 2014

End of Document

## *BRIEF: Former prostitutes testify against accused murderer*

The Times-Tribune (Scranton, Pennsylvania)

November 7, 2014 Friday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 176 words

**Byline:** The Times-Tribune, Scranton, Pa.

## Body

Nov. 07--STROUDSBURG -- Two former prostitutes testified against a man accused of murdering and dismembering another prostitute in the third day of his trial Friday.

The women, both from Texas, told the jury that the defendant, Charles Ray Hicks, 131 Prospect St., Coolbaugh Twp., had been physically abusive to them, Monroe County Detective Wendy Serfass said by phone.

Mr. Hicks, 40, is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse for killing Deanna Null, 36, in January 2008, then dismembering her body.

Mr. Hicks does not deny dismembering Ms. Null, but denies killing her. The defense maintains that her cause of death cannot be determined based on forensics.

State Police Trooper John Corrigan also testified about finding Ms. Null's hands inside a wall in Mr. Hicks' home.

Detective Serfass said she expects the prosecution to rest Monday.

-- PETER CAMERON

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 8, 2014

End of Document

## *BRIEF: Pathologist testifies at trial for man accused of killing Scranton woman*

The Times-Tribune (Scranton, Pennsylvania)

November 7, 2014 Friday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 171 words

**Byline:** The Times-Tribune, Scranton, Pa.

# Body

Nov. 07--STROUDSBURG -- A forensic pathologist testified on the second day of a trial for a man accused of killing and dismembering a Scranton woman in January 2008.

Charles Ray Hicks, 40, is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse. Prosecutors say he killed and dismembered 36-year-old Deanna Null, who was found in garbage bags strewn along Interstate 380 and 80 on Jan. 29, 2008.

The pathologist called to the stand Thursday said the cause of death was homicidal violence, with evidence of strangulation and blunt force trauma contributing to the cause of death, according to Mr. Hicks' attorney, assistant public defender Jason LaBar.

The defense maintains that Ms. Null's cause of death cannot be determined based on forensics, Mr. LaBar added in an email Thursday. The trial is expected to continue today.

-- STAFF WRITER

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 7, 2014

End of Document

Defendant's former landlady testifies in murder/dismemberment trial - Gat...    Page 1 of 1

>

Print Page

By Andrew Scott
Pocono Record Writer
November 07. 2014 12:49PM

## Defendant's former landlady testifies in murder/dismemberment trial

The third day of the trial of Charles Hicks Jr. of Tobyhanna, who's charged with murdering and dismembering a woman, so far has included testimony from Hicks' former landlady.

Amy Mercado said Hicks was a tenant in the Route 423 (Prospect Street) rental she and her then-husband owned in 2008, when murder victim Deanna Null's severed hands were found there. Null's body parts were discovered in separate trash bags dumped along interstates 380 and 80 in Monroe County after she had been last seen getting into a car driven by a man believed to be Hicks in Scranton.



Anthony Hicks is escorted to the courtroom during his trial at the Monroe County Courthouse on Wednesday, October 5, 2014.(Keith R. Stevenson/Pocono Record)

Mercado testified this morning that Hicks moved into the rental in January 2008, days prior to Null's body parts being found in the trash bags. She said Hicks made odd remarks when being shown around the property, such as asking if any dead bodies were buried on a certain part of the property and joking with her that he wasn't a serial killer.

Mercado said she was cleaning the house in preparation for Hicks moving in, after he had verbally agreed to become a tenant, when she noticed a foul odor in one part of the house. She thought a mouse had died in the walls and dismissed the odor, which later turned out to be the concealed severed hands of Null.

Also testifying this morning were two more women who said Hicks had physically assaulted them in the past, prior to him meeting Null. A third woman had testified Thursday to being assaulted by Hicks.

The judge instructed the jury to regard the testimony, if believed, as supporting the prosecution's argument of Null's death not being accidental.

Testimony continues this afternoon.

http://www.poconorecord.com/article/20141107/NEWS/141109562

Print Page

### *Gruesome photos shown on Day 1 of murder/dismemberment trial*

Pocono Record, Stroudsburg, Pa.

November 7, 2014 Friday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 1163 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

## Body

Nov. 07--Those in the courtroom had been warned in advance about the grisly pictures taken of a Scranton mother's dismembered remains, which were found dumped in drawstring trash bags scattered along interstates 380 and 80 one morning in January 2008.

Yet, despite the warning, the five male and 11 female jurors could barely contain their horror behind neutral facades when viewing a projected slide show of these pictures Wednesday, the first day of trial for Charles Hicks Jr., 40, of Tobyhanna.

Hicks is charged with murdering Deanna Null, 36, and dismembering and dumping her body parts in trash bags along two of Monroe County's major highways.

Defense attorneys say Hicks admits to dismembering and dumping Null's body parts, but not to killing her. The defense suggests Hicks and Null were doing drugs when she fatally overdosed and that Hicks, instead of reporting her death to the authorities, got rid of her body because he feared getting caught with drugs.

Pennsylvania Department of Transportation workers were out on I-380 in Coolbaugh Township on the morning of Jan. 29, 2008, preparing to treat the road in anticipation of icy conditions, when they discovered two of the trash bags containing Null's body parts, according to testimony.

PennDOT employee Harold Empett said he and fellow employees found a crow pecking on part of a human calf sticking out of one bag in the snow-covered median between north- and southbound lanes, near milepost 4.1. A pair of human feet were found with the calf in that bag.

PennDOT employee Carlton Bennett said he spotted what turned out to be a human head, which animals had ripped completely out of another bag, on the snowy berm just south of the Route 423 ramp onto I-380 southbound. Animals had gnawed at one of the eyes.

PennDOT workers contacted state police after making the gruesome discoveries. State police responded and searched I-380 and I-80. More body parts, including an upper torso, legs and arms without hands, were found in other bags in various locations along both highways in Coolbaugh and Pocono townships and Stroudsburg Borough.

On I-380 in Lackawanna County, north of the Monroe County line, a bag containing a lower torso was found.

Gruesome photos shown on Day 1 of murder/dismemberment trial

Like other bags, this one had been ripped open and the intestines from the lower torso had spilled out, police said. The bag appeared to have possibly been run over and dragged along the road by a vehicle, causing pieces of intestine and skin tissue to be spread along a distance.

All of the body parts were found frozen due to the cold and appeared to have been severed with a saw and knife, said police. All, except the head and lower torso, were found with little blood on them and all were found with no clothes or other personal belongings with them in the bags or nearby.

When cross-examined by the defense Wednesday, police did say they likewise found no rope or anything else that would have been used to bind the victim. This supports the defense's view that Null's death was not at Hicks' hands.

Bruises were found on some of the body parts during an autopsy at Lehigh Valley Hospital the next day, according to the pictures shown in court. Forensic testing later done on the remains showed the victim's heart was still beating when she was beaten about the head and when her head was then severed from her body, police said.

As First Assistant District Attorney Mike Mancuso presented the pictures, Null's visibly upset family sat silently in the seats on one side of the courtroom, behind the prosecution.

In front on the other side of the courtroom, Hicks sat just as silently between defense attorneys Jason LaBar and Robin Spishock, occasionally glancing at the pictures. Dressed in a suit, he seemed calm.

After the dismembered remains were discovered, police publicized a physical description of the body through the news media, asking for anyone who knew a missing person fitting that description to contact them.

Two days later, on Jan. 31, Null's mother contacted police, saying she believed it was Null.

Police interviewed Null's family, who told them about the troubled life which at one point had led to her serving state prison time in 2005. That's why Null's children had to live with her mother in Williamsport, the family told police.

Police used Null's prison dental records, along with other forensic and DNA evidence, to identify the dismembered body as hers. The condition of her teeth indicated regular drug use and toxicology tests showed alcohol and cocaine in her system at the time of her death.

The family was notified and then told police about Null's friends and acquaintances. When interviewed, these people told police they last saw Null in Scranton on Jan. 18, 2008, 10 days prior to her remains being found.

They told police she got into a blue car, driven by a male, with a white license plate and front driver-side doughnut. They said she was going to "party" with the male in (Coolbaugh Township).

Complications caused the investigation to hit a temporary dead end until a March 4, 2008, phone call from a relative of one of Hicks' neighbors put police on the path to Hicks' home and work addresses. Police found and followed Hicks and his car, took pictures of both and showed those pictures to Null's Scranton friends, who positively identified him as the male with whom they had last seen her driving off.

Police obtained a search warrant, then met with Hicks on March 5, 2008, as he was leaving work and had him go to the state police barracks in Swiftwater to be questioned.

Hicks denied knowing anything about Null's death, but police found work boots with blood on them in his car trunk.

After a search of his home, which took three days, police on March 8 also found severed hands, later identified as Null's, in Hicks' bath tub plumbing area. The hands had been placed in detergent and wrapped in pages from a Scranton Times newspaper edition dated Feb. 4 (six days after Null's remains were found) inside Ziploc baggies and socks.

Gruesome photos shown on Day 1 of murder/dismemberment trial

In addition, trash bags police found in the attic matched those in which Null's remains had been found. Police then arrested Hicks on charges of murder, abusing a corpse and tampering with physical evidence.

The trial is expected to last two or more weeks, with the prosecution seeking the death penalty if Hicks is convicted.

While the prosecution expects to elicit expert witness testimony showing Hicks murdered Null, the defense expects to elicit similar testimony leaving doubt and showing Null's death could have been caused by a drug overdose. However, the prosecution, in order to show Hicks' history of alleged physical assaults against women, may call some of those women to testify.

In the end, if the jury does convict Hicks of murder in this case, it must then decide whether he should be sentenced to death or life in prison without parole.

____   (c)2014 Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at _http://www.poconorecord.com_/ Distributed by MCT Information Services

**Load-Date:** November 8, 2014

---

End of Document

## *Pathologist Testifies At Trial For Man Accused Of Killing Scranton Woman*

The Times-Tribune (Scranton, Pennsylvania)

November 7, 2014 Friday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 145 words

**Byline:** Staff Report

# Body

STROUDSBURG — A forensic pathologist testified on the second day of a trial for a man accused of killing and dismembering a Scranton woman in January 2008.

Charles Ray Hicks, 40, is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse. Prosecutors say he killed and dismembered 36-year-old Deanna Null, who was found in garbage bags strewn along Interstate 380 and 80 on Jan. 29, 2008.

The pathologist called to the stand Thursday said the cause of death was homicidal violence, with evidence of strangulation and blunt force trauma contributing to the cause of death, according to Mr. Hicks' attorney, assistant public defender Jason LaBar.

The defense maintains that Ms. Null's cause of death cannot be determined based on forensics, Mr. LaBar added in an email Thursday. The trial is expected to continue today.

— STAFF WRITER

**Load-Date:** November 7, 2014

End of Document

## *BRIEF: Former prostitutes testify against accused murderer*

The Times-Tribune (Scranton, Pennsylvania)

November 8, 2014 Saturday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 157 words

**Byline:** The Times-Tribune, Scranton, Pa.

## Body

Nov. 08--STROUDSBURG -- Two former prostitutes testified against a man accused of murdering and dismembering another prostitute in the third day of his trial Friday.

The women, both from Texas, told the jury that the defendant, Charles Ray Hicks, 131 Prospect St., Coolbaugh Twp., had been physically abusive to them, Monroe County Detective Wendy Serfass said by phone.

Mr. Hicks, 40, is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse for killing Deanna Null, 36, in January 2008, then dismembering her body.

Mr. Hicks does not deny dismembering Ms. Null, but denies killing her. The defense maintains that her cause of death cannot be determined based on forensics.

Detective Serfass said she expects the prosecution to rest Monday.

-- PETER CAMERON

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 8, 2014

End of Document

## *Authorities considered dropping death penalty in Hicks case*

The Citizen's Voice & Sunday Voice

November 20, 2014 Thursday

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2014 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 667 words

**Byline:** Terrie Morgan-Besecker

# Body

The Monroe County District Attorney's Office considered dropping the death penalty against Charles Ray Hicks in exchange for information on murders he's suspect of committing in Texas, but he failed to provide sufficient information to seal the deal, a county detective said.

Detective Wendy Serfass on Wednesday said Hicks is a suspect in the unsolved homicides of several women in the area of Fort Worth, Texas. Following his conviction last week for the murder of Deanna Null of Scranton, prosecutors said they would consider dropping efforts to secure a death sentence for Null's murder if he provided information on the Texas cases.

Hicks met with an official with the Texas Rangers on Monday and admitted to killing five women. Prosecutors decided not to withdraw the death penalty, however, because he did not live up to the agreement that had been reached, Serfass said.

"There was an offer made that, if he disclosed what happened in our case here and provided information - he's been a suspect in Texas for some time - then there would be talk of removing the death penalty from the cases," Serfass said. "He didn't give complete information and believable information."

Serfass said she could not discuss what information Hicks did and did not provide, but it "did not satisfy the agreement" he made with prosecutors.

Hicks, 40, of Coolbaugh Township, lived in Burleson, Texas, prior to moving to Pennsylvania. A Monroe County jury on Friday found him guilty of first-degree murder and several other offenses for the 2008 death and dismemberment of Null, 36.

Prosecutors said Hicks severely beat Null, then began dismembering her body while she was still alive. The crime was discovered after parts of Null's body were found in garbage bags strewn along Interstates 80 and 380 in Monroe and Lackawanna counties.

The death penalty phase, which is separate from the trial, began Monday. Jurors had the option to sentence Hicks to life without parole or death. They deliberated for nearly seven hours Tuesday before returning the death sentence.

Authorities considered dropping death penalty in Hicks case

Serfass did not reveal the identity of the women in Texas that Hicks is suspected of killing.

Sgt. Lonny Haschel, a spokesman for the Texas Department of Public Safety, confirmed the Texas Rangers are working with authorities in the Dallas/ Fort Worth area to investigate Hicks' statements. He said the investigation is ongoing.

Daniel Segura, spokesman for the Fort Worth Police Department, said a member of the department's cold case unit plans to meet with authorities who interviewed Hicks to gather more details. No further information was available Wednesday.

Hicks' attorney, Monroe County Public Defender Jason Labar, did not return a phone message Wednesday seeking comment. Monroe County District Attorney David Christine and First Assistant District Attorney Michael Mancuso,who prosecuted the case, also did not return phone messages.

Whether or not Texas authorities will be able to use the information Hicks provided to prosecute him there will be dependent upon the specific details of the agreement he reached, said attorney Al Flora Jr., former Luzerne County chief public defender. Flora has handled numerous death penalty cases.

Flora, who is not involved in the Hicks case, said he suspects Hicks gave a "proffer," a statement in which a defendant offers certain information on a crime in exchange for some sort of consideration from prosecutors.

"It may be he provided information that did not rise to the level the prosecution expected. If he breached the terms of the agreement, the district attorney can take it off the table," Flora said.

If there is a dispute over whether or not Hicks breached the deal, that issue could be raised on appeal of his death sentence, Flora said.

"If there was a dispute if he breached the agreement or not, the lawyer could raise a challenge and ask the court to enforce the terms of the agreement," he said. "The court would have to hold a hearing, take evidence and make a ruling."

*tbesecker@timesshamrock.com*

# Notes

PUBLISHER: Times-Shamrock Communications

**Load-Date:** November 20, 2014

End of Document

## *Jury Listens To Alleged Murderer's Interrogation*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 10, 2014 Monday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 339 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — Prosecutors in Monroe County have rested their case in a gruesome murder trial.

Charles Hicks of Tobyhanna is accused of murdering and dismembering Deanna Null of Scranton in 2008, and then scattering her body along two highways.

The prosecution rested late Monday afternoon after calling more than 25 witnesses in the case against Charles Hicks.

On Monday there was more testimony from experts and investigators, and for the first time, jurors were able to hear from Hicks himself.

Charles Hicks of Tobyhanna entered the main courtroom of the Monroe Country Courthouse on the fourth day of testimony at his murder trial.

The prosecution has called more than 25 witnesses, including a state police investigator who told jurors about evidence found in Hicks' car that links him to victim Deanna Null.

During the search that took place a couple months after Null's body was found in 2008, troopers took work boots from the back of Hicks' car.

Forensic teams were able to detect dried blood on the bottom of his boots.

They say that blood matched Null's DNA.

Forensic analysts also looked at hairs found in Hicks' home in Tobyhanna. Hairs gathered from a scrub brush and a basement stair also belonged to Null according to DNA testing.

Investigators in the case painted a picture for jurors about the first time they interviewed Hicks about the death of the victim.

Troopers said Hicks appeared "calm, relaxed, didn't seem overly nervous."

Part of that first interview was recorded on an audio tape.

In court, jurors listened to Hicks tell the story himself. He explained how he met Null in January of 2008, had sex with her twice, knowing she was a prostitute, and also did crack cocaine with her.

But when investigators asked him if he murdered Null, Hicks denied it.

Jury Listens To Alleged Murderer's Interrogation

Court will reconvene again on Wednesday, after the Veterans Day holiday.

The defense is expected to call forensic experts to the stand first.

Hicks' attorney says their client wants to take the stand in his own defense but they are advising him not to do so.

**Load-Date:** November 11, 2014

End of Document

## *Prosecution rests its case against Hicks*

Pocono Record, Stroudsburg, Pa.

November 11, 2014 Tuesday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 1273 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

# Body

Nov. 11--On the day he was charged with murdering and dismembering a woman whose body parts were scattered in trash bags along Monroe County highways, a Tobyhanna man projected an air ranging from "matter-of-fact" to "cocky."

That was the testimony of Trooper Robert Sebastianelli, the lead state police investigator on the case, on Monday, the fourth day of the trial of Charles Hicks Jr.

Hicks, 40, is charged in the January 2008 death of Deanna Null, 36, the first of whose body parts were discovered Jan. 29, 2008, by Pennsylvania Department of Transportation workers on Interstate 380 in Coolbaugh Township. More body parts were found along Interstate 80, in and north of Stroudsburg Borough.

The defense says Null may have died from something else, like an overdose, since she and Hicks were doing drugs together. The defense says Hicks, not wanting to be caught with drugs, disposed of Null's body instead of reporting her death.

A 30-plus-minute interview with Hicks, audio-taped by state police more than a month after Null's body parts were found and identified and shortly after Hicks became the prime suspect, was played in court Monday.

Sounding relaxed during that taped interview, Hicks told police he arrived in the Poconos on Dec. 31, 2007, and that he started working as an electronics technician at Tobyhanna Army Depot three days later. He said he lived at area motels and in his car prior to Jan. 23, when he started renting a Prospect Street (Route 423) property, near I-380.

Trooper Craig Vanlouvender, the other lead state police investigator on the case, said under defense cross-examination that neither he nor Sebastianelli had made a timeline of Hicks' movements leading up to Null's body parts being found, but that another investigator had done a report on Hicks' life.

Hicks told police he first met Null, whom he came to know as a homeless prostitute who drank and used drugs, when he visited Scranton during the weekend of Jan. 5, 2008, looking for a "party" and "girls."

Hicks said he visited Scranton on all four weekends that January, twice to see Null to pay her drugs and money in exchange for sex and twice to seek drugs for himself. He said she was never violent toward or stole from him when high on drugs and that he was never violent toward her, though he did admit to having tools including a utility knife and small hacksaw with a disposable blade.

Prosecution rests its case against Hicks

After Null's body parts were found and identified as hers, police traced her steps to Scranton. There, witnesses told police they had last seen her as late as Jan. 25, 2008, when she left in a car driven by a male later believed to be Hicks.

During the taped Mach 7, 2008, interview, Hicks said he never brought Null to the Poconos and that he didn't kill or dismember her. When asked why he hadn't come forward earlier after hearing news about her body parts being found, he said he was scared after hearing something about her possibly having to testify against someone at a criminal trial.

When police asked if they were going to find any evidence of Null having been in either his car or home, which were both being searched while he was being interviewed, Hicks said, "You shouldn't find anything."

Police found what was later identified as Null's dried blood, according to state police forensic crime lab scientists who testified, on Hicks' work boots in his car trunk and more dried blood on the front passenger seat cushion. Hicks later said he "didn't have an answer" for this and that he didn't know who had owned previously owned the boots, police testified.

In Hicks' basement, police found human hairs, some of which were from a human head, on a basement step, on a scrub brush from his tool bag and in the bottom of the bag itself. The hairs, some of which were attached to pieces of human skin, were later identified as Null's, according to forensic expert testimony.

In Hicks' attic, police found empty black plastic trash bags with blue drawstrings, exactly like the ones Null's body parts had been found in.

Police immediately went to the area motel where Hicks was staying, since he wasn't allowed back into his home during the search, and confronted him about the trash bags in his attic. He claimed to know nothing about those bags and, when police suggested he accompany them again to the barracks to discuss the matter, told them he wouldn't talk to them again without "calling someone first," Sebastianelli said.

A further search of Hicks' home turned up what were later identified as Null's severed hands, which had been wrapped in old newspaper, zip-loc plastic bags and large socks filled with detergent and concealed in a bath tub plumbing area behind an adjoining bedroom closet wall. This finally provided what police needed to charge Hicks with Null's murder.

"We returned to the motel and told him he was under arrest for murder," Sebastianelli said. "He asked, 'Of who?' We said, 'Deanna Null.' He said, 'OK.'"

Police meanwhile had interviewed Hicks' new girlfriend at the time, who "couldn't find a negative thing to say about him" and said the couple had been sexually intimate many times in the weeks since they had first met, Vanlouvender said. She also said she hadn't known about Null's death or the severed hands found in Hicks' home.

Hicks at his preliminary arraignment told news reporters he had not known Null prior to her death, which contradicts what he told police, said Sebastianelli.

Sebastianelli testified to what Hicks told investigators while being transported from his preliminary arraignment to Monroe County Correctional Facility to await his preliminary hearing.

"He just started talking to us without us having said anything to him," Sebastianelli said. "He asked what we had found in his house. Since he had told us he wouldn't talk to us any further without a lawyer, we told him what we had found was detailed in (his copy of the police criminal complaint and affidavit) and he could read it for himself. He said, 'If it's in these papers, you can tell me.'

"We told him we had found Deanna Null's hands," Sebastianelli said. "Then, in a cocky manner, he asked, 'But you didn't find a lot of blood, did you?' We told him we found evidence.

Prosecution rests its case against Hicks

"He said, again in a cocky manner, 'It's obvious someone killed her and dismembered her,'" Sebastianelli testified. "We said, 'Yeah, you did.' Then, he said, 'Have you ever had to fight for your life? I have. Twice. But I'm not a killer. If (Null) fought me, I'd be scratched up, wouldn't I?' We said not if he had sneaked up behind her and knocked her out. He was quiet for a bit, then said he would talk to his lawyer and then tell us why the severed hands were in the house."

Sebastianelli under defense cross-examination said he is aware of minor drug offense convictions and assault arrests, but no assault convictions, on Hicks' prior record.

Sebastianelli was the last of 27 witnesses the prosecution called prior to resting its case Monday. The defense plans to present its case Wednesday, calling two forensic pathologists to testify about what else may have caused Null's death besides violence at Hicks' hands.

It remains to be seen if Hicks himself will testify. Defense attorney Jason LaBar said Hicks wants to do so, though LaBar has advised him against it.

Defendants are free to follow or not follow their attorneys' advice. The judge instructs the jury not to regard the defendant exercising his/her right not to testify as evidence against the defendant.

The jury could begin deliberating by Friday.

___   (c)2014 Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at _http://www.poconorecord.com_/ Distributed by MCT Information Services

**Load-Date:** November 12, 2014

---

End of Document

## *Defense Takes Over in Hicks Trial*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 12, 2014 Wednesday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 66 words

**Byline:** Bill Michlowski

## Body

STROUDSBURG — The defense took over in Monroe County in the trial for a man accused of killing a woman and scattering her body parts.

Charles Hicks of Tobyhanna is charged with the murder of Deanna Null of Scranton back in 2008.

Two forensic pathologists took the stand on Wednesday.

It's still not clear if Hicks will testify in his own defense.

The jury could get the case by the end of the week.

**Load-Date:** November 13, 2014

End of Document

Scranton woman's injuries inflicted after death, expert testifies during mur...    Page 1 of 1

>

Print Page

By Andrew Scott
Pocono Record Writer
November 12, 2014 11:49AM

### Scranton woman's injuries inflicted after death, expert testifies during murder trial

As the trial continued this morning for a Tobyhanna man charged with murdering and dismembering a woman and then dumping her remains, a defense expert witness testified the woman's injuries were inflicted after her death and not by homicidal violence.

