# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                          :
CHARLES HICKS,                            :
                    Petitioner,           :          No. 1:17-CV-1969
                                          :
         v.                               :          (Chief Judge Conner)
                                          :
JOHN E. WETZEL, Secretary,                :          THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;   :
ROBERT GILMORE, Superintendent of         :
the State Correctional Institution at Greene; :
and MARK GARMAN, Superintendent of        :
the State Correctional Institution at     :
Rockview,                                 :
                    Respondents.          :
_____       :

## APPENDIX TO PETITION FOR A WRIT OF HABEAS CORPUS

### VOLUME III  EXHIBITS 4-60

KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
Kelly_miller@fd.org

Dated: February 1, 2019

# INDEX TO EXHIBITS

| 1. | ██████████████████████ (UNDER SEAL) |
|----|-------------------------------------|
| 2. | All Media Coverage from 01/29/2008 – 02/11/2008 |
| 3. | All Media Coverage from 03/07/2008 – 01/15/2015 and Undated Articles |
| 4. | All Media Coverage News Clips (ON DISC) |
| 5. | *Body Parts* (Claim 4 |
| 6. | Nancy Grace, Kareen Wynter, Rupa Mikkilinei, *Britney Hospitalized Again at Psychiatrist's Request/Body Parts Found Along Pennsylvania Highway – CNN Nancy Grace,* CNN - 01/31/2008 |
| 7. | 69 News, WMFZ TV News Clip (ON DISC) |
| 8. | Blue Ridge, Channel 16 News Clip (ON DISC) |
| 9. | Joe McDonald, *Body Scattered Along Highways*, "*There's Quite a Bit Missing," Despite Finds in Open on I-80, I-830*, The Morning Call – 01/30/2008 |
| 10. | WBRE News Clip – 03/14/2008 (ON DISC) |
| 11. | 69 News, WFMZ TV News Clip (ON DISC) |
| 12. | 69 News, WFMZ TV News Clip (ON DISC) |
| 13. | *Drug Conviction for Prison Guard Monroe Death Probe Expands*, The Express-Times – 09/27/2008 |
| 14. | 93.5/WVPO/WPLY Aired News Stories Summaries |
| 15. | 69 News FMZ TV News Clip (ON DISC) |
| 16. | 69 News WFMZ News Clip (ON DISC) |

| | |
|---|---|
| 17. | <ul><li>*Suspected State Police Killer Frein Caught Near Abandoned Airpark*, Pocono Record – 10/31/2014</li><li>*Eric Matthew Frein, 31, Wanted in Blooming Grove Shooting, Police Say*, Pocono Record – 09/16/2014</li><li>*The Hunt for Eric Frein*, Pocono Record – 09/28/2014</li></ul> |
| 18. | <ul><li>*ISIS Video Show Beheading of American Journalist Steven Sotloff*, CNN – 09/09/2014</li><li>*New ISIS Video Shows Beheading of American hostage Peter Kassig*, Fox News – 11/16/2014</li><li>*The Horror Before the Beheadings*, The New York Times – 10/25/2014</li><li>*French Hostage Herve Gourdel Beheaded in Algeria*, The New York Times – 09/24/2014</li></ul> |
| 19. | Letter from William Sayer to E. David Christine, Jr.  – 01/08/2009 |
| 20. | Monroe County Search Warrant, No. N6-909468 – 03/06/2008 |
| 21. | Homicide Investigation Action Report, No. N6-909468 – 04/01/2008 |
| 22. | Monroe County Search Warrant, No. N6-909468 – 03/07/2008 |
| 23. | NLETS Report – 03/04/2008 |
| 24. | Tobyhanna Army Department Record – 03/07/2008 |
| 25. | OTN – 03/14/2008 |
| 26. | Pennsylvania State Police Report, No. N6-909468 – 04/25/2008 |
| 27. | Report of Isidore Mihalakis, M.D. – 01/08/2009 |

| 28. | Report of John J. Shane, M.D. – 06/01/2011 |
| 29. | Report of Wayne K. Ross, M.D., P.C. – 05/13/2014 |
| 30. | Report of John J. Shane, M.D. – 06/13/2014 |
| 31. | ██████████████████████████████ (UNDER SEAL) |
| 32. | ██████████████████████████████ (UNDER SEAL) |
| 33. | █████████████████████████ (UNDER SEAL) |
| 34. | ███████████████████████ (UNDER SEAL) |
| 35. | ████████████████████████████████████ ████████ (UNDER SEAL) |
| 36. | ███████████████ (UNDER SEAL) |
| 37. | █████████████████████ (UNDER SEAL) |
| 38. | ████████████████████████ (UNDER SEAL) |
| 39. | ███████████████ (UNDER SEAL) |
| 40. | ██████████████ (UNDER SEAL) |
| 41. | ███████████████████ (UNDER SEAL) |
| 42. | ███████████████ (UNDER SEAL) |
| 43. | ████████████████████ (UNDER SEAL) |
| 44. | ███████████████ (UNDER SEAL) |
| 45. | █████████████████ (UNDER SEAL) |
| 46. | Interview of Fred Fox – 02/11/2008 |
| 47. | Interview of Jeffrey Michael Macaluso – 02/05/2008 |
| 48. | ██████████████████████████ (UNDER SEAL) |

| 49. | Homicide Investigation Action Report, No. N6-909468 – 02/19/2008 and 02/27/2008 |
| 50. | Letter from Denise Minor to Terry Higy – 03/18/2008 |
| 51. | Letter from Thomas C. McAndrew to Terry Higy – 06/24/2008 |
| 52. | Homicide Investigation Action Report, No. N6-909468 – 01/30-31/2008 and 02/06/2008 |
| 53. | Texas Police Report, No. RB200800533, RB200800647, RB200800540  – 03/04/2009 |
| 54. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 55. | Supplemental Investigation Report, No. N6-909468 – 03/17/2008 |
| 56. | ███████████████████████████████████████ (UNDER SEAL) |
| 57. | Philip A. Holmes, *Murdered Woman Linked to '02 Shooting*, Williamsport Sun-Gazatte – 02/06/2008 |
| 58. | Interview of Desmond Lionel Cainion – 02/06/2008 |
| 59. | Homicide Investigation Action Report, No. N6-909468 – 02/04/2008 |
| 60. | Homicide Investigation Action Report, No. N6-909468 – 03/10/2008 |
| 61. | Sentencing Verdict Slip – 11/18/2014 |
| 62. | EPA MAPS of Teague, Burleson and Mansfield |
| 63. | Simon Ford and William C. Thomspon, *Some Reasonable doubts About DNA "Fingerprints,"* A Question of Identity |
| 64. | ████████████████████████████ (UNDER SEAL) |
| 65. | Pauline Hicks Obituary – 04/15/1977 |
| 66. | ██████████████████████████████████████ (UNDER SEAL) |
| 67. | ██████████████████████████████████ (UNDER SEAL) |

| 68. | ████████████████████████ (UNDER SEAL) |
| 69. | ██████████████████ (UNDER SEAL) |
| 70. | ████████████████████ (UNDER SEAL) |
| 71. | ███████████████████████████ <br><br> (UNDER SEAL) |
| 72. | ███████████ (UNDER SEAL) |
| 73. | ████████████████████ (UNDER SEAL) |
| 74. | ████████████████████ (UNDER SEAL) |
| 75. | ████████████████████████████ <br><br> ████ (UNDER SEAL) |
| 76. | ████████████ (UNDER SEAL) |
| 77. | █████████ (UNDER SEAL) |
| 78. | ██████████ (UNDER SEAL) |
| 79. | *David Hicks of Teague...Convicted Killer is Executed* – 01/27/2000 |
| 80. | ████████████████████████ <br><br> ██████████ (UNDER SEAL) |
| 81. | ████████████████████ (UNDER SEAL) |
| 82. | ████████████████████████ <br><br> ███████████ (UNDER SEAL) |
| 83. | █████████████████████████████ (UNDER <br><br> SEAL) |
| 84. | ████████████████████████ <br><br> (UNDER SEAL) |

| | |
|---|---|
| 85. |  (UNDER SEAL) |
| 86. | (UNDER SEAL) |
| 87. | (UNDER SEAL) |
| 88. | (UNDER SEAL) |
| 89. | (UNDER SEAL) |
| 90. | (UNDER SEAL) |
| 91. | (UNDER SEAL) |
| 92. | (UNDER SEAL) |
| 93. | (UNDER SEAL) |
| 94. | (UNDER SEAL) |
| 95. | (UNDER SEAL) |
| 96. | (UNDER SEAL) |
| 97. | (UNDER SEAL) |
| 98. | (UNDER SEAL) |
| 99. | (UNDER SEAL) |
| 100. | (UNDER SEAL) |
| 101. | (UNDER SEAL) |
| 102. | (UNDER SEAL) |
| 103. | (UNDER SEAL) |
| 104. | North Richland Hills Police Report, No. 006431 – 07/11/2000 |
| 105. | (UNDER SEAL) |

| 106. | ███████████████ (UNDER SEAL) |
| 107. | ████████████████████ (UNDER SEAL) |
| 108. | ████████████ (UNDER SEAL) |
| 109. | Fort Worth Police Report, No. 02604169 – 08/13/2002 |
| 110. | Interview of Michael Jones – 09/30/2008 |
| 111. | Fort Worth Police Report, No. 03093388 – 08/16/2003 |
| 112. | ██████████ (UNDER SEAL) |
| 113. | Fort Worth Police Report, No. 04008739 – 01/22/2004 |
| 114. | Fort Worth Police Report, No. 04016070 – 02/09/2004 |
| 115. | ████████ (UNDER SEAL) |
| 116. | ████████████ (UNDER SEAL) |
| 117. | ████████████████████ (UNDER SEAL) |
| 118. | ██████████████ (UNDER SEAL) |
| 119. | ██████████████████ (UNDER SEAL) |
| 120. | █████████ (UNDER SEAL) |
| 121. | ███████████████ (UNDER SEAL) |
| 122. | ███████████ (UNDER SEAL) |
| 123. | ██████████ (UNDER SEAL) |
| 124. | ███████████████ (UNDER SEAL) |
| 125. | ████████████ (UNDER SEAL) |
| 126. | ███████████████ (UNDER SEAL) |
| 127. | ██████████ (UNDER SEAL) |

| | |
|---|---|
| 128. | North Chicago Police Report, No. 06-034289 – 12/26/2006 |
| 129. | Arlington Police Report, No. 07-44293 – 06/21/2007 |
| 130. | Grand Prairie Police Report, No. 07-00035844 – 11/13/2007 |
| 131. | ███████████████ (UNDER SEAL) |
| 132. | █████████████ (UNDER SEAL) |
| 133. | ████████████████████ (UNDER SEAL) |
| 134. | Affidavit of Chantell Patterson – 09/19/2018 |
| 135. | Affidavit of Christian Gregory – 09/19/2018 |
| 136. | Autopsy Report by Saraklee Funkee, M.D.  - 01/30/2008 |
| 137. | *Capital Punishment in Pennsylvania: The Report of the Task Force and Advisory Committee*, Joint State Government Commission, General Assembly of the Commonwealth of Pennsylvania,– 06/2018 |

# Exhibit 4 (On Disc)

# Exhibit 5

**"Researcher believes he's found key that unlocks Egypt's advanced scientific knowledge,"** a story by Howard Frank on Sept. 28 had 25,928 online views.

Here's an excerpt:

A real secret message discovered by a local man among Egypt's ancient ruins could be stranger than the fictional stories we love involving Indiana Jones or "The DaVinci Code."

East Stroudsburg-born Edward Nightingale says he has unraveled the most famous of ancient Egyptian riddles.

And he believes his discovery has uncovered a collection of advanced mathematical principles that could change our understanding of matter and the universe. But that's not all.

He also believes this information was intentionally embedded in the blueprint of the ancient ruins, for future generations to discover.

For the complete story, visit www.PoconoRecord.com/Egypt.



#2



#6

**Body parts,** head found along interstates 80 and 380 (with videos) was published on Jan. 29. The story had 19,652 views.

Someone scattered human remains — including a severed head — in trash bags along the interstate 80-380 corridor through Monroe County and into Lackawanna County.

Police said eight bags at eight different locations have been recovered so far. They're not sure they have all of the remains. By Feb. 5, the woman was later identified as Deanna Marie Null.

On March 8, Charles Hicks, 33, of Tobyhanna, was charged with the murder. The case is awaiting trial.

For the complete report, visit www.PoconoRecord.com/bodyparts.

Beth Brelje gave us another side of racing on Aug. 3 with **"Racetrack may be perfect place for romance."**

Brelje wrote: "The romance ratio is in favor of single women at the infield of Pocono Raceway. Most infield women are married or attending the race with a boyfriend or family.

For single women such as Heather Foley, 25, and sister Caitlin Foley, 22, both of Staten Island, it is a great place to meet men. "Because there are so many of them," Heather said. "Like women to a bathroom, men often travel to NASCAR races in packs."

The story had 16,242 views.

For rest of the story, see www.PoconoRecord.com/raceromance.



#9

Dan Berrett covered **"Bou**
story had a video and 13,576

Here's the scenario:

Four wannabe bounty hunt
after they failed to collar a fug
and terrifying the elderly.

The self-styled bounty hunt
agency called Wargod Inc.

On Friday, according to poli
them said later was a fugitive
fatigues, assault vests with e
of Stroudsburg that night, pro

At first, they were seen sta
flashing cans of mace and handcuffs.

Then at about 9:45 p.m. Friday, the manager of West Gate a
The same five people were running up and down the halls try
police said.

For rest of the story, see www.PoconoRecord.com/bounty

Exhibit 6

### *Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway*

CNN NANCY GRACE 8:00 PM EST

January 31, 2008 Thursday

Copyright 2008 Cable News Network All Rights Reserved.

**Section:** NEWS; Domestic

**Length:** 7141 words

**Byline:** Nancy Grace, Kareen Wynter, Rupa Mikkilineni

**Guests:** Ian Drew, Bethany Marshall, Susan Moss, Randy Zelin, Joe Jackson, Dr. Daniel Spitz

**Highlight:** Escorted by more than a dozen police officers and two helicopters, pop star Britney Spears is taken from her home to the hospital by ambulance for a psychiatric evaluation, this time reportedly at the behest of her own psychiatrist. Eight trash bags containing the body parts of a single woman are found strewn along the side of a Pennsylvania highway.

## Body

NANCY GRACE, HOST: Tonight, breaking news. Music superstar Britney Spears`s alleged string of wild and erratic behavior -- has it cost her custody, and now even visitation with her two toddler boys? A police convoy the length of a football field escorts the 26-year-old mom, once again strapped to a gurney, to UCLA`s Medical Center, where tonight she`s on a medical evaluation hold. Well, just weeks ago, Spears rushed to the ER after a custody stand-off at her own LA home. That late night drama and an emergency court hearing ended in Spears losing all and any visitation rights for her two little boys.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Breaking news. Troubled pop star Britney Spears is back in the hospital. Los Angeles police tell CNN they responded to Spears`s home and transported her to a local hospital. She was apparently physically removed and taken by ambulance. You can see the video there. "The Los Angeles Times" is reporting Spears is being held on a 72-hour mental health evaluation at UCLA Medical Center. The paper is also reporting all of this was prompted by a call from her psychiatrist. This is the second time Spears has been taken from her home and hospitalized on a mental health hold in just a month.

UNIDENTIFIED FEMALE: Does it hurt you in a child custody case if you had to be treated for a diagnosed mental illness? Does that affect whether or not you`ll ever be able to be with your kids?

(END VIDEO CLIP)

GRACE: And tonight, live to the luxury resort destination, the Poconos. The police discover a real-life Dexter (ph) at work, dismembered body parts found in eight separate garbage bags, still unidentified.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Investigators say bags of body parts were found at seven other sites along Interstates 380 and 80. They believe the body parts belong to one light-skinned female.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Also tonight: Is there a break in the case of missing American teenage beauty Natalee Holloway? The 19-year-old vanished on her class trip to Aruba. A Dutch reporter claims months of high-tech secret surveillance will crack the case and prove what happened the night Natalee Holloway disappeared.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Prosecutors in Aruba say they`re investigating new clues in the disappearance of Natalee Holloway. I know we`ve heard this before, but listen to this. They say they have new evidence from a Dutch crime reporter, and the information may help resolve what happened to the Alabama teen, which was one of the biggest mysteries in this whole thing. The prosecutor`s office in Aruba says it is now intensifying its probe. Holloway disappeared while on a trip to Aruba back in May of 2005. A Dutch teen and two others were arrested and released a number of times. Prosecutors dismissed their case, though, against all three last month. They say there wasn`t enough evidence to charge them.

(END VIDEO CLIP)

GRACE: Also tonight: Galveston, Texas, the manhunt for a 21-year-old father intensifies after his tiny 3-month-old baby boy wearing nothing but a diaper is found dead by the side of an isolated boulevard, a carseat not far from the baby`s body. Was the little baby thrown out of a car? Tonight, police tracking Travis Mullis, the baby`s own father.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: You can see the outline, the scene of the crime. It`s an area on Galveston Island where someone discarded a child`s body. He was wearing only a diaper.

UNIDENTIFIED MALE: I`ve never seen nothing like this! Oh, my God, it`s a baby! God!

UNIDENTIFIED FEMALE: The baby was found lying face down on Galveston`s east end. Autopsy results show the child died of massive head trauma. Authorities tell Eyewitness News the baby did not from the impact of hitting the ground. Father, 21-year-old Travis Mullis, lived in this trailer in Alvin. The man who says he lives in the trailer says the couple was homeless, jobless and had no money. He says Mullis took off with the baby about 6:30. Mullis has not been seen since.

(END VIDEO CLIP)

GRACE: Good evening. I`m Nancy Grace. I want to thank you for being with us. Tonight: Britney Spears reportedly back in a mental ward. What does that mean for custody of her two toddler boys?

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Right around 1:00, more than a dozen officers, most of them on motorcycles, several cruisers and the rescue ambulance came in through the front gate. They were in there for about 10 minutes before on the radio, you could hear, The package is on the way out, and then, Go, go, go and secure (ph) the gate.

UNIDENTIFIED FEMALE: What is happening is she`s been put in for a 72-hour evaluation hold. There are several rights that she has. She can have visitors. She can refuse medication, which is an important thing. She can wear her own clothes. She can write to people. She can refuse to have her picture ID taken. But right now, she`s being evaluated. It`s (INAUDIBLE) thorough evaluation. It`s a complete psychiatric evaluation. There`s a full interview. There`s lab work. And after that, the next thing that`s going to happen is they`re going to determine whether or not the legal criteria is met to have her held for another 14 days. It is possible that she will be held, that a judge will determine she`s a danger to herself or to others, or a medical professional will determine that, and we may see her get the help that she needs, which I think, in my view, could be helpful to having her get some sort of visitation or limited custody of her children.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Or does it mean the end of any custody or even visitation for Britney Spears, reportedly once again in a mental ward. And what does it mean, "durable power of attorney," "power of attorney"? Not only are her custody rights in question, but her entire estate, amassed over years since she was a teen star in the hands of someone else?

Out to Kareen Wynter, CNN correspondent. What happened?

KAREEN WYNTER, CNN CORRESPONDENT: Well, Nancy, it was deja vu all over again. In fact, when I got the call this morning at 1:00 o`clock that this was breaking and that we needed to head out to UCLA Medical Center, I had to check the calendar. It felt like January 3 all over again, when Spears was initially hospitalized earlier this month.

Well, what we`ve been able to learn -- and we`ve just gotten so little information all day long. Lynne Spears, by the way, told some of the paparazzi that her daughter was resting at the medical center. Nothing from hospital officials, but TMZ has been reporting that it was her psychiatrist who staged this dramatic intervention, that things had gotten so bad that something had to be done, and that he even went as far as working with local law enforcement officials to orchestrate getting them in there. We saw the chaos that happened the last time, and the paparazzi right on her heels, following her on the gurney, following her as she was transported to the hospital, and that they did not want this the second time around.

And so they worked with police, and you saw what happened. It was a smoother transition to the hospital, where we believe she`s getting the help that she needs in the form of mental evaluation, Nancy.

GRACE: Also with us, Ian Drew, editor-at-large with "US Weekly." Ian, the paparazzi are constantly camped out right there in her driveway, right outside her home. In fact, police have been there on numerous occasions over the last few weeks just to make them go away. That`s enough to put anybody in the nut ward!

IAN DREW, "US WEEKLY": Exactly. And it`s gone on for years. This is the thing. I mean, this is, like, over 10 years of this. And not only that, she`s invited them in. It was a Pandora`s box. She worked with them in the beginning. She sold photos of herself continually, all through her marriages and her children, and up until most recently was dating one. So she`s let these people into her life, into her home, and it just gets worse and worse and worse. But we now see this is not the action of someone who`s mentally sound.

GRACE: You`re watching video from TMZ that broke the story today.

Back out to Kareen Wynter. Tell me where she is exactly. Is the family supporting her or being cooperative? What are the circumstances surrounding her going back into, reportedly, a mental ward today? Was her family supporting her? Were they against it? What happened?

WYNTER: To be honest with you, Nancy, we`re not inside Britney`s world, her camp. But it`s this Sam Lufti, this manager/friend that`s been by her side constantly in the last several months. He`s really the closest thing to Britney. He`s calling the shots. We see him accompanying her to court when she has her hearings. And so we believe that he`s the one who actually worked, perhaps, with her psychiatrist to get things going here.

We`ve seen Britney Spears with the paparazzo who is allegedly her boyfriend. And he hasn`t been happy about that relationship. But regarding the mom, Lynne Spears, she came back into the picture. Interestingly enough, earlier this week, we saw her come in. And you know, Britney Spears and her mom, they`ve had a very strange relationship. You know, one report will say it`s back on, another report that it`s struggling (ph). But anyways, they have reportedly been battling it out, Nancy. That`s why Sam and Lynne Spears -- but we`re told that Sam is the one that really, really worked to get Britney Spears back to the hospital.

GRACE: I wonder what`s going to happen to her estate while she is in, reportedly, a mental ward, talk of a power of attorney or a durable power of attorney given to someone else while she is in the hospital. What does that mean to all those millions she has amassed?

Out to the lines. Leeann in Wisconsin. Hi, Leeann.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED FEMALE: Hi, Nancy. My question is, why have they let this poor girl go into this downward spiral for so long? And can they possibly ticket the paparazzi for harassment? I mean, it just seems like this poor girl can`t get away from them, and she`s going into this downward spiral.

GRACE: Well, that`s an interesting thing, Leeann, because -- to Ian Drew with "US Weekly" -- Ian, I understand that several paparazzi were ticketed for reckless driving just recently.

DREW: Yes. I mean, the cops can only do so much, especially with the laws. But again, I need to stress Britney`s someone who`s let these people in. She used to tip them off...

GRACE: Ian, that is...

DREW: ... where she was going...

GRACE: ... no excuse for them following her so closely at dangerous speeds and switching lanes, to the point where police actually pulled the paparazzi over and gave them tickets. Do I have to say Princess Diana, Ian, for you to sit up and pay attention to what is happening to Spears? Yes, she`s dating a paparazzi. So what? Does that mean she should be tracked down like a dog everywhere she goes? I don`t think so.

To Bethany Marshall, psychoanalyst and author. What`s happening, Bethany?

BETHANY MARSHALL, PSYCHOANALYST: I`ve got to stick up for Ian here because I think it`s easy to find villains in this story -- the mother, Sam Lufti or the paparazzi. But for all we know, if she has a dual diagnosis condition, which is bipolar with substance abuse, the paparazzi may have become her support system because you think of bipolar -- there`s hypersexuality, impulsivity, racing thoughts, mania, difficulty sleeping. And my understanding is she leaves the house at all hours, goes and drives, comes back home. There`s no true errands being run, so there`s kind of a restlessness that you see even with a -- either with a speed-based drug use or the hypomanic portion of a bipolar illness. But I think she may be using the paparazzi as, like, a false support structure, and that has to be replaced by the support structure of the hospital, like an inpatient psychiatric setting where she can get a full evaluation.

GRACE: Bethany, you mentioned bipolar and you mentioned various -- the possibility she`s using various drugs. PS, everyone. You are watching the video from Hollywood.TV.

Bethany, she`s under a 5150 hold. Explain.

MARSHALL: Well, what that is is an involuntary 72-hour hold. A police officer, a psychiatrist, anyone can call 911, have the police come over, evaluate her. She`s held involuntarily until she`s deemed that she`s no longer a danger to herself or others. She can be released prior to the ending of the 72 hours if she demonstrates good mental health.

GRACE: Wait. I don`t understand something, Bethany. If this had been planned for at least a day, this was not -- her going to the hospital today is not the result of some emergency. This was a planned trip to the hospital. So how can that be involuntary?

MARSHALL: Well, this is interesting because you mentioned staged intervention. I would imagine that her psychiatrist knew that he was going to have to call 911 or the police, and he put some careful planning in place so that it wouldn`t so chaotic and so she wouldn`t be compromised. But nonetheless, once she gets to the hospital, the treating psychiatrist or M.D. can place her on an involuntary hold if she is deemed a danger to herself or others. And at that point, there is nothing she can do, or the family or anyone else.

GRACE: Out to the lines. Ryan in North Carolina. Hi, Ryan.

UNIDENTIFIED MALE: Hi, Nancy. I got a question. I`m on a cell phone.

GRACE: OK.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED MALE: My name`s Ryan O`Donovan. And I want to ask you a question. Who pays? Do taxpayers pay for all this? I mean...

GRACE: Excellent question. Bethany Marshall, psychoanalyst, do taxpayers have to pay for this?

MARSHALL: Well, no. I mean, let`s say if you have insurance -- taxpayers could ultimately pay for it if you`re destitute and you have no resources. But then you get shipped off to County or someplace where they have those kind of county beds available. If you have resources or a good insurance policy, they are going to take that insurance and you are going be billed after the stay.

GRACE: The only thing, at this point, I can see the taxpayers being stuck with regarding the bill is the police entourage the length of a football field. That`s more than the president gets when he comes to New York. Britney Spears had police protection the length of a football field.

Let`s unleash the lawyers -- Susan Moss, New York, Joey Jackson, New York, Randy Zelin also joining us from New York. Susan Moss, weigh in.

SUSAN MOSS, FAMILY LAW ATTORNEY: For Brit, this is the best thing since the creation of the wig. This is just what she needs. She needs to go in and get the help. If she is bipolar, then she needs to be put on medication and she needs to be carefully monitored. That`s the only chance she has of getting back access to see her children. This judge has been put in the position that for the best interests of the children, he cannot let her have access to these kids.

GRACE: To Joey Jackson. Address the issue of power of attorney.

JOEY JACKSON, DEFENSE ATTORNEY: Sure, Nancy. Well, initially, we have to say this. The power of attorney is simply a document which a principal, in this case Britney Spears, can give to an agent. Now, what happens, Nancy, is this. When you give somebody power of attorney, they act as your agent for all purposes.

Now, before you mentioned the distinction between durable and non- durable power of attorney. What a durable power of attorney means is that it survives any disability or mental illness you have. As long as you`re competent at the time that you execute that document, as long as Britney Spears is competent at the time she executes it, the person who`s her agent can, in fact, have influence over all of her financial transactions and everything else. Now, a non-durable power of attorney, Nancy, I don`t think would be applicable here because that simply applies usually for things that are specific transactions -- a limited real estate transaction. Once that`s done, it`s over. So finally, you know, that`s pretty much what it is.

GRACE: Right. To Randy Zelin. Let`s follow up on something Joey Jackson just stated: You have to be competent to sign a power of attorney. If she`s being put in the hospital, reportedly the mental ward on an involuntary hold, a 5150, then how can you say the power of attorney is written when she`s competent?

RANDY ZELIN, DEFENSE ATTORNEY: Well, what happens is, if it was written before she`s now been put into the hospital, if it`s durable, it`s going to survive any decision that she`s no longer competent.

GRACE: Well put. Randy Zelin, Joey Jackson, Susan Moss.

Right now, we want to break in very quickly and go out to Pennsylvania, seemingly, real-life Dexter (ph) at work, body parts found in eight separate trash bags in the luxury resort area of the Poconos.

Let`s go straight out to Rupa Mikkilineni. Rupa, what`s happening?

RUPA MIKKILINENI, NANCY GRACE PRODUCER: Well, Nancy, I am standing out here in front of I-80 in the luxury resort area of the Pocono Mountains. And essentially, we`re talking about eight trash bags found, a woman`s body parts found in these eight separate trash bags. Actually, we`re standing in the area where one of these trash bags was found.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

Now, the identity of the woman is still a mystery, but here`s what we do know. She stands approximately -- she stood approximately 5-foot, 7- inches tall, a heavyset woman, approximately in her late 20s or early 30s, and had dark hair with a little bit of gray streaks.

Now, the other thing that we know is that an autopsy was done yesterday, and according to the autopsy results, we know that she had been dead at least for four days prior to this autopsy.

GRACE: Rupa Mikkilineni joining us there in the Poconos, a luxury resort area. Rupa, where exactly were the bags found? Were they in plain sight, just thrown by the road, or were they hidden?

MIKKILINENI: They were not hidden. And in fact, this is a point that the police were making. They were in plain sight, strewn along the side of the highway. And we`re talking about a 10 to 20-mile stretch of highway, Nancy.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: This is an involuntary commitment. One of three things can happen after the 72-hour hold. One is that she can be released, determined that she`s not a danger to herself or others. I don`t think that`s going to happen. The second thing is another hold, another 14-day hold. Or lastly, the status changes from involuntary to voluntary. That`s the best case scenario, that Britney decides, I need help. I need help. And that`s going to bode well, if she makes that decision, for her child custody case.

(END VIDEO CLIP)

GRACE: It`s going to be a tough sell to any judge to give custody or visitation back to a mom who has been admitted to, reportedly, a mental ward twice.

To Dr. Daniel Spitz, medical examiner, joining us out of Michigan. Dr. Spitz, she told police that she was on Adderal. What is that?

DR. DANIEL SPITZ, MEDICAL EXAMINER: Adderal is a stimulant. It`s an amphetamine. Generally, it`s part of medications that are used for weight loss. And it raises the question, along with laxative use, which I`m aware that she was doing, that she`s doing...

GRACE: Ten laxatives a day.

SPITZ: ... some extreme measures.

GRACE: Ten laxatives a day.

SPITZ: Certainly raises the question that she`s having some serious issues with trying to get her weight under control and taking some extreme measures.

GRACE: What does it mean, Bethany?

MARSHALL: ... wondering if she has been put on bipolar meds, they weren`t successful in treating her symptoms, she wasn`t complying with treatment, so she has been abusing her own bipolar meds because sometimes with bipolar, you have attentional difficulties, which Adderal is designed to address. But sometimes people actually abuse that drug instead of using it how it`s supposed to be used.

GRACE: To Sandra in Maryland. Hi, Sandra.

UNIDENTIFIED FEMALE: Hi, there. How are you?

GRACE: I`m good, dear. What`s your question?

UNIDENTIFIED FEMALE: My question is, this seems to be a horrible tragedy in the making. And why is this woman and other celebrities not protected by stalking laws, the way the rest of us are?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: You know, interesting. Out to Randy Zelin. When we say she`s not protected by stalking laws, explain how that would relate to the paparazzi.

ZELIN: Well, I think the primary different is the intent of the following. When you think of stalking, you think of someone who`s got evil intent to hurt somebody. The paparazzi, whether you agree with them or you don`t, they`re doing a job. You could almost argue they have a legitimate purpose.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Britney Spears is back into the hospital. We`ve been down this road before. And what we`re hearing from law enforcement officials is that this was something that was actually in the works for the better part of the day yesterday, that this was reportedly an intervention staged by none other than her psychiatrist, that things had gotten so bad with Britney Spears that they just had to intervene to get her the help that she needs.

(END VIDEO CLIP)

GRACE: Straight out to Ian Drew with "US Weekly." Ian, what is your understanding of what went down today?

DREW: Well, basically, all the reports are right. I mean, this was a staged thing. This was something that was meant to happen. And Lynne actually left the hospital today. Britney actually spent time sleeping because she`d been up three days, had not gotten any sleep, which exacerbated the whole problem. And the family showed up. They had been planning this since the last time she was in the hospital, and they finally were able to do this. And it`s something they`ve been wanting to do for a very long time, and they`re hoping that this isn`t the end and that this doesn`t result in a tragedy.

GRACE: To Matthew in Florida. Hi, Matthew. What`s your question?

UNIDENTIFIED MALE: Hi. I just wanted to say it seems like she`s surrounded by parasites, and you would think that there would be one person, a family or friend that cares enough about her to try to straighten her out.

GRACE: Bethany, what about it, the people that are surrounding her?

MARSHALL: You know, it`s very hard to tell. Probably some people are parasites and some aren`t. Some are villains, some aren`t. But when someone has a severe psychiatric syndrome and it`s compounded by drug use, if that is what it is, sometimes it`s very hard to get them to see that they need treatment It`s not like the typical addict, where you say they hit bottom. They just need to see they need help.

GRACE: When we come back: Is there a break in the Natalee Holloway case? The Aruban government once again ramps up the investigation.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: Investigators say bags of body parts were found at seven other sites along Interstates-380 and 80 forming what appeared to be a loop. Right now, investigators say they believe the body parts belong to one light-skinned female. Monroe County`s district attorney David Christine says he watched as officers recovered a head from the side of Interstate 380.

The body parts have been taken to Lehigh Valley for an autopsy to confirm the sex of the victim, when the victim died, and to see if any forensic evidence was left behind by the killer. Police aren`t saying if anything else was found inside the trash bags. A homicide investigation is being conducted by the Pennsylvania state police Swift Water. Investigators are asking for the public`s help on this one saying if anyone saw a motorist throwing trash bags from a vehicle recently to give them a call.

(END VIDEO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

GRACE: Before we take you to Aruba and what could be a crack in the case of Natalee Holloway, the missing teenage girl from Alabama, let`s go straight out to the Rupa Mikkilineni, standing by the luxury resort area, the Poconos. A real-life Dexter seemingly at work in the Poconos. Eight different trash bags of body parts found strung along the highway.

Rupa, question, what were the body parts?

RUPA MIKKILINENI, NANCY GRACE PRODUCER: Well, Nancy, the police won`t get into details about the actual body parts that they are still missing, that they are searching for, which, of course, they spent most of today and yesterday searching extensively. Approximately 45 square miles aground they covered actually in the last two days. That being said, the body parts already discovered in these eight trash bags. One is the head and the torso.

GRACE: Rupa, I understand an autopsy has been conducted? What did it reveal?

MIKKILINENI: It reveals several things, Nancy. First of all, the manner of death is being characterized as a homicide, while the cause of death is being characterized as multiple violent injuries. Now the police won`t get into the details or specifics exactly what caused those injuries or what those injuries are. They said they have told something back in their investigation.

GRACE: How large is the search effort?

MIKKILINENI: Now we also know that the body -- approximately 50 (INAUDIBLE) are involved. We`re talking about state troopers here, Pennsylvania state troopers, volunteer firefighters in the area. That`s who`s out today.

GRACE: I understand that.

MIKKILINENI: Now we`re also talking about a search that included.

GRACE: I understand that they are including police, fire, canine units, helicopters and ATVs to crack the case. Body parts found near a luxury resort. Eight separate trash bags, Rupa. Is that true, canine units as well?

MIKKILINENI: That is true. Canine units and cadaver dogs were used today.

GRACE: Rupa Mikkilineni standing by.

MIKKILINENI: Now they didn`t find any body part.

GRACE: Sorry, guys, I keep losing Rupa. Rupa`s standing by there in the latest regarding eight separate trash bags of body parts. As soon as we hear more, we`ll bring you up to date.

Right now to Aruba. Take a listen.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Could we soon know what really happened to Natalee Holloway? A judge crime reporter has given prosecutors brand new evidence. New info coming from Dutch crime reporter Peter de Vries, the same reporter who had Joran Van der Sloot threw a glass of wine in his face after a recent interview.

Van der Sloot`s attorneys says the Aruban prosecutors have gone down this road before and found nothing, while Aruban prosecutors say they have intensified the investigation to finally determined what happened to Natalee Holloway.

(END VIDEO CLIP)

GRACE: Is there finally a -- crack in the case of missing Alabama girl, Natalee Holloway?

Straight out to "America`s Most Wanted" Jon Leiberman.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

Jon, what`s happening?

JON LEIBERMAN, CORRESPONDENT, AMERICA`S MOST WANTED: Well, Nancy, this journalist says that he has the case solved. He says he used undercover methods, undercover cameras, and that he knows the mode of how Natalee Holloway was killed and how her body was disposed of.

But look, we`ve been down this road before. We were actually with the Holloways down in Aruba searching for Natalee. There`ve been a lot of ups and downs. On its surface, this looks like a major development if it is indeed true that this is solved.

GRACE: Well, what do you believe it is, Jon?

LEIBERMAN: Well, you know, what leads me to believe that there is something significant here. Two things. One, Natalee Holloway`s mother did indeed go and meet with this journalist and she seems to be condoning what he`s doing. And number two, the prosecutors issued a statement today saying that there is major progress in this investigation and that it will be revealed Sunday night on Dutch television.

GRACE: Let`s go out to the managing director of "Diario" magazine there in Aruba, Jossy Mansur is joining us.

Jossy, it`s great to talk to you again. What can you tell us about these developments?

JOSSY MANSUR, MANAGING DIR., DIARIO: Well, you know, we`re very interested, very excited about this news. This is unexpected. Now De Vries claims that he has videos obtained with an undercover camera operation that he conducted over a month and a half or two months and that he showed this to the prosecution in Aruba last week, probably gave them a copy also. And the prosecution is very upbeat with this.

GRACE: Out to Jon Leiberman with "America`s Most Wanted," how long do you believe this secret surveillance lasted and who was being surveilled?

LEIBERMAN: We`re being told that this was several months of undercover tape, hours and hours of tape. It`s unclear exactly who was under surveillance. But what`s interesting here is the surveillance, it appears, only took place within about the past year, which was two years since Natalee actually went missing. It will be very interesting to see what the smoking gun is here.

