# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

CHARLES RAY HICKS,                        :
                 Petitioner,      :      No. 1:17-CV-1969
                                :
           v.                          :      (Chief Judge Conner)
                                :
JOHN E. WETZEL, Secretary,                 :      THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;    :
ROBERT GILMORE, Superintendent of         :
the State Correctional Institution at Greene; :
and MARK GARMAN, Superintendent of        :
the State Correctional Institution at      :
Rockview,                                 :
                Respondents.   :
_____  :

## ORDER

AND NOW, this      date of February, 2019, upon consideration of Petitioner's

*Motion to Stay the Federal Proceedings to Allow Petitioner's Counsel to Exhaust*

*Federal Claims for Relief in State Court*, it is hereby ORDERED and DIRECTED

that said motion is GRANTED and that:

1.     Petitioner's federal habeas corpus action shall be stayed pending the exhaustion of state court remedies;

2.     Petitioner is directed to exhaust state remedies expeditiously; and

3.     Petitioner's counsel shall notify this Court within thirty (30) days of the termination of state court proceedings.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania