## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                   :

CHARLES RAY HICKS,             :
                 Petitioner,     :     No. 1:17-CV-1969
                                     :

        v.                           :     (Chief Judge Conner)
                                     :

JOHN E. WETZEL, Secretary,   :     THIS IS A CAPITAL CASE
Pennsylvania Department of Corrections;  :
ROBERT GILMORE, Superintendent of  :
the State Correctional Institution at Greene;  :
and MARK GARMAN, Superintendent of  :
the State Correctional Institution at     :
Rockview,                              :
                 Respondents.    :
_____ :

### ORDER

AND NOW, this      date of February, 2019, upon consideration of Petitioner's *Motion to Stay the Federal Proceedings or, in the Alternative Dismiss Without Prejudice, to Allow Petitioner's Counsel to Exhaust Federal Claims for Relief in State Court*, it is hereby ORDERED and DIRECTED that said motion is GRANTED and that:

1.     Petitioner's federal habeas corpus is dismissed without prejudice;

2.     Petitioner is directed to exhaust state remedies expeditiously; and

3.     Petitioner's counsel shall notify this Court within thirty (30) days of the termination of state court proceedings.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania