IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY HICKS,<br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN E. WETZEL, Secretary,<br>Pennsylvania Department of Corrections;<br>ROBERT GILMORE, Superintendent of<br>the State Correctional Institution at Greene;<br>and MARK GARMAN, Superintendent of<br>the State Correctional Institution at<br>Rockview,<br>　　　　Respondents. | No. 1:17-CV-1969<br><br>(Chief Judge Conner)<br><br>THIS IS A CAPITAL CASE<br><br>FILED<br>HARRISBURG, PA<br><br>FEB 0 1 2019<br><br>PER _____<br>　　DEPUTY CLERK |

**PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Petitioner, Charles Ray Hicks, through counsel, respectfully submits his Motion to File Documents Under Seal and, in support thereof, states the following:

1. On July 20, 2018, this Court issued an Order directing Mr. Hicks to file his Habeas Petition on or before October 2, 2018.

2. On August 29, 2018, the Department of Corrections went into a lockdown and stopped processing all mail. On September 13, 2018, Mr. Hicks filed a *Motion for a 60-Day Extension of Time in Which to File His Habeas Petition and an Order Directing that the Federal Habeas Statute of Limitations is Equitably*

*Tolled Until that Date in Light of the Unique Circumstances*. Doc. 9. On September 26, 2018, this Court entered an Order granting Mr. Hicks' request. Doc. 12.

3. On November 6, 2018, Petitioner filed his *Motion for a 60-Day Extension of Time to File His Habeas Petition and an Order Directing that the Federal Habeas Statute of Limitations is Equitably Tolled* (Doc. 13) and his *Motion for an Order Directing the Department of Corrections to Allow Counsel to Provide Him a Confidential Legal Document in a Manner that Does Not Violate Attorney/Client Privilege* (Doc. 15).

4. On December 17, 2018, Mr. Hicks submitted his Status Report, updating the Court on the progress for obtaining privileged consultation and requesting that he be permitted to file his Habeas Petition on February 1, 2019 (Doc. 23). On December 18, 2018, this Court issued an order directing that Mr. Hicks file his petition on or before February 1, 2019 (Doc. 24).

5. Mr. Hicks has, this date filed his *Petition for a Writ of Habeas Corpus by a Prisoner in State Custody*.

6. For the reasons provided in his Statement of Factual and Legal Justification, Mr. Hicks respectfully requests that the attached documents be filed under seal pursuant to Pa. M.D. L.R. 5.8 and Pa. M.D. L.Cr.R. 49.

WHEREFORE, Petitioner respectfully requests that the Court grant his *Motion to File Documents Under Seal.*

Respectfully submitted,

s/Kelly D. Miller
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
Federal Public Defender for the
Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
(kelly_miller@fd.org)

Dated: February 1, 2019

## CERTIFICATE OF SERVICE

I, Kelly D. Miller, hereby certify that on this date I caused the foregoing document to be served on the following person at the location and in the manner indicated below, which satisfies the requirements of the Federal Rules of Civil Procedure:

VIA FIRST-CLASS MAIL

E. David Christine, Jr.
District Attorney
Monroe County District Attorney's Office
610 Monroe Street, Suite 126
Stroudsburg, PA 18360
dchristine@monroecountypa.gov

/S/ *KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 1, 2019