# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Petitioner, | : | No. 1:17-CV-1969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JOHN E. WETZEL, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, | : | |
| Respondents. | : | |

## ORDER

AND NOW, this ___ date of February, 2019, upon consideration of Petitioner's *Motion for an Order Directing the Department of Corrections to Allow Counsel to Provide Him Confidential Legal Documents in a Manner that Does Not Violate Attorney/Client Privilege,* the Department of Corrections is hereby ORDERED and DIRECTED to allow counsel to mail Mr. Hicks confidential legal documents using the previous legal mail procedures in which the mail is opened in the inmate's presence, the original is provided to him. It is further DIRECTED that the

Department of Corrections shall not photocopy, scan, or otherwise record or store the documents in any manner.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania