# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Petitioner, | : | No. 1:17-CV-1969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JOHN E. WETZEL, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; | : | |
| ROBERT GILMORE, Superintendent of | : | |
| the State Correctional Institution at Greene; | : | |
| and MARK GARMAN, Superintendent of | : | |
| the State Correctional Institution at | : | |
| Rockview, | : | |
| Respondents. | : | |

_____ :

## ORDER

AND NOW, this     date of February, 2019, upon consideration of Petitioner's *Motion for an Order Directing the Department of Corrections to Allow Counsel to Provide Him Confidential Legal Documents in a Manner that Does Not Violate Attorney/Client Privilege,* the Department of Corrections is hereby ORDERED and DIRECTED to allow counsel to give Mr. Hicks confidential legal documents during a legal visit and allow Mr. Hicks to keep those confidential legal documents for

review in his cell. It is further DIRECTED that the Department of Corrections shall not photocopy, scan, or otherwise record or store the document in any manner.

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania