# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |
|---|---|
| CHARLES RAY HICKS, | : |
|       Petitioner, | :    No. 1:17-CV-1969 |
| v. | :    (Chief Judge Conner) |
| JOHN E. WETZEL, Secretary, | :    THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; ROBERT GILMORE, Superintendent of the State Correctional Institution at Greene; and MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, | : |
|       Respondents. | : |

_____

## STATEMENT OF NONCONCURRENCE

AND NOW comes Charles Ray Hicks, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully certifies that counsel has this date contacted District Attorney Christine, counsel for Respondents, and Abby Trovinger, Assistant Counsel for the Department of Corrections, via electronic mail seeking concurrence in this motion. Attorney Trovinger indicated that the Department of Corrections does not concur in this motion. Attorney Christine has not yet responded. Once Attorney Christine does, Petitioner will file an amended concurrence statement.

Respectfully submitted,


s/Kelly D. Miller
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
Federal Public Defender for the
Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
(kelly_miller@fd.org)


Dated:  February 4, 2019

## CERTIFICATE OF SERVICE

I, Kelly D. Miller, hereby certify that on this date I caused the foregoing document to be served on the following person at the location and in the manner indicated below, which satisfies the requirements of the Federal Rules of Civil Procedure:

VIA FIRST CLASS MAIL

E. David Christine, Jr.
District Attorney
Monroe County District Attorney's Office
610 Monroe Street, Suite 126
Stroudsburg, PA 18360

VIA ECF

Abby N. Trovinger
Assistant Counsel
Department of Corrections, Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
atrovinger@pa.gov

/s/ KELLY D. MILLER
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 4, 2019