IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

### **PROPOSED ORDER**

AND NOW this _____ day of _____, 2019, upon consideration of the Plaintiff's "Renewed Motion For an Order Directing the Department of Corrections to Allow Counsel to Provide Him Confidential Legal Documents in a Manner that Does Not Violate the Attorney/Client Privilege" and Defendants' Motion to Stay Proceedings, the Defendants' Motion is GRANTED.  These proceedings are stayed upon further Order of this Court.

BY THE COURT:

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | CAPITAL CASE |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

AND NOW, come Defendants Wetzel, Gilmore, and Garman, by and through their attorney, Abby N. Trovinger, and hereby move to stay proceedings in this matter as explained in the accompanying brief.

**WHEREFORE,** Defendants respectfully request that their Motion to Stay Proceedings be granted.

Respectfully submitted,

Office of General Counsel

By: /s/ Abby N. Trovinger
Abby N. Trovinger, Assistant Counsel
Attorney I.D. No. PA 308329
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7758

Dated:  February 13, 2019          atrovinger@pa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Plaintiff | : | Civil Action No. 1:17-cv-01969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| | : | |
| JOHN E. WETZEL, Secretary, *et al.*, | : | |
| Defendants | : | Filed Via Electronic Case File |

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed and thereby made available to the following counsel of record:

Kelly Miller, Esquire
Asst. Federal Public Defender
**Federal Public Defender for the
Middle District of Pennsylvania**

By:  /s/ Abby N. Trovinger
Abby N. Trovinger
Assistant Counsel
Attorney I.D. No. PA 308329
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
(717) 728-7758
Dated: February 13, 2019       Email: atrovinger@pa.gov

3