**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RAY HICKS,** | : | **No. 1:17-CV-1969** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL, Secretary,** | : | **THIS IS A CAPITAL CASE** |
| **Pennsylvania Department of** | : | |
| **Corrections; ROBERT GILMORE,** | : | |
| **Superintendent of the State** | : | |
| **Correctional Institution at Greene;** | : | |
| **and MARK GARMAN,** | : | |
| **Superintendent of the State** | : | |
| **Correctional Institution at** | : | |
| **Rockview,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

AND NOW, this 14th day of February, 2019, upon consideration of

petitioner's motion for leave to file a petition for writ of habeas corpus in excess of

the page limitation (Doc. 25), it is hereby ORDERED that the motion (Doc. 25) is

GRANTED.  Petitioner's petition for writ of habeas corpus (Doc. 27) is accepted for

filing.

　/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania