# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Petitioner, | : | No. 1:17-CV-1969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JOHN E. WETZEL, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; | : | |
| ROBERT GILMORE, Superintendent of | : | |
| the State Correctional Institution at Greene; | : | |
| and MARK GARMAN, Superintendent of | : | |
| the State Correctional Institution at | : | |
| Rockview, | : | |
| Respondents. | : | |

_____  :

**PETITIONER'S RESPONSE TO THE DEPARTMENT OF CORRECTIONS' (DOC)
MOTION TO STAY PROCEEDINGS**

Petitioner, Charles Ray Hicks, through counsel, respectfully submits his

Response to the DOC's Motion to Stay Proceedings.

1.      On July 20, 2018, this Court issued an Order directing Mr. Hicks to file

his Habeas Petition on or before October 2, 2018.  Doc. 8.  As outlined in Doc. 32,

beginning on August 29, 2018, when the DOC went into a lockdown and stopped

processing all mail, and through and including this date, the DOC has implemented

different, sometimes un-noticed policies that prevented counsel from providing

documents to Mr. Hicks in a manner that preserved the attorney/client privilege and

confidential communications.   For these reasons, Mr. Hicks requested an Order

directing the DOC to allow counsel to provide confidential legal documents to Mr.

Hicks in a manner that does not violate attorney/client privilege.  Docs. 32, 33.

2.      On February 13, 2019, the DOC filed its Motion to Stay Proceedings in

light of the pending litigation regarding the DOC's treatment of legal mail in

*Hayes/PILP v. Wetzel*, et al, No. 18-2100 (M.D. Pa. Jones, J.).  Docs. 37, 38.

3.      On February 22, 2019, the DOC issued a statement announcing

"progress toward settlement of legal mail lawsuit" indicating:

> "The department will implement an enhanced security screening
> procedure by April 6th that will allow inmates to receive original legal
> mail documents. The new procedure will protect institutional security
> concerns and safeguard the confidential delivery of privileged
> correspondence."

https://www.media.pa.gov/Pages/corrections_details.aspx?newsid=384

4.      In light of these developments, counsel concur in the DOC's request for

a stay in order to determine whether or not the DOC's new policies implemented on

April 6 will sufficiently preserve the attorney/client privilege.

5.      Counsel further request that this Court direct that counsel submit a

status report on or before April 22, 2019  indicating the progress of the new DOC

policy.  A proposed order is attached.

WHEREFORE, for these reasons and in light of recent developments in

*Hayes/PILP v. Wetzel,* counsel respectfully submits his concurrence to the DOC's

Motion for a Stay and has provided a proposed order  consistent with the above.

2

Respectfully submitted,

s/Kelly D. Miller
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
Federal Public Defender for the
Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
(kelly_miller@fd.org)


Dated:  February 26, 2019

## CERTIFICATE OF SERVICE

I, Kelly D. Miller, hereby certify that on this date I caused the foregoing

document to be served on the following person at the location and in the manner

indicated below, which satisfies the requirements of the Federal Rules of Civil

Procedure:

VIA FIRST-CLASS MAIL

E. David Christine, Jr.
District Attorney
Monroe County District Attorney's Office
610 Monroe Street, Suite 126
Stroudsburg, PA 18360
dchristine@monroecountypa.gov

VIA ECF

Abby N. Trovinger
Assistant Counsel
Department of Corrections, Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
atrovinger@pa.gov

/S/ KELLY D. MILLER
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 26, 2019