IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RAY HICKS, | : | |
| Petitioner, | : | No. 1:17-CV-1969 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| JOHN E. WETZEL, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of Corrections; | : | |
| ROBERT GILMORE, Superintendent of | : | |
| the State Correctional Institution at Greene; | : | |
| and MARK GARMAN, Superintendent of | : | |
| the State Correctional Institution at | : | |
| Rockview, | : | |
| Respondents. | : | |

# ORDER

AND NOW this _____ day of _____, 2019, upon consideration of the Petitioner's "Renewed Motion For an Order Directing the Department of Corrections to Allow Counsel to Provide Him Confidential Legal Documents in a Manner that Does Not Violate the Attorney/Client Privilege," Defendants' Motion to Stay Proceedings, and the Petitioner's Response, it is hereby ORDERED that the Defendants' Motion is GRANTED.

Counsel are directed to file a Status Report on or before April 22, 2019 to report on the progress arising from the DOC's implementation of a new legal mail policy on April 6, 2019.

2

BY THE COURT

_____
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania