UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Peter Welsh, Acting Clerk

717-221-3920

March 15, 2019

**IN RE: Charles Ray Hicks v. John E. Wetzel, et al.**
No. 1:17-CV-1969

TO COUNSEL:   Kelly D. Miller, AFPD
Federal Public Defender's Office - MDPA Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101

Your (petitioner's) documents as produced to the Court for Docket Nos. 31-36, in the above-referenced matter, are being returned to you in accordance with the Court's Order (Doc. 44), dated March 14, 2019.

Kindly acknowledge receipt of said documents by signing the bottom portion of this letter and returning it to the undersigned at your earliest possible convenience.

Very truly yours,

Peter Welsh, Acting Clerk of Court

Kimberly A. McKinney
Deputy Clerk

## RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by __Petitioner__
(Petitioner/Defendant)
in the above-captioned matter.

3/15/2019
(Date)

_____
(Signature)