A forensic pathologist who is not board-certified said injuries inflicted upon Deanna Null, 36, of Scranton, came not at the hands of Charles Hicks, but more likely from Null being dragged across the floor after her death.

The defense says Null was doing drugs with Hicks and more likely died of an overdose. The defense says Hicks, not wanting to be caught with the drugs, disposed of Null's body instead of reporting her death.

Testimony will continue into the afternoon.



Anthony Hicks is escorted to the courtroom during his trial at the Monroe County Courthouse on Wednesday, October 5, 2014.(Keith R. Stevenson/Pocono Record)

As the trial continued this morning for a Tobyhanna man charged with murdering and dismembering a woman and dumping her remains, a defense expert witness testified the woman's injuries were inflicted after her death and not by homicidal violence.
A forensic pathologist who's not board-certified said injuries on Deanna Null, 36, of Scranton, came not at the hands of Charles Hicks, but more likely from Null being dragged across the floor after her death.
The defense says Null was doing drugs with Hicks and more likely died from an overdose. The defense says Hicks, not wanting to be caught with drugs, disposed of Null's body instead of reporting her death.
Testimony will continue into the afternoon.

http://www.poconorecord.com/article/20141112/NEWS/141119821

Print Page

Defense rests; jury to soon decide Hicks' fate - Gate House          Page 1 of 1



>

By Andrew Scott
Pocono Record Writer
November 13, 2014 4:12PM

[ Print Page ]

## Defense rests; jury to soon decide Hicks' fate

After prosecution and defense closing arguments today, the jury will begin deliberating to decide if a Tobyhanna man killed a Scranton woman or if she died from an alcohol-cocaine mixture in her system before being dismembered.

Six days of testimony concluded Thursday in the trial of Charles Hicks Jr., 40, who's charged with murdering and dismembering Deanna Null, 36. Twenty-seven prosecution witnesses and two defense witnesses testified, although Hicks himself didn't take the stand.


Charles Hicks Jr.

According to Hicks' defense, he and Null were taking drugs together when she died -- not at his hands but possibly from the alcohol and cocaine she ingested.

Not wanting to get caught with drugs, Hicks dismembered Null and dumped her remains in trash bags along interstates 380 and 80 in Monroe County, instead of reporting Null's death, according to his defense. Pennsylvania Department of Transportation workers discovered the remains on the morning of Jan. 29, 2008.

A former Texas resident, Hicks moved to the Poconos at the end of 2007 and lived in area motels and out of his car prior to late January 2008, when he began renting a Route 423 (Prospect Street) property near Interstate 380 in Tobyhanna, according to state police. He was working as an electronics technician at Tobyhanna Army Depot when he met Null, whom witnesses recalled as a homeless prostitute who drank and took drugs, in Scranton.

Witnesses last saw Null as late as Jan. 25, 2008, around the time Hicks began renting the Route 423 property, when she got into a car driven by a male later believed to be Hicks, police said. The body parts were discovered four days afterward and later identified as Null's, after which an investigation eventually led to Hicks' arrest in early March 2008.

According to the prosecution, there is evidence of Null being killed. There are bruises and lacerations on her body the prosecution believes were inflicted pre-mortem (before death), rather than post-mortem (after death).

According to forensic pathologist Wayne Ross, these include:

• Scalp lacerations made possibly by a long, cylindrical blunt object, as well as bruises consistent with a beating on the rest of her body.

• Null's darkened, swollen face, along with bleeding in the tissues around her neck's hyoid and thyroid bones, indicating strangulation.

• The presence of bleeding in and around her severed neck wound, indicating she was alive and her heart pumping blood when her head was severed from her body. This contrasts with the lack of blood on her other severed limb wounds, indicating she was dead and her heart no longer pumping blood when the rest of her body was dismembered.

In Hicks' home, police found Null's severed hands, trash bags like the ones her remains had been dumped in and a Sawzall blade and utility knife. They also found human head hairs and pieces of skin, later identified as Null's, on a scrub brush from Hicks' tool bag and on a basement step.

Hicks does admit dismembering Null, but not to killing her.

The prosecution said evidence he killed her includes blood, later identified as Null's, found on his work boots in his car trunk and more blood found on his front passenger seat.

Several women from Texas, Virginia and New Jersey testified how Hicks had assaulted them years prior to when he met Null. The judge instructed the jury to regard the testimony of the women, who all said they were using drugs when they knew Hicks, only as a means to show Null's death was not an accident, not as evidence of his guilt in this case.

The defense cited the following as valid points that should raise doubt in the jury's mind of Null's death being at Hicks' hands:

• The bruising and lacerations on Null's remains came not from a beating, but more likely from her body being handled roughly and dragged across a surface post-mortem, said forensic pathologist John Shane. The bruising also could have come from Null being an alcoholic, since alcoholics bleed and bruise more easily than non-alcoholics.

• The darkening and swelling in her face came not from being strangled, but more likely from her body resting in a post-mortem position that caused the blood to flow downward to her face and stay there, said Shane. Also, her hyoid and thyroid bones showed no fractures and her throat showed no fingernail bruises, as would be the case with strangulation.

• After Null's death, Hicks met another woman, who police said "didn't have a negative thing to say about" him when she was interviewed as part of the investigation.

The prosecution is seeking the death penalty if Hicks is convicted of first-degree murder. If the jury does convict him of this, the trial will go into a penalty phase in which the jury decides if he should be sentenced to execution or life in prison without parole.

While Null's family has been present for the entire trial, no family or friends on Hicks' side had been present at all as of Thursday.

http://www.poconorecord.com/article/20141113/NEWS/141119759

[ Print Page ]

# *Defense expert in Coolbaugh dismemberment trial: Evidence suggests overdose, not murder*

Pocono Record, Stroudsburg, Pa.

November 13, 2014 Thursday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 756 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

## Body

Nov. 13--Deanna Null most likely died from a combination of cocaine and alcohol before she was dismembered and her remains dumped in trash bags along Monroe County highways, a defense expert witness testified Wednesday at the trial of the Tobyhanna man charged with murdering her.

Also, injuries found on the remains of Null, 36, of Scranton, came more likely from "rough handling" of her body after death than from violence at someone else's hands, said John Shane, who has practiced forensic pathology for 48 years but has never been board-certified in that discipline.

Charles Hicks Jr., 40, is charged with murdering and dismembering Null and dumping her remains, which Pennsylvania Department of Transportation workers discovered in trash bags left along interstates 380 and 80 in January 2008. The defense says Null overdosed from alcohol and drugs she was using with Hicks and that Hicks, not wanting to be caught with drugs, disposed of her body instead of reporting her death.

Now retired and unable to testify for this trial due to medical issues, former forensic pathologist Sarah Funke conducted the autopsy on what were later identified as Null's remains the day after they were discovered. Though she couldn't conclusively determine if Null's injuries were inflicted pre-mortem (before death) or post-mortem (after death), Funke listed Null's manner of death as "homicidal violence," but said she would be open to looking at other possible ways Null may have died if additional information were to be presented, according to other testimony.

Prosecution witness and forensic pathologist Wayne Ross testified last week to performing additional testing that built on Funke's findings. Ross said he found conclusive evidence, as indicated by the presence of dried blood on Null's severed neck wound and bruises on her remains, that Null was beaten and strangled and her head severed from her neck while she was still alive.

Saying he began practicing forensic pathology at a time when most in the discipline weren't board-certified, Shane testified Wednesday to reviewing both Funke's and Ross' reports and the autopsy photos.

Shane said he and Ross interpret Funke's report differently. Whereas Ross agrees with Funke's "homicidal violence" finding, Shane called this finding "descriptive," meaning evidence of such violence is present but not conclusive, as opposed to "factual," which is conclusive.

Shane cited Null's blood alcohol level being more than twice the legal limit, as well as the presence of cocaine in her system, at the time of her death. He said alcohol and cocaine produce a byproduct, when combined in someone's system, that can prove fatal, especially if the victim is a regular cocaine user as Null was.

Defense expert in Coolbaugh dismemberment trial: Evidence suggests overdose, not murder

Shane said lacerations and bruising on Null's head, upper torso and other body parts may have come not from a beating, but from her body being "roughly handled" or dragged across a surface. He said her brain showed no signs of any trauma from a beating, though Ross had said lacerations on her scalp came possibly from a blunt object.

Shane said Null's face being darkened and swollen may have resulted not from strangulation, which would have kept the blood in her head from returning to her heart, but from her body lying in a position that caused blood to flow downward to her face and stay there. He added that no finger bruises were found on Null's throat and that her hyoid and thyroid bones, both in the neck, showed no fractures, as would be the case with strangulation.

The second witness testifying Wednesday was physician and forensic pathologist Isidore Mihalakis, who reviewed Funke's and Shane's reports and the autopsy photos.

"You don't need a medical degree to determine something drastic happened to this woman while she was still alive," Mihalakis said. "Certain injuries on her body indicate she either tried fighting back or was too incapacitated to do so while being beaten. I'm not saying bruises can't be inflicted post-mortem, but the bruises on the body in this case don't appear to me to be post-mortem. With that said, I will say there's a difference between 'homicide,' which is the (possibly accidental) taking of a life, and 'murder,' which indicates an intent to kill."

Shane will be called back for more testimony today, but it still remains to be seen if Hicks himself will testify. The jury could begin deliberating Friday.

___   (c)2014 Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at http://www.poconorecord.com/ Distributed by MCT Information Services

**Load-Date:** November 14, 2014

End of Document

## *Defense rests in Monroe County murder trial; closing arguments Friday*

The Times-Tribune (Scranton, Pennsylvania)

November 13, 2014 Thursday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 391 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 13--STROUDSBURG -- Without their client taking the stand, the defense rested Thursday in the trial of Charles Ray Hicks, accused of murdering and dismembering a Scranton woman in 2008.

Both sides will present their closing arguments today at the Monroe County Courthouse.

Mr. Hicks, 40, of Coolbaugh Twp., had been considering testifying on his own behalf, his attorneys had said.

On the sixth and final day of testimony, attorneys squabbled with the expert witnesses over their interpretations of the cause of death of Deanna Null, a 36-year-old prostitute from Scranton. Her body parts were found in garbage bags along interstate highways in Monroe and Lackawanna counties in January 2008.

Mr. Hicks does not deny dismembering her body and dumping the pieces, but has told police she died of an overdose after the pair engaged in a drug-fueled sexual relationship. Investigators found Ms. Null's hands wrapped in newspaper and hidden in the walls of Mr. Hick's house.

The defense's witness, forensic pathologist John Shane, M.D., has backed Mr. Hicks' explanation, testifying that Ms. Null likely died of a cocaine overdose. That drug and alcohol were found in her system during the autopsy.

The defense argues that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

In a tense line of questioning Thursday, First Assistant District Attorney Michael Mancuso tried to show the jury that Dr. Shane changes his professional opinion on causes of death, using examples from previous cases. The pathologist replied that new evidence and testing technologies can change the scientific opinion.

The prosecution's witness, forensic pathologist Wayne Ross, M.D., was called back to the stand Thursday and again declared he believed Ms. Null's death was caused by blunt force trauma. He said a laceration on the back of her head was likely caused by a cylindrical-shaped weapon, and occurred while she was still alive. The defense has argued the opposite and has tried to cast doubt on his testing methods.

The jury will begin deliberating today after the closing arguments.

Contact the writer: *pcameron@timesshamrock.com*, @pcameronTT on Twitter

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

## *Expert witnesses disagree on cause of death at murder trial*

The Times-Tribune (Scranton, Pennsylvania)

November 13, 2014 Thursday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 447 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 13--STROUDSBURG -- A defense expert said a Scranton woman whose remains were found along two area highways likely died of a drug overdose.

Testimony from forensic pathologist Dr. John Shane bolstered the defense's argument that the cause of Deanna Null's death cannot be determined and, therefore, Charles Ray Hicks cannot be guilty of killing her.

Mr. Hicks, 40, is on trial in Monroe County, accused of killing and dismembering Ms. Null, 36, in 2008. He is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse.

Mr. Hicks does not deny the dismemberment, but has told police she died of an overdose after the pair engaged in a drug-fueled sexual relationship. Ms. Null's body parts were found in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties in January 2008. Her hands were found hidden in the walls of Mr. Hicks' Coolbaugh Twp. house. An autopsy found alcohol and cocaine in her system.

On Wednesday, the trial's fifth day and first since prosecutors rested Monday, the defense called Dr. Shane to the stand.

He believes Ms. Null was killed by an overdose of cocaine. Dr. Shane noted there was no traumatic injury to her brain, and her eyes and neck did not suggest she was strangled.

"You can't rule out these injuries, and you can't rule them in," he said.

During a cross examination by First Assistant District Attorney Michael Mancuso, Dr. Shane admitted he was not a board certified pathologist, but said he had been working in the field for decades.

The defense also called another pathologist, Dr. Isidore Mihalakis of the Lehigh Valley Health Network, who is board-certified and was hired to write a 2009 report on the original autopsy findings.

He argued that Ms. Null was probably beaten to death, based on the bruising on her body that likely took place while she was still alive.

The marks on the victim suggested she was beaten with a "substantial weapon," Dr. Mihalakis said, and added that she had belt buckle marks on her back.

But he admitted that white blood cells were not found in the trauma areas, the presence of which would also suggest she was alive when her body was bruised.

Expert witnesses disagree on cause of death at murder trial

During the testimony,

Mr. Hicks sat quietly with his hands in front of him, pressed together at the fingertips. He may take the stand today, Assistant Public Defender Jason LaBar said after court adjourned Wednesday, but added his client had not yet decided.

The defense is expected to rest today.

Contact the writer:

pcameron@timesshamrock.com, @pcameronTT on Twitter

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services


**Load-Date:** November 13, 2014

---

End of Document

## *Expert Witnesses Disagree On Cause Of Death At Murder Trial*

The Times-Tribune (Scranton, Pennsylvania)

November 13, 2014 Thursday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 423 words

**Byline:** Peter Cameron, STAFF WRITER

# Body

STROUDSBURG — A defense expert said a Scranton woman whose remains were found along two area highways likely died of a drug overdose. Testimony from forensic pathologist Dr. John Shane bolstered the defense's argument that the cause of Deanna Null's death cannot be determined and, therefore, Charles Ray Hicks cannot be guilty of killing her. Mr. Hicks, 40, is on trial in Monroe County, accused of killing and dismembering Ms. Null, 36, in 2008. He is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse.

Mr. Hicks does not deny the dismemberment, but has told police she died of an overdose after the pair engaged in a drug-fueled sexual relationship. Ms. Null's body parts were found in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties in January 2008. Her hands were found hidden in the walls of Mr. Hicks' Coolbaugh Twp. house. An autopsy found alcohol and cocaine in her system. On Wednesday, the trial's fifth day and first since prosecutors rested Monday, the defense called Dr. Shane to the stand. He believes Ms. Null was killed by an overdose of cocaine. Dr. Shane noted there was no traumatic injury to her brain, and her eyes and neck did not suggest she was strangled. "You can't rule out these injuries, and you can't rule them in," he said. During a cross examination by First Assistant District Attorney Michael Mancuso, Dr. Shane admitted he was not a board certified pathologist, but said he had been working in the field for decades. The defense also called another pathologist, Dr. Isidore Mihalakis of the Lehigh Valley Health Network, who is board-certified and was hired to write a 2009 report on the original autopsy findings. He argued that Ms. Null was probably beaten to death, based on the bruising on her body that likely took place while she was still alive. The marks on the victim suggested she was beaten with a "substantial weapon," Dr. Mihalakis said, and added that she had belt buckle marks on her back. But he admitted that white blood cells were not found in the trauma areas, the presence of which would also suggest she was alive when her body was bruised. During the testimony, Mr. Hicks sat quietly with his hands in front of him, pressed together at the fingertips. He may take the stand today, Assistant Public Defender Jason LaBar said after court adjourned Wednesday, but added his client had not yet decided. The defense is expected to rest today. Contact the writer: *pcameron@timesshamrock.com*, @pcameronTT on Twitter

**Load-Date:** November 13, 2014

End of Document

## *Defense Rests In Monroe County Murder Trial; Closing Arguments Today*

The Times-Tribune (Scranton, Pennsylvania)

November 14, 2014 Friday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 376 words

**Byline:** Peter Cameron, STAFF WRITER

# Body

STROUDSBURG — The man accused of killing and dismembering a Scranton woman in 2008 did not take the stand Thursday, clearing the way for closing arguments today at Monroe County Courthouse.

Charles Ray Hicks, 40, Coolbaugh Twp., had been considering testifying on his own behalf, according to his attorneys. He is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse for the January 2008 death of Deanna Null, a 36-year-old prostitute from Scranton. Her body parts were found in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties in January 2008.

Mr. Hicks does not deny dismembering her body and dumping the pieces but has told police she died of an overdose after the pair engaged in a drug-fueled sexual relationship. Investigators found Ms. Null's hands wrapped in newspaper and hidden in the walls of Mr. Hick's house.

On the sixth and final day of testimony, attorneys squabbled with the expert witnesses over their interpretations of Ms. Null's cause of death. The defense's witness, forensic pathologist John Shane, M.D., has backed Mr. Hicks' explanation, testifying that Ms. Null likely died of a cocaine overdose. An autopsy revealed cocaine and alcohol in her system.

The defense argues that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

In a tense line of questioning Thursday, First Assistant District Attorney Michael Mancuso tried to show the jury that Dr. Shane changes his professional opinion on causes of death, using examples from previous cases. The pathologist replied that new evidence and testing technologies can change a scientific opinion.

The prosecution's witness, forensic pathologist Wayne Ross, M.D., was called back to the stand Thursday and again declared he believed Ms. Null's death was caused by blunt force trauma. He said a laceration on the back of her head was likely caused by a cylindrical-shaped weapon and occurred while she was still alive. The defense has argued the opposite and has tried to cast doubt on his testing methods.

The jury will begin deliberating today after the closing arguments.

Contact the writer:

*pcameron@timesshamrock.com*, @pcameronTT on Twitter

**Load-Date:** November 14, 2014

## *Defense rests in Monroe County murder trial; closing arguments today*

The Times-Tribune (Scranton, Pennsylvania)

November 14, 2014 Friday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 401 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 14--STROUDSBURG -- The man accused of killing and dismembering a Scranton woman in 2008 did not take the stand Thursday, clearing the way for closing arguments today at Monroe County Courthouse.

Charles Ray Hicks, 40, Coolbaugh Twp., had been considering testifying on his own behalf, according to his attorneys. He is charged with criminal homicide, aggravated assault, tampering with evidence and abuse of a corpse for the January 2008 death of Deanna Null, a 36-year-old prostitute from Scranton. Her body parts were found in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties in January 2008.

Mr. Hicks does not deny dismembering her body and dumping the pieces but has told police she died of an overdose after the pair engaged in a drug-fueled sexual relationship. Investigators found Ms. Null's hands wrapped in newspaper and hidden in the walls of Mr. Hick's house.

On the sixth and final day of testimony, attorneys squabbled with the expert witnesses over their interpretations of Ms. Null's cause of death. The defense's witness, forensic pathologist John Shane, M.D., has backed Mr. Hicks' explanation, testifying that Ms. Null likely died of a cocaine overdose. An autopsy revealed cocaine and alcohol in her system.

The defense argues that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

In a tense line of questioning Thursday, First Assistant District Attorney Michael Mancuso tried to show the jury that Dr. Shane changes his professional opinion on causes of death, using examples from previous cases. The pathologist replied that new evidence and testing technologies can change a scientific opinion.

The prosecution's witness, forensic pathologist Wayne Ross, M.D., was called back to the stand Thursday and again declared he believed Ms. Null's death was caused by blunt force trauma. He said a laceration on the back of her head was likely caused by a cylindrical-shaped weapon and occurred while she was still alive. The defense has argued the opposite and has tried to cast doubt on his testing methods.

The jury will begin deliberating today after the closing arguments.

Contact the writer:

pcameron@timesshamrock.com, @pcameronTT on Twitter

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

## *Future of accused murderer Hicks now in jury's hands*

The Times-Tribune (Scranton, Pennsylvania)

November 14, 2014 Friday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 418 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 14--STROUDSBURG -- Charles Ray Hicks, accused of murdering and dismembering a Scranton woman in 2008, revealed his true feelings toward the victim when he dumped her body parts along the highway, First Assistant District Attorney Michael Mancuso said in his closing arguments Friday.

"What is he trying to say by that action?" he asked the jury. "It's malice, and it's hate."

Mr. Hicks, 40, of Coolbaugh Twp., is charged with criminal homicide, aggravated assault, tampering with physical evidence and abuse of a corpse. He does not deny dismembering 36-year-old Deanna Null and distributing pieces of her body, wrapped in garbage bags, along Interstate 380 and 80 in Monroe and Lackawanna counties, but has told police she died of a drug overdose.

The jury is currently deliberating and could have a decision on Mr. Hicks this afternoon. The prosecution has asked for a guilty verdict of murder in the first degree.

Speaking first in closing arguments on Friday, Assistant Public Defender Jason LaBar told the jury that because testimony from forensic experts was contradictory, they could not convict Mr. Hicks of premeditated, first-degree murder beyond a reasonable doubt. One of the defense's witnesses, forensic pathologist John Shane, M.D., testified that he believed Ms. Null likely died of a cocaine overdose. That drug and alcohol were found in her system during the autopsy.

The defense has argued that the cause of Ms. Null's death is indeterminable based on the forensic evidence and drug overdose cannot be ruled out.

Mr. LaBar also pointed to the fact that other than Ms. Null's hands, found in the walls of Mr. Hicks' home, police could find no forensic evidence linking the woman to the home.

In his closing statements, the prosecutor attacked Dr. Shane as well as the defendant.

"His opinions vary with the vagaries of the wind, or more importantly, who may be paying him," he told the jury.

He noted several examples in the forensic's pathologist work of flip-flopping on causes of death depending on which side of the legal argument he was working.

"Sometimes to expose a charlatan, you have to dig deep into his prior work," Mr. Mancuso said.

Ultimately, the prosecutor said there was symbolism in how Mr. Hicks disposed of the body in black plastic bags.

Future of accused murderer Hicks now in jury's hands

"He wanted her to be found like that," Mr. Mancuso said. "Humiliated. Mutilated. Garbage."

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com
Distributed by MCT Information Services

**Load-Date:** November 15, 2014

---

End of Document

## *Hicks Found Guilty In Gruesome Murder Trial*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 14, 2014 Friday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 349 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — A jury found Charles Hicks guilty on all counts in the murder and dismemberment of a woman in the Poconos.

Prosecutors said Hicks of Tobyhanna killed Deanna Null in 2008 and dismembered her body, scattering the parts on two interstate highways.

 Charles Hicks was silent as he walked out from the courtroom inside the Monroe County Courthouse after a jury found him guilty on all counts Friday in the murder and dismemberment trial in the Poconos.

 It was nearly seven years ago he murdered and dismembered a Scranton woman. The body parts of Deanna Null were found scattered along highways in trash bags.

 Closing arguments were heard Friday morning and lasted for nearly three hours.

 The defense argued that all three experts that gave conflicting testimony in this trial on how exactly Deanna Null may have died, and if injuries found all over her body happened before or after she died.

 Defense attorney Jason Labar argued, "some of you might be sitting here and thinking maybe Deanna Null was murdered by Charles, maybe he had premeditated intent. Maybe is the exact defining of reasonable doubt."

 The defense concedes that Hicks cut up Deanna Nulls body and then scattered her body parts along the highway.

 First Assistant District Attorney Michael Mancuso led the prosecution's case, and spent more than an hour rehashing evidence and testimony presented to jurors over the course of the seven-day trial.

 A pastor who has been Hicks' spiritual support while he was behind bars for the past six years said listening to the arguments was difficult.

 "It's not pleasant to hear anything like that. You don't want to believe that, but whatever the facts are, are the facts," said Pastor Leanon Trewick, Full Gospel Holiness Church.

 The prosecution asked for only one verdict from the jury after days of looking over gruesome evidence

 "There's only one conclusion: it's unpleasant, first degree murder, abuse of a corpse, and tampering with evidence. That's the only way justice can be done."

 Hicks faces possible life in prison or the death penalty. The penalty phase begins Monday.