GRACE: So you`re saying the surveillance took place during the last year, this past year?

LEIBERMAN: That`s what it appears at this point, yes. And that`s what makes it a little less intriguing is that it didn`t start right around the time that Natalee went missing from what we`re hearing.

GRACE: Tell us what some type of conversations that may have been conducted between the three prime suspects.

Out to the lines Barbara in New Hampshire. Hi, Barbara.

BARBARA, FROM NEW HAMPSHIRE: Hi, Nancy. Congratulations.

GRACE: Thank you.

BARBARA: You look beautiful.

GRACE: Thank you.

BARBARA: I just want to say I feel bad for the parents to have this all brought up again after last month.

GRACE: You know, to Bethany Marshall, it is, it`s such a roller coaster for Natalee`s parents. But of course, if there`s a chance to crack the case, what do you think?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

BETHANY MARSHALL, PSYCHOANALYST, AUTHOR, "DEALBREAKERS": I think they`re motivated to crack this case and to see justice served. But I think probably they`re maintaining their sanity by getting a certain amount of distance from all the breaking stories and so instead of being so close to it, they have to be a little bit more distant.

GRACE: Joining us is Detective Lieutenant Steve Rogers, former member of the FBI. Detective Rogers, question, what can a reporter do that the police can`t do?

DET. LT. STEVE ROGERS, NUTLEY NJ POLICE DEPT., FMR. MEMBER OF FBI JOINT TERRORISM TASK FORCE: I`ll tell you, Nancy, I`m puzzled over this whole situation with the Aruba police down there. Here you have a reporter conducting an investigation without the police working with them. Then you have the police coming out saying that they`ve got new evidence before seeing if it`s credible, before seeing if there`s any connection to their investigation. So I think they`ve got to, you know, connect some more dots and see where they`re going to go from here.

GRACE: Let`s unleash the lawyers. Joining us tonight, Susan Moss, Joey Jackson and Randy Zellin.

Susan, the reality is, the constitution protects you from the police, from the state, from prosecutors, from agents of the state. But it doesn`t protect you from blabbing to reporters even if they`re undercover.

SUSAN MOSS, CHILD ADVOCATE, FAMILY LAW ATTORNEY: Absolutely. The question is, when these conversations were recorded, did this guy have an expectation of privacy? Was he speaking to a clergy member? Was he speaking to his lawyer or something of that sort?

If he did not, then this stuff is probably going to go in because these reporters are not agents of the law enforcement.

GRACE: Agree or disagree, Zellin?

RANDY ZELLIN, DEFENSE ATTORNEY: Well, the big issue is that it`s a brilliant tactic on the police law enforcement part because these guys is ostensibly, if they are the same targets, they have lawyers. So law enforcement can`t deal directly with them because they`re lawyered up. So use private people.

GRACE: But there is no indication, Joey Jackson, that police asked.

JOEY JACKSON, DEFENSE ATTORNEY: Right.

GRACE: .the journalist to do this, therefore, the journalist is not a state agent and therefore.

JACKSON: Yes.

GRACE: .no constitutional limits would apply.

JACKSON: Well, you know what? In a limited sense, Nancy, and here`s why, because we all have expectations of privacy. The issues are going to be, where was this surveillance taken? Was it taken at a location where we don`t have expectations of privacy? There have been some reports that indicate that they actually went into the home and they did surveillance there. That certainly is something that would cause pause for the admissibility of any type of surveillance.

GRACE: Everyone, when we come back, a 3-month-old baby boy found dead, thrown to the side of the road. Why?

Also tonight, APB, all points bulletin for special moms and dads. If you know one who`s an inspiration to others, get your camcorder and go to CNN.com/Nancygrace, click on "i-Report" and enter that mom or dad in the "Extraordinary Parent Contest."

(NEWSBREAK)

(BEGIN AUDIO CLIP)

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

UNIDENTIFIED CALLER: I can`t believe this. Somebody would do something like this.

UNIDENTIFIED 911 DISPATCHER: OK.

UNIDENTIFIED CALLER: Oh my god. It`s a baby.

UNIDENTIFIED 911 DISPATCHER: Can you get next to the baby? Or is it down there?

UNIDENTIFIED CALLER: I`m going to it now. (INAUDIBLE) because I have never seen nothing like this before. Oh my god. It`s a baby. God.

UNIDENTIFIED 911 DISPATCHER: It`s OK.

UNIDENTIFIED CALLER: Someone (INAUDIBLE) here. Why would somebody do this?

UNIDENTIFIED 911 DISPATCHER: Headquarters station two. Need en route to Cherry Hill, first and (INAUDIBLE) Cherry Hill, first responder on a possible DOA.

(END AUDIO CLIP)

GRACE: The police on high alert looking for 21-year-old Travis Mullis, T.J.Mullis, the father of the little boy. But tonight we learn there`s a felony arrest warrant for him that has nothing to do with the death of his baby. Also why is mom lawyered up.

Let`s go straight out to Jon Leiberman with "America`s Most Wanted." What`s the latest?

LEIBERMAN: Nancy, in the past hour and half, police have issued an arrest warrant unrelated to this case. In the process of investigating the death of this little baby, police found something in Travis`s home, excuse me, home, that made them issue an arrest warrant for him for a third-degree felony of enticing a child. We`re unclear about the details of that case except it was clearly a different child than his son.

GRACE: To Susan Moss, in a nutshell, what is enticing a child?

MOSS: Well, unfortunately, what it could mean is doing some sort of activity to get the child to do something either of a sexual nature or other inappropriate nature. It just isn`t good.

GRACE: And we also know that this is a result of the search on the home following the discovery of the baby boy.

Straight back out to Michael Board with WOAI Newsradio. Weigh in, Michael. What more can you tell us?

MICHAEL BOARD, REPORTER, WOAI NEWSRADIO: Well, we`ve learned a lot, Nancy, by reading the page on one of these Internet dating sites that she and T.J. were part of. You know, a lot of details we`re learning about this as you searched through this. One of this -- it was a post that she made on this Web site. This was the 29th of December last year, talking about apparently there`s some sort of argument between her and T.J. saying that she didn`t like the way he was acting. He was apparently not friendly towards the baby, just hints, little things we`re finding out that there may have been past problems in this relationship.

GRACE: So Bethany, how can you not be friendly to a little baby? I mean, what, the baby is having an argument with you? How can you not be friendly with a baby?

MARSHALL: As hard as it is for us to understand, parents who abuse their children often think that the child is unconditionally bad. Even if it`s just that the baby is crying. And when the child is murdered at the hands of a parent, usually with the man, it`s physical abuse and with the mom, it is neglect. And it follows an argument sometimes the man does to the child what he feels the wife is doing to him as sick and perverted that is. You stabbed me in the heart, I`m going to stab the baby in the heart. You are taking away everything that`s precious from here, I`m going to take away your child. You`re throwing me out like trash, I`m going to throw the baby out like trash.

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

So in a case like this, the symbolism of how the child is treated is very important.

GRACE: Out to the lines, Rosemary in Indiana. Hi, Rosemary.

ROSEMARY: Hi, Nancy. I`m so excited. Love you, love your show.

GRACE: Thank you. What`s your question, dear?

ROSEMARY: I`d like to know why haven`t they shown any pictures of the mother or focus more on whether she could be in on this or not?

GRACE: Jon Leiberman, why?

LEIBERMAN: Well, that`s a great question. Police today told us that now she is being uncooperative with police and as you mentioned, Nancy, she has now lawyered up as well. She left out some key facts when she first talked to police, including the fact that her boyfriend, the father of this little boy, had dyed his hair blond recently which is a major clue in our business for tracking down fugitives.

GRACE: We are waiting to confirm the I.D. of the baby first before that is announced.

I want to go to Lieutenant Jorje Trevino, public information officer with the Galveston Police Department.

Lieutenant, thank you for being with us. Since the baby`s face and head were so hurt in its death, how can you identify a baby?

LT. JORGE TREVINO, PIO, GALVESTON POLICE DEPT: Yes, the size -- there were serious injuries to the baby`s head, but there was -- one side of the face was not damaged or not damaged so badly that we couldn`t make -- that we didn`t recognize that as the same baby.

GRACE: To Daniel Spitz, Dr. Daniel Spitz, are footprints used for babies like fingerprints are used for adults?

DR. DANIEL SPITZ, MEDICAL EXAMINER AND FORENSIC PATHOLOGIST: Yes. Obviously, you can`t use fingerprints for a child. But everybody knows, when you have a baby in the hospital, they do a footprint. And if you have an idea who the baby is, you can take a footprint from the child and make a comparison using the hospital record.

GRACE: So Detective Lieutenant Steve Rogers, with the Nutley New Jersey Police Department, former fed with the FBI, Detective, how can you go back and create the timeline to determine who was with the baby at the time of death if the mom has lawyered up and is no longer cooperating?

ROGERS: Well, what they`re going to do is interview family members, they`re going to interview neighbors, they`re going to interview friends. So that`s how they`re going to focus in on the timeline. And of course, having an attorney now is going to be a big problem for the police to overcome.

GRACE: To Brenda in Alabama. Hi, Brenda.

BRENDA, FROM ALABAMA: Hi, Nancy. Welcome to the wonderful world of motherhood and the ability and opportunity to love like you never have before.

GRACE: Man, you can say that again, Brenda. I`ve never seen anything like it.

BRENDA: I know.

GRACE: Thank you. What`s your question, dear?

BRENDA: I wanted to know if anyone has noticed in the photograph of this baby, the right eye has an injury.

GRACE: Take a look at this, Doctor, Doctor Spitz. What do you see?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

SPITZ: You know, I can`t. I don`t have the ability to see that. But I know the child had severe head injuries. And the question is whether his head injuries were from, you know, inflicted trauma at a different location or whether the baby may have been thrown from a moving vehicle, I think. Looking at the injuries, the medical examiner shouldn`t have much trouble in making a determination as to how the injuries were inflicted.

GRACE: Dr. Spitz, we`ll get the photo for you to see and take a careful look at it like Brenda in Alabama has.

To Christy in Indiana. Hi, Christy. Christy, are you with me?

CHRISTY, FROM INDIANA: Hi, Nancy.

GRACE: Hi, dear. What`s your question?

CHRISTY: I was wondering how could somebody just throw a baby on the road? I mean did they not care for this baby or was there something that the baby was sick or something?

GRACE: To Bethany Marshall, there is something very symbolic and tragic about just tossing the baby out like it`s trash.

MARSHALL: I agree. And when I read the report, it`s almost like he took the car seat and went, (makes sound), and just sort of jammed it down on the ground and the baby went flying out. What I can say for sure is he didn`t do it because he had killed the baby and he wanted to then conceal the crime. This wasn`t sort of a sleazy act of self-protection. There was a true rage attack and perhaps on some perverse level, even some enjoyment at inflicting further harm upon this poor innocent little baby.

(BEGIN AUDIO CLIP)

UNIDENTIFIED CALLER: No. The baby looks dead. I`m walking uphill and I can see a baby face down here and it`s got a blue diaper on. I ain`t never seen nothing like this before. Oh it`s horrible. God it`s horrible. Oh holy God lady.

(END AUDIO CLIP)

GRACE: A 3-month-old baby boy found thrown to the side of the road wearing nothing but a Blues` Clues diaper, thrown out with his car seat.

To Susan in Canada. Hi, Susan.

SUSAN, FROM CANADA: Hi, Nancy. I`m calling from Canada and I`m by far your biggest fan. My comment is there is no way one person could have done this by themselves. You know how heavy these car seats are, plus the baby inside. So it`s just a comment and I`m wanting to know what you think about that.

GRACE: What about it, Jon Leiberman?

LEIBERMAN: I don`t know. It`s quite possible one person could have done it. The blunt force trauma to the baby`s head and then, you know, you throw the car set out the window. It is pretty possible that one person could have done it and right now police believe that person is the baby`s father.

GRACE: To Lieutenant Trevino, Lieutenant, where are you searching for this guy?

TREVINO: We are -- we have police officers, ma`am, all over the state of Texas and surrounding states, and we`re hoping now nationwide on the lookout for this car, for this person. And now with the warrant of arrest, you know, they have all the power in the world to place him under arrest and contact us. So all over.

GRACE: Very quickly, Michael Board, WOAI Newsradio, isn`t his hair now dyed blond?

Britney Hospitalized Again at Psychiatrist`s Request/Body Parts Found Along Pennsylvania Highway

BOARD: That`s what we learned and it`s something we learned late in the investigation. When the investigators initially talked to the mother of this child, she gave him.

GRACE: Right.

BOARD: She gave investigators some information. But then later she said, oh yes, by the way, he may have dyed his hair blonde, which is something kind of odd. You know, you would think you`d tell that right away so you kind of wonder why, you know, she waited around a while to actually release the information.

GRACE: Everyone, let`s stop to remember Army Private Adam Muller, 21, Vermont, killed in Iraq. Gone up with the 10th Mountain Division, arrived in Iraq just after Labor Day. He leaves behind a wonderful family. He`s survived by parents and wife of 11 months.

Adam Muller, American hero.

Thank you to all of our guests, but especially to you for inviting us into your home. A special birthday wish to a Miami friend of the show. Happy birthday, Dolores, and many more.

See you tomorrow night 8:00 sharp Eastern, and until then, good night, friend.

**Load-Date:** February 2, 2008

---

End of Document

# Exhibit 7 (On Disc)

# Exhibit 8 (On Disc)

Exhibit 9

TX00093.SGM

# The Morning Call Merlin Archive

**Merlin ID:** 3973311
**Publication** 1/30/2008
**Page:** A1
**Edition:** FIFTH
**Section:** National
**Type:** Local
**Length:** medium
**Dateline:**
**Day:** Wednesday
**Column:**
**Series:**

**Caption:**
**1. State Police Lt. Robert Bartal...'there's quite a bit missing' **2. Map shows the location of where the body parts were found along the highway.

**Correction:**

**Memo:**
Due to newsroom front-end system production difficulties the entire text could not be electronically captured for the online archive, please see microfilm or pdf for the complete map.

**Keywords:**

**Byline:**    By Joe McDonald Of The Morning Call

**Headline:   Body scattered along highways ** "There's quite a bit missing' despite finds in open on I-80, I-380.**

The first body parts turned up Tuesday morning in a trash bag a state highway crew found while spreading salt on Interstate 380 as an ice storm loomed in the Poconos.
In the hours that followed, state troopers found a woman's neatly severed head along the same road -- and bags of body parts at six other sites along I-380 and Interstate 80. They were scattered over 15 miles in Monroe and Lackawanna counties.
"There's quite a bit missing," said state police Lt. Robert Bartal of the Hazleton barracks. "We believe it's all the remains of one person," a light-skinned woman.

TX00093.SGM

**(Merlin ID 3973311 - Text continued)**

Whoever dumped the bags of parts didn't seem to care that people would see them, Bartal said. Some bags lay just 20 feet from the roadway or in the grassy median. "There was no attempt to hide anything," he said.

It appeared the dumper drove up one highway and doubled back to the other, Bartal said. The person was on I-380 heading toward Scranton when he or she dropped most of the bags, and on eastbound I-80 near Stroudsburg when the other bags hit the roadside.

Who the dismembered woman was, and how and when she died, remained a mystery.

Troopers will review missing persons reports to see if they can identify her, Bartal said. An anthropologist will be brought in to examine the remains, and an autopsy is scheduled for today at Lehigh Valley Hospital-Cedar Crest.

At least one bag was found at each of the eight sites, and some bags contained more than one body part, Bartal said at a news conference at the Swiftwater barracks.

All but one of the body parts were found along I-380 and I-80 in Pocono, Tobyhanna, Stroud and Coolbaugh townships and Stroudsburg. A piece of the woman's torso was found along I-380 in Covington Township, Lackawanna County, said Bartal, commander of the criminal investigation section in Hazleton.

Both lanes of I-380 were closed after the state Department of Transportation crew found the first bag in the median in Coolbaugh about 9 a.m. Traffic was diverted onto Route 940 to Route 611 while state police searched for the rest of the body.

On his way to meet with troopers at the Swiftwater barracks, Monroe County District Attorney E. David Christine Jr. stopped at the undisclosed site along I-380 where troopers picked up the severed head.

"It was very disgusting," Christine said. "When they retrieved the head in my presence, it was gruesome. It appeared that the head had been cleanly sawed from the rest of the body."

About two dozen troopers from the Swiftwater, Dunmore, Fern Ridge and Hazleton barracks joined the homicide investigation, Bartal said. As part of the search, they checked I-80 in Carbon and Luzerne counties. They were still looking for body parts into the evening.

State police are asking anyone who might have seen someone dumping items along the highways to call the Swiftwater barracks. Bartal said Trooper Robert K. Sebastinelli is leading the investigation and can be reached at 570-839-7701.

joe.mcdonald@mcall.com
610-559-2152

# Exhibit 10 (On Disc)

# Exhibit 11
# (On Disc)

# Exhibit 12
# (On Disc)

Exhibit 13

ₑ Express-Times: Story                     http://search.starledger.com/texis/search/+xPezGfLjmBmeoxdCeOx...

**First match** | **New search** | **More Like This** | **Printer Friendly Version** | **Log Out**

### The Express-Times Archive
COPYRIGHT © The Express-Times 2008

Date: 2008/09/27 Saturday Page: B3 Section: NEWS Edition: New Jersey Size: 256 words

## Drug conviction for prison guard Monroe death probe expands

A corrections officer at Mountainview Youth Correctional Facility in Clinton Township was convicted Friday of possession of a controlled dangerous substance after snorting cocaine in the parking lot of a Bound Brook go-go bar.

Kevin Scott, 41, of Scotch Plains, N.J., was immediately fired from his job. He worked nearly three years as a senior corrections officer.

A Somerset County jury deliberated about nine hours before returning the guilty verdict. Scott faces up to five years in prison.

He was arrested in March 2007 after a plainclothes Bound Brook patrolman saw him snorting cocaine outside Torpedo's go-go bar.

The Star-Ledger

STROUDSBURG. Pa. | Police are checking whether cases in other jurisdictions resemble the January death of a 36-year-old woman whose body parts were left along two interstate highways in eastern Pennsylvania in trash bags.

Prosecutors are seeking the death penalty for 34-year-old Charles Ray Hicks in the death of 36-year-old Deanna Marie Null. Hicks is accused of torturing and killing Null, dismembering her body and scattering parts in garbage bags along Interstates 80 and 380 in the Stroudsburg area. He has pleaded not guilty.

At a hearing Thursday in the case, Monroe County District Attorney David Christine said police have been checking for possible connections with cases in other jurisdictions. He says state troopers plan to check on a death in Texas, where Hicks lived before moving in January to Pennsylvania.

Associated Press

URL: <a href="/texis/search/story.html?table=et2008&id=48e0fc5840">Drug conviction for prison guard Monroe death probe expands</a>



RECEIVED
NOV 2 4 2008
PUBLIC DEFENDER

Exhibit 14

93.5/WVPO/WPLY

<u>Aired News Stories:</u>
2/11/08: Information regarding the identity of Null. Talked about the suspected vehicle Null was last seen in, and the driver.
3/18/08: Talked about Hicks and his past and where he came from. Talked about Null's hands.
3/25/08: Talked about Hicks, and the trial coming up eventually and the body parts found.
6/16/08: Talked about the death penalty and Hicks. Talked about Hicks' arraignment.
9/29/08: Talked about Hicks and any possible connections to murders elsewhere.

# Exhibit 15 (On Disc)

# Exhibit 16 (On Disc)

# Exhibit 17

**POCONO RECORD**

# Suspected state police killer Frein caught near abandoned airpark

**By Staff and wire reports**
Posted Oct 30, 2014 at 6:42 PM
Updated Oct 31, 2014 at 12:16 AM

The exhaustive search for suspected cop killer Eric Frein, which shone the world's spotlight on the Poconos, ended peacefully Thursday night.

Frein, 31, of Canadensis, the only suspect in the Sept. 12 ambush of the state police barracks in Blooming Grove, was captured in an abandoned airport hangar in Pocono Township, about nine miles from the primary search area in Canadensis and 23 miles from the Blooming Grove shooting scene.

At a press conference at the Blooming Grove Municipal Building late Thursday night, state police gave some details into the capturing of Frein.

Pike County District Attorney Ray Tonkin said at the press conference that he would seek the death penalty for Frein, who will face several charges, including first degree murder and homicide of a law enforcement official, both of which are capital offenses.

Tonkin said Frein will either be arraigned tonight in Pike County or some time on Friday, saying it would definitely be done by Friday.

Frein is accused of shooting two state troopers outside the barracks in Blooming Grove late on Sept. 12. Cpl. Bryon Dickson was killed, leaving behind a wife and two young children, and Trooper Alex Douglass was seriously wounded. Douglass is still recovering.

Frein is alive and was captured by the U.S. Marshal Service at the Birchwood-Pocono Airpark, near Cherry Lane Road.

Case 1:17-cv-01969-CCC-AV   Document 27-3   Filed 02/01/19   Page 44 of 187

State Police Commissioner Frank Noonan said the Marshals were searching near the hangar when they thought they saw someone who looked like Frein. Noonan said the Marshals called out to Frein to lay down on the ground and he did. Noonan said Frein had no chance to get back to the hangar and he did not have a weapon on his person.

Frein is charged with first-degree murder and various other offenses, including two counts of possession of weapons of mass destruction filed after police discovered pipe bombs at a campsite believed to have been used by Frein.

Frein's capture ended weeks of intense searching by a 1,000-strong force of local, state and federal law enforcement. The search area covered wide swaths northern Monroe County and southern Pike County.

Residents of those areas were overjoyed at the news after weeks of living in anxiety.

Barrett Township, which had cancelled trick-or-treat, declared it back on for tonight.

The Mountainhome Diner was a regular dining spot for law enforcement and media during the massive manhunt that lasted 50 days.

Diner owner Jimmy Katsigiannis said Thursday night that he was happy that Frein was taken into custody without any one else getting hurt.

"I'm happy for them," he said. "It's been bad for them, they can't go home to their families."

At the Pourhouse Bar in Mountainhome, workers described a crowded scene. "We're happy it's finally over. Everybody's extremely excited," Kelly Maly, a waitress at the Pourhouse, said.

The Frein search crippled the Barrett area during autumn season, disrupting school, business and tourism. Pocono Mountain School District was closed for a total of five days.

Using dogs, thermal imaging technology and other tools, law enforcement officials combed miles of forest as they hunted for Frein, whom they called an experienced survivalist at home in the woods.

He was named to the FBI's 10 Most Wanted List on Sept. 18.

Police pursued countless tips and closed in on an area around Frein's parents' home in Canadensis in late September after he used his cellphone to try contacting them, and the signal was traced to a location about three miles away. At times, police ordered nearby residents to stay inside or prevented them from returning home.

As they tracked Frein, police found several items they believed he left in the woods. Two pipe bombs found at a campsite believed to have been used by Frein led police to ban hunting in Price, Barrett and Paradise townships in Monroe County, and Blooming Grove, Porter, Lehman and Greene townships in Pike County on Oct. 1.

On Oct. 8, they revealed that they discovered a journal, allegedly kept by Frein and found in a bag of trash at a hastily abandoned campsite, that offered a chilling account of the ambush and his subsequent escape into the woods. The journal's author described Dickson as falling "still and quiet" after being shot twice.

Police spotted a man they believed to be Frein at several points during the manhunt, but it was always from a distance, with the rugged terrain allowing him to keep them at bay. Police said he appeared to be treating the manhunt as a game.

On Friday, Oct. 17, a possible sighting near the Pocono Mountain East High School touched of a massive search in that area. Because of safety concerns, Pocono Mountain closed schools then on Tuesday, Oct. 20, the last time the district was closed during the search. It had been closed for four days earlier in the search.

According to state police, Frein allegedly held anti-law enforcement views for many years and expressed them both online and to people who knew him. But the source of his alleged vendetta remains unclear. His criminal record appears limited to a decade-old misdemeanor case involving items stolen from a World War II re-enactors event in upstate New York, for which he spent 109 days in jail.

Police found a U.S. Army manual called "Sniper Training and Employment" in the suspect's bedroom at his parents' house, and his father, a retired Army major, told authorities that his son is an excellent marksman who "doesn't miss," according to a police affidavit. Authorities believe he had been planning a confrontation with police for years, citing information they found on a computer used by Frein.

Frein belonged to a military re-enactor's group, playing the part of a Serbian soldier. He had a small role in a 2007 movie about a concentration camp survivor and helped with props and historical references on a documentary about World War I.

His 18-year-old sister, Tiffany Frein, earlier acknowledged that her brother "did something messed up" but told NBC News that he is "not a psycho."

At his funeral, Dickson was called a devoted husband and father and "impeccable" ex-Marine who took his work seriously but also enjoyed making wooden toys for his young sons and finding humor in everyday situations. Trooper Alex Douglass was shot in the pelvis and critically injured in the ambush, which took place during a late-night shift change.

Douglass remained hospitalized until Oct. 16, when he was discharged to a rehabilitation facility.

The state police barracks at Blooming Grove was reopened on Oct. 10.

"If you attack troopers, and a civilized society, the Pennsylvania State Police will bring you to justice. Eric Frein is a coward," the Pennsylvania State Troopers Association said in a statement. "Cpl. Bryon K. Dickson II and Trooper Alex T. Douglass are true heroes."

Case 1:17-cv-01969-CCC-AV    Document 27-3    Filed 02/01/19    Page 47 of 187

# POCONO RECORD

# Eric Matthew Frein, 31, wanted in Blooming Grove shooting, police say

**By Staff reports**

Posted Sep 16, 2014 at 2:05 PM
Updated Sep 16, 2014 at 4:44 PM

Frein is still at large and is considered armed and dangerous, state police commissioner says.

A manhunt is underway for Eric Matthew Frein of Canadensis, accused of shooting two state troopers in Pike County Friday night.

Frein. 31, is still at large and is considered armed and dangerous. He is described as a white male, 6-foot-1, 165 pounds.

"Frein is not in custody, he is at large and is considered armed and extremely dangerous," State Police Commissioner Frank Noonan said at a press conference Tuesday afternoon.

He has been charged with criminal homicide and criminal homicide of a law enforcement officer, among other charges, in connection with the shooting that killed Cpl. Bryon Dickson and injured Tpr. Alex P. Douglas.

Noonan said Frein is still believed to be in possession of two weapons, .308 rifles that have been modified to look like an AK-47, with a scope.

"This fella is extremely dangerous. We have no idea where he is in the community. He is described as a survivalist ... he has made statements about killing law enforcement as well as committing mass acts of murder. He has strong feelings about law enforcement, seems to be very angry with things that go on in our society," Noonan said.

Frein is believed to have been living at his parents' home in Canadensis, about 20 miles from the barracks, at the time of the shooting.

Case 1:17-cv-01969-CCC-AV    Document 27-3    Filed 02/01/19    Page 48 of 187

Frein attended Pocono Mountain high school and was a member of the school's rifle team.

Noonan said the investigation got a big break when a Pike County resident found a Jeep stuck inside a retention pond about two miles from the barracks.

Inside, police found evidence, specifically shell casings, that matched casings found at Blooming Grove. They also found Frein's social security card, camouflage face paint, a black hooded sweatshirt, and two empty cases believed to have held the rifles.

Police then obtained a warrant for Frein's parents' home, and found the same shell casings in his room.

"We've had our experts look at these shell casings - the tool markings have matched up, so they were fired from the same gun," Noonan said.

Anyone seeing anybody matching this description is asked to call state police at 570-226-5718.

Case 1:17-cv-01969-CCC-AV   Document 27-3   Filed 02/01/19   Page 49 of 187

# POCONO RECORD

# The hunt for Eric Frein

**By Staff reports**
Posted Sep 28, 2014 at 12:01 AM
Updated Sep 29, 2014 at 5:28 AM

It has been the talk of the Poconos, and at times the nation, for the past 16 days: The ambushing of state police officers at a remote barracks in Pike County and the subsequent massive manhunt for Eric Frein after police identified him as the shooter.

It has been the talk of the Poconos, and at times the nation, for the past 16 days: The ambushing of state police officers at a remote barracks in Pike County and the subsequent massive manhunt for Eric Frein after police identified him as the shooter.

As of 10 p.m. Saturday, Frein, 31, of Canadensis, is still on the loose, and the search has not only brought national attention to the Poconos, but disrupted the lives of many, but mostly those living in Price and Barrett townships, where the search has been centered for more than a week.

It also has brought a sea of law enforcement into the area, with a state police official saying that up to 1,000 personnel have been used to find Frein.

After more than two weeks of tips, searches and rumors, here's a day-by-day capsule of the events in the shooting death of Cpl. Bryon Dickson and the wounding of Trooper Alex Douglass, who, as of Friday afternoon, was still in the hospital but recovering, according to state police.

Friday, Sept. 12: Two troopers are ambushed outside Blooming Grove state police barracks during late-night shift change, killing one and seriously wounding another. Dead is Cpl. Bryon Dickson of Dunmore, who was leaving the barracks to go home. Wounded is Trooper Alex Douglass, arriving to begin his shift, who later undergoes emergency surgery.

Case 1:17-cv-01969-CCC-AV   Document 27-3   Filed 02/01/19   Page 50 of 187

Saturday, Sept. 13: "Our troopers were shot without warning and really had no chance to defend themselves," Pennsylvania State Police Commissioner Frank Noonan says. Officers across the region, including New York and New Jersey, come to Poconos to help search heavily wooded area surrounding the barracks, including state game lands. Route 402 is closed between Interstate 84 and Route 6 for search. A $20,000 reward is offered for information leading to capture of the person responsible.

Sunday, Sept. 14: State police stop motorists along roads near the Blooming Grove barracks, asking if anyone had seen anything unusual that night. Hundreds of state troopers work with FBI agents, U.S. Drug Enforcement Administration, Bureau of Alcohol, Tobacco, Firearms and Explosives and several state and local law enforcement agencies. Blooming Grove barracks remains a crime scene, with public access restricted.

Monday, Sept. 15: Police profile the shooter as a local person with ongoing grudge against law enforcement and/or the government, and experience with firearms.

First major break in case: A resident of the Blue Heron development calls police about 8:30 p.m., says he saw partially submerged green Jeep in a retention pond about 2 miles from shooting scene. The vehicle is registered to parents of Eric Frein of Canadensis, but used by the accused shooter. Cartridge casings are found in vehicle that police say match ones recovered from shooting. Frein's Social Security card, driver's license, state Game Commission range gun permit, military gear and information on foreign embassies are also recovered.

Police obtain a second search warrant, this one of the parents' home, where Frein lives. They recover more shell casings for a similar rifle, and a U.S. Army special forces training manual for "Sniper Training and Employment."

Reward for information is raised to $75,000. Blooming Grove barracks is being used as command post solely for investigation of the shooting. Police also use Blooming Grove Baptist Church, just down Route 402 from the barracks, as a staging area. Gov. Tom Corbett tours the barracks, calls the shooting a cowardly act.

Tuesday, Sept. 16: Shooting suspect is identified publicly as Frein, who lives with his parents in Canadensis, about 20 miles from Blooming Grove barracks. Frein is said to be armed with a high-powered rifle, described by family as excellent marksman who "doesn't miss." Police say Frein — who was on the rifle team at Pocono Mountain High School — is an extreme

survivalist who has expressed desire to kill law enforcement and commit mass murder. More than 200 officers search the thickly wooded area around the barracks and his home. "We have no idea where he is," Commissioner Noonan says.

Wednesday, Sept. 17: Around-the-clock manhunt continues for Frein, aided by dogs, helicopters and armored vehicles. Schools, libraries and some businesses in Pike and Monroe counties are closed for public safety. Police say Frein has had grudge against law enforcement and the government since at least 2006, and belongs to a military simulation unit based in eastern Pennsylvania in which participants assume the role of soldiers from eastern European countries.

"... Frein now appears to have assumed that role in real life," a state police spokesman says. The public is warned to stay out of the woods where police are searching, lock doors and inspect garages and outbuildings. False sightings of Frein are reported throughout the region.

Thursday, Sept. 18: Hundreds of law officers pay tribute to slain state police Cpl. Bryon Dickson during his funeral in Scranton.

Many Barrett Township residents are unable to reach their homes until nearly 10 p.m., as the massive search that evening centers near Frein's parents' home off Route 447.

A Pocono Township cruiser crashes in chain-reaction wreck in Paradise Township as police from several jurisdictions rush to the Barrett location.

FBI adds Frein to its Ten Most Wanted list, releasing federal resources to the apprehension effort. FBI offers $100,000 reward, in addition to $75,000 offered by Pennsylvania Crime Stoppers.

Wallenpaupack and Pocono Mountain schools remain closed for the week. Several scholastic sports events moved from evening to daylight hours.

Friday, Sept. 19: Police continue to methodically search tens of thousands of acres of forest — including cabins, campsites and vacation homes — eliminating potential hiding places as they move. Residents are asked to remain vigilant and report anything suspicious, resulting in the arrest of Pike County man on unrelated burglary charges.

A "shelter-in-place" order is put into effect for residents near the search area.

Saturday, Sept. 20: State police lift a shelter-in-place order for Barrett and Price townships. Residents continue to be urged to use extreme caution, lock doors, and not enter the woods. Police continue to try to flush Frein out of the woods. The Monroe manhunt includes an intensive search around Blue Ridge Drive. Family members are separated by road closures. Emergency responders and police set up an evacuation center for residents at the Barrett Township firehouse.

Sunday, Sept. 21: Police announce they have found an AK-47 assault rifle, believed to be Frein's, hanging on a tree in the woods near where they found his abandoned Jeep. Frein had talked for years about killing police or committing mass murder, but no one took the threats seriously, police say. Authorities believe he may have been planning the assault for months, if not years.

Monday, Sept. 22: Unconfirmed sightings of Frein continue as police comb the woods. The search focus narrows near Canadensis along the Pike/Monroe border. "I do believe we are close to him at this point," state police Lt. Col. George Bivens says.

Police scanner transmissions remind officers when lethal force is allowed to bring down a suspect who refuses to surrender. State police tell media they remain committed to a peaceful apprehension.

East Stroudsburg schools reopen while Pocono Mountain schools close for the fourth straight day, out of safety concerns. Monsignor McHugh School is also closed.

A blockade near Snow Hill Road separates family members trying to get back to their homes.

Gov. Corbett makes a second appearance in Blooming Grove since the manhunt began, thanks officers and is briefed on the search status.

Tuesday, Sept. 23: An armored tactical vehicle outfitted with robotic video cameras, able to hoist officers safely to the second story of buildings, is brought to the scene.

NBC Today airs footage from upcoming an documentary about Vietnam War re-enactors featuring a Frein interview. Frein talks about the difficult terrain of one re-enactment site, explains the role of the event in "teaching the public" about the history of the war and the equipment used.

Pocono Mountain schools reopen after being closed for nearly a week. Still no bus service for Barrett Township residents.

Wednesday, Sept. 24: State police hold a press conference and say they have found items Frein has left behind, including Bosnian cigarettes and soiled diapers. Police say they have spotted Frein, but have not seen him in the last 24 hours.

A group of Barrett Township residents hangs hundreds of blue ribbons in support of police hunting for Frein. Groups, individuals and businesses continue to donate food for law officers and others involved in the search, who are fed at the Barrett firehouse.

Thursday, Sept. 25: Police continue to search for Frein, but the hottest topic of the day is the fact that the suspect uses diapers to remain still as he hides from police. One media outlet dubs him the "Diaper Sniper," and the name quickly sticks, putting a chink in the image of this Rambo-like suspect who magically eludes police.

Friday, Sept. 26: State police Lt. Col. George Bivens, the commander of operations for state police, critizes some media outlets in a press conference for printing rumors.

Bivens, speaking directly about an unfounded report of an affair between Douglass and Frein's sister-in-law, called the reports dead wrong, saying the two don't even know each other.

He called the reports reckless and said they are not helping the investigation.

Bivens said that Frein has not been spotted in more than 72 hours.

Friday morning, state police searched the abandoned and historic Inn at Buck Hill Falls, going room-by-room through the huge building to make sure Frein was not hiding there.

Saturday, Sept. 27: It was pretty quiet in the search. A Record reporter drove in the area and reported seeing state police, but hardly a beehive of activity like there was earlier in the week.

Exhibit 18

World ∔                                                          Live TV

# ISIS video shows beheading of American journalist Steven Sotloff

**By Chelsea J. Carter and Ashley Fantz, CNN**

◷ Updated 6:32 PM ET, Tue September 9, 2014





**Photos:** Global toll: Journalists killed in 2014

**Global toll: Journalists killed in 2014** – The number of journalists killed worldwide, 1992-2014.

1 of 2

## Story highlights

**NEW:** "Stay tuned" for plans to combat ISIS, a State Department official says

A video has emerged showing the 31-year-old journalist being beheaded

A video that shows the beheading of American Steven Sotloff was delivered as a "second message to America" to halt airstrikes in Iraq, following through on a threat to kill the journalist.

In the video posted Tuesday online, Sotloff says -- in a message surely scripted by his captors -- that he is "paying the price" for U.S. military intervention.

ISIS video shows beheading of Steven Sotloff - CNN
Page 2 of 10
Case 1:17-cv-01969-CCC-AV   Document 27-3   Filed 02/01/19   Page 56 of 187

Footage threatens the life of another man

ISIS beheaded journalist James Foley; in that video, the terrorist group threatened to kill Sotloff



**Related Video:** Twitter: Looking into terror threats 02:07



**Related Video:** ISIS claims to behead second American 02:53



The intelligence community in the United States is working to confirm the authenticity of the video, and the journalist's family was waiting for that formal authentication that Sotloff has been killed.

"The family knows of the video and is grieving privately," family spokesman Barak Barfi said.

Who is ISIS?

The killing of Sotloff follows a threat last month by ISIS made during the videotaped beheading of American journalist James Foley. The latest video threatens the life of another man.

A masked ISIS figure in the new video speaks to U.S. President Barack Obama, telling him, "Just as your missiles continue to strike our people, our knife will continue to strike the necks of your people."

The Islamic State has thrived and mutated during the civil war in Syria. It swept into Iraq in June, seizing large swaths of the country's Sunni-dominated northern and western provinces.