Jury will start deliberations in murder/dismemberment trial - Gate House          Page 1 of 1

>

By Andrew Scott
Pocono Record Writer

November 14, 2014 12:58PM

Print Page

## Jury will start deliberations in murder/dismemberment trial

The jury will start deliberating this afternoon in the trial of Charles Hicks Jr. of Tobyhanna, who's charged with murdering and dismembering Deanna Null of Scranton.

Null's body parts were discovered in trash bags dumped along Monroe County highways in January 2008, days after she was last seen getting into a car driven by a male later believed to be Hicks.



The defense said Null overdosed on alcohol and cocaine in her system when doing drugs with Hicks, and that Hicks, fearing being caught with drugs, got rid of her body instead of reporting her death.

If this was the case, Hicks could have simply dumped Null's body intact somewhere instead of taking the time and effort to dismember her, the prosecution said. Instead, he wanted Null's remains to be publicly found and the news publicized for his own twisted pleasure.

Charles Hicks Jr. (Pocono Record file photo)

Hicks' motive for murder stems from his hatred toward women, as evidenced by his history of violence with women who testified against him in this case and by his treatment of Null's body after he killed her, the prosecution said.

The jury must now decide if Null's death was accidental or premeditated murder at Hicks' hands. The prosecution is seeking the death penalty if Hicks is convicted of first-degree murder.

http://www.poconorecord.com/article/20141114/NEWS/141119675

Print Page

Login    Watch TV    ≡

**MIDDLE EAST** · **Published** November 16, 2014 · **Last Update** December 8, 2015

# New ISIS video shows beheading of American hostage Peter Kassig

By | **Fox News**



**New ISIS video shows murdered American hostage Peter Kassig**

Conor Powell reports from Jerusalem, Israel

The White House said Sunday that a review of an Islamic State video confirms that American hostage Peter Kassig, an aid worker and former Army Ranger, has been beheaded by the terror group.

Case 1:17-cv-01969-CCC-AV    Document 27-2    Filed 02/01/19    Page 653 of 760

In the nearly 16-minute video uploaded to social networks, a black-clad militant with his face concealed stands before a severed head that he says is that of the U.S. aid worker.

President Obama confirmed the video's authenticity on Sunday, saying in a statement the act was "pure evil."

The video was posted shortly after President Obama departed for Washington from the G-20 summit in Australia. White House Press Secretary Josh Earnest said Obama was briefed by National Security Adviser Susan Rice while in flight.

Ed and Paula Kassig, Peter's parents, released a statement early Sunday saying they were aware of the reports of their son's death. They also asked that media outlets not post any images or video distributed by Islamic State, better known as ISIS or ISIL.

### More On This...

"We prefer our son is written about and remembered for his important work and the love he shared with friends and family," the statement read, "not in the manner the hostage takers would use to manipulate Americans and further their cause."

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 654 of 760

The video also showed what appeared to be the mass beheading of more than a dozen captured Syrian soldiers, but did not show the beheading of Kassig, 26. Showing the execution of the soldiers is a departure from previous videos, which did not depict the act of beheading. The soldiers' executioners are not wearing masks in the video and warn they will carry out similar actions outside the region.

"This is Peter Edward Kassig, a U.S. citizen of your country; Peter, who fought against the Muslims in Iraq, while serving as a soldier," the militant says near the end of the video. He speaks in an audible British accent despite his voice being distorted to make it more difficult to identify him.

"We say to you, Obama ...you claim to have withdrawn from Iraq four years ago," the militant said. "Here you are: you have not withdrawn. Rather, you hid some of your forces behind your proxies," he said, apparently referring to Western-backed Syrian rebels, Kurdish fighters and the Iraqi military.

"Here we are, burying the first American crusader in Dabiq, eagerly waiting for the remainder of your armies to arrive."

The new video is longer than its predecessors and shows multiple hostages being executed, as opposed to concentrating on a single hostage's death. It also attempts to tie ISIS leader, Abu Bakr al-Baghdadi, to Usama bin Laden and Abu Musab al-Zarqawi, the founder of Al Qaeda in Iraq, from which Islamic State claims descent.

Sky News reported that the man featured in the video spoke in English with a British accent. The Associated Press reported that his voice had been distorted to make him harder to identify. It was not immediately clear whether he was the same militant who has appeared in other beheading videos and has been referred to as "Jihadi John" in accounts given by former hostages of their captivity.

British Prime Minister David Cameron said he was "horrified by the cold-blooded murder," saying that the Islamic State group has "again shown their depravity."

Indiana Gov. Mike Pence said he is "deeply troubled" by reports that Kassig was beheaded.

Pence called 26-year-old Peter Kassig, who reportedly converted to Islam and took the first name Abdul-Rahman while in captivity, inspiring because of his compassion and courage.

The video identifies the militant's location as Dabiq, a small town in the northern Syrian province of Aleppo, near the Turkish border. The urban setting is another departure from previous beheading videos, which were filmed in the remote desert of northeastern Syria.

Kassig is the fifth Western hostage killed by ISIS in less than three months, and the third American. Previous Western beheading victims were American journalists James Foley and Steven Sotloff, as well as Britons David Haines, a former Royal Air Force engineer, and Alan Henning, a taxi driver from northwest England. The group is also holding British photojournalist John Cantlie, who has appeared in several other videos released by the group functioning as a de facto spokesman.

It is not clear when the video was filmed. Last month, a Twitter account linked to ISIS posted a message warning that Kassig had only days to live. Sources in the intelligence community told Fox News that the message was being tracked.

ISIS has beheaded and shot dead hundreds of captives -- mainly Syrian and Iraqi soldiers -- during its sweep across the two countries, and has celebrated mass killings in a series of slickly produced but extremely graphic videos. The group has declared an Islamic caliphate in the areas under its control in Syria and Iraq, which it governs according to a harsh version of Shariah law. The U.S. began launching airstrikes in Iraq and Syria earlier this year in a bid to halt the group's rapid advance and eventually degrade and destroy it.

A video released last month appeared to show Kassig, of Indianapolis, kneeling as a masked militant says he will be killed next, after Henning's purported beheading. Kassig had been held in Syria since October 2013.

Kassig formed the aid organization Special Emergency Response and Assistance, or SERA, in Turkey to provide aid and assistance to Syrian refugees. He began delivering food and medical supplies to Syrian refugee camps in 2012 and is also a trained medical assistant who provided trauma care to injured Syrian civilians and helped train 150 civilians in providing medical aid.

After he appeared in the video, Kassig's parents released a public plea for their son's release, which included claims that Kassig had converted to Islam while in captivity and taken the name Abdul Rahman.

The release of the video comes approximately a week after Syrian friends of Kassig called for his  release, also saying that he had converted to Islam and was trying to help those afflicted by the country's three-year-old civil war.

Case 1:17-cv-01969-CCC-AV   Document 27-2   Filed 02/01/19   Page 656 of 760

One of the friends, Amjad al-Moghrabi, told reporters in the northern Lebanon city of Tripoli: "We are demanding the Islamic State to release him, if they know Islam. He is a Muslim and has not participated in what his country is doing," a reference to the airstrikes.

Dr. Ahmad Obeid, a friend of Kassig, said, "our demand is to release him and to return to his family because as a person he helped us and we should ask for mercy for him."

"He is, unfortunately, detained so we are calling for his freedom because he supported our cause and we cannot leave him and let them hurt him," Obeid said.

ISIS has declared an Islamic caliphate in the areas under its control in Syria and Iraq, which it governs according to an extremely violent interpretation of Shariah law.

The U.S. began launching airstrikes in Iraq and Syria earlier this year in a bid to halt the group's rapid advance and eventually degrade and destroy it.

On Sunday, the Islamic State group claimed a bombing at the Baghdad International Airport that wounded five people, saying it was trying to strike Americans there. No one was wounded in a passing United Nations convoy, the organization said.

The fight against the militant group adds another layer to Syria's complex civil war, now in its fourth year, which began as an uprising against President Bashar Assad.

The Islamic State group emerged from the remains of Al Qaeda in Iraq and spread to Syria, where it battled both government forces and rebel groups as it carved out its self-styled Islamic state.

In June, the group swept into northern Iraq, capturing about a third of the country, including the second largest city Mosul, and eventually prompting the U.S. to resume military operations in the country less than three years after withdrawing. In September the U.S. expanded the air campaign to Syria.

*Fox News' Catherine Herridge and The Associated Press contributed to this report.*

**Click for more from Sky News.**

## *Man convicted in 2008 murder-dismemberment case*

Associated Press State & Local

November 14, 2014 Friday 10:29 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 199 words

**Dateline:** STROUDSBURG, Pa.

# Body

STROUDSBURG, Pa. (AP) - A 40-year-old man could face the death penalty after being convicted Friday in the death and dismembering of a woman whose remains were found along two interstates six years ago.

Charles Ray Hicks was convicted of first-degree murder by a Monroe County jury of killing Deanna Null, 36, in January 2008. Her remains were found in trash bags at eight locations along Interstates 80 and 380 in the Stroudsburg area, about 70 miles north of Philadelphia, and her severed hands were found hidden in the walls of Hicks' home.

He also was found guilty of tampering with physical evidence and abuse of a corpse. Prosecutors have said they plan to seek the death penalty; that phase of the trial was to begin Monday.

Authorities have said Hicks told investigators that he gave Null drugs in exchange for sex, but he maintained he did not harm her before she died of an accidental drug overdose.

Public defender Jason LaBar had argued jurors could not convict Hicks of premeditated, first-degree murder because forensic experts disagreed on how Null died. Alcohol and cocaine were found in Null's blood, authorities said.

LaBar did not dispute, however, that Hicks had dismembered Null.

**Load-Date:** November 15, 2014

End of Document

## *Man found guilty of first-degree murder in Monroe County case*

The Times-Tribune (Scranton, Pennsylvania)

November 14, 2014 Friday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 633 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 14--STROUDSBURG -- Charles Ray Hicks' cool expression hardly changed when the jury read the verdict, but his eyes glistened with tears.

On Friday, a jury found the 40-year-old Coolbaugh Twp. man guilty of first-degree murder for the slaying of Deanna Null in 2008. Mr. Hicks dismembered the Scranton woman's body and disposed of the pieces on the side of interstates 380 and 80 in Monroe and Lackawanna counties.

In his closing arguments Friday, the prosecutor argued that the defendant revealed his true feelings toward the victim when he dropped the body parts, wrapped in garbage bags, along high traffic areas, rather than simply dumping her in a secluded spot.

"He wanted her to be found like that," Monroe County First Assistant District Attorney Michael Mancuso said. "Humiliated. Mutilated. Garbage."

Mr. Hicks was also found guilty of tampering with physical evidence and abuse of a corpse. He hadn't denied those accusations, but had told police Ms. Null first died of a drug overdose, and he reacted out of fear. As he had all week, he declined to talk to reporters as he was led from the courtroom, this time in handcuffs.

In order for the jury to have delivered the first-degree guilty verdict, they needed to believe the murder was committed with malice and premeditation.

Speaking first, Monroe County Assistant Public Defender Jason LaBar told the 12 jurors that because testimony from forensic experts was contradictory, reasonable doubt exists and thus they cannot convict Mr. Hicks of first-degree murder.

Mr. LaBar also pointed to the fact that other than Ms. Null's hands, discovered in the walls of Mr. Hicks' home, police could find no forensic evidence linking the woman's murder to his house.

One of the defense's witnesses, forensic pathologist John Shane, M.D. testified that Ms. Null likely died of a cocaine overdose earlier in the week. That drug and a blood alcohol content of 0.19 percent were found in her system during post-mortem examinations. But other forensic pathologists, including the one called by the prosecution, found the most likely cause of death to be homicidal violence.

Throughout the seven-day trial, the defense argued that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

Man found guilty of first-degree murder in Monroe County case

In his final statements, the prosecutor responded to those claims, directly attacking Dr. Shane as well as the defendant.

"His opinions vary with the vagaries of the wind, or more importantly, who may be paying him," Mr. Mancuso said of the forensic pathologist.

He pointed to several cases where Dr. Shane changed his opinion on causes of death depending on which side of the legal argument employed him.

"Sometimes to expose a charlatan, you have to dig deep into his prior work," Mr. Mancuso said.

Regarding Mr. Hicks, the prosecutor noted that he had "mummified" Ms. Null's hands in detergent, plastic bags and newspaper in order to preserve them.

When police unwrapped the hands, they discovered that Mr. Hicks had first laid the left hand over a story in a Times-Tribune newspaper about a man accused of killing his wife headlined "Man says devil killed wife during exorcism." The story took place in Tarrant County, Texas, where Mr. Hicks was raised.

"You see the symbolism? You see the message?" Mr. Mancuso asked. "I know you don't think like this. But he does."

Ultimately, the prosecutor said the hostility needed for a first-degree murder conviction was apparent in how Mr. Hicks disposed of the body.

"What is he trying to say by that action?" he asked. "It's malice, and it's hate."

Contact the writer: *pcameron@timesshamrock.com*, @pcameronTT on Twitter

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 15, 2014

End of Document

## *Man Found Guilty Of First-degree Murder Of Scranton Woman*

The Times-Tribune (Scranton, Pennsylvania)

November 15, 2014 Saturday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 628 words

**Byline:** Peter Cameron, STAFF WRITER

# Body

STROUDSBURG — Charles Ray Hicks' cool expression hardly changed when the jury read the verdict, but his eyes glistened with tears.

On Friday, a jury found the 40-year-old Coolbaugh Twp. man guilty of first-degree murder for the slaying of Deanna Null in 2008. Mr. Hicks dismembered the Scranton woman's body and disposed of the pieces on the side of Interstates 380 and 80 in Monroe and Lackawanna counties.

In his closing arguments Friday, the prosecutor argued that the defendant revealed his true feelings toward the victim when he dropped the body parts, wrapped in garbage bags, along high-traffic areas, rather than simply dumping her in a secluded spot.

"He wanted her to be found like that," Monroe County First Assistant District Attorney Michael Mancuso said. "Humiliated. Mutilated. Garbage."

Mr. Hicks was also found guilty of tampering with physical evidence and abuse of a corpse. He hadn't denied those accusations, but had told police Ms. Null died of a drug overdose, and he reacted out of fear. As he had all week, he declined to talk to reporters as he was led from the courtroom, this time in handcuffs.

In order to deliver the first-degree guilty verdict, jurors needed to believe the murder was committed with malice and premeditation.

Speaking first, Monroe County Assistant Public Defender Jason LaBar told the 12 jurors that because testimony from forensic experts was contradictory, reasonable doubt exists and thus they cannot convict Mr. Hicks of first-degree murder.

Mr. LaBar also pointed to the fact that other than Ms. Null's hands, discovered in the walls of Mr. Hicks' home, police could find no forensic evidence linking the woman's murder to his house.

One of the defense's witnesses, forensic pathologist John Shane, M.D., testified that Ms. Null likely died of a cocaine overdose earlier in the week. That drug and a blood alcohol content of 0.19 percent were found in her system during post-mortem examinations. But other forensic pathologists, including the one called by the prosecution, found the most likely cause of death to be homicidal violence.

Throughout the seven-day trial, the defense argued that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

Man Found Guilty Of First-degree Murder Of Scranton Woman

In his final statements, the prosecutor responded to those claims, directly attacking Dr. Shane as well as the defendant.

"His opinions vary with the vagaries of the wind, or more importantly, who may be paying him," Mr. Mancuso said of the forensic pathologist.

He pointed to several cases where Dr. Shane changed his opinion on causes of death depending on which side of the legal argument employed him.

"Sometimes to expose a charlatan, you have to dig deep into his prior work," Mr. Mancuso said.

Dr. Shane had responded that new evidence and updated technology can alter a scientific opinion.

Regarding Mr. Hicks, the prosecutor noted that he had "mummified" Ms. Null's hands in detergent, plastic bags and newspaper in order to preserve them.

When police unwrapped the hands, they discovered that Mr. Hicks had first laid the left hand over a story in a Times-Tribune newspaper about a man accused of killing his wife headlined "Man says devil killed wife during exorcism." The story makes mention of an autopsy performed on the victim in Tarrant County, Texas, where Mr. Hicks was raised.

"You see the symbolism? You see the message?" Mr. Mancuso asked. "I know you don't think like this. But he does."

Ultimately, the prosecutor said the hostility needed for a first-degree murder conviction was apparent in how Mr. Hicks disposed of the body.

"What is he trying to say by that action?" he asked. "It's malice, and it's hate."

Contact the writer: *pcameron@timesshamrock.com*, @pcameronTT on Twitter


**Load-Date:** November 17, 2014

---

**End of Document**

# *Man found guilty of first-degree murder of Scranton woman*

The Times-Tribune (Scranton, Pennsylvania)

November 15, 2014 Saturday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 652 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 15--STROUDSBURG -- Charles Ray Hicks' cool expression hardly changed when the jury read the verdict, but his eyes glistened with tears.

On Friday, a jury found the 40-year-old Coolbaugh Twp. man guilty of first-degree murder for the slaying of Deanna Null in 2008. Mr. Hicks dismembered the Scranton woman's body and disposed of the pieces on the side of Interstates 380 and 80 in Monroe and Lackawanna counties.

In his closing arguments Friday, the prosecutor argued that the defendant revealed his true feelings toward the victim when he dropped the body parts, wrapped in garbage bags, along high-traffic areas, rather than simply dumping her in a secluded spot.

"He wanted her to be found like that," Monroe County First Assistant District Attorney Michael Mancuso said. "Humiliated. Mutilated. Garbage."

Mr. Hicks was also found guilty of tampering with physical evidence and abuse of a corpse. He hadn't denied those accusations, but had told police Ms. Null died of a drug overdose, and he reacted out of fear. As he had all week, he declined to talk to reporters as he was led from the courtroom, this time in handcuffs.

In order to deliver the first-degree guilty verdict, jurors needed to believe the murder was committed with malice and premeditation.

Speaking first, Monroe County Assistant Public Defender Jason LaBar told the 12 jurors that because testimony from forensic experts was contradictory, reasonable doubt exists and thus they cannot convict Mr. Hicks of first-degree murder.

Mr. LaBar also pointed to the fact that other than Ms. Null's hands, discovered in the walls of Mr. Hicks' home, police could find no forensic evidence linking the woman's murder to his house.

One of the defense's witnesses, forensic pathologist John Shane, M.D., testified that Ms. Null likely died of a cocaine overdose earlier in the week. That drug and a blood alcohol content of 0.19 percent were found in her system during post-mortem examinations. But other forensic pathologists, including the one called by the prosecution, found the most likely cause of death to be homicidal violence.

Throughout the seven-day trial, the defense argued that the cause of Ms. Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

Man found guilty of first-degree murder of Scranton woman

In his final statements, the prosecutor responded to those claims, directly attacking Dr. Shane as well as the defendant.

"His opinions vary with the vagaries of the wind, or more importantly, who may be paying him," Mr. Mancuso said of the forensic pathologist.

He pointed to several cases where Dr. Shane changed his opinion on causes of death depending on which side of the legal argument employed him.

"Sometimes to expose a charlatan, you have to dig deep into his prior work," Mr. Mancuso said.

Dr. Shane had responded that new evidence and updated technology can alter a scientific opinion.

Regarding Mr. Hicks, the prosecutor noted that he had "mummified" Ms. Null's hands in detergent, plastic bags and newspaper in order to preserve them.

When police unwrapped the hands, they discovered that Mr. Hicks had first laid the left hand over a story in a Times-Tribune newspaper about a man accused of killing his wife headlined "Man says devil killed wife during exorcism." The story makes mention of an autopsy performed on the victim in Tarrant County, Texas, where Mr. Hicks was raised.

"You see the symbolism? You see the message?" Mr. Mancuso asked. "I know you don't think like this. But he does."

Ultimately, the prosecutor said the hostility needed for a first-degree murder conviction was apparent in how Mr. Hicks disposed of the body.

"What is he trying to say by that action?" he asked. "It's malice, and it's hate."

Contact the writer: *pcameron@timesshamrock.com*, @pcameronTT on Twitter

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by MCT Information Services

**Load-Date:** November 15, 2014

End of Document

## *Suspect in 2008 dismemberment killing convicted*

The Citizen's Voice & Sunday Voice

November 15, 2014 Saturday

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2014 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 605 words

**Byline:** Peter Cameron

## Body

STROUDSBURG - Charles Ray Hicks' cool expression hardly changed when the jury read the verdict, but his eyes glistened with tears.

On Friday, a jury found the 40-year-old Coolbaugh Township man guilty of first-degree murder for the slaying of Deanna Null in 2008. Hicks dismembered the Scranton woman's body and disposed of the pieces on the side of interstates 380 and 80 in Monroe and Lackawanna counties.

In his closing arguments Friday, the prosecutor argued that the defendant revealed his true feelings toward the victim when he dropped the body parts, wrapped in garbage bags, along high traffic areas, rather than simply dumping her in a secluded spot.

"He wanted her to be found like that," Monroe County First Assistant District Attorney Michael Mancuso said. "Humiliated. Mutilated. Garbage."

Hicks was also found guilty of tampering with physical evidence and abuse of a corpse. He hadn't denied those accusations, but had told police Null first died of a drug overdose, and he reacted out of fear. As he had all week, he declined to talk to reporters as he was led from the courtroom, this time in handcuffs.

In order to deliver the first-degree guilty verdict, jurors needed to believe the murder was committed with malice and premeditation.

Speaking first, Monroe County Assistant Public Defender Jason LaBar told the 12 jurors that because testimony from forensic experts was contradictory, reasonable doubt exists and thus they cannot convict Hicks of first-degree murder.

LaBar also pointed to the fact that other than Null's hands, discovered in the walls of Hicks' home, police could find no forensic evidence linking the woman's murder to his house.

One of the defense's witnesses, forensic pathologist John Shane testified that Null likely died of a cocaine overdose earlier in the week.

Suspect in 2008 dismemberment killing convicted

That drug and a blood alcohol content of 0.19 percent were found in her system during post-mortem examinations. But other forensic pathologists, including the one called by the prosecution, found the most likely cause of death to be homicidal violence.

Throughout the seven-day trial, the defense argued that the cause of Null's death is indeterminable based on the forensic evidence, and a drug overdose cannot be ruled out.

In his final statements, the prosecutor responded to those claims, directly attacking Shane as well as the defendant.

"His opinions vary with the vagaries of the wind, or more importantly, who may be paying him," Mancuso said of the forensic pathologist.

He pointed to several cases where Shane changed his opinion on causes of death depending on which side of the legal argument employed him.

"Sometimes to expose a charlatan, you have to dig deep into his prior work," Mancuso said.

Shane had responded that new evidence and updated technology can alter a scientific opinion.

Regarding Hicks, the prosecutor noted that he had "mummified" Null's hands in detergent, plastic bags and newspaper in order to preserve them.

When police unwrapped the hands, they discovered that Hicks had first laid the left hand over a story in a newspaper about a man accused of killing his wife headlined, "Man says devil killed wife during exorcism." The story makes mention of an autopsy performed on the victim in Tarrant County, Texas, where Hicks was raised.

"You see the symbolism? You see the message?" Mancuso asked. "I know you don't think like this. But he does."

Ultimately, the prosecutor said the hostility needed for a first-degree murder conviction was apparent in how Hicks disposed of the body.

"What is he trying to say by that action?" he asked. "It's malice, and it's hate."

*pcameron@timesshamrock.com*, @pcameronTT


# Notes

PUBLISHER: Times-Shamrock Communications


# Graphic

Null Hicks


**Load-Date:** November 18, 2014

Defense pleads for convicted killer's life - Gate House                                  Page 1 of 1

[ Print Page ]

By Andrew Scott
Pocono Record Writer
November 17. 2014 1:32PM

### Defense pleads for convicted killer's life

Charles Ray Hicks Jr.'s family and friends are hoping the jury will see him as they do — as a good man whose poor choices have led him to where he is now.

Hicks, 40, of Tobyhanna, will wait to see if the jury will sentence him to death or life in prison without parole after convicting him Friday of first-degree murder in the death and dismemberment of Deanna Null, 36, of Scranton.

Null's dismembered remains were discovered in trash bags dumped along interstates 380 and 80 in Monroe County in January 2008, days after she was last seen getting into a car driven by a male later believed to be Hicks in Scranton. Hicks was charged in early March 2008 after evidence, including Null's severed hands, was found in his home and car.

With the prosecution seeking the death penalty against Hicks, the defense is calling witnesses to testify to his character and background in efforts to sway the jury toward a life-without-parole sentence. The first of these witnesses testifying Monday, the first day of the trial's penalty phase, included Hicks' immediate relatives, who were unable to attend the trial in previous days due to a death in the family in Florida.