Obama ordered targeted airstrikes in Iraq to begin in early August after ISIS fighters began targeting ethnic Yazidis and launching attacks toward the Kurdish regional capital of Irbil.

ISIS appeared to date the execution video of Sotloff, referencing specific U.S. military actions in recent days, including U.S. airstrikes that helped over the weekend to break the siege of Amerli -- a northern Iraqi town home to thousands of minority Shiite Turkmen.

Intelligence officials are analyzing the video, trying to answer some key questions, a senior U.S. administration official said.

Among the questions, the official said: When was it shot? Where was it shot? Is the killer in the Sotloff video the same one in the Foley video?

Until they answer those questions, the official said the administration does not want to speculate.

It's believed ISIS is still holding a "small number" of Americans hostage, said the official, who spoke on condition of anonymity.



---

**Related Video:** Who is the executioner behind the mask? 02:56



---

**Related Video:** Analysis of the ISIS beheading videos 02:23



---

**Related Video:** Troops deployed after ISIS video release 01:54



Beheading of American journalist James Foley recalls past horrors

**ISIS: 'Back off and leave our people alone'**

In the new video, the militant threatens the life of the man, who is shown kneeling with the militant standing behind him.

"We take this opportunity to warn those governments who've entered this evil alliance of America against the Islamic State to back off and leave our people alone," the militant says.

CNN could not immediately confirm when he was taken captive.

But the Washington Post reported he was an aid worker abducted in March 2013. The newspaper, citing unnamed aid workers involved in efforts to gain his release, said he was abducted near a refugee camp in the northern Syrian province of Idlib.

British Prime Minister David Cameron told reporters he was aware of reports about the video and called Sotloff's killing "an absolutely disgusting and despicable act."

**Who was Sotloff?**

Sotloff disappeared while reporting from Syria in August 2013, but his family kept the news secret, fearing harm to him if they went public. Out of public view, the family and government agencies had been trying to gain his release for the past year.

Last week, Sotloff's mother, Shirley Sotloff, released a video pleading with ISIS leader Abu Bakr al-Baghdadi not to kill her son.

"Steven is a journalist who traveled to the Middle East to cover the suffering of Muslims at the hands of tyrants. Steven is a loyal and generous son, brother and grandson," she said. "He is an honorable man and has always tried to help the weak."

Her plea was met with taunting responses on social media by ISIS supporters.



**Related Video:** W.H. working to verify beheading video 02:05



**Photos:** Americans detained abroad



**Related Video:** ISIS blames Obama for Sotloff beheading 00:34



Sotloff, 31, grew up in South Florida with his mother, father and younger sister. He majored in journalism at the University of Central Florida. His personal Facebook page lists musicians including the Dave Matthews Band, Phish, Miles Davis and movies including "Lawrence of Arabia" and "The Big Lebowski" as favorites. On his Twitter page, he playfully identifies himself as a "stand-up philosopher from Miami."

He graduated from another college, began taking Arabic classes and subsequently picked up freelance writing work for a number of publications, including Time, Foreign Policy, World Affairs and The Christian Science Monitor. His travels took him to Yemen, Saudi Arabia, Qatar and Turkey -- among other countries -- and eventually Syria.

Read: Friends of ISIS captive Sotloff speak out admiringly of his talent

Editor Nancy Gibbs said the magazine's staff is "shocked and deeply saddened" by the reports of his death.

"He gave his life so readers would have access to information from some of the most dangerous places in the world," she said. "Our thoughts and prayers are with him and his family."

Sotloff brings the number of journalists killed in Syria to at least 70, according to the Committee to Protect Journalists.

More than 80 have been kidnapped in Syria since the civil war began, with many going unpublicized, the group said.

"We condemn in the strongest terms possible the murder of journalist Steven Sotloff. He, like James Foley, went to Syria to tell a story. They were civilians, not representatives of any government. Their murders are war crimes and those who committed them must be brought to justice swiftly," CPJ said.

Obama on ISIS -- No strategy yet

**Response from the White House**

White House spokesman Josh Earnest said the administration "has obviously been watching very



---

**Related Video:** ISIS captive's mom:
Please release son 01:34



---

American journalist Steven Sotloff, left,
talks to Libyan rebels on the Al Dafniya
front line in Misrata, Libya, in June
2011.

carefully since this threat against Mr. Sotloff's life
was originally made a few weeks ago."

A top U.S. State Department official told CNN's
Christiane Amanpour to "stay tuned" on U.S. plans
to combat the organization.

"We are putting the features in place, developing a
broad regional coalition, a broad international
coalition, working to get a new Iraqi government
stood up, working to get our plans in place. So stay
tuned," said Brett McGurk, the deputy U.S.
assistant secretary of state for Iraq and Iraq.

Obama, who was briefed on the videotaped
execution of Sotloff, came under fire from
Republicans and Democrats who called on the
President to take stronger against ISIS, also known
as ISIL.

The criticism came a week after Obama said, "We
don't have a strategy yet" to deal with ISIS in Syria.
Obama said he has asked America's top defense
officials to prepare "a range of options."

"Mr. President, if you can't come up with a
strategy, at least tell us what the goal is regarding
ISIL," said Sen. Lindsey Graham, R-South Carolina.

Sen. Jeanne Shaheen, D-New Hampshire, said ISIS must be stopped.

"We must use every tool at our disposal, short of introducing ground forces in combat roles, to put an
end to the threat they pose to our national security," she said.

Opinion: Foley is a reminder why freelance reporting is so dangerous

**PAID CONTENT**                                                              |

Login    Watch TV    ☰

MIDDLE EAST  ·  **Published** November 16, 2014  ·  **Last Update** December 8, 2015

# New ISIS video shows beheading of American hostage Peter Kassig

By | **Fox News**



**New ISIS video shows murdered American hostage Peter Kassig**

Conor Powell reports from Jerusalem, Israel

The White House said Sunday that a review of an Islamic State video confirms that American hostage Peter Kassig, an aid worker and former Army Ranger, has been beheaded by the terror group.

In the nearly 16-minute video uploaded to social networks, a black-clad militant with his face concealed stands before a severed head that he says is that of the U.S. aid worker.

President Obama confirmed the video's authenticity on Sunday, saying in a statement the act was "pure evil."

The video was posted shortly after President Obama departed for Washington from the G-20 summit in Australia. White House Press Secretary Josh Earnest said Obama was briefed by National Security Adviser Susan Rice while in flight.

Ed and Paula Kassig, Peter's parents, released a statement early Sunday saying they were aware of the reports of their son's death. They also asked that media outlets not post any images or video distributed by Islamic State, better known as ISIS or ISIL.

## More On This...

"We prefer our son is written about and remembered for his important work and the love he shared with friends and family," the statement read, "not in the manner the hostage takers would use to manipulate Americans and further their cause."

The video also showed what appeared to be the mass beheading of more than a dozen captured Syrian soldiers, but did not show the beheading of Kassig, 26. Showing the execution of the soldiers is a departure from previous videos, which did not depict the act of beheading. The soldiers' executioners are not wearing masks in the video and warn they will carry out similar actions outside the region.

"This is Peter Edward Kassig, a U.S. citizen of your country; Peter, who fought against the Muslims in Iraq, while serving as a soldier," the militant says near the end of the video. He speaks in an audible British accent despite his voice being distorted to make it more difficult to identify him.

"We say to you, Obama ...you claim to have withdrawn from Iraq four years ago," the militant said. "Here you are: you have not withdrawn. Rather, you hid some of your forces behind your proxies," he said, apparently referring to Western-backed Syrian rebels, Kurdish fighters and the Iraqi military.

"Here we are, burying the first American crusader in Dabiq, eagerly waiting for the remainder of your armies to arrive."

The new video is longer than its predecessors and shows multiple hostages being executed, as opposed to concentrating on a single hostage's death. It also attempts to tie ISIS leader, Abu Bakr al-Baghdadi, to Usama bin Laden and Abu Musab al-Zarqawi, the founder of Al Qaeda in Iraq, from which Islamic State claims descent.

Sky News reported that the man featured in the video spoke in English with a British accent. The Associated Press reported that his voice had been distorted to make him harder to identify. It was not immediately clear whether he was the same militant who has appeared in other beheading videos and has been referred to as "Jihadi John" in accounts given by former hostages of their captivity.

British Prime Minister David Cameron said he was "horrified by the cold-blooded murder," saying that the Islamic State group has "again shown their depravity."

Indiana Gov. Mike Pence said he is "deeply troubled" by reports that Kassig was beheaded.

Pence called 26-year-old Peter Kassig, who reportedly converted to Islam and took the first name Abdul-Rahman while in captivity, inspiring because of his compassion and courage.

The video identifies the militant's location as Dabiq, a small town in the northern Syrian province of Aleppo, near the Turkish border. The urban setting is another departure from previous beheading videos, which were filmed in the remote desert of northeastern Syria.

Kassig is the fifth Western hostage killed by ISIS in less than three months, and the third American. Previous Western beheading victims were American journalists James Foley and Steven Sotloff, as well as Britons David Haines, a former Royal Air Force engineer, and Alan Henning, a taxi driver from northwest England. The group is also holding British photojournalist John Cantlie, who has appeared in several other videos released by the group functioning as a de facto spokesman.

It is not clear when the video was filmed. Last month, a Twitter account linked to ISIS posted a message warning that Kassig had only days to live. Sources in the intelligence community told Fox News that the message was being tracked.

ISIS has beheaded and shot dead hundreds of captives -- mainly Syrian and Iraqi soldiers -- during its sweep across the two countries, and has celebrated mass killings in a series of slickly produced but extremely graphic videos. The group has declared an Islamic caliphate in the areas under its control in Syria and Iraq, which it governs according to a harsh version of Shariah law. The U.S. began launching airstrikes in Iraq and Syria earlier this year in a bid to halt the group's rapid advance and eventually degrade and destroy it.

A video released last month appeared to show Kassig, of Indianapolis, kneeling as a masked militant says he will be killed next, after Henning's purported beheading. Kassig had been held in Syria since October 2013.

Kassig formed the aid organization Special Emergency Response and Assistance, or SERA, in Turkey to provide aid and assistance to Syrian refugees. He began delivering food and medical supplies to Syrian refugee camps in 2012 and is also a trained medical assistant who provided trauma care to injured Syrian civilians and helped train 150 civilians in providing medical aid.

After he appeared in the video, Kassig's parents released a public plea for their son's release, which included claims that Kassig had converted to Islam while in captivity and taken the name Abdul Rahman.

The release of the video comes approximately a week after Syrian friends of Kassig called for his  release, also saying that he had converted to Islam and was trying to help those afflicted by the country's three-year-old civil war.

One of the friends, Amjad al-Moghrabi, told reporters in the northern Lebanon city of Tripoli: "We are demanding the Islamic State to release him, if they know Islam. He is a Muslim and has not participated in what his country is doing," a reference to the airstrikes.

Dr. Ahmad Obeid, a friend of Kassig, said, "our demand is to release him and to return to his family because as a person he helped us and we should ask for mercy for him."

"He is, unfortunately, detained so we are calling for his freedom because he supported our cause and we cannot leave him and let them hurt him," Obeid said.

ISIS has declared an Islamic caliphate in the areas under its control in Syria and Iraq, which it governs according to an extremely violent interpretation of Shariah law.

The U.S. began launching airstrikes in Iraq and Syria earlier this year in a bid to halt the group's rapid advance and eventually degrade and destroy it.

On Sunday, the Islamic State group claimed a bombing at the Baghdad International Airport that wounded five people, saying it was trying to strike Americans there. No one was wounded in a passing United Nations convoy, the organization said.

The fight against the militant group adds another layer to Syria's complex civil war, now in its fourth year, which began as an uprising against President Bashar Assad.

The Islamic State group emerged from the remains of Al Qaeda in Iraq and spread to Syria, where it battled both government forces and rebel groups as it carved out its self-styled Islamic state.

In June, the group swept into northern Iraq, capturing about a third of the country, including the second largest city Mosul, and eventually prompting the U.S. to resume military operations in the country less than three years after withdrawing. In September the U.S. expanded the air campaign to Syria.

*Fox News' Catherine Herridge and The Associated Press contributed to this report.*

**Click for more from Sky News.**

The New York Times                    MIDDLE The New York Times headings

# The Horror Before the Beheadings

By **Rukmini Callimachi**

Oct. 25, 2014

The hostages were taken out of their cell one by one.

In a private room, their captors asked each of them three intimate questions, a standard technique used to obtain proof that a prisoner is still alive in a kidnapping negotiation.

James Foley returned to the cell he shared with nearly two dozen other Western hostages and collapsed in tears of joy. The questions his kidnappers had asked were so personal ("Who cried at your brother's wedding?" "Who was the captain of your high school soccer team?") that he knew they were finally in touch with his family.

It was December 2013, and more than a year had passed since Mr. Foley vanished on a road in northern Syria. Finally, his worried parents would know he was alive, he told his fellow captives. His government, he believed, would soon negotiate his release.

What appeared to be a turning point was in fact the start of a downward spiral for Mr. Foley, a 40-year-old journalist, that ended in August when he was forced to his knees somewhere in the bald hills of Syria and beheaded as a camera rolled.

His videotaped death was a very public end to a hidden ordeal.

The story of what happened in the Islamic State's underground network of prisons in Syria is one of excruciating suffering. Mr. Foley and his fellow hostages were routinely beaten and subjected to waterboarding. For months, they were starved and threatened with execution by one group of fighters, only to be handed off to another group that brought them sweets and contemplated freeing them. The prisoners banded together, playing games to pass the endless hours, but as conditions grew more desperate, they turned on one another. Some, including Mr. Foley, sought comfort in the faith of their captors, embracing Islam and taking Muslim names.

Their captivity coincided with the rise of the group that came to be known as the Islamic State out of the chaos of the Syrian civil war. It did not exist on the day Mr. Foley was abducted, but it slowly grew to become the most powerful and feared rebel movement in the region. By the second year of Mr. Foley's imprisonment, the group had amassed close to two dozen hostages and devised a strategy to trade them for cash.

It was at that point that the hostages' journeys, which had been largely similar up to then, diverged based on actions taken thousands of miles away: in Washington and Paris, in Madrid, Rome and beyond. Mr. Foley was one of at least 23 Western hostages from 12 countries, a majority of them citizens of European nations whose governments have a history of paying ransoms.

Their struggle for survival, which is being told now for the first time, was pieced together through interviews with five former hostages, locals who witnessed their treatment, relatives and colleagues of the captives, and a tight circle of advisers who made trips to the region to try to win their release. Crucial details were confirmed by a former member of the Islamic State, also known as ISIS, who was initially stationed in the prison where Mr. Foley was held, and who provided previously unknown details of his captivity.

The ordeal has remained largely secret because the militants warned the hostages' families not to go to the news media, threatening to kill their loved ones if they did. The New York Times is naming only those already identified publicly by the Islamic State, which began naming them in August.

Officials in the United States say they did everything in their power to save Mr. Foley and the others, including carrying out a failed rescue operation. They argue that the United States' policy of not paying ransoms saves Americans' lives in the long run by making them less attractive targets.

Inside their concrete box, the hostages did not know what their families or governments were doing on their behalf. They slowly pieced it together using the only information they had: their interactions with their guards and with one another. Mostly they suffered, waiting for any sign that they might escape with their lives.

**The Grab**

It was only a 40-minute drive to the Turkish border, but Mr. Foley decided to make one last stop.

In Binesh, Syria, two years ago, Mr. Foley and his traveling companion, the British photojournalist John Cantlie, pulled into an Internet cafe to file their work. The two were no strangers to the perils of reporting in Syria. Only a few months earlier, Mr. Cantlie had been kidnapped a few dozen miles from Binesh. He had tried to escape, barefoot and handcuffed, running for his life as bullets kicked up the dirt, only to be caught again. He was released a week later after moderate rebels intervened.

They were uploading their images when a man walked in.

"He had a big beard," said Mustafa Ali, their Syrian translator, who was with them and recounted their final hours together. "He didn't smile or say anything. And he looked at us with evil eyes."

The man "went to the computer and sat for one minute only, and then left directly," Mr. Ali said. "He wasn't Syrian. He looked like he was from the Gulf."

Mr. Foley, an American freelance journalist filing for GlobalPost and Agence France-Presse, and Mr. Cantlie, a photographer for British newspapers, continued transmitting their footage, according to Mr. Ali, whose account was confirmed by emails the journalists sent from the cafe to a colleague waiting for them in Turkey.

More than an hour later, they flagged a taxi for the 25-mile drive to Turkey. They never reached the border.

The gunmen who sped up behind their taxi did not call themselves the Islamic State because the group did not yet exist on Nov. 22, 2012, the day the two men were grabbed.

But the danger of Islamic extremism was already palpable in Syria's rebel-held territories, and some news organizations were starting to pull back. Among the red flags was the growing number of foreign fighters flooding into Syria, dreaming of establishing a "caliphate." These jihadists, many of them veterans of Al Qaeda's branch in Iraq, looked and behaved differently from the moderate rebels. They wore their beards long. And they spoke with foreign accents, coming from the Persian Gulf, North Africa, Europe and beyond.

A van sped up on the left side of the taxi and cut it off. Masked fighters jumped out. They screamed in foreign-accented Arabic, telling the journalists to lie on the pavement. They handcuffed them and threw them into the van.

They left Mr. Ali on the side of the road. "If you follow us, we'll kill you," they told him.

Over the next 14 months, at least 23 foreigners, most of them freelance journalists and aid workers, would fall into a similar trap. The attackers identified the locals whom journalists hired to help them, like Mr. Ali and Yosef Abobaker, a Syrian translator. It was Mr. Abobaker who drove Steven J. Sotloff, an American freelance journalist, into Syria on Aug. 4, 2013.

"We were driving for only 20 minutes when I saw three cars stopped on the road ahead," he said. "They must have had a spy on the border that saw my car and told them I was coming."

The kidnappings, which were carried out by different groups of fighters jousting for influence and territory in Syria, became more frequent. In June 2013, four French journalists were abducted. In September, the militants grabbed three Spanish journalists.



James Foley edited video from Aleppo, Syria, two weeks before he was kidnapped in November 2012.  Nicole Tung

Checkpoints became human nets, and last October, insurgents waited at one for Peter Kassig, 25, an emergency medical technician from Indianapolis who was delivering medical supplies. In December, Alan Henning, a British taxi driver, disappeared at another. Mr. Henning had cashed in his savings to buy a used ambulance, hoping to join an aid caravan to Syria. He was kidnapped 30 minutes after crossing into the country.

The last to vanish were five aid workers from Doctors Without Borders, who were plucked in January from the field hospital in rural Syria where they had been working.

**The Interrogation**

At gunpoint, Mr. Sotloff and Mr. Abobaker were driven to a textile factory in a village outside Aleppo, Syria, where they were placed in separate cells. Mr. Abobaker, who was freed two weeks later, heard their captors take Mr. Sotloff into an adjoining room. Then he heard the Arabic-speaking interrogator say in English: "Password."

It was a process to be repeated with several other hostages. The kidnappers seized their laptops, cellphones and cameras and demanded the passwords to their accounts. They scanned their Facebook timelines, their Skype chats, their image archives and their emails, looking for evidence of collusion with Western spy agencies and militaries.

"They took me to a building that was specifically for the interrogation," said Marcin Suder, a 37-year-old Polish photojournalist kidnapped in July 2013 in Saraqib, Syria, where the jihadists were known to be operating. He was passed among several groups before managing to escape four months later.

"They checked my camera," Mr. Suder said. "They checked my tablet. Then they undressed me completely. I was naked. They looked to see if there was a GPS chip under my skin or in my clothes. Then they started beating me. They Googled 'Marcin Suder and C.I.A.,' 'Marcin Suder and K.G.B.' They accused me of being a spy."

Mr. Suder — who was never told the name of the group holding him, and who never met the other hostages because he escaped before they were transferred to the same location — remarked on the typically English vocabulary his interrogators had used.

During one session, they kept telling him he had been "naughty" — a word that hostages who were held with Mr. Foley also recalled their guards' using during the most brutal torture.

It was in the course of these interrogations that the jihadists found images of American military personnel on Mr. Foley's laptop, taken during his assignments in Afghanistan and Iraq.

"In the archive of photographs he had personally taken, there were images glorifying the American crusaders," they wrote in an article published after Mr. Foley's death. "Alas for James, this archive was with him at the time of his arrest."

Case 1:17-cv-01969-CCC-AV   Document 27-3   Filed 02/01/19   Page 68 of 187

A British hostage, David Cawthorne Haines, was forced to acknowledge his military background: It was listed on his LinkedIn profile.

The militants also discovered that Mr. Kassig, the aid worker from Indiana, was a former Army Ranger and a veteran of the Iraq war. Both facts are easy to find online, because CNN featured Mr. Kassig's humanitarian work prominently before his capture.

The punishment for any perceived offense was torture.

"You could see the scars on his ankles," Jejoen Bontinck, 19, of Belgium, a teenage convert to Islam who spent three weeks in the summer of 2013 in the same cell as Mr. Foley, said of him. "He told me how they had chained his feet to a bar and then hung the bar so that he was upside down from the ceiling. Then they left him there."

Mr. Bontinck, who was released late last year, spoke about his experiences for the first time for this article in his hometown, Antwerp, where he is one of 46 Belgian youths on trial on charges of belonging to a terrorist organization.

At first, the abuse did not appear to have a larger purpose. Nor did the jihadists seem to have a plan for their growing number of hostages.

Mr. Bontinck said Mr. Foley and Mr. Cantlie had first been held by the Nusra Front, a Qaeda affiliate. Their guards, an English-speaking trio whom they nicknamed "the Beatles," seemed to take pleasure in brutalizing them.

Later, they were handed over to a group called the Mujahedeen Shura Council, led by French speakers.

Mr. Foley and Mr. Cantlie were moved at least three times before being transferred to a prison underneath the Children's Hospital of Aleppo.

It was in this building that Mr. Bontinck, then only 18, met Mr. Foley. At first, Mr. Bontinck was a fighter, one of thousands of young Europeans drawn to the promise of jihad. He later ran afoul of the group when he received a text message from his worried father back in Belgium and his commander accused him of being a spy.

The militants dragged him into a basement room with pale brown walls. Inside were two very thin, bearded foreigners: Mr. Foley and Mr. Cantlie.

For the next three weeks, when the call to prayer sounded, all three stood.

**An American Named Hamza**

Mr. Foley converted to Islam soon after his capture and adopted the name Abu Hamza, Mr. Bontinck said. (His conversion was confirmed by three other recently released hostages, as well as by his former employer.)

"I recited the Quran with him," Mr. Bontinck said. "Most people would say, 'Let's convert so that we can get better treatment.' But in his case, I think it was sincere."

Former hostages said that a majority of the Western prisoners had converted during their difficult captivity. Among them was Mr. Kassig, who adopted the name Abdul-Rahman, according to his family, who learned of his conversion in a letter smuggled out of the prison.

Only a handful of the hostages stayed true to their own faiths, including Mr. Sotloff, then 30, a practicing Jew. On Yom Kippur, he told his guards he was not feeling well and refused his food so he could secretly observe the traditional fast, a witness said.

A still image from a video, released in August, in which a militant from the group that calls itself the Islamic State beheaded James Foley.

Those recently released said that most of the foreigners had converted under duress, but that Mr. Foley had been captivated by Islam. When the guards brought an English version of the Quran, those who were just pretending to be Muslims paged through it, one former hostage said. Mr. Foley spent hours engrossed in the text.

His first set of guards, from the Nusra Front, viewed his professed Islamic faith with suspicion. But the second group holding him seemed moved by it. For an extended period, the abuse stopped. Unlike the Syrian prisoners, who were chained to radiators, Mr. Foley and Mr. Cantlie were able to move freely inside their cell.

Mr. Bontinck had a chance to ask the prison's emir, a Dutch citizen, whether the militants had asked for a ransom for the foreigners. He said they had not.

"He explained there was a Plan A and a Plan B," Mr. Bontinck said. The journalists would be put under house arrest, or they would be conscripted into a jihadist training camp. Both possibilities suggested that the group was planning to release them.

One day, their guards brought them a gift of chocolates.

When Mr. Bontinck was released, he jotted down the phone number of Mr. Foley's parents and promised to call them. They made plans to meet again.

He left thinking that the journalists, like him, would soon be freed.

**A Terrorist State**

The Syrian civil war, previously dominated by secular rebels and a handful of rival jihadist groups, was shifting decisively, and the new extremist group had taken a dominant position. Sometime last year, the battalion in the Aleppo hospital pledged allegiance to what was then called the Islamic State in Iraq and Syria.

Other factions of fighters joined forces with the group, whose tactics were so extreme that even Al Qaeda expelled it from its terror network. Its ambitions went far beyond toppling Bashar al-Assad, Syria's president.

Late last year, the jihadists began pooling their prisoners, bringing them to the same location underneath the hospital. By January, there were at least 19 men in one 20-square-meter cell (about 215 square feet) and four women in an adjoining one. All but one of them were European or North American. The relative freedom that Mr. Foley and Mr. Cantlie had enjoyed came to an abrupt end. Each prisoner was now handcuffed to another.

More worrying was the fact that their French-speaking guards were replaced by English-speaking ones. Mr. Foley recognized them with dread.

They were the ones who had called him "naughty" during the worst torture. They were the ones the hostages called the Beatles. They instituted a strict security protocol.

When they approached the cell holding Mr. Suder, the Polish photojournalist, they called out "arba'een": Arabic for the number 40.

That was his cue to face the wall so that when the guards entered he would not see their faces. Several hostages were given numbers in Arabic, which appeared to be an effort to catalog them — not unlike the numbers American forces had assigned to prisoners in the detention facilities they ran in Iraq, including Camp Bucca, where Abu Bakr al-Baghdadi, the leader of the Islamic State, was briefly held.

After Mr. Foley, the militants beheaded, from left, Alan Henning, a British taxi driver; Steven J. Sotloff (in the black helmet), an American journalist; and David Cawthorne Haines, a British aid worker.
Left, via Associated Press; center, Etienne de Malglaive, via Getty Images; right, Danny Lawson/PA Wire

"When the Beatles took over, they wanted to bring a certain level of order to the hostages," said one recently freed European captive.

The jihadists had gone from obscurity to running what they called a state.

In areas under their control, they established an intricate bureaucracy, including a tribunal, a police force and even a consumer protection office, which forced kebab stands to close for selling low-quality products.

That focus on order extended to the hostages.

After months of holding them without making any demands, the jihadists suddenly devised a plan to ransom them. Starting last November, each prisoner was told to hand over the email address of a relative. Mr. Foley gave the address of his younger brother.

The group sent a blitz of messages to the families of the hostages.

Those who were able to lay the emails side by side could see they had been cut and pasted from the same template.

**Triage**

By December, the militants had exchanged several emails with Mr. Foley's family, as well as with the families of other hostages.

After the first proof-of-life questions, Mr. Foley was hopeful that he would be home soon. As his second Christmas away from home approached, he threw himself into organizing a jailhouse version of Secret Santa, a tradition in the Foley household.

Each prisoner gave another a gift fashioned out of trash. Mr. Foley's Secret Santa gave him a circle made from the wax of a discarded candle to cushion his forehead when he bowed down to pray on the hard floor.

As the weeks passed, Mr. Foley noticed that his European cellmates were invited outside again and again to answer questions. He was not. Nor were the other Americans, or the Britons.

Soon, the prisoners realized that their kidnappers had identified which nations were most likely to pay ransoms, said a former hostage, one of five who spoke about their imprisonment in the Islamic State's network of jails on the condition that their names be withheld.

"The kidnappers knew which countries would be the most amenable to their demands, and they created an order based on the ease with which they thought they could negotiate," one said. "They started with the Spanish."

One day, the guards came in and pointed to the three Spanish captives. They said they knew the Spanish government had paid six million euros for a group of aid workers kidnapped by a Qaeda cell in Mauritania, a figure available online in articles about the episode.

As the negotiations for the Spanish prisoners progressed rapidly — the first was released this March, six months after he had been captured — the militants moved on to the four French journalists.

The militants continue to hold three hostages, including John Cantlie, left, a British photojournalist, and Peter Kassig, right, an emergency medical technician from Indiana. They say they will kill Mr. Kassig next.

The European prisoners went from answering additional personal questions to filming videos to be sent to their families or governments. The videos became more and more charged, eventually including death threats and execution deadlines in an effort to force their nations to pay.

At one point, their jailers arrived with a collection of orange jumpsuits.

In a video, they lined up the French hostages in their brightly colored uniforms, mimicking those worn by prisoners at the United States' facility in Guantánamo Bay, Cuba.

They also began waterboarding a select few, just as C.I.A. interrogators had treated Muslim prisoners at so-called black sites during the George W. Bush administration, former hostages and witnesses said.

With time, the 23 prisoners were divided into two groups. The three American men and the three British hostages were singled out for the worst abuse, both because of the militants' grievances against their countries and because their governments would not negotiate, according to several people with intimate knowledge of the events.

"It's part of the DNA of this group to hate America," one said. "But they also realized that the United States and Britain were the least likely to pay."

Within this subset, the person who suffered the cruelest treatment, the former hostages said, was Mr. Foley. In addition to receiving prolonged beatings, he underwent mock executions and was repeatedly waterboarded.

Meant to simulate drowning, the procedure can cause the victim to pass out. When one of the prisoners was hauled out, the others were relieved if he came back bloodied.

"It was when there was no blood," a former cellmate said, "that we knew he had suffered something even worse."

As the negotiations dragged on, conditions became increasingly grim.

During one extended stretch, the hostages received the equivalent of a teacup of food per day.

They spent weeks in darkness. In one basement, their only illumination was the finger of sunlight that stretched under their locked door. After dusk, they could not see anything, spilling food on themselves until their guards eventually gave them a flashlight.

Most of the locations had no mattresses and few blankets. Some of the prisoners took discarded pants, tied one end and filled the trouser legs with rags to create makeshift pillows.

The prisoners turned on one another. Fights broke out.

Mr. Foley shared his meager rations. In the cold of the Syrian winter, he offered another prisoner his only blanket.

Nearly two dozen Western hostages held together in a 215-square-foot cell in Syria made a chess set from discarded pieces of paper. Glenna Gordon for The New York Times

He kept the others entertained, proposing games and activities like Risk, a board game that involves moving imaginary armies across a map: another favorite pastime in the Foley family. The hostages made a chess set out of discarded paper. They re-enacted movies, retelling them scene by scene. And they arranged for members of the group to give lectures on topics they knew well.

**Execution Deadlines**

This spring, the hostages were moved from below the hospital in Aleppo to Raqqa, the capital of the Islamic State's self-declared caliphate. They were incarcerated in a building outside an oil installation, where they were again divided by sex.

By March, the militants had concluded the negotiations for the three Spanish journalists.

When the first deliveries of cash arrived, the guards discovered that some of the bills were damaged. They complained to the remaining hostages that their governments did not even have the decency to send crisp notes.

By April, nearly half of the captives had been freed. There had been no progress, however, on the ransom demands the jihadists had made for their American and British hostages.

During the triage phase, the guards identified the single Russian hostage, a man known to the others as Sergey, as the least marketable commodity.

Identified in the Russian news media as Sergey Gorbunov, he was last seen in a video released in October 2013. Stuttering, he said that if Moscow failed to meet the kidnappers' demands, he would be killed.

Sometime this spring, the masked men came for him.

They dragged the terrified prisoner outside and shot him. They filmed his body. Then they returned to show the footage to the surviving hostages.

"This," they said, "is what will happen to you if your government doesn't pay."

**Goodbyes**

Mr. Foley watched as his cellmates were released in roughly two-week increments.

The New York Times                    MIDDLE EAST | Horror Before the Beheadings

As the number of people in the 20-square-meter cell in Raqqa grew smaller, it was hard to stay hopeful. Yet Mr. Foley, who had campaigned for President Obama, continued to believe his government would come to his rescue, said his family, who learned this from recently freed hostages.

On May 27, the few remaining hostages were reminded that different passports spelled different fates.

Those who had been taken together were, in most cases, released together. Not so for the Italian and British aid workers for the Agency for Technical Cooperation and Development, a small French organization, who were grabbed less than a mile from the Turkish border after returning from a refugee camp where they had gone to deliver tents.

In late May, the Italian, Federico Motka, was told he could go, according to a fellow captive, allegedly after Italy paid a ransom. (The Italian government denied the claim.) But his co-worker, Mr. Haines, was left chained inside. Mr. Haines was beheaded in September after being forced to read a script blaming the British government for his death.

Many European hostages were released after their countries paid ransoms. Among them were Javier Espinosa of Spain, left, reunited with his son; and Edouard Elias, Didier François, Nicolas Hénin and Pierre Torres of France, center. Jejoen Bontinck of Belgium, right, joined the Islamic State but later ran afoul of the group.
Left, Paco Campos/Reuters; center, Gonzalo Fuentes/Reuters; right, Virginia Mayo/Associated Press

By June, the cellblock that had once held at least 23 people had been reduced to just seven. Four of them were Americans, and three were British — all citizens of countries whose governments had refused to pay ransoms.

In an article recently published in an official Islamic State magazine, the jihadists described the American-led airstrikes that began in August as the nail in those hostages' coffins.

At the same time, they laid out the role European and American ransom policies had played in their decision to kill Mr. Foley.

"As the American government was dragging its feet, reluctant to save James's life," they wrote in the magazine, Dabiq, "negotiations were made by the governments of a number of European prisoners, which resulted in the release of a dozen of their prisoners after the demands of the Islamic State were met."

Fifteen hostages were freed from March to June for ransoms averaging more than two million euros, the former captives and those close to them said.

Among the last to go was a Danish photojournalist, Daniel Rye Ottosen, 25, released in June after his family cobbled together a multimillion-euro ransom, three people briefed on the negotiation said. He was one of several departing hostages who managed to smuggle out letters from his cellmates.

"I am obviously pretty scared to die," Mr. Kassig wrote in a letter recently published by his family. "The hardest part is not knowing — hoping, and wondering if I should even hope at all."

Mr. Foley seemed to sense the end was near. In his letter, amid expressions of love, he slipped in a sentence instructing his family on how to disburse the money in his bank account.

In August, when the militants came for him, they made him slip on a pair of plastic sandals. They drove him to a bare hill outside

Raqqa. They made him kneel. He looked straight into the camera, his expression defiant. Then they slit his throat.

Two weeks later, a similar video surfaced on YouTube showing Mr. Sotloff's death. In September, the militants uploaded Mr. Haines's execution. In October, they killed Mr. Henning. Only three from the original group of 23 remain: two Americans, Mr. Kassig and a woman who has not been identified, as well as a Briton, Mr. Cantlie.

The militants have announced they will kill Mr. Kassig next.

Across Europe, those who had survived gasped when they saw the footage of their cellmate's death: The cheap, beige-colored plastic flip-flops splayed next to Mr. Foley's body were the same pair the prisoners had shared.

They had all worn those sandals to the bathroom.

Those who survived had walked in the same shoes as those who did not.

**Correction:** *October 25, 2014*
*An earlier version of a picture caption with this article misspelled the given name of a British aid worker who was beheaded. He is David Cawthorne Haines, not Davis.*

Glenna Gordon contributed reporting from Paris, Madrid and Copenhagen; Eric Schmitt from Washington; and Karam Shoumali from Istanbul. Jack Begg, Sheelagh McNeill and Alain Delaquérière contributed research.

A version of this article appears in print on Oct. 26, 2014, on Page A1 of the New York edition with the headline: The Horror Before the Beheadings

READ 999 COMMENTS

| Home | News | Sport | Weather | Shop | Reel | Travel | | |

Home | Video | World | US & Canada | UK | Business | Tech | Science

World | Africa | Asia | Australia | Europe | Latin America | Middle East



# French hostage Herve Gourdel beheaded in Algeria

24 September 2014

Media playback is unsupported on your device

Francois Hollande told the UNGA that Herve Gourdel's killing was a "cowardly assassination"

**France has confirmed that an Algerian jihadist group linked to Islamic State (IS) militants has beheaded tourist Herve Gourdel, seized on Sunday.**

Jund al-Khilafa killed Mr Gourdel, 55, after its deadline for France to halt air strikes on IS in Iraq ran out.

French President Francois Hollande condemned the killing as a "cruel and cowardly" act.

He said that French air strikes which began on IS targets in Iraq last week would continue.

Speaking at the UN general assembly, Mr Hollande said that Mr Gourdel's abduction and decapitation was a barbaric act of terrorism which presented a problem not only for the region but also for the world.

He said the fight against terrorism should know no borders and that France was now in mourning.

"It is not weakness that should be the response to terrorism but force," he said.

Jund al-Khilafa posted a video of Mr Gourdel being killed which was entitled "Message of blood for the French government".







AP

IS itself has beheaded three Western hostages since August: US journalists James Foley and Steven Sotloff, and British aid worker David Haines. Their deaths were all filmed and posted online.

The group has also threatened to kill Alan Henning, a taxi driver from the UK, who was seized while on an aid mission to Syria in December.

On Sunday, it warned it would target Americans and other Western citizens, "especially the spiteful and filthy French".

## 'Odious ultimatum'

Mr Gourdel worked as a mountain guide in the Mercantour national park north of Nice, his home town.

He had also been organising treks through the Atlas Mountains of Morocco for some 20 years, AFP news agency reports.

The mayor of Nice, Christian Estrosi, said it was difficult to contain the "deep sadness" he felt.

"Today a war was declared on France," he said. "We've been turning a blind eye to what's happening in our back yards. And this is where it has led us."

The BBC's Lucy Williamson in Paris says news of Mr Gourdel's killing has hit France hard.

Our correspondent says that it is the first time that France has lived through the threat and brutality of this kind of killing.

The fact that Mr Groudel was a tourist in a region popular with French holiday-makers has added to the sense of shock, our correspondent says.

In the video posted by his killers, he is shown on his knees with his hands behind his back in front of four masked, armed militants.

He is allowed briefly to express his love for his family before one of the militants reads out a speech in which he denounces the actions of the "French criminal crusaders" against Muslims in Algeria, Mali and Iraq.