Charles Hicks Jr. of Tobyhanna, convicted of first-degree murder in the January 2008 death and dismemberment of Deanna Null of Scranton, leaves the courtroom during the penalty phase of the trial on Monday morning. (Melissa Evanko/Pocono Record)

Born the second of three children and called "Ray" since his father is Charles, Hicks grew up in a loving, close-knit, hard-working family, spending the first 12 years of his life in Fort Worth, Texas, and then moving to neighboring Burleson, according to his mother and two sisters. His father served in transportation in the U.S. military for 20 years while his mother stayed home when the children were older.

Hicks played football in high school and eventually found work in the electronics field after graduating, later taking an interest in bodybuilding, his family said. His older sister's son, now 25, idolized Hicks, who inspired him to stay in school, keep physically fit and avoid destructive decisions.

But, Hicks had his demons, said psychiatrist Kenneth Weiss, who evaluated Hicks at the defense's request in preparation for trial.

Hicks, some of whose relatives have struggled with alcoholism and mental illness, suffered blows to the head as a child, though Weiss was unclear if these blows came from playing sports or from something else. Blows to the head can contribute to depression and mood swings, with which Hicks was diagnosed at an older age.

Anti-depressants prescribed to Hicks at the time didn't agree with his body, causing tremors and other side effects that made it hard for him to function, Weiss said. Seeking relief from these side effects, Hicks eventually began using illegal drugs, mainly cocaine.

An ex-girlfriend testified to meeting Hicks in Texas in the summer of 1995, between her junior and senior years in high school, and later getting an apartment with him after high school.

She said the relationship was one with few verbal arguments, which were minor, and no physical fights until an incident where he threatened her life.

She began dating someone else after learning Hicks had been talking to another woman, she said. Hicks found out about the other man and, while driving with her as a passenger in his vehicle one day, began arguing with her.

Hicks sped through a residential area, yelling at her and threatening to kill her, she said. When he slowed down to make a turn, she jumped out of his vehicle, ran to a residence and called police.

She ended the relationship and, about a year later, Hicks contacted her and profusely apologized, telling her he had been "high" that day, she said. After indicating he would harm himself if she didn't get back together with him, he hung up and stopped answering his phone, after which she went to the location where he had called from, found him unconscious from swallowing pills and called 911.

She said they eventually got back together and got engaged after Hicks went to get help for his addiction, but that she called off the wedding and ended the relationship in 2003 after learning he was using again.

Weiss said he was informed, when evaluating Hicks, that Hicks may have been high on cocaine when allegedly assaulting three other women prior to meeting Null in January 2008, but that he was never criminally prosecuted in any of those cases.

Between 2003, prior to joining the Navy, and 2006, after being discharged, Hicks was hospitalized at several mental health facilities in Texas and Illinois, due to suicide attempts, Weiss said. One such attempt involved cutting his wrists and another involved stabbing himself in the neck.

At the end of 2007, after being briefly married in Illinois, Hicks moved to the Poconos, where he lived in area motels and out of his car, according to previous testimony. He got hired as a Tobyhanna Army Depot electronics technician in early January 2008 and began renting a nearby house later that month, by which time he had met fellow drug user Null in Scranton.

By this time, Hicks was living an unstable life, having never gotten the proper treatment or medication for his depression and continuing his use of illegal drugs in order to function, Weiss said.

http://www.poconorecord.com/article/20141117/NEWS/141119512

[ Print Page ]

## *Execution, life term mulled in slaying case*

Associated Press State & Local

November 17, 2014 Monday 9:00 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 142 words

**Dateline:** STROUDSBURG, Pa.

# Body

STROUDSBURG, Pa. (AP) - Relatives and friends are pleading for jurors to spare the life of a man convicted in the murder and dismemberment of a woman whose remains were found along a pair of eastern Pennsylvania interstates six years ago.

Forty-year-old Charles Ray Hicks was convicted last week of first-degree murder in Monroe County in the January 2008 murder of 36-year-old Deanna Null.

Null's remains were found in trash bags at eight locations along Interstates 80 and 380 in the Stroudsburg area, about 70 miles north of Philadelphia. Police said her severed hands were found hidden in the walls of Hicks' home.

The Pocono Record (*http://bit.ly/1HaJwL6* ) reports that the defense on Monday described Hicks as "a good man who did a bad thing." Witnesses blamed drug use for his decline.

___

Information from: Pocono Record, *http://www.poconorecord.com*/

**Load-Date:** November 18, 2014

End of Document

## *Penalty Phase At Charles Hicks Murder Trial*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 17, 2014 Monday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 322 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — The penalty phase is underway at a murder trial in Monroe County.

Family members of Charles Hicks want jurors to spare his life.

"Charles, what was it like to see your family after six years?"

"I love my family," Hicks replied.

Convicted murderer Charles Hicks of Tobyhanna said only a few words after listening to his family and former fiancée take the stand at the penalty phase of his murder trial.

"My brother is not a monster."

On Friday, a jury in Monroe County convicted Hicks of first-degree murder for killing and dismembering Deanna Null in 2008 and scattering her body parts along two interstate highways.

His family members told jurors Hicks should not be sentenced to death.

Hicks' mother was the first on the stand and talked about his life in Texas as a high school athlete, and someone who joined the Navy.

She said a death sentence for her son would be "horrible. It's just something, it would be hard to accept, hard to imagine that he won't be here and it's just something that's hard to take."

The prosecution cross-examined Hicks' mother confirming he went AWOL from the Navy and was having drug problems.

Hicks' ex-fiancée also testified on his behalf.

She said Hicks once threatened to kill her and she jumped out of her own car while he was driving high. She said the last time they saw one another in Texas wasn't pleasant.

"The final time was when I called off the wedding. We were engaged. It was coming to my attention that there was a drug problem," she said.

Hicks' older sister told jurors her brother was always a positive role model for her now 25-year-old son.

But she said Hicks battled depression and drugs.

Penalty Phase At Charles Hicks Murder Trial

"My brother is not a monster. When there's drugs involved, things happen and bad things do occur. He's my brother, and no matter what, I love him."

Jurors will hear more testimony before deciding whether Hicks should be sentenced to death or spend the rest of his life in prison.

**Load-Date:** November 19, 2014

---

End of Document

## *Convicted Murderer May Have Killed at Least 5 Other Women*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 18, 2014 Tuesday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 311 words

**Byline:** Sarah Buynovsky

## Body

STROUDSBURG — Charles Hicks was convicted of murdering and dismembering a woman in the Poconos. Jurors decided Tuesday night he deserves the death penalty.

Now Newswatch 16 has learned Hicks told investigators this was not his first kill.

For six and a half hours jurors deliberated Charles Hicks' fate, a life or death decision. Ultimately, they decided on death.

Hicks had no comment on his way out of the courtroom except to say he loves his family.

"What he did to Deanna Null I think was indicative of someone who has done similar things in the past."

On Friday, the same jurors convicted Hicks of murdering and dismembering Deanna Null of Scranton, putting her body parts in trash bags, and then scattering them on interstate highways in Lackawanna and Monroe Counties.

During the penalty phase of the trial, Hicks' mother, sister, and former fiancee testified on his behalf, describing his drug problems.

His sister told jurors, "My brother is not a monster."

They left the courthouse in tears.

Investigators now reveal that after his conviction, Hicks admitted to killing at least five other women in Texas.

"He made certain admissions that he had killed some women down there and that's going to also be investigated and may result in some charges," said Michael Mancuso, Assistant District Attorney of Monroe County.

Pennsylvania State Police say they have been working with Texas Rangers since 2008. They say that's when Charles Hicks moved from the Lone Star State to Coolbaugh Township in Monroe County.

They say he was here less than a month before he killed Null. They suspected it was not his first murder.

"I don't think you just start at this level. What he did to Deanna Null I think was indicative of someone who has done similar things in the past," Mancuso said.

Hicks is due back in court in Monroe County on January 6 to be formally sentenced.

## *Death Penalty Deliberations Continue*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 18, 2014 Tuesday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 208 words

**Byline:** Amanda Kelley

# Body

STROUDSBURG — A jury is now working to decide whether or not a man in the Poconos will be sentenced to death.

Charles Hicks of Tobyhanna was convicted of first degree murder late last week.

 The jury began deliberating around 1:30 p.m. Tuesday. It's up to those 12 men and women whether or not Charles Hicks will get the death penalty for murdering Deanna Null, dismembering her, and scattering her body along two highways in the Poconos.

 On Friday, a jury convicted Hicks of first degree murder, tampering with evidence, and abuse of a corpse.

 This week, the trial at the Monroe County Courthouse entered the penalty phase.

 Defense attorneys have been calling character witnesses to the stand, trying to save Hicks from a death sentence.

 Hicks' mother, two sisters, and ex-fiancée all testified on his behalf.

 Deliberations have lasted several hours with a brief interruption during the afternoon. The entire courthouse was evacuated for about 15 minutes when the fire alarm went off.

 The jury came back with one question for the judge a little after 4 p.m., asking for the definition of torture.

 If the jury recommends that Hicks be sentenced to death, he will join nearly 200 other inmates on Pennsylvania's death row, including two from Monroe County.

**Load-Date:** November 19, 2014

End of Document

## *Jury now deciding if Hicks should get death penalty*

The Times-Tribune (Scranton, Pennsylvania)

November 18, 2014 Tuesday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 384 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 18--STROUDSBURG -- Closing arguments have concluded in the sentencing of Charles Ray Hicks, convicted Friday in Monroe County Court of murdering and dismembering a Scranton woman in 2008.

The jury is now deliberating whether Mr. Hicks should get life in prison, or the death penalty.

Mr. Hicks, 40, of Coolbaugh Twp., was found guilty of killing 36-year-old Deanna Null, then cutting up her body and dumping it, wrapped in garbage bags, along interstate highways in Monroe and Lackawanna counties.

All death penalties are automatically reviewed by the Supreme Court of Pennsylvania, which can cancel the sentence.

Today, on the second and final day of sentencing, the jury heard from several witnesses for the defense who said Mr. Hicks has been a role model for other prisoners during his years in the Monroe County Correctional Facility.

Derek Oliver, a former prison guard who now visits the jail as a Jehovah's Witness, explained that he conducts Bible study with Mr. Hicks and said a lot of inmates look to him for "wisdom."

Teleconferencing in from Ft. Myers, Florida, Jerel Johnson told the jury that he shared a cell with Mr. Hicks starting in 2009. That happened while he was facing his own murder charge, for which he has since been acquitted. Mr. Johnson was in a "very dark place" during his time in the maximum security wing, he said, but Mr. Hicks' kindness helped get him through it.

The defense also called neuropsychologist Carol Armstrong, Ph.D., who evaluated Mr. Hicks this summer. Dr. Armstrong told the jury that Mr. Hicks had an psychological impairment, struggling with attention, concentration and memory.

In his only cross examination of the day, Monroe County First Assistant District Attorney Michael Mancuso questioned the neuropsychologist on the tests, which revealed that Mr. Hicks had scored very high on the reading and verbal portions.

On Monday, Mr. Hicks' mother and sisters pleaded for mercy, while his former fiancee said the man became a different person when he used drugs, and once threatened to kill her. Mr. Hicks has told investigators he and Ms. Null engaged in a drug-fueled sexual relationship.

Contact the writer:

Jury now deciding if Hicks should get death penalty

____ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com
Distributed by Tribune Content Agency, LLC

**Load-Date:** November 19, 2014

End of Document

# *Jury Sentences Charles Hicks to Death*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

November 18, 2014 Tuesday

Copyright 2014 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 131 words

**Byline:** Sarah Buynovsky

## Body

---

×

Jury Sentences Charles Hicks to Death

 STROUDSBURG — A jury has sentenced Charles Hicks to death.

 That same jury convicted Charles Hicks of Tobyhanna of first degree murder on Friday for murdering Deanna Null, dismembering her, and scattering her body along two highways in the Poconos.

 The jury began deliberating around 1:30 p.m. Tuesday, deciding whether Hicks should be sentenced to death or life in prison.

 Defense attorneys called several character witnesses to the stand, including Hicks' mother, two sisters, and ex-fiancée, trying to save Hicks from a death sentence.

 The jury came back with a verdict just after 8 p.m.

 Hicks now joins nearly 200 other inmates on Pennsylvania's death row, including two from Monroe County.

 He is scheduled to be formally sentenced on January 6.

## Graphic

---

charles hicks 11 14 charles hicks 11 14

**Load-Date:** November 19, 2014

---

End of Document

# *Regional Briefs, Nov. 17, 2014*

The Times-Tribune (Scranton, Pennsylvania)

November 18, 2014 Tuesday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 695 words

**Byline:** Staff Reports

# Body

No new sentence for co-murderer SCRANTON — A judge rejected a plea Monday to reconsider a sentence he gave a Scranton man involved in murder last year. On Nov. 5, Lackawanna County Judge Carmen D. Minora gave Marlon Clotter, 23, of Scranton, seven to 17 years in state prison for his role in the shooting death of 22-year-old Rahsan Crowder in Scranton last year. The admitted triggerman, 19-year-old Scranton man Ryan Harding, who was given a maximum sentence of up to 47 years after bickering with Judge Minora, has also filed for a reconsideration and is awaiting a decision.

Charges of first-degree murder, third-degree murder and related conspiracy charges against Mr. Clotter were dropped after he agreed to plead guilty to aggravated assault for urging Mr. Harding to shoot Mr. Crowder. — PETER CAMERON Rep. Mike Peifer's office moved HONESDALE — The office of Rep. Mike Peifer, R-139, has moved to a new location as a result of legislative redistricting. The office will now be located at 2523 Route 6, Suite 2, in Hawley. The office can be reached by phone at 570-226-5959 and fax at 570-226-5955. — LUKE RANKER Dismemberment sentencing set STROUDSBURG — Sentencing for Charles Ray Hicks began Monday. Last week, a jury convicted Mr. Hicks, 40, of killing and dismembering Deanna Null, 36, whose remains were found in garbage bags strewn along Interstates 380 and 80 on Jan. 29, 2008. The same jury must now decide if he deserves the death penalty. On Monday, the defense brought several people to the stand to testify against the death penalty. Mr. Hicks's mother and sisters testified that he does not deserve the death penalty and that their lives would be much more difficult if Mr. Hicks was no longer alive. The sentencing continues today. — LUKE RANKER Man exposes self in parole office WILKES-BARRE — A Wilkes-Barre man is accused of exposing himself to a woman at the Luzerne County Adult Probation and Parole Department while waiting in the lobby, according to documents filed in court. Kentlin Hopkins, 44, of 135 Hill St., is charged with indecent exposure, open lewdness and disorderly conduct by engaging in an obscene gesture. Wilkes-Barre police say the woman told police she was manning the reception window when Mr. Hopkins asked for her name and for a piece of paper, which she provided. Mr. Hopkins stood by the window, speaking softly and asking if the woman could hear him. When she said she could not, Mr. Hopkins asked for another piece of paper. The woman reached to get it and looked up to find Mr. Hopkins had exposed himself, police said. Mr. Hopkins was arraigned on Monday morning with bail set at $30,000. A preliminary hearing is set for 10 a.m. Dec. 4. — JAMES HALPIN Racketeering suit heads to NEPA WILKES-BARRE — A multimillion-dollar racketeering lawsuit linked to Luzerne County's infamous kids-for-cash scandal is coming to a courtroom here, a federal judge in Pittsburgh ruled. Allegheny County investment banker Gregory Zappala initially filed the suit in his home area, but recently asked a judge to transfer jurisdiction of the case to federal court in Northeast Pennsylvania, where the scandal occurred. Mr. Zappala is suing his ex-business partner, former Drums-based attorney Robert Powell, co-owner of the juvenile detention centers at the heart of the kids-for-cash case. Mr. Zappala claims Mr. Powell and his law firm "engaged in illegal activity to steal millions of dollars through a vast criminal enterprise." The suit, filed by Mr. Zappala, targets a potential $200 million windfall that is soon due to Mr. Powell and his law firm for his representation of local clients who were part of an environmental contamination

Regional Briefs, Nov. 17, 2014

lawsuit that recently settled nationwide for $5.15 billion. — Bob Kalinowski Ex-judge Ciavarella in South Carolina WILKES-BARRE — Jailed former Luzerne County Judge Mark Ciavarella Jr. has been moved to the Federal Correctional Institution at Williamsburg, a medium-security facility in Salters, South Carolina. After being sentenced on corruption charges in 2011, Mr. Ciavarella was sent to Federal Correctional Institution at Pekin, a medium security facility in Pekin, Ill. — Bob Kalinowski


**Load-Date:** November 18, 2014

---

End of Document

# *Former Burleson resident sentenced to death in gruesome Pa. case says he killed 5 women in Texas*

The Dallas Morning News: Blogs

November 19, 2014 Wednesday

Copyright 2014 The Dallas Morning News
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** CRIME

**Length:** 151 words

**Byline:** Wayne Carter

# Body

video platformvideo managementvideo solutionsvideo player

A prosecutor in Pennsylvania announced Tuesday that former Burleson resident Charles Ray Hicks Jr., sentenced to death for killing and dismembering a woman in 2008, told authorities that he had also killed five women in Texas.

The Pocono (Pa.) Record reports Texas Rangers and Pennsylvania State Police are investigating the claims made by Hicks, 40. Hicks was sentenced after a jury convicted him of first-degree murder in the January 2008 death and dismemberment of Deanna Null of Scranton.

The Record reports that jurors deliberated a little more than an hour before convicting Hicks, then deliberated nearly seven hours before handing down the death sentence.

The Fort Worth Star-Telegram reported in 2008, when Hicks was arrested, that his mother still lived in Burleson. According to the Record, Hicks' sisters were on hand and wept at the verdict.

**Load-Date:** November 19, 2014

End of Document

## *Hicks Gets Death Penalty*

The Times-Tribune (Scranton, Pennsylvania)

November 19, 2014 Wednesday

Copyright 2014 Times-Tribune, The, Scranton, PA
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** LOCAL

**Length:** 688 words

**Byline:** Peter Cameron, STAFF WRITER

# Body

STROUDSBURG — Charles Ray Hicks, convicted last week of first-degree murder and related counts for killing and dismembering a Scranton woman in 2008, was sentenced to death Tuesday night.

Jurors in Monroe County found Mr. Hicks, 40, of Coolbaugh Twp., guilty on Friday of killing 36-year-old Deanna Null, then chopping up her body, putting it in garbage bags and dumping them along Interstate 80 and 380 in Monroe and Lackawanna counties.

First Assistant District Attorney Michael Mancuso, the lead prosecutor in the case, told reporters after the sentencing that Mr. Hicks was now being investigated in Texas, his home state, after admitting in interviews following his conviction to previously killing five women there.

The last person to be sentenced to death in Monroe County, Mr. Mancuso said, was Michael John Parrish in 2012. He was convicted of killing his girlfriend and 2-year-old son in 2009, and remains on death row at the state prison in Greene County.

Overall, the prosecutor said that while the situation was unpleasant, he felt Mr. Hicks' jury delivered the correct verdict and sentence based on Pennsylvania law.

"I think justice was done," he said.

As he did when his verdict was read Friday, Mr. Hicks showed little emotion after the jury foreman revealed the death sentence, though his eyes again filled with tears. Two jury members dabbed at their own wet eyes in the minutes following the announcement.

Mr. Hicks' sisters, who testified in his defense Monday, sobbed and leaned on each other for support while they exited the courtroom.

The 12-person jury — eight of whom were female — deliberated for nearly seven hours on the decision between a life sentence and the death penalty, going well past the hour or so they needed to agree to the first-degree murder conviction last week.

Earlier in the day, a fire alarm, caused by a system glitch, cleared the courthouse and briefly interrupted the jury's discussion. The decision was also delayed when the jury returned to the courtroom briefly to get the legal definition of torture from Monroe County President Judge Margherita Patti Worthington.

Hicks Gets Death Penalty

To put a person to death in Pennsylvania, a jury must have an aggravating circumstance, in this case torture. Prosecutors had argued that Mr. Hicks hit Ms. Null in the back of the head with some type of blunt weapon, then severed her head while she was still alive.

All death penalties are automatically reviewed by the Supreme Court of Pennsylvania, which can cancel the sentence. A formal sentencing in Monroe County Court is scheduled for Jan. 6.

The Monroe County public defenders who represented Mr. Hicks declined to speak to reporters as they left the courtroom. The jurors directed questions to the prosecutors.

Prior to the announcement of the decision, the jury heard from several witnesses for the defense who said Mr. Hicks has been a role model for other prisoners at the Monroe County Correctional Facility.

Derek Oliver, a former prison guard who now visits the jail as a Jehovah's Witness, explained that he conducts Bible study with Mr. Hicks and said a lot of the inmates look to him for wisdom.

Teleconferencing in from Ft. Myers, Florida, Jerel Johnson told the jury that he had been cellmates with Mr. Hicks in the Monroe County Correctional Facility during his own murder charge, for which he has since been acquitted. Mr. Johnson was in a "very dark place" during his time in the maximum security wing, he said, but Mr. Hicks helped get him through it.

The defense also called neuropsychologist Carol Armstrong, Ph.D., who evaluated Mr. Hicks this summer. Dr. Armstrong told the jury that Mr. Hicks had an psychological impairment, struggling with attention, concentration and memory.

In his only cross examination of the day, Monroe County First Assistant District Attorney Michael Mancuso questioned the neuropsychologist on the tests, which revealed that Mr. Hicks had scored very high in reading and verbal portions.

On Monday, his former fiancee said the man became a different person when he used drugs, and once threatened to kill her.

Contact the writer: *pcameron@timesshamrock.com*


**Load-Date:** November 20, 2014

---

**End of Document**

## *Hicks gets death penalty in dismemberment case*

The Citizen's Voice & Sunday Voice

November 19, 2014 Wednesday

Copyright 2014 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2014 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 671 words

**Byline:** Peter Cameron

## Body

STROUDSBURG - Charles Ray Hicks, convicted last week of first-degree murder and related counts for killing and dismembering a Scranton woman in 2008, was sentenced to death Tuesday night.

Jurors in Monroe County found Hicks, 40, of Coolbaugh Township, guilty on Friday of killing 36-year-old Deanna Null, then chopping up her body, putting it in garbage bags and then dumping it along Interstate 80 and 380 in Monroe and Lackawanna counties.

First Assistant District Attorney Michael Mancuso, the lead prosecutor in the case, told reporters after the sentencing that Hicks was now being investigated in Texas, his home state, after admitting in interviews following his conviction to previously killing five women there.

The last person to be sentenced to death in Monroe County, Mancuso said, was Michael John Parrish in 2012. He was convicted of killing his girlfriend and 2-year-old son in 2009, and remains on death row at the state prison in Greene County.

Overall, the prosecutor said that while the situation was unpleasant, he felt Hicks' jury delivered the correct verdict and sentence based on Pennsylvania law.

"I think justice was done," he said.

As he did when his verdict was read Friday, Hicks showed little emotion after the jury foreman revealed the death sentence, though his eyes again filled with tears. Two jury members dabbed at their own wet eyes in the minutes following the announcement. Hicks' sisters, who testified in his defense Monday, sobbed and leaned on each other for support while they exited the courtroom.

The 12-person jury - eight of whom were female - deliberated for nearly seven hours on the decision between a life sentence and the death penalty, going well past the hour or so they needed to agree to the first-degree murder conviction last week.

Earlier in the day, a fire alarm, caused by a system glitch, cleared the courthouse and briefly interrupted the jury's discussion. The decision was also delayed when the jury returned to the courtroom briefly to get the legal definition of torture from Monroe County President Judge Margherita Patti Worthington.

Hicks gets death penalty in dismemberment case

To put a person to death in Pennsylvania, a jury must have an aggravating circumstance, in this case torture. Prosecutors had argued that Hicks hit Null in the back of the head with some type of blunt weapon, then severed her head while she was still alive.

All death penalties are automatically reviewed by the Supreme Court of Pennsylvania, which can cancel the sentence. A formal sentencing in Monroe County Court is scheduled for Jan. 6.

The Monroe County public defenders who represented Hicks declined to speak to reporters as they left the courtroom. The jurors directed questions to the prosecutors.

Prior to the announcement of the decision, the jury heard from several witnesses for the defense who said Hicks has been a role model for other prisoners at the Monroe County Correctional Facility.