The beheading, the spokesman says, is to "avenge the victims in Algeria... and support the caliphate" proclaimed by IS in Iraq and Syria.

Jund al-Khilafa (Soldiers of the Caliphate) pledged allegiance to IS on 14 September.

Until then it had been known as part of al-Qaeda in the Islamic Maghreb (AQIM), which grew out of an Algerian militant group and is now active across North and parts of West Africa.

## Who are Jund al-Khilafa?

- Previously part of al-Qaeda in the Islamic Maghreb (AQIM), which grew out of Algerian Islamist groups involved in 1990s civil war

- Carried out numerous attacks in Kabylie region - in April, ambushed an army convoy, leaving 11 soldiers dead

- Many residents have fled the region's forests and mountains in recent years because of insecurity

- Group said to be led by Abdelmalek Gouri, known as Khaled Abou Slimane, 37

- On 14 September, pledged allegiance to Islamic State

The group claimed Toulouse gunman Mohamed Merah, a French citizen of Algerian origin, as a member after he killed seven people in south-western France in March 2012, French radio reports.

The militants said that they were responding to the IS call to attack citizens involved in strikes on Iraq and would kill Mr Gourdel unless France ended its military operation.

France's public position is that it does not negotiate with militant groups but there have been reports of French citizens being released in West Africa after ransoms have been paid.

Four Frenchmen kidnapped in Niger were freed in October 2013 amid reports of a 20m-euro (£16m; £25m) ransom being paid. The government in Paris denied that was the case.

## Related Topics

| France | Algeria |

# Share this story About sharing

# More on this story

**Hollande: Hostage beheading in Algeria 'a cowardly assassination'**
24 September 2014

**Profile: Herve Gourdel**
24 September 2014

**France launches first air strikes on IS in Iraq**
19 September 2014

**French tourist Herve Gourdel abducted by Algeria militants**
23 September 2014

**France blames Turkey for 'jihadi' arrest fiasco**

# Exhibit 19

# MONROE COUNTY PUBLIC DEFENDER
## MONROE COUNTY COURTHOUSE
## STROUDSBURG, PENNSYLVANIA 18360

**Telephone** (570) 517-3042    **Fax** (570) 517-3871    **Office Hours** 8:30 a.m. – 4:30 p.m.

**ATTORNEYS**
WIESLAW NIEMOCZYNSKI, CHIEF
WILLIAM K. SAYER, DEPUTY CHIEF
ROBIN A. SPISHOCK
JAMES P. GREGOR
**INVESTIGATOR**
WILSON MILLER
**PARALEGAL**
LAUREN M. JEANS

JASON A. LABAR
CHANDRA VITELLI BLEICE
FREDERICK M. CUTAIO
GABRIELLE HALL
KATE T. TRAN

January 8, 2009

E. David Christine, Jr., District Attorney
Monroe County Courthouse
Stroudsburg, PA 18360

Re: Charles Hicks Case No. 391-2008

Dear Dave,

Enclosed please find copies of the following items that we received through media sources:

- 1 DVD titled: WNEP 16 News Station - Monroe County Body Parts
- 1 DVD titled: "Charles Hicks" WBRE News Clips
- 1 DVD titled: Interstate 380/Hicks Stories – Blue Ridge Comm. TV-13
- 1 DVD titled: Charles Hicks Pocono Record Videos "C"
- Articles from The Pocono Record ("A" and "B") including the Affirmation of Janis Dahlman
- Aired News Stories from 93.5
- Aired News Stories from WFMZ-TV 69
- Aired News Stories from B104
- Articles from The Express Times
- Articles from The Scranton Times Tribune
- Articles from The Morning Call

Please let us know at your earliest convenience as to whether or not you will stipulate to the admission of the articles without us having to have someone come from each media source to the court hearing. Thank you.

Sincerely,

William Sayer, Deputy Chief

Exhibit 20

| **Commonwealth of Pennsylvania** | | **APPLICATION FOR** |
|---|---|---|
| | | **SEARCH WARRANT** |
| **COUNTY OF MONROE** | | **AND AUTHORIZATION** |

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: |
|---|---|---|

| Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER | Penna. State Police Swiftwater | 570-839-7701 | 03/06/08 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
Any and all items capable of producing blunt force trauma including but not limited to hammers, axes, hatchets, baseball bats, fireplace tools and other items capable of producing blunt force trauma. Items or instruments capable of producing sharp force trauma such as knives, axes, hatchets, saws to include hand powered saws and mechanically powered saws, saw blades with and without blue markings on them. Other items to be searched for and seized; trace evidence including but not limited to bodily fluids, blood, plasma, saliva, semen, vaginal secretions; hairs to include head, body and pubic hair; fibers to include carpet fibers and fibers from linen such has bed sheets and clothing, in addition to fingerprint evidence. Items used to discard trash such as garbage bags, garbage cans and other similar items:

CERTIFIED FROM THE RECORD

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
A blue in color with cloth/vinyl top Mercury Grand Marquis with Texas registration BPN815 vehicle identification number (vin) 2MEBM74F6KX697133.   This 6th day of March 20 08

_[signature]_ Deputy

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES** (If proper name is unknown, give alias and/or description):
Charles Ray HICKS, DOB: ▮▮▮▮   MONROE COUNTY, PA

**VIOLATION OF** (Describe conduct or specify statute):   |   **DATE(S) OF VIOLATION:**
18 Pa. C.S.A. 2501 Criminal Homicide   |   01/19/08-01/29/08

☒ **Warrant Application Approved by District Attorney – DA File No.** _a la menar_ 3/6/08-1
(If DA approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)
☐ **Additional Pages Attached (Other than Affidavit of Probable Cause)**
☐ **Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages: __6__**

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED.
The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

_[signature]_ Tpr. Robert SEBASTIANELLI Tpr. Craig Van   |   Pennsylvania State Police Troop N, Swiftwater.   |   7212/6882
Signature of Affiant   |   Agency or Address if private Affiant   |   Badge Number

Sworn to and subscribed before me this 6th day of March 2008. Mag. Dist. No. _____
_[signature]_ Ronald E Vica   Monroe Co. Courthouse Stroudsburg PA
Signature of Issuing Authority   Office Address

**SEARCH WARRANT**
**TO LAW ENFORCEMENT OFFICER:**
WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.
☐ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
☒ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
1:30 P M, o'clock March 8, 2008.
* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 2005(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 2006(g).

Issued under my hand this 6th day of March 2008 at 1:30 P M, o'clock.
_[signature]_ Ronald E Vica   P.S.   43rd   12/31/11   (SEAL)
Signature of Issuing Authority   Mag. Dist. or Judicial Dist. No.   Date Commission Expires

Title of Issuing Authority: ☐ District Justice   ☒ Common Pleas Judge

☒ **For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for** _30_ **days by my certification and signature.** (Pa.R.Crim.P. 2011)   1836
_[signature]_ Ronald E Vica   P.S.   3/6/08   (Date)   (SEAL)
Signature of Issuing Authority (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A 02-05-99

_[vertical right margin]_ TO BE COMPLETED BY THE ISSUING AUTHORITY

ATTACHMENT NO. 1   PAGE 1 OF 7

**Commonwealth of Pennsylvania**

**COUNTY OF MONROE**



**AFFIDAVIT OF PROBABLE CAUSE**

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: |
|---|---|---|

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

Trooper Robert SEBASTIANELLI, being duly sworn according to law deposes and says:

I am a law enforcement officer of the Commonwealth of Pennsylvania within the meaning of section 5702 of Title 18 Pa. C.S.A. and as such am empowered to make arrests for criminal offenses enumerated in Title 18 Pa. C.S.A. I have been a member of the Pennsylvania State Police since 1993 and I am currently a Trooper assigned to the Criminal Investigation Unit at Troop N, Swiftwater, Monroe County Pennsylvania, a position I have held since 1995. During that time I have investigated numerous criminal offenses enumerated in 18 Pa. C.S.A. including 18 Pa. C.S.A. 2501 Criminal Homicide. During my career with the Pennsylvania State Police I have been involved in approximately thirty (30) Criminal Homicide investigations. Many of these investigations have resulted in the arrest and successful prosecution of individuals for Criminal Homicide and related offenses.

Trooper Craig VANLOUVENDER, being dully sworn according to law deposes and says:

I am a law enforcement officer of the Commonwealth of Pennsylvania within the meaning of section 5702 of Title 18 Pa. C.S.A. and as such am empowered to make arrests for criminal offenses enumerated in Title 18 Pa. C.S.A. I have been a member of the Pennsylvania State Police since 1992 and I am currently a Trooper assigned to the Criminal Investigation Unit at Troop N, Swiftwater, Monroe County Pennsylvania, a position I have held since 1995. During that time I have investigated numerous criminal offenses enumerated in 18 Pa. C.S.A. including 18 Pa. C.S.A. 2501 Criminal Homicide. During my career with the Pennsylvania State Police I have been involved in approximately thirty (30) Criminal Homicide investigations. Many of these investigations have resulted in the arrest and successful prosecution of individuals for Criminal Homicide and related offenses.

On 01/29/08, at approximately 0907 hours the Pennsylvania State Police Troop N, Swiftwater received a call from a Pennsylvania Department of Transportation regarding the discovery of possible body parts in the median of Interstate 380, Coolbaugh Township, Monroe County Pennsylvania. Members of the State Police Swiftwater Patrol Unit responded to Interstate 380 North Bound in Coolbaugh Township, Monroe County and verified that human body remains had indeed been discovered.

A search of Interstate 380 north and south bound, in addition to interstate 80 east and west bound in Monroe and Lackawanna Counties led to the discovery of additional body parts which were in eight (8) different locations in Monroe and Lackawanna Counties. All of the body parts appeared to be frozen. The eight locations and body part discovered at the location are as follows:

(1). SR 380 North Bound mile marker 4.1 in Coolbaugh Township, Monroe County in the median left and right foot along with a calf discovered in a black garbage bag with blue string.

(2). SR 380 North bound at mile marker 5.2, in Coolbaugh Township, Monroe County in the median, an arm in a black garbage bag with blue ties.

(3). SR 380 North bound at mile marker 5.6, in Coolbaugh Township, Monroe County in the median, a leg with a knee in a black garbage bag with blue ties.

(4). SR 380 North bound mile marker 0.4 in Jackson Township, Monroe County in the median, intestines and upper part of a torso in a black garbage bag with blue tie strings.

(5). SR 380 North bound mile marker 14.5 in Clifton Township, Lackawanna County in the median, lower half of a torso including buttocks. Found at this location in close proximity was a black garbage bag with blue tie strings.

(6). SR 380 South bound mile marker 7.5 in Coolbaugh Township, Monroe County (exit 8) off to the right side of the entrance ramp to 380 a head which appeared to be female. Approximately 375 south of the head a black garbage bag with blue tie strings was discovered, which appeared to have been torn open.

**(CONTINUED)**

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | 03/06/08 Date | Issuing Authority Signature | 3/6/08 Date | (SEAL) |
|---|---|---|---|---|

ATTACHMENT NO. 1   PAGE 2 OF 7

| **Commonwealth of Pennsylvania**  | **AFFIDAVIT OF PROBABLE CAUSE** |

**COUNTY OF MONROE**

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

(7). Interstate 80 West bound at mile marker 306.6 in Stroudsburg Borough, Monroe County, off to the right side of the roadway an arm in a black garbage bag with blue tie strings.

(8). Interstate 80 East bound at mile marker 294.8 in Pocono Township, Monroe County in the median a leg in a black garbage bag with blue tie strings.

All of the body parts were collected by the Troop N, Swiftwater Forensic Service Unit and turned over to the Monroe county Coroners Office, Chief Deputy Coroner Jody HUTTON. There was no clothing discovered with any of the body parts.

On 01/30/08 your affiants attended an autopsy conducted on the body parts discovered on Interstate 380 and 80 on 01/29/08. The autopsy was conducted by Forensic Pathologist Doctor Sarahlee FUNKE of Forensic Pathology Associates at the Lehigh Valley Medical Center in Allentown, Pennsylvania. The autopsy revealed that the victim suffered several blunt force and sharp force trauma injuries any of which could have caused her death. Doctor FUNKE listed the manner of death as Homicide and the cause of death as Homicidal Violence. Doctor FUNKE noted that the victim suffered from blunt force trauma, including a laceration to the back of the head and numerous injuries to her right side causing multiple broken ribs. The victim is described as a white female approximately 5 feet 7 inches tall and heavy set. The victim is believed to be in her late twenties to thirties and was labeled Jane DOE. The autopsy was attended by Doctor Dennis ASEN, Forensic Odontologist from Allentown, Pennsylvania. Doctor ASEN related that the victim had thirteen (13) teeth removed as a result of dental procedures.

On 01/31/08 at approximately 2200 hours, Trooper James CURTO of the State Police Troop N, Hazleton Crime Unit, Spoke with Deanna BRYAN. She related that she had been contacted by a person named Mike. He advised BRYAN that he had not seen her daughter, Deanna NULL, for the past few weeks at the soup kitchen in Scranton, Pennsylvania. BRYAN explained that when she initially heard of this investigation through the media, she thought that it was possible her daughter Deanna NULL. After speaking with Mike and learning of the description of the victim she realized it was time to contact police.

On 02/01/08, Trooper SEBASTIANELLI contacted Deanna BRYAN and learned that her daughter, Deanna NULL had spent time at the State Correctional Institution at Muncy. While at Muncy Deanna NULL had dental worked done while she was an inmate. On 02/01/08 Trooper Craig VANLOUVENDER contacted the State Correctional Institution at Muncy and learned that Deanna NULL, inmate #OJ-7965 was incarcerated at Muncy from 05/19/2005 through 03/20/2006. The medical records unit at Muncy confirmed that Deanna NULL had dental work performed while she was an inmate at Muncy. The medical records unit confirmed that they had records and x-rays of this dental work.

On 02/01/08, Monroe County Detective Manuel VARKANIS obtained a court order from the Honorable Margherita WORTHINGTON Judge in the 43rd, Judicial District of Pennsylvania Monroe County. This court order directed SCI Muncy to provided Medical and dental records for Deanna NULL.

On 02/01/08, Cpl. Shawn WILLIAMS of the Troop N, Hazleton Criminal Investigative Assessment Unit took possession of dental x-rays of Deanna NULL. Cpl. WILLIAMS later met Dr. Dennis ASEN, who compared the x-rays of NULL with the jaw of the female victim whose autopsy was performed on 01/30/08. ASEN positively identified the Jane DOE victim as Deanna NULL white, female DOB: ███████

On 02/01/08, State Police investigators learned that upon her release from Muncy the victim, Deanna NULL resided at various locations in the Scranton, Pennsylvania area and spent time at the St. Francis Soup Kitchen and the Scranton Crisis Intervention Center. Deanna NULL spent time with the homeless people who gather at Capouse and Olive Streets in Scranton.

**(CONTINUED)**

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| TPR. Robert Sebastianelli    03/06/08 | Ronald Vico    3/6/08 | (SEAL) |
|---|---|---|
| Affiant Signature    Date | Issuing Authority Signature    Date | |
| T.P.R. Craig VanLouvender | | |

1838

ATTACHMENT NO. 1    PAGE 3 OF 7

| **Commonwealth of Pennsylvania**  | **AFFIDAVIT OF PROBABLE CAUSE** |
|---|---|

**COUNTY OF MONROE**

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

On 02/02/08 Cpl. Sean JENNINGS interviewed Michael SEARCH, W-N/M DOB: of ███████. SEARCH related that he did contact Deanna NULL'S mother concerning this investigation. SEARCH related that he did know Deanna NULL and that he last saw her approximately two (2) weeks ago. Search related that he saw NULL get into a blue car with a white cloth top operated by a black male with a short military type haircut. SEARCH related that this was the last time he saw Deanna NULL.

On 02/02/08 Trooper Robert SEBASTIANELLI interviewed James TURNBULL, W-N/M DOB: ███████ of ███. TURNBULL related that he knew Deanna NULL and lived with him in an apartment on the West Side of Scranton. TURNBULL related that he last saw Deanna NULL approximately two (2) weeks ago on Mulberry Street. TURNBULL related that NULL got out of a car and entered Scotts Store on Mulberry Street. TURNBULL related that NULL was in a blue in color car with a white cloth like top. TURNBULL related that the car was operated by a black male approximately 6 feet tall muscular build. TURNBULL related that this black male had a short type hair cut. TURNBULL related that he never saw this guy before and he has not seen him or the car since. TURNBULL related that this was the last time he ever saw Deanna NULL.

On 02/03/08, Trooper Robert SEBASTIANELLI conducted an interview with Joseph MCALISTER, B/M DOB: ███████ homeless ███████. MCALISTER related that approximately three (3) weeks ago he saw Deanna NULL at a bar in Scranton called the Judge and Jury on Linden Street. MCALISTER related that while he was leaving the bar he ran into a black male whom he did not know. MCALISTER related that the black male was approximately 5 feet 9 approximately 180 pounds with a stocky build. MCALISTER related that this black male had a short type haircut. MCALISTER related that this black male asked him if he knew where he could meet some women and party. MCALISTER related that he turned around and saw Deanna NULL. MCALISTER related that he asked Deanna NULL "Deanna you ok to party with this guy." MCALISTER related that Deanna said yes. MCALISTER related that he said to this black male "why don't we go to your place?" MCALISTER related that the black male told him. "I just have a small place in the Pocono's." MCALISTER related that this black guy told him that he was in Tobyhanna. MCALISTER related that the black male drove him and NULL to the South Side of Scranton in order to purchase drugs. MCALISTER related that when he exited the vehicle and entered a bar the vehicle drove away. MCALISTER related that the car was a blue car with a rag or leather like top.

On 02/03/08, Trooper Robert SEBASTIANELLI and Trooper Craig VANLOUVENDER interviewed Dennis INGEL aka "Irish", Homeless ███████ at the Scranton Police Station. INGLE related that he knew Deanna NULL and he was a friend of hers. INGLE related that he knew Deanna NULL for approximately three (3) months now. INGLE related that he last saw NULL approximately two (2) and a half (1/2) weeks to three (3) weeks ago. INGLE related that she was exiting Pisano's Smoke shop on Olive Street, Scranton PA. INGLE advised NULL entered a dark blue in color vehicle with a rag/leather type top. INGLE believed that the car was an older model car. INGLE related that the license plate was white in color, but he could not see the numbers. INGLE related that as NULL entered the vehicle he saw a black male exit the vehicle. INGLE related that the black male had a short military type haircut and was approximately 6 feet 2 inches tall with a muscular build. INGLE related that three (3) or four (4) days prior to this he was speaking with Deanna NULL and asked her where she had been lately. INGLE related that Deanna told him that she went to Tobyhanna for the weekend. NULL said that she stayed one night and came back Friday night after she got the guy to drive her back. INGLE related that the last time he saw Deanna NULL was when she got into the car with the black male on Oliver Street, in Scranton.

On 02/06/08 Doctor Conrad B. QUINTYN Ph.D. Forensic Anthropologist with the Department of Anthropology at Bloomsburg University conducted a Forensic Anthropological Analysis (wound analysis) of the remains of Deanna Marie NULL (victim). In his report Doctor QUINTYN writes "The analysis of superficial and deep incisive wounds in soft tissue and bone surfaces in several regions of the body suggest that two (2) sharp-edged tools were used in the dismemberment of the victim: a knife—knife cut wounds in soft tissue and a saw to cut through bone. Subsequently in his report Doctor QUINTYN writes " Suggestions(tools/weapons to look for): Knife: based on incisions on soft tissue: single-edged—no serrations at tip. Saw type (Mechanically Powered); based mainly on the exceptionally deep false start in right foot above the ankle: hand held power saw, with reciprocating action and sharp fine teeth set in straight blade more than likely chisel tooth type. **(CONTINUED)**

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| _Tpr. Robt Sebastianelli_ 03/06/08 | _Ronald E Vica_ 3/6/08 (SEAL) |
|---|---|
| Affiant Signature          Date | Issuing Authority Signature          Date |
| _Tpr Cg VanLou_ | Page 4 of 6 Pages |

1839

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF |
|---|---|---|
| COUNTY OF MONROE | | PROBABLE CAUSE |

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| Issuing Authority: | Number: N6-909468 | Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

Saw type (hand powered): based on the absence of "harmonics" and the presence of specks of blue material on the surface of some of the severed bones on observation through a magnifying glass: hacksaw, possibly coated with blue paint mixture more than likely chisel tooth type.

On 02/06/08 Trooper Brain KRUSKA and Trooper William WAGNER interviewed James Frances PIDGEON, W-N/M DOB ███████ at his apartment in ███████. PIDGEON related that he does not know Deanna NULL, personally but he has seen her several times in the area of Pisano's beer store. PIDGEON related that the victim would beg for change and ask to exchange sexual favors for money. PIDGEON related that on 01/18/08 he was walking in the area of the Scranton Prepatory High School when he observed an older model vehicle possibly a Cadillac, possibly a late 1980's model parked across the street playing country music. The vehicle had a smaller tire on the front driver's side resembling a "donut." PIDGEON related that this vehicle was a dark color vehicle blue in color. A black male, 5'09", really short hair, husky build, wearing dark sweat clothes and sneakers approached him. He asked PIDGEON if he wanted a good time. PIDGEON indicated that he could smell Marijuana emanating from the inside of the car. Inside the front of the vehicle was the victim Deanna NULL. NULL exited from the car and approached PIDGEON and simply said "Hello" to him. An unknown black female remained inside the back of the car. When he declined the male and NULL got back into the car and drove towards the Clubhouse Bar located on the corner of Capouse Ave & Walnut Street and pulled over. PIDGEON did not see where they went to after pulling over.

On 02/11/08 Trooper Craig VANLOUVENDER and Trooper Robert SEBASTIANELLI interviewed Mark KELLEY, W-N/M KELLEY related that he knew Deanna NULL and last saw her approximately two (2) weeks ago before she left. KELLEY related that NULL was on Olive Street and they were speaking. KELLEY related that NULL told him that she was going with a guy to the Tobyhanna Army Depot and when she returned she would have money for beer. KELLEY related that NULL told him that this guy worked at the Tobyhanna Army Depot. KELLEY related that he figured he would wait around for the beer but Deanna NULL never returned. KELLEY related that he has not seen Deanna NULL since. KELLEY related that he last saw Deanna NULL get into a Mercury Grand Marquis older model sedan. KELLEY related that the vehicle did have a rag top.

On 03/04/08 Trooper Robert SEBASTIANELLI was contacted by Tracey WAGNER of Mt. Pocono Borough, Monroe County Pennsylvania. WAGNER related that her sister lives off of ███████. This was the approximate location where the victim's head was discovered. WAGNER related that her sister told her that a car that matches the description of the vehicle information put out to the media is located at this location next to her sister's residence.

On 03/04/08 Trooper Shawn HILBERT of the Troop N, Swiftwater Crime Unit traveled to the location described by WAGNER. Trooper HILBERT related that he saw the house next to WAGNER'S sister's home. Trooper HILBERT related that the home had the numbers 131 on the house. Trooper HILBERT related that he then went to the Tobyhanna Post Office where he saw a blue in color Mercury Grand Marquis with a white rag top. Trooper HILBERT related that he noticed that the front left tire of the vehicle appeared to be a new tire due to the white wall of the tire was still covered with blue paint. Trooper HILBERT related that he noticed that the operator of the vehicle was a black male. Trooper HILBERT related that he obtained the vehicle license plate off of the white in color license plate. The vehicle registration was a Texas registration BPN815. Trooper HILBERT related that he later observed this vehicle parked at the home off of ███████. Trooper HILBERT later checked the vehicle registration through the Texas Department of Public Safety and learned that the vehicle was registered to a Charles Ray HICKS ███████. Trooper HILBERT would later verify that this vehicle belonged to Charles Ray HICKS, black male 6 feet tall approximately 200 pounds DOB: ███████ SSN: ███████. Trooper HILBERT verified this information with the Arlington Texas, Police Department who investigated an incident involving HICKS and the vehicle in December 2007. Trooper HILBERT queried HICKS through the Texas Intelligence Center and learned that HICKS had been arrested for assault causing bodily injury in 2002, aggravated sexual assault in 2003, and aggravated robbery in 2007. Trooper HILBERT related that he learned that HICKS was arrested in the state of Virginia in 2006 for assault and battery and Possession of a controlled substance in 2006. **(CONTINUED)**

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Tpr. Robert Sebastianelli | 03/06/08 | Ronald E Vican | 3/6/08 | (SEAL) |
|---|---|---|---|---|
| Affiant Signature | Date | Issuing Authority Signature | Date | |
| Tpr. Cg Van | | | | |

Page 5 of 6 Pages

1840

**Commonwealth of Pennsylvania**

**COUNTY OF MONROE**



**AFFIDAVIT OF PROBABLE CAUSE**

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

On 03/04/08, Trooper Robert SEBASTIANELLI interviewed Kimberly LOMBARDO, 135  ██████ S███ T██ P██████. LOMBARDO related that the vehicle her sister contacted me concerning has been staying at the house next to hers for over six (6) weeks now. LOMBARDO related that the vehicle was blue in color with a white colored rag top. LOMBARDO related that the operator of the vehicle is a black male in his thirties. LOMBARDO related that she knows that the black male introduced himself to her neighbor as Charlie and said that he worked at the Tobyhanna Army Depot.

On 03/04/08, Trooper Robert SEBASTIANELLI contacted The Tobyhanna Army Deport Police Department and spoke with Investigator Jason DEMATTEO. DEMATTEO confirmed that Charles Ray HICKS DOB: ██████ with the last four (4) of his SSN: ████ currently works as an electrical contractor with Lockeed Martin at the Tobyhanna Army Depot. DEMATTEO provided a date that HICKS started work at the Tobyhanna Army Depot, 01/03/08.

On 03/05/08, Trooper Robert SEBASTIANELLI and Trooper Michael MISLEAVY traveled to Scranton, Pennsylvania with a picture of the Mercury Grand Marquis with Texas registration BPN815. This picture was taken earlier in the day on 03/05/08 while the vehicle was parked at HICKS' residence off of ██████ in Coolbaugh Township, Monroe County. On 03/05/08 the picture was shown to James TURNBULL who witnessed Deanna NULL, with a black male approximately two (2) weeks prior to her disappearance. TURNBULL related that this was definitely the make and model of the vehicle that Deanna NULL was in when he witnessed her on Mulberry Street in Scranton with a black male. It should be noted that TURNBULL'S description of the black male matches the description of Charles Raymond HICKS.

On 03/05/08, at approximately 1644 hours Trooper Robert SEBASTIANELLI and Trooper Michael MISLEAVY showed a picture of HICK'S Mercury Grand Marquis with Texas registration BPN815 to James Frances PIDGEON at his apartment in Scranton. PIDGEON related that this was the car that he saw the victim in on 01/18/08 when he was approached by a black male who asked him if he wanted to have a good time with the girls in the car. PIDGEON related that one of these girls was the victim Deanna NULL who he knew. PIDGEON was shown a photograph of the owner of the car Charles Ray HICKS. PIDGEON related that he was quite sure but not positive that this was the black male who was driving the car that the victim was in when he saw her on 01/18/08.

Based upon the above information your affiants respectfully request that a search warrant be issued for the Blue in color Mercury Grand Marquis with Texas registration BPN815 vehicle identification number (vin) 2MEBM74F6KX697133. This vehicle is registered to Charles Ray HICKS, DOB: ██████ SSN: ████. The vehicle has been parked at a residence off of SR ██████ at a one story sided home with beige siding and the number ██ on the front of the home. Charles Ray HICKS has been residing at this residence for approximately six (6) weeks now. The items to be searched for and seized include but are not limited too: Any and all items capable of producing blunt force trauma including but not limited to hammers, axes, hatchets, baseball bats, fireplace tools and other items capable of producing blunt force trauma. Items or instruments capable of producing sharp force trauma such as knives, axes, hatchets, saws to include hand powered saws and mechanically powered saws, saw blades with and without blue markings on them. Other items to be searched for and seized, trace evidence including but not limited to bodily fluids, blood, plasma, salvia, semen, vaginal secretions; hairs to include head, body and pubic hair; fibers to include carpet fibers and fibers from linen such has bed sheets and clothing, in addition to fingerprint evidence. Items used to discard trash such as garbage bags, garbage cans and other similar items. Any receipts for purchase of the above mentioned items.

Your affiants respectfully request that the search warrant be sealed in order to protect the integrity of this investigation. In addition due to the sensitive nature of this investigation and national media coverage.

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date | Issuing Authority Signature | Date | (SEAL) |
|---|---|---|---|---|
| _TPR Robert Sebastianelli_ | 03/06/08 | _Ronald Rhea_ | 3/6/08 | |
| _TPR Cy Van Louvender_ | | | | |

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

| Commonwealth of Pennsylvania | | RECEIPT / INVENTORY |
|---|---|---|
| **COUNTY OF Luzerne** | | OF SEIZED PROPERTY |

| Docket Number (Issuing Authority): | Police Incident Number: N06-0909468 | Warrant Control Number: |
|---|---|---|
| Date of Search: 3/7/08 | Time of Search: 1000 - 2145 | Inventory Page Number: 1 of 1 Pages |

| Tfc. Robert Sebastinelli | Pa. State Police | 7212 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person) _____

☒ was left at (describe the location)  Mercury Gran Marquis GS  TX BPN-815

| Item Number | Quantity | Item Description                                      Make, Model, Serial No., Color, etc. |
|---|---|---|
| 1 | 1 | 1 - "DIE HARD" BOOT SIZE 8½ D (RIGHT FOOT) |
| 2 | 1 | 1 - "DIE HARD" BOOT SIZE 8½ D (LEFT FOOT) |
| 3 | 1 | BLUE COLORED FIBERS FROM BOTTOM TRUNK LINER |
| 4 | 1 | 4 x 4 LATENT LIFT RIGHT REAR DOOR |
| 5 | 1 | 4 x 4 LATENT LIFT RIGHT REAR DOOR |
| 6 | 1 | 4 x 4 LATENT LIFT LEFT REAR DOOR |
| 7 | 1 | 4 x 4 LATENT LIFT LEFT FRONT DOOR |
| 8 | 1 | 4 x 4 LATENT LIFT LEFT FRONT DOOR |
| 9 | 1 | PIECE OF RIGHT FRONT SEAT CUSHION |
| 10 | 1 | SMALL COLOR FROM BLUE GYM BAG |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| Signature of Person Issuing Receipt / Inventory | Tfc. Philip Barletto    Printed Name | PSP/FSU Affiliation | 6432 Badge or Title |
|---|---|---|---|
| Signature of Witness | Sgt. Radziewicz    Printed Name | PSP/FSU Affiliation | 6931 Badge or Title |
| Signature of person making Search | Tfc. Philip Barletto    Printed Name | PSP/FSU Affiliation | 6432 Badge or Title |

AOPC 413B 12-09-98

1842

ATTACHMENT NO. 1   PAGE 7 OF 7

Exhibit 21

| SP 7-0072 (1-95) | | INCIDENT NO. |
|---|---|---|
| **HOMICIDE INVESTIGATION ACTION REPORT** | | N06-0909468 |

**ACTION ASSIGNED OR PURPOSE OF REPORT**

Search of residence at ███████████████████████████████.

| ASSIGNED TO | ASSIGNED BY |
|---|---|
| Tpr. John R. CORRIGAN | Lt. Robert BARTAL |

**DETAILS**

(1)

**REASON FOR INVESTIGATION:** PSP Swiftwater is investigating a Homicide which occurred at an unknown location. The unknown victim was dismembered and body parts were placed along Interstate 80 and SR 380 through Monroe and Lackawanna Counties. I was requested to respond to the HICKS residence, ███████████████████████, Coolbaugh Township, Monroe County for service of a search warrant.

**SYNOPSIS OF INVESTIGATION:** On 03/07/08 at approximately 1500 hours, I arrived at the scene. The search encompassed four (4) days and one hundred thirty two (132) items of evidence were collected from the scene.

**DETAILS:**

1)   Date and Time of Investigation: 03/07/08 at approximately 1500 Hours.

2)   Individual Conducting Investigation: Tpr. Robert SEBASTIANELLI, PSP Swiftwater.

3)   Location of Incident: ██████████████████████████████████████.

Action Taken: On 03/07/08 at approximately 1400 hours, I was contacted by Trooper First Class Philip BARLETTO. TFC BARLETTO advised that a search warrant was in the process of being approved for the HICKS residence at ████████████████, Tobyhanna. The Troop N Forensic Services Unit was requested to respond to the scene.

I responded to the scene from PSP Fern Ridge on 03/07/08 at approximately 1500 hours. Corporal Jody RADZIEWICZ and Trooper First Class Thomas SLAVIN also arrived at the scene at that time.

I conducted a preliminary survey of the scene prior to anything being disturbed by this officer. I observed the following about the scene. The residence is on the south side of ████████████████████ in ████████████████████████████████ and faces north. The residence is approximately 200 yards west of the SR 380 southbound on ramp. The house is a small one story single family dwelling. The exterior of the house has horizontal vinyl siding, beige in color with green shutters on both sides of the front windows. The numbers ███ are mounted on the siding to the east of the front door. A metal mailbox located directly in front of the residence, near the edge of the road, is also marked with the numbers ███. The front storm door and interior door are both white in color. A small wooden deck with two steps is attached to the front of the house.

------CONTINUED-----

| 'PLETED BY | | BADGE NO. | DATE |
|---|---|---|---|
| Tpr. John R. CORRIGAN | | 8207 | 04/01/08 |
| SUPERVISOR'S REVIEW ~8405~ 5/20/08  1908 | SECTION CO. JUN 0 4 2008 STATION | | PAGE NO. 390 |

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. |
|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☐ INCIDENT | | | N06-0909468 |
| CONTINUATION SHEET ☒ | ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | ☐ | ☐ |

**ATTACHMENTS:**  ☐ MISSING PERSON CHECKLIST   DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE

☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S)   A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE

☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER   B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY

☐ PROPERTY RECORD ☐ OTHER   C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP8300 / SWIFTWATER | 04/01/08 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| CRIMINAL HOMICIDE | DEANNA NULL |

**5. NARRATIVE**

(2)

To the rear of the house I observed the following. An oil tank was on the ground beneath the kitchen windows on the left / east side of the house. A raised concrete slab was outside the rear door which had two steps to a larger concrete slab which extended from the raised portion to the west end of the house. A spigot protruded from the wall between the rear door and the oil tank. A green garden hose was attached to the spigot and was lying on the raised concrete slab. On the ground level portion of the concrete slab there was a blue garbage can, a picnic table and a gray colored storage bin. A pvc type pipe extended from the southwest corner of the house. This pipe in a near continuous manner deposited water alongside the house. To the rear / south of the house there is a foundation of an old garage, without walls or roof, still in place. This foundation had a concrete slab which had a crawl space underneath. Further to the rear / south of the house a fire pit was observed.

On 03/07/08 at approximately 1535 hours, the search warrant for the residence was approved. At that time, the interior of the residence was documented. All of the lights were turned off inside the residence. All of the doors and windows were locked upon initial inspection.

Upon entering through the front door, there is a small foyer which had a closet located on the right side. The foyer entered into the living room area. The living room was furnished. Along the west wall of the living room there was an entertainment system with a large screen television, floor mounted speakers and a DVD player. Along the east wall there was a black sofa. Along the north wall there was a black love seat. End tables were located at both ends of the couch and a coffee table was located in front of the couch. A white carpet was in front of the couch, beneath the coffee table. A black bag / briefcase was located on the floor in front of the south end table. Along the north wall was a white space heater. The living room opened into the kitchen on the south side of the house and a hallway to the west, which led into the bathroom and accessed two bedrooms on the left / south side and one on the right / north side.

The two small bedrooms located on the south side of the residence were not furnished. The only items observed in these bedrooms were in the closet of the bedroom in the southwest corner. This closet contained a gray storage bin which had five paint containers sitting on top of the bin.

The master bedroom, located in the northwest corner of the house, was fully furnished. A closet was located in the hallway between the master bedroom and the living room, on the north wall. A bag of tools was observed on the floor inside the closet.

------CONTINUED------

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. John R. CORRIGAN | 8207 | ☒ CONT. ☐ TERM. | | ☐ NONCONCUR | 39/1 |

STATION

1909

| SP 7-0051 (3-96) | | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE | | ☐ INCIDENT | | | N06-0909468 |
| CONTINUATION SHEET ☒ | | ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | | ☐ | ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE | |
|---|---|---|---|
| ˙ELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP8300 / SWIFTWATER | 04/01/08 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| CRIMINAL HOMICIDE | DEANNA NULL |

5. NARRATIVE

(3)

The kitchen had major appliances and the kitchen table consisted of a flip up table top (which folded against the west wall). The kitchen did not have any seating available. The kitchen had several steps leading to a small landing in the southwest corner. The landing accessed the rear door on the left / south side and into the basement on the right / north side. In the area at the top of these steps there was located a garbage can which was overflowing with trash, a full garbage bag and a bucket with a mop inside.

The basement stairs landed near the center of the basement. Above the basement stairwell were pull down / retractable stairs which were the attic steps. Due to these steps being loosely secured, a preliminary inspection was not conducted of the attic area. The basement was unfinished and appeared to be inundated with water continuously. A sump pump located in the southwest corner was turning on approximately every minute. The basement was partially flooded with approximately two inches of water over the entire floor excluding the highest portion which is at the stair landing. The basement floor was made of concrete. The walls were made of cinderblock and the majority of the wall space was painted white, the remaining portion was bare block.

After I conducted the preliminary survey, I began to document the scene. Cpl. Jody RADZIEWICZ photographed the scene with a 35 mm camera; TFC Thomas SLAVIN photographed the scene with a digital camera. I videotaped the scene. Upon completion of scene documentation, Trooper Matthew C. JOHNSTONE a K9 handler with the New York State Police had his cadaver K9 "JT" search the property. Reference Trooper JOHNSTONE's report for details.