Derek Oliver, a former prison guard who now visits the jail as a Jehovah's Witness, explained that he conducts Bible study with Hicks and said a lot of the inmates look to him for wisdom.

Teleconferencing in from Ft. Myers, Florida, Jerel Johnson told the jury that he had been cellmates with Hicks in the Monroe County Correctional Facility during his own murder charge, for which he has since been acquitted. Johnson was in a "very dark place" during his time in the maximum security wing, he said, but Hicks helped get him through it.

The defense also called neuropsychologist Carol Armstrong, Ph.D., who evaluated Hicks this summer. Armstrong told the jury that Hicks had an psychological impairment, struggling with attention, concentration and memory.

In his only cross examination of the day, Monroe County First Assistant District Attorney Michael Mancuso questioned the neuropsychologist on the tests, which revealed that Hicks had scored very high in reading and verbal portions.

On Monday, his former fiancee said the man became a different person when he used drugs, and once threatened to kill her.

*pcameron@timesshamrock.com*

## Notes

PUBLISHER: Times-Shamrock Communications

## Graphic

Hicks

**Load-Date:** November 20, 2014

End of Document

## *Hicks gets death penalty*

The Times-Tribune (Scranton, Pennsylvania)

November 19, 2014 Wednesday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 713 words

**Byline:** Peter Cameron, The Times-Tribune, Scranton, Pa.

## Body

Nov. 19--STROUDSBURG -- Charles Ray Hicks, convicted last week of first-degree murder and related counts for killing and dismembering a Scranton woman in 2008, was sentenced to death Tuesday night.

Jurors in Monroe County found Mr. Hicks, 40, of Coolbaugh Twp., guilty on Friday of killing 36-year-old Deanna Null, then chopping up her body, putting it in garbage bags and dumping them along Interstate 80 and 380 in Monroe and Lackawanna counties.

First Assistant District Attorney Michael Mancuso, the lead prosecutor in the case, told reporters after the sentencing that Mr. Hicks was now being investigated in Texas, his home state, after admitting in interviews following his conviction to previously killing five women there.

The last person to be sentenced to death in Monroe County, Mr. Mancuso said, was Michael John Parrish in 2012. He was convicted of killing his girlfriend and 2-year-old son in 2009, and remains on death row at the state prison in Greene County.

Overall, the prosecutor said that while the situation was unpleasant, he felt Mr. Hicks' jury delivered the correct verdict and sentence based on Pennsylvania law.

"I think justice was done," he said.

As he did when his verdict was read Friday, Mr. Hicks showed little emotion after the jury foreman revealed the death sentence, though his eyes again filled with tears. Two jury members dabbed at their own wet eyes in the minutes following the announcement.

Mr. Hicks' sisters, who testified in his defense Monday, sobbed and leaned on each other for support while they exited the courtroom.

The 12-person jury -- eight of whom were female -- deliberated for nearly seven hours on the decision between a life sentence and the death penalty, going well past the hour or so they needed to agree to the first-degree murder conviction last week.

Earlier in the day, a fire alarm, caused by a system glitch, cleared the courthouse and briefly interrupted the jury's discussion. The decision was also delayed when the jury returned to the courtroom briefly to get the legal definition of torture from Monroe County President Judge Margherita Patti Worthington.

Hicks gets death penalty

To put a person to death in Pennsylvania, a jury must have an aggravating circumstance, in this case torture. Prosecutors had argued that Mr. Hicks hit Ms. Null in the back of the head with some type of blunt weapon, then severed her head while she was still alive.

All death penalties are automatically reviewed by the Supreme Court of Pennsylvania, which can cancel the sentence. A formal sentencing in Monroe County Court is scheduled for Jan. 6.

The Monroe County public defenders who represented Mr. Hicks declined to speak to reporters as they left the courtroom. The jurors directed questions to the prosecutors.

Prior to the announcement of the decision, the jury heard from several witnesses for the defense who said Mr. Hicks has been a role model for other prisoners at the Monroe County Correctional Facility.

Derek Oliver, a former prison guard who now visits the jail as a Jehovah's Witness, explained that he conducts Bible study with Mr. Hicks and said a lot of the inmates look to him for wisdom.

Teleconferencing in from Ft. Myers, Florida, Jerel Johnson told the jury that he had been cellmates with Mr. Hicks in the Monroe County Correctional Facility during his own murder charge, for which he has since been acquitted. Mr. Johnson was in a "very dark place" during his time in the maximum security wing, he said, but Mr. Hicks helped get him through it.

The defense also called neuropsychologist Carol Armstrong, Ph.D., who evaluated Mr. Hicks this summer. Dr. Armstrong told the jury that Mr. Hicks had an psychological impairment, struggling with attention, concentration and memory.

In his only cross examination of the day, Monroe County First Assistant District Attorney Michael Mancuso questioned the neuropsychologist on the tests, which revealed that Mr. Hicks had scored very high in reading and verbal portions.

On Monday, his former fiancee said the man became a different person when he used drugs, and once threatened to kill her.

Contact the writer: *pcameron@timesshamrock.com*

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by Tribune Content Agency, LLC

**Load-Date:** November 19, 2014

End of Document

## *Jury imposes death sentence in 2008 murder case*

Associated Press State & Local

November 19, 2014 Wednesday 2:22 AM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 146 words

**Dateline:** STROUDSBURG, Pa.

# Body

STROUDSBURG, Pa. (AP) - An eastern Pennsylvania jury has imposed the death penalty on a man convicted in the murder and dismemberment of a woman whose remains were found along a pair of eastern Pennsylvania interstates six years ago.

Forty-year-old Charles Ray Hicks was convicted last week of first-degree murder in Monroe County in the January 2008 murder of 36-year-old Deanna Null.

Null's remains were found in trash bags scattered along Interstates 80 and 380 near Stroudsburg, about 70 miles north of Philadelphia. Police said her severed hands were found hidden in the walls of Hicks' home.

After hearing testimony from several defense witnesses and closing arguments, jurors deliberated for more than seven hours and asked for a legal definition of torture before deciding that Hicks deserved execution.

___

Information from: The Times-Tribune, *http://thetimes-tribune.com*/

**Load-Date:** November 19, 2014

End of Document

## *Jury sentences Hicks to death; he is now suspected of killing others in Texas*

Pocono Record, Stroudsburg, Pa.

November 19, 2014 Wednesday

Copyright 2014

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 549 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

## Body

Nov. 19--Charles Hicks Jr. of Tobyhanna struggled not to weep as a jury Tuesday sentenced him to death after convicting him of first-degree murder in the January 2008 death and dismemberment of Deanna Null of Scranton.

Hicks' older sister wept and hugged his younger sister in the courtroom when the jury announced its verdict.

After deliberating a little more than an hour to convict Hicks of murder at the end of the trial's first phase, the jury deliberated six and a half hours Tuesday to sentence him to death. He will be formally sentenced in January.

Shortly after the sentencing, Monroe County First Assistant District Attorney Michael Mancuso told the media that Hicks told investigators after being found guilty of killing Null that he had killed at least five other women in Texas before moving to the Poconos.

Pennsylvania State Police have been working with Texas Rangers on those murders, according to authorities.

In its closing argument to the jury prior to deliberation, the prosecution said Hicks beating and strangling Null, prior to decapitating and dismembering her, amounts to torture. This is an aggravating factor warranting the death penalty, the prosecution said.

Hicks said Null died not by his hands, but from a drug overdose. He said he got rid of her body, as opposed to reporting her death, because he feared being arrested for drug use and losing his job.

In its closing statement, the defense said Hicks is a good but troubled man whose demons led him to make the poor choices landing him in his current situation. The defense had called relatives, friends and mental health experts, who evaluated Hicks in preparation for trial, to testify to his character and background, in efforts to bring out mitigating factors warranting a life-without-parole sentence.

As he was growing up, Hicks suffered injuries from blows to the head while playing sports, according to testimony. These injuries led to depression and mood swings in his early adult years, for which he was unable to get proper help and prescribed medication that caused tremors, neurological impairments and other side effects making it hard for him to function.

To cope with these side effects, Hicks turned to illegal drugs, mainly cocaine, which led to a life of suicide attempts, unsteady employment and violence against women he became involved with, according to testimony. He tried unsuccessfully to get help for his addiction and his family wasn't in a position to give him the support he needed.

Jury sentences Hicks to death; he is now suspected of killing others in Texas

Despite this, Hicks has no significant criminal record prior to this case, according to testimony.

When in a structured environment, with proper meds for his depression and mood swings and no access to illegal drugs, Hicks is a better person who even motivates and inspires others, according to testimony.

While incarcerated in Monroe County and Lehigh County correctional facilities on this case, Hicks has been a model inmate, inspiring fellow inmates to stay out of trouble, keep physically fit and focus on the positive while renewing his religious faith.

Hicks remains in Lehigh County Correctional Facility until his future formal sentencing.

____ (c)2014 Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at *http://www.poconorecord.com*/ Distributed by Tribune Content Agency, LLC

**Load-Date:** November 19, 2014

---

End of Document

## *Killer in Pennsylvania claims he murdered women in Texas*

Fort Worth Star-Telegram (Texas)

November 19, 2014 Wednesday

Copyright 2014 Fort Worth Star-Telegram All Rights Reserved



**Length:** 408 words

**Byline:** Domingo Ramirez Jr.

ramirez@star-telegram.com

## Body

A former Burleson resident sentenced to death Tuesday in Pennsylvania for dismembering a woman is under investigation by the Texas Rangers after he told authorities he killed five women in Texas.

Charles Hicks, 40, talked about the North Texas killings after he was convicted last week of first-degree murder and sentenced to die for killing 36-year-old Deanna Null in 2008. He chopped up her body, put it in garbage bags and dumped them along Pennsylvania interstates.

Hicks moved to Pennsylvania in 2008.

In Pennsylvania, Monroe County Detective Wendy Serfass told The Times Tribune in Scranton that Hicks was offered a deal: If he provided information on the Texas homicides, they would consider not pursuing the death penalty.

Texas Ranger James Holland interviewed Hicks, who provided some information, but not enough to satisfy the terms of the agreement.

Serfass told the Times Tribune that the killings were in the Fort Worth, Mansfield and Tarrant County area.

Fort Worth homicide Sgt. Joe Loughman said Wednesday that Fort Worth police are aware of the Pennsylvania case but he could not say whether Hicks could be a suspect in any Fort Worth homicides.

"We're aware the Texas Rangers have talked to Mr. Hicks," Loughman said. "We're checking our records and we'll probably need to get with (the Texas Ranger) when he gets back in town."

DPS Sgt. Lonny Haschel said Wednesday, "Texas Rangers are working with other local agencies in the Dallas Fort Worth area in an investigation regarding statements made by Charles Hicks. The investigation is ongoing and DPS has no additional information to release at this time."

Tarrant County criminal court records show Hicks had an assault with bodily injury charge dismissed in 2002 in a Fort Worth incident and a Tarant County grand jury declined to indict him in 2007 on a aggravated robbery charge from Arlington.

Killer in Pennsylvania claims he murdered women in Texas

In Pennsylvania, a jury of eight women and four men sentenced Hicks to death after deliberating seven hours.

Prosecutors argued that Hicks hit Null in the back of the head with some type of blunt weapon, then severed her head while she was still alive.

During the sentencing phase of the trial, jurors had heard from several witnesses for the defense who said Hicks has been a role model for other prisoners at the Monroe County Correctional Facility.

Staff writer Deanna Boyd and The Scranton Times-Tribune contributed to this report.

Domingo Ramirez Jr., 817-390-7763

Twitter: @mingoramirezjr

**Load-Date:** November 19, 2014

---

End of Document

## *Man sentenced to death for murdering and dismembering woman in Pennsylvania 'admits to killing five other women in Texas'*

MailOnline

November 19, 2014 Wednesday 5:12 PM GMT

Copyright 2014 Associated Newspapers Ltd. All Rights Reserved



**Section:** NEWS

**Length:** 632 words

**Byline:** ASHLEY COLLMAN FOR MAILONLINE

## Body

    Charles Ray Hicks, 40, was sentenced to death on Tuesday for the January 2008 murder of 36-year-old Deanna Null

    Null's body was found dismembered and strewn the side of Pennsylvania interstates, and her severed hands hidden in the walls of Hicks' home

    Before he heard his sentence on Tuesday, Hicks allegedly admitted to killing five other women in Texas

A man who was sentenced to die yesterday, is now under investigation for five more capital crimes in a different state.

A Pennsylvania jury deliberated for seven hours on Tuesday, before coming to the decision to send 40-year-old Charles Ray Hicks to death row for the January 2008 murder of Scranton woman Deanna Null, 36.

Prosecutors said Hicks beheaded Null alive, before chopping up the rest of her body and dumping the remains in black bags scattered along interstate roads. The remains were recovered by investigators, who also found Null's severed hands hidden in the walls of Hicks' Tobyhanna home.

On Monday, the day before he was sentenced, Hicks allegedly confessed to murdering five more women in Texas before he moved to Pennsylvania, prosecutor Michael Mancuso said. Hicks is originally from Fort Worth.

Scroll down for video

'As I understand it, yesterday he made certain admissions that he killed some women down there,' Mancuso said. 'And that's going to also be investigated and may result in charges.'

Both Pennsylvania and Texas have the death penalty, but Texas follows through on executing their death row inmate at a higher rate than any other state.

This year alone, 10 people have been executed by lethal injection in Texas compared to just three people in the past two decades in Pennsylvania, despite the state having one of the largest death row populations.

Man sentenced to death for murdering and dismembering woman in Pennsylvania 'admits to killing five other women in Texas'

It's still unclear how these new admissions will impact Hicks' death sentence in Pennsylvania, or which state would handle the execution if Hicks is convicted of capital crimes in Texas.

MailOnline's calls to Mancuso were not immediately returned Wednesday morning.

Hicks himself showed relatively little emotion as he received the life-ending news on Tuesday, but reporters in court said his eyes filled with tears.

His sisters attended the hearing and started sobbing when they heard the decision. Hicks' sister and mother defended him in court on Monday, pleading the jury to use mercy in deciding the sentence.

However, the 12-person jury, which included eight females and four males, eventually decided on the death sentence after determining that Hicks tortured Null before she died.

In Pennsylvania, all capital crimes must include proof of an aggravated circumstance, such as torture. In the middle of their deliberations, a jury member was sent back into court to get the legal definition of torture from the judge.

The decision did not appear to be an easy one for the jury, as two members were seen wiping away tears as the sentence was read.

Hicks' family weren't the only ones to defend his character in court on Monday either, a former cell mate and prison guard testified that he should be spared the death penalty.

Jerel Johnson shared a cell with Hicks when he was on trial for murder charge he has since been acquitted of. Thought he was in a 'very dark place' at the time, Hicks helped him get through it.

A former prison guard who now volunteers to teach bible study classes as a Jehovah's Witness says several inmates in his group look to Hicks for wisdom.

However, those views were countered by a former fiancée who said Hicks became a different person when he started abusing drugs and that he once threatened to kill her.

Hicks' case is far from over since all death penalties are automatically reviewed by the state Supreme Court in Pennsylvania, which can cancel a death sentence.

Hicks will formally be sentenced on January 6.

**Load-Date:** November 19, 2014

---

**End of Document**

## *Detective: Penn. murderer says he killed in Texas*

Associated Press State & Local

November 20, 2014 Thursday 9:55 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** STATE AND REGIONAL

**Length:** 297 words

**Dateline:** DALLAS

# Body

DALLAS (AP) - A man who was sentenced to death in Pennsylvania this week for the 2008 killing and dismemberment of a woman told investigators that he also killed women in Texas, where he used to live.

Charles Hicks, 40, was sentenced to death Tuesday after being convicted of first-degree murder in the killing of 36-year-old Deanna Null, whose severed remains were found in trash bags along two eastern Pennsylvania highways six years ago. Authorities say Hicks severely beat Null and started dismembering her while she was still alive. Her hands were found hidden in the walls of his home.

Hicks lived in the Dallas-Fort Worth area prior to moving to Pennsylvania in late 2007 for a job with a defense contractor, according to Wendy Serfass, a detective with the Monroe County, Pennsylvania, district attorney's office. Texas Rangers have known since at least 2009 about Hicks' claims to have killed in Texas, she said. But Hicks declined to speak with investigators until Monday, when prosecutors offered to remove the death penalty as a punishment if he provided information about crimes in Texas. But the information wasn't satisfactory to investigators, Serfass said.

She declined to say how many killings Hicks claimed to have committed, but she said investigators are reviewing multiple unsolved homicides in North Texas.

"I don't think this is done as far as Texas is concerned," she said.

Texas Department of Public Safety Sgt. Lonny Haschel said in a statement Thursday that Rangers are investigating the claims with the help of other Texas law enforcement agencies and that the department had nothing else to say about the matter.

Hicks' lawyer during the trial, Monroe County public defender Jason LaBar, didn't immediately respond to a phone message Thursday seeking comment.

**Load-Date:** November 21, 2014

End of Document

## *Detective: Penn. murderer says he killed in Texas*

The Associated Press

November 20, 2014 Thursday 9:55 PM GMT

Copyright 2014 Associated Press All Rights Reserved

**Section:** DOMESTIC NEWS

**Length:** 297 words

**Dateline:** DALLAS

## Body

DALLAS (AP) - A man who was sentenced to death in Pennsylvania this week for the 2008 killing and dismemberment of a woman told investigators that he also killed women in Texas, where he used to live.

Charles Hicks, 40, was sentenced to death Tuesday after being convicted of first-degree murder in the killing of 36-year-old Deanna Null, whose severed remains were found in trash bags along two eastern Pennsylvania highways six years ago. Authorities say Hicks severely beat Null and started dismembering her while she was still alive. Her hands were found hidden in the walls of his home.

Hicks lived in the Dallas-Fort Worth area prior to moving to Pennsylvania in late 2007 for a job with a defense contractor, according to Wendy Serfass, a detective with the Monroe County, Pennsylvania, district attorney's office. Texas Rangers have known since at least 2009 about Hicks' claims to have killed in Texas, she said. But Hicks declined to speak with investigators until Monday, when prosecutors offered to remove the death penalty as a punishment if he provided information about crimes in Texas. But the information wasn't satisfactory to investigators, Serfass said.

She declined to say how many killings Hicks claimed to have committed, but she said investigators are reviewing multiple unsolved homicides in North Texas.

"I don't think this is done as far as Texas is concerned," she said.

Texas Department of Public Safety Sgt. Lonny Haschel said in a statement Thursday that Rangers are investigating the claims with the help of other Texas law enforcement agencies and that the department had nothing else to say about the matter.

Hicks' lawyer during the trial, Monroe County public defender Jason LaBar, didn't immediately respond to a phone message Thursday seeking comment.

**Load-Date:** November 21, 2014

---

End of Document

## *Prosecutors offered Hicks a deal to avoid death penalty*

The Times-Tribune (Scranton, Pennsylvania)

November 20, 2014 Thursday

Copyright 2014 The Times-Tribune

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 716 words

**Byline:** Terrie Morgan-Besecker, The Times-Tribune, Scranton, Pa.

## Body

Nov. 20--The Monroe County district attorney's office considered dropping the death penalty against Charles Ray Hicks in exchange for information on murders he's suspected of committing in Texas, but he failed to provide sufficient information to seal the deal, a county detective said.

Detective Wendy Serfass on Wednesday said Mr. Hicks is a suspect in the unsolved homicides of several women in the area of Fort Worth, Texas. Following his conviction last week for the murder of Deanna Null of Scranton, prosecutors said they would consider dropping efforts to secure a death sentence for Ms. Null's murder if he provided information on the Texas cases.

Mr. Hicks met with an official with the Texas Rangers on Monday and admitted to killing five women. Prosecutors decided not to withdraw the death penalty, however, because he did not live up to the agreement that had been reached, Detective Serfass said.

"There was an offer made that, if he disclosed what happened in our case here and provided information -- he's been a suspect in Texas for some time -- then there would be talk of removing the death penalty from the cases," Detective Serfass said. "He didn't give complete information and believable information."

Detective Serfass said she could not discuss what information Mr. Hicks did and did not provide, but it "did not satisfy the agreement" he made with prosecutors.

Mr. Hicks, 40, of Coolbaugh Twp., lived in Burleson, Texas, prior to moving to Pennsylvania. A Monroe County jury on Friday found him guilty of first-degree murder and several other offenses for the 2008 death and dismemberment of Ms. Null, 36.

Prosecutors said Mr. Hicks severely beat Ms. Null, then began dismembering her body while she was still alive. The crime was discovered after parts of Ms. Null's body were found in garbage bags strewn along Interstates 80 and 380 in Monroe and Lackawanna counties.

The death penalty phase, which is separate from the trial, began Monday. Jurors had the option to sentence Mr. Hicks to life without parole or death. They deliberated for nearly seven hours Tuesday before returning the death sentence.

Detective Serfass did not reveal the identity of the women in Texas Mr. Hicks is suspected of killing.

Prosecutors offered Hicks a deal to avoid death penalty

Sgt. Lonny Haschel, a spokesman for the Texas Department of Public Safety, confirmed the Texas Rangers are working with authorities in the Dallas/ Fort Worth area to investigate Mr. Hicks' statements. He said the investigation is ongoing.

Daniel Segura, spokesman for the Fort Worth Police Department, said a member of the department's cold case unit plans to meet with authorities who interviewed Mr. Hicks to gather more details. No further information was available Wednesday.

Mr. Hicks' attorney, Monroe County Public Defender Jason Labar, did not return a phone message Wednesday seeking comment. Monroe County District Attorney David Christine and First Assistant District Attorney Michael Mancuso,who prosecuted the case, also did not return phone messages.

Whether or not Texas authorities will be able to use the information Mr. Hicks provided to prosecute him there will be dependent upon the specific details of the agreement he reached, said attorney Al Flora Jr., the former chief public defender for Luzerne County who has handled numerous death penalty cases.

Mr. Flora, who is not involved in the Hicks case, said he suspects Mr. Hicks gave a "proffer," a statement in which a defendant offers certain information on a crime in exchange for some sort of consideration from prosecutors.

"It may be he provided information that did not rise to the level the prosecution expected. If he breached the terms of the agreement, the district attorney can take it off the table," Mr. Flora said.

If there is a dispute over whether Mr. Hicks breached the deal, that issue could be raised on appeal of his death sentence, Mr. Flora said.

"If there was a dispute if he breached the agreement or not, the lawyer could raise a challenge and ask the court to enforce the terms of the agreement," he said. "The court would have to hold a hearing, take evidence and make a ruling."

Contact the writer: *tbesecker@timesshamrock.com*

___ (c)2014 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by Tribune Content Agency, LLC

**Load-Date:** November 20, 2014

**End of Document**

### *Texas authorities investigating man sentenced to death in Pa.*

Charleston Gazette (West Virginia)

November 20, 2014, Thursday

Copyright 2014 Charleston Newspapers

**Section:** NEWS; Pg. P8A

**Length:** 352 words

**Byline:** Domingo Ramirez Jr., Fort Worth Star-Telegram

## Body

Charles Hicks, 40, talked about the North Texas killings after he was convicted last week of first-degree murder and sentenced to die for killing 36-year-old Deanna Null in 2008. He chopped up her body, put it in garbage bags and dumped them along Pennsylvania interstates.

Hicks moved to Pennsylvania in 2008.

In Pennsylvania, Monroe County Detective Wendy Serfass told The Times-Tribune in Scranton that Hicks was offered a deal: If he provided information on the Texas homicides, they would consider not pursuing the death penalty.

Texas Ranger James Holland interviewed Hicks, who provided some information, but not enough to satisfy the terms of the agreement.

Serfass told the Times-Tribune that the killings were in the Fort Worth, Mansfield and Tarrant County area.

Fort Worth homicide Sgt. Joe Loughman said Wednesday that Fort Worth police are aware of the Pennsylvania case, but he could not say whether Hicks could be a suspect in any Fort Worth homicides.

"We're aware the Texas Rangers have talked to Mr. Hicks, Loughman said. "We're checking our records and we'll probably need to get with [the Texas Ranger] when he gets back in town.

DPS Sgt. Lonny Haschel said Wednesday: "Texas Rangers are working with other local agencies in the Dallas Fort Worth area in an investigation regarding statements made by Charles Hicks. The investigation is ongoing and DPS has no additional information to release at this time.