After the scene was documented, we began to search the property. TFC Philip BARLETTO arrived on scene after the scene was documented. TFC SLAVIN and I began to search the basement. Cpl. RADZIEWICZ and TFC BARLETTO began to search the attic. Upon entering the attic, TFC BARLETTO immediately observed black garbage bags with light blue draw strings located east of the attic entrance. (These bags were visually identical to the garbage bags which contained human body parts along Interstate 80 and State Route 380). There were five (5) of these black garbage bags in the attic, which were subsequently collected as **Item #20**. The attic was unfinished. The only other item which was collected from the attic was an empty box of 'Enoz' brand moth balls which were lying several feet north of the attic entrance. These were subsequently collected as **Item #27**. Upon completion of searching the attic, Cpl. RADZIEWICZ and TFC BARLETTO then searched the kitchen and living room areas.

-------CONTINUED------

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. CONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. John R. CORRIGAN | 8207 | ☒ CONT. ☐ TERM. | 8405 | ☒ CONCUR ☐ NONCONCUR | 59-2 |

STATION

| SP 7-0051 (3-96) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. N06-0909468 |
|---|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE | CONTINUATION SHEET ☒ | ☐ INCIDENT ☒ OTHER HOMICIDE | | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |
| | SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | | | |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| 'ELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☒ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED       N ☐ NOT APPLICABLE      ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION       PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT   04/01/08 |
|---|---|
| 3. OFFENSE       CRIMINAL HOMICIDE | 4. VICTIM       DEANNA NULL |

5. NARRATIVE

(4)

## SEARCH OF BASEMENT:

TFC SLAVIN and I searched the basement. The following items were immediately photographed and collected from the basement prior to the items being disturbed or lost due to excessive movement within the basement area. An unknown material, red in color, from the accumulated water on the basement floor in the southwest quadrant, was collected as **Item #1**. Two (2) suspected strands of hair on the left side front of the third step of the basement steps were collected as **Item #5**. The floor mat which was at the bottom of the basement steps was collected as **Item #7** (The floor mat was yellow, red, black and green in color). The floor mat did not appear that it was on the basement floor for any extended period of time, it was cleaner than the overall condition of other items in the basement. Upon examining underneath the floor mat, a sawzall blade was discovered sticking to the bottom of the mat. (The blade was white in color w/rust). The sawzall blade was collected as **Item #4**. We then conducted a thorough search of the basement and collected the following items;

| Item #: | Description / Location: |
|---|---|
| 2. | A cosmetic item from southeast corner (behind a cast iron sink which stood on its side) which was possibly lip gloss. The item was bright pink in color with a black cap. |
| 3. | 'Faded Glory' size 16 stretch blue jeans from west basement window, jeans were partially stuffed into top of window opening to act as an insulator |
| 6. | Collection of suspected hairs from basement stairs |

Two pallets were lying on the basement floor in the southeast quadrant, along the east wall between the furnace and the south wall. These items were under and within the boards of the pallets;

| 8. | A cosmetic eye liner, bright pink in color, from under the north pallet |
|---|---|
| 9. | A booty white sock, 'Gap' brand, between south pallet and east wall, the sock had a light purple border along the ankle end, (the sock was wet, but it appeared to be in good condition, considering the environment where it was found) |
| 10. | A white rag which was within the boards of the north pallet |
| 11. | A cosmetic eye liner (orange color) from under the south pallet |
| 12. | Black utility knife, between south pallet and east wall (the knife had numerous small particles and debris stuck to it, including numerous hairs) |
| 13. | Collection of hairs from utility knife (Item #12) |
| 14. | Black sock from under water heater |

-------CONTINUED------

| 6. OFFICER'S NAME/SIGNATURE   Tpr. John R. CORRIGAN | BADGE NO.   8207 | 7. INVEST. RECM.   ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR   ☐ NONCONCUR | 10. PAGE   393 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. N06-0909468 |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | | ☐ INCIDENT ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ ELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION   PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT   04/01/08 |
|---|---|
| 3. OFFENSE   CRIMINAL HOMICIDE | 4. VICTIM   DEANNA NULL |

**5. NARRATIVE**

(5)

## SEARCH OF BASEMENT:

Along the south wall, west of the basement stairs, was a white tarp which covered items of trash. The next two items were recovered from this area;

15.  A brown sock from top of white tarp
16.  A ball of painter's tape from under north edge of tarp (This tape had several stains, TFC SLAVIN tested one of the stains. The stain tested positive for the presence of blood.)

The remaining items were collected from various location throughout the basement;

**Item #:**        **Description / Location:**

17.  A piece of black plastic bag (approximately 3 inches in length) on nail from center wood pillar, the nail was 18" above the floor and was also collected.
18.  A piece of black plastic bag from floor beneath the basement stairs (approximately 5 inches in length)
19.  White towel from west basement window, the towel was partially stuffed into top of window opening to act as an insulator

## SEARCH OF KITCHEN:

The kitchen was searched on 03/07/08 by TFC BARLETTO and the following items were collected;

22.  Two (2) knives from the kitchen countertop, beneath several dishes
23.  One (1) used roll of garbage bags from kitchen drawer
25.  One (1) long hair from bottom of bucket in kitchen
26.  One (1) plastic sink trap, kitchen sink
29.  One (1) wooden knife block set (missing one knife) kitchen countertop
30.  One (1) 'Libman' mop from kitchen

-------CONTINUED------

| 6. OFFICER'S NAME/SIGNATURE   Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 394 |
|---|---|---|---|---|---|

STATION

SP 7-0051 (3-96)

PENNSYLVANIA STATE POLICE
CONTINUATION SHEET ☒
SUPPLEMENTAL INVESTIGATION REPORT ☐

| REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. N06-0909468 |
|---|---|---|
| ☐ INCIDENT ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT 04/01/08 |
|---|---|
| 3. OFFENSE CRIMINAL HOMICIDE | 4. VICTIM DEANNA NULL |

5. NARRATIVE

(6)

## SEARCH OF LIVING ROOM:

The living room was searched on 03/07/08 by CPL RADZIEWICZ and the following items were collected;

| 17. | Hairs from under cushions of loves seat and the floor under love seat |
| 24. | One (1) "Hellfire is it Part of Divine Justice" brochure from coffee table |
| 28. | One (1) black bag / briefcase from living room near couch |

The search on 03/07/08 was concluded at approximately 2200 hours. All items collected remained inside the residence, excluding Item #20. (Cpl. RADZIEWICZ maintained possession of Item #20). The residence was secured overnight and Troopers from PSP Swiftwater maintained scene security overnight.

The search resumed the following morning 03/08/08 at approximately 0800 hours. TFC SLAVIN and I continued to search the residence. Cpl. RADZIEWICZ responded to PSP Fern Ridge and began to process Item #20 (The five black garbage bags recovered from the attic).

## SEARCH OF SOUTHWEST SPARE BEDROOM:

TFC SLAVIN and I searched the southwest spare bedroom. The bedroom was not furnished; the only items in this room were located in the closet, which was located along the north wall. The closet was 32 inches wide and 28 inches deep. The inside wall of the closet was the opposing side of the east wall of the bathroom, specifically the bathtub area. The only items which were observed in this closet were five (5) paint containers (four metal paint cans and one plastic paint container) sitting on top of a gray storage container. All of the paint containers were searched and each container had a small amount of paint remaining (approximately 1 -2 inches of paint in each container). The gray storage container was then removed from the closet and searched. The storage container held approximately 6 to 8 inches of what appeared to be powdered laundry detergent and a scooper. (The powder had the appearance and odor of laundry detergent). **NOTE** - The house did not have a modern washer or dryer installed.
At that time, the closet was empty and an examination was conducted. At the base of the closet's west wall, a panel was in place which would allow one to access the plumbing of the bathtub. The two phillips head screws which secured the panel were clean and appeared to be new. The panel measured 13 inches wide and 28 inches in height and was cream colored. The north edge of the panel was three inches from the north wall of the closet. The panel was removed. A small square wood panel, a metal heat shield and pieces of insulation were observed inside the plumbing chase. The insulation was not wrapped around any of the pipes nor was it plugging any holes to prevent drafts, it was haphazardly about the floor, which did not appear to serve any purpose. These items were all removed from the

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 395 |
|---|---|---|---|---|---|

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. N06-0909468 |
|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☐ INCIDENT ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ ELONY CRIMES PHAMPHLET | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT 04/01/08 |
|---|---|

| 3. OFFENSE CRIMINAL HOMICIDE | 4. VICTIM DEANNA NULL |
|---|---|

5. NARRATIVE

(7)

plumbing chase. TFC SLAVIN then inspected the small open areas which were along the length of the bathtub. TFC SLAVIN was able to view a sock on each side of the bathtub, approximately 18 inches west of the closet. The sock along the north side of the tub was removed first. This sock was torn open due to rodent activity. Inspection of this sock was conducted with the following discoveries; the sock was tied at one end (the other end was partially torn open, due to the rodent activity), this sock contained a plastic bag which was full of powdered laundry detergent and another sock which was also tied at one end, this second sock contained another plastic bag, the second plastic bag contained an item tightly wrapped inside a newspaper, the newspaper was unwrapped and a human right hand which was severed above the wrist was discovered. The sock located on the south side of the tub was then removed and inspected. The second sock was packaged in the same exact sequence and contained a human left hand which was also severed above the wrist.

There was powdered detergent in each of the socks and each plastic bag. The socks were very large; three of the four socks were solid white with the fourth sock being white with a gray tip (toe area). The plastic bags were sealable and approximately one gallon size. The newspaper wrapped around both nds was The Times Tribune (Scranton, PA), dated Monday 02/04/08: the right hand was wrapped by the Lifestyles section (Section C) and the left hand was wrapped by the Sports section (Section B).

On 03/08/08 at approximately 0900 hours, TFC VANLOUVENDER and TFC HILBERT arrived at the scene and were informed of the discovery. At that time, a crime scene entry log was started and maintained at the scene.

The items from the closet area were documented, photographed and packaged. The following items were collected from the southwest spare bedroom;

**Item #:**          **Description / Location:**

31.      Outer sock which contained right hand, north side of plumbing chase (white sock)
32.      Outer bag which contained right hand, north side of plumbing chase w/ detergent
33.      Inner sock which contained right hand, north side of plumbing chase (white sock)
34.      Inner bag which contained right hand, north side of plumbing chase
35.      Newspaper which contained right hand, north side of plumbing chase
36.      Outer sock which contained left hand, south side of plumbing chase (white sock)
37.      Outer bag which contained left hand, south side of plumbing chase

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | ☐ CONCUR ☐ NONCONCUR | 10. PAGE 396 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. N06-0909468 |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☐ INCIDENT ☒ OTHER HOMICIDE | | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ˙ELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR        D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED      N ☐ NOT APPLICABLE      ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT 04/01/08 |
|---|---|
| 3. OFFENSE CRIMINAL HOMICIDE | 4. VICTIM DEANNA NULL |

5. NARRATIVE

(8)

38.  Inner sock which contained left hand, south side of plumbing chase (white sock w/gray tip)
39.  Inner bag which contained left hand, south side of plumbing chase
40.  Newspaper which contained left hand, south side of plumbing chase
41.  Cream colored wood panel removed from plumbing chase w/2 screws
42.  Small wood square panel collected from plumbing chase
43.  Metal heat shield collected from plumbing chase
44.  Yellow insulation in small pieces w/ no backing, collected from plumbing chase around tub
45.  Grayish / blue plastic bin w/ laundry detergent collected from SW bedroom closet
46.  Two (2) white dryer sheets collected from duct work SW bedroom
47.  Several hair strands collected from Item #46 (dryer sheets)
57.  Right hand, north side plumbing chase
58.  Left hand, south side plumbing chase


On 03/08/08 at approximately 1115 hours, I transported both hands from the scene to PSP Fern Ridge. C SLAVIN continued to search the property. TFC SLAVIN conducted a second search of the basement area.

Upon arriving at PSP Fern Ridge I was assisted by Cpl. RADZIEWICZ. We attempted to obtain fingerprints from the hands. The hands were in very poor condition. The friction ridge sides of the hands were mummified and wrinkled; the backs of the hands were very soft. The following five (5) items were collected from the hands;

**Item #:**        **Description / Location:**

1.  Fingernail Clippings from Right hand (fingernails did not extend past end of fingers)
2.  Fingernail Clippings from Left hand (fingernails did extend past end of fingers, approximately 1/16[th] of an inch)
3.  Four Fingernails from Right hand, DNA
4.  Fingernail from Left Middle Finger, DNA
5.  Tissue Sample from Left hand, DNA

The right thumb was positively identified as the victim's fingerprint, Deanna NULL, on 03/09/08 by TFC BARLETTO. Please refer to TFC BARLETTO's report concerning the custody and identification of the hands.


------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | ☐ CONCUR ☐ NONCONCUR | 10. PAGE 397 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. N06-0909468 |
| --- | --- | --- | --- |
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☐ INCIDENT ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
| --- | --- | --- |
| ☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT 04/01/08 |
| --- | --- |
| 3. OFFENSE CRIMINAL HOMICIDE | 4. VICTIM DEANNA NULL |

**5. NARRATIVE**

(9)

On 03/08/08 at approximately 1435 hours, I spoke to Monroe County Deputy Coroner Cindy SKRZYPEK via telephone. I was informed that the State Police shall maintain custody of the hands until arrangements can be made with Dr. Sarah FUNKE for an examination by her to be conducted.

I returned to the scene on 03/08/08 at approximately 1745 hours. Upon my return, TFC SLAVIN was searching the master bedroom (northwest bedroom) and advised that he finished a second search of the basement area and collected the following additional items;

| Item #: | Description / Location: |
| --- | --- |
| 48. | Two (2) fingernail clippings collected from basement floor |
| 49. | Several strands of hair collected from PVC pipe (ceiling) west side of basement |
| 50. | A rusty I-bolt w/ telephone wire collected from west side basement floor joist (ceiling) |

**SEARCH OF MASTER BEDROOM:**

TFC SLAVIN and I searched the master bedroom on 03/08/08 and the following items were collected;

| | |
| --- | --- |
| 51. | White sock w/ gray tip, NW bedroom closet |
| 52. | A purple blanket, NW bedroom closet |
| 53. | A strand of hair collected from laundry basket NW closet, north side |
| 54. | A white towel collected from laundry basket NW closet |
| 55. | Five (5) white socks w/gray tips, NW bedroom closet in laundry basket |
| 56. | Six (6) white socks blue bin, NW bedroom closet |
| 59. | White med. Fruit of Loom T-shirt w/unk. Stain, on bed NW bedroom |
| 60. | Tan bed sheet collected from bed, NW bedroom |
| 61. | Pillow w/tan pillow case, bed south side, NW bedroom |
| 62. | Pillow w/tan pillow case, bed north side, NW bedroom |
| 63. | Tan bed sheet collected from bed, NW bedroom |
| 64. | White mattress protector, NW bedroom, bed, unk. Red stain |
| 65. | A multi colored blanket, NW bedroom, bed |
| 66. | Multi colored comforter, NW bedroom, bed |
| 67. | 3 gray socks, 2 white socks, NW bedroom, floor under south side bed area |
| 68. | 2 white socks from night stand |
| 69. | White sock NW bedroom. right top, dresser |

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 398 |
| --- | --- | --- | --- | --- | --- |

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. N06-0909468 |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☐ INCIDENT ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT 04/01/08 |
|---|---|
| 3. OFFENSE CRIMINAL HOMICIDE | 4. VICTIM DEANNA NULL |

5. NARRATIVE

(10)

70.     18 pair + 1 sock, white, top left dresser drawer (Various socks, some all white and some white w/gray tips)
71.     Two (2) white socks, NW bedroom dresser bottom right drawer
72.     Numerous religious documents NW bedroom, top of dresser
73.     Various items from top of dresser
74.     Fingernail clippers, NW bedroom, dresser top
75.     Black belt from bedroom closet

## SEARCH OF BATHROOM:

The bathroom was searched on 03/08/08 and 03/08/09 and the following items were collected;

76.     Nail clipper, middle shelf, medicine cabinet, bathroom
81.     Hair collected from toilet brush, (Item #82)
82.     Toilet brush

## SEARCH OF MIDDLE BEDROOM:

On 03/08/08 the middle bedroom located on the south side of the residence was searched. The bedroom was not furnished and no items of evidence were collected from this room.

## SEARCH OF HALLWAY CLOSET:

On 03/08/08 the hallway closet was searched and the following items was collected;

**Item #:**          **Description / Location:**

79.     Black leather tool bag w/ numerous tools, hallway closet, floor - (This tool bag did include a coping saw which had a fine tooth blade)

Due to the discovery of the hands and the items which were used to store them, the kitchen was searched a second time, and the following items were collected;

77.     Four (4) plastic bags, top drawer, right of sink (west of sink)
78.     One (1) plastic bag with detergent  from middle drawer, right of sink (west of sink)

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE Tpr. John R. CORRIGAN | BADGE NO. 8207 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 399 |
|---|---|---|---|---|---|

STATION

| SP 7-0051 (3-96) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO.<br>N06-0909468 |
|---|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☒<br>SUPPLEMENTAL INVESTIGATION REPORT ☐ | | ☐ INCIDENT<br>☒ OTHER HOMICIDE | | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ ELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION<br>PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT<br>04/01/08 |
|---|---|
| 3. OFFENSE<br>CRIMINAL HOMICIDE | 4. VICTIM<br>DEANNA NULL |

5. NARRATIVE                                                                                                    (11)

These bags were all visually identical to the plastic bags which the hands were stored in; also, the detergent in Item # 78 was also visually identical to the detergent found in the items from the southwest bedroom.

On 03/08/08 at approximately 1930 hours, the homeowner Oswaldo MERCADO, was escorted through the residence. At that time, MERCADO was requested to point out any items that appeared altered or changed from the time that HICKS moved into the house. MERCADO was not escorted into the attic or the southwest bedroom. MERCADO related that everything appeared as he remembered and that nothing appeared painted or disturbed.

The search on 03/08/08 was concluded at approximately 2200 hours. All items collected remained inside the residence, excluding Items # 57 and 58. (Cpl. RADZIEWICZ maintained possession of Items #57 and 58). The residence was secured overnight and Troopers from PSP Swiftwater maintained scene security overnight.

e search resumed on 03/09/08. TFC SLAVIN, Cpl. David ANDREUZZI and I participated in the search. This day was used primarily for processing the scene for latent fingerprints. Prior to processing for fingerprints, the exterior was searched to the rear / south of the residence and the basement was searched a third time, and the following items were collected;

80.        Two fingernail clippings, basement floor
105.      Hair band w/hair from sump pump

**SEARCH OF FIREPIT:**

On 03/09/08 the storage area beneath the garage concrete slab and an area where items have been burned (a fire pit); both located to the rear / south of the house, were searched. No items were collected from beneath the garage concrete slab. The measured distance from the rear of the house to the rear of the garage concrete slab was 96 feet and from the rear of the garage concrete slab to the center of the fire pit was 23 feet. The following items were collected from the fire pit and the surrounding area;

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE<br>Tpr. John R. CORRIGAN | BADGE NO.<br>8207 | 7. INVEST. RECM.<br>☒ CONT. ☐ TERM | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR<br>☐ NONCONCUR | 10. PAGE<br>400 |
|---|---|---|---|---|---|

STATION 1718

| SP 7-0051 (3-96) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO.<br>N06-0909468 |
|---|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE | | ☐ INCIDENT | | | | |
| CONTINUATION SHEET ☒ | | ☒ OTHER HOMICIDE | | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | | | ☐ | ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR         D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED      N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | | 2. DATE OF REPORT |
|---|---|---|
| PAPSP8300 / SWIFTWATER | | 04/01/08 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| CRIMINAL HOMICIDE | DEANNA NULL |

5. NARRATIVE

(12)

| Item #: | Description / Location: |
|---|---|
| 84. | Cell phone from fire pit |
| 85. | Unknown item from fire pit (the item was wrapped inside newspaper which was burned, the item appeared to be human flesh) |
| 86. | Two (2) glass vials from fire pit |
| 87. | Pipe from fire pit (suspected 'crack' pipe) |
| 88. | Hack saw handle, located a few feet south of the fire pit |

The scene was then processed for latent fingerprints. Items #83, 89-104, 106-121 were collected from the scene. Please refer to the attached Latent Print Worksheet for additional details.

A small black glove, which was similar to a small black glove collected from HICKS vehicle by TFC BARLETTO was collected from the top drawer next to the sink in the kitchen. This glove was labeled as Item #122.

On 03/10/08, TFC SLAVIN and Tpr. Dominic ANASTASI returned to the scene. Please refer to Tpr. SLAVIN's report for additional details and information concerning Items #123-132.

All of the collected evidence was packaged, sealed and transported to PSP Swiftwater and secured in the Swiftwater Forensic Services Office, until entered into the PSP Swiftwater property system by TFC SLAVIN. A copy of the search warrant inventory receipt was left in the residence upon the completion of the search. All of the photographs were forwarded to the Pennsylvania State Police Photography section for development. The digital images were downloaded from the camera onto a department computer. The images were then saved to a non re-writable compact disk. The CD and the negatives shall remain in the Troop N, Photo File. A copy of the CD has been provided to the investigating officer. The following photo file numbers have been assigned to this search;

------CONTINUED-----

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. John R. CORRIGAN | 8207 | ☒ CONT. ☐ TERM. | | ☐ NONCONCUR | 40/ |

STATION

1919

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
| | ☐ INCIDENT | | N06-0909468 |
| PENNSYLVANIA STATE POLICE | ☒ OTHER HOMICIDE | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| CONTINUATION SHEET ☒ | | | ☐ | ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | | |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
| ☐ FELONY CRIMES AGAINST THE PERSON  ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | C ☐ EXTRADITION DENIED | N ☐ NOT APPLICABLE  ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION    PAPSP8300 / SWIFTWATER | 2. DATE OF REPORT    04/01/08 |
| 3. OFFENSE    CRIMINAL HOMICIDE | 4. VICTIM    DEANNA NULL |

**5. NARRATIVE**

(13)

**08-244 K** Digitals, 03/07/08, HICKS Residence, Day #1
**L** Digitals, 03/08/08, HICKS Residence, Day #2
**M** Digitals, 03/09/08, HICKS Residence, Day #3
**N** Video, HICKS Residence
**O** HICKS Residence, 35 mm
**S** Panoramic photo, HICKS Residence
**V** Digitals, 03/10/08, HICKS Residence, Day #4
**W** Digitals, HICKS kitchen

All items collected from the HICKS residence were packaged and subsequently entered into the PSP Swiftwater evidence system, under the following property numbers;
**N6-8389 (W)** - Items collected from the house
**N6-8389 (Y)** - Items collected from the hands

On 03/14/08, Item #37, I changed the word inner to outer on the property record and the package. Item 7 should be the outer bag which contained the left hand from the south side of the plumbing chase.

On 03/28/08, Item #84 (cell phone from fire pit), was transported from PSP Swiftwater to PSP Hazleton by TFC SLAVIN. At that time, the phone was examined by Tpr. Scott SOTACK to determine if the SIM card was still intact. Tpr. SOTACK cleaned the item and determined that the item was actually a cordless handset. No further action was taken. The item was repackaged and sealed. The item was secured in the Troop N Forensic Services Unit evidence room.

On 03/15/08, I transported the following items from PSP Swiftwater to the PSP Hazleton. Items # 32, 34, 37, 39, 41, 77, 78, 89-104, 106-121. The items were secured in the Forensic Services Unit evidence room. Upon completion of these items being processed and compared, an additional report will be prepared.

**ATTACHMENTS:** (1) Crime scene diagrams
(2) Latent Print work Sheet

-----END-----

| 6. OFFICER'S NAME/SIGNATURE    Tpr. John R. CORRIGAN | BADGE NO.    8207 | 7. INVEST. RECM.    ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR  ☐ NONCONCUR | 10. PAGE    402 |

STATION

1920

# Exhibit 22

# Commonwealth of Pennsylvania



**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

## COUNTY OF MONROE

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: 14-43301-08 |
|---|---|---|

| Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER | Penna. State Police Swiftwater | 570-839-7701 | 03/07/08 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED AND SEIZED** *(Be as specific as possible):*
Any and all items capable of producing blunt force trauma including but not limited to hammers, axes, hatchets, baseball bats, fireplace tools and other items capable of producing blunt force trauma. Items or instruments capable of producing sharp force trauma such as knives, axes, hatchets, saws to include hand powered saws and mechanically powered saws, saw blades with and without blue markings on them. Other items to be searched for and seized, trace evidence including but not limited to bodily fluids, blood, plasma, salvia, semen, vaginal secretions; hairs to include head, body and pubic hair; fibers to include carpet fibers and fibers from linen such has bed sheets and clothing, in addition to fingerprint evidence. Items used to discard trash such as garbage bags, garbage cans and other similar items. Any receipts for purchase of the above mentioned items

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):*
This home is a one (1) story beige in color siding home with the numbers ▮▮▮ on the front of the home, located on ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** *(If proper name is unknown, give alias and/or description):*
Charles Ray HICKS, DOB: ▮▮▮   SSN: ▮▮▮ .

| VIOLATION OF *(Describe conduct or specify statute):*  18 Pa. C.S.A. Criminal Homicide | DATE(S) OF VIOLATION: 01/19/08-01/29/08 |
|---|---|

[X] *Warrant Application Approved by District Attorney – DA File No.* ▮▮▮
  *(If DA approval required per Pa.R.Crim.P. 2002A with assigned File No. per Pa.R.Crim.P. 107)*  C, DAVID CHRISTINE JR
[ ] *Additional Pages Attached (Other than Affidavit of Probable Cause)*
[ ] *Probable Cause Affidavit(s) MUST be attached (unless sealed below)*  Total number of pages: _____

**TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED**
The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| _(signature)_ | Pennsylvania State Police Troop N, Swiftwater | 7212/6882 |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 7 day of MAR 2008. Mag. Dist. No. 43-3-01

_(signature)_ 5520 Memorial Blvd Tobyhanna Pt 18466    (SEAL)
Signature of Issuing Authority    Office Address

## SEARCH WARRANT

**TO LAW ENFORCEMENT OFFICER:**  WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

[X] This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
[ ] This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **

3 30 P M, o'clock  9 MAR 2008.

*  The issuing authority should specify a date not later than two (2) days after issuance.  Pa.R.Crim.P. 2005(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked.  Pa.R.Crim.P. 2006(g).

Issued under my hand this 7 day of MAR 2008 at 3 30 P M, o'clock.

_(signature)_ 43-3-01    Jan 2014 (SEAL)
Signature of Issuing Authority    Mag. Dist. or Judicial Dist. No.    Date Commission Expires:

Title of Issuing Authority: [X] District Justice  [ ] Common Pleas Judge  [ ] _____

[X] *For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature.  (Pa.R.Crim.P. 2011)* 1891

_____  _____
                                                                      (Date)  (SEAL)
**Signature of Issuing Authority** *(Judge of the Court of Common Pleas or Appellate Court Justice or Judge)*

AOPC 410A-02-05-99

*(vertical right margin)* TO BE COMPLETED BY THE ISSUING AUTHORITY

PAGE ___ STATION



# Commonwealth of Pennsylvania

**COUNTY OF MONROE**



# AFFIDAVIT OF PROBABLE CAUSE

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

Trooper Robert SEBASTIANELLI, being duly sworn according to law deposes and says:

I am a law enforcement officer of the Commonwealth of Pennsylvania within the meaning of section 5702 of Title 18 Pa. C.S.A. and as such am empowered to make arrests for criminal offenses enumerated in Title 18 Pa. C.S.A. I have been a member of the Pennsylvania State Police since 1993 and I am currently a Trooper assigned to the Criminal Investigation Unit at Troop N, Swiftwater, Monroe County Pennsylvania, a position I have held since 1995. During that time I have investigated numerous criminal offenses enumerated in 18 Pa. C.S.A. including 18 Pa. C.S.A. 2501 Criminal Homicide. During my career with the Pennsylvania State Police I have been involved in approximately thirty (30) Criminal Homicide investigations. Many of these investigations have resulted in the arrest and successful prosecution of individuals for Criminal Homicide and related offenses.

Trooper Craig VANLOUVENDER, being dully sworn according to law deposes and says:

I am a law enforcement officer of the Commonwealth of Pennsylvania within the meaning of section 5702 of Title 18 Pa. C.S.A. and as such am empowered to make arrests for criminal offenses enumerated in Title 18 Pa. C.S.A. I have been a member of the Pennsylvania State Police since 1992 and I am currently a Trooper assigned to the Criminal Investigation Unit at Troop N, Swiftwater, Monroe County Pennsylvania, a position I have held since 1995. During that time I have investigated numerous criminal offenses enumerated in 18 Pa. C.S.A. including 18 Pa. C.S.A. 2501 Criminal Homicide. During my career with the Pennsylvania State Police I have been involved in approximately thirty (30) Criminal Homicide investigations. Many of these investigations have resulted in the arrest and successful prosecution of individuals for Criminal Homicide and related offenses.

On 01/29/08, at approximately 0907 hours the Pennsylvania State Police Troop N, Swiftwater received a call from a Pennsylvania Department of Transportation regarding the discovery of possible body parts in the median of Interstate 380, Coolbaugh Township, Monroe County Pennsylvania. Members of the State Police Swiftwater Patrol Unit responded to Interstate 380 North Bound in Coolbaugh Township, Monroe County and verified that human body remains had indeed been discovered.

A search of Interstate 380 north and south bound, in addition to interstate 80 east and west bound in Monroe and Lackawanna Counties led to the discovery of additional body parts which were in eight (8) different locations in Monroe and Lackawanna Counties. All of the body parts appeared to be frozen. The eight locations and body part discovered at the location are as follows:

(1). SR 380 North Bound mile marker 4.1 in Coolbaugh Township, Monroe County in the median left and right foot along with a calf discovered in a black garbage bag with blue tie strings.

(2). SR 380 North bound at mile marker 5.2, in Coolbaugh Township, Monroe County in the median, an arm in a black garbage bag with blue ties.

(3). SR 380 North bound at mile marker 5.6, in Coolbaugh Township, Monroe County in the median, a leg with a knee in a black garbage bag with blue ties.

(4). SR 380 North bound mile marker 0.4 in Jackson Township, Monroe County in the median, intestines and upper part of a torso in a black garbage bag with blue tie strings.

(5). SR 380 North bound mile marker 14.5 in Clifton Township, Lackawanna County in the median, lower half of a torso including buttocks. Found at this location in close proximity was a black garbage bag with blue tie strings.

(6). SR 380 South bound mile marker 7.5 in Coolbaugh Township, Monroe County (exit 8) off to the right side of the entrance ramp to 380 a head which appeared to be female. Approximately 375 south of the head a black garbage bag with blue tie strings was discovered, which appeared to have been torn open.

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER , BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | 03/07/08 Date | Issuing Authority Signature | 3/7/08 Date | (SEAL) |
|---|---|---|---|---|

| **Commonwealth of Pennsylvania**  | **AFFIDAVIT OF PROBABLE CAUSE** |
|---|---|
| **COUNTY OF MONROE** | |

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

(7). Interstate 80 West bound at mile marker 306.6 in Stroudsburg Borough, Monroe County, off to the right side of the roadway an arm in a black garbage bag with blue tie strings.

(8). Interstate 80 East bound at mile marker 294.8 in Pocono Township, Monroe County in the median a leg in a black garbage bag with blue tie strings.

All of the body parts were collected by the Troop N, Swiftwater Forensic Service Unit and turned over to the Monroe county Coroners Office, Chief Deputy Coroner Jody HUTTON. There was no clothing discovered with any of the body parts.

On 01/30/08 your affiants attended an autopsy conducted on the body parts discovered on Interstate 380 and 80 on 01/29/08. The autopsy was conducted by Forensic Pathologist Doctor Sarahlee FUNKE of Forensic Pathology Associates at the Lehigh Valley Medical Center in Allentown, Pennsylvania. The autopsy revealed that the victim suffered several blunt force and sharp force trauma injuries any of which could have caused her death. Doctor FUNKE listed the manner of death as Homicide and the cause of death as Homicidal Violence. Doctor FUNKE noted that the victim suffered from blunt force trauma, including a laceration to the back of the head and numerous injuries to her right side causing multiple broken ribs. The victim is described as a white female approximately 5 feet 7 inches tall and heavy set. The victim is believed to be in her late twenties to thirties and was labeled Jane DOE. Doctor FUNKE related that the victim had been dead for at least four (4) or five (5) days because she has not been able to obtain vitreous fluid from the eyes. The autopsy was attended by Doctor Dennis ASEN, Forensic Odontologist from Allentown, Pennsylvania. Doctor ASEN related that the victim had thirteen (13) teeth removed as a result of dental procedures.

On 01/31/08 at approximately 2200 hours, Trooper James CURTO of the State Police Troop N, Hazleton Crime Unit, Spoke with Deanna BRYAN. She related that she had been contacted by a person named Mike. He advised BRYAN that he had not seen her daughter, Deanna NULL, for the past few weeks at the soup kitchen in Scranton, Pennsylvania. BRYAN explained that when she initially heard of this investigation through the media, she thought that it was possible her daughter Deanna NULL. After speaking with Mike and learning of the description of the victim she realized it was time to contact police.

On 02/01/08, Trooper SEBASTIANELLI contacted Deanna BRYAN and learned that her daughter, Deanna NULL had spent time at the State Correctional Institution at Muncy. While at Muncy Deanna NULL had dental worked done while she was an inmate. On 02/01/08 Trooper Craig VANLOUVENDER contacted the State Correctional Institution at Muncy and learned that Deanna NULL, was incarcerated at Muncy from 2005 through 2006. The medical records unit at Muncy confirmed that Deanna NULL had dental work performed while she was an inmate at Muncy. The medical records unit confirmed that they had records and x-rays of this dental work.

On 02/01/08, Monroe County Detective Manuel VARKANIS obtained a court order from the Honorable Margherita WORTHINGTON Judge in the 43rd, Judicial District of Pennsylvania Monroe County. This court order directed SCI Muncy to provided Medical and dental records for Deanna NULL.

On 02/01/08, Cpl. Shawn WILLIAMS of the Troop N, Hazleton Criminal Investigative Assessment Unit took possession of dental x-rays of Deanna NULL. Cpl. WILLIAMS later met Dr. Dennis ASEN, who compared the x-rays of NULL with the jaw of the female victim whose autopsy was performed on 01/30/08. ASEN positively identified the Jane DOE victim as Deanna NULL white, female DOB: ▮▮▮▮▮

On 02/06/08 Doctor Conrad B. QUINTYN Ph.D. Forensic Anthropologist with the Department of Anthropology at Bloomsburg University conducted a Forensic Anthropological Analysis (wound analysis) of the remains of Deanna Marie NULL (victim). In his report Doctor QUINTYN writes "The analysis of superficial and deep incisive wounds in soft tissue and bone surfaces in several regions of the body suggest that two (2) sharp-edged tools were used in the dismemberment of the victim: a knife—knife cut wounds in soft tissue and a saw to cut through bone. Subsequently in his report Doctor QUINTYN writes " Suggestions/tools/weapons to look for): Knife: based on incisions on soft tissue: single-edged—no serrations at tip.(CONTINUED)

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| ~~TPR Cg Ven~~ _(signature)_ | 03/07/08 | _(signature)_ | 3/7/08 | (SEAL) |
|---|---|---|---|---|
| **Affiant Signature** | **Date** | **Issuing Authority Signature** | **Date** | |

**Commonwealth of Pennsylvania**

**COUNTY OF MONROE**



**AFFIDAVIT OF PROBABLE CAUSE**

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

Saw type (Mechanically Powered); based mainly on the exceptionally deep false start in right foot above the ankle; hand held power saw, with reciprocating action and sharp fine teeth set in straight blade more than likely chisel tooth type.

On 01/30/08 at approximately 1310 hours Trooper Michael MISLEVY interviewed Amanda Marie ROSSI. ROSSI related that her and her boyfriends mother, Caroline Ann FERRY, were traveling SR 380 north at approximately 1900 hours on 01/26/08. ROSSI related that they saw something in the roadway resembling a back without a neck or head. ROSSI related that at this time she saw something resembling a mannequin head with black hair. ROSSI related that the body parts were in the north bound lanes of SR 380.

On 01/30/08 at approximately 1500 hours Trooper Michael MISLEVY interviewed Caroline Ann FARRY. FARRY related that her and ROSSI were traveling north on SR 380 when she saw something small with black hair in the middle of the passing lane. FARRY related that she then saw what appeared to be a torso in the center of both lanes.

On 02/03/08 Trooper Craig VANLOUVENDER interviewed Edmund PISANO owner and proprietor of Pisano's Smoke Shop located on ▮▮▮▮▮▮▮▮▮▮▮. VANLOUVENDER showed PISANO a picture of the victim and he related that he knew her from coming into the shop. PISANO added that she was always in the store.

On 02/03/08 Trooper Craig VANLOUVENDER interviewed Vito BANNON, an employee at Pisano's Smoke Shop. BANNON related that during the week he works in the back of the store, but on weekends he works retail at the store. BANNON advised that he just started working retail and this was only his second weekend working retail. BANNON advised that the first weekend he worked retail was January 19-January 20, 2008. VANLOUVENDER showed BANNON a picture of the victim and he remembered her coming into the store and buying a beer the last weekend he worked which would have been January 19-January 20, 2008. BANNON believed that the victim came in on Saturday around noon. BANNON advised that he never saw the victim after this encounter.

On 02/03/08, Trooper Robert SEBASTIANELLI and Trooper Craig VANLOUVENDER interviewed Dennis INGEL aka "Irish", Homeless ▮▮▮▮▮ at the Scranton Police Station. INGLE related that he knew Deanna NULL and he was a friend of hers. INGLE related that he knew Deanna NULL for approximately three (3) months now. Upon investigation it is believed that INGLE'S observation of the victim was the same time period as BANNON. INGLE related that she was exiting Pisano's Smoke shop on ▮▮▮▮▮▮▮▮. INGLE advised NULL entered a dark blue in color vehicle with a rag/leather type top. INGLE believed that the car was an older model car. INGLE related that the license plate was white in color, but he could not see the numbers. INGLE related that as NULL entered the vehicle he saw a black male exit the vehicle. INGLE related that the black male had a short military style haircut and was approximately 6 feet 2 inches tall with a muscular build. INGLE related that three (3) or four (4) days prior to this he was speaking with Deanna NULL and asked her where she had been lately. INGLE related that Deanna told him that she went to Tobyhanna for the weekend. NULL said that she stayed one night and came back Friday night after she got the guy to drive her back. INGLE related that the last time he saw Deanna NULL was when she got into the car with the black male on Oliver Street, in Scranton.