Tarrant County criminal court records show Hicks had an assault with bodily injury charge dismissed in 2002 in a Fort Worth incident and a Tarrant County grand jury declined to indict him in 2007 on a aggravated robbery charge from Arlington.

In Pennsylvania, a jury of eight women and four men sentenced Hicks to death after deliberating for seven hours.

Prosecutors argued that Hicks hit Null in the back of the head with some type of blunt weapon, then severed her head while she was still alive.

During the sentencing phase of the trial, jurors had heard from several witnesses for the defense who said Hicks has been a role model for other prisoners at the Monroe County Correctional Facility.

**Load-Date:** November 20, 2014

## *Former Burleson resident sentenced to death*

Cleburne Times-Review (Texas)

November 21, 2014 Friday

Copyright 2014 Cleburne Times-Review

Distributed by McClatchy-Tribune Business News

**Section:** STATE AND REGIONAL NEWS

**Length:** 637 words

**Byline:** Matt Smith, Cleburne Times-Review, Texas

## Body

Nov. 21--Jurors in Monroe County Pennsylvania sentenced former Burleson resident Charles Ray Hicks to death on Tuesday for the 2008 death of Scranton resident Deanna Null.

Law enforcement officers said Hicks is also a suspect in the deaths of at least five women in the Fort Worth area, according to the Scranton Times-Tribune.

Prosecutors considered dropping the death penalty option against Hicks in exchange for information on those murders, according to the Times-Tribune, but withdrew the offer after Hicks met with an official from the Texas Rangers on Monday but failed to supply sufficient information.

A Monroe County District Attorney's Office detective told the Times-Tribune that Hicks, 40, admitted to killing five women in Texas but did not supply complete or believable information. The detective declined to go into detail as to what information Hicks did or did not provide. Hicks moved from Burleson to Pennsylvania in 2007.

During Hicks' trial, prosecutors said he beat Null, 36,  severely in 2008 and began dismembering her body while she was still alive.

Null's remains were later discovered in trash bags along interstates in Monroe and Lackawanna counties.

Police found her severed hands hidden in the walls of Hicks' home, according to NBCDFW.com.

After finding Hicks guilty of first-degree murder, jurors deliberated about seven hours before imposing the death penalty.

Burleson police officials told NBCDFW.com that they have no reports of dealings with Hicks during his time here nor any unsolved cases that would possibly connect to him.

Johnson County Sheriff Bob Alford on Thursday said Hicks had been jailed in Johnson County twice.

"But not on anything like [murder charges]," Alford said.

Alford said his department has no open cases that line up with Hicks' time in Johnson County.

Traffic stop fraud arrest

A Monday traffic stop near Burleson led to the discovery of fake licenses and forged checks.

Former Burleson resident sentenced to death

An officer pulled a Ford Focus over for failure to signal lane change in the 2600 block of Interstate 35W. Dispatch initially received a call reporting a suspicious vehicle on John Jones Drive, the same vehicle the officer subsequently located.

The stories offered by the two women in the Ford concerning their previous whereabouts and the purpose of their trip did not make sense, according to a probable cause affidavit, with the women allegedly trying to conceal the fact they had just been in Burleson.

The driver gave consent to the officer to search the vehicle, according to the affidavit.

The officer found several paper driver's licenses with false information and photos of the two women and hundreds of forged checks with different routing numbers and names matching up to the various fake drivers licenses.

The officer arrested Niimon Ashunti Butler, 36, of Dallas, and Nikia Butler, 17, of Dallas on charges of fraudulent use/possession of identification information.

Precinct 1 Justice of the Peace Ronny McBroom set the suspect's bonds at $50,000 each on Tuesday.

Cleburne police responded to a hit-and-run accident at 11:15 a.m. Wednesday in the 900 block of West Henderson Street.

The driver of a Kia Spectra, traveling westbound on West Henderson Street, allegedly followed too close and rear ended a Chevrolet pickup before driving off.

Another officer saw and stopped the Kia a short distance away. Police cited the Kia driver for leaving the scene of an accident and following too close. Neither driver suffered injury.

Police responded to a theft call at 2:54 p.m. the same day in the 2000 block of Woodard Avenue. Someone cut a chain link fence to access the property and stole several feet of copper wiring.

___ (c)2014 the Cleburne Times-Review (Cleburne, Texas) Visit the Cleburne Times-Review (Cleburne, Texas) at www.cleburnetimesreview.com Distributed by Tribune Content Agency, LLC

**Load-Date:** November 22, 2014

---

## *Former Burleson resident sentenced to death*

Cleburne Times-Review (Texas)

November 21, 2014 Friday

Copyright 2014 Cleburne Times-Review / Community Newspaper Holdings, Inc. (CNHI)
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 609 words

**Byline:** Matt Smithmsmith@trcle.com

**Dateline:** Cleburne, TX

# Body

Jurors in Monroe County Pennsylvania sentenced former Burleson resident Charles Ray Hicks to death on Tuesday for the 2008 death of Scranton resident Deanna Null.

Law enforcement officers said Hicks is also a suspect in the deaths of at least five women in the Fort Worth area, according to the Scranton Times-Tribune.

Prosecutors considered dropping the death penalty option against Hicks in exchange for information on those murders, according to the Times-Tribune, but withdrew the offer after Hicks met with an official from the Texas Rangers on Monday but failed to supply sufficient information.

A Monroe County District Attorney 's Office detective told the Times-Tribune that Hicks, 40, admitted to killing five women in Texas but did not supply complete or believable information. The detective declined to go into detail as to what information Hicks did or did not provide. Hicks moved from Burleson to Pennsylvania in 2007.

During Hicks' trial, prosecutors said he beat Null, 36, severely in 2008 and began dismembering her body while she was still alive.

Null's remains were later discovered in trash bags along interstates in Monroe and Lackawanna counties.

Police found her severed hands hidden in the walls of Hicks' home, according to NBCDFW.com.

After finding Hicks guilty of first-degree murder, jurors deliberated about seven hours before imposing the death penalty.

Burleson police officials told NBCDFW.com that they have no reports of dealings with Hicks during his time here nor any unsolved cases that would possibly connect to him.

Johnson County Sheriff Bob Alford on Thursday said Hicks had been jailed in Johnson County twice.

"But not on anything like [murder charges]," Alford said.

Alford said his department has no open cases that line up with Hicks' time in Johnson County.

Traffic stop fraud arrest

A Monday traffic stop near Burleson led to the discovery of fake licenses and forged checks.

Former Burleson resident sentenced to death

An officer pulled a Ford Focus over for failure to signal lane change in the 2600 block of Interstate 35W. Dispatch initially received a call reporting a suspicious vehicle on John Jones Drive, the same vehicle the officer subsequently located.

The stories offered by the two women in the Ford concerning their previous whereabouts and the purpose of their trip did not make sense, according to a probable cause affidavit, with the women allegedly trying to conceal the fact they had just been in Burleson.

The driver gave consent to the officer to search the vehicle, according to the affidavit.

The officer found several paper driver's licenses with false information and photos of the two women and hundreds of forged checks with different routing numbers and names matching up to the various fake drivers licenses.

The officer arrested Niimon Ashunti Butler, 36, of Dallas, and Nikia Butler, 17, of Dallas on charges of fraudulent use/possession of identification information.

Precinct 1 Justice of the Peace Ronny McBroom set the suspect's bonds at $50,000 each on Tuesday.

Cleburne police responded to a hit-and-run accident at 11:15 a.m. Wednesday in the 900 block of West Henderson Street.

The driver of a Kia Spectra, traveling westbound on West Henderson Street, allegedly followed too close and rear ended a Chevrolet pickup before driving off.

Another officer saw and stopped the Kia a short distance away. Police cited the Kia driver for leaving the scene of an accident and following too close. Neither driver suffered injury.

Police responded to a theft call at 2:54 p.m. the same day in the 2000 block of Woodard Avenue. Someone cut a chain link fence to access the property and stole several feet of copper wiring.

**Load-Date:** November 22, 2014

---

End of Document

## *BRIEF: Hicks sentenced to death in murder/dismemberment case*

Pocono Record, Stroudsburg, Pa.

January 6, 2015 Tuesday

Copyright 2015

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 83 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

## Body

Jan. 06--Charles Hicks, Tobyhanna, was formally sentenced to death this morning after being convicted by jury in the 2008 murder and dismemberment of Deanna Null of Scranton, whose remains were found in body bags scattered along Monroe County highways.

Hicks will be executed at a date to be set by the Governor. He has the right to appeal.

___   (c)2015 the Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at *http://www.poconorecord.com*/ Distributed by Tribune Content Agency, LLC

**Load-Date:** January 7, 2015

---

End of Document

## *Hicks Formally Sentenced To Death For Murder, Dismemberment*

ABC - 16 WNEP (Wilkes Barre, Scranton, Pennsylvania)

January 6, 2015 Tuesday

Copyright 2015 Local TV LLC
Distributed by Newsbank, Inc. All Rights Reserved

**Section:** NEWS

**Length:** 451 words

**Byline:** Amanda Kelley

## Body

STROUDSBURG — Convicted killer Charles Hicks was formally sentenced to death in Monroe County on Tuesday.

He killed Deanna Null, dismembered her body, and scattered the parts along two interstate highways in the Poconos.

The victim's family spoke out for the first time on Tuesday.

It is a case many in Monroe County are calling one of the most heinous and gruesome they've ever had.

"I'm never going to ever forgive him. I'll be there the day that he dies. I'll watch him. I'll watch him die."

Charles Hicks was formally sentenced to death for that killing. He was sentenced to death by a jury in the penalty phase of his trial last November.

Emotions ran high in the courtroom as the victim's family spoke out for the first time.

It was about seven years ago that state police began investigating a gruesome case along Interstates 80 and 380. A woman's body was found chopped up in trash bags.

Hicks was found guilty last November of killing Deanna Null, and dismembering her.

Null's family says this is how they remember her now:

Photo of Deanna Null is how the victim's family says they remember her after her gruesome murder and dismemberment pic.twitter.com/sfCUQppMla

— Amanda Kelley (@wnepamandak) January 6, 2015

"She was full of life, without a doubt. She was a very kind-hearted good person. She was silly all the time. Just would make you laugh," said the victim's brother-in-law Craig Kimble.

Null's family was able to talk to Hicks in court. The victim's mother and sister both told Hicks he deserved the death penalty.

"He's cold, evil, he has no remorse. He doesn't care. He gets a thrill out of what he's doing is how I felt," said the victim's sister Angela Kimble.

Angela and Craig Kimble have raised Deanna's four children, now ages 13, 14, 15, and 23.

Hicks Formally Sentenced To Death For Murder, Dismemberment

"You try to explain even to her children, their last vision of her was garbage bags on the news," said Craig Kimble.

Prosecutors say while this case may be closing, Hicks confessed to at least five other murders in Texas, and investigators believe there may be more.

"I know that they're actively investigating it, particularly the Texas Rangers, in conjunction with several local sheriffs' departments, where similar crimes have occurred. And they're linking him to them," said Monroe County first assistant district attorney Michael Mancuso.

Null's family says they won't rest until this convicted killer is executed.

"I'm never going to ever forgive him. I'll be there the day that he dies. I'll watch him. I'll watch him die."

Hicks told the court he felt he had ineffective representation, but those appeals will have to wait

As for the cases in Texa,s the Monroe County D.A.'s office says we could see charges within the month.

**Load-Date:** January 7, 2015

---

**End of Document**

## *Hicks sentenced to death for 2008 murder*

The Times-Tribune (Scranton, Pennsylvania)

January 6, 2015 Tuesday

Copyright 2015 The Times-Tribune

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 380 words

**Byline:** David Singleton, The Times-Tribune, Scranton, Pa.

## Body

Jan. 06--Charles Ray Hicks Jr. has officially joined 186 other prisoners on Pennsylvania's death row.

Monroe County President Judge Margherita Patti Worthington on Tuesday sentenced Mr. Hicks to death for the 2008 murder and dismemberment of Deanna Null, formally imposing the punishment handed down by a jury seven weeks ago.

The sentence carries an automatic appeal to the Pennsylvania Supreme Court.

A Monroe County jury convicted Mr. Hicks, 40, Coolbaugh Twp., on Nov. 14, of first-degree murder and other charges for the slaying of Ms. Null. The 36-year-old Scranton woman was killed in January 2008, and her body parts discarded in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties.

Ms. Null's mother and sister both briefly addressed the court before Judge Worthington sentenced Mr. Hicks.

Jason A. LaBar, a Monroe County assistant public defender who represented Mr. Hicks at trial, called it a tragic situation.

"There is not much to say from my perspective," Mr. LaBar said after Tuesday's sentencing. "I think it was a fair trial. I'm not happy with the result ... but I understand why the jury decided the way it did."

He said the public defender's office, which is continuing to represent Mr. Hicks as of now, will file a post-sentence motion in county court within 10 days challenging the weight and sufficiency of the evidence prosecutors presented during the trial.

"Once it's denied or granted, we'll see where it heads then," he said.

The sentencing cleared the way for Mr. Hicks to be transferred from the Monroe County Correctional Facility to the state prison system, probably within 30 days.

Mr. Hicks, who did not testify at his trial, never denied dismembering Ms. Null's body but maintained he did not kill her, telling investigators after his arrest that she died of an accidental drug overdose.

Authorities have said Mr. Hicks, who lived in Burleson, Texas, before moving to Pennsylvania, is a suspect in the unsolved homicides of several women in the Fort Worth area. Mr. Hicks has not been charged in connection with any of those cases.

Contact the writer: *dsingleton@timesshamrock.com*

Hicks sentenced to death for 2008 murder

___ (c)2015 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com
Distributed by Tribune Content Agency, LLC

**Load-Date:** January 7, 2015

---

End of Document

## *Hicks formally sentenced to death in 2008 killing*

Pocono Record, Stroudsburg, Pa.

January 7, 2015 Wednesday

Copyright 2015

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 1039 words

**Byline:** Andrew Scott, Pocono Record, Stroudsburg, Pa.

## Body

Jan. 07--Deanna Null of Scranton was a good-natured, 36-year-old mother of four who always had a smile and helping hand for others, even when she herself had nothing, said her family.

Charles Ray Hicks of Tobyhanna looked out for his parents and sisters, mentored his nephew and was always willing to help out a friend if he could, said his family.

Both grew up in working-class neighborhoods, Null in Williamsport and Hicks in the Fort Worth area of Texas.

Both had their passions. Null was a Girl Scout who loved rollerskating and soccer, while Hicks was a handyman who played high school football and got into bodybuilding.

Both also had demons which led them down self-destructive paths, according to their families.

Null was abandoned by the father of her four children, now ages 23, 15, 14 and 13, and left to raise them on her own, though other relatives helped whenever they could. She coped with life's pressures through alcoholism and later drug use, for which she couldn't get proper help and from which her family was unable to save her.

Null's children ended up staying with other relatives as she struggled to get her life back together. She worked at any jobs she could find, and did whatever she could to survive in between, while living with any friends who had available space in their homes.

Hicks, who started out installing car alarm and sound systems, was unable to find steady employment after being laid off from his job.

Depressed, he turned to drugs, mainly cocaine, had violent encounters with various women, was hospitalized for suicidal behavior and was later discharged from the U.S. Navy after being absent without leave. Keeping his lifestyle hidden from his family, he drifted to different states and, by late 2007, was living in Tobyhanna, a half-hour's drive south of where Null was living in Scranton.

In January 2008, their self-destructive paths crossed, with a horrific result.

Days after Null was last seen getting into Hicks' car and driving off with him in Scranton, her dismembered remains were found in trash bags dumped along interstates 380 and 80 in Monroe County. The police investigation led to Hicks being charged with first-degree murder.

Hicks formally sentenced to death in 2008 killing

Seven years later, Hicks continues to say he didn't kill Null. He says they did drugs and that he awoke to find her dead, apparently from an overdose. He says he disposed of her body instead of reporting her death to the authorities, not wanting to get caught up in a drug case.

Not buying his defense, a jury convicted him of first-degree murder last year and chose death for him over a life-without-parole sentence.

Now suspected of murdering other women in Texas, Hicks appeared for his formal sentencing Tuesday in Monroe County Court.

Handcuffed and wearing a county jail uniform, which contrasted with the suit he wore at trial, the polite, well-spoken Hicks asked to present multiple motions claiming attorneys Jason LaBar and Robin Spishock have ineffectively defended him. President Judge Margherita Patti Worthington denied his request, saying such motions must be filed after sentencing.

While Hicks' family sees him as a good man whose demons have led him into tragedy, Null's family sees him as a demon.

"He is an evil, demented psychopath," Null's mother, also named Deanna Null, said when the family was given a chance to address the court just before the sentence was imposed. "He deserves whatever he gets."

Showing Hicks her daughter's picture as he silently stared back at her, she told him, "This is how I'll always remember my daughter. She didn't deserve what happened to her."

The victim's sister, Angela Kimble, echoed their mother's sentiments.

"My sister and I did everything together," Kimble said, her eyes boring into Hicks. "We were there for each other. I met my husband, the father of my children, through her. And now, I don't have my sister anymore. I can't call or see her or wish her happy birthday. You took a big part of me when you took my sister away. She was a human being, not a piece of trash. Not a day goes by where I don't cry. All I have left of her is her four beautiful children.

"I'll never forgive you for what you did," Kimble said. "I can't wait til the day you die."

Hicks silently turned back to face the judge after Null's family spoke.

"It seemed to us like he had no remorse," Kimble's husband, Craig Kimble, told news reporters after the sentencing. "No 'I'm sorry' or anything. This has been heart-wrenching for us. How do you explain to children what's happened to their mother after they see the news about her body parts being found in trash bags?"

Hicks' family chose not to attend the sentencing, seeing it as emotionally too much for them.

However, prior to the sentencing date, his mother, Charlotte Hicks, shared a statement to Null's family, saying, "Our hearts go out to Deanna Null's family. From one mother to another, 'When our children are small, we hold their hands for a little while, but, when they grow up, we hold them in our hearts forever.' We are truly sorry for your loss and hope you will have peace from this."

Regarding her son, Charlotte Hicks said, "What happened was terrible and we wish it didn't happen. And now, because of it, people who don't know Ray are always going to see a monster when they look at him. They'll never know the good about him that we know."

First Assistant District Attorney Michael Mancuso said at the sentencing that he has yet to see another murder case involving this level of depravity.

Worthington agreed.

"This is one of the most heinous, one of the worst cases I've ever seen," she said. "What is it in someone's soul that causes them to conduct themselves like that toward another human being? I am grateful, however, that we have a

Hicks formally sentenced to death in 2008 killing

more complete picture of the victim and who she was, thanks to her family. She was a human being with people she loved and who loved her. You took all that away and caused pain to her family as well as your own, Mr. Hicks."

Hicks will be sentenced on a date to be set by the governor. He has the right to exhaust the appeal process prior to his execution.

___  (c)2015 the Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at *http://www.poconorecord.com*/ Distributed by Tribune Content Agency, LLC

**Load-Date:** January 7, 2015

---

**End of Document**

## *Hicks sentenced to death for 2008 murder*

The Times-Tribune (Scranton, Pennsylvania)

January 7, 2015 Wednesday

Copyright 2015 The Times-Tribune

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 379 words

**Byline:** David Singleton, The Times-Tribune, Scranton, Pa.

## Body

Jan. 07--Charles Ray Hicks Jr. has officially joined 186 other prisoners on Pennsylvania's death row.

Monroe County President Judge Margherita Patti Worthington on Tuesday sentenced Mr. Hicks to death for the 2008 murder and dismemberment of Deanna Null, formally imposing the punishment handed down by a jury seven weeks ago.

The sentence carries an automatic appeal to the Pennsylvania Supreme Court.

A Monroe County jury convicted Mr. Hicks, 40, Coolbaugh Twp., on Nov. 14, of first-degree murder and other charges for the slaying of Ms. Null. The 36-year-old Scranton woman was killed in January 2008, and her body parts discarded in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties.

Ms. Null's mother and sister both briefly addressed the court before Judge Worthington sentenced Mr. Hicks.

Jason A. LaBar, a Monroe County assistant public defender who represented Mr. Hicks at trial, called it a tragic situation.

"There is not much to say from my perspective," Mr. LaBar said after Tuesday's sentencing. "I think it was a fair trial. I'm not happy with the result ... but I understand why the jury decided the way it did."

He said the public defender's office, which is continuing to represent Mr. Hicks as of now, will file a post-sentence motion in county court within 10 days challenging the weight and sufficiency of the evidence prosecutors presented during the trial.

"Once it's denied or granted, we'll see where it heads then," he said.

The sentencing cleared the way for Mr. Hicks to be transferred from the Monroe County Correctional Facility to the state prison system, probably within 30 days.

Mr. Hicks, who did not testify at his trial, never denied dismembering Ms. Null's body but maintained he did not kill her, telling investigators after his arrest that she died of an accidental drug overdose.

Authorities have said Mr. Hicks, who lived in Burleson, Texas, before moving to Pennsylvania, is a suspect in the unsolved homicides of several women in the Fort Worth area. Mr. Hicks has not been charged in connection with any of those cases.

Contact the writer:

Hicks sentenced to death for 2008 murder

*dsingleton@timesshamrock.com*

___ (c)2015 The Times-Tribune (Scranton, Pa.) Visit The Times-Tribune (Scranton, Pa.) at thetimes-tribune.com Distributed by Tribune Content Agency, LLC

**Load-Date:** January 7, 2015

---

**End of Document**

## *Hicks sentenced to death for dismemberment killing*

The Citizen's Voice & Sunday Voice

January 7, 2015 Wednesday

Copyright 2015 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2015 The Citizen's Voice & Sunday Voice, Wilkes-Barre, PA. All Rights Reserved. Distributed by NewsBank, inc.

**Section:** LOCAL

**Length:** 341 words

**Byline:** David Singleton

## Body

Charles Ray Hicks Jr. has officially joined 186 other prisoners on Pennsylvania's death row.

Monroe County President Judge Margherita Patti Worthington on Tuesday sentenced Hicks to death for the 2008 murder and dismemberment of Deanna Null, formally imposing the punishment handed down by a jury seven weeks ago.

The sentence carries an automatic appeal to the Pennsylvania Supreme Court.

A Monroe County jury convicted Hicks, 40, of Coolbaugh Township, on Nov. 14, of first-degree murder and other charges for the slaying of Null. The 36-year-old Scranton woman was killed in January 2008, and her body parts discarded in garbage bags along Interstates 380 and 80 in Monroe and Lackawanna counties.

Null's mother and sister both briefly addressed the court before Worthington sentenced Hicks.

Jason A. LaBar, a Monroe County assistant public defender who represented Hicks at trial, called it a tragic situation.

"There is not much to say from my perspective," LaBar said after Tuesday's sentencing. "I think it was a fair trial. I'm not happy with the result ... but I understand why the jury decided the way it did."

He said the public defender's office, which is continuing to represent Hicks as of now, will file a post-sentence motion in county court within 10 days challenging the weight and sufficiency of the evidence prosecutors presented during the trial.

"Once it's denied or granted, we'll see where it heads then," he said.

The sentencing cleared the way for Hicks to be transferred from the Monroe County Correctional Facility to the state prison system, probably within 30 days.

Hicks, who did not testify at his trial, never denied dismembering Null's body but maintained he did not kill her, telling investigators after his arrest that she died of an accidental drug overdose.

Hicks sentenced to death for dismemberment killing

Authorities have said Hicks, who lived in Burleson, Texas, before moving to Pennsylvania, is a suspect in the unsolved homicides of several women in the Fort Worth area. Hicks has not been charged in connection with any of those cases.

*dsingleton@timesshamrock.com*

## Notes

PUBLISHER: Times-Shamrock Communications

## Graphic

Hicks

**Load-Date:** January 7, 2015

End of Document

## *High-stakes trials burden Monroe County budget*

Pocono Record, Stroudsburg, Pa.

January 15, 2015 Thursday

Copyright 2015

Distributed by Tribune Content Agency

**Section:** STATE AND REGIONAL NEWS

**Length:** 926 words

**Byline:** Howard Frank, Pocono Record, Stroudsburg, Pa.

# Body

Jan. 15--The cost of expert witnesses for those in Monroe County who can't afford an attorney was 25 times higher in 2014 than the year before.

The culprits were three high-profile murder cases in 2014, Michael Parrish, Rico Herbert and Charles Hicks Jr., county Finance Director Amy Rosen said.