It is believed that the observations of INGLE and BANNON concerning the victim Deanna NULL are the last known sightings of the victim prior to the discovery of her remains.

On 03/05/08, at approximately 1644 hours Trooper Robert SEBASTIANELLI and Trooper Michael MISLEAVY showed a picture of HICK'S Mercury Grand Marquis with Texas registration BPN815 to James Frances PIDGEON at his apartment in ▮▮▮▮. PIDGEON related that this was the car that he saw the victim in on 01/18/08 when he was approached by a black male who asked him if he wanted to have a good time with the girls in the car. PIDGEON related that one of these girls was the victim Deanna NULL who he knew. PIDGEON was shown a photograph of the owner of the car Charles Ray HICKS. PIDGEON related that he was quite sure but not positive that this was the black male who was driving the car that the victim was in when he saw her on 01/18/08

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER , BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date | Issuing Authority Signature | Date | (SEAL) |
|---|---|---|---|---|
| TPR Lj Van | 03/07/08 | | 3/7/08 | |

Page 4 of 6 Pages

1894

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| **COUNTY OF MONROE** | | |

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

On 03/07/08 at approximately 0905 hours Trooper Robert SEBASTIANELLI and Trooper Craig VANLOUVENDER interviewed Charles Ray HICKS, DOB: ▮▮▮▮ SSN: ▮▮▮▮ at the Swiftwater barracks. Before HICKS was asked any questions he was read his rights from a State Police Rights, Warning and Waiver card. HICKS related that he understood his rights and would answer questions. HICKS signed the waiver form. HICKS related that he has been working at the Tobyhanna Army Depot since 01/02/08. HICKS related that he has been living at ▮▮▮▮ now for approximately one (1) month. HICKS admitted to being in the company of the victim Deanna NULL. HICKS related that on two (2) separate occasions he picked up Deanna NULL in Scranton and drove her around in his Mercury Grand Marquis. HICKS related that on both occasions he had sex with Deanna NULL. HICKS related that on the first occasion he had sexual intercourse in his vehicle with Deanna and on the second occasion he had oral sex with Deanna in his car. HICKS related that he smoked crack cocaine with the victim and he would even look for Deanna in order to get crack cocaine. HICKS related that Deanna would want drugs in return for sex and HICKS would give her drugs and money for sex. HICKS related that Deanna was never in his house or in Tobyhanna with him. HICKS related that he was not positive of the last time he saw Deanna NULL but it could have been as late as January 18th, 2008. HICKS related that he has a tool chest at his house with screw drivers, and other tools such as saws, using the plural form. When asked what kind of saws he has HICKS related that it was a hack saw using the singular form. HICKS was asked if there would be any evidence that Deanna NULL was in the trunk of his car and HICKS stated "there shouldn't be."

On 03/06/07 your affiants obtained a sealed search warrant in order to search the Mercury Grand Marquis owned by Charles Ray HICKS. This search warrant was signed a sealed by the Honorable Ronald VICAN President Judge of the 43rd, Judicial District of Pennsylvania Monroe County.

On 03/06/07 members of the Troop N, Hazleton Forensic Services Unit executed the search warrant on HICKS vehicle after the search warrant was served on HICKS. During a search of the trunk of the vehicle a die hard work boot was discovered with what appeared to be stains on it. A presumptive test for the presence of blood was conducted on this boot. The presumptive test for blood was positive for the presence of blood.

On 03/07/08 HICKS was asked about the boots in the trunk of his car. HICKS related that these were his work boots from home and he has worn them since he has been in the Pocono's. HICKS was asked why there may be blood stains on these boots. HICKS stated that he did not know. HICKS was asked if there would be any reason why this blood would be Deanna NULL'S blood. HICKS stated "I can't explain that."

Based upon our investigation to date, HICKS was the last person seen with the victim. The victim was killed within several days of being seen with HICKS. The victim had claimed she had spent a night in Tobyhanna. HICKS admits to having sexual relations with the victim on two occasions. HICKS admits to ingesting crack cocaine with the victim and struggling with addiction to crack cocaine and alcohol. HICKS admits that he is not currently on any medications, but in the past has been prescribed psychiatric medications including Rispiridol, Siroqil, Ambilify and Zoloft. The victim's head was found approximately 200 yards from the ▮▮▮▮ ▮▮▮▮ address. HICKS cannot explain the presumptive presence of blood on a pair of work boots in the trunk of his vehicle.

On 03/04/08 Trooper Shawn HILBERT queried Charles Ray HICKS through the Texas Intelligence Center and learned that HICKS had been arrested for assault causing bodily injury in 2002, aggravated sexual assault in 2003, and aggravated robbery in 2007. Trooper HILBERT related that he learned that HICKS was arrested in the state of Virginia in 2006 for assault and battery and Possession of a controlled substance in 2006.

Based upon the above information your affiants respectfully request that a search warrant be issued for the home of Charles Ray HICKS, DOB: ▮▮▮▮ SSN: ▮▮▮▮ . This home is a one (1) story beige in color siding home with the numbers ▮▮ on the front of the home, located on SR ▮▮▮▮ . Charles Ray HICKS has been residing at this residence for approximately six (6) weeks now.     **(CONTINUED)**

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| _____ | 03/07/08 | _____ | 3/7/08 | (SEAL) |
|---|---|---|---|---|
| Affiant Signature | Date | Issuing Authority Signature | Date | |

Page 5 of 6 Pages

1895

STATION

**Commonwealth of Pennsylvania**

**COUNTY OF MONROE**



**AFFIDAVIT OF PROBABLE CAUSE**

| Docket Number | Police Incident | Warrant Control |
|---|---|---|
| (Issuing Authority): | Number: N6-909468 | Number: |

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

   The items to be searched for and seized include but are not limited too:  Any and all items capable of producing blunt force trauma including but not limited to hammers, axes, hatchets, baseball bats, fireplace tools and other items capable of producing blunt force trauma.  Items or instruments capable of producing sharp force trauma such as knives, axes, hatchets, saws to include hand powered saws and mechanically powered saws, saw blades with and without blue markings on them.  Other items to be searched for and seized, trace evidence including but not limited to bodily fluids, blood, plasma, salvia, semen, vaginal secretions; hairs to include head, body and pubic hair; fibers to include carpet fibers and fibers from linen such has bed.  Other items to be searched for and seized, trace evidence including but not limited to bodily fluids, blood, plasma, salvia, semen, vaginal secretions; hairs to include head, body and pubic hair; fibers to include carpet fibers and fibers from linen such has bed sheets and clothing, in addition to fingerprint evidence.  Items used to discard trash such as garbage bags, garbage cans and other similar items.  Any receipts for purchase of the above mentioned items.

I, Tpr. Robert SEBASTIANELLI/Tpr. Craig VANLOUVENDER , BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| | | | | |
|---|---|---|---|---|
| _Affiant Signature_ | 03/07/08 | _Issuing Authority Signature_ | 3/7/08 | (SEAL) |
| | Date | | Date | |

Page 6 of 6 Pages

1896

STATION

PAGE 6 OF 11

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

| Commonwealth of Pennsylvania | RECEIPT / INVENTORY |
|---|---|
| COUNTY OF _MONROE_ | OF SEIZED PROPERTY |

| Docket Number (Issuing Authority): | Police Incident Number: NO-909408 | Warrant Control Number: 14-43301-08 |
|---|---|---|

| Date of Search: 03/07/08 | Time of Search: 1500 | Inventory Page Number: 1 of 15 Pages |
|---|---|---|

| TPR Robert SEBASTIANELLI TPR CRAIG VANLOOVENDER | PA. STATE POLICE | 722/6892 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person) _____

☒ was left at (describe the location) ████████████████

| Item Number | Quantity | Item Description — Make, Model, Serial No., Color, etc. |
|---|---|---|
| 1 | 1 | UNKNOWN MATERIAL FROM BASEMENT FLOOR |
| 2 | 1 | A COSMETIC ITEM COLLECTED FROM SE CORNER OF BASEMENT |
| 3 | 1 | FADED GLORY SIZE 16 STRETCH BLUE JEANS FROM BASEMENT WINDOW |
| 4 | 1 | A WHITE IN COLOR W/ RUST SAWZAW BLADE, UNDER MAT, BOTTOM OF STEPS |
| 5 | 1 | 2 SUSPECTED STRANDS OF HAIR, 3RD STEP FROM BASEMENT LEFT SIDE FRONT |
| 6 | 1 | COLLECTION OF HAIRS FROM BASEMENT STAIRS |
| 7 | 1 | A FLOOR MAT COLLECTED FROM BASEMENT FLOOR, BOTTOM OF STEPS |
| 8 | 1 | A COSMETIC EYE LINER UNDER PALLET ALONG EAST WALL, NORTH EAST PALLET |
| 9 | 1 | A BOOTY WHITE SOCK GAP BRAND ALONG EAST WALL SOUTH PALLET |
| 10 | 1 | A BAG COLLECTED FROM NORTH PALLET ALONG EAST WALL |
| 11 | 1 | A COSMETIC EYE LINER COLLECTED UNDER SOUTH PALLET EAST SIDE |
| 12 | 1 | BLACK UTILITY KNIFE, BASEMENT FLOOR EAST WALL |
| 13 | 1 | COLLECTION OF HAIRS FROM UTILITY KNIFE |
| 14 | 1 | BLACK SOCK FROM UNDER WATER HEATER |
| 15 | 1 | A BROWN SOCK COLLECTED ALONG SOUTH WALL |
| 16 | 1 | A BALL OF PAINTING TAPE, GREEN IN COLOR, ALONG SOUTH WALL |
| 17 | 1 | A PIECE OF BLACK PLASTIC BAG ON NAIL ON CENTER WOOD PILLAR (W/NAIL) 18" |
| 18 | 1 | PIECE OF BLACK PLASTIC GARBAGE BAG COLLECTED FROM UNDER STEPS |
| 19 | 1 | WHITE TOWEL FROM BASEMENT WINDOW |
| 20 | 1 | ONE PACKAGE WITH (5) FIVE BLACK GARBAGE BAGS WITH BLUE TIES |
| 21 | 1 | HAIRS FROM UNDER CUSHIONS OF LOVE SEAT & FLOOR UNDER LOVE SEAT |
| 22 | 1 | 2 KNIVES FROM COUNTERTOP KITCHEN |
| 23 | 1 | 1-ONE USED ROLL OF GARBAGE BAGS  KITCHEN DRAWER |
| 24 | 1 | ONE - " HELL HERE IS IT PART OF DIVINE JUSTICE" BROCHURE FROM COFFEE TABLE IN LIVING ROOM |
| 25 | 1 | 1-ONE LONG HAIR FROM BOTTOM OF BUCKET  KITCHEN |
| 26 | 1 | 1-ONE PLASTIC SINK TRAP  KITCHEN SINK |
| 27 | 1 | 1-ONE EMPTY BOX OF ENOZ BRAND MOTH BALLS  ATTIC |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| Signature: TPR _[signature]_ | Printed Name: CORRIGAN | Affiliation: PSP | Badge or Title: 8207 |
|---|---|---|---|
| Signature of person Issuing Receipt / Inventory | Printed Name | Affiliation | Badge or Title |
| _[signature] John E. S_ | SLAVAN | PSP | 779 |
| Signature of Witness | Printed Name | Affiliation | Badge or Title |
| TPR _[signature]_ | CORRIGAN  1897 | PSP | 8207 |
| Signature of person making Search | Printed Name | Affiliation | Badge or Title |

AOPC 413B 12-09-98

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

| **Commonwealth of Pennsylvania** | **RECEIPT / INVENTORY** OF SEIZED PROPERTY |
|---|---|
| **COUNTY OF** MONROE | |

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: 14-43301-08 |
|---|---|---|
| Date of Search: 03/07/08 | Time of Search: 1500 | Inventory Page Number: 2 of 5 Pages |

| TPR. ROBERT SEBASTIANELLI TPR. CRAIG VANGOUVENOR | PA. STATE POLICE | 7211 6882 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person) _____

☒ was left at (describe the location) ████████ _____

| Item Number | Quantity | Item Description                    Make, Model, Serial No., Color, etc. |
|---|---|---|
| 28 | 1 | 1 - BLACK BAG / BRIEFCASE W/ PAPERS FROM LIVING ROOM FLOOR NEAR COUCH |
| 29 | 1 | 1 - ONE WOODEN KNIFE BLOCK SET (MISSING ONE KNIFE) KITCHEN |
| 30 | 1 | 1 - ONE LIBMAN MOP KITCHEN |
| 31 | 1 | 1 - OUTER SOCK WHICH CONTAINED RIGHT HAND NORTH SIDE OF PLUMBING CHASE 03/08/07 |
| 32 | 1 | 1 - OUTER BAG, WHICH CONTAINED RIGHT HAND, NORTH SIDE OF PLUMBING CHASE W/ DETERGENT |
| 33 | 1 | 1 - INNER SOCK, WHICH CONTAINED RIGHT HAND, NORTH SIDE OF PLUMBING CHASE |
| 34 | 1 | 1 - INNER BAG WHICH CONTAINED RIGHT HAND, NORTH SIDE OF PLUMBING CHASE |
| 35 | 1 | 1 - NEWSPAPER WHICH CONTAINED RIGHT HAND, NORTH SIDE OF PLUMBING CHASE |
| 36 | 1 | 1 - OUTER SOCK WHICH CONTAINED LEFT HAND, SOUTH SIDE OF PLUMBING CHASE |
| 37 | 1 | 1 - INNER BAG, WHICH CONTAINED LEFT HAND, SOUTH SIDE OF PLUMBING CHASE W/ DETERGENT |
| 38 | 1 | 1 - INNER SOCK, WHICH CONTAINED LEFT HAND, SOUTH SIDE OF PLUMBING CHASE |
| 39 | 1 | 1 - INNER BAG WHICH CONTAINED LEFT HAND, SOUTH SIDE OF PLUMBING CHASE |
| 40 | 1 | 1 - NEWSPAPER WHICH CONTAINED LEFT HAND, SOUTH SIDE OF PLUMBING CHASE |
| 41 | 1 | 1 - A CREAM IN COLOR WOOD PANEL REMOVED FROM PLUMBING CHASE W/ 2 SCREWS |
| 42 | 1 | 1 - A SMALL WOOD SQUARE PANEL, COLLECT FROM PLUMBING CHASE |
| 43 | 1 | 1 - A METAL HEAT SHIELD COLLECTED FROM PLUMBING CHASE |
| 44 | 1 | 1 - YELLOW INSULATION IN SMALL PIECES W/ NO BACKING, COLLECT FROM PLUMBING CHASE AROUND TUB |
| 45 | 1 | 1 - GREYISH / BLUE PLASTIC BIN W/ LAUNDRY DETERGENT COLLECTED FROM SW BEDROOM CLOSET |
| 46 | 1 | 2 - WHITE DRYER SHEETS COLLECTED FROM DUCT WORK SW BEDROOM |
| 47 | 1 | SEVERAL HAIR STRANDS COLLECTED FROM ITEM #46 |
| 48 | 1 | 2 FINGERNAIL CLIPPINGS COLLECTED FROM BASEMENT FLOOR |
| 49 | 1 | SEVERAL STRANDS OF HAIR COLLECTED FROM PVC PIPE WEST SIDE OF BASEMENT |
| 50 | 1 | A RUSTY I-BOLT W/ TELEPHONE WIRE COLLECTED FROM WEST SIDE BASEMENT FLOOR JOIST |
| 51 | 1 | WHITE SOCK W/ GREY TIP, N/W BEDROOM CLOSET |
| 52 | 1 | A PURPLE BLANKET IN N/W BEDROOM CLOSET |
| 53 | 1 | A STRAND OF HAIR COLLECTED FROM LAUNDRY BASKET N/W CLOSET NORTH SIDE |
| 54 | 1 | A WHITE TOWEL COLLECTED FROM LAUNDRY BASKET N/W CLOSET |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| TPR _____ | CORRIGAN | PSP | 8207 |
|---|---|---|---|
| Signature of person Issuing Receipt / Inventory | Printed Name | Affiliation | Badge or Title |
| _____ | SLAVAN | PSP | 7719 |
| Signature of Witness | Printed Name | Affiliation | Affiliation or Title |
| TPR _____ | CORRIGAN    1898 | PSP | 8207 |
| Signature of person making Search | Printed Name | Affiliation | Badge or Title |

AOPC 413B 12-09-98

| Commonwealth of Pennsylvania | **RECEIPT / INVENTORY** OF SEIZED PROPERTY |
|---|---|
| COUNTY OF  MONROE | |

| Docket Number (Issuing Authority): | Police Incident Number: N06-909468 | Warrant Control Number: 14-43301-08 |
|---|---|---|

| Date of Search: 03/07/08 | Time of Search: 1500 | Inventory Page Number: 3 of 5 Pages |
|---|---|---|

| TPR ROBERT SEBASTIANELLI / TPR CRAIG VANLIEUSNDER | PA STATE POLICE | 7421/182 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was
☐ personally served on (name of person) _____
☑ was left at (describe the location) ██████████

| Item Number | Quantity | Item Description                Make, Model, Serial No., Color, etc. |
|---|---|---|
| 55 | 1 | FIVE (5) WHITE SOCKS W/GREY TIPS N/W BEDROOM CLOSET IN LAUNDRY BASKET |
| 56 | 1 | SIX (6) WHITE SOCKS IN BLUE BIN N/W BEDROOM CLOSET |
| 57 | 1 | RIGHT HAND NORTH SIDE PLUMBING CHASE |
| 58 | 1 | LEFT HAND SOUTH SIDE PLUMBING CHASE |
| 59 | 1 | WHITE NED FROOT OF LOOM T-SHIRT W/UNK TYPE STAIN, ON BED N/W BEDROOM |
| 60 | 1 | TAN BED SHEET COLLECTED FROM N/W BEDROOM BED |
| 61 | 1 | PILLOW W/TAN PILLOW CASE N/W BEDROOM BED SOUTH SIDE |
| 62 | 1 | PILLOW W/TAN PILLOW CASE N/W BEDROOM BED NORTH SIDE |
| 63 | 1 | TAN BED SHEET N/W BEDROOM BED |
| 64 | 1 | A WHITE MATTRESS PROTECTOR N/W BEDROOM BED, UNK. RED STAIN |
| 65 | 1 | A MULTI COLORED BLANKET N/W BEDROOM |
| 66 | 1 | MULTI COLORED COMFORTER N/W BEDROOM BED |
| 67 | 1 | 3 GREY SOCKS 2 WHITE SOCKS N/W BEDROOM FLOOR UNDER SOUTHSIDE BED AREA |
| 68 | 1 | 2 WHITE SOCKS FROM NIGHT STAND |
| 69 | 1 | WHITE SOCK N/W BEDROOM RIGHT TOP DRESSER |
| 70 | 1 | 18 PAIR + 1 SOCK WHITE TOP LEFT DRESSER DRAWER |
| 71 | 1 | TWO (2) WHITE SOCKS, N/W BEDROOM DRESSER BOTTOM RIGHT DRAWER |
| 72 | 1 | NUMEROUS RELIGIOUS DOCUMENTS N/W BEDROOM TOP OF DRESSER |
| 73 | 1 | VARIOUS ITEMS FROM TOP OF DRESSER |
| 74 | 1 | A PAIR FINGER NAIL CLIPPERS N/W BEDROOM DRESSER TOP |
| 75 | 1 | BLACK BELT FROM BEDROOM CLOSET |
| 76 | 1 | NAIL CLIPPER MIDDLE SHELF MEDICINE CABINET BATHROOM |
| 77 | 1 | FOUR (4) PLASTIC BAGS TOP DRAWER RIGHT OF SINK |
| 78 | 1 | ONE (1) PLASTIC BAG WITH DETERGENT FROM MIDDLE DRAWER RIGHT OF SINK |
| 79 | 1 | BLACK LEATHER TOOL BAG W/NUMEROUS TOOLS HALLWAY CLOSET |
| 80 | 1 | TWO FINGER NAIL CLIPINGS BASEMENT FLOOR |
| 81 | 1 | HAIR COLLECTED FROM TOILET BRUSH |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)–Unsworn Falsification to Authorities.

| | CORRIGAN | PSP | 8207 |
|---|---|---|---|
| Signature of person Issuing Receipt / Inventory | Printed Name | Affiliation | Badge or Title |
| | SLOVAN | PSD | 7719 |
| Signature of Witness | Printed Name | Affiliation | Badge or Title |
| | CORRIGAN   1899 | PSP | 8207 |
| Signature of person making Search | Printed Name | Affiliation | Badge or Title |

AOPC 413B 12-09-98

**Commonwealth of Pennsylvania**

**RECEIPT / INVENTORY**
OF SEIZED PROPERTY

COUNTY OF  MONROE

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: 14-4330-08 |
|---|---|---|

| Date of Search: 03/07/08 | Time of Search: 1500 | Inventory Page Number: 4 of 5 Pages |
|---|---|---|

TPR. ROBERT SEBASTIANELLE
TPM. CRAIG VANGOUVENOER — Affiant  |  PA. STATE POLICE — Agency or Address if private affiant  |  7212 / 6882 — Badge No.

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was

☐ personally served on (name of person) ████████

☒ was left at (describe the location) ████ ████████

| Item Number | Quantity | Item Description — Make, Model, Serial No., Color, etc. |
|---|---|---|
| 82 | 1 | TOILET BRUSH |
| 83 | 1 | MIKROSIL LIFT, LIVING ROOM WALL |
| 84 | 1 | CELL PHONE FROM FIRE PIT |
| 85 | 1 | UNKNOWN ITEM FROM FIRE PIT |
| 86 | 1 | TWO (2) GLASS VIALS FROM FIRE PIT |
| 87 | 1 | PIPE FROM FIRE PIT |
| 88 | 1 | HACK SAW HANDLE, SOUTH OF FIRE PIT |
| 89 | 1 | 4x4 HINGE LIFTER INSIDE FRONT DOOR |
| 90 | 1 | 4x4 HINGE LIFTER, REAR OF RIGHT/NORTH SPEAKER |
| 91 | 1 | 4x4 HINGE LIFTER, BATH ROOM SINK |
| 92 | 1 | 4x4 HINGE LIFTER, TOP OF WOOFER |
| 93 | 1 | 4x4 HINGE LIFTER, END TABLE |
| 94 | 1 | 4x4 HINGE LIFTER NORTH END TABLE |
| 95 | 1 | 4x4 HINGE LIFTER END TABLE |
| 96 | 1 | 4x4 HINGE LIFTER CD COVER " SEX LOVE + PAIN " |
| 97 | 1 | 4x4 HINGE LIFTER COFFEE TABLE — JAR |
| 98 | 1 | 4x4 HINGE LIFTUR FRONT OF SPACE HEATER |
| 99 | 1 | 2x4 HINGE LIFTER CANDLE HOLDER |
| 100 | 1 | 2x4 HINGE LIFTER COFFEE TABLE (SOUTH) |
| 101 | 1 | 2x4 HINGE LIFTER COFFEE TABLE (SOUTH) |
| 102 | 1 | 2x4 HINGE LIFTER SPACE HEATER |
| 103 | 1 | 2x4 HINGE LIFTER COFFEE TABLE (SOUTH) |
| 104 | 1 | 2x4 HINGE LIFTER TOP OF WOOFER |
| 105 | 1 | HAIR BAND w/ HAIR FROM SUMP PUMP |
| 106 | 1 | 2x4 HINGE LIFT TS #1 ATT PHONE CORD KITCHEN |
| 107 | 1 | 2x4 HINGE LIFT TS #2 SIDE OF RUBBERMAID CONTAINER |
| 108 | 1 | 4x4 HINGE LIFT BLACK STORAGE CANISTER LEFT OF SINK |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| Signature of person Issuing Receipt / Inventory | Printed Name CORRIGAN | Affiliation PSP | Badge or Title 8207 |
|---|---|---|---|
| Signature of Witness | Printed Name SLADE | Affiliation PSP | Badge or Title 2719 |
| Signature of person making Search | Printed Name CORRIGAN | Affiliation PSP | Badge or Title 8207 |

AOPC 413B 12-09-98

1900

PAGE 10 OF 11

**Commonwealth of Pennsylvania**

COUNTY OF MONROE

**RECEIPT / INVENTORY**
OF SEIZED PROPERTY

| Docket Number (Issuing Authority): | Police Incident Number: N6-909468 | Warrant Control Number: 14-43301-08 |
|---|---|---|
| Date of Search: 3/07/09 | Time of Search: 1500 | Inventory Page Number: 5 of 5 Pages |

| TPR ROBERT SEBASTIANELLI TPR CRAIG VANGOUVENDER | PA STATE POLICE | 742/6812 |
|---|---|---|
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person) _____

☒ was left at (describe the location) ████████████

| Item Number | Quantity | Item Description                    Make, Model, Serial No., Color, etc. |
|---|---|---|
| 109 | 1 | '2' 2x4 HINGE LIFTS TS#4 BLACK STORAGE CONTAINER LEFT OF SINK |
| 110 | 1 | '2' 2x4 HINGE LIFTS TS#5 TOP OF WHITE TOASTER KITCHEN COUNTERTOP |
| 111 | 1 | 2x4 HINGE LIFT TS#6 FRONT OF WHITE TOASTER KITCHEN COUNTERTOP |
| 112 | 1 | 4x4 HINGE LIFT TS#7 SIDE OF WHITE COFFEE MAKER KITCHEN CT |
| 113 | 1 | 2x4 HINGE LIFT SHOPRITE HONEY CONTAINER KITCHEN CT |
| 114 | 1 | 4x4 HINGE LIFT REFRIG BOTTOM DOOR CENTER |
| 115 | 1 | 2x4 HINGE LIFT BOTTOM TS#10 OF CUTTING BOARD NEXT TO FRIG |
| 116 | 1 | 2x4 HINGE LIFT BACK TS#11 OF CUTTING BOARD CT NEXT TO FRIG |
| 117 | 1 | CHICKEN OF SEA SARDINE CAN TOP CABINET NEXT TO FRIG TS#12 |
| 118 | 1 | 2x4 HINGE LIFT TS#13 MIRACLE WHIP CONTAINER, TOP CAB. NEXT TO FRIG |
| 119 | 1 | 2x4 HINGE LIFT TS#14 HUNTZ KETCHUP TOP CAB. NEXT TO FRIG |
| 120 | 1 | 2x4 HINGE LIFT TS#15 QUAKER CHEWY GRANOLA BOX TOP CAB, NEXT TO FRIG |
| 121 | 1 | MIKROSIL LIFT FROM EAST JAMB OF FOYER |
| 122 | 1 | BLACK GLOVE, TOP DRAWER, NEXT TO KITCHEN SINK |
| 123 | 1 | SAW BLADE, FIRE PIT |
| 124 | 1 | SMALL GLASS JAR, FIRE PIT |
| 125 | 1 | GLASS SYRINGE, FIRE PIT |
| 126 | 1 | GRINDER WHEEL, FIRE PIT |
| 127 | 1 | PVC PIPE, TRAP IN BASEMENT (TUB) |
| 128 | 1 | COPPER PIPE FROM TRAP IN BASEMENT (TUB) |
| 129 | 1 | 90° COPPER TRAP ELBOW FROM BASEMENT (TUB) |
| 130 | 1 | SUSPECTED HAIR W/ UNKNOWN SUBSTANCE BATHROOM (TUB) DRAIN |
| 131 | 1 | BUCKET W/ DIRT, SUMP PUMP DISCHARGE AREA |
| 132 | 1 | BUCKET W/ DIRT SUMP PUMP DISCHARGE AREA |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)--Unsworn Falsification to Authorities.

| TPR _(signature)_ | CORRIGAN | PSP | 8207 |
|---|---|---|---|
| Signature of person Issuing Receipt / Inventory | Printed Name | Affiliation | Badge or Title |
| _(signature)_ | SLAVON | PSP | 7719 |
| Signature of Witness | Printed Name | Affiliation | Badge or Title |
| TPR _(signature)_ | CORRIGAN   1901 | PSP | 8207 |
| Signature of person making Search | Printed Name | Affiliation | Badge or Title |

AOPC 413B 12-09-98

Exhibit 23

```
                                                        PAGE 1  OF 1
STB 51-55553 - NLETS       03/04/08 17:28:09 - 03/04/08 17:28:09 6GH0HC61FZSW
DR.TXDPS0000
15:26 03/04/2008 47436
15:26 03/04/2008 02552 PAPSP8300
GILBERT
T
HICKS,CHARLES RAY
█████████████████████████████████████████-0000
RAC/B. SEX/M. DOB/██████████. HGT/505. WGT/200. HAIR/BLK. EYE/BRO.
OLN/01406571. OLT/CLASS C . EXP/052013
RSTR:NONE
ENDR:NONE
STATUS: CLEAR
#
```

ATTACHMENT NO. __4__ PAGE __1__ OF __4__

STATION

1734

Exhibit 24

**DS2**

| Home Org. | 2011 |
| Employee NO | 512977 |
| Employee Name | Hicks, Charles |

| Week Ending Date | 3/7/2008 |
| | MM/DD/YYYY |
| Site Name | Tobyhanna, PA |

| | | | | | | SAT | | SUN | | MON | | TUE | | WED | | THU | | FRI | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project | Pay Type | Premium | GLC | PLC | | IN/OUT | DUR | IN/OUT | DUR | IN/OUT | DUR | IN/OUT | DUR | IN/OUT | DUR | IN/OUT | DUR | IN/OUT | DUR | TOTAL |
| 2001.00.0253.AA.9001AA.25 | REG | 3TR | ELT03 | NNT3SR | | | — | | — | 2330 0800 | 8 | 2330 0800 | 8 | 2330 0800 | 8 | 2330 0800 | 8 | 2330 0800 | 8 | 40 |
| 2001.00.0253.AA.9001AA.25 | OTM | 3TO | ELT03 | NNT3SO | | | | | | — | | — | | — | | — | | — | | |
| 8000.00.0005 | HOL | | | | | | | | | — | | | | | | | | | | |
| 8000.00.0007 | VAC | | | | | | | | | — | | | | | | | | | | |
| 8000.00.0011 | SIC | | | | | | | | | — | | | | | | | | | | |
| | | | | TOTAL | | | 8 | | 8 | | 8 | | 8 | | 8 | | | | | 40 |

| Charles R Hicks | 3/7/2008 |
| Employee's Signature | Date |

I certify to the best of my knowledge and belief that all entries on this submission are correct, and that the time was expended on company business as recorded. I understand that failure to report such information accurately may be cause for termination and could result in prosecution by the Government. Incomplete and/or incorrect information will be rejected and PAYMENT MAY BE WITHHELD until the correct information is submitted.

| Michael R Dutrick | 03/07/2008 |
| Project Manager/Team Lead | Date |

Explanation or reason for correcting timecard.

TOTAL HOURS   40

Exhibit 25

4_OTN - From MDJ Fluegel.pdf

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Docket Number | 3. State Identification Number | | OTN | L 403683-0 |
|---|---|---|---|---|---|
| CR-0000103-08 | 391CR2008 | | | | |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | | DISTRICT NO. | | 5. Transferred from Initial Issuing Authority | | DISTRICT NO. |
|---|---|---|---|---|---|---|
| ANTHONY D. FLUEGEL | 43 | 3 | 01 | THOMAS R. SHIFFER, JR | 43 | 3 | 02 |

| 6. Name and Address (Last Name First) | 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|---|
| HICKS, CHARLES RAY | 03 10 08 | CR-0000087-08 |

9. Affiant Who Signed Complaint (Name and Address)
ROBERT K. SEBASTIANELLI
PA STATE POLICE
HC 1 BOX 121
SWIFTWATER, PA 18370

| 10. Date of Birth | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| | M | B | 01406571 | TX | PAPSP8300 | N6909468 | 8P441184 |

| 18. Date of Arrest | 19. Date Complaint Filed or Citation Issued or Filed | 20. Summons Date Issued | 21. Warrant Date | 22. Summons Returned Date | 23. Preliminary Arraignment Date | 24. Time | 25. Date Waived to Court |
|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | MM DD YY | MM DD YY | MM DD YY | MM DD YY | | MM DD YY |
| 03 08 08 | 03 08 08 | | | | 03 08 08 | 1:50P | |

| 26. Prelim.Hear./Sum.Trial | 27. Address of Preliminary Hearing/Summary Trial | | 32. Date Set For Preliminary Hearing |
|---|---|---|---|
| 03 14 08 | | | MM DD YY |

33. CONT.

| | 28. Description of Charges | Off. Ct. | Grading | 29. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | 32. |
|---|---|---|---|---|---|---|---|
| 1 | A CRIMINAL HOMICIDE | | H1 | 01 19 08 | CC2501A | HDCT | 03 14 08 |
| 2 | B AGGRAVATED ASSAULT | | F1 | 01 19 08 | CC2702A1 | HDCT | |
| 3 | C TAMPERING WITH PHYSICAL EVIDENCE | | M2 | 01 19 08 | CC49101 | HDCT | |
| 4 | D ABUSE OF CORPSE | | M2 | 01 19 08 | CC5510 | HDCT | |
| 5 | | | | | | | |
| 6 | | | | | | | |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes X | No | 35. Public Defender Requested by the Defendant? | Yes X | No | 36. Application Provided for Appointment of Public Defender? | Yes X | No | 37. In cases where so required, I the within named issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: | MM DD YY |
|---|---|---|---|---|---|---|---|---|---|---|

| 38. Codefendant(s) Name | | 39. OTN | 38. Codefendant(s) Name | | 39. OTN |
|---|---|---|---|---|---|
| a | | | c | | |
| b | | | d | | |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. Defense Persons to be notified |
|---|---|---|---|---|
| C SKRZYPEK, CINDY | CORONERS OFFICE, STROUDSBURG, PA 18360 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Attorney's Name and Address for: | | 48. I.D. No. |
|---|---|---|---|
| 45. Commonwealth | CHRISTINE,ESQ. E. DAVID   DA'S OFFICE,STROUDSBURG,PA 18360 | | 34534 |
| 46. Complainant | | | |
| 47. Defendant | SAYER, WILLIAM K PUBLIC DEFENDER, MONROE COUNTY COURTHOUSE STROUDSBURG, PA 18360 | Private | 8196 |
| | | X Other | |

| 49. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence | | |
|---|---|---|---|---|---|
| | $ .00 | $ .00 | | BAL: $ | .00 |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment

| Bail at Preliminary Arraignment | | | | 56. Date Bail Posted |
|---|---|---|---|---|
| 53. Type | 54. Amount | 55. Date Set MM DD YY | | MM DD YY |
| | $ | | | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing

| Current Bail/Bail at Preliminary Hearing | | | | 60. Date Bail Posted |
|---|---|---|---|---|
| 57. Type | 58. Amount | 59. Date Set MM DD YY | | MM DD YY |
| | $ | | | |

| 61. If Committed Date MM DD YY | 62. Code | 63. Place of Commitment | | |
|---|---|---|---|---|
| 03 08 08 | B | MONROE CO PRISON | STROUDSBURG | |

COPY:CLERK OF COURTS

| 64. Date Transcript Sent to Court |
|---|
| MM DD YY |
| 03 14 08 |

Certified this _14th_ day of _March_

My commission expires first Monday of Januar...

_Anthony D. Fluegel_

I, the above named issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

DATE PRINTED:3/14/08 12:47:19 PM

AOPC 501A-99

# Exhibit 26

| AUTOPSY CHECKLIST ☐ | INCIDENT NO.: N6-909468 |
|---|---|

| VICTIM: Deanna Marie NULL | FINGERPRINTS OBTAINED: ☐  FOOTPRINTS OBTAINED: ☒ |
|---|---|

LOCATION: Lehigh Valley Medical Center Morgue Allentown PA.

PATHOLOGIST: Doctor Saralee FUNKE assisted by Forensic Pathology Assistant Michael RILEY.