This also bodes poorly for Pike County, which will probably try Eric Frien in 2015 or 2016 for the shooting death of a state trooper and wounding of another.

Monroe's costs swelled to $86,380 in 2014, compared to $3,381 in 2013. In 2012, the county spent $20,825, still 75 percent less than 2014.

The costs balloon as the stakes, as in a murder case, are higher.

The problem

Routine trials or legal proceedings often require talent that's not on staff in the county, Monroe County Commissioner John Moyer said.

"Among public defenders, their costs are mostly in terms of mitigation at the sentencing, an effort to diminish the severity of the crime," he said. "If a doctor makes an evaluation of the suspect, he has to be brought in to testify at the trial or sentencing."

Just as indigent defendants have the right to a lawyer assigned by the court, those attorneys can use experts, also paid by taxpayers, in aiding their defense. Those experts include psychiatrists, psychologists, forensic experts of every flavor and "mitigation specialists," who present evidence on a defendant's behalf to lessen their sentence.

"We don't have any control over that. The folks across the street, they have to do what they have to do," Rosen said.

None of the mitigation expenses include court costs, the district attorney's prosecution, including its own witnesses, security and transportation furnished by the sheriff's office or housing the suspect at the Monroe County Correctional Facility. These are all costs that would have occurred whether or not the defendant could afford an attorney.

Yet it's still funded by the taxpayers.

High-stakes trials burden Monroe County budget

Monroe County's 2014 calendar included Michael Parrish, accused of shooting to death his girlfriend Victoria Adams and their 18-month-old son, Sydney Parrish. He was tried, convicted and sentenced in 2014.

The year also included the guilty plea of Herbert for the smothering death of a beloved teacher, 87-year-old Joseph DeVivo.

No savings

Herbert, by pleading guilty on the eve of his trial, didn't save the county a large part of the prosecution, substantially debunking the idea that pleading before trial saves the court the cost of a trial.

"Any expert testimony that was going to be presented, the reconstructionist or psychiatrist -- they had already done their work," Moyer said. "They were sitting on the sidelines ready to do more work."

In November 2014, Charles Hicks Jr. was convicted and sentenced to death for the murder and dismembering of Deanna Null of Scranton.

Hicks is a perfect example of the costs of mitigation. He was evaluated by psychiatrist Kenneth Weiss at the defense's request, in preparation for the trial and mitigation at sentencing should Hicks be convicted. His work was extensive.

Weiss testified that Hicks suffered blows to the head as a child, which can contribute to depression and mood swings, a diagnosis Hicks received at an older age. Weiss told the court that Hicks was hospitalized at several mental health facilities in Texas and Illinois in the mid-2000s due to suicide attempts.

The psychiatrist concluded that by the time of the 2008 murder, Hicks was living an unstable life, having never gotten the proper treatment or medication for his depression and continuing his use of illegal drugs in order to function.

Bad start

This year is already off to a bad start. The case of Rockne Newell, accused of shooting three people to death during a Ross Township supervisors meeting in 2013, may go to trial this year.

The Newell case will require outside council, since the entire court and public defender's office recused itself because of conflicts on interest, according to Moyer. In that case, the courts have to appoint an attorney, paying an outsider to do the same thing the public defenders would do.

Though the state and Stroud Area Regional Police provided additional security during Newell's appearance at the county courthouse, Moyer said the county wasn't obligated to reimburse any of those entities. Nor was it asked to.

Frein on the horizon

Frein will be expensive. Pike County will have to deal with the costs of the trial that might spill into 2016.

"The county does not have a true estimate of the total cost of the trial on the taxpayers of the county," Pike County Commissioner Matt Osterberg said. "It's early in the process. We only had the preliminary arraignment and hearing."

The county didn't budget specifically for the trial, but it does have a contingency fund to cover it.

"I'm being told this trial process will take a year to a year and a half to come to fruition. As we get closer to that, we will have a better idea of what it might be. Right now, we don't know the cost of the attorneys for Mr. Frein -- or other expenses that will be attributable to jury selection, expert witnesses and whatever the court will need that have not been determined yet," Osterberg said.

High-stakes trials burden Monroe County budget

Pike faces more than the cost of attorneys and expert witnesses for Frein's defense. A change of venue or bringing in a jury from an outside area may be needed, since Pike residents may have been too affected by the crime and manhunt to be impartial.

_____   (c)2015 the Pocono Record, Stroudsburg, Pa. Visit the Pocono Record, Stroudsburg, Pa. at *http://www.poconorecord.com*/ Distributed by Tribune Content Agency, LLC

**Load-Date:** January 15, 2015

**End of Document**

93.5/WVPO/WPLY

Aired News Stories:

2/11/08: Information regarding the identity of Null. Talked about the suspected vehicle Null was last seen in, and the driver.

3/18/08: Talked about Hicks and his past and where he came from. Talked about Null's hands.

3/25/08: Talked about Hicks, and the trial coming up eventually and the body parts found.

6/16/08: Talked about the death penalty and Hicks. Talked about Hicks' arraignment.

9/29/08: Talked about Hicks and any possible connections to murders elsewhere.



Body Parts Case: Arrest Made

**1 OF 17**

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made

2 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW   FAST



Body Parts Case: Arrest Made — 3 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK PLAY NEXT
SLOW | | | | | | | FAST



Body Parts Case: Arrest Made

**4 OF 17**

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made

5 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW   FAST



Body Parts Case: Arrest Made    6 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the
arrest, arraignment and
residence of Charles Hicks
of Tobyhanna who was
arrested Saturday March
8, 2008 for the murder of
Deanna Marie Null.

BACK    PLAY    NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made     7 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made    8 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK    PLAY    NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made   9 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.



Body Parts Case: Arrest Made

10 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the
arrest, arraignment and
residence of Charles Hicks
of Tobyhanna who was
arrested Saturday March
8, 2008 for the murder of
Deanna Marie Null.

BACK   PLAY   NEXT

SLOW |||||||| FAST



Body Parts Case: Arrest Made

11 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.



Body Parts Case: Arrest Made

12 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made

13 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Body Parts Case: Arrest Made    14 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

BACK    PLAY    NEXT

SLOW    FAST



Body Parts Case: Arrest Made    15 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the
arrest, arraignment and
residence of Charles Hicks
of Tobyhanna who was
arrested Saturday March
8, 2008 for the murder of
Deanna Marie Null.



Body Parts Case: Arrest Made   16 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the
arrest, arraignment and
residence of Charles Hicks
of Tobyhanna who was
arrested Saturday March
8, 2008 for the murder of
Deanna Marie Null.

BACK   PLAY   NEXT
SLOW | | | | | | | FAST



Body Parts Case: Arrest Made   17 OF 17

by ADAM RICHINS / Pocono Record

Photos surrounding the arrest, arraignment and residence of Charles Hicks of Tobyhanna who was arrested Saturday March 8, 2008 for the murder of Deanna Marie Null.

## 2008 DEATH OF DEANNA NULL

# Case involving body parts left on local highways still awaits court

**By STEVE McCONNELL**
The Times-Tribune

Her body, chopped into pieces and strewn along parts of Interstates 80 and 380 in the Poconos.

Her hands, found wrapped in the Feb. 4, 2008, edition of The Times-Tribune inside his home.

Yet four years later, Deanna Null's accused murderer, Charles Ray Hicks, is still waiting for his day in court and remains imprisoned at Monroe County Correctional Facility.

"It's a very complicated case," said his public defender, William K. Sayer. "It's a death penalty case. What can I say?"

The case remains mired in behind-the-scenes arguments playing out through reams of court documents. Both sides are also waiting for a ruling from the state Superior Court before proceeding to trial.

Null's sister, Angela Kimble, said she is tiring of the delays and fears Hicks will be freed.

"They just need to proceed. Let's get on with it. Let's give him what he deserves," said Kimble, of Williamsport. "That was my sister and I can never get her back."

### How did she die?

The case began when troopers discovered evidence allegedly tying Hicks to her death.

State police discovered her severed hands stowed behind a wall inside his rented Coolbaugh Township home at 131 Prospect St. after executing a search warrant on March 8, 2008.

It came after a state Department of Transportation worker spotted what appeared to be body parts in the median of Interstate 380 on Jan. 29, 2008.

Yet, questions have been raised surrounding the circumstances of Null's death: Did Hicks kill her? Or, did she die of a drug overdose and then was dismembered?

Hicks allegedly admitted having a drug-fueled, sexual relationship with Null, a 36-year-old drifter who lived in Scranton and Williamsport. The former Tobyhanna Army Depot worker, who had been living in the area for only a few months after moving to the Poconos from Texas, told investigators he gave her drugs and money so she would have sex with him.

Hicks has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not, however, denied dismembering her body, according to court filings.

State police charged Hicks, 37, with criminal homicide, aggravated assault, abuse of a corpse, and tampering with evidence the same day they searched his home.

### Appeal over women's testimony

In December, Monroe County prosecutors filed an appeal with the state Superior Court after then-county Judge Ronald E. Vican denied the prosecution's request to have four women testify about their encounters with Hicks, according to the filing.

The appeal is still pending, and a trial date not been set, Sayer said.

The prosecution sought to highlight Hicks' "history of violence against women" while the judge ruled the court has the right to exclude "repetitive" testimony, according to the appeal.

The appeal asks the higher court to overturn what the prosecution claims is an "abuse of discretion" by the judge by excluding evidence of Hicks alleged past behavior toward women, through their testimony in court.

Vican permitted three other women to testify, however.

Of the three, one claimed Hicks choked her and tried to sexually assault her; another woman related to investigators she lost consciousness after Hicks choked her.

The prosecution said the ruling would hamper their case when it goes before a jury.

The prosecution and defense are waiting for the Superior Court's ruling before moving forward, Sayer said.

## HOW YOU VOTED

**Will the Marshalls Creek bypass have the desired impact on improving traffic flow?**

- Yes, it will help a lot: **34.3%**
- No, it will make things worse: **14.6%**
- Won't change a thing: **51.5%**

*Total votes: 1,242*

## TODAY'S QUESTION

**Has President Obama been 'spiking the football' to mark the one-year anniversary of Osama bin Laden's death?**

- Yes.
- No.

ADD YOUR VOTE AT POCONORECORD.COM
POLL CLOSES AT 8 P.M.

## LOTTERIES

Numbers drawn
Monday, April 30, 2012

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: **0-2-9**
MIDDAY BIG FOUR: **8-5-3-8**
MIDDAY QUINTO: **8-8-7-7-8**
MIDDAY QUINTO DOUBLE DRAW:
**1-6-6-0-8**

## MOM
From Page A1

her cousin, also named Bibi but who declined to give her last name. "She was like the typical soccer mom, doing everything for the kids. Their life has changed now."

Van Louvender said Farroug's husband, Mohamed Farroug, is an interstate trucker who was away from home at various times.

He and his four children discovered the dead woman after they drove from their New York City apartment to the Middle Smithfield Township home looking for her Saturday afternoon.

Allen pronounced the woman dead at 6:20 p.m. The investigation into her death was delayed until police could secure a warrant to search the home that evening.

Allen and Deputy Coroner Ron Eick discovered the baby's body later that night after they removed the dead woman's body from the tub.

The baby had been covered by the mother's body.

Neither body showed any signs of trauma, according to a forensic autopsy performed by Dr. Marianne Hamel of Lehigh Valley Hospital.

"She had no injury to herself, and there were no signs of an abortion," Allen said.

## THREE
From Page A1

east on Route 940 when they saw Maier pass them, driving the other way. Lyttle braked, spun his car around and followed Maier to the Wawa in Blakeslee.

During the ride, Uglialoro heard Lyttle on the phone, telling someone later identified as Noel Lyttle to meet them and come shoulder-strapped with a gun.

When they arrived at

**"Researcher believes he's found key that unlocks Egypt's advanced scientific knowledge,"** a story by Howard Frank on Sept. 28 had 25,928 online views.

Here's an excerpt:

A real secret message discovered by a local man among Egypt's ancient ruins could be stranger than the fictional stories we love involving Indiana Jones or "The DaVinci Code."

East Stroudsburg-born Edward Nightingale says he has unraveled the most famous of ancient Egyptian riddles.

And he believes his discovery has uncovered a collection of advanced mathematical principles that could change our understanding of matter and the universe. But that's not all.

He also believes this information was intentionally embedded in the blueprint of the ancient ruins, for future generations to discover.

For the complete story, visit www.PoconoRecord.com/Egypt.





**Body parts,** head found along interstates 80 and 380 (with videos) was published on Jan. 29. The story had 19,652 views.

Someone scattered human remains — including a severed head — in trash bags along the interstate 80-380 corridor through Monroe County and into Lackawanna County.

Police said eight bags at eight different locations have been recovered so far. They're not sure they have all of the remains. By Feb. 5, the woman was later identified as Deanna Marie Null.

On March 8, Charles Hicks, 33, of Tobyhanna, was charged with the murder. The case is awaiting trial.

For the complete report, visit www.PoconoRecord.com/bodyparts.

Beth Brelje gave us another side of racing on Aug. 3 with **"Racetrack may be perfect place for romance."**

Brelje wrote: "The romance ratio is in favor of single women at the infield of Pocono Raceway. Most infield women are married or attending the race with a boyfriend or family.

For single women such as Heather Foley, 25, and sister Caitlin Foley, 22, both of Staten Island, it is a great place to meet men. "Because there are so many of them," Heather said. "Like women to a bathroom, men often travel to NASCAR races in packs."

The story had 16,242 views.

For rest of the story, see www.PoconoRecord.com/raceromance.



Dan Berrett covered **"Bou** story had a video and 13,576

Here's the scenario:

Four wannabe bounty hunt after they failed to collar a fug and terrifying the elderly.

The self-styled bounty hunt agency called Wargod Inc.

On Friday, according to poli them said later was a fugitive fatigues, assault vests with er of Stroudsburg that night, pro

At first, they were seen sta flashing cans of mace and handcuffs.

Then at about 9:45 p.m. Friday, the manager of West Gate The same five people were running up and down the halls try police said.

For rest of the story, see www.PoconoRecord.com/bounty

# Dismemberment case mired in legal motions

**BY STEVE McCONNELL**
STAFF WRITER

Her body, chopped into pieces and strewn along parts of Interstates 80 and 380 in the Poconos.

Her hands, found wrapped in the Feb. 4, 2008, edition of The Times-Tribune inside his home.

Yet four years later, Deanna Null's accused murderer, Charles Ray Hicks, is still waiting for his day in court and remains imprisoned at the Monroe County Correctional Facility.



HICKS

*"It's a very complicated case. It's a death penalty case. What can I say?"*

**William K. Sayer**
Public defender representing Charles Ray Hicks

NULL

case," said his public defender, William K. Sayer. "It's a death penalty case. What can I say?"

The case remains mired in behind-the-scenes arguments playing out through reams of court documents. Both sides are also waiting for a ruling from the state Superior Court

before proceeding to trial.

Ms. Null's sister, Angela Kimble, said she is tiring of the delays and fears Mr. Hicks will be freed.

"They just need to proceed. Let's get on with it. Let's give him what he deserves," Ms. Kimble, 39, of Williamsport, said. "That was my sister and

I can never get her back."

The case began when troopers discovered grisly evidence allegedly tying Mr. Hicks to Ms. Null's death.

State police found her severed hands stowed behind a wall in his rented Coolbaugh Twp. home at 131 Prospect St. after executing a search war-

rant on March 8, 2008.

It came after a state Department of Transportation worker spotted what appeared to be body parts in the median of Interstate 380 on Jan. 29, 2008.

Yet, questions have been raised surrounding the circumstances of Ms. Null's death: Did Mr. Hicks kill her? Or, did she die of a drug overdose and then was dismembered?

Mr. Hicks allegedly admitted having a drug-fueled, sexual relationship with Ms. Null, a 36-year-old drifter who

lived in Scranton and Williamsport. The former Tobyhanna Army Depot worker, who had been living in the area for only a few months after moving to the Poconos from Texas, told investigators he gave her drugs and money in exchange for sex.

Mr. Hicks has maintained his innocence about how she died, claiming it was an accidental drug overdose. He has not, however, denied dismembering her body, according to court filings.

Please see HICKS, Page A6

## Donald F. Snyder
*January 13, 2009*

Donald F. Snyder, 79, of Shawnee-on-Delaware, passed away on Tuesday morning, Jan. 13, at Pocono Medical Center. He was the husband of Barbara A. Snyder.

Born in East Stroudsburg on Nov. 11, 1929, he was the son of the late Raymond H. Sr. and Flossie B. (Evans) Snyder.

He graduated from East Stroudsburg High School, class of 1947. He was in the shoe business as owner of Georges Smart Footwear and the Flattering Footman. His hobbies included woodworking, hunting, fishing, target shooting and golf.

He was a member of the Elks Lodge 319, a social member of the American Legion Post 346, a social member of H. Haas Post 56 28th Division, as well as Faith United Methodist Church. He was a former member of East Stroudsburg United Methodist Church, past member of the Stroud Township Fire Company and a retired member of the Marshalls Creek Fire Company.

He is survived by three sons, Jeffery Snyder and his wife, Sherry, Terrance Snyder and his wife, Marianne, and Wade Snyder and his wife, Amy; grandsons, Sol Snyder and Drew Snyder; granddaughters, Dana Ahnert, Kara Snyder, Candice Davis and Nicole Snyder; great-granddaughter, Piper Davis; great-grandson, Matthew Ahnert; stepson, Stanley N. Shaw Jr.; stepdaughters, Laurie Teat and Cynthia Shaw; step-grandsons, Philip Hudson, Leland Adams and Nathan Shaw; brothers, Raymond Jr., Edwin and Glenn Snyder; and a sister, Janet Miller.

He was preceded in death by sisters, Jeanne Lupin and Lorraine Armitage.

Memorial services will be held by the Rev. Carole Ann Wood at 2 p.m. on Sunday, Jan. 18, at Faith United Methodist Church, Hill Street, Stroudsburg.

**Lanterman and Allen Funeral Home**
**27 Washington St.**
**East Stroudsburg**

poconorecord.com

Please recycle this newspaper

---

odist Church, Hill Street, Stroudsburg. (Lanterman & Allen Funeral Home, 27 Washington St., East Stroudsburg)

**STOUT** — Kevin D., 69, Cherry Valley, 1/12/09. There will be no services at this time. (William H. Clark Funeral Home, 1003 Main St., Stroudsburg)

## FOR THE RECORD

Prior to Tuesday's omnibus hearing in the Charles Hicks/ Deanna Null murder case, the District Attorney's Office did not disclose any evidence to defense attorney William Sayer supporting the claim that Hicks tortured her before killing her. Sayer has not filed any request or motion to suppress any evidence. A Wednesday article gave incorrect information.

The total debt being carried by the East Stroudsburg Area School District stands at $218 million. An article in Tuesday's paper referred only to the $17.3 million in debt that the district is projected to repay during the 2009-10 budget year.

*This space is reserved for correcting errors or clarifying statements in news columns. We urge readers to report errors or items needing clarification by calling (570) 420-4340 Monday through Friday or (570) 421-3000 after 4 p.m. on Saturday and Sunday.*

## Couple moves to Fla. after big banking error

BLOOMSBURG (AP) — Police say a central Pennsylvania couple did not call the bank when a $1,772.50 deposit showed up in their account as $177,250.

Authorities say 50-year-old Randy Pratt and 36-year-old Melissa Marie Pratt of Bloomsburg took out the money, quit their jobs and moved to Florida.

The two were arraigned Tuesday and jailed in lieu of $100,000 bail. District Judge Donna Coombe says a public defender and a conflicts lawyer are being assigned.

Police say Melissa Pratt deposited the check at FNB Bank last summer.

---

passed away on Wednesday, Jan. 14, at the VNA Hospice House, East Stroudsburg. He was the husband of the late Adele C. (Schank) Schreiber, who passed away in 2001.

He was born in Philadelphia on Sept. 6, 1931, and was the son of the late Joseph and Zelda (Phillips) Schreiber.

He worked as an equipment operator for U.S. Steel in Fairless Hills for 35 years, retiring in 1992.

He was a U.S. Army veteran, having served during the Korean War.

He was a member of the Harriman Methodist Church, Bristol. He was also a member of the American Legion Post 927, Gilbert and the Moose Lodge #1169, Bristol.

He is survived by a loving daughter, Bonnylee C. Rohrman of Mohnton; two grandsons, James Rohrman Jr. of Columbia and Joseph Rohrman and his wife, Amy of Lehighton; and two great-granddaughters, Alexia and Megan Rohrman.

A viewing will be held from 11 a.m. until the time of service on Saturday, Jan. 17, at the Donald N. Gower Funeral Home, Route 209, Gilbert. American Legion services will begin at 12:45 p.m., followed by a funeral service at 1 p.m. on Saturday, at the funeral home, with the Rev. David Felker officiating. Interment will be in the Hillside Memorial Cemetery, Effort.

**Donald N. Gower Funeral Home**
**Route 209, Gilbert**

---

and I."

"The Ricardo Montalban Theatre in my Council District — where the next generations of performers participate in plays, musicals, and concerts — stands as a fitting tribute to this consummate performer," Garcetti said later in a written statement.

"Fantasy Island" received high ratings for most of its run on ABC, and still appears in reruns. Mr. Roarke and his sidekick, Tattoo, played by the 3-foot, 11-inch Herve Villechaize,

## Parts of Water Gap under boil water advisory

Delaware Water Gap issued a boil water advisory on Wednesday. Roads affected are Route 611/Foxtown Hill Road from Maple Avenue to Water Gap Village, and Maple Avenue due to a water line break on Route 611 that occurred Wednesday morning. The boil water advisory is in effect until further notice.

---

5 percent mystery. He doesn't "Gee, I wish I were an Anglo."



## DR. R. SPINNER
### PODIATRIST
*Children and Adults*
Medical and Surgical Foot Care
Sports Medicine

ACCEPTING NEW PATIENTS

1101 N. 5th St., Stroudsburg, PA   424-6928

---

## Crystal Lynn Fuller
*1-15-88 — 2-4-06*
### To Our Precious Angel In Heaven

This is your third birthday without you here, so it's real hard to have birthday cheer. You would be turning twenty-one today had that fateful night not come into play. Our prayer is that God keeps you in His loving arms until it is our time to go the same. Happy 21st Birthday to our beautiful Angel in Heaven.

*Love and miss you more each day!*
Mom, Dad, Gram, Pop & Everyone

---



Learn the latest about Eye Care from Dr. Thomas Kislan, Medical Director of

## STROUDSBURG EYE SPECIALISTS
### on EYE CARE TODAY!

Dr. Kislan hosts this Nationally Syndicated Show which focuses on the Latest Advancements in EYE CARE

**Watch Saturdays, 8:30 AM on WQPX PAX TV 64**
or
**Watch 24/7 on line @ SSPTV.com**

Click on "shows" then "EYE CARE TODAY" and choose the show you want to watch . . . or click on our online Ad on www.poconorecord.com for direct link to show
Sunday 7:30 AM - Monday 8:30 AM
Tuesday 12:30 PM - Wednesday 11:30 AM
Thursday 6:30 PM - Friday 1:30 PM
Saturday 2:00 PM & 11:30 PM

THIS MONTH... Watch Dr. Kislan and one of his patients as they discuss Ocular Rosacea, dry eye disease, and how this is treated before LASIK surgery.

Dr. Thomas P. Kislan, O.D. Medical Director

852 N. NINTH ST., STROUDSBURG • 570-421-3342

---

CARVING MEMORIES IN STONE SINCE 1840
STROUDSBURG GRANITE COMPANY
Main Street & Granite Avenue
Stroudsburg, PA 18360
(570) 421-5591 • (800) 591-5492
www.stroudsburggranite.com

---

## WILLIAM H. CLARK
### Funeral Home Inc.
William H.E. Clark, Supervisor
1003 Main St.
Stroudsburg, PA 18360
www.wmhclarkfuneralhome.com
### 570-421-9000
"The Caring Professionals"

---



## POCONO PASTA
### EATERY • MARKET CATERING
FRESH PASTA MADE DAILY ON PREMISES
WE DELIVER
1158 N. 5TH ST., STROUDSBURG
570-421-6600
TUESDAY • WEDNESDAY • THURSDAY • 11-8
FRIDAY • SATURDAY • 11-9
www.PoconoPasta.com

Pocono Record

HOW POLICE SOLVED A GRUESOME MYSTERY

Jan. 29: PennDOT workers discover body parts in bags in the median of Interstate 380 in Coolbaugh Township. State police investigate and find eight bags of remains. The only parts of the victim's body not found were the hands.