UNIT MEMBERS: Cpl. David ANDRUZZI and Trooper John CORRIGAN

INVESTIGATORS PRESENT: Trooper Robert SEBASTIANELLI, Trooper Craig VANLOUVENDER and Cpl. Shawn WILLIAMS Coroner David THOMAS

CLOTHING & FOOTWEAR:  DESCRIPTION: ☒  CONDITION: ☒  ITEMS MISSING: ☒  DAMAGE: ☒  BY WHOM COLLECTED: ☒  VISUAL EXAMINATION FOR:  BLOOD: ☒  SEMEN: ☒  HAIR: ☒  FIBERS: ☒  SOIL: ☒  GLASS FRAGMENTS: ☒  OTHER: ☒  BODY BAG EXAMINED: ☐

OBJECTS IN POSSESSION OF VICTIM:  EXAMINED: ☒  CATALOG: ☒  BY WHOM COLLECTED: ☒

DETAILED DESCRIPTION OF ALL INJURIES: ☒  INJURY DIAGRAMS COMPLETED: ☒  BODY EXAMINED FOR:  POTENTIAL LATENTS: ☒  BITE MARKS: ☒  SEMEN: ☒  BLOOD: ☒  FOREIGN HAIR: ☒  FIBERS: ☒  SOIL: ☒  GLASS FRAGMENTS: ☒  OTHER FOREIGN MATERIALS: ☒  ULTRAVIOLET LIGHT USED: ☒

PHOTOGRAPHS TAKEN OF WOUNDS: ☒  INJURIES CONSISTENT WITH DAMAGE TO CLOTHING: ☒  INJURIES CONSISTENT WITH SUSPECTED INSTRUMENT OF DEATH: ☒  DEFENSIVE WOUNDS PRESENT: ☒  UNEXPLAINED MARKS OR WOUNDS: ☒  PATTERN TO WOUNDS: ☒  TATTOOS: ☒  SCARS: ☒  BIRTHMARKS: ☒

HANDS EXAMINED: ☒  NAIL SCRAPINGS: ☒  GUNSHOT RESIDUE TEST: ☒  FEET EXAMINED: ☒  FULL BODY X-RAYS TAKEN: ☒  STOMACH CONTENTS: ☒

COMBINGS OF VICTIM'S HAIR:  HEAD: ☒  PUBIC: ☒  BODY: ☒  SMPLES FROM VICTIM:  HEAD: ☒  PUBIC: ☒  BODY: ☒

ALL BODY CAVITIES EXAMINED: ☒  SWABS:  ORAL: ☒  VAGINAL: ☒  ANAL: ☒  WOUND CAVITY: ☒  EXAMINE FOR INJURIES OR FOREIGN MATERIAL:  MOUTH: ☒  TEETH: ☒  GENITALIA: ☐  ANUS: ☒

JEWELRY WORN BY VICTIM EXAMINED FOR:  BLOOD: ☒  HAIR: ☒  FIBER: ☒  OTHER: ☒  JEWELRY COLLECTED BY: ☒

DID OFFENDER REMOVE BODY PARTS: ☒  DID OFFENDER CARVE OR WRITE ON BODY: ☒  ANY INDICATION VICTIM WAS TORTURED: ☒

ESTIMATE OF TIME OF DEATH AND REASONING: ☒  DESCRIPTION OF STATE OF DECOMPOSITION: ☒  RIGOR MORTIS PRESENT: ☒  CONSISTENT WITH POSITION WHEN FOUND: ☒

POST MORTEM LIVIDITY: ☒  CONSISTENT WITH POSITION WHEN FOUND: ☒  ESTIMATE OF TIME LIVED AFTER INJURIES WERE RECEIVED: ☒

MOTOR ABILITIES AFTER INJURY: ☒  ANY PREVIOUS INJURIES EVIDENT: ☒  ANY OTHER MEDICAL CONDITION PRESENT: ☒  ANY INDICATORS OF DRUG USE: ☒

ANY INDICATION OF CHRONIC ALCOHOL USE: ☒  BLOOD SAMPLE TAKEN: ☒  TOXICOLOGY REQUESTED: ☒

AUTOPSY DETERMINATION: ☒  COPY OF AUTOPSY REPORT REQUESTED: ☒

DETAILS:

**CLOTHING & FOOTWEAR: Description, Condition, items missing, Damage, By whom Collected, Visual Examination For: (Blood, Semen, Hair, Fibers, Soil, Glass Fragments, Other) Body Bag Examined:** The victim's body was dismembers and no clothing or footwear was collected with any of the body parts. Each bag that a body part was contained in was examined for any possible evidentiary value with negative results.

**OBJECTS IN POSSESSION OF THE VICTIM: (Examined, Catalog, By Whom Collected): There** were no objects found to be in the possession of the victim.

**DETAILED DESCRIPTION OF ALL INJURIES – INJURY DIAGRAMS COMPLETED – BODY EXAMINED FOR (Potential latents, Bite marks, Semen, Blood, Foreign hair, Fibers, Soil, Glass fragments, Other foreign materials, Ultraviolet light used):** The victim suffered numerous blunt and sharp force trauma injuries to her body. These injuries include the dimemberment of the victim's head, both arms at the shoulders, both of her hands, at the wrist area, both of her legs, and both of her feet. In addition, the victim's torso was cut into two (2) pieces a lower half and upper half. This cut of the torso appears to be made just below the victim's naval. The victim's left leg was again cut at the knee area before her left foot was cut at the ankle area. This cutting served the victim's left calf below the knee and just above the left ankle. The victim suffered from several other injuries including a laceration to the back of her head, which according to Doctor FUNKE was a pre-mortem wound. Doctor FUNKE related that this wound could have incapacitated the victim. The victim's face suffered what appeared to be brusing in the area of her eyes. There was also scavager (animal) avtivity noted by Doctor FUNKE on the victim's face. **(CONTINUED)**

| COMPLETED BY: Trooper Robert SEBASTIANELLI/  *Tpr. Robert Sebastianelli* | BADGE NO.: 7212 | DATE: 04/25/08 |
|---|---|---|
| SUPERVISOR'S REVIEW:  *[signature]* 8405  7/29/0V | C.I. SECTION CO.:  *[signature]* HRB-26-9 | MAY 29 2008 | PAGE NO.: ATP1 |

| SP 7-0051A (4-95) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | | INCIDENT NO. | |
|---|---|---|---|---|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** | | | | 01/29/08 Tuesday | | | N6-909468 | |
| CONTINUATION SHEET | X | INITIAL | | TIME(S) OF INCIDENT | | | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT | X | OTHER ATP Ckl. | | 0905HRS | | | | |

| ATTACHMENTS: | | MISSING PERSON CHECKLIST | **DISP.** | CLEARED BY ARREST | | UNFOUNDED | | EXCEPTIONALLY CLEARED - DATE |
|---|---|---|---|---|---|---|---|---|
| FELONY CRIMES AGAINST THE PERSON | | STATEMENT FORM(S) | A | DEATH OF ACTOR | D | VICTIM REFUSED TO COOPERATE | | |
| VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | | RIGHTS WARNING AND WAIVER | B | PROSECUTION DECLINED | E | JUVENILE/NO CUSTODY | | |
| PROPERTY RECORD | | OTHER | C | EXTRADITION DENIED | N | NOT APPLICABLE | | MULTIPLE CLEAR-UP |

| 1. ORI/STATION | | 2. DATE OF REPORT | |
|---|---|---|---|
| PAPSP8300/SWIFTWATER | | 04/25/08 | |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| Criminal Homicide | Deanna Marie NULL |

4. NARRATIVE

There was a cut made into the victim's right breast, in addition to several other cuts made at various locations of the victim's body were her body was dismembered. Doctor Conrad B. QUINTYN, Forensic Anthropologist Department of Anthropology Bloomsburg University examined these cuts and concluded that some of these were false starts. For complete details of Doctor QUINTYN'S findings concerning wounds and possible tools used to make these cuts please see a copy of his report, which I have attached to this Autopsy Checklist. Doctor FUNKE'S determination on the injuries to the victim's body pre/post mortem injuries will be included in her report. A copy of Doctor FUNKE'S report has been requested and will be attached to the homicide report once it is received.

The victim's body was examined for Potential latents with negative results. There were bite marks made by scavengers (animals) noticed on the victim's face. There was no semen noticed on the victim's body. There was no blood noticed on the victim's body. There were several hairs collected from the victim's body and these hairs were entered into evidence reference property record N6-8389(B) item#2. It is unknown if these hairs are foreign hairs or the victim's hair. There was what appeared to be gravel noticed on the lower portion of the victim's torso, which was collected by the Troop R Dunmore Forensic Services Unit. It appeared that this part of the victim's body had been struck and dragged by a vehicle before it was recovered at MM 14.5 of Interstate 380. There was no glass located on the victim's body. There was no ultra violet light used on the victim's body.

**PHOTOGRAPHS TAKEN OF WOUNDS – INJURIES CONSISTENT WITH DAMAGE TO CLOTHING – INJURIES CONSISTENT WITH SUSPECTED INSTRUMENT OF DEATH – DEFENSIVE WOUNDS PRESENT – UNEXPLAINED MARKS OR WOUNDS – PATTERN TO WOUNDS – TATTOOS- SCARS- BIRTHMARKS:** All of the victim's wounds were photographed. There was no clothing collected with the victim. It is unknown at this time what instrument caused the victim's death. A determination on defensive wounds will be made by Doctor FUNKE in her autopsy report, which has been requested. The victim had two (2) unexplained marks on her mid to lower back. One which appeared to be the shape of some type of buckle and the other a triangular shaped mark. All of the marks and wounds on the victim's body will be detailed in Doctor FUNKE'S autopsy report. Doctor QUINTYN'S report explains the patterns of the wounds and provides possible tools which may have caused these wounds including a knife, manual saw (hand saw) and mechanically powered saw. Please see Doctor QUINTYN'S report which is attached. There were no tattoos, scars or birthmarks noticed at the time of the autopsy.

**HANDS EXAMINED – NAIL SCAPINGS – GUNSHOT RESIDUE TEST - FULL BODY X-RAYS TAKEN – STOMACH CONTENTS:** The victim's hands were located inside of Charles Ray HICKS residence located on Prospect Street in Coolbaugh Township, Monroe County. Both hands were found wrapped in socks, plastic bags and newspaper, in addition to detergent. The victim's hands were located on either side of the inside of HICKS' bathtub. Doctor FUNKE examined the victim's hands on April 4th, 2008 and will list any findings in her report. Doctor QUINTYN examined the cuts to the victim's hands and noticed what appeared to be blue **(con)**

| 5. OFFICERS NAME/SIGNATURE/BADGE NO. | 6. INVES. RECM. | | 7. SUPV. INIT./BADGE NO. | 8 | CONCUR | 9. PAGE |
|---|---|---|---|---|---|---|
| Trooper Robert K. SEBASTIANELLI  7212 | X CONT. | TERM. | | | NONCONCUR | ATP2 |

| SP 7-0051A (4-95) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. | |
|---|---|---|---|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** | | INITIAL | X | 01/29/08 Tuesday | | N6-909468 | |
| CONTINUATION SHEET | X | | | TIME(S) OF INCIDENT | | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT | | OTHER ATP Ckl. | X | 0905HRS | | | |

| CHMENTS: | | MISSING PERSON CHECKLIST | | DISP. | CLEARED BY ARREST | UNFOUNDED | | EXCEPTIONALLY CLEARED - DATE | |
|---|---|---|---|---|---|---|---|---|---|
| FELONY CRIMES AGAINST THE PERSON | | STATEMENT FORM(S) | | A | DEATH OF ACTOR | D | VICTIM REFUSED TO COOPERATE | | |
| VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | | RIGHTS WARNING AND WAIVER | | B | PROSECUTION DECLINED | E | JUVENILE/NO CUSTODY | | |
| PROPERTY RECORD | | OTHER | | C | EXTRADITION DENIED | N | NOT APPLICABLE | | MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP8300/SWIFTWATER | 2. DATE OF REPORT 04/25/08 |
|---|---|
| 3. OFFENSE Criminal Homicide | 4. VICTIM Deanna Marie NULL |

4 NARRATIVE

in color specks on the bones were the hands were cut. These specks could indicate paint from a saw blade. Doctor FUNKE made two (2) cuts of each of the areas where the bones of the victim's hands were severed. These pieces of bone were retained by Doctor QUINTYN and he will submit a report detailing his findings. This report will be attached to the homicide action report once it is received. The victim's hands were examined by Trooper John CORRIGAN upon processing the hands in order to develop fingerprints; Trooper CORRIGAN noticed that the left hand appeared to have fingernails shorted than those of the right hand. Trooper CORRIGAN did collect fingernails from both hands. It should be noted that four (4) fingernails were located on the floor of HICKS's basement. These items can be referenced on property record N6-8389(W) items # 48 and #80. There was no gun short residue test conducted on the victim's hands. Full body x-rays were taken at the time of autopsy and Doctor FUNKE would note any stomach contents she found in her report.

**COMBINGS OF VICTIM'S HAIR (Head, Pubic, Body) – SAMPLES FROM VICTIM (Head, Public, Body):** Head, Pubic and body hairs were collected from the victim, in addition to a rape kit being conducted on the tim.

**ALL BODY CAVITIES EXAMINED – SWABS (Oral, Vaginal. Anal, Wound cavity) – EXAMINE FOR INJURIES OR FOREIGN MATERIAL (Mouth, Teeth Genitalia, Anus):** The victim's body cavities were examined for injuries and foreign material. Swabs were taken of the vaginal and anal areas in conjunction with the rape kit. The wound cavities were examined by Doctor FUNKE who took samples for more detailed observation. The victim's mouth and teeth were examined and collected by Doctor Dennis ASEN Forensic Odontologist from Allentown. Doctor ASEN would eventually use the victim's jaw and teeth in order to positively identify her with her previous dental records. Doctor ASEN'S report will be attached to the homicide action report submitted by Cpl. Shawn WILLIAMS.

**JEWELRY WORN BY VICTIM EXAMINED FOR (Blood, Hair, Fibers, Other)- JEWELRY COLLECTED BY:** The victim was not wearing any jewelry, which was found at time of the autopsy.

**DID OFFENDER REMOVE BODY PARTS – DID OFFENDER CARVE WRITE ON BODY – ANY INDICATION VICTIM WAS TORTURED:** The offender dismembered the victim's body parts at the following areas: The victim's head at the area of the neck, both arms at the shoulders, both of her hands, at the wrist area, both of her legs, and both of her feet. In addition, the victim's torso was cut into two (2) pieces a lower half and upper half. This cut of the torso appears to be made just below the victim's naval. The victim's left leg was again cut at the knee area before her left foot was cut at the ankle area. This cutting served the victim's left calf below the knee and just above the left ankle. There were several other cuts to the body noticed in the area of the victim's right breast and in the area of the victim's feet and torso. Indications of torture could include any of the cuts and or ,unds made to the victim's body depending on when they were made. Please see Doctor FUNKE'S autopsy **(con)**

| 5. OFFICERS NAME/SIGNATURE/BADGE NO. | 6. INVES. RECM. | | 7. SUPV. INIT./BADGE NO. | 8 | CONCUR | 9 PAGE |
|---|---|---|---|---|---|---|
| Trooper Robert K. SEBASTIANELLI 7212 | X CONT. | TERM. | Cu-878 | | NONCONCUR | ATP3 |

TPR. Robert Chestnill

STATION       0156

| SP 7-0051A (4-95) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. | |
|---|---|---|---|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** | | | | 01/29/08 Tuesday | | N6-909468 | |
| CONTINUATION SHEET | X | INITIAL | | TIME(S) OF INCIDENT | | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT | X | OTHER ATP Ckl | | 0905HRS | | | |

| ~ACHMENTS: | | MISSING PERSON CHECKLIST | DISP. | CLEARED BY ARREST | | UNFOUNDED | | EXCEPTIONALLY CLEARED - DATE | |
|---|---|---|---|---|---|---|---|---|---|
| FELONY CRIMES AGAINST THE PERSON | | STATEMENT FORM(S) | A | DEATH OF ACTOR | D | VICTIM REFUSED TO COOPERATE | | | |
| VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | | RIGHTS WARNING AND WAIVER | B | PROSECUTION DECLINED | E | JUVENILE/NO CUSTODY | | | |
| PROPERTY RECORD | | OTHER | C | EXTRADITION DENIED | N | NOT APPLICABLE | | MULTIPLE CLEAR-UP | |

| 1. ORI/STATION    PAPSP8300/SWIFTWATER | 2. DATE OF REPORT    04/25/08 |
|---|---|

| 3. OFFENSE    Criminal Homicide | 4. VICTIM    Deanna Marie NULL |
|---|---|

4. NARRATIVE

report for indications on pre/post mortem wounds. Doctor FUNKE related that the laceration to the victim's head is a pre mortem wound and could have incapacitated the victim. The victim suffered several other cuts and wounds due to the blunt and sharp force trauma she suffered, and depending on if a determination of pre or post mortem for these wounds could indicate that the victim suffered an extreme amount of torture.

**ESTIMATE OF TIME OF DEATH AND REASONING – DESCRIPTION OF STATE OF DECOMPOSITION – RIGOR MORTIS PRESENT – CONSISTENT WITH POSITION WHEN FOUND:** Doctor FUNKE did note that she could not obtain vitreous fluid from the victim's eye. Doctor FUNKE related that this could mean that the victim was dead approximately four (4) or five days (5). Please see Doctor FUNKE'S autopsy report for any description of a state of decomposition. Please see doctor FUNKE'S autopsy report for any indication of rigor mortis.

**POSTMORTEM LIVIDITY (Consistent with position when found) – ESTIMATE OF TIME LIVID `FTER INJURIES WERE RECEIVED:** Doctor FUNKE did not provide any information on postmortem ,dity.

**ANY INDICATION OF CHRONIC ALCOHOL USE – BLOOD SAMPLE TAKEN – TOXICOLOGY REQUESTED:** A blood sample of fluid was collected at the time of the autopsy and toxicology has been requested.

**AUTOPSY DETERMINATION: (Copy of autopsy report requested):** Doctor FUNKE provided the following cause and manner of death. **Manner: Homicide Cause: Homicidal Violence.** A copy of Doctor FUNKE'S autopsy report has been requested.

**List of attachments:**

**(1).** Forensic Anthropology Report submitted by Doctor Conrad QUINTYN.

| 5. OFFICERS NAME/SIGNATURE/BADGE NO. | 6. INVES. RECM. | | | 7. SUPV. INIT./BADGE NO. | 8 | CONCUR | 9. PAGE |
|---|---|---|---|---|---|---|---|
| Trooper Robert K. SEBASTIANELLI  7212 | X | CONT. | TERM. | | | NONCONCUR | ATP4 |

Tpr. Robt Whitill

STATION

0157

# Exhibit 27

# ISIDORE MIHALAKIS, M.D.
## *Forensic Pathologist*

**THE COMMERCE CENTER**
█████████████

PHONE (908) 213-2800
FAX (908) 213-2809

January 8, 2009

Michael Mancuso, Esquire
First Assistant District Attorney, Monroe County
Monroe County Courthouse
Stroudsburg, Pennsylvania 18360-2117

*Reference:  Commonwealth vs. Charles Ray Hicks*
*Docket No.: 391 CR 2008*

Dear Attorney Mancuso:

Pertinent to the above-captioned case, I have reviewed the following items:

1. Photographs of the dismembered body
2. Photographs of the autopsy
3. Autopsy report
4. Toxicology report
5. Microscope slides
6. Consultative report of Dr. John Shane

The purpose of this letter is to review and comment on the findings of Dr. Shane.

Dr. Shane has stated that the cause of death is a consequence of cocaine and all the injuries shown are postmortem.

Contusions are indicative of blunt injury with blood vessel disruption beneath the skin and blood seepage out of the vessels with accumulation into the surrounding tissue.  In order for the blood to extravasate (come out of the damaged vessels) it is necessary to have flowing blood which means that we have to have a beating heart and beating heart indicates the individual is alive.  While postmortem bruising can cause some bleeding, since the heart and circulation are not functioning, the bleeding is negligible and there is no accumulation.  In the case of Ms. Null we have the following:

1. Scalp:
   a. Occipital laceration with laceration associated with a 1 to 5/8 inch bruise.
   b. Left side back i.e., left posterior parietal: 1 3/8 inch hemorrhage.
   c. Left side and front, bruising causing hemorrhage 4 inches in diameter.
   d. The photographs show an accumulation of blood associated with these bruises.
   e. Under no circumstances can this be after death.
2. Face:
   a. The face is ruddy and swollen indicating multiple impacts.
   b. For the swelling to occur time has to pass, at least in the realm of 15 or more minutes.

1



3.  If we look at the face and the scalp together it is obvious that injury has occurred over a period of time during which Ms. Mull was very much alive.
4.  Other findings indicating that she was alive and did not die of cocaine, cocaethylene or alcohol include:
    a.  The photographs clearly show hemorrhage of the tongue.
    b.  Punctate foci of the interstitial hemorrhage are noted in the hypopharynx, peri hyoid region and peri thyroidal cartilage region.
    c.  The left side of the chest lateral to the left breast in my review of the photographs shows one and possible three contusions, the left thigh shows a small contusion and the dorsum of both feet shows some focal contusions.

My opinions are with reasonable medical certainty.

Sincerely yours,

Isidore Mihalakis, M.D.
Forensic Pathologist

IM/rla
D: 01/07/09
T: 01/08/09

2

Exhibit 28

# *John J. Shane, M.D., Inc.*
## Pathologist

███████████
███████████

Office- (610) 791-2400
Fax-(610) 791-1227

June 1, 2011

William K. Sayer, Esquire
Monroe County Public Defender
Monroe County Courthouse
Stroudsburg, PA 18360

RE: Deeanna Null, deceased (Commonwealth versus Charles Hicks)

Dear Attorney Sayer:

On June1, 2011, I visited the offices of Forensic Pathology Associates at 1210
Cedarcrest Blvd., Suite 3900, Allentown, Pennsylvania and reviewed microscopically 28
glass pathology slides (labelled C08-62) at magnification from scanning to high power.
My findings are as follows:

1. Left tongue-one slide-there are advanced decomposition changes with blood vessels
of varying size containing the remains of degenerated erythrocytes (red blood cells).
There is no extravasation of erythrocytes into the fatty tissues.

2. Left thigh-3 slides-there are decompositional changes. There is no extravasation of
erythrocytes outside the confines of blood vessels into the soft tissues.

3. Central nervous system-3 slides-there are decompositional changes. There is no
subarachnoid hemorrhage. There is no brain contusion.

4. The soft tissue around hyoid-3 slides-there were degenerating lymphoid aggregates
consistent with lymphoid aggregates normally occupying this anatomic site. There is no
hemorrhage. There is no contusion.

5. Parathyroid tissue-one slide-there are changes of decomposition. There is no contusion.

6. Tissue around strap muscles-one slide-decomposition changes are present. There is no
evidence of contusion.

7. Lung-5 slides-there is foreign debris, decomposition, but no pathologic findings of
significance.

8. Hypopharynx-3 slides-there are chronic inflammatory cells undergoing degenerative change consistent with normal cell structure anatomically with no evidence of decomposition. Foreign debris is present.

9. Soft tissues around thyroid cartilage-one slide-decompositional changes with foreign debris.

10. C.-spine-2 slides-advanced changes of decomposition. No evidence of traumatic change.

11. Tongue-one slide-negative except for decomposition. No evidence of laceration or contusion.

12. Heart-2 slides-decomposition but no other significant change.

13. Kidney/pancreas-one slide-decomposition but no significant pathologic change.

14. Spleen- 1 slide-decomposition but no other significant change pathologically.

The microscopic findings confirm the absence of any antemortem trauma. There are no changes of contusion, hemorrhage, soft tissue injuries/trauma.

If Dr. Mihalakis or FPA plan to use photomicrographs at the time of trial, we should consider preparing her own photomicrographs which will require releasing the slides into our possession for several days so this can be accomplished.

All my opinions are to reasonable medical certainty.

Sincerely yours,

John J. Shane, M.D.

Exhibit 29

# WAYNE K. ROSS, M.D., P.C.
*Specializing in Forensic and Neuropathology*

David Wagner, Forensic Assistant



(717) 481-8510 (P)

May 13, 2014

Michael Mancuso, ADA
Monroe County District Attorney's Office
Monroe County Courthouse
Stroudsburg, PA 18360

**RE: Comm. Of PA vs HICKS (Deanna Null C13-025)**

INTRODUCTION:

By way of background our office was contacted by Monroe County District Attorney's Office concerning the circumstances surrounding the death of Deanna Null, a 36-year-old who died of multiple traumatic injuries. We were asked to perform an injury causation analysis.

MATERIALS RECEIVED:

- Police report
- Autopsy Report
- Autopsy Photographs
- Toxicology Report
- Scene Photographs
- Microscopic Slides
- Expert Report of John Shane

PHOTOGRAPH & SLIDE REVIEW

1. Photographs from autopsy show hemorrhage around the muscles and soft tissue leading up to the severance of the cervical spinal cord. The spinal cord also shows hemorrhage.
2. H & E slides are reviewed from the autopsy. The microscopic findings are consistent with the gross findings and the autopsy microscopic report.
3. The cerebellum shows Purkinje cell dropout.
4. The beta-amyloid on slides 5-6 of the cervical cord is reviewed. In addition, Von kossa and Bielchowsky stains are done on slides 5 and 6. Slides 5 and 6 are analyzed with myeloperoxidases, CD20 and CD3.
5. Slides 1, 2, 3, and N, O P, Q, R, S are analyzed with glycophorin A stain, CD45, CD20, CD3, and myeloperoxidases.

**Comm. Of PA vs HICKS (Deanna Null C13-025)**                    **Page 2**

6. According to the glycophorin A stain, red blood cells are noted in slides 1-3 and N, O, (soft tissue around hyoid) P, Q, R, and S indicating fresh hemorrhage. The red blood cells are diffuse and are infiltrated into soft tissues.
7. CD45 stains of slides 1, 2, 3 soft tissues of the hypopharynx are positive. CD45 stains of slides N, O, P, Q, R, S are positive.
8. Slides 1, 2, 3, and N, O, P, Q, R, S are positive for myeloperoxidases.
9. Slides 1, 2, 3, 5, 6 and N, O, P, Q, R, S are slightly positive for CD20.
10. Slides 1, 2, 3, 5, 6 and N, O, P, Q, R, S are positive for CD3.
11. CD61 stained slides are reviewed. Slide 3 of the hypopharynx shows diffuse infiltrated platelets. Slide P of the soft tissues of the strap muscles shows diffuse infiltrated platelets. Slide Q of the paratracheal soft tissue shows diffuse infiltrated platelets. Slide R, soft tissue around the thyroid cartilage, shows diffuse infiltrated platelets. Slide S, soft tissue around hyoid bone, shows diffuse infiltrated platelets.

**After review of the materials received I was able to draw a series of conclusions to a reasonable degree of medical certainty.**

1. The bruises to the scalp indicate repeated blunt force impacts. These findings are consistent with traumatic brain injury.

2. The autopsy report and the photographs show cyanosis to the face and hemorrhage to the neck muscles with petechial hemorrhages to the neck mucosa. These findings are compatible with strangulation.

3. The findings to the hypopharynx and to the spinal cord are consistent with antemortem sharp force trauma and dismemberment while she was alive.

4. The microscopic slides show active hemorrhage and inflammation.

5. The remaining areas of the body show post mortem dismemberment.

6. The toxicology studies indicate recent ingestion of cocaine. The traumatic findings to the head/neck complex rule out cocaine as a competent cause of death.

Should further information become available, we reserve the right to amend this report at that time.

Wayne K. Ross, M.D.

Exhibit 30

06/14/2014  02:15   6107911227          DR JOHN SHANE                    PAGE  03



RECEIVED
JUN 1 6 2014
BY:

### John J. Shane, M.D., Inc.
#### Pathologist

Office- (610) 791-2400
Fax-(610) 791-1227

June 13, 2014

Munroe County Public Defender's Office
Monroe  County Courthouse
7 th and Monroe Streets
Stroudsburg, PA 18360

RE: Commonwealth of Pa. vs Hicks ( Deanna Null, dec.)

For the Public Defender's Office;

I reviewed the letter of opinion of Wayne K. Ross, M.D. dated May 13, 2014. His findings on the microscopic slide review go too far in interpreting tissues that  were extensively autolysed rendering immunoperoxidase stains ambiguous at best and placed  Dr. Ross  in a substantial degree of disagreemernt with Sara Lee Funke, M.D., the prosecting pathologist who prepared an extremely detailed report complete with diagrams and covering over thirty pages.

His conclusion that the scalp contusion is consistent with Traumatic Brain Injury  is not logical because not all scalp contusions correlate with traumatic brain injury. As a matter of fact, most do not.  In addition,  Dr. Funke describes the brain as WITHOUT inflammation or hemorrhage. Hence, he is  in  180° contradiction to the prosector

The notion of cyanosis of the face is purely conjecture in face of the decompensation and is not reported by Dr. Funke. Similarly, the prosector has not mentioned hemorrhage in the neck muscles and petechial hemorrhage  in the neck mucosa. The prosector makes no mention of strangulation.

Dr. Funke does not corroborate any significant findings in the hypopharynx or spinal cord and makes mention of antemortem sharp force  trauma  and she does noit even suggest dismemberment while  alive.

Dr. Funke unlike Dr. Ross finds interpretation of microscopic hemorrhage "ambiguous" in face of the extensive autolosis and she makes no mention of inflammation  In her microscopic report.

Presuming that Dr. Funke is correct in opining that the traumatic findings cannot be determined
to be antemortem, then the toxicology findings have significant weight in determination od
cause of death. Dr. mentions only " recent ingestion of cocaine". He makes no mention of the
massive .19% ethanol , the overwhelming quantity of cocaine  and the presence of high levels
of cocaethylene..

I believe that due credit must be  given to Sara Lee Funke, M.D. who did an extraordinary
forensic evaluation and a most detailed report in excess of 30 pages. With that respect to Dr.
Funke's work, Dr. Ross' evaluation loses credibility.

All my opinions are with reasonable medical certainty.
Sincerely yous,

John J. Shane, M.D.

# Exhibit 31
# (Under Seal)

# Exhibit 32 (Under Seal)

# Exhibit 33
# (Under Seal)

# Exhibit 34 (Under Seal)

# Exhibit 35
# (Under Seal)

# Exhibit 36 (Under Seal)

# Exhibit 37
# (Under Seal)

Exhibit 38
(Under Seal)

# Exhibit 39
# (Under Seal)

# Exhibit 40
# (Under Seal)

# Exhibit 41
# (Under Seal)

# Exhibit 42
# (Under Seal)

# Exhibit 43 (Under Seal)

# Exhibit 44
# (Under Seal)

# Exhibit 45
# (Under Seal)

# Exhibit 46

| HOMICIDE INVESTIGATION ACTION REPORT | N06-0909468 |
|---|---|

ACTION ASSIGNED OR PURPOSE OF REPORT

FRED FOX INTERVIEW

| ASSIGNED TO | ASSIGNED BY | |
|---|---|---|
| Tpr. William J. CASTALDI | | Self |

DETAILS

FRED FOX

Dob-          , Cell-

On 2/11/08 at approximately 1500hrs Fred FOX arrived at PSP Dunmore and related the following.  He is employed at Byrd Trucking, which is based out of Dallas, Tx.  He was employed at the Sun Hotel in the past, which is located on Cedar Avenue in Scranton, Pa.  The Sun Hotel is a building which consists of a bar and rooms for rent.  He no longer works there but still frequents this establishment.   He and other patrons of the bar know Deanna NULL, because she often frequented the bar.  In the 3 weeks prior to her murder they noticed that she often frequented the bar with a person they know as "Chef Joe".  This is not his real name, but a nickname that he is known by.  Since the murder of NULL, nobody has seen Chef Joe.  FOX related that he and at least 4 other people have noticed this.

FOX related that when he was employed at the Sun Hotel, he was employed as a bartender.  He described Chef Joe as a person that can not be trusted.  He described him as being abusive to women, a thief and dishonest.  He advised that at least one person saw Chef Joe drag NULL out of the Sun Hotel by her hair on one occasion within the 3 weeks prior to the murder.  He related that Chef Joe was and may still be the head chef at the Olive Garden Restaurant, Dickson City.  He also believes that Chef Joe is employed at the Mohegan Sun Casino.

FOX related that he would get the names of the 4 other people who noticed above, and would provide it to PSP Swiftwater.

FOX also related that the only person he knows who most likely will know Chef Joe's real name is Steve SHERMAN.  SHERMAN is employed at the Mohegan Sun and works everyday from 1600-1800hrs.  He believed that SHERMANS job at the Mohegan Sun is to pick up money or some other items on a daily basis.

| COMPLETED BY | | BADGE NO. | DATE |
|---|---|---|---|
| Tpr. William J. CASTALDI | | 7558 | 2/12/08 |

| SUPERVISOR'S REVIEW | C.I. SECTION CO. | | PAGE NO. |
|---|---|---|---|
| 2/25/08  8405 | RRB 266   MAY 3 0 2008 | | 3/2 |

STATION                1582

Exhibit 47

SP 7-0072 (1-95)

**HOMICIDE INVESTIGATION ACTION REPORT**

INCIDENT NO.:
**N06-0909468**

ACTION ASSIGNED OR PURPOSE OF REPORT:

Interview : Jeffrey Michael MACALUSO   W/H-M ▮▮▮▮

ASSIGNED TO:
Tpr. James S. CUTTITTA

ASSIGNED BY:
Sgt. Gregg MROCHKO

DETAILS:

02/05/08   @   1235 hours

Trooper SHAWN KOFLUK and I interviewed MACALUSO at SCI Mahanoy - 301 Morea Road - Frackville, Pa 17932 / PH# (570) 773-2158.  MACALUSO is incarcerated at SCI Mahanoy as a result of a misdemeanor domestic violence arrest and is currently on federal parole.  MACALUSO approached Lt. DACHKO of SCI Mahanoy and requested that the State Police be contacted as he wanted to provide information in regards to this investigation.

MACALUSO related the following: He is originally from New York City and moved to Scranton upon his release from Federal Prison on 02/21/06.  Since the time of his release, he has resided in the Scranton area.  He has been following this investigation from state prison via the televised news.  When he saw the news broadcast identifying the victim, Deanna NULL, he realized that he knew her personally and had to contact the police.  He has a scheduled parole hearing in May of 2008 and his minimum release date is 08/21/08 and maximum release date is 08/21/09.  He expects to be paroled in May of 2008 and did not request or expect anything in return for his cooperation.

MACALUSO advised the following:  He first met NULL in 2006 after he moved to Scranton.  He s residing in a half-way house in Scranton, identified as the Catholic Social Service - 3rd Floor on Live Street in Scranton.  When he met her, he immediately became friends with NULL and knew that she was an addict and was going through some "hard times."  He knew that she had children and he considered her a "good person" with some personal problems.  When he left the Catholic Social Service on 08/21/06, NULL had already moved out.  He provided a contact person for Catholic Social Service as "Mary Kay" at PH# (570) 243-1295 / ext. 208.

When NULL left the Catholic Social Service in August of 2006, she began working for a temporary agency called Labor Ready at Olive and Wyoming Avenue in Scranton, Pa.  He described Labor Ready as an agency that would assign you work each day upon your arrival at their office.  He further described Labor Ready as being located in an area in Scranton City that is dominated by crime and addicts.  He told NULL that this was a bad area to be visiting each day and that she had to think of her family, however, she dismissed his advice and remained employed there.  While NULL was working at Labor Ready, she met a black male who was also employed there.  He described the black male as NULL's boyfriend and that he was 40-45 YOA, bald head, mustache, approx. 5'09 - 5'10 with a "medium" build.  MACALUSO was not that familiar with this black male because he eventually "lost touch" with NULL, however, he believes that Labor Ready would know the identity of this black male.  MACALUSO also believes that "Mary Kay" at the Catholic Social Service may be identify this black male because he visited NULL while she was residing there and they have a visitor list that is completed by all visitors.

Continued…

PLETED BY:
**Tpr. James S. CUTTITTA**

BADGE NO.:
**8285**

DATE:
02/05/08

SUPERVISOR'S REVIEW:
_8405 2/25/8_

C.I. SECTION CO.:
MAY 3 0 2006

PAGE NO.:
215

0770 **STATION**

| SP 7-0051 (3-96) | | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT 01/29/08 | | INCIDENT NO. N06-0909468 |
|---|---|---|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** CONTINUATION SHEET ☐ SUPPLEMENTAL INVESTIGATION REPORT ☒ | | ☐ INCIDENT ☒ OTHER Homicide Action | | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR     D ☑ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED     E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED     N ☐ NOT APPLICABLE     ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION **PAPSP8300 / Swiftwater** | | 2. DATE OF REPORT 02/05/08 |
|---|---|---|
| 3. OFFENSE Homicide | 4. VICTIM | **Deanna M. NULL** |

5. NARRATIVE

**INTERVIEW CONTINUED - Jeffrey Michael MACALUSO**

MACALUSO continued to advise that in February of 2007, he gained employment at Versacold - ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He described this location as being off of SR 315, near an adult strip club and across from a MayTag facility. When he started working at Versacold, he saw NULL working there as well as the black male he recognized from dating her while she was employed at Labor Ready. MACALUSO worked the 1300 - 2100 shift and he believes that NULL and this black male both worked the day shift. When he first saw her, they had a friendly conversation, talking about "old things" and he learned that she was still dating this black male. He again questioned her why she was dating this guy, that he seemed bad for her, and she did not seem concerned. At Versacold, NULL drove a fork-lift and this black male worked on the loading dock. MACALUSO assumes that both NULL and this black male were hired together at Versacold stemming from their temporary employment together at Labor Ready.

While MACALUSO was employed at Versacold, he observed this black male driving a 1980 - 35 dark colored Cadillac, which he believes was black in color. He described the Cadillac as missing its front emblem and as having some type of rack on it, believed to be a roof rack. MACALUSO is sure that it was a Cadillac because his father only owned Cadillacs and MACALUSO was very familiar with them. MACALUSO was familiar that the police were looking for this type of vehicle from those news broadcasts that he saw in prison. MACALUSO informed that the supervisor at Versacold was a male they called "5" and he would definitely know who this black male was that NULL was dating. MACALUSO provided that he last saw NULL during the week of August 30, 2007, at Versacold, prior to him being incarcerated. They made small talk about his pending case.

MACALUSO continued that he did not approve of NULL dating this black male because he once encountered NULL near the Steamtown Mall in Scranton. When he saw her, she had a black eye and he asked her what had happened to her eye. She was hesitant to tell him, however, she then confided in him that her boyfriend, this black male, assaulted her. MACALUSO further informed that while at Versacold, he observed this black male engaged in what MACALUSO believes was a drug transaction with another employee, which again led him to believe that he was "bad" for NULL.

MACALUSO related that he knew Deanna NULL as "Dee Dee" and that she was originally from Williamsport.

He lastly related that his Federal Parole agent is Kevin HOGAN from the Scranton Office / PH# (570) 207-5058 and that he would cooperate fully with police and prosecution efforts.

PAPSP 5200 | FRACKVILLE

| OFFICER'S NAME/SIGNATURE/BADGE NO. **Tpr. James S. CUTTITTA** / 8285 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9 ☐ CONCUR ☐ NONCONCUR | 10. PAGE 216 |
|---|---|---|---|---|

STATION

0771

# Exhibit 48
# (Under Seal)

Exhibit 49

| SP 7-0072 (1-94) | **HOMICIDE INVESTIGATION ACTION REPORT** | INCIDENT NO.: N06-0909468 |
|---|---|---|

ACTION ASSIGNED OR PURPOSE OF REPORT:

## Request use of the Monroe County Investigative Grand Jury

| ASSIGNED TO:   Cpl. Thomas C. MCANDREW | ASSIGNED BY:   Case Information |
|---|---|

VICTIM:  Deanna M. NULL                                      DATE OF INCIDENT:  January 29, 2008

**February 19, 2008**

 As this investigation continues, this officer suggested that the case be presented to the Monroe County Investigative Grand Jury.  This officer discussed the matter with Monroe County First Assistant District Attorney Michael MANCUSO, who also felt that the Grand Jury could be beneficial.  As a result, this officer and Trooper Craig VANLOUVENDER prepared an official request and potential witness list that was presented to District Attorney David CHRISTINE.