Jan. 30: Autopsy conducted. Results show victim suffered multiple violent traumas including a cut on the back of her head and broken ribs; she had been dead four or five days. Police release description of victim.

Jan. 31: Deanna Marie Null's mother, Deanna Bryan, contacts police believing the victim may be her missing daughter. Police obtain Null's dental records.

Feb. 1: Forensic dentist Dr. Dennis Asen of Allentown identifies victim as Deanna Marie Null, 37, of Williamsport and Scranton.

Feb. 3: Police interview three men in Scranton who knew Null. Dennis "Irish" Ingel, a homeless man, describes a black man he saw with Null and the car he saw them get into. He says she told him she had been to Tobyhanna for the weekend.

March 5: Police continue interviews, acting on tips and leads. They show photos of Charles Ray Hicks and his Mercury Grand Marquis to James Frances Pidgeon in Scranton. Pidgeon identifies the car he saw Null in on Jan. 18 with a man who was probably Hicks. Pidgeon says the man asked if he wanted to have a good time with the girls in the car.

March 6-7: State troopers interview Hicks at the Swiftwater barracks. Hicks says he picked up Null twice, they had sex and smoked crack. Hicks says Null had sex in exchange for drugs and money. Hicks says Null was never in his house in Tobyhanna. When police ask if there would be any evidence of Null in the trunk of his car or his house, Hicks says, "There shouldn't be." Police get a search warrant and find a blood-stained boot in the trunk of Hicks' car.

March 7-8: Police search the house at 131 Prospect St., Tobyhanna, rented by Hicks since Jan. 27. They find a hand/hacksaw in a bag in a closet and, in the attic, garbage bags like the ones that contained Null's remains. They find two human hands stuffed in pipes in a plumbing compartment by the bathroom. The hands are coated with what appears to be cleaning detergent and wrapped in socks and a Feb. 4 copy of the Scranton Times Tribune newspaper.

March 8: Police arrest Hicks at about 9 a.m. at a hotel where he went to spend the night. He is arraigned on charges, including criminal homicide, and taken to Monroe County Correctional Facility.

# Man Charged in Dismembered Woman's Death

3 days ago

STROUDSBURG, Pa. (AP) — Police say a man has been charged with killing a woman whose dismembered remains were found dumped along Pennsylvania highways in January.

Police say 33-year-old Charles Ray Hicks was arrested in the death of 36-year-old Deanna Null. He told reporters at his arraignment Saturday that authorities had the wrong man.

Police say the victim's severed head was found near his house. Two severed human hands were found hidden in his bathroom, but police did not say whether they belonged to Null.

Most of Null's remains were found Jan. 29 in trash bags strewn along Interstates 80 and 380.

Hicks is charged with homicide, aggravated assault, tampering with evidence and abuse of a corpse. He is being held without bail. It was unclear whether he had an attorney.

# Murder victim's old residence later burned

**Arsonist burned down apartment building shortly after woman's dismembered body discovered.**

Null

SCRANTON – The murdered 36-year-old woman in the photo had a face that Nasser Mohammadzad immediately recognized.

Just a month before her dismembered body was found along interstate highways on Jan. 29, Deanna Marie Null was living in one of Mohammadzad's apartments at 1844 N. Main Ave. in Scranton, above the former Buckingham Oriental Rugs.

The 5-foot, 7-inch, light-skinned woman moved into Providence Square Apartments in November and was living with a Stroudsburg man whom Mohammadzad identified to authorities as James Mack. Null and Mack claimed to be married.

The landlord last saw her on Dec. 6, when Null paid her $400 monthly rent on the one-bedroom apartment. Null likely moved out on or before Jan. 6.

In mid-February, less than two weeks after Null's remains were found, the North Main Avenue apartment building where she had lived burned to the ground – a fire that investigators ruled arson. Someone apparently had set a propane tank in the hallway in an attempt to blow up the building on Feb. 16 while 18 residents were inside.

The fire was set within days after state police interviewed one of the tenants regarding the Null case.

This was not the first place Null frequented in Scranton that has burned since her body was discovered. A fire at the former Jukebox Pub and Eatery on Capouse Avenue was ruled arson after flames engulfed the one-story building on March 2.

It is not known if the two fires are linked to Null's murder investigation.

Several attempts were made to reach Scranton Fire Marshal Marty Monahan, but he did not return calls.

State police at Hazleton, who are investigating the Null homicide, would not say if the death and the arsons are linked.

Null was last seen less than two weeks before the gruesome discovery. Friends told police they saw her climbing into the front seat of a late 1970s or early 1980s dark model sedan on the corner of Olive Street and Capouse Avenue in Scranton. They said she often frequented that area near the train tracks. A four- or five-strip chrome luggage rack was on the vehicle's trunk lid.

Behind the wheel of the Cadillac or Buick was a man described as black, 5 feet, 9 inches to 6 feet tall, with a military-style haircut and a stocky build.

Mohammadzad said he does not recall seeing a vehicle or person matching the description.

On Jan. 28, the woman's body parts were found along interstates 80 and 380 in Monroe and Lackawanna counties.

A positive identification was made on Feb. 4 through Null's dental records after family members contacted police.

Authorities have been tight-lipped about the investigation.

"We've hit a lot of dead ends," said Lt. Robert Bartal of the state police at Hazleton. "We do continue to get leads and follow them up."

Null's family in Williamsport has learned few details about the case, according to Craig Kimble, Null's brother-in-law. He said the family is not ready to talk about their daughter's death.

When Mohammadzad last saw Null on Dec. 6, she was accompanied by a different man. Null claimed he was Mack's brother, the landlord said.

Null paid the rent in cash. Her messy brown hair had not been brushed. She told the landlord that Mack was in jail and she had money to pay for rent, Mohammadzad recalled.

"She looked like she was on drugs," Mohammadzad said.



Police Search for Body Parts

1 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts — 2 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.





Police Search for Body Parts

4 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts

5 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Police Search for Body Parts    6 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts    7 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts

8 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts   9 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts

**10 OF 16**

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts   11 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.

BACK   PLAY   NEXT

SLOW | | | | | | | FAST



Police Search for Body Parts   12 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.

BACK   PLAY   NEXT
SLOW | | | | | | | FAST







Police Search for Body Parts

15 OF 16

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.



Police Search for Body Parts | 16 OF 16

by David Kidwell/Pocono Record

Dozens of police officers searched for body parts along I-80 and I-380 on Thursday, Jan. 31, 2008. On Tuesday, cops found trash bags containing part of a woman's body.

# ocono canoe outfitters,
# ed workers in same boat



KEITH R. STEVENSON/Pocono Record

...cobi of Adventure Sports in Marshalls Creek talks Wednesday about how the federal government shutdown has forced an early end to his season. Access points ...the river in the Delaware Water Gap National Recreation Area are closed during the shutdown.

# Prosecutor seeks key testimony

## Appeals to high court to allow Hicks' other victims to testify

By ANDREW SCOTT
Pocono Record Writer

To prove a Tobyhanna man is the one who killed and dismembered a woman and left her body parts in trash bags dumped alongside area interstates, Monroe County prosecutors want seven other women he's been charged with assaulting in the past to testify against him.

But Monroe County and Pennsylvania Superior courts have ruled the prosecution can have only three of the women testify, with the county court contradicting itself as to why.

Now First Assistant District Attorney Michael Mancuso is appealing the lower courts' rulings in Pennsylvania Supreme Court in the case of Charles Hicks, 39, who's awaiting trial on charges of murdering Deanna Null, 36, in 2008.



Charles Hicks
accused of killing a woman and dumping her dismembered body parts along I-80 and I-380

Mancuso's appeal maintains that the testimony of these seven other women is a factor a jury would consider when determining if Null's death was an accident or if Hicks had a motive or intent to kill her.

The district attorney is seeking the death penalty for Hicks. If Hicks is convicted, the women's testimony could be crucial in the jury's decision between execution or life without parole.

Troubled and having turned to drugs and prostitution, Null was last seen in January 2008 in Scranton, getting into a vehicle with a man witnesses believed to be Hicks, according to information gathered by police.

On Jan. 29, a human head, arms, legs and torso were found in separate trash bags dumped alongside interstates 380 and 80.

The body parts were later identified as Null's, and the investigation led police to Hicks as the suspect. Hicks was charged more than a month later after severed hands identified as Null's were found wrapped in old newspaper in his home.

See HICKS, Page A2

## ...veries sunk without ...rk's river access

By BETH BRELJE
Pocono Record Writer

...the second time this ... local canoe liveries are ...ut a paddle after the Na... Park Service closed ac... to the Delaware River. ...April, when the federal ...nment implemented se... ration and ordered fed... agencies to reduce annu... gets by 5 percent, the ...ware Water Gap Nation... ...creation Area, operated ... National Park Service, ...d two key boat launches: ...rd Beach and Kittatinny

...backlash from canoe ...ies was quelled when ...donations came in to ...the boat launches open,

PSE&G Foundation donated $50,000, and livery operators gave $20,000 to keep Kittatinny Point open for the season. And pipeline company Kinder Morgan donated $41,000 to keep Milford Beach open for the season.

But the season is not over. There are at least three weeks of brilliant fall foliage for paddlers to enjoy.

But because of the government shutdown, the Park Service has now closed all river access in the recreation area. It is unknown whether the donors who paid to keep launches open will get some of their money back.

See LIVERIES, Page A2

## White House conference ends in finger-pointing

WASHINGTON (AP) — President Barack Obama brought congressional leaders to the White House on Wednesday for the first time since a partial government shutdown began, but there was no sign of progress toward ending an impasse that has idled 800,000 federal workers and curbed services around the country.

Obama "refuses to negotiate," House Speaker John Boehner, R-Ohio, told reporters after private talks that lasted more than an hour. "All we're asking for here is a discussion and fairness for the American people under Obamacare."

But Senate Majority Leader Harry Reid of Nevada said moments later, "We're locked in tight on Obamacare" and neither the president nor

Democrats will accept changes in the nation's 3-year-old health care law as the price for spending legislation needed to end the two-day partial shutdown.

With the nation's ability to borrow money soon to lapse, Republicans and Democrats alike said the shutdown could last for two weeks or more, and soon oblige a divided government to grapple with economy-threatening issues at the same time.

The White House said in a statement after the meeting that Obama had made it clear "he is not going to negotiate over the need for Congress to act to reopen the government or to raise the debt limit to pay the bills

See SHUTDOWN, Page A2

---

## ...roudsburg ...ls win ...nnis title

RTS, B1

### ...DE

...s & Bridge | A9
...ss | B4
...fied | B8-10
...les & Puzzles | A8
...ainment | A9
...ny Living | A6
...cope | A9
...& Region | A3
...ision | A5
...ies | A4
...on | A5
...r Notices | B8
...ries | B1-3
...Weather | A10
...World | B5
...Community | A7

## ...DAY'S FORECAST
...ies was quelled. High 74/76.
...96. WEATHER, A10

# Lehigh Valley OKs merger with MVC to form 18-team league

By MIKE KUHNS
Record Sports Editor

All that's needed now is a name.

The birth of a new athletic conference was born Wednesday morning when the 12 schools that make up the Lehigh Valley Conference voted unanimously to merge with the six Mountain Valley Conference schools to form one 18-team league.

The new conference, which will begin play next fall, still has some details to hammer out — mainly how many divisions there will be and scheduling — but the structure of the league is in place.

"It's great for the schools, both the Lehigh Valley Conference and the Mountain Valley schools," said Stroudsburg Principal and MVC President Jeff Sodl. "It's going to be great for the community, the competition we're going to see and the tournaments.

"The naysayers say it didn't work last time, but that was because all of the players were not involved. This time we are all involved in what this is going to

**The new conference, which will begin play next fall, still has some details to hammer out — mainly how many divisions there will be and scheduling.**

look like."

After months of discussion that began over the summer, the six MVC schools — Stroudsburg, East Stroudsburg South, East Stroudsburg North, Pocono Mountain East, Pocono Mountain West and Pleasant Valley — join with a conference that will look much like the MVC did 11 years ago.

Lehighton, now a member of the MVC, is leaving after this school year to join the Schuylkill League.

Conference officials will meet next week to hammer out some details.

See MVC, Page A2

### LVC SCHOOLS

- Parkland
- Emmaus
- Whitehall
- Bethlehem Catholic
- Allentown Central Catholic
- Liberty
- Freedom
- Northampton
- Nazareth
- Easton
- Allen*
- Dieruff*

* Allen and Dieruff play football in the MVC, other sports in the LVC.

SEE YOUR NEW FABULOUS, MONEY-SAVING OFFER ON PAGE 2.

Limelight DEALS

# Wind Gap
CHEVROLET-BUICK
WindGapChevy.com

## We pay cash for cars!

TOP DOLLAR paid....
Any Make, Any Model.

Wind Gap
CHEVROLET-BUICK

FIND NEW ROADS

RTS 512 & 33, WIND GAP, PA
1-800-752-8316



**Don't Forget Your Savings Coupon!**

**Super Coupon**

Present This Coupon at Time of Purchase Order, Pickup or Delivery to Receive Discount

**Nabisco Lemon Twist Oreos**
15.25-oz. pkg.

**SAVE .51 WITH CARD**

**$2.98**

With this coupon and your Price Plus® club card. Limit one per family.
Good at any ShopRite. Effective thru Sat., Oct. 5, 2013.

*Prices, programs and promotions effective Fri., Sept. 27 thru Sat., Oct. 5, 2013 in PA (excluding Philadelphia and Ostipekwa) and in New Jersey. Trenton and South (excluding E. Windsor and Montgomery Twp., NJ). Sunday sales subject to local blue laws. No sales made to other retailers or wholesalers. In order to assure a sufficient supply of sale items for all our customers, we must reserve the right to limit purchases of any sale item to 4 purchases, per item, per customer, per week, except where otherwise noted. Minimum purchase requirements noted for any item in ad excludes prescription medications, gift cards, gift certificates, postage stamps, sales tax, lottery sales, money transfer orders/transfers, bus ticket sales and fuel items, unless specified. Not responsible for typographical errors. In order to be eligible for the full value of any store coupon or manufacturer coupon presented at checkout the customer must purchase any and all items and quantities specified to meet the requirements for redemption of that coupon. No coupons will be accepted that exceed the value of the item purchased. We reserve the right to limit manufacturer coupons per item. Unless otherwise noted or further restricted by manufacturer. Sales tax is applied to the net retail of any discounted item or ShopRite coupon item. Sales tax is applied to the full price of any item discounted with a manufacturer coupon. Artwork does not necessarily represent items on sale; it is for display purposes only. Copyright® Wakefern Food Corp., 2013. All rights reserved.*

**"I don't want to go to a nursing home"**

How many times have you watched and worried as a loved one - perhaps your mother or father - struggled to remain independent as age and debility weakened them? When you suggested a nursing home, their determination was strong when they answered, "I don't want to go to a nursing home." What do you do?

They need some help and supervision to see that they eat right and take their medication properly. They need encouragement and assistance in bathing and dressing. What do you say? Say, "You don't have to go to a nursing home. A nursing home is for people who are sick and can't take care of themselves.

There are alternatives to a nursing home. Less restrictive, more appropriate places. They are called Personal Care Residences. That's the kind of place you need.

Walden III is one of the finest Personal Care Residences serving the Lehigh Valley and the Pocono areas. Seniors receive the physical support and supervision they need in a dignified and comfortable setting.

Accommodations are available to suit a variety of lifestyles, application is simple and there are no entrance fees. Residents are free to come and go as they please. Enjoy the spacious landscaped grounds. Do as much or as little as they like. Care , comfort, security and peace of mind at an affordable price. The next time someone you are worried about says, "I don't want to go to a nursing home", tell them about Personal Care at Walden III.

Just the right amount of care at the right price.

**Private Rooms: $2180, $2305, & $2490**\*\*
\*\*Cost determined by room size and amenities.

**WALDEN III**
**Personal Care Residence for Seniors**

**WIND GAP, PA**
1-800-724-4795   610-863-7059

Dennis Cassidy - Owner - Director
Visit our website at: www.walden-3.com

## HICKS

*From Page A1*

Police said Hicks told them he and Null had smoked crack cocaine and had sex, but that he's not the one who killed her. He said he would wait until he has a lawyer prior to explaining how Null's severed hands came to be in his home, but police have not said if he has ever given an explanation.

**Threatened with razor blade**

Police looked into Hicks' background and found seven other women he had been charged with assaulting in

in, and if someone wants to pass through on the river,

Texas: One such assault happened in 2001 or 2002 and involved a woman using the name Karen Lovell.

Police give the following account based on information gathered:

Hicks pulled Lovell into a motel room and locked and chained the door. He then grabbed Lovell by the hair and told her "I just want someone to hug me and tell me it's OK."

He then took a razor blade from his pocket and told her "If you scream, I'm going to cut you and kill you."

Hicks then threw a crack pipe and some crack cocaine onto the bed. Holding Lovell's hair with one hand, Hicks had her take her clothes off, removed her shirt and bra with his other hand and then pushed her nude onto the bed.

He then pulled down his pants, made her smoke some of the crack and then tried having sex with her. By this time, Lovell's screams had brought the motel manager knocking on the door.

Hicks grabbed Lovell by the hair, pulled her behind the door and opened it slightly. When he did so, Lovell managed to break free, pushed her way through the door and ran nude into the parking lot, screaming for help.

"The manner of assault (on Lovell and the six other women) consisted primarily of choking and beating with the hands, similar to the blunt force trauma suffered by Deanna Null," Mancuso's appeal states. "Many of the other victims were pros-

Many operators who do business mainly in the park are facing the same problem

it all locked up. And we are going to pay taxes, too," Jones said.

tutes like Deanna. Many of the circumstances of the crimes against these women involved the use of illegal narcotics such as crack cocaine. The sexual assaults appear to be part of the motive for the assaults on women."

**Contradictory rulings**

Mancuso notified defense attorney Bill Sayer of his intent to present these women's testimony at trial, to which Sayer filed a motion asking the court to exclude that testimony as more prejudicial than probative.

The now-retired Ronald Vican, Monroe County president judge at the time, allowed testimony from Lovell and two other women. Vican barred testimony from the rest, calling it cumulative and therefore unnecessary, Mancuso said.

Mancuso appealed before Vican, saying Vican should have waited until after hearing testimony from all seven women prior to ruling.

Vican responded by reversing his reasoning but not his conclusions on excluding the other four women. He now said the testimony should remain excluded because it differs from that of the other three women, rather than being cumulative, according to Mancuso.

Mancuso next appealed to Superior Court, which upheld Vican's decision despite his contradictory reasoning.

Mancuso has since filed an appeal in state Supreme Court and is awaiting a decision.

• Yes
• No
• Not yet
ADD YOUR VOTE AT POCONOREC
.COM. POLL CLOSES AT 8 PM.

## LOTTERIES

Numbers drawn
Wednesday, October 2, 20

**PENNSYLVANIA**
www.palottery.com
MIDDAY DAILY: 4-1-4
MIDDAY BIG FOUR: 6-7-1-7
MIDDAY QUINTO: 2-2-1-9-9
TREASURE HUNT: 3-8-12-2
DAILY: 7-3-1
BIG FOUR: 2-0-9-2
QUINTO: 7-0-0-2-9
CASH FIVE: 5-11-14-26-38
TUESDAY MEGA MILLIONS:
30-37-53
Mega Ball: 1
Wednesday's Powerball nur
will appear in Friday's paper

**NEW JERSEY**
www.state.nj.us/lottery
MIDDAY PICK THREE: 6-6-2
MIDDAY PICK FOUR: 3-4-8-
PICK THREE: 2-4-1
PICK FOUR: 7-7-5-5
CASH FIVE: 6-7-21-31-35

**NEW YORK**
www.nylottery.org
MIDDAY DAILY: 0-1-4 LUCKY
SUM 5
MIDDAY WIN FOUR: 1-7-5-2
LUCKY SUM 15
DAILY NUMBER: 2-4-9 LUCK
SUM 15
WIN FOUR: 1-0-2-5 LUCKY S
PICK TEN: 3-7-14-16-22-23-
40-43-52-54-57-60-61-68-7
71-72-73-78

## PLEAS

recycle this newspape

**Your home. Your neighbors. Your news.**

## POCONO RECORD
poconorecord.com

511 Lenox St.,
Stroudsburg, PA 18360
570-421-3000 | 800-756-4237

**NEWSROOM**
News 570-420-4344
Sports 570-420-4389
Lifestyles 570-420-4483
Editorial page 570-420-4348
Fax 570-421-6284
Obituaries 570-420-4439
or email obit@poconorecord.com
Photo reprint orders:
www.poconorecord.com
Press releases:
newsroom@poconorecord.com

**ADVERTISE**
Classified 570-421-3030
Fax 570-424-2625
Retail 570-421-3000
Fax 570-424-2056
advertising@poconorecord.com
Advertising Representatives:
Mid-Atlantic Newspaper Services
3899 N. Front St.,
Harrisburg, PA 17110

**FOR SUBSCRIBERS**
Customer service 1-800-530-6310
6 a.m. to 5 p.m. Monday through Friday
circulation@poconorecord.com
Fax 570-424-5864

Vacation? To temporarily suspend your subscription, please call at least two days in advance.
Rates: Home delivery: $20.90 for 4 weeks.
Home delivery and online: $22.44 for 4 weeks.
Special rates available for long-term.

Vol. 120, No. 183
(USPS 436-7000)
Periodicals postage paid at
Stroudsburg, PA. Published seven
mornings a week.

POSTMASTER: Send address change
to 511 Lenox St., Stroudsburg, PA
18360. Telephone 570-421-3000.
Alliance for Audited Media.

Subscription term lengths reflect basic subscription rates without surcharges. Due to the size of our Premium Editions such as the Thanksgiving edition, there will be a surcharge of up to $2 for each Premium Edition. Surcharges will accelerate the expiration of your subscription when you receive delivery of a Premium Edition. There will be no more than 16 Premium Editions each calendar year.

# HICKS: State tries to show history of abuse

**FROM PAGE A1**

State police charged Mr. Hicks, 37, with criminal homicide, aggravated assault, abuse of a corpse and tampering with evidence the same day they searched his home.

In December, Monroe County prosecutors filed an appeal with the state Superior Court after then-county Judge Ronald E. Vican denied the prosecution's request to have four women testify about their encounters with Mr. Hicks, according to the filing.

The appeal is still pending, and a trial date not been set, Mr. Sayer said.

One of the women told investigators he held a knife to her throat; another claimed Mr. Hicks grabbed her neck and threatened her, according to court papers.

to highlight Mr. Hicks' "history of violence against women" while the judge ruled the court has the right to exclude "repetitive" testimony, according to the appeal.

The appeal asks the higher court to overturn what the prosecution claims is an "abuse of discretion" by the judge by excluding evidence of Mr. Hicks' alleged past behavior toward women, through their testimony in court.

Judge Vican permitted three other women to testify, however.

Of the three, one claimed Mr. Hicks choked her and tried to sexually assault her; another woman related to investigators she lost consciousness after Mr. Hicks choked her.

The prosecution said the

case when it goes before a jury.

The prosecution and defense are waiting for the Superior Court's ruling before moving forward, Mr. Sayer said.

Efforts to reach Monroe County District Attorney E. David Christine Jr. were unsuccessful.

Meanwhile, Mr. Hicks' public defender maintains his client did not kill Ms. Null.

The autopsy report shows she had taken drugs, he said, resulting in a fatal drug overdose rather than at the hands of Mr. Hicks. There was alcohol and cocaine detected in her system.

Prosecutors claim Mr. Hicks tortured Ms. Null before he killed her, cut up her body, stuffed most of the body parts into eight plastic bags and dumped them along the inter-

Mr. Christine has said while there was a substantial amount of drugs and alcohol in her system, it was not a fatal dose.

"There is no evidence that she was killed," Mr. Sayer counters. "Let alone by my client." He also attempted to appeal the prosecution's intention to seek the death penalty, though the Superior Court declined to hear it.

"We will eventually have a trial," he said.

Ms. Kimble said her family just wants to be able to move on from the odious crime that took away someone very dear to them.

"That way we can go on with our life," Ms. Kimble said. "She was a kind person. She would give you her shirt off her back."

**Contact the writer:** smcconnell@