**February 27, 2008**

 This case was presented during the first session of the Grand Jury.  In addition to this officer, Troopers VANLOUVENDER and Rob SEBASTIANELLI were sworn in.

NOTE:  The next session was scheduled for March 19, 2008.  Prior to that date, continued investigation led to the arrest of Charles Ray HICKS.  As a result, this case will not be before the Grand Jury unless deemed necessary at some future point.

### ATTACHMENTS
Correspondence to District Attorney CHRISTINE (4 pages)

| COMPLETED BY:   Cpl. Thomas C. McAndrew | PAPSP3700/Hazleton | BADGE NO.:   6643 | DATE:   03/10/08 |
|---|---|---|---|
| SUPERVISOR'S REVIEW:   8405   3/24/08 | 1685   RRB 269   MAY 3 0 2008 | STATION | PAGE NO.   337 |

*N06-0909468*

**PENNSYLVANIA STATE POLICE**
TROOP N - AREA V
250 Dessen Drive
West Hazleton, Pennsylvania 18202
(570) 459-3890
FAX (570) 459-3961

DATE: February 19, 2008

TO:    District Attorney E. David Christine Jr.
       Monroe County Courthouse
       7th & Monroe Street
       Stroudsburg, PA  18360

FROM:  Corporal Thomas C. McANDREW
       Troop N/Hazleton
       Criminal Investigation Assessment Unit

RE:    Deanna NULL Homicide
       Request for Monroe County Investigative Grand Jury


     1.     As you are aware, members of the Pennsylvania State police are investigating the murder and dismemberment of Deanna M. NULL, a thirty-six year old female who last resided in the Scranton area.  NULL'S body parts were found scattered across multiple locations in Monroe County and were discovered on January 29, 2008.  Troopers Robert Sebastianelli and Craig Vanlouvender, Troop N/Swiftwater Criminal Investigation Unit, are leading the investigation.

     2.     The investigation has uncovered that fact that the victim was involved in drug activity and prostitution.  At this point it is believed that she was killed sometime between January 18, 2008 and the date of discovery.

     3.     The possibility exists that the victim got into a vehicle with an unidentified male and was subsequently killed.  However, the possibility also exists that the victim was targeted due to the fact that she was involved in illegal drug trafficking.

     4.     Amy ARTLEY, an inmate at SCI-Muncy, has provided information to police.  ARTLEY related that she was an acquaintance of the victim.  According to ARTLEY, the victim was involved in drug trafficking with members to the "Bloods" street gang.  The drug trafficking stretched from the Philadelphia area to Williamsport and many areas in between, including Monroe County.

     5.     Due to the criminal background of most potential witnesses, it is difficult to gain cooperation or effectively evaluate credibility.  As a result, it is believed that the Monroe County Investigative Grand Jury can be of assistance to this investigation.

---

*An Internationally Accredited Law Enforcement Agency*

"Attachement # _1_
Page _1_ of _4_ "

6.    The following is a partial list of potential witnesses:

- **Michael SEARCH,** ███████████████████████████, **PH: 570-941-9430.**
On 01/31/08, SEARCH contacted the victim's mother (Deanna BRYAN) and related that the victim had not been seen lately and she fit the description of the body discovered on Interstate 80/380. SEARCH had a sexual relationship with the victim that he initially denied. Amy ARTLEY claims to have met SEARCH thru NULL; however this is a claim that SEARCH denies. SEARCH related that he had seen the victim with a black male who was driving an older model Cadillac (in the area of Scott Grocery in Scranton).

- **Deanna BRYAN, Mother of the victim.**
BRYAN can provide background information on the victim and details of their last contact.

- **Angie BRYAN, Sister of the victim.**
 BRYAN has had past contact with SEARCH and the victim's ex-boyfriend, Russell CUMMINGS.

- **Russell Francisco CUMMINGS,** ████████████████  ████████████████████,
**PH: 570-342-3001.**
CUMMINGS is the last known boyfriend of the victim.  The two lived together in an apartment on West Market Street in Scranton until approximately mid-January 2008. CUMMINGS is aware of the victim being a prostitute and having a drug problem.

- **Dennis James INGLE ("Irish"),** ████████████████████████████
███, **Cell: 570-702-6991.**
INGLE spends much of his time on railroad tracks in the area of Capouse Avenue and Olive Street in Scranton. INGLE met the victim when she began spending time on the tracks as well. When interviewed on 02/03/08, INGLE advised that he had not seen the victim in approximately 2 to 2 ½ weeks. INGLE last observed the victim entering a dark blue car, possible a Buick. INGLE estimated that the car was from the late 70's and it appeared to be in good shape. INGLE remembered 4 or 5 chrome strips on the trunk, similar to a luggage rack. INGLE related that the driver of the car was a B/M with short hair, described as being a military style cut. INGLE estimated the driver to be tall (6'-6'2") and he appeared to have a muscular build. INGLE related that 3 or 4 days before he observed the victim enter this car, the victim told INGLE that she went to Tobyhanna for the weekend. The victim reportedly told INGLE that she stayed one night and the guy gave her a ride back.

- **Joseph McALLISTER.**
Claims that during the second week of January he was in the Judge and Jury Bar with the victim (located on Linden Street in Scranton). McALLISTER claims that as he exited the bar at which time he was stopped by a B/M who was looking for both drugs and girls. McALLISTER asked the victim if she would party with this guy. The victim replied yes. McALLISTER had the B/M drive them to south Scranton in an attempt to get drugs. McALLISTER recalls that the B/M said that he had a small place in the Poconos.  McALLISTER advised that the B/M drove a large, older model car. When McALLISTER exited the car, the B/M and the victim drove away. When McALLISTER saw the victim the next day, he yelled at her for leaving him behind.

---

*An Internationally Accredited Law Enforcement Agency*

1687

- **Mark Gerald KELLEY, Homeless, spends much of his time on railroad tracks in the area of Capouse Avenue and Olive Street in Scranton.**

KELLEY, like INGLE, regularly obtains a lunch at the St. Francis Soup Kitchen on Vine Street in Scranton. KELLEY was interviewed and related that he is unsure of the date he last saw the victim; however he is sure that he last saw her at the railroad tracks on Capouse and Olive. KELLEY related that the victim told him that she was going to the Tobyhanna Army Depot. KELLEY advised that he believed the victim was going there with a "John." He advised that he saw the victim get into a maroon Mercury Marquis and he never saw her again. KELLEY described the car as being a two door and estimated it was a 1978-1981 with no luggage rack. KELLEY advised that he did not get a good look at the driver, but he was a B/M. KELLEY advised that the victim was waiting all day for the guy to pick her up. KELLEY advised that the victim was on the tracks when she saw the car, and walked down to it. He advised that the victim told him she would be back in two hours with money for beer. The victim never returned and KELLEY never saw her again. KELLEY advised that the victim said she had gone to Tobyhanna with the guy before. According to KELLEY, the victim also said she was able to get crack cocaine because the guy did not know where to get it.


- **Amy ARTLEY, Inmate-State Correctional Facility at Muncy.**

ARTLEY related that sometime in 2002 she met the victim while incarcerated at the Lycoming County Jail. ARTLEY later began a relationship with Terrell "Stacks" BOOZER, a member of the Bloods street gang. ARTLEY advised that BOOZER was actively involved in the sale of crack cocaine. ARTLEY related that in addition to BOOZER, there were several other members of this drug selling "Family," including Earl BLAGMAN (known as "E"). ARTLEY indicated that BLAGMAN is a five star general in the Bloods street gang and answers only to a person in California. ARTLEY further advised that Tyrik COBBS (A.K.A. "Cash") was a lifelong friend of BOOZER. The final member of the "Family" was Antoine HALL (A.K.A. "Ant"). According to ARTLEY, sometime in 2007 she again met the victim who was in the company of a B/M named Frank (street name of "FU"). ARTLEY advised that BLAGMAN was interested in recruiting the victim as a "Mule" since she was a white female who would not attract as much attention from the Police. ARTLEY let the group know that she served time with the victim in the past and due to the fact that the victim did not serve much time, ARTLEY wondered if perhaps the victim could be an informant. ARTLEY advised that it was decided they would keep a close eye on the victim and if anything seemed suspicious they would cut her out of the loop. During November of 2007, ARTLEY received a call from the victim and she was looking for an eight ball. ARTLEY advised that BOOZER became suspicious, because the victim never asked for this much in the past. He again wondered if the victim was an informant. ARTLEY advised that there was a family meeting at a place in the Poconos where they often stayed (believed to be in Monroe County, possibly at "Shawnee"). Present for the meeting was BLAGMAN, BOOZER, COBBS, HALL and a Jamaican male who was the main supplier. ARTLEY advised that BLAGMAN had concerns about two of his people that he felt could no longer be trusted. At this point, COBBS was directed to take ARTLEY to Atlantic City and get her out of the area. ARTLEY advised that she never found out who the two people were that could no longer be trusted. ARTLEY was arrested on 12/17/07 and had no further contact with the group. ARTLEY indicated that she received one letter from BOOZER in which he threatened her children and warned her about being a snitch. ARTLEY advised that after receiving this threat and hearing about the death of the victim, she decided to tell what she knows about this criminal organization.

---

*An Internationally Accredited Law Enforcement Agency*

"Attachement # __1__
Page __3__ of __4__ "

- **Terrell "Stacks" BOOZER,** ████████████████████████████████,
  **PH: 215-424-6058,  last known cell: 215-285-3409.**
On probation through 2013 due to a conviction out of Montgomery County. Formerly supervised by Montgomery County Adult Probation, but his supervision is being transferred to Philadelphia Adult Probation. BOOZER was ARTLEY'S boyfriend.

- **Earl "E" BLAGMAN,** ██████████████████████████████,
  **also** ██████████████████████████████.
A purported five star general in the Bloods street gang who is engaged in the distribution of kilos of cocaine in the Philadelphia, Williamsport and Easton areas.

- **Kevin Donnell DIXON, A.K.A. Kevin DICKSON, "K", LKA:** ████████████████████,
  **, currently in Lycoming County Prison.**
A former associate of "E", "Stacks". "Cash" and "Ant." According to ARTLEY, DIXON has gone on his own in the distribution and delivery of drugs. DIXON still obtains drugs from the Jamaican male in New York who supplies "E."  DIXON was recently arrested by PSP Montoursville and was subsequently interviewed by Cpl. Shawn WILLIAMS. DIXON provided no assistance and denied knowing any of the previously listed actors.

- **Tyrik "Cash" COBBS,** ████████████████████████████████,
  **also** ██████████████████████████████, **also**
  ██████████████████████████████.

- **Antoine "Ant" HALL,** ████████████████████████████

Respectfully,

Corporal Thomas C. McAndrew
Criminal Investigation Assessment Unit
Troop N, Hazleton

*An Internationally Accredited Law Enforcement Agency*

"Attachement #____1____
Page___4___of__4__"

# Exhibit 50



7036324239          VICAP                                    002

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to          Violent Criminal Apprehension Program
File No.                           FBI Academy
                                   Quantico, Virginia  22135

                                   March 18, 2008

Terry Higy
Head of Records Control
Naval Personnel Command
Bureau of Naval Personnel Records
PERS 312 E1
5720 Integrity Drive
Millington, TN 38054

Dear Mr. Higy:

        This office is currently assisting the Pennsylvania State Police with an
investigation involving former United States Navy service member, Charles Ray Hicks, social
security number ███████, date of birth ██████. Please locate all military records
pertaining to Hicks and forward a copy of these records to Crime Analyst (CA) Lennie Wilson,
Jr., of the Violent Criminal Apprehension Program

        Thank you for your assistance in this matter. Should you have any questions, or
require additional information, please contact CA Wilson by telephone at (703) 632-4183, or
email at lwilson@fbiacademy.edu.

                                   Sincerely,

                                   Denise Minor
                                   Supervisory Special Agent
                                   Region One Program Manager
                                   Violent Criminal Apprehension Program

Exhibit 51



**PENNSYLVANIA STATE POLICE**
TROOP N Headquarters
250 Dessen Drive
West Hazleton, Pennsylvania 18202
(570) 459-3890
FAX (570) 459-3961

*674877*
*6/26/08 /Bz*

June 24, 2008

Mr. Terry HIGY
Supervisor, Records Control
Bureau of Naval Personnel Records
PERS 312 E1
5720 Integrity Drive
Millington, TN  38054

Mr. Higy,

Members of the Pennsylvania State Police, Troop N, are currently involved in an ongoing homicide investigation that occurred in Monroe County, Pennsylvania.  The case involves the murder and dismemberment of a female, whose body parts were deposited along a wide stretch of Interstate highway. Investigation led to the arrest of Charles Ray HICKS Jr., who served in the United States Navy from 2004 to 2006.

Based upon the manner in which this murder was committed, added to what is thus far known about HICKS, it is possible that HICKS committed similar crimes throughout the country.  With that in mind, we are conducting an in-depth analysis of HICKS' background. The Federal Bureau of Investigation, VICAP section, prepared a summary of HICKS' Navy assignments, however at this time it has been determined that it would be extremely beneficial to obtain HICKS' entire Navy Personnel file.  As a result, this investigator respectfully requests a copy of said records.

The records can be mailed to my attention at the above listed address. Should you have any questions or concerns, please don't hesitate to contact me by phone at (570)459-3890 or by e-mail thmcandrew@state.pa.us.

Charles Ray HICKS Jr., SS# ██ ██    Black male, DOB/██

Respectfully,

*[signature]*

Corporal Thomas C. McAndrew
Criminal Investigation Assessment Unit
Troop N, Hazleton

*An Internationally Accredited Law Enforcement Agency*

# Exhibit 52

| SP 7-0072 (1-95) | INCIDENT NO.: |
|---|---|
| **HOMICIDE INVESTIGATION ACTION REPORT** | **N06-0909468** |

ACTION ASSIGNED OR PURPOSE OF REPORT:

Contact FBI/VICAP Analyst

ASSIGNED TO:  Tpr. Craig VANLOUVENDER        ASSIGNED BY:        Sgt. Gregg MROCHKO

DETAILS:

WEDNESDAY JANUARY 30, 2008:


CONTACT FBI/VICAP ANALYST:


On 01/30/08, I sent an e-mail to Jayne STAIRS, VICAP Crime Analyst, FBI Critical Incident Response Group, FBI Academy, Quantico, Virginia  PH# 703-632-4168, regarding this investigation.


THURSDAY JANUARY 31, 2008:

On 01/31/08, I received a response from STAIRS and she advised that another analyst, Lennie WILSON, had already begun working on this case.


WEDNESDAY FEBRUARY 6, 2008:

I received an e-mail from VICAP Analyst Lennie WILSON regarding this investigation. He advised that he was putting together a report based on VICAP resources and will forward it to PSP when it is complete.


ATTACHMENTS:
1. E-mail to Jayne STAIRS, 01/30/08
2. E-mail from Lennie WILSON, 02/06/08
3. E-mail from Lennie WILSON, 02/12/08

COMPLETED BY:
**Tpr. Craig VANLOUVENDER** / Tpr. Craig Van

BADGE NO.: **6882**   DATE: 02/13/08

SUPERVISOR'S REVIEW:   8905   2/22/08

C.I. SECTION CO.:        MAY 29 2008        PAGE NO.: 59

**STATION**

0176

Exhibit 53

TEXAS DEPARTMENT OF PUBLIC SAFETY
TEXAS RANGER DIVISION

**REPORT OF INVESTIGATION**

Page 1 of 9

THIS REPORT IS THE PROPERTY OF TEXAS DPS-TEXAS RANGER DIVISION. NEITHER IT NOR ITS CONTENTS
MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

1.  MURDER 19.02(b)(1) PC F1
2.  COOLBAUGH TOWSHIP, PA, US
3.  DEANNA NULL, W/F, ▮▮▮▮▮▮   36 yoa
4.  01/29/2008     ( Tuesday )

| | |
|---|---|
| REPORT OWNER:  BRAD HARMON, SGT. 7007 , HURST | FILE STATUS:  ACTIVE |
| DIVISION:    RB-2008-00215 | TYPE:         CRIMINAL |
| RANGER:    CA07007080512135653B | |

CROSS RELATED FILES:

| | |
|---|---|
| 1. RB200800533 - HARMON - BRAD 7007 | 2. RB200800540 - HARMON - BRAD 7007 |
| 3. RB200800647 - HARMON - BRAD 7007 | |

**SYNOPSIS:**

5. 05/01/2009 Report Writer: BRAD HARMON, SGT. 7007, HURST

06/08/2009 Approved by: 6651 ALVIN (AL) ALEXIS, CAPTAIN

On 03-04-2009, Texas Ranger Sergeant Brad HARMON conducted
an interview with Tracy DRISKILL at the Santa Fe Police
Department.  Ranger HARMON had previously been contacted by
Pennsylvania State Police Trooper Robert SEBASTIANELLI
requesting Ranger HARMON conduct the interview regarding the
Deanna NULL murder investigation.  Charles Ray HICKS is
currently in jail in Pennsylvania and has been charged with
NULL's murder.  Trooper SEBASTIANELLI had stated DRISKILL
had contacted their office and stated she had lived a few
houses away from HICKS when they were growing up.  DRISKILL
had stated she knew HICKS pretty well and she always knew
there was something about HICKS that prevented her from
going anywhere alone with him.  The interview was audio and
video recorded.  A copy of this report and a copy of
DRISKILL's recorded interview will be provided to Trooper
SEBASTIANELLI.

**DETAILS:**

5.1 On 03-04-2009, Texas Ranger Sergeant Brad HARMON conducted
an interview with Tracy DRISKILL (W/F, DOB ▮▮▮▮▮▮ ) at
the Santa Fe Police Department.  Ranger HARMON had
previously been contacted by Pennsylvania State Police
Trooper Robert SEBASTIANELLI requesting Ranger HARMON
conduct the interview regarding the Deanna NULL murder
investigation.

06/16/2009 9:25:55 AM

*DPS SENSITIVE*

Attachment # 1
Page 3083 of 9

# Exhibit 54

| SP 7-0072 (1-95) | | INCIDENT NO. |
|---|---|---|
| **HOMICIDE INVESTIGATION ACTION REPORT** | | **N06-0909468** |

ACTION ASSIGNED OR PURPOSE OF REPORT:

Receipt of police reports from the Fort Worth TX Police Department.

| ASSIGNED TO: | ASSIGNED BY: |
|---|---|
| TFC Shawn A. HILBERT | Sgt. Gregg MROCHKO |

DETAILS:

**RECEIPT OF POLICE REPORTS FROM THE FORTH WORTH POLICE DEPARTMENT:**

On 03/10/08 at approx. 1035 hours I made contact with Det. Sarah WATERS of the Fort Worth Police Department. She is assigned to the homicide unit within that department and can be reached at (817) 392-4330. I explained to her that it appeared that their department arrested Charles HICKS several times according to his criminal history. I asked that she locate the police reports associated with HICKS and provide me with same. On 03/11/08 I received an email from Det. WATERS with an attached PDF file containing those reports. I viewed those reports and observed the following;

On 08/16/02 Charles HICKS was involved in an assault involving a 31 y/o B/N-F. The victim reported asking HICKS for a ride. HICKS refused to allow her to exit the vehicle. As she attempted to exit the vehicle he grabbed her to pull her back inside. She flagged down a passer by who intervened allowing her to escape. HICKS was charged with "Assault by Offensive Contact". Det. WATERS indicated that this charge was later "no billed" by grand jury.

On 02/06/03 Charles HICKS was involved in an attempted aggravated sexual assault involving a 50 y/o B/N-F. The victim reported that she met HICKS at a friend's house and agreed to accompany him to his place of employment to pick up his paycheck. HICKS stated that he was going to go purchase some drugs. On the way there he pulled into a hotel. HICKS told the victim "I'll kill you if you scream, if you're quiet it'll be okay". He pulled her from the victim and forced her into his hotel room locking the door behind them. He grabbed her by the hair and stated "I just want someone to hug me and tell me its ay". He took a razor blade from his pocket and stated "If you scream I'm going to cut you and kill you". While holding her hair he removed her clothes. He pushed her to the bed and pulled his pants down exposing himself. He smoked some crack and made her smoke some too. He then made her blow smoke on his ass and his penis. HICKS tried to have sex with her but could not get an erection and was unsuccessful. She began to yell for help and the manger came to the door. As HICKS opened the door to speak with the manager she ran from the room naked into the street. HICKS was arrested for "Criminal Attempt – Aggravated Sexual Assault". Det. WATERS indicated that this case was "closed by exceptional means" because the victim could not be located for court purposes. Det. WATERS checked their records and it appeared that this victim disappeared after this incident.

On 08/13/02 Charles HICKS was involved in an assault involving a 53 y/o W/N-F. The victim reported that HICKS approached her as she was stopped in her vehicle. He opened her door and forced her into the passenger seat. HICKS then drove off with her in the vehicle. HICKS had a knife in one hand and began to punch the victim in the head. HICKS stated "I'm gonna find somewhere dark and I'm gonna rape you". The victim opened her door and jumped from the vehicle to escape. HICKS was charged with "Assault with Bodily Injury". Det. WATERS indicated that this charge was later dismissed by their DA's Office.

ATTACHMENTS:
1. Forth Worth PD Report from 08/16/03 Incident
2. Forth Worth PD Report from 02/06/03 Incident
3. Fort Worth PD Report from 08/13/02 Incident

| COMPLETED BY: | | BADGE NO. | DATE: |
|---|---|---|---|
| TFC Shawn A. HILBERT | | 7455 | 03/12/08 |

| SUPERVISOR'S REVIEW: | | CASE/ACTION CO. | PAGE NO. |
|---|---|---|---|
| 8405   2/19/08 | | JUN 0 4 2008 | 428 |

**STATION**

Exhibit 55

| SP 7-0051 (3-96) | | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE | | ☐ INCIDENT | | N06-0909468 |
| CONTINUATION SHEET ☐ | | ☒ OTHER Homicide Report | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | | | ☐ | ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR     D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED     E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED     N ☐ NOT APPLICABLE     ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP8300/Swiftwater | 03/17/08 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| Homicide | Deanna NULL |

**5. NARRATIVE**

   On 05/23/98 HICKS was involved in a fight that occurred between a B/N-M friend and that friend's neighbor.  HICKS attempted to break up this fight and suffered minor injuries.  No charges were filed against anyone involved.

ADDITIONAL INFORMATION PROVIDED BY ARLINGTON PD:
   The information I received via the mail from Arlington PD included the most recent profile information on Charles HICKS, biographical information on Charles HICKS and a mug shot photograph of Charles HICKS dated 07/07/07.

ATTACHMENTS:
   1. Cover Letter from the Arlington Police Department
   2. Most Recent Profile of Charles HICKS from the Arlington Police Department
   3. Biographical Information of Charles HICKS
   4. Mug Shot Photograph of Charles HICKS date 07/07/07
   5. Arlington PD Report from 11/05/07 Incident
   6. Arlington PD Report from 07/07/07 Incident
   7. Arlington PD Report from 06/21/07 Incident
   8. Arlington PD Report from 06/10/07 Incident
   9. Arlington PD Report from 11/24/00 Incident
   10. Arlington PD Report from 05/23/98 Incident

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR | 10. PAGE |
|---|---|---|---|---|---|
| TFC Shawn A. HILBERT | 7455 | ☒ CONT. ☐ TERM. | 8405 | ☐ NONCONCUR | 427 |

STATION
2141

# Exhibit 56
# (Under Seal)

# Exhibit 57

# Murdered woman linked to '02 shooting

By PHILIP A. HOLMES
Williamsport Sun-Gazette Writer
February 06, 2008 6:00 AM

Police are trying to determine if the murder of Deanna Marie Null, the woman whose dismembered body was scattered along Poconos interstates, might be related to a drive-by shooting that occurred in Williamsport nearly six years ago.

No one was injured in the April 3, 2002, shooting that occurred outside Null's home on West Edwin Street, Williamsport police said. Several shots were fired from a car at a group of black men, one of them Richard Lowrie of Harrisburg, who police said was Null's boyfriend at the time.

State police investigators came to city police headquarters Tuesday to pick up the police report on the shooting, which police said was racially motivated.

Three white men were arrested in the shooting, and Lowrie testified at their preliminary hearing. Two of the men pleaded guilty to aggravated assault and were sentenced to state prison terms ranging from two to eight years. A third man pleaded guilty to tampering with evidence and was sentenced to a year in the county jail, according to court records.

The state Board of Probation and Parole in Harrisburg was unable to provide any information Tuesday on the status of the three men convicted in the shooting case.

"Null was not a victim. She wasn't even a witness in this case, but her boyfriend was a victim," Williamsport Police Patrolman Roy Snyder, the lead investigator in the shooting case, said Tuesday.

"She played no role whatsoever in the conviction of the three men," Snyder said of Null. Lowrie, however, was "a key witness and victim."

Parts of Null's dismembered body were found Jan. 29 in trash bags found at eight locations along Interstates 80 and 380 in Lackawanna and Monroe County. She was 36. Her identity was obtained through a forensic dentist in Allentown.

Both Null and Lowrie, believed now to be in his late 30s, were arrested in early February 2003 as part of a major cocaine-distribution ring that extended from Lycoming to Northumberland County.

Court records, filed by the state Attorney General's Office, alleged Null sold cocaine in Williamsport while Lowrie trafficked cocaine in Shamokin. Both were convicted of various drug crimes.

Exhibit 58

SP 7-0072 (1-95)

**HOMICIDE INVESTIGATION ACTION REPORT**

INCIDENT NO.
N06-0909468

ACTION ASSIGNED OR PURPOSE OF REPORT

Interview with Desmond Lionel CAINION

| ASSIGNED TO | ASSIGNED BY |
|---|---|
| Tpr. Craig VANLOUVENDER | Sgt. Gregg MROCHKO |

DETAILS

WEDNESDAY, FEBRUARY 6TH, 2008:

INTERVIEW WITH DESMOND LIONEL CAINION:

On 02/06/08 at 1425, this officer along with Trooper Robert SEBASTIANELLI conducted an interview with Desmond Lionel CAINION, B/N/M  DOB: ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PH# 267-237-5119, regarding this investigation. The interview was conducted at the security office of the Tobyhanna Army Depot. This interview was conducted as the result of information received from the Pocono Mountain Regional Police Department. Officers with that department had encountered CAINION in a vehicle similar to the vehicle of interest in this investigation. CAINION advised that he is an Electronics Technician 2 at the facility.

We advised CAINION that we were conducting a missing person investigation and the vehicle he operated matched the description of a vehicle that could possibly be involved. I showed CAINION a J-net picture of the victim, Deanna Marie NULL and asked him if he had ever seen her before. CAINION advised that he had never seen the victim before and he did not know her. CAINION advised that he has been working at the Tobyhanna Army Depot for the past nine months. He advised that he started his imployment at the facility back on 05/05/07. CAINION advised that he rents a room at Kubler's Bar. CAINION reported the drives a 1996 Mercury Grand Marquis, with Pennsylvania registration GNK4308. CAINION advised that the vehicle is registered in his uncle's name. CAINION advised that his uncle resides in Philadelphia. I asked CAINION what he does on his weekends off. He advised that he had been working mandatory overtime up until two weeks ago. CAINION advised that he now goes home to Philadelphia on weekends. CAINION advised that he had been working twelve-hour shifts on Saturday and Sunday until two weeks ago. I asked CAINION where he hangs out when he spends his time when he is not working. He said that he goes to the Brookside Bar more than anywhere else in the area. I asked him if he ever frequents the bar at Kublers and he replied no. He advised that it's an older crowd there and he feels more comfortable at the Brookside. CAINION advised that if he needs anything he does his shopping at the Wal-Mart in Mt. Pocono.

I asked CAINION if he ever travels to Scranton. CAINION advised that there is a Tobyhanna Army Depot Credit Union on Mulberry Street that has Saturday hours. CAINION advised that he used the branch in Scranton on a Saturday morning back around Thanksgiving. CAINION advised that he drove himself up to Scranton and estimated that he was there around 1000-1100. I asked CAINION if he went anywhere else in Scranton other than the credit union. CAINION advised that he just visited the credit union, because the base credit union is closed on Saturday and Sunday. I asked CAINION if he had his car on the base today and he replied yes. He advised that it is parked in lot K today.

CONTINUED

| COMPLETED BY | BADGE NO. | DATE |
|---|---|---|
| Tpr. Craig VANLOUVENDER  *Tpr. Craig Van____* | 6882 | 03/22/08 |

| SUPERVISOR'S REVIEW | C.I. SECTION | PAGE NO. |
|---|---|---|
| 6___  SM05  2/26/08 | RNB 269 | 260 |

STATION  1142

Exhibit 59

SP 7-0072 (1-95)

**HOMICIDE INVESTIGATION ACTION REPORT**

INCIDENT NO.
N06-0909468

ACTION ASSIGNED OR PURPOSE OF REPORT
Make contact with the Pocono Mountain Regional Police Department

| ASSIGNED TO | ASSIGNED BY |
|---|---|
| Tpr. Craig VANLOUVENDER | Sgt. Gregg MROCHKO |

DETAILS

MONDAY, FEBRUARY 4TH, 2008:

MAKE CONTACT WITH THE POCONO MOUNTAIN REGIONAL POLICE DEPARTMENT:

On 02/04/08 at approximately 1023, this officer along with Trooper Robert SEBASTIANELLI traveled to the headquarters for the Pocono Mountain Regional Police Department, SR 940 Pocono Pines, to meet with investigators and advise them of the status of this investigation.

Upon our arrival we met with Chief Harry LEWIS and LT. William LAVERTY and we provided them with the description of a vehicle of interest in this investigation. They were advised that we were interested in a darker color older model large vehicle likely a sedan, possibly a Cadillac or older model Buick. The vehicle had a vinyl/leather/rag top and had chrome strips on the back consistent with a luggage rack. LAVERTY and LEWIS were provided with the victim's name and identifiers, Deanna Marie NULL W/N/F DOB: ███████. A check of files maintained by Pocono Mountain Regional Police Department failed to reveal any contact with NULL. A description of the vehicle of interest was provided to Pocono Mountain Regional Police Department patrol officers. LEWIS related that if we needed ything from the Pocono Country Place Development he would contact them. LEWIS related that garbage pickup within Pocono Country Place is done by MACARO Waste and Hauling. Each section of the development has a different garbage pick up day. LEWIS advised that garbage pickup is conducted four days a week.

LEWIS has spent many years working with the Monroe County Drug Task Force and he advised that he never had any contact with the victim. LEWIS related that he maintains the files regarding confidential informants and NULL never served as a confidential informant for the Monroe County Drug Task Force or the Pocono Mountain Regional Police Department.

Detective Lucas BRAY related that he was familiar with an Anthony LONG who lived along Long Pond Road, PH# 718-612-7948. BRAY advised that LONG used to operate a 1989 Cadillac. BRAY related that LONG lived with a David GONZALEZ on Tumble Weed, which is a cul-de-sac against SR 80 in the Emerald Lakes Development. LAVERTY related that Cornell "Chef" SAVAGE was another person that associated with this group. BRAY related that he would take a drive by the house and contact us if he observed a vehicle that matched the description of the suspect vehicle or if he observed black garbage bags with blue ties at the residence.

Later, BRAY related that he met with negative results. Pocono Mountain Regional Police Department had not obtained any information as to who was responsible for the death of NULL.

| 'PLETED BY | BADGE NO. | DATE |
|---|---|---|
| pr. Craig VANLOUVENDER _TPR_ Craig Van/a | 6882 | 03/21/08 |

SUPERVISOR'S REVIEW
C.I. SECTION CO.    MAY 3 0 2008

PAGE NO.
183

STATION

# Exhibit 60

| SP 7-0072 (1-95) | | INCIDENT NO.: |
|---|---|---|
| **HOMICIDE INVESTIGATION ACTION REPORT** | | **N06-0909468** |

ACTION ASSIGNED OR PURPOSE OF REPORT:

Receipt of police reports from the Hampton VA Police Department.

| ASSIGNED TO: | ASSIGNED BY: |
|---|---|
| TFC Shawn A. HILBERT | Sgt. Gregg MROCHKO |

DETAILS:

RECEIPT OF POLICE REPORTS FROM THE HAMPTON VA POLICE DEPARTMENT:

On 03/10/08 at approx. 0935 hours I made contact with Det. Sgt. Jim MEADOWS of the Hampton VA Police Department. He is assigned to the Crimes Against Persons Unit within that department and can be reached at (757) 727-6552. I explained to him that it appeared that their department arrested Charles HICKS several times according to his criminal history. I asked that he locate the police reports associated with HICKS and provide me with same. On 04/21/08 I received an envelope from Det. Sgt. MEADOWS containing those reports. I viewed those reports and observed the following;

On 06/03/06 Charles HICKS was involved in a Simple Assault / Domestic involving his wife Sheinina HICKS. The victim reported that HICKS punched her in the head several times during an argument. The victim tried to defend herself with a knife but HICKS took the knife from her and held the knife to her throat while telling her that he would kill her. HICKS was arrested for Simple Assault but the final disposition of the charge is unknown.

On 07/09/06 Charles HICKS attempted to take his own life by smoking marijuana, consuming alcohol and pills. HICKS told police that he was trying to kill himself because he was having trouble with his wife. Police observed cut marks on HICKS forearm and HICKS told police those marks were from previous suicide attempts. HICKS told police that he has suicidal thoughts.

On 07/10/06 Police responded to the Charles HICKS residence to take a theft report. Charles HICKS was reporting that his home was broken into and that cash was stolen. HICKS told police that he had been depressed in recent weeks and drinking often. Police determined that this case was unfounded because HICKS may have given the stolen items away while suffering from depression, drug and alcohol use.

On 07/23/06 Charles HICKS was involved in another Simple Assault / Domestic involving his wife Sheinina HICKS. The victim reported that HICKS struck her during an argument. HICKS was gone when police arrived but they arrested HICKS for Simple Assault and obtained a warrant. Police realized that HICKS was pending trial for a Simple Assault from 06/03/06 while at this incident. This report indicates that there was a guilty plea on 03/17/07 but it does not indicate what charge the plea was for and there was no final disposition listed.

On 07/31/06 Charles HICKS was involved in a Forcible Rape involving a 40 y/o B/N-F victim. The victim reported meeting Charles HICKS through some friends. She and those friends went to the HICKS residence. All of her friends left and she was alone in the home with HICKS. That was when HICKS began smoking crack and making sexual advances towards her. The victim informed HICKS that she was not interested in him and HICKS became angry. HICKS then began choking the victim and threatened her with a knife. The victim became unconscious and when she regained consciousness she realized that she defecated and urinated herself. HICKS was standing over of her naked. HICKS then mounted the victim and attempted to penetrate her. The victim struggled and tried to get away but HICKS sat on top of her as he continued to attempt to penetrate her. HICKS was unable to penetrate her because he could not achieve an erection. That's when HICKS became enraged and began beating the victim. HICKS then demanded that the victim leave and he made her run out of the home naked.

- continued -

| COMPLETED BY: | | BADGE NO.: | DATE: |
|---|---|---|---|
| TFC Shawn A. HILBERT | | 7455 | 04/22/08 |
| SUPERVISOR'S REVIEW: | STATION | JUN 0 4 2008 2079 | PAGE NO.: 424 |

SP 7-0051 (3-96)

**PENNSYLVANIA STATE POLICE**

CONTINUATION SHEET ☒
SUPPLEMENTAL INVESTIGATION REPORT ☐

| REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. N06-0909468 |
| --- | --- | --- |
| ☐ INCIDENT | | |
| ☒ OTHER Homicide Report | TIME(S) OF INCIDENT | JUVENILE ☐   DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:   ☐ MISSING PERSON CHECKLIST

DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE

| | |
| --- | --- |
| ˙ELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION    PAPSP8300/Swiftwater | 2. DATE OF REPORT |
| --- | --- |
| 3. OFFENSE | 4. VICTIM    Denna NULL |

5. NARRATIVE

When police arrived at this incident HICKS remained in the home armed with a knife. Police confronted HICKS and he dropped the knife. Police observed several stab wounds on HICKS body that were self inflicted. As medics tended to HICKS injuries he became extremely disorderly. HICKS would not listen to the commands given to him and they were required to use a tazer to subdue him. HICKS was further restrained and transported to a hospital. There was no arrest information within this report regarding this incident.

Det. Sgt. MEADOWS provided a BIO sheet for Charles HICKS, an event log for Charles HICKS, field contact information for Charles HICKS, computer records for Charles HICKS and warrant worksheets for Charles HICKS.

Det. Sgt. MEADOWS also provided a BIO sheet for Sheinana HICKS, an event log for Sheinana HICKS and field contact information for Sheinana HICKS.

ATTACHMENTS:
1. Hampton PD BIO Sheet for Charles HICKS
2. Hampton PD Event Log for Charles HICKS
3. Hampton PD Report from 06/03/06 Incident
4. Hampton PD Report from 07/09/06 Incident
5. Hampton PD Report from 07/10/06 Incident
6. Hampton PD Report from 07/23/06 Incident
7. Hampton PD Report from 07/31/06 Incident
8. Hampton PD Field Contact Information for Charles HICKS
9. Hampton PD Computer records for Charles HICKS
10. Hampton PD Warrant Worksheets for Charles HICKS
11. Hampton PD Bio Sheet for Sheinana HICKS
12. Hampton PD Event Log for Sheinana HICKS
13. Hampton PD Field Contact Information for Sheinana HICKS

| 6. OFFICER'S NAME/SIGNATURE    TFC Shawn A. HILBERT | BADGE NO. 7455 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 425 |
| --- | --- | --- | --- | --- | --- |

STATION

